# EXHIBIT 48

The Nitrosamines as Impurities in Drugs; Health Risk
Assessment and Mitigation Workshop

Moderated by Dr. Aisar Atrakchi
Monday, March 29, 2021
9 a.m.

Food and Drug Administration (FDA)
Office of New Drugs
White Oak Campus
10903 New Hampshire Avenue
Silver Spring, MD 20903

Reported by: Irene Gray
JOB No.: 4377489

A P P E A R A N C E S

List of Attendees:

Dr. Gerhard Eisenbrand

Dr. Soterios Kyrtopoulos

Dr. Joseph Guttenplan

Dr. Errol Zeiger

Dr. John R. Bucher

Dr. Jerry M. Rice

Dr. Stephen S. Hecht

Dr. Richard H. Adamson

Dr. Michael DiNovi

Dr. Aisar Atrakchi

Dr. Sruthi King

CONTENTS

| | PAGE |
|---|---|
| Dr. Aisar Atrakchi | 5 |
| Dr. Gerhard Eisenbrand | 8 |
| Dr. Sruthi King | 38 |
| Questions for Panelists | 59 |

P R O C E E D I N G S

MS. PAINTER: Hello, everybody, and thank you so much for joining this two-day workshop on Nitrosamines as Impurities in Drugs. Before we get started with Day 1, we did want to just go over some house rules, just things to keep in mind as we go through this workshop.

For those who are not speaking, please be sure to keep your phone or computer audio on mute. All attendees will be muted, and only the panelists who will be speaking in today's discussion will have the ability to unmute.

As far as using the video feature, only the panelists that will be engaging in today's discussions will have their video features turned on. So, if you are not speaking, please be sure to have your video feature turned off. And regarding questions and discussions during today's workshop, please utilize the QA to submit any questions that you'd like to have answered during today's workshop using the QA feature. You may not automatically receive a response from us, but we do have a team of

moderators reviewing the questions, and then they will be submitted and addressed as time allows during this workshop.

If you are a panelist who will be speaking, please check your chat feature as the host will be prompting you when it is time for you to present.

And last, I just wanted to let everybody know that this workshop today and tomorrow will be recorded, and the slides will be made available on the FDA webpage after this workshop.

Thank you.

DR. ATRAKCHI: Can everybody hear me?

MS. PAINTER: Yes, we can.

DR. ATRAKCHI: Thank you. Good morning, good afternoon, and good evening. My name is Aisar Atrakchi. I am a pharmacology/toxicology supervisor in the Division of Psychiatry, Office of Neuroscience in the Center for Drug Evaluation and Research, CDER. I am a member of the CDER Nitrosamine Task Force and one of the organizers of this workshop, as well as the Moderator.

I would like to welcome all of you to this workshop on Nitrosamine as Impurities in Drugs. There are over 3,500 registrants for this workshop.

Over the past 2-1/2 years since the detection of nitrosamines in medicines, both the regulators and the pharmaceutical industry have been challenged with the many aspects of this public safety incident. There is a discontinuity in our knowledge of nitrosamines since most of the research and science was conducted 50 years ago. In order to make the best scientifically-based decisions on the safety and risk assessment and mitigation, we have gathered the most qualified nationally and internationally recognized scientists and researchers in this field to inform us of previous foundational knowledge and the current state of the art practices.

We have prepared a number of critical questions for the panelists to discuss and answer over the next two days. Before we begin the presentations, I would like to remind everyone this is a scientific workshop. No policy or regulatory comments will be discussed. So, please limit your questions to the

science and to the discussions. You may send a clarifying question as just mentioned to you or comment to the chat box or the Q&A box, and we will attempt to answer as many as possible during the discussion of the particular question or at the end of the day. However, please note that the objectives of this workshop are for the experts to discuss and deliberate on the questions the Agency has provided to them.

Without further delay, we begin with the first presentation by Professor Gerhard Eisenbrand to give us an overview on the Chemistry and the Toxicity of Nitrosamines to set the stage.

This will be followed by a presentation by my colleague Dr. Sruthi King, who will provide the background on the Nitrosamine Contamination Incident in Drugs that was identified in June of 2018.

Biographies of all of the panelists have been posted on the FDA website for your information, and as also mentioned earlier, this workshop will be recorded and will be available soon after the workshop.

And with that, please, we will begin with Dr. Eisenbrand. Thank you.

DR. EISENBRAND: Thank you very much, Dr. Atrakchi. And I may start with stating that my presentation reflects my personal views as a retired professor of fruit chemistry and toxicology, and I may admit it may be perhaps be biased a bit by my scientific experience in the history of field of N-Nitroso chemistry and biology for the last 50 years or so. So, for some time the subject has been thought to be adequately explored or for some people, even over-explored, but I myself never shared this opinion, mainly because there are definitely knowledge gaps, especially with respect to the problem of in-vivo N-nitrosation.

Now it has resurfaced as a consequence of discovering seemingly unexpected drug contamination originating from changes in a production process introduced without awareness of the risk to generate nitrosamine contamination. This exemplifies the need of adequate safety checks of processes based on scientific knowhow. Now, after realizing that this

appears to be quite a general problem, we are faced with increasing complexity with respect to the potential causes. There is another point. And as I will outline, the second field of complexity is connected to the fact that human physiology provides ample potential for endogenous formation of nitroso compounds. And this needs to be evaluated as well when assessing respective health risks occasionally associated with APIs carrying the risk to become nitrosated.

Now, could I get the next slide please? This slide just shows the discovery, history, and earlier research. There have been acute intoxication reports, several. The first one was by Freund who described clinical manifestations and studies of acute human intoxication resulting in parenchymatous hepatitis, and this was later on almost -- or even much later then it was again taken up. And toxic properties of dimethylnitrosamine were described because dimethylnitrosamine had been proposed at that time as an industrial solvent. So, it turned out for those two, Dr. Barnes and Magee that the intoxication

symptoms, rescinded to some extent intoxication with pyrrolizidine alkaloids from which it was known already that these were hepatocarcinogens. So, it was very logical to see whether nitrosodimethylamine might also be a hepatic carcinogen or a carcinogen all together, and this was more or less against the current views at that time because this was a very well water-soluble and very low molecular weight compound contrary to all the other known carcinogens like polycyclic aromatic hydrocarbons and so on.

But to cut a long story very short, this indeed has been shown to be the case, and this later was repeated by a German group, and these authors also tested the next analog, that was dimethylnitrosamine, showed that it even was more carcinogenic. And then within a relatively short time, the group of Peter Magee showed that dimethylnitrosamine was a methylating agent, methylating DNA very effectively.

Next please. So, again cutting a long story short, there was then a tremendous amount of research, biological and chemical. And I just

mentioned two publications that reflect the results of all this research. One is what was long called in German The Nitrosamine Bible that was this publication here as structure activity related and dose response related, very extensive investigation of 65 N-nitroso compounds published in 1967. And then another time John showed the megamouse rodent studies that have been evaluated very formally by the group of Peto and his coworkers with a very detailed dose response, details especially for dimethyl- and diethylnitrosamine.

Next, please. So, to get a summary of the biological activities of NOC shows NOC means N-nitroso compounds. It shows that over 90 percent, more than 300 nitroso compounds are known to be carcinogenic and in animal experiments, so if you find a new compound or a new structure, the probability is relatively high that this may be a carcinogen, but there are some structural activity showing that one can get a little bit more power into the predictions of carcinogenic potency. The most investigated compounds, dimethyl- and diethylnitrosamine and also

the tobacco-specific compounds use tumors in a very wide spectrum of animal species up to subhuman primates, and there is no species that is found to be resistant. Structured community studies have helped to conclude on structural elements that are responsible for carcinogenicity, and those vice versa that may abrogate carcinogenicity. And there is a characteristic feature of many of these nitroso compounds that they may induce at the right dosage quite specific organotrophic activities. Almost all organs of experimental animals that have been used are listed here.

The last one is that the bioactivation of nitroso compounds that the interaction is crucial induced in targets proceeds basically similar in animals and in human tissues.

Next please. So, the metabolism is very well investigated, and it shows that the most critical event is the alpha-C hydroxylation of nitroso compounds. Nitrosamines in this case where you see that after the alpha-hydroxy group has been introduced by cytochrome p450, then the enzymes, and aldehyde is

split off, and you get an alkylating intermediate, either diazonium ion or a -- cation, which then is able to alkylate nulceophilicites in the DNA at different DNA bases, including also phosphates by the way. Metabolism is not necessary for the direct-acting nitroso compounds like here shown, the alkyl nitrosureas that just alkylate by direct decompensation, often catalyzed by basic media.

Next please. So, there is a group of rules concerning prediction of carcinogenic activity from structures. Since the alpha-C hydroxylation, the metabolic one matters so much that it is easy to conceive that if you put in branching in the other position, you will inhibit or at least decelerate the metabolic activation. That is definitely the case of branch compounds, and the alpha position branch compounds are less carcinogen than the stretching ones. And this goes up to the point that you have tertiary butyl branch. They are noncarcinogenic.

The second point of consideration also is that if you have a tertiary butyl substituent in this position, then you very often have also a slowing

down of nitrosation because it leads to some extent the nitrosation.

Next slide. So, compounds that are known to be relevant for human exposure versus nitroso compounds are shown here in this selection. There are volatile compounds. This has this reflection in the analytical determination of these compounds that are basically determined by a purification at the destinative step. Dimethylnitrosmine up to nitrosomorpholine. These are the carcinogenic or even highly carcinogenic ones. Nitrosopyrrolidine is somewhat less active than the short chain ones, nitrosomorpholine, and then there are non-volatilized nitrosodiethylamine known to be a contaminate of cosmetics, or they have been a contaminant of cosmetics. And then the nitrosoamino acids, most of them are noncarcinogenic with the exception of nitrososarcosine that is a weak carcinogen. The reason for this non-carcinogenicity is believed to be the very good water solubility and the ionization under physiological pH, and this is also true for compounds that may contain amino groups, ionizable, or

protonable amino groups that may then if the compound is protonized also inhibit or at least make this option quite slow.

Next slide. So some words to the basics of formation of N-nitroso compounds.

Next please. So, this depicts -- it is a busy slide, but it depicts more or less what has been published already in 1975 by Sid Mirvish and depicts rates and the factors that are important for the rates. First of all, it is important to realize that the nitrosating agent itself is N2O3 in aqueous acidic solution, and the formation of this N2O3 is going through the interaction of two molecules of undissociated nitrous acid. So, the formation of nitrous acid is favored by proton concentration. The more acidic the milieu is, the more nitrosating agent is available. On the other side, it is only the unprotonated amino nitrogen that can be nitrosated, so in other words, the results is then this bell-shaped curve you see on the righthand side of the panel that shows the pH dependency of the nitrosation rates in short.

The second point also to take into consideration is that the pK(a) value of the amines very strongly determines the nitrosation rates, saying that high pK values, strongly basic amines are relatively much less easily nitrosated than weakly basic amines. The examples shown here are dimethylamine for a strongly basic one and for instance morpholine or piperazine for a weakly basic amine.

Next please. This is also shown again here. On the left-hand side, you will see what you have seen directly before, but on the right-hand side, there is a collection of data showing that this in vivo nitrosation can be shown interactions by giving appropriate dosages of amines, not nitrosamines but amines, and of nitride. And in that case, the green field here, the green area, shows the high pK(a) amines that are not producing enough nitrosamine in the acidic medium of the gastric milieu of the stomach, whereas the ones that are within this red field here, the low pK(a) amines, the weakly basic amines, they have been shown like nitroso

methylbenzylamine or nitroso piperazine, they have been shown to yield enough nitroso compound in vivo, in the stomach to induce the same tumors as what would be seen when getting the nitroso compound itself. So, that's the first information about this in vivo situation that has been tested many years ago.

Next please. So, as another point of importance, and that is if you remove the possibility of the amine to get protonated, for instance by interaction with formaldehyde, then the nitrosation is no longer dependent on the acid medium, but it can also directly go on in neutral or either basic milieu, and that is a problem that has been faced mainly in occupational exposure situations. For instance, with the metal industry, the cutting fluids that are normally weakly basic. Where nitrogen oxides in the industrial environment directly interact with amines and form nitroso compounds, and this may also happen with nitride.

Next please. So, to get this together, I have not mentioned yet the primary amines that also to some extent might directly react in an acidic

medium for instance to form diazonium ions, so in other words, they may also form electrophiles that could be available for interacting with DNA for instance or biological material. However, the rates are much slower than those for secondary amines, which normally nitrosate quite rapidly under the conditions I have just outlined before. And of course, as mentioned in basic or nonaqueous media, there is also a rapid possibility of rapid interaction with nitrosating agents, since the protonation is not completed. Most tertiary amines form also nitroso compounds by a process called dealkylating nitrosation. Normally, a few significant exceptions at much smaller rates, and then they have the catalysts, formaldehyde, and other carbonyl compounds that may interact also. Halogenides and thiocyanate for instance are acting as catalysts, whereas compounds that are scavenging nitrosating agents, like ascorbates, tocopherols, and phenolics, for instance flavonoids, they are normally considered as inhibitors of the nitrosating reaction.

Next please. Again, quite a busy

slide, but it's important. This is a relevant tertiary amine. It is nicotine. Nicotine undergoes quite easily nitrosation, dealkylating nitrosation, and in response to the ring opening reaction or demethylating reaction that is going on, we get three different compounds that are shown here, NNN, NNA, and NNK, which is very involved in tobacco-specific nitroso compound.

And the lower part of that slide shows the metabolic activation, which is well known and very well investigated, methylating or into a ketobutyrating agent that interacts with the DNA. Finally, and on the utmost right-hand side, you will also see a reaction that might be called a detoxification reaction because the keto group undergoes to some extent partial reduction to the alkyl ion, and the alkyl is then excreted in the urine as the corresponding glucuronide. Now, NNK and NNA have been rated to Group 1 carcinogens by IRC. So, they are carcinogenic to humans because there is sufficient evidence for carcinogenicity in animals, and there's strong mechanistic evidence also in

exposed humans. And there is another aspect that also is quite important for human exposure, and that is --

Next slide, please. That we also have passive exposure to tobacco smoke, very well investigated by my dear colleague, Stephen Hecht, who has been working very intensely on these subjects. And the base of the biomarkers excreted in the urine of nonsmoking, exposed people, starting with transplacental exposure already and measured for instance in urine of newborns and other exposed population that may be passively exposed to so-called secondhand smoke. You see that it is about 1 to 5 percent of those in smokers as being rated there. So, it is quite significant.

Next slide please. So, let us just have a short walk-through nonfood products, cosmetics as the first example, and personal care products have been found many years ago already that these are providing exposure maybe by nitroso-methylalkylamines and some others that are listed here up to nitrosomorpholine and long chain components. The main problem there was insufficient purity of basic

materials. In other words, it has been so rapidly thereafter when people became aware of this problem, and also there have been some nitrosating preservatives like bronopol or bronidox that are transnitrosating or nitrosating agents.

Next slide, please. So, it's clear that mitigation based on the knowledge was quite effective. Purity was determined by purity specifications, maximum content of nitrosamines. And these all ended finally up an estimate of well-known exposure, systemic exposure by dermal application of cosmetics lower than 0.05 micrograms per person per day.

Next, please. One short word to the occupational exposure also known since many years. One of the courses I have already alluded to is the use of nitride as a corrosion inhibitor or the interaction of nitrogen oxides in an industrial situation with the amines that are present in cutting -- for instance in metal cutting fluids. And this contamination went up to PPN, even high PPN values.

Next slide, please. Again, the

logistics of mitigation are just written here. They are spelled out in the Technical Rules for Hazardous Substances. The last edition I think is 2018 in Germany or whatever it is called, TRGS 522. So, these are the mitigation measures recommended. No use of nitrite as a corrosion inhibitor, using nitrosation inhibitors, and replace chemicals giving rise to carcinogenic nitroso compounds by those that do not give rise to carcinogenic compounds. And that principal or that strategy has been called the strategy between "safe amines."

The next slide shows -- I think an example for that you see on the left-hand side compounds that are used, for instance, in rubber industry for vulcanization of rubber. These are thiuram disulfides, and they under good protection conditions, they would then generate dimethylnitrosamine or nitrosomorpholine at the lower example case. And on the right-hand side, you'll see what we can do for prevention or mitigation. These compounds can also equally be used or almost equally be used for technical purposes, and that falls along

carcinogenic nitrosamine within that green circle, and the same is true for the lower line examples shown here. Alpha branch nitrosopiperidine or N-methyl-nitrosopiperazine, which is not known to be carcinogenic contrary to dinitrosopiperazine, which is quite a strong carcinogen. Okay. So, that is the example of safe amines.

The next, please. We go now to the technical rules a little bit more in detail because I want to show you regulations as written in the TRGS 552. There is a tolerance and acceptance concentration. For instance, in the air, that is being inhaled at working places. At the moment it is 0.75 micrograms per cubic meter is the tolerance and one-tenth of it or 0.75 micrograms per cubic meter is the acceptance concentration also, not only for the individual nitroso components but also for the sum of it if there are several components in the air found.

Next please. Now the last word on the exogenous is exposure to food. They have the nutrition exposure. Interesting to see, but the very first incidence reported in the literature was in an

animal meal based on fishmeal that had been treated with nitrite. In that case, hepatotoxic factor, which at that time was not known, has been identified and later more or less identified because it was a very high contamination that it was dimethylnitrosamine, and truly enough the animals got liver toxicity. So, this, of course, triggered almost an avalanche of research into foods because of course animal-based foods are very often cured or smoked or at least should be an expected formation of nitroso compounds, and this research was long hampered by the relatively insufficient analytical methods. Finally, developed the thermal energy analyzer (TEA) and later on of course, and that is the present state of the art, is the coupling of chromatographic separation methods with multiple mass spectrometry for identification.

Next please. So, the processing methods -- because nitroso compounds in foods are process-related contaminants, which are potentially responsible are curing with nitrate or nitrite. So, reduction of these could help. Then, the addition of literature, then for smoked food, lowering of the NOx

content in the smoke with which foods are treated. Drying or kilning of malt by direct firing techniques has been found to be shown to nitrosamine formation. And in rare cases also packaging by migrational nitroso compounds into the food.

Next please. So, one example here is a kiln where barley after germination is being dried in a kiln. And also some specific browning reactions. And one can directly see whether the direct firing techniques with burners of above 1,100 degrees Celsius, they produce a lot of nitrogen oxides, and these are swept through the malt and of course interact then with constituents in the malt to form nitroso compounds, in other words to limit the temperature to degrees or to use indirect firing techniques or heating techniques that are very well established. Indirect heating techniques used throughout centuries that would remove that contamination quite efficiently.

Next slide. The main precursor for nitrosodimethylamine or NDMA in barley is gramine, again a compound that can easily be interacting with

nitrogen oxides by splitting off the nitrosamine elements. And as I said, the mitigation measures were quite effective to reduce the contamination to really very low levels nowadays.

Next, please. I think shows the estimated daily dietary intake of nitrosodimethylamine. And this is a collection that has been published by Hrudley up here in 2013, but the data are quite outdated I would say. So, there is not very much current data on nitrosamine contents in food nowadays. I think this is important for several reasons that we get updated data on this exposure for almost unavoidable food consumption of course, almost, but certainly unavoidable, almost unavoidable for the nitrosamine exposure that is connected to it. So, you see, this is all below 0.2 or 0.3, except for instance, for Australia. But as I said, I think we definitely need updated data on this exposure situation.

Next slide. So, now we turn to the endogenous formation thematics, and I start with mentioning the pioneers, not only for endogenous

formation but also for interaction of compounds with nitrosating agents. Sander and Burkle had already as early as 1969 made the first experiments to show that a secondary amine together with nitrite given to animals by gastric tube induces tumors that are indiscernible from the tumors of correspondent nitroso compounds. So, there is situ formation in the gastric compartment of nitroso compounds that is responsible. Then I have to mention Willie Lijinsky who had a tremendous amount of studies concerning the interaction of drugs with nitrous acid as a source of carcinogenic nitrosamines, incredible work and very important to revisit because in the face of our current situation. Finally, Richard Loeppky is also a very important contributor because he has been mainly elucidating with formation of nitroso compounds from tertiary amines, also a very important piece of science that is published in many publications.

Next, please. When we consider endogenous formation, we need to take into consideration that we have already concerning the upper gastrointestinal nitrite, we have a situation of

circulation. As soon as you take up nitrite, for instance, by consuming nitrate-rich vegetables, then this process will go on, which is resorption from the gastrointestinal tract, and then that circulation, but then nitrate is resecreted through the salivary glands back into the mouth, the cavity of the mouth. The mouth has its own microbiome, and in that microbiome, there are microorganisms that are able to reduce the nitrate to nitrite. In other words, generates part at least of nitrosating agents by this way. There is about 25 percent of a given dose of nitrate that is recirculated, and about 6 percent of it that has been very well studied is reduced to nitrite. So, there is a potential already here. But that is not he only one. The other one as many of we know.

Next please. Because there is an interrelationship between nitrate, nitride, and nitrogen monoxide. The first point is that very researched by Steven Tannenbaum's group showing that humans produce daily about 50 mg of day for a 70 kg person, endogenous synthesis of nitrate that has been verified by input and output, and, of course, there is

a lot of variety of enzymes and proteins that can act as reductases and reduce nitrate via nitrites to nitrogen monoxide. There is further, of course, the function of nitrogen monoxide as a signaling molecule, which is generated from arginine and also creates a sustained source for nitrogen oxides and from that on, then also nitrite and nitride. And there is also a key component that is found in response to bacterial infections and during inflammatory reactions. Various publications address this. To give just a number for the dietary nitrate uptake, that is an average about 175 mg per day as stated by EFSA (European Food Safety Agency) in 2008. This interrelationship of nitrates, nitrides, and nitrogen monoxide is again shown in the --

Next slide, please. These three components are metabolically interconvertible. Nitrogen monoxide can be oxidized to nitrate and nitride, and vice versa, nitrate and nitride can be reduced to nitrogen monoxide.

So, in summary, we have a certain endogenous physiological potential of generating

nitrogenous agents that is in part dependent on the nutritional exposure but is regulated and influenced by many other physiological parameters.

Next please. Of course, there have been estimates of endogenous formation of nitrosodimethylamine. I should perhaps mention before I go into that, that the urinary excretion of nitrosated amino acids has been used for a long time as an indicator, a biomarker for endogenous nitrosation in humans, and that is possible because these nitroso compounds are not mutagenic, not carcinogenic, and they are practically quantitatively excreted in the urine. So, they can be used as exposure biomarkers for nitrosation in vivo. And to go through carcinogenic nitroso compound, for instance, N-nitrosodimethylamine, this is very difficult because nitrosodimethylamine has a very short halfway in vivo. It is rapidly cleared from the body, maybe by cytochrome P450 metabolism. And therefore, attempts to measure this are sort of really difficult. And it is not only the difficulty itself you see, the data of these measurements are quite old,

1993 up to '86. Because there is another aspect, which is also important, and that is that in those early days, very often nitrosamine analysis has been plagued by the formation of artificial formation caused by artificial formation of nitroso compounds during workup and analysis. And if you see results in the literature that do not completely prove, for instance, by the addition of releasing the nitrosatable tracer compound that artificial formation of nitroso compounds is prohibited or inhibited, then these results are normally not really trustable. Anyway, if one takes these earlier results of very low levels of NDMA in blood samples that have been considered as reflecting steady state, then one would have incredibly high amounts of endogenous exposure to this compound. As you see here, it would be up to 2,500 mcg per day or 1.4 to 35 mcg/kg per day. And if one bases this on a biomarker, the biomarker of alkylation of O6 oxygen of guanine that is also very well developed as a technique. Then, you would end up in a similar range of about 18 mcg/kg per day. I think these are important points to mention here and

to show that we really need definite, dependable confirmation and delegation of these results. I think it is very important to know more about this.

Next, please. Before we come to the last part of endogenous nitrosation considerations, just I would like to mention just shortly the WHO nitrosation assay procedure or short NAP assay that has been published very early already in 1980. This is a very simple chemical test under rugged conditions with relatively high concentrations showing the reactivity as is seen here on the left and on the righthand side of a couple of compounds that have been investigated by this test. You see that secondary amines of course are very high on the scale but also tertiary amines on the other side. And the problem with this test was that there were never cutoff levels of reactivity really defined scientifically. So, it has not been used very much.

Next, please. Human information of formation of nitroso compounds in humans is of course available. There are several publications on this one. One of several publications. This is one by

Tricker and Preussmann showing in patients with parasitic infections that piperazine is nitrosated endogenously, and it can be measured by urinary excretion of mainly mononitrosopiperazine, a little trace of binitroso and the corresponding metabolites. And the other compound mentioned is amidopyrine because it is an extremely reactive compound towards nitrosating agents, almost considered as a reagent to show the presence of nitrosating agents. And here, in this case, the in vivo nitrosation was measured in urine on simultaneous passage of some ethanol to inhibit cytochrome P450 clearance. And then it became available in the urine, nitrosodimethylamine could be measured.

Next, please. So, the example of amidopyrine and its close analog, metamizole. The amidopyrine as I mentioned is extremely reactive and responding with the formation of dimethylnitrosamine, the other part of the panel. And this resulted very soon in withdrawal of amidopyrines from the market. And the analog here is metamizole. That is still on the market because it has been shown that the nitroso

compound that is shown, this mononitroso compound here shown in the green circle is nonmutagenic and noncarcinogenic. Again, close analogs showing vastly differing properties.

Next, please. Then, of course, you are all quite familiar with the occurrence of formation of dimethylnitrosamine in Sartans in the dimethylbiguanide (metformin) that is shown here. To my knowledge, at least, the source for the NDMA formation is not really elucidated yet. But this was, as I mentioned at the very beginning, the change with the Sartans, the change in the production process to a solvent, dimethylformamide, which of course then can react with nitrite that has been used to quench and destroy the azide that had been used to speed up the tetrazole ring. This then was the cause to form dimethylnitrosamine.

Next, please. That is similar for ranitidine, again structured as you may see here. The dimethyl amino group attached to the furan ring system. One could predict that this will carry easily. What I think is much more important is the

published study recently in 2016 with human volunteers where it was shown that enhanced levels of dimethylnitrosamine were excreted in the urine. And analytically, this was all right because these authors not only had the best sophisticated instruments, instruments with mass spectrometry to measure, but also, they were keen to shown that there is no artificial formation during analysis. So, from an analytical viewpoint, this is, in my opinion, all right. And again, this would be quite substantial, that is a nitrosamine formation rate that is going on as measured in humans. If it can be confirmed, in my opinion, it is very important to confirm, especially also raises the question why urinary excretion of dimethylnitrosamine is so relatively high because as we know, normally, it is very rapidly cleared and eliminated by metabolism.

So, we have one more, which is another H2 receptor antagonist. Please, next slide. That was the first one to study cimetidine. That is the one here. That can also be easily nitrosated, but unexpectedly this compound, although it was mutagenic,

it was revealed not to be carcinogenic. And the group Magee has contributed a lot to show that the mechanism is that this compound is metabolically mainly denitrosated by glutathione and glutathione transferases by other SH groups of cystine or hemoglobin groups and even by cytochrome P450. And they also realize that the imidazole ring here may also be ionized, so this would also contribute under physiologic conditions to keep perhaps the nitrosatable ability or the biological effect of the nitroso compound. That is all I have to say. So, we come to the end.

Next, please. Most of you will know the group limits that have been defined recently based on the TD50 values of the original Gold Database, now the Lhasa Database that came to either lower default values, which are, you know, much lower than those that might be seen either by food exposure or even by endogenous exposure if these values can be confirmed.

Next, please. This should show the breakout. As I promised, I would like to contribute to show open questions, knowledge gaps, and research

needs. First to the exposure, I think it is very important to get a database update on the exogenous exposure. I think maybe from diet. Because it may be used as a suitable reference, correct, at least the suitability needs to be considered for risk assessment of other exposure pathways like contaminated drugs. And of course it is even more urgent to come to grips with the endogenous exposure and to develop validated analytical methodology to use PBBK-based estimates for human endogenous exposure and to check the productivity of the biomarkers of in-vivo formation. Are the nitrosamine acids also predicting carcinogenic nitroso compound formation are all important questions. And for the mitigation, the most important point, of course, is to scrutinize the technology and the processes for drug production to be sure that one can really mitigate interactions of potential nitrosating agents with APIs. But I think one should not totally leave out the possibility that given a pharmacological or toxicological tolerance of an API, that one can explore possibilities to replace critical structural elements as successfully achieved in other

areas. With these open questions, I leave you now, and thank you very much for your attention. Thank you.

MS. KING: Good morning. My name Sruthi King. I am one of the Associate Directors of Pharmacology and Toxicology in the Office of Generic Drugs in the Center for Drug Evaluation and Research. I'm one of the members of the Safety Team on the CDER Nitrosamine Task Force. We have been working together for the past 2-1/2 years, and as we head into the technical discussion today, my objective is to provide some context into the considerations and strategies used by FDA since the start of this incident and to highlight some of the ongoing challenges from the scientific and regulatory perspective.

Next slide, please. So, this is just to indicate that the views presented today are mine and do not reflect FDA policy.

Next slide, please. As you have just heard Dr. Eisenbrand present, he gave an excellent introduction to nitrosamines. We know that nitrosamines are present in food, water, tobacco,

multiple sources in our environment. We know that their chemistry is not new. Their toxicity and potency is not new. We know that there are potent rodent carcinogens, and some are probably human carcinogens. However, the presence of nitrosamines in drug products was alarming when we first became aware of it at the FDA in 2018. This contamination incident affected products globally, resulting in recalls of vital medications. And this required the development of highly sensitive analytical methods to detect and quantify these nitrosamines and investigate the root cause of formation of these compounds, so that we could identify appropriate control strategies. Managing this nitrosamine contamination incident in drug product has required multidisciplinary approaches to conduct the risk-benefit assessments, to collaborate with industry, and with our international regulatory partners, and to develop effective communication strategies so that our patients are aware of what is in their drug products.

Next slide, please. So, CDER (Office of Generic Drugs) became aware of the presence of

N-nitrosodimethylamine or NDMA in valsartan, which is one of the angiotensin II receptor blocker class of drugs. Since that time, we have learned that nitrosamines have been identified in active pharmaceutical ingredients or APIs, along with finished drug products. And this contamination of nitrosamines has been seen in generic drugs, as well as brand drugs, although the effect has been greater on generic drugs. Multiple nitrosamines have now been identified, and so we are looking into control strategies for single and multiple nitrosamines in a drug product. What you see on the righthand panel of this slide is some of the nitrosamines that FDA has identified in drug products and posted acceptable intake limits. Also included in this list is 1-methyl-nitrosopiperazine and 1-cyclopentyl-nitrosopiperazine, which have been identified in some anti-infectives. Despite the nearly 2-1/2 years into this contamination issue, we have still many ongoing challenges.

Next slide, please. So, what are some of the considerations that we make when we become

aware of the presence of a nitrosamine. We first look at whether it is a single or multiple nitrosamine. Is it a risk of formation, or are there actual levels being detected? Are the analytical methods being used sufficiently sensitive? And what is the root cause investigation tell us? Is this an API issue, or is this a drug product issue, or is it both? Once we are aware of what is the specific nitrosamine, we then consider what are the available nonclinical data to establish an acceptable intake. We then also consider what are the products that are being affected? What is the patient population that is being impacted by this contamination issue? Are these products medically necessary? What are the levels detected in the actual drug product, and how does this correspond to the acceptable intake of that nitrosamine? Should products be recalled, and if a recall is required, will this precipitate a drug shortage if there are no alternate options available. Therefore, there are multiple considerations that go into managing this issue and also to determine what is the appropriate next step.

Next slide, please. This slide summarizes some of the key events and timeline of this incident from FDA standpoint. So, for each of the products that have been impacted by the nitrosamine contamination, FDA has conducted a risk assessment and posted acceptable intake limits, along with appropriate analytical methods for that nitrosamine and issued communications related to the risks of exposure, along with recalls that have happened, so that stakeholders are aware. As the incident evolved, FDA published a guidance in September of 2020 on the control of nitrosamines and drug products. We are actively engaged with our key stakeholders and researchers, along with our international regulatory colleagues to identify best approaches for risk assessments and control and mitigation strategies. As you can see, the incident began with contamination issue in antihypertensives in the ARBs, the angiotensin II receptor blocker drugs, and has now encompassed many classes of drugs, including ranitidine and nizatidine medications to manage diabetes and also infectious diseases such as

tuberculosis.

Next slide, please. When FDA first became aware of this contamination issue, our Center Director at the time, Dr. Janet Woodcock, activated the CDER Nitrosamine Task Force to manage this incident. She foresaw the potential broad impact on the qualify of medications and their impact on patient safety. The Nitrosamine Task Force is managed by the CDER Office of Counter-Terrorism and Emergency Coordination or CTECS. And this is a group that meets regularly. At any given time, there is over a hundred subject matter experts from across CDER and FDA that meet regularly to discuss and propose recommendations to mitigate the risk of nitrosamines in drug products and manage patient access to critical medications. As part of this effort, we routinely update senior management and discuss product and policy issues. We also engage international regulators to discuss harmonized approaches for addressing nitrosamine contamination on topics such as risk assessments, marketing actions, and sharing information related to these topics, along with communication strategies.

Next slide, please. This slide shows the Multidisciplinary Coordination that has been happening in order to manage this nitrosamine incident. In the middle, you will see the CDER Nitrosamine Task Force, and they regularly engage various groups within FDA. And this kind of multidisciplinary coordination is necessary to manage this incident locally and engage with international regulatory partners to address this global issue. I will go into further detail on some of the interactions that happen in the coming slides. But to briefly highlight some of the key interactions, the Office of Pharmaceutical Quality, chemistry experts play a critical role in the root cause investigations and analytical method development, sample testing, and managing of applications and setting expectations for pre- and post-marketing issues. Depending on the nitrosamine that is identified, pharm tox experts within Office of Generic Drugs and Office of New Drugs are called upon to identify specific acceptable intake limits based on animal data. These acceptable limits are then used to develop methods and identify

analytical targets. Clinical experts also work closely with pharm tox and quality and identify appropriate maximum daily dose for the proposed product as the maximum daily dose is used to set control limits for specific products as some products may have multiple indications. Also closely involved is the Drug Shortage Staff. When medically necessary products are impacted, Drug Shortage Staff informs us about drug supply issues. There are also Compliance experts that are involved in inspections and recalls and also managing regulatory discretion issues along with regulatory policy, Regulatory Affairs Staff that respond to inquiries from citizens. We have had Congressional inquiries into this issue. There is Post Marketing Surveillance Staff that characterize risk of exposure from post-marketing data. And then finally, there is Communications Staff and Patient Engagement Staff, and we have had to develop a robust communication plan in order to communicate to patients and stakeholders on what is happening, how FDA is managing this issue. And lastly, FDA Researchers are also actively working on developing key specific

specialized methods for quality assessments, along with nonclinical information, and nonclinical methods to optimize study conditions.

Next slide, please. So, what are some of the complexities that we have had to deal with? Root cause investigations were critical to identify what is causing formation of nitrosamines, and this would help inform control strategies. We know that nitrosamines can be formed because of process-related issues with starting materials or the API itself, intermediates. There are supply chain issues that were identified where use of recycled or recovered materials was introducing contamination into the synthesis. There are also product stability issues where excipients in the formulation for example were contributing to the formation of these impurities.

Highly sensitive methodologies, analytical methods were necessary in order to identify and quantify these nitrosamines. Sample testing was necessary to identify which of the lots consisted of nitrosamines that were above acceptable intake, and this was used to inform recall decisions.

Unacceptable intakes and sensitive methods were necessary in order to set controls within the manufacturing process.

Lastly, we had to establish risk assessment expectations where nitrosamines in pending and approved products as there could be different considerations that were necessary. From a safety standpoint, we were aware that nitrosamines are part of the cohort of concerned group of compounds, and so they needed tighter control because they posed greater risk than other compounds. We know that lifetime exposure is calculated based on an increase in one case of cancer in 100,000 patients, and this was considered an acceptable level of risk. And so our task was to balance the risk of exposure to nitrosamine versus the risk of no access to medically necessary drug. We know that potency of nitrosamines varies across compounds. Some are mutagenic and carcinogenic, while others are not mutagenic but are still carcinogenic. Also, mothers are weakly carcinogenic. There is general agreement across regulatory bodies that nitrosamine should be avoided

or tightly controlled if they are unavoidable in drug products. When we were faced with various nitrosamines, we had to determine an acceptable level, and this was done using approaches in the ICH M7 guidance, and this acceptable intake informed the analytical sensitivity of the methods that were necessary for detection of these compounds, along with informing recall decisions.

Next slide, please. So, how did we calculate acceptable intake? We had to identify a TD50, which is the dose that produces tumors in 50 percent of the animals in a dosing group from an animal carcinogenicity study. As you have heard in Dr. Eisenbrand's talk, there is a wealth of carcinogenicity information for many of the nitrosamines. The acceptable intake is the daily dose of a nitrosamine when taken over a lifetime that represents a risk of one additional case of cancer in 100,000 patients. How do we select the appropriate study when selecting a TD50. We look to see how robust the data are within the carcinogenicity study. And some of these criteria are listed here. How many

animals are there in a dosing group? What is the treatment regimen and dosing frequency? There are several nitrosamines with a number of studies that are available. Which is the appropriate study? Toxicology assessments and data presentation was another factor, along with relevance of the species and tumor. When establishing an acceptable intake, pharm tox experts in OGD, Office of Generic Drugs, worked closely with pharm tox experts in the Office of New Drugs. As I mentioned, generics and brand drugs were equally impacted by the nitrosamine issue, and therefore this collaboration was necessary to establish an acceptable intake.

Next slide, please. Not all nitrosamines have robust carcinogenicity data in the literature. Some nitroso compounds have no data at all. And so, in these cases, it was necessary to consider surrogate compounds to establish an acceptable intake. This is an approach that is described in ICH M7 where structurally or closely related structures could be used to justify an acceptable intake. When an appropriate surrogate is

not identified, we refer back to the acceptable intakes of NDMA, which is N-nitrosodimethylamine and N-nitrosodiethylamine to identify an appropriate, acceptable intake for the nitrosamine compound of interest. When we do have options for surrogates, we consider the robustness of the data that is available for that surrogate compound and structural similarities between that surrogate and the compound of interest. Just to note that some of the nitrosamines listed in the FDA Guidance have acceptable intakes that were developed using a similar process.

Next slide, please. What are some of the additional clinical complexities? A wide range of products have been affected, and this has impacted large numbers of patients with serious medical conditions, such as hypertension, diabetes, heartburn, tuberculosis. So, lack of medication, lack of medically necessary drugs could lead to public health emergencies, for example. So, the maximum daily dose is something that is necessary in order to calculate an acceptable intake or set control limits for a

specific drug product. And this is necessary to facilitate risk assessment of the manufacturing process. Another piece of this clinical risk-benefit assessment is a medical necessity evaluation. It is important to maintain patient access while balancing the risk of exposure to nitrosamines. And this multidisciplinary coordination goes into informing whether a product should be recalled. As I mentioned, prior to recall, there is a consideration of whether there are alternate therapeutic options for patients, whether the recalls will precipitate a drug shortage. And so, when there is a potential for drug shortage, additional strategies need to be considered.

Next slide, please. One of those strategies is the use of interim acceptable intakes. When patient access to drug is deemed medically necessary, FDA has applied flexibility by using interim acceptable intakes. Industry is a key partner in this short-term strategy as it offers flexibility to maintain patient access while process changes are instituted to remove or reduce nitrosamine formation. However, this requires multidisciplinary discussion

and consensus. Pharm tox staff along with clinical experts in Office of New Drugs and Office of Generic Drugs, Office of Pharmaceutical Quality, Drug Shortage Staff, Office of Compliance, and many others are needed in order to determine whether an interim acceptable intake can be tolerated to maintain patient access. This approach has been applied in several cases to mitigate drug shortages. For example, losartan was one of those cases where an interim acceptable intake was applied, along with rifampin and rifapentine.

Next slide, please. Not all products are used in the same way. Some are used as short-term, while others such as antihypertensives can be used long-term. So, how do we assess the risk of nitrosamines in short-term versus long-term use products. We know that M7 allows for adjustments based on duration of use for mutagenic impurities. We also know that nitrosamines are a cohort of concern compounds, and they are potent rodent carcinogens. Therefore, when assessing the risk of nitrosamines, we have considered lifetime exposure limits. And that is

because some nitrosamines have been shown to produce tumors at very short doses or even single doses, for instance. And therefore, there is uncertainty associated with a simple adjustment to the acceptable intake using the approach that is described in M7. In fact, M7 allows for this case-by-case approach where acceptable intakes for high-potency carcinogens, such as cohort of concern compounds, can be significantly lower than the typical less-than-lifetime adjustments. Therefore, the interim acceptable intakes do offer flexibility, but they are used as a short-term strategy to maintain patient access to medically necessary drugs. And this is a strategy we have used to avoid or mitigate a drug shortage. And adjustments based on duration of use have not been considered in determining the interim acceptable intake for a specific product.

Next slide, please. Another key factor or another key facet of the nitrosamine contamination issue in drug products from the FDA perspective has been our communication plan. Listed up here in the first bullet is the main FDA landing page for all

information associated or related to nitrosamines in medications. And using this hyperlink, you can access information that FDA has shared to inform industry of analytical methods of sampling and testing results and risk assessment strategies. This has been used to inform patients and care providers, pharmacy suppliers and distributors, list recalled products, and discuss alternate treatment options. FDA communications was critical to address media concerns and citizens petitions, along with Congressional inquiries. And finally, the Communication Staff is also actively engaged in talking with our regulatory partners internationally to discuss risk assessment strategies and harmonize on approaches on regulatory actions.

Next slide, please. One of the milestones in our communications strategy was the publication of the Nitrosamine Guidance, which you can access using the hyperlink that I provided in the first bullet. This Guidance provides detailed information on root cause assessments, regulatory expectations and risk assessments, and associated timelines, along with acceptable intakes for several

nitrosamines, and outlines risk mitigation strategies. It describes situations where there are single and multiple nitrosamines. Single nitrosamines may be allowed up to the compound-specific A1, and total nitrosamine exposure should not be exceeding 26.5 nanograms per day. There have been several webinars hosted by the Office of Pharmaceutical Quality to describe this guidance in detail to industry. Since that time, as I have mentioned, methylnitrosopiperazine and cyclopentylnitrosopiperazine have been identified, and the acceptable intake for each is posted on the FDA's nitrosamine landing page.

Next slide, please. However, we have several challenges that remain. Root cause investigations have identified multiple factors that can contribute to nitrosamine formation. We know that stability of the formulation, the excipients used, and storage conditions are some of the factors that can contribute to nitrosamine formation. Some of these factors can have broad impact on many classes of drugs because of their history of use in drug development.

The risk assessment is the key to understand whether nitrosamines can be completely eliminated or if control or monitoring are better options. In addition to working with firms that submit their risk assessments, FDA is proactively reaching out to firms with manufacturing processes that pose risk of formation of nitrosamines. The goal is to ensure that there is high quality and safe drug supply in the U.S. market. As new and more sensitive methods are developed, there is also increasing awareness of the presence of API-related nitroso impurities. These previously unidentified compounds, uncharacterized compounds, pose a unique challenge when it comes to risk assessments, and appropriate control strategies. Additionally, there is an effort to harmonize with our regulatory partners on analytical methods for testing, and to further discuss method sensitivity, monitoring, and other related topics.

Next slide, please. From a safety standpoint, it is important to acknowledge that nitrosamines are in our food, in our water, and can be formed endogenously. And so, we have to consider how

this exposure to nitrosamines from other sources, including endogenous production, how this compares to exposure from drug products. How does this impact our risk assessments and proposed control strategies for nitrosamines in drug products. In some cases, the quantity and quality of data available varies for nitrosamines. If data are not robust, identification of an appropriate TD50 to calculate an acceptable intake is challenging. We are becoming increasingly aware that improved testing methods are identifying previously uncharacterized nitroso impurities that have no published safety data. So, how do we balance this risk of exposure to nitrosamine while maintaining a high-quality drug product that is safe and effective for its indicated use for the American public. We are using surrogate compounds for assessment, but they come with their own limitations. Of those surrogates, it is important to identify compounds with robust carci data. We do apply chemical informatics approaches to inform potency. We look at structural similarity, metabolic activation. Some of these nitroso impurities are bulky, and considerations of

how size and steric hindrance impacts their potency is another challenge.

Next slide, please. So, as we head into the workshop today, we have to look back and say over the past 2-1/2 years, we have certainly learned a lot; however, I have described some of the challenges that are still ongoing. FDA researchers play a key role in optimizing testing conditions for nitrosamine safety assessments. We have researchers who are working on nonclinical safety assessments to best characterize mutagenicity and carcinogenic risk of some of these nitrosamine compounds. In particular, it is important to develop a testing paradigm for those that have little to no published data for those impurities that are previously unidentified or uncharacterized. What are some of the key pieces that are necessary to identify an acceptable intake? Bridging this gap in information also requires collaboration with experts in academia and industry, along with our international regulatory partners to identify harmonized risk assessment strategies. This concludes my presentation.

Next slide, please. I look forward to the discussion over the next two days amongst our panel of experts. I want to thank you for your attention, and I would like to acknowledge the colleagues on the Safety Team, Drs. Dorsam, Atrakchi, McGovern, and Karen Davis Bruno. And also the members of the CTECS Nitrosamine Task Force, various colleagues from CTECS, our OPQ colleagues, Office of Generic Drugs and New Drugs, Drug Shortage Staff, Office of Communication and Compliance. We have all worked very closely together over the last 2-1/2 years. So, thank you for your attention, and I look forward to an exciting workshop. Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand and Dr. King for the comprehensive and information presentations. We now begin with the questions. They are organized under two headings, exposure and risk assessment and chemistry. They focus on important issues and the challenges of impurities in medicines in general and nitrosamines in particular. We are also interested as you have heard in the panel's thoughts on the research needed to

further our understanding of nitrosamines. We begin with the first question under the heading of exposure and risk assessment.

What are the endogenous levels of nitrosamine formation in humans and rodents? Once formed, what is the rate or kinetics of elimination? What are the conversion rates in the liver, circulation levels in the blood, and normal variations? If this information is not available, can it be determined experimentally?

As we know and we have heard from Dr. Eisenbrand, nitrosamines are present in the environment. We also know, not only are we exposed to them exogenously, but they are also formed endogenously. Therefore, it is imperative that we understand their pharmacokinetics in order to determine exposure and ultimately calculate risk. This question asked how much do we know about nitrosamine absorption, their distribution, how quickly they are metabolized, and how fast they are excreted. I would like to start by asking Dr. Hecht to begin the discussion.

DR. HECHT: Yes, so, we know quite a bit about endogenous formation based on studies that have been carried out with nitrosoproline where subjects have been dosed with proline plus nitrite or even proline plus nitrate, and then nitrosoproline can be quantified in the urine because nitrosoproline is not metabolized. It is also not carcinogenic. So, many studies on nitrosoproline formation have been carried out, which demonstrate the endogenous formation of nitrosamine. So, the overall yield is actually quite low based on the amounts of proline and nitrate that are given. But we do not have reliable data for compounds such as dimethylnitrosamine because dimethylnitrosamine is rapidly metabolized in the liver, and we do not have good data on the quantitative formation and excretion of its metabolites. One can visualize why this could be addressed, but it is very challenging. So, while, from a structural activity point of view, you would expect some endogenous formation of dimethylnitrosamine from dimethylamine, for example, in the diet and nitrate and nitrite that are normally

taken in. But quantitatively, we do not have good data because of its rapid metabolism. So, it is still a challenge to determine whether the endogenous formation of carcinogenic nitrosamine, such as dimethylnitrosamine would be far greater, for example, than the exposure from pharmaceuticals. That is my answer.

DR. ATRAKCHI: Next we go to Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Thank you. And generally I agree with what Dr. Hecht has just said. And he mentions that Dr. Eisenbrand that basically three approaches have been used to try and estimate, basically guess, and the formation for dimethylnitrosamine. This is really the only carcinogenic nitrosamine about which we can try to guess regarding its endogenous formation. Based on the concentrations of NDMA that have been found in blood or in urine and some estimates of the toxicokinetics of NDMA and having in mind that it is a very small fraction of NDMA that is actually excreted in the urine, people have tried to come up, and they

have come up with estimates as we have previously of hundreds to thousands of micrograms of total throughput of NDMA through endogenous formation. I can say a little bit more about the third approach towards the same question. Based on the fact that NDMA methylates DNA, it gives rise to methylated adducts, and it is possible to measure methylated DNA adducts in human patients. Of course, there is a question of what is the source of these adducts, but assuming that NDMA is a major source, one can try to use animal data and extrapolate back to how much exposure would be required to give rise to the adducts we know. So, I would like to just take you through this argument. Data on methylated DNA adducts in humans are really quite limited, and most of them have been based on small pilot studies. However, there is a series of studies that we had carried out some years ago, which were relatively extensive. We have measured 0-6 methylguanine, which is an important DNA adduct, premutagenic and precarcinogenic, this one by NDMA, and we had measured it in human blood DNA, that is in blood leukocytes. And I would like to show you

some numbers because I think it is important to have an idea of the scale of what we find.

If I could have the next slide, please. In three studies all together, which we carried out over a period of 10 years or so, we looked at about a thousand blood samples from women citing general environmental exposure. In about 700 of those samples, we could measure 0-6 methylguanine, and we had an average content of 16 attomoles per microgram DNA. An attomole is 10 to the -18 moles. With a range of 4.5 to 109. Sixteen attomoles corresponds to 27 moles per 10 to the 8th moles of guanine or about 59 or 60 molecules per diploid cell. I would like to explain why I use these units of content per cell. This is because repair of adducts is an issue that comes up frequently in discussing response and risk assessment. And it may come up during the discussion of subsequent questions. 0-6 methylguanine is repaired by a protein, a methyltransferase, known as MGMT which acts stoichiometrically for every molecule of adduct that it repairs, a molecule of alkytransferase is destroyed. That means that if

there are enough adducts in the cell to be repaired, and if MGMT does get depleted, that means that the dose response curve might show an upward turn. So, expressing the adducts on the basis of cellular content allows us to compare them with the content of MGMT in differing cells. Now, in experimental animals treated with low oral doses of dimethylnitrosamine (NDMA), blood DNA accumulates more adducts than almost all other tissues expect for the liver, which accumulates a little bit more adducts. So, if the adducts that we measure do come from NDMA, these levels are unlikely to be exceeded by other tissues. In other words, what we measure in blood represents the higher level of adducts in any tissue. As far as I am aware, MGMT content of primary human tissues is substantially some orders of magnitude higher than the highest adduct levels we have seen in human blood DNA. In other words, the 109 attomoles per microgram DNA is much, much lower from 10 to 100 hundred times than the levels of MGMT that are usually found in human tissues. So, that means that it is unlikely that loss of repair is likely to play a role in environmentally

relevant exposure levels.

Now, how likely is it that these others come from NDMA. We know about a dozen methylating agents -- experimental, industrial, medicinal, of endogenous origin to which humans may be exposed. From studies in rodents, we know that NDMA is by far the most efficient chemical capable of giving rise to 06-methylguanine in blood leukocytes in-vivo. Therefore, taking into account the degree of human exposure to these chemicals, I think it is not unreasonable to think that NDMA is probably the most likely source of these adducts in the human tissues that we measure. So, assuming that this is so, we can attempt to estimate the exposure that is required to give rise to the others that we see based on those responses in animals. There have been many stoichiometric studies published at times. Many of the older studies have used quite high doses of methylating agents, NDMA in particular, which likely decreased from MGMT. We have carried out studies using much lower levels of NDMA, non-MGMT depleting, and so we have those response information, primarily

in rodents buy also in monkeys, in patas monkeys. What we have found that if the dose of NDMA is expressed not as an amount per kilogram for the weight but as amount per square meter surface area, and if those response curves for adduct accumulation in blood DNA in different species become quite compatible, well within -- the slopes are within a factor of 5 easily. And I should add that we have also found that the rate of repair of 06-methylguanine in blood leukocytes is similar in rats, in monkeys, and also in humans who have been treated with methylating drugs. So, if we can go to the exposure response curves.

Can we see the next slide, please. On the left, you can see the adduct accumulation curves in blood DNA of rats treated chronically with NDMA in the drinking water, and on the right, you see the dose response curve for the steady state levels, which is fairly linear. The dashed horizontal line corresponds to the upper limits of adducts measured in humans, and from that, we can see that the corresponding exposure is just under 500 micrograms per square meter, which adjusting, extrapolating to the human exposure would

correspond to 982 micrograms per day. That is for the maximal adduct levels, and for the mean adduct levels, something around 144 micrograms. So, we are speaking again about background NDMA exposures of hundreds of micrograms per day, which are much higher than those that are derived from external exposures. And therefore, they are likely to be of endogenous origin. And, of course, these numbers are in the same ballpark as those presented earlier by Dr. Eisenbrand, coming from the Hrudley publication of 2013. For some reason, they had used our data to come up with other higher numbers. In any case, this is where we stand. Just two words about the uncertainties of this analysis. First, I liked Dr. Eisenbrand's statement about the need to validate the measurements. And we used immunochemical methodologies, and the immunochemical methodologies when pushed at their limit of sensitivity always had question marks. We had taken steps to minimize these question marks, but one would like to see measurements of DNA adducts carried out by more reliable modern methodologies, analytical methodologies. Secondly, we are not really

sure about the similarity of the dose response curves in humans with those of the rats that we have used. And perhaps an important thing to also have in mind is that we really do not understand the determinants of the endogenous formation of NDMA. No known studies have really been carried out to answer this question.

And I stop there. Thank you.

DR. ATRAKCHI: Thank you. Now, we move to Dr. Rice.

DR. RICE: First, I want to thank Drs. Eisenbrand, Hecht, and Kyrtopoulos for their comprehensive overviews of some of the issues associated with endogenous levels of NDMA and other nitrosamine formation. And I cannot add a great deal to what they have already presented. I should just like to draw attention to the fact that NDMA and other nitrosamines largely are metabolized by P450-2B1, and that metabolism is subject to competitive inhibition by simultaneous administration of other substrates for that enzyme. Dr. Kyrtopoulos especially has done a lot of work with ethanol consumption concomitantly with the administration of nitrosamine in experimental

animal and better suited perhaps, so I can raise this issue. But the basic point is that the distribution, excretion, and so forth is not something that is unchanging but is very dependent on what other exposures are simultaneously occurring. But great shifts both in organ distribution of methylating effects, as well as excretion of nitrosamines can occur when substances compete for p450 simultaneously in my experience. Consequently, I would just note the need to keep in mind in efforts to understand the levels and adducts of elimination such that it is very much dependent on what else is present in an individual. Thank you.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand. I know you have spoken quite a bit, but maybe you can add a little bit more.

MR. EISENBRAND: No, I would like to actually. Thank you very much. I think this Question 1 is one of the most important questions of the whole meeting here because I think we really need to get reliable information about endogenous exposure, especially to dimethylnitrosamine but not exclusively.

There are other compounds as well as Dr. Shukars [ph], and some have shown a couple of years ago. Methylation is also carboxymethylation and some others. So, as I proposed at the end of my talk, we really need to revisit this endogenous formation and exposure question quite a bit. I think it is very important also to put in relation what happens by potential exposure to drug constituents. And it is not only that, but the second point is also as I mentioned in my talk as well that we also need an updated database on exposure from food to compare with potential exposure from drugs. I mean, if you look into the proposed AI levels, the acceptable intake levels, these are maybe from the TD50 values. Some of them have a good database and data density but most of them not. And in my opinion, we end up with a series of theoretical values in the nanogram range, which is all right, of course, as a safety measure, but we need also to have this view of what happens in real life, and that is my meaning as a toxicologist. We need to know what we are normally exposed to, not only exogenously maybe by our nutrition but also by the

endogenous exposure. Nowadays, we have the means to measure that. It is not the situation of 30 years or 50 years ago. And as Dr. Kyrtopoulos pointed out, I think one biomarker that is already very well usable, that is 06-methylguanine. And again, we have to have the adequate PBPK random models and come to numbers that are really dependable. I think it is very important.

DR. ATRAKCHI: Thank you. And Dr. Bucher.

DR. BUCHER: Yes. I agree that the improved methodologies have improved data for endogenously generated nitrosamines and are very good and very useful in this context. I am somewhat afraid that it is going to take quite a while to generate this information and to be able to actually contribute to this discussion. I think it is going to be perhaps necessary to make some other considerations that I think will be coming out in the discussions to some of the other questions later on. So, I would hope that we would keep experimental work going in this area or restart experimental work in this area. I think there

are some practical issues related to the timing of generating data to answer the questions that are really, really on the table at the moment. Thank you.

DR. ATRAKCHI: Thank you. And Dr. Zeiger.

DR. ZEIGER: Thank you. I think the earlier speakers have pretty much covered all the points pretty well. One additional item I would like to interject is whenever we do these types of studies, we assume that the kinetics and the potency of the mutagenic or carcinogenic response will be similar in humans and in the test rodents. And we know at least from mutagenicity studies that there is quite a bit of difference in the rate of activation by liver of these various nitrosamines and differs quite widely just between mice and rats and hamsters where we have data. We have no idea how those measurements would translate to a human exposure in a human situation. I just wanted to raise that point now. But other than that, I have nothing to add.

DR. ATRAKCHI: Thank you. Very good points. And Dr. Adamson.

DR. ADAMSON: I think the talks by Dr. Eisenbrand and Dr. King were very helpful, but I think the additional comments that Dr. Eisenbrand made are particularly important because the endogenous formation from both the data and the literature and what Dr. Kyrtopoulos presented shows magnitudes of formation of endogenous nitrosamine, particularly DMNA much higher than we are getting in the medicines in which it has been detected. So, I think with the newer techniques, analytical techniques need to be applied to both endogenous formation and particularly also with food. Because the amount in food varies from country to country with the current analytical techniques and also varies between various investigators. So, I think using the new analytical techniques should help us because at the present time, the endogenous formation of nitrosamines and the amount in food overwhelms what has been found in the medicines to date. So, I would emphasize that what Dr. Eisenbrand said, we need to go back and look at food and endogenous formation with the newer analytical techniques. Thank you.

DR. ATRAKCHI: Thank you. And Dr. DiNovi.

DR. DINOVI: I don't actually have much to add, but based on what we just heard there, I would agree. It does appear as though the endogenous exposure is going to overwhelm the food. There are differences from country to country, but it is comforting that if you look at the surveys that have been done -- and I'll talk a little bit about this this afternoon probably -- they are relatively similarly, and the role in that sub 1 microgram a day range, endogenous will have to be considered further. Thank you.

DR. ATRAKCHI: Thank you. I think we will discuss this a little bit later on with the other questions. But one issue that to me seems very important is we need to have analytical methods that can distinguish between endogenous and exogenous formation. Otherwise, the data will not be very accurate. With that, I would like to move on to the second question.

Can nitrosamines be classified? If

yes, what is the basis of their classification? Could they be classified based on carcinogenic potency, on their chemical structure, on the chemical reactivity, direct alkylating agents versus those that require metabolism, or based on the adducts that are formed as just heard, the 06 or the N7 methylation? Any other basis for classification? And once we choose a classification, what is the basis of using that over the other ones? If classification is not possible, is it feasible to calculate a single, acceptable intake value for nitrosamines? That is we can come up with a class-specific limit using the existing carcinogenicity study results of over 100 nitrosamines irrespective of the study quality. It seems that the main concerns for pharmaceuticals and maybe biopharmaceuticals are the volatile nitrosamines in particular. As noted earlier, since the discovery of the toxicities of these nitrosamines, much of the carcinogen assessment studies were done in the '70s through the '80s and early '90s by scientists here in the U.S., as well as abroad, some of whom are as we already noted are here with us today on the expert

panels. Nitrosamines were shown to be toxic, both in androgens and carcinogens. They are also teratogens. They have a wide range of potency on order of magnitudes, and the majority cause cancer in around 40 animal species. They cause tumors in multiple organs, different durations of exposure, some would induce tumors after a single dose even though their half-life is short within a few hours.

They also have different latency. All of this makes classification of nitrosamines that are quite a bit difficult. However, it is an important and critical aspect of what we are trying to discuss today at this workshop. And with that, I'd like to start with Dr. Eisenbrand.

DR. EISENBRAND: Thank you, Dr. Atrakchi. Again, a very important question is going to the classification of nitroso compounds. Of course, one can use a classification based on trying to develop a system for carcinogenic potency and rating, and of course, that has been carried out before already, based mainly on the TD50 values that are in the former Gold database and the CPDB. And it

is a way of doing that. Probably at the moment, it may be the best way to go on until further questions have been addressed sufficiently such as the ones we have just discussed before. It is the relation between the drug-mediated exposure to the exposure that is coming from food unavoidable or from endogenous exposure. And I agree that this may need some time to systematically do the research that we can depend on and for that time being, it may be the best way to go just with the deferred proposals of group-specific values concerning the acceptable intakes based on the TD50 procedure. So, this is a way to go. And the second point, of course, it is a complex task, but it can be simplified because we know already about defined chemical structures that inhibit carcinogenesis or mutagenesis. As we have heard, these are the tertiary butyl groups, and these are the ionic compounds like the nitrosated amino acids. And on the other side, there might be also protonation that is important to reduce bioavailability. So, there are possibilities to look into this with more defined questions to answer.

The chemical reactivity of course that would be the first thing to consider, that nitrosoureas for instance or carbamates or this other compounds that do not require metabolic activation, they react by themselves, and this is a consideration that is also important when you consider stability questions. For instance, I would personally think that nitrosureas are not really very stable, so it might be that there comes stability issues into consideration showing that within a certain time of let us say storage of so, these compounds may be done. Of course, this is open to research. It has to be really looked into quite closely. But just as a potential point of view. And what I would personally think is very promising is to use the biomarkers of epilation. 06 methylation or carboxymethylation or some others, I think that is a good way to go, and it should be really substantiated by I would say PBBK modeling of the enzyme activity that is going on and formation and repair and all these things. I think we are much better today to address these questions in a reliable way. So, that could also be a good

possibility.

In terms of other I do not have very much further to add, and the classification I may just recall you that EFSA (European Food Safety Agency) has proposed a couple of years ago the margin of exposure methodology where you use a benchmark dose as obtained in animals, mostly on the low side of the dose response score, at least not more than 10 percent population percentage of the dose effect or even lower. And do that with the appropriate modern methods of modeling. And then if you have this BNDL value or BNDL 10 or BNDL 5 or around that area or even lower, then to use for risk assessment the distance to human exposure. And of course, again, we come back to human exposure, but this human exposure I think has considered overall exposure, the real-life exposure. And then determine the margin of exposure between this BNDL value and the exposure of the consumer nowadays on average. That I think I would think is a good way to good. EFSA has tentatively said that if this margin is more than 10,000, the space between the BNDL value and the consumer's exposure, then one could say

that is of very low concern, no primary concern. And I think it is a way of addressing these things. My idea would be that this is also a good way to go. So, I stop here. Thank you very much.

MS. ATRAKCHI: Thank you. Dr. Bucher.

DR. BUCHER: So, to me the key to this question is can nitrosamines be classified. Whether they should be classified or not, under certain conditions, that is another discussion. But to the question of can they be classified, I would agree that there is a qualifying yes. Chemical-structured-based models have been published, and do a reasonable job of classifying nitrosamines as carcinogenic or not. A few models have attempted to classify nitrosamines according to their carcinogenic potency using the TD50 values as described earlier. And while I agree that the benchmark dose calculations and the margin of exposure models are better than the TD50s, given what we have to work with, I think the TD50s are going to have to remain as part of our considerations. Nitrosamines have also been classified by quantitative structure activity, relationships using structural

alerts for carcinogenicity with some success, and of course, expert judgement and additional experimentation is also valuable and needed and will need to be used along with modeled results to improve the predictivity of these models. Many of the nitrosamines that have been identified as contaminants in drugs require metabolic activation, so such things as susceptibility to P450 hydroxylation in the alpha carbon. And also important is the half-life of the resulting diazonium ion and reactivity of the carbynium ion. All of these things are very important to consider with respect to expert judgement, and including in new models. To widely use these parameters, they would need to be predicted in many cases, so this would reduce the confidence of the outcomes of some of the models. So, to me, there are a variety of classification modeling approaches that could be and have been applied to this question. But so far, even the best of the models are only pretty good. They are very far from perfect, and some are fairly computationally intensive. As to which model, I would choose for FDA going forward in the absence of

anything better, I would choose one of the reasonably predictive QSAR models and incorporate carcinogenic potency using the TD50 values and measured with a heavy dose of expert judgment.

Turning to the question of the feasibility of a single acceptable intake, I believe this is possible. Again, and relying on the carcinogenic potency database. If one simply scans the estimated TD50 values for the over 100-plus rodent carcinogens for nitrosamines in the database, they can reasonably be placed within some ranges. In a few potent rodent carcinogens with a lifetime daily TD50 doses below 1 mg/kg, many of these have values between 1 and 10 mg/kg per day and others between 10 and 100 or even higher. Those with a very high TD50s can probably be ignored insofar as human hazards from drug contamination is concerned, and acceptable intakes could be calculated for substances falling within these high potency ranges. And it seems reasonable to use the European Medicine Agency's proposed linear dose extrapolation based on either the most potent or the median nitrosamine potency in the range to the

risk level of 1 in a 100,000 as proposed in the AMA report. Actual TD50 values or modeled estimates could also be used, but you should recall, of course, as pointed out earlier, the potency estimates from the rodent cancer studies are very imprecise. They depend on a whole list of factors having to do with the study design and the power to detect increases in tumors, to study at length of the extent of histopathologic evaluation in these studies, and other factors related to the way the study was performed. With that said, I think the data probably have value in predicting relative carcinogenic potency and perhaps if used within these various ranges of TD50s that I've mentioned, they may be useful, and clearly, they have already been incorporated into some of the existing published models of nitrosamine carcinogenicity. I think I'll stop there.

DR. ATRAKCHI: Thank you. And Dr. Guttenplan.

DR. GUTTENPLAN: I don't have too much to add. I just have the feeling that we need to have some way of superimposing the difference between human

metabolic activation of carcinogens and the rodent data. I am not sure the best way to do that but maybe with some model compounds, at least, it would be possible from what we know about human data to compare it to rodent data. And maybe there is some way of adjusting the carcinogenicity from rodent values into human values, possibly by looking at their ability to form say 06-methylguanine if you have a carcinogen in rodents that is very good at forming it, and it is not so good in humans it would suggest that there are metabolic differences or pharmacological differences that might account for these differences. So, I would say the carcinogenic potency is the first stage, and it is probably the best we have at the moment. But I would suggest that there are improvements that could be made. And that is about all I have to say on the issue.

DR. ATRAKCHI: Thank you. Dr. Zeiger.

DR. ZEIGER: Right now what we use is primarily mutagenicity versus non-mutagenicity, which is at first the Ames test, which is the first test generally applied to these chemicals. And obviously,

the ones that are mutagenic are presumed to be carcinogenic. You know, unfortunately, as I have mentioned, I think I mentioned before, the mutagenic potency does not correspond to the potential carcinogenic potency with these chemicals. We have in the Ames test a mutagenic potency range of about four or five orders of magnitude, but whether these compare with carcinogenic potency, they generally do not. We heard before that, for example, nitrosodiethylamine has a higher carcinogenic potency than the diethyl form. But in the mutagenicity studies, they have equivalent potencies. So, that does not help. I think what we really need, and it has been addressed before, is that we need to have more information on the human metabolism of these substances. We do not have very much on in-vitro human metabolism using either metabolic incompetent cells or just liver homogenates. Without this information to compare it to the rodent information, I am not sure if we can go much further than going through just like basing it on structure, basing it on DNA alkylation. Whether it is possible to calculate a single acceptable intake, I do

not think we have enough information to even address that question at this point. And that is all I have to say at this point.

DR. ATRAKCHI: Dr. Adamson.

DR. ADAMSON: I think the response that Dr. Guttenplan made I would echo, that we have to remember this is a TD50 or benchmark dose based on rodent data and that the human data both with regards to activation of the carcinogen and the alkylation may be different. So, we have to keep that in mind. But at the present time, I would agree the best we can do is either use the TD50 or benchmark dose in rats. But I think further work needs to be done to try to relate this to humans.

DR. ATRAKCHI: Dr. Cronin.

DR. CRONIN: Yeah, thank you. I firmly agree with all of the previous comments, and when considering classification, we need something to base the classification on. We have the TD50. We also have the possibility of going to BNDL. I think, as well, from my perspective, it would be interesting to review the data and see if we are just going to

classify as carcinogenic-noncarcinogenic, that is one issue. If we want to look for potency classifications within the data, then we need to look at the data, and I am aware, for instance, from Professor Eisenbrand's presentation, we talk about high potency. We talk about low potency. And there have been some efforts to quantify that a little bit more. So, can we investigate the data to see if there are natural fallouts in terms of TD50 or the BNDLs in terms of potency. I also take on board all of the comments about reactivity and metabolism. I am intrigued to know is there a direct correlation between reactivity and carcinogenic potency. I suspect not because of all of the other issues that are involved in it. That is something again we need to tease out. Can we measure reactivity itself? We have done in other instances. For instance, for protein binding, or probably we have less data for reactivity for DNA binding. And I am intrigued by the suggestion. I had not really thought it before, but I think it is an excellent suggest to consider biomarkers, measures of reactivity, particularly if we can extrapolate up or

we can use human data.

I would also like just to think -- obviously we need short-term and FDA needs short-term achievable goals. A lot of those have been articulated but also to think where we are going in the future with aspects such as classification. I would just like to raise the issues. For instance, it can be given by Bayesian modeling probabilistic-type modeling of how we can incorporate data, how we can incorporate knowledge in different lines of evidence. So, that could be structural activity relationships. That could be biomarker data or metabolism-type data. And the reason I raise this is because it does give us the possibility of being able to assign some kind of level of probability and certainty to prediction. And I am very taken by the thoughts in the moment of rather than thinking of a TD50 as a single value, it is a distribution, and what we are trying to do is narrow that down to make a decision. Such as, for instance, to be able to find acceptable intake values.

With regard to acceptable intake values, I do not have any more specific comments. It

does seem a little bit analogous to TTC. I know that is probably a strange thing to say as we have already identified the nitrosamines as the cohort of concern, which is automatically removed from TTC, but maybe there are other ways or more data or more knowledge we can take from the TTC paradigm. And just to mention, there will be a workshop in Europe in the next few weeks on carcinogenicity and updating the TTC paradigm for that. Other than that, I do not have any more comments. Thank you.

DR. ATRAKCHI: Thank you. And Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Thank you. I think it has all been said actually. The only thing I would add is that because a number of people refer to this issue of using biomarkers, in other words the DNA adducts generated by the nitrosamines. The extent to which they could serve as markers for potency or markers of risk and so on. The trouble is that despite all of the work that is being done on the nitrosamines, I do not think that we really understand the mechanism by which all the carcinogenesis in

sufficient detail. For the simple ones like dimethylnitrosamine, the other methylating nitroso compounds, methylnitrosourea, and so on. Okay, 06-methylguanine seems to be potent in various animal models. But the minute you go to more complex structures, and especially with regard to the chemicals out of concern in relation to the current issue, drug contamination, where the structures are quite varied, and I do not think that some of them are quantitated, and certainly the cyclic nitrosamines and so on, we do not really know whether it is 06-alkylation or whatever other adducts are. So, I am not really very optimistic that they would be, based on what we know today, a very practical guide toward helping us to classify. I guess if a chemical is giving rise to 06-methylguanine, yes, it would be likely to be a more potent carcinogen, but that does not tell us much about many of the other chemicals. So, I would eventually fall back to animal carcinogenicity combined with some expert judgment in relation to chemical metabolism, conversion to alkylating agents, and so on along the lines, which

have been presented previously. That is it.

DR. ATRAKCHI: Thank you very much. We are close to a break of 10 minutes, but before we go, I would like to ask all the other panelists if anyone has anything to add for the first two questions that we went through right now. Please go ahead if you would like to comment.

DR. HECHT: Yes. This is Steve Hecht. I think we need better measurements. I think there are way now to look at DNA adduct formation in humans, and I think we need to do that more thoroughly, more precisely, more reliably using the currently available high-resolution mass spectrometric methods to really determine how much relevant DNA damage comes from nitrosamine formation and nitrosamine exposure in humans. So, I do not think we really have that data, and it is quite critical for the risk assessment. Thank you.

DR. ATRAKCHI: Thank you. Anyone else?

UNIDENTIFIED PANELIST: Dr. Kyrtopoulos, you gave some data from the blood levels of 06-methylguanine and sort of extrapolated back to

an intake of dimethylnitrosamine. Is there any way to determine how much of that came from DNN and how much came from other sources?

DR. KYRTOPOULOS: Well, not directly, but as I indicated in the beginning, I am aware of maybe a dozen chemicals, to which potentially there is human exposure and which are capable of methylating DNA. There is s dimethylnitrosamine. We know other chemicals to which humans are not likely to be exposed like methylnitrosourea. There are also chemicals like dimethylsulfate, iodide, and so on. There are medicine drugs such as temozolomide, which all give rise to DNA methylation. We worked with quite a few of those chemicals in experimental animals, in rodents, and it turns out that NDMA really stands out. It is the most efficient generator of 06-methylguanine in blood DNA. I emphasize that I am speaking about blood because blood does not metabolize nitrosamines. So, it gets methylated as it goes through various tissues that generate the intermediate methylating agent. So, keeping in mind how likely people may be exposed to these chemicals that I have named, one does

not have very much left. Endogenously generated amino acids, glycine for instance. Carboxymethylate and methylate, so that is a potential source of endogenous methylation. However, from the data that we have, the methylating ability of that intermediate because it is a stable chemical seems to be quite low. So, taking everything into account, animal data, animal dosimetric data and human exposures, NDMA seems to be the most likely source of this adduct.

UNIDENTIFIED PANELIST: How about NNK?

DR. KYRTOPOULOS: NNK on a per dose administered dose basis it methylates much less than NDMA. Dr. Hecht may have the numbers. I do not have them in my mind right now, but I remember at the time when we worked on it, it could not be compared with NDMA.

DR. HECHT: Yes, that's correct. We compared that -- we published a paper in 1986 on that. NDMA is a better methylating agent, but also NMK.

DR. KYRTOPOULOS: That's right.

DR. ATRAKCHI: Okay, then. Thank you very much. And we will take now a 10-minute break,

and we'll resume at 11:40. Thank you.

MS. PAINTER: All right. It is just one minute after 11:40, so, we are going to begin with the next question.

Just as a reminder for everybody, please utilize the Q&A box, to submit your questions. While we do have a team of people moderating the questions, please know that we will not send a response. However, if you see that your question is dismissed, that means that it has been received and sent to the moderators. Thank you.

DR. ATRAKCHI: Thank you. We move on now the third question.

The carcinogenic potential of nitrosamines is dose and duration dependent. Is there an in-vivo exposure level for nitrosamines that could define low versus high risk for carcinogenicity? Is it appropriate to calculate a now-observed-effective-level dose for carcinogenicity? What are the criteria to do so? Would a resultant in an Ames negative be adequate, in vivo mutation assay negative, or another other test?

The second part of the question is can a less than lifetime approach as described in M7 Guidance be used to determine the acceptable intake of nitrosamine if the drug is indicated for a short period of use?

Based on the discussion so far with the understanding that humans are exposed endogenously and exogenously to nitrosamines, we know some of the pharmacokinetics. We also know that DNA repair capacity varies tremendously among humans as well as among animals. And there is also the less ideal quality of the carcinogenicity studies conducted with nitrosamines. With all of this in mind, can a NOEL be identified with confidence? Some of the studies have shown clear and abrupt transition to a no effect. Other chemicals showed gradual change with a curvilinear dose response and a sigmoidal in the low dose. Another consideration to keep in mind is the dose rate, is the interval between the doses and how would this affect the DNA repair. Earlier studies have show cancer rate is independent on age, and DEA for example when administered at the same dose to

animal species of different life expectancies all animals developed tumors at the same rate and time. Regarding the second part of the question, a less-than-lifetime approach, how reliable are the models that extrapolate from long to short duration. What is the model sensitivity and the shape of the response, nonlinear versus threshold, for example. In the end, can an acceptable cancer risk be achieved based on exposure to a predefined limit for one or more nitrosamines that are known to be potent mutagenic carcinogens when exposed only for a short period of time?

We will start with Dr. Bucher.

DR. BUCHER: Thank you. You laid out a large number of questions there that are quite difficult to respond to, but I will start with the question of whether there is an in-vivo exposure level for nitrosamines that could define low versus high risk for carcinogenicity. I think that one must simply take a practical approach to this question and look at the approach that has been laid out in the European Medicine Agency's report. As an example, a

practical answer would have to be that an in-vivo exposure level of high-risk would simply be the adjusted human dose representing more than a 1:100,000 risk calculated based on the carcinogenic potency database. This would mean that a nitrosamine dose of high risk would be one with a TD50 extrapolated dose of greater than 1.5 mg/kg per day for a nitrosamine with a TD50 less than 1.5 mg/kg per day. By definition then, a human nitrosamine exposure of low risk would be an extrapolated TD50 dose of less than 1.5 mg/kg per day for a nitrosamine with a TD50 greater than 1.5 mg/kg per day.

And with respect to the second question about it, is it appropriate to calculate a NOEL dose for carcinogenicity? I personally do not think that the concept of an experimentally derived NOEL is appropriate for genotoxic carcinogens and generally for genotoxic compounds in general. In the example I just mentioned, the NOEL is in essence the dose defining the risk level low or below 1:100,000 because this is a generally agreed upon acceptable level. A second hypothetical NOEL in the dose where the

additional risk from exposure to an exogenous nitrosamine falls below the risk from nitrosamines that are generated endogenously. In this case, I see two ways of looking at this information. One is that a low NOEL would simply be the exposure dose where the risk presented by the exogenous nitrosamine is below the absolute total risk from endogenously generated nitrosamines. The counterview would ignore the risk from endogenously generated nitrosamines and consider that exogenous nitrosamine exposures would always present an additional incremental risk that can be calculated as in the example I mentioned earlier. I believe the second view is more ethically defendable and that an incremental risk is still a risk. I note that this concept is going to be further discussed and addressed in Question 5, so I will leave it at that for now.

With respect to the less-than-lifetime acceptable daily intake approach as outlined in the ICH M7 Guidance, I understand the concerns, especially those that you mentioned, given the experimental animal cancer data that might lead one to question

whether this is an appropriate practice based on data on the observations of the higher potency of some of these nitrosamines if given in say high dose post dosing rather than in long lifetime lower-level doses. But I am in general agreement that given low doses that correspond to the very low risk levels that we are talking about, the 1:100,000, that to exceed the acceptable lifetime intake levels for shorter periods of time probably does not represent an unreasonable risk for adults and likely for patients starting even at younger ages. But when you consider that some of these models of short-term rodent cancer studies, especially the neonatal mouse model, in particular in their response to short exposures to genotoxic agents showing carcinogenesis, I would suggest that based on these that the risks of the less-than-lifetime approach may be more significant in children, and I think that this whole area needs a whole lot more discussion and careful consideration. Thank you.

DR. ATRAKCHI: Thank you. Dr. Adamson.

DR. ADAMSON: I would agree that use of the dose for additional risk of 1:100,000 would be

appropriate. I would say to use the benchmark dose rather than the TD50 would be appropriate from the rodent data, remembering you are extrapolating from the rodent data. But I would also say that with regards to the second part of the question about a lifetime approach, yes, I think it is appropriate because I believe that the induction of cancers, dose times time plus the repair mechanism, so I think the use of a lifetime approach is fine, but if it is a short duration of use, I think the present application that FDA uses is appropriate to determine the dose.

DR. ATRAKCHI: But are you saying that the use -- you are agreeing to use the less-than-lifetime approach if the medicine is used for a shorter period, not a chronic use, you are agreeing to adjust for that or not?

DR. ADAMSON: Yes, I'm saying that I think you can adjust for the fact that it is less than a lifetime use.

DR. ATRAKCHI: Okay. Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Yes. Well, I am trying to think a little bit in kinesthetic terms. I

would like us to remember the Peto rat mega bioassay that is used to derive what is today considered the acceptable intake. In that study, what they observed a dose response curve for the induction of liver cancers, which was hockey stick-shaped as it was called. We have the slide. On the right, the dashed lines show the dose response for the induction of different types of liver cancer in the Peto bioassay. It was expressed with it by a parameter called the Weibull index. And you can see that at a dose rate of about 200 mcg/kg per day, there is a sharp upward turn. However, below that exposure, the dose response curve was described by Peto as linear with no evidence of a threshold. And this linearity in absence of a threshold ties up with the data that we have on adducts in rat liver, which is a continuous line above. This is the data formation from an animal which basically replicated, repeated the Peto bioassay. And you can see that the other dose response is pretty linear all the way down to very low doses. So, there is no break in the other dose response curve. What happens around 200 mcg/kg per

day is that there is an increase in the induced cell proliferation in the liver, and that is one factor, which contributes to this upward turn of the carcinogenesis exposure response. So, both on the basis of the bio assay and the adducts dose response, the dose response at low dosages is linear, and there is no evidence of a threshold. We should say, of course, that this is what happens in animals, in the rats. We do not know whether the same thing applies to humans, and it is actually something that was already pointed out in the Peto paper. However, based on what we know from the animal data, we do not see any evidence of a no-effect dose.

So, can turn to the second question regarding the application of a less-than-lifetime approach? Carcinogenesis is a function of the accumulated dose, the accumulated carcinogenic damage. But it also depends on additional factors as we see. It may be cell proliferation, maybe other biological phenomenon, apoptosis, and so on. As far as the DNA damage part is concerned, the fact that we have linear dose response means that it is defensible. It is

acceptable to accept an exposure to a higher dose for a shorter period of time because the integrated overall lifetime exposure in terms of DNA damage would remain the same. On the other hand, we do not know what the dose response relationship is with regard to the other factors, which contribute to the carcinogenesis overall. So, we do not know how cell proliferation or the reduction of cofactors and so on may vary if temporarily increase the dose. It is not so easy to say that the effect of a higher dose for a shorter time is equivalent to a lower dose for a longer time. Nevertheless, on the other hand, we do have the real problem of the possibility that we may have to live with the presence of an undesirable chemical in a medicinal product. So, I think the overall evidence that we have here would make it possible -- it would be acceptable for me to accept a higher than the lifetime-acceptable intake limit. However, one should have in mind the unknowns, which are present, and keep this exceedance as low as possible. That's all.

DR. ATRAKCHI: Dr. Zeiger.

DR. ZEIGER: Thank you. My comments are mostly regarding to calculation of a NOEL dose of carcinogenicity. And I've never been a big fan of the NOEL calculation because it is very highly dependent on the test protocols that are used to generate the data. For example, you know, most carcinogenicity, most in-vivo mutagenicity studies are done at subtoxic doses for in-vivo for long-term subtoxic doses, whereas the human exposure is generally on orders of magnitude lower. And we assume that there is a linear extrapolation, but also that extrapolation is based on the dosing and dosing regimen that is used in the studies. I think we already classify chemicals of nitrosamines as Ames test negative and Ames test positive. With Ames test positive being presumed to be carcinogenic unless they are shown otherwise. And the majority of Ames test negative studies to my knowledge are noncarcinogenic. With regard to using in-vivo mutation assays, we do not have that much data on nitrosamines from the in-vivo studies. The in-vivo studies tend to be less sensitive than the in-vitro studies, and they are also conducted at high subtoxic

or up to toxic doses, but the advantage to them is they are done on blood cells, whether red or white blood cells, which have been shown earlier to be good indicators of the maximum DNA damage dosing you are going to get in-vivo. So, the mutagenicity of gene tox studies can be used to at classify the nitrosamines, but with regard to the potency, I am still stuck with the information that I have that the potency at least in the in-vitro studies does not predict the potency in-vivo, and we do not really have much date to determine how well the potency of the in-vivo mutation assays will predict the predict the potency of the cancer assays. The DNA adduct data may be linear, but to go from the DNA adduct to a mutation requires a number of steps, some of which are toxic, some of which will produce a mutation. Then, to go from the mutation to the cancer, you need another number of stages, any one of which could fail and not give you a cancer result. So, the linear extrapolation from an adduct to a mutation is still very tenuous. I think we have seen that the adduct to mutation studies where we have the data tend to be

nonlinear in appearance.

With regard to the less-than-lifetime approach, I think that is an important consideration. And as we have shown in some of the neonatal mouse studies, which are mentioned, a short-term dosage approach in younger animals, in neonates, can give you different results than the same approach in adult animals. So, the less-than-lifetime approach really needs to be investigated a lot more with regard to nitrosamines.

And I think that's it for me.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand.

DR. EISENBRAND: Everything has been said already to that question. I think personally I would not favor very much an NOEL approach. In my opinion, it is better to use the BNDL approach, especially since the BNDL approach takes consideration of the whole dose range with a specific regard to the low-dose range. And that is why I think it appears to me as more stringent than the TD50 based values concerning NOEL. And that is the one thing. The

other thing, the correspondence between Ames positive or negative and carcinogenicity positive and negative, which Zeiger had already alluded to very convincingly. So, to me the less LTL approach, the second question, I think the reservations concerning the LTL approach consider mainly because of the possibility of intervening repair. And I think this question needs to be decided with respect to the expectable dose that is being taken up by the drug as a contamination or by other ways because this fear that the repair, especially the demethylase repair, the 06-demethylating repair may be not really substantial in this very low dose that we are discussing at the moment. So, from this point of view, I would think, yes, one could use the LTL approach at least for a certain time until scientific evidence shows that it is useful or even it is not. In that relation, I would also mention that there has been a very thorough dose response study by the Dulthai [ph] Group many years ago in the '60s where they used DNA in very widely spaced daily dosage, coming from the upper end of about 10 mg/kg down to as low as 70 mcg/kg

bodyweight. And there it is quite interesting to see that the slope of all these dose responses remains very parallel, very similar down to the lowest level, which still within a lifetime I most say, an extended lifetime of three years of the rats still produced tumors. So, the overall cumulative dose diminished in response to the lower daily dose quite significantly, which shows that even at the very low dose end and of 70 mcg/kg bodyweight per day, there is a sort of -- without any losses actually of the carcinogenic activity. Let's say the DNA mutations used by diethylnitrosamine, there is still a clear dose response seen. So, they calculated from this dose response, the time dose with an exponent of 2.3, so it is a very important parameter to consider that the time of these nitroso compounds goes in a relationship. And so, maybe that the LTL approach really is defendable when we are in the very low dose range. The dose range should be connected to induction of tumors, at least as animal experiments teach us.

DR. ATRAKCHI: So, to your point

towards the end, do we know with reasonable accuracy that the DNA repair mechanisms in enzymes do not get saturated, animals or humans, when we give a large dose of a nitrosamine? And that is not necessarily -- we have to clearly understand whether this nitrosamine is coming from the medicine, not only the medicine alone, but obviously we need to take into consideration the collected totality of all sources of nitrosamines that are taken in. We do say it is dose and duration dependent, so going to taking a big dose of nitrosamine, are we saying that is okay to adjust because the DNA repair mechanism is capable of that. And so, I have another question, but can anyone comment on this?

Perhaps to address your question directly, the question always is what is a big dose. I would not think that in the dose response relationship the upper dose range would be useful to consider. I think that this exercise in risk assessment beyond the lower dosage definitely. If not on a very low dosage, and there I think it is probably not really of great relevance that we have to consider

saturation effects of this demethylase. As soon as you go into the higher dosage, then certainly you have this quite clear.

DR. ATRAKCHI: Okay.

DR. ZEIGER: I'd like to address this.

DR. ATRAKCHI: Yes, please.

DR. ZEIGER: Remember, there are some studies many, many years ago with regard to you talking about DNA repair enzymes but also metabolic enzyme, whether they are saturable. I recall some old VMN studies where once you get above a certain dose of VMN -- I don't remember if it was rat or mouse -- that you start getting kidney tumors in addition to the liver tumors because you are saturating the liver metabolic capability. With regard to DNA repair enzymes, there are two different categories. There are those that are constitutive, which means you always have a certain level of that repair enzyme available in the cell to address the damage, but you also have the inducible enzymes, which means you have to get to a certain level of DNA damage before that enzyme is induced. So, you can get saturation in a

way. You can get saturation of the constituent enzyme, and presumably, you should also be able to get saturation of the inducible enzyme at high enough levels of damage.

DR. EISENBRAND: I totally agree with that. I mean, that's quite clear that you can get separation, especially the experiments where we receive the kidney tumors that happens at high dosages, sometimes even at one single dose. You do not see liver, but you see kidney tumors. But as I said, I think we need to mainly concentrate on the low-dose range because I would not think or I would not expect that enzyme saturation plays any role with the dosage where we are here.

DR. ATRAKCHI: And this is even taking into consideration the exposure from the number of sources that we have already discussed from the environment, from the food. The people's habits. Some of them will eat a lot of smoked foods, smoked fish, and so on. We are not only addressing the level of nitrosamines in the drugs. We know these are comparable to other sources that could be lower. You

all are taking that into consideration, the multiple sources, is that correct?

DR. EISENBRAND: Well, by and large, my impression is that from the multiple sources we have to consider, it is mainly the food because water is so low that in that sense I do not think of any relevance. And the exposure from food still is very, very low. I mean it is in the low microgram a day range, which is nanogram/kilogram body weight. So, I would not expect that it is the nitroso compounds themselves, if there is any influence on enzymes that activate or deactivate in terms of saturation, as well as in terms of repair adducts.

DR. ATRAKCHI: Okay. One more question. It seems like at least based so far on the discussion that potentially the less-than-lifetime approach could be applicable to the nitrosamines that we are addressing here. If that is the case, would safety factors need to be considered and incorporated based on age? And I say this because -- first of all, M7 does not ask and does not require additional safety factors. That is one issue is that it is not -- we do

not use safety factors in M7. Also, our colleagues in the Center for Foods in FDA do not adjust for longer lifespans, and they use models that they estimate now much specific food ingredients is consumed based on surveys of dietary habits. For example, they can limit the analysis to people who consume cheese on a daily basis. Nevertheless, EPA does not assess for carcinogenic impurities in fruits, but they do use safety factors to determine limits in pesticides that are used on foods. So, would you recommend adjusting for less-than-lifetime between let us say pediatric indications versus adults -- medicines used for adults? This would be somewhat not under the guidance of M7, but would you recommend that based on the nitrosamine as carcinogens.

DR. BUCHER: This is John Bucher. This is a very difficult question, of course, and I think that one might pay attention to any kind of information that is available concerning the development of aspects of various repair enzymes according to age. Pay attention to the P450 profile changes with respect to the developing individual.

Certainly, we know they change probably in life. Conjugation reactions change, so all of these things tend to contribute I think to a higher sensitivity of early life stages to carcinogenic exposures. So, I think that unless one takes into consideration the profile of all of these activities, it is really hard to decide whether you need to particularly adjust by a certain factor. That would be my response.

DR. ATRAKCHI: Thank you. And Dr. Kyrtopoulos, would you like to comment?

DR. KYRTOPOULOS: I'd like to say something about the previous discussion on this question of DNA repair and how it may be affected if one is exposed temporarily to higher doses. I really do not think that with the kinds of exposures that we are speaking about even though once potentially coming from the contaminated drugs, there is any likelihood of any significant exhaustion or any significant depletion of the alpha transferase. If you just look at the diagrams from the Peto study where the exposure rates that were used, they go up to quite large doses. In the animal experiment that we did, there was no

depletion, no change in the alpha transferase in the MGMT levels throughout this range. And if you think about the adduct levels that are likely to be generated following an intake of a contaminated drug containing NDMA, I think that the adduct levels that are likely generated, it is concerning. But I think it is very unlikely that they would significantly impact on the pull of the repair enzyme. So, I would not count this factor as one of the items to consider in trying to decide whether an LTL approach is applicable or not.

DR. ATRAKCHI: Thank you. I'd like to ask Dr. Rice to make comments on this question, on Question 3.

DR. RICE: (No response.)

DR. ATRAKCHI: Would anyone else like to comment? We'll get back to Dr. Rice in a moment.

DR. ZEIGER: Yeah. I have a comment. We have been considering thresholds mainly with response to data on liver carcinogenesis, and that it is very unlikely it gets saturated at doses that would be achieved just by intake of contaminated drugs. How

about other organs, though? What is known about the capacity, the 06-methyltransferase repair in other organs? Does anybody know?

DR. KYRTOPOULOS: May I come in? May I respond?

DR. ATRAKCHI: Of course. Certainly.

DR. KYRTOPOULOS: The alpha transferase has been measured in a number of human tissues. As far as primary human tissues are concerned, they all contain quite significant levels. The liver usually has the highest level, but the lowest levels that have been measured maybe let us say five times less. Even in tissues with relatively low levels of alpha transferase, this is orders of magnitude higher than the level of others that we are likely to see coming from all of the environmental exposures and the contaminated drugs. Of course, there is always the possibility that there may be small subpopulations of cells, which are even more repair deficient. But again I emphasize as far as primary human cells are concerned, I am not aware of any deficiency. Cancer cells? Yes. There are cancer cells where the

expression of the MGMT has been lost but not in primary -- I am not aware of data in primary cells showing such an effect.

DR. ADAMSON: Thank you. I would like to make a comment on this question.

DR. ATRAKCHI: Of course.

DR. ADAMSON: We did an experiment in nonhuman primates primarily Cynomolgus monkeys to do a dose response to administration of diethylnitrosamine, and we used at least 10 animals per dose starting at six months of age. And what we found with the diethylnitrosamine giving doses of 40, 20, 10, 5, 1, and 0.1 mg/kg once per week. A clear dose response occurred. At the lower doses, we did not get any tumors at all as long as we did the experiment and when the monkeys were sacrificed, nor did we determine any lesions in the liver or in the organs. That was about 16 years after dosing. The lifetime of cynomolgus monkey is about 20 years. At the lowest dose, only 10 animals per group. At the highest dose, we got 100 percent tumors of the dose of all of the animals, and there was dose response with regards to

both the latent period, as well as percentage of the tumors. And it was a pretty linear response until we got to 5 mg/kg and at 1 mg/kg. We got 40 percent of the animals. Again at 0.1 mg/kg, there were no tumors when the study was stopped. Minimally, this is only 10 animals per group, but it is administration of a very potent carcinogen, diethylnitrosamine, which at that top dose 40 mg/kg, we got 100 percent of the animals with a hepatocellular carcinoma. So, there is a clear dose response and a clear latent period over the lifetime of the animals.

DR. ATRAKCHI: Thank you. Dr. Rice, would like to commend on Question 3?

DR. RICE: Thank you. I am having considerable difficulty with the signal fading in and out here. I do not have specifics to add to this, but I want to express some concurrence with first the caution expressed about calculating the NOEL dose of carcinogenicity with a potent genotoxic agent like any of the nitrosamines under discussion. And I do not think it is really practical in a comparatively low-dose range to attempt to identify in-vivo exposure

that would rather absolutely define low versus high risk. I do not see how the continuum, that is response, can readily be found in these agents, except, of course, as the dosage becomes very, very much higher in any of those that would be experienced by anyone from taking any of the drugs that are under consideration. With that, I have nothing more to add.

DR. ATRAKCHI: Thank you. I would like to go back to one point we made here in the question, which is Ames negative. We use Ames negative as the first step or the first test to determine if a chemical is mutagenic or not. Some of those nitrosamines could test negative in the Ames test. This is difficult for us to decide that this would be acceptable, even though the Ames test was conducted properly under GLP in a valid test, but the result is negative. What would you recommend? Would you accept a single, well-conducted valid Ames test to conclude that a particular nitrosamine is negative, is not a mutagenic agent? Or would you follow this up with an in-vivo gene mutation test or any other followup mutation test to verify the negative result?

DR. ZEIGER: This is Dr. Zeiger. With regard to the negative Ames test for nitrosamines, the response on the Ames test for the nitrosamines is very species specific and very protocol specific. Initially, dimethylnitrosamine was reported as negative in the Ames test until people started increasing the relative liver homogenate concentration to VMN concentration, and then it became positive. Similarly, you have different potencies of responses when you test the same chemical using rat liver, mouse liver, or hamster liver, to the extent if you are using rat liver, which tends to be the least sensitive to the nitrosamines, you might get a very weak or negative response with rat liver but might get a fairly potent response if you are using mouse liver or hamster liver. We do not know which one of those livers is most comparable to what would be obtained with humans. So, as far as I am concerned, even a negative mutagenicity study with nitrosamines, if the structure is such that you think it might be metabolizable. And Dr. Eisenbrand showed a number of structures early on that you would not expect to be

activated to alkylating agents. You know, if the structure does not tell you that it should be or might be negative, I would consider a negative Ames test as not sufficient to say it is not going to be a carcinogen.

DR. ATRAKCHI: Thank you. Anyone else would like to comment?

DR. ADAMSON: I would think you would want to follow up with an in-vivo mutation assay before I would accept a negative Ames test as being possible.

DR. ZEIGER: I agree to some extent, but the in-vivo assays tend to be less sensitive, though it does not hurt to look at the in-vivo assays. They are getting better every day. We are now able to look fairly easily at gene mutation, as well as chromosomal mutations in red blood cells, mutations that were induced when the cell was still nucleated. So, a positive in-vivo assay would trump negative in-vitro assay. I agree with you on that. But because of the variations and responses with different protocols in the in-vitro assay, I would be reluctant

to conclude that something is negative based on a single assay with, for example, rat liver S9. Using the standard OECB protocol. The OECD protocol is a minimum protocol. It is not the definitive protocol.

DR. ATRAKCHI: Thank you. Anyone else who would like to comment on this?

DR. ADAMSON: Yes. The in-vivo mutagenesis assay picks up a number of compounds. I do not know about nitrosamines but some related to nitrosamines like dimethylhydrazine, which are negative in the Ames assay but are positive in in-vivo mutagenesis assays. So, it is a good followup, but of course, it is a lot more expensive and a lot more time consuming.

DR. ATRAKCHI: Thank you. So, I understand that even though not everybody responded to this question, but the general agreement is that a negative Ames by itself is inadequate to conclude that the compound is negative for mutagenicity.

There is one question from the attendees. I will read it. Would experts consider there is a limit maximum exposure for less than

lifetime and number of nitrosamines in a drug product? Multiple nitrosamines in drug products are not limited in M7. The less-than-lifetime allows 80-fold acceptable intake for 30-day treatment, so that theoretically, the total exposure for nitrosamines may increase to even milligram amounts. Would anyone like to comment on this?

I think that basically the question is what is a low-dose range for a nitrosamine exposure? Maybe that is what the question is.

UNIDENTIFIED PANELIST: Could I comment on that?

DR. ATRAKCHI: Absolutely, please.

UNIDENTIFIED PANELIST: Just as a pragmatic answer -- I mean I would personally orient myself on the unavoidable exposure from foods. The nutritional exposure is there, and I think it is in most cases, it is considered to be somewhat higher than the potential exposure from contaminated drugs. But of course, that has be check in any case. And if it comes to the mentioned dose level of milligrams, I would think this is in my opinion not feasible. It is

far exceeding the levels of nutritional exposure.

DR. ATRAKCHI: Thank you. Anyone else?

DR. KYRTOPOULOS: May I comment?

DR. ATRAKCHI: Yes.

DR. KYRTOPOULOS: Surely, it would depend very much on which nitrosamines we are speaking about. I mean the idea of affecting a milligram of NDMA even for a few days is just not something that one would consider. On the other hand, if it was something like a nitrosoproline, which I know is not the case for drugs -- I mean a noncarcinogenic nitrosamine, it would be a completely different thing. So, one has to look at specific cases. I do not think we can put -- it would be a case-by-case evaluation. I do not think we can put a general number on this.

DR. ATRAKCHI: Okay. Thank you very much.

So, we should probably now break for lunch. We will come back at one o'clock. Thank you very much.

DR. ATRAKCHI: Welcome back. It is 1:01. Before we continue to the last question of

today, Question 4, I would like to go back to Question 3 for a moment. It is fairly important for us as regulators to really understand a little bit better. With your responses and your thoughts and the reasons for your recommendations about Ames negative. The issue we face is that a nitrosamine will be tested, comes negative in Ames. They would repeat it. It would be repeated let us say with a blood product with a mouse or a hamster S9. The test becomes negative as well. So, let us address this scenario. Would that be convincing that this nitrosamine is negative in Ames? Is not a mutagenic nitrosamine and will end it there. And this means from a regulatory perspective that the next step is this impurity, nitrosamine impurity will be considered a regular impurity, meaning it will fall under ICH Q3A or B where it is controlled under much higher levels than an impurity that is mutagenic. So, it is a very important regulatory decision to make to allow such a one-test or two-test of a nitrosamine of a negative nitrosamine in an Ames test and then move it from the category of a cohort of concern to a regular impurity. We really

would like to understand from you your expertise and your knowledge of is this an acceptable or if one conducts an Ames with an S9 from the rat and it is negative, they follow it up with an Ames using a hamster S9, and it is negative, would they need to confirm because we may have missed something -- those tests have missed something -- and it has the nitroso group. It is on structural alert. Would this need to be confirmed in a followup test, whatever that test is? Whether it is an in-vivo mutation test or any other that from your experience would provide a more reliable result? Anyone who would like to comment?

DR. ADAMSON: I will start by saying I think that you need an in-vivo followup, not another in-vitro followup, regardless whether it is human liver, whether it is nonhuman primate liver, whether it is hamster. I think you need an Ames negative, and then you need an in-vivo assay negative, from my perspective.

DR. ATRAKCHI: Thank you. Anyone else?

DR. GUTTENPLAN: As I said before, there are certain compounds that are more sensitive --

DR. ATRAKCHI: Yes. Dr. Guttenplan?

DR. GUTTENPLAN: Yeah, as I mentioned before, there are certain chemicals that are more sensitive in the in-vivo metagenesis assay than in the Ames assay. And also in the in-vivo assays, you can give repeated doses over a longer period of time. So, the assay can be quite sensitive. As mentioned before, also, it is more time-consuming and more resource-consuming. And then assuming you exposed the animal for a sufficient time and sufficient dose and you get a positive result, what does that mean? That is another question. If you give enough of the compound for a long enough period of time, is that relevant to human exposure? So, that is just a question.

DR. ATRAKCHI: Now, when we are talking about in-vivo mutation assays from your perspectives -- there are a number of them. M7 has a number of them in their table over there in the Guidance. But clearly some of them are better than others and depending as you indicated on the compound itself, one would be preferable over the other. But,

which ones would you think for a nitrosamine would be more appropriate than other in-vivo mutation tests?

DR. GUTTENPLAN: I think for nitrosamines the Mutamouse assay, the Big Blue Assay. There is a Japanese assay. I think it is GDL Mouse. I am not sure of that, but that would also be another assay. Those are the ones that I am familiar with those, and those are pretty good for detecting particularly relatively small molecular weight lesions.

DR. ATRAKCHI: Very good. Thank you. Anyone else?

DR. HECHT: I think we have to consider the carcinogenicity database that we have for nitrosamines. There are very few nitrosamines that are noncarcinogenic, really only the nitrosamino acids with maybe a few other exceptions fall into that category. So, I absolutely agree with everything that has been said so far. Just a negative Ames is not enough. You need to do an in-vivo test. You need to have tested thoroughly before you can conclude that nitrosamine compound would be noncarcinogenic or

nonmutagenic. Thank you.

DR. ATRAKCHI: Yes. To your point, Dr. Hecht, and also to Dr. Guttenplan, your comment, what does it mean if it is in-vivo positive when the Ames was negative? You are correct, but from a regulatory perspective, the first test or group of tests, the battery of tests is mutagenicity. Ultimately, the concern is carcinogenicity for risk assessment. So, this is why it is essential, and it is important and critical for us to determine if the nitroso is mutagenic. It is the first step, and that is why we need to confirm if it is negative, why is it negative in a mutagenicity test. What we need to do is a followup, and that followup is an in-vivo mutation to further verify the organ metabolic mechanisms in place and an in-vivo system, physiological conditions to make us at least more comfortable in making the decision if that nitroso is negative in the in-vivo mutation. Ultimately, it is the carcinogenicity, but we cannot possibly continue with an impurity such as nitrosamine and go ahead and conduct a carcinogenicity, a two-year bioassay for every nitroso

that has been detected. So, we are trying to be reasonable and practical and resource-sensitive in what we ask for, but we also need to make sure that it is the public safety that is important.

DR. HECHT: Well, the first thing to do is to look at the structure and compare it to the huge amount of data that we have on structural aspects of nitrosamine carcinogenicity. You will not find many negatives.

DR. ATRAKCHI: That is correct. That is the concern.

DR. BUCHER: This is John Bucher. I think that if you are looking at doing an in-vivo assay after a negative Ames, which I agree is the best thing to do, I would encourage that there be a requirement that there be a couple of known nitrosamines running along with that assay, whatever that assay might be, so that one could (a) make sure that that particular assay is picking up nitrosamines, and that (b) you have some even imprecise idea of relative potency.

DR. ATRAKCHI: Absolutely. A positive

control of one of the nitrosamines, which likely would be NDMA or NDEA would be run in parallel in the same test. Anyone else from FDA who would like to comment on this or add to this question that I know we all are interested in having a discussion over?

DR. MCGOVERN: This is Tim McGovern from FDA. I'll just ask -- and I think it was Dr. Hecht who mentioned it -- that you are just looking at the nitrosamine database. There are very few nitrosamines that test negatively in a carcinogenicity study. So, I guess I would just ask the question, is there any concern even should one of these impurities test negative in an Ames assay or a modified Ames to some degree and then a followup in-vivo assay, would you still have any residual concern about its carcinogenicity potential?

DR. HECHT: I think if it was negative in the Ames and negative in an in-vivo system assay and you take a good look at the structure compared to what is known about nitrosamines of similar structure, I think you would be on solid ground to say that a particular compound would likely not show carcinogenic

activity.

DR. ATRAKCHI: Okay. If there are no further comments on this question, then I think we will move on to Question 4.

Okay. How would the risk assessment change when multiple nitrosamines are present in a drug product? What are the key variables to consider when conducting such risk assessment? One nitrosamine could be mutagenic carcinogen with another one that is mutagenic carcinogen and so on. This is not an unlikely scenario unfortunately. More than one nitrosamine has been detected recently in a single drug substance and/or drug product. Would the risk be additive or synergistic. Do we know how the in-vivo PK or pharmacokinetics would change when we have multiple nitrosamines in the same drug product or drug substance? What is the efficiency of the DNA repair to handle multiple nitrosamines at the same time and considering all of the other sources of nitrosamines together? I would like to start with Dr. DiNovi.

DR. DINOVI: Thank you. As with the questions we have done so far, this is a very

multilevel, multifaceted question. My particular area of expertise is on the exposure side. I'm the Dietary Accessor on the Center for Food Safety. And when we consider I will not say risk assessment since certainly substances added to food are not supposed to present a risk, but you understand what I mean. When we are looking a chemically closely related substances, our default assumption is that the effects, any toxic effects would be additive. And the way we deal with that is simply do the exposure in a way of simply adding the materials. More to the point of the nitrosamines here, though, there are classes that come back to my mind, where the structures present different toxicities, and what our toxicologists have done as have others around the world is taken toxic equivalent factors into effect. So, the way you deal with it in the assessment, of course, is you look at the exposures and you weight the exposures based on the relative toxicities. It is fairly straightforward and fairly simplistic, but we are also not looking at situations with carcinogens typically. These are in fact, but you are not looking

at the kind of questions that we have here where it is nonmutagenic versus mutagenic. That part of the answer to this question I am going to have to leave to our toxicology colleagues, and we can come back if there are other questions we want to talk about with the exposure. So, let me just pass it on at this point. Thank you.

DR. ATRAKCHI: Dr. Cronin.

DR. CRONIN: Thank you, yes. And I am going to put a modeling slant to this. So, I think the previous speaker set me up quite nicely in many ways because I was going to start off by saying, well, really repeating the question here. The key consideration is whether the concentrations, the potencies are additive and whether we can make an assumption as we have just heard or what would we need to assume synergy. I will start off by also passing the buck on the synergy question. I am not aware of synergisms specifically in carcinogenicity. As I say, I will rely on the experimental toxicologists who determine whether I am right or wrong or whether we need evidence on that. I guess where that may come in

place is if we see things like increased metabolic activation or knocking out of defense mechanisms. And again, if we are going to assume that from my simplistic modeling point of view, if we are assuming that some of the defense mechanisms are relatively generic and unspecific, then we can probably assume additivity. I agree with the first respondent. We will consider similar structures. We will work together and beat the additive. But we are assuming in that the similarity in mechanism, similarity in potency, and similarity in reactivity. This is quite possible, but also let us bear in mind the subtleties of some of the reaction mechanisms, and we know we have these what we know as activity cliffs when we have the correct substitution patterns. So, here we also have a second opportunity to think about categories and chemicals and when can we lump together, when can we group together molecules and understand the problems. And also where do we have the data. And I am going to discuss data more tomorrow in the answer to Question 6. But we need to consider it is not just a question whether we can

group together, but do we have data to support any argument. And also think about the differences. We are actually getting quite good in some areas. I will talk again in more detail about read-across tomorrow, but we are getting quite good at understanding differences between molecules and what they may potentially have. Here we can understand them in terms of reactivity and possibly bioavailability.

So, we also need to think about the mechanisms of action and whether we have information of mechanisms of action. And we have also been thinking, wondering what scenario would be if we had for instance a very high potency carcinogen and something that may be acting by the same mechanism but with a much lower potency. There is really a need in that regard to even include additivity if the high-potency carcinogen is several orders of magnitude above that of the low-potency carcinogen. More specifically around read-across and QSAR. Again, I will define these terms and talk about them a little bit more tomorrow. Let us start with QSARs. I am not aware of an QSARs for mixtures with regard to these

particular endpoints. Mixtures related to QSARs tend to be on the whole the vast majority for acute toxicity or acute lethality. Where we do see occasionally additivity on a very occasionally synergism. In terms of read-across, again read-across relies on adequate data. So, here would be adequate data for two or more nitrosamines that we could extrapolate across to a set of similar compounds. We will talk about this tomorrow. It is possible. It has been done. There is some work on read-across for mixtures, particularly within the UVCB area, but is really assuming that we can assure ourselves of the similarity of our structures. So, we are again getting back to this argument of structural activity, and we know we have some knowledge in that area.

With regard to the question, one area where we can use SAR and QSAR -- we have just been having this discussion of course -- is to predict whether a compound may be mutagenic or may be a nonmutagenic carcinogen. So, we may be able to take if we have two or a small number of nitrosamines in the sample, we may be able to use particular modeling

approaches or read-across to enable some kind of assessment to be made to at least see whether or not they fit into those categories that are on the screen there.

The other thing I would like to highlight is the possibility of using some of the techniques that are currently applied in terms of commutative risk assessment, particularly commutative assessment groups. And the European Food Safety Authority, EFSA, has done a lot of work in this area. And their work is on residues from pesticides. So, not nitrosamines but in some ways analogous to what we are talking about here. So, I think there could be some learnings from that, and they have a full-stage methodology based around identification, characterization, collecting the data, and grouping. And if you look at their approach, in part of their approach, they are saying at the lowest level where you have the least certainty, you can assume we are looking at some kind of structural similarity or grouping basis, but we may not know for instance, mechanisms of action or similar through up to the

highest level where we can assure similarity in mechanisms of action. So, as with many of the arguments in this workshop that I will put forward, it comes out to structured activity relationships and also being clever about what we are doing and learning and also building up bodies of evidence. And also thinking about how we can extrapolate what we are talking about in earlier questions about structural activity and showing that we are using the same information and the same groupings, not only for single chemicals for applying for single chemicals, but can we use that to apply up to groups of chemicals that may be present in the same sample. Thank you.

DR. ATRAKCHI: Thank you. Dr. Bucher.

DR. BUCHER: Yes. So, my answering this question really relies on the experience that we have generated over the course of many years looking at combinations of chemicals in toxicology studies, and it has really been our experience that irrespective of the mechanisms in general for these chemicals, additive models more than adequately predict outcomes in the vast majority of cases. In

particular when you are dealing with chemicals of similar mechanism as you would think in nitrosamines and also certainly at the levels of nitrosamines that would be appearing individually in any of these drugs at an acceptable intake level, so I do not think it matters really to my mind. When we do chemical mixture studies, it does not matter whether they are mutagenic or not mutagenic, if there is a carcinogenic potency associated with a particular chemical, those would be the numbers to use for the acceptable intake level, and in my mind, it is -- so in my mind, in our experience, until you get to significant exposure levels of chemicals, you very rarely will run into anything that looks like either synergism or antagonism. So, I think additive models are probably more than adequate for the cases of nitrosamines that you are going to be dealing with.

DR. ATRAKCHI: Thank you. Dr. Guttenplan.

DR. GUTTENPLAN: Yeah, I basically agree with the previous comments. The important factor here is that we are dealing with subthreshold

levels with respect to DNA repair. As Dr. Kyrtopoulos mentioned, even for the saturable enzyme, which is not really an enzyme but a protein 06-methylguanine transferase, we are apparently well below the threshold in almost any organ of the body, and the levels in drugs is so low that we are probably not going to approach the threshold. I will say though that different nitrosamines are going to be repaired by different enzyme systems. Most of them can be repaired by the 06-methylguanine transferase system, but as you get to larger adducts, particularly above the ethyl group, then there are other base excision repair and nucleotide excision repair. And they are all going to play a role, but in each case, if you are subthreshold, then there is no reason to think that you are not going to have an additive response for each agent. So, I basically agree with what has been said so far.

DR. ATRAKCHI: Dr. Adamson.

DR. ADAMSON: Generally, within the same class of compounds, the default position is generally addition unless there is some indication

otherwise. But I would say -- you brought up additive or synergistic, there is also the possibility of less than activated, particularly when compounds need to be activated when you have binding and when you have DNA repair. But I would say at the low levels that the nitrosamines are present in a drug product, probably those do not factor in. You probably would not have competition for activation. You probably would not have competition for binding. You probably would not have competition for DNA repair. So, with regards to the small amounts that are present in drug products, I would say that you would probably, unless indicated otherwise, you would have to do an additive.

DR. ATRAKCHI: Thank you. Dr. Hecht.

DR. HECHT: Yes. I agree. Considering the low levels that we are going to be observing, additivity is definitely the default assumption of the molar amounts that are present. So, I agree with everything that has been said about additivity.

DR. ATRAKCHI: Dr. Rice.

DR. RICE: I too agree that additivity is the most likely way to consider the issue of

multiple carcinogens. I would think though that there is always the likelihood that if there is more than one nitrosamine in a product, it could well be one about which next to nothing or absolutely nothing is known. And I should not think that the regulatory focus would be to be undertake a full-scale search of chemical structure to identify precisely what this unknown nitroso compound is. I should think given the fact that it is fairly clear that dimethylnitrosamine or perhaps the most potent of known carcinogens, that an overall analysis of total nitroso compounds present in an adduct could -- from the standpoint solely of other health protection, you could treat them as essentially an equivalent total dimethylnitrosamine. Most of the time that will be an overestimate of the potential hazard, but that is an error on the correct side of caution. So, in sum, I would just treat them as additive, and in the case where there is a new unknown or normally known agent in addition to one of the better understood nitrosamines or something added to them as though they were equivalent in the known publications. Thank you.

DR. ATRAKCHI: Thank you. Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Yes, I think Dr. Rice made an excellent summary of the situation. And I agree 100 percent with what is being said. Basically, additivity and if necessary, taking the potency of the most powerful of the nitrosamines, NDMA. I do not have anything else to add.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand.

DR. EISENBRAND: (No response.)

DR. ATRAKCHI: We can move to Dr. Zeiger.

DR. EISENBRAND: So, I am back. Sorry. I had a lot of problem with it. Well, I agree totally with what has been said concerning additivity. I think an additive modification be applied here, and it may be in a case where we have nitrosamines with vastly efferent biological activity, the most potent ones and nitrosamine of minor potency, then I would think that the potent one, of course, would primarily add and be the one that should be looked at and

evaluated. Just to mention, there has been I think it was in 1990 a publication from the German Cancer Research Center, the first author I think if I recall correctly -- I can send you this -- is Pergot [ph] where they tested combined application in rats of I think it was diethylnitrosamine or dimethylnitrosamine, nitrosomorpholine, and nitrosopyrrolidine, and what they found out in that lifelong exposure study was clear additivity of the effects. So, that is published already since many year.

DR. ATRAKCHI: Thank you. Dr. Zeiger.

DR. ZEIGER: Okay. I also agree that additivity is the most appropriate way to go for the reasons expressed by all of the previous speakers. Obviously for the data just presented. Just one point on the question. I would not separate out mutagenic from weakly mutagenic carcinogens. I agree with the comments on additivity. Thank you.

DR. ATRAKCHI: Thank you, Dr. Zeiger. I would like to make a comment here. Well, to sum up this question is basically everybody seems to agree

that if we have one nitrosamine as a contaminant, as an impurity in the drug, will we have five? To be the most conservative approach is to use the amount of the most potent nitrosamine and to apply for all the five, even though there is one or more of the others that either there is no carcinogenicity data or the data is very poor. And it seems like almost -- well, actually all of you agree with this assessment that the risk assessment would be an additive in using the most conservative and most potent carcinogen, and nitrosamine is carcinogenic.

Going back a little bit for the whole day that we have been discussing now, reaching to Question 4, it would seem to me that all of you have indicated the large amounts of endogenous formation, and that is due either internally formed or exogenously from foods that we are exposed to for nitrosamines. And the miniscule amount that we could be exposed to from drugs. I assume you are not saying or indicating that we do not need to worry about the small amounts of nitrosamines in our drugs. Is this accurate? And certainly, that is not the case. It

does not seem that is the case based on what we just discussed in Question 4 where we said if we have one or more nitrosamine, we need to use the most conservative limit of the most potent carcinogen, and use that one as the total for the five or six nitrosamines in a drug. However, it is not clear to me that from what we have discussed all day that it is the endogenous formation, the exposure from exogenous intake compared to the minimal or the small amount that has been contaminated in drugs should be an issue. Is this what you have indicated or not?

DR. EISENBRAND: Maybe I comment first, if you allow.

DR. ATRAKCHI: Absolutely.

DR. EISENBRAND: Well, you know, as I pointed out in my lecture, the data on exogenous exposure first in my opinion are relatively outdated. So, it is our suspicion, our interpretation of the data with our approach that the amount that is being taken in for contaminated drugs by comparison may be very, very low. But we do not know really for sure. That is my point. That is why I think we need to

update first the database on exogenous, but even more so the database on endogenous formation of nitroso compounds. We need really scientifically based updates on these data because they will become very important when it comes to risk assessment. And I mean I just recall the last one of the publications about ranitidine I show where you have this publication of 2,016 reporting about substantial in-vivo formation of nitrosodimethylamine from ranitidine. We need to look at that. This is a very relevant question in my opinion still. By and large, I agree with you that probably we finally can say that normally the contamination with preformed nitroso contaminants of drugs is relatively negligible in comparison to the exogenous exposure for food and even more so to the endogenous exposure. But we need to have safe data on that. That is my opinion.

DR. ATRAKCHI: I understand that there are recent studies that came out of the Center for Foods where they indicate the amounts in foods are fairly low. The amount of nitrosamines in foods over the past 20 years is extremely low. So, we need to

take that into consideration, and I think Dr. DiNovi can comment on this.

DR. DINOVI: Yeah. It is certainly less than 1 mcg a day, and that is true for all of the studies we looked at. One of my colleagues, Dr. Jolie [ph] just recently went through and did a review of nitrosamines in food, and that was the conclusion, less than 1. Even at a high percentile of the distributions. The thing about what we are talking about here is precision in a risk assessment is much more of an academic than a regulatory concern. At CDER, you need to make timely resource-efficient decisions, and we really do not have the luxury to go beyond some of these false assumptions.

DR. ATRAKCHI: And also in terms for drugs, the drugs they have a GMP. They need to be clean and not containing impurities. So, it becomes an issue of quality. At the beginning, it is a quality issue. Then, it comes the safety issue. So, that is important for us. We cannot allow any impurity, whether regular impurity or mutagenic impurity to be above a certain level. That is why we

have guidelines. That is why we have regularity limits on such things, excipients and impurities and so on. But beyond that, the nitrosamines as we all know, they have been put in its own class as a cohort of concern in N7. They need to be much more restricted below a 0.5 mcg per day because of their potency as mutagenic carcinogens. So, it just seems to me that whether it is this study, as you indicated, Dr. Eisenbrand, the database needs to be updated. There are some new studies that did show there are very little amounts of nitrosamines in foods, and the intake is fairly low. So, I am just trying to make it clear that none of you is saying that we do not need to regulate or we do not need to worry too much about the small amounts of nitrosamines in drugs. I am assuming that is not what you are saying here.

DR. RICE: May I make a comment on that?

DR. ATRAKCHI: Absolutely.

DR. RICE: I found in reading the materials you supplied in preparation for this workshop, both in the Guidance document and the

European Medicine Agency, very brief mention of laboratory findings that the amount of dimethylnitrosamine in ranitidine samples tended to increase over time, and thus could not very well have come from contaminants arising in the manufacturing process. If in fact you look at the structure of ranitidine, which is I suppose fairly remarkable in that within the molecule there is both a dimethylamino group and a potentially nitrosating nitroalkene structure that dimethylnitrosamine may be forming in the finished drug product as a decompensation product that tends to increase over time. And I would very much like to see that suggestion confirmed or refuted by further studies. If a nitrosamine contaminant analyzed during decomposition of the active pharmacologic ingredient, then that renders almost moot efforts to calculate just how much is derived from whatever might have been there at the beginning of packaging or whenever a single sampling was done. Can you comment from the FDA standpoint on this issue?

DR. ATRAKCHI: Yes. I will let Dr. Keire perhaps can comment on this.

DR. KEIRE: Yeah. Sure. I think the drug has to be stable over its shelf life and keep any nitrosamines that may be forming over time to a level that is acceptable. And when we looked at ranitidine samples over time -- I am talking about months -- that we observed that the amount of NDMA did increase over time, and they went above the viable intake limit that had been set for the drug. Of course, this was part of the information that was used to make a decision about requesting market removal of the drug. So, that is one aspect of it. But I would also mention that there is a recent publication from the group that showed that this was very formulation-specific. So, if you have particular polymorphic forms, amorphous versus crystalline forms of the drug, you would get more degradant in one form over another. So, it is possible, and we also observed this in other, from product to product, the amount that you would see that would form over time would be very different. Some products remain below this 96 nanogram limit for long periods of time. So, there is a potential that there are some formulations that could stabilize this drug

such that the amount of NDMA would not form excessively. And I guess the other thing I would like to comment on is the very valid point brought up by Dr. Eisenbrand about, you know, these studies that are about endogenous formation of NDMA in the GI tract, and I guess where the supposition is that this is happening, and the FDA is also concerned about that. And whether there is a clinical trial that has been performed to look into exactly that point. That has not been completed yet, but certainly we are very interested in checking the results. Like you said, what we really be careful about what we base our decisions on. We need to have very good data and know what has been discussed. The scientific literature in this area is fraught with examples of measurements gone awry for whatever reason. So, we have to take a lot of care to measure things down here in the parts per million and parts per billion range, and certainly the sample preparation is key. You do not want to introduce any artifacts in the measurement process itself. So, I will stop there. Thank you.

DR. ATRAKCHI: Thank you, Dr. Keire.

Anyone else who would like to comment?

DR. ADAMSON: I generally what you say was correct, but I also agree that we do need some up-to-date data with increased measurements to see what endogenous formation of the nitrosamines is. And I would also like to bring up I remember reading several years ago a study I think it was by Shubik where he gave -- I believe the compound was pipercycline, but I am not positive of that. But I am probably 90 percent sure. It was formulated with ascorbic acid N. And therefore nitrosamine was not formed. But if you checked it out without ascorbic acid being present, you would be forming in the same laneu [ph] as in the stomach that could be forming a nitrosamine. So, I think there is something positive to consider formulations of some of these drugs with an antioxidant, like the vitamin E or ascorbic acid or something else. And I think also with regards to the comment that came up with regards to the final formulation of a drug, it might be interesting to check out the final formulation, which does or does not contain an antioxidant to make sure that the drug

does not break down to nitrosamine. Thank you.

DR. EISENBRAND: Could I comment as well?

DR. ATRAKCHI: Yes, please.

DR. EISENBRAND: It is very right what has been said. This compound, ranitidine, reminds me very much of aminopyrine, the compound I showed in my talk where we literally found that this always just presents a snapshot of dimethylnitrosamine contamination because you could not predict it because any time you measure it again, it turned out to be higher. And Dr. Keire has already alluded to the problem of these highly reactive materials of avoiding artifact formation during analysis. This is not trivial. This is a real problem because one has really to try everything to show that there is no artificial formation. But by and large, these compounds with these structures like aminopyrine or I think also ranitidine are really very easily reactant. And that is why I think this potential of in-vivo formation needs to be really considered thoroughly. And in a sense putting antioxidants or ascorbic acid

into the formulation may be a very good possibility. But with aminopyrine, we measure this also using ascorbic acid to inhibit dimethylnitrosamine formation. And it turned out that the pharmacokinetics are quite different. For instance, aminopyrine was recirculated for the gut salivary glands, reflecting just blood levels, plasma levels. And ascorbic acid was after the first passage, it was just done. So, the protective action of vitamin C was just for the first passage through the gastrointestinal tract, not for the delayed one when the drug was recirculated. Maybe it is different with cimetidine but maybe not. So, that was my comment.

DR. ATRAKCHI: Thank you. Any other comments?

DR. KEIRE: Yeah. I mean I guess that each of these drugs is different, and so there is going to be some case-by-case analysis of the reactivity of these things and the conditions needed to get conversion of any particular drug. So, there is nitrosation chemistry. There is a lot of literature about it that is quite complicated, and the

conditions have to be right to get certain reactions to go. And so, I think that is another consideration. But in basic chemistry, there is not the potential for particularly biologic enzymatic processes that might lead to formation of nitrosamine.

DR. ATRAKCHI: There is a question from the attendees. I will read it. Nitrosamine exposure level from foods including water relative to IV drugs, where IV drugs are not subject to digestion and absorption. Would anyone like to comment on this?

DR. EISENBRAND: Well, my comment would be that needs to be studied case-by-case. If you give a drug IV and it is just distributed systemically, it might very well end by being recirculated like many drugs where you can even measure blood levels in saliva. So, it really -- at first it will go through the gastrointestinal tract. The second point is that nitrosation may very well occur elsewhere in the body. As soon as inflammation or infections, it is always then connected to the generation of nitrogen monoxide and NOx. And then you have the nitrosating there. So, irrespective of the way of ingestion.

DR. ATRAKCHI: Thank you. Any other comments on Question 4 from the panelists?

I would like to go back to the biomarkers. We have talked a lot about DNA adducts and other biomarkers that could be used to determine risk assessment. Can we elaborate on this a little bit more? Can we have more discussion on what do you think about all of biomarkers that you have discussed, we have discussed today, that could be more appropriate for nitrosamines?

DR. HECHT: I think DNA adducts would be good to look at. I think that we have the technology now to reliably quantify DNA adducts by high-resolution mass spectrometry, and we also have the knowledge based on years of study about artifact formation. So, I think with regard to the question of endogenous formation, which is critical here because there are really high levels in endogenous formation, maybe we do not have to be that concerned about the low levels that are present in drugs. And I think we could envision experiments similar to what was done with nitrosoproline 25 years ago by looking at its

levels in urine when you gave people proline and nitrite. You can now envision studies where you can look at DNA adduct formation from compounds like dimethylnitrosamine by giving the precursors dimethylamine perhaps labeled and then determining the level of DNA out of formation using the labels to trace it. So, there are ways that you could really address this question. Dr. Eisenbrand mentioned still a critical question with respect to the overall exposure to nitroso compounds.

DR. ATRAKCHI: Is it fair to say that we really understand the mechanism or action of nitrosamines at this time? Do we really know it is only 06? Is it combination of 06 and N7 methylation when we say we can use the biomarkers let us say for the 06 methylation, would we be confident that this would address?

DR. HECHT: Well, I think we are confident that DNA damage is critical. I think we are pretty confident about that. We are reasonable confident that 06 methylguanine is important in the case of dimethylnitrosamine. And there is plenty of

data on that. But I you were going to look at DNA adducts, you would not have to restrict your analysis to 06 methylguanine.

DR. ATRAKCHI: Very good thank you.

DR. KYRTOPOULOS: May I add something?

DR. ATRAKCHI: Of course.

DR. KYRTOPOULOS: Certainly, 06-methylguanine is important, and there is a lot of experimental evidence from certain animals, directly modified animals, which clearly demonstrated carcinogenesis by methylating agents. However, just because it is the best studied model, we should not say that it is a general model. Not all nitrosamines methylate. In fact, I think that for many of them, I personally do not know which is the most important kind of DNA damage that they cause. So, DNA adducts in general -- first of all, I agree absolutely what was said before by Dr. Hecht regarding the need to apply modern, powerfully sensitive methodologies, clinically specific methodologies to the analysis. And certainly there is a potential today to go down to very high sensitivities. So, measuring DNA adducts is

a good way to have biomarkers of exposure, but if we want to go a step further in a mechanistic sense involving biomarkers of risk if you like, like 06-methylguanine is both a biomarker of exposure but also a biomarker of risk. We have to know much more about how the mechanism of carcinogenesis by many of the nitrosamines, which I do not think we do. Even for the simple ones. Diethylnitrosamine. Secondly, 06-methylguanine is important. But 04-artathiamine [ph] probably plays a role in some cases. In fact, if know the correct name -- it is a long time since I read this literature. I think 04-lithothiamine [ph] was accumulated. So, it could be that there are different adducts playing an important role in carcinogenesis by different nitrosamines. From what I am aware, we do not really know which are the key adducts. So, we cannot really say today that we know enough to develop risk biomarkers. DNA adducts is not exposure, quantitative exposure, or even just to verify that there is exposure. It is certainly important, and it is achievable today. That's all.

DR. ATRAKCHI: Thank you. So, you're

saying that essentially, we should not limit ourselves to only the 06-methylation, although for NDMA and for the nitrosamines that are well studied, we know that. We know that very well. A lot of studies have been done and shown that, but we should not be limited to only the 06 as our biomarker for exposure.

DR. KYRTOPOULOS: Yes, I think so. I mean the fact that NDMA is a problem in the context that we are discussing, the drugs. And it is a very powerful carcinogen. So, 06-methylguanine is certainly relevant to our efforts to evaluate the problem that this NDMA contamination poses, but I dare say, I would not generalize the importance of 06-methylguanine.

DR. ATRAKCHI: Thank you. I would like to ask my colleagues from FDA if they have any comments or if they have received any questions from the FNDs because I do not see any at this time.

DR. KEIRE: I guess I just have one comment. I think that there is a lot of DNA around, right? If you have a meal of fish -- I was just reading this -- there can be up to like 40 mg of DNA

in a meal. And certainly if there are conditions that are conducive to a nitrosamine formation, there is a substrate there pretty much all the time for it to happen. So, I guess it goes back to that conversation about what potential endogenous sources. And if the conditions are appropriate for formation of a lot NDMA from dimethylamine, which is a much simpler substrate than many of these drugs. Just a comment.

DR. ATRAKCHI: Thank you.

DR. GUTTENPLAN: I have a comment. In the publication with ranitidine, they monitored dimethylnitrosamine in the urine, but they also monitored total nitrosamines. So, is urinary analysis a possibility because this could be done in humans, in human volunteers who are taking the drugs anyhow. Just a question.

DR. KEIRE: Yeah, that is exactly right. The FDA actually conducted a small trial, and the results are now pending. So, hopefully, we will have new data on it to share on that soon on exactly that question.

DR. KYRTOPOULOS: May I add a question

to this? One thing that puzzles me about the paper is the following. I've seen few data on the levels of dimethylnitrosamine that have been found in drugs. The first analysis on ranitidine, the amount of NDMA that were found were enormous. I think it was 2 or 3 mg per tablet. Is that a real finding, or was it maybe an artifact because subsequent numbers were much lower. Because if that was the real level that present in the tablets that were taken by the volunteers who had these high levels in their urine, it might even be that they were actually taking it --

DR. KEIRE: Right. So those measurements were done by using a technique called headspace UCMF that using high temperature to vulcanize the sample for analysis. And ranitidine is temperature sensitive. I will form NDMA. So, those original reports of 3 mg quantities from ranitidine are not effective measurements, and we were speaking to that point earlier that you really have to be carefully how make your measurements on. Sometimes these compounds -- you know, and actually that was an FDA method that they used that was developed for

valsartan. So, it was developed for a different drugs, which was not heat labile, and they applied it to ranitidine and unfortunately, that led to this artifactual finding. So, what the FDA reports on its website are much lower numbers, still unacceptable numbers, but in terms of limits that are set right now, but much, much, much lower than was in those original reports.

DR. GUTTENPLAN: I believe they published the correction. The group that published the ranitidine they published a correction taking into account the head-space formation, and it was very minor. It was not a major artifact.

DR. KEIRE: So, I'm talking about -- there are two different things. So, there was a report by this private lab that reported these 3 mg amounts being formed. But you are correct in the Zang and Mitch [ph], they did work to see what percentage of the total from the measurements they did. It was only 5 percent formed of these large amounts that they were seeing was formed from the headspace. You have seen this method in their

application of it. But in the other application that was reported were these really very high amounts reported. That was just because of the headspace method used. So, two different things were being discussed.

DR. GUTTENPLAN: Okay. That's clear. Yeah.

DR. ATRAKCHI: Thank you. I cannot follow the questions on the side. They are moving on me very fast. But I would like to ask one question going back to Question 2 on the classification, and then maybe I will ask my colleagues to read some of those questions on the side. They disappear quickly from the chatroom.

In terms of the classification, EMA had come up with one value, one class, a specific number, which is 18 nanograms per day. Would that be something that you treat all the nitrosamines as impurities with one number, and that is lower than the most potent nitrosamine, NDEA, which we have listed as an acceptable intake of 26.5. Is that something that you would consider? Anyone on the panel?

DR. EISENBRAND: May I?

DR. ATRAKCHI: Yes, please.

DR. EISENBRAND: Actually, I wouldn't really think there is a big difference between 18 and 26. In terms of biological efficacy, it is the same ballpark more or less. So, these default values of extrapolation of potential acceptable mutates in my opinion are helpful and could be used as a primary measure to protect actually the consumers, but in fact we need scientific confirmation of this. And this, I think I come always back to the proposal that one should really look into what happens outside in the real world, which, in my opinion, is just what we need necessarily to take up with foods. And admittedly as we discussed before, this is low. It is below 1 mcg a day, internationally even. But by comparison to the exposure to the potential exposure for contaminated drugs, it is still higher, much higher in most cases. I do not know of all of the cases, because this is a problem that rapidly develops. Many things I just do not know. I am not aware of. But as a pragmatic proposal, I think this is definitely in my opinion a

rationale to go on and pursue what is happening outside the drug situation to compare with. It is more or less the levels of nutritional uptake of at least -- it is below 0.3 mcg per day. There is at least a good orientation.

DR. ATRAKCHI: Thank you. Any other comment on this?

DR. CRONIN: Yes, maybe if can just add a thought. I certainly agree it is a starting place. And we have heard the arguments for that. Clearly, you may look for evidence and go to a higher level if such evidence exists. I am certainly aware of some work from Kevin Cross who recently presented some information that suggested that you can use SAR and read-across. We will talk more about this tomorrow. In some circumstances, we can do read-across and demonstrate the very high probability that you could go to a higher level. So, that is how I would view it, that if you had no other data or information, then you would start there. Then start to build your lines of evidence. And certainly starting with SARs and looking for similar structures in similarity in terms

of mechanisms and seeing whether you could read-across and whether there was room to increase that in terms of safety. Thank you.

DR. ADAMSON: I would like to bring up one factor that has just been touched on, and that is are there sensitive populations. For example, ranitidine was in a syrup that was used primarily for children and infants. Are there other examples where there is potential nitrosamines in such medicines that would be given to newborns because I think they should be more classified as perhaps more prone to develop adverse effects than adults.

DR. ATRAKCHI: Are you suggesting that one number -- let us say it is the 18 nanogram per day would need -- maybe we would need to apply safety factors for the more sensitive population because that is certainly not in ICH M7 because ICH M7 considers that the values in the assessment is fairly conservative, that there is no need to add safety factors for pregnant woman or children or any other sensitive population.

DR. ADAMSON: I am not phrasing the

issue. I think it needs to be looked out.

DR. ATRAKCHI: Okay. Thank you.

I will read this comment or question. I think that the discussion of the Ames test appeared somewhat contradictory. Could we get some clarify from Dr. Zeiger's statement that the common LACD protocol was insufficient and that it needed adapting, e.g., additional S9 systems, or was the overall conclusion that even a modified assay would be insufficient.

DR. ZEIGER: I did not mean to imply that there were problems with the OECD protocol. But the OECD protocol, you know, allows for a variety of options. For example, I have seen many labs that do the Ames test with 5 percent S9 as an example. This is acceptable within the OECD protocol. Yet something like dimethyl- and diethylnitrosamine need much higher levels of S9 in order to respond to the assay. This is what I mean. FDA OECD protocol limits the strains that are used for testing. There are other strains that will be positive, whereas these strains might be negative. The OECD assay protocol emphasizes the rat

S9. I think there is more than enough data to show that other S9s, other rodent S9s, are more suitable for nitrosamines than rat S9. So, if I got a negative for a very weak response with rat S9, I would immediately go to the mouse S9, which might be much better or hamster S9. Or a higher concentration of S9. These would still be allowed within the OECD protocol, but most laboratories will not do this in general. I would not do it if I was looking at polycyclic aromatic hydrocarbon, but I would do it if I was looking at a nitrosamine that came up equivocal or negative.

DR. ATRAKCHI: Thank you. I agree. There is a great deal of literature out there to show that the rat S9 may not be sensitive to the nitrosamines, and some modification in the test system in the Ames needs to be conducted in order to provide the more appropriate response.

The other comment or question. I do not think the panel answered this part of the Ames discussion. If an Ames assay is not considered conclusive, then why would not the panel recommend

going directly to an in-vivo assay directly? Anyone would like to answer this

DR. GUTTENPLAN: Yeah, because it would be too resource consuming. It is a lot more work and probably orders of magnitude more expensive. So, if you can already find a positive in the Ames assay, you do not have to go ahead to he in-vivo assays.

DR. ATRAKCHI: You are correct.

DR. ZEIGER: Based on the available data, a negative in-vivo assay does not counteract the positive Ames assay. They have many chemicals other than nitrosamines that are strongly positive in Ames tests but negative in in-vivo, but gets still negative in carcinogenicity. Well, it is still positive, I am sorry, in carcinogenicity. So, if you have a positive Ames test, no other test really negates the implications for carcinogenicity of that positive Ames test, no other gene tox test that we know of.

DR. ATRAKCHI: Very good. Thank you.

What are the possible reasons a negative Ames test when it is positive in the in-vivo?

DR. ZEIGER: Well, the Ames test does

not detect every type of DNA interaction, every type of DNA damage. The Ames test will not detect DNA deletions, which might still allow survival of the cells. But the in-vivo tests look at different endpoints, the same endpoint but different target sites and have different sensitivities. So, something like the new Pig-a test -- that is a gene mutation measurement in blood cells -- will detect deletions, whereas as an Ames test will not detect deletions. The Ames test does not detect all possible DNA damages.

DR. ATRAKCHI: Thank you.

DR. GUTTENPLAN: There are compounds that are just not metabolizing well enough in the Ames test but are metabolized more efficiently in-vivo, so you will get a positive result in-vivo. I think something like diethanolamine will probably not be positive in the Ames test, but I will bet under the right conditions, it will be carcinogenic and mutagenic in-vivo because there is more metabolic capacity. Many, many years ago people were doing host-mediated assays, and there were compounds that

were negative in Ames test but were positive in the host-mediated assay. The reason was in the host-mediated assay where you injected the bacteria into the tail vein of the animal and then recovered the bacteria, you had the whole liver metabolizing the carcinogen. So, that is another reason why the Ames test does not always detect a potential mutagen is there just is not sufficient metabolic capacity.

DR. ZEIGER: Yeah. I would like to support that point. In the Ames test, we are just looking at the metabolic capability of a liver homogenate supplemented with NADPH, whereas as was just said, in the animal you have the intact liver and other organs doing the metabolism. Though, I would walk back the statement on the host-mediated assay. That is the assay that got me involved in this deal. Then, my Ph.D. dissertation was on the host-mediated assay in nitrosamines. In theory, it is a very sensitive test. In practice, it is a very insensitive test because it is measuring mutation in bacteria in the peritoneal cavity of the animal, which means for something DMN or diethylnitrosamine, the active

metabolite actually had to get into the peritoneal cavity to deal with the bacteria, so you are working with a very low level of active product, and very few chemicals were mutagenic in the host-mediated assay, except for some of the cyclic nitrosamines.

DR. EISENBRAND: May I just comment for second on the data because it was just mentioned by Dr. Guttenplan. In diethylnitrosamine is a medium potency carcinogen, by far not as potent as NDEA for instance. And we have investigated the mutagenicity response to the Ames test. First of all, it was not really active, but it became active when it was activated with alcohol dehydrogenase. And this was published years ago. But later on, they also found that is activated by alpha-C hydroxylation. So, we have both activation processes. One is the beta oxidation of the OH group or groups, and the other one is the still ongoing alpha-C hydroxylation that finally turns the compound into a DNA alkylating agent with a positive mutagenicity test.

DR. ATRAKCHI: Any other comment on this?

Okay. I would like to go back to the use of TD50 versus the BNDL. Could we have more discussion on the pros and cons of each? It seems like the tendency was more preferable for the BNDL.

DR. BUCHER: This is John Bucher. I can address that. So, the main difference is the BNDL uses dose response information, whereas the TD50 uses a point estimate to extrapolate to a particular risk level. Anytime you are dealing more doses, you are dealing with better precision as to a lower dose estimate of risk. But the problem is that the calculations require multiple dose groups, and for the nitrosamines, there are many nitrosamines in the TD50 or the carcinogenic potency database that perhaps do not have this kind of information, and certainly the calculation for BNDL have not been performed on the original data. So, I do not think anybody is arguing that the BND is less preferable than the TD50, but it is just sort of a practical matter of what is available.

DR. ATRAKCHI: So, you would use either one?

DR. BUCHER: Preferably, I use the BND if it is available.

DR. ATRAKCHI: Okay. Another other comment?

DR. ADAMSON: I agree with John on this. If it is available, the TD50 is sort of a default. But I you do not have a dose response.

DR. EISENBRAND: Yes. I would also largely agree. I think the BNDL is preferable wherever applicable. Do not forget one could read-across to make the argument that a compound that has not the right data density still could be evaluated in that sense if it is close to the reference compound in structure that may be in TD50.

DR. ATRAKCHI: Thank you.

A question from attendees. If some nitroso impurity is unavoidable and it comes negative for mutagenicity in Ames, will in-vivo assay need to be conducted to follow up with an in-vivo Comet assay or a Pig-A mutation assay or transgenic mutation assay?

DR. ZEIGER: Well, my choice would be

to follow it up with the in-vivo Comet assay looking at a number of different tissues and the Pig-A mutation assay in-vivo. The in-vivo mutation assay is extensive. It takes a lot of time, and we have data from other chemicals that the tissues in which you see mutation are not necessarily the tissues in which you see tumors. So, other than the liver, you may be guessing at which tissues to sample, whereas with the Comet assay, you can sample many tissues at minimal additional cost. And it takes less time.

DR. ATRAKCHI: Right. And certainly with the Ames, we are addressing an endpoint of mutation, and the in-vivo test would need to have a similar endpoint.

UNIDENTIFIED PANELIST: We have done some work on the Pig-A assay with nitrosomethyl- and nitrosoethylurea and aromatic hydrocarbons. We have not found it more sensitive than the in-vivo mutagenesis assay. I guess it is less expensive because you do not need transgenic animals. On the other hand, with the in-vivo assay, a lot of the expense is the animals. They are very expensive, but

once you have the animal, then you can sample any organ you want, and that is not much more expensive. So, once you get around the cost of treating the animals, then the assay is not that expensive, but it is the animal part and treating the animals. But you have that with any in-vivo assay that you have to treat the animals, and you have animal costs.

DR. ATRAKCHI: Thank you.

Another question is, when extrapolating from one nitrosamine to another, should molecular weight of the nitrosamine be a factor? The default limit of 18 nanograms per day or 26.5 nanograms per day was derived for relatively low molecular weight nitrosamine. Would higher limits be appropriate for higher molecular weight nitrosamines?

Would anyone from the panel like to answer this?

DR. EISENBRAND: I may just mention drawing the attention to let us say asymmetrically substituted methyl long chain where you have quite a spacing in molecular weight. These compounds are subject to chain shortening metabolism from the end,

from the long end chain here, very similar to the fatty acid metabolism, so they end up with a common determinant finally, which is a ketocarboxylate derivate that methylates again. So, I do not think it is probably a very good idea to use the molecular weight information for evaluation in comparison to dimethylnitrosamine. We have a lot of different nitrosamines. Dimethyl, diethyl, nitrosomorpholine. Different rates but similar potency. And as I said, with the long chain ones, you finally get to a very short chain methylating analog. So, I do not think it is probably advisable.

UNIDENTIFIED PANELIST: I do not know, but you may want to on a molar basis. I think that would be a more reasonable way to make the comparison.

DR. ATRAKCHI: But it would appear that most of the nitrosamines that have been detected are of the low molecular weight nitrosamines.

UNIDENTIFIED PANELIST: Yeah, that is true.

DR. ATRAKCHI: Any other comments from any of the panelists, from my FDA colleagues on any of

the topics that we have discussed today to this point? Any other questions from the FNDs that I may have missed?

DR. KEIRE: I guess I just kind of have what may be a naþve question. My lack of familiarity with this. I guess I have heard that the larger the nitrosamine is, right. So, you have NMDA, small molecules, but then when you get to say a drug substance that may be nitrosylated, so larger, 500 molecular weight maybe because of the other steric factors, that the larger nitrosamine would be less likely to be mutagenic or carcinogenic. Is that true? Can you make that statement?

DR. HECHT: I do not think so. I would be very cautious about making a statement like that. We can compare for example dimethylnitrosamine with NMK with much higher weight and also more carcinogenic. I do not think we can make that kind of generalization.

DR. KEIRE: Okay. Thank you.

DR. GUTTENPLAN: I agree with Steve Hecht on that. Dimethylnitrosamines are potent in the

liver but dibutylnitrosamine is very potent in the urinary bladder. And it is much larger.

DR. ATRAKCHI: Well, I think maybe the tendency for such a larger molecule like what Dr. Keire was discussing is that it may come up to be negative in an Ames test based on the probable steric hindrance, or it is just going through the bacterial cell wall and will not cause the mutation. So, right there up front, the test would be negative for such larger molecules. But your response is that you will not just because it is a large molecule, it does not mean it is not carcinogenic or mutagenic.

DR. HECHT: Correct. Just look at the database. I mean look at the literature. Look at the papers that Gerhard cited. I mean there are plenty of relatively high molecular weight nitrosamines that are highly active carcinogens.

DR. GUTTENPLAN: And these might be good examples of compounds that are not mutagenic in the Ames but would be mutagenic in in-vivo assays.

DR. ZEIGER: Well, so far as I know, many of these larger molecules are mutagenic in the

Ames test. I do not think you can make that generalization.

DR. ATRAKCHI: Very good. Thank you. Any other comments from anyone on the panel? Hearing none, I think we are short of five minutes to ending the first day of the workshop. If there is nothing else, I would like to thank the panelists for your valuable discussions, and we will resume tomorrow for the second and last day of this workshop with the continuation of the questions. We will get into the chemistry and the manufacturing of nitrosamines, and we will start again at nine o'clock. Thank you very much. Thanks for everybody.

(Whereupon, the meeting concluded at 2:41 p.m.)

CERTIFICATE OF NOTARY PUBLIC

I, IRENE GRAY, the officer before whom the foregoing proceedings were taken, do hereby certify that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



IRENE GRAY

Notary Public in and for the

District of Columbia

CERTIFICATE OF TRANSCRIBER

I, CYNTHIA GRACE PEACOCK, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



CYNTHIA GRACE PEACOCK

**0**

**0-6** 63:19 64:8,18
**0.05** 21:12
**0.1** 118:13 119:4
**0.2** 26:16
**0.3** 26:16 169:4
**0.5** 151:6
**0.75** 23:14,15
**04** 162:9,12
**06** 66:8 67:9 72:5 76:6 79:16 85:8 91:4,12,16 92:22 93:16 108:12 117:2 142:3,10 160:14,14,16,21 161:3,8 162:4,9 163:2,6,10,14

**1**

**1** 4:5 19:19 20:12 40:16,17 70:19 75:11 83:13,14 84:1 118:12 119:3 150:4,8 168:15
**1,100** 25:10
**1.4** 31:17
**1.5** 98:7,8,11,12
**10** 64:5,10,12 65:19 80:8,12 83:14,14 92:3 94:22 108:22 118:10,12,20 119:6
**10,000** 80:21
**100** 65:19 76:13 83:9,14 118:21 119:8 145:5
**100,000** 47:13 48:19 84:1
**109** 64:11 65:18
**10903** 1:14
**11:40** 95:1,3
**144** 68:3
**14799** 185:15
**16** 64:9 118:18
**175** 29:12
**18** 31:21 64:10 167:17 168:4 170:14 180:12
**1967** 11:6
**1969** 27:3
**1975** 15:8
**1980** 32:8
**1986** 94:18
**1990** 146:2
**1993** 31:1
**1:01** 125:22
**1:100,000** 98:3,20 100:7,22

**2**

**2** 165:5 167:11
**2,016** 149:8
**2,500** 31:17
**2-1/2** 6:4 38:10 40:19 58:5 59:11
**2.3** 109:14
**20** 118:12,19 149:22
**200** 102:11,22
**2008** 29:13
**2013** 26:8 68:10
**2016** 35:1
**2018** 7:17 22:3 39:7
**2020** 42:11
**2021** 1:7
**20903** 1:15
**25** 28:11 159:22
**26** 168:5
**26.5** 55:5 180:12
**26.5.** 167:21
**26310** 186:14
**27** 64:12
**29** 1:7
**2:41** 184:15

**3**

**3** 116:14 119:13 126:2 165:5,17 166:17
**3,500** 6:3
**30** 72:2 124:4
**300** 11:15
**35** 31:17
**38** 3:5

**4**

**4** 126:1 133:4 147:14 148:2 159:2
**4.5** 64:11
**40** 77:4 118:12 119:3,8 163:22
**4377489** 1:22

**5**

**5** 3:3 20:12 67:7 80:12 99:16 118:12 119:3 166:20 171:15
**50** 6:10 8:9 28:20 48:11 72:3
**500** 67:21 182:9
**522** 22:4
**552** 23:11
**59** 3:6 64:13

**6**

**6** 28:12 136:21
**60** 64:13
**60s** 108:20
**65** 11:5

**7**

**70** 28:20 108:22 109:9
**700** 64:7
**70s** 76:19

**8**

**8** 3:4
**80** 124:3
**80s** 76:20
**86** 31:1
**8th** 64:12

**9**

**9** 1:8
**90** 11:14 155:10
**90s** 76:20
**96** 153:20
**982** 68:1

**a**

**a.m.** 1:8
**a1** 55:4
**ability** 4:12 36:10 85:7 94:5 185:8 186:7
**able** 13:3 28:8 72:16 89:14,20 112:2 122:15 138:20,22
**abroad** 76:21
**abrogate** 12:7
**abrupt** 96:15
**absence** 82:22 102:14
**absolute** 99:7
**absolutely** 120:1 124:13 129:18 131:22 144:4 148:14 151:19 161:17
**absorption** 60:19 158:10
**academia** 58:19
**academic** 150:11
**accept** 104:1,17 120:17 122:10
**acceptable** 40:14 41:10,16 42:6 44:20,21 46:21 47:14 48:3,5,10 48:16 49:7,13,19 49:22 50:1,4,11

50:22 51:15,18 52:6,10 53:4,7,10 53:16 54:22 55:12 57:8 58:17 71:13 76:10 78:11 83:6 83:17 86:22 89:20 89:21 96:3 97:8 98:21 99:19 100:8 102:3 104:1,17,18 120:15 124:4 127:2 141:5,10 153:4 167:21 168:7 171:16
**acceptance** 23:11 23:16
**access** 43:15 47:16 51:5,16,20 52:7 53:12 54:2,18
**accessor** 134:3
**account** 66:9 85:12 94:7 166:12
**accumulated** 103:17,17 162:13
**accumulates** 65:8 65:10
**accumulation** 67:5,14
**accuracy** 110:1
**accurate** 75:20 147:22 185:7 186:5
**achievable** 89:4 162:21
**achieved** 37:22 97:8 116:22
**acid** 15:14,15 17:11 27:11 155:11,13,17 156:22 157:3,8 181:2
**acidic** 15:12,16 16:19 17:22
**acids** 14:16 30:8 37:12 78:18 94:2 129:16
**acknowledge** 56:20 59:4
**act** 29:1
**acting** 13:6 18:17 137:14
**action** 137:10,11 139:22 140:2 157:9 160:12 185:10,14 186:8 186:12
**actions** 43:21 54:14
**activate** 113:12
**activated** 43:4 122:1 143:3,4 176:13,15
**activation** 13:15 19:10 57:21 73:14 79:4 82:7 85:1 87:9 136:2 143:8 176:16
**active** 14:12 40:4 152:15 175:22 176:3,12,12 183:17
**actively** 42:13 45:22 54:11
**activities** 11:13 12:10 115:6
**activity** 11:4,19 13:10 61:19 79:19 81:22 89:11 109:11 133:1 136:14 138:14 140:4,9 145:19
**acts** 64:20
**actual** 41:3,15 84:2
**acute** 9:13,15 138:2,3
**adamson** 2:10 73:22 74:1 87:4,5 100:20,21 101:17 118:4,7 122:8 123:7 127:13 142:19,20 155:2 170:4,22 178:5
**adapting** 171:7
**add** 67:8 69:14 70:16 73:20 75:4 80:3 84:21 90:15 92:5 119:16 120:7 132:4 145:8,22 161:5 164:22 169:8 170:19
**added** 134:5 144:20
**adding** 134:11
**addition** 24:21 31:8 56:3 111:13 142:22 144:19
**additional** 48:18 50:14 51:13 73:8 74:3 82:2 99:1,11 100:22 103:18 113:21 171:8 179:10
**additionally** 56:15
**additive** 133:14 134:9 135:15 136:9 140:21 141:15 142:16 143:1,13 144:18 145:17 147:9
**additivity** 136:7 137:16 138:4 143:17,19,21 145:6,16 146:9,14 146:19
**address** 29:10 44:9 54:9 79:21 87:1 110:15 111:5 111:19 126:10 160:8,17 177:6
**addressed** 5:2 61:18 78:3 86:13 99:16
**addressing** 43:19 81:2 112:20 113:18 179:12
**adduct** 63:20 64:21 65:17 67:5 67:14 68:2,2 92:10 94:9 106:13 106:14,20,21 116:3,5 144:12 160:3
**adducts** 63:7,8,9 63:12,14 64:15 65:1,4,8,10,11,14 66:12 67:19 68:20 70:11 76:5 90:17 91:12 102:16 103:5 113:13 142:11 159:4,11 159:13 161:2,16 161:22 162:14,17 162:18
**adequate** 8:21 72:6 95:21 138:6 138:6 141:16
**adequately** 8:11 140:21
**adjust** 101:16,18 110:11 114:2 115:7
**adjusted** 98:3
**adjusting** 67:22 85:6 114:10
**adjustment** 53:4
**adjustments** 52:17 53:9,14
**administered** 94:12 96:22
**administration** 1:11 69:19,22 118:9 119:6
**admit** 8:7
**admittedly** 168:14
**adult** 107:7

**adults** 100:10 114:12,13 170:12
**advantage** 106:1
**adverse** 170:12
**advisable** 181:12
**affairs** 45:12
**affect** 96:20
**afraid** 72:14
**afternoon** 5:16 75:10
**age** 96:21 113:20 114:21 118:11
**agency** 7:8 29:13 80:4 152:1
**agency's** 83:20 97:22
**agent** 10:18 15:11 15:16 19:12 93:21 94:19 119:19 120:20 142:17 144:19 176:19
**agents** 18:10,18 21:5 27:2 28:10 30:1 33:8,9 37:18 66:4,19 76:4 91:22 100:14 120:3 122:1 161:11
**ages** 100:11
**ago** 6:10 17:6 20:18 63:18 71:2 72:3 80:5 108:20 111:8 155:7 159:22 174:21 176:14
**agree** 62:11 72:11 75:5 78:7 81:10 81:16 87:11,17 100:21 112:5 122:12,20 129:18 131:14 136:7 141:21 142:17 143:15,18,21 145:5,15 146:13 146:18,22 147:8 149:12 155:3 161:17 169:9 172:13 178:5,9 182:21
**agreed** 98:21
**agreeing** 101:13 101:16
**agreement** 47:21 100:5 123:17
**ahead** 92:6 130:21 173:7
**ai** 71:13
**air** 23:12,18
**aisar** 1:6 2:12 3:3 5:17
**alarming** 39:6
**alcohol** 176:13
**aldehyde** 12:22
**alert** 127:8
**alerts** 82:1
**alkaloids** 10:2
**alkyl** 13:6 19:17 19:17
**alkylate** 13:3,7
**alkylating** 13:1 76:4 91:22 122:1 176:19
**alkylation** 31:19 86:21 87:9 91:12
**alkytransferase** 64:22
**allow** 126:19 148:13 150:20 174:3
**allowed** 55:4 172:7
**allows** 5:2 52:17 53:6 65:5 124:3 171:13
**alluded** 21:16 108:3 156:12
**alpha** 12:19,21 13:11,16 23:3 82:8 115:19 116:1 117:7,13 176:15 176:18
**alternate** 41:19 51:10 54:8
**ama** 84:1
**american** 57:15
**ames** 85:21 86:6 95:20 105:14,14 105:15,17 108:1 120:10,10,13,15 120:18 121:2,3,6 122:3,10 123:11 123:18 126:5,7,12 126:21 127:3,4,17 128:5 129:19 130:4 131:14 132:13,13,18 171:4,15 172:17 172:20,21 173:6 173:11,12,16,17 173:21,22 174:2,9 174:10,14,18 175:1,6,10 176:11 178:18 179:12 183:6,20 184:1
**amidopyrine** 33:6 33:16,17
**amidopyrines** 33:20
**amine** 16:9 17:9 19:2 27:4
**amines** 16:2,4,6 16:15,16,18,21,22 17:17,21 18:5,11 21:19 22:11 23:7 27:17 32:14,15
**amino** 14:22 15:1 15:18 30:8 34:20 78:18 94:1
**aminopyrine** 156:7,18 157:2,6
**amorphous** 153:14
**amount** 10:21 27:10 67:3,4 74:12,18 131:7 147:3,18 148:9,19 149:21 152:2 153:6,18 154:1 165:4
**amounts** 31:15 61:11 124:6 143:11,18 147:15 147:21 149:20 151:11,15 166:17 166:21 167:2
**ample** 9:6
**analog** 10:14 33:16,21 181:11
**analogous** 90:1 139:12
**analogs** 34:3
**analysis** 31:3,6 35:8 68:14 114:6 144:11 156:14 157:18 161:2,20 164:13 165:4,15
**analytical** 14:7 24:12 35:9 37:9 39:10 41:4 42:7 44:15 45:1 46:18 48:6 54:4 56:16 68:22 74:10,13,15 74:22 75:17
**analytically** 35:4
**analyzed** 152:15
**analyzer** 24:13
**androgens** 77:2
**angiotensin** 40:2 42:19
**animal** 11:16 12:2 24:1,8 44:21 48:13 63:11 70:1 77:5 91:4,19 94:7 94:7 97:1 99:22 102:17 103:12 109:20 115:22

128:10 175:4,13 175:21 180:1,5,7
**animals** 12:11,16 19:21 24:6 27:5 48:12 49:1 65:6 66:16 80:7 93:14 96:11 97:2 103:8 107:6,8 110:3 118:10,20,22 119:4,6,9,11 161:9,10 179:20 179:22 180:4,5,7
**answer** 6:18 7:4 62:7 69:6 73:2 78:22 98:1 124:15 135:3 136:21 173:2 180:17
**answered** 4:20 172:20
**answering** 140:15
**antagonism** 141:15
**antagonist** 35:19
**anti** 40:18
**antihypertensives** 42:18 52:14
**antioxidant** 155:17,22
**antioxidants** 156:22
**anybody** 117:3 177:17
**anytime** 177:9
**anyway** 31:12
**api** 37:20 41:6 46:10 56:11
**apis** 9:9 37:18 40:5
**apoptosis** 103:20
**apparently** 142:4
**appear** 75:5 181:16
**appearance** 107:1
**appeared** 171:4
**appearing** 141:4
**appears** 9:1 107:20
**applicable** 113:17 116:11 178:10
**application** 21:11 101:10 103:15 146:5 167:1,1
**applications** 44:16
**applied** 51:17 52:7 52:10 74:11 82:18 85:22 139:7 145:17 166:2
**applies** 103:9
**apply** 57:19 140:12 147:4 161:19 170:15
**applying** 140:11
**approach** 49:19 52:7 53:5,6 63:4 96:2 97:4,20,21 99:19 100:17 101:6,9,14 103:16 107:3,6,7,8,16,17 107:18 108:4,5,15 109:17 113:17 116:10 139:17,18 142:7 147:3 148:19
**approaches** 39:15 42:15 43:19 48:4 54:14 57:20 62:13 82:17 139:1
**appropriate** 16:15 39:13 41:21 42:7 45:3 48:19 49:4 49:22 50:3 56:14 57:8 80:12 95:18 98:14,17 100:1 101:1,2,6,11 129:2 146:14 159:10 164:6 172:18 180:14
**approved** 47:6
**aqueous** 15:11
**arbs** 42:18
**area** 16:17 67:4 72:21,22 80:12 100:18 134:1 138:11,15,16 139:10 154:15
**areas** 38:1 137:3
**arginine** 29:5
**arguing** 177:17
**argument** 63:14 137:2 138:14 178:11
**arguments** 140:3 169:10
**arising** 152:5
**aromatic** 10:10 172:10 179:17
**art** 6:16 24:14
**artathiamine** 162:9
**articulated** 89:5
**artifact** 156:14 159:15 165:7 166:13
**artifacts** 154:20
**artifactual** 166:4
**artificial** 31:4,5,9 35:8 156:17
**ascorbates** 18:19
**ascorbic** 155:11 155:12,17 156:22 157:3,8
**asked** 60:18
**asking** 60:21
**aspect** 20:1 31:1 77:12 153:11
**aspects** 6:7 89:6 114:20 131:7
**assay** 32:7,7 95:21 103:5 122:9,19,20 122:22 123:2,8,11 127:18 128:4,5,7 129:4,4,5,7 131:14,17,18,19 132:13,14,18 171:9,18,22 172:21 173:1,6,10 173:11 175:2,3,15 175:16,18 176:4 178:18,19,20,21 179:1,3,3,9,16,19 179:21 180:4,6
**assays** 105:19 106:12,13 122:13 122:14 123:12 128:5,17 173:7 174:22 183:20
**assess** 52:15 114:7
**assessing** 9:8 52:21
**assessment** 1:2 6:12 37:5 42:5 47:5 51:2,4 54:5 54:13 56:1 57:16 58:21 59:18 60:3 64:17 76:19 80:13 92:17 110:20 130:8 133:5,8 134:4,17 139:2,8 139:9 147:8,9 149:5 150:10 159:6 170:18
**assessments** 39:16 42:16 43:20 46:1 49:5 54:20,21 56:5,14 57:4 58:9 58:10
**assign** 89:14
**associate** 38:5
**associated** 9:9 53:4 54:1,21 69:13 141:9
**assume** 73:10 105:10 135:17 136:3,6 139:19 147:19

**assuming** 63:10 66:13 128:9 136:4 136:9 138:12 151:16
**assumption** 134:8 135:16 143:17
**assumptions** 150:14
**assure** 138:12 140:1
**asymmetrically** 180:19
**atrakchi** 1:6 2:12 3:3 5:13,15,17 8:4 59:5,14 62:8 69:8 70:14 72:9 73:4 73:21 75:1,14 77:16 81:5 84:18 85:18 87:4,15 90:11 92:2,19 94:21 95:12 100:20 101:12,20 104:22 107:12 109:22 111:4,6 112:15 113:14 115:9 116:12,16 117:6 118:6 119:12 120:8 122:6 123:5,15 124:13 125:2,4,16 125:21 127:20 128:1,16 129:11 130:2 131:10,22 133:2 135:8 140:14 141:18 142:19 143:14,20 145:1,9,12 146:12 146:20 148:14 149:18 150:15 151:19 152:21 154:22 156:4 157:14 158:6 159:1 160:11 161:4,6 162:22 163:15 164:9 167:8 168:2 169:6 170:13 171:2 172:13 173:8,19 174:12 176:21 177:21 178:3,15 179:11 180:8 181:16,21 183:3 184:3
**attached** 34:20
**attempt** 7:4 66:14 119:22
**attempted** 81:14
**attempts** 30:20
**attendees** 2:2 4:10 123:21 158:7 178:16
**attention** 38:2 59:4,12 69:16 114:18,21 180:19
**attomole** 64:10
**attomoles** 64:9,11 65:18
**attorney** 185:12 186:10
**audio** 4:9 185:6 186:4
**australia** 26:17
**author** 146:3
**authority** 139:10
**authors** 10:14 35:4
**automatically** 4:21 90:4
**available** 5:11 7:21 15:17 18:3 32:21 33:13 41:9 41:19 49:4 50:6 57:6 60:9 92:12 111:19 114:19 173:9 177:20 178:2,6
**avalanche** 24:7
**avenue** 1:14
**average** 29:11 64:9 80:19
**avoid** 53:14
**avoided** 47:22
**avoiding** 156:13
**aware** 21:2 39:6 39:20,22 41:1,8 42:10 43:3 47:8 57:10 65:15 88:4 93:5 117:21 118:2 135:18 137:22 162:16 168:21 169:12
**awareness** 8:19 56:10
**awry** 154:16
**azide** 34:15

**b**

**b** 126:16 131:20
**back** 28:6 50:1 58:4 63:11 74:20 80:14 91:19 92:22 116:17 120:9 125:19,21 126:1 134:13 135:4 138:14 145:14 147:12 159:3 164:4 167:11 168:11 175:15 177:1
**background** 7:16 68:4
**bacteria** 175:3,5 175:20 176:2
**bacterial** 29:8 183:7
**balance** 47:15 57:12
**balancing** 51:5
**ballpark** 68:8 168:6
**barley** 25:7,21
**barnes** 9:22
**base** 20:7 87:18 142:12 154:12
**based** 6:11 8:21 21:7 24:1,8 36:14 37:9 44:21 47:12 52:18 53:15 61:2 61:11 62:17 63:5 63:16 66:15 75:4 76:2,5 77:18,21 78:12 81:11 83:21 87:7 91:13 96:6 97:9 98:4 100:1 100:15 103:11 105:11 107:21 113:15,20 114:4 114:14 123:1 134:19 139:15 148:1 149:3 159:15 173:9 183:6
**bases** 13:4 31:18
**basic** 13:8 16:4,6,7 16:8,21 17:12,16 18:8 20:22 70:2 158:3
**basically** 12:15 14:8 62:12,14 102:18 124:8 141:20 142:17 145:5 146:22
**basics** 15:5
**basing** 86:20,21
**basis** 65:4 76:1,7,8 94:12 103:5 114:7 139:21 181:14
**battery** 130:7
**bayesian** 89:8
**bear** 136:12
**beat** 136:9
**becoming** 57:9
**began** 42:17
**beginning** 34:11 93:5 150:18

152:18
**believe** 83:6 99:13 101:7 155:8 166:9
**believed** 14:19
**bell** 15:19
**benchmark** 80:6 81:17 87:7,12 101:1
**benefit** 39:16 51:3
**best** 6:10 35:5 42:15 58:10 78:2 78:10 82:19 85:2 85:14 87:11 131:14 161:12 185:8 186:6
**bet** 174:18
**beta** 176:16
**better** 56:3 70:1 79:21 81:18 83:1 92:9 94:19 107:17 122:15 126:3 128:20 144:20 172:6 177:10
**beyond** 110:20 150:14 151:3
**biased** 8:7
**bible** 11:3
**big** 105:3 110:10 110:16 129:4 168:4
**billion** 154:18
**binding** 88:17,19 143:4,9
**binitroso** 33:5
**bio** 103:5
**bioactivation** 12:13
**bioassay** 102:1,8 102:19 130:22
**bioavailability** 78:20 137:8
**biographies** 7:18
**biologic** 158:4
**biological** 10:22 11:13 18:4 36:10 103:19 145:19 168:5
**biology** 8:9
**biomarker** 30:9 31:18,18 72:4 89:12 162:4,5 163:6
**biomarkers** 20:7 30:14 37:11 79:15 88:21 90:16 159:4 159:5,8 160:15 162:1,3,18
**biopharmaceuti...** 76:16
**bit** 8:7 11:20 23:9 61:2 63:4 65:10 70:15,16 71:6 73:13 75:9,15 77:11 88:7 90:1 101:22 126:3 137:21 147:12 159:7
**bladder** 183:2
**blocker** 40:2 42:19
**blood** 31:13 60:8 62:19 63:21,22 64:6 65:8,13,17 66:8 67:5,9,15 92:21 93:17,18,18 106:2,3 122:17 126:8 157:7 158:15 174:8
**blue** 129:4
**bnd** 177:18 178:1
**bndl** 80:11,12,12 80:18,21 87:20 107:17,18 177:2,4 177:6,16 178:9
**bndls** 88:9
**board** 88:10
**bodies** 47:22 140:6
**body** 30:19 113:9 142:5 158:18
**bodyweight** 109:1 109:9
**box** 7:3,3 95:6
**branch** 13:16,16 13:19 23:3
**branching** 13:13
**brand** 40:8 49:10
**break** 92:3 94:22 102:21 125:18 156:1
**breakout** 36:21
**bridging** 58:18
**brief** 152:1
**briefly** 44:12
**bring** 155:6 170:4
**broad** 43:6 55:21
**bronidox** 21:4
**bronopol** 21:4
**brought** 143:1 154:3
**browning** 25:8
**bruno** 59:6
**bucher** 2:7 72:10 72:11 81:5,6 97:13,14 114:16 114:16 131:12,12 140:14,15 177:5,5 178:1
**buck** 135:18
**build** 169:20
**building** 140:6
**bulky** 57:22
**bullet** 53:22 54:19
**burkle** 27:2
**burners** 25:10
**busy** 15:7 18:22
**butyl** 13:19,21 78:17
**buy** 67:1

**c**

**c** 2:1 3:1 4:1 12:19 13:11 157:9 176:15,18
**calculate** 48:10 50:21 57:8 60:17 76:10 86:22 95:18 98:14 152:17
**calculated** 47:12 83:18 98:4 99:12 109:13
**calculating** 119:18
**calculation** 105:2 105:4 177:16
**calculations** 81:17 177:12
**called** 11:2 18:12 19:14 20:11 22:4 22:10 44:20 102:6 102:9 165:13
**campus** 1:13
**cancer** 47:13 48:18 77:4 84:5 96:21 97:8 99:22 100:12 102:8 106:13,17,19 117:21,22 146:2
**cancers** 101:7 102:5
**capability** 111:15 175:11
**capable** 66:7 93:7 110:12
**capacity** 96:10 117:2 174:21 175:8
**carbamates** 79:3
**carbon** 82:9
**carbonyl** 18:15
**carboxymethylate** 94:2
**carboxymethyla...** 71:3 79:16

**carbynium** 82:11
**carci** 57:19
**carcinogen** 10:5,5 11:18 13:17 14:18 23:6 76:19 85:8 87:9 91:17 119:7 122:5 133:9,10 137:13,17,18 138:20 147:10 148:4 163:10 175:6 176:9
**carcinogenesis** 78:16 90:22 100:15 103:4,16 104:7 116:20 161:11 162:6,15
**carcinogenic** 10:16 11:16,21 13:10 14:10,11 19:20 22:8,9 23:1 23:5 27:12 30:12 30:15 36:1 37:12 47:19,20,21 58:11 61:7 62:4,16 73:11 76:2 77:19 81:13,15 83:2,8 84:12 85:13 86:2 86:5,8,10 88:1,13 95:14 98:4 103:17 105:16 109:10 114:8 115:4 132:22 141:8 147:11 174:19 177:14 182:12,18 183:12
**carcinogenicity** 12:6,7 14:19 19:21 48:13,15,21 49:15 76:13 82:1 84:16 85:6 90:8 91:20 95:17,19 96:12 97:19 98:15 105:3,6 108:2 119:19 129:14 130:8,19,22 131:8 132:10,16 135:19 147:6 173:14,15 173:17
**carcinogens** 10:9 19:19 39:4,5 52:20 53:7 77:2 83:10,12 85:1 97:11 98:17 114:15 134:21 144:1,10 146:18 151:7 183:17
**carcinoma** 119:9
**care** 20:17 54:6 154:17
**careful** 100:19 154:12
**carefully** 165:20
**carried** 61:3,9 63:17 64:4 66:20 68:21 69:6 77:20
**carry** 34:21
**carrying** 9:9
**case** 10:12 12:20 13:15 16:16 22:19 24:2 33:10 47:13 48:18 53:6,6 68:12 99:3 113:18 124:20 125:11,14 125:14 142:14 144:18 145:18 147:22 148:1 157:18,18 158:12 158:12 160:22
**cases** 25:4 49:17 52:8,9 57:5 82:15 124:18 125:13 140:22 141:16 162:10 168:18,19
**catalysts** 18:15,17
**catalyzed** 13:8
**categories** 111:16 136:17 139:3
**category** 126:21 129:18
**cation** 13:2
**cause** 34:16 39:12 41:5 44:14 46:6 54:20 55:15 77:4 77:5 161:16 183:8
**caused** 31:5
**causes** 9:3
**causing** 46:7
**caution** 119:18 144:17
**cautious** 182:15
**cavity** 28:6 175:21 176:2
**cder** 5:20,20 38:8 39:21 43:5,9,12 44:4 150:12
**cell** 64:13,14 65:1 103:1,19 104:7 111:19 122:18 183:8
**cells** 65:6 86:17 106:2,3 117:19,20 117:22,22 118:2 122:17 174:4,8
**cellular** 65:4
**celsius** 25:11
**center** 5:19 38:7 43:3 114:2 134:3 146:3 149:19
**centuries** 25:18
**certain** 29:21 79:10 81:8 108:16 111:11,18,21 115:8 127:22 128:3 150:22 158:1 161:9
**certainly** 26:14 58:5 91:10 111:2 115:1 117:6 134:5 141:3 147:22 150:3 154:10,18 161:7,21 162:20 163:11 164:1 169:9,12,21 170:17 177:15 179:11
**certainty** 89:15 139:19
**certificate** 185:1 186:1
**certify** 185:3 186:2
**chain** 14:12 20:21 46:11 180:20,22 181:1,10,11
**challenge** 56:13 58:2 62:3
**challenged** 6:7
**challenges** 38:14 40:20 55:15 58:6 59:19
**challenging** 57:9 61:18
**change** 34:11,12 96:16 115:1,2 116:1 133:6,15
**changes** 8:18 51:20 114:22
**characteristic** 12:8
**characterization** 139:16
**characterize** 45:15 58:11
**chat** 5:5 7:3
**chatroom** 167:14
**check** 5:5 37:10 124:20 155:21
**checked** 155:12
**checking** 154:11
**checks** 8:21
**cheese** 114:6
**chemical** 10:22 32:9 57:19 66:7 76:3,3 78:15 79:1 81:11 91:15,21

94:6 104:15 120:12 121:10 141:6,9 144:7
**chemically** 134:7
**chemicals** 22:7 66:10 85:22 86:5 91:7,18 93:6,9,10 93:14,22 96:16 105:13 128:3 136:17 140:11,11 140:12,18,21 141:1,13 173:11 176:4 179:5
**chemistry** 7:12 8:6,9 39:2 44:13 59:18 157:21 158:3 184:11
**children** 100:17 170:8,20
**choice** 178:22
**choose** 76:7 82:22 83:1
**chromatographic** 24:15
**chromosomal** 122:17
**chronic** 101:15
**chronically** 67:15
**cimetidine** 35:20 157:13
**circle** 23:1 34:2
**circulation** 28:1,4 60:8
**circumstances** 169:16
**cited** 183:15
**citing** 64:6
**citizens** 45:13 54:9
**clarify** 171:5
**clarifying** 7:2
**class** 40:2 76:12 142:21 151:4 167:16
**classes** 42:20 55:21 134:12
**classification** 76:1 76:7,8,9 77:10,17 77:18 80:3 82:17 87:18,19 89:6 167:11,15
**classifications** 88:2
**classified** 75:22 76:2 81:7,8,10,21 170:11
**classify** 81:14 88:1 91:15 105:13 106:6
**classifying** 81:13
**clean** 150:17
**clear** 21:6 96:15 109:12 111:3 112:6 118:13 119:10,10 144:9 146:9 148:6 151:13 167:6
**clearance** 33:12
**cleared** 30:18 35:16
**clearly** 84:14 110:5 128:20 161:10 169:10
**clever** 140:5
**cliffs** 136:14
**clinical** 9:15 45:1 50:14 51:3 52:1 154:8
**clinically** 161:20
**close** 33:16 34:3 92:3 178:13
**closely** 45:2,6 49:9 49:20 59:11 79:13 134:7
**cofactors** 104:8
**cohort** 47:9 52:19 53:8 90:3 126:22 151:4
**collaborate** 39:17
**collaboration** 49:12 58:19
**colleague** 7:15 20:5
**colleagues** 42:15 59:5,8,8 114:1 135:4 150:5 163:16 167:12 181:22
**collected** 110:8
**collecting** 139:16
**collection** 16:13 26:7
**columbia** 185:18
**combination** 160:14
**combinations** 140:18
**combined** 91:20 146:5
**come** 32:4 36:12 37:7 57:17 62:22 63:1 64:17 65:11 66:3 68:11 72:6 76:11 80:14 117:4 125:19 134:13 135:4,22 152:5 167:16 168:11 183:5
**comes** 56:13 64:16 79:9 92:14 124:21 126:7 140:4 149:5 150:19 178:17
**comet** 178:19 179:1,9
**comfortable** 130:17
**comforting** 75:8
**coming** 44:11 68:9 72:19 78:6 108:21 110:6 115:16 117:15
**commend** 119:13
**comment** 7:3 92:7 110:14 115:10 116:17,18 118:5 122:7 123:6 124:7 124:11 125:3 127:12 130:3 132:3 146:21 148:12 150:2 151:17 152:20,22 154:3 155:1,19 156:2 157:13 158:10,11 163:20 164:8,10 169:7 171:3 172:19 176:6,21 178:4
**comments** 6:21 74:3 87:17 88:10 89:22 90:10 105:1 116:13 133:3 141:21 146:19 157:15 159:2 163:17 181:21 184:4
**common** 171:6 181:2
**communicate** 45:19
**communication** 39:19 43:22 45:19 53:21 54:11 59:10
**communications** 42:8 45:17 54:8 54:16
**community** 12:4
**commutative** 139:8,8
**comparable** 112:22 121:17
**comparatively** 119:21
**compare** 65:5 71:11 85:4 86:7 86:18 131:6 169:2

182:16
**compared** 94:15 94:18 132:19 148:9
**compares** 57:2
**comparison** 148:20 149:15 168:16 181:6,15
**compartment** 27:8
**compatible** 67:6
**compete** 70:8
**competition** 143:8 143:9,10
**competitive** 69:18
**completed** 18:11 154:10
**completely** 31:7 56:2 125:12
**complex** 78:14 91:5
**complexities** 46:5 50:14
**complexity** 9:2,4
**compliance** 45:9 52:4 59:10
**complicated** 157:22
**component** 29:8
**components** 20:21 23:17,18 29:17
**compound** 10:9 11:17 15:1 17:2,4 19:8 25:22 30:15 31:9,16 33:6,7 34:1,1 35:22 36:3 36:11 37:13 50:4 50:7,8 55:4 123:19 128:13,21 129:22 132:22 138:19 144:8 155:8 156:6,7 176:19 178:11,14
**compounds** 9:7 11:6,14,15,22 12:1,9,14,20 13:6 13:16,17 14:3,5,6 14:7,22 15:5 17:18 18:12,15,18 19:6 22:8,9,14,21 24:10,18 25:5,14 27:1,7,8,16 30:11 31:5,10 32:12,20 39:12 47:9,11,18 48:7 49:16,18 52:20 53:8 56:12 56:13 57:16,18 58:12 61:13 71:1 77:17 78:18 79:4 79:11 85:3 91:3 98:18 109:16 113:10 123:8 127:22 138:8 142:21 143:3 144:11 149:3 156:18 160:3,10 165:21 174:13,22 180:21 183:19
**comprehensive** 59:15 69:12
**computationally** 82:21
**computer** 4:9
**conceive** 13:13
**concentrate** 112:11
**concentration** 15:15 23:12,16 121:7,8 172:6
**concentrations** 32:10 62:18 135:14
**concept** 98:16 99:15
**concern** 52:19 53:8 81:1,1 90:3 91:7 126:22 130:8 131:11 132:12,15 150:11 151:5
**concerned** 47:9 83:17 103:21 117:9,21 121:18 154:7 159:19
**concerning** 13:10 27:10,21 78:11 107:22 108:5 114:19 116:6 145:16
**concerns** 54:9 76:15 99:20
**conclude** 12:5 120:18 123:1,18 129:21
**concluded** 184:14
**concludes** 58:22
**conclusion** 150:7 171:9
**conclusive** 172:22
**concomitantly** 69:21
**concurrence** 119:17
**conditions** 18:6 22:17 32:9 36:9 46:3 50:17 55:19 58:8 81:9 130:16 157:19 158:1 164:1,6 174:19
**conducive** 164:2
**conduct** 39:16 130:21
**conducted** 6:10 42:5 96:12 105:22 120:15,18 164:18 172:17 178:19
**conducting** 133:8
**conducts** 127:3
**confidence** 82:15 96:14
**confident** 160:16 160:19,20,21
**confirm** 35:13 127:6 130:12
**confirmation** 32:2 168:10
**confirmed** 35:12 36:19 127:9 152:13
**congressional** 45:14 54:10
**conjugation** 115:2
**connected** 9:5 26:15 109:19 158:20
**cons** 177:3
**consensus** 52:1
**consequence** 8:16
**consequently** 70:9
**conservative** 147:3,10 148:4 170:19
**consider** 27:19 41:9,10 49:18 50:6 56:22 79:2,6 82:12 88:21 99:9 100:11 108:6 109:15 110:19,22 113:5 116:9 122:3 123:21 125:9 129:13 133:7 134:4 136:8,22 143:22 155:16 167:22
**considerable** 119:15
**consideration** 13:20 16:2 27:21 51:9 79:5,10 96:18 100:19 107:3,18 110:8 112:16 113:1 115:5 120:7 135:14 150:1 158:2

**considerations** 32:5 38:12 40:22 41:20 47:7 57:22 72:18 81:20
**considered** 18:20 31:14 33:8 37:5 47:14 51:13 52:22 53:15 75:12 80:16 102:2 113:19 124:18 126:15 156:21 172:21
**considering** 87:18 116:19 133:19 143:15
**considers** 170:17
**consisted** 46:20
**constituent** 112:1
**constituents** 25:13 71:8
**constitutive** 111:17
**consume** 114:6
**consumed** 114:4
**consumer** 80:18
**consumer's** 80:22
**consumers** 168:9
**consuming** 28:2 123:14 128:8,9 173:4
**consumption** 26:13 69:21
**contain** 14:22 117:10 155:22
**containing** 116:5 150:17
**contaminant** 14:15 147:1 152:14
**contaminants** 24:19 82:6 149:14 152:5
**contaminate** 14:14
**contaminated** 37:6 115:17 116:4 116:22 117:17 124:19 148:10,20 168:17
**contamination** 7:16 8:17,20 21:21 24:5 25:19 26:3 39:7,14 40:6 40:19 41:13 42:5 42:17 43:3,20 46:13 53:19 83:17 91:8 108:9 149:13 156:10 163:12
**content** 21:9 25:1 64:9,14 65:5,5,15
**contents** 26:10
**context** 38:12 72:14 163:8
**continuation** 184:10
**continue** 125:22 130:20
**continuous** 102:16
**continuum** 120:2
**contradictory** 171:5
**contrary** 10:9 23:5
**contribute** 36:8,21 55:17,20 72:16 104:6 115:3
**contributed** 36:2
**contributes** 103:3
**contributing** 46:16
**contributor** 27:15
**control** 39:13 40:10 42:12,16 45:5 46:8 47:10 50:22 56:3,14 57:4 132:1
**controlled** 48:1 126:17
**controls** 47:2
**conversation** 164:4
**conversion** 60:7 91:21 157:20
**convincing** 126:11
**convincingly** 108:3
**coordination** 43:10 44:2,7 51:7
**correct** 37:4 94:17 113:2 130:5 131:10 136:15 144:16 155:3 162:11 166:17 173:8 183:13
**correction** 166:10 166:11
**correctly** 146:4
**correlation** 88:12
**correspond** 41:15 68:1 86:4 100:6
**correspondence** 108:1
**correspondent** 27:6
**corresponding** 19:18 33:5 67:20
**corresponds** 64:11 67:18
**corrosion** 21:17 22:6
**cosmetics** 14:15 14:16 20:16 21:12
**cost** 179:10 180:3
**costs** 180:7
**counsel** 185:9,12 186:7,10
**count** 116:9
**counter** 43:9
**counteract** 173:10
**counterview** 99:8
**country** 74:13,13 75:7,7
**couple** 32:12 71:2 80:5 131:16
**coupling** 24:15
**course** 18:7 24:7,8 24:14 25:12 26:13 28:22 29:3 30:4 32:14,20 34:5,13 37:7,15 63:8 68:8 71:18 77:18,20 78:13 79:1,12 80:14 82:2 84:3 103:8 114:17 117:6,17 118:6 120:4 123:13 124:20 134:18 138:18 140:17 145:21 153:8 161:6
**courses** 21:16
**covered** 73:7
**coworkers** 11:9
**cpdb** 77:22
**creates** 29:5
**criteria** 48:22 95:19
**critical** 6:17 12:19 37:21 43:15 44:14 46:6 54:9 77:12 92:17 130:10 159:17 160:9,19
**cronin** 87:15,16 135:8,9 169:8
**cross** 169:13
**crucial** 12:14
**crystalline** 153:15
**ctecs** 43:10 59:7,8
**cubic** 23:14,15
**cumulative** 109:6
**cured** 24:9
**curing** 24:20
**current** 6:15 10:7 26:10 27:14 74:13 91:7

**currently** 92:12 139:7
**curve** 15:20 65:3 67:17 102:4,13,22
**curves** 67:5,12,14 69:1
**curvilinear** 96:17
**cut** 10:11
**cutoff** 32:16
**cutting** 10:20 17:15 21:19,20
**cyclic** 91:10 176:5
**cyclopentyl** 40:17
**cyclopentylnitro...** 55:11
**cynomolgus** 118:8 118:19
**cynthia** 186:2,15
**cystine** 36:5
**cytochrome** 12:22 30:19 33:12 36:6

**d**

**d** 4:1
**daily** 26:6 28:20 45:3,4 48:16 50:20 83:12 99:19 108:21 109:7 114:7
**damage** 92:14 103:17,21 104:3 106:4 111:19,21 112:4 160:19 161:16 174:2
**damages** 174:11
**dare** 163:12
**dashed** 67:18 102:6
**data** 16:13 26:9,10 26:12,18 30:22 41:9 44:21 45:16 48:21 49:5,15,16 50:6 57:6,7,12,19 58:14 61:13,15 62:2 63:11,14 68:11 71:15 72:12 73:2,16 74:5 75:19 84:11 85:2 85:4,5 87:8,8,22 88:3,3,8,18 89:1,9 89:12,12 90:5 92:16,21 94:4,7,8 99:22 100:1 101:3 101:4 102:15,17 103:12 105:6,19 106:13,22 116:20 118:2 131:7 136:20,20 137:1 138:6,7 139:16 146:16 147:6,6 148:16,19 149:4 149:17 154:13 155:4 161:1 164:20 165:2 169:19 172:1 173:10 176:7 177:17 178:12 179:4
**database** 36:15,16 37:2 71:11,15 77:22 83:8,10 98:5 129:14 132:9 149:1,2 151:9 177:14 183:14
**date** 74:19 106:11 155:4
**davis** 59:6
**day** 4:3,5 7:6 21:13 28:20 29:12 31:17,17,21 55:6 68:1,5 75:11 83:14 98:7,8,11 98:12 102:11 103:1 109:9 113:8 122:15 124:4 147:13 148:7 150:4 151:6 167:17 168:16 169:4 170:14 180:12,13 184:6,9
**days** 6:19 31:3 59:2 125:8
**dea** 96:21
**deactivate** 113:12
**deal** 46:5 69:14 134:10,17 172:14 175:16 176:2
**dealing** 141:1,17 141:22 177:9,10
**dealkylating** 18:12 19:3
**dear** 20:5
**decelerate** 13:14
**decide** 115:7 116:10 120:14
**decided** 108:8
**decision** 89:19 126:19 130:18 153:9
**decisions** 6:11 46:22 48:8 150:13 154:13
**decompensation** 13:8 152:11
**decomposition** 152:15
**decreased** 66:20
**deemed** 51:16
**default** 36:16 134:8 142:21 143:17 168:6 178:7 180:11
**defendable** 99:13 109:18
**defense** 136:2,5
**defensible** 103:22
**deferred** 78:10
**deficiency** 117:21
**deficient** 117:19
**define** 95:17 97:18 120:1 137:20
**defined** 32:17 36:14 78:15,22
**defining** 98:20
**definite** 32:1
**definitely** 8:13 13:15 26:18 110:20 143:17 168:22
**definition** 98:9
**definitive** 123:4
**degradant** 153:16
**degree** 66:9 132:14
**degrees** 25:10,15
**dehydrogenase** 176:13
**delay** 7:10
**delayed** 157:11
**delegation** 32:2
**deletions** 174:3,8 174:9
**deliberate** 7:8
**demethylase** 108:11 111:1
**demethylating** 19:5 108:12
**demonstrate** 61:9 169:17
**demonstrated** 161:10
**denitrosated** 36:4
**density** 71:15 178:12
**depend** 78:9 84:5 125:6
**dependable** 32:1 72:7
**dependency** 15:21
**dependent** 17:11 30:1 70:4,12 95:15 105:4 110:10
**depending** 44:17 128:21
**depends** 103:18

**depicts** 15:6,7,9
**depleted** 65:2
**depleting** 66:21
**depletion** 115:19 116:1
**derivate** 181:4
**derive** 102:2
**derived** 68:6 98:16 152:17 180:13
**dermal** 21:11
**describe** 55:8
**described** 9:15,19 49:20 53:5 58:6 81:16 96:2 102:13
**describes** 55:2
**design** 84:7
**despite** 40:18 90:20
**destinative** 14:9
**destroy** 34:15
**destroyed** 64:22
**detail** 23:9 44:10 55:8 91:1 137:4
**detailed** 11:9 54:19
**details** 11:10
**detect** 39:10 84:7 174:1,2,8,9,10 175:7
**detected** 41:4,14 74:9 131:1 133:12 181:17
**detecting** 129:8
**detection** 6:5 48:7
**determinant** 181:3
**determinants** 69:4
**determination** 14:7
**determine** 41:21 48:3 52:5 60:17 62:3 80:17 92:14 93:2 96:3 101:11 106:11 114:9 118:16 120:11 130:10 135:21 159:5
**determined** 14:8 21:8 60:10
**determines** 16:3
**determining** 53:16 160:5
**detoxification** 19:15
**develop** 37:8 39:18 44:22 45:18 58:13 77:19 162:18 170:11
**developed** 24:12 31:20 50:11 56:10 97:2 165:22 166:1
**developing** 45:22 114:22
**development** 39:9 44:15 55:22 114:20
**develops** 168:20
**diabetes** 42:22 50:17
**diagrams** 115:20
**diazonium** 13:2 18:1 82:10
**dibutylnitrosami...** 183:1
**diet** 37:3 61:22
**dietary** 26:6 29:11 114:5 134:2
**diethanolamine** 174:17
**diethyl** 86:10 181:8
**diethylnitrosami...** 11:11,22 109:12 118:9,12 119:7 146:6 162:8 171:17 175:22 176:8
**difference** 73:14 84:22 168:4 177:6
**differences** 75:7 85:11,11,12 137:2 137:6
**different** 13:4 19:6 47:6 67:6 77:6,9 87:10 89:10 97:1 102:8 107:7 111:16 121:9 122:21 125:12 134:14 142:8,9 153:19 157:5,12,17 162:14,15 166:1 166:15 167:4 174:4,5,6 179:2 181:7,9
**differing** 34:4 65:6
**differs** 73:15
**difficult** 30:17,21 77:11 97:16 114:17 120:14
**difficulty** 30:21 119:15
**digestion** 158:9
**digital** 185:6 186:3
**dimethyl** 11:10,22 34:20 171:17 181:8
**dimethylamine** 16:7 61:21 160:5 164:7
**dimethylamino** 152:8
**dimethylbiguani...** 34:8
**dimethylforma...** 34:13
**dimethylhydrazi...** 123:10
**dimethylnitrosa...** 9:19,20 10:15,18 22:18 24:5 33:18 34:7,17 35:3,15 61:13,14,21 62:5 62:15 65:7 70:22 91:2 93:1,8 121:5 144:9,14 146:7 152:3,10 156:9 157:3 160:4,22 164:12 165:3 181:7 182:16
**dimethylnitrosa...** 182:22
**dimethylnitrosm...** 14:9
**dimethylsulfate** 93:11
**diminished** 109:6
**dinitrosopiperaz...** 23:5
**dinovi** 2:11 75:2,3 133:20,21 150:1,3
**diploid** 64:13
**direct** 13:5,7 25:2 25:9 76:4 88:12
**directly** 16:12 17:12,17,22 25:9 93:4 110:16 161:9 173:1,1
**director** 43:4
**directors** 38:5
**disappear** 167:13
**discontinuity** 6:8
**discovering** 8:17
**discovery** 9:12 76:17
**discretion** 45:11
**discuss** 6:18 7:7 43:13,17,18 54:7 54:13 56:17 75:15 77:12 136:20
**discussed** 6:22 78:4 99:15 112:17

148:2,7 154:14 159:8,9 167:5 168:15 182:1
**discussing** 64:16 108:13 147:13 163:9 183:5
**discussion** 4:11 7:5 38:11 51:22 59:2 60:22 64:17 72:17 81:9 96:6 100:19 113:16 115:12 119:20 132:5 138:18 159:7 171:4 172:21 177:3
**discussions** 4:15 4:18 7:1 72:19 184:8
**diseases** 42:22
**dismissed** 95:10
**dissertation** 175:17
**distance** 80:13
**distinguish** 75:18
**distributed** 158:13
**distribution** 60:19 70:2,6 89:18
**distributions** 150:9
**distributors** 54:7
**district** 185:18
**disulfides** 22:16
**division** 5:18
**dmn** 175:22
**dmna** 74:7
**dna** 10:19 13:3,4 18:3 19:12 63:6,7 63:14,19,21 64:10 65:8,17,18 67:6 67:15 68:20 86:21 88:18 90:16 92:10 92:14 93:8,13,17 96:9,20 103:20 104:3 106:4,13,14 108:20 109:11 110:2,12 111:9,15 111:21 115:13 133:17 142:1 143:4,10 159:4,11 159:13 160:3,6,19 161:1,16,16,22 162:18 163:20,22 174:1,2,2,10 176:19
**dnn** 93:2
**document** 151:22
**doing** 78:1 131:13 140:5 174:21 175:14
**dorsam** 59:5
**dosage** 12:9 107:5 108:21 110:20,21 111:2 112:14 120:4
**dosages** 16:15 103:6 112:9
**dose** 11:4,9 28:11 45:3,4 48:11,16 50:20 65:3 67:2 67:16 69:1 77:7 80:6,7,9 81:17 83:4,21 87:7,12 94:11,12 95:15,19 96:17,18,19,22 98:3,5,6,10,14,19 98:22 99:5 100:3 100:22 101:1,7,11 102:4,7,10,12,19 102:21 103:5,6,13 103:17,22 104:1,5 104:9,10,11 105:2 107:19,20 108:8 108:13,19 109:2,6 109:7,8,12,13,14 109:18,19 110:4,9 110:10,16,17,18 111:11 112:9,12 118:9,10,13,20,20 118:21,22 119:8 119:10,18,22 124:9,21 128:10 177:7,10,12 178:7
**dosed** 61:4
**doses** 53:2,2 65:7 66:18 83:13 96:19 100:4,5 102:21 105:8,8 106:1 115:14,21 116:21 118:12,14 128:6 177:9
**dosimetric** 94:8
**dosing** 48:12 49:1 49:2 100:4 105:12 105:12 106:4 118:18
**dozen** 66:3 93:6
**dr** 1:6 2:3,4,5,6,7 2:8,9,10,11,12,13 3:3,4,5 5:13,15 7:15 8:2,3,4 9:22 38:20 43:4 48:14 59:14,14,15 60:11 60:21 61:1 62:8,8 62:10,11,12 68:9 68:14 69:8,9,10 69:20 70:14,14 71:1 72:3,9,9,11 73:4,4,6,21,22 74:1,1,2,3,6,20 75:1,1,3,14 77:14 77:15,15 81:5,6 84:18,18,20 85:18 85:18,19 87:4,4,5 87:6,15,15,16 90:11,12,13 92:2 92:8,19,20 93:4 94:11,13,17,20,21 95:12 97:13,14 100:20,20,21 101:12,17,20,20 101:21 104:22,22 105:1 107:12,12 107:14 109:22 111:4,5,6,7 112:5 112:15 113:3,14 114:16 115:9,10 115:11 116:12,13 116:15,16,17,18 117:4,6,7 118:4,6 118:7 119:12,12 119:14 120:8 121:1,1,21 122:6 122:8,12 123:5,7 123:15 124:13 125:2,3,4,5,16,21 127:13,20,21 128:1,1,2,16 129:3,11,13 130:2 130:2,3 131:5,10 131:12,22 132:6,7 132:17 133:2,20 133:21 135:8,8,9 140:14,14,15 141:18,18,20 142:1,19,19,20 143:14,14,15,20 143:20,21 145:1,1 145:3,3,9,9,11,12 145:12,14 146:12 146:12,13,20,20 148:12,14,15 149:18 150:1,3,5 150:15 151:9,17 151:19,20 152:21 152:21 153:1 154:4,22,22 155:2 156:2,4,5,12 157:14,16 158:6 158:11 159:1,11 160:8,11,18 161:4 161:5,6,7,18 162:22 163:7,15 163:19 164:9,10 164:17,22 165:12 166:9,14 167:6,8

168:1,2,3 169:6,8 170:4,13,22 171:2 171:6,11 172:13 173:3,8,9,19,22 174:12,13 175:9 176:6,8,21 177:5 177:21 178:1,3,5 178:8,15,22 179:11 180:8,18 181:16,21 182:4 182:14,20,21 183:3,4,13,18,21 184:3
**draw** 69:16
**drawing** 180:19
**dried** 25:7
**drinking** 67:16
**drs** 59:5 69:10
**drug** 1:11 5:19 8:17 37:16 38:7 39:6,15,20 40:6 40:12,14 41:7,15 41:18 42:12 43:14 45:7,8,9 47:17 48:1 51:1,11,12 51:16 52:3,8 53:14,20 55:22 56:8 57:3,5,14 59:9 71:8 78:5 83:16 91:8 96:4 108:9 116:4 124:1 124:2 133:7,13,13 133:16,16 143:6 143:11 147:2 148:6 152:11 153:2,8,10,15,22 155:20,22 157:12 157:20 158:13 169:2 182:8
**drugs** 1:1,12 4:4 6:2 7:17 27:11 37:6 38:7 39:22 40:3,7,8,9 42:19 42:20 44:19,19 49:8,10,10 50:19 52:2,3 53:13 55:21 59:9,9 67:11 71:12 82:7 93:12 112:21 115:17 116:22 117:17 120:6 124:19 125:11 141:4 142:6 147:19,21 148:10 148:20 149:14 150:16,16 151:15 155:16 157:17 158:8,9,15 159:20 163:9 164:8,15 165:3 166:2 168:18
**drying** 25:2
**due** 147:16
**dulthai** 108:19
**duration** 52:18 53:15 95:15 97:5 101:10 110:10
**durations** 77:6

**e**

**e** 2:1,1 3:1 4:1,1 155:17
**e.g.** 171:8
**earlier** 7:20 9:13 31:12 68:9 73:7 76:17 81:16 84:4 96:20 99:12 106:3 140:8 165:19
**early** 27:3 31:3 32:8 76:20 115:4 121:22
**easily** 16:5 19:3 25:22 34:22 35:21 67:7 122:16 156:19
**easy** 13:12 104:10
**eat** 112:19
**echo** 87:6
**edition** 22:3
**effect** 36:10 40:8 80:9 96:15 103:13 104:10 118:3 134:16
**effective** 21:8 26:3 39:18 57:14 95:18 165:18
**effectively** 10:19
**effects** 70:7 111:1 134:9,9 146:10 170:12
**efferent** 145:19
**efficacy** 168:5
**efficiency** 133:17
**efficient** 66:7 93:16 150:12
**efficiently** 25:19 174:15
**effort** 43:16 56:15
**efforts** 70:10 88:6 152:17 163:11
**efsa** 29:12 80:4,20 139:10
**eisenbrand** 2:3 3:4 7:11 8:2,3 38:20 59:15 60:12 62:12 68:9 69:11 70:15,17 74:2,3 74:20 77:14,15 107:13,14 112:5 113:3 121:21 145:10,11,14 148:12,15 151:9 154:4 156:2,5 158:11 160:8 168:1,3 176:6 178:8 180:18
**eisenbrand's** 48:14 68:14 88:4
**either** 13:2 17:12 36:16,18 83:21 86:17 87:12 141:14 147:6,16 177:21
**elaborate** 159:6
**electrophiles** 18:2
**elements** 12:5 26:2 37:22
**eliminated** 35:17 56:2
**elimination** 60:6 70:11
**elucidated** 34:10
**elucidating** 27:16
**ema** 167:15
**emergencies** 50:20
**emergency** 43:9
**emphasize** 74:19 93:17 117:20
**emphasizes** 171:22
**employed** 185:9 185:12 186:8,11
**employee** 185:11 186:10
**enable** 139:1
**encompassed** 42:20
**encourage** 131:15
**ended** 21:10
**endogenous** 9:6 26:21,22 27:20 28:21 29:22 30:5 30:9 31:15 32:5 36:19 37:8,10 57:2 60:4 61:2,9 61:20 62:3,17 63:3 66:5 68:7 69:5,13 70:21 71:5 72:1 74:4,7 74:11,17,21 75:5 75:12,18 78:7 94:3 147:15 148:8 149:2,16 154:5 155:5 159:17,18 164:5

**endogenously** 33:3 56:22 60:15 72:13 94:1 96:7 99:3,7,9
**endpoint** 174:5 179:12,14
**endpoints** 138:1 174:5
**energy** 24:13
**engage** 43:18 44:5 44:8
**engaged** 42:13 54:12
**engagement** 45:18
**engaging** 4:14
**enhanced** 35:2
**enormous** 165:5
**ensure** 56:7
**environment** 17:17 39:1 60:13 112:18
**environmental** 64:7 117:16
**environmentally** 65:22
**envision** 159:21 160:2
**enzymatic** 158:4
**enzyme** 69:20 79:19 111:10,18 111:22 112:2,3,13 116:8 142:2,3,9
**enzymes** 12:22 29:1 110:2 111:9 111:16,20 113:11 114:20
**epa** 114:7
**epilation** 79:16
**equally** 22:21,21 49:11
**equivalent** 86:12 104:11 134:16 144:14,21
**equivocal** 172:11
**errol** 2:6
**error** 144:16
**especially** 8:14 11:10 35:13 69:20 70:22 91:6 99:20 100:13 107:18 108:11 112:7
**essence** 98:19
**essential** 130:9
**essentially** 144:14 163:1
**establish** 41:10 47:4 49:13,18
**established** 25:17
**establishing** 49:7
**estimate** 21:10 62:13 66:14 114:3 177:8,11
**estimated** 26:6 83:9
**estimates** 30:5 37:9 62:19 63:1 84:2,4
**ethanol** 33:11 69:21
**ethically** 99:13
**ethyl** 142:12
**europe** 90:7
**european** 29:12 80:4 83:20 97:22 139:9 152:1
**evaluate** 163:11
**evaluated** 9:7 11:8 146:1 178:13
**evaluation** 5:19 38:7 51:4 84:9 125:14 181:6
**evening** 5:16
**event** 12:19
**events** 42:2
**eventually** 91:19
**everybody** 4:2 5:9 5:13 95:5 123:16
146:22 184:13
**evidence** 19:21,22 89:10 102:13 103:7,13 104:16 108:16 135:22 140:6 161:9 169:11,12,21
**evolved** 42:10
**exactly** 154:9 164:17,20
**example** 20:17 22:13,19 23:7 25:6 33:15 46:15 50:20 52:8 61:21 62:5 86:9 96:22 97:7,22 98:18 99:12 105:6 114:5 123:2 170:6 171:14,15 182:16
**examples** 16:6 23:2 154:15 170:8 183:19
**exceed** 100:7
**exceedance** 104:20
**exceeded** 65:12
**exceeding** 55:5 125:1
**excellent** 38:20 88:21 145:4
**exception** 14:17
**exceptions** 18:13 129:17
**excessively** 154:2
**excipients** 46:15 55:18 151:2
**excision** 142:12,13
**exciting** 59:13
**exclusively** 70:22
**excreted** 19:17 20:7 30:13 35:3 60:21 62:21
**excretion** 30:7 33:4 35:14 61:16
70:3,7
**exemplifies** 8:20
**exercise** 110:19
**exhaustion** 115:18
**existing** 76:12 84:15
**exists** 169:12
**exogenous** 23:20 37:2 75:18 99:1,6 99:10 148:8,16 149:1,15
**exogenously** 60:14 71:22 96:8 147:17
**expect** 61:20 65:9 112:13 113:10 121:22
**expectable** 108:8
**expectancies** 97:1
**expectations** 44:16 47:5 54:21
**expected** 24:10
**expense** 179:22
**expensive** 123:13 173:5 179:19,22 180:2,4
**experience** 8:8 70:9 127:11 140:16,19 141:12
**experienced** 120:5
**experiment** 115:22 118:7,15
**experimental** 12:11 65:6 66:4 69:22 72:21,22 93:14 99:21 135:20 161:9
**experimentally** 60:10 98:16
**experimentation** 82:3
**experiments** 11:16 27:3 109:20 112:7 159:21

**expert** 76:22 82:2 82:12 83:4 91:20
**expertise** 127:1 134:2
**experts** 7:7 43:12 44:13,18 45:1,10 49:8,9 52:2 58:19 59:3 123:21
**explain** 64:14
**explore** 37:21
**explored** 8:11,12
**exponent** 109:14
**exposed** 20:1,8,10 20:11 60:13 66:5 71:21 93:9,22 96:7 97:11 115:14 128:9 147:17,19
**exposure** 14:4 17:14 20:2,4,9,19 21:11,11,15 23:20 23:21 26:12,15,18 30:2,14 31:15 36:18,19 37:1,3,6 37:8,10 42:9 45:16 47:12,15 51:6 52:22 55:5 57:1,3,13 59:18 60:2,17 62:6 63:12 64:7 66:1 66:10,14 67:12,20 67:22 70:21 71:6 71:8,11,12 72:1 73:18 75:6 77:6 78:5,5,7 80:5,14 80:15,15,16,16,17 80:18,22 81:18 92:15 93:7 95:16 97:9,17 98:2,9 99:1,5 102:12 103:4 104:1,3 105:9 112:16 113:7 115:20 119:22 123:22 124:5,9,16,17,19 125:1 128:14 134:2,10 135:6 141:12 146:9 148:8,17 149:15 149:16 158:7 160:10 162:1,4,19 162:19,20 163:6 168:17,17
**exposures** 68:4,6 70:5 94:8 99:10 100:14 115:4,15 117:16 134:18,19
**express** 119:17
**expressed** 67:3 102:9 119:18 146:15
**expressing** 65:4
**expression** 118:1
**extended** 109:4
**extensive** 11:5 63:18 179:4
**extent** 10:1 14:1 17:22 19:16 84:8 90:17 121:11 122:12
**external** 68:6
**extrapolate** 63:11 88:22 97:5 138:8 140:7 177:8
**extrapolated** 92:22 98:6,10
**extrapolating** 67:22 101:3 180:9
**extrapolation** 83:21 105:11,11 106:20 168:7
**extremely** 33:7,17 149:22

**f**

**face** 27:13 126:6
**faced** 9:1 17:13 48:2
**facet** 53:19
**facilitate** 51:2
**fact** 9:5 53:6 63:5 69:16 101:18 103:21 134:22 144:9 152:6 161:14 162:10 163:8 168:9
**factor** 24:2 49:6 53:18 67:7 103:2 115:8 116:9 141:22 143:7 170:5 180:11
**factors** 15:9 55:16 55:19,21 84:6,9 103:18 104:6 113:19,22 114:1,9 134:16 170:16,20 182:11
**fading** 119:15
**fail** 106:18
**fair** 160:11
**fairly** 67:18 82:21 121:15 122:16 126:2 134:20,20 144:9 149:21 151:12 152:7 170:18
**fall** 91:19 126:16 129:17
**falling** 83:18
**fallouts** 88:9
**falls** 22:22 99:2
**false** 150:14
**familiar** 34:6 129:7
**familiarity** 182:5
**fan** 105:3
**far** 4:13 62:5 65:14 66:6 82:19 82:20 96:6 103:20 113:15 117:9,20 121:18 125:1 129:19 133:22 142:18 176:9 183:21
**fast** 60:20 167:10
**fatty** 181:2
**favor** 107:16
**favored** 15:15
**fda** 1:11 5:11 7:19 38:13,18 39:7 40:13 42:3,5,11 43:2,12 44:6 45:20,21 50:10 51:17 53:20,22 54:3,8 56:5 58:7 82:22 89:3 101:11 114:2 132:3,7 152:20 154:7 163:16 164:18 165:22 166:4 171:19 181:22
**fda's** 55:12
**fear** 108:10
**feasibility** 83:6
**feasible** 76:10 124:22
**feature** 4:13,17,21 5:5 12:8
**features** 4:15
**feeling** 84:21
**field** 6:14 8:8 9:4 16:17,21
**final** 155:19,21
**finally** 19:13 21:10 24:12 27:14 45:17 54:11 149:12 176:19 181:3,10
**financially** 185:13 186:11
**find** 11:16 64:2 89:20 131:8 173:6
**finding** 165:6 166:4
**findings** 152:2
**fine** 101:9

finished 40:6 152:11
firing 25:2,9,15
firmly 87:16
firms 56:4,5
first 7:11 9:14 15:10 17:5 20:17 23:22 27:3 28:18 35:20 37:1 39:6 41:1 43:2 53:22 54:19 60:2 68:14 69:10 79:2 85:13 85:21,21 92:5 113:20 119:17 120:11,11 130:6 130:11 131:5 136:7 146:3 148:12,17 149:1 157:8,10 158:16 161:17 165:4 176:11 184:6
fish 112:20 163:21
fishmeal 24:1
fit 139:3
five 86:7 117:12 147:2,4 148:5 184:5
flavonoids 18:20
flexibility 51:17 51:19 53:11
fluids 17:15 21:20
fnds 163:18 182:2
focus 59:19 144:6
fold 124:3
follow 120:20 122:9 127:4 167:9 178:19 179:1
followed 7:14
following 116:4 165:2
followup 120:21 123:12 127:9,14 127:15 130:14,14 132:14
food 1:11 23:20 24:22 25:5 26:10 26:13 29:12 36:18 38:22 56:21 71:11 74:12,12,18,21 75:6 78:6 80:4 112:18 113:5,7 114:4 134:3,5 139:9 149:15 150:7
foods 24:8,9,18 25:1 112:19 114:2 114:10 124:16 147:17 149:20,20 149:21 151:11 158:8 168:14
force 5:21 38:9 43:5,8 44:5 59:7
foregoing 185:3 186:4
foresaw 43:6
forget 178:10
form 17:18 18:1,2 18:11 25:13 34:16 85:8 86:11 153:16 153:19 154:1 165:16
formaldehyde 17:10 18:15
formally 11:8
formation 9:6 15:5,12,14 24:10 25:3 26:21 27:1,7 27:16,20 30:5 31:4,4,5,9 32:20 33:18 34:6,10 35:8,11 37:11,13 39:12 41:3 46:7 46:16 51:21 55:17 55:20 56:7 60:5 61:2,8,10,16,20 62:4,14,17 63:3 69:5,14 71:5 74:5 74:7,11,17,21 75:19 79:20 92:10 92:15 102:17 147:15 148:8 149:2,9 154:5 155:5 156:14,17 156:21 157:4 158:5 159:16,17 159:18 160:3,6 164:2,6 166:12
formed 46:9 56:22 60:6,14 76:5 147:16 155:12 166:17,20,21
former 77:22
forming 85:9 152:10 153:3 155:13,14
forms 153:14,15
formulated 155:10
formulation 46:15 55:18 153:13 155:20,21 157:1
formulations 153:22 155:16
forth 70:3
forward 59:1,13 82:22 140:3
found 12:3 20:18 23:18 25:3 29:8 62:18 65:20 67:2 67:8 74:18 118:11 120:3 146:8 151:20 156:8 165:3,5 176:14 179:18
foundational 6:15
four 86:6
fraction 62:21
fraught 154:15
frequency 49:2
frequently 64:16
freund 9:14
front 183:9
fruit 8:6
fruits 114:8
full 139:14 144:6
function 29:4 103:16
furan 34:20
further 7:10 29:3 44:10 56:17 60:1 75:12 78:2 80:3 86:20 87:13 99:15 130:15 133:3 152:14 162:2 185:11 186:9
future 89:6

g

g 4:1
gap 58:18
gaps 8:13 36:22
gastric 16:19 27:5 27:7
gastrointestinal 27:22 28:4 157:11 158:17
gathered 6:12
gdl 129:5
gene 106:5 120:21 122:16 173:18 174:7
general 9:1 47:21 59:20 64:6 98:18 100:5 123:17 125:15 140:20 161:13,17 172:9
generalization 182:19 184:2
generalize 163:13
generally 62:11 85:22 86:8 98:17 98:21 105:9 142:20,22 155:2
generate 8:19 22:17 72:15 93:20 105:5

**generated** 29:5 72:13 90:17 94:1 99:3,7,9 116:4,6 140:17
**generates** 28:9
**generating** 29:22 73:2
**generation** 158:20
**generator** 93:16
**generic** 38:6 39:22 40:7,9 44:19 49:8 52:2 59:9 136:6
**generics** 49:10
**genotoxic** 98:17 98:18 100:14 119:19
**gerhard** 2:3 3:4 7:11 183:15
**german** 10:13 11:3 146:2
**germany** 22:4
**germination** 25:7
**getting** 17:4 74:8 111:13 122:15 137:3,5 138:14
**gi** 154:5
**give** 7:12 22:9 29:10 63:12 66:15 89:13 93:12 106:19 107:6 110:3 128:6,12 158:12
**given** 27:4 28:11 37:19 43:11 61:12 81:18 89:8 99:21 100:3,5 144:8 170:10
**gives** 63:6
**giving** 16:15 22:7 66:7 91:16 118:12 160:4
**glands** 28:5 157:7
**global** 44:9
**globally** 39:8
**glp** 120:16
**glucuronide** 19:18
**glutathione** 36:4,4
**glycine** 94:2
**gmp** 150:16
**go** 4:5,6 17:12 23:8 28:3 30:7,15 41:20 44:10 62:8 67:12 74:20 78:2 78:10,13 79:17 81:3 86:19 91:5 92:3,6 106:14,16 111:2 115:21 120:9 126:1 130:21 146:14 150:13 158:2,16 159:3 161:21 162:2 169:1,11,18 172:5 173:7 177:1
**goal** 56:7
**goals** 89:4
**goes** 13:18 51:7 93:19 109:16 164:4
**going** 15:13 19:5 35:11 72:15,17,21 75:6 77:16 79:19 81:19 82:22 86:20 87:20,22 89:5 95:3 99:15 106:5 110:10 122:4 135:3,10,12 136:3 136:20 141:17 142:7,8,14,16 143:16 147:12 157:18 161:1 167:11 173:1 183:7
**gold** 36:15 77:22
**good** 5:15,16,16 14:20 22:16 38:4 61:15 62:1 71:15 72:13 73:21 79:17 79:22 80:19,20 81:3 82:20 85:9 85:10 106:3 123:12 129:8,11 132:19 137:3,5 154:13 157:1 159:12 161:4 162:1 169:5 173:19 181:5 183:19 184:3
**grace** 186:2,15
**gradual** 96:16
**gramine** 25:21
**gray** 1:21 185:2 185:16
**great** 69:14 70:5 110:22 172:14
**greater** 40:8 47:10 62:5 98:7,12
**green** 16:17,17 23:1 34:2
**grips** 37:7
**ground** 132:21
**group** 10:13,17 11:8 12:21 13:9 19:15,19 28:19 34:20 36:1,14 43:10 47:9 48:12 49:1 78:11 108:19 118:20 119:6 127:8 130:6 136:18 137:1 142:12 152:9 153:12 166:10 176:17
**grouping** 139:16 139:21
**groupings** 140:10
**groups** 14:22 15:1 36:5,6 44:6 78:17 139:9 140:12 176:17 177:12
**guanine** 31:19 64:12
**guess** 62:14,17 91:15 132:11 135:22 154:2,6 157:16 163:19 164:4 179:19 182:4,6
**guessing** 179:8
**guidance** 42:11 48:5 50:10 54:17 54:19 55:8 96:3 99:20 114:13 128:20 151:22
**guide** 91:14
**guidelines** 151:1
**gut** 157:6
**guttenplan** 2:5 84:19,20 87:6 127:21 128:1,2 129:3 130:3 141:19,20 164:10 166:9 167:6 173:3 174:13 176:8 182:21 183:18

**h**

**h** 2:10
**h2** 35:19
**habits** 112:18 114:5
**half** 77:7 82:9
**halfway** 30:18
**halogenides** 18:16
**hampered** 24:11
**hampshire** 1:14
**hamster** 121:11 121:16 126:9 127:5,17 172:6
**hamsters** 73:16
**hand** 16:11,12 19:13 22:13,19 104:4,12 125:9 179:21
**handle** 133:18
**happen** 17:18 44:11 164:4

**happened** 42:9
**happening** 44:3 45:20 154:7 169:1
**happens** 71:7,19 102:22 103:8 112:8 168:12
**hard** 115:6
**harmonize** 54:14 56:15
**harmonized** 43:19 58:21
**hazard** 144:16
**hazardous** 22:2
**hazards** 83:16
**head** 38:10 58:3 166:12
**heading** 60:2
**headings** 59:17
**headspace** 165:14 166:22 167:3
**health** 1:1 9:8 50:19 144:13
**hear** 5:13
**heard** 38:20 48:13 59:21 60:11 75:4 76:6 78:16 86:9 135:16 169:10 182:6
**hearing** 184:4
**heartburn** 50:17
**heat** 166:2
**heating** 25:16,17
**heavy** 83:4
**hecht** 2:9 20:5 60:21 61:1 62:11 69:11 92:8,8 94:13,17 129:13 130:3 131:5 132:8 132:17 143:14,15 159:11 160:18 161:18 182:14,22 183:13
**hello** 4:2
**help** 24:21 46:8 74:16 86:12
**helped** 12:4
**helpful** 74:2 168:8
**helping** 91:15
**hemoglobin** 36:6
**hepatic** 10:5
**hepatitis** 9:17
**hepatocarcinoge...** 10:3
**hepatocellular** 119:9
**hepatotoxic** 24:2
**hereto** 185:13 186:11
**high** 11:18 16:4,17 21:21 24:5 31:15 32:10,14 35:15 53:7 56:8 57:14 66:18 83:15,19 88:5 92:13 95:17 97:18 98:2,6 100:3 105:22 112:3,8 120:1 137:13,17 150:8 159:14,18 161:22 165:10,14 167:2 169:17 183:16
**higher** 65:14,16 68:5,12 74:8 83:15 86:10 100:2 104:1,10,18 111:2 115:3,14 117:14 120:5 124:18 126:17 156:12 168:18,18 169:11 169:18 171:17 172:6 180:14,15 182:17
**highest** 65:17 117:11 118:20 140:1
**highlight** 38:14 44:12 139:6
**highly** 14:11 39:10 46:17 105:4 156:13 183:17
**hindrance** 58:1 183:7
**histopathologic** 84:8
**history** 8:8 9:12 55:22
**hockey** 102:5
**homogenate** 121:7 175:12
**homogenates** 86:18
**hope** 72:20
**hopefully** 164:19
**horizontal** 67:18
**host** 5:5 174:22 175:2,3,15,17 176:4
**hosted** 55:7
**hours** 77:8
**house** 4:6
**hrudley** 26:8 68:10
**huge** 131:6
**human** 9:5,16 12:16 14:4 20:2 32:19 35:1 37:10 39:4 63:8,21 65:15,17,20 66:9 66:12 67:22 73:18 73:18 80:14,15,15 83:16 84:22 85:4 85:7 86:15,16 87:8 89:1 93:7 94:8 98:3,9 105:9 117:8,9,20 127:15 128:14 164:15
**humans** 19:20 20:1 28:20 30:10 32:20 35:12 60:5 63:15 66:5 67:10 67:19 69:2 73:12 85:10 87:14 92:10 92:16 93:9 96:7 96:10 103:10 110:3 121:18 164:14
**hundred** 43:11 65:19
**hundreds** 63:2 68:4
**hurt** 122:14
**hydrocarbon** 172:10
**hydrocarbons** 10:10 179:17
**hydroxy** 12:21
**hydroxylation** 12:19 13:11 82:8 176:15,18
**hyperlink** 54:2,18
**hypertension** 50:17
**hypothetical** 98:22

**i**

**ich** 48:4 49:20 99:20 126:16 170:17,17
**idea** 64:2 73:17 81:3 125:7 131:20 181:5
**ideal** 96:11
**identification** 24:16 57:7 139:15
**identified** 7:17 24:3,4 40:4,10,14 40:18 44:18 46:12 50:1 55:11,16 82:6 90:3 96:14
**identify** 39:13 42:15 44:20,22 45:2 46:6,18,20 48:10 50:3 57:18 58:17,21 119:22 144:7

**identifying** 57:10
**ignore** 99:8
**ignored** 83:16
**ii** 40:2 42:19
**imidazole** 36:7
**immediately** 172:5
**immunochemical** 68:16,17
**impact** 43:6,7 55:21 57:3 116:8
**impacted** 41:12 42:4 45:8 49:11 50:15
**impacts** 58:1
**imperative** 60:15
**implications** 173:17
**imply** 171:11
**importance** 17:8 163:13
**important** 15:9,10 19:1 20:2 26:11 27:13,15,17 31:2 31:22 32:3 34:22 35:13 37:2,13,14 51:5 56:20 57:18 58:13 59:19 63:19 64:1 69:3 70:19 71:7 72:8 74:4 75:17 77:11,16 78:20 79:6 82:9 82:11 107:3 109:15 126:2,18 130:9 131:4 141:21 149:5 150:20 160:21 161:8,15 162:9,14 162:21
**imprecise** 84:5 131:20
**impression** 113:4
**improve** 82:4
**improved** 57:10 72:12,12
**improvements** 85:15
**impurities** 1:1 4:4 6:2 46:16 52:18 56:11 57:11,22 58:15 59:20 114:8 132:12 150:17 151:2 167:19
**impurity** 126:14 126:15,15,17,22 130:20 147:2 150:21,21,22 178:17
**inadequate** 123:18
**incidence** 23:22
**incident** 6:8 7:16 38:13 39:7,14 42:3,10,17 43:6 44:4,8
**include** 137:16
**included** 40:15
**including** 13:4 42:20 57:2 82:13 158:8
**incompetent** 86:17
**incorporate** 83:2 89:9,10
**incorporated** 84:15 113:19
**increase** 47:12 103:1 104:9 124:6 152:4,12 153:6 170:2
**increased** 136:1 155:4
**increases** 84:7
**increasing** 9:2 56:10 121:7
**increasingly** 57:9
**incredible** 27:12
**incredibly** 31:15
**incremental** 99:11 99:14
**independent** 96:21
**index** 102:10
**indicate** 38:17 149:20
**indicated** 57:15 93:5 96:4 128:21 143:12 147:15 148:11 151:8
**indicating** 147:20
**indication** 142:22
**indications** 45:6 114:12
**indicator** 30:9
**indicators** 106:4
**indirect** 25:15,17
**indiscernible** 27:6
**individual** 23:17 70:13 114:22
**individually** 141:4
**induce** 12:9 17:3 77:6
**induced** 12:15 103:1 111:22 122:18
**induces** 27:5
**inducible** 111:20 112:3
**induction** 101:7 102:4,7 109:20
**industrial** 9:21 17:17 21:18 66:4
**industry** 6:6 17:15 22:15 39:17 51:18 54:3 55:8 58:19
**infants** 170:8
**infections** 29:9 33:2 158:19
**infectious** 42:22
**infectives** 40:18
**inflammation** 158:19
**inflammatory** 29:9
**influence** 113:11
**influenced** 30:2
**inform** 6:14 46:8 46:22 54:3,6 57:20
**informatics** 57:19
**information** 7:20 17:5 32:19 43:21 46:2 48:15 54:1,3 54:20 58:18 59:16 60:9 66:22 70:21 72:16 86:14,18,19 87:1 99:4 106:8 114:19 137:10 140:10 153:9 169:14,19 177:7 177:15 181:6
**informed** 48:5
**informing** 48:8 51:7
**informs** 45:8
**ingestion** 158:22
**ingredient** 152:16
**ingredients** 40:5 114:4
**inhaled** 23:13
**inhibit** 13:14 15:2 33:12 78:15 157:3
**inhibited** 31:10
**inhibition** 69:18
**inhibitor** 21:17 22:6
**inhibitors** 18:20 22:7
**initially** 121:5
**injected** 175:3
**input** 28:22
**inquiries** 45:13,14 54:10

**insensitive** 175:19
**insofar** 83:16
**inspections** 45:10
**instance** 16:8 17:9 17:14 18:1,4,17 18:19 20:10 21:20 22:14 23:12 26:17 28:2 30:16 31:8 53:3 79:3,7 88:4 88:17 89:7,20 94:2 137:13 139:21 157:5 176:10
**instances** 88:17
**instituted** 51:21
**instruments** 35:5 35:6
**insufficient** 20:22 24:12 171:7,10
**intact** 175:13
**intake** 26:6 40:15 41:10,16 42:6 44:20 46:21 48:5 48:10,16 49:7,13 49:19,22 50:4,22 52:6,10 53:5,16 55:12 57:9 58:17 71:13 76:10 83:6 86:22 89:20,21 93:1 96:3 99:19 100:8 102:3 104:18 116:4,22 124:4 141:5,10 148:9 151:12 153:7 167:21
**intakes** 47:1 50:2 50:11 51:15,18 53:7,10 54:22 78:12 83:17
**integrated** 104:2
**intensely** 20:6
**intensive** 82:21
**interact** 17:17 18:16 25:13
**interacting** 18:3 25:22
**interaction** 12:14 15:13 17:10 18:9 21:18 27:1,11 174:1
**interactions** 16:14 37:17 44:11,12
**interacts** 19:12
**interconvertible** 29:17
**interest** 50:5,9
**interested** 59:21 132:5 154:11 185:13 186:12
**interesting** 23:21 87:21 109:1 155:20
**interim** 51:15,18 52:5,9 53:10,16
**interject** 73:9
**intermediate** 13:1 93:20 94:5
**intermediates** 46:11
**internally** 147:16
**international** 39:17 42:14 43:18 44:8 58:20
**internationally** 6:13 54:13 168:16
**interpretation** 148:18
**interrelationship** 28:17 29:13
**interval** 96:19
**intervening** 108:7
**intoxication** 9:13 9:16,22 10:1
**intrigued** 88:11,19
**introduce** 154:20
**introduced** 8:19 12:21
**introducing** 46:13
**introduction** 38:21
**investigate** 39:11 88:8
**investigated** 11:21 12:18 19:11 20:5 32:13 107:9 176:10
**investigation** 11:5 41:6
**investigations** 44:14 46:6 55:16
**investigators** 74:15
**involved** 19:7 45:6 45:10 88:14 175:16
**involving** 162:3
**iodide** 93:11
**ion** 13:2 19:17 82:10,11
**ionic** 78:18
**ionizable** 14:22
**ionization** 14:20
**ionized** 36:8
**ions** 18:1
**irc** 19:19
**irene** 1:21 185:2 185:16
**irrespective** 76:14 140:20 158:22
**issue** 40:19 41:6,7 41:13,21 42:18 43:3 44:9 45:14 45:21 49:11 53:20 64:15 70:2 75:16 85:17 88:2 90:16 91:8 113:22 126:6 143:22 148:11 150:18,19,19 152:20 171:1
**issued** 42:8
**issues** 43:17 44:17 45:9,11 46:10,11 46:14 59:19 69:12 73:1 79:9 88:14 89:7
**item** 73:8
**items** 116:9
**iv** 158:8,9,13

**j**

**janet** 43:4
**japanese** 129:5
**jerry** 2:8
**job** 1:22 81:12
**john** 2:7 11:7 114:16 131:12 177:5 178:5
**joining** 4:3
**jolie** 150:5
**joseph** 2:5
**judgement** 82:2 82:12
**judgment** 83:4 91:20
**june** 7:17
**justify** 49:21

**k**

**karen** 59:6
**keen** 35:7
**keep** 4:6,9 36:9 70:10 72:21 87:10 96:18 104:20 153:2
**keeping** 93:21
**keire** 152:22 153:1 154:22 156:12 157:16 163:19 164:17 165:12 166:14 182:4,20 183:5
**keto** 19:15
**ketobutyrating** 19:12

**ketocarboxylate** 181:3
**kevin** 169:13
**key** 29:8 42:2,13 44:12 45:22 51:18 53:18,19 56:1 58:7,16 81:6 133:7 135:13 154:19 162:16
**kg** 28:20 31:17,21 83:13,14 98:7,8 98:11,12 102:11 102:22 108:22,22 109:9 118:13 119:3,3,4,8
**kidney** 111:13 112:8,10
**kiln** 25:7,8
**kilning** 25:2
**kilogram** 67:3 113:9
**kind** 44:6 89:14 114:18 135:1 139:1,20 161:16 177:15 182:4,18
**kinds** 115:15
**kinesthetic** 101:22
**kinetics** 60:6 73:10
**king** 2:13 3:5 7:15 38:4,5 59:15 74:2
**knocking** 136:2
**know** 5:9 28:15 32:3 35:16 36:13 36:17 38:21 39:1 39:3 46:8 47:11 47:17 52:17,19 55:17 60:11,13,18 61:1 63:13 66:3,6 70:15 71:21 73:12 78:14 85:4 86:2 88:12 90:1 91:11 91:14 93:8 95:8 96:8,9 103:9,12 104:4,7 105:6 110:1 112:21 115:1 117:3 121:16 122:1 123:9 125:10 132:4 133:14 136:13,14 138:15 139:21 148:15,21 151:4 154:4,13 160:13 161:15 162:5,11,16,17 163:3,4 165:21 168:19,21 171:13 173:18 181:13 183:21
**knowhow** 8:22
**knowledge** 6:8,15 8:13 21:7 34:9 36:22 89:10 90:5 105:18 127:2 138:15 159:15 185:8 186:6
**known** 10:2,9 11:15 14:4,14 19:10 21:10,15 23:4 24:3 64:19 69:5 97:10 117:1 131:16 132:20 144:5,10,19,21
**kyrtopoulos** 2:4 62:9,10 69:11,20 72:3 74:6 90:12 90:13 92:21 93:4 94:11,20 101:20 101:21 115:10,11 117:4,7 125:3,5 142:1 145:2,3 161:5,7 163:7 164:22

**l**

**lab** 166:16
**labeled** 160:5
**labels** 160:6
**labile** 166:2
**laboratories** 172:8
**laboratory** 152:2
**labs** 171:14
**lacd** 171:6
**lack** 50:18,18 182:5
**laid** 97:14,21
**landing** 53:22 55:13
**laneu** 155:14
**large** 50:16 97:15 110:3 113:3 115:21 147:15 149:11 156:17 166:20 183:11
**largely** 69:17 178:9
**larger** 142:11 182:6,9,11 183:2 183:4,10,22
**lastly** 45:21 47:4
**latency** 77:9
**latent** 119:1,10
**lead** 50:19 99:22 158:5
**leads** 14:1
**learned** 40:3 58:5
**learning** 140:5
**learnings** 139:14
**leave** 37:19 38:1 99:16 135:3
**lecture** 148:16
**led** 166:3
**left** 16:11 22:13 32:11 67:14 94:1
**length** 84:8
**lesions** 118:17 129:10
**lethality** 138:3
**leukocytes** 63:22 66:8 67:9
**level** 47:14 48:3 65:14 84:1 89:15 95:16,19 97:17 98:2,20,21 100:4 109:3 111:18,21 112:20 117:11,15 124:21 139:18 140:1 141:5,11 150:22 153:3 158:8 160:6 165:8 169:11,18 176:3 177:9
**levels** 26:4 31:13 32:16 35:2 41:3 41:14 60:4,8 65:12,17,20 66:1 66:21 67:17 68:2 68:2 69:13 70:11 71:13,14 92:21 100:6,8 112:4 116:2,3,5 117:10 117:11,13 125:1 126:17 141:3,13 142:1,6 143:5,16 157:7,7 158:15 159:18,20 160:1 165:2,10 169:3 171:18
**lhasa** 36:16
**life** 71:19 77:7 80:16 82:9 97:1 115:1,4 153:2
**lifelong** 146:9
**lifespans** 114:3
**lifetime** 47:11 48:17 52:22 53:9 83:12 96:2 97:4 99:18 100:4,8,16 101:6,9,14,19 103:15 104:3,18 107:2,8 109:4,5 113:16 114:11 118:18 119:11 124:1,3
**lijinsky** 27:9

**liked** 68:14
**likelihood** 115:17 144:2
**limit** 6:22 25:14 68:18 76:12 97:9 104:18 114:6 123:22 148:4 153:7,20 163:1 180:12
**limitations** 57:17
**limited** 63:15 124:2 163:5
**limits** 36:14 40:15 42:6 44:21,21 45:5 50:22 52:22 67:19 114:9 151:2 166:6 171:19 180:14
**line** 23:2 67:18 102:16
**linear** 67:18 83:20 102:13,20 103:6 103:21 105:10 106:14,19 119:2
**linearity** 102:14
**lines** 89:10 91:22 102:7 169:20
**list** 2:2 40:15 54:7 84:6
**listed** 12:12 20:20 48:22 50:10 53:21 167:20
**literally** 156:8
**literature** 23:22 24:22 31:7 49:16 74:5 154:14 157:22 162:12 172:14 183:14
**lithothiamine** 162:12
**little** 11:20 23:9 33:4 58:14 63:4 65:10 70:16 75:9 75:15 88:7 90:1 101:22 126:3 137:20 147:12 151:11 159:6
**live** 104:14
**liver** 24:6 60:7 61:15 65:9 73:14 86:17 102:4,8,16 103:2 111:14,14 112:10 116:20 117:10 118:17 121:7,10,11,11,12 121:14,15,16 123:2 127:16,16 175:5,11,13 179:7 183:1
**livers** 121:17
**locally** 44:8
**loeppky** 27:14
**logical** 10:4
**logistics** 22:1
**long** 10:11,20 11:2 20:21 24:11 30:8 52:15,16 97:5 100:4 105:8 118:15 128:13 153:20 162:11 180:20 181:1,10
**longer** 17:11 104:12 114:2 128:6
**look** 41:1 48:20 57:20 58:4 59:1 59:12 71:12 74:20 75:8 78:21 88:2,3 92:10 97:21 115:19 122:14,16 125:13 131:6 132:19 134:18 139:17 149:10 152:6 154:9 159:12 160:3 161:1 168:12 169:11 174:4 183:13,14,14
**looked** 64:5 79:13 145:22 150:5 153:4 171:1
**looking** 40:10 85:7 99:4 131:13 132:8 134:7,21,22 139:20 140:17 159:22 169:22 172:9,11 175:11 179:1
**looks** 141:14
**losartan** 52:9
**loss** 65:21
**losses** 109:10
**lost** 118:1
**lot** 25:11 29:1 36:2 58:6 69:21 89:4 100:18 107:9 112:19 123:13,13 139:10 145:15 154:17 157:21 159:4 161:8 163:4 163:20 164:6 173:4 179:4,21 181:7
**lots** 46:20
**low** 10:8 16:21 26:4 31:12 61:11 65:7 80:7 81:1 88:6 94:6 95:17 96:17 97:18 98:9 98:20 99:5 100:5 100:6 102:20 103:6 104:20 107:20 108:13,22 109:8,18 110:21 112:12 113:6,8,8 117:13 119:22 120:1 124:9 137:18 142:6 143:5,16 148:21 149:21,22 151:12 159:20 168:15 176:3 180:13 181:18
**lower** 19:9 21:12 22:18 23:2 36:16 36:17 53:9 65:19 66:21 80:10,13 100:4 104:11 105:10 109:7 110:20 112:22 118:14 137:15 165:8 166:5,7 167:19 177:10
**lowering** 24:22
**lowest** 109:3 117:11 118:19 139:18
**ltl** 108:4,5,15 109:17 116:10
**lump** 136:17
**lunch** 125:19
**luxury** 150:13

**m**

**m** 2:8
**m7** 48:4 49:20 52:17 53:5,6 96:2 99:20 113:21 114:1,14 124:3 128:18 170:17,17
**magee** 9:22 10:17 36:2
**magnitude** 65:16 86:7 105:10 117:14 137:17 173:5
**magnitudes** 74:6 77:4
**main** 20:21 25:20 53:22 76:15 177:6
**maintain** 51:5,20 52:6 53:12
**maintaining** 57:13
**major** 63:10 166:13
**majority** 77:4 105:17 138:2

140:22
**making** 130:17 182:15
**malt** 25:2,12,13
**manage** 42:21 43:5,15 44:3,7
**managed** 43:8
**management** 43:17
**managing** 39:14 41:20 44:16 45:11 45:21
**manifestations** 9:15
**manufacturing** 47:3 51:2 56:6 152:5 184:11
**march** 1:7
**margin** 80:5,17,21 81:17
**markers** 90:18,19
**market** 33:20,22 56:9 153:10
**marketing** 43:21 44:17 45:15,16
**marks** 68:18,19
**mass** 24:16 35:6 92:13 159:14
**material** 18:4
**materials** 21:1 46:10,13 134:11 151:21 156:13
**matter** 43:12 141:7 177:19
**matters** 13:12 141:6
**maximal** 68:2
**maximum** 21:9 45:3,4 50:20 106:4 123:22
**mcg** 31:17,17,21 102:11,22 108:22 109:9 150:4 151:6 168:15 169:4
**mcgovern** 59:6 132:6,6
**md** 1:15
**meal** 24:1 163:21 164:1
**mean** 68:2 71:12 98:5 112:6 113:8 124:15 125:7,11 128:11 130:4 134:6 149:6 157:16 163:8 171:11,19 183:12 183:14,15
**meaning** 71:20 126:16
**means** 11:13 64:22 65:2,21 72:1 95:10 103:22 111:17,20 126:13 175:21
**measure** 30:20 35:6 63:7 64:8 65:11,13 66:13 71:18 72:2 88:16 154:17 156:11 157:2 158:15 168:9
**measured** 20:9 33:3,10,14 35:12 63:19,21 67:19 83:3 117:8,12
**measurement** 154:20 174:8
**measurements** 30:22 68:15,20 73:17 92:9 154:15 155:4 165:13,18 165:20 166:19
**measures** 22:5 26:2 88:21
**measuring** 161:22 175:20
**mechanism** 36:2 90:22 101:8
110:12 136:10 137:14 141:2 160:12 162:6
**mechanisms** 110:2 130:15 136:2,5,13 137:10,11 139:22 140:2,20 170:1
**mechanistic** 19:22 162:2
**media** 13:8 18:8 54:9
**median** 83:22
**mediated** 78:5 174:22 175:2,3,15 175:17 176:4
**medical** 50:16 51:4
**medically** 41:14 45:7 47:16 50:19 51:16 53:12
**medication** 50:18
**medications** 39:9 42:21 43:7,15 54:2
**medicinal** 66:4 104:15
**medicine** 83:20 93:12 97:22 101:14 110:6,7 152:1
**medicines** 6:5 59:20 74:8,19 114:12 170:9
**medium** 16:19 17:11 18:1 176:8
**meet** 43:13
**meeting** 70:20 184:14
**meets** 43:10
**mega** 102:1
**megamouse** 11:7
**member** 5:20
**members** 38:8 59:6
**mention** 27:9 30:6 31:22 32:6 90:6 108:18 146:1 152:1 153:11 180:18
**mentioned** 7:2,20 11:1 17:21 18:8 33:6,17 34:11 49:10 51:8 55:9 71:10 84:14 86:3 86:3 98:19 99:12 99:21 107:5 124:21 128:2,7 132:8 142:2 160:8 176:7
**mentioning** 26:22
**mentions** 62:12
**metabolic** 13:12 13:15 19:10 57:21 79:4 82:7 85:1,11 86:17 111:9,15 130:15 136:1 174:20 175:8,11
**metabolically** 29:17 36:3
**metabolism** 12:17 13:5 30:19 35:17 62:2 69:18 76:5 86:15,16 88:11 89:12 91:21 175:14 180:22 181:2
**metabolite** 176:1
**metabolites** 33:5 61:17
**metabolizable** 121:21
**metabolize** 93:18
**metabolized** 60:20 61:7,14 69:17 174:15
**metabolizing** 174:14 175:5

**metagenesis** 128:4
**metal** 17:15 21:20
**metamizole** 33:16 33:21
**meter** 23:14,15 67:4,21
**metformin** 34:8
**method** 44:15 56:17 165:22 166:22 167:4
**methodologies** 46:17 68:16,17,21 68:22 72:12 161:19,20
**methodology** 37:9 80:6 139:15
**methods** 24:12,15 24:18 39:10 41:4 42:7 44:22 46:1,2 46:18 47:1 48:6 54:4 56:9,16 57:10 75:17 80:11 92:13
**methyl** 23:4 40:16 180:20
**methylalkylami...** 20:19
**methylate** 94:3 161:14
**methylated** 63:6,7 63:14 93:19
**methylates** 63:6 94:12 181:4
**methylating** 10:18 10:19 19:11 66:3 66:19 67:11 70:6 91:2 93:7,20 94:5 94:19 161:11 181:11
**methylation** 71:3 76:6 79:16 93:13 94:4 160:14,16 163:2
**methylbenzylam...** 17:1
**methylguanine** 63:19 64:8,18 66:8 67:9 72:5 85:8 91:4,16 92:22 93:16 142:3 142:10 160:21 161:3,8 162:4,9 163:10,14
**methylnitrosopi...** 55:10
**methylnitrosourea** 91:3 93:10
**methyltransferase** 64:19 117:2
**mg** 28:20 29:12 83:13,14 98:7,8 98:11,12 108:22 118:13 119:3,3,4 119:8 163:22 165:6,17 166:17
**mgmt** 64:20 65:2 65:6,15,20 66:20 66:21 116:2 118:1
**mice** 73:16
**michael** 2:11
**microbiome** 28:7 28:7
**microgram** 64:9 65:18 75:11 113:8
**micrograms** 21:12 23:14,15 63:2 67:21 68:1,3,5
**microorganisms** 28:8
**middle** 44:4
**migrational** 25:4
**milestones** 54:16
**milieu** 15:16 16:19 17:12
**milligram** 124:6 125:7
**milligrams** 124:21
**million** 154:18
**mind** 4:6 62:20 69:3 70:10 87:10 93:21 94:14 96:13 96:18 104:19 134:13 136:12 141:6,11,11
**mine** 38:17
**minimal** 148:9 179:9
**minimally** 119:5
**minimize** 68:19
**minimum** 123:4
**miniscule** 147:18
**minor** 145:20 166:13
**minute** 91:5 94:22 95:3
**minutes** 92:3 184:5
**mirvish** 15:8
**missed** 127:6,7 182:3
**mitch** 166:18
**mitigate** 37:17 43:14 52:8 53:14
**mitigation** 1:2 6:12 21:7 22:1,5 22:20 26:2 37:14 42:16 55:1
**mixture** 141:7
**mixtures** 137:22 138:1,11
**model** 82:21 85:3 97:6 100:13 161:12,13
**modeled** 82:4 84:2
**modeling** 79:19 80:11 82:17 89:8 89:9 135:10 136:4 138:22
**models** 72:6 81:12 81:14,18 82:5,13 82:16,19 83:2 84:16 91:5 97:5 100:12 114:3 140:21 141:15
**moderated** 1:6
**moderating** 95:7
**moderator** 5:22
**moderators** 5:1 95:11
**modern** 68:21 80:10 161:19
**modification** 145:17 172:16
**modified** 132:13 161:10 171:9
**molar** 143:18 181:14
**molecular** 10:8 129:9 180:10,13 180:15,21 181:5 181:18 182:10 183:16
**molecule** 29:4 64:20,21 152:8 183:4,11
**molecules** 15:13 64:13 136:18 137:6 182:8 183:10,22
**moles** 64:10,12,12
**moment** 23:13 73:3 78:1 85:14 89:16 108:14 116:17 126:2
**monday** 1:7
**monitored** 164:11 164:13
**monitoring** 56:3 56:17
**monkey** 118:19
**monkeys** 67:1,1 67:10 118:8,16
**mononitroso** 34:1

**mononitrosopip...** 33:4
**monoxide** 28:18 29:3,4,14,18,20 158:20
**months** 118:11 153:5
**moot** 152:17
**morning** 5:16 38:4
**morpholine** 16:8
**mothers** 47:20
**mouse** 100:13 107:4 111:12 121:10,15 126:9 129:5 172:5
**mouth** 28:6,6,7
**move** 69:8 75:20 95:12 126:21 133:4 145:12
**moving** 167:9
**multidisciplinary** 39:15 44:2,7 51:7 51:22
**multifaceted** 134:1
**multilevel** 134:1
**multiple** 24:16 39:1 40:9,11 41:2 41:20 45:6 55:3 55:16 77:5 113:1 113:4 124:2 133:6 133:16,18 144:1 177:12
**mutagen** 175:7
**mutagenesis** 78:16 123:8,12 179:19
**mutagenic** 30:11 35:22 47:18,19 52:18 73:11 86:1 86:3,6 97:11 120:12,20 126:12 126:18 130:11 133:9,10 135:2 138:19 141:8,8 146:17,18 150:21 151:7 174:20 176:4 182:12 183:12,19,20,22
**mutagenicity** 58:11 73:13 85:20 85:20 86:11 105:7 106:5 121:19 123:19 130:7,13 176:10,20 178:18
**mutamouse** 129:4
**mutates** 168:7
**mutation** 95:21 105:19 106:12,14 106:16,17,20,22 120:21,22 122:9 122:16 127:10 128:17 129:2 130:14,19 174:7 175:20 178:20,20 179:3,3,6,13 183:8
**mutations** 109:11 122:17,17
**mute** 4:9
**muted** 4:10

**n**

**n** 2:1 3:1,1 4:1 8:9 8:15 11:5,14 15:5 23:3 30:16 40:1 50:2,3 155:11
**n203** 15:11,12
**n7** 76:6 151:5 160:14
**nadph** 175:12
**name** 5:16 38:4 162:11
**named** 93:22
**nanogram** 71:17 113:9 153:20 170:14
**nanograms** 55:6 167:17 180:12,12
**nap** 32:7
**narrow** 89:19
**nationally** 6:13
**natural** 88:8
**naþve** 182:5
**ndea** 132:2 167:20 176:9
**ndma** 25:21 31:13 34:9 40:1 50:2 62:18,20,21 63:3 63:6,10,21 65:8 65:11 66:3,6,11 66:19,21 67:2,15 68:4 69:5,13,16 93:15 94:8,13,16 94:19 116:5 125:8 132:2 145:7 153:6 154:1,5 163:2,8 163:12 164:6 165:4,16
**nearly** 40:19
**necessarily** 110:5 168:14 179:6
**necessary** 13:5 41:14 44:7 45:7 46:18,20 47:2,7 47:17 48:7 49:12 49:17 50:19,21 51:1,17 53:13 58:17 72:18 145:6
**necessity** 51:4
**need** 8:20 26:18 27:20 32:1 51:13 68:15 70:10,20 71:5,10,18,20 74:10,20 75:17 78:7 82:4,14 84:21 86:13,14 87:18 88:3,15 89:3 92:9,11 106:17 110:7 112:11 113:19 115:7 127:5,8,14 127:17,18 129:20 129:20 130:12,13 131:3 135:16,22 136:21 137:9,15 143:3 147:20 148:3,22 149:3,10 149:16,22 150:12 150:16 151:5,13 151:14 154:13 155:3 161:18 168:10,13 170:15 170:15,19 171:17 178:18 179:13,20
**needed** 47:10 52:5 59:22 82:3 157:19 171:7
**needs** 9:7 37:1,5 87:13 89:3 100:18 107:9 108:7 151:9 156:21 158:12 171:1 172:17
**negates** 173:16
**negative** 95:20,21 105:14,17 108:2,2 120:10,10,13,17 120:19,22 121:2,6 121:14,19 122:3,3 122:10,19 123:1 123:11,18,19 126:5,7,9,11,20 127:4,5,17,18 129:19 130:5,12 130:12,18 131:14 132:13,17,18 171:22 172:3,12 173:10,13,13,21 175:1 178:17 183:6,9
**negatively** 132:10
**negatives** 131:9
**negligible** 149:14
**neither** 185:9 186:7
**neonatal** 100:13 107:4

**neonates** 107:6
**neuroscience** 5:19
**neutral** 17:12
**never** 8:12 32:16 105:3
**nevertheless** 104:12 114:7
**new** 1:12,14 11:17 11:17 39:2,3 44:19 49:10 52:2 56:9 59:9 74:15 82:13 144:18 151:10 164:20 174:7
**newborns** 20:10 170:10
**newer** 74:10,21
**nicely** 135:11
**nicotine** 19:2,2
**nine** 184:12
**nitrate** 24:20 28:2 28:5,9,11,17,21 29:2,11,18,19 61:5,12,22
**nitrates** 29:13
**nitride** 16:16 17:19 21:17 28:17 29:7,19,19
**nitrides** 29:14
**nitrite** 22:6 24:2 24:20 27:4,22 28:1,9,13 29:7 34:14 61:4,22 160:2
**nitrites** 29:2
**nitroalkene** 152:9
**nitrogen** 15:18 17:16 21:18 25:11 26:1 28:18 29:3,4 29:6,14,18,20 158:20
**nitrogenous** 30:1
**nitrosamine** 5:20 6:2 7:16 8:20 11:3 16:18 23:1 25:3 26:1,10,15 31:3 35:11 37:12 38:9 39:14 41:1,2,8,16 42:4,7 43:5,8,19 44:3,5,18 47:16 47:22 48:17 49:11 50:4 51:21 53:19 54:17 55:5,13,17 55:20 57:13 58:8 58:12 59:7 60:5 60:19 61:10 62:4 62:16 69:14,22 74:7 83:22 84:16 92:15,15 96:4 98:5,7,9,11 99:2,6 99:10 110:4,6,11 114:15 120:19 124:9 125:12 126:6,11,12,14,20 126:20 129:1,22 130:21 131:8 132:9 133:8,12 144:3 145:20 147:1,4,11 148:3 152:14 155:11,15 156:1 158:5,7 164:2 167:20 172:11 180:10,11 180:14 182:7,11
**nitrosamines** 1:1 4:4 6:5,9 7:13 12:20 16:15 21:9 27:12 38:21,22 39:5,11 40:4,7,9 40:11,13 42:12 43:14 46:7,9,19 46:21 47:5,8,17 48:3,16 49:3,15 50:10 51:6 52:16 52:19,21 53:1 54:1 55:1,3,3 56:2 56:7,21 57:1,5,7 59:20 60:1,12 69:17 70:7 72:13 73:15 74:17 75:22 76:11,13,16,18 77:1,10 81:7,13 81:14,21 82:6 83:10 90:3,17,21 91:10 93:18 95:15 95:16 96:8,13 97:10,18 99:2,8,9 100:3 105:14,20 106:7 107:10 110:9 112:21 113:17 119:20 120:13 121:2,3,13 121:19 123:9,10 124:1,2,5 125:6 129:4,15,15 131:17,19 132:1 132:10,20 133:6 133:16,18,19 134:12 138:7,21 139:12 141:2,3,16 142:8 143:6 144:20 145:7,18 147:18,21 148:6 149:21 150:7 151:3,11,15 153:3 155:5 159:10 160:13 161:13 162:7,15 163:3 164:13 167:18 170:9 172:3,16 173:12 175:18 176:5 177:13,13 180:15 181:8,17 181:18 183:16 184:11
**nitrosamino** 129:16
**nitrosatable** 31:9 36:10
**nitrosate** 18:6
**nitrosated** 9:10 15:18 16:5 30:8 33:2 35:21 78:18
**nitrosating** 15:11 15:16 18:10,18,21 21:3,5 27:2 28:10 33:8,9 37:18 152:9 158:21
**nitrosation** 8:15 14:1,2 15:21 16:3 16:14 17:10 18:13 19:3,3 22:6 30:10 30:14 32:5,7 33:10 157:21 158:18
**nitroso** 8:9 9:6 11:5,14,15 12:8 12:14,19 13:6 14:4 15:5 16:22 17:1,2,4,18 18:11 19:8 20:19 22:8 23:17 24:10,18 25:5,14 27:6,8,16 30:11,15 31:5,10 32:20 33:22 36:11 37:13 49:16 56:11 57:11,22 77:17 91:2 109:16 113:10 127:7 130:10,18,22 144:8,11 149:2,13 160:10 178:17
**nitrosoamino** 14:16
**nitrosodiethyla...** 14:14 50:3 86:9
**nitrosodimethyl...** 10:4 25:21 26:7 30:6,16,17 33:13 40:1 50:2 149:9
**nitrosoethylurea** 179:17
**nitrosomethyl** 179:16
**nitrosomorpholi...** 14:10,13 20:21

22:18 146:7 181:8
**nitrosopiperazine** 23:4 40:16,17
**nitrosopiperidine** 23:3
**nitrosoproline** 61:3,5,6,8 125:10 159:22
**nitrosopyrrolidine** 14:11 146:8
**nitrososarcosine** 14:18
**nitrosoureas** 79:3
**nitrosureas** 13:7 79:8
**nitrosylated** 182:9
**nitrous** 15:14,15 27:11
**nizatidine** 42:21
**nmda** 182:7
**nmk** 94:19 182:17
**nna** 19:6,18
**nnk** 19:7,18 94:10 94:11
**nnn** 19:6
**noc** 11:13,13
**noel** 96:13 98:14 98:16,19,22 99:5 105:2,4 107:16,22 119:18
**non** 14:13,19 66:21 85:20
**nonaqueous** 18:8
**noncarcinogenic** 13:19 14:17 34:3 88:1 105:18 125:11 129:16,22
**nonclinical** 41:9 46:2,2 58:10
**nonfood** 20:16
**nonhuman** 118:8 127:16
**nonlinear** 97:7 107:1
**nonmutagenic** 34:2 130:1 135:2 138:20
**nonsmoking** 20:8
**normal** 60:8
**normally** 17:16 18:6,13,20 31:11 35:16 61:22 71:21 144:19 149:13
**notary** 185:1,17
**note** 7:6 50:9 70:9 99:14
**noted** 76:17,22
**nowadays** 26:4,11 72:1 80:18
**nox** 24:22 158:21
**nucleated** 122:18
**nucleotide** 142:13
**nulceophilicites** 13:3
**number** 6:17 29:10 49:3 90:15 97:15 106:15,18 112:16 117:8 121:21 123:8 124:1 125:15 128:18,19 138:21 167:16,19 170:14 179:2
**numbers** 50:16 64:1 68:8,12 72:6 94:13 141:10 165:7 166:5,6
**nutrition** 23:21 71:22
**nutritional** 30:2 124:17 125:1 169:3

**o**

**o** 3:1 4:1
**o'clock** 125:19 184:12
**o6** 31:19
**oak** 1:13
**objective** 38:11
**objectives** 7:6
**observations** 100:2
**observed** 95:18 102:3 153:6,17
**observing** 143:16
**obtained** 80:6 121:17
**obviously** 85:22 89:3 110:7 146:16
**occasionally** 9:8 138:4,4
**occupational** 17:14 21:15
**occur** 70:8 158:18
**occurred** 118:14
**occurrence** 34:6
**occurring** 70:5
**oecb** 123:3
**oecd** 123:3 171:12 171:13,16,19,22 172:7
**offer** 53:10
**offers** 51:19
**office** 1:12 5:18 38:6 39:21 43:9 44:13,19,19 49:8 49:9 52:2,2,3,4 55:7 59:8,10
**officer** 185:2
**ogd** 49:8
**oh** 176:17
**okay** 23:6 91:3 94:21 101:20 110:11 111:4 113:14 125:16 133:2,5 146:13 167:6 171:2 177:1 178:3 182:20
**old** 30:22 111:10
**older** 66:18
**once** 41:7 60:5 76:7 111:11 115:16 118:13 180:1,3
**ones** 13:18 14:11 14:12 16:20 76:9 78:3 86:1 91:1 129:1,7 145:20 162:8 181:10
**ongoing** 38:14 40:20 58:7 176:18
**open** 36:22 38:1 79:12
**opening** 19:4
**opinion** 8:12 35:9 35:13 71:16 107:17 124:22 148:17 149:11,17 168:8,13,22
**opportunity** 136:16
**opq** 59:8
**optimistic** 91:13
**optimize** 46:3
**optimizing** 58:8
**option** 15:3
**options** 41:19 50:5 51:10 54:8 56:3 171:14
**oral** 65:7
**order** 6:10 44:3 45:19 46:18 47:2 50:21 52:5 60:16 77:3 171:18 172:17
**orders** 65:16 86:7 105:9 117:14 137:17 173:5
**organ** 70:6 130:15 142:5 180:2
**organized** 59:17
**organizers** 5:21
**organotrophic** 12:10

**organs** 12:11 77:5 117:1,3 118:17 175:14
**orient** 124:15
**orientation** 169:5
**origin** 66:5 68:7
**original** 36:15 165:17 166:8 177:17
**originating** 8:18
**outcome** 185:14 186:12
**outcomes** 82:16 140:22
**outdated** 26:9 148:17
**outline** 9:4
**outlined** 18:7 99:19
**outlines** 55:1
**output** 28:22
**outside** 168:12 169:2
**overall** 61:10 80:16 104:3,7,16 109:6 144:11 160:9 171:8
**overestimate** 144:15
**overview** 7:12
**overviews** 69:12
**overwhelm** 75:6
**overwhelms** 74:18
**oxidation** 176:17
**oxides** 17:16 21:18 25:11 26:1 29:6
**oxidized** 29:18
**oxygen** 31:19

**p**

**p** 2:1,1 4:1
**p.m.** 184:15
**p450** 12:22 30:19 33:12 36:6 70:8 82:8 114:21
**p450-2b1** 69:17
**packaging** 25:4 152:19
**page** 3:2 53:22 55:13
**painter** 4:2 5:14 95:2
**panel** 15:20 33:19 40:12 59:3 167:22 172:20,22 180:16 184:4
**panel's** 59:22
**panelist** 5:4 92:20 94:10 124:11,14 179:15 181:13,19
**panelists** 3:6 4:10 4:14 6:18 7:18 92:4 159:2 181:22 184:7
**panels** 77:1
**paper** 94:18 103:11 165:1
**papers** 183:15
**paradigm** 58:13 90:6,8
**parallel** 109:3 132:2
**parameter** 102:9 109:15
**parameters** 30:3 82:14
**parasitic** 33:2
**parenchymatous** 9:16
**part** 19:9 28:9 30:1 32:5 33:19 43:16 47:8 81:20 96:1 97:3 101:5 103:21 135:2 139:17 153:8 172:20 180:5
**partial** 19:16
**particular** 7:5 58:12 59:21 66:19 76:17 100:13 120:19 131:19 132:22 134:1 138:1,22 141:1,9 153:14 157:20 177:8
**particularly** 74:4 74:7,11 88:22 115:7 129:9 138:11 139:8 142:11 143:3 158:4
**parties** 185:10,12 186:8,11
**partner** 51:18
**partners** 39:18 44:9 54:12 56:16 58:20
**parts** 154:17,18
**pass** 135:6
**passage** 33:11 157:8,10
**passing** 135:17
**passive** 20:4
**passively** 20:11
**patas** 67:1
**pathways** 37:6
**patient** 41:12 43:7 43:15 45:17 51:5 51:16,20 52:6 53:12
**patients** 33:1 39:19 45:19 47:13 48:19 50:16 51:10 54:6 63:8 100:10
**patterns** 136:15
**pay** 114:18,21
**pbbk** 37:9 79:18
**pbpk** 72:6
**peacock** 186:2,15
**pediatric** 114:11
**pending** 47:5 164:19
**people** 8:11 20:8 21:2 62:22 90:15 93:21 95:7 114:6 121:6 160:1 174:21
**people's** 112:18
**percent** 11:14 20:13 28:11,12 48:12 80:8 118:21 119:3,8 145:5 155:10 166:20 171:15
**percentage** 80:9 119:1 166:19
**percentile** 150:8
**perfect** 82:20
**performed** 84:10 154:9 177:16
**pergot** 146:4
**period** 64:5 96:5 97:12 101:15 104:2 119:1,10 128:6,13
**periods** 100:8 153:21
**peritoneal** 175:21 176:1
**person** 21:12 28:21
**personal** 8:5 20:17
**personally** 79:7,14 98:15 107:15 124:15 161:15
**perspective** 38:15 53:20 87:21 126:13 127:19 130:6
**perspectives** 128:18
**pesticides** 114:9 139:11
**peter** 10:17
**petitions** 54:10

**peto** 11:8 102:1,8 102:13,18 103:11 115:20
**ph** 14:21 15:21 71:1 108:19 146:4 150:6 155:14 162:10,12 166:18
**ph.d.** 175:17
**pharm** 44:18 45:2 49:8,9 52:1
**pharmaceutical** 6:6 40:5 44:13 52:3 55:7
**pharmaceuticals** 62:6 76:15
**pharmacokinetics** 60:16 96:9 133:15 157:5
**pharmacologic** 152:16
**pharmacological** 37:20 85:11
**pharmacology** 5:17 38:6
**pharmacy** 54:6
**phenolics** 18:19
**phenomenon** 103:20
**phone** 4:9
**phosphates** 13:4
**phrasing** 170:22
**physiologic** 36:9
**physiological** 14:21 29:22 30:3 130:16
**physiology** 9:5
**picking** 131:19
**picks** 123:8
**piece** 27:17 51:3
**pieces** 58:16
**pig** 174:7 178:20 179:2,16
**pilot** 63:16
**pioneers** 26:22
**piperazine** 16:8 17:1 33:2
**pipercycline** 155:9
**pk** 16:2,4,17,21 133:15
**place** 130:15 136:1 169:9
**placed** 83:11
**places** 23:13
**plagued** 31:4
**plan** 45:19 53:21
**plasma** 157:7
**play** 44:14 58:7 65:22 142:14
**playing** 162:14
**plays** 112:13 162:10
**please** 4:8,16,19 5:5 6:22 7:6 8:1 9:11 10:20 11:12 12:17 13:9 15:6 16:10 17:7,20 18:22 20:3,15 21:6,14,22 23:8 23:19 24:17 25:6 26:5 27:19 28:16 29:16 30:4 32:4 32:19 33:15 34:5 34:18 35:19 36:13 36:20 38:16,19 39:21 40:21 42:1 43:2 44:1 46:4 48:9 49:14 50:13 51:14 52:12 53:18 54:15 55:14 56:19 58:3 59:1 64:3 67:13 92:6 95:6,8 111:6 124:13 156:4 168:2
**plenty** 160:22 183:15
**plus** 61:4,5 83:9 101:8
**point** 9:3 13:18,20 16:1 17:7 28:18 37:15 61:19 70:2 71:9 73:19 78:13 79:14 87:2,3 108:14 109:22 120:9 130:2 134:11 135:7 136:4 146:16 148:22 154:3,9 158:17 165:19 175:10 177:8 182:1
**pointed** 72:3 84:4 103:11 148:16
**points** 31:22 73:8 73:22
**policy** 6:21 38:18 43:17 45:12
**polycyclic** 10:10 172:10
**polymorphic** 153:14
**poor** 147:7
**population** 20:11 41:12 80:9 170:16 170:21
**populations** 170:6
**pose** 56:6,13
**posed** 47:10
**poses** 163:12
**position** 13:14,16 13:22 142:21
**positive** 105:15,15 108:1,2 121:8 122:19 123:11 128:11 130:4 131:22 155:9,15 171:21 173:6,11 173:12,14,15,17 173:21 174:16,18 175:1 176:20
**possibilities** 37:21 78:21
**possibility** 17:8 18:9 37:19 80:1 87:20 89:14 104:13 108:6 117:18 139:6 143:2 157:1 164:14
**possible** 7:4 30:10 63:7 76:9 83:7 85:4 86:22 104:17 104:21 122:11 136:12 138:9 153:17 173:20 174:10
**possibly** 85:7 130:20 137:8
**post** 44:17 45:15 45:16 100:3
**posted** 7:19 40:14 42:6 55:12
**potencies** 86:12 121:9 135:15
**potency** 11:21 39:3 47:17 53:7 57:20 58:1 73:10 76:2 77:3,19 81:15 83:3,8,19 83:22 84:4,12 85:13 86:4,5,6,8 86:10 88:2,5,6,10 88:13 90:18 98:4 100:2 106:7,9,10 106:11,13 131:21 136:11 137:13,15 137:17,18 141:9 145:6,20 151:7 176:9 177:14 181:9
**potent** 39:3 52:20 83:12,21 91:4,17 97:10 119:7,19 121:15 144:10

145:19,21 147:4 147:10 148:4 167:20 176:9 182:22 183:1
**potential** 9:3,6 28:14 29:22 37:17 43:6 51:12 71:8 71:12 79:14 86:4 94:3 95:14 124:19 132:16 144:16 153:21 156:20 158:3 161:21 164:5 168:7,17 170:9 175:7
**potentially** 24:19 93:6 113:16 115:16 137:7 152:9
**power** 11:20 84:7
**powerful** 145:7 163:10
**powerfully** 161:19
**ppn** 21:21,21
**practical** 73:1 91:14 97:20 98:1 119:21 131:2 177:19
**practically** 30:12
**practice** 100:1 175:19
**practices** 6:16
**pragmatic** 124:15 168:21
**pre** 44:17
**precarcinogenic** 63:20
**precipitate** 41:18 51:11
**precisely** 92:12 144:7
**precision** 150:10 177:10
**precursor** 25:20
**precursors** 160:4
**predefined** 97:9
**predict** 34:21 106:10,12,12 138:18 140:22 156:10
**predicted** 82:14
**predicting** 37:12 84:11
**prediction** 13:10 89:15
**predictions** 11:20
**predictive** 83:2
**predictivity** 82:5
**preferable** 128:22 177:4,18 178:9
**preferably** 178:1
**preformed** 149:13
**pregnant** 170:20
**premutagenic** 63:20
**preparation** 151:21 154:19
**prepared** 6:17 186:3
**presence** 33:9 39:5,22 41:1 56:11 104:14
**present** 5:7 21:19 24:14 38:20,22 60:12 70:12 74:16 87:11 99:11 101:10 104:20 133:6 134:6,14 140:13 143:6,11 143:18 144:11 155:13 159:20 165:9
**presentation** 7:11 7:14 8:5 49:5 58:22 88:5
**presentations** 6:19 59:16
**presented** 38:17 68:9 69:15 74:6 92:1 99:6 146:16 169:13
**presents** 156:9
**preservatives** 21:4
**presumably** 112:2
**presumed** 86:1 105:15
**pretty** 73:7,8 82:19 102:20 119:2 129:8 160:20 164:3
**preussmann** 33:1
**prevention** 22:20
**previous** 6:15 87:17 115:12 135:11 141:21 146:15
**previously** 56:12 57:11 58:15 63:1 92:1
**primarily** 66:22 85:20 118:8 145:21 170:7
**primary** 17:21 65:15 81:1 117:9 117:20 118:2,2 168:8
**primate** 127:16
**primates** 12:3 118:8
**principal** 22:10
**prior** 51:9
**private** 166:16
**proactively** 56:5
**probabilistic** 89:8
**probability** 11:17 89:15 169:17
**probable** 183:6
**probably** 39:4 66:11 75:10 78:1 83:16 84:11 85:14 88:18 90:2 100:9 110:21 115:1 125:18 136:6 141:15 142:6 143:6,7,8,9,12 149:12 155:10 162:10 173:5 174:17 181:5,12
**problem** 8:14 9:1 17:13 20:22 21:2 32:15 104:13 145:15 156:13,15 163:8,12 168:20 177:11
**problems** 136:19 171:12
**procedure** 32:7 78:12
**proceeding** 186:4
**proceedings** 185:3 185:4,7 186:6
**proceeds** 12:15
**process** 8:18 18:12 24:19 28:3 34:12 46:9 47:3 50:12 51:3,20 152:6 154:20
**processes** 8:21 37:16 56:6 158:4 176:16
**processing** 24:17
**produce** 25:11 28:20 53:1 106:16
**produced** 109:5
**produces** 48:11
**producing** 16:18
**product** 39:15 40:12 41:7,15 43:17 45:4 46:14 51:1,8 53:17 57:14 104:15 124:1 126:8 133:7 133:13,16 143:6 144:3 152:11,11 153:18,18 176:3

**production** 8:18 34:12 37:16 57:2
**productivity** 37:11
**products** 20:16,17 39:6,8,20 40:6,14 41:11,13,17 42:4 42:12 43:14 45:5 45:5,8 47:6 48:2 50:15 52:12,17 53:20 54:7 57:3,5 124:2 143:11 153:20
**professor** 7:11 8:6 88:4
**profile** 114:21 115:6
**prohibited** 31:10
**proliferation** 103:2,19 104:8
**proline** 61:4,5,11 160:1
**promised** 36:21
**promising** 79:15
**prompting** 5:6
**prone** 170:11
**properly** 120:16
**properties** 9:19 34:4
**proposal** 168:11 168:22
**proposals** 78:10
**propose** 43:13
**proposed** 9:20 45:3 57:4 71:4,13 80:5 83:20 84:1
**pros** 177:3
**protect** 168:9
**protection** 22:16 144:13
**protective** 157:9
**protein** 64:19 88:17 142:3
**proteins** 29:1
**protocol** 121:4 123:3,3,4,4 171:7 171:12,13,16,19 171:22 172:8
**protocols** 105:5 122:22
**proton** 15:15
**protonable** 15:1
**protonated** 17:9
**protonation** 18:10 78:19
**protonized** 15:2
**prove** 31:7
**provide** 7:15 38:11 127:11 172:17
**provided** 7:8 54:18
**providers** 54:6
**provides** 9:5 54:19
**providing** 20:19
**psychiatry** 5:18
**public** 6:7 50:19 57:15 131:4 185:1 185:17
**publication** 11:3 54:17 68:10 146:2 149:8 153:12 164:11
**publications** 11:1 27:18 29:10 32:21 32:22 144:22 149:6
**published** 11:6 15:8 26:8 27:18 32:8 35:1 42:11 57:12 58:14 66:17 81:12 84:16 94:18 146:10 166:10,10 166:11 176:14
**pull** 116:8
**purification** 14:8
**purity** 20:22 21:8 21:8
**purposes** 22:22
**pursue** 169:1
**pushed** 68:17
**put** 13:13 71:7 125:14,15 135:10 140:3 151:4
**putting** 156:22
**puzzles** 165:1
**pyrrolizidine** 10:2

**q**

**q&a** 7:3 95:6
**q3a** 126:16
**qa** 4:19,21
**qsar** 83:2 137:19 138:17
**qsars** 137:21,22 138:1
**qualified** 6:13 185:5
**qualify** 43:7
**qualifying** 81:11
**quality** 44:13 45:2 46:1 52:3 55:7 56:8 57:6,14 76:14 96:12 150:18,19
**quantified** 61:6
**quantify** 39:11 46:19 88:7 159:13
**quantitated** 91:10
**quantitative** 61:16 81:21 162:19
**quantitatively** 30:12 62:1
**quantities** 165:17
**quantity** 57:6
**quench** 34:14
**question** 7:2,5 35:14 60:2,18 63:5,9 68:18,19 69:6 70:19 71:6 75:21 77:16 81:7 81:10 82:18 83:5 87:2 95:4,9,13 96:1 97:3,17,20 98:13 99:16,22 101:5 103:14 107:15 108:4,7 110:13,15,16 113:15 114:17 115:13 116:13,14 118:5 119:13 120:9 123:17,20 124:8,10 125:22 126:1,1 128:12,15 132:4,11 133:3,4 134:1 135:3,13,18 136:21,22 138:16 140:16 146:17,22 147:14 148:2 149:11 158:6 159:2,16 160:8,9 164:16,21,22 167:10,11 171:3 172:19 178:16 180:9 182:5
**questions** 3:6 4:18 4:19 5:1 6:18,22 7:8 36:22 37:14 38:1 59:17 64:18 70:19 72:20 73:2 75:16 78:2,22 79:7,21 92:5 95:6 95:8 97:15 133:22 135:1,5 140:8 163:17 167:9,13 182:2 184:10
**quickly** 60:20 167:13
**quite** 9:1 12:10 15:3 18:6,22 19:3 20:2,14 21:7 23:6 25:19 26:3,9 30:22 34:6 35:10 61:1,11 63:15 66:18 67:6 70:15

71:6 72:15 73:13 73:15 77:11 79:13 91:9 92:17 93:13 94:6 97:15 109:1 109:7 111:3 112:6 115:21 117:10 128:7 135:11 136:11 137:3,5 157:5,22 180:20

**r**

**r** 2:1,7 4:1
**raise** 70:1 73:19 89:7,13
**raises** 35:14
**random** 72:6
**range** 31:21 50:14 64:11 71:17 75:12 77:3 83:22 86:6 107:19,20 109:19 109:19 110:18 112:12 113:9 116:2 119:22 124:9 154:18
**ranges** 83:11,19 84:13
**ranitidine** 34:19 42:21 149:7,10 152:3,7 153:4 156:6,19 164:11 165:4,15,17 166:3 166:11 170:7
**rapid** 18:9,9 62:2
**rapidly** 18:6 21:1 30:18 35:16 61:14 168:20
**rare** 25:4
**rarely** 141:13
**rat** 102:1,16 111:12 121:10,12 121:14 123:2 127:3 171:22 172:3,4,15
**rate** 35:11 60:6 67:8 73:14 96:19 96:21 97:2 102:10
**rated** 19:19 20:13
**rates** 15:9,10,21 16:3 18:4,14 60:7 115:21 181:9
**rating** 77:20
**rationale** 169:1
**rats** 67:10,15 69:2 73:16 87:12 103:9 109:5 146:5
**reaching** 56:5 147:13
**react** 17:22 34:14 79:5
**reactant** 156:19
**reaction** 18:21 19:4,5,14,15 136:13
**reactions** 25:8 29:9 115:2 158:1
**reactive** 33:7,17 156:13
**reactivity** 32:11 32:17 76:3 79:1 82:10 88:11,12,16 88:18,22 136:11 137:8 157:19
**read** 123:21 137:4 137:19 138:5,5,10 139:1 158:7 162:12 167:12 169:15,16 170:1 171:3 178:11
**readily** 120:3
**reading** 151:20 155:6 163:22
**reagent** 33:8
**real** 71:19 80:16 104:13 156:15 165:6,8 168:13
**realize** 15:10 36:7
**realizing** 8:22
**really** 26:3 30:20 31:11 32:1,17 34:10 37:17 62:15 63:15 68:22 69:4 69:6 70:20 71:5 72:7 73:3,3 79:8 79:13,18 86:13 88:20 90:21 91:11 91:13 92:13,16 93:15 106:10 107:8 108:12 109:18 110:22 115:6,14 119:21 126:3,22 129:16 135:13 137:15 138:12 140:16,19 141:6 142:3 148:21 149:3 150:13 154:12 156:16,19,21 158:16 159:18 160:7,12,13 162:16,17 165:19 167:2 168:4,12 173:16 176:12
**reason** 14:19 68:11 89:13 142:15 154:16 175:2,6
**reasonable** 81:12 83:19 110:1 131:2 160:20 181:15
**reasonably** 83:1 83:11
**reasons** 26:12 126:4 146:15 173:20
**recall** 41:17 46:22 48:8 51:9 80:4 84:3 111:10 146:3 149:6
**recalled** 41:17 51:8 54:7
**recalls** 39:8 42:9 45:10 51:11
**receive** 4:22 112:8
**received** 95:10 163:17
**receptor** 35:19 40:2 42:19
**recirculated** 28:12 157:6,12 158:14
**recognized** 6:13
**recommend** 114:10,14 120:17 172:22
**recommendations** 43:13 126:5
**recommended** 22:5
**record** 185:7 186:5
**recorded** 5:10 7:21 185:4
**recording** 185:6 186:4
**recovered** 46:12 175:4
**recycled** 46:12
**red** 16:20 106:2 122:17
**reduce** 26:3 28:8 29:2 51:21 78:20 82:15
**reduced** 28:13 29:20 185:5
**reductases** 29:2
**reduction** 19:16 24:21 104:8
**refer** 50:1 90:15
**reference** 37:4 178:14
**reflect** 11:1 38:18
**reflecting** 31:14 157:7
**reflection** 14:6
**reflects** 8:5
**refuted** 152:13

**regard** 89:21 91:6 104:5 105:18 106:7 107:2,9,19 111:8,15 121:2 137:16,22 138:16 159:16
**regarding** 4:17 62:17 97:3 103:15 105:2 161:18
**regardless** 127:15
**regards** 87:8 101:5 118:22 143:10 155:18,19
**regimen** 49:2 105:12
**registrants** 6:3
**regular** 126:15,22 150:21
**regularity** 151:1
**regularly** 43:11,13 44:5
**regulate** 151:14
**regulated** 30:2
**regulations** 23:10
**regulators** 6:6 43:18 126:3
**regulatory** 6:21 38:15 39:18 42:14 44:9 45:11,12,12 47:22 54:12,14,20 56:16 58:20 126:13,19 130:5 144:5 150:11
**relate** 87:13
**related** 11:4,5 24:19 42:8 43:21 46:9 49:21 54:1 56:11,18 73:1 84:9 123:9 134:7 138:1 185:9 186:7
**relation** 71:7 78:4 91:7,21 108:17
**relationship** 104:5 109:17 110:18
**relationships** 81:22 89:11 140:4
**relative** 84:12 121:7 131:21 134:19 158:8 185:11 186:10
**relatively** 10:16 11:18 16:5 24:11 32:10 35:15 63:18 75:10 117:13 129:9 136:5 148:17 149:14 180:13 183:16
**releasing** 31:8
**relevance** 49:6 110:22 113:7
**relevant** 14:4 19:1 66:1 92:14 128:14 149:11 163:11
**reliable** 61:12 68:21 70:21 79:22 97:4 127:12
**reliably** 92:12 159:13
**relies** 138:6 140:16
**reluctant** 122:22
**rely** 135:20
**relying** 83:7
**remain** 55:15 81:20 104:4 153:20
**remains** 109:2
**remarkable** 152:7
**remember** 87:7 94:14 102:1 111:7 111:12 155:6
**remembering** 101:3
**remind** 6:20
**reminder** 95:5
**reminds** 156:6
**removal** 153:10
**remove** 17:8 25:18 51:21
**removed** 90:4
**renders** 152:16
**repair** 64:15 65:22 67:9 79:20 96:9 96:20 101:8 108:7 108:10,11,12 110:2,12 111:9,15 111:18 113:13 114:20 115:13 116:8 117:2,19 133:17 142:1,13 142:13 143:5,10
**repaired** 64:19 65:1 142:8,10
**repairs** 64:21
**repeat** 126:7
**repeated** 10:13 102:18 126:8 128:6
**repeating** 135:13
**replace** 22:7 37:21
**replicated** 102:18
**report** 84:2 97:22 166:16
**reported** 1:21 23:22 121:5 166:16 167:2,3
**reporting** 149:8
**reports** 9:14 165:17 166:4,8
**represent** 100:9
**representing** 98:3
**represents** 48:18 65:13
**requesting** 153:10
**require** 76:4 79:4 82:7 113:21 177:12
**required** 39:9,15 41:17 63:12 66:14
**requirement** 131:16
**requires** 51:22 58:18 106:15
**rescinded** 10:1
**research** 5:20 6:9 9:13 10:22 11:2 24:8,11 36:22 38:7 59:22 78:8 79:12 146:3
**researched** 28:19
**researchers** 6:14 42:14 45:21 58:7 58:9
**resecreted** 28:5
**reservations** 108:5
**residual** 132:15
**residues** 139:11
**resistant** 12:4
**resolution** 92:13 159:14
**resorption** 28:3
**resource** 128:9 131:2 150:12 173:4
**respect** 8:14 9:2 82:12 98:13 99:18 108:8 114:22 142:1 160:9
**respective** 9:8
**respond** 45:13 97:16 117:5 171:18
**responded** 123:16
**respondent** 136:7
**responding** 33:18
**response** 4:22 11:4,9 19:4 29:8 64:16 65:3 66:22 67:5,12,17 69:1 73:11 80:8 87:5 95:9 96:17 97:7 100:14 102:4,7,12 102:20,22 103:4,5 103:6,22 104:5

108:19 109:7,13 109:14 110:17 115:8 116:15,20 118:9,13,22 119:2 119:10 120:3 121:3,14,15 142:16 145:11 172:4,18 176:11 177:7 178:7 183:10
**responses** 66:16 109:2 121:9 122:21 126:4
**responsible** 12:6 24:20 27:8
**restart** 72:22
**restrict** 161:2
**restricted** 151:6
**result** 106:19 120:16,22 127:12 128:11 174:16
**resultant** 95:20
**resulted** 33:19
**resulting** 9:16 39:8 82:10
**results** 11:1 15:19 31:6,11,12 32:2 54:4 76:13 82:4 107:7 154:11 164:19
**resume** 95:1 184:8
**resurfaced** 8:16
**retired** 8:5
**revealed** 36:1
**review** 87:22 150:6
**reviewing** 5:1
**revisit** 27:13 71:5
**rice** 2:8 69:9,10 116:13,15,17 119:12,14 143:20 143:21 145:3 151:17,20
**rich** 28:2
**richard** 2:10 27:14
**rifampin** 52:10
**rifapentine** 52:11
**right** 12:9 16:12 19:13 22:19 35:4 35:10 67:16 71:18 85:19 92:6 94:14 94:20 95:2 102:6 135:21 156:5 158:1 163:21 164:18 165:12 166:6 174:19 178:12 179:11 182:7 183:8
**righthand** 15:20 32:12 40:12
**ring** 19:4 34:16,20 36:7
**rise** 22:7,9 63:6,12 66:7,15 91:16 93:13
**risk** 1:1 6:11 8:19 9:9 37:5 39:16 41:3 42:5,15 43:14,20 45:16 47:4,11,14,15,16 48:18 51:2,3,6 52:15,21 54:5,13 54:21 55:1 56:1,4 56:6,14 57:4,13 58:11,21 59:18 60:3,17 64:16 80:13 84:1 90:19 92:17 95:17 97:8 97:19 98:2,4,6,10 98:20 99:1,2,6,7,8 99:11,14,14 100:6 100:10,22 110:19 120:2 130:8 133:5 133:8,13 134:4,6 139:8 147:8 149:5 150:10 159:6
162:3,5,18 177:8 177:11
**risks** 9:8 42:8 100:16
**robust** 45:18 48:21 49:15 57:7 57:18
**robustness** 50:6
**rodent** 11:7 39:4 52:20 83:9,12 84:5 85:1,5,6 86:19 87:8 100:12 101:3,4 172:2
**rodents** 60:5 66:6 67:1 73:12 85:9 93:15
**role** 44:14 58:8 65:22 75:11 112:13 142:14 162:10,14
**room** 170:2
**root** 39:11 41:5 44:14 46:6 54:20 55:15
**routinely** 43:16
**rubber** 22:14,15
**rugged** 32:9
**rules** 4:6 13:10 22:2 23:9
**run** 132:2 141:13
**running** 131:17

**s**

**s** 2:1,9 3:1 4:1 93:8
**s9** 123:2 126:9 127:3,5 171:8,15 171:18 172:1,3,4 172:5,6,7,15
**s9s** 172:2,2
**sacrificed** 118:16
**safe** 22:11 23:7 56:8 57:14 149:17
**safety** 6:7,11 8:21 29:12 38:8 43:8
47:7 56:19 57:12 58:9,10 59:5 71:18 80:4 113:19 113:21 114:1,9 131:4 134:3 139:9 150:19 170:3,15 170:19
**saliva** 158:16
**salivary** 28:5 157:6
**sample** 44:15 46:19 138:22 140:13 154:19 165:15 179:8,9 180:1
**samples** 31:13 64:6,8 152:3 153:5
**sampling** 54:4 152:19
**sander** 27:2
**sar** 138:17 169:14
**sars** 169:21
**sartans** 34:7,12
**saturable** 111:10 142:2
**saturated** 110:3 116:21
**saturating** 111:14
**saturation** 111:1 111:22 112:1,3,13 113:12
**saying** 16:3 101:12,17 110:11 127:13 135:12 139:18 147:19 151:13,16 163:1
**scale** 32:14 64:2 144:6
**scans** 83:8
**scavenging** 18:18
**scenario** 126:10 133:11 137:12

**science** 6:9 7:1 27:18
**scientific** 6:20 8:8 8:22 38:15 108:16 154:14 168:10
**scientifically** 6:11 32:17 149:3
**scientists** 6:14 76:20
**score** 80:8
**screen** 139:3
**scrutinize** 37:15
**search** 144:6
**second** 9:4 13:20 16:1 71:9 75:21 78:13 96:1 97:3 98:13,22 99:13 101:5 103:14 108:4 136:16 158:17 176:7 184:9
**secondary** 18:5 27:4 32:13
**secondhand** 20:12
**secondly** 68:22 162:8
**see** 10:4 12:20 15:20 16:11 19:14 20:12 22:13,19 23:21 25:9 26:16 30:22 31:6,16 32:13 34:19 40:12 42:17 44:4 48:20 66:15 67:13,14,16 67:20 68:20 87:22 88:8 95:9 99:3 102:10,19 103:12 103:18 109:1 112:10,10 117:15 120:2 136:1 138:3 139:2 152:13 153:18 155:4 163:18 166:18 179:5,7
**seeing** 166:21 170:1
**seemingly** 8:17
**seen** 16:12 17:4 32:11 36:18 40:7 65:17 106:21 109:13 165:2 166:22 171:14
**select** 48:19
**selecting** 48:20
**selection** 14:5
**send** 7:1 95:8 146:4
**senior** 43:16
**sense** 113:6 156:22 162:2 178:13
**sensitive** 39:10 41:5 46:17 47:1 56:9 105:21 121:12 122:13 127:22 128:4,7 131:2 161:19 165:16 170:6,16 170:21 172:15 175:19 179:18
**sensitivities** 161:22 174:6
**sensitivity** 48:6 56:17 68:18 97:6 115:3
**sent** 95:11
**separate** 146:17
**separation** 24:15 112:7
**september** 42:11
**series** 63:17 71:16
**serious** 50:16
**serve** 90:18
**set** 7:13 45:4 47:2 50:22 135:11 138:8 153:8 166:6
**setting** 44:16
**sh** 36:5
**shape** 97:6
**shaped** 15:19 102:5
**share** 164:20
**shared** 8:12 54:3
**sharing** 43:21
**sharp** 102:11
**shelf** 153:2
**shifts** 70:6
**short** 10:11,16,21 14:12 15:22 20:16 21:14 30:18 32:7 51:19 52:14,16 53:2,11 77:8 89:3 89:4 96:4 97:5,11 100:12,14 101:10 107:5 181:11 184:5
**shortage** 41:18 45:7,8 51:11,12 52:3 53:14 59:9
**shortages** 52:8
**shortening** 180:22
**shorter** 100:8 101:15 104:2,11
**shortly** 32:6
**show** 23:10 27:3 32:1 33:9 36:2,20 36:22 63:22 65:3 96:21 102:7 132:22 149:7 151:10 156:16 172:1,14
**showed** 10:15,17 11:7 96:16 121:21 153:13 156:7
**showing** 11:19 16:13 28:19 32:10 33:1 34:3 79:10 100:15 118:3 140:9
**shown** 10:12 13:6 14:5 16:6,10,14 16:22 17:2 19:6 23:2 25:3 29:14 33:22 34:1,2,8 35:2,7 53:1 71:2 77:1 96:15 105:16 106:3 107:4 163:5
**shows** 9:12 11:13 11:14 12:18 15:21 16:17 19:9 22:12 26:5 44:1 74:6 108:16 109:8
**shubik** 155:7
**shukars** 71:1
**sid** 15:8
**side** 15:17,20 16:11,12 19:13 22:13,19 32:12,15 78:19 80:7 134:2 144:17 167:9,13
**sigmoidal** 96:17
**signal** 119:15
**signaling** 29:4
**signature** 185:15 186:14
**significant** 18:13 20:14 100:17 115:18,18 117:10 141:12
**significantly** 53:8 109:7 116:7
**silver** 1:15
**similar** 12:15 31:21 34:18 50:11 67:10 73:11 109:3 132:20 136:8 138:8 139:22 141:2 159:21 169:22 179:14 181:1,9
**similarities** 50:8
**similarity** 57:21 69:1 136:10,10,11 138:13 139:20 140:1 169:22

**similarly** 75:11 121:9
**simple** 32:9 53:4 91:1 162:8
**simpler** 164:7
**simplified** 78:14
**simplistic** 134:20 136:4
**simply** 83:8 97:20 98:2 99:5 134:10 134:11
**simultaneous** 33:11 69:19
**simultaneously** 70:5,8
**single** 40:11 41:2 53:2 55:2,3 76:10 77:7 83:6 86:22 89:17 112:9 120:18 123:2 133:12 140:11,11 152:19
**sites** 174:6
**situ** 27:7
**situation** 17:6 21:19 26:19 27:14 27:22 72:2 73:18 145:4 169:2
**situations** 17:14 55:2 134:21
**six** 118:11 148:5
**sixteen** 64:11
**size** 58:1
**skills** 185:8 186:6
**slant** 135:10
**slide** 9:11,12 14:3 15:4,7 19:1,9 20:3 20:15 21:6,22 22:12 25:20 26:20 29:16 35:19 38:16 38:19 39:21 40:13 40:21 42:1,1 43:2 44:1,1 46:4 48:9 49:14 50:13 51:14 52:12 53:18 54:15 55:14 56:19 58:3 59:1 64:3 67:13 102:6
**slides** 5:10 44:11
**slope** 109:2
**slopes** 67:7
**slow** 15:3
**slower** 18:5
**slowing** 13:22
**small** 62:21 63:16 117:18 129:9 138:21 143:11 147:21 148:9 151:15 164:18 182:7
**smaller** 18:14
**smoke** 20:4,12 25:1
**smoked** 24:9,22 112:19,19
**smokers** 20:13
**snapshot** 156:9
**solely** 144:12
**solid** 132:21
**solubility** 14:20
**soluble** 10:8
**solution** 15:12
**solvent** 9:21 34:13
**somewhat** 14:12 72:14 114:13 124:18 171:5
**soon** 7:21 28:1 33:20 111:1 158:19 164:20
**sophisticated** 35:5
**sorry** 145:14 173:15
**sort** 30:20 92:22 109:9 177:19 178:6
**soterios** 2:4
**source** 27:11 29:6 34:9 63:9,10 66:12 94:3,9
**sources** 39:1 57:1 93:3 110:8 112:17 112:22 113:2,4 133:19 164:5
**space** 80:21 166:12
**spaced** 108:21
**spacing** 180:21
**speaker** 135:11
**speakers** 73:7 146:15
**speaking** 4:8,11 4:16 5:5 68:3 93:17 115:16 125:6 165:18
**specialized** 46:1
**species** 12:2,3 49:6 67:6 77:5 97:1 121:4
**specific** 12:1,10 19:7 25:8 41:8 44:20 45:5,22 51:1 53:17 55:4 76:12 78:11 89:22 107:19 114:4 121:4,4 125:13 153:13 161:20 167:16
**specifically** 135:19 137:19
**specifications** 21:9
**specifics** 119:16
**spectrometric** 92:13
**spectrometry** 24:16 35:6 159:14
**spectrum** 12:2
**speed** 34:15
**spelled** 22:2
**split** 13:1
**splitting** 26:1
**spoken** 70:15
**spring** 1:15
**square** 67:4,21
**sruthi** 2:13 3:5 7:15 38:5
**stability** 46:14 55:18 79:6,9
**stabilize** 153:22
**stable** 79:8 94:6 153:2
**staff** 45:7,8,12,15 45:17,18 52:1,4 54:11 59:9
**stage** 7:13 85:13 139:14
**stages** 106:18 115:4
**stakeholders** 42:10,13 45:20
**stand** 68:12
**standard** 123:3
**standpoint** 42:3 47:8 56:20 144:12 152:20
**stands** 93:15
**start** 8:4 26:21 38:13 60:21 77:14 97:13,16 111:13 127:13 133:20 135:12,17 137:21 169:20,20 184:12
**started** 4:5 121:6
**starting** 20:8 46:10 100:10 118:10 169:9,21
**state** 6:16 24:14 31:14 67:17
**stated** 29:12
**statement** 68:14 171:6 175:15 182:13,15
**stating** 8:4
**steady** 31:14 67:17

step 14:9 41:22 120:11 126:14 130:11 162:2
stephen 2:9 20:5
steps 68:19 106:15
steric 58:1 182:10 183:6
steve 92:8 182:21
steven 28:19
stick 102:5
stoichiometric 66:17
stoichiometrically 64:20
stomach 16:20 17:3 155:14
stop 69:7 81:4 84:17 154:21
stopped 119:5
storage 55:19 79:11
story 10:11,21
straightforward 134:20
strains 171:19,20 171:21
strange 90:2
strategies 38:12 39:13,19 40:11 42:16 43:22 46:8 51:13,15 54:5,13 55:1 56:14 57:4 58:21
strategy 22:10,11 51:19 53:12,13 54:16
stretching 13:17
stringent 107:21
strong 19:22 23:6
strongly 16:3,4,7 173:12
structural 11:19 12:5 37:22 50:7 57:20 61:19 81:22 89:11 127:8 131:7 138:14 139:20 140:8
structurally 49:20
structure 11:4,17 76:3 81:22 86:21 121:20 122:2 131:6 132:19,20 144:7 152:6,10 178:14
structured 12:4 34:19 81:11 140:4
structures 13:11 49:21 78:15 91:6 91:8 121:22 134:13 136:8 138:13 156:18 169:22
stuck 106:8
studied 28:13 158:12 161:12 163:3
studies 9:15 11:7 12:4 27:10 49:3 61:2,8 63:16,17 64:4 66:6,17,18 66:20 69:5 73:9 73:13 76:19 84:5 84:9 86:11 96:12 96:14,20 100:12 105:7,13,17,20,21 105:22 106:6,9,22 107:5 111:8,11 140:18 141:7 149:19 150:5 151:10 152:14 154:4 160:2 163:4
study 35:1,20 46:3 48:13,20,21 49:4 76:13,14 84:6,8 84:10 102:3 108:19 115:20 119:5 121:19 132:11 146:9 151:8 155:7 159:15
sub 75:11
subhuman 12:2
subject 8:10 43:12 69:18 158:9 180:22
subjects 20:6 61:4
submit 4:19 56:4 95:6
submitted 5:2
subpopulations 117:18
subsequent 64:18 165:7
substance 133:13 133:17 182:9
substances 22:3 70:8 83:18 86:15 134:5,8
substantial 35:10 108:12 149:8
substantially 65:16
substantiated 79:18
substituent 13:21
substituted 180:20
substitution 136:15
substrate 164:3,7
substrates 69:19
subthreshold 141:22 142:15
subtleties 136:12
subtoxic 105:7,8 105:22
success 82:1
successfully 37:22
sufficient 19:21 91:1 122:4 128:10 128:10 175:8
sufficiently 41:5 78:3
suggest 85:10,15 88:21 100:15
suggested 169:14
suggesting 170:13
suggestion 88:19 152:13
suitability 37:5
suitable 37:4 172:2
suited 70:1
sum 23:17 144:17 146:21
summarizes 42:2
summary 11:12 29:21 145:4
superimposing 84:22
supervisor 5:18
supplemented 175:12
supplied 151:21
suppliers 54:6
supply 45:9 46:11 56:8
support 137:1 175:10
suppose 152:7
supposed 134:5
supposition 154:6
sure 4:9,16 37:16 69:1 85:2 86:19 129:6 131:3,18 148:21 153:1 155:10,22
surely 125:5
surface 67:4
surrogate 49:18 49:22 50:7,8 57:16
surrogates 50:5 57:17

surveillance 45:15
surveys 75:8 114:5
survival 174:3
susceptibility 82:8
suspect 88:13
suspicion 148:18
sustained 29:6
swept 25:12
symptoms 10:1
synergism 138:5 141:14
synergisms 135:19
synergistic 133:14 143:2
synergy 135:17,18
synthesis 28:21 46:14
syrup 170:7
system 34:21 77:19 130:16 132:18 142:10 172:16
systematically 78:8
systemic 21:11
systemically 158:13
systems 142:9 171:8

**t**

t 3:1,1
table 73:3 128:19
tablet 165:6
tablets 165:9
tail 175:4
take 16:1 27:20 28:1 63:13 72:15 88:10 90:6 94:22 97:20 110:7 132:19 138:20 150:1 154:16 168:14
taken 9:18 48:17 62:1 68:19 89:16 108:9 110:9 134:16 148:20 165:9 185:3,10 186:9
takes 31:12 107:18 115:5 179:4,10
talk 48:14 71:4,10 75:9 88:5,5 135:5 137:4,20 138:9 156:8 169:15
talked 159:4
talking 54:12 100:7 111:9 128:16 139:13 140:8 150:9 153:5 166:14
talks 74:1
tannenbaum's 28:19
target 174:5
targets 12:15 45:1
task 5:21 38:9 43:5,8 44:5 47:15 59:7 78:14
td50 36:15 48:11 48:20 57:8 71:14 77:21 78:12 81:15 83:3,9,12 84:2 87:7,12,19 88:9 89:17 98:6,8,10 98:11 101:2 107:21 177:2,7,13 177:18 178:6,14
td50s 81:18,19 83:15 84:13
tea 24:13
teach 109:21
team 4:22 38:8 59:5 95:7
tease 88:15
technical 22:2,22 23:9 38:11
technique 31:20 165:13
techniques 25:2 25:10,16,16,17 74:10,10,14,16,22 139:7
technology 37:15 159:13
tell 41:6 91:18 122:2
temozolomide 93:12
temperature 25:15 165:14,16
temporarily 104:9 115:14
tend 105:21 106:22 115:3 122:13 138:1
tended 152:3
tendency 177:4 183:4
tends 121:12 152:12
tentatively 80:20
tenth 23:15
tenuous 106:21
teratogens 77:2
term 51:19 52:14 52:15,16,16 53:11 89:3,4 100:12 105:8 107:5
terms 80:2 88:9,9 101:22 104:3 113:12,13 137:8 137:20 138:5 139:7 150:15 166:6 167:15 168:5 169:22 170:2
terrorism 43:9
tertiary 13:19,21 18:11 19:2 27:17 32:15 78:17
test 32:9,13,16 73:12 85:21,21 86:6 95:22 105:5 105:14,14,15,17 120:11,13,13,15 120:16,18,21,22 121:2,3,6,10 122:3,10 126:9,19 126:20,21 127:9,9 127:10 129:20 130:6,13 132:3,10 132:13 171:4,15 172:16 173:16,16 173:18,18,21,22 174:2,7,9,10,15 174:18 175:1,7,10 175:19,20 176:11 176:20 179:13 183:6,9 184:1
tested 10:14 17:6 126:6 129:21 146:5
testing 44:15 46:19 54:4 56:16 57:10 58:8,13 171:20
tests 127:7 129:2 130:6,7 173:13 174:4
tetrazole 34:16
thank 4:3 5:12,15 8:2,3 38:2,2 59:3 59:12,13,14 62:10 69:7,8,10 70:13 70:14,18 72:9 73:3,4,6,21 74:22 75:1,13,14 77:15 81:4,5 84:18 85:18 87:16 90:10 90:11,13 92:2,18 92:19 94:21 95:1

95:11,12 97:14 100:19,20 105:1 107:12 115:9 116:12 118:4 119:12,14 120:8 122:6 123:5,15 125:2,16,19 127:20 129:11 130:1 133:21 135:7,9 140:13,14 141:18 143:14 144:22 145:1,9 146:12,19,20 154:21,22 156:1 157:14 159:1 161:4 162:22 163:15 164:9 167:8 169:6 170:3 171:2 172:13 173:19 174:12 178:15 180:8 182:20 184:3,7,12
**thanks** 184:13
**thematics** 26:21
**theoretical** 71:17
**theoretically** 124:5
**theory** 175:18
**therapeutic** 51:10
**thermal** 24:13
**thing** 69:3 79:2 90:2,14 103:9 107:22 108:1 125:12 131:5,15 139:5 150:9 154:2 165:1
**things** 4:6 79:20 81:2 82:7,11 115:2 136:1 151:2 154:17 157:19 166:15 167:4 168:20
**think** 22:3,12 26:5 26:11,17 31:22 32:2 34:22 37:1,3 37:18 64:1 66:10 66:11 70:18,20 71:6 72:4,7,17,19 72:22 73:6 74:1,2 74:9,15 75:14 79:7,15,17,20 80:15,19,19 81:2 81:19 84:11,17 86:3,13 87:1,5,13 87:20 88:20 89:3 89:5 90:13,21 91:9 92:9,9,11,16 97:19 98:15 100:18 101:6,8,10 101:18,22 104:15 105:13 106:21 107:3,11,15,20 108:5,7,14 110:17 110:19,21 112:11 112:12 113:6 114:17 115:3,5,15 116:2,5,6 119:21 121:20 122:8 124:8,17,22 125:13,15 127:14 127:17 129:1,3,5 129:13 131:13 132:7,17,21 133:3 135:10 136:16 137:2,9 139:13 141:2,5,15 142:15 144:1,5,8 145:3 145:17,21 146:1,3 146:6 148:22 150:1 153:1 155:7 155:15,18 156:19 156:20 158:2 159:8,11,12,16,20 160:18,19 161:14 162:7,12 163:7,20 165:5 168:4,11,22 170:10 171:1,4 172:1,20 174:16 177:17 178:9 181:4,11,14 182:14,18 183:3 184:1,5
**thinking** 89:17 137:12 140:7
**thiocyanate** 18:16
**third** 63:4 95:13
**thiuram** 22:16
**thorough** 108:18
**thoroughly** 92:11 129:21 156:21
**thought** 8:10 88:20 169:9
**thoughts** 59:22 89:16 126:4
**thousand** 64:6
**thousands** 63:2
**three** 19:5 29:16 62:13 64:4 109:5
**threshold** 97:7 102:14,15 103:7 142:5,7
**thresholds** 116:19
**throughput** 63:3
**ties** 102:15
**tighter** 47:10
**tightly** 48:1
**tim** 132:6
**time** 5:2,6 8:10 9:21 10:7,17 11:6 24:3 30:8 40:3 43:4,11 55:9 74:16 78:8,9 79:10 87:11 94:14 97:2,12 100:9 101:8 104:2,11,12 108:16 109:14,16 123:13 128:6,8,10 128:13 133:18 144:15 152:4,12 153:3,5,7,19,21 156:11 160:13 162:11 163:18 164:3 179:4,10
**timeline** 42:2
**timelines** 54:22
**timely** 150:12
**times** 65:19 66:17 101:8 117:12
**timing** 73:1
**tissue** 65:14
**tissues** 12:16 65:9 65:12,15,21 66:12 93:20 117:8,9,13 179:2,5,6,8,9
**tobacco** 12:1 19:7 20:4 38:22
**tocopherols** 18:19
**today** 5:9 38:11,17 58:4 76:22 77:13 79:21 91:14 102:2 126:1 159:9 161:21 162:17,21 182:1
**today's** 4:11,14,18 4:20
**tolerance** 23:11,14 37:20
**tolerated** 52:6
**tomorrow** 5:9 136:21 137:4,21 138:9 169:15 184:8
**top** 119:8
**topics** 43:20,22 56:18 182:1
**total** 55:4 63:2 99:7 124:5 144:11 144:14 148:5 164:13 166:19
**totality** 110:8
**totally** 37:19 112:5 145:15
**touched** 170:5
**tox** 44:18 45:2 49:8,9 52:1 106:6 173:18

**toxic** 9:18 77:1 106:1,15 134:9,16
**toxicities** 76:18 134:14,19
**toxicity** 7:13 24:6 39:2 138:3
**toxicokinetics** 62:20
**toxicological** 37:20
**toxicologist** 71:20
**toxicologists** 134:15 135:20
**toxicology** 5:17 8:6 38:6 49:5 135:4 140:18
**trace** 33:5 160:7
**tracer** 31:9
**tract** 28:4 154:5 157:11 158:17
**transcriber** 186:1
**transcript** 186:3,5
**transcriptionist** 185:6
**transferase** 115:19 116:1 117:7,14 142:4,10
**transferases** 36:5
**transgenic** 178:20 179:20
**transition** 96:15
**translate** 73:17
**transnitrosating** 21:5
**transplacental** 20:9
**treat** 144:13,17 167:18 180:7
**treated** 24:1 25:1 65:7 67:11,15
**treating** 180:3,5
**treatment** 49:2 54:8 124:4
**tremendous** 10:21 27:10
**tremendously** 96:10
**trgs** 22:4 23:10
**trial** 154:8 164:18
**tricker** 33:1
**tried** 62:22
**triggered** 24:7
**trivial** 156:15
**trouble** 90:19
**true** 14:21 23:2 150:4 181:20 182:12 185:7 186:5
**truly** 24:6
**trump** 122:19
**trustable** 31:11
**try** 62:13,16 63:10 87:13 156:16
**trying** 77:12,18 89:18 101:22 116:10 131:1 151:12
**ttc** 90:1,4,6,8
**tube** 27:5
**tuberculosis** 43:1 50:18
**tumor** 49:7
**tumors** 12:1 17:3 27:5,6 48:11 53:2 77:5,7 84:7 97:2 109:6,20 111:13 111:14 112:8,10 118:15,21 119:2,4 179:7
**turn** 26:20 65:3 102:12 103:3,14
**turned** 4:15,17 9:21 156:11 157:4
**turning** 83:5
**turns** 93:15 176:19
**two** 4:3 6:19 9:22 11:1 15:13 59:2 59:17 68:13 92:5 99:4 111:16 126:20 130:22 138:7,21 166:15 167:4
**type** 89:8,12 174:1 174:1
**types** 73:9 102:8
**typewriting** 185:5
**typical** 53:9
**typically** 134:22

**u**

**u.s.** 56:8 76:21
**ucmf** 165:14
**ultimately** 60:17 130:7,19
**unacceptable** 47:1 166:5
**unavoidable** 26:13,14,14 48:1 78:6 124:16 178:17
**uncertainties** 68:13
**uncertainty** 53:3
**unchanging** 70:4
**uncharacterized** 56:12 57:11 58:16
**undergoes** 19:2,16
**understand** 56:1 60:16 69:4 70:10 90:21 99:20 110:5 123:16 126:3 127:1 134:6 136:19 137:7 149:18 160:12
**understanding** 60:1 96:7 137:5
**understood** 144:20
**undertake** 144:6
**undesirable** 104:14
**undissociated** 15:14
**unexpected** 8:17
**unexpectedly** 35:22
**unfortunately** 86:2 133:11 166:3
**unidentified** 56:12 58:15 92:20 94:10 124:11,14 179:15 181:13,19
**unique** 56:13
**units** 64:14
**unknown** 144:8 144:19
**unknowns** 104:19
**unmute** 4:12
**unprotonated** 15:18
**unreasonable** 66:11 100:9
**unspecific** 136:6
**update** 37:2 43:16 149:1
**updated** 26:12,18 71:11 151:9
**updates** 149:4
**updating** 90:8
**upper** 27:22 67:19 108:21 110:18
**uptake** 29:11 169:3
**upward** 65:3 102:11 103:3
**urgent** 37:7
**urinary** 30:7 33:3 35:14 164:13 183:2
**urine** 19:17 20:7 20:10 30:13 33:11 33:13 35:3 61:6 62:19,22 160:1

164:12 165:10
**usable** 72:4
**use** 12:1 21:17 22:5 25:15 37:9 46:12 51:15 52:16 52:18 53:15 55:22 57:15 63:11 64:14 77:18 79:15 80:6 80:13 82:13 83:20 85:19 87:12 89:1 96:5 100:21 101:1 101:9,10,13,13,15 101:19 107:17 108:15 114:1,3,8 120:10 138:17,22 140:12 141:10 147:3 148:3,5 160:15 169:14 177:2,21 178:1 181:5
**useful** 72:14 84:14 108:17 110:18
**uses** 101:11 177:7 177:7
**usually** 65:20 117:10
**utilize** 4:19 95:6
**utmost** 19:13
**uvcb** 138:11

**v**

**valid** 120:16,18 154:3
**validate** 68:15
**validated** 37:8
**valsartan** 40:1 166:1
**valuable** 82:3 184:8
**value** 16:2 76:11 80:12,18,22 84:11 89:17 167:16
**values** 16:4 21:21 36:15,17,19 71:14 71:17 77:21 78:11 81:16 83:3,9,13 84:2 85:6,7 89:20 89:22 107:21 168:6 170:18
**variables** 133:7
**variations** 60:9 122:21
**varied** 91:9
**varies** 47:18 57:6 74:12,14 96:10
**variety** 29:1 82:17 171:13
**various** 29:9 44:6 48:2 59:7 73:15 74:14 84:13 91:4 93:19 114:20
**vary** 104:9
**vast** 138:2 140:22
**vastly** 34:3 145:19
**vegetables** 28:2
**vein** 175:4
**verified** 28:22
**verify** 120:22 130:15 162:20
**versa** 12:6 29:19
**versus** 14:4 47:16 52:16 76:4 85:20 95:17 97:7,18 114:12 120:1 135:2 153:15 177:2
**viable** 153:7
**vice** 12:6 29:19
**video** 4:13,15,17
**view** 61:19 71:19 79:14 99:13 108:14 136:4 169:18
**viewpoint** 35:9
**views** 8:5 10:7 38:17
**visualize** 61:17
**vital** 39:9
**vitamin** 155:17 157:9
**vitro** 86:16 105:21 106:9 122:20,22 127:15
**vivo** 8:14 16:14 17:2,5 30:14,18 33:10 37:11 66:8 95:16,21 97:17 98:1 105:7,8,19 105:20,20 106:5 106:10,12 119:22 120:21 122:9,13 122:14,19 123:7 123:11 127:10,14 127:18 128:4,5,17 129:2,20 130:4,14 130:16,18 131:13 132:14,18 133:14 149:9 156:20 173:1,7,10,13,21 174:4,15,16,20 178:18,19 179:1,3 179:3,13,18,21 180:6 183:20
**vmn** 111:11,12 121:8
**volatile** 14:6 76:16
**volatilized** 14:13
**volunteers** 35:1 164:15 165:10
**vulcanization** 22:15
**vulcanize** 165:15

**w**

**walk** 20:16 175:15
**wall** 183:8
**want** 4:5 23:10 59:3 69:10 88:2 119:17 122:9 135:5 154:19 162:2 180:2 181:14
**wanted** 5:8 73:19
**water** 10:8 14:20 38:22 56:21 67:16 113:5 158:8
**way** 13:5 28:10 52:13 78:1,2,10 78:13 79:17,22 80:19 81:2,3 84:10,22 85:2,5 92:10 93:1 102:20 112:1 134:10,11 134:17 143:22 146:14 158:22 162:1 181:15
**ways** 90:5 99:4 108:10 135:12 139:12 160:7
**weak** 14:18 121:13 172:4
**weakly** 16:5,8,21 17:16 47:20 146:18
**wealth** 48:14
**webinars** 55:6
**webpage** 5:11
**website** 7:19 166:5
**week** 118:13
**weeks** 90:8
**weibull** 102:10
**weight** 10:8 67:3 113:9 129:9 134:18 180:11,13 180:15,21 181:6 181:18 182:10,17 183:16
**welcome** 6:1 125:21
**went** 21:21 92:6 150:6 153:7
**white** 1:13 106:2
**wide** 12:2 50:14 77:3
**widely** 73:15 82:13 108:21

**willie** 27:9
**withdrawal** 33:20
**woman** 170:20
**women** 64:6
**wondering** 137:12
**woodcock** 43:4
**word** 21:14 23:19
**words** 15:4,19 18:2 21:1 25:14 28:9 65:13,18 68:13 90:16
**work** 27:12 45:1 69:21 72:21,22 81:19 87:13 90:20 136:8 138:10 139:10,11 166:18 169:13 173:4 179:16
**worked** 49:9 59:11 93:13 94:15
**working** 20:6 23:13 38:9 45:22 56:4 58:10 176:2
**workshop** 1:2 4:3 4:7,18,20 5:3,9,11 5:21 6:2,3,21 7:7 7:21,22 58:4 59:13 77:13 90:7 140:3 151:22 184:6,9
**workup** 31:6
**world** 134:16 168:13
**worry** 147:20 151:14
**written** 22:1 23:10
**wrong** 135:21

**y**

**yeah** 87:16 116:18 128:2 141:20 150:3 153:1 157:16 164:17 167:7 173:3 175:9 181:19
**year** 130:22 146:11
**years** 6:4,10 8:9 17:6 20:18 21:15 38:10 40:19 58:5 59:12 63:17 64:5 71:2 72:2,3 80:5 108:20 109:5 111:8 118:18,19 140:17 149:22 155:7 159:15,22 174:21 176:14
**yield** 17:2 61:10
**younger** 100:11 107:6

**z**

**zang** 166:18
**zeiger** 2:6 73:5,6 85:18,19 104:22 105:1 108:3 111:5 111:7 116:18 121:1,1 122:12 145:13 146:12,13 146:20 171:11 173:9,22 175:9 178:22 183:21
**zeiger's** 171:6

# EXHIBIT 49

Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop

Moderated by Anne Painter

Tuesday, March 30, 2021

9:00 a.m.

Virtual Public Workshop

Food & Drug Administration (FDA)

Washington, DC 20001

Reported by: Irene Gray

JOB No.: 4377527

A P P E A R A N C E S

List of Attendees:

Anne Painter, Host
Dr. Aisar Atrakchi, Panelist
Dr. Gerhard Eisenbrand, Panelist
Dr. Soterios Kyrtopoulos Ph.D, Panelist
Dr. Joseph Guttenplan, Panelist
Dr. Mark Cronin, Panelist
Dr. Errol Zeiger, Panelist
Dr. John R. Bucher, Panelist
Dr. Jerry M. Rice, Panelist
Dr. Stephen S. Hecht, Panelist
Dr. Richard H. Adamson, Panelist
Dr. Michael DiNovi, Panelist
Dr. Sruthi King, Panelist
Dr. David Keire, Panelist
Dr. Deborah Johnson, Panelist
Dr. Timothy McGovern, Panelist
Dr. Robert T. Dorsam, Panelist

C O N T E N T S

| | PAGE |
|---|---|
| Welcome by Aisar Atrakchi | 5 |
| Exposure and Risk Assessment: | |
| Question 5 discussion by panelists | 5-49 |
| Chemistry: | |
| Question 6 discussion by panelists | 49-92 |
| Question 7 discussion by panelists | 92-144 |
| Workshop questions by panelists | 144-187 |
| Summary and Conclusion by Dr. Atrakchi | 187-192 |
| Adjourn by Dr. Atrakchi | 192-193 |

P R O C E E D I N G S

MS. PAINTER: Hi, everybody. Thank you so much for joining day two of our workshop on nitrosamines as impurities in drugs. Before we get started, we just wanted to do another reminder of the house rules for today's workshop.

As a reminder, everybody who is not speaking, please keep your phone on mute. And all attendees will be muted, and only panelists will have the ability to unmute themselves.

If you are using the video feature, only the panelists that will be engaging in today's discussions will have their video feature turned on. If you are not speaking, please have your video feature turned off.

Regarding any questions and discussion, please submit any questions that you would like to have answered by using the Q and A feature to the bottom center of your screen in Zoom. Any questions that you do submit, we do have a team of moderators who are monitoring the Q and A chat box. If you see that your question has been dismissed, that means it

has been received by the team and sent to the moderators for review.

If you are a panelist who will be speaking, please utilize your chat feature, as the host will prompt you when it is time for you to present. When using the Q and A chat box, the moderators and the workshop host will work together to monitor the questions, and they will make sure that they are addressed as time allows during the workshop.

And additionally, today's meeting presentation and recording will be made available on the webpage later this week.

Thank you.

DR. ATRAKCHI: Good morning, good afternoon, and good evening, and welcome back to the second and last day of the workshop on nitrosamines as impurities in drugs. We had a productive and informative day yesterday and look forward to the discussions today. We continue with the remaining questions, starting with question five, the last one under Exposure and Risk Assessment.

Question five: Should the regulatory

limits for nitrosamines listed for food and water, or amount formed endogenously be considered in determining the acceptable intake of nitrosamines in drugs?

Considering the abundance of nitrosamines, in and around us, should these amounts be taken into consideration to determine an acceptable intake in medicines. Keep in mind, one takes a drug as a patient to gain benefit to treat a disease or illness. It is not a choice that one makes. And the American public expects their medicines to be safe.

However, as a personal choice, we eat how much we eat, and what we eat and drink -- is our own choice. Some authors -- and also, from yesterday's discussion -- stated that endogenous production of nitrosamines and their precursors are a more important source of exposure than exogenous intake.

It is also important to keep in mind that in order to estimate the dietary intake, it is not only of nitrosamines, but in addition we need to estimate nitrates and nitrides, and not focus only on

diets that are rich in these compounds -- i.e., not a biased assessment.

So, with that, I would like to start with Dr. DiNovi.

DR. DINOVI: Yeah. Good morning. And thank you. So, this question has bothered me -- I guess is the right thing to say -- since we first started discussing it, because it is just -- there are lots of things, here, that are -- it is not obvious on the surface.

As an exposure assessor modeler -- purely as a numerical person, I would say the answer is, no. Because the regulatory limits do not actually impact the inputs into my exposure assessment models.

But clearly, a bigger answer has to be, yes. And as we discussed extensively yesterday, as more and more information becomes available about the endogenously formed nitrosamines, that would certainly impact how you choose to pick an acceptable intake, which is, of course, a risk management mitigation metric.

The limits themselves -- it sounds

contradictory but setting a limit does not impact exposure very much. Unless you are in a position where many -- and I am thinking in terms of food, which is my world. Unless you are in a position where many of the products would become unacceptable at a level that you have chosen for safety -- so then, you are brining in all sorts of economic impacts -- which I do not think we are discussing, here -- the limits are typically set in a way that balances the ability to measure the numbers -- for example, at -- although, I do not think that is particularly a problem, here -- with the cost, both in time and effort. We discussed this briefly yesterday, on getting here.

So that is why you can hear in my voice there is a hesitancy to just say -- you know, yes or no -- which is my normal choice for yes/no questions. But you clearly are going to have to take especially the endogenous formation into account when you get to the end, if the endogenous level is as we have heard three orders magnitude higher than the drugs, there would be no impact in picking an acceptable level from a numerical risk assessment point of view.

As you said yesterday, Dr. Atrakchi, you do not want them in there at all. So, the CDER's goal is to get them out. And that is a separate question from my world modeling the risk. And I will be interested in hearing what my colleagues have to say. So, I will pass it along, now. Thank you.

DR. ATRAKCHI: Thank you, Dr. DiNovi.

Dr. Kyrtopoulos? You are on mute. We could move to Dr. Eisenbrand and go back to Dr. Kyrtopoulos in a moment.

DR. EISENBRAND: Yeah. Thank you, Dr. Atrakchi. This is Gerhard Eisenbrand speaking.

Well, I have made this -- I have commented on this point yesterday, already. And again, I would like to repeat that in my opinion, it would be a pragmatic way of using the dietary exposure, for instance, as a point of reference for the potential to validate or evaluate the potential risk coming from drug connected exposure.

And while I, personally, would prefer to use, for the time being, the dietary exposure, is that it seems to me that although the data are, sort

of, 10 years old or some about that -- the database about the dietary exposure -- it still is valid, in a sense. And of course, one can confirm this -- I think, within a very reasonable timeframe, to be sure that the date had not moved very much, if at all. I would personally guess that they may, today, be even somewhat lower than before -- than 10 or 15 or 20 years before.

But this is a relatively good database. We have a lot of data there. It is data dense, and it allows a -- what I would call a commonsense approach, saying -- well, we have this -- in my opinion, really more or less unavoidable exposure. I mean, you have, perhaps, a certain liberty -- degree of liberty to modify it by your personal preferences. But still -- I mean, taking a reasonable medium amount of -- which we know is really below point five micrograms a day -- it is around point two, depending on the country where it has been measured. So that is a database that is quite solid and could be used. I think the intravenous risk of formation is much more -- in my opinion, much more difficult to quantitate in terms

of -- you have a lot of, perhaps -- ability by the health status and nutritional status, and so on. So, my plea would be to not disregard this nutritional exposure as a potential point of reference to -- you know, evaluate the risk from -- in a -- one -- it is a common sense approach, in my opinion.

So, I think, that is what I want to say, here, to this point, again. Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: Can you hear me, now?

DR. ATRAKCHI: Yes. We can hear you.

DR. KYRTOPOULOS: Ah. Okay. I am please.

So, I have started saying, before, that I agreed with what Dr. DiNovi had said, to a large extent, in that we have this exposure from the diet. Possibly, we have a much larger exposure endogenously. We do have certain reservations, as we discussed yesterday. But it does seem that there is significant endogenous exposure. So -- and there are two ways in

which one can see this background -- let's call it -- exposure in relation to the question we are discussing.

On one hand, one can say that there is this very large amount of exposure that is coming from sources other than the one we are interested in. And these sources -- the drug contaminants, are adding just a little bit to what is already a large number. So, there significance falls, in weight.

On the other hand, given that these background exposures -- especially the endogenous exposure -- if it worth -- for whatever value it may have, larger or smaller -- should be seen as contributing to the background incidents of cancer in the general population. I think that this was already stated, yesterday, by one of the panelists.

For example, taking the numbers that we are currently discussing -- assuming, for instance, that the mean -- average mean endogenous exposure holds true to the number of 144 micrograms per day that I mentioned yesterday -- that would seem, based on the Peto bioassay, to be -- to correspond to

something like a one percent lifetime exposure to that -- would be equivalent -- give rise to about one percent liver tumors. So that would be the contribution of dimethylnitrosamine to the background incidents of cancer. Which, overall, in humans, is, of course, much larger. It is in the order -- 30 to 40 percent.

On the other hand, traditional risk assessment considers this acceptable exposures. Those exposures, which are predicted to result in an incremental lifetime risk of one in a 100,000. So, from that point of view -- it starts from the general incidents and counts what gives rise to an incremental risk. In other words, ignoring the -- this background incidents and the associated exposures.

I think that in principal, that would be the correct way to go about it. And this becomes even more valid if we assume that maybe we are over estimating endogenous exposure. If real endogenous exposure is not in the thousands of micrograms that we are currently suspecting, but it is lower, then it becomes -- the weight of the incremental exposure --

it becomes more significant, conceptually.

So, I think, that in principal, we should not be taking into account this background exposure, whether it is coming from endogenous sources, or from food, or whatever else.

On the other hand, having said that, I do recognize the need for an expediency for a practical approach, given everything that was said before -- that people have to take med -- these medicines. They have no choice. And it is a question of balancing risk and benefits.

So, I -- my overall final, kind of, position, would be that we should aim at estimating what is acceptable based on risks calculated without taking into account the background exposure. However, we need to be flexible in view of the particular expediencies which exist. That is it for me.

DR. ATRAKCHI: Thank you, very much.

Dr. Rice?

DR. RICE: Good morning. In listening to the views of the previous speakers, I have thought carefully about my own position on this question,

which some might consider simplistic. But I keep returning to the fact that the physiologic effect of environmental exposures to a given agent is a cumulative result of all systemic exposures to a agent that one may experience. And I think, in consequence, that one really must consider the amounts in food and water in the context of what one may decide is the acceptable intake of nitrosamines in drugs.

The balance of evidence seems to be that the amount consumed by drugs -- consumed in drugs is miniscule -- or, at least, very much smaller than what one experiences from intake in water -- and especially, in foods. And I think it would send a confusing message to consumers -- citizens in general -- to try to tell them that the body somehow knows whether a given molecule -- any given nitrosamine comes from a drug taken by necessity or in a food taken voluntarily. Once it enters in the body it is all the same irrespective of origin. And therefore -- very strongly believe that you must look at the totality of environmental exposures in determining acceptable limits.

The amounts formed endogenously are, to a certain extent, a different issue. Ideally, you should consider that, also. But we have -- as Dr. Krytopoulos has just outlined, that seems to be a moving target. And while it might be helpful to make an effort to consider these -- again, to provide perspective in determining how much concern they give to small impurity in a drug preparation.

The net result is that if we start giving much different limits for what is consumed in food versus what is in drugs, it would seem -- I think, to most people, to call the entire risk evaluation process into some question. So, I say we should not prove it. Thank you.

DR. ATRAKCHI: Thank you, Dr. Rice. I just would like to make a -- maybe, one or two comments on that.

In foods, in general, we are not necessarily ingesting NDMA, NDEA, and other of the more potent nitrosamines. We are mostly taking the nitrates and nitrites of the food. It is when the food is cooked, that is when the nitrosamines are

present.

In recent dietary assessments -- in recent study in 2019 and 2020, the amount of -- the mean NDMA in foods was present at point one parts per billion. And the total nitrosamines -- there were about eight of them -- was present at point two three parts per billion. Very low amounts in foods. And this is all the result -- I would imagine -- from the progressive and advancement in food preparation, and so on, over the last 20 years.

So, the amounts from foods, and the natural amounts in vegetables, spinach, and others, they are very low. And in terms of calling the -- what we have in drugs -- as very, very miniscule amounts relative to what we are ingesting, again, I would like to emphasize that drugs -- we take drugs in the anticipation that we are taking the active pharmaceutical ingredient that is responsible for treating the disease or the illness. We do not expect the drug product -- or the drug substance to contain impurities that have no benefit to the -- or contribution to any benefit to the patient, and into

that tablet or pill that we are taking. So, it is a very different assessment.

And, also, we have -- as regulators, we have GMP quality to follow for what is in a drug. It is expected. We all expect the drugs to be clean, pure, as much as possible. So, it is a little bit different type of assessment.

Although, I do agree that -- we all, I think, agree that we are exposed -- around us, there is a lot of nitrosamines present. It is all relative. And I think you have -- you are saying the same thing. Again, I am not talking about the endogenous. The endogenous has so many variables. Whether it is the bacterial colonization, the nitrosation in the gastric of patients, different than those are who are healthy. That is not what we are talking about -- what I am talking about now. It is more of the exogenous exposure. So, just something to think about. And then, we can discuss this a little bit more, later on.

Dr. Guttenplan, please?

DR. GUTTENPLAN: Yeah. I am more of a laboratory researcher, than involved in regulation. I

do not disagree with anything that has been said so far. I just have one other view point.

And that is, suppose one did not have any exposure, either from exogenous agents, or endogenous formation. How would one regulate the nitrosamines that are present in drugs? Would that be considered a risk, or not?

And so, I think that is another way of approaching the regulation. Suppose we just disregarded the probably higher amounts that would be present in the normal dietary intake, and normal environment of the general population.

And that is the extent of my comments on this.

DR. ATRAKCHI: And we do -- I mean, to answer your question, if we are not going to take into consideration anything else outside the medicine, then this will be controlled under what ICH M7 -- and we have other -- that is for mutagenic impurities. And we also have other guidance's that are for regulatory -- for regular impurities that are not mutagenic. So -- and the complication, here, with

nitrosamines, as we all know, is because there are -- we are surrounded, almost, by them, in food and in the environment. So that is why this question is, should we take this into consideration. Otherwise, we can just go and follow some of those guidance's that we have, and we can calculate the risk/benefit in that sense.

But that is a very interesting and good point.

Dr. Bucher?

DR. BUCHER: Thank you. I think I mentioned this in my response to question three, yesterday. And I agree. And I think Dr. Kyrtopoulos laid this out very nicely.

In my view, we should not consider either the endogenous levels generation, or the amounts in food and water, with respect to determining the risks of the incremental increase in risks into the nitrosamines in drugs.

And I based this upon an argument that Dr. Kyrtopoulos also mentioned. There is no reason to believe that somehow the nitrosamines that are being

generated endogenously are not carcinogenic. I think there is a good case that could be made that a considerable amount of the, quote, unquote, "spontaneous tumor load," in the population -- which Dr. Kyrtopoulos correctly indicated runs between 30 and 40 percent -- could be due to contaminating nitrosamines in our own bodies, generated internally.

And if this is the case, then we really do not have a baseline on which to make a judgment about how much additional cancer risk could be posed by even the existing levels of nitrosamine contaminations in drugs. But we do have ways of estimating the risks associated with this, using the TD 50 calculations in the carcinogenic potency database, that I mentioned yesterday.

And I think it is appropriate to go ahead and use the one in 100,000 risk level as an acceptable increase risk due to contaminants in drugs. So, I would be in favor of ignoring, and not taking into consideration, the background endogenous formation, or the contributions of exogenous exposures through food and water, when calculating the risks of

nitrosamines in drugs. Thank you.

DR. ATRAKCHI: Thank you.

Dr. Adamson?

DR. ADAMSON: Well, I am with -- I would be in favor of saying you have to consider the amounts that are formed endogenously, and the amounts in food and water. And I want to bring up a point.

If you go to a delicatessen, or buy already cooked ham, or various other cooked things, those are all are already cooked foods, and probably have -- despite the fact they probably have an anti-oxidant in the preparation -- they probably have a small amount. So, you can buy foods, I think, that have small amounts of nitrosamines in them, in a store, in a delicatessen, and other places.

So, I think, you also need better measurements, as has been brought up numerous times, of the endogenous amounts. But we should also remember there are other endogenous carcinogens that contribute to the background. We make a lot of formaldehyde in our body. We make a lot of ethylene oxide. We have isoprene. We have a number of other

things. They all contribute to the background cancer.

And the amount that is present in drugs that we take, of nitrosamines, is miniscule, compared to the amount -- and probably adds -- you probably could not quantify the additional -- if you saying that 40/50 percent of the population -- let's say 40 percent comes down with some type of cancer, you probably could not quantify the additional amount. It is only a number because of risk assessment -- the addition of five or 10 cases per 100,000.

However, we should also remember that most people, when they get older -- my age, or starting in the sixth decade -- they are poly-pharmacy. They do not take just one pill. They do not something just for blood pressure. They take something for anti-acid. They take something for gout. They take something for numerous things. So, the drugs do give you a benefit.

But the amount of nitrosamines, in my view, should be whatever is feasible, with regards to also determining the cost of the drugs. So, those are the three points that I would like to make. We are

poly-pharmacy in the drugs. That the endogenous amounts do -- and food, do overwhelm the amount that we take as drugs. But we ought to regulate to the point where it is feasible concerning the cost and the benefit. Thank you.

DR. ATRAKCHI: Thank you, Dr. Adamson.

Dr. Zeiger?

DR. ZEIGER: Thank you. Hold on a second. Unfortunately, there are very good, logical positions -- logical arguments on both sides of this issue. And what I keep coming back to is that are our endogenous exposure -- that any health effects from nitrosamines would be based on the sum total of our exposure to nitrosamines, which includes exogenous and endogenous, as well as what is in the drugs.

But, the -- and we know the endogenous exposure is highly variable -- is affected by diet, by the genetics, by lifestyle, and many things. But everything contributes to the additivity of the response. And so, to some extent, this implies a need for more concurrent accurate -- more current, accurate human data on endogenous formation.

But even if the incremental increase is miniscule, I think a good argument can be made for considering the endogenous and exogenous -- other exogenous exposures to it.

You know, that said -- you know, it may not make a difference. You know, the added exposure from the drugs may not affect the overall risk assessment for that particular nitrosamine, or for the nitrosamines in summary. And I think maybe that would be a way to address it. What is the potential risk -- tumors per 100,000 -- cancers per 100,000 based on the exogenous plus the added drug. You know, showing there may be no difference, or there may be a difference. We do not know. But we just need more data on the endogenous levels.

But we cannot just say that -- you know, saying just looking at the -- what is in the drug, we cannot just say that, that is our only risk factor. Somehow, we have to include any communications on risk -- any calculations on risk, based on the total exposure. Whether that total exposure is just one percent more than the endogenous,

or 10 percent more than the endogenous.

But as I said in the beginning, one can make a good case for either approach, looking only the drug levels, or looking at the total exposure levels. Thank you.

DR. ATRAKCHI: Thank you.

Dr. Hecht?

DR. HECHT: Right. Well, we have very good data on nitrosamines in food and the exogenous exposure, particularly for the more common nitrosamines, like dimethyl and dimethylnitrosamines. So, we can really use that data in part to address this question of additional risk, as all the other speakers have mentioned. And chances are that the levels that you get of dimethyl and dimethylnitrosamine -- where we have a lot of good data -- from pharmaceuticals are probably quite low compared to the diet. But -- you know, the calculation has to be made.

But we do not have good data, in my opinion, on endogenous formation. It may very well be that the endogenous levels that are formed, are really

far greater than the amounts that you are exposed to through drugs -- as are also -- already been suggested. But I really do not think we have very good data on that.

And the other thing we have to consider are the structures of the nitrosamines. Most of what we have been talking about -- and a lot of the data in food is based on dimethyl and dimethylnitrosamine. But many of the structures of the nitrosamines that are found in drugs are quite different from that. So, I am not sure that we can actually make a blanket risk assessment by considering all nitrosamines at the same level of risk, because they have different biological activities.

In essence, I think that in some cases the nitrosamine exposure in drugs can be avoided by careful monitoring of the manufacturing process. And I do not think we should get into the situation where we are saying, oh, well, it does not matter because -- you know, you get so much exposure from food, that -- you know, so what if we generate some nitrosamines in the drug manufacturing process. No.

This is not correct. In most cases, the generation of nitrosamines during the manufacturing of the active pharmaceutical ingredient can be avoided by using correct chemistry.

That is all I have to say.

DR. ATRAKCHI: Thank you, very much, Dr. Hecht.

I would like to see if anybody else on the panel, who would like to add to this question?

DR. EISENBRAND: I would like to add a little bit more to that. If I am allowed.

DR. ATRAKCHI: Absolutely.

DR. EISENBRAND: I cannot agree more than with what Steve Hecht said. I think it is really important to recognize that we have a relatively solid database, in terms of exogenous exposure for food. And that is why I think it is a pragmatic process to take this as a point of reference. Mainly, because we do not really know how high or low the risk of the endogenous exposure side is. But this, of course, is a matter of future research.

But, Dr. Atrakchi, you brought a very

interesting point into the discuss. And that is the good manufacturing practice. And if we -- you know, leave a little bit at the moment, the discussion about the potential risk aside, and just concentrate, as -- by -- also said, just now -- on the good manufacturing practice, then we can say, well, according to good manufacturing practice, we can produce drugs without -- or with an extremely low miniscule contamination by n-nitroso compounds. And that, actually, would be, in my opinion, a good way out. Just concentrate on this. We did this in Europe before, for the cosmetics. Where it was realized that the exposure after mitigation measures had been taken, really approached miniscule amounts. So, we could concentrate on the good manufacturing principals, and say, well, according to good manufacturing principals, you can avoid nitrosamines conditions in the environment or in the fabrication environment, and so on, and can come down to limits that should not be exceeded. And that, I think, is a good way out, if we take this as a measure to follow.

But I think one point that should not

be forgotten, is that we also have a potential risk of endogenous formation of nitrosamines compounds from drugs. So, if you have, for instance -- the drug is really clean, but that has a structure that cannot be nitrosated endogenously, then we need to avoid that risk. And that is why it is now almost 40 years ago that WHO introduced this nitrosation as a procedure, just to get a rough measure about the nitrosatability of drugs. And this, I think, should not be forgotten -- that we also have to take this into consideration, in terms of regulation, as well.

Thank you, very much.

DR. ATRAKCHI: Thank you.

Dr. Keire?

DR. KEIRE: Yeah. I guess, I -- you know, when this nitrosamine -- when the nitrosamine started showing up in drugs, a lot of us at the FDA -- you know, were thinking along the lines of, well, okay -- you know, what is the level of exposure from drugs relative to diet, and -- you know, we got in contact with our colleagues at CFSAN, we dug into the literature, and a couple things strike me from that

whole process.

One is -- and I think it has, kind of, been referred to already -- that there is quite a wide range of values for the exposure from diet to nitrosamines. I mean, and -- you know, you might expect some level of variability because of the diet you might eat in South Korea, versus -- you know, a western diet, versus -- I do not know -- a lot of sausage in Denmark -- whatever it is. You know that there is a range of what you might consume in a given country.

And then, also, there is this aspect of the different measurement. And I think that there is a complexity to making measurements where you are -- you have to make sure that you are not adding nitrosamine in the process of making the measurements, right -- either from the preparation of the sample, or the measurement technique itself.

And so, I guess, I think I want to propose that I think there needs to be better data, right -- and newer data. And maybe with a standardized processes across many diets, right? The

drugs go in -- are distributed globally in lots of different populations with many different diets. And so, we really want to try to regulate -- you know, like, exposure to nitrosamines, you really have to think of it globally, across all those diets. And then, I guess, trying to come up with values, based on different measurements techniques, with -- you know, unknown suitability for the particular measurement.

You know, all these questions came up in that process. And so, I think it is a really difficult landscape to make a judgment about -- you know, what is the real level of exposure. And I think it does need a new focus.

As well as -- you know, the endogenous measurements -- you know, I think there needs to be better -- new and focused measurements that are doing this in the careful way. Again -- you know, down at this parts per billion level -- you know, trace measurements are -- can be challenging to do correctly -- you know, because of contamination issues, or other issues. So, I think there really is a need for good data with -- or new data with

standardized methods across many diets, to get a real baseline value. Thank you.

DR. ATRAKCHI: Thank you. And this is assuming that -- I mean, we did get a little bit different opinions -- or approaches, in the sense that, yes, we do need to take into consideration the diet and the exogenous exposure. But certainly, we also heard that, maybe, that should not be considered if we are simply, based on -- you know, we need the quality drugs, and when possible, these nitrosamines should not be present in drugs.

So, it is all relative. And it is all important things to take into consideration.

I do like to -- there was as discussion from yesterday that -- about this endogenous exposure in the past, versus the current situation. And I believe Dr. Eisenbrand, and Dr. Kyrtopoulos mentioned that there were good data -- very good -- there are good data that -- evaluation -- to update the evaluation of exposure to endogenous levels of nitrosamines. Can they -- can we use -- assuming the endogenous exposure is primarily driven by diet, is it

reasonable to use the current dietary intake levels in comparison to the past assessments to make a similar adjustments from those past measurements, until we get more of this new data that we can collect in the future? Can we extrapolate from those to the current status?

Anyone -- would like to comment?

DR. HECHT: Yeah. I --

DR. DINOVI: Dr. Atrakchi, it is Mike -- oops. Sorry.

DR. HECHT: Okay. Go on.

DR. DINOVI: Do you mean levels of nitrate and nitride in food now, versus the past?

DR. ATRAKCHI: Well, yeah. I mean, there was a discussion yesterday, that where there are a lot of -- there are good data from a while ago, where endogenous levels have been measured and determined, but they are old. And we need -- based on -- things have changed. The dietary -- how we eat, and what we eat, also, slightly have changed. So can we use the previous -- and everybody is telling us that we need more current information -- current

measurements of the endogenous levels compared to the past. But this will take some time. Can we use the old data and extrapolate from that for the current time, to see where we are in those amounts and measurements? Nitrates are -- obviously, we are -- it is mostly nitrates and nitrites that we are -- that are present in the diets. And the nitrosamines are present, but at very, very low levels in the fresh fruits and the fresh vegetables.

Did I --

DR. DINOVI: Yeah. Nitrate exposure is a thousand times higher than nitrosamine exposure. That is for sure.

DR. HECHT: Sure. I have some data on that.

DR. ATRAKCHI: Go ahead, Dr. Hecht.

DR. HECHT: Yeah. There was quite a bit of work some years ago on endogenous formation of nitrosoproline. It has been discussed yesterday. Of course, nitrosoproline is excreted unchanged, and it is not metabolized at all. So, the -- it is a good monitor of endogenous formation. And Mirvish, and

colleagues carried out a series of studies where they measured the amount of nitrosoproline in the urine of people who had ingested -- as an example, 400 milligrams of nitrate and 500 milligrams of proline. And this yielded about nanomoles of nitrosoproline in urine. That is a yield of point six times 10 to the minus third percent. So, that -- and I think that data is reliable. There is a lot of other data on nitrosoproline from 20 years ago, or so, that, I think, are quite reliable.

So, that gives you an idea of the extent of endogenous formation in one relatively favorable circumstance.

DR. DINOVI: So that is a very low conversion percentage, right?

DR. HECHT: Correct.

DR. DINOVI: Yeah. That is interesting. Thank you.

DR. ATRAKCHI: Thank you. Anyone else to comment on this?

DR. ZEIGER: Yes. You know, we have known for many years that diet -- you know, has a big

effect on cancer incidents. So, if we are going to do any studies on endogenous formation, maybe, they should be done -- not just take a few hundred people and measure it, but set it up, almost, as an epidemiology study. We are looking at effects of diets and different dietary regimes on nitrosamine formation. You know, vegetarian versus meat eater -- people high levels of fish -- people eating high levels of fruits and vegetables. You know, because this will all of -- this -- all of this will effect whatever endogenous levels we have. So, to just measure random -- people at random, I think will not give a fairly good range -- or fairly accurate range.

DR. EISENBRAND: Yeah. That has been -- actually, that has been carried out quite a bit -- this epidemically logical research by European and -- groups and also by groups in the United States. And -- you know, the main -- one of the main questions was -- that you have the highest levels of nitrate, you have in vegetables -- certain vegetables are really high, because they just accumulate nitrate.

And so, the highest intake of nitrate comes definitely from consumption of vegetables. However, fresh green vegetables have a protective associated -- at least, the consumption with a protective -- for instance, what mainly has been in focus in these investigations on colon cancer incidents. So, colon cancer incidents is -- there is a low incidence associated with enhanced consumption of green vegetables.

If you would think that nitrate in this case plays a role, then one has, really, to reconsider -- and has been reconsidered that. Because a possible explanation is that many anti-oxidative and inhibiting agents -- inhibiting to the n-nitrosation reaction, are also co-consumed in green vegetables, like phenolics and many other vitamins -- vitamin C, vitamin D, and so on -- and B.

So, that is the reason. And that is why I think the whole subject of endogenous formation is really very complex, and really, very complicated. It is not a simple way to really come to a point where you can say reliable, this endogenous formation is x times higher than what you get from exogenous

exposure. The suspicion is quite realistic that it is that way. But it is so many complex inference parameters going on, including the physiological state of the people -- the health state of the people -- inflammatory situation -- infections, and all these things that drive the formation -- the endogenous formation of nitrate.

And that is the main reason why I think that we have the best and most reliable data density with the analytics of the exogenous formation -- the exogenous occurrence of nitrosamine components in food. And I would, of course -- as I said yesterday, I think it is a good idea to re-check this -- to re-visit these levels. My suspicion is that they are even lower today. But it should be -- of course, it needs to be measured again -- the actual data as they are -- yeah.

But, still, I think the argument -- the most -- main argument is that we have a much bigger data density -- of good data, also -- despite of the -- all the analytical problems that have been mentioned, already by Dr. Keire.

But there are good data, because many of the more recent surveys have been carried out with -- especially, proof against artificial formation of nitrosamine components during analysis.

DR. ATRAKCHI: Thank you. Dr. DiNovi, would you like to comment on this -- in particular, what Dr. Zeiger was saying about conducting epidemiological studies on the -- what the diets and what people eat, and so on, and more controlled than just simply taking random. My understanding with CFSAN, you have fairly interesting software that where you can choose and determine what -- down to what a person -- how much a person can eat -- let's say a specific type of cheese and determine the content of whatever it is we are looking for -- whether it is nitrosamine, or something else -- fairly interesting models that CFSAN uses.

DR. DINOVI: Yeah. In fact, the numbers that you quoted earlier -- when you were talking about the exposure, came from work that one of my colleagues did -- Dr. Lee -- he is listed in the -- his papers are listed in the references. So, people

can take a look at those.

And the other thing that -- I mean, we do not do epidemiology type studies, at all, in my office -- and somewhere in the Center for Food Safety there are epidemiologist. But it is not us. The one thing that we do, do, that is related to what we are talking here, is we can look at time course of intake -- our food consumption databases go back, at least, to the late 90's. So, you can look at 20 years of data, and look at the trends and see if it is going up and down. So that is a question we can answer fairly easily -- whether or not nitrate -- and I am going back to nitrate and nitride level, which are -- you know, easier to get. That, we can take a look at.

But I do want to comment on one of the other questions -- and it is about the confounding things when you look at in vivo stuff. For example -- and I am just taking a look at some of Dr. Lee's data, here -- the single highest food sources for pre-formed nitrosamines are smoked meats, smoked fish, pureed and grilled meats. And the problem there is, all those, also, are

significant -- take that word with a grain of salt, but there are all good sources of polyaromatic hydrocarbons, and other carcinogens. You know, we, in the food world, know that grilling food makes it taste great, but it is also much more, air quote, toxicologically dangerous than boiling, steaming, or microwaving your food, right? So those things would have to be taken into account if you want to take a look at any of those things and see if you can tease out the nitrosamine contribution to whatever carcinogen -- carcinogenic endpoint you were looking at. But certainly, we would be more than happy to contribute to looking at these time courses of these things.

From a purely numeric point of view, thought, it is probably -- no -- I am going to go beyond probably -- it is certainly less than an order of magnitude change, if it is changed at all.

Thank you.

DR. ATRAKCHI: Thank you.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: Yes. Thank you. We

certainly have very good data on nitrosoproline excretion. I think these are the data we were mentioning in your introduction earlier, that -- we have reliable ES measurements and lots of studies.

What the nitrosoproline studies really told us, referred to -- concerned the conditions which influence endogenous nitrosation. They told us what the hosts capacity -- of different hosts, depending on the shelf conditions, and so on -- how they influence endogenous nitrosation. They told us about what intakes influence nitrosation, and so on. However, in the context that we are discussing now, I think that what -- which has to do with the role of endogenous exposure and how it should be assessed in the context of overall risk assessment for a particular chemical -- let's say NDMA -- here, we need studies which will somehow -- I do not exactly how that would be achieved -- give us reliable data on the endogenous formation of the particular compounds.

So, I can certainly see the weakness of what we have now, in terms of the analytical reliability of the data -- whether there may be

concentrations of NDMA in urine and blood, which are very old measurements -- or DNA adducts, whose shortcomings I mentioned yesterday. And I know that -- I believe that today we have -- we do have the technical capability to acquire much more reliable numbers. So, I think this is what we need, now, in order to be able to answer the questions that we have been asking. How serious is the endogenous burden of a particular nitrosamine towards the overall cancer risk. And, I think, for this, we need proper measurements. And I agree that they have to be done once we have set up the systems and we have found the proper design of the studies. I think we need, kind of, epidemiological studies, because it is very clear that we understand very little -- the determinants of endogenous nitrosation. We do not really have time to discuss this in detail, now. But I mean, there are papers in the literature where people try to give -- for example, anti-oxidants, inhibitors of nitrosamines -- ascorbic acid, or other chemicals -- and they saw results, which were not always what they had anticipated. They deviated from what one would

have predicted in one way or another.

So, I think the system -- this system of in vivo nitrosation is affected by a lot of factors, which we do not understand. So, until we get to the point where we can understand them, what -- if I had the technical capacity -- in other words, the right instrumentation to measure reliably what I want to measure, I would just collect a -- you know, a population of people, and measure what -- estimate -- carry out my estimation of endogenous nitrosation. And then, try to make sense of what the determinants may be, and what we -- the range of endogenous formation, and so on.

Thank you.

DR. ATRAKCHI: Thank you, very much. Any other comments from the panelists?

DR. GUTTENPLAN: -- yeah.

DR. ATRAKCHI: Yes?

DR. GUTTENPLAN: In a way, maybe, repetitive, but I think from what we talked about yesterday, we are below the threshold for non-linearity with exogenous and endogenous

nitrosation. So -- and the result -- the carcinogenicity and genotoxicity of nitrosamines is additive under these conditions. One should be able to calculate, then, an incremental affect of the nitrosamines and the drugs, irrespective of the endogenous and exogenous exposure, resulting in nitrosamines.

It is probably not measurable because it is such a small difference compared to what is there. But it should still be calculable.

So that is repetitive. But that is one way of looking at it.

DR. ATRAKCHI: Thank you. Anyone else?

DR. EISENBRAND: Just to state that I am totally in line with what Dr. Kyrtopoulos said. I think the -- going into the research to really address and quantify, wherever possible, the endogenous nitrosation potential, is very, very important for the future. But it is, in my opinion, quite, a big task. It is not really trivial. But we have -- today, we have the records and the means to approach that -- and I think it is very important to get quantitative

figures. But we do not have them, now, at the moment. At least not reliable ones. We have indication that there is, perhaps, substantially vivo formation, which may be exceeding the ex vivo exposure quite a bit -- the exogenous exposure quite dramatically, perhaps. But we need to confirm that. We need to really check it, re-check it, have the right methods to measure it. So, this will be an undertaking that will take time.

And for the time being, as I said already -- and I do not want to repeat me, again -- I think a good way of putting the endogenous potential of formulation of nitrosamine components in perspective to the exogenous exposure, or the diet.

And the other point I would like to make again is that, if we have good manufacturing practice rules set -- technically, to produce drugs without -- or with very, very low nitrosamine contamination, we should do that irrespective of a risk consideration, in my opinion. That, as I said, we did that for the cosmetics in Europe.

DR. ATRAKCHI: Thank you, very much, Dr. Eisenbrand. I think you -- I was about to more of

less summarize what seems to be the answer -- or comments on this question. But you just did it very nicely.

Mainly, overall, I believe is that it is very important to determine accurate the endogenous formation of nitrosamines. But this is require -- will require time and fairly sensitive and highly sophisticated analytical methods. And that should eb done -- need to be done. But it is in the future.

In the meantime, consideration for exogenous exposure to nitrates, nitrites, and other sources, as well as nitrosamines, that -- we have data from the past, and we could more or less reliably use some of this information, as well as, not terribly old data. However, more going back to the GMP, it comes down to the chemistries, and to the manufacturing. So, we do need, with respect to pharmaceuticals, and medicines, and drugs, to start with -- it is really the chemistry and the controls of the manufacturing that needs to be considered, until all these data are collected. Then, we can compare what is the levels that we ingest on a daily basis from the environment

around us, versus what is present in medicines.

If anybody disagrees with this quick summary, please go ahead and -- I know there were different opinions of how to do this, or -- but I think the overall -- there is pros and cons to both. Whether it is the exogenous, the endogenous exposure, as well as what is in the drugs, ultimately it is the drugs need to be under control for GMP for any types of impurities. And in this case, particularly for nitrosamines.

If no other comments, I would like to go to question six. Okay.

So, now we move to the chemistries of nitrosamines. Question six is one of two chemistry questions. In the absence of data and based on identified differences in nitrosamine chemistries and reactivities, can read-across for structural similarly to related compounds be used for nitrosamines? What are the key parameters to consider when conducting QSAR assessment for nitrosamines?

There has been a tremendous advancement of in silico modeling and software engineering to

predict many aspects of biology and chemistries, including chemical structural similarity. With a diversity of nitrosamine behaviors, both in vitro and in vivo, what are the pros and cons, and what is the extent of reliability for using QSAR to predict nitrosamine mutagenicity and/or their reactivity?

I would like to start with Dr. Cronin.

DR. CRONIN: Thank you. And there has already been a lot of discussion of chemistry and structural activity right from our first lecture yesterday, from Professor Eisenbrand. And let's just think for a moment why we want to do that.

And the advantages of going to structural activity, read-across QSAR, that in theory, at least, it is quick. It should be cheaper than doing, certainly, the longer-term animal tests. And it may not require animals.

You know, disadvantages; these are predictions, these are inferences, so we do have less certainty. And especially when we come to use read-across, we need some expertise. And already listening to the discussion in the last day or so, I

really appreciate the expertise already in this area.

My background is in, in silico toxicology. And I have taken the opportunity in the last couple of weeks to get a feel -- or refresh my opinions and understanding of this particular area, with regard to nitrosamines. There is a lot that has been going on. Particularly, very recently. And I am going to try to capture some of that, and, also bring together some of the information that we have already had.

Now, the question asks about read-across and QSAR, and I am going to deal with those separately. And I am going to start with read-across. And for those of you not familiar with the term, very briefly, read-across -- we are trying to infer an activity -- here, it might be the toxicity -- and that could be ultimately the carcinogenicity, or even a potency. We are trying to infer that for a molecule we may not know very much about -- or very little about -- from a similar molecule that is data rich -- or indeed a group of molecules that are data rich. And we have got a lot

of expertise in this, going back -- well, at least, 30 years -- and particularly with regard to regulatory use of read-across, and more specifically, probably in the last decade, how we can accept this, and the uncertainties associated with that. And I am thinking particularly of what has happened in Europe with REACH. But there is lots of other examples in the U.S. and Canada, and elsewhere in the world.

And read-across, itself, covers a number of techniques, which particularly in the last decade have been developed quite considerably, starting with the simple use of analogs -- and I will discuss that in a moment -- through to what we mean by chemical similarly.

So, I think there are three issues we need to think about with read-across, that are going to be immediately important for you for nitrosamines. And firstly is, what do we mean by data rich molecules? And, here, we have this term where we want to infer from data rich molecules, and actually -- as we have heard -- we are probably quite lucky for the nitrosamines, compared to many other chemical classes,

as we have many carcinogenic data supported by mutagenetic data publicly available, and available within corporate and regulatory arenas.

There are some really nice reviews in this area. There is a very good review, recently, in 2020, from Andrew Thresher, from Lhasa Limited, who takes you through the carcinogenic and mutagenic data, and as well, I am aware of the ad hoc working group led by LeadScope and Lhasa in this area.

In doing some background, I had looked at the publicly available resources. We have already heard reference to Lhasa Limited CP DB website. I just put a nitrosamine structure in there, and I got 140 structures out associated with carcinogenic data, to give you some idea of the data resources.

I also searched nitrosamines in the OECD QSAR tool box. And there are several hundred publicly available mutagenic data. And you will get these from -- or those kind of numbers from other resources. For instance, the US EPA chemistry dashboards, maybe ChEMBL and PubChem, as well.

And I also realize there is probably a

lot of data that have been made available -- or are available and could supplement the publicly available data from corporate backgrounds. I know the -- or I suspect the Lhasa LeadScope initiative has been able to tap in those.

So, with regard to data, therefore, we have many potential so-called data rich source molecules that we can read-across from. That gives us a strength -- or a position of strength.

The thing I would say, where are the data? Are they in a format that you can use easily for read-across? Are they in a correct informatics type format. The tool box -- the OECD QSAR tool box is one way of doing that. But may not be ideal for all sorts of purposes. So, FDA may need to think about how they are going to use those particular data resources.

Second issue with read-across is the concept of similarity. And similarity really is a very, very subjective opinion about whether two molecules are similar or not. And I know we have measures of similarity. But at some point, you are

going to have to make a decision that something is suitably similar, that you can have confidence in reading-across your toxicity.

We have got loads of guidance. There is lots of guidance -- for instance, from OECD, EFSA, ECHA, US EPA, and various industry bodies. And they give us several ways of defining how we can identify similar molecules.

For nitrosamines, the obvious way of doing this is saying it has the n-nitrosamine structure in it. But in practice, that would be too crude a measure to do read-across from. So, we need to undergo a process of sub-categorization. And that allows us to be quite discriminatory -- or it gives us the opportunity to be more discriminatory, at least. And to do that, we probably want to pull in our knowledge of reactivity, our knowledge of chemistry, and go to the data and get this information structural activity from the data.

So, again, I really appreciate some of the work that I have seen very recently from the ad hoc group. It was presented by LeadScope at SOT, a

couple of weeks ago -- to identify many of these types of structural activity relationships and put them into terms of structural alerts. And particularly, potency alerts can be based around chain lengths, substitution on the alpha and beta carbons, electron withdrawing groups, and so forth.

So, now, we can go from just a nitrosamine structure, through to much more subtleties about structural activity. And that really links in structural knowledge, to reactivity, to our understanding of mechanisms of action.

Final aspect of read-across, which has probably caused the most problems in Europe, in terms of REACH, is the justification of read-across. So, in other words, we build a category, we have identified analogs, we do the read-across, but then, we have to justify why that is acceptable.

We are back around into this -- the previous argument about structural activity, is, of course, a fantastic basis to start from. And we are also doing things like supplementing our arguments with new approach methodology and NAM type data. It

would be in vitro data, further in silico data, and chemico data. So therefore, maybe, if required possible to supplement these read-across arguments with a relatively small number of quite cheap, rapid tests to help us understand similarity, help us justify a hypothesis.

The reality I am learning is, it is -- we have greater certainty -- or we have less problems with certainty if we are reading across a positive, a strong carcinogen in this case. You are going to need more evidence, in reality, to be able to read-across a negative, or low toxicity compound. And we heard the argument yesterday at the end of the session about what happens if you have Ames negative compounds.

And the benefits of read-across, I think it gives you an ability to test hypotheses. And we heard again -- going back to the -- if we have a negative Ames test, we can then test hypotheses -- well, what do we know around that area of chemistry? What would we expect? Does it all fit together? And it gives us a rational way of organizing data. So, we are not just dealing with molecules, necessarily, in

isolation.

Moving onto QSAR, and more formally that is quantitative structure-activity relationships. And those -- there is a continuum from where read-across finishes and QSAR starts, it must be said. But they are more commonly thought of quantitative predictions on the basis of physical chemical properties structural descriptors. And they can be very, very varied. Clearly, we do not have time to go into the full gambit, here. But they can go from a very small number of molecules -- basements and some regression analysis -- which is where we started in the area -- right the way up to a very large number of molecules -- big data types of molecules where in we have to use -- and go up to machine learning -- artificial intelligence type methods.

For nitrosamines, I think we want to focus in on the smaller and more subtle types of models. I cannot see -- we do have large global QSARS -- as I call them -- coping with -- or including many types of molecules and many types of affects. But I think they will struggle with nitrosamines for

the subtleties we know that are in the chemistry and the activity cliffs.

So, my recommendation for QSARs -- if we are going to build them around -- for instance TD50 values, which would be very complex -- or mutagenic data -- would be to just look at nitrosamines as a group -- as the largest group -- and maybe even in -- to focus in on some of those structural activity relationships, and build quantitative models, there.

With regard to the kinds of descriptors that we are going to use -- well, I am a biologist, and I believe in mechanisms, and I believe our models should be relatable back to mechanisms of action, and also understandable. So, the question to ask ourselves is -- well, what is controlling the activity that we are trying to model?

Clearly, I have seen some relationships and QSARs attempted for -- to simply trying to correlate TD50 to log P. And without any surprise whatsoever, those relationships do not exist. So, it is more than our classic log P parameters. And of course, it must related in some ways to reactivity.

So, we need to think how we can parameterize reactivity. And I have not seen any good published QSARs in this area that they -- there may be some available. But surely, we can do quantum chemical level calculations to understand and model those particular steps that we know are controlling potency.

So, the last thing I would like to say about QSAR is, in terms of formulating the model itself -- and QSAR works best when you have a large variation of activity, going over several orders of magnitude. And ideally, that we have got a spread of data across that, so we can form a strong model. What I fear may be the case with QSARs for this -- for nitrosamines is, we have heard, repeatedly, we have got a lot of high potency nitrosamines. So, you may get a situation where you have a large group of data -- which are high potency, and then, relatively fewer data, which are lower potency. And this gives us some problems in modeling. There are ways around it. But just be very cautious with that.

So, to summarize, given the model and

given the problem of nitrosamines, given the current data resources and mechanistic knowledge, I think you can do read-across, you can do QSAR. My preference would be structural activity based rational read-across supported where possible by the data we have. And that is my comment for the moment. Thank you.

DR. ATRAKCHI: Thank you, very much.

Dr. DiNovi?

DR. DINOVI: So, I have to admit this is not my field, so I really -- I cannot say too much, here. But I certainly would not disagree with anything that I just heard. So, thank you.

DR. ATRAKCHI: Thanks.

Dr. Bucher?

DR. BUCHER: So -- well, I want to compliment Dr. Cronin. He has really done a terrific job at capturing the complexities and I must say, the -- his predictions about the issues related to read-across and QSAR models with respect to nitrosamines mimic, I think, our thinking, and what we have been able to do just in looking at this problem

over the last couple of weeks. Recognizing that people have been working in this area for 40 years, now, and trying to come up with good models to -- for classifying and predicting potency for various nitrosamines.

We have been looking at this only for a couple of weeks. So, I challenged our chemo informaticist, here, in the program, Dr. Kamel Mansouri, just to take a quick look at this, applying some of the new tools with machine learning, and something called the OPERA database, as a database of predicted physical chemical properties, and cross-referencing that to the carcinogenic potency database, and the loss of data what was just discussed. And it is very preliminary efforts. He was able to generate some predicted TD50s -- or potency estimates that did look reasonable, applying these machine learning and multiple regression models to the QSAR data and physical chemical properties. And as I said, incorporating the carcinogenic potency database numbers. He did this looking at the TD50's for over 700 substances in the database that have QSAR

ready data -- if you will -- and rodent TD50 data. And he also did this in models that were restricted only to the -- about 120 nitrosamine -- the rodent data TD50s, as well. And what he found is exactly what Dr. Cronin predicted.

The results of the five-fold cross validation studies that he did were somewhat promising, but the models needed additional work to better discriminate the very potent carcinogens -- the very potent nitrosamines, from ones that would be considered weak or negative. Additional information from the mutagenicity studies -- or QSAR and physical chemical properties for non-carcinogens -- which are not heavily represented in the carcinogenic potency database -- could improve these models. And of course, one problem with this is that it will not be addressed by additional work -- is the variability and the imprecision and the extremely -- in the experimentally derived TD50s have already been discussed. And this, of course, stems from the wide variety of study design and performance aspects of the rodent cancer studies.

So, the bottom line is, I think the answer is, yes, it is possible to get a general prediction of carcinogenic potency. How useful these numbers might be, remains to be determined. And just as Dr. Cronin predicted, the vast majority of the TD50s of the nitrosamines in the database, are, sort of, overwhelming the information from the less potent and the very, very potent carcinogens. So, we really need, unfortunately, to have a better spread of higher TD50 -- or lower potency carcinogens to look at to correctly model these chemicals. We do not have that in this case. And that is something that we are going to have to -- need to try to do some additional work, I think, to try to compensate for that aspect of the database.

So, that would be my comment.

DR. ATRAKCHI: Thank you.

Dr. Eisenbrand? Dr. Eisenbrand, I think you are muted.

DR. EISENBRAND: Sorry about that. I was quite impressed with the contributions until now. And I was very interested in. I may throw in some

further aspects that may be considered.

As far as I understand, this read-across validation exercise is going to find out ways to get reliable information about potency, including the extremes -- the very highly potent, and the non-potent -- or even, not ineffective. And that would be a little bit -- my point I would like to make, what about using our present day information we have about the non-carcinogenic nitroso compounds? And then, ask mechanistically minded, what makes them non-potent -- what makes them ineffective? And one can easily see that there is, of course, several layers of answers to that. Or maybe -- potency or the interaction with the nucleotides in the DNA. But there is, of course, a lot of metabolic action going on. And there we have activating, and disactivating metabolism. And I think mechanistically, it would be very important to input this information in.

For instance, we have -- of course, a very trivial molecular modifications -- the alpha C branching and the tert-butyl group. If that is attached, then the compound is not active, at all,

because there is no -- if there is alpha C hydroxylation on the other side, which may be a methyl group, then there is a split off, and the tert-butyl compound is not an affective -- agent. So, that is very easy, actually.

But what about, for instance isometrically substituted nitroso compounds. We had a series of investigations, for instance for n-methyl nitroso pyridines being either positioned -- substituted in two, three, and four positions. So, there is all three isomers have been subbed. And if I were to ask the specialists which one they would predict to be carcinogenic, I would be interested to hear. But -- so, just to make it short, it is just a two compound that is the two isomer. And the full nitro is a group attached to the two position of the pyridine that is carcinogenic and mutagenic, where as the three and the four are not. And they are -- the answer is, again, there is an equilibrium between activating and disactivating metabolism.

And this not only true for this -- for these compounds, but also -- for instance, the example

I showed yesterday, which was cimetidine, which was mutagenic in the hamsters. But turned out to be non-carcinogenic in vivo in the rat. Again, because of disactivating metabolism.

So, I personally think it would be a good idea to use all the negative examples -- the examples of negativity we have and study why they are negative. And of course, as I said, they are trivial answers, but there are also answers that need to be really investigated in detail. So, I think that would be a enrichment of the whole procedure. That is for the preformed nitroso compounds.

My second suggestion would actually be, we need some system of -- some predictive system to get grips on the nitrosatablity. How easy is a given compound -- maybe, of a new structure -- how easy is it nitrosatable? And I mentioned, yesterday, in my presentation, there is a richness in literature on that. Especially, Richard Loeppky has done a lot of work showing that there are specific structures that are very, very easily nitrosated -- tertiary amines -- and I showed yesterday, also, the example of

motapizone and metamizole. The one easily splitting of -- very easily splitting of dimethyl nitrosamine. The other one forming in nitroso compound that is not carcinogenic.

So, I think this second point to study the nitrosatablity, I think is important. It has been realized in the early times already. And that is why I mentioned the NIP test of the WHO, stemming from the early 80's -- which is a rugged test. But it very simply and chemically shows an information -- gives an information about the nitrosatablity. I think that is something that pharma will need. A simple test -- if there is not a in silico prediction systems that are reliable enough, which I do not see at the moment -- but there might be. And then, to use something like that.

Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand. Very good points.

Dr. Hecht?

DR. HECHT: Yes. So, there are certain aspects of the structure and activity relationships of

nitroso compounds that we understand quite well, that have already been mentioned, just by Professor Eisenbrand, including alpha substitution. So, if you substitute the alpha positions, then you are going to inhibit the alpha hydroxylation metabolism. And probably decrease the carcinogenicity.

The other aspect is the polarity of the compound. So nitrosoproline is a great example. It is not metabolized. It is not carcinogenic. It is excreted unchanged. But there are other examples where if you substitute with a carboxy group, there is still activity maintained.

I am not optimistic that read-across and structure activity relationships are going to lead to predictability of nitrosamine carcinogenesis. Just look at the review by Kreuzman and Stewart, published in 1984. Look at the table in the back of over 200 nitrosamines and their target tissues and activities and tell me whether predications can come up with these answers. I really doubt it. I am not optimistic, at all.

That is all I have to say.

DR. ATRAKCHI: Thank you, Dr. Hecht.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: I am afraid this is not really my field. And clearly, we are surrounded by great expert. So, I thank you, very much. I will pass on -- thank you.

DR. ATRAKCHI: Very good.

Dr. Zeiger?

DR. ZEIGER: Yes. Thank you. First of all, I appreciate -- definitely appreciated Dr. Cronin's introductory comments on this. It laid out the strengths and some of the weaknesses of the problems.

I look at this. There are a number of aspects to it. I remember Willie Lijinsky's early work in carcinogenicity, showing that relatively minor structural changes could lead to quite large difference and carcinogenic potency, and also, organ specificity. This is something that somehow would have to be worked into any QSAR or read-across system that we adopt.

Secondly, it has already been mentioned

by a number of people -- the high proportion -- the low proportion of negatives -- you know, in the database -- of clean true negatives in the database, makes it a problem. Otherwise, you are just stuck with -- without those negatives, you are just stuck with a possibility of a -- as was mentioned, a nitroso structure automatically gives you a conclusion of mutagenicity and carcinogenicity, which may not be all true.

And I am concerned -- you know, when I deal with QSAR systems -- of the quality of the literature that is used to train and develop those systems. And I have had the advantage of being able to work in the past with fairly pure -- you know, very pure nitrosamines synthesized by Lijinsky. But I have noticed that in the literature, there are -- outside of that, there are many of -- many potential problems.

One thing that just came to me when I was preparing for this symposium -- this talk, was that looking at -- for example nitrosodiethanolamine, which supposedly is a non-mutagenic nitrosamine. We tested it and published the data back a number of

years ago, that it was weakly positive in the Ames test. But then, looking further, I saw that the analyzed purity of our sample was only 78 percent. Would not take much of a potent nitrosamine, within that 22 percent impurity, to give us a positive result.

So, I think whatever data are used for any read-across, or QSAR, really has to be addressed -- the people who are using it have to address the quality of the studies -- or the purity of the nitrosamines. Because a small amount -- a small impurity of a potent nitrosamine will change all the in vitro reactivities of -- in vitro responses of a supposedly non-potent nitrosamine.

All that said, I think -- unless we want to do carcinogenicities -- you know, analyses -- carcinogenicity studies on all potential nitrosamines, we have to develop our read-across and QSAR systems for this. Thank you.

DR. ATRAKCHI: Thank you, Dr. Zeiger.

Dr. Rice?

DR. RICE: Having never worked in this

area or attempted what appear to be very formidable challenges in developing the assessment prediction of activity for nitrosamines, and using structural similarities, I do not think I can add anymore to what has previously been said. But I would second Dr. Hecht's caution about the complexity of the available data for nitrosamines, and hope that future improvements in this direction will shine more light in what remains to be a challenging area for prediction.

I have nothing more to say. Thank you.

DR. ATRAKCHI: Thank you. I have some questions to bring up. But I would like to know if anyone else from the panelists would like to comment on this question?

Okay. So, Dr. Cronin, one of the questions presented is, read-across analysis can be very subjective. What methods can be used to more objectively identify the most relevant analogs for risk assessment of a data poor in nitrosamines?

DR. CRONIN: Well, that is the killer question for read-across. Thank you for whoever asked

that one. And there is no simple way of asking -- answering that.

Just to point out, if you are unfamiliar with it, there is the so call read -- European chemical agencies read-across assessment framework sets out a number of criteria in which to evaluate your read-across. And also, there is quite a -- well, several papers on understanding uncertainties in terms of read-across. We have co-authored something recently, and there is more historic work, for instance, from Proctor and Gamble and various other authors, as well.

I think what we need to think is, we are going to start with the chemical structure. So, we need to understand, firstly, what the difference is between the chemical structure in our target molecule, where we have few data, or no data, an a-source molecule. If you understand the differences in chemical structure, the question you are actually asking, therefore, is -- are the differences in chemical structure significant enough that you cannot perform read-across? So, are the differences in

chemical structure going to change the toxicological profile, both in terms of toxicodynamic -- which is what we have been talking about mainly. But also, toxicokinetic, which is, sort of, the lost child of read-across in many ways. And we have not done a very good job, up until now, doing that.

So, we certainly have been looking at different approaches to doing that. One can do that in terms of just understanding the chemical structures, themselves. Do they have the same -- most fundamentally, the same functional groups. Is the arrangement around, the n-nitrosamine -- which we have heard is so important -- is that the same. If it is not, is that going to affect reactivity. And gaining that knowledge.

And then, also with any changes -- for instance with chain lengths -- if we have a basic analog that may be varying just in terms of a chain length, how will they affect bioavailability and toxicokinetic? So -- and we can also add into the mix, things like chemical similarity and so forth.

So, at some point, you need to make a

decision. At some point, you need to be able to say that the differences are not sufficiently significant to be able to not to read-across. And you may also need to go and take some measurements. Now, these could be in vitro measurements, they may be further calculations -- but to support your arguments to perform that.

And one thing I would just like to put in your mind -- and I do not -- it may come up later, is the process of problem formulation. We have been thinking about just jumping in with QSAR and read-across. And we have not really been thinking about, well, how are we going to use that. And what I would recommend is that, if the agencies are going to use read-across, then they stand back and think, okay, what is the problem we are trying to solve here with read-across. So, it could be, very rapid screening and prioritization. It could be a much more detailed risk assessment. And there are different criteria for acceptance of those points. And your levels of uncertainty will be -- acceptable uncertainty would be different. So, put that in the back of your mind and

have some pre-defined criteria. And at some point, you have got to assess the situation you are with read-across and your analog and say, does I meet -- do we have sufficient confidence to be able to do this. If not, why don't we, and how would we get more confidence.

So, there is no easy answer. It is a process of intelligently using read-across in many ways. Thank you.

DR. ATRAKCHI: Thank you. The other questions is, is there enough data on higher molecular weight nitrosamines -- for example, more than 350 deltons -- to assess the mutagenicity, carcinogenicity or un-tested nitrosamines in this size range?

DR. CRONIN: Well, I will start off by answering that very simple, that I do not know. But we have access to the data. And that would be quite a straight forward question to answer. But I cannot answer it definitively, yes, or no. You would have to go through the data resources.

And, again, as I said, with the problem formulation -- before you ask -- before you go and

interrogate the data, what do you mean by sufficient data? I mean, that is quite an interesting and leading statement to start off with. So, have some ideas about what your expectations would be, and what the answers would be that you would want to answer them.

Thank you.

DR. ATRAKCHI: Very good. Both positive and negative examples of mutagens, carcinogens are needed in order to develop a QSAR model. Are the available negative data sufficiently robust for this purpose? That is, were the examples tested at high enough concentrations?

DR. CRONIN: I am going to answer the first part, in terms of QSAR methodology, and then, defer the second part, in terms of experimental design, maybe, to the experimental toxicologist.

So, one thing I meant to say, and I forgot to say, in my description of QSAR is, we can have two types of QSARs. One is a categoric approach, where we might just predict activity. So, whether a substance is mutagenic, or not. And this is really

what we are referring to, here.

The second kind of QSAR is more what I was eluding to in my initial comments, which was that we were -- we are modeling at potency. Which we can do, as well, in theory, with mutagenicity. And there are some QSAR for mutagenic potency. At which time, we would not include the negative data.

So, I would just put those points in your mind. But certainly, we do need high quality negative data that we are certain of to develop models.

And I would -- I will pass it over to the experimental toxicologist to answer. Thank you.

DR. ATRAKCHI: Thank you. Anyone would like to take that part of the question?

DR. BUCHER: So, this is John Bucher. I -- you know, it has been stated earlier that greater than 90 percent of the studied nitrosamines are positive for carcinogenicity. And this is a -- this represents a huge problem with respect to the balance of positive and negative data that you need to create decent models.

So -- and the other problem, of course, is that the simple nitroso entity, in and of itself, derives so much of the bioactivity, that you really need to have strong confidence and extensive data to be able to have the R groups on that nitroso be determinative, and override this --

DR. ATRAKCHI: Dr. Bucher, we lost your audio. Dr. Bucher? Maybe, check your mute button, again. Okay. Maybe, we will get back to Dr. Bucher when he finds out -- hopefully, resolves the issue.

Next question is, are there areas of nitrosamine chemical space for which we have too little data to make a QSAR predications?

DR. CRONIN: That is a really good question. And how to define nitrosamine chemical space is the first question in this. And I guess, what we -- if this was a more general question in more general areas of chemistry, I would say, okay, tell me all the structures that you have which contain a nitrosamine, or the particular class of nitrosamine, or what you are interested in, and think about your domain. Which structures are in that domain. And

then, I would map on the data to that.

So, I would admit -- and I have just been simply looking at substances for which there are data. And what you would need to do to answer that question is go and find -- or consider all structures that would contain a nitrosamine group.

I mean, one way you can start doing that is just -- as I said, I went to OECD QSAR tool box, which is one tool of many. It is really downloadable. You could draw out all of the nitroso compounds in that. You could do the same in the US EPA dashboard or go to ChEMBL or PubChem. And do a search for nitrosamine compounds. And then, just map on the data for that, and see where you have good coverage, and where you are lacking coverage.

And you need to think what your criteria are for coverage. Do you just mean in terms of the structure that is the basis for reactivity? Or are you looking at all kinds of physical chemical properties.

So, I do not know the answer to that question. I suspect there will be areas where we are

quite data rich and got quite a lot of data -- probably do not need to do much more testing -- and areas where there will be distinct lacks of data.

Thank you.

DR. ATRAKCHI: Thank you. Another question is, it has been mentioned that the stability of the reactive intermediates -- or intermediate should be considered when predicting nitrosamine potency. Such calculations can be computationally intensive for complex molecules. How can this information be practically incorporated into a model for mainstream use?

DR. CRONIN: Again, really good question. And the -- what is great about that question is, it is implying the mechanistic interpretability of it. And there is no easy answer to that. If you got complex molecules and it is going to take a couple of weeks to do a calculation -- potentially, it could do -- then, that is the reality.

The problem, of course, is, if you have a relatively large data set -- even 10 or 20

compounds -- then you could be in -- it could take quite a long time to create a model. The only way around that is to try and use parameters that may be less computationally expensive. I mean, I refer to quantum chemical parameters as you go down the areas in -- back into some empirical calculations -- you may be able to get results that are as good, or even use very trivial 2-D structure based type approaches. But, again, they just do not capture the subtleties of the activities cliffs or at all give out specific reaction mechanisms.

There is no easy answer to that. If you get a high quality model that is based around a metabolic route -- or a reactivity route, and you got a good basis for that in calculation -- going down the levels of calculation does not -- it will make it cheaper and quicker, but it does not make it better or as good. Thank you.

DR. ATRAKCHI: And we will take one more question. The -- in reference to Dr. Cronin's comment about challenges with justifying read-across assessments, any thoughts on what could be cheap and

rapid data to supplement and support read-across? Anything other than Ames test? Something that could provide quantitative data that could be correlated to LD50 values in an absolute or relative sense, versus a compound with a well-established TD50?

DR. CRONIN: I am a bit caught out by the LD50 comment. And I am probably taking that out of context. We have done a little bit of work with cytotoxic data, and there may be some benefit in that.

As I said, in read-across, we are building up knowledge and using NAM data. And in other areas of read-across, we have certainly been pulling in data from ToxCast and the high content data, metabolism data, and also, in silico predictions.

But what -- I think that is a great question, and I will pass it over to the experimental toxicologist and see if they can answer it -- so, in terms of are there rapid quick win types of in vitro or other assays that can support our read-across argument.

DR. ATRAKCHI: Thank you. Anyone from

the panelist would like to take this?

DR. BUCHER: This is John Bucher. And I must apologize. My computer -- I dropped the signal last time, right after I stopped talking. So, if you asked me a question, I apologize for not answering.

With respect to a follow up, there, I -- the only thing I can think of is, there are a number of in silico models for metabolism and for -- you know, rapidity of excretion, and things of that nature, that might be useful to incorporate as second level steps, I guess.

DR. ATRAKCHI: Thank you, Dr. Bucher. Any other comments?

Okay. It is 11:02. We will take a 10 minute break, and we will be returning 11:10, or 11:12. Thank you.

(off the record)

DR. ATRAKCHI: I think we should go back and -- before we begin with question seven, there are a couple more questions on question six.

The first question is, there is a difference between QSAR and SAR, but they are being

used somewhat interchangeable. SAR is an approach that has been shown to be health protective when suitable analogs are identified. If nitrosamines with existing data can be mapped to major groups than a nitrosamine with limited data could be mapped to the appropriate classification based on structure. The scientific community would greatly benefit if a group of experts could help map the structural space of nitrosamines and associated supportable limit. Can this be done?

DR. CRONIN: I will start on that. I agree with the statement -- I am reading it, now. I certainly agree with that. I think the term, SAR, in the question, is -- to what I was talk about with read-across. And this is actually quite similar to -- I spoke a little bit about -- there is an ad hoc group being led by Lhasa Limited and LeadScope, and that has a number of industry and academic members. I am not part of that, I should add at this point. I have just been reviewing their work. So, that is part, at least, of what they have been trying to do -- is identify these groups in terms of structural

alerts that are associated with reactivity that we can understand the reactivity. And also, seeing within those groups, there seems to be some variations of potency, which are unsoundable and predictable. And that is quite all right, because what you would be saying is for a new molecule, you would be putting it into that structural group, and then, seeing where it lies in read-across terms. That might just be called a trend analysis, or even a small QSAR.

But I agree with the sentiment. And yes, I believe as long as we have got rational ways of grouping molecules, that is achievable.

DR. ATRAKCHI: Thank you. The next question is, along with the QSAR assessment, can we consider metabolism assessment of complex nitrosamine impurities, which would account to the bioactivation of nitrosamine into reactive diazonium ion that result in carcinogenicity? For example, if a compound gets converted into diazonium ion easily, it would be more potent?

DR. CRONIN: There is a couple of different aspects to this. Again, I am reading the

question. There is a couple of different aspects that would -- I would highlight.

If we are dealing with complex nitrosamine impurities, I am assuming -- I am not sure what that means, off the top of my head. So, I will give two opinions. It could be a complex structure -- a large structure with much complexity in it. Or, it could be a number of different impurities in that way.

So, yes. It is possible to trade models for bioactivation. Some of the discussion before the break was around that. And indeed, they might be quite some hefty models, if they are going to be used computationally. But we should be able to calculate conversion into the reactive diazonium ion. What, of course, we need, there, is some kind of -- is some benchmark against -- so we need some data. We cannot, necessarily, just create a model de novo, without data to base the model on and understand the model.

So, my question -- if you were to come to me with that question, I would say, well, do we have data on which to base the model in the first

place. And I do not know the answer to that, off the top of my head. So, in other words, for nitrosamine -- I am sorry -- diazonium ion conversion. I suspect there probably are some kinds of data that we can use.

The second part to the question, if compound get easily converted, would it be more potent? I assume so. But I am not a particular expert in that area, and I would pass that over to other toxicologists to answer.

DR. ATRAKCHI: Thank you. Anyone would like to answer the -- that part of the question?

Okay. The other question is, should SAR/read-across focus on carcinogenicity endpoint, or consider separately the mutagenicity metabolic activation calculation by activated nitrosamine, or repair of alkylated DNA?

DR. CRONIN: That is a really great question, and I like that question a lot. It shows a lot of insight into what we are trying to do.

The history of read-across -- or probably the last decade of history of the

read-across, particularly in Europe has been to cope -- or to provide information for REACH endpoints, most specifically. So, in terms of the REACH legislation -- and again, I am just saying these comments from memory -- what we are trying to do -- or what we are assuming is that our read-across would be -- or have the same level of scientific competence that the animal test on which it is replacing would have.

The other implication, in terms of using read-across and in silico methods for REACH type endpoints is, that they should be relevant -- or they should be replicating the actually regulatory end point. So, that is why there is read-across attempted for carcinogenicity. And to me, these very complex toxicological affects are the most challenging to try to attempt read-across.

You go back to your same arguments that we had before about what level -- for a complex endpoint, what level of reliability and confidence can you have on that, on the basis of your understanding of the similarity and dissimilarity between two or

more compounds. And, it may be that we can never get there definitively for carcinogenicity, and we do need to add in other test data, as we were discussing before.

However, the -- when we -- and I hate to use the word simplify -- but, when we are looking at slightly less complex endpoints, such as mutagenicity metabolic activation and alkylation, and so forth, then we are cutting down the possibilities for differences between molecules -- because clearly, here, if we are talking, certainly, about in vitro data, then we are eliminating a lot of the variability, in terms of toxicokinetic, and those issues -- and focusing in particularly on -- in API terminology, the molecular initiating event, and whether or read-across argument holds up in terms of the molecular initiating event.

So, yes. We can apply SAR and read-across to all of those. I would say we can apply it to all of the endpoints and effects that are listed by the questioner. And it may be, then, you need to think, well, how are you going to use that

information.

So, if you get a good read-across, you can do a good read-across. For instance, for alkylation -- well, how does that relate to your ultimate safety assessment and risk assessment? So, that becomes a different question.

So, to answer the question, yes. We can do read-across. But I would also caution how are you going to use that information.

Thank you.

DR. ATRAKCHI: Thank you, very much.

Anymore comments on this question from anyone?

Okay. We can move to question seven, which is the last question. And it is focused on pharmaceutical manufacturing.

Question seven; Nitrosamines can be formed during manufacturing of the Active Pharmaceutical Ingredient, and/or the drug product. What are possible approaches to consider in order to reduce nitrosamine formation during manufacturing? Can nitrosamines be eliminated completed from the API

and/or the drug product?

We heard from this -- yesterday, from Dr. King, on the evolution of the contamination incidents with -- of medicines with nitrosamines. Is it possible to eliminate nitrosamines from drugs, and particularly, in the final drug product, which is the entity will be taken by the patient? We know nitrosamines could form during various stages of drug manufacturing process. They could form during storage, during packaging. What are the parameters, or steps that could be followed to either prevent their formation, or reduce their amount to minimum, and maintain safe medicines?

I will be asking my colleagues from the FDA to present on this -- or to answer this question -- to present on the challenges that we have with regard to manufacturing and the elimination or the minimization of nitrosamines.

Dr. Keire?

DR. KEIRE: Thank you, Aisar.

So -- I mean, in the simplest terms -- you know, any step in the manufacturing process of a

drug substance -- or drug product that leads to the conjunction -- the brining together of a reactive amine -- a secondary or tertiary amine and a nitride -- or nitrous acid, can lead to nitrisation chemistry, and the formation of nitrosamines. So, that is the simple part, right?

And then, if you think about the range of different drug products and the complex chemistries that go into making them -- you know, then suddenly -- you know, that gets a little more complicated. But I would say, that -- you know, it is not a nullable. All these difference processes can be examined with this nitrosamine lens, right? You know, looking for back -- what -- you know, steps that bring these factors together. And you know, one of the control aspects would be to -- you know, change that process, so that you are not bringing those two components together, if it is possible.

You know, another approach is to think about that process where -- you know, maybe there is a step -- an unavoidable step in the synthesis of a particular active pharmaceutical ingredient, that --

you have that step early in the process, and then, you provide subsequent purging capacity with other steps in the process before you get to the purified API, that remove nitrosamines. And of course, that has to be established -- you know, either through measurements or other ways of knowing that you are -- you know, reducing or eliminating the nitrosamines from the process.

So -- but I guess I do want to make a point -- is that -- you know, in some of the initial findings in drugs of nitrosamines -- you know, they actually had nothing to do with the drug itself, right? That -- you know, in one particular example, DMF -- dimethylformamide, is a solvent, in which the reaction was carried out in. And that was heated for a long period of time, near the boiling point of that solvent. And, of course, it is known that when you do that you get the formation of dimethylamine from DMF. And then, in subsequent steps in the process, there was a quenching reaction, which involved nitride.

And so, what you had is a side reaction of a side reaction leaving to the -- leading to the

formation of NDMA. So -- you know, that is, kind of, a -- the example of one part of the complexity, right?

And then, the other part is that we have been surprised with -- is supply chain, right? There were certain manufacturers that were using recovered solvents, and they were -- the solvents were recovered in a way that led to their contamination by nitrosamines. So that when they were used in the synthetic process, where there was no risk of nitrosamines, they were present because they were in the recovered solvent used.

And then, the third, kind of, major consideration I the stability of the drug as formulated. So, there have been a couple of examples where the amount of nitrosamine increased over time, ranitidine is an example of that. And that is a degradant of the API.

So -- you know, all these things have to be considered in the manufacturer and the formulation, and the testing, right? You have to -- you know, if there is risk, you have to test and you have to see if your process has purge capability, and

you have to know your supply chain is clean. But you know, if you have all those things going, it is entirely possible that you could eliminate nitrosamine contamination from the drug.

I mean, there may be cases where you may not be able to completely eliminate it, but you can certainly assume over the shelf life of the drug -- you know, in real world condition, that the drug is stable, so that the amount of nitrosamines does not go above an acceptable amount. And in that case, it would be safe for patient use.

So, I will stop there.

DR. ATRAKCHI: Thank you.

Dr. Johnson?

DR. JOHNSON: So, hi. Yeah. This is actually a really good question, and it is one that I think regulatory agencies and manufacturers have been struggling with for the last two years. I have been involved with the agency on the nitrosamine task force for about two years.

Some of the things that, I guess, we have learned since the very beginning, when we first

saw these, it was -- you know, in the sartans, and as Dr. Keire had mentioned, they were really, kind of, surprises. They were side reactions. And as we have gone on over the last two years, we have seen them pop up in a lot of different places, and our understanding of, kind of, how this happening, I guess, has expanded.

I do not think we still truly have a -- you know, a complete understanding of all the possible ways. But from just the perspective of what I have seen as a chemistry assessor and being on this task force -- some of the things that I have noticed that -- directly related to the question, now -- what can a company do to help -- you know, minimize the formation of these -- or could they be eliminated completely.

So, some of what I have learned over the last two years is that in order to get a nitrosamine, you have got to have precursors. So, you need a secondary -- or tertiary mean, and you have got to have a nitrous aiding agent. And I think the one we have most commonly seen is nitrous acid. But there

are some others that could potentially be there. And the tricky part we found is -- as Dr. Keire alluded to -- a lot of times this is happening completely unrelated to the chemistry that is involved in actually making the API molecule. These are side reactions that are happening, kind of, unnoticed. And so that makes -- you know, a control strategy -- or understanding it difficult sometimes.

So, I guess, some of the main places -- and just, kind of, reiterate what Dr. Keire said -- some of the main places we have seen where nitrosamine formation is occurring and things that you can do are, one, when you have got a synthetic scheme, where you have got both the nitrous aiding agent, and an anime -- so that could be amines there that are -- aren't as -- anime bases -- tertiary anime bases -- they could be secondary amines -- they could be a tertiary or secondary anime functionality on a starting material, or an intermediate. So, they are in the same synthetic process. So, the worst case scenario is when they happen to be in the same step.

So -- I mean, the easiest way to

prevent this would just be to eliminate one of those. So, if you eliminate one of the agents -- one of the precursors, then, theoretically your risk of nitrosamines should -- you know, go away. But that is not always possible. It is not always possible just to eliminate these. There is some chemistry that just -- you know, requires a nitrous aiding agent, or requires anime bases. And sometimes it is just unavoidable.

So, if you have a case where they have to be used together, and you cannot -- you know eliminate one of them, it would be great if you could potentially not use them in the same step. If that is not possible, then -- you know, if the anime functionality is all on a starting material, or intermediate, you might consider -- you know, a protecting group on there. But, being aware that even if you have small amount of an unprotected anime, it is going to still react. So, you still -- if the risk is there, you have to think about what is going to form. And then, you have to have a strategy of determining whether or not it did not. If it did, to

what extent.

If you cold -- if the risk is that there is a nitrous aiding agent in one step, and the anime in several steps later, one thing that we found was industry was being surprised quite frequently they were getting nitrosamines, but if you looked in the synthetic scheme, they were not actually in the same step. They were actually separated by multiple steps. And there were actually -- you know, several workups in between. And what we discovered was that things travel through your process a lot farther than you think.

And so, what I tell industry when I am talking to them, is you have to think wholistically. You have got to look at the whole process. You have to think about what is in there, and you have got to understand how it is traveling through your process. So, even if they are not in the same step, they could potentially be traveling through and interacting more than you think.

So, the other thing that we were surprised on in this -- discussed in the sartans case,

the -- there was nitrous acid that was deliberated added -- it was actually nothing to do with the chemistry. It was actually a cleanup step, because they -- there had been a reagent that was using that was needed to be destroyed. Nitrous acid was just there to basically destroy that reagent. Unfortunately, they had also used some tertiary anime bases.

And so, a lot of companies -- you know, they were able to use that outside the process, because it was just a waste management step. And so that was simple. And we all thought, well, that is great. They have removed one of the precursors. Things should be great. And yet, they were still seeing some nitrosamine formation. Obviously, much less. But it was still there. And after further investigation, it turns out that one of the reagents, sodium azide, has a considerable amount of sodium nitride in it. So, while they thought their process was nitrate free, it actually was brining in quite a bit.

And so, that is another tricky part --

is you got to understand where these nitrous aiding agents -- or amines might be getting into your process as impurities. So, again, a wholistic thinking. What exactly is coming into your process? What is in it?

In the case where these are coming in as impurities, a lot of times people were able just to put -- you know, a limit on that reagent for that particular impurity, and they were able to show that when controlled at these levels, nitrosamines were not really a big issue.

Another one that we have seen a couple of times -- and again, nitrous acid is the -- probably the most common nitrous aiding agent we have seen. We have also seen some nitrosamines forming because some APIs had some residual amines in them, and then, they were put through a fluid bed drier. And this is a known issue with the malting process. You know, if there is nitrous oxides in the air in the malting process, they know they can get nitrosamines. Well, the same things with a fluid bed drier. On a couple of occasions, we have seen -- where there were some residual amines in the API, and then, what was put

through the fluid bed drying process, they actually were picking up nitrosamines.

So, again, it is a -- kind of, an exercise in thinking wholistically about the whole process. Not single steps, not just single reagents, but thinking about how the whole thing comes together, and how it all interacts.

Another place we picked up nitrosamines -- and sometimes they are actually intermediates -- or they are actually -- you know, on the starting shelf. So sometimes they are part of the process. And in that case, it is a little easier to control, because you know it is there. And then, it is just a matter of making sure that you have the control strategy that -- you know, controls those at an acceptable level.

And, as to the question, can we just eliminate them entirely, that is our hope. For the last two years, that is what we have been hoping -- is can we just eliminate them entirely. And in some cases, yes. They have been, by eliminating the precursors. Sometimes people have added just extra

purification steps, and they have been able to get those levels down to where they are either undetectable, or below a level that we are concerned.

But these are good questions. They are ones we are still dealing with. They are ones we are still learning about. And the longer we go, the more we learn.

But, anyway, that is what I have to share. So, thank you.

DR. ATRAKCHI: Thank you, very much, Dr. Johnson.

Dr. Dorsam?

DR. DORSAM: Well, good morning, and thank you. So, this is a fantastic question. And the first part of the question regarding what are the possible approaches to consider in order to reduce nitrosamine formation, I do have to say that I look to Dr. Keire and Dr. Johnson for answers to that question frequently. And they have outlined many of the different routes of formation, as well as mitigating strategies in this response, but also in many other forums.

Coming at this from a pharm/tox perspective, I would say that the two real key approaches -- I have two things that come to mind. Number one is awareness. And what Dr. Johnson said is that there is a need for a wholistic approach to one's drug product. That is a key element, because it is not one particular root cause. There are several potential contributors. And so, I think awareness that there are many potential places where nitrosamines might be forming in a product specific manner. That awareness is key to then, mitigate. And mitigate would then go towards -- you know, where is the root cause, and modifying the factors. So, I think, full awareness is a critical first piece. And then, mitigation, thereafter.

And I focus a little bit more on the second part of the question. Can nitrosamines be eliminated completed from the API or drug product? And I think that in some cases the answer is, yes. Nitrosamines can be eliminated. Although, we have -- eliminated is really not detected according to an assay that is appropriately sensitive. So, qualifying

it that way, we have seen that it can be eliminated from some drug products and APIs. I think it is accomplished through identifying the risk, understanding the chemistry, and then, making adjustments to reduce the risk of formation. And it is has been a credit to good science and good manufacturing -- good drug manufacturing, that we have been able to see nitrosamines can be eliminated in some cases.

I focus a little bit more on some of those other cases that we are still working with right now. There are some drug products where mitigation presents more challenges. And in that case, then we are looking more heavily at that risk/benefit scenario for a particular drug and a particular population.

In those cases where that mitigation is more complex, we are working in pharm/tox very closely with our chemistry colleagues, with our clinical colleagues, drug shortage staff, as well as compliance colleagues. In order to really understand the feasibility of reducing nitrosamines in these complex cases -- to understand the medical necessity of a drug

for a particular population. And then, not only the medical necessity, but what is the appropriate balance of risk from the impurity, and the benefit of that drug. So, this is something that is multi-disciplinary in nature. It is complex. It is very drug specific. And we engage in that sort of discussion on a case by case basis.

I think it remains to be seen whether some products can fully eliminate nitrosamines. But we are certainly going to continue on working in a multi-disciplinary fashion, and with international regulatory bodies, to really ensure that we are maintaining that right balance of safe drugs. Again, really trying to inform the risk, because I am coming at it more from a pharm/tox perspective.

So, whether they can be completely eliminated or not -- our focus is to inform the risk. And I think that we are looking to identify what is a one in one hundred thousand cancer risk for these drugs. We have heard about this over the last two days. We have posed some questions to the panel that we are grappling with on a frequent basis. We have

plenty of data to support that these are impurities that are potent carcinogens across many species. And we will continue to use all available data to identify what is the risk of a particular compound.

In cases where there is carcinogenicity information, we will use that data to inform what is a safe level for a drug. We will use data -- you know, in a surrogate approach to identify where there are imperfect carcinogenicity data. We are continually focused on how to appropriately characterize the risk and potency of compounds, and both for cases where there are plenty of data, as well as where there is none. So, we are going to do the best with all available information for those cases where nitrosamines cannot be eliminated.

So, we are focused on risk characterization. We will maintain a one a 100,000 cancer risk threshold for these impurities in drug products. We will certainly take the advice of the panel into consideration, interact with our national regulators in order to continually move through how to grapple with these nitrosamines as a broad issue,

which impacts a bunch of the -- many different drugs. Because, ultimately, we are going to keep our focus on acceptable risk, in light of all the available information.

And so, with that, I think I have finished my comments, for now. And I will pass it back to Dr. Atrakchi.

DR. ATRAKCHI: Thank you, Dr. Dorsam.

Dr. McGovern?

DR. MCGOVERN: Yes. Thank you. And good morning. I think the previous responding -- you know, really covered the issues well. You know, and again, coming from a safety perspective on this issue, and -- you know, and similar to Dr. Dorsam, really more focusing on the latter question of -- you know, can nitrosamines be eliminated. And I think as we have heard -- you know, with sufficient time and effort, yeah. Probably in most cases nitrosamines can be eliminated. And some of those cases that effort is -- or the required effort is going to be less than other cases, you are also dealing with issues such as -- you know, as we have talked about contaminations

in solvents, what water sources you are using -- you know, possible presence in excipients can be a complicating factor. And sometimes -- you know, it is unavoidable in order to be able to synthesis your API. And sometimes, as Dr. Johnson had mentioned, some changes that are made to try to avoid nitrosamine formation, may have unintended consequences that -- you know, lead to issues.

And then, of course, as analytical techniques improve -- you know, where you once thought you did not have any nitrosamines present, and the lower you look, the more likely you may be to find them at -- you know, very low levels. So, the question can really be -- you know, do they need to be completely eliminated in all cases in order to maintain patient safety? So that overall risk/benefit concept that Dr. Dorsam was -- you know, speaking to.

And at a certain point, the effort to eliminate nitrosamines may exceed the corresponding impact on patient safety. Given the multiple way in which people may be exposed to nitrosamines -- you know, we have talked about over the last day and a

half, or so -- you know, such as food, water, polypharmacy being another one -- it seems reasonable that drug sponsors implement appropriate quality be design -- or GMP approaches in order to -- you know, try to avoid the presence of -- or formation of nitrosamine impurities -- you know, as best they can -- and with due diligence, in terms of the supply chain, as well.

However -- you know, as we have seen, these impurities may be difficult to control, or predict, even, in certain circumstances. So -- you know, we need to balance the efforts required to control impurities versus the overall impact they would have on patient safety, so that we are not -- you know, over expending resources unnecessarily on this particular issue, when they could be better used elsewhere, in terms of -- you know, the public health issues involved with drug development.

As Dr. Dorsam mentioned -- you know, we have identified acceptable intake levels for various impurities, to date. More will likely be generated in

the future. And we have done a lot of work in this area in conjunction with regulatory partners around the world. In general, if a sponsor has demonstrated a reasonable effort to avoid or control these impurities, and the impurities are controlled within the AI limits as indicated in -- you know, our guidance and other regulatory guidance documents -- that level of control -- you know, certainly seems to be reasonable.

We have had -- you know, discussion over the last day and a half -- also taking into consideration -- you know, TD50 approaches, versus benchmark dosing. We can consider to take a look at that, and consider -- you know, those differences, and what impact they may have on -- in terms of acceptable levels. As well as -- you know, assessment in conjunction with -- you know, dietary intake levels, and endogenous production. And certainly, we have talked about -- you know, what data gaps may be present in those cases.

So, I think -- but you know, certainly is a start, those -- if you know, impurities are

controlled within those AI limits, that seems to be -- certainly, be a relatively safe level of control to being with. But certainly -- you know, if steps can be taken to completely avoid the presence of the nitrosamines, I think that is better for everybody. But as we all know, that is not always possible.

So, thanks.

DR. ATRAKCHI: Thank you, Dr. McGovern.

Dr. Hecht?

DR. HECHT: Yes. I think the key factor that was mentioned earlier is awareness. And if we have awareness of the possibility of nitrosamine formation, I think in most cases it can be mitigated. I think the sartan example is a good one -- where there was not sufficient awareness that when using sodium nitride to destroy the excess azid that was used to make the triazole in the -- that is in the drug, that -- you know, nobody thought about the fact that nitride can lead to nitrosamines by reacting with a small amount of impurity in the solvent. So, I think, now, we have awareness of this possibility, which should lead, presumable, to much less of a

problem.

I suppose there is some cases where, perhaps, the formation of nitrosamines cannot be avoided, due to the particular procedures that are used in the drug manufacturing process. In that case, might have to take other approaches, such as improved purification methods. But we have the tools to detect nitrosamine impurities. And very well, that whole -- and presumably, at this point, we should have the awareness to avoid their formation.

Thank you.

DR. ATRAKCHI: Thank you, very much.

Dr. Adamson?

DR. ADAMSON: Yes. Thank you. I would agree with the previous commentors. And I would say that it basically involves good manufacturing processes and practices. And good manufacturing practices include quality management, sanitation and hygiene, building and facilities, the equipment that is being used, the raw materials, the personnel -- and that includes awareness -- the validation and the qualification of the people that are manufacturing.

And it has been mentioned by Dr. Dorsam and echoed by Dr. Hecht, but complete awareness. So, look at the chemical reaction that is taking place. Look at the method of synthesis. Look at the reagents. Look at the solvents. Is there nitride in the solvents? If you are using water, look at the nitride level. And as been mentioned, avoid solvent dimethylformamide, which -- if possible. Certainly, avoid dimethylamine, if possible. And you can -- necessary, if you are recovering the solvents for efficiency, effective recovered solvents. And I cannot emphasize enough, check the contaminated equipment. That needs to be check, is all.

And then, also, avoid processes as has been stated, involving secondary and tertiary means, particular with nitride and other acid conditions. And then, also, check all batches -- and add a medium batches, if possible. And check the status of the -- not only the API, but of the finished product, and check it under adverse conditions, such as excess of heat and moisture. And I think if you do this, you will have checked most of the boxes that are necessary

in order to avoid nitrosamine formation.

Can it be eliminated completely from API and the drug product? That certainly is the goal, but I am not sure in some cases if it is necessary. And then, as previously said, you need to look at the amount, and -- that is present, and you need to look at the risk/benefit of the drug that is being used.

So, those are the comments that I would say.

DR. ATRAKCHI: Thank you, Dr. Adamson.

Any other comments from anyone else on the panel?

DR. EISENBRAND: Yeah. This is -- Eisenbrand speaking. I totally agree with what has been said. And I also agree that I think the driving principal behind mitigation is awareness. And that is what my colleague, Dr. Hecht, has already lined out.

It is extremely important to be aware of all possibilities. One example that has been mentioned by Dr. Johnson was that in a drying process, the air that is being used is not purified, but it is just environmental air containing nitrogen oxides.

And then, we get in a problem you may not have been aware of before.

But there are also some very straight forward things. For instance, the drug diclofenac has normally been formulated as a sodium, or a potassium salt. But in some instances, I do not exactly know for what reasons, it has been used and marketed as a dimethyl or a dialkylamine salt. So, that needs to be checked whether this is really necessary, or it is just probably a me too approach.

So, there are several of these things that can be used. But there are other totally unexpected sources of potential contamination. And one maybe also the use of nitrocellulose in packaging or printing, because it has been found out earlier, already, that nitrocellulose is a very strong nitrosating agent. We came across that because it was found in Europe that -- in cosmetics, the nail lacquers are very often formulated with nitrocellulose. And of course, they contain nitrosamines if they are secondary amines. Yeah.

So, there are expected and unexpected

things. And it is awareness of costs that is driving this mitigation. But one has to be open, also, to potentially unexpected things to scrutinize and mitigate nitroso compound formation during manufacture up to formulation and packaging.

Thank you. That is my --

DR. ATRAKCHI: Thank you. Any other comments?

Okay. There are some questions from the attendees. One of them is, as part of the nitrosamine risk assessment exercise, pharma companies are reaching out to the manufacturer of excipients asking for presence of potential nitrosamines in their excipients. Are these -- are there available data on levels of nitrosamines in excipients? Surely GMP process for APIs should guarantee absence of potential formation of nitrosamines, but the same should be applied to excipients that are much higher in quantity in the drug product. I am interested in the opinion of the experts on this.

Who would like to start?

DR. KEIRE: I guess, I can comment a

little bit. I think that -- you know, the main concern with the excipients is actually the presence of nitride. I do not think we have had any reports of excipients containing nitrosamines. Although, again, if the excipient -- particular excipient contains a secondary amine, and also nitride is present, then it is a possibility.

But the main concern I think that we have had, is that there is nitride present in these excipients -- or other amines that could be oxidized by some means to nitride. And then, that could lead to some chemistry with the API when it is formulated.

I do not know if Deborah, or others want to add to that.

DR. EISENBRAND: Could I ask a question? Is the excipient -- is that filling material? Or what is it? I mean, is it mainly starch, or is it inorganic material? Could you just explain a bit? I mean --

DR. KEIRE: Yeah. I mean -- yeah. There are many, many different excipients. You know, cellulose binders, magnesium stearate, coatings -- you

know, that are -- but for the most part they are not amines -- they do not contain amine. So, they -- you know, as you said, starch, cellulose based binders, that --

DR. EISENBRAND: Oh. Okay.

DR. KEIRE: -- those are the major components. But others should feel free to weigh in as well.

DR. EISENBRAND: I ask this because, we came across years ago that some -- certain inorganic materials -- for instance like bentonites or -- contain nitrogen oxides. So, they appear to be -- as we found at that time, as a source for artifactual nitrosamine formation. They can nitrosate amines. And maybe, they can also nitrosate drugs. So, I think it is important to know that is not the nitrosamine content, per se, that may be relevant. But it is the nitrosating possibility -- those things.

DR. KEIRE: Yeah. And I think that has been our -- you know, our major concern -- focus -- you know, question that we have been trying to ask.

You know, I guess I should say that

there is still a lot unknown, here, right? You know, we are really -- you know, working with the manufacturers and they are doing root cause analyses, we are trying to do -- you know, get better understanding about what is present in these excipients. And you know, in terms of these, kind of, other process related impurities in the excipients themselves, and how that could lead to chemistry in the solid state -- in the tablet -- you know, where -- or in the process of formulation.

So, it is a -- there is a -- still a lot of unknown in this area. We are still learning.

DR. ATRAKCHI: Thank you. The next question is, if nitrosamines are eliminated mostly from the API and/or the drug product, will there be any way to determine whether nitrosamines will form as the drug product sits on a shelf or in the person's body?

DR. KEIRE: Well, I guess I can speak to the first part of that. I mean, the -- you know, the drugs are put on stability testing, right? So, in that, there are, kind of, standard conditions for

that -- you know, 40 degree C, 75 percent humidity, is an example of an accelerated stability condition. And that -- or they are -- you know, put in -- they are just stored at room temperature, at the temperature that they are going to be -- you know, distributed in, in some supply chain. And for the period of time, over the shelf life of the drug, and -- you know, they would be tested periodically, if there was a risk for nitrosamine formation. And so, with that data -- you know, the agency could say, yeah, this is a -- we -- you know, we would approve this drug for this period of time -- you know, to be on the market, right? They would have an expiration date on it -- you know, established with those data.

DR. ATRAKCHI: Thank you. Any other comments?

DR. JOHNSON: Yeah. This is Deborah. Yeah.

And so, there is another thing -- you know, it -- when something goes on stability -- you know, your analytical methods are good for what you are looking for. So, some of the problem, these are

forming in drug products. And you know, if people are not looking for them, and they are really low in level, and they miss them.

But another place you might pick this up is during product development, where you were doing your drug excipient compatibility studies. Especially with -- you know, excipients that are known to have nitrite contaminants. That is another place that you could be looking to make sure that -- you know, you are not picking up nitrosamine formation, there. And you may have to explore several vendors, because -- you know, not every vendor is equal, they may not have the same process in making the excipient. So, that is just another place that you could be looking in -- again, in a proactive manner -- a wholistic manner, to -- you know, you are, kind of, building the quality into the product. Is -- you know, up front, is there a potential for this API -- especially if it has got a secondary or tertiary amine functionality, or you have residual.

You know, a lot of times some of these amines carry over because -- you know, they were used

in the process. If you got residual amines in the process -- you know, are there some excipients that are known to have these nitrite -- you know, contaminants -- you know, do some work up front to ensure that you are -- you know, kind of, picking things up early.

DR. ATRAKCHI: Thank you. Any other comment on this question?

Okay. The next question is, is it possible that nitrosamine impurities in drug products will keep on increasing during the shelf life of the drug product? What if some impurity is below the limit of detection, or tolerable levels, at the time of packaging, and it increased above the tolerable levels after six or 12 months, when it is reached to the consumer? How can you assure stability after a drug is in the marketplace?

DR. KEIRE: Yeah. I think I, kind of, answered this question earlier. I mean, the -- you know, the -- we have to be given data that says that the drug is sufficiently stable, such that -- you know, it -- talking about nitrosamines -- that, that

nitrosamine limits succeed in specified limit over the shelf life of the drug. There has to be data that would show that before the drug was allowed on the market. So --

DR. ATRAKCHI: Okay.

DR. KEIRE: Oh. And I guess -- sorry. The other point there is detectible. You know, it would not be detectible at the initial state, but then it would be detectible later, right? And that goes -- that speaks to the point of appropriate analytical methods to detect the presence, or the absence of something.

So -- and that is a -- you know, we -- you know, the FDA and also, actually, international regulatory partners have, kind of, established limits in guidance documents that say what they would call appropriate, right? I mean, one of those is, kind of, a 30 part per billion bar that has been set. I mean, of course, that might be difficult with a drug that is -- analytically, that might be difficult with a drug that has a very high dose. But for most drugs, that is going to be quite a load limit. And so that

is the approach that is being taken for -- you know, defining appropriately -- appropriate detection limits to say something is absent.

DR. ADAMSON: Yeah. I think the manufacturers might also want to consider the possibility of adding an anti-oxidant to the drug finished product.

DR. ATRAKCHI: Thank you.

Next question is, can stoichiometric ratios between amine or nitride levels be used as a rational to exclude a nitrosamine formation in drug product, considering that sometimes amines and nitrides may be concurrently present in negligible amounts in associated to unfavorable conditions for nitrosamine formation?

DR. KEIRE: Well, yeah. That is a bit of a complicated question. I think it depends on the -- yeah. It depends very much on circumstance. You know, I -- you know, you do need certain ratios to get some chemistry to go, right? So, you know, it -- certain amounts of nitride and amine may be necessary to get significant reactions under -- you know, a

particular condition. So, it is a little bit difficult to answer that question, because of the -- we need -- kind of, need a specific case to talk about, there.

DR. EISENBRAND: Could I comment, just for a second, on this?

I think it is worthwhile for the manufacturers if they are facing such a question of stability -- the one thing, I think, is very clear, if it is only very small, tiny traces of nitrosatable compounds, then, I think it is obvious that there is no risk. But one should also consider under -- you know, if make a false condition storage testing -- storage stability testing, one should think of having such a condition where you have environmental and NOx concentrations. Because, we have found out -- and many others, later, also -- that there is an interaction between solid material that contains nitrosatable and NOx, of course. And you can get them -- the question of stability, then, needs to be widened by this consideration. That it may be that the drug is sitting in a car -- or sitting somewhere

else -- or you have it in a bar, where it is smoking, and this sort of thing. And then, you have the exposure to NOx. And maybe, you can solve the whole thing by using the right packaging, or course. But one should look at this.

DR. KEIRE: Yeah. I mean, I think there is a big focus on -- you know, real world conditions, right? You know, the hot mailbox, the glovebox in the car -- you know, the human bathroom. You know, I mean, if you think about those things -- you know, what does it experience in the truck in the middle of summer in the southern U.S., right? You know, so -- you know, before it gets to the shelf.

So, you know, I mean, you cannot completely model all those conditions. But you know, you try to get appropriate data that can be predictive of stability under a variety of conditions. And you know -- and those are -- you know, have been, kind of, internationally harmonized in ICH documents, about -- you know, which conditions are standard conditions that can be used to establish stability.

DR. ATRAKCHI: The next question is, is

there any information regarding azocolorants and/or colorants with amine groups? Also, colorants normally have a non-negligible quantity of unspecified impurities.

DR. KEIRE: Yeah. I mean -- you know, I -- if the colorant contains -- you know, diethylamino group, or a secondary amine that might be reactive -- you know, that -- you need to look at it through that awareness lens, that we have been talking about, as a potential source of nitrosamine.

I mean, generally, the colorants are there in very small amounts. But you know, again, it is a case by case, kind of awareness question. And an understanding of what is going into the drug. But --

DR. ATRAKCHI: Thank you. Is good risk assessment enough? When should testing for nitrosamines be triggered?

DR. JOHNSON: So, I will give a crack at that. So, if you look at the FDA nitrosamine guidance, it has several steps. And the first one is to do the risk assessment. And it clearly says that if -- when you do the risk assessment, if you do

detect a risk, then you should do confirmatory testing. So, that is confirmatory testing.

So, if you do the confirmatory testing, and you use appropriate sensitive methods, with appropriate limits of quantitation in detection, and you do not detect these nitrosamines, then, you have confirmed that, yes, it was a risk that -- you know, your process has mitigated it, and -- you know, the product does not appear to be at risk for nitrosamines.

But if you do the confirmatory testing, and you are actually detecting these above the limit of quantitation, then, clearly, your process is creating them. And then, you have to move into the realm of the control strategy. And you have many control strategies open to you. And one of those might be -- you know, testing -- you know, putting a limit and a test forward in a starting material or intermediate -- something upstream. Or, you always have the -- you know, the option of testing the API.

So, there is some different ideas of testing. There is the confirmatory testing that has

to be done when you have identified a risk in your risk assessment, that does not necessarily -- you know, result in -- you know, normal -- you know, routine testing in the API.

DR. EISENBRAND: Dr. Atrakchi, may I have one further addition -- information to the former question about the azo dyes?

DR. ATRAKCHI: Yes, please

DR. EISENBRAND: Yeah. The Scientific Committee on Consumer Safety of the European Commission in 2012, I think it was, issued two opinions about nitrosamines in cosmetics. And the first one dealt with azo dye constituents of cosmetics, and -- the risks -- so this is publicly available information to that. Thanks.

DR. ATRAKCHI: Thank you. Considering the surprise, in quotes, nature of materials carrying through more steps than we through, or from coming in with other materials, do we think we need to start testing API routinely?

DR. JOHNSON: I will answer that one, if I can.

So, our goal with the nitrosamine guidance was never intended to tell people they have to test every single batch of API all of the time. You know, that is, kind of, the quality by testing. And I think we are encouraging people to have quality by design -- to build quality into the process.

And so, I think what we have learned throughout this process is, there was just some assumptions that materials were being removed from a step during the workout. That -- you know, nitrites in some of these that they were water soluble -- they were being removed. And I think what we learned was they are not being removed as thoroughly as one thought.

So, again, being wholistic -- realizing that potentially there are these materials -- you know, precursors in the process, then if you understand how they are being purged, then -- you know, final API testing is not necessarily -- you know, you do not have to do that. You might just have a in process control to make sure your nitrite level is below a certain level, or an amine level is below a

level. You might know that -- you know, there is potential for a particular nitrosamine forming in an intermediate step. And again, that could be controlled upstream, using an option three approach -- you know, as an API -- or as an IPC, or an intermediate specification.

So, there was never any -- you know, expectation that people would have to test everything. What we just learned was that things in the process were carrying through more steps than people thought, and that you cannot assume. I guess, that was the bottom line that we learned. Just do not assume. You have to understand the process and the purging capability completely, and then, move from there.

DR. ATRAKCHI: Thank you. Does every nitrosamine demand equal levels of removal or avoidance?

DR. KEIRE: Well, I think I will hand that to my pharm tox colleagues to -- I think -- you know, they have established limits that, kind of, point to the -- I mean -- you know, NDMA is at 96 nanograms as the AI limit, versus NDEA being at 26.5.

So, there is distinction between those two. And, as well as others. So -- but, I will leave that to my pharm toxicologist to weigh in.

DR. MCGOVERN: This is Tim. I can jump in. I -- currently, the identified limits we have in place range from 26 to about 96 nanograms per day. So -- you know, given the uncertainty in all these calculations, you can argue there is really there is not a lot of difference in that at those levels.

So -- you know, there is some differentiation in the approach taken. Of course, those are not every nitrosamine. Those are NDMA, and NDEA are probably the two with the most robust databases. There may be some others out there, as well. Certainly, if we are dealing with a nitrosamine that has yet to be identified, where we identify a significantly higher acceptable intake. Then, yeah, you could -- you know, obviously, you would treat those somewhat differently than you would with the current ones we are dealing with.

DR. DORSAM: That is right. I emphasize that. To say that we have tried to be

mindful about each chemical -- each compound as it comes in, to identify what is the risk associated with that compound. And so, I think, if -- you know, not all nitrosamines are created equal, and there are -- you know, some that are more potent, some that are less potent.

We do know that there is need for care with this class of compounds. And so, we will use whatever data are available to assess the risk for a particular compound, realizing that the risk for this compound may be different than NDEA, or NDMA. You know, we are trying to go mindfully compound specific for each of the products that we are encountering a nitrosamine issue. And I think that we will continue to do that.

DR. MCGOVERN: And as Dr. Dorsam mentioned earlier, you would also -- can take into consideration -- you know, what the drug product is, what the proved indication is for, and potential impact on drug shortages -- you know, especially for severe disease indications.

DR. ATRAKCHI: Thank you. I do not see

any more questions. Does anybody else notice other questions that maybe we can answer at this time?

DR. ZEIGER: This is Errol Zeiger. I have one quick question -- or comment. And it is based on my lack of knowledge about manufacturing logistics. But it can always -- one possible take away from all these discussions is that every manufacturer really needs to have an analytical laboratory to support them. And are there good -- are there analytical methods that they would have to obtain -- have to use, because -- you know, at the levels of nitrosamines that are being measured, one cannot use just any analytical method, but essentially what FDA would consider the state of the art effort. So, is this going to be a requirement -- you know, for manufacturers?

DR. KEIRE: Right. I mean, I think they have to have the technology, and the appropriate analytical tools to make the measurement -- you know, that is fit for this purpose, right? And which is down in the part per billion -- you know, part through million range. So, this is trace analysis that does

require instrumentation.

And you know, we -- you know, the FDA has provided, I think, to date, publicly posted on the website 11 different methods. And certainly, the European OMCL have also provided methods -- made them publicly available on really a wide variety of platforms. I mean, the -- you know, many of the FDA methods -- you know, we, kind of, transitioned over time form using GCMS approaches to LCMS -- high resolution LCMS approaches, because we had that equipment available, number one, and it was best and most sensitive that we had.

And I think, every manufacturer -- you know, has the access to these kinds of labs, or they have contact research organization where they have testing done. And that is the expectation. You know, the first thing you need to do is to have this analytical target for what you need to measure. You know, pharm tox provides us with that underpinning of -- you know, you need to control this particular impurity at this level. You know, whatever it is -- 96 nanograms. And then -- you know, with that

information, the analytical chemist is developing methods that are appropriate for that.

But -- so, I think there is actually a pretty wide range of technology that is available. I do not think that this a real limiter for most pharmaceutical manufacturing firms. So, the technology is there. The methods are available -- publicly available. So -- you know, and that is -- you know, one of the things -- the reason we do that is to, kind of, speed this process. We -- you know, if there is a question if there is a risk, we want them to make measurements and give us the data so that we can be assured that their product is of appropriate quality.

And -- oh. And I guess, one other thing. I want to -- I guess, often times there are too much focus on the ATI, and the synthesis. I think -- you know, we do want to emphasize that the drug product -- you know, and the formulation of that drug product really needs to be considered, as well, because we have cases where the API has no nitrosamines, but then, when it is made into a

formulated product, then nitrosamines appear. So, this is not only on the API manufacturer side. It is also in the drug product manufacturing side.

I will stop there. Thank you.

DR. ATRAKCHI: Thank you, Dr. Keire. One more question. Is -- can the panelists comment on the formation of API related nitroso impurities? What factors contribute to these impurity's formation? Is this a common occurrence across all products? And this is a -- the nitroso group is attached to the API, itself.

DR. KEIRE: Right. You know, I think if you look at the structures of --

DR. EISENBRAND: Ranitidine.

DR. KEIRE: -- many -- yeah. Ranitidine. Yeah. If you look at the structures of many of the drug substances, they have secondary amines that have the potential to react and for nitroso drug substance related impurities. So, this is also a consideration.

And the same question needs to be asked about the drug substance -- the molecule itself,

whether it can -- has the potential to form a nitroso compound.

DR. ATRAKCHI: Would you say this is a common occurrence among -- the last part of the question -- is this a common occurrence across all products?

DR. JOHNSON: So, if I could make a comment. When you are looking at the potential of the actual API forming nitrosamine, I mean, you can really look at the structure. If you have an API molecule that has a secondary amine -- I mean, you have to consider that a nitroso -- you know, API -- you know, degradant might form, because you have got a secondary amine. Especially, if you got one where the alkyl groups are tied back, and the amines is -- you know, really, really out there.

The -- you know, if it has got a tertiary anime -- well, ranitidine had a tertiary anime in it. I would think just from an organic perspective that a secondary amine functionality is probably at more risk than a tertiary amine. But, if the molecules got those function -- those amine

functional groups on it, then you have to consider this, because some of the excipients may contain nitrous aiding agents. Or -- you know, if you are doing fluid bed drawing in the API or in the drug product, again -- you know, if there is NOx available, it is possible.

So, you can literally look at the API molecule and do a real quick risk assessment just based on the actual structure.

DR. ATRAKCHI: Thank you. So, I think to summarize the -- really, this question, it is awareness, and it is wholistic approach. To me, it is all about chemistry. And we have the state of the art tools in the 21st century, and very sophisticated techniques that could eliminate -- or, at least, extremely minimize the levels of nitrosamines in pharmaceuticals. And certainly, the evidence for the sophisticated techniques, at least in the late 90's and early 2000's, is the food manufacturing and processing. It has -- it is a success story that really led to extremely lowering the levels of nitrosamines in foods. And I believe this can be

achieved with drugs, as well.

We are close to 12:00 -- I am sorry. Go ahead, Dr. Keire. Please.

DR. KEIRE: Well, I guess I just wanted to add to that. I think that is a really pertinent comment. I mean -- so, we are not the only industry -- you know, the pharmaceutical industry -- that has had to manage this -- you know, not having nitrosamines present in the product. And I think -- you know, that Dr. Eisenbrand has already -- you know, presented on the malt kilning step in beer. And you know, I was actually reading about this. And it used to be that -- you know, there was microgram per liter of nitrosamine -- NDMA present in beer because of this particular step. But then, when there was knowledge gained about this step and this process, then they ultimately eliminated that. And you know, more recent surveys of beer show almost no nitrosamines.

And so, I think -- you know, it just is -- you know, the food and beverage industry has gone through this transition the pharmaceutical industry is now facing this same task. But it is not

unachievable. Other have -- you know, succeeded in eliminating or minimizing the presence of these things. So, I remain hopeful that the pharmaceutical industry can be the same.

DR. ATRAKCHI: Fully agree. Thank you, very much.

It is almost 12:30. We will take the lunch break from 12:30 -- or from now, until one o'clock. And we will resume -- we have some other questions -- just follow up questions from yesterday, as well as today, that we can provide to the panelists to answer. And then, we can wrap up.

Thank you, very much. Enjoy your lunch.

(off the record)

MS. PAINTER: Good afternoon, good evening. We are back. It is 1:01, here on the East coast.

DR. ATRAKCHI: Welcome back for the last part of the second day and final day of this workshop. What I would like to do now, is we have some of the questions from the attendees, that

includes both from yesterday's discussion, as well as today. I would like to go over those. And that way we have a full discussion of everything that has been -- that is interesting and important to everybody.

The first question is, can you see a correlation between nitrosamines and radiation safety? Would the linear no threshold model for radiation safety be applicable for nitrosamines moving forward? Therefore, for drug manufacturer, we essentially have to eliminate the potentials for nitrosamines formation for a drug to be considered safe. Or, essentially, also, adopt the as low as reasonably applicable principal.

Who would like to start this discussion? Anyone?

DR. EISENBRAND: Maybe, I start?

DR. ATRAKCHI: Yes.

DR. EISENBRAND: I think there is a difference between radiation safety and the dose response towards nitrosamines. I would say for pharmacologic reasons, there should be somewhere in

the dose response curve of nitrosamines, a threshold where the dose is so low that no measurable -- let's say, DNA damage is to be seen. And if we agree that DNA damage is a very important point used as a biomarker for the potency as one may say -- yeah -- reflecting to biological activity on the target DNA, then we -- I think, now adays, will have the means to find out such a dose level, where DNA damage is negligible -- in a sense that it is just diving in the background DNA damage we have anyway. And this is a possibility that definitely deserves research and investigation. And I think with today's instrumental analysis means, we can do that. We have done this, for instance, for acrylamide, where one easily can follow down the dose response down to a level where the ancillarisation, in that case dives into the background of -- into the biological background, more or less. So that is a difference to -- you know, radiation, in that sense.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand.

Anyone else would like to comment on

this?

DR. EISENBRAND: Just perhaps, to add on it, that is why I think a no risk level would be the -- as low as reasonable achievable would be the way to go in this question.

DR. HECHT: I basically agree with this. But I also recall the conclusion of the -- of bio assay of dimethylnitrosamine and diethylnitrosamine by Peto, and Grasso, and others, in which they concluded there was no evidence of a threshold. So, I do not know that we have the data to really establish a no risk level for compounds like dimethyl and diethylnitrosamine, as an example.

DR. EISENBRAND: Mm-hmm. Yeah. I totally agree, Steve. I think, this would, perhaps, cover dose ranges that are below the manifestation of tumors. So, in other words, one could, perhaps, follow down by studying DNA alkylation to further down dose levels, until one reaches, perhaps, somewhere a level where it really is insignificant from the physiological background of DNA alkylation. That is what I mean, actually.

DR. HECHT: Right. Yeah. I agree.

DR. EISENBRAND: By the way, Dr. Atrakchi, when I -- there was also a question concerning the acceptable intake estimates -- the default acceptable intake estimate -- estimated some type of -- this alluded to the big difference between nitrosodimethylamine and nitrosodiethlyamine. And actually, I think this shows the difficulty of relying on the TD50 when determining such estimates, because it would mean -- it would reflect a more than -- about a three times higher potency of diethylnitrosamine, as compared to dimethylnitrosamine, if you look into the pository of 96 nanogram per day for dimethylnitrosamine, versus 26.5 for methyltyrosine.

And that is why I favor, really, the BMDL 10 values, because if you look into the BMDL 10 values, they reflect much better. The vicinity, so to speak, of the biological effects of dimethyl and diethylnitrosamine, of course, still showing that diethylnitrosamine is the more potent with BMDL value of 18 microgram per kilogram, versus the BMDL 10 of n-nitrosodimethylamine of 27. But it is a much

smaller difference as the one from the default acceptable intake estimates, based on the TD 50 -- just as a general note of caution from my side.

DR. MCGOVERN: Dr. Eisenbrand, this is Tim McGovern. Just a follow up question regarding benchmark dosing approaching.

I think a good argument is made for using the entirety of the dose response curve as the benchmark dose uses. We get into some subjectivity and variability as -- you know, as you use that data, then, to support calculation of a PDE -- permissible daily exposure level. And the application of uncertainty factors -- and depending on what level of uncertainty factors you use across the various factors that are applied, you can end up in a wide range of permissible daily exposure levels.

And you know, often times -- you know, especially with nitrosamines, they can be -- even in a fairly conservative approach, you can up in an PDE that is -- you know, significantly -- you know, in least in order of magnitude greater than the AI calculation. Do you have any comments, or any of the

other panelists, in terms of -- you know, using that approach and the application of uncertainty factors, and differentiation or the difference in the PDE versus AI levels, that are the outcome of those calculations?

DR. EISENBRAND: Yeah. As I mentioned already, I think that unsafety or safety factors are default factors. Like, the AI values. And maybe the BMDL values are -- you know, considering the much more important portion of the dose response curve, as far, of course, as they are available. That is just the case for very few of the nitrosamines, like ethyl -- diethyl and dimethylnitrosamine. And, you know, that is why I think these BMDL 10 values reflect better the potency differences, as the AI estimates derive to.

DR. ZEIGER: This is Errol Zeiger. I might say, just as an aside, the genetic toxicology community has been moving more and more towards the use of BMDL for in vivo comparisons. There are some recent publications by Ilsey -- I do not remember who the first authors were -- that show that the BMDL was much more stable and useful than LOEL, or other

measurements. And the group at Health Canada, led by Paul White, in Ottawa, has been looking at BMDLs as a very effective for comparing related chemicals, such as polycyclic aromatics in vivo. But also comparing responses in different tissues -- you know, from the same animal. So, hopefully, in the future, more and more gene tox data will be coming out as -- with BMDL calculations, instead of just LOEL, or just -- you know, maximum response calculations.

DR. EISENBRAND: No. I agree. EFSA -- it -- the same, actually -- favoring the BMDL process.

DR. ATRAKCHI: So, in general, how would the results compare, that are available for the same compounds -- how do they compare between the BMDL and the TD 50? How far are they off? Or are they comparable?

DR. EISENBRAND: No. They -- the AI estimate reflect the TD 50 values in a way. You know, they are derived by exultating to one in a hundred thousand risk. And there is a big difference in the AI values between dimethyl and diethylnitrosamine, not reflecting the true biological difference and potency.

They are much closer. Of course, n-nitrosodiethylamine is more potent. But not by a factor of three.

DR. ATRAKCHI: But I also think the values -- the limits will go much higher for the -- for -- maybe not -- I mean, maybe not all nitrosamines, but the NDMA and NDEA, if you use BMDL. They are probably going to be even not in the cohort of concern if you use the BMDL. And that is a fairly big jump from what is indicated in M7.

DR. EISENBRAND: No. The way out -- and so for instance sabers, is that they say we do not take any acceptable intakes for these compounds -- for the cohort of concern compounds. We just calculate -- or -- yeah -- derive the distance between the 10 percent, or you may take a five percent BMDL, where you -- and the consumers exposure. And in a general -- a very general way, they say if the distance is more than 10,000, then there is no concern. Very -- as a -- over the sum --

Here, we are not totally at the 10,000. We are between -- I would say, 6,000 and 10,000. But

there is a big difference, still, between.

DR. ATRAKCHI: Right. There was a question earlier this morning along these same lines for NDMA and NDEA. The question is, can one of you address why NDMA is considered one of the most concerning nitrosamine impurities based on discussion during the day, day one, when it currently has an AI of 96 nanogram per day, versus NDEA and others that have a lower AI, at 26.5? If NDMA is of a greater concern, why does not -- why it does not have a lower AI?

DR. EISENBRAND: Yeah. That is what I have just addressed with my remark to the AI estimates and the BMDL 10 models that actually are, in that case, more realistic.

DR. ATRAKCHI: Right. I just thought I should read the question from the attendees. Thank you.

The next --

DR. MCGOVERN: And this is Tim. I think it --

DR. ATRAKCHI: Yes?

DR. MCGOVERN: -- might be safe to say that they are both highly potent. And you know, with these types of calculations, I would suggest there is not a big difference between 26 and 96 nanogram per day, in terms of potency, because there is a lot of uncertainty around those values to begin with.

And -- you know, I guess, in terms of endogenous levels, maybe more of the focus is on NDMA just because that has been the more commonly observed of the nitrosamines.

DR. EISENBRAND: Yeah. That is really fair. I think -- I agree, totally. But you know, this raises such questions. Let's see -- these estimates. I agree with you, that, that is not a big difference, actually.

DR. ATRAKCHI: Certainly, considering the dosimetry and the tumors that they both induce, fully agree that these numbers are not very meaningful between the two. They both are very potent mutagens and carcinogens.

The next question is, can panelists comment on the use of incorporating normal variation

in DNA repair gene expression in humans into risk assessment models? Anyone would like to comment?

DR. KYRTOPOULOS: Can I respond? This is Kyrtopoulos. Can you hear --

DR. ATRAKCHI: Yes, please.

DR. KYRTOPOULOS: Yeah.

DR. ATRAKCHI: Yes. We can hear you. Thank you.

DR. KYRTOPOULOS: Yeah. Okay. Well, first of all, first question is, which DNA repair genes we are speaking about. Among the nitrosamines, which are found in drugs. MGMT is one that we discuss a lot. And it is relevant to carcinogenesis by the methylating or, maybe, the ethylating agents, also. But we do not know it is all in connection with carcinogenesis by other longer chain nitrosamines, which are found as impurities in drugs.

It is quite probable that their pre-carcinogenic DNA damage is -- may well be repaired by other mechanism -- like, the excision repair mechanisms.

So, in contrast to MGMT, which is just

a single gene, excision repair involves multiple steps, multiple genes, and there, one has to start asking which genes to use are markers of repair efficiency.

The other, and probably more important issue in my -- problem, in my opinion, is that whereas in simple animal models we can see, clearly, the affects of DNA repair variation. Animals overexpressing MGMT, for instance, are resistant to NDMA carcinogenesis, and conversely MGMT knock outs are much more susceptible -- the -- in the case of carcinogenesis in man, in human populations, it is much more difficult to come up with relationships between the moderate -- I mean, the normal variation in DNA repair and a carcinogenic susceptibility. There are rare cases where there are, again -- there is genetic lack of some genes, which result in serious cancer susceptibility. But those are fairly extreme cases. Especially for -- I mean, in the case of smoking related cancers, there is some knowledge about the variation excision repair and its impact on susceptibility. But, if we speak about nitrosamines,

we cannot really point to a specific cancer which we believe is caused by nitrosamines, so as to be able to investigate in a quantitative way, the relationship between the variation in DNA repair and risk, so as being incorporated in risk assessment.

So, I am afraid this is just not possible. Thank you.

DR. ATRAKCHI: Thank you. No comment. I will go to the next question.

My understanding is that the use of linear extrapolation from TD 50 to one in 100,000 risk assumes that there is no impact of DNA repair on the dose response curve. If that is the case, why would the setting of less than lifetime limits be based on an understanding when repair is exceeded?

DR. BUCHER: Oh. If I -- maybe, I can take a stab at this one. I think those two are actually unrelated. I think that the issue of less than lifetime involving some concepts of where repair processes might be exceeded were in those situations where there was quite a large potential dose of nitrosamine given for a very short amount of time.

And in our -- in my discussions of this, and in our -- what I think we were talking about, was given situations where nitrosamines might be present in drugs at the acceptable intake level, or not much higher for short periods of time -- that these kinds of concepts would not necessarily apply where DNA repair processes would be exceeded.

So that was the way I took that question.

DR. KYRTOPOULOS: Yes. May I follow up on that?

DR. ATRAKCHI: Yes, please.

DR. KYRTOPOULOS: Yes. In fact, I think I pointed out rather the opposite. That we are in the dose -- in the linear dose area of the dose response when we are speaking about exposure levels, which include exposure coming from the environment and endogenous sources, even if we are over estimating that kind of exposure. Plus, the exposure that would come from the drug if we had imposed the standard risk assessment level -- 10 to the minus five -- that was well within the linear area -- really, a part of the

dose response curve -- so that even if were to exceed that within certain limits, obviously -- but even if you were to exceed that, we would still be -- by applying the LTL approach, we would still be in the dose response -- in the linear part. And that is why I had said that from the point of your DNA damage, LTL -- application of the LTL approach would be permissible. The reservation I expressed was that we do not how the other factors which affect cancer risk -- other biological processes, like -- sorry -- cell replication, DNA adduct formation -- how they respond to increase doses. But from the point of view of DNA adduct formation, we have -- suddenly, we are not suggesting by applying LTL we would be risking running into conditions of exhaustion of repair. No.

DR. ATRAKCHI: But the conclusion from what you said, Dr. Kyrtopoulos, is that with all these reservations and concerns you have, the conclusion is that it is not a good idea, because of these other unknowns that involved. It is not a matter of the exceeding the DNA adduct formation, but it these others --

DR. KYRTOPOULOS: Yeah.

DR. ATRAKCHI: -- factors that we do not know about. Therefore, the less than lifetime approach is not a good approach to use for nitrosamine. Is that correct?

DR. KYRTOPOULOS: Yes. Yes. That is right. I -- if for reasons of expedience one has to use it, it should be used with great cautions, because we do not know how these other biological factors, which are -- make important contributions to the overall cancer risk. Very -- and let's remember -- I mean, we saw some data, yesterday, focusing on the liver, coming from the rat studies. And the liver is the main target for -- of -- let's say dimethylnitrosamine in the rat, and also for -- both in terms of DNA adducts. And -- but also, in terms of carcinogenesis. But that need not be the -- so, in all species. In fact, for example, in the Pattes monkeys, which we have looked at, we see extensive DNA damage, extensive accumulation of O6 methylguanine in many of the tissues. So, if we extrapolate our discussions -- or, rather open up the framework of our

discussions to other tissues, we can see that we are introducing a lot of additional unknowns. How various biological processes in operate in different tissues.

So, we have too many unknowns. And this is why I said that one should take the decision to apply the LTL approach hesitantly. And if they -- we do, it should be with great caution.

DR. ATRAKCHI: Thank you. That is much clearer, at least in my mind. But in that case -- so the O6 adduct formation as biomarkers, may not be -- well, by itself -- on its own, is not appropriate. We have to incorporate many other parameters with a DNA adduct, in order to make it make sense. Does that --

DR. KYRTOPOULOS: Yes. Ideally, this is exactly as you describe it. In practice, of course, we often have to use -- we can only use a limited number of tools, which have certain -- satisfy certain characteristics. And we do tend to use DNA adducts -- especially, if there are others which are involved in -- on the biological pathway, like O6 methylguanine does -- is mutagenic. So, it is thought that it is actually directly contributing to the

generation of the mutation in oncogenes, or whatever else, which eventually drive the carcinogenesis.

So, if we have the opportunity to use it -- and this single biomarker, yes, we should use it. But we should keep in mind the limitations in its use. Yeah.

DR. ATRAKCHI: Very good. Thank you. Anyone else would like to comment on this?

Okay. Next question is, so far it seems that we do not have assuring data for less than lifetime to be safe with higher nitrosamine levels, even with short duration exposure. Do we know thresholds for adduct formation -- or of DNA repair?

I think we probably answered that question.

DR. KYRTOPOULOS: Yes. I think so. And, in fact, I pointed out that we have no evidence as far as O6 methylguanine is concerned of any -- a threshold. If you -- I went into the literature today, actually, because I had seen this question. And I looked up some papers which claim that they see non-linearity in the dose response. It turns out that

every time you see this claim, it is because they used high doses, which were generating so much O6 methylguanine that they were depleting the repair enzyme.

So, if we are speaking about exposures at the levels that we are speaking about -- these low levels, there is no good -- no evidence of a threshold for adduct accumulation.

DR. ZEIGER: Well, actually, there has been some shown of -- a group at University of Swansea led by George Johnson, looking at low levels of alkylating agent, was an inducible DNA repair enzyme. I do not remember which particular one, because I do not have the paper handy. But they did clearly see a threshold --

DR. KYRTOPOULOS: What -- yeah. I remember --

DR. ZEIRGER: -- of a mutation, and of an adduct formation -- or adduct persistence.

DR. KYRTOPOULOS: Was that an O6 methylguanine adduct?

DR. ZIEGER: I think it may have been.

But I -- the paper came out a couple of years ago, and I just do not remember the details.

DR. KYRTOPOULOS: Yeah. Yeah. I do not remember the details. But anyway, other papers which I tried to look up today, it was clear that they were using doses which, in my opinion, were very likely to have been impacting on the methyltransferase levels.

DR. ZEIGER: Oh. Agreed. One of the major problems we face in the field is a lot of the experiments are done at the high dose -- in the high dose, subtoxic range, whereas we are trying to extrapolate -- or draw conclusions from low dose administration, as we would see with nitrosamines.

DR. KYRTOPOULOS: Yeah.

DR. ZEIGER: And we know that once we get to the high dose, we are often not in a linear relationship. But we have to somehow draw a straight line down to zero to do the risk assessment for low doses.

DR. ATRAKCHI: Very good. Thank you. Does the less than lifetime considerations which are

based on extrapolations of wrath data, take into account what Dr. Zeiger said, concerning the inducible enzymes? MGMT is known to be inducible in rats with increasing dose, whereas it is not in humans.

DR. KYRTOPOULOS: I have to come in here. May I? I am sorry. I do not want to monopolize.

DR. ATRAKCHI: No. Please, go ahead.

DR. KYRTOPOULOS: -- yes. Again, this is a question that drove me to look at the literature today. It is true that in the early days, there was a lot of work done to look for evidence of inducibility of MGMT in experimental animals. And this came because -- you know, the first methyltransferase that was discovered to -- which was repairing all this methylguanine was found in E. coli. It was called the ADA gene. And that was a highly inducible gene.

So, people started to look for equivalents of the ADA gene in animals. And there were papers where people administered diethylnitrosamine, for instance, to rats, and they did find an increase in liver MGMT. But do you know

the doses they used? One paper used five milligrams per kilo, and another 100 milligrams per kilo.

With dimethylnitrosamine, the one that I have found from the old papers, which have found some induction, the lowest concentration -- dose that had been used was one milligram per kilo of dimethylnitrosamine for four weeks.

When we did our study, where we exposed rats through the drinking water to doses of dimethylnitrosamine at the levels in the range which have been used by the -- in the Peto bioassay, we -- excuse me -- and we had exposed for up to 180 days, we found a small increase in liver MGMT, between 15 and 30 percent after 120 days of exposure to, at least, 220 micrograms per day. For a human, that would correspond to 15 milligrams per day for a 70 kilo human.

So below those doses, we have found no evidence of a change in MGMT. So, I take these claims of inducibility of MGMT with a big pinch of salt.

DR. ATRAKCHI: Very well.

When exposure is considered, the low

dose range for nitrosamines? It is a big question. What is a low dose range for nitrosamines, I suppose to induce cancer?

DR. KYRTOPOULOS: Well, I would say -- comparable to those likely to be experienced by humans? Having in mind that a lot of the experimental studies use higher doses, which may distort the picture. For me, that is the primary criteria. And coupled to that, I would say, following on from previous discussion, non-MGMT depleting.

DR. EISENBRAND: I agree totally with Dr. Kyrtopoulos, because we discussed this before, and it was always in relation to human exposure, more or less. That is low dose.

DR. ATRAKCHI: So, I mean, is there a number? What is a low dose?

DR. KYRTOPOULOS: Sure.

DR. ATRAKCHI: A range of low dose?

DR. KYRTOPOULOS: Yeah. If you -- if you look into, as we discussed yesterday -- when you look into human exposure, you end up with at max one microgram per person per day. That is a low exposure.

And that is what we discussed yesterday. And that was meant, actually. At this level, you will not find any induction, or any -- be it repair, or be it a metabolic enzyme. I do not think so.

DR. EISENBRAND: Yeah. I would even go a bit higher. I mean, even within the limits of the possible endogenous exposure that we, kind of, estimate with the tools that we have, which goes up to, maybe -- even a milligram total -- in total. That is a few micrograms per kilo, I guess -- tens of micrograms per kilo. If you compare this with the experimental studies which are being carried out, it is very low. Okay.

So, I would -- personally, I would call even those exposures low in a practical sense. But, I mean, this -- we should not attach to the use of the word, low, any significance in terms of risk associated with it. It is more low in terms of the mechanistic considerations that go -- that we go into, in order to assess the risk.

DR. EISENBRAND: I agree.

DR. ATRAKCHI: Is there any possibility

that activation occurs by enzymes, other than P450 and in organs other than the liver?

DR. KYRTOPOULOS: When we gave MDMA to Pettes monkeys, we saw large levels of methylation in the liver -- the stomach had even higher levels than the liver -- bladder, esophagus, pancreas, uterus, all had high levels of methylation -- and every other tissues we looked at measurable levels of methylation, in contrast to the rat, in which we see methylation primarily in the liver, and much less in the lung, the esophagus and the bladder. I leave -- blood is always methylated. But let's leave that out.

Now, why is it -- where is -- why is there this big difference? Is it that there are other enzymes in the tissues of the monkey? It is a possibility. My own working hypothesis is that, first -- liver, first pass clearance in the monkey may be a little bit less efficient than it is in the rat. So, a bit more dimethylnitrosamine escapes, and has the opportunity to reach post hepatic tissues.

When we gave dimethylnitrosamine together with -- sorry -- with ethanol, which is an

inhibitor of P450 2E1, which is the main enzyme which metabolism dimethylnitrosamine -- we found a small decrease in the methylation in the liver, but an enormous increase in post hepatic tissues. In the esophagus the methylation went up by 20 times.

Again, I do not know whether that means that metabolism in these post hepatic tissues is being carried out by other enzymes. I suppose the ethanol dose that we gave did not kill 2E1, it just suppressed it sufficiently to allow MDMA to through.

But, yeah. I do not know. I believe that in the rat esophagus, an enzyme which metabolizes dimethylnitrosamine have been discovered by Peter Swann some years ago. But -- I mean, there are other people much more expert on metabolism than myself, here. So, maybe they want to comment.

DR. HECHT: There is plenty of data from organ culture studies that extra hepatic tissues can metabolize nitrosamines.

DR. KYRTOPOULOS: But this is why a 2E1 see -- or by a different mechanism?

DR. HECHT: I am not sure whether -- I

do not think in most cases we know what enzymes are involved. There are -- P450 is no doubt. But you know, there is plenty of data from organ culture studies with a variety of nitrosamines, that demonstrate ability to metabolically activate.

But for example, in the esophagus -- the rat esophagus, which a common tissue affected by nitrosamines -- methylbenzyl nitrosamine is a good example. I mean, we know that the rat esophagus can metabolize methylbenzyl nitrosamine to get an O6 methylguanine and other DNA adducts. But we do not really know the enzyme involved.

DR. KYRTOPOULOS: I think, Paul Kleihus [ph] has shown that it is mediated -- and he has also said that is made inside of P450, if I remember that correctly.

DR. HECHT: Probably a P450. Yeah. I do not think we know which one, though.

DR. ATRAKCHI: Are there certain genetic factors that are known to create higher levels of endogenous nitrosamines?

DR. KYRTOPOULOS: I do not think we

know anything about the factors which affect -- or almost anything. We know a little bit. But we really do not understand the determinates of endogenous nitrosation, whether they are environmental or genetic. At least, I do not know any such factors.

DR. ATRAKCHI: Yeah.

DR. HECHT: I think we know a little about diet, and --

DR. ATRAKCHI: Yes.

DR. HECHT: -- formation. I think there is a data on nitrosoproline inhibition by ascorbic acid, for example. I am pretty sure that data exists. In terms of the genetics, I do not think so.

DR. ATRAKCHI: Right. Would it be prudent to determine endogenous levels of nitrosamines in placebo groups in clinical trials for comparison with drug effect?

DR. KEIRE: So, yeah.

DR. ZEIGER: So -- quickly, I would just say, yes, because you are not measuring the drug affect against zero background. You are measuring

against the endogenous background.

DR. EISENBRAND: Yeah. I --

DR. KEIRE: And you should do --

DR. EISENBRAND: Sorry.

DR. KEIRE: Sorry. Yeah. You should do it -- you should do a crossover study, actually, on the same people, right? You know, so control as much as the biology as you can in the measurement.

DR. EISENBRAND: Yeah.

DR. KEIRE: Absolutely.

DR. EISENBRAND: That is a good idea, actually.

DR. KEIRE: Yeah.

DR. ATRAKCHI: Yeah. I think it is a must. The question is, probably that the number of molecules defines the of reactive diazonium or carbonium ions form. Does this -- doesn't this define the potency?

DR. HECHT: Yes. It should. And, I think, again, if you go back to the Peto study, you see -- a linear dose response, I think, down to very low doses, which is consistent with that.

DR. CRONIN: Yeah. I think this question may relate to -- there was some discussion at the end of yesterday's session, on whether we should be using weight -- or molar -- so nanograms, or micrograms, or molar values. So, yes. I would agree. It does. And it does bring into mind the use of the correct units for setting limits.

But regulatory units tend to be by weight, rather than by molar units. But for QSAR modeling, for instance, and for comparing between molecules, we would prefer to use molar units.

DR. KEIRE: Yeah. I mean, I guess, the comment I want to make is that, as a chemist, I am very comfortable with either of those, right? And molar units is just fine. But, I guess, in terms of public communication, people do not understand, sometimes -- you know, those terms. Or they do not think that way. And so -- but they do understand a weight. I do not even know if they even understand what a nanogram means, in terms of weight.

You know, but it is -- you know, in terms of communication, weight is easier to understand

by a bigger group of people.

DR. ATRAKCHI: TD50 and the CPDB does consider timetable data, whereas this is normally not done for the BMDL. How does this affect comparability?

DR. BUCHER: So, I looked at this question, and I -- it puzzles me a little bit, because I am not sure what timetable really referred to in either the enervation of the TD50 methodology, or in BMDL.

The Peto's group in developing the TD50s came up with a lot of corrections for comparing studies that had short period of dosing and various periods of observations. And maybe took into -- difference in, whether tumors were considered incidental, and not necessarily fatal -- or considered fatal. Things that we have also used in NTP and earlier days.

I think, though, that most of the studies, now -- certainly, the one that we have done at NTP, have shifted over to doing -- calculating an individual survival based risk for each animal,

depending upon when it died in during the course of the study, whether it was during the study, or at the end of the study. And these risks that would then be taken into consideration in determining a survival adjusted incidence factor -- which is then the appropriate metric used in BMDLs.

I do not know that this is in any way shape or form possible to retrofit on the TD50 calculations. But I have doubts -- serious doubts. But that is the only way I could understand that, that question might be interpreted.

DR. ATRAKCHI: The panel suggests that we should control nitrosamines in pharmaceuticals to zero exposure. However, proving zero is impossible given nitrosating agents -- nitrites are in water, excipients, so forth. Also, to show the absence of nitrosamines require an analytical limit. Shouldn't we be focused on the determining safe level of exposure, versus zero?

I think we have discussed this. But anyone would like to comment on this question?

DR. KEIRE: I guess I would say that

zero is preferred. When we cannot get that, we will take it below the acceptable intake.

DR. ATRAKCHI: Yes. I think that is the whole point -- is they should not be there. And I do not know if zero is a very absolute number. But --

DR. MCGOVERN: I guess, the main issue is -- it is difficult to prove zero.

DR. ATRAKCHI: Right.

DR. MCGOVERN: It is all based on your analytical --

DR. KEIRE: They are not --

DR. ATRAKCHI: It is all just the analytic method.

DR. KEIRE: They are not detectible by the appropriate analytical method.

DR. ATRAKCHI: Exactly. Right. Good.

The use of -- sorry -- if an API could potentially form a nitrosamine, wouldn't it be observed in toxicology studies, because endogenous formation is more probable than exogenous conditions? That is the question.

Any of the toxicologists or biologists

can answer this?

DR. EISENBRAND: I think that is -- if I may -- that is very difficult. We normally do the tox test in rats, or in animals, at least. Or -- and they are, of course, quite big differences between the rats and humans, in terms of nitrate, nitride, and nitrogen oxide metabolism, so to speak. So, rats, for instance, do not circulate in saliva nitrate as far as we know. And there are other differences.

So, I would not take this form an animal experiment as it guaranteed a nitrosation does not happen in humans. And that, of course, depends also from the nutritional status. You have a totally -- normally, a very different nutritional status between a rat experiment -- or rat populations and humans. Especially, with a -- of nitrate from vegetables. But.

DR. KEIRE: Yeah. So, I recall a comment that I heard that humans are a poor model for rat physiology. So -- you know, this is always going to be a gap that is present. You know, and the practical matter is sometimes you cannot test -- you

cannot do toxicology tests in humans. So --

DR. ATRAKCHI: The next question is the use or surrogate compounds has been discussed in relation to API related nitroso impurities, which could potentially form, in terms of setting limits and evaluating their carcinogenicity affect. When it comes to determination and control of such API related nitroso impurities, is the use of surrogate compound in method development, validation, and quantification, recommended? If yes, what aspects would you recommend that should be taken into account regarding this election of the appropriate surrogate, in terms of uncertainty factors, or setting method parameters, and etcetera?

I guess, this is specifically in relation to an API related nitroso. What surrogates, I guess, would be appropriate in setting the limits.

DR. CRONIN: I am not sure -- quite sure who -- or the surrogate means a read-across analog, which takes us back to the discussions we had earlier. In which case, it is one way we can demonstrate formalities of mechanism action and

structural similarity. Or whether there is some thoughts of the surrogate may mean it has the same drug action -- similar API. In which case, is a very different scenario.

That is how I start to think about answering this question.

DR. ATRAKCHI: Thank you. I think the next one -- I will read it. This is -- it is a follow up from yesterday's discussion about whether acceptable intakes for more complex higher molecular weight in nitrosamines should be addressed differently than low molecular weight nitrosamines, such as MDMA and MDEA. Specifically, in the case where a novel higher molecular weight nitrosamine is encountered in a drug product for which the carcinogenic potency is unknown, should the default AI -- 18 nanogram per day for EMA, or 26.5 nanogram per day from FDA -- be applied on a molar basis, rather than a mass basis -- parenthesis, 259 picomoles equals to 26.5 nanogram of NDEA -- to account for active site of NMO group, rather than the molecule's mass? AI based nitrosamines can have two to five times molecular

weight than the simple nitrosamines.

DR. HECTH: Sure. On a molar basis. It makes sense. It is the nitroso group, and the carbons that are alpha to it, that are critical in determining whether there is going to be activity or not. And the rest of the molecule, will -- sure, will play a role in the activity. But I think, at a first approximation, you would want to go on the molar basis, not just by molecular weight.

DR. ATRAKCHI: Any other thoughts? Thank you, Dr. Hecht.

DR. CRONIN: Yeah. I -- again, we are back to considering the whole question of the limits, and the unit in the limit. And really, to answer this question, you would have to say, is the -- my understanding of the question -- I apologize if I am misinterpreting -- is the limit, in itself, protective, and is that the most conservative limit we want, regardless of whether it is calculated in nanograms or molar value.

So, that is how I would think about it, just in terms of being precautionary.

DR. ATRAKCHI: Right. The next question is, it appears from the discussion that read-across, QSAR, and Ames data will not be sufficient to classify novel nitrosamines as low or no carcinogenic potential. What studies would the panelists recommend to definitely classify a novel nitrosamine as low or no carcinogenic potential?

DR. CRONIN: Again, I hope I was not that pessimistic about how we can use QSAR and read-across. I think there are possibilities for classifying a compound using good read-across, supported by good QSAR modeling, which could be modeling of the metabolic step, for instance, and Ames test data.

I think the caution I had was that we required more evidence -- more certainty to able to classify something as no or low toxicity, regardless of any point. So, I think there are possibilities to do it. I think we can be guided by the structural activity, here, as well as other information. Otherwise, you will be in the situation where everything you want to classify as no, or low toxicity

will have to be tested. I think we can move away from that paradigm.

DR. BUCHER: So, Dr. Cronin also mentioned the fact that problem formulation is very important in that kind of situation. And I would agree that -- you know, you have to, sort of, play out the whole possibilities associated with a potential contaminant that you are -- that is not recognized yet as to whether it is a carcinogen or not. Look at the potential concentrations of the material, and then, make some expert judgments based on -- you know, what is known about the chemistry of the material.

But I -- you know, as an organization that does two year bioassays, faced with the potential problems of many, many nitrosamines coming down the pipe, it is just not an attractive solution.

DR. ATRAKCHI: Any other questions that I may have missed, or any that came from the attendees -- my colleagues who are following on those? Or any other questions from the FDA to the panelists?

I think, if none, it is a -- we are a little bit early -- earlier than with the time allowed

for this workshop. But I think to make things -- there is one question.

If a novel nitrosamine tested negative in the Ames test, what modification to standard protocols would you recommend to make sure it is an Ames negative?

We have discussed changing the S9 from the rat to mouse or hamster. Any other recommendations?

DR. ZEIGER: So -- yeah. This question has come up before. Right. And if I saw a nitrosamine function on the chemical, I would do a quick test using just TA1535, TA100, and rat liver S9. That seems to be the most useful combination for detecting nitrosamines.

The rat is less sensitive -- rat S9 is less sensitive than mouse S9. And I think, also a bit less sensitive than hamster S9. And all the nitrosamines that I am familiar with are positive in the TA1535, TA100 series of strains.

So, that would be a quick and easy test. You know, S9, two strains. If it is negative,

there, I would go to the wider test battery. But if it is negative there, I would not expect it to be positive in the wide test battery, unless there was some other functional unit on the -- some other mutagenic unit further down the molecule that is not associated with the nitrosamine function.

DR. ATRAKCHI: Thank you, Dr. Zeiger.

DR. GUTTENPLAN: I have a comment.

DR. ATRAKCHI: Yes, please.

DR. GUTTENPLAN: So, probably 30 years ago we reported that the potency of nitrosamines in the Ames test can be greatly increased by dropping the PH. It turns out that the intermediate -- the hydroxy -- alpha hydroxy nitrosamine is much more stable at acidic pHs, and therefore, you get much more permeating into the bacteria.

So, if you want to start playing with conditions of the assay, dropping the pH to six, or six point five, for a nitrosamine, should greatly increase the sensitivity. And --

DR. ZEIGER: Dropping the PH to six would kill a lot of the salmonella on the plate.

DR. GUTTENPLAN: It works. We did it.

DR. ZEIGER: Okay. Because --

DR. GUTTENPLAN: It is published.

DR. ZEIGER: Okay.

DR. GUTTENPLAN: They were only exposed during the pre-incubation. And then, of course, they get -- it gets diluted into the top auger.

DR. ZEIGER: Okay. We have experiences where once you go down to six or below, you are getting toxicity from the pH affect, whether it be a pre-incubation, or a plate test.

DR. GUTTENPLAN: Yeah. I have to go back and look at the publication. Maybe, we went to six point five, rather than six.

But anyhow, it is out there. And it was confirmed by a group in Japan. And -- so it is just if you want to play with conditions, you can probably make the Ames test more sensitive. And as Dr. Zeiger mentioned, hamster S9, is certainly better than rat S9, and probably better than mouse S9.

DR. ZEIGER: Well, in my experience, the mouse was better -- equivalent or better than

hamster. It is -- but this is primarily with a series of cyclic nitrosamines. I have not compared them to any extent with the aliphatic.

DR. GUTTENPLAN: Yeah. I think there is literature out there on that.

DR. ZEIGER: There probably is. Yeah.

DR. ATRAKCHI: Very good. Thank you, very much for a very comprehensive and valuable information that you all have provided us to consider, and to think about.

I think, to summarize, mainly, is that in terms of nitrosamine classification, the parameters we suggested -- or proposed -- or put on the table, they all are important, whether it is the potency -- we should take that into consideration -- the chemical structure, as well as reactivity. These are all parameters that are important for us in order to make a classification of nitrosamines.

But, also, what is considered -- whether a classes specific limit -- whether it is the 18 nanogram per day, suggested by EMA, or any other number -- that could be used, as well. But it needs

to have some basis why if one number fits all.

We also discussed the issues of risk assessment of multiple nitrosamines in one that will be present -- or found in the drug substance or drug product, and we understood that the -- they need to be treated, basically, whether it is one, or 10, or five. They need to follow whatever the conservative approach as one potent nitrosamine -- whether it is the NDMA or the NDEA, because the affect is additive.

We also discussed the less than lifetime approach, and there is a great deal of information there to consider for the less than lifetime consideration with nitrosamines.

And the QSAR -- the QSAR is really the -- probably the future. But there are many gaps that needs to be addressed for the QSAR of nitrosamines, in particular. Things to consider is reactivity -- is the behavior of the diverse nature of the chemistries of nitrosamines in vitro and in vivo, and the slight modification in structure that could lead to significant different in biology of that particular nitrosamines.

But it is a tool that needs to take a lot of things into consideration, and a lot of the data that is available, out there. But I believe there is more to do with the QSAR and the read-across.

The topic of endogenous, whether it should be considered -- the exogenous as well as -- and/or endogenous levels of nitrosamines when we assess the risk assessment for the nitrosamines as impurities in drugs. The endogenous formation is -- seems to be, based on the discussions of the last two days -- is very important parameter that needs to be addressed, and it is lacking in good and accurate information.

But that is something for the future, that should be -- that studies should be designed and should be considered and should be conducted. It is not something we can do immediately and use the information from that.

In terms of the other exogenous -- the dietary -- that is another one that depending on the diets, different parts of the world, different parts of the same country -- it is also a difficult -- but

it more manageable than, perhaps, data from the past, as well as data that can be collected and some -- a lot of publications do exist -- could be considered.

But ultimately, the way that I think it ended -- the discussion on this -- is that we do need to pay attention. If we ignore both of those big contributors to the nitrosamines, then it is the quality of the drug -- of the medicines that are taken by patients that needs to be considered, in terms of limiting the amounts of nitrosamines in the pharmaceuticals -- in the medicine.

And again, the last two questions were on chemistries and manufacturing. And it became evident that nitrosamines -- it is all about chemistry. It is all about -- from the beginning, the awareness and the wholistic approach to understanding what is the synthetic pathway -- what is the particular molecular that one want to synthesize and manufacture. There is a lot of -- it is not only it. But it is everything around it -- all the excipients, all the temperatures, all the pH, and whatever the intermediates -- everything needs to be considered

along the path of formation of that API, and ultimately, the drug product, as well as beyond that. It is the post marketing, the packaging -- how is it -- where is it going -- in what conditions it is going.

So, I think, in my mind, there is a great deal that can be done and controlled right from the beginning on the chemistry and in manufacturing, before we get to the problems of -- we found nitrosamines in drugs and how do we do risk assessment. It need -- all of this needs to be addressed before we try to mitigate and see, well, what can we do, can we go to one in hundred thousand, can we go less than that, because this drug is essential, it needs to be on the market, and needs -- we cannot take it off.

In my mind, there are a lot of tools. There is a lot of things that can be done to prevent and minimize the formation of nitrosamines in drugs before we get to all the way and trying to see -- and try to really grapple on the issues of what can we do, it has to be there, it is going to be there, what can

we do, and what is the risk for the patients.

With that, I think, we really appreciate your contribution and your participation in this workshop. It has been valuable for the agency, and for the attendees to listed to your expert scientific opinions on the topic.

Thank you, very much. And this workshop, as we indicated in the beginning, it is recorded, and it will be available by the end of this week, as well as the two presentations, and Doctor -- both, Dr. King, as well as Dr. Eisenbrand, and Kyrtopoulos slides will be available at the end of the day today.

Thank you, so much, for participating.

DR. KEIRE: Thank you, Dr. Atrakchi, for your -- great moderation.

DR. ATRAKCHI: Thank you.

DR. KEIRE: Yeah. And the panelists, you guys are all great. I appreciate you brining all this knowledge together. It is very helpful. Appreciate it.

DR. ATRAKCHI: Thank you.

DR. KYRTOPOULOS: thank you.

DR. ATRAKCHI: Thank you, all. Bye-bye. Thank you.

(Whereupon, the meeting concluded at 2:12 p.m.)

CERTIFICATE OF NOTARY PUBLIC

I, IRENE GRAY, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



IRENE GRAY
Notary Public in and for the
State of Washington, DC

CERTIFICATE OF TRANSCRIBER

I, CAITLIN BALLARD, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



CAITLIN BALLARD

**&**

**&** 1:13

**1**

**10** 10:1,7 23:10 26:1 36:6 82:22 85:14 148:16,16 148:21 150:14 152:15 153:14 158:21 188:6
**10,000** 152:19,21 152:22
**100** 166:2
**100,000** 13:11 21:17 23:10 25:11 25:11 109:17 157:11
**11** 138:4
**11:02** 85:14
**11:10** 85:15
**11:12** 85:16
**12** 125:15
**120** 63:3 166:14
**12:00** 143:2
**12:30** 144:7,8
**140** 53:14
**144** 12:20
**144-187** 3:9
**14799** 194:18
**15** 10:7 166:13,16
**18** 148:21 180:16 187:21
**180** 166:12
**187-192** 3:10
**192-193** 3:11
**1984** 69:17
**1:01** 144:17

**2**

**2** 83:8
**20** 10:7 17:10 36:9 41:9 82:22 170:5
**200** 69:17
**2000's** 142:19
**20001** 1:14
**2012** 132:11
**2019** 17:3
**2020** 17:3 53:6
**2021** 1:8
**21st** 142:14
**22** 72:5
**220** 166:15
**259** 180:19
**26** 135:6 154:4
**26.5** 148:14 153:9 180:17,19
**26.5.** 134:22
**26303** 195:14
**27** 148:22
**2:12** 193:5
**2e1** 170:1,9,20

**3**

**30** 1:8 13:6 21:5 52:1 126:18 166:14 185:10
**350** 77:12

**4**

**40** 13:7 21:6 23:6 30:6 62:2 123:1
**40/50** 23:6
**400** 36:3
**4377527** 1:21
**49-92** 3:7

**5**

**5** 3:3,5
**5-49** 3:5
**50** 21:14 149:2 151:15,18 157:11
**500** 36:4

**6**

**6** 3:7
**6,000** 152:22

**7**

**7** 3:8
**70** 166:16
**700** 62:22
**75** 123:1
**78** 72:3

**8**

**80's** 68:9

**9**

**90** 79:18
**90's** 41:9 142:18
**92-144** 3:8
**96** 134:21 135:6 138:22 148:13 153:8 154:4
**9:00** 1:9

**a**

**a.m.** 1:9
**ability** 4:10 8:9 11:1 57:16 171:5 194:10 195:7
**able** 44:7 46:3 54:4 57:11 61:22 62:16 71:13 76:1 76:3 77:4 80:5 83:7 88:13 97:6 102:10 103:6,8 105:1 107:8 111:4 157:2 182:16
**absence** 49:15 119:16 126:11 176:16
**absent** 127:3
**absolute** 84:4 177:5
**absolutely** 28:12 173:10
**abundance** 6:5
**academic** 86:18
**accelerated** 123:2
**accept** 52:4
**acceptable** 6:3,7 7:19 8:21 13:9 14:14 15:8,22 21:18 56:17 76:21 97:10 104:16 110:3 112:21 113:15 135:17 148:4,5 149:2 152:13 158:4 177:2 180:10
**acceptance** 76:20
**access** 77:17 138:14
**accomplished** 107:3
**account** 8:18 14:3 14:15 42:8 87:16 165:2 179:11 180:20
**accumulate** 37:22
**accumulation** 160:20 163:8
**accurate** 24:21,21 37:13 48:5 189:13 194:9 195:5
**achievable** 87:12 147:4
**achieved** 43:18 143:1
**acid** 23:16 44:20 94:4 98:22 102:1 102:5 103:12 116:16 172:12
**acidic** 185:15
**acquire** 44:5
**acrylamide** 146:14
**action** 56:11 59:13 65:15 179:22 180:3 194:12,16 195:8,12
**activate** 171:5
**activated** 89:16
**activating** 65:16 66:20
**activation** 89:16 91:8 169:1
**active** 17:17 28:2 65:22 92:18 94:22

180:20
**activities** 27:14 69:18 83:10
**activity** 50:10,14 51:16 55:19 56:2 56:9,19 58:3 59:2 59:8,15 60:11 61:4 68:22 69:12 69:14 73:3 78:21 146:6 181:5,7 182:20
**actual** 39:16 141:9 142:9
**ad** 53:8 55:21 86:16
**ada** 165:17,19
**adamson** 2:13 22:3,4 24:6 115:13,14 117:10 127:4
**adays** 146:7
**add** 28:9,10 73:4 75:20 86:19 91:3 116:17 120:14 143:5 147:2
**added** 25:6,12 102:2 104:22
**adding** 12:7 31:15 127:6
**addition** 6:21 23:10 132:6
**additional** 21:10 23:5,8 26:13 63:8 63:11,17 64:13 161:2
**additionally** 5:10
**additive** 46:3 188:9
**additivity** 24:19
**address** 25:10 26:12 46:16 72:10 153:5
**addressed** 5:9 63:17 72:9 153:13
180:11 188:16 189:12 191:12
**adds** 23:4
**adduct** 159:11,13 159:21 161:10,13 162:13 163:8,19 163:19,21
**adducts** 44:2 160:16 161:19 171:11
**adjourn** 3:11
**adjusted** 176:5
**adjustments** 34:3 107:5
**administered** 165:20
**administration** 1:13 164:14
**admit** 61:10 81:2
**adopt** 70:21 145:13
**advancement** 17:9 49:21
**advantage** 71:13
**advantages** 50:13
**adverse** 116:20
**advice** 109:19
**affect** 25:7 46:4 75:14,19 159:9 172:1,22 175:4 179:6 186:10 188:9
**affective** 66:4
**afraid** 70:3 157:6
**afternoon** 5:15 144:16
**age** 23:12
**agencies** 74:5 76:14 97:17
**agency** 97:19 123:10 192:4
**agent** 15:3,4 66:4 98:21 99:14 100:7 101:3 103:13
118:17 163:12
**agents** 19:4 38:13 100:2 103:2 142:3 155:14 176:15
**ago** 30:6 34:16 35:18 36:9 56:1 72:1 121:10 164:1 170:14 185:11
**agree** 18:8,9 20:13 28:13 44:11 86:12 86:13 87:10 115:15 117:14,15 144:5 146:3 147:6 147:15 148:1 151:10 154:12,14 154:18 167:11 168:21 174:5 183:6
**agreed** 11:17 164:9
**ah** 11:14
**ahead** 21:17 35:16 49:3 143:3 165:8
**ai** 113:6 114:1 134:22 149:21 150:4,8,15 151:17 151:21 153:7,9,11 153:13 180:16,21
**aiding** 98:21 99:14 100:7 101:3 103:1 103:13 142:3
**aim** 14:13
**air** 42:5 103:18 117:21,22
**aisar** 2:4 3:3 93:20
**alerts** 56:3,4 87:1
**aliphatic** 187:3
**alkyl** 141:14
**alkylated** 89:17
**alkylating** 163:12
**alkylation** 91:8 92:4 147:18,21
**allow** 170:10
**allowed** 28:11 126:3 183:22
**allows** 5:9 10:11 55:14
**alluded** 99:2 148:6
**alpha** 56:5 65:20 66:1 69:3,4,5 181:4 185:14
**american** 6:11
**ames** 57:14,18 72:1 84:2 182:3 182:13 184:4,6 185:12 186:18
**amine** 94:3,3 120:6 121:2 124:19 127:10,21 130:2,7 133:22 141:11,14,20,21 141:22
**amines** 67:21 99:15,17 103:2,15 103:22 118:21 120:10 121:2,14 124:22 125:1 127:12 140:18 141:15
**amount** 6:2 10:16 12:5 15:10 17:3 21:3 22:13 23:2,4 23:8,19 24:2 36:2 72:11 93:12 96:15 97:9,10 100:18 102:18 114:20 117:6 157:22
**amounts** 6:6 15:6 16:1 17:7,11,12 17:15 19:10 20:17 22:6,6,14,18 24:2 27:1 29:14 35:4 127:14,21 130:12 190:10
**analog** 75:18 77:3 179:20

analogs 52:12 56:16 73:19 86:3
analyses 72:16 122:3
analysis 40:4 58:12 73:17 87:9 137:22 146:13
analytic 177:13
analytical 39:21 43:21 48:8 111:9 123:21 126:10 137:8,10,13,19 138:18 139:1 176:17 177:10,15
analytically 126:20
analytics 39:10
analyzed 72:3
ancillarisation 146:16
andrew 53:6
animal 50:16 90:8 151:6 156:7 175:22 178:11
animals 50:17 156:8 165:13,19 178:4
anime 99:15,16,16 99:18 100:8,14,18 101:4 102:7 141:18,19
anne 1:7 2:3
answer 7:12,15 19:16 41:11 44:7 48:1 64:2 66:19 77:7,18,19 78:5 78:14 79:13 81:4 81:21 82:17 83:12 84:18 89:1,10,12 92:7 93:15 106:19 128:2 132:21 137:2 144:12 178:1 181:14
answered 4:18 125:19 162:14
answering 74:2 77:16 85:5 180:6
answers 65:13 67:9,9 69:20 78:5 105:18
anti 22:12 23:16 38:12 44:19 127:6
anticipated 44:22
anticipation 17:17
anybody 28:8 49:2 137:1
anymore 73:4 92:12
anyway 105:8 146:10 164:4
api 91:14 92:22 95:3 96:17 99:5 103:22 106:18 111:4 116:19 117:3 120:12 122:15 124:18 131:20 132:4,20 133:3,19 134:5 139:21 140:2,7,10 141:9,10,12 142:4 142:7 177:17 179:4,7,16 180:3 191:1
apis 103:15 107:2 119:16
apologize 85:3,5 181:16
appear 73:1 121:12 131:9 140:1
appears 182:2
applicable 145:9 145:13
application 149:12 150:2 159:7
applied 119:18 149:15 180:18
apply 91:18,19 158:6 161:6
applying 62:9,17 159:4,14
appreciate 51:1 55:20 70:10 192:3 192:19,21
appreciated 70:10
approach 10:11 11:6 14:8 26:3 46:21 56:22 78:20 86:1 94:19 106:5 109:8 118:10 127:1 134:4 135:11 142:12 149:19 150:2 159:4,7 160:4,4 161:6 188:7,11 190:16
approached 29:14
approaches 33:5 75:8 83:8 92:20 105:16 106:3 112:4 113:12 115:6 138:9,10
approaching 19:9 149:6
appropriate 21:16 86:6 108:2 112:3 126:10,17 127:2 129:16 131:4,5 137:18 139:2,13 161:11 176:6 177:15 179:12,17
appropriately 106:22 109:10 127:2
approve 123:11
approximation 181:8
area 51:1,5 53:5,9 57:19 58:13 60:3 62:2 73:1,9 89:9 113:2 122:12 158:15,22
areas 80:11,18 81:22 82:3 83:5 84:12
arenas 53:3
argue 135:8
argument 20:20 25:2 39:18,19 56:19 57:13 84:21 91:16 149:7
arguments 24:10 56:21 57:3 76:6 90:18
aromatics 151:4
arrangement 75:12
art 137:14 142:13
artifactual 121:13
artificial 40:3 58:16
ascorbic 44:20 172:12
aside 29:4 150:17
asked 73:22 85:5 140:21
asking 44:8 74:1 74:20 93:14 119:13 156:3
asks 51:11
aspect 31:12 56:12 64:14 69:7
aspects 50:1 63:21 65:1 68:22 70:15 87:22 88:1 94:16 179:10
assay 106:22 147:8 185:18
assays 84:20
assess 77:2,13 136:9 168:20 189:8

**assessed** 43:14
**assessment** 1:2 3:4 5:21 7:2,14 8:22 13:9 18:2,7 23:9 25:8 27:12 43:15 49:20 73:2,20 74:5 76:19 87:14 87:15 92:5,5 113:16 119:11 130:16,21,22 132:2 142:8 155:2 157:5 158:21 164:19 188:3 189:8 191:11
**assessments** 17:2 34:2 83:22
**assessor** 7:11 98:11
**associated** 13:15 21:13 38:3,7 52:5 53:14 86:9 87:1 127:14 136:2 168:18 183:7 185:6
**assume** 13:18 89:8 97:7 134:11,12
**assumes** 157:12
**assuming** 12:18 33:4,21 88:4 90:6
**assumptions** 133:9
**assure** 125:16
**assured** 139:13
**assuring** 162:10
**ati** 139:17
**atrakchi** 2:4 3:3 3:10,11 5:14 9:1,7 9:12 11:9,13 14:18 16:15 19:15 22:2 24:6 26:6 28:6,12,22 30:13 33:3 34:9,14 35:16 36:19 40:5 42:20 45:15,18 46:13 47:21 61:8 61:14 64:17 68:18 70:1,7 72:20 73:12 77:10 78:8 79:14 80:7 82:6 83:19 84:22 85:12 85:18 87:13 89:11 92:11 97:13 105:10 110:7,8 114:8 115:12 117:10 119:7 122:13 123:15 125:7 126:5 127:8 129:22 130:15 132:5,8,16 134:15 136:22 140:5 141:3 142:10 144:5,19 145:18 146:20 148:3 151:12 152:4 153:2,16,22 154:16 155:5,7 157:8 158:12 159:16 160:2 161:8 162:7 164:21 165:8 166:21 167:15,18 168:22 171:19 172:6,9,15 173:14 175:2 176:12 177:3,8,12,16 179:2 180:7 181:10 182:1 183:17 185:7,9 187:7 192:15,17 192:22 193:2
**attach** 168:16
**attached** 65:22 66:16 140:10
**attempt** 90:17
**attempted** 59:18 73:1 90:14
**attendees** 2:2 4:9 119:10 144:22 153:17 183:19 192:5
**attention** 190:6
**attorney** 194:14 195:10
**attractive** 183:16
**audio** 80:8 194:8 195:3
**auger** 186:7
**authored** 74:10
**authors** 6:14 74:12 150:21
**automatically** 71:7
**available** 5:11 7:17 53:2,2,11,18 54:1,2,2 60:4 73:7 78:11 109:3,14 110:3 119:14 132:15 136:9 138:6,11 139:4,7 139:8 142:5 150:11 151:13 189:3 192:9,12
**average** 12:19
**avoid** 29:17 30:5 111:6 112:5 113:4 114:4 115:10 116:7,9,14 117:1
**avoidance** 134:17
**avoided** 27:16 28:3 115:4
**aware** 53:8 100:17 117:18 118:2
**awareness** 106:4,8 106:11,14 114:11 114:12,15,21 115:10,21 116:2 117:16 119:1 130:9,13 142:12 190:16
**azid** 114:16
**azide** 102:18
**azo** 132:7,13
**azocolorants** 130:1

**b**

**b** 38:16
**back** 5:15 9:9 24:11 41:8,13 48:15 52:1 56:18 57:17 59:13 69:17 71:22 76:15,22 80:9 83:6 85:19 90:18 94:14 110:7 141:15 144:17,19 173:20 179:20 181:13 186:13
**background** 12:1 12:11,14 13:4,14 14:3,15 21:20 22:20 23:1 51:2 53:10 146:10,17 146:17 147:21 172:22 173:1
**backgrounds** 54:3
**bacteria** 185:16
**bacterial** 18:14
**balance** 15:9 79:20 108:2,13 112:12
**balances** 8:9
**balancing** 14:11
**ballard** 195:2,15
**bar** 126:18 129:1
**base** 88:18,22
**based** 12:21 14:14 20:20 24:13 25:12 25:21 27:8 32:6 33:9 34:18 49:15 56:4 61:4 83:8,13 86:6 121:3 137:5 142:9 149:2 153:6 157:14 165:1 175:22 177:9 180:21 183:11 189:10

**baseline** 21:9 33:2
**basements** 58:11
**bases** 99:16,16 100:8 102:8
**basic** 75:17
**basically** 102:6 115:16 147:6 188:6
**basis** 48:22 56:20 58:7 81:18 83:15 90:21 108:7,22 180:18,19 181:2,9 188:1
**batch** 133:3
**batches** 116:17,18
**bathroom** 129:9
**battery** 185:1,3
**bed** 103:16,20 104:1 142:4
**beer** 143:11,14,18
**beginning** 26:2 97:22 190:15 191:8 192:8
**behavior** 188:18
**behaviors** 50:3
**believe** 15:20 20:22 33:17 44:4 48:4 59:12,12 87:11 142:22 157:2 170:11 189:3
**benchmark** 88:16 113:13 149:6,9
**benefit** 6:9 17:21 17:22 20:6 23:18 24:5 84:9 86:7 107:14 108:3 111:16 117:7
**benefits** 14:11 57:15
**bentonites** 121:11
**best** 39:9 60:10 109:13 112:6 138:11 194:9
195:6
**beta** 56:5
**better** 22:16 31:20 32:16 63:9 64:9 83:17 112:17 114:5 122:4 148:17 150:14 186:19,20,22,22
**beverage** 143:20
**beyond** 42:17 191:2
**biased** 7:2
**big** 36:22 46:19 58:14 103:10 129:7 148:6 151:20 152:10 153:1 154:4,14 166:20 167:1 169:14 178:5 190:6
**bigger** 7:15 39:19 175:1
**billion** 17:5,7 32:18 126:18 137:21
**binders** 120:22 121:3
**bio** 147:8
**bioactivation** 87:16 88:10
**bioactivity** 80:3
**bioassay** 12:22 166:11
**bioassays** 183:14
**bioavailability** 75:19
**biological** 27:13 146:6,17 148:18 151:22 159:10 160:9 161:3,20
**biologist** 59:11
**biologists** 177:22
**biology** 50:1 173:8 188:21
**biomarker** 146:5 162:4
**biomarkers** 161:10
**bit** 12:8 18:6,19 28:11 29:3 33:4 35:18 37:17 47:4 65:7 84:6,8 86:16 102:21 106:16 107:10 120:1,19 127:16 128:1 168:6 169:18,19 172:2 175:7 183:22 184:17
**bladder** 169:6,11
**blanket** 27:11
**blood** 23:15 44:1 169:11
**bmdl** 148:16,16,20 148:21 150:9,14 150:19,21 151:7 151:11,14 152:7,9 152:16 153:14 175:4,10
**bmdls** 151:2 176:6
**bodies** 21:7 55:6 108:12
**body** 15:15,18 22:21 122:18
**boiling** 42:6 95:16
**bothered** 7:6
**bottom** 4:19 64:1 134:12
**box** 4:21 5:6 53:17 54:13,13 81:9
**boxes** 116:22
**branching** 65:21
**break** 85:15 88:11 144:8
**briefly** 8:13 51:15
**bring** 22:7 51:8 73:13 94:14 174:6
**bringing** 94:17
**brining** 8:7 94:2 102:20 192:19
**broad** 109:22
**brought** 22:17 28:22
**bucher** 2:10 20:10 20:11 61:15,16 79:16,16 80:7,8,9 85:2,2,12 157:16 175:6 183:3
**build** 56:15 59:4,9 133:6
**building** 84:11 115:19 124:16
**bunch** 110:1
**burden** 44:8
**button** 80:8
**butyl** 65:21 66:3
**buy** 22:8,13
**bye** 193:2,3

**c**

**c** 2:1 3:1 4:1 38:15 65:20 66:1 123:1
**caitlin** 195:2,15
**calculable** 46:10
**calculate** 20:6 46:4 88:14 152:14
**calculated** 14:14 181:19
**calculating** 21:22 175:21
**calculation** 26:19 82:19 83:15,16 89:16 149:11,22
**calculations** 21:14 25:20 60:5 76:6 82:10 83:6 135:8 150:5 151:8,9 154:3 176:9
**call** 10:11 12:1 16:12 58:20 74:4 126:16 168:14
**called** 54:7 62:11 87:8 165:16

**calling** 17:13
**canada** 52:8 151:1
**cancer** 12:14 13:5 21:10 23:1,7 37:1 38:6,6 44:9 63:22 108:19 109:18 156:18 157:1 159:9 160:11 167:3
**cancers** 25:11 156:20
**capability** 44:5 96:22 134:14
**capacity** 43:8 45:6 95:2
**capture** 51:8 83:9
**capturing** 61:18
**car** 128:22 129:9
**carbonium** 173:17
**carbons** 56:5 181:4
**carboxy** 69:11
**carcinogen** 42:11 57:10 183:9
**carcinogenesis** 69:15 155:13,16 156:10,12 160:17 162:2
**carcinogenic** 21:1 21:14 42:11 53:1 53:7,14 62:13,20 63:14 64:3 65:9 66:13,17 67:3 68:4 69:9 70:18 155:19 156:15 180:15 182:5,7
**carcinogenicities** 72:16
**carcinogenicity** 46:2 51:18 69:6 70:16 71:8 72:17 77:13 79:19 87:18 89:14 90:15 91:2 109:5,9 179:6
**carcinogens** 22:19 42:3 63:9,13 64:8 64:10 78:10 109:2 154:20
**care** 136:7
**careful** 27:17 32:17
**carefully** 14:22
**carried** 36:1 37:16 40:2 95:15 168:12 170:8
**carry** 45:10 124:22
**carrying** 132:17 134:10
**case** 21:2,8 26:3 38:10 49:9 57:10 60:14 64:12 97:11 99:20 100:10 101:22 103:5 104:12 107:13 108:7,7 115:5 128:3 130:13,13 146:16 150:12 153:15 156:11,19 157:13 161:9 179:21 180:3,13
**cases** 23:10 27:15 28:1 97:5 104:21 106:19 107:9,11 107:16,22 109:5 109:11,14 110:18 110:19,21 111:15 113:20 114:13 115:2 117:4 139:21 156:16,19 171:1
**categoric** 78:20
**categorization** 55:13
**category** 56:15
**caught** 84:6
**cause** 106:7,13 122:3
**caused** 56:13 157:2
**caution** 73:6 92:8 149:3 161:7 182:15
**cautions** 160:8
**cautious** 60:21
**cder's** 9:2
**cell** 159:11
**cellulose** 120:22 121:3
**center** 4:19 41:4
**century** 142:14
**certain** 10:14 11:20 16:2 37:21 68:21 79:10 96:5 111:18 112:11 121:10 127:19,21 133:22 159:2 161:17,18 171:19
**certainly** 7:18 33:7 42:12,17 43:1,20 50:16 61:12 75:7 79:9 84:12 86:13 91:11 97:7 108:10 109:19 113:8,18 113:21 114:2,3 116:8 117:3 135:15 138:4 142:17 154:16 175:20 186:19
**certainty** 50:20 57:8,9 182:16
**certificate** 194:1 195:1
**certify** 194:3 195:2
**cfsan** 30:21 40:11 40:17
**chain** 56:4 75:17 75:18 96:4 97:1 112:8 123:6 155:16
**challenged** 62:7
**challenges** 73:2 83:21 93:16 107:13
**challenging** 32:19 73:9 90:16
**chances** 26:14
**change** 42:18 72:12 75:1 94:16 166:19
**changed** 34:19,20 42:18
**changes** 70:17 75:16 111:6
**changing** 184:7
**characteristics** 161:18
**characterization** 109:17
**characterize** 109:10
**chat** 4:21 5:4,6
**cheap** 57:4 83:22
**cheaper** 50:15 83:17
**check** 39:13 47:6 47:7 80:8 116:12 116:13,17,18,20
**checked** 116:22 118:9
**cheese** 40:14
**chembl** 53:21 81:12
**chemical** 43:16 50:2 52:14,22 58:7 60:5 62:12 62:19 63:13 74:5 74:14,16,19,21 75:1,9,21 80:12 80:15 81:19 83:5 116:3 136:1 184:12 187:15
**chemically** 68:10

**chemicals** 44:20 64:11 151:3
**chemico** 57:2
**chemist** 139:1 174:13
**chemistries** 48:16 49:13,16 50:1 94:8 188:19 190:13
**chemistry** 3:6 28:4 48:19 49:14 50:9 53:20 55:17 57:19 59:1 80:18 94:5 98:11 99:4 100:6 102:3 107:4 107:18 120:12 122:8 127:20 142:13 183:12 190:15 191:8
**chemo** 62:7
**child** 75:4
**choice** 6:10,12,14 8:16 14:10
**choose** 7:19 40:12
**chosen** 8:6
**cimetidine** 67:1
**circulate** 178:8
**circumstance** 36:13 127:18
**circumstances** 112:11
**citizens** 15:14
**claim** 162:21 163:1
**claims** 166:19
**class** 80:20 136:8
**classes** 52:22 187:20
**classic** 59:21
**classification** 86:6 187:12,18
**classify** 182:4,6,17 182:22
**classifying** 62:4 182:11
**clean** 18:5 30:4 71:3 97:1
**cleanup** 102:3
**clear** 44:14 128:9 164:5
**clearance** 169:17
**clearer** 161:9
**clearly** 7:15 8:17 58:9 59:17 70:4 91:10 130:21 131:13 156:7 163:14
**cliffs** 59:2 83:10
**clinical** 107:18 172:17
**close** 143:2
**closely** 107:17
**closer** 152:1
**coast** 144:18
**coatings** 120:22
**cohort** 152:8,14
**cold** 101:2
**coli** 165:16
**colleague** 117:17
**colleagues** 9:5 30:21 36:1 40:21 93:14 107:18,19 107:20 134:19 183:19
**collect** 34:4 45:8
**collected** 48:21 190:2
**colon** 38:6,6
**colonization** 18:14
**colorant** 130:6
**colorants** 130:2,2 130:11
**combination** 184:14
**come** 29:19 32:6 38:20 50:20 62:3 69:19 76:9 88:20 106:3 156:13 158:20 165:5 184:11
**comes** 15:17 23:7 38:1 48:15 104:6 136:2 179:7
**comfortable** 174:14
**coming** 9:19 12:5 14:4 24:11 103:4 103:5 106:1 108:14 110:13 132:18 151:7 158:17 160:13 183:15
**comment** 34:7 36:20 40:6 41:15 61:6 64:16 73:14 83:21 84:7 119:22 125:8 128:5 137:4 140:6 141:8 143:6 146:22 154:22 155:2 157:8 162:8 170:16 174:13 176:21 178:19 185:8
**commented** 9:14
**commentors** 115:15
**comments** 16:17 19:13 45:16 48:2 49:11 70:11 79:3 85:13 90:5 92:12 110:6 117:8,11 119:8 123:16 149:22
**commission** 132:11
**committee** 132:10
**common** 11:6 26:10 103:13 140:9 141:4,5 171:7
**commonly** 58:6 98:22 154:9
**commonsense** 10:11
**communication** 174:16,22
**communications** 25:20
**community** 86:7 150:18
**companies** 102:9 119:11
**company** 98:14
**comparability** 175:5
**comparable** 151:16 167:5
**compare** 48:21 151:13,14 168:11
**compared** 23:3 26:18 35:1 46:9 52:22 148:12 187:2
**comparing** 151:3 151:4 174:10 175:12
**comparison** 34:2 172:17
**comparisons** 150:19
**compatibility** 124:6
**compensate** 64:14
**competence** 90:7
**complete** 98:9 116:2
**completed** 92:22 106:18
**completely** 97:6 98:16 99:3 108:16 111:15 114:4 117:2 129:15 134:14

**complex** 38:19 39:2 59:5 82:11 82:18 87:15 88:3 88:6 90:15,19 91:7 94:8 107:17 107:21 108:5 180:10
**complexities** 61:18
**complexity** 31:14 73:6 88:7 96:2
**compliance** 107:19
**complicated** 38:19 94:10 127:17
**complicating** 111:3
**complication** 19:22
**compliment** 61:17
**components** 39:11 40:4 47:12 94:17 121:7
**compound** 57:12 65:22 66:4,15 67:16 68:3 69:8 84:5 87:18 89:7 109:4 119:4 136:1 136:3,10,11,12 141:2 179:8 182:11
**compounds** 7:1 29:9 30:2 43:19 49:18 57:14 65:9 66:7,22 67:12 69:1 81:11,13 83:1 91:1 109:11 128:11 136:8 147:12 151:14 152:13,14 179:3
**comprehensive** 187:8
**computationally** 82:10 83:4 88:13
**computer** 85:3
**concentrate** 29:4 29:11,15
**concentration** 166:5
**concentrations** 44:1 78:13 128:16 183:10
**concept** 54:19 111:17
**concepts** 157:19 158:6
**conceptually** 14:1
**concern** 16:7 120:2,8 121:20 152:9,14,20 153:10
**concerned** 43:6 71:10 105:3 162:18
**concerning** 24:4 148:4 153:6 165:2
**concerns** 159:18
**concluded** 147:10 193:4
**conclusion** 3:10 71:7 147:7 159:16 159:18
**conclusions** 164:13
**concurrent** 24:21
**concurrently** 127:13
**condition** 97:8 123:2 128:1,13,15
**conditions** 29:17 43:6,9 46:3 116:16,20 122:22 127:14 129:8,15 129:17,20,20 159:15 177:20 185:18 186:17 191:4
**conducted** 189:16
**conducting** 40:7 49:19
**confidence** 55:2 77:4,6 80:4 90:20
**confirm** 10:3 47:6
**confirmatory** 131:1,2,3,11,22
**confirmed** 131:7 186:16
**confounding** 41:16
**confusing** 15:14
**conjunction** 94:2 113:2,17
**connected** 9:19
**connection** 155:15
**cons** 49:5 50:4
**consequence** 15:5
**consequences** 111:7
**conservative** 149:19 181:18 188:7
**consider** 15:1,6 16:3,6 20:15 22:5 27:5 49:19 81:5 87:15 89:15 92:20 100:16 105:16 113:13,14 127:5 128:12 137:14 141:12 142:1 175:3 187:9 188:12,17
**considerable** 21:3 102:18
**considerably** 52:11
**consideration** 6:7 19:17 20:4 21:20 30:10 33:6,13 47:19 48:10 96:13 109:20 113:12 128:21 136:18 140:20 176:4 187:15 188:13 189:2
**considerations** 164:22 168:19
**considered** 6:2 19:7 33:8 48:20 63:11 65:1 82:9 96:19 139:20 145:12 153:5 166:22 175:15,16 187:19 189:6,16 190:3,9,22
**considering** 6:5 25:3 27:12 127:12 132:16 150:9 154:16 181:13
**considers** 13:9
**consistent** 173:22
**constituents** 132:13
**consume** 31:10
**consumed** 15:10 15:10 16:10 38:14
**consumer** 125:16 132:10
**consumers** 15:14 152:17
**consumption** 38:2 38:4,8 41:8
**contact** 30:21 138:15
**contain** 17:20 80:19 81:6 118:20 121:2,12 142:2
**containing** 117:22 120:4
**contains** 120:5 128:18 130:6
**contaminant** 183:8
**contaminants** 12:7 21:18 124:8 125:4

**contaminated** 116:12
**contaminating** 21:6
**contamination** 29:9 32:20 47:18 93:3 96:7 97:4 118:13
**contaminations** 21:12 110:22
**content** 40:14 84:13 121:17
**context** 15:7 43:12 43:14 84:8
**continually** 109:9 109:21
**continue** 5:19 108:10 109:3 136:14
**continuum** 58:4
**contradictory** 8:1
**contrast** 155:22 169:9
**contribute** 22:20 23:1 42:13 140:8
**contributes** 24:19
**contributing** 12:14 161:22
**contribution** 13:4 17:22 42:10 192:3
**contributions** 21:21 64:21 160:10
**contributors** 106:8 190:7
**control** 49:8 94:15 99:7 104:13,15 112:10,13 113:4,8 114:2 131:15,16 133:21 138:20 173:7 176:13 179:7
**controlled** 19:18 40:9 103:9 113:5 114:1 134:4 191:7
**controlling** 59:15 60:6
**controls** 48:19 104:15
**conversely** 156:10
**conversion** 36:15 88:14 89:3
**converted** 87:19 89:7
**cooked** 16:22 22:9 22:9,10
**cope** 90:2
**coping** 58:20
**corporate** 53:3 54:3
**correct** 13:17 28:1 28:4 36:16 54:12 160:5 174:7
**corrections** 175:12
**correctly** 21:5 32:20 64:11 171:16
**correlate** 59:19
**correlated** 84:3
**correlation** 145:7
**correspond** 12:22 166:16
**corresponding** 111:19
**cosmetics** 29:12 47:20 118:18 132:12,14
**cost** 8:12 23:21 24:4
**costs** 119:1
**counsel** 194:10,13 195:7,10
**country** 10:18 31:11 189:22
**counts** 13:13
**couple** 30:22 51:4 56:1 62:1,7 82:19 85:20 87:21 88:1 96:14 103:11,20 164:1
**coupled** 167:9
**course** 7:20 10:3 13:6 28:20 35:20 39:12,15 41:7 56:20 59:22 63:16 63:20 65:12,15,19 67:8 80:1 82:21 88:15 95:4,17 111:9 118:20 126:19 128:19 129:4 135:11 148:19 150:11 152:1 161:16 176:1 178:5,12 186:6
**courses** 42:13
**cover** 147:16
**coverage** 81:15,15 81:17
**covered** 110:12
**covers** 52:9
**cp** 53:12
**cpdb** 175:2
**crack** 130:18
**create** 79:21 83:2 88:17 171:20
**created** 136:4
**creating** 131:14
**credit** 107:6
**criteria** 74:6 76:19 77:1 81:17 167:8
**critical** 106:14 181:4
**cronin** 2:8 50:7,8 61:17 63:5 64:5 73:16,21 77:15 78:14 80:14 82:14 84:6 86:11 87:21 89:18 174:1 179:18 181:12 182:8 183:3
**cronin's** 70:11 83:20
**cross** 62:13 63:6
**crossover** 173:6
**crude** 55:12
**culture** 170:18 171:3
**cumulative** 15:4
**current** 24:21 33:16 34:1,5,22 34:22 35:3 61:1 135:20
**currently** 12:18 13:21 135:5 153:7
**curve** 146:1 149:8 150:10 157:13 159:1
**cutting** 91:9
**cyclic** 187:2
**cytotoxic** 84:9

**d**

**d** 4:1 38:16 83:8
**daily** 48:22 149:12 149:16
**damage** 146:3,4,8 146:10 155:19 159:6 160:20
**dangerous** 42:6
**dashboard** 81:12
**dashboards** 53:21
**data** 9:22 10:10,10 24:22 25:15 26:9 26:12,17,20 27:4 27:7 31:20,21 32:22,22 33:18,19 34:4,16 35:3,14 36:8,8 39:9,16,20 39:20 40:1 41:10 41:19 43:1,2,18 43:22 48:12,15,20 49:15 51:21,22 52:18,20 53:1,2,7 53:14,15,18 54:1 54:3,6,7,11,16

55:18,19 56:22 57:1,1,2,21 58:14 59:6 60:13,18,19 61:2,5 62:14,19 63:1,1,4 71:22 72:7 73:7,20 74:17,17 77:11,17 77:20 78:1,2,11 79:7,10,21 80:4 80:13 81:1,4,14 82:1,2,4,22 84:1,3 84:9,11,13,14,14 86:4,5 88:16,18 88:22 89:4 91:3 91:12 109:1,3,6,7 109:9,12 113:19 119:14 123:9,14 125:20 126:2 129:16 136:9 139:12 147:11 149:10 151:7 160:12 162:10 165:1 170:17 171:3 172:11,13 175:3 182:3,14 189:3 190:1,2
**database** 10:1,9 10:19 21:15 28:16 62:11,11,14,21,22 63:15 64:6,15 71:3,3
**databases** 41:8 135:14
**date** 10:5 112:22 123:13 138:3
**david** 2:16
**day** 4:3 5:16,18 10:17 12:20 50:22 65:8 111:22 113:11 135:6 144:20,20 148:13 153:7,7,8 154:5 166:15,16 167:22 180:16,17 187:21 192:13
**days** 108:21 165:11 166:12,14 175:18 189:11
**db** 53:12
**dc** 1:14 194:20
**de** 88:17
**deal** 51:12 71:11 188:11 191:7
**dealing** 57:22 88:3 105:5 110:21 135:15,20
**dealt** 132:13
**deborah** 2:17 120:13 123:17
**decade** 23:13 52:4 52:11 89:22
**decent** 79:22
**decide** 15:7
**decision** 55:1 76:1 161:5
**decrease** 69:6 170:3
**default** 148:5 149:1 150:8 180:16
**defer** 78:16
**define** 80:15 173:17
**defined** 77:1
**defines** 173:16
**defining** 55:7 127:2
**definitely** 38:1 70:10 146:11 182:6
**definitively** 77:19 91:2
**degradant** 96:17 141:13
**degree** 10:14 123:1
**deliberated** 102:1
**delicatessen** 22:8 22:15
**deltons** 77:13
**demand** 134:16
**demonstrate** 171:5 179:22
**demonstrated** 113:3
**denmark** 31:9
**dense** 10:10
**density** 39:9,20
**depending** 10:18 43:8 149:13 176:1 189:20
**depends** 127:17 127:18 178:12
**depleting** 163:3 167:10
**derive** 150:15 152:15
**derived** 63:19 151:19
**derives** 80:3
**describe** 161:15
**description** 78:19
**descriptors** 58:8 59:10
**deserves** 146:11
**design** 44:13 63:21 78:17 112:4 133:6
**designed** 189:15
**despite** 22:11 39:20
**destroy** 102:6 114:16
**destroyed** 102:5
**detail** 44:17 67:10
**detailed** 76:18
**details** 164:2,4
**detect** 115:7 126:11 131:1,6
**detected** 106:21
**detectible** 126:7,8 126:9 177:14
**detecting** 131:12 184:15
**detection** 125:13 127:2 131:5
**determinants** 44:15 45:11
**determinates** 172:3
**determination** 179:7
**determinative** 80:6
**determine** 6:7 40:12,14 48:5 122:16 172:16
**determined** 34:18 64:4
**determining** 6:3 15:22 16:7 20:17 23:21 100:22 148:9 176:4,18 181:5
**develop** 71:12 72:18 78:10 79:10
**developed** 52:11
**developing** 73:2 139:1 175:11
**development** 112:19 124:5 179:9
**deviated** 44:22
**dialkylamine** 118:8
**diazonium** 87:17 87:19 88:14 89:3 173:16
**diclofenac** 118:4
**died** 176:1
**diet** 11:18 24:17 26:18 30:20 31:4 31:6,8 33:7,22 36:22 47:13 172:8

**dietary** 6:20 9:16 9:21 10:2 17:2 19:11 34:1,19 37:6 113:17 189:20
**diethyl** 150:13
**diethylamino** 130:7
**diethylnitrosami...** 147:9,13 148:11 148:19,20 151:21 165:21
**diets** 7:1 31:22 32:2,5 33:1 35:7 37:6 40:8 189:21
**difference** 25:6,13 25:14 46:9 70:18 74:15 85:22 94:12 135:9 145:20 146:18 148:6 149:1 150:3 151:20,22 153:1 154:4,15 169:14 175:15
**differences** 49:16 74:18,20,22 76:2 91:10 113:14 150:15 178:5,9
**different** 16:2,10 18:2,7,15 27:10 27:13 31:13 32:2 32:2,7 33:5 37:6 43:8 49:4 75:8 76:19,22 87:22 88:1,8 92:6 94:8 98:5 105:20 110:1 120:21 131:21 136:11 138:4 151:5 161:3 170:21 178:14 180:4 188:21 189:21,21
**differentiation** 135:11 150:3
**differently** 135:19 180:11
**difficult** 10:22 32:11 99:8 112:10 126:19,20 128:2 156:13 177:7 178:3 189:22
**difficulty** 148:8
**digital** 194:8 195:3
**diligence** 112:7
**diluted** 186:7
**dimethyl** 26:11,15 27:8 68:2 118:8 147:13 148:18 151:21
**dimethylamine** 95:18 116:9
**dimethylforma...** 95:14 116:8
**dimethylnitrosa...** 13:4 26:16 27:8 147:8 148:12,14 150:13 160:15 166:3,7,10 169:19 169:21 170:2,13
**dimethylnitrosa...** 26:11
**dinovi** 2:14 7:4,5 9:7 11:17 34:9,12 35:11 36:14,17 40:5,18 61:9,10
**direction** 73:8
**directly** 98:13 161:22
**disactivating** 65:16 66:20 67:4
**disadvantages** 50:18
**disagree** 19:1 61:12
**disagrees** 49:2
**disciplinary** 108:5 108:11
**discovered** 101:10 165:15 170:13
**discriminate** 63:9
**discriminatory** 55:14,15
**discuss** 18:19 29:1 44:17 52:13 155:12
**discussed** 7:16 8:12 11:20 35:19 62:15 63:20 101:22 167:12,20 168:1 176:20 179:3 184:7 188:2 188:10
**discussing** 7:8 8:8 12:3,18 43:12 91:3
**discussion** 3:5,7,8 4:16 6:15 29:3 33:14 34:15 50:9 50:22 88:10 108:7 113:10 145:1,3,16 153:6 167:10 174:2 180:9 182:2 190:5
**discussions** 4:13 5:19 137:7 158:1 160:22 161:1 179:20 189:10
**disease** 6:9 17:19 136:21
**dismissed** 4:22
**disregard** 11:3
**disregarded** 19:10
**dissimilarity** 90:22
**distance** 152:15 152:19
**distinct** 82:3
**distinction** 135:1
**distort** 167:7
**distributed** 32:1 123:5
**diverse** 188:18
**diversity** 50:3
**dives** 146:16
**diving** 146:9
**dmf** 95:14,18
**dna** 44:2 65:14 89:17 146:3,4,6,8 146:10 147:18,21 155:1,10,19 156:8 156:15 157:4,12 158:6 159:6,11,13 159:21 160:16,19 161:12,18 162:13 163:12 171:11
**doctor** 192:11
**documents** 113:7 126:16 129:19
**doing** 32:16 50:16 53:10 54:14 55:10 56:21 75:6,8 81:7 122:3 124:5 142:4 175:21
**domain** 80:22,22
**dorsam** 2:19 105:12,13 110:8 110:14 111:17 112:20 116:1 135:21 136:16
**dose** 126:21 145:20 146:1,2,8 146:15 147:16,19 149:8,9 150:10 157:13,21 158:15 158:15,15 159:1,5 162:22 164:11,12 164:13,17 165:4 166:5 167:1,2,14 167:16,18 170:9 173:21
**doses** 159:12 163:2 164:6,20 166:1,9,18 167:7 173:22

**dosimetry** 154:17
**dosing** 113:13 149:6 175:13
**doubt** 69:20 171:2
**doubts** 176:9,9
**downloadable** 81:10
**dr** 2:4,5,6,7,8,9,10 2:11,12,13,14,15 2:16,17,18,19 3:10,11 5:14 7:4,5 9:1,7,7,8,9,10,11 9:12 11:9,10,11 11:12,13,14,17 14:18,19,20 16:4 16:15,15 18:20,21 19:15 20:10,11,13 20:21 21:5 22:2,3 22:4 24:6,6,7,8 26:6,7,8 28:6,7,10 28:12,13,22 30:13 30:14,15 33:3,17 33:17 34:8,9,9,11 34:12,14 35:11,14 35:16,16,17 36:14 36:16,17,19,21 37:15 39:22 40:5 40:5,7,18,21 41:19 42:20,21,22 45:15,17,18,19 46:13,14,15 47:21 47:22 50:7,8 61:8 61:9,10,14,15,16 61:17 62:8 63:5 64:5,17,18,18,20 68:18,19,20,21 70:1,1,2,3,7,8,9 70:11 72:20,20,21 72:22 73:6,12,16 73:21 77:10,15 78:8,14 79:14,16 80:7,7,8,9,14 82:6 82:14 83:19,20 84:6,22 85:2,12 85:12,18 86:11 87:13,21 89:11,18 92:11 93:3,19,20 97:13,14,15 98:2 99:2,10 105:10,11 105:12,13,18,18 106:4 110:7,8,8,9 110:10,14 111:5 111:17 112:20 114:8,8,9,10 115:12,13,14 116:1,2 117:10,10 117:13,17,20 119:7,22 120:15 120:20 121:5,6,9 121:19 122:13,19 123:15,17 125:7 125:18 126:5,6 127:4,8,16 128:5 129:6,22 130:5,15 130:18 132:5,5,8 132:9,16,21 134:15,18 135:4 135:21 136:16,16 136:22 137:3,17 140:5,5,12,14,15 141:3,7 142:10 143:3,4,10 144:5 144:19 145:17,18 145:19 146:20,21 147:2,6,14 148:1 148:2,3 149:4,4 150:6,16 151:10 151:12,17 152:4 152:11 153:2,12 153:16,20,22 154:1,11,16 155:3 155:5,6,7,9 157:8 157:16 158:10,12 158:13 159:16,17 160:1,2,6 161:8 161:14 162:7,16 163:9,16,18,20,22 164:3,9,15,16,21 165:2,5,8,9 166:21 167:4,11 167:12,15,17,18 167:19 168:5,21 168:22 169:3 170:17,20,22 171:13,17,19,22 172:6,7,9,10,15 172:19,20 173:2,3 173:4,5,9,10,11 173:13,14,19 174:1,12 175:2,6 176:12,22 177:3,6 177:8,9,11,12,14 177:16 178:2,18 179:2,18 180:7 181:2,10,11,12 182:1,8 183:3,3 183:17 184:10 185:7,7,8,9,10,21 186:1,2,3,4,5,8,12 186:19,21 187:4,6 187:7 192:11,11 192:15,15,17,18 192:22 193:1,2
**dramatically** 47:5
**draw** 81:10 164:13,18
**drawing** 142:4
**drier** 103:16,20
**drink** 6:13
**drinking** 166:9
**drive** 39:6 162:2
**driven** 33:22
**driving** 117:15 119:1
**dropped** 85:3
**dropping** 185:12 185:18,21
**drove** 165:10
**drug** 1:13 6:8 9:19 12:7 15:17 16:8 17:20,20 18:4 25:12,18 26:4 27:22 30:3 92:19 93:1,6,8 94:1,1,8 95:12 96:13 97:4 97:8,9 106:6,18 107:2,7,12,15,19 107:22 108:4,6 109:7,18 112:3,18 114:18 115:5 117:3,7 118:4 119:19 122:15,17 123:7,11 124:1,6 125:10,12,17,21 126:2,3,19,21 127:6,11 128:22 130:14 136:18,20 139:19,20 140:3 140:17,19,22 142:4 145:10,12 158:20 172:18,21 180:3,15 188:4,4 190:8 191:2,14
**drugs** 1:1 4:4 5:17 6:4 8:20 15:8,10 15:10 16:11 17:14 17:16,16 18:5 19:6 20:19 21:12 21:18 22:1 23:2 23:18,21 24:1,3 24:15 25:7 27:2 27:10,16 29:7 30:3,9,17,20 32:1 33:10,11 46:5 47:16 48:18 49:7 49:8 93:5 95:11 108:13,20 110:1 121:15 122:21 126:21 143:1 155:12,17 158:4 189:9 191:10,19
**drying** 104:1 117:20
**due** 21:6,18 112:7 115:4

**dug** 30:21
**duly** 194:5
**duration** 162:12
**dye** 132:13
**dyes** 132:7

**e**

**e** 2:1,1 3:1 4:1,1 165:16
**earlier** 40:19 43:3 79:17 114:11 118:15 125:19 136:17 153:3 175:18 179:21 183:22
**early** 68:7,9 70:15 95:1 125:6 142:19 165:11 183:22
**easier** 41:14 104:12 174:22
**easiest** 99:22
**easily** 41:12 54:11 65:12 67:21 68:1 68:2 87:19 89:7 146:14
**east** 144:17
**easy** 66:5 67:15,16 77:7 82:17 83:12 184:21
**eat** 6:12,13,13 31:7 34:19,20 40:9,13
**eater** 37:8
**eating** 37:8
**eb** 48:8
**echa** 55:6
**echoed** 116:2
**economic** 8:7
**effect** 15:2 37:1,11 172:18
**effective** 116:11 151:3
**effects** 24:12 37:5 91:20 148:18
**efficiency** 116:11 156:4
**efficient** 169:18
**effort** 8:12 16:6 110:18,19,20 111:18 113:4 137:14
**efforts** 62:15 112:12
**efsa** 55:5 151:10
**eight** 17:6
**eisenbrand** 2:5 9:9,11,12 11:10 28:10,13 33:17 37:15 46:14 47:22 50:11 64:18,18,20 68:19 69:3 117:13 117:14 120:15 121:5,9 128:5 132:5,9 140:14 143:10 145:17,19 146:21 147:2,14 148:2 149:4 150:6 151:10,17 152:11 153:12 154:11 167:11 168:5,21 173:2,4,9,11 178:2 192:11
**either** 19:4 20:16 26:3 31:17 66:9 93:11 95:5 105:2 174:14 175:9
**election** 179:12
**electron** 56:5
**element** 106:6
**eliminate** 93:5 97:3,6 100:1,2,6 100:12 104:18,20 108:9 111:19 142:15 145:11
**eliminated** 92:22 98:15 106:18,20 106:21 107:1,8 108:17 109:15 110:16,19 111:15 117:2 122:14 143:17
**eliminating** 91:12 95:7 104:21 144:2
**elimination** 93:17
**eluding** 79:3
**ema** 180:17 187:21
**emphasize** 17:16 116:12 135:22 139:18
**empirical** 83:6
**employed** 194:11 194:14 195:8,11
**employee** 194:13 195:10
**encountered** 180:14
**encountering** 136:13
**encouraging** 133:5
**ended** 190:5
**endogenous** 6:15 8:18,19 11:22 12:11,19 13:19,19 14:4 18:12,13 19:5 20:16 21:20 22:18,19 24:1,12 24:15,16,22 25:3 25:15,22 26:1,21 26:22 28:20 30:2 32:14 33:15,20,22 34:17 35:1,18,22 36:12 37:2,11 38:18,21 39:6 43:7,10,13,18 44:8,16 45:10,12 45:22 46:6,17 47:11 48:5 49:6 113:18 154:8 158:18 168:7 171:21 172:3,16 173:1 177:19 189:5,7,9
**endogenously** 6:2 7:18 11:19 16:1 21:1 22:6 30:5
**endpoint** 42:11 89:14 90:20
**endpoints** 90:2,12 91:7,20
**enervation** 175:9
**engage** 108:6
**engaging** 4:12
**engineering** 49:22
**enhanced** 38:8
**enjoy** 144:13
**enormous** 170:4
**enrichment** 67:11
**ensure** 108:12 125:5
**enters** 15:18
**entire** 16:12
**entirely** 97:3 104:18,20
**entirety** 149:8
**entity** 80:2 93:7
**environment** 19:12 20:3 29:18 29:18 48:22 158:17
**environmental** 15:3,21 117:22 128:15 172:4
**enzyme** 163:4,12 168:4 170:1,12 171:12
**enzymes** 165:3 169:1,15 170:8 171:1
**epa** 53:20 55:6 81:12
**epidemically** 37:17
**epidemiological** 40:8 44:14

**epidemiologist** 41:5
**epidemiology** 37:5 41:3
**equal** 124:12 134:16 136:4
**equals** 180:19
**equilibrium** 66:19
**equipment** 115:19 116:13 138:11
**equivalent** 13:2 186:22
**equivalents** 165:19
**errol** 2:9 137:3 150:16
**es** 43:4 194:4
**escapes** 169:19
**esophagus** 169:6 169:11 170:5,12 171:6,7,9
**especially** 8:17 12:11 15:13 40:3 50:20 67:19 124:6 124:18 136:20 141:14 149:18 156:19 161:19 178:16
**essence** 27:15
**essential** 191:15
**essentially** 137:13 145:10,12
**establish** 129:21 147:12
**established** 84:5 95:5 123:14 126:15 134:20
**estimate** 6:20,22 45:9 148:5 151:18 168:8
**estimated** 148:5
**estimates** 62:17 148:4,9 149:2 150:15 153:13 154:14
**estimating** 13:19 14:13 21:13 158:18
**estimation** 45:10
**etcetera** 179:14
**ethanol** 169:22 170:8
**ethyl** 150:12
**ethylating** 155:14
**ethylene** 22:21
**europe** 29:11 47:20 52:6 56:13 90:1 118:18
**european** 37:17 74:5 132:10 138:5
**evaluate** 9:18 11:5 74:7
**evaluating** 179:6
**evaluation** 16:13 33:19,20
**evening** 5:15 144:17
**event** 91:15,17
**eventually** 162:2
**everybody** 4:2,7 34:21 114:5 145:5
**evidence** 15:9 57:11 142:17 147:10 162:17 163:7 165:12 166:19 182:16
**evident** 190:14
**evolution** 93:3
**ex** 47:4
**exactly** 43:17 63:4 103:4 118:6 161:15 177:16
**examined** 94:12
**example** 8:10 12:17 36:3 41:18 44:19 66:22 67:22 69:8 71:20 77:12 87:18 95:13 96:2 96:16 114:14 117:19 123:2 147:13 160:18 171:6,9 172:12
**examples** 52:7 67:6,7 69:10 78:9 78:12 96:14
**exceed** 111:19 159:1,3
**exceeded** 29:20 157:15,20 158:7
**exceeding** 47:4 159:21
**excess** 114:16 116:20
**excipient** 120:5,5 120:16 124:6,13
**excipients** 111:2 119:12,14,15,18 120:2,4,10,21 122:6,7 124:7 125:2 142:2 176:16 190:20
**excision** 155:20 156:1,21
**exclude** 127:11
**excreted** 35:20 69:10
**excretion** 43:2 85:9
**excuse** 166:12
**exercise** 65:3 104:4 119:11
**exhaustion** 159:15
**exist** 14:17 59:20 190:3
**existing** 21:11 86:4
**exists** 172:13
**exogenous** 6:17 18:17 19:4 21:21 24:14 25:3,4,12 26:9 28:16 33:7 38:22 39:10,11 45:22 46:6 47:5 47:13 48:11 49:6 177:20 189:6,19
**expanded** 98:7
**expect** 17:19 18:5 31:6 57:20 185:2
**expectation** 134:8 138:16
**expectations** 78:4
**expected** 18:5 118:22
**expects** 6:11
**expedience** 160:7
**expediencies** 14:17
**expediency** 14:7
**expending** 112:15
**expensive** 83:4
**experience** 15:5 129:11 186:21
**experienced** 167:5
**experiences** 15:12 186:8
**experiment** 178:11,15
**experimental** 78:16,17 79:13 84:17 165:13 167:6 168:12
**experimentally** 63:19
**experiments** 164:11
**expert** 70:5 89:9 170:15 183:11 192:5
**expertise** 50:21 51:1 52:1
**experts** 86:8 119:20
**expiration** 123:13
**explain** 120:19
**explanation** 38:12

**explore** 124:11
**exposed** 18:9 27:1 111:21 166:8,12 186:5
**exposure** 3:4 5:21 6:17 7:11,14 8:2 9:17,19,21 10:2 10:13 11:4,18,19 11:22 12:2,5,12 12:19 13:1,19,20 13:22 14:4,15 18:18 19:4 24:12 24:14,17 25:6,21 25:22 26:4,10 27:16,20 28:16,20 29:13 30:19 31:4 32:4,12 33:7,15 33:20,22 35:11,12 39:1 40:20 43:14 46:6 47:4,5,13 48:11 49:6 129:3 149:12,16 152:17 158:16,17,19,19 162:12 166:14,22 167:13,21,22 168:7 176:14,19
**exposures** 12:11 13:9,10,15 15:3,4 15:21 21:21 25:4 163:5 168:15
**expressed** 159:8
**expression** 155:1
**extensive** 80:4 160:19,20
**extensively** 7:16
**extent** 11:18 16:2 19:13 24:20 36:12 50:5 101:1 187:3
**extra** 104:22 170:18
**extrapolate** 34:5 35:3 160:21 164:13
**extrapolation** 157:11
**extrapolations** 165:1
**extreme** 156:18
**extremely** 29:8 63:18 117:18 142:16,21
**extremes** 65:5
**exultating** 151:19

**f**

**fabrication** 29:18
**face** 164:10
**faced** 183:14
**facilities** 115:19
**facing** 128:8 143:22
**fact** 15:2 22:11 40:18 114:18 158:13 160:18 162:17 183:4
**factor** 25:19 111:3 114:11 152:3 176:5
**factors** 45:4 94:15 106:13 140:8 149:13,14,14 150:2,7,8 159:9 160:2,9 171:20 172:1,5 179:13
**fair** 154:12
**fairly** 37:13,13 40:11,16 41:12 48:7 71:14 149:19 152:9 156:18
**falls** 12:9
**false** 128:13
**familiar** 51:14 184:19
**fantastic** 56:20 105:14
**far** 19:2 27:1 65:2 150:10 151:15 162:9,18 178:8
**farther** 101:11
**fashion** 108:11
**fatal** 175:16,17
**favor** 21:19 22:5 148:15
**favorable** 36:13
**favoring** 151:11
**fda** 1:13 30:17 54:15 93:15 126:14 130:19 137:14 138:2,7 180:17 183:20
**fear** 60:14
**feasibility** 107:21
**feasible** 23:20 24:4
**feature** 4:11,13,15 4:18 5:4
**feel** 51:4 121:7
**fewer** 60:19
**field** 61:11 70:4 164:10
**figures** 47:1
**filling** 120:16
**final** 14:12 56:12 93:6 133:19 144:20
**financially** 194:15 195:11
**find** 65:3 81:5 111:12 146:8 165:22 168:2
**findings** 95:11
**finds** 80:10
**fine** 174:15
**finished** 110:6 116:19 127:7
**finishes** 58:5
**firms** 139:6
**first** 7:7 50:10 70:9 78:15 80:16 85:21 88:22 97:22 105:15 106:14 122:20 130:20 132:13 138:17 145:6 150:21 155:10,10 165:14 169:17,17 181:7
**firstly** 52:18 74:15
**fish** 37:8 41:21
**fit** 57:20 137:20
**fits** 188:1
**five** 5:20,22 10:17 23:10 63:6 152:16 158:21 166:1 180:22 185:19 186:14 188:6
**flexible** 14:16
**fluid** 103:16,20 104:1 142:4
**focus** 6:22 32:13 38:5 58:18 59:8 89:14 106:16 107:10 108:17 110:2 121:20 129:7 139:17 154:8
**focused** 32:16 92:15 109:10,16 176:18
**focusing** 91:14 110:15 160:12
**fold** 63:6
**follow** 18:4 20:5 29:21 85:6 144:10 146:15 147:18 149:5 158:10 180:8 188:7
**followed** 93:11
**following** 167:9 183:19
**food** 1:13 6:1 8:3 14:5 15:6,18 16:11,21,22 17:9 20:2,17 21:22 22:7 24:2 26:9 27:8,20 28:16 34:13 39:12 41:4

41:8,19 42:4,4,7 112:1 142:19 143:20
**foods** 15:13 16:18 17:4,7,11 22:10 22:13 142:22
**force** 97:19 98:12
**foregoing** 194:3,4 195:4
**forgot** 78:19
**forgotten** 30:1,9
**form** 60:13 93:8,9 100:21 122:16 138:9 141:1,13 173:17 176:8 177:18 178:10 179:5
**formaldehyde** 22:21
**formalities** 179:22
**formally** 58:2
**format** 54:11,13
**formation** 8:18 10:21 19:5 21:21 24:22 26:21 30:2 35:18,22 36:12 37:2,7 38:18,21 39:6,7,10 40:3 43:19 45:13 47:3 48:6 92:21 93:12 94:5 95:18 96:1 98:15 99:12 102:15 105:17,20 107:5 111:7 112:5 114:13 115:3,10 117:1 119:4,17 121:14 123:9 124:10 127:11,15 140:7,8 145:11 159:11,13,21 161:10 162:13 163:19 172:10 177:20 189:9 191:1,19
**formed** 6:2 7:18 16:1 22:6 26:22 41:20 92:18
**former** 132:6
**formidable** 73:1
**forming** 68:3 103:14 106:10 124:1 134:2 141:9
**formulated** 96:14 118:5,19 120:12 140:1
**formulating** 60:9
**formulation** 47:12 76:10 77:22 96:20 119:5 122:10 139:19 183:4
**forth** 56:6 75:21 91:9 176:16
**forums** 105:22
**forward** 5:18 77:18 118:4 131:18 145:9
**found** 27:10 44:12 63:4 99:2 101:4 118:15,18 121:13 128:16 155:12,17 165:16 166:4,4,13 166:18 170:2 188:4 191:9
**four** 66:10,18 166:7
**framework** 74:6 160:22
**free** 102:20 121:7
**frequent** 108:22
**frequently** 101:5 105:19
**fresh** 35:8,9 38:2
**front** 124:17 125:4
**fruits** 35:9 37:9
**full** 58:10 66:15 106:14 145:3
**fully** 108:9 144:5 154:18
**function** 141:22 184:12 185:6
**functional** 75:11 142:1 185:4
**functionality** 99:18 100:15 124:19 141:20
**fundamentally** 75:11
**further** 57:1 65:1 72:2 76:5 102:16 132:6 147:18 185:5 194:12 195:9
**future** 28:21 34:5 46:19 48:9 73:7 113:1 151:6 188:15 189:14

**g**

**g** 4:1
**gain** 6:9
**gained** 143:16
**gaining** 75:14
**gambit** 58:10
**gamble** 74:11
**gap** 178:21
**gaps** 113:19 188:15
**gastric** 18:14
**gcms** 138:9
**gene** 151:7 155:1 156:1 165:17,17 165:19
**general** 12:15 13:12 15:15 16:18 19:12 64:2 80:17 80:18 113:3 149:3 151:12 152:18,18
**generally** 130:11
**generate** 27:21 62:16
**generated** 21:1,7 112:22
**generating** 163:2
**generation** 20:16 28:1 162:1
**genes** 155:11 156:2,3,17
**genetic** 150:17 156:17 171:20 172:5
**genetics** 24:18 172:13
**genotoxicity** 46:2
**george** 163:11
**gerhard** 2:5 9:12
**getting** 8:13 101:6 103:2 186:10
**give** 13:2 16:7 23:18 37:13 43:18 44:18 53:15 55:7 72:5 83:10 88:6 130:18 139:12
**given** 12:10 14:8 15:3,16,16 31:10 60:22 61:1,1 67:15 111:20 125:20 135:7 157:22 158:2 176:15
**gives** 13:13 36:11 54:8 55:14 57:16 57:21 60:19 68:10 71:7
**giving** 16:10
**global** 58:19
**globally** 32:1,5
**glovebox** 129:9
**gmp** 18:4 48:15 49:8 112:4 119:15
**go** 9:9 13:17 20:5 21:16 22:8 32:1 34:11 35:16 41:8 42:16 49:3,12 55:18 56:7 58:9 58:10,15 76:4 77:20,22 81:5,12

83:5 85:18 90:18 94:9 97:10 100:4 105:6 106:12 127:20 136:12 143:3 145:2 147:5 152:5 157:9 165:8 168:5,19,19 173:20 181:8 185:1 186:9,12 191:13,14
**goal** 9:3 117:3 133:1
**goes** 123:20 126:9 168:8
**going** 8:17 19:16 37:1 39:3 41:10 41:13 42:16 46:16 48:15 50:13 51:7 51:8,12,13 52:1 52:16 54:16 55:1 57:10,17 59:4,11 60:11 64:12 65:3 65:15 69:4,14 74:14 75:1,14 76:13,14 78:14 82:18 83:15 88:12 91:22 92:9 97:2 100:19,20 108:10 109:13 110:2,20 123:5 126:22 130:14 137:15 152:8 178:20 181:5 191:4,5,22
**good** 5:14,14,15 7:5 10:9 14:20 20:8 21:2 24:9 25:2 26:3,9,16,20 27:4 29:2,5,6,10 29:15,16,20 32:22 33:18,18,19 34:16 35:21 37:13 39:13 39:20 40:1 42:2 43:1 47:11,15 53:5 60:2 62:3 67:6 68:19 70:7 75:6 78:8 80:14 81:14 82:14 83:7 83:15,18 92:2,3 97:16 105:4,13 107:6,6,7 110:11 114:14 115:16,17 123:21 130:15 137:9 144:16,16 149:7 159:19 160:4 162:7 163:7 164:21 171:8 173:11 177:16 182:11,12 187:7 189:12
**gout** 23:17
**grain** 42:1
**grapple** 109:22 191:21
**grappling** 108:22
**grasso** 147:9
**gray** 1:20 194:2 194:19
**great** 42:5 69:8 70:5 82:15 84:16 89:18 100:12 102:13,14 160:8 161:7 188:11 191:7 192:16,19
**greater** 27:1 57:8 79:17 149:21 153:9
**greatly** 86:7 185:12,19
**green** 38:2,8,14
**grilled** 41:21
**grilling** 42:4
**grips** 67:15
**group** 51:21 53:8 55:22 59:7,7 60:17 65:21 66:3 66:16 69:11 81:6 86:7,17 87:7 100:17 130:7 140:10 151:1 163:10 175:1,11 180:21 181:3 186:16
**grouping** 87:12
**groups** 37:18,18 56:6 75:11 80:5 86:4,22 87:3 130:2 141:15 142:1 172:17
**guarantee** 119:16
**guaranteed** 178:11
**guess** 7:7 10:6 30:15 31:19 32:6 80:16 85:11 95:9 97:21 98:6 99:9 119:22 121:22 122:19 126:6 134:11 139:15,16 143:4 154:7 168:10 174:12,15 176:22 177:6 179:15,17
**guidance** 55:4,5 113:7,7 126:16 130:20 133:2
**guidance's** 19:20 20:5
**guided** 182:19
**guttenplan** 2:7 18:20,21 45:17,19 185:8,10 186:1,3 186:5,12 187:4
**guys** 192:19

**h**

**h** 2:13
**half** 112:1 113:11
**ham** 22:9
**hamster** 184:8,18 186:19 187:1
**hamsters** 67:2
**hand** 12:4,10 13:8 14:6 134:18
**handy** 163:14
**happen** 99:21 178:12
**happened** 52:6
**happening** 98:6 99:3,6
**happens** 57:14
**happy** 42:12
**harmonized** 129:19
**hate** 91:5
**head** 88:5 89:2
**health** 1:1 11:2 24:12 39:4 86:2 112:18 151:1
**healthy** 18:15
**hear** 8:14 11:12 11:13 66:14 155:4 155:7
**heard** 8:19 33:8 52:21 53:12 57:12 57:17 60:15 61:13 75:13 93:2 108:20 110:17 178:19
**hearing** 9:5
**heat** 116:21
**heated** 95:15
**heavily** 63:14 107:14
**hecht** 2:12 26:7,8 28:7,14 34:8,11 35:14,16,17 36:16 68:20,21 70:1 114:9,10 116:2 117:17 147:6 148:1 170:17,22 171:17 172:7,10 173:19 181:11
**hecht's** 73:6
**hecth** 181:2
**hefty** 88:12
**help** 57:5,5 86:8 98:14

**helpful** 16:5 192:20
**hepatic** 169:20 170:4,7,18
**hereto** 194:14 195:11
**hesitancy** 8:15
**hesitantly** 161:6
**hi** 4:2 97:15
**high** 28:19 37:8,9 37:22 60:16,18 71:1 78:13 79:9 83:13 84:13 126:21 138:9 163:2 164:11,11 164:17 169:7
**higher** 8:20 19:10 35:12 38:22 64:9 77:11 119:18 135:17 148:11 152:5 158:5 162:11 167:7 168:6 169:5 171:20 180:10,14
**highest** 37:20 38:1 41:19
**highlight** 88:2
**highly** 24:17 48:7 65:5 154:2 165:17
**historic** 74:11
**history** 89:21,22
**hmm** 147:14
**hoc** 53:8 55:22 86:16
**hold** 24:8
**holds** 12:20 91:16
**hope** 73:7 104:18 182:8
**hopeful** 144:3
**hopefully** 80:10 151:6
**hoping** 104:19
**host** 2:3 5:5,7
**hosts** 43:8,8
**hot** 129:8
**house** 4:6
**huge** 79:20
**human** 24:22 129:9 156:12 166:15,17 167:13 167:21
**humans** 13:5 155:1 165:4 167:6 178:6,12,16,19 179:1
**humidity** 123:1
**hundred** 37:3 53:17 108:19 151:19 191:13
**hydrocarbons** 42:3
**hydroxy** 185:14 185:14
**hydroxylation** 66:2 69:5
**hygiene** 115:19
**hypotheses** 57:16 57:18
**hypothesis** 57:6 169:16

**i**

**i.e.** 7:1
**ich** 19:18 129:19
**idea** 36:11 39:13 53:15 67:6 159:19 173:11
**ideal** 54:14
**ideally** 16:2 60:12 161:14
**ideas** 78:4 131:21
**identified** 49:16 56:15 86:3 112:21 132:1 135:5,16
**identify** 55:7 56:1 73:19 86:22 108:18 109:3,8 135:16 136:2
**identifying** 107:3
**ignore** 190:6
**ignoring** 13:14 21:19
**illness** 6:10 17:19
**ilsey** 150:20
**imagine** 17:8
**immediately** 52:17 189:17
**impact** 7:14,19 8:1 8:21 111:20 112:13 113:15 136:20 156:21 157:12
**impacting** 164:7
**impacts** 8:7 110:1
**imperfect** 109:9
**implement** 112:3
**implication** 90:10
**implies** 24:20
**implying** 82:16
**important** 6:17,19 28:15 33:13 46:18 46:22 48:5 52:17 65:18 68:6 75:13 117:18 121:16 145:4 146:4 150:10 156:5 160:10 183:5 187:14,17 189:11
**imposed** 158:20
**impossible** 176:14
**imprecision** 63:18
**impressed** 64:21
**improve** 63:15 111:10
**improved** 115:6
**improvements** 73:8
**impurities** 1:1 4:4 5:17 17:21 19:19 19:21 49:9 87:16 88:4,8 103:3,6 109:1,18 112:6,10 112:13,22 113:5,5 113:22 115:8 122:7 125:10 130:4 140:7,19 153:6 155:17 179:4,8 189:9
**impurity** 16:8 72:5,12 103:8 108:3 114:20 125:12 138:21
**impurity's** 140:8
**incidence** 38:7 176:5
**incidental** 175:16
**incidents** 12:14 13:5,13,15 37:1 38:6,6 93:4
**include** 25:19 79:7 115:18 158:17
**includes** 24:14 115:21 145:1
**including** 39:3 50:2 58:20 65:5 69:3
**incorporate** 85:10 161:12
**incorporated** 82:12 157:5
**incorporating** 62:20 154:22
**increase** 20:18 21:18 25:1 159:12 165:22 166:13 170:4 185:20
**increased** 96:15 125:14 185:12
**increasing** 125:11 165:4
**incremental** 13:11 13:13,22 20:18 25:1 46:4
**incubation** 186:6 186:11

**indicated** 21:5 113:6 152:10 192:8
**indication** 47:2 136:19
**indications** 136:21
**individual** 175:22
**induce** 154:17 167:3
**inducibility** 165:12 166:20
**inducible** 163:12 165:2,3,17
**induction** 166:5 168:3
**industry** 55:6 86:18 101:5,13 143:7,7,20,22 144:4
**ineffective** 65:6,11
**infections** 39:5
**infer** 51:16,19 52:20
**inference** 39:2
**inferences** 50:19
**inflammatory** 39:5
**influence** 43:7,9 43:11
**inform** 108:14,17 109:6
**informaticist** 62:8
**informatics** 54:12
**information** 7:17 34:22 48:14 51:9 55:18 63:11 64:7 65:4,8,18 68:10 68:11 82:12 90:2 92:1,9 109:6,14 110:4 130:1 132:6 132:15 139:1 182:20 187:9 188:12 189:13,18
**informative** 5:18
**ingest** 48:22
**ingested** 36:3
**ingesting** 16:19 17:15
**ingredient** 17:18 28:3 92:19 94:22
**inhibit** 69:5
**inhibiting** 38:13 38:13
**inhibition** 172:11
**inhibitor** 170:1
**inhibitors** 44:19
**initial** 79:3 95:10 126:8
**initiating** 91:15,17
**initiative** 54:4
**inorganic** 120:18 121:10
**input** 65:18
**inputs** 7:14
**inside** 171:15
**insight** 89:20
**insignificant** 147:20
**instance** 9:17 12:18 30:3 38:4 53:20 55:5 59:4 65:19 66:6,8,22 74:11 75:17 92:3 118:4 121:11 146:14 152:12 156:9 165:21 174:10 178:8 182:13
**instances** 118:6
**instrumental** 146:12
**instrumentation** 45:7 138:1
**intake** 6:3,8,18,20 7:19 15:8,12 19:11 34:1 38:1 41:8 112:21 113:17 135:17 148:4,5 149:2 158:4 177:2
**intakes** 43:11 152:13 180:10
**intelligence** 58:16
**intelligently** 77:8
**intended** 133:2
**intensive** 82:11
**interact** 109:20
**interacting** 101:19
**interaction** 65:14 128:18
**interacts** 104:7
**interchangeable** 86:1
**interested** 9:5 12:6 64:22 66:13 80:21 119:19 194:15 195:12
**interesting** 20:8 29:1 36:18 40:11 40:16 78:2 145:4
**intermediate** 82:8 99:19 100:16 131:19 134:3,6 185:13
**intermediates** 82:8 104:10 190:22
**internally** 21:7
**international** 108:11 126:14
**internationally** 129:19
**interpretability** 82:17
**interpreted** 176:11
**interrogate** 78:1
**intravenous** 10:21
**introduced** 30:7
**introducing** 161:2
**introduction** 43:3
**introductory** 70:11
**investigate** 157:3
**investigated** 67:10
**investigation** 102:17 146:12
**investigations** 38:5 66:8
**involved** 18:22 95:20 97:19 99:4 112:18 159:20 161:20 171:2,12
**involves** 115:16 156:1
**involving** 116:15 157:19
**ion** 87:17,19 88:14 89:3
**ions** 173:17
**ipc** 134:5
**irene** 1:20 194:2 194:19
**irrespective** 15:19 46:5 47:18
**isolation** 58:1
**isomer** 66:15
**isomers** 66:11
**isometrically** 66:7
**isoprene** 22:22
**issue** 16:2 24:11 54:18 80:10 103:10,17 109:22 110:13 112:16 136:14 156:6 157:18 177:6
**issued** 132:11
**issues** 32:21,21 52:15 61:19 91:14 110:12,21 111:8 112:18 188:2 191:21

**j**

**japan** 186:16
**jerry** 2:11
**job** 1:21 61:18 75:6
**john** 2:10 79:16 85:2
**johnson** 2:17 97:14,15 105:11 105:18 106:4 111:5 117:20 123:17 130:18 132:21 141:7 163:11
**joining** 4:3
**joseph** 2:7
**judgment** 21:9 32:11
**judgments** 183:11
**jump** 135:4 152:10
**jumping** 76:11
**justification** 56:14
**justify** 56:17 57:6
**justifying** 83:21

**k**

**kamel** 62:8
**keep** 4:8 6:8,19 15:1 24:11 110:2 125:11 162:5
**keire** 2:16 30:14 30:15 39:22 93:19 93:20 98:2 99:2 99:10 105:18 119:22 120:20 121:6,19 122:19 125:18 126:6 127:16 129:6 130:5 134:18 137:17 140:5,12 140:15 143:3,4 172:19 173:3,5,10 173:13 174:12 176:22 177:11,14 178:18 192:15,18
**key** 49:19 106:2,6 106:11 114:10
**kill** 170:9 185:22
**killer** 73:21
**kilning** 143:11
**kilo** 166:2,2,6,16 168:10,11
**kilogram** 148:21
**kind** 14:12 31:2 44:13 53:19 79:2 88:15 96:1,12 98:2,6 99:6,10 104:3 122:6,22 124:16 125:5,18 126:15,17 128:3 129:18 130:13 133:4 134:20 138:8 139:10 158:19 168:7 183:5
**kinds** 59:10 81:19 89:4 138:14 158:5
**king** 2:15 93:3 192:11
**kleihus** 171:13
**knock** 156:10
**know** 8:15 10:17 11:5 20:1 24:16 25:5,5,6,12,14,17 26:18 27:20,21 28:19 29:2 30:16 30:18,19,20 31:5 31:7,8,9 32:3,7,9 32:12,14,15,17,18 32:20 33:9 36:21 36:22 37:7,9,19 41:14 42:3,4 44:3 45:8 49:3 50:18 51:19 54:3,21 57:19 59:1 60:6 71:2,10,14 72:16 73:13 77:16 79:17 81:21 85:9 89:1 93:7,22 94:9,10 94:11,13,14,15,16 94:19,20 95:5,7 95:10,11,13 96:1 96:18,21 97:1,2,8 98:1,9,14 99:7 100:4,7,11,14,16 101:9 102:9 103:7 103:17,19 104:10 104:13,15 106:12 109:7 110:12,12 110:14,15,17,22 111:2,3,8,10,13 111:14,17,22 112:1,4,6,9,12,15 112:18,20 113:6,8 113:10,12,14,16 113:17,19,21,22 114:3,6,18 118:6 120:1,13,21 121:1 121:3,16,20,21,22 122:1,2,4,6,9,20 123:1,3,5,7,10,11 123:12,13,20,21 124:1,7,9,12,16 124:17,21,22 125:2,3,4,5,20,22 126:7,13,14 127:1 127:19,19,20,22 128:13 129:7,8,9 129:10,11,13,13 129:14,15,18,18 129:20 130:5,6,8 130:12 131:7,8,17 131:17,20 132:3,3 132:3 133:4,10,17 133:19,20 134:1,1 134:5,7,20,21 135:7,10,18 136:3 136:5,7,12,18,20 137:11,15,19,21 138:2,2,7,8,14,16 138:19,20,21,22 139:8,9,10,18,19 140:12 141:12,12 141:15,17 142:3,5 143:7,8,10,10,12 143:13,17,19,20 144:1 146:18 147:11 149:10,17 149:17,20,20 150:1,9,13 151:5 151:9,18 154:2,7 154:12 155:15 160:3,9 162:12 164:16 165:14,22 170:6,11 171:1,3 171:9,12,18 172:1 172:2,5,7 173:7 174:17,19,21,21 176:7 177:5 178:9 178:20,21 183:6 183:11,13 184:22
**knowing** 95:6
**knowledge** 55:17 55:17 56:10 61:2 75:15 84:11 137:5 143:15 156:20 192:20 194:9 195:6
**known** 36:22 95:17 103:17 124:7 125:3 165:3 171:20 183:12
**knows** 15:16
**korea** 31:7
**kreuzman** 69:16
**krytopoulos** 16:4
**kyrtopoulos** 2:6 9:8,10 11:11,12 11:14 20:13,21 21:5 33:17 42:21 42:22 46:15 70:2 70:3 155:3,4,6,9 158:10,13 159:17 160:1,6 161:14 162:16 163:16,20

164:3,15 165:5,9 167:4,12,17,19 169:3 170:20 171:13,22 192:12 193:1

**l**

**laboratory** 18:22 137:9
**labs** 138:14
**lack** 137:5 156:17
**lacking** 81:15 189:12
**lacks** 82:4
**lacquers** 118:19
**laid** 20:14 70:11
**landscape** 32:11
**large** 11:17 12:5,8 58:13,19 60:10,17 70:17 82:22 88:7 157:21 169:4
**larger** 11:19 12:13 13:6
**largest** 59:7
**late** 41:9 142:18
**layers** 65:13
**lcms** 138:9,10
**ld50** 84:4,7
**lead** 69:14 70:17 94:4 111:8 114:19 114:22 120:11 122:8 188:21
**leading** 78:3 95:22
**leads** 94:1
**leadscope** 53:9 54:4 55:22 86:17
**learn** 105:7
**learned** 97:22 98:17 133:7,12 134:9,12
**learning** 57:7 58:15 62:10,18 105:6 122:12
**leave** 29:3 135:2 169:11,12
**leaving** 95:22
**lecture** 50:10
**led** 53:9 86:17 96:7 142:21 151:1 163:11
**lee** 40:21
**lee's** 41:19
**legislation** 90:4
**length** 75:19
**lengths** 56:4 75:17
**lens** 94:13 130:9
**level** 8:6,19,21 21:17 27:13 30:19 31:6 32:12,18 41:13 60:5 85:11 90:7,19,20 104:16 105:3 109:7 113:8 114:2 116:7 124:3 133:21,22,22 134:1 138:21 146:8,15 147:3,12 147:20 149:12,13 158:4,21 168:2 176:18
**levels** 20:16 21:11 25:15 26:4,4,15 26:22 33:20 34:1 34:12,17 35:1,8 37:8,9,11,20 39:14 48:21 76:20 83:16 103:9 105:2 111:13 112:21 113:16,17 119:15 125:13,15 127:10 134:16 135:9 137:12 142:16,21 147:19 149:16 150:4 154:8 158:16 162:11 163:6,7,11 164:8 166:10 169:4,5,7 169:8 171:20 172:16 189:7
**lhasa** 53:6,9,12 54:4 86:17
**liberty** 10:14,14
**lies** 87:8
**life** 97:7 123:7 125:11 126:2
**lifestyle** 24:18
**lifetime** 13:1,11 157:14,19 160:3 162:11 164:22 188:11,13
**light** 73:8 110:3
**lijinsky** 71:15
**lijinsky's** 70:15
**limit** 8:1 86:9 103:7 125:13 126:1,22 131:12 131:18 134:22 176:17 181:14,17 181:18 187:20
**limitations** 162:5
**limited** 53:6,12 86:5,17 161:17
**limiter** 139:5
**limiting** 190:10
**limits** 6:1 7:13,22 8:8 15:22 16:10 29:19 113:6 114:1 126:1,15 127:2 131:5 134:20 135:5 152:5 157:14 159:2 168:6 174:7 179:5 179:17 181:13
**line** 46:15 64:1 134:12 164:19
**linear** 145:8 157:11 158:15,22 159:5 164:17 173:21
**linearity** 45:22 162:22
**lined** 117:17
**lines** 30:18 153:3
**links** 56:9
**list** 2:2
**listed** 6:1 40:21,22 91:20 192:5
**listening** 14:20 50:22
**liter** 143:13
**literally** 142:7
**literature** 30:22 44:18 67:18 71:12 71:16 162:19 165:10 187:5
**little** 12:8 18:6,19 28:11 29:3 33:4 44:15 51:20 65:7 80:13 84:8 86:16 94:10 104:12 106:16 107:10 120:1 128:1 169:18 172:2,7 175:7 183:22
**liver** 13:3 160:13 160:13 165:22 166:13 169:2,5,6 169:10,17 170:3 184:13
**load** 21:4 126:22
**loads** 55:4
**loel** 150:22 151:8
**loeppky** 67:19
**log** 59:19,21
**logical** 24:9,10 37:17
**logistics** 137:6
**long** 83:2 87:11 95:16
**longer** 50:16 105:6 155:16
**look** 5:18 15:20 41:1,7,9,10,14,17 41:18 42:9 59:6 62:9,17 64:10 69:16,17 70:14

101:15 105:17 111:12 113:13 116:3,4,4,5,6 117:5,6 129:5 130:8,19 140:13 140:16 141:10 142:7 148:12,16 164:5 165:10,12 165:18 167:20,21 183:9 186:13
**looked** 53:10 101:6 160:19 162:21 169:8 175:6
**looking** 25:17 26:3 26:4 37:5 40:15 42:11,13 46:12 61:22 62:6,21 71:20 72:2 75:7 81:3,19 91:6 94:13 107:14 108:18 123:22 124:2,9,14 141:8 151:2 163:11
**loss** 62:14
**lost** 75:4 80:7
**lot** 10:10 11:1 18:10 22:20,21 26:16 27:7 30:17 31:8 34:16 36:8 45:3 50:9 51:6,22 54:1 60:16 65:15 67:19 82:1 89:19 89:20 91:12 98:5 99:3 101:11 102:9 103:6 113:1 122:1 122:12 124:21 135:9 154:5 155:13 161:2 164:10 165:12 167:6 175:12 185:22 189:2,2 190:3,19 191:17 191:18
**lots** 7:9 32:1 43:4 52:7 55:5
**low** 17:7,13 26:17 28:19 29:8 35:8 36:14 38:7 47:17 57:12 71:2 111:13 124:2 145:13 146:2 147:4 163:6 163:11 164:13,19 166:22 167:2,14 167:16,18,22 168:13,15,17,18 173:22 180:12 182:4,7,17,22
**lower** 10:7 13:21 39:15 60:19 64:10 111:12 153:9,10
**lowering** 142:21
**lowest** 166:5
**ltl** 159:4,7,7,14 161:6
**lucky** 52:21
**lunch** 144:8,14
**lung** 169:10

**m**

**m** 2:11
**m7** 19:18 152:10
**machine** 58:15 62:10,18
**magnesium** 120:22
**magnitude** 8:20 42:18 60:12 149:21
**mailbox** 129:8
**main** 37:19,19 39:8,19 99:9,11 120:1,8 160:14 170:1 177:6
**mainstream** 82:13
**maintain** 93:13 109:17 111:16
**maintained** 69:12
**maintaining** 108:13
**major** 86:4 96:12 121:6,20 164:10
**majority** 64:5
**making** 31:14,16 94:9 99:5 104:14 107:4 124:13
**malt** 143:11
**malting** 103:17,18
**man** 156:12
**manage** 143:8
**manageable** 190:1
**management** 7:20 102:11 115:18
**manifestation** 147:16
**manner** 106:11 124:15,15
**mansouri** 62:9
**manufacture** 119:4 190:19
**manufacturer** 96:19 119:12 137:8 138:13 140:2 145:10
**manufacturers** 96:5 97:17 122:3 127:5 128:8 137:16
**manufacturing** 27:17,22 28:2 29:2,5,7,15,16 47:15 48:16,19 92:16,18,21 93:9 93:17,22 107:7,7 115:5,16,17,22 137:5 139:6 140:3 142:19 190:13 191:8
**map** 81:1,13 86:8
**mapped** 86:4,5
**march** 1:8
**mark** 2:8
**markers** 156:3
**market** 123:12 126:4 191:15
**marketed** 118:7
**marketing** 191:3
**marketplace** 125:17
**mass** 180:18,21
**material** 99:19 100:15 120:17,18 128:18 131:18 183:10,12
**materials** 115:20 121:11 132:17,19 133:9,16
**matter** 27:19 28:21 104:14 159:20 178:22
**max** 167:21
**maximum** 151:9
**mcgovern** 2:18 110:9,10 114:8 135:4 136:16 149:4,5 153:20 154:1 177:6,9
**mdea** 180:13
**mdma** 169:3 170:10 180:12
**mean** 10:13,16 12:19,19 17:4 19:15 31:5 33:4 34:12,14 41:2 44:17 52:13,18 78:1,2 81:7,17 83:4 93:21 97:5 98:20 99:22 120:17,19,20 122:20 125:19 126:17,18 129:6 129:10,14 130:5 130:11 134:21 137:17 138:7 141:9,11 143:6

147:22 148:10 152:6 156:14,19 160:12 167:15 168:6,16 170:14 171:9 174:12 180:2
**meaningful** 154:18
**means** 4:22 46:21 88:5 116:15 120:11 146:7,13 170:6 174:20 179:19
**meant** 78:18 168:2
**measurable** 46:8 146:2 169:8
**measure** 8:10 29:21 30:8 37:4 37:12 45:7,8,9 47:7 55:12 138:18
**measured** 10:19 34:17 36:2 39:16 137:12
**measurement** 31:13,18 32:8 137:19 173:8
**measurements** 22:17 31:14,16 32:7,15,16,19 34:3 35:1,5 43:4 44:2,11 76:4,5 95:6 139:12 151:1
**measures** 29:13 54:22
**measuring** 172:21 172:22
**meat** 37:7
**meats** 41:20,21
**mechanism** 155:20 170:21 179:22
**mechanisms** 56:11 59:12,13 83:11 155:21
**mechanistic** 61:2 82:16 168:19
**mechanistically** 65:10,17
**med** 14:9
**mediated** 171:14
**medical** 107:22 108:2
**medicine** 19:17 190:11
**medicines** 6:8,11 14:10 48:18 49:1 93:4,13 190:8
**medium** 10:16 116:17
**meet** 77:3
**meeting** 5:10 193:4
**members** 86:18
**memory** 90:5
**mentioned** 12:21 20:12,21 21:15 26:14 33:17 39:22 44:3 67:17 68:8 69:2 70:22 71:6 82:7 98:2 111:5 112:20 114:11 116:1,7 117:20 136:17 150:6 183:4 186:19
**mentioning** 43:3
**message** 15:14
**metabolic** 65:15 83:14 89:15 91:8 168:4 182:13
**metabolically** 171:5
**metabolism** 65:17 66:20 67:4 69:5 84:14 85:8 87:15 170:2,7,15 178:7
**metabolize** 170:19 171:10
**metabolized** 35:21 69:9
**metabolizes** 170:12
**metamizole** 68:1
**method** 116:4 137:13 177:13,15 179:9,13
**methodology** 56:22 78:15 175:9
**methods** 33:1 47:7 48:8 58:16 73:18 90:11 115:7 123:21 126:11 131:4 137:10 138:4,5,8 139:2,7
**methyl** 66:2,8
**methylated** 169:12
**methylating** 155:14
**methylation** 169:4 169:7,8,9 170:3,5
**methylbenzyl** 171:8,10
**methylguanine** 160:20 161:21 162:18 163:3,21 165:16 171:11
**methyltransferase** 164:7 165:14
**methyltyrosine** 148:14
**metric** 7:21 176:6
**mgmt** 155:12,22 156:9,10 165:3,13 165:22 166:13,19 166:20 167:10
**michael** 2:14
**microgram** 143:13 148:21 167:22
**micrograms** 10:17 12:20 13:20
166:15 168:10,11 174:5
**microwaving** 42:7
**middle** 129:12
**mike** 34:10
**milligram** 166:6 168:9
**milligrams** 36:4,4 166:1,2,16
**million** 137:22
**mimic** 61:21
**mind** 6:8,19 76:9 76:22 79:9 106:3 161:9 162:5 167:6 174:6 191:6,17
**minded** 65:10
**mindful** 136:1
**mindfully** 136:12
**minimization** 93:18
**minimize** 98:14 142:16 191:19
**minimizing** 144:2
**minimum** 93:12
**miniscule** 15:11 17:14 23:3 25:2 29:8,14
**minor** 70:16
**minus** 36:7 158:21
**minute** 85:15
**mirvish** 35:22
**misinterpreting** 181:17
**missed** 183:18
**mitigate** 106:11 106:12 119:4 191:12
**mitigated** 114:13 131:8
**mitigating** 105:20
**mitigation** 1:2 7:20 29:13 106:15 107:12,16 117:16 119:2

**mix** 75:21
**mm** 147:14
**model** 59:16 60:5 60:9,13,22 64:11 78:11 82:12 83:2 83:13 88:17,18,19 88:22 129:15 145:8 178:19
**modeler** 7:11
**modeling** 9:4 49:22 60:20 79:4 174:10 182:12,13
**models** 7:14 40:17 58:19 59:9,12 61:20 62:3,18 63:2,8,15 79:11 79:22 85:8 88:10 88:12 153:14 155:2 156:7
**moderate** 156:14
**moderated** 1:7
**moderation** 192:16
**moderators** 4:20 5:2,7
**modification** 184:4 188:20
**modifications** 65:20
**modify** 10:15
**modifying** 106:13
**moisture** 116:21
**molar** 174:4,5,9 174:11,15 180:18 181:2,8,20
**molecular** 65:20 77:11 91:15,17 180:10,12,14,22 181:9 190:18
**molecule** 15:16 51:19,21 74:16,18 87:6 99:5 140:22 141:10 142:8 181:6 185:5
**molecule's** 180:21
**molecules** 51:22 52:19,20 54:8,21 55:8 57:22 58:11 58:14,14,21 82:11 82:18 87:12 91:10 141:22 173:16 174:11
**moment** 9:10 29:3 47:1 50:12 52:13 61:6 68:14
**monitor** 5:8 35:22
**monitoring** 4:21 27:17
**monkey** 169:15,17
**monkeys** 160:19 169:4
**monopolize** 165:7
**months** 125:15
**morning** 5:14 7:5 14:20 105:13 110:11 153:3
**motapizone** 68:1
**mouse** 184:8,17 186:20,22
**move** 9:9 49:13 92:14 109:21 131:14 134:14 183:1
**moved** 10:5
**moving** 16:5 58:2 145:9 150:18
**multi** 108:5,11
**multiple** 62:18 101:8 111:20 156:1,2 188:3
**mutagenetic** 53:2
**mutagenic** 19:19 19:22 53:7,18 59:5 66:17 67:2 71:21 78:22 79:6 161:21 185:5
**mutagenicity** 50:6 63:12 71:8 77:13 79:5 89:15 91:8
**mutagens** 78:9 154:19
**mutation** 162:1 163:18
**mute** 4:8 9:8 80:8
**muted** 4:9 64:19

**n**

**n** 2:1 3:1,1 4:1 29:9 38:13 55:10 66:8 75:12 148:22 152:2
**nail** 118:18
**nam** 56:22 84:11
**nanogram** 148:13 153:8 154:4 174:20 180:16,17 180:20 187:21
**nanograms** 134:22 135:6 138:22 174:4 181:20
**nanomoles** 36:5
**national** 109:20
**natural** 17:12
**nature** 85:10 108:5 132:17 188:18
**ndea** 16:19 134:22 135:13 136:11 152:7 153:4,8 180:20 188:9
**ndma** 16:19 17:4 43:16 44:1 96:1 134:21 135:12 136:11 143:14 152:7 153:4,5,9 154:8 156:10 188:8
**near** 95:16
**necessarily** 16:19 57:22 88:17 132:2 133:19 158:6 175:16
**necessary** 116:10 116:22 117:4 118:9 127:21
**necessity** 15:17 107:22 108:2
**need** 6:21 14:7,16 22:16 24:20 25:14 30:5 32:13,22 33:6,9 34:18,22 43:16 44:6,10,13 47:6,6 48:9,17 49:8 50:21 52:16 54:15 55:12 57:10 60:1 64:9,13 67:9 67:14 68:12 74:13 74:15 75:22 76:1 76:4 79:9,21 80:4 81:4,16 82:2 88:15,16 91:2,21 98:20 106:5 111:14 112:12 117:5,6 127:19 128:3,3 130:8 132:19 136:7 138:17,18,20 160:17 188:5,7 190:6 191:11
**needed** 63:8 78:10 102:5
**needs** 31:20 32:15 39:16 48:20 116:13 118:8 128:20 137:8 139:20 140:21 187:22 188:16 189:1,12 190:9,22 191:11,15,15
**negative** 57:12,14 57:18 63:11 67:6 67:8 78:9,11 79:7 79:10,21 184:3,6 184:22 185:2
**negatives** 71:2,3,5

**negativity** 67:7
**negligible** 127:13 130:3 146:9
**neither** 194:10 195:7
**net** 16:9
**never** 72:22 91:1 133:2 134:7
**new** 32:13,16,22 34:4 56:22 62:10 67:16 87:6
**newer** 31:21
**nice** 53:4
**nicely** 20:14 48:3
**nip** 68:8
**nitrate** 34:13 35:11 36:4 37:20 37:22 38:1,9 39:7 41:12,13 102:20 178:6,8,16
**nitrates** 6:22 16:21 35:5,6 48:11
**nitride** 34:13 41:13 94:4 95:20 102:19 114:16,19 116:5,7,16 120:3 120:6,9,11 127:10 127:21 178:6
**nitrides** 6:22 127:13
**nitrisation** 94:4
**nitrite** 124:8 125:3 133:21
**nitrites** 16:21 35:6 48:11 133:10 176:15
**nitro** 66:16
**nitrocellulose** 118:14,16,20
**nitrogen** 117:22 121:12 178:7
**nitrosamine** 15:17 21:11 25:8 27:16 30:16,16 31:16 35:12 37:6 39:11 40:4,16 42:10 44:9 47:12,17 49:16 50:3,6 53:13 55:10 56:8 63:3 68:2 69:15 71:21 72:4,12,14 75:12 80:12,15,20 80:20 81:6,13 82:9 86:5 87:15 87:17 88:4 89:3 89:16 92:21 94:13 96:15 97:3,19 98:19 99:12 102:15 105:17 111:6 112:6 114:12 115:8 117:1 119:11 121:14,16 123:9 124:10 125:10 126:1 127:11,15 130:10,19 133:1 134:2,16 135:12 135:15 136:14 141:9 143:14 153:6 157:22 160:5 162:11 171:8,10 177:18 180:14 182:7 184:3,12 185:6,14 185:19 187:12 188:8
**nitrosamines** 1:1 4:4 5:16 6:1,3,6 6:16,21 7:18 15:8 16:20,22 17:5 18:10 19:6 20:1 20:19,22 21:7 22:1,14 23:3,19 24:13,14 25:9 26:9,11 27:6,9,12 27:22 28:2 29:17 30:2 31:5 32:4 33:10,21 35:7 41:20 44:20 46:2 46:5,7 48:6,12 49:10,14,18,20 51:6 52:17,22 53:16 55:9 58:17 58:22 59:6 60:15 60:16 61:1,21 62:5 63:10 64:6 69:18 71:15 72:11 72:17 73:3,7,20 77:12,14 79:18 86:3,9 92:17,22 93:4,5,8,18 94:5 95:4,7,11 96:8,10 97:9 100:4 101:6 103:9,14,19 104:2 104:9 106:10,17 106:20 107:8,21 108:9 109:15,22 110:16,18 111:11 111:19,21 114:5 114:19 115:3 118:21 119:13,15 119:17 120:4 122:14,16 125:22 130:17 131:6,10 132:12 136:4 137:12 139:22 140:1 142:16,22 143:9,18 145:7,9 145:11,21 146:1 149:18 150:12 152:7 154:10 155:11,16 156:22 157:2 158:3 164:14 167:1,2 170:19 171:4,8,21 172:16 176:13,17 180:11,12,22 181:1 182:4 183:15 184:15,19 185:11 187:2,18 188:3,13,17,19,22 189:7,8 190:7,10 190:14 191:10,19
**nitrosatability** 30:8
**nitrosatable** 67:17 128:10,19
**nitrosatablity** 67:15 68:6,11
**nitrosate** 121:14 121:15
**nitrosated** 30:5 67:21
**nitrosating** 118:17 121:18 176:15
**nitrosation** 18:14 30:7 38:13 43:7 43:10,11 44:16 45:3,10 46:1,18 172:4 178:11
**nitroso** 29:9 65:9 66:7,9 67:12 68:3 69:1 71:6 80:2,5 81:10 119:4 140:7 140:10,19 141:1 141:12 179:4,8,16 181:3
**nitrosodiethanol...** 71:20
**nitrosodiethlya...** 148:7
**nitrosodiethyla...** 152:2
**nitrosodimethyl...** 148:7,22
**nitrosoproline** 35:19,20 36:2,5,9 43:1,5 69:8 172:11
**nitrous** 94:4 98:21 98:22 99:14 100:7 101:3 102:1,5 103:1,12,13,18 142:3

nmo 180:20
non 45:22 63:13 65:6,9,11 67:3 71:21 72:14 130:3 162:22 167:10
normal 8:16 19:11 19:11 132:3 154:22 156:14
normally 118:5 130:2 175:3 178:3 178:14
notary 194:1,19
note 149:3
notice 137:1
noticed 71:16 98:12
novel 180:13 182:4,6 184:3
novo 88:17
nox 128:15,19 129:3 142:5
ntp 175:17,21
nucleotides 65:14
nullable 94:11
number 12:8,20 22:22 23:9 52:10 57:4 58:11,13 70:14 71:1,22 74:6 85:8 86:18 88:8 106:4 138:11 161:17 167:16 173:15 177:5 187:22 188:1
numbers 8:10 12:17 40:19 44:6 53:19 62:21 64:4 154:18
numeric 42:15
numerical 7:12 8:22
numerous 22:17 23:17
nutritional 11:2,3 178:13,14

o

o 3:1 4:1
o'clock 144:9
o6 160:20 161:10 161:20 162:18 163:2,20 171:10
objectively 73:19
observations 175:14
observed 154:9 177:19
obtain 137:11
obvious 7:9 55:9 128:11
obviously 35:5 102:15 135:18 159:2
occasions 103:21
occurrence 39:11 140:9 141:4,5
occurring 99:12
occurs 169:1
oecd 53:17 54:13 55:5 81:8
office 41:4
officer 194:2
oh 27:19 121:5 126:6 139:15 157:16 164:9
okay 11:14 30:19 34:11 49:12 73:16 76:15 80:9,18 85:14 89:13 92:14 119:9 121:5 125:9 126:5 155:9 162:9 168:13 186:2,4,8
old 10:1 34:18 35:3 44:2 48:14 166:4
older 23:12
omcl 138:5
once 15:18 44:12 111:10 164:16 186:9
oncogenes 162:1
one's 106:5
ones 47:2 63:10 105:5,5 135:20
oops 34:10
open 119:2 131:16 160:22
opera 62:11
operate 161:3
opinion 9:15 10:12,22 11:6 26:21 29:10 46:19 47:19 54:20 119:19 156:6 164:6
opinions 33:5 49:4 51:5 88:6 132:12 192:6
opportunity 51:3 55:15 162:3 169:20
opposite 158:14
optimistic 69:13 69:21
option 131:20 134:4
order 6:20 13:6 42:17 44:7 78:10 92:20 98:18 105:16 107:20 109:21 111:4,15 112:4 117:1 149:21 161:13 168:20 187:17
orders 8:20 60:11
organ 70:18 170:18 171:3
organic 141:19
organization 138:15 183:13
organizing 57:21
organs 169:2
origin 15:19
ottawa 151:2
ought 24:3
outcome 150:4 194:15 195:12
outlined 16:4 105:19
outs 156:10
outside 19:17 71:16 102:10
overall 13:5 14:12 25:7 43:15 44:9 48:4 49:5 111:16 112:13 160:11
overexpressing 156:9
override 80:6
overwhelm 24:2
overwhelming 64:7
oxidant 22:12 127:6
oxidants 44:19
oxidative 38:12
oxide 22:22 178:7
oxides 103:18 117:22 121:12
oxidized 120:10

p

p 2:1,1 4:1 59:19 59:21
p.m. 193:5
p450 169:1 170:1 171:2,15,17
packaging 93:10 118:14 119:5 125:14 129:4 191:3
page 3:2
painter 1:7 2:3 4:2 144:16
pancreas 169:6
panel 28:9 108:21 109:20 117:12 176:12

**panelist** 2:4,5,6,7 2:8,9,10,11,12,13 2:14,15,16,17,18 2:19 5:3 85:1
**panelists** 3:5,7,8,9 4:9,12 12:16 45:16 73:14 140:6 144:11 150:1 154:21 182:6 183:20 192:18
**paper** 163:14 164:1 166:1
**papers** 40:22 44:18 74:8 162:21 164:4 165:20 166:4
**paradigm** 183:2
**parameter** 189:11
**parameterize** 60:2
**parameters** 39:3 49:19 59:21 83:3 83:5 93:10 161:12 179:13 187:12,17
**parenthesis** 180:19
**part** 26:12 78:15 78:16 79:15 86:19 86:21 89:6,12 94:6 96:2,3 99:2 102:22 104:11 105:15 106:17 119:10 121:1 122:20 126:18 137:21,21 141:4 144:20 158:22 159:5
**participating** 192:14
**participation** 192:3
**particular** 14:16 25:8 32:8 40:6 43:15,19 44:9 51:5 54:16 60:6 80:20 89:8 94:22 95:13 103:8 106:7 107:15,15 108:1 109:4 112:16 115:4 116:16 120:5 128:1 134:2 136:10 138:20 143:15 163:13 188:17,22 190:18
**particularly** 8:11 26:10 49:9 51:7 52:2,6,10 56:3 90:1 91:14 93:6
**parties** 194:11,14 195:8,11
**partners** 113:2 126:15
**parts** 17:4,7 32:18 189:21,21
**pass** 9:6 70:6 79:12 84:17 89:9 110:6 169:17
**path** 191:1
**pathway** 161:20 190:17
**patient** 6:9 17:22 93:7 97:11 111:16 111:20 112:14
**patients** 18:15 190:9 192:1
**pattes** 160:18
**paul** 151:2 171:13
**pay** 190:6
**pde** 149:11,19 150:3
**people** 14:9 16:12 23:12 36:3 37:3,8 37:8,12 39:4,4 40:9,22 44:18 45:9 62:2 71:1 72:9 103:6 104:22 111:21 115:22 124:1 133:2,5 134:8,10 165:18 165:20 170:15 173:7 174:16 175:1
**percent** 13:1,3,7 21:6 23:6,7 25:22 26:1 36:7 72:3,5 79:18 123:1 152:16,16 166:14
**percentage** 36:15
**perform** 74:22 76:7
**performance** 63:21
**period** 95:16 123:6,11 175:13
**periodically** 123:8
**periods** 158:5 175:14
**permeating** 185:16
**permissible** 149:11,16 159:8
**persistence** 163:19
**person** 7:12 40:13 40:13 167:22
**person's** 122:17
**personal** 6:12 10:15
**personally** 9:20 10:6 67:5 168:14
**personnel** 115:20
**perspective** 16:7 47:13 98:10 106:2 108:15 110:13 141:20
**pertinent** 143:5
**pessimistic** 182:9
**peter** 170:13
**peto** 12:22 147:9 166:11 173:20
**peto's** 175:11
**pettes** 169:4
**ph** 171:14 185:13 185:18,21 186:10 190:21
**ph.d** 2:6
**pharm** 106:1 107:17 108:15 134:19 135:3 138:19
**pharma** 68:12 119:11
**pharmaceutical** 17:18 28:3 92:16 92:19 94:22 139:6 143:7,21 144:3
**pharmaceuticals** 26:17 48:17 142:17 176:13 190:11
**pharmacologic** 145:22
**pharmacy** 23:14 24:1
**phenolics** 38:15
**phone** 4:8
**phs** 185:15
**physical** 58:7 62:12,19 63:12 81:19
**physiologic** 15:2
**physiological** 39:3 147:21
**physiology** 178:20
**pick** 7:19 124:4
**picked** 104:8
**picking** 8:21 104:2 124:10 125:5
**picomoles** 180:19
**picture** 167:8
**piece** 106:14
**pill** 18:1 23:14
**pinch** 166:20
**pipe** 183:16
**place** 89:1 104:8 116:3 124:4,8,14

135:6
**placebo** 172:17
**places** 22:15 98:5 99:10,11 106:9
**plate** 185:22 186:11
**platforms** 138:7
**play** 181:7 183:6 186:17
**playing** 185:17
**plays** 38:10
**plea** 11:3
**please** 4:8,14,17 5:4 11:15 18:20 49:3 132:8 143:3 155:5 158:12 165:8 185:9
**plenty** 109:1,12 170:17 171:3
**plus** 25:12 158:19
**point** 8:22 9:14,17 10:17,18 11:4,8 13:12 17:4,6 19:2 20:9 22:7 24:4 28:18 29:1,22 36:6 38:20 42:15 45:5 47:14 54:22 65:7 68:5 74:3 75:22 76:1 77:1 86:19 90:14 95:10 95:16 111:18 115:9 126:7,10 134:21 146:4 157:1 159:6,12 177:4 182:18 185:19 186:14
**pointed** 158:14 162:17
**points** 23:22 68:19 76:20 79:8
**polarity** 69:7
**poly** 23:14 24:1
**polyaromatic** 42:2
**polycyclic** 151:4
**polypharmacy** 112:2
**poor** 73:20 178:19
**pop** 98:4
**population** 12:15 19:12 21:4 23:6 45:9 107:15 108:1
**populations** 32:2 156:12 178:15
**portion** 150:10
**posed** 21:10 108:21
**position** 8:2,4 14:13,22 54:9 66:16
**positioned** 66:9
**positions** 24:10 66:10 69:4
**positive** 57:9 72:1 72:5 78:9 79:19 79:21 184:19 185:3
**pository** 148:13
**possibilities** 91:9 117:19 182:10,18 183:7
**possibility** 71:6 114:12,21 120:7 121:18 127:6 146:11 168:22 169:16
**possible** 18:6 33:10 38:12 46:17 57:3 61:5 64:2 88:9 92:20 93:5 94:18 97:3 98:9 100:5,5,14 105:16 111:2 114:6 116:8 116:9,18 125:10 137:6 142:6 157:7 168:7 176:8
**possibly** 11:19
**post** 169:20 170:4 170:7 191:3
**posted** 138:3
**potassium** 118:5
**potency** 21:14 51:18 56:3 60:7 60:16,18,19 62:4 62:13,17,20 63:14 64:3,10 65:4,13 70:18 79:4,6 82:10 87:4 109:11 146:5 148:11 150:15 151:22 154:5 173:18 180:15 185:11 187:14
**potent** 16:20 63:9 63:10 64:7,8 65:5 65:6,11 72:4,12 72:14 87:20 89:8 109:2 136:5,6 148:20 152:2 154:2,19 188:8
**potential** 9:18,18 11:4 25:10 29:4 30:1 46:18 47:11 54:7 71:17 72:17 106:8,9 118:13 119:13,16 124:18 130:10 134:2 136:19 140:18 141:1,8 157:21 182:5,7 183:7,10 183:14
**potentially** 82:20 99:1 100:13 101:19 119:3 133:16 177:18 179:5
**potentials** 145:11
**practical** 14:8 168:15 178:22
**practically** 82:12
**practice** 29:2,6,7 47:16 55:11 161:15
**practices** 115:17 115:18
**pragmatic** 9:16 28:17
**pre** 41:20 77:1 155:19 186:6,11
**precautionary** 181:22
**precursors** 6:16 98:19 100:3 102:13 104:22 133:17
**predications** 69:19 80:13
**predict** 50:1,5 66:13 78:21 112:11
**predictability** 69:15
**predictable** 87:4
**predicted** 13:10 45:1 62:12,16 63:5 64:5
**predicting** 62:4 82:9
**prediction** 64:3 68:13 73:2,10
**predictions** 50:19 58:7 61:19 84:15
**predictive** 67:14 129:16
**prefer** 9:20 174:11
**preference** 61:3
**preferences** 10:15
**preferred** 177:1
**preformed** 67:12
**preliminary** 62:15
**preparation** 16:8 17:9 22:12 31:17
**prepared** 195:3

**preparing** 71:19
**presence** 111:2 112:5 114:4 119:13 120:2 126:11 144:2
**present** 5:6 17:1,4 17:6 18:10 19:6 19:11 23:2 33:11 35:7,8 49:1 65:8 93:15,16 96:10 111:11 113:20 117:6 120:6,9 122:5 127:13 143:9,14 158:3 178:21 188:4
**presentation** 5:11 67:18
**presentations** 192:10
**presented** 55:22 73:17 143:11
**presents** 107:13
**pressure** 23:15
**presumable** 114:22
**presumably** 115:9
**pretty** 139:4 172:12
**prevent** 93:11 100:1 191:18
**previous** 14:21 34:21 56:19 110:11 115:15 167:10
**previously** 73:5 117:5
**primarily** 33:22 169:10 187:1
**primary** 167:8
**principal** 13:16 14:2 117:16 145:14
**principals** 29:15 29:16
**printing** 118:15
**prior** 194:5
**prioritization** 76:18
**proactive** 124:15
**probable** 155:18 177:20
**probably** 19:10 22:10,11,12 23:4 23:4,8 26:17 42:16,17 46:8 52:3,21 53:22 55:16 56:13 69:6 82:2 84:7 89:4,22 103:12 110:18 118:10 135:13 141:21 152:8 156:5 162:14 171:17 173:15 185:10 186:18,20 187:6 188:15
**problem** 8:11 41:22 61:1,22 63:16 71:4 76:10 76:16 77:21 79:20 80:1 82:21 115:1 118:1 123:22 156:6 183:4
**problems** 39:21 56:13 57:8 60:20 70:13 71:17 164:10 183:15 191:9
**procedure** 30:7 67:11
**procedures** 115:4
**proceeding** 195:4
**proceedings** 194:3 194:4,6,8 195:6
**process** 16:13 27:17,22 28:17 31:1,16 32:10 55:13 76:10 77:8 93:9,22 94:16,20 95:1,3,8,19 96:9 96:22 99:20 101:11,15,17 102:10,19 103:2,4 103:17,19 104:1,5 104:12 115:5 117:20 119:16 122:7,10 124:13 125:1,2 131:8,13 133:6,8,17,21 134:9,13 139:10 143:16 151:11
**processes** 31:22 94:12 115:17 116:14 157:20 158:7 159:10 161:3
**processing** 142:20
**proctor** 74:11
**produce** 29:7 47:16
**product** 17:20 92:19 93:1,6 94:1 106:6,10,18 116:19 117:3 119:19 122:15,17 124:5,17 125:12 127:7,12 131:9 136:18 139:13,19 139:20 140:1,3 142:5 143:9 180:15 188:5 191:2
**production** 6:16 113:18
**productive** 5:17
**products** 8:5 94:8 107:2,12 108:9 109:19 124:1 125:10 136:13 140:9 141:6
**professor** 50:11 69:2
**profile** 75:2
**program** 62:8
**progressive** 17:9
**proline** 36:4
**promising** 63:8
**prompt** 5:5
**proof** 40:3
**proper** 44:10,13
**properties** 58:8 62:12,19 63:13 81:20
**proportion** 71:1,2
**propose** 31:20
**proposed** 187:13
**pros** 49:5 50:4
**protecting** 100:17
**protective** 38:3,4 86:2 181:18
**protocols** 184:5
**prove** 16:14 177:7
**proved** 136:19
**provide** 16:6 84:3 90:2 95:2 144:11
**provided** 138:3,5 187:9
**provides** 138:19
**proving** 176:14
**prudent** 172:16
**pubchem** 53:21 81:12
**public** 1:12 6:11 112:18 174:16 194:1,19
**publication** 186:13
**publications** 150:20 190:3
**publicly** 53:2,11 53:18 54:2 132:14 138:3,6 139:8
**published** 60:3 69:16 71:22 186:3
**pull** 55:16

**pulling** 84:13
**pure** 18:6 71:14 71:15
**pureed** 41:21
**purely** 7:12 42:15
**purge** 96:22
**purged** 133:18
**purging** 95:2 134:13
**purification** 105:1 115:7
**purified** 95:3 117:21
**purity** 72:3,10
**purpose** 78:12 137:20
**purposes** 54:15
**put** 53:13 56:2 76:8,22 79:8 103:7,16,22 122:21 123:3 187:13
**putting** 47:11 87:6 131:17
**puzzles** 175:7
**pyridine** 66:17
**pyridines** 66:9

**q**

**qsar** 49:20 50:5,14 51:12 53:17 54:13 58:2,5 60:9,10 61:3,20 62:19,22 63:12 70:20 71:11 72:8,18 76:11 78:10,15,19 79:2 79:6 80:13 81:8 85:22 87:9,14 174:9 182:3,9,12 188:14,14,16 189:4
**qsars** 58:20 59:3 59:18 60:3,14 78:20
**qualification** 115:22
**qualified** 194:7
**qualifying** 106:22
**quality** 18:4 33:10 71:11 72:10 79:9 83:13 112:3 115:18 124:16 133:4,5,6 139:14 190:8
**quantification** 179:9
**quantify** 23:5,8 46:17
**quantitate** 10:22
**quantitation** 131:5,13
**quantitative** 46:22 58:3,6 59:9 84:3 157:3
**quantity** 119:18 130:3
**quantum** 60:4 83:5
**quenching** 95:20
**question** 3:5,7,8 4:22 5:20,22 7:6 9:4 12:2 14:10,22 16:13 19:16 20:3 20:12 26:13 28:9 41:11 48:2 49:12 49:14 51:11 59:14 73:15,22 74:19 77:18 79:15 80:11 80:15,16,17 81:5 81:22 82:7,15,16 83:20 84:17 85:5 85:19,20,21 86:14 87:14 88:1,20,21 89:6,12,13,19,19 92:6,7,12,14,15 92:17 93:16 97:16 98:13 104:17 105:14,15,18 106:17 110:15 111:14 120:16 121:21 122:14 125:8,9,19 127:9 127:17 128:2,8,20 129:22 130:13 132:7 137:4 139:11 140:6,21 141:5 142:11 145:6 147:5 148:3 149:5 153:3,4,17 154:21 155:10 157:9 158:9 162:9 162:15,20 165:10 167:1 173:15 174:2 175:7 176:11,21 177:21 179:2 180:6 181:13,15,16 182:2 184:2,10
**questioner** 91:21
**questions** 3:9 4:16 4:17,19 5:8,20 8:16 32:9 37:19 41:16 44:7 49:15 73:13,17 77:11 85:20 105:4 108:21 119:9 137:1,2 144:10,10 144:22 154:13 183:17,20 190:12
**quick** 49:2 50:15 62:9 84:19 137:4 142:8 184:13,21
**quicker** 83:17
**quickly** 172:20
**quite** 10:20 26:17 27:10 31:3 35:17 36:10 37:16 39:1 46:19 47:4,5 52:11,21 55:14 57:4 64:21 69:1 70:17 74:7 77:17 78:2 82:1,1 83:2 86:15 87:5 88:12 101:5 102:20 126:22 155:18 157:21 178:5 179:18
**quote** 21:3 42:5
**quoted** 40:19
**quotes** 132:17

**r**

**r** 2:1,10 4:1 80:5
**radiation** 145:7,8 145:20 146:19
**raises** 154:13
**random** 37:12,12 40:10
**range** 31:4,10 37:13,14 45:12 77:14 94:7 135:6 137:22 139:4 149:15 164:12 166:10 167:1,2,18
**ranges** 147:16
**ranitidine** 96:16 140:14,16 141:18
**rapid** 57:4 76:17 84:1,19
**rapidity** 85:9
**rare** 156:16
**rat** 67:3 160:13,15 169:9,18 170:12 171:7,9 178:15,15 178:20 184:8,13 184:16,16 186:20
**rational** 57:21 61:4 87:11 127:11
**ratios** 127:10,19
**rats** 165:3,21 166:9 178:4,6,7
**raw** 115:20
**reach** 52:7 56:14 90:2,3,11 169:20
**reached** 125:15
**reaches** 147:19

reaching 119:12
react 100:19 140:18
reacting 114:19
reaction 38:14 83:10 95:15,20,21 95:22 116:3
reactions 98:3 99:6 127:22
reactive 82:8 87:17 88:14 94:2 130:8 173:16
reactivities 49:17 72:13
reactivity 50:6 55:17 56:10 59:22 60:2 75:14 81:18 83:14 87:1,2 187:16 188:18
read 49:17 50:14 50:21 51:12,14,15 52:3,9,16 54:8,12 54:18 55:12 56:12 56:14,16 57:3,11 57:15 58:5 61:3,5 61:20 65:3 69:13 70:20 72:8,18 73:17,22 74:4,5,7 74:9,22 75:5 76:3 76:12,15,17 77:3 77:8 83:21 84:1 84:10,12,20 86:15 87:8 89:14,21 90:1,6,11,14,17 91:16,19 92:2,3,8 153:17 179:19 180:8 182:3,10,11 189:4
reading 55:3 57:9 86:12 87:22 143:12
ready 63:1
reagent 102:4,6 103:7
reagents 102:17 104:5 116:5
real 13:19 32:12 33:1 97:8 106:2 129:7 139:5 142:8
realistic 39:1 153:15
reality 57:7,11 82:20
realize 53:22
realized 29:12 68:7
realizing 133:15 136:10
really 10:12,17 15:6 21:8 26:12 26:22 27:3 28:14 28:19 29:14 30:4 32:3,4,10,21 37:22 38:10,19,19 38:20 43:5 44:16 46:16,20 47:6 48:18 51:1 53:4 54:19 55:20 56:9 61:11,17 64:8 67:10 69:20 70:4 72:8 76:12 78:22 80:3,14 81:9 82:14 89:18 97:16 98:2 103:10 106:21 107:20 108:12,14 110:12 110:14 111:14 118:9 122:2 124:2 135:8 137:8 138:6 139:20 141:9,16 141:16 142:11,21 143:5 147:12,20 148:15 154:11 157:1 158:22 171:12 172:2 175:8 181:14 188:14 191:21 192:2
realm 131:15
reason 20:21 38:17 39:8 139:9
reasonable 10:4 10:16 34:1 62:17 112:2 113:4,9 147:4
reasonably 145:13
reasons 118:7 145:22 160:7
recall 147:7 178:18
received 5:1
recognize 14:7 28:15
recognized 183:8
recognizing 62:1
recommend 76:14 179:10 182:6 184:5
recommendation 59:3
recommendations 184:9
recommended 179:10
reconsider 38:11
reconsidered 38:11
record 85:17 144:15 194:9 195:5
recorded 192:9 194:6
recording 5:11 194:8 195:4
records 46:21
recovered 96:6,7 96:11 116:11
recovering 116:10
reduce 92:21 93:12 105:16 107:5
reduced 194:6
reducing 95:7 107:21
refer 83:4
reference 9:17 11:4 28:18 53:12 83:20
references 40:22
referencing 62:13
referred 31:3 43:6 175:8
referring 79:1
reflect 148:10,17 150:14 151:18
reflecting 146:6 151:22
refresh 51:4
regard 51:6 52:2 54:6 59:10 93:17
regarding 4:16 105:15 130:1 149:5 179:11
regardless 181:19 182:17
regards 23:20
regimes 37:6
regression 58:12 62:18
regular 19:21
regulate 19:5 24:3 32:3
regulation 18:22 19:9 30:11
regulators 18:3 109:21
regulatory 5:22 7:13 19:21 52:2 53:3 90:13 97:17 108:12 113:2,7 126:15 174:8
reiterate 99:10
relatable 59:13
relate 92:4 174:2

**related** 41:6 49:18 59:22 61:19 98:13 122:7 140:7,19 151:3 156:20 179:4,7,16 194:11 195:7
**relation** 12:2 167:13 179:4,16
**relationship** 157:3 164:18
**relationships** 56:2 58:3 59:9,17,20 68:22 69:14 156:13
**relative** 17:15 18:10 30:20 33:12 84:4 194:13 195:10
**relatively** 10:9 28:15 36:12 57:4 60:18 70:16 82:22 114:2
**relevant** 73:19 90:12 121:17 155:13
**reliability** 43:22 50:5 90:20
**reliable** 36:8,10 38:21 39:9 43:4 43:18 44:5 47:2 65:4 68:14
**reliably** 45:7 48:13
**relying** 148:8
**remain** 144:3
**remaining** 5:19
**remains** 64:4 73:9 108:8
**remark** 153:13
**remember** 22:19 23:11 70:15 150:20 160:11 163:13,17 164:2,4 171:15
**reminder** 4:5,7
**removal** 134:16
**remove** 95:4
**removed** 102:13 133:9,12,13
**repair** 89:17 155:1 155:10,20 156:1,3 156:8,15,21 157:4 157:12,15,19 158:7 159:15 162:13 163:3,12 168:3
**repaired** 155:19
**repairing** 165:15
**repeat** 9:15 47:10
**repeatedly** 60:15
**repetitive** 45:20 46:11
**replacing** 90:8
**replicating** 90:13
**replication** 159:11
**reported** 1:20 185:11
**reports** 120:3
**represented** 63:14
**represents** 79:20
**require** 48:6,7 50:17 138:1 176:17
**required** 57:2 110:20 112:12 182:16
**requirement** 137:15
**requires** 100:7,8
**research** 28:21 37:17 46:16 138:15 146:11
**researcher** 18:22
**reservation** 159:8
**reservations** 11:20 159:18
**residual** 103:15,22 124:20 125:1
**resistant** 156:9
**resolution** 138:10
**resolves** 80:10
**resources** 53:11 53:15,20 54:17 61:2 77:20 112:15
**respect** 20:17 48:17 61:20 79:20 85:6
**respond** 155:3 159:12
**responding** 110:11
**response** 20:12 24:20 105:21 145:21 146:1,15 149:8 150:10 151:9 157:13 158:16 159:1,5 162:22 173:21
**responses** 72:13 151:5
**responsible** 17:18
**rest** 181:6
**restricted** 63:2
**result** 13:10 15:4 16:9 17:8 46:1 72:6 87:17 132:3 156:17
**resulting** 46:6
**results** 44:21 63:6 83:7 151:13
**resume** 144:9
**retrofit** 176:8
**returning** 15:2 85:15
**review** 5:2 53:5 69:16
**reviewing** 86:20
**reviews** 53:4
**rice** 2:11 14:19,20 16:15 72:21,22
**rich** 7:1 51:21,22 52:18,20 54:7 82:1
**richard** 2:13 67:19
**richness** 67:18
**right** 7:7 26:8 31:17,21,22 36:15 42:7 45:7 47:7 50:10 58:13 85:4 87:5 94:6,13 95:13 96:2,4,20 107:11 108:13 122:1,21 123:12 126:9,17 127:20 129:4,8,12 135:21 137:17,20 140:12 148:1 153:2,16 160:7 172:15 173:7 174:14 177:8,16 182:1 184:11 191:7
**rise** 13:2,13
**risk** 1:1 3:4 5:21 7:20 8:22 9:4,19 10:21 11:5 13:8 13:11,14 14:11 16:12 19:7 20:6 21:10,17,18 23:9 25:7,11,18,20,20 26:13 27:11,13 28:19 29:4 30:1,6 43:15 44:10 47:19 73:20 76:19 92:5 96:9,21 100:3,19 101:2 107:3,5,14 108:3,14,17,19 109:4,10,16,18 110:3 111:16 117:7 119:11 123:8 128:12 130:15,21,22 131:1,7,9 132:1,2 136:2,9,10 139:11 141:21 142:8 147:3,12 151:20

155:1 157:4,5,11 158:20 159:10 160:11 164:19 168:17,20 175:22 188:2 189:8 191:10 192:1
**risking** 159:14
**risks** 14:14 20:18 20:18 21:13,22 132:14 176:3
**robert** 2:19
**robust** 78:12 135:13
**rodent** 63:1,3,22
**role** 38:10 43:13 181:7
**room** 123:4
**root** 106:7,13 122:3
**rough** 30:8
**route** 83:14,14
**routes** 105:20
**routine** 132:4
**routinely** 132:20
**rugged** 68:9
**rules** 4:6 47:16
**running** 159:15
**runs** 21:5

**s**

**s** 2:1,12 3:1 4:1
**s9** 184:7,13,16,17 184:18,22 186:19 186:20,20
**sabers** 152:12
**safe** 6:11 93:13 97:11 108:13 109:7 114:2 145:12 154:1 162:11 176:18
**safety** 8:6 41:4 92:5 110:13 111:16,20 112:14 132:10 145:7,9,20 150:7
**saliva** 178:8
**salmonella** 185:22
**salt** 42:1 118:6,8 166:20
**sample** 31:17 72:3
**sanitation** 115:18
**sar** 85:22 86:1,13 89:14 91:18
**sartan** 114:14
**sartans** 98:1 101:22
**satisfy** 161:17
**sausage** 31:9
**saw** 44:21 72:2 98:1 160:12 169:4 184:11
**saying** 10:12 11:16 18:11 22:5 23:5 25:17 27:19 40:7 55:10 87:6 90:4
**says** 125:20 130:21
**scenario** 99:21 107:14 180:4
**scheme** 99:13 101:7
**science** 107:6
**scientific** 86:7 90:7 132:9 192:6
**screen** 4:19
**screening** 76:17
**scrutinize** 119:3
**se** 121:17
**search** 81:13
**searched** 53:16
**second** 5:16 24:9 54:18 67:13 68:5 73:5 78:16 79:2 85:10 89:6 106:17 128:6 144:20
**secondary** 94:3 98:20 99:17,18 116:15 118:21
120:6 124:19 130:7 140:17 141:11,13,20
**secondly** 70:22
**see** 4:21 12:1 28:8 35:4 41:10 42:9 43:20 58:19 65:12 68:14 81:14 84:18 96:22 107:8 136:22 145:6 154:13 156:7 160:19 161:1 162:21 163:1,14 164:14 169:9 170:21 173:21 191:12,20
**seeing** 87:2,7 102:15
**seen** 12:13 55:21 59:17 60:2 98:4 98:11,22 99:11 103:11,13,14,21 107:1 108:8 112:9 146:3 162:20
**send** 15:13
**sense** 10:3 11:6 20:7 33:5 45:11 84:4 146:9,19 161:13 168:15 181:3
**sensitive** 48:7 106:22 131:4 138:12 184:16,17 184:18 186:18
**sensitivity** 185:20
**sent** 5:1
**sentiment** 87:10
**separate** 9:3
**separated** 101:8
**separately** 51:13 89:15
**series** 36:1 66:8 184:20 187:1
**serious** 44:8 156:17 176:9
**session** 57:13 174:3
**set** 8:9 37:4 44:12 47:16 82:22 126:18
**sets** 74:6
**setting** 8:1 157:14 174:7 179:5,13,17
**seven** 85:19 92:14 92:17
**severe** 136:21
**shape** 176:8
**share** 105:9
**shelf** 43:9 97:7 104:11 122:17 123:7 125:11 126:2 129:13
**shifted** 175:21
**shine** 73:8
**short** 66:14 157:22 158:5 162:12 175:13
**shortage** 107:19
**shortages** 136:20
**shortcomings** 44:3
**show** 103:8 126:3 143:18 150:21 176:16
**showed** 67:1,22
**showing** 25:13 30:17 67:20 70:16 148:19
**shown** 86:2 163:10 171:14
**shows** 68:10 89:19 148:8
**side** 28:20 66:2 95:21,22 98:3 99:5 140:2,3 149:3
**sides** 24:10

**signal** 85:3
**signature** 194:18 195:14
**significance** 12:9 168:17
**significant** 11:21 14:1 42:1 74:21 76:2 127:22 188:21
**significantly** 135:17 149:20
**silico** 49:22 51:2 57:1 68:13 84:14 85:8 90:11
**similar** 34:2 51:20 54:21 55:2,8 86:15 110:14 180:3
**similarities** 73:4
**similarity** 50:2 54:19,19,22 57:5 75:21 90:22 180:1
**similarly** 49:17 52:14
**simple** 38:20 52:12 68:12 74:1 77:16 80:2 94:6 102:12 156:7 181:1
**simplest** 93:21
**simplify** 91:6
**simplistic** 15:1
**simply** 33:9 40:10 59:18 68:10 81:3
**single** 41:19 104:5 104:5 133:3 156:1 162:4
**site** 180:20
**sits** 122:17
**sitting** 128:22,22
**situation** 27:18 33:16 39:5 60:17 77:2 182:21 183:5
**situations** 157:20 158:3
**six** 36:6 49:12,14 85:20 125:15 185:18,19,21 186:9,14,14
**sixth** 23:13
**size** 77:14
**skills** 194:10 195:6
**slides** 192:12
**slight** 188:20
**slightly** 34:20 91:7
**small** 16:8 22:13 22:14 46:9 57:4 58:11 72:11,11 87:9 100:18 114:20 128:10 130:12 166:13 170:2
**smaller** 12:13 15:11 58:18 149:1
**smoked** 41:20,21
**smoking** 129:1 156:20
**sodium** 102:18,18 114:16 118:5
**software** 40:11 49:22
**solid** 10:20 28:15 122:9 128:18
**soluble** 133:11
**solution** 183:16
**solve** 76:16 129:3
**solvent** 95:14,17 96:11 114:20 116:7
**solvents** 96:6,6 111:1 116:5,6,10 116:11
**somewhat** 10:7 63:7 86:1 135:19
**sophisticated** 48:8 142:14,18
**sorry** 34:10 64:20 89:3 126:6 143:2 159:10 165:6 169:22 173:4,5 177:17
**sort** 9:22 64:6 75:4 108:6 129:2 183:6
**sorts** 8:7 54:15
**sot** 55:22
**soterios** 2:6
**sounds** 7:22
**source** 6:17 54:7 74:17 121:13 130:10
**sources** 12:6,7 14:5 41:20 42:2 48:12 111:1 118:13 158:18
**south** 31:7
**southern** 129:12
**space** 80:12,16 86:8
**speak** 122:19 148:18 156:22 178:7
**speakers** 14:21 26:14
**speaking** 4:8,14 5:4 9:12 111:17 117:14 155:11 158:16 163:5,6
**speaks** 126:10
**specialists** 66:12
**species** 109:2 160:18
**specific** 40:14 67:20 83:10 106:10 108:6 128:3 136:12 157:1 187:20
**specifically** 52:3 90:3 179:15 180:13
**specification** 134:6
**specificity** 70:19
**specified** 126:1
**speed** 139:10
**spinach** 17:12
**split** 66:3
**splitting** 68:1,2
**spoke** 86:16
**sponsor** 113:3
**sponsors** 112:3
**spontaneous** 21:4
**spread** 60:12 64:9
**sruthi** 2:15
**stab** 157:17
**stability** 82:7 96:13 122:21 123:2,20 125:16 128:9,14,20 129:17,21
**stable** 97:9 125:21 150:22 185:15
**staff** 107:19
**stages** 93:8
**stand** 76:15
**standard** 122:22 129:20 158:20 184:4
**standardized** 31:22 33:1
**starch** 120:18 121:3
**start** 7:3 16:9 48:18 50:7 51:13 56:20 74:14 77:15 78:3 81:7 86:11 113:22 119:21 132:19 145:15,17 156:2 180:5 185:17
**started** 4:5 7:8 11:16 30:17 58:12 165:18

**starting** 5:20 23:13 52:12 99:19 100:15 104:11 131:18
**starts** 13:12 58:5
**state** 39:3,4 46:14 122:9 126:8 137:14 142:13 194:20
**stated** 6:15 12:16 79:17 116:15
**statement** 78:3 86:12
**states** 37:18
**status** 11:2,2 34:6 116:18 178:13,15
**steaming** 42:6
**stearate** 120:22
**stemming** 68:8
**stems** 63:20
**step** 93:22 94:21 94:21 95:1 99:21 100:13 101:3,8,18 102:3,11 133:10 134:3 143:11,15 143:16 182:13
**stephen** 2:12
**steps** 60:6 85:11 93:11 94:14 95:2 95:19 101:4,8 104:5 105:1 114:3 130:20 132:18 134:10 156:2
**steve** 28:14 147:15
**stewart** 69:16
**stoichiometric** 127:9
**stomach** 169:5
**stop** 97:12 140:4
**stopped** 85:4
**storage** 93:10 128:13,14
**store** 22:15
**stored** 123:4
**story** 142:20
**straight** 77:18 118:3 164:18
**strains** 184:20,22
**strategies** 105:21 131:16
**strategy** 99:7 100:21 104:15 131:15
**strength** 54:9,9
**strengths** 70:12
**strike** 30:22
**strong** 57:10 60:13 80:4 118:16
**strongly** 15:20
**structural** 49:17 50:2,10,14 55:18 56:2,3,9,10,19 58:8 59:8 61:4 70:17 73:3 86:8 86:22 87:7 180:1 182:19
**structure** 30:4 53:13 55:11 56:8 58:3 67:16 68:22 69:14 71:7 74:14 74:16,19,21 75:1 81:18 83:8 86:6 88:6,7 141:10 142:9 187:16 188:20
**structures** 27:6,9 53:14 67:20 75:10 80:19,22 81:5 140:13,16
**struggle** 58:22
**struggling** 97:18
**stuck** 71:4,5
**studied** 79:18
**studies** 36:1 37:2 40:8 41:3 43:4,5 43:16 44:13,14 63:7,12,22 72:10 72:17 124:6 160:13 167:7 168:12 170:18 171:4 175:13,20 177:19 182:5 189:15
**study** 17:3 37:5 63:21 67:7 68:5 166:8 173:6,20 176:2,2,3
**studying** 147:18
**stuff** 41:17
**sub** 55:13
**subbed** 66:11
**subject** 38:18
**subjective** 54:20 73:18
**subjectivity** 149:9
**submit** 4:17,20
**subsequent** 95:2 95:19
**substance** 17:20 78:22 94:1 140:19 140:22 188:4
**substances** 62:22 81:3 140:17
**substantially** 47:3
**substitute** 69:4,11
**substituted** 66:7 66:10
**substitution** 56:4 69:3
**subtle** 58:18
**subtleties** 56:8 59:1 83:9
**subtoxic** 164:12
**succeed** 126:1
**succeeded** 144:1
**success** 142:20
**suddenly** 94:9 159:13
**sufficient** 77:4 78:1 110:17 114:15 182:4
**sufficiently** 76:2 78:11 125:21 170:10
**suggest** 154:3
**suggested** 27:3 187:13,21
**suggesting** 159:14
**suggestion** 67:13
**suggests** 176:12
**suitability** 32:8
**suitable** 86:3
**suitably** 55:2
**sum** 24:13 152:20
**summarize** 48:1 60:22 142:11 187:11
**summary** 3:10 25:9 49:3
**summer** 129:12
**supplement** 54:2 57:3 84:1
**supplementing** 56:21
**supply** 96:4 97:1 112:7 123:6
**support** 76:6 84:1 84:20 109:1 137:9 149:11
**supportable** 86:9
**supported** 53:1 61:5 182:12
**suppose** 19:3,9 115:2 167:2 170:8
**supposedly** 71:21 72:14
**suppressed** 170:9
**sure** 5:8 10:4 27:11 31:15 35:13 35:14 88:4 104:14 117:4 124:9 133:21 167:17 170:22 172:12 175:8 179:18,19 181:2,6 184:5

**surely** 60:4 119:15
**surface** 7:10
**surprise** 59:19 132:17
**surprised** 96:4 101:5,22
**surprises** 98:3
**surrogate** 109:8 179:3,8,12,19 180:2
**surrogates** 179:16
**surrounded** 20:2 70:4
**surveys** 40:2 143:18
**survival** 175:22 176:4
**susceptibility** 156:15,18,22
**susceptible** 156:11
**suspect** 54:4 81:22 89:4
**suspecting** 13:21
**suspicion** 39:1,14
**swann** 170:14
**swansea** 163:10
**sworn** 194:5
**symposium** 71:19
**synthesis** 94:21 111:4 116:4 139:17
**synthesize** 190:18
**synthesized** 71:15
**synthetic** 96:9 99:13,20 101:7 190:17
**system** 45:2,2 67:14,14 70:20
**systemic** 15:4
**systems** 44:12 68:13 71:11,13 72:18

**t**

**t** 2:19 3:1,1
**ta100** 184:13,20
**ta1535** 184:13,20
**table** 69:17 187:13
**tablet** 18:1 122:9
**take** 8:17 14:9 17:16 19:16 20:4 23:3,14,15,16,17 24:3 28:18 29:21 30:10 33:6,13 35:2 37:3 41:1,14 42:1,8 47:8 62:9 72:4 76:4 79:15 82:19 83:1,19 85:1,14 109:19 113:13 115:6 136:17 137:6 144:7 152:13,16 157:17 161:5 165:1 166:19 177:2 178:10 187:15 189:1 191:16
**taken** 6:7 15:17,18 29:13 42:8 51:3 93:7 114:4 127:1 135:11 176:4 179:11 190:8 194:3,12 195:9
**takes** 6:8 53:7 179:20
**talk** 71:19 86:14 128:3
**talked** 45:20 110:22 111:22 113:19
**talking** 18:12,16 18:17 27:7 40:20 41:7 75:3 85:4 91:11 101:14 125:22 130:9 158:2
**tap** 54:5
**target** 16:5 69:18 74:16 138:18 146:6 160:14
**task** 46:19 97:19 98:11 143:22
**taste** 42:4
**td** 21:14 149:2 151:15,18 157:11
**td50** 59:4,19 63:1 64:10 84:5 113:12 148:9 175:2,9 176:8
**td50's** 62:21
**td50s** 62:16 63:4 63:19 64:6 175:12
**team** 4:20 5:1
**tease** 42:9
**technical** 44:5 45:6
**technically** 47:16
**technique** 31:18
**techniques** 32:7 52:10 111:10 142:15,18
**technology** 137:18 139:4,7
**tell** 15:15 69:19 80:18 101:13 133:2
**telling** 34:21
**temperature** 123:4,4
**temperatures** 190:21
**tend** 161:18 174:8
**tens** 168:10
**term** 50:16 51:15 52:19 86:13
**terminology** 91:15
**terms** 8:3 10:22 17:13 28:16 30:11 43:21 56:3,13 60:9 74:9 75:2,9 75:18 78:15,16 81:17 84:19 86:22 87:8 90:3,10 91:13,16 93:21 112:7,17 113:15 122:6 150:1 154:5 154:7 160:16,16 168:17,18 172:13 174:15,17,20,22 178:6 179:5,12 181:22 187:12 189:19 190:9
**terribly** 48:14
**terrific** 61:17
**tert** 65:21 66:3
**tertiary** 67:21 94:3 98:20 99:16 99:18 102:7 116:15 124:19 141:18,18,21
**test** 57:16,18,18 68:8,9,12 72:2 84:2 90:8 91:3 96:21 131:18 133:3 134:8 178:4 178:22 182:14 184:4,13,22 185:1 185:3,12 186:11 186:18
**tested** 71:22 77:14 78:13 123:8 183:1 184:3
**testifying** 194:5
**testing** 82:3 96:20 122:21 128:13,14 130:16 131:2,2,3 131:11,17,20,22 131:22 132:4,20 133:4,19 138:16
**tests** 50:16 57:5 179:1
**thank** 4:2 5:13 7:6 9:6,7,11 11:8,9 14:18 16:14,15

20:11 22:1,2 24:5 24:6,8 26:5,6 28:6 30:12,13 33:2,3 36:18,19 40:5 42:19,20,22 45:14 45:15 46:13 47:21 50:8 61:6,8,13 64:17 68:17,18 70:1,5,6,9 72:19 72:20 73:11,12,22 77:9,10 78:7 79:13,14 82:5,6 83:18 84:22 85:12 85:16 87:13 89:11 92:10,11 93:20 97:13 105:9,10,14 110:8,10 114:8 115:11,12,14 117:10 119:6,7 122:13 123:15 125:7 127:8 130:15 132:16 134:15 136:22 140:4,5 142:10 144:5,13 146:20 153:17 155:8 157:7,8 161:8 162:7 164:21 180:7 181:11 185:7 187:7 192:7 192:14,15,17,22 193:1,2,3

**thanks** 61:14 114:7 132:15

**theoretically** 100:3

**theory** 50:14 79:5

**thing** 7:7 18:11 27:5 41:2,6 54:10 60:8 71:18 76:8 78:18 85:7 101:4 101:21 104:6 123:19 128:9 129:2,4 138:17 139:16

**things** 7:9 22:9 23:1,17 24:18 30:22 33:13 34:19 39:6 41:17 42:7,9 42:14 56:21 75:21 85:9 96:18 97:2 97:21 98:12 99:12 101:10 102:14 103:20 106:3 118:4,11 119:1,3 121:18 125:6 129:10 134:9 139:9 144:3 175:17 184:1 188:17 189:2 191:18

**think** 8:8,11 10:4 10:20 11:7 12:15 13:16 14:2 15:5 15:13 16:12 18:9 18:11,18 19:8 20:11,13 21:1,16 22:13,16 25:2,9 27:3,15,18 28:14 28:17 29:20,22 30:9 31:2,13,19 31:20 32:5,10,12 32:15,21 36:7,10 37:12 38:9,18 39:8,13,18 43:2 43:12 44:6,10,13 45:2,20 46:16,22 47:11,22 49:5 50:12 52:15,16 54:15 57:16 58:17 58:22 60:1 61:2 61:21 64:1,14,19 65:17 67:5,10 68:5,6,11 72:7,15 73:4 74:13,13 76:15 80:21 81:16 84:16 85:7,18 86:13 91:22 94:7 94:19 97:17 98:8 98:21 100:20 101:12,14,16,20 106:8,14,19 107:2 108:8,18 110:5,11 110:16 113:21 114:5,10,13,14,21 116:21 117:15 120:1,3,8 121:15 121:19 125:18 127:4,17 128:7,9 128:11,14 129:6 129:10 132:11,19 133:5,7,12 134:18 134:19 136:3,14 137:17 138:3,13 139:3,5,18 140:12 141:19 142:10 143:5,9,19 145:19 146:7,12 147:3,15 148:8 149:7 150:7 150:14 152:4 153:21 154:12 157:17,18 158:2 158:14 162:14,16 163:22 168:4 171:1,13,18,22 172:7,10,13 173:14,20,21 174:1,18 175:19 176:20 177:3 178:2 180:5,7 181:7,21 182:10 182:15,18,19 183:1,21 184:1,17 187:4,10,11 190:4 191:6 192:2

**thinking** 8:3 30:18 52:5 61:21 76:11 76:12 103:3 104:4 104:6

**third** 36:7 96:12

**thoroughly** 133:13

**thought** 14:21 42:16 58:6 102:12 102:19 111:10 114:18 133:14 134:10 153:16 161:21

**thoughts** 83:22 180:2 181:10

**thousand** 35:12 108:19 151:20 191:13

**thousands** 13:20

**three** 8:20 17:6 20:12 23:22 52:15 66:10,11,18 134:4 148:11 152:3

**thresher** 53:6

**threshold** 45:21 109:18 145:8 146:1 147:11 162:19 163:7,15

**thresholds** 162:13

**throw** 64:22

**tied** 141:15

**tim** 135:4 149:5 153:20

**time** 5:5,9 8:12 9:21 35:2,4 41:7 42:13 44:16 47:8 47:9 48:7 58:9 79:6 83:2 85:4 95:16 96:15 110:17 121:13 123:6,12 125:13 133:3 137:2 138:9 157:22 158:5 163:1 183:22

**timeframe** 10:4

**times** 22:17 35:12 36:6 38:22 68:7 99:3 103:6,12 124:21 139:16 148:11 149:17 170:5 180:22

**timetable** 175:3,8
**timothy** 2:18
**tiny** 128:10
**tissue** 171:7
**tissues** 69:18 151:5 160:21 161:1,3 169:8,15 169:20 170:4,7,18
**today** 5:19 10:6 39:15 44:4 46:20 144:11 145:2 162:20 164:5 165:11 192:13
**today's** 4:6,12 5:10 146:12
**told** 43:6,7,10
**tolerable** 125:13 125:14
**tool** 53:17 54:13 54:13 81:8,9 189:1
**tools** 62:10 115:7 137:19 142:14 161:17 168:8 191:17
**top** 88:5 89:2 186:7
**topic** 189:5 192:6
**total** 17:5 24:13 25:21,21 26:4 168:9,9
**totality** 15:21
**totally** 46:15 117:14 118:12 147:15 152:21 154:12 167:11 178:14
**tox** 106:1 107:17 108:15 134:19 138:19 151:7 178:4
**toxcast** 84:13
**toxicity** 51:17 55:3 57:12 182:17,22 186:10
**toxicodynamic** 75:2
**toxicokinetic** 75:4 75:20 91:13
**toxicological** 75:1 90:16
**toxicologically** 42:6
**toxicologist** 78:17 79:13 84:18 135:3
**toxicologists** 89:10 177:22
**toxicology** 51:3 150:17 177:19 179:1
**trace** 32:18 137:22
**traces** 128:10
**trade** 88:9
**traditional** 13:8
**train** 71:12
**transcriber** 195:1
**transcript** 195:3,5
**transcriptionist** 194:7
**transition** 143:21
**transitioned** 138:8
**travel** 101:11
**traveling** 101:17 101:19
**treat** 6:9 135:18
**treated** 188:6
**treating** 17:19
**tremendous** 49:21
**trend** 87:9
**trends** 41:10
**trials** 172:17
**triazole** 114:17
**tricky** 99:2 102:22
**tried** 135:22 164:5
**triggered** 130:17
**trivial** 46:20 65:20 67:8 83:8
**truck** 129:11
**true** 12:20 66:21 71:3,9 151:22 165:11 194:9 195:5
**truly** 98:8
**try** 15:15 32:3 44:18 45:11 51:8 64:13,14 83:3 90:16 111:6 112:5 129:16 191:12,21
**trying** 32:6 51:15 51:18 59:16,18 62:3 76:16 86:21 89:20 90:5 108:14 121:21 122:4 136:12 164:12 191:20
**tuesday** 1:8
**tumor** 21:4
**tumors** 13:3 25:11 147:17 154:17 175:15
**turned** 4:13,15 67:2
**turns** 102:17 162:22 185:13
**two** 4:3 10:18 11:22 16:16 17:6 49:14 54:20 66:10 66:15,15,16 78:20 88:6 90:22 94:17 97:18,20 98:4,18 104:19 106:2,3 108:20 132:11 135:1,13 154:19 157:17 180:22 183:14 184:22 189:11 190:12 192:10
**type** 18:7 23:7 40:14 41:3 54:13 56:22 58:16 83:8 90:11 148:6
**types** 49:8 56:1 58:14,18,21,21 78:20 84:19 154:3
**typewriting** 194:7
**typically** 8:9

**u**

**u.s.** 52:8 129:12
**ultimate** 92:5
**ultimately** 49:7 51:17 110:2 143:17 190:4 191:2
**un** 77:14
**unacceptable** 8:5
**unachievable** 144:1
**unavoidable** 10:13 94:21 100:9 111:4
**uncertainties** 52:5 74:9
**uncertainty** 76:21 76:21 135:7 149:13,14 150:2 154:6 179:13
**unchanged** 35:20 69:10
**undergo** 55:13
**underpinning** 138:19
**understand** 44:15 45:4,5 57:5 60:5 65:2 69:1 74:15 74:18 87:2 88:18 101:17 103:1 107:20,22 133:18 134:13 172:3 174:16,18,19,22 176:10
**understandable** 59:14
**understanding** 40:10 51:5 56:11 74:8 75:9 90:21

98:5,9 99:8 107:4 122:5 130:14 157:10,15 181:16 190:16
**understood** 188:5
**undertaking** 47:8
**undetectable** 105:3
**unexpected** 118:13,22 119:3
**unfamiliar** 74:4
**unfavorable** 127:14
**unfortunately** 24:9 64:9 102:7
**unintended** 111:7
**unit** 181:14 185:4 185:5
**united** 37:18
**units** 174:7,8,9,11 174:15
**university** 163:10
**unknown** 32:8 122:1,12 180:16
**unknowns** 159:20 161:2,4
**unmute** 4:10
**unnecessarily** 112:16
**unnoticed** 99:6
**unprotected** 100:18
**unquote** 21:3
**unrelated** 99:4 157:18
**unsafety** 150:7
**unsoundable** 87:4
**unspecified** 130:3
**update** 33:19
**upstream** 131:19 134:4
**urine** 36:2,6 44:1
**use** 9:21 21:17 26:12 33:21 34:1 34:21 35:2 48:13 50:20 52:3,12 54:11,16 58:15 59:11 67:6 68:15 76:13,15 82:13 83:3,7 89:5 91:6 91:22 92:9 97:11 100:13 102:10 109:3,6,7 118:14 131:4 136:8 137:11,13 149:10 149:14 150:19 152:7,9 154:22 156:3 157:10 160:4,8 161:16,16 161:18 162:3,4,6 167:7 168:16 174:6,11 177:17 179:3,8 182:9 189:17
**useful** 64:3 85:10 150:22 184:14
**uses** 40:17 149:9
**uterus** 169:6
**utilize** 5:4

**v**

**valid** 10:2 13:18
**validate** 9:18
**validation** 63:7 65:3 115:21 179:9
**valuable** 187:8 192:4
**value** 12:12 33:2 148:20 181:20
**values** 31:4 32:6 59:5 84:4 148:16 148:17 150:8,9,14 151:18,21 152:5 154:6 174:5
**variability** 31:6 63:17 91:13 149:10
**variable** 24:17
**variables** 18:13
**variation** 60:11 154:22 156:8,14 156:21 157:4
**variations** 87:3
**varied** 58:9
**variety** 63:21 129:17 138:6 171:4
**various** 22:9 55:6 62:4 74:12 93:8 112:21 149:14 161:2 175:13
**varying** 75:18
**vast** 64:5
**vegetables** 17:12 35:9 37:9,21,21 38:2,3,8,14 178:17
**vegetarian** 37:7
**vendor** 124:12
**vendors** 124:11
**versus** 16:11 31:7 31:8 33:16 34:13 37:7 49:1 84:4 112:13 113:12 134:22 148:14,21 150:4 153:8 176:19
**vicinity** 148:17
**video** 4:11,13,14
**view** 8:22 13:12 14:16 19:2 20:15 23:20 42:15 159:12
**views** 14:21
**virtual** 1:12
**visit** 39:14
**vitamin** 38:15,16
**vitamins** 38:15
**vitro** 50:3 57:1 72:13,13 76:5 84:19 91:11 188:19
**vivo** 41:17 45:3 47:3,4 50:4 67:3 150:19 151:4 188:19
**voice** 8:14
**voluntarily** 15:18

**w**

**want** 9:2 11:7 22:7 31:19 32:3 41:15 42:8 45:7 47:10 50:12 52:19 55:16 58:17 61:16 72:16 78:5 95:9 120:14 127:5 139:11,16 139:18 165:6 170:16 174:13 181:8,19 182:22 185:17 186:17 190:18
**wanted** 4:5 143:4
**washington** 1:14 194:20
**waste** 102:11
**water** 6:1 15:7,12 20:17 21:22 22:7 111:1 112:1 116:6 133:11 166:9 176:15
**way** 8:9 9:16 13:17 19:8 25:10 29:10,20 32:17 38:20 39:2 45:1 45:19 46:12 47:11 54:14 55:9 57:21 58:13 74:1 81:7 83:2 88:8 96:7 99:22 107:1 111:20 122:16 145:2 147:5 148:2 151:18 152:11,18 157:3 158:8 174:18 176:7,10 179:21 190:4 191:20

**ways** 11:22 21:12 55:7 59:22 60:20 65:4 75:5 77:9 87:11 95:6 98:10
**weak** 63:11
**weakly** 72:1
**weakness** 43:20
**weaknesses** 70:12
**webpage** 5:12
**website** 53:12 138:4
**week** 5:12 192:10
**weeks** 51:4 56:1 62:1,7 82:19 166:7
**weigh** 121:7 135:3
**weight** 12:9 13:22 77:12 174:4,9,19 174:20,22 180:11 180:12,14 181:1,9
**welcome** 3:3 5:15 144:19
**went** 81:8 162:19 170:5 186:13
**western** 31:8
**whatsoever** 59:20
**white** 151:2
**wholistic** 103:3 106:5 124:15 133:15 142:12 190:16
**wholistically** 101:14 104:4
**wide** 31:3 63:20 138:6 139:4 149:15 185:3
**widened** 128:21
**wider** 185:1
**willie** 70:15
**win** 84:19
**withdrawing** 56:5
**witness** 194:4
**word** 42:1 91:6 168:17
**words** 13:14 45:6 56:15 89:2 147:17
**work** 5:7 35:18 40:20 55:21 63:8 63:17 64:13 67:20 70:16 71:14 74:11 84:8 86:20 113:1 125:4 165:12
**worked** 70:20 72:22
**working** 53:8 62:2 107:11,17 108:10 122:2 169:16
**workout** 133:10
**works** 60:10 186:1
**workshop** 1:2,12 3:9 4:3,6 5:7,9,16 144:21 184:1 192:4,8
**workups** 101:9
**world** 8:4 9:4 42:4 52:8 97:8 113:3 129:7 189:21
**worst** 99:20
**worth** 12:12
**worthwhile** 128:7
**wrap** 144:12
**wrath** 165:1

**x**

**x** 38:21

**y**

**yeah** 7:5 9:11 18:21 30:15 34:8 34:14 35:11,17 36:17 37:15 39:17 40:18 45:17 97:15 110:18 117:13 118:21 120:20,20 121:19 123:10,17 123:18 125:18 127:4,16,18 129:6 130:5 132:9 135:17 140:15,16 146:5 147:14 148:1 150:6 152:15 153:12 154:11 155:6,9 160:1 162:6 163:16 164:3,3,15 167:19 168:5 170:11 171:17 172:6,19 173:2,5 173:9,13,14 174:1 174:12 178:18 181:12 184:10 186:12 187:4,6 192:18
**year** 183:14
**years** 10:1,8 17:10 30:6 35:18 36:9 36:22 41:9 52:2 62:2 72:1 97:18 97:20 98:4,18 104:19 121:10 164:1 170:14 185:10
**yesterday** 5:18 7:16 8:13 9:1,14 11:21 12:16,21 20:13 21:15 33:15 34:15 35:19 39:12 44:3 45:21 50:11 57:13 67:1,17,22 93:2 144:10 160:12 167:20 168:1
**yesterday's** 6:15 145:1 174:3 180:9
**yield** 36:6
**yielded** 36:5

**z**

**zeiger** 2:9 24:7,8 36:21 40:7 70:8,9 72:20 137:3,3 150:16,16 163:9 164:9,16 165:2 172:20 184:10 185:7,21 186:2,4 186:8,19,21 187:6
**zeirger** 163:18
**zero** 164:19 172:22 176:14,14 176:19 177:1,5,7
**zieger** 163:22
**zoom** 4:19

# EXHIBIT

# 50

**Nitrosamines as Impurities in Drugs—
Health Risk Assessment and Mitigation Public Workshop**

March 29–30, 2021

Office of New Drugs,

Food and Drug Administration

Moderator: Aisar Atrakchi, PhD

Expert Panelists

Dr. Gerhard Eisenbrand
Dr. Soterios Kyrtopoulos
Dr. Mark Cronin
Dr. Joseph Guttenplan
Dr. Errol Zeiger
Dr. John R. Bucher
Dr. Jerry M. Rice
Dr. Stephen S. Hecht
Dr. Richard H. Adamson
Dr. Michael DiNovi
Dr. David Keire
Dr. Deborah Johnson
Dr. Timothy McGovern
Dr. Robert Dorsam
Dr. Sruthi King
Dr. Aisar Atrakchi

## PURPOSE AND GOALS OF THE WORKSHOP

The Office of New Drugs in the Center for Drug Evaluation and Research (CDER) of the Food and Drug Administration (FDA) organized this public workshop. International and national experts on nitrosamines were invited to discuss the chemistry and toxicology of nitrosamines in the environment and those recently identified as contaminants in pharmaceuticals. The experts answered and deliberated over 2 days on questions prepared by the FDA, and identified gaps in knowledge and the research needed to address and mitigate the drug contamination issue to ensure the safety of the drugs available to the American public.

For reasons of transparency, a recording and transcript of the workshop are available to the public on the FDA link. The background and a historical perspective on nitrosamines were presented by Dr. Gerhard Eisenbrand, a pioneer in nitrosamine research, and Dr. Sruthi King of the FDA described the incident of nitrosamine contamination in drugs.

## INTRODUCTION AND QUESTIONS

Detection of nitrosamines as impurities in drugs was first reported in June 2018 by the Office of Generic Drugs—N-nitrosodimethylamine (NDMA) was found in valsartan, an angiotensin II receptor blocker (ARB). Since then, nitrosamines have been found in other ARBs, such as Irbesartan and Losartan; in other drug classes, such as antibiotics and antacids; and in a widely used diabetes drug, in which they were present in the active pharmaceutical ingredient (API) and/or the drug product (DP). As investigation into the contamination incident continued, multiple nitrosamines were identified within the various DPs.

In July 2018, Dr. Janet Woodcock, CDER Director, activated the CDER Nitrosamine Task Force (NTF) to manage the contamination incident, under the direction of the CDER Office of Counter Terrorism and Emergency Coordination (CTECS). Over 100 subject-matter experts from across CDER and other FDA Centers meet regularly to discuss and propose recommendations to mitigate the risk of nitrosamines in DPs and maintain patient access to critical medications. The NTF also discusses and proposes recommendations and updates senior management on strategies to mitigate risk and maintain patient access. The FDA has engaged international regulators to discuss and harmonize approaches for addressing nitrosamine contamination. To date, the following nitrosamines have been reported as impurities in drugs: NDMA, N-nitrosodiethylamine (NDEA), N-nitrosomethylphenylamine (NMPA), N-nitrosodiisopropylamine (NDIPA),



Confidential Information – Subject to Protective Order GSKZAN0003505670

N-nitrosoisopropylethylamine (NIPEA), nitrosodibutylamine (NDBA), and N-nitroso-N-methyl-4-aminobutyric acid (NMBA).

Although almost 3 years have elapsed since the contamination incident, the FDA and other international regulatory agencies continue to face many challenges. One is that nitrosamines are formed and widely distributed in the environment—found in fresh vegetables, fruits, smoked and grilled meats and fish; in water; in the air; and formed endogenously. Therefore, eliminating or minimizing nitrosamines in drugs is problematic. Eliminating or minimizing nitrosamines as impurities in drugs begins with quality control. To date, not all root causes have been identified; new root causes continue to emerge. Factors such as stability, excipients, and storage conditions affect nitrosamine formation, hampering mitigation and control efforts.

Another issue is development and validation of highly sensitive analytical methods for detecting low levels of nitrosamines. In addition, the safety and cancer risk of nitrosamines in drugs must be determined taking into consideration drug shortages, disease condition, and patient population, as well as the resources needed to mitigate the contamination. Cancer risk assessment and determination of nitrosamine Acceptable Intake (AI), is complex. Nitrosamines are one of the few chemicals in the Cohort of Concern (CoC) in the International Council for Harmonisation (ICH) M7, a class of highly potent mutagenic carcinogens that requires strict controls to limit their amounts. Cancer risk assessment is based on lifetime exposure calculated using an extrapolated increase of 1 case of cancer in 100,000 people, which is considered an acceptable conservative level for risk. Because nitrosamines are potent carcinogens, they were studied extensively in the 1960s; >300 nitrosamines were tested in rodent cancer bioassays and >90% were found to be carcinogenic. The mechanism of action (MOA) of cancer induction is not fully understood. Structure-activity relationships have helped to identify structural properties responsible for carcinogenicity. Nitrosamines cause tumors in various organs and tissues; for example, liver, lung, nasal cavity, esophagus, pancreas, stomach, urinary bladder, colon, kidneys, and central nervous system.

Generally, nitrosamines are bioactivated to reactive intermediates, which interact with cellular targets and cause DNA damage; this process is essentially similar in animals and human. In contrast to nitrosamines requiring metabolic activation, direct acting N-nitroso compounds do not require bioactivation but directly bind to and alkylate DNA, thus causing mutations and eventually cancer. The unclear MOA, complex chemistries,



Confidential Information – Subject to Protective Order GSKZAN0003505671

and the lack of robust carcinogenicity data or for some nitrosamines no data, complicate the determination of risk.

The FDA has been communicating risk information to the public since identification of the contamination incident. The FDA has informed industry and stakeholders on acceptable analytical methods; alerted patients, pharmacies, and care providers; recalled products; addressed media concerns, citizen petitions, and Congressional inquiries; and engaged in global communication and collaboration. The FDA published a Nitrosamine Guidance that provides information on quality and risk assessment. This FDA public workshop was a venue for public discussion of scientific issues by national and international expert panelists who identified critical gaps in knowledge that is needed to better inform of risk and to maintain safe drugs on the US market.

Seven questions were prepared by the FDA and posed to the expert panelists. They covered the topics of pharmaceutical quality manufacturing and control, environmental exposure to nitrosamines, their endogenous formation, pharmacokinetics, reactivity, biomarkers of exposure, Quantitative Structure-Activity Relationships ((Q)SAR), single and multiple nitrosamines in drug substance (DS) and/or DP, the Less-Than Lifetime (LTL) approach and duration of exposure, cancer risk and risk assessment, and identification of gaps in research to characterize cancer risk from exposure to nitrosamines present as impurities in drugs.

The questions and the comments of the expert panelists are provided below. They are followed by an overall summary and conclusion of the workshop.

**Q1. What are the endogenous levels of nitrosamine formation in human and rodents? Once formed, what is the rate/kinetics of elimination? What are the conversion rates in the liver, circulation levels in blood, and normal variations? If this information is not available, can it be determined experimentally?**

In addition to their abundance in the environment, nitrosamines are formed endogenously. To calculate risk, it is imperative to determine endogenous formation and understand the pharmacokinetics of nitrosamine formation and distribution. At this time there is a considerable gap in knowledge on the endogenous formation of nitrosamines in general, and NDMA in particular. It is unknown whether endogenous formation of carcinogenic nitrosamines exceeds, is equal to, or is less than, the levels detected in pharmaceuticals.

The expert panelists emphasized the importance of determining endogenous formation for assessing risk and recommended that experimental work be initiated as soon as possible. Some of the expert panelists stated that irrespective of the risk of endogenous exposure, exogenous nitrosamines pose an additional risk, and it is this incremental increase in risk that must be understood and investigated.

Much information is available in the literature on nitrosoproline, a nitrosamine that is not metabolized and is not mutagenic nor carcinogenic. Subjects dosed with proline plus nitrite or nitrate excreted enhanced levels of urinary nitrosoproline. The dose-response relationship for the formation of nitrosoproline in rats in vivo, after concurrent administration of various concentrations of the precursors, L-proline and sodium nitrite, revealed the logarithm of the amount of nitrosoproline formed to be proportional to the logarithm of the product of the proline dose and the square of the nitrite dose (Ohshima,Bartsch,1994, IARC SciPub 59,233-246).

However, reliable data on many reactive carcinogenic nitrosamines, e.g., NDMA and NDEA, are sparse because they are rapidly metabolized and the distribution and excretion of their metabolites are unclear. It is assumed however, that NDMA and NDEA are formed endogenously as their dietary precursors (dimethylamine and diethylamine, respectively), which, together with nitrites and nitrates, are present in foods. However, no quantitative assessment of NDMA or NDEA is available because of their rapid metabolism.

NDMA and many other nitrosamines are mainly metabolized by cytochrome P450 (CYP)2E1, which is subject to competitive inhibition by the simultaneous presence of other substrates for this enzyme. Therefore, it is important to consider the multiple factors that can alter tissue/organ metabolism, distribution, and excretion of nitrosamines and must be considered in risk assessments. Only rough estimates are available in the literature on endogenous formation of NDMA based on its detection in blood and urine; because of its rapid metabolism, only a small fraction is excreted in urine unchanged.

A potential approach is to measure alkylated DNA adducts formed in subjects. However, this is controversial because of the uncertainty over repair capacity (e.g., by the protein $O^6$-methylguanine-DNA-methyltransferase (MGMT), which repairs stoichiometrically; and by a suicide mechanism, $O^6$-methylguanine, the major precarcinogenic DNA adduct formed by NDMA), and the lack of knowledge on the sources of these adducts. Most

research in human has been small pilot studies that have several deficiencies. Three studies conducted over 10 years analyzed around 1000 blood samples from pregnant women with general environmental exposure. Promutagenic $O^6$-methylguanine adducts were detected in about 700 samples at a mean of 16 attomoles/µg DNA (range 4.5–$10^9$ attomoles/µg DNA; 1 attomole is $10^{-18}$ moles). Expressing adducts based on *cellular units* allows comparison with cellular MGMT content across tissues. Oral administration of NDMA at *low doses* to animals resulted in the highest adduct levels in blood. The MGMT content of primary human tissues is at least one order of magnitude higher than the highest adduct level in human blood DNA, therefore, loss of DNA repair as a result of MGMT depletion is unlikely to occur at background nitrosamine exposure levels (exogenous and endogenous).

How likely is NDMA to be the source of these adducts? Data from rodents exposed to a number of methylating compounds showed NDMA at low doses to be an efficient generator of $O^6$-methylguanine in blood leukocytes. Therefore, taking into account the methylating agents to which humans are exposed, it is reasonable to conclude that these $O^6$-methylguanine adducts in human tissue are mainly due to NDMA.

Studies in rodents and patas monkeys using low non-MGMT-depleting doses of NDMA showed comparable dose response curves for adduct accumulation in blood across species (slopes within a factor of 5), whereas the rates of repair of $O^6$-methylguanine in blood were similar in rat, monkey, and human (the latter from methylating drugs). The dose response of the steady-state level of $O^6$-methylguanine during chronic NDMA exposure of rat is linear, and the chronic exposures corresponding to the adduct levels found in human blood DNA corresponded to 982 µg/day (maximum) or 144 µg/day (mean background level of $O^6$-methylguanine) (see slides by Dr. Kyrtopoulos). This exposure is higher than estimated from exogenous exposure; therefore, it can be assumed to be of endogenous origin.

These estimates are comparable with those of human background NDMA exposures derived by alternative methodologies based on the concentration of NDMA circulating in human blood or excreted in urine. The adduct analytical methods employed in the above-mentioned human studies have potential flaws and so those studies need to be repeated using appropriate analytical methods. Additionally, there is uncertainty regarding the similarity of the dose-response curves between animals and human and it is important to understand the various factors that play a role in endogenous formation of NDMA. To date, no experiments have been conducted to investigate these factors.

Amounts based on exogenous exposure from real-life ‘normal’ consumption of food and medicines or the environment should also be determined to provide perspective on exposure from endogenous formation. The expert panelists agreed that exposure from endogenous formation of nitrosamines is likely to be higher than exposure from exogenous sources such as food. In general, exposure from food is estimated to be <1 µg per day across countries and cultures. Acknowledging the critical need to the determination of endogenous formation is a long-term goal for the current urgent status to assess risk of drugs contaminated with nitrosamines, other approaches should be considered. Examples include physiologically based pharmacokinetic (PBPK) modelling, measurement of $O^6$- methylguanine adducts as biomarkers of exposure (not risk; see the relevant discussion below), and read-across combined with (Q)SAR.

**Q2. Can nitrosamines be classified? If yes, what is the basis of their classification? For example, could they be classified based on:**

- **Carcinogenic potency?**
- **Chemical structure, e.g., aliphatic vs. cyclic?**
- **Chemical reactivity? Direct alkylating agents vs. indirect (require metabolism)? Adduct formed, e.g., $O^6$-, $N^7$-methylation?**
- **Other?**
- **Why would you choose this basis of classification?**

**If classification is not possible, is it feasible to calculate a single acceptable intake (AI) value for nitrosamines; i.e., a class-specific limit, using the existing carcinogenicity study results of ≥110 nitrosamines (irrespective of study quality)?**

More than 90% of known nitrosamines are carcinogens spanning several orders of magnitude of potency. They cause cancer in 40 animal species in multiple organs by different routes of administration (in some cases the same tumors via different routes). Also, the same nitrosamine can cause different tumors in different animal species and had different latencies following short (including a single dose) and long durations of exposure. This diversity hampers classification of nitrosamines. A panelist posed the following question: “should nitrosamines be classified?”

The panelists stated that nitrosamines can be classified, but several research gaps need first be addressed. A simple classification would be *carcinogens and non-carcinogens* based on existing data. However, classification based on carcinogenic potency, which is more informative, is complex and information is lacking. Using the 50% toxic dose ($TD_{50}$)



Confidential Information – Subject to Protective Order GSKZAN0003505675

values from the former Gold Carcinogenicity Potency Database (CPDB), this approach was collectively considered by the expert panelists to be the most appropriate in the absence of alternatives and can be revisited when some of the critical parameters have been addressed.

Alternatively, classification could be based on *chemical structure*. Some nitrosamines are devoid of carcinogenicity, such as those with tertiary butyl groups, nitrosated amino acids, or branched chains. Also, classification could be based on the likelihood/degree of *protonation* (PKb value), which reduces bioavailability and therefore bioactivation. Also, nitrosamines could be classified based on their *chemical reactivity*, an important factor, into *direct* vs. *indirect alkylating nitroso compounds.* For instance, nitrosoureas are direct alkylating agents and do not require metabolic activation.

The *Benchmark Dose–Lower (BMDL)*, which is based on the lower end of the dose response, e.g., 1 or 5%, and margin of safety were discussed as other bases for classification. The BMDL uses dose-response information whereas $TD_{50}$ uses a one-dose estimate to extrapolate to a given risk level. Use of data from multiple doses increases the accuracy of extrapolation to lower doses. However, this is not available for all nitrosamines and BMDL calculations on the original data of nitrosamines have yet to be performed.

The consensus of the expert panelists was that generally BMDL is the preferred approach. However, for nitrosamines, the $TD_{50}$ is the best-available carcinogenic risk estimation. (Q)SAR modelling based on $TD_{50}$ values in conjunction with expert knowledge supplemented with empirical data as needed shows promise for classification (more on this in Q6). Several parameters must be considered in expert knowledge assessment, e.g., stereoelectronic considerations and their effects on alpha hydroxylation rates, the half-life of the intermediate diazonium ion, and the reactivity of the carbonium ion. Several of these parameters are based on predictions, reducing confidence in the model outcome. In addition, many of these models are computationally intensive and require highly trained staff.

*A single value for an AI* applicable to all nitrosamines was also discussed. For example, using the AI of the most potent nitrosamine or the median potency based on modeling and a 1:100,000 risk of cancer. The European Medicines Agency (EMA) has been using 18 ng/day based on a re-assessment of $TD_{50}$ values by Lhasa/Leadscope. The difference



Confidential Information – Subject to Protective Order GSKZAN0003505676

between 18 and 26.5 ng/day NDEA is small and such extrapolation may be acceptable until experimental data are collected to confirm or indicate the need for re-evaluation.

Nitrosamines could be classified based on the *range of* $TD_{50}$*s* (e.g., <1, 1–10, and 10–100 mg/kg); values >100 mg/kg could be discarded as being outside the hazard for drug contamination. The $TD_{50}$ calculations have shortcomings because the studies had inconsistent designs, and exposure durations (some used a single dose) and involved a small number of animals and fewer than the optimal number of doses.

Classifying nitrosamines at this time is difficult and improbable because of lack of essential data such as on N-nitrosation reactivity, formation of DNA adducts, binding to DNA, and ADME in human and how it compares to that in animals. This can be tested by comparing $O^6$-alkylation or other mutagenic DNA damage induced by a nitrosamine in cancer target and non-target organs of rodents to that in corresponding human tissues/cells. Such an approach could use surrogate biomarkers, reporting relevant biotransformation steps such as alkylation of hemoglobin as a long-term biomarker (averaging 3–4 months of exposure) or of glutathione with subsequent excretion of mercapturic acids in urine as short-term biomarkers (exposure within the prior 48 h). This may even be possible at exposure levels associated with human exposure to drugs. If $O^6$-alkylation in human is less than in rodents this would indicate differential biotransformation that can be ascertained using advanced PBPK modelling.

Testing for mutagenicity by Ames test is the first step in determining the potential carcinogenicity of a compound. However, the mutagenic potencies of nitrosamines differ by four or five orders of magnitude and do not correlate to similar carcinogenic potency. For example, the bacterial mutagenicities of NDMA and NDEA are similar, however, the latter is a somewhat more potent carcinogen.

Reliable risk assessment requires knowledge on the mechanism of carcinogenesis, which is currently not fully understood; not all nitrosamines give rise to $O^6$-guanine methylation. If a chemical forms adducts with oxygens of DNA bases, such as $O^6$-methylguanine, it is likely to be a potent carcinogen. DNA adduct formation or induction of DNA damage may be used as markers of potency (or risk assessment), provided it can be reliably assessed in an ex vivo system which would allow comparative dosimetry of DNA damage. The same conclusion can be reached for direct-alkylating nitrosamines, such as nitrosoureas. However, for some nitrosamines detected as contaminants in drugs, the DNA adducts formed and their reactivity and stability are unknown.

Therefore, such nitrosamines cannot be classified. Until experimental data are available, these compounds are assessed based on the $TD_{50}$ value of a surrogate molecule together with expert judgment on their metabolism and reactivity with DNA.

Another pivotal aspect of nitrosamines is their *reactivity*. There are few, if any, data on the correlation between reactivity and carcinogenic potency. However, reactivity can be measured using a sensitive and quantitative method, e.g., high-resolution mass spectrometry. Another classification approach is *Bayesian probabilistic modelling*, in which current data are combined with SARs and biomarker or metabolism data to assign a probability to prediction; such an approach could enable classification.

Another possibility is similar to the *threshold of toxicological concern (TTC)* paradigm used in ICH M7 but specific to nitrosamines, which are in the CoC based on the TTC and excluded from the Cramer classes.

Incorporation of safety factors in sensitive patient populations, e.g., children, pregnant women, and individuals deficient in metabolic enzymes, was also discussed. There are data showing transplacental carcinogenesis by nitroso compounds, which is a concern in pregnant women exposed to drugs contaminated with nitrosamines. Also unknown is the risk for individuals lacking or deficient in CYP450 and in other enzymes involved in biotransformation. The expert panelists suggested that default safety factors should be considered when determining risk.

In summary, reliable classification of nitrosamines is not possible without knowledge of their metabolism in human, efficiency of metabolic enzymes (rate, content in tissues and blood), human DNA repair capacity, MOA of cancer induction, level of reactivity, and the stability and DNA binding. At this time data are lacking or sparse for all of these parameters. In this situation, nitrosamines could be classified by relatively imprecise structure-based modelling, which is dependent on predictions.

**Q3. The carcinogenic potential of nitrosamines is dose and duration dependent:**

- **Is there an in vivo exposure level for nitrosamines to define low vs. high risk for carcinogenicity? Is it appropriate to calculate a no observed effect level (NOEL) dose for carcinogenicity? What are the criteria to do so (Ames negative, in vivo mutation assay negative, other)?**
- **Can LTL approach as described in ICH M7 be used to determine the AI of a nitrosamine if a drug is indicated for a short duration of use?**



Confidential Information – Subject to Protective Order 

Given that humans are exposed endogenously and exogenously to nitrosamines, the differences in DNA repair capacity among humans as well as among animal species, and the less than ideal quality of nitrosamine carcinogenicity studies, the expert panelists were asked if an in vivo exposure level that can define low vs. high risk for cancer could be identified and whether a NOEL dose could be established. Several published studies have shown a clear and abrupt transition of the dose-response to no toxicity, whereas other nitrosamines showed a gradual change with a curvilinear dose response and a sigmoidal curve at low doses. It is important to determine the dose rate, i.e., the interval between doses, and how it affects DNA repair.

Earlier studies showed that the cancer rate is independent on age. Indeed, when NDEA at the same doses was administered to animal species of different life expectancies, all animals developed tumors at the same rate and time. Issues over the applicability of the LTL approach (ICH M7) to nitrosamines include the reliability of the models for extrapolating from long to short durations, model sensitivity, and the shape of the dose-response curve (nonlinear vs. threshold). These are important points to consider when discussing the question of LTL. The expert panelists did not consider deriving a NOEL for nitrosamines to be appropriate, and it is not accepted for genotoxic carcinogens.

Reference was made to the Peto rat mega-bioassay (>4000 rats), in which the dose-response curve at low doses was linear with no threshold. This linearity was supported by the levels of DNA adducts. Therefore, cancer bioassay and adduct formation results produced a linear dose response without evidence of a threshold and so a NOEL was not identified. These findings were obtained in rodents; whether the paradigm holds in human is unclear.

A negative Ames should be followed-up by in vivo mutation tests, and a single in vitro mutation test is not adequate or acceptable to evaluate a nitrosamine. In vivo mutation tests do not predict in vivo cancer potency but are more physiologically relevant. Also, the duration of exposure and dose are important, but their determination is time- and resource-intensive. The linearity of the DNA adduct dose response may or may not induce mutation. Mutation induction requires several steps, some of which are toxic (e.g., cell death) whereas others proceed to mutation. There are also several steps between mutation and cancer, failure at any one of which halts carcinogenesis. Therefore, DNA adduct formation alone is inadequate to confirm mutation or cancer. Most nitrosamines are positive by standard Ames test, however, positivity is protocol dependent in some cases. NDMA was negative in rat S9 but positive in hamster S9. Also,

the chemical potency responses differ among rat, mouse, and hamster S9. Moreover, there are no such data using human liver S9.

It was reiterated that a negative Ames test for a nitrosamine does not suffice to qualify that nitrosamine, and very few nitrosamines are non-mutagenic and non-carcinogenic. Therefore, nitrosamines are typically considered guilty until proven innocent. An attendee asked why not test the nitrosamine impurity directly by in vivo mutation assay, skipping the Ames test? The expert panelists indicated that this would not be appropriate because most nitrosamines are positive, and the Ames test is rapid, reliable, in vitro, and inexpensive. In vivo tests involve animals, prolonged dosing, and are resource-intensive. Moreover, if only an in vivo test is performed and the result is negative, this alone cannot qualify a nitrosamine impurity. Negative Ames results can be due to the test not detecting all types of DNA damage, e.g., DNA deletions. Also, the in vitro metabolic system in the Ames test may not be efficient or adequate, and metabolic capacity is assessed using liver homogenates supplemented with nicotinamide adenine dinucleotide phosphate (NADPH); by contrast, in vivo exposure is to the intact liver.

If a nitrosamine is negative by standard or optimized (hamster S9, 30% S9) Ames test, an in vivo gene mutation test and an expert knowledge-based assessment must be conducted to determine intermediate nitrosation, reactivity, and stability. This, together with supporting evidence, such as established or expected (from SAR) absorption, distribution, metabolism, and excretion (ADME) behavior (e.g. nitrosated amino acids, which are excreted in urine), supports the premise that a non-mutagenic nitrosamine is unlikely to be carcinogenic.

Another query was what level of nitrosamine exposure is of de minimis cancer risk? This depends on the nitrosamine; there is *no generalization*. Certainly, milligram amounts are not accepted for NDMA or NDEA but could be accepted for nitrosoproline, which is not metabolized, mutagenic, or carcinogenic. Therefore, assessment would have to be case by case.

There was general consensus that the LTL approach could be applied to nitrosamines as impurities in drugs indicated for a short duration of use. Carcinogenesis is a function of accumulated dose and DNA damage; however, other factors (e.g., cell proliferation, apoptosis, metabolism, and repair) are also implicated. For DNA adduct formation, the dose response is linear over a wide range, therefore, high exposure for a short duration would have comparable risk to low exposure over a long duration because the



Confidential Information – Subject to Protective Order GSKZAN0003505680

*integrated overall lifetime exposure as it relates to DNA damage* is the same. In addition, the 1:100,000 cancer risk is conservative and a small increase in risk over a short exposure period would be acceptable.

However, the dose response of the other factors implicated in carcinogenesis (proliferation, metabolic cofactors, DNA adducts), is unknown for high exposure over a short duration. Therefore, for nitrosamines the answer to the applicability of LTL is not as simple as stating that the effect of high exposure over a short duration is similar to low exposure over a long duration. DNA repair capacity must be considered for exposure to high doses of a nitrosamine for a short duration.

Moreover, total exposure to nitrosamines, i.e., the contents in food, which are low (≤1 µg/day), and all involved enzymes (e.g., MGMT, alpha hydroxylase) should be considered. The amounts of nitrosamines as impurities in drugs are considered low in the sense that depletion of MGMT is not expected. The consensus was that depletion of repair enzymes is unlikely at currently reported exposures, noting also that there are no known examples of MGMT-deficient human primary cells (the only such examples being cancer cells). There is, however, the caveat of individuals with repair deficiencies.

As indicated above, the experts cautioned using drugs contaminated with nitrosamines in children and recommended incorporating safety factors (SFs). ICH M7 does not include SFs and the FDA Center for Foods and Applied Nutrition (CFSAN) does not adjust for longer lifespan. The latter uses models to estimate consumption of a particular food item from surveys of dietary habits. The U.S. Environmental Protection Agency (EPA) does not assess carcinogenic impurities in fruits but uses SFs to determine the limits of pesticides used on foods. In short-duration cancer studies, neonatal mice had different responses than adults when dosed over a short duration. This is a cautionary note for using LTL for nitrosamines as impurities in drugs for children.

Reference was made to a study conducted in the 1960s (Druckrey et al.), which showed a linear no-threshold dose response over a dose range of 10 mg/kg bw to 70 µg/kg bw. The slopes were parallel down to the low dose and the lower end of the low dosage of 70 µg/kg bw; these tumor findings continued for the lifetime of the rats (3 years).



Confidential Information – Subject to Protective Order GSKZAN0003505681

**Q4. How would the risk assessment change when multiple nitrosamines are present in a drug product? What are the key variables to consider when conducting such risk assessments? (nonmutagenic carcinogen + mutagenic carcinogen; nonmutagenic carcinogen + weakly mutagenic carcinogen; multiple mutagenic carcinogens).**

Multiple nitrosamines have been identified as impurities in a single DS and/or DP over the two-and-a-half years since the contamination incident was reported. It is unclear whether the PK and DNA adduct repair are affected, taking into consideration exposure from other nitrosamine sources and whether their effects are additive or synergistic. Adding multiple nitrosamines assumes similar mechanisms of metabolic activation and action, potencies, and reactivities, none of which is known. However, if there are adequate data (for both structural similarities and differences) to enable prediction by (Q)SAR then these parameters could be compared and data for similar nitrosamines could be grouped.

Nitrosamines with the same MOA may have different potencies; in such cases, the significance of adding a low-potency nitrosamine to a high-potency nitrosamine is unclear, i.e., the value of the high-potency chemical will be used. The expert panelists discussed the application of cumulative risk assessment to nitrosamines. The European Food and Safety Authority (EFSA) has conducted much work on residues from pesticides. For example, in mixtures whether there is a mutagenic or nonmutagenic chemical is irrelevant. If one of the chemicals is carcinogenic, that information would be the one used to calculate an AI, i.e., risk would be additive or data of the most-potent nitrosamine would be used to calculate AI. Mixtures of large bulky nitrosamines can result in competition for enzyme activation and repair. This is not an issue for low-molecular-weight nitrosamines, and so assumption of an additive effect may not be appropriate in such cases.

The need for up-to-date information on exogenous and endogenous formation of nitrosamines was reiterated by the expert panelists. Such information is essential for risk assessment and accurate calculation of AI. However, most available data are 20–50 years old and much has changed since, including dietary habits, exposures, and analytical methods. The levels of nitrosamines as impurities in drugs are likely miniscule in comparison to exogenous exposure from foods and even more so to endogenous levels. However, this estimate is based on old data and is thus likely to be inaccurate. By contrast, data on nitrosamines in food are more up-to-date and the food industry has made much improvement over the past few decades.

Recent studies on the nitrate, nitrite, and nitrosamine contents of foods have reported very small amounts; 0.2–0.4 µg/day and globally <1 µg/day for nitrosamines.

The expert panelists emphasized quality control via good manufacturing practices (GMP) and understanding the chemistry of each chemical of DS and DP for eliminating or minimizing nitrosamines in drugs (for more details, see Q7). Also, the drug formulation plays a role, e.g., polymorphic forms; amorphous vs. crystalline drug forms could contribute to the degree of degradation, making the product more stable. However, PK parameters may be affected when the formulation is changed to improve stability, e.g., ascorbic acid added to prevent formation of NDMA in aminopyrine. However, the former was protective only after the first passage and was excreted thereafter, and aminopyrine undergoes recirculation. Therefore, protection was lost after the first passage.

Several biomarkers of exposure and perhaps for risk assessment were discussed, including DNA adducts, MGMT, and metabolism modelling. The expert panelists were asked which is most suited for nitrosamine risk assessment. DNA adducts were deemed optimum because current analytical technologies (e.g., high-resolution mass spectroscopy) are highly sensitive and reliable. Many previously problematic artifacts can now be addressed. Prior studies involving nitrosoproline measured urinary levels following administration of proline and nitrite to human volunteers. Today, individuals could be exposed to labelled precursors of NDMA, i.e., dimethylamine labelled with $C^{13}$ as a tracer, and the levels of $C^{13}$-labelled DNA adducts assayed.

However, using only DNA adducts as biomarkers for nitrosamine exposure is inappropriate because it requires knowledge of the MOA. DNA damage is critical for nitrosamine carcinogenicity and $O^6$-methylation is the relevant adduct for NDMA. DNA methylation as a mechanism of carcinogenesis has been extensively studied. However, not all nitrosamines methylate; therefore, $O^6$-methylation is not the sole MOA—other sites (e.g., $O^4$, $N^7$) and other mechanisms should also be studied. Our knowledge is inadequate to develop biomarkers for risk but these could be biomarkers of exposure because they can potentially be quantified by more-sensitive methods. Further work is needed to understand the MOA of nitrosamines before DNA adducts can be used as biomarkers for risk assessment.

Concerns were raised over quantification of DNA adducts for nitrosamines because of exposure and formation from food and endogenously; therefore, separation of adduct

sources is important. Completed and ongoing human studies have measured total nitrosamines in urine after administration of drugs contaminated with them or other sources. The results showed very high levels of NDMA but further investigations indicated that the analytical methods were flawed. This is an important point—for assessing exposure, one method does not fit all. The websites of the FDA and other regulatory authorities list appropriate analytical methods and conditions.

**Q5. Should the regulatory limits for nitrosamines listed for food and water or, amount formed endogenously, be considered in determining AI of nitrosamines in drugs?**

Patients take medicines to treat a disease and so anticipate benefit; in most cases it is not a choice. The American public expects their medicines to be safe. However, one chooses what to eat and drink. Based on earlier discussion, endogenous production of nitrosamines and their precursors is likely to constitute a more important source of exposure than exogenous intake.

To estimate total dietary intake, in addition to nitrosamines, calculation of nitrate and nitrite intake is critical. Indeed, this is so not only for diets rich in these compounds but across all types of diet, i.e., an unbiased assessment. The panelists agreed that intake from all sources should be considered in nitrosamine risk assessment and determination of AI. However, they emphasized again the need for accurate assessment of endogenous formation. If the data show endogenous formation higher by several orders of magnitude, calculating an AI would not be difficult from a numerical risk assessment perspective. Using the existing data on exogenous content and intake was referred to as a common-sense approach. Unlike endogenous exposure, there is much old and new information on exogenous exposure. These constitute a good database, but it needs to be validated using current data. The likelihood is that intake is similar at 0.2–0.5 μg/day and <1 μg/day for nitrosamines.

Also, determination of endogenous formation is very important. However, many factors, such as dietary habits and overall health (inflammation, infection), play a role. The argument for a no answer was that if exposure from all sources other than drug contamination is large, then the health risk from the small amount present in drugs becomes insignificant. However, if these other sources are considered background, particularly endogenous formation whether large or small, they should be acknowledged as contributing to the background cancer risk in the general population. As an example, based on the discussion and data shown by Dr. Kyrtopoulos, mean

endogenous formation of 144 µg/day would translate (based on Peto bioassay) to a ~ 1% cancer risk for NDMA as the background incidence (the overall lifetime cancer incidence in humans is 30–40%). Nevertheless, traditional and M7 cancer risk is based on 1:100,000, which is an incremental risk over that of cancer in the general population, i.e., the background incidence is ignored. In principle this is the more accurate and correct approach, i.e., to consider nitrosamine exposure as a result of its presence only in drugs. This is also based on the uncertainty of endogenous formation. If endogenous exposure is overestimated (i.e., it is not >100 µg/day), then incremental exposure from drug contamination becomes more significant "conceptually." Therefore, exposure from other sources should not be considered in risk assessment or AI calculations for nitrosamines in drugs. It was acknowledged that investigation of endogenous formation is a relatively long-term goal and a practical approach is urgently needed, therefore, flexibility should be exercised.

It was pointed out that the body sees a molecule as-is and does not distinguish its origin, i.e., foods or drugs. Therefore, it is cumulative exposure that contributes to the additivity of the response. There are good data for exogenous exposure but endogenous data are sparse and highly variable; therefore, studies need to be repeated using current sensitive methods. It is important not to provide a wide range of limits for food vs. drugs so as not to compromise public confidence in risk evaluation.

There was support for nitrosamine incremental risk assessment based only on their presence in drugs. This is because endogenously generated nitrosamines are likely carcinogenic. It is possible that a spontaneous tumor load of 30–40% could be due to endogenously formed nitrosamines. If so, then there is no baseline for accurate determination of the additional cancer risk from nitrosamine-contaminated drugs. However, the $TD_{50}$-based risk calculation is the best approach for evaluating endogenous and exogenous exposure. Multiple compounds other than nitrosamines also contribute to the spontaneous tumor load; e.g., endogenously formed formaldehyde and ethylene oxide.

Another consideration in risk assessment is poly-pharmacy; if more than one drug is contaminated with nitrosamines then the cumulative risk must be considered, as should the cost of and resources required for implementation. There are good arguments on each side, i.e., determine cancer risk based only on the amount in drugs or on total exposure to nitrosamines. The amounts of nitrosamines in drugs may not add much to the overall risk from all sources (exogenous + endogenous + drugs). However, in the



Confidential Information – Subject to Protective Order GSKZAN0003505685

absence of supporting data, communication on risk should take these factors into consideration.

The expert panelists stated that the structures of nitrosamines should be included in the assessment of risk. Most available data are on NDMA and NDEA, but other nitrosamines have been identified in drugs as contaminants. Therefore, a blanket assessment considering all nitrosamines at the same level of risk is inappropriate because their biological effects could be different. Exposure to such nitrosamines should be avoided by implementing correct chemistries. It was emphasized that it should not be considered acceptable to be exposed to such low levels in drugs because we are exposed to them in food. Again, there are reliable data on nitrosamines in food that could be used as a reference for risk assessment.

Future availability of data on the magnitude of endogenous formation will enable accurate assessment of total exposure and risk. Nevertheless, GMP, correct chemistry (avoiding drug precursors that can be nitrosated), and mitigation can prevent nitrosamine contamination of drugs. Over 40 years ago, the World Health Organization (WHO) introduced the Nitrosation Assay Procedure (NAP) to evaluate the nitrosability of drugs, which could be used to prevent nitrosamine formation. GMP and mitigation are key, irrespective of whether a risk assessment is performed.

A comment was made on whether the older data can be used to determine endogenous formation of some nitrosamines and extrapolated to current information on dietary intake. For example, the extensive work on endogenous formation of nitrosoproline, which is not metabolized and is excreted unchanged. When nitrates (400 mg) and proline (500 mg), were given to people, the urinary yield for nitrosoproline was in nanomoles. This finding is similar to several 20-year-old studies on nitrosoproline.

The expert panelists proposed that future epidemiological studies should include diets rich and poor in nitrosamine precursors. However, measuring endogenous formation is problematic; therefore, the extensive data on exogenous formation are the pragmatic approach at this time. They must, however, be verified based on current analytics. In recent publications, CFSAN evaluated the time course of intake using a database dating to the late 1990s.

Nevertheless, collective exposure is difficult to ignore—CFSAN reported that the single highest sources of preformed nitrosamines are smoked meats, smoked fish, and grilled meats. These are also high in polyaromatic hydrocarbons and other carcinogens.



Confidential Information – Subject to Protective Order GSKZAN0003505686

Therefore, these other sources should be considered in epidemiological studies. However, the numerical change in nitrosamine levels was less than an order of magnitude, emphasizing the reliability of use of exogenous exposure.

**Q6. In the absence of data and based on identified differences in NA chemistries and reactivities, can read-across for structural similarity to related compounds be used for NAs? What are the key parameters to consider when conducting (Q)SAR assessments for NAs?**

There has been much progress in in silico modeling and prediction for chemical structural similarity. The diversity of nitrosamines' behavior in vitro and in vivo has raised questions as to the reliability of (Q)SAR to predict nitrosamine mutagenicity and/or carcinogenicity. In general, the advantages of in silico approaches, and (Q)SAR modeling in particular, are that they are rapid, inexpensive, and do not use animals. However, this is an inference/prediction and so of less certainty than experimental data, and there is a need for in-depth expertise to conduct read-across.

Read-across by definition is inference of the activity or toxicity and even potency of a data-poor or no-data molecule from a similar data-rich molecule(s). For read-across there are three issues to consider for nitrosamines. First, compared to other chemicals, much data are available on mutagenicity and carcinogenicity for nitrosamines. Such data on >140 nitrosamines may be found in the U.S. EPA CompTox Chemical Dashboard and other resources, such as ChEMBL and PubChem. Whether this information is in a useful format, i.e., can be easily retrieved and used, requires further consideration.

The second issue relates to molecular similarity, a highly subjective concept. Regulatory agencies (EPA, European Food Safety Authority, European Chemicals Agency, and the Organization for Economic Cooperation and Development) have published guidances on this matter. For nitrosamines there is a need for sub-categorization to enable discrimination, which requires knowledge of their reactivity and chemistry. The knowledge can be recorded as structural and potency alerts. Such alerts can be based on chain length, alpha/beta substitution around the nitrosamine functional group, and the presence of electron-withdrawing groups.

The third issue is justification of the acceptability of predictions from approaches such as read-across. In some cases, experimental data may be needed to support the outcome. More evidence is needed to read-across a negative nontoxic or low-toxicity

compound, which is similar to a negative result by Ames test, but there is greater acceptance of the read-across prediction of a positive outcome.

(Q)SAR is a quantitative prediction based on the physicochemical properties of the molecule or its structural descriptors. For nitrosamines, (Q)SAR models should be built with nitrosamines as the largest group using mutagenicity data from the CPDB. A good understanding of reactivity is needed and ultimately the models should relate to MOA. A strong (Q)SAR model is one that has large variation of activity over several orders of magnitude and ideally with a large spread of data across these activities. This is not the case for nitrosamines because there are abundant data for high-potency nitrosamines but sparse data on those of low potency; there are, however, several ways around this. There is no correlation between the logarithm of the octanol-water partition coefficient (log P) and the $TD_{50}$, so other descriptors, usually for reactivity, are required.

An attendee asked whether molecular weight should be considered when extrapolating from one nitrosamine to another because the EMA's single value of 18 ng/day was based on a small molecule, i.e., NDEA. This was not recommended because many of the substituted side-chain large nitrosamines are metabolized and broken down to low-molecular-weight compounds; instead, a molar basis could be used. A large nitrosamine compound would not necessarily be less mutagenic or carcinogenic. One must be cautious in making such conclusions; e.g., dibutylnitrosamine is a more potent carcinogen in the bladder than the lower-molecular-weight NDMA, which is a potent liver carcinogen. There are many examples of high-molecular-weight nitrosamines that are potent carcinogens.

Dr. Bucher and his group at the National Institute of Environmental Health Sciences recently investigated nitrosamines using machine learning and Opera software, creating models based on physicochemical properties. Data for >700 compounds were obtained from the CPDB and restricted to 129 nitrosamines. The results were subject to five-fold cross-validation; the findings were similar to the above discussion—the (Q)SAR model needs more information to better discriminate high and low-carcinogenic potency nitrosamines. Therefore, a general prediction of carcinogenic potency is possible but its utility is unclear because of lack of diversity of nitrosamine database. Also, read-across validation is important, as is the lack of information on non-carcinogens.

It was suggested to determine why noncarcinogenic nitrosamines are inactive. Possible reasons include aging and interaction with DNA, but there are also metabolic issues, and



Confidential Information – Subject to Protective Order 

a trivial structural modification can markedly affect activity. For instance, if the tert-butyl group is attached (depending on its location relative to the nitrosamine moiety), then the compound is rendered inactive. Another example is isometrically substituted nitroso compounds; n-methyl nitroso pyridines have three isomers substituted at the 2′-, 3′-, and 4′-positions of the pyridine ring. The substitution at the 2′-position of pyridine was predicted to be mutagenic and carcinogenic whereas that at the other positions is not. This is a result of differential activation and inactivation of the isomers. Another example was cimetidine, the nitrosated form of which is mutagenic in vitro but not carcinogenic in rodents in vivo because it preferentially undergoes metabolic inactivation, emphasizing the importance of metabolism. It was reiterated that data on noncarcinogenic nitrosamines should be considered and why they are inactive needs to be determined. Much work on nitrosation was done by Richard Loeppky, who showed that certain structures are easily nitrosated; e.g., several tertiary amines. The WHO NAP test is a crude but easy-to-use assay of nitrosability.

Another aspect to consider in modeling is polarity. Nitrosoproline is an non-metabolized and non-carcinogenic nitroso compound that is excreted unchanged. However, whether (Q)SAR and read-across can predict biological activity is unclear.

Attendees' questions are discussed below.

Q1. The terms SAR and (Q)SAR are used interchangeably, they are approaches to assess risk based on structural analysis: if a nitrosamine can be mapped to major groups with adequate data then one that is data-poor can be mapped to that specific classification based on structure, what is the experts' opinion on such structural space for nitrosamines?

A1. SAR is similar to read-across, there is an ad hoc group led by Lhasa and LeadScope with members from academia and industry working on this topic. They are attempting to identify such structural groups and assess their effects on potency. The potential for predictability is referred to as a trend analysis. As long as there is a rational way of grouping molecules, this is achievable.

Q2. Along with (Q)SAR assessment, can we consider metabolism assessment of complex nitrosamine impurities, which would account for bioactivation of nitrosamine into reactive diazonium ion that causes carcinogenicity? For example, is a nitrosamine that converts easily to a diazonium ion more potent?

A2. Yes, it is possible to develop models for bioactivation. These could be complex if they are to be used computationally but must be able to calculate conversion to reactive diazonium ion. However, it is unclear if the data needed to build such a model are available. The answer to the second part of the question is yes.

Q3. Should SAR/read-across focus on carcinogenicity endpoint or consider separately the mutagenicity metabolic activation calculation by activated nitrosamine, or repair of alkylated DNA?

A3. Yes, generally it can be used for any other endpoint. The main issue is how will such information be used? Also, read-across and SAR require reliable data to determine similarity and dissimilarity between molecules. For complex endpoints such as carcinogenicity, this may not be possible. For less-complex endpoints—such as in vitro mutagenicity metabolic activation and alkylation—we are eliminating much variability, such as toxicokinetics (determined in vivo).

**Q7. Nitrosamines can be formed during manufacturing of the active pharmaceutical ingredient (API) and/or DP. What are possible approaches to reduce nitrosamine formation during manufacturing? Can nitrosamines be eliminated completely from API and/or DP?**

According to Dr. King's presentation on the contamination incident, nitrosamines as impurities can form at various stages of DS or DP manufacturing, during storage and packaging, and over time as degradants. Therefore, their detection, presence, and mitigation have been challenging both to regulators and drug manufacturers. We have learned much in the 2 years since the contamination incident was reported, but we continue to be surprised as to the ways in which nitrosamines are formed. Our understanding of all possible formation pathways continues to evolve. Drug structures and chemistries are complex, control and deep knowledge of each step in synthesis is critical, and drug manufacturers must think holistically. The process must be thought through and every possibility considered even when it's not predicted. If there is risk of nitrosamine formation, a detection strategy must be in place.

Nitrosamine contamination may not be related to the drug synthesis pathway, as was the case with the ARB, valsartan. For valsartan the issue was the solvent, dimethylformamide, which was heated to high temperatures, promoting formation of dimethylamine. The latter underwent a quenching reaction in the presence of nitrite,



Confidential Information – Subject to Protective Order 

which was added for a different purpose, leading to formation of NDMA. Therefore, this was a side reaction of a side reaction, not direct contamination of the DS or DP.

Another possible source is the supply chain, if drug manufacturers use recovered or recycled solvents that contain nitrosamines and then re-used in drug manufacturing. Another aspect is the stability of the drug and/or drug formulation. In some cases, nitrosamine amounts increased over time due to instability, e.g., ranitidine. An unexpected source is nitrocellulose in packaging or printing. Nitrocellulose is a strong nitrosating agent, which was identified and addressed in Europe in the cosmetics industry.

Nitrosation can occur at any step of a chemical reaction under the right conditions, i.e., in the presence of a secondary or tertiary amine, nitrite, or nitrous acid. In such cases, steps must be taken to eliminate the process or minimize nitrosamine formation by adequate purge and mitigation methods with verification by testing. When eliminating a step in which nitrosamines are formed is not possible, attempts should be made to move it earlier in synthesis and perform purging prior to production of the API.

The formation of nitrosamines can be minimized by not using a secondary or tertiary amine plus an acid, e.g., nitrous acid, in the same step of manufacturing or by eliminating one of these sources. Even when these sources are not in the same step, they could be several steps later and lead to the surprise of nitrosamine being formed. Another potential source is APIs containing residual amines put through a fluid bed drier; this is similar to malting for making beer. Nitrogen oxides are present in the environmental air (not purified air) during the malting process, which results in formation of nitrosamines; this relates to awareness of the method. Good science and manufacturing practices must always be followed. If mitigation is difficult, a multidisciplinary (pharmacology/toxicology, clinical, drug shortage, and compliance) benefit-risk assessment is needed to assess the feasibility of reducing nitrosamine contamination. Multiple aspects need to be considered, such as the patient population, the medical necessity, the balance between risk from taking a contaminated drug vs. the benefit of that drug in treating the disease.

We are working with international regulators to ensure consistent messaging and provision of safe drugs globally. Our focus is to inform about risk, and there are much data supporting that nitrosamines are potent mutagenic carcinogens in several animal species and in human. Reliable carcinogenicity data are used to inform on the safe

intake level of a drug. In the absence of such data, we use surrogate and similar molecules to determine an acceptable and safe intake limit. The goal is to eliminate nitrosamines from drugs, and with sufficient time and effort it can be achieved. In most cases, nitrosamines can be eliminated by modifying the synthetic pathway, removing a source, not using recovered solvents, and adequate purging and testing. In other cases, elimination of nitrosamines may require considerable resources and effort.

Because analytical methods continue to improve in sensitivity, very low levels of nitrosamines can be detected and so it may not be possible to completely eliminate nitrosamines from drugs. The risk-to-benefit ratio will be determined using all data available to date as well as the findings of research on the knowledge gaps identified in this workshop. Several experts emphasized that drug manufacturers must fully implement GMP and have full knowledge of their process. The qualifications of staff involved in manufacturing must also be checked.

In most cases, nitrosamines in drugs can be eliminated by GMP, good/safe chemistry, modification of the synthetic route, elimination of sources of nitrosamine formation, and a holistic understanding of the entire manufacturing process. If it is not possible to eliminate nitrosamines from drugs, a risk-benefit analysis is needed. In some cases, assessing risk may be the appropriate approach than using resources. In such cases, the patient population, drug shortages, and clinical alternatives should be considered. Advancements in manufacturing and technologies enabled the food industry to almost eliminate nitrosamines. Therefore, this can also be achieved for drugs but will take time and require collection of extensive data.

## SUMMARY

The history of discovery and early research of nitrosamines as potent mutagenic carcinogens was discussed by Dr. Eisenbrand. Interest in nitrosamines faded somewhat from the mid-1990s until almost 3 years ago when they were detected as impurities in drugs. Dr. Eisenbrand presented an overview of the biological activities, metabolic activation, chemical structures of nitrosamines, as well as human exposure to nitrosamines from food, consumer products, drugs, and occupational sources. He also described their formation by nitrosation of secondary amines and from primary and tertiary amines, and their kinetics. NNN, NNA, and NNK are formed from nicotine in tobacco; the latter is responsible for a number of human cancers. The presence and potential formation of nitrosamines in cosmetics and personal care products as well as

occupational exposure by dermal and inhalation routes and their mitigation were presented. The concept of safe (non-carcinogenic) amines as a solution to eliminate nitrosamines as impurities in drugs was proposed. Mitigation of nitrosamines in food by, for example, adding ascorbic acid, tocopherol, and decreasing nitrous oxide in smoked foods, the kilning of beer and sources of nitrosamines from packaging were presented.

Endogenous formation of nitrosamines was explained beginning with the initial research carried out in the late 1960s and finishing in the 1990s. Endogenously formed nitrosamines, nitrites, and nitrates are metabolically related and undergo interconversion via reduction, oxidation, and cycling back to reactive nitrosamines in blood and tissues before being excreted as urinary nitrates. Endogenous formation of nitrosamines from various drugs was also described. To reliably determine risk, quantitative data on their endogenous formation and an understanding of the pharmacokinetics of nitrosamines are imperative. Currently, it is unknown if endogenous formation of carcinogenic nitrosamines exceeds, equals, or is less than the levels in drugs. The expert panelists emphasized the need for this information and urgently encouraged experimental work in this area.

Classifying nitrosamines would facilitate risk assessment and subgrouping based on potency and reactivity. However, the majority of nitrosamines are potent carcinogens, as shown in studies involving 40 animal species; few are non-carcinogenic. Such a vast range of potency hampers their classification. Cancer induction is cumulative although some nitrosamines can cause cancer after single exposure. Factors such as dose rate, latency to tumor induction, adducts formed, DNA-repair capacity, enzyme depletion, reactivity, and stability of reactive intermediates are important and differ among nitrosamines. The expert panelists discussed nitrosamine classification; the consensus was they should not be classified at this time because of the absence of necessary data on reactivity, DNA binding, and metabolism in human and how it differs from animals.

The above notwithstanding, a number of approaches to classification were suggested. The simplest was classification into carcinogens and non-carcinogens based on available information. However, classification based on $TD_{50}$ values from the CPDB was considered the optimum approach at present. Although generally the BMDL would be preferred because it is based on dose response modelling using multiple doses for evaluation. The European Scientific Committee on Consumer Safety (SCCS) performed such modelling to evaluate the risk posed by nitrosamine contamination in cosmetics (SCCS 2012). Other suggestions included bucketing nitrosamines into $TD_{50}$ value ranges

of <1, 1–10, and 10–100 mg/kg. Classification can be based on chemical reactivity, though there are no data on the correlation between reactivity and potency. Polarity and (Q)SAR/chemical structure were also discussed. Modelling would be based on $TD_{50}$ values in conjunction with expert knowledge and in some cases supplemented with experimental data. (Q)SAR modelling is based on predictions using estimated parameters that have not been verified for nitrosamines; therefore, caution is needed. The single value of 18 ng/day implemented by EMA was acknowledged, however, this is a highly conservative approach, being based on the most potent nitrosamine, NDEA. Two interesting proposals were Bayesian probabilistic modelling of data together with SAR and an approach conceptually similar to the TTC paradigm in ICH M7 but specific to nitrosamines. The expert panelists recommended incorporating safety factors when determining risk in children, patients with enzyme deficiency, and other sensitive populations.

Applying LTL as in ICH M7 to drugs contaminated with nitrosamines indicated for short durations is being discussed by international regulators to prevent recall of drugs and allow continued use by patients when benefit outweighs risk. However, the LTL approach for nitrosamines is not accepted globally. From the FDA's perspective, this is because nitrosamines are in the CoC, which comprises chemicals of high mutagenic and carcinogenic potencies that are strictly controlled in drugs. The shape of the dose response for such chemicals is unknown when extrapolating from high to low doses; prior experimental work suggests it to be linear with no threshold even at the lowest doses. The lack of a threshold is supported by data showing the linearity of DNA adduct formation over a dose range. In place of the LTL approach, the FDA implements a flexible approach that allows values higher than the AI as interim limits yet maintaining a 1:100,000 cancer risk.

Similarly, the expert panelists had diverse opinions on LTL. Studies have shown varied dose responses for carcinogenicity among nitrosamines—some are linear, curvilinear, sigmoidal at low dose, gradual and in some cases show an abrupt transition to toxicity. The cancer rate is independent of age, e.g., the same dose of NDEA administered to animal species of different life expectancies resulted in identical rates of tumor development. Application of the LTL approach as per ICH M7, therefore, is inappropriate because the reliability of the models that extrapolate from long to short durations is unknown with respect to their sensitivity, shape of the dose response, and threshold vs. linear. However, based on the need for safe drugs, the expert panelists indicated that



Confidential Information – Subject to Protective Order 

the LTL approach could be considered for nitrosamines. However, using the LTL is not as simple as stating that the effect of high exposure for a short duration is similar to that of low exposure for a long duration. The expert panelists urged further studies of the factors involved.

When more than one nitrosamine is found in a drug, the expert panelists agreed that their effects would be additive. With reference to EFSA's approach for mixtures—if one of the chemicals is a carcinogen then the most conservative AI is used irrespective of the presence of mutagens or non-mutagens.

DNA adducts were indicated by the expert panelists as the best biomarkers of exposure for nitrosamines because they can be reliably quantified using highly sensitive analytical methods. They indicated that there are no biomarkers for risk assessment because the MOA must be known but this is not the case for nitrosamines. Also necessary is verifying the source of these adducts to track back to the nitrosamine from the drug, i.e., separation of adducts from food and formed endogenously should be considered. Whether risk assessment should be based on exposure from contaminated drugs alone or consider total exposure was discussed. Based on the discussion there were good arguments for each response. Ultimately, the amount in drugs may not add much to the overall risk; however, this is unknown at present. Therefore, in the absence of needed data, communication on risk should take into consideration all important factors.

The expert panelists indicated that the structures of nitrosamines must be included in risk assessment and that a blanket assessment in which all nitrosamines are placed at the same risk level is not appropriate. They emphasized that this could be mitigated by eliminating such nitrosamines and following GMP. Exposure to low levels of nitrosamines in drugs cannot be justified because nitrosamines are also found in foods; noted that content in food is at ≤1 µg/day and as low as 0.4 µg/day. The expert panelists stated that nitrosamines can be eliminated from drugs by using safe amines and good chemistry and evaluating each step of the synthetic and manufacturing processes (including un-anticipated pathways), as well as post-market monitoring such as in packaging and storage. Moreover, if there is potential for formation from a side reaction, or if a solvent or a nitrosating agent is used, then a control strategy must be in place and the nitrosamine must be identified.

Steps known to form nitrosamines should be avoided, by moving them earlier in the synthetic or manufacturing pathway when possible. In most cases nitrosamines can be



Confidential Information – Subject to Protective Order GSKZAN0003505695

eliminated by modifying the synthesis, removing the source, and adequate purging and control. However, if elimination is complicated and resource intensive, a risk assessment can be conducted using all information available. Nevertheless, it was emphasized repeatedly by the expert panelists that nitrosamines can be eliminated from drugs by implementing GMP, smart chemistry, and awareness of the manufacturing process, although this may not be possible in a few cases. Elimination of nitrosamines from drugs should not be more difficult than their near elimination from foods.

The extensive experimental data collected over the past 20 years have been used for in silico modelling to predict outcomes. Mutagenic impurities can be qualified as described in ICH M7 when two (Q)SAR models render negative predictions. Nitrosamines are in the CoC under M7 and cannot be qualified by (Q)SAR assessment. The expert panelists deliberated on potential development and use of (Q)SAR models specific for nitrosamines and utilize expert knowledge for read-across assessment. For appropriate read-across, nitrosamines must be subcategorized based on their reactivity and chemistry, which is at present available for few nitrosamines. A negative prediction by (Q)SAR and read-across justification may require experimental testing, e.g., by new approach methodologies.

There must be a good understanding of reactivity and ultimately the models should relate back to MOA; however, data on the MOA and reactivity of nitrosamines are lacking. A reliable model requires good data and a broad range of carcinogenic activity; however, the majority of nitrosamines are potent carcinogens. Much work and collaboration among regulators as well as industry and academia is focusing on building appropriate (Q)SAR models for nitrosamines. It was suggested to use available information on noncarcinogenic nitrosamines and investigate mechanistic questions to explain their lack of activity. (Q)SAR models for nitrosamines are complicated by their diverse reactivity, stability, and behavior in vivo and in vitro; a minor structural modification can markedly alter activity, hampering the making of predictions in the absence of experimental data.

The majority of nitrosamines are mutagenic and positive by standard Ames test. However, in some cases the standard Ames test is negative but positive using different test conditions, such as pH and use of hamster S9. The Ames test is the first step in assessing the mutagenicity of a chemical for regulatory purposes. The expert panelists agreed that a negative Ames test is not in itself adequate to qualify the non-mutagenicity of a nitrosamine. A modified Ames test using different conditions should



Confidential Information – Subject to Protective Order 

be conducted; if the results are negative an in vivo mutagenicity assay should be performed. If the latter is also negative, expert knowledge and read-across assessment must be conducted in support of the negative mutagenicity outcome. Thorough assessment of mutagenicity is important before concluding the non-mutagenicity of a nitrosamine; some nitrosamines are non-mutagenic but carcinogenic. The expert panelists noted that the in vivo assays are mutagenicity tests for hazard identification and not applicable for cancer risk assessment. Therefore, because 2-year bioassays are infeasible, an in vivo animal model of carcinogenicity may be needed in the absence of reliable read-across via expert knowledge to a data-rich surrogate nitrosamine.

## CONCLUSIONS

Nitrosamines are potent mutagenic carcinogens whose presence in drugs can in most cases be avoided by implementing good science and GMP, inspecting and evaluating every step of manufacturing, and post-market monitoring of formation and contamination. A negative Ames test is inadequate to qualify a nitrosamine as non-mutagenic. A follow-up test under modified optimal conditions is needed; if negative, an in vivo gene mutation test should follow. However, qualifying a nitrosamine as a non-mutagen does not necessarily indicate non-carcinogenicity; therefore, an alternative in vivo bioassay may be required. Caution was expressed over the LTL approach (as in ICH M7) for nitrosamines based on their diverse behaviors in vivo and in vitro, unknown dose response shape when extrapolating from long to short durations, and linear no-threshold dose response. However, to prevent drug shortages at this time other approaches for risk assessment can be applied to accept a higher AI for drugs indicated for short durations as long as a cancer risk of 1:100,000 is maintained. Multiple nitrosamines in a drug should be considered to have additive effects and the most conservative approach must be used for risk assessment. There are good arguments for use of total exposure and exposure from drugs only for risk assessment. Because of the lack of important information on endogenous formation, risk assessment based on exposure from drugs only is appropriate. (Q)SAR modelling specific to nitrosamines based on $TD_{50}$ values is needed and must incorporate expert knowledge. $TD_{50}$, not BMDL, is optimal for risk assessment. NAP testing can be used to verify nitrosation to support risk assessment.

## RECOMMENDATIONS OF THE EXPERT PANELISTS FOR FURTHER RESEARCH

The following research topics need to be addressed for reliable assessment of the cancer risk of nitrosamines with the ultimate goal of their elimination from drugs:

- Determination of endogenous formation.
  - Human epidemiological studies with designs incorporating diets rich and poor in nitrites, nitrates, and nitrosamines.
  - PBPK-based models to estimate endogenous exposure.
  - Prediction of nitrosation (measurement of urinary excretion of metabolites [e.g., nitrosoamino acids as surrogates]; data on distribution and excretion).
- Exogenous exposure—update current data.
- Measurement of DNA adducts as biomarkers of exposure in human; establishment of surrogate biomarkers of exposure as well as activating/deactivating biotransformations (e.g., hemoglobin adducts for long term and urinary mercapturic acids for short term); biomarkers will provide supportive information. Assessment of MGMT and other repair enzymes, such as those involved in excision repair in animals, and comparison to human; use sensitive analytical methods, verify the sources of adducts.
- Investigation of reactivity, stability, and nitrosation; correlation of reactivity to the carcinogenic potency of nitrosamines.
- Development and validation of sensitive analytical methods and monitoring for absence of artefacts.

# EXHIBIT 51

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL DOCKET NO. 2924**

**Civil Action No. 9:20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

---

**THIS DOCUMENT RELATES TO: ALL CASES**

**DECLARATION OF JE YON JUNG**

I, Je Yon Jung, am over 18 years of age and declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following facts are true and correct:

1. I am counsel at May Lightfoot, PLLC, and am one of the members of the Plaintiffs' Steering Committee in the above-captioned MDL. I have personal knowledge of the facts herein and in support of the MDL Plaintiffs' Opposition to Defendants' Motion to Compel Plaintiffs to Share a Portion of Defendants' Excess Product Samples with JCCP Plaintiffs submit as follows:

2. From approximately December 2020 through October 2021, the MDL Plaintiffs negotiated with Defendants GSK, Boehringer Ingelheim, Sanofi, and Patheon to obtain product inventory for their own testing and analyses. There were dozens of meetings, as well as numerous document, data, and information exchanges between the MDL Plaintiffs and the Defendants. Defendants made numerous corrections and amendments to their product inventory over the course of negotiations and Defendants' production. For example, Defendant BI initially indicated that it did not have any product inventory, then later identified 30 line-items of product inventory, and then again after Court

involvement, BI disclosed an additional 860-line items of product inventory. Similarly, GSK's product inventory was initially represented as available and stored at various locations and later revised and corrected to be unavailable and/or stored at different locations. Sanofi made numerous and multiple corrections related to its hundreds of product inventory spreadsheets.

3. Of all the Defendants with available product inventory, GSK had the least amount of available and unexpired product inventory and Sanofi had the largest amount of available and unexpired product inventory within its possession, custody, and control.

4. Over the course of the MDL Plaintiffs' negotiations with Defendants, the MDL Plaintiffs made it clear that they could not speak on or behalf of the JCCP Plaintiffs or any other state litigation Plaintiffs. Similarly, Defendants also made it clear that any MDL Plaintiffs' selections of product inventory must take into consideration a) Defendants' desire to preserve a portion of the MDL Plaintiffs' selections for their own testing; and b) the Defendants' preservation of product inventory for future product requests from other state litigations.

5. Accordingly, the MDL Plaintiffs made product selections from Defendants' inventory based on Defendants' representations regarding the need to maintain sufficient inventory for their own testing and preservation of product inventory for future requests from other state litigation, including the JCCP.

6. The MDL Plaintiffs' product inventory selections never exceeded 5% of any of each of the Defendant's total product inventory. For example, with respect to Defendant GSK, the MDL Plaintiffs only requested 2.5 kg/50 kg of Defendant GSK's Jurong API; 500 grams/11000 grams of DRL API. In addition, the MDL Plaintiffs requested nine

categories of finished dose products from Defendant GSK.

7. The MDL Plaintiffs' product inventory selections for any particular finished dose product batch or API batch typically never exceeded more than 1% of the specific product inventory, and never exceeded 25% of available limited product inventory.

8. Over the course of the parties' disputes and after the hearings before the Magistrate, the MDL Plaintiffs further reduced the number and volume of requests for product inventory to Defendants GSK and Sanofi.

9. After the MDL Plaintiffs selected their product inventory, Defendants retained, at a minimum, two-thirds of any single product inventory selected by and produced to the MDL Plaintiffs and over 95% of their total product inventory.

10. Once the Defendants were ordered by the Court to produce their inventory to Plaintiffs by certain dates, there were no complex or complicated regulatory, shipping, and customs requirements. Many of the products were shipped to the MDL Plaintiffs' expert, Emery Pharma, via FedEx or other third-party shipping entities using the MDL Plaintiffs' FedEx account or their own international and customs vendors. The process took, on average, a few days with little to no customs complications or concerns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 13th day of June, 2022. /s/ Je Yon Jung
Je Yon Jung

# EXHIBIT
# 52

# Risk of Cancer With Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults

Nabeeha Mohy-ud-din MD[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3,4], Shashvat M. Desai[5], Shyam Thakkar[3]

[1] Medicine Institute, Allegheny Health Network [2] Division of Hematology and Oncology, Kansas University Medical Center, [3]Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA [4]Department of Internal Medicine, Metrohealth Medical Center/Case Western Reserve University, Cleveland, OH [5] University of Pittsburgh Medical Center, Pittsburgh, PA

Allegheny Health Network

## Introduction

- Ranitidine is a H2 blocker used for prophylaxis and treatment of gastric acid secretion disorders.
- Regulatory agencies throughout the world have recalled ranitidine due to concerns of contamination with NDMA, a carcinogenic substance.

## Aim

- We aim to study if ranitidine use leads to an increased risk of various cancers using a large population-based database.

## Methods

- Explorys (IBM, New York) is a de-identified data base with patient records from over 26 health systems nation-wide.
- It allows for establishment of 'temporality' using SNOMED criteria.
- We searched for patients on the drug ingredient "ranitidine" use as an index event and assessing for all subsequent diagnoses of cancer from 1999-2019.
- Two control-populations were used: famotidine users and general population not using ranitidine or famotidine.
- Two analysis done: comparison of risk of cancer without adjustment for risk factors and comparison of risk of cancer after adjustment for risk factors (exclusion of smoking, obesity, alcohol use, family history of cancer, cirrhosis and GERD).

## Results

**Figure 1:** Incidence of cancer within different subgroups




**Figure 2:** Odds of cancer with ranitidine versus famotidine users without adjustment for risk factors



**Figure 3:** Odds of cancer with ranitidine versus famotidine users after adjustment for risk factors



## Conclusion

- No evidence of increased risk of various cancers (except melanoma and colorectal cancer) in ranitidine users above that of users of a comparable H2 blocker such as famotidine.
- Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.
- Future studies are needed to fully assess the risk of cancer with ranitidine.

archives

Digestive Disease Week

Tu1360 — 2020

Poster of Distinction | AGA

# RISK OF CANCER WITH USE OF RANITIDINE: RESULTS OF A COHORT STUDY OF 65 MILLION US ADULTS




**Esophageal Diseases**

*GERD: Medical, Surgical and Endoscopic Therapies*

Presented on Tuesday, May 5, 2020 12:30 PM

**Author(s):** Nabeeha Mohy-ud-din[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3], Shashvat M. Desai[4], Shyam Thakkar[5]

## Introduction

Ranitidine is a histamine H-2 receptor antagonist that is used for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination with N-nitrosodimethylamine (NDMA) which is classified as a probable human carcinogen by the International Agency for Research on Cancer (IARC). We aim to study if ranitidine use leads to an increased risk of various cancers using a large population-based database.

## Methods

The Explorys database (IBM, New York) is a source of longitudinal real world deidentified data collected from electronic medical records from over 40 health systems nationwide. It allows for the assessment of temporal information about risk factors and occurrence of specific diseases based on SNOMED code criteria. We queried the Explorys database by searching for patients on the drug ingredient “ranitidine” use as an index event and assessing for all subsequent diagnoses of cancer from 1999-2019. We used two control populations: patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker. Statistical analysis was performed using SPSS 26 (Armonk, NY).

## Results

The Explorys database contained over 65 million patients at the time of our search. In our analyses, 1.62 million users of ranitidine were identified, 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. Users of ranitidine and famotidine when compared to the general population, and users of famotidine when compared to ranitidine, were older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), had liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$). Baseline characteristics of each population are listed in Table 1.

Overall, incidence of cancer was 26.4%, 31.1% and 13% in ranitidine, famotidine, and general population, respectively.Incidence of specific cancers is lower in the ranitidine users compared to famotidine users (Figure 1). Among subjects without risk factors including

smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (excluding non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.01-1.02, p=0.001).

**Conclusion**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk of various cancers in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

**(3349579_File000000.jpg)**

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) | Odds Ratio (P value) (Ranitidine vs Famotidine) | Odds Ratio (P value) (Ranitidine vs General Population) |
|---|---|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) | 0.81 (<0.001) | 1.61 (<0.001) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) | 0.83 (<0.001) | 1.08 (<0.001) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) | 0.96 (<0.001) | 0.27 (<0.001) |
| African-American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) | 0.99 (0.03) | 1.29 (<0.001) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) | 0.91 (<0.001) | 0.73 (<0.001) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) | 1.09 (<0.001) | 1.36 (<0.001) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) | 0.87 (<0.001) | 0.76 (<0.001) |
| Obesity (BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) | 0.80 (<0.001) | 5.65 (<0.001) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) | 0.89 (<0.001) | 6.61 (<0.001) |

Baseline characteristics of each population.

**(3349579_File000001.jpg)**




Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).

**Disclosure:** N. Mohy-ud-din: No Conflicts; G. Mohyuddin: No Conflicts; A. Syed: No Conflicts; S. M. Desai: No Conflicts; S. Thakkar: Boston Scientific: Consulting;

---

APPRISOR™ **(http://www.scientificposters.com)**

© 2020 Digital Acumen, Inc. — Content © 2020 Digestive Disease Week, All rights reserved.

---

**From:** Shashvat Desai [redacted]
**Sent:** Sunday, November 24, 2019 11:34 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Cc:** Ghulam Rehman Mohyuddin [redacted]; Nabeeha Mohyuddin [redacted]
**Subject:** Re: Zantac

Totally agree. Love the collaboration. I will send an updated version by tonight

On Sun, Nov 24, 2019 at 12:23 PM Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu> wrote:

> Thanks for your work on this Shasvat! I love the collaboration.
>
> Can you guys send me an updated manuscript after the comments have been incorporated. In general, I agree with Shashvat's recommendations/comments.
>
> I can help make more forest plots once we have the updated manuscript/information.
>
> Lets please stay on track and try to get this submitted before thanksgiving.
>
> Manni
>
> ---
>
> **From:** Shashvat Desai [redacted]
> **Sent:** Saturday, November 23, 2019 1:34 AM
> **To:** Ghulam Rehman Mohyuddin [redacted]
> **Cc:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; Nabeeha Mohyuddin [redacted]
> **Subject:** Re: Zantac
>
> Hi Manni and Bia,
>
> I have reviewed the manuscript upto discussion. Updated results. Please see my comments. Feel free to ignore any or all comments.
>
> @manni- well written. have added a few questions for you. Initially i thought of reporting risk ratios too, but these guys at AHN have previously published explorys data using odds ratio. So I stuck to that.
> @bia- can you format results in the format I have described in the comments. Also check questions. I can help tomorrow with this.
>
> We may need to analyze more depending on what you both think.

Thank you,
Shashvat

On Fri, Nov 22, 2019 at 8:24 PM Shashvat Desai [redacted] wrote:

Hi Manni and Bia,

Sorry for the delay. I am going through the abstract and the manuscript now. Will send it before sleeping today.

Shashvat

On Fri, Nov 22, 2019 at 2:36 PM Ghulam Rehman Mohyuddin [redacted] wrote:

Begin forwarded message:

**From:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Date:** November 22, 2019 at 1:35:34 PM CST
**To:** Ghulam Rehman Mohyuddin [redacted]
**Subject: Re: Zantac**

I have responded to some comments/made some minor changes.

Also, should we have been using relative risk for this cohort study rather than odds ratio? Considering that this is a cohort study with a fairly large percentage of events?

---

**From:** Ghulam Rehman Mohyuddin [redacted]
**Sent:** Friday, November 22, 2019 1:03 PM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Zantac

Begin forwarded message:

**From:** Nabeeha Mohyuddin [redacted]
**Date:** November 22, 2019 at 1:34:50 AM CST
**To:** Ghulam Rehman Mohyuddin [redacted]
**Cc:** Shashvat Desai [redacted]
**Subject: Zantac**

Hi guys,

I made some edits and I created a separate file with the abstract, because I want to send it sooner to the AGH people to review because DDW deadline is 12/1.

As a whole, the abstract checks out I think. Manni can you send me a bigger figure for the one you added please.

For the manuscript, I've made my edits. I've also added a bar chart showing time association of the drug and the diagnosis of cancer.

Let me know what your thoughts are guys.

Nabeeha

---

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:41 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: DDW Abstract

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Sun, Nov 24, 2019 at 5:03 PM
Subject: DDW Abstract
To: Ghulam Rehman Mohyuddin [redacted]
Cc: Shashvat Desai [redacted]

Hi, this is the abstract that I sent to the AGH people for review.

Thanks!

# Risk of Cancer with Use of Ranitidine: Results of a Cohort Study of 65 million US adults

Nabeeha Mohy-Ud-Din[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3], Shashvat M. Desai[4], Shyam Thakkar[3],

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Hematology-Oncology, Kansas University Medical Center
[3] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[4] University of Pittsburgh Medical Center, Pittsburgh, PA

## Introduction

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. We aim to study if ranitidine use leads to an increased risk of cancer using the EXPLORYS database.

## Methods

The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors and occurrence of specific diseases. We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker. Statistical analysis were performed using SPSS 26 (Armonk, NY).

## Results

In our analyses, 1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. Users of ranitidine and famotidine when compared to the general population, and users of famotidine when compared to ranitidine, were older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$). Baseline characteristics of each population are listed in Table 1.

Overall, incidence of cancer was 26.4%, 31.1% and 13% in ranitidine, famotidine, and general population, respectively. Incidence of specific cancers is lower in the ranitidine users compared to famotidine users (Figure 1). Among subjects without risk factors including smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (excluding non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.01-1.02).

## Conclusion

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

## Table 1: Baseline characteristics of each population

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) | Odds Ratio (P value) (Ranitidine vs Famotidine) | Odds Ratio (P value) (Ranitidine vs General Population) |
|---|---|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) | 0.81 (<0.001) | 1.61 (<0.001) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) | 0.83 (<0.001) | 1.08 (<0.001) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) | 0.96 (<0.001) | 0.27 (<0.001) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) | 0.99 (0.03) | 1.29 (<0.001) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) | 0.91 (<0.001) | 0.73 (<0.001) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) | 1.09 (<0.001) | 1.36 (<0.001) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) | 0.87 (<0.001) | 0.76 (<0.001) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) | 0.80 (<0.001) | 5.65 (<0.001) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) | 0.89 (<0.001) | 6.61 (<0.001) |
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) | 0.80 (<0.001) | 4.14 (<0.001) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) | 1.76 (<0.001) | 15.8 (<0.001) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) | 0.63 (<0.001) | 4.06 (<0.001) |

**Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).**




| Cancer | Number of events | OR | Lower CI | Upper CI |
|---|---|---|---|---|
| Colorectal | 97160 | 0.97 | 0.96 | 0.98 |
| Pancreatic | 4480 | 0.63 | 0.61 | 0.65 |
| Lung | 24730 | 0.6 | 0.59 | 0.61 |
| Melanoma | 7570 | 0.99 | 0.96 | 1.02 |
| Bladder | 8400 | 0.65 | 0.64 | 0.67 |
| Uterine | 47940 | 0.81 | 0.8 | 0.82 |
| Prostate | 21890 | 0.74 | 0.72 | 0.75 |
| Breast | 40130 | 0.76 | 0.76 | 0.77 |
| Liver | 11120 | 0.54 | 0.53 | 0.55 |

---

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:42 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Final Zantac Numbers

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Wed, Nov 20, 2019 at 4:22 AM
Subject: Final Zantac Numbers
To: Ghulam Rehman Mohyuddin [redacted]

The word file contains the numbers and odds ratio after applying the inclusion criteria of non-obese, non-smokers, non-alcoholics, non-cirrhotics, no family history of neoplasms. Let me know what you think.

| | All Zantac Inclusion Criteria (n=353660) | All Pepcid Inclusion Criteria (n=592290) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 158740 | 264400 | 1 | (1.00-1.01) | 0.02 |

| | All Zantac Inclusion Criteria (n=353660) | All Population Inclusion Criteria (n=22,258,520 ) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 158740 | 1435860 | 4.49 | 4.46-4.51 | <0.0001 |

| | All Pepcid Inclusion Criteria (n=592290) | All Population Inclusion Criteria (n=22,258,520) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 264400 | 1435860 | 11.69 | 11.63-11.75 | <0.0001 |

| | Ranitidine (n=1620830) | | | | | | | Famotidine(n=3373740) | | | | | | All patients - Ranitidine and Famotidine(59,625,850) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | yes | no | or (r vs f) | ci | p value | | | yes | no | or (r vs g) | ci | p | | | |
| Age >65 | 543,970 | 1,076,860 | 0 81 | 0 80-0.82 | <0.001 | | 34 | 1,293,340 | 2,080,400 | 1.61 | 1.60-1.61 | <0.001 | 38 | 14,231,770 | 45,394,080 |
| Age 18-65 | 907,160 | 713,670 | 0 87 | 0 87-0.88 | <0.001 | | 56 | 1,996,080 | 1,377,660 | 7.96 | 7.93-7.99 | <0.001 | 59 | 36,664,160 | 22,961,690 |
| Asian | 30,330 | 1,590,500 | 0 83 | 0 81-0.84 | <0.001 | | 2 | 75,680 | 3,298,060 | 1.08 | 1.07-1.09 | <0.001 | 2 | 1,028,300 | 58,597,550 |
| Caucasian | 1,261,000 | 359,830 | 0 96 | 0 96-0.96 | <0.001 | | 78 | 2,645,250 | 728,490 | 0.27 | 0.27-0.27 | <0.001 | 78 | 33,272,280 | 26,353,570 |
| African Ame | 209,260 | 1,411,570 | 0 99 | 0 98-0.99 | | 0.03 | 13 | 437,840 | 2,935,900 | 1.29 | 1.29-1.30 | <0.001 | 13 | 6,113,070 | 53,512,780 |
| Male | 625,890 | 994,940 | 0 91 | 0 90-0.91 | <0.001 | | 39 | 1,377,800 | 1,995,940 | 0.73 | 0.72-0.73 | <0.001 | 41 | 27,573,200 | 32,052,650 |
| Female | 994,600 | 626,230 | 1 09 | 1 09-1.1 | <0.001 | | 61 | 1,995,440 | 1,378,300 | 1.36 | 1.36-1.37 | <0.001 | 59 | 32,052,670 | 27,573,180 |
| Smoking(finc | 1,205,340 | 415,490 | 0 87 | 0 86-0.87 | <0.001 | | 74 | 2,595,000 | 778,740 | 0.76 | 0.76-0.76 | <0.001 | 77 | 16,391,210 | 43,234,640 |
| Obesity(BMI: | 143,650 | 1,477,180 | 0 80 | 0 80-0.81 | <0.001 | | 9 | 362,870 | 3,010,870 | 5.65 | 5.62-5.68 | <0.001 | 11 | 1,007,740 | 58,618,110 |
| Alcohol(findi | 994,720 | 626,110 | 0 89 | 0 88-0.89 | <0.001 | | 61 | 2,160,740 | 1,213,000 | 6.61 | 6.59-6.63 | <0.001 | 64 | 11,542,930 | 48,082,920 |
| Family Histor | 134,100 | 1,486,730 | 0 80 | 0.79-0.80 | <0.001 | | 8 | 340,100 | 3,033,640 | 4.14 | 4.12-4.17 | <0.001 | 10 | 1,269,270 | 58,356,580 |
| GERD | 843,860 | 776,970 | 1.76 | 1.75-1.77 | <0.001 | | 52 | 1,285,600 | 2,088,140 | 15.80 | 15.7-15.8 | <0.001 | 38 | 3,834,050 | 55,791,800 |
| Liver Cirrhosi | 22,790 | 1,598,040 | 0.63 | 0.62-0.63 | <0.001 | | 1 | 74,670 | 3,299,070 | 4.06 | 4.01-4.12 | <0.001 | 2 | 208,240 | 59,417,610 |

r vs f inclusion crit
age<65
non smoker
non obese
non alcohol
no famoly h
gerd
no cirrhosis

r vs g inclusion crit
age <65
caucasian
non smoker
non obese
non alcoholic
no family his
gerd
no liver cirhossis

| | Ranitidine(1620830) | | | | | Famotidine(3373740) | | | | | | | | All population minus R and F (59,625,850) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | yes | no | odds ratio(r v | CI | p value(r vs f | yes | no | odds ratio (r | CI | p | OR (f vs g) | CI | p | yes | no | rr | p |
| All Cancers (minus non melanoma skin cancers) | 438,320 | 1,182,510 | 0.81 | 0.81-0.82 | <.001 | 1051950 | 2321790 | 2.84 | 2.83-2.85 | <.001 | 3.47 | 3.46-3.48 | <0.001 | 6,875,040 | 52,750,810 | | |
| Colorectal | 97160 | 1,523,670 | 0.97 | .96-0.98 | <0.001 | 207090 | 3166650 | 2.49 | 2.47-2.50 | <.001 | 2.55 | 2.54-2.56 | <0.001 | 1,488,850 | 58,137,000 | | |
| Pancreatic | 4480 | 1,616,350 | 0.63 | 0.61-0.65 | <.001 | 14710 | 3359030 | 3.42 | 3.32-3.53 | <.001 | 5.41 | 5.31-5.51 | <0.001 | 48,210 | 59,577,640 | | |
| Lung | 24730 | 1,596,100 | 0.6 | 0.59-0.61 | <.001 | 84250 | 3289490 | 3.3 | 3.26-3.35 | <.001 | 5.46 | 5.42-5.50 | <0.001 | 278,110 | 59,347,740 | | |
| Melanoma | 7570 | 1,613,260 | 0.99 | 0.96-1.02 | 0.8 | 15810 | 3357930 | 2.04 | 2.00-2.09 | <.001 | 2.05 | 2.02-.209 | <0.001 | 136,190 | 59,489,660 | | |
| Bladder | 8400 | 1,612,430 | 0.65 | 0.64-0.67 | <.001 | 26520 | 3347220 | 3.03 | 2.97-3.10 | <.001 | 4.62 | 4.55-4.68 | <0.001 | 102,040 | 59,523,810 | | |
| Uterine | 47940 | 1,572,890 | 0.81 | 0.80-0.82 | <.001 | 122060 | 3251680 | 2.4 | 2.37-2.42 | <.001 | 2.95 | 2.93-2.97 | <0.001 | 747,590 | 58,878,260 | | |
| Prostate | 21,890 | 1,598,940 | 0.74 | 0.72-0.75 | <.001 | 61270 | 3312470 | 2.24 | 2.21-2.27 | <.001 | 3.03 | 3.00-3.06 | <0.001 | 361,130 | 59,264,720 | | |
| Breast | 40,130 | 1,580,700 | 0.76 | 0.76-0.77 | <.001 | 107800 | 3265940 | 2.7 | 2.67-2.73 | <.001 | 3.51 | 3.49-3.53 | <0.001 | 554,700 | 59,071,150 | | |
| Liver | 11,120 | 1,609,710 | 0.54 | 0.53-0.55 | <.001 | 42130 | 3331610 | 3.38 | 3.31-3.44 | <.001 | 6.19 | 6.12-6.26 | <0.001 | 121,540 | 59,504,310 | | |

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:41 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Zantac

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Fri, Nov 22, 2019 at 1:34 AM
Subject: Zantac
To: Ghulam Rehman Mohyuddin [redacted]
Cc: Shashvat Desai [redacted]

Hi guys,

I made some edits and I created a separate file with the abstract, because I want to send it sooner to the AGH people to review because DDW deadline is 12/1.

As a whole, the abstract checks out I think. Manni can you send me a bigger figure for the one you added please.

For the manuscript, I've made my edits. I've also added a bar chart showing time association of the drug and the diagnosis of cancer.

Let me know what your thoughts are guys.

Nabeeha

# Risk of Cancer with Use of Ranitidine: Results of a Cohort Study of 65 million US adults

Nabeeha Mohy-Ud-Din[1], Aslam Syed[2], Shashvat Desai[3], Shyam Thakkar[2], Ghulam Rehman Mohyuddin[4]

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[3] University of Pittsburgh Medical Center, Pittsburgh, PA
[4] Division of Hematology-Oncology, Kansas University Medical Center

## Introduction:

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors.

## Methods:

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker.

## Results:

1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. The percentage of patients that went on to develop cancer in each arm were 26.4%, 31.1% and 13%, respectively.
Baseline characteristics of each population are listed in Table 1, and the incidence of different cancers in famotidine and ranitidine users are listed in Figure 1.

Compared to the general population, users of ranitidine and famotidine were more likely to be older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have GERD ($p<0.001$), liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$).

Users of famotidine (when compared to ranitidine) were more likely to be older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$).

When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01, p=0.001).

**Conclusion:**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

**Table 1: Baseline characteristics of each population**

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) |
|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) |

| | | | |
|---|---|---|---|
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) |

**Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).**



**Risk of Cancer with use of Ranitidine: Results of a Cohort Study of 65 million US adults**

Nabeeha Mohy-Ud-Din[1], Aslam Syed[2], Shashvat Desai[3], Shyam Thakkar[2], Ghulam Rehman Mohyuddin[4]

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[3] University of Pittsburgh Medical Center, Pittsburgh, PA
[4] Division of Hematology-Oncology, Kansas University Medical Center

**Corresponding Author Information:**

Nabeeha Mohy-Ud-Din MD
Resident Physician, Department of Internal Medicine, Allegheny Health Network
nabeeha.mohy-ud-din@ahn.org

Abstract (2521 characters, DDW limit is 2900 characters)

**Introduction:**

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors.

**Methods:**

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker, and general population that did not use an H2 blocker.

**Results:**

1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. The percentage of patients that went on to develop cancer in each arm were 26.4%, 31.1% and 13%, respectively.
Baseline characteristics of each population are listed in Table 1, and the incidence of different cancers in famotidine and ranitidine users are listed in Figure 1.

Compared to the general population, users of ranitidine and famotidine were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have GERD (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001).

Users of famotidine (when compared to ranitidine) were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine (p<0.001).

When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01, p=0.001).

**Conclusion:**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

The lead author affirms that the manuscript is an honest, accurate, and transparent account of the study being reported; that no important aspects of the study have been omitted; and that any discrepancies from the study as originally planned have been explained. There was no external funding for this study.

**Introduction:**

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion[1]. The Federal Drug Administration has recently asked for a voluntary recall of ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA), and similar measures have been undertaken by regulatory agencies around the world[2-4]. NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification[5,6]. NDMA has been shown to have carcinogenic effects due to the induction of DNA-damaging metabolites in the gastrointestinal tract and liver[7] and has been studied in several animal models and has consistently been shown to be carcinogenic[8,9].

The EXPLROYS database is a robust source of longitudinal real world deidentified data collected from over 65 million patients the United States[10]. As such, it represents a rich source of data to obtain information about the temporal associations between drug exposures and subsequent diagnoses.

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, use of an alternate H2 blocker such as famotidine assuming that such patients would have been given famotidine for similar indications and would have similar characteristics compared to ranitidine. The second control population we used was the general population that did not use an H2 blocker. The aim of our study was to expeditiously study this issue and assess for cancer risk as consequences of NDMA exposure due to ranitidine use, given the public health implications of this issue.

**Methods:**

We conducted a cohort study comparing users of ranitidine to users of famotidine and to the general population that did not use either H2 blocker.

**Data Sources:**

We obtained data from the EXPLORYS database, which represents deidentified data collected across several health systems, collectively encompassing 65 million patients in the United States.

**Study Cohorts:**

The study cohort comprised all patients in the EXPLORYS database who had used ranitidine at any time from 1999 to 2019. Use of ranitidine was defined as an index event, and all cancer events subsequent to ranitidine use were explored. As a comparable population, the second

study cohort we evaluated were all users of famotidine. A third cohort, the general population that were not users of either H2 blockers were also assessed for their risk of cancer.

**Cancer Outcomes**

The EXPLORYS database allows for ascertainment of diagnoses following an index event. We assessed for the incidence all cancer minus non melanoma skin cancers such as cutaneous squamous and basal cell cancer. We also assessed for common cancers such as colorectal, pancreatic, liver, bladder, uterine, prostate, breast and liver cancer.

**Statistical Analysis**

**Commented [GRM1]:** Kindly review and improve Shashvat

The study cohort were defined as aforementioned. Other variables collected to ascertain for baseline characteristics included age, race, sex, smoking, obesity (defined as BMI >30) , alcohol use, family history of cancer and liver cirrhosis. Information regarding prevalence of gastroesophageal disease (GERD) was also collected.

The primary analysis comprised of a comparison of cancer occurrence subsequent to the index event (defined as drug exposure) between ranitidine users versus famotidine users, as well as cancer occurrence in the general population during the same time period. Odds ratio were calculated with 95% confidence intervals for the aforementioned cancers. Analyses were, initially performed as crude comparisons without adjustment, and then in a multi-variate analysis with adjustment for age, smoking, obesity, family history and alcohol use. All statistics were done on SPSS v26 (IBM Corporation) software.

**Commented [GRM2]:** I wonder if adjustment for GERD was needed/necessary? Excluding GERD prob excluded a substantial number of patients. Can we accurately say we performed a multivariate analysis Shashvat?

**Patient and public involvement**

No patients were involved in designing the research question or the outcome measures, nor were they involved in developing plans for design or implementation of the study. No patients were asked to advise on interpretation or writing of results. There are no plans to disseminate the results of the research directly to the patient community, however the data will be publicly available.

**Results**

In initial analyses, 1,620,830 users of ranitidine were identified from the database. These patients had used ranitidine at any time period between 1999 and 2019. ,373,740 users of famotidine were also identified. To compare trends of cancer, a general population cohort that did not use either of these H2 blockers consisting of 59,625,850 individuals was also identified.

**Commented [GRM3]:** Nabeeha: I think we should exclude mentioning time period altogether because we don't know how long these people were on ranitidine for (and there isn't a way to find out).

Baseline characteristics of each population are listed in Table 1.

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) |
|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) |
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) |

Compared to the general population, users of ranitidine and famotidine were more likely to be older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have GERD ($p<0.001$), have liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$).

Users of famotidine (when compared to ranitidine) were more likely to be older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$).

We then analyzed the risk of cancer in each cohort. In an initial comparison, without selecting for comorbidities and conditions pertaining to cancer risk, 428,320 patients that used ranitidine went on to have a diagnosis of cancer (excluding non-melanoma skin cancers) (26.4%). 1,051,950 patients that used famotidine went on to develop a diagnosis of cancer (excluding non-melanoma skin cancers) (31.1%). In the general population (excluding H2 blocker user) during that same time frame, 6,875,040 individuals developed a diagnosis of cancer (excluding non-melanoma skin cancers (13.0%).

We then analyzed the incidence of specific cancers in each population (Figure 1).

**Commented [GRM4]:** I don't buy this- you have to try another obesity definition. Prevalence cannot be this low. (Nabeeha: it's the same variable for all 3 populations, so the impact on final result is balanced out. If I change any number, that means, we have to start from scratch.

**Commented [GRM5]:** We should look for alcohol disorders rather than just mere users of alcohol. What do you mean alcohol disorders?

**Commented [GRM6]:** The general population should have more than a 2.1% family history of cancer risk. If we cant improve this statistic by finding another from EXPLORYS, may as well remove it. Ok I agree, we can remove this if it doesn tmake sense.

**Commented [GRM7]:** Also seems suspiciously low, maybe try other cirrhosis variables? Again, these are all billing codes and it's a limitation of explorys.

Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).




| | Number of events | OR | Lower CI | Upper CI |
|---|---|---|---|---|
| Colorectal | 97160 | 0.97 | 0.96 | 0.98 |
| Pancreatic | 4480 | 0.63 | 0.61 | 0.65 |
| Lung | 24730 | 0.6 | 0.59 | 0.61 |
| Melanoma | 7579 | 0.99 | 0.96 | 1.02 |
| Bladder | 8400 | 0.65 | 0.64 | 0.67 |
| Uterine | 47940 | 0.81 | 0.8 | 0.82 |
| Prostate | 21890 | 0.74 | 0.72 | 0.75 |
| Breast | 40110 | 0.76 | 0.76 | 0.77 |
| Liver | 11120 | 0.54 | 0.53 | 0.55 |

For all of the cancers we assessed, ranitidine users were no more likely to have cancer compared to famotidine users, with an increased risk noted with famotidine for each cancer we assessed (other than melanoma) in famotidine users.

We assessed a time-based risk of cancer by defining ‘ranitidine’ and ‘famotidine’ usage as index events and analyzing the incidence of cancers in 6 months, 1 year and 2 years’ time (Figure 2).

**Commented [GRM8]:** I don’t know how to explain this though. The longer the time, the lesser the number of patients with cancer which sounds counter-intuitive. Any ideas guys?




**Figure 2: Time based risk of cancer after index event of 'Ranitidine' and 'Famotidine'**

Given the difference in baseline characteristics in each cohort, a multivariate analysis was performed to assess for cancer risk. When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01).

The risk of all cancers in both famotidine and ranitidine was higher compared to the general population even after adjusting for the aforementioned risk factors (OR 4.49 for ranitidine versus general population, 95% CI=4.46-4.51, OR 11.69 for famotidine versus general population, 95% CI= 11.63-11.75).

**Discussion**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk iof cancers in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also substantially more likely to have other risk factors for cancer.

The main strength of this study is the use of a large database, encompassing 65 million US adults. This database allows for determination of temporality of events, and we identified use of H2 blockers as an index event after which patients were followed. Using such a database, also eliminates any selection bias, and allows for a large and diverse population to be assessed. The relatively large number of events in each cohort allows for greater power in our statistical observations. By using a cohort of users of a similar cohort of patients that used an alternate H2

**Commented [GRM9]:** Nabeeha: Can we truly say this is multivariate Shashvat?

**Commented [GRM10]:** The p value you quoted was 0 02 which is actually significant, I omitted it here, since it would confuse people. Let me know what you guys think

Should we not do a multivariate for the common cancers in the figure above? I

think we should. I don't know if what we did technically counts as a multivariate analysis, but that is what SHOULD be done. We cant do multivariate analysis from explorys because we don't have individual level data. It's one of the limitations of explorys.

**Commented [GRM11]:** Nabeeha: Nicely written Manni.

blocker, we aimed to have a cohort that was similar to users of ranitidine, although statistically significant differences were still found between the populations.

Limitations of this study are that we could not subclassify between different generic versions or certain batches of ranitidine that might have been contaminated with NDMA and hence predisposed to cancer. The significant differences in baseline characteristics between each cohort also limit a fair estimate of cancer risk attributable to use of ranitidine, although we tried to account for that using a multivariate analysis. Furthermore, when using specific diagnosis codes to harvest data, there is a possibility that certain diagnoses and conditions were not accurately coded for, and hence there may be underrepresentation in our database. However, such errors would likely have been equally distributed between all cohorts in our study. The higher risk of cancer in ranitidine compared to the general population could be attributed to other risk factors that were more prevalent in the ranitidine population, but the exact risk that use of ranitidine contributed cannot be ascertained with precision in our study. We also could not provide information on the duration of H2 blocker use in our study.

**Commented [GRM12]:** This would be useful information to obtain, if possible. I cant do that in explorys.

According to the SEER database, 39.3% of men and women will develop cancer at some point in their life[11]. In our dataset, 13% of patients went on to develop a diagnosis of cancer. Whereas, this could be attributed to the smaller duration of follow-up, an inability to capture all patients due to coding flaws, or differences between the EXPLORYS cohort and the broader population cannot be ruled out.

**Commented [GRM13]:** Had a diagnosis of cancer, there was no 'index' event in the general population hence they did not 'go on' to develop cancer but had a snapshot rate of 13%o of cancer documentation at the time we ran the search.

Our study is the first to use a large database encompassing millions of patients to assess for cancer risk in patients taking ranitidine. On our review of the literature, we could not find a comparable study evaluating cancer risk in users of ranitidine. Although our study did not find an increased risk of cancer in patients taking ranitidine compared to those taking a comparable H2 blocker (famotidine), patients using ranitidine had a much higher risk of cancer compared to the general population, owing at least in part due to other risk factors that users of ranitidine had that are established risk factors for cancer, such as age, obesity, smoking, liver cirrhosis, alcohol use and a family history for cancer[12,13].

Our findings can assist regulators that are evaluating the risk of cancer with ranitidine, allowing for timely decision making. In summary, our study did not find an increased risk of cancer in patients taking ranitidine compared to those taking famotidine, a comparable H2 blocker. Future studies are needed to fully assess the quantity of NDMA concentration in different formulations of ranitidine, as well as their long-term consequences, in order to better elucidate the risk of cancer with ranitidine.

1. Grant SM, Langtry HD, Brogden RN. Ranitidine. An updated review of its pharmacodynamic and pharmacokinetic properties and therapeutic use in peptic ulcer disease and other allied diseases. *Drugs.* 1989;37(6):801-870.
2. Ranitidine Drug Alert issued for Teva- UK- Recall. https://www.gov.uk/government/news/ranitidine-mhra-drug-alert-issued-for-teva-uk-recall.

3. EMA to review Ranitidine medications following detection of NDMA. https://www.ema.europa.eu/en/news/ema-review-ranitidine-medicines-following-detection-ndma.
4. Aurobindo Pharma Usa Inc Initiates Voluntary Nationwide Consumer Level recall 38 lots ranitidine. https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/aurobindo-pharma-usa-inc-initiates-voluntary-nationwide-consumer-level-recall-38-lots-ranitidine.
5. Act CEP. *Priority Substances List Assessment Report for N-Nitrosodimethylamine (NDMA).* 1999.
6. IARC. *Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1–42, IARC Monographs Supplement 7.* Lyon, France1987.
7. Tricker AR, Preussmann R. Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential. *Mutat Res.* 1991;259(3-4):277-289.
8. Peto R, Gray R, Brantom P, Grasso P. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ.* 1984(57):627-665.
9. Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* 1984;22(1):83-88.
10. IBM EXPLORYS database. https://www.ibm.com/us-en/marketplace/explorys-ehr-data-analysis-tools.
11. SEER Cancer STAT Facts. https://seer.cancer.gov/statfacts/html/all.html.
12. Sauer AG, Siegel RL, Jemal A, Fedewa SA. Updated Review of Prevalence of Major Risk Factors and Use of Screening Tests for Cancer in the United States. *Cancer Epidemiol Biomarkers Prev.* 2017;26(8):1192-1208.
13. Danaei G, Vander Hoorn S, Lopez AD, Murray CJ, Ezzati M, Comparative Risk Assessment collaborating g. Causes of cancer in the world: comparative risk assessment of nine behavioural and environmental risk factors. *Lancet.* 2005;366(9499):1784-1793.

**From:** Aslam Syed [redacted]
**Sent:** Friday, June 26, 2020 6:31 AM
**To:** Nabeeha Mohyuddin [redacted]
**Cc:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; [redacted]
Shyam Thakkar [redacted]
**Subject:** RE: [EXTERNAL] BJCP Decision - MP-00249-20

Thanks Nabeeha! Yes I definitely will look at this. I'm on call this weekend, but I'll try reviewing in the next few days.

Aslam Syed, MD | Gastroenterology & Hepatology, Fellow | Allegheny Health Network
Allegheny General Hospital | 1307 Federal Street, Suite B100 | Pittsburgh PA 15212
Pager: [redacted]

---

From: Nabeeha Mohyuddin [redacted]
Sent: Thursday, June 25, 2020 10:09 PM
To: Aslam Syed
Cc: gmohy-ud-din@kumc.edu; [redacted]; Shyam Thakkar
Subject: Re: [EXTERNAL] BJCP Decision - MP-00249-20

Hi,

I've made a few edits to the paper based on comments from reviewers at BJCP.
However, a lot of the comments (such a inability to quantify how long patients were on Zantac for or inability to quantify dose of Zantac) are due to limitations of Explorys which we have addressed in the paper.

Aslam, if you could please look at Tables 1 and 2 that would be great, the reviewers have suggested we remove odds ratio altogether since we are reporting baseline characteristics, and I wanted to see your thoughts are on that.

Aslam also had a great idea about reaching out to Healio/Practice Update/ MdEdge about journal suggestions since they covered our DDW abstract for the press.

While we wait to hear back, I think that if we are unable to find a suitable journal through them, we should consider submitting to 'American Journal of Therapeutics', it is pubmed indexed and IF of 1.5.

Confidentiality Notice: This e-mail message and any attachments are intended solely for the individual

or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged. If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message. If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or distribute this message, or disclose its contents to any other person. Thank you.

**From:** Nabeeha Mohyuddin [redacted]
**Sent:** Tuesday, March 10, 2020 4:29 PM
**To:** Aslam Syed [redacted]
**Cc:** Shyam Thakkar [redacted]; Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; [redacted]
**Subject:** Re: [EXTERNAL] DECISION: AP&T - Manuscript APT-0378-2020

Hi Aslam,

I don't personally know of GI specific pharmacology journals. I looked it up and found 'World Journal of GI Pharmacology and Therapeutics'. But it's open access and we would have to pay a fee.

I looked up a few general pharmacy/pharmacology journals, and found British Journal of Clinical Pharmacology which is pubmed indexed and has an IF of 3.8, which we could potentially aim for.

I'm open to ideas of where we should submit next. Agree a GI based pharm journal would be ideal, but don't know of many.

Nabeeha

> On Mar 10, 2020, at 2:04 PM, Aslam Syed [redacted] wrote:
>
> Hi Nabeeha, Gut and AP&T at this point mentioned a pharm journal, are there any strong impactful pharmacology journals that focus in GI that we could/should consider?
>
> Aslam Syed, MD | Gastroenterology & Hepatology, Fellow | Allegheny Health Network
> Allegheny General Hospital | 1307 Federal Street, Suite B100 | Pittsburgh PA 15212
> ( Pager: [redacted] | * [redacted]
> ________________________________
> From: Colin Howden [redacted]
> Sent: Tuesday, March 10, 2020 9:21 AM
> To: Shyam Thakkar
> Cc: [redacted]; gmohy-ud-din@kumc.edu; Aslam Syed; [redacted]; Shyam Thakkar
> Subject: [EXTERNAL] DECISION: AP&T - Manuscript APT-0378-2020
>
> Dear Dr Thakkar
>
> Your paper "Incidence of Cancer Among Users of Ranitidine: Results of a Cohort Study of 65 million US

adults" has now been reviewed preliminarily by members of the AP&T Editorial team.
>
> Unfortunately, we are unable to accept your paper for publication in AP&T. We felt that AP&T was not the most suitable journal for this study. We respectfully suggest that this would be better suited to a pharmacy journal. There is insufficient information obtainable from the database related to the duration of ranitidine use. Since we have no clear idea as to the extent of the NDMA contamination nor when it first occurred, it is unsurprising - even if the contaminant does act as a carcinogen - that you were unable to find any increased rates of various cancers among individuals who had been exposed to ranitidine.
>
> AP&T continues to gain popularity and we publish only approximately one-in-eight of the manuscripts we now receive. Submissions will continue to increase due to our higher 2018 Impact Factor of 7.731, ranking us 11th of all Gastroenterology and Hepatology journals, plus Google Scholar reports in the two years to June 2018, citations to AP&T also rank the journal 8th of all GI and Hepatology journals.
>
> Thank you for sending your work to AP&T.  I hope that I can be more positive in the future.
>
> Yours sincerely
>
>
> Colin W. Howden, MD
> Editor
>
>
> ______________________________________________
>
> Follow the latest articles on Twitter: @APandT
>
> AP&T aims to publish high quality, clinically relevant original research and review articles in gastroenterology and hepatology.
> ______________________________________________
>
>
>
> Confidentiality Notice:  This e-mail message and any attachments are intended solely for the individual or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged.  If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message.  If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or  distribute this message, or disclose its contents to any other person. Thank you.
>

# EXHIBIT 53

TRUE COPY
Digitally signed by Duncan Anderson
Date: 2021.03.05 10:12:51 Z


# GLAXO GROUP RESEARCH LIMITED

Report No: WCS/84/004
Confidentiality: Confidential
No. of Pages: 36

Title:
Statistical Analysis of Effects on the Gastric Milieu in Patients with Benign Peptic Ulcer treated with Ranitidine or Vagotomy. Protocol: 26-RAN-316

Report to: Dr DF Woodings
Authors: Mr JK Forster

Division/Department: Computer Science
Site: Ware

Distribution (*denotes summary only):

Copy No.

1 Central File, Data & Documentation Services
2 Dr DF Woodings
3 Dr DM Harris
4 Mr JK Forster
5. Dr. F. [illegible], Paris [illegible]

Approved by: W. D. Robinson ... Date of Issue: 16 July 1984

All additional copies of this report or any part of it must be issued from Data and Documentation Services, Science Information.

**NO OTHER COPYING IS PERMITTED**

Authorisation of use statement.

Indicate any restriction on the use of the report or its contents using the following statements:

* This report was prepared specifically for ............................................................ It is not to be submitted to any other party or regulatory authority without my approval.

* The data in this report must not be used in whole or in part in any other publication, patent application or drug submission, or in any other way disclosed to a third party without approval of the Head of Division or Department from which this report was issued.

* A draft copy of any document in which any data from this report are reproduced must be shown to the appropriate Divisional or Departmental Head before publication.

Signed ..........................................................................

Date ..............................................................................

* delete any of the above sentences that do not apply.

GLAXO GROUP RESEARCH LIMITED

Report No. WCS/84/004

Summary


**Statistical Analysis of Effects on the Gastric Milieu in Patients with Benign Peptic Ulcer treated with Ranitidine or Vagotomy**

**(Protocol No. 26-RAN-316)**

The effects on the gastric milieu were studied in a group of patients with benign peptic ulcer treated for up to one year with ranitidine and a group given vagotomy. In the ranitidine group, up to five 24-hour gastric sampling studies were conducted, and all patients given vagotomy were similarly studied over a 24-hour period.

In the ranitidine group, changes in response from pre-treatment to the end of 6 weeks acute therapy, the end of 12 months maintenance therapy, and one month following the completion of maintenance therapy were assessed. There was evidence of increases in pH, nitrite concentration and bacterial counts, both at the end of acute therapy and at the end of maintenance therapy, but responses following completion of treatment returned to pre-treatment levels.

The responses in the ranitidine group at the end of maintenance therapy were comparable with those following vagotomy.

pH was found to be positively correlated with nitrite concentration and bacterial counts.



Indexing terms:
(as recommended by author)

keywords

compound numbers (AH,CCI,GR)

Ranitidine, gastric milieu, peptic ulcer, vagotomy, protocol no. 26-RAN-316

**Glaxo**

Glaxo Group Research Limited

Memorandum from: Mr J.K Forster Site: Ware

To: Dr D.F Woodings Date: 20.7.84 Ref: JKF/84/037
Dr D.M Harris
Central File

**Statistical analysis of effects on the gastric milieu in patients with benign peptic ulcer treated with ranitidine or vagotomy (Report No. WCS/84/004)**

I have found some errors in Table 23 of the above report and I attach the corrected version of the table. The amendments do not affect the conclusions from the study, and no other changes to the report are needed.

JKForster

**TABLE 23**

**Ranitidine group: Comparison of changes from Study 1 to Study 4 between patients on low and high nitrate diets**

| | No. increased/(No. increased or decreased) Low nitrate diet | High nitrate diet | P for two-sided Fisher's exact test* |
|---|---|---|---|
| Median pH | 6/6 | 5/5 | 1.00 |
| % of samples with pH >4 | 4/4 | 5/5 | 1.00 |
| Median nitrite concentration | 4/4 | 4/5 | 1.00 |
| % of samples with nitrite >10 µmol/l | 3/3 | 4/4 | |
| Median N-nitroso compound concentration | 4/6 | 1/5 | 0.35 |
| % of samples with N-nitroso compounds >500 nmol/l | 1/5 | 1/5 | 1.00 |
| Median total bacteria | 5/6 | 4/4 | 1.00 |
| Median nitrate-reducing bacteria | 4/4 | 1/1 | 1.00 |
| % of samples with $log_{10}$ $NO_3$-reducing bacteria >5 | 6/6 | 4/5 | 0.91 |

*Test of no difference in proportions increasing from Study 1 to Study 4 between the low and high nitrate diets.

## 1. INTRODUCTION

It has been suggested that intragastric N-nitrosation might be facilitated by the treatment of peptic ulcer disease with $H_2$-receptor blocking drugs or vagotomy. The proposed mechanism for this effect is as follows. Treatment by $H_2$-receptor blockers or vagotomy raises the pH of the stomach and, if pH >4, this encourages the production of bacteria. Nitrate and nitrite are ingested in the diet, and certain bacteria can reduce nitrate to nitrite in the stomach. Further biochemical reactions can convert nitrite to N-nitroso compounds. There is some debate about whether N-nitroso compounds are carcinogenic in the human stomach.

A study was conducted to observe any changes in the gastric milieu in patients with benign peptic ulcer treated for up to one year with ranitidine, and to compare this group with a group of patients given vagotomy. The study had an open design and was not randomised.

In the description which follows, the 24-hour studies carried out in the ranitidine group are numbered as follows:

| | | |
|---|---|---|
| Study 1 | - | Pre-treatment |
| Study 2 | - | After 6 weeks acute ranitidine therapy |
| Study 3 | - | After 3 months maintenance ranitidine therapy |
| Study 4 | - | After 12 months maintenance ranitidine therapy |
| Study 5 | - | After 1 month following the completion of maintenance ranitidine therapy. |

The ranitidine group consisted of 15 male patients with a mean age of 55 years (s.d. = 10 years). Patients received 150mg ranitidine twice daily for six weeks. Those whose ulcers healed transferred to maintenance therapy of 150mg nocte ranitidine for 12 months. Patients with unhealed ulcers at the end of six weeks or who experienced a recurrence during the maintenance period were withdrawn from the study.

The vagotomy group comprised 8 male and 3 female patients with a mean age of 49 years (s.d. = 7 years). 24-hour studies were performed in 8 patients 16-38 months after vagotomy, and in 3 patients before and 3 months following vagotomy.

For both groups of patients, hourly gastric juice samples were analysed for pH, concentrations of nitrate, nitrite and N-nitroso compounds, and counts of total bacteria and nitrate-reducing bacteria.

## 2. STATISTICAL METHODS

Samples for the periods 1200-2100 hours and 2400-0900 hours were summarisd for pH, nitrite concentration and bacterial counts provided at least 10 of the 20 possible samples were available. For concentrations of N-nitroso compounds, the period 1200-2100 hours was summarised provided at least 5 of the 10 possible samples were available. This limited period was necessary because the presence of ranitidine in the gastric juice interferes with the assay of N-nitroso compounds, and the night-time period was particularly affected in this way.

The following assay limits of detection applied: nitrite 1.0 µmol/l, N-nitroso compounds 5 nmol/l, bacterial counts 10 cfu/ml.

The data for a period were summarised in two ways. The median response was used because it gives an average level of response which can accommodate responses recorded as less than the assay limit. The percentage of samples with responses greater than a clinically meaningful level was also found.

The following comparisons have been made. In the ranitidine group, Study 1 has been compared with Studies 2, 4 and 5 using two-sided sign tests. The sign test uses the directions of the changes in response relative to Study 1 and assesses any tendency towards an excess of increases or decreases. Patients showing no change in response, or for whom the direction of change was uncertain because both responses were less than the assay limit, were ignored in the test.

The responses in Study 4 have also been compared with the post-vagotomy responses in the other group of patients using two-sided Wilcoxon rank sum tests.

In the ranitidine group, 7 patients (nos. 10-16) received a high nitrate diet throughout the treatment period, and the remaining 8 patients were given a normal, low nitrate diet. The use of a high nitrate diet was proposed because normal diets provide less potential for the conversion of nitrate into nitrite and thence into N-nitroso compounds. The directions of changes in response from Study 1 to Study 4 were compared between the two diet groups using two-sided Fisher's exact tests. For each diet group, the number of patients with a higher response in Study 4 compared with Study 1 was expressed as a proportion of the number of patients whose responses either increased or decreased. Patients showing no change in response, or for whom the direction of change was uncertain because both responses were less than the assay limit, were ignored in the test. Fisher's exact test assesses the difference between the proportions in the two groups.

All the comparisons described above must be interpreted cautiously in view of the uncontrolled and non-randomised design of the study. Further comments on this are given in the Discussion.

Finally, it was of interest to assess the evidence for correlations between pH and nitrite concentration, total and nitrate-reducing bacteria, and N-nitroso compound concentration, and between nitrite and N-nitroso compound concentrations. The approach adopted was as follows. Attention was restricted to Study 4 in the ranitidine group and to the post-vagotomy group. Data were included in the calculations provided at least 10 response pairs were available in the combined periods 1200-2100 hours and 2400-0900 hours, except for correlations involving N-nitroso compounds for which at least 5 response pairs in the period 1200-2100 hours were required. For any pair of variables, the 24-hour study data for each patient can be summarised to give a measure of association between the variables. This was calculated using the formula for Kendall's rank correlation coefficient; the resulting index of correlation takes a value in the range -1 (perfect negative association) to +1 (perfect positive association).

The sets of rank correlations were then subjected to two-sided sign tests to assess any tendency towards an excess of positive or negative correlations.

## 3. RESULTS

Summaries of the data for each 24-hour study are tabulated for the ranitidine and vagotomy groups as follows:

i) Median pH (Tables 1 and 2)
ii) Percentage of samples with pH >4 (Tables 3 and 4)
iii) Median nitrite concentration (Tables 5 and 6)
iv) Percentage of samples with nitrite concentration >10 µmol/l (Tables 7 and 8)
v) Median N-nitroso compound concentration (Table 9 and 10)
vi) Percentage of samples with N-nitroso compound concentration > 500 nmol/l (Tables 11 and 12)
vii) Median total bacteria (Tables 13 and 14)
viii) Median nitrate-reducing bacteria (Tables 15 and 16)
ix) Percentage of samples with $\log_{10}$ nitrate-reducing bacteria >5 (Tables 17 and 18)

The frequencies of changes from Study 1 to Studies 2, 4 and 5 are summarised in Tables 19-21 respectively.

From Study 1 to Study 2 there were statistically significant increases in median pH (P<0.001), percentage of samples with pH>4 (P<0.001), median nitrite concentration (P=0.02), percentage of samples with nitrite concentration >10 µmol/l (P<0.001), median total bacteria (P=0.002), median nitrate-reducing bacteria (P=0.002), and percentage of samples with $\log_{10}$ nitrate-reducing bacteria >5 (P<0.001). There were insufficient data to assess changes in N-nitroso compound concentrations.

From Study 1 to Study 4 there were statistically significant increases in median pH (P=0.006), percentage of samples with pH >4 (P=0.02), median nitrite concentration (P=0.02), percentage of samples with nitrite concentration >10 µmol/l (P=0.008), and percentage of samples with $\log_{10}$ nitrate-reducing bacteria >5 (P=0.04). Whilst not significant at the 5% level, there was an increase in median total bacteria (P=0.07) and a decrease in the percentage of samples with N-nitroso compound concentrations >500 nmol/l (P=0.07).

There was no evidence of any statistically significant changes from Study 1 to Study 5.

Table 22 presents a summary of the comparisons of the ranitidine group (Study 4) and the vagotomy group (post-vagotomy).

There was no evidence of any statistically significant differences between the average responses in the two groups.

Table 23 summarises the changes from Study 1 to Study 4 observed in patients on low and high nitrate diets.

There was no evidence of any statistically significant differences between the proportions with increasesd responses in the two diet groups.

For the ranitidine group (Study 4) and the vagotomy group (post-vagotomy), the rank correlations between pH and nitrite concentration, pH and total bacteria, and pH and nitrate-reducing bacteria for the combined periods 1200-2100 hours and 2400-0900 hours are given in Tables 24-26 respectively. The rank correlations between pH and nitrite concentration, pH and N-nitroso compound concentration, and nitrite and N-nitroso compound concentrations for the period 1200-2100 hours are given in Tables 27-29 respectively.

There was evidence of a positive correlation between pH and nitrite concentration (ranitidine group, P=0.04; vagotomy group, P<0.001), between pH and total bacteria (ranitidine group, P=0.006; vagotomy group, P<0.001), and between pH and nitrate-reducing bacteria (ranitidine group, P<0.001; vagotomy group, P<0.001). For the period 1200-2100 hours, there was evidence of a positive correlation between pH and nitrite concentration (ranitidine group, P=0.04; vagotomy group, P=0.02), but the correlations between pH and N-nitroso compound concentration and between nitrite and N-nitroso compound concentrations were not significant. If anything, there was a tendency towards a weak negative correlation between pH and N-nitroso compound concentration.

## 4. DISCUSSION

The interpretation of the results of this study must be treated with caution. This was an open, uncontrolled and non-randomised study with a consequent potential for bias. To achieve a valid assessment of the effects of ranitidine on the gastric milieu, a control group of patients given placebo would be required. In the absence of such a control group, any changes due to treatment in the ranitidine group cannot be distinguished from other systematic changes over time which may exist. These might include changes in the disease process, variations in assay technique, psychological effects due to changes in patients' attitudes towards the gastric sampling procedure, etc.

The use of the vagotomy group as a control leads to problems of interpretation when comparing it with the ranitidine group. The two groups did not arise as a result of a randomised allocation of peptic ulcer patients. There may well be systematic differences between the two groups prior to treatment by ranitidine or vagotomy; the decision to perform a vagotomy might reflect the failure of previous drug therapy. The period following vagotomy varied widely between 3 and 38 months, and the response in the gastric milieu could depend on the post-operative time. Finally, the lack of randomisation calls into question the validity of statistical tests of significance, so significance probability levels are also difficult to interpret.

The comparison between ranitidine treated patients in the two diet groups also suffers from the lack of randomisation.

Despite these limitations in the study design, if it can be assumed that the changes in response produced by treatment dominate the potential sources of bias, then the conclusions from the study will carry more weight.

The assessment of correlations is more satisfactory. The reason for first obtaining a measure of association for each patient and then analysing these, is that the summary values can be regarded as statistically independent. The individual hourly observations on a patient will be, to some extent, dependent, the more so the closer they are in time. Conventional significance tests assume that the data consist of independent observations.

## 5. CONCLUSIONS

Within the ranitidine group, there was evidence of significant increases from pre-treatment (Study 1) to the end of acute therapy (Study 2) in pH, nitrite concentration, and total and nitrate-reducing bacteria. There was evidence of significant increases from pre-treatment (Study 1) to the end of maintenance therapy (Study 4) in pH, nitrite concentration, and nitrate-reducing bacteria. No significant changes between pre-treatment (Study 1) and one month following completion of maintenance therapy (Study 5) were observed.

No significant differences between the ranitidine group (Study 4) and the vagotomy group (post-vagotomy) were found.

There was no evidence of any differences between the low and high nitrate diet groups in the changes observed between Study 1 and Study 4.

There was evidence of a positive correlation between pH and nitrite concentration, between pH and total bacteria, and between pH and nitrate-reducing bacteria. Although not statistically significant, there was a tendency towards a weak negative correlation between pH and N-nitroso compound concentration.

**TABLE 1**

**Ranitidine group: Median pH (1200-2100, 2400-0900 hrs)**

| | STUDY | | | | |
|---|---|---|---|---|---|
| Patient No. | 1 | 2 | 3 | 4 | 5 |
| 01 | 1.2 | 2.15 | 1.85 | 2.0 | 1.5 |
| 02 | 1.1 | 1.9 | 1.6 | 1.6 | 1.95 |
| 03 | 1.0 | 1.9 | 1.85 | - | - |
| 04 | 3.3 | 5.1 | 3.1 | 2.6 | 1.8 |
| 06 | 1.5 | 1.6 | 2.0 | 1.9 | 1.6 |
| 07 | 1.8 | 6.25 | - | 5.5 | - |
| 08 | 1.4 | 3.5 | 3.35 | 4.4 | 2.25 |
| 09 | 1.95 | 4.6 | 3.1 | 4.1 | 1.5 |
| 10 | 1.5 | 1.7 | 1.85 | 1.8 | 1.4 |
| 11 | 1.5 | 2.2 | 1.75 | 2.3 | 2.5 |
| 12 | 1.7 | 4.9 | 4.95 | - | - |
| 13 | 1.7 | 3.0 | 1.9 | 1.8 | - |
| 14 | 1.7 | 3.8 | 4.45 | 3.05 | 1.7 |
| 15 | 1.85 | 2.95 | - | - | - |
| 16 | 1.7 | 1.95 | 2.1 | 2.1 | 2.4 |
| Median | 1.7 | 2.95 | 2.0 | 2.2 | 1.75 |
| Min | 1.0 | 1.6 | 1.6 | 1.6 | 1.4 |
| Max | 3.3 | 6.25 | 4.95 | 5.5 | 2.5 |

**TABLE 2**

**Vagotomy group: Median pH (1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 1.5 | 2.5 |
| V2 | - | 1.6 |
| V3 | - | 2.0 |
| V4 | - | 2.25 |
| V5 | - | 4.2 |
| V6 | 1.65 | 3.0 |
| V7 | - | 2.1 |
| V8 | - | 2.2 |
| V9 | 1.4 | 2.0 |
| V10 | - | 2.7 |
| V11 | - | 1.8 |
| Median | - | 2.2 |
| Min | - | 1.6 |
| Max | - | 4.2 |

**TABLE 3**

**Ranitidine group: Percentage of samples with pH >4 (1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 0 | 30 | 30 | 0 | 12 |
| 02 | 0 | 6 | 7 | 0 | 0 |
| 03 | 0 | 12 | 5 | - | - |
| 04 | 29 | 85 | 31 | 15 | 0 |
| 06 | 0 | 21 | 0 | 20 | 0 |
| 07 | 7 | 95 | - | 70 | - |
| 08 | 0 | 29 | 45 | 60 | 5 |
| 09 | 21 | 64 | 33 | 53 | 6 |
| 10 | 7 | 5 | 5 | 25 | 0 |
| 11 | 0 | 35 | 20 | 29 | 0 |
| 12 | 20 | 85 | 50 | - | - |
| 13 | 0 | 35 | 5 | 15 | - |
| 14 | 0 | 50 | 55 | 40 | 5 |
| 15 | 0 | 17 | - | - | - |
| 16 | 0 | 15 | 10 | 6 | 0 |
| Median | 0 | 30 | 20 | 23 | 0 |
| Min | 0 | 5 | 0 | 0 | 0 |
| Max | 29 | 95 | 55 | 70 | 12 |

**TABLE 4**

**Vagotomy group: Percentage of samples with pH >4**
**(1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 5 | 15 |
| V2 | - | 0 |
| V3 | - | 0 |
| V4 | - | 25 |
| V5 | - | 63 |
| V6 | 0 | 35 |
| V7 | - | 0 |
| V8 | - | 26 |
| V9 | 0 | 5 |
| V10 | - | 18 |
| V11 | - | 5 |
| Median | - | 15 |
| Min | - | 0 |
| Max | - | 63 |

**TABLE 5**

**Ranitidine group: Median nitrite concentration (µmol/l)**
**(1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | <1.0 | <1.0 | <1.0 | 2.8 | 1.4 |
| 02 | <1.0 | <1.0 | <1.0 | 1.3 | <1.0 |
| 03 | <1.0 | <1.0 | 4.2 | - | - |
| 04 | <1.0 | 2.9 | <1.0 | 2.9 | <1.2 |
| 06 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| 07 | <1.0 | 16.4 | - | 17.9 | - |
| 08 | <1.0 | 16.7 | 17.4 | 24.0 | 1.9 |
| 09 | - | 2.1 | 6.9 | 25.5 | 3.3 |
| 10 | 1.6 | 2.9 | 5.2 | 5.4 | 1.2 |
| 11 | 1.5 | 2.0 | 2.9 | 5.0 | 2.0 |
| 12 | 2.1 | 42.7 | 19.8 | - | - |
| 13 | 1.7 | 10.8 | 6.1 | 5.3 | - |
| 14 | 4.3 | 31.3 | 43.9 | 50.1 | 3.6 |
| 15 | 3.8 | 9.4 | - | - | - |
| 16 | 2.4 | 2.3 | 3.5 | <1.2 | 1.7 |
| Median | <1.3 | 2.9 | 4.2 | 5.1 | 1.5 |
| Min | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| Max | 4.3 | 42.7 | 43.9 | 50.1 | 3.6 |

**TABLE 6**

**Vagotomy group: Median nitrite concentration (μmol/l) (1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 2.1 | 1.7 |
| V2 | - | 3.6 |
| V3 | - | 1.2 |
| V4 | - | 2.2 |
| V5 | - | 32.8 |
| V6 | 1.7 | 1.5 |
| V7 | - | 2.2 |
| V8 | - | 2.5 |
| V9 | 1.3 | 5.4 |
| V10 | - | 1.7 |
| V11 | - | 5.9 |
| Median | - | 2.2 |
| Min | - | 1.2 |
| Max | - | 32.8 |

**TABLE 7**

**Ranitidine group: Percentage of samples with nitrite >10 µmol/l (1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 0 | 0 | 6 | 5 | 13 |
| 02 | 0 | 0 | 0 | 0 | 0 |
| 03 | 0 | 12 | 6 | - | - |
| 04 | 0 | 18 | 36 | 18 | 0 |
| 06 | 0 | 6 | 0 | 0 | 0 |
| 07 | 0 | 63 | - | 69 | - |
| 08 | 0 | 63 | 60 | 53 | 0 |
| 09 | - | 8 | 38 | 73 | 21 |
| 10 | 0 | 15 | 47 | 37 | 5 |
| 11 | 0 | 20 | 13 | 37 | 9 |
| 12 | 21 | 100 | 75 | - | - |
| 13 | 13 | 53 | 32 | 28 | - |
| 14 | 21 | 71 | 70 | 84 | 15 |
| 15 | 7 | 40 | - | - | - |
| 16 | 6 | 16 | 22 | 6 | 0 |
| Median | 0 | 18 | 32 | 33 | 3 |
| Min | 0 | 0 | 0 | 0 | 0 |
| Max | 21 | 100 | 75 | 84 | 21 |

**TABLE 8**

**Vagotomy group: Percentage of samples with nitrite >10 µmol/l (1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 10 | 25 |
| V2 | - | 6 |
| V3 | - | 0 |
| V4 | - | 13 |
| V5 | - | 77 |
| V6 | 6 | 8 |
| V7 | - | 0 |
| V8 | - | 23 |
| V9 | 0 | 19 |
| V10 | - | 8 |
| V11 | - | 29 |
| Median | - | 13 |
| Min | - | 0 |
| Max | - | 77 |

**TABLE 9**

**Ranitidine group: Median N-nitroso compound concentration (nmol/l) (1200-2100 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 570 | - | - | 230 | 250 |
| 02 | 149 | - | - | 170 | - |
| 03 | 260 | - | - | - | - |
| 04 | 230 | - | - | 360 | 555 |
| 06 | <88 | - | 126 | 130 | 155 |
| 07 | 160 | - | - | 270 | - |
| 08 | 550 | - | 650 | 620 | 1020 |
| 09 | 395 | - | 330 | 235 | <58 |
| 10 | 600 | - | 630 | 130 | 240 |
| 11 | 320 | - | - | 800 | - |
| 12 | 560 | - | - | - | - |
| 13 | 1355 | - | 690 | 350 | - |
| 14 | 410 | - | 240 | 330 | 555 |
| 15 | 470 | - | - | - | - |
| 16 | 360 | 355 | 265 | <128 | 245 |
| Median | 395 | - | 330 | 253 | 247 |
| Min | <88 | - | 126 | <128 | <58 |
| Max | 1355 | - | 690 | 800 | 1020 |

Confidential Information – Subject to Protective Order 

**TABLE 10**

**Vagotomy group: Median N-nitroso compound concentration (nmol/l) (1200-2100 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 650 | 220 |
| V2 | - | 880 |
| V3 | - | 300 |
| V4 | - | 640 |
| V5 | - | <5 |
| V6 | <5 | 220 |
| V7 | - | 165 |
| V8 | - | 260 |
| V9 | 110 | 785 |
| V10 | - | 130 |
| V11 | - | 1430 |
| Median | - | 260 |
| Min | - | <5 |
| Max | - | 1430 |

**TABLE 11**

**Ranitidine group: Percentage of samples with N-nitroso compounds >500 nmol/l (1200-2100 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 60 | - | - | 0 | 0 |
| 02 | 20 | - | - | 0 | - |
| 03 | 20 | - | - | - | - |
| 04 | 30 | - | - | 14 | 50 |
| 06 | 30 | - | 20 | 29 | 0 |
| 07 | 0 | - | - | 0 | - |
| 08 | 50 | - | 57 | 63 | 78 |
| 09 | 20 | - | 40 | 10 | 0 |
| 10 | 60 | - | 50 | 0 | 33 |
| 11 | 44 | - | - | 56 | - |
| 12 | 56 | - | - | - | - |
| 13 | 80 | - | 71 | 37 | - |
| 14 | 33 | - | 29 | 11 | 50 |
| 15 | 44 | - | - | - | - |
| 16 | 43 | 17 | 33 | 30 | 37 |
| Median | 43 | - | 40 | 13 | 35 |
| Min | 0 | - | 20 | 0 | 0 |
| Max | 80 | - | 71 | 63 | 78 |

**TABLE 12**

**Vagotomy group: Percentage of samples with N-nitroso compounds >500 nmol/l (1200-2100 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 60 | 33 |
| V2 | - | 67 |
| V3 | - | 33 |
| V4 | - | 56 |
| V5 | - | 0 |
| V6 | 0 | 0 |
| V7 | - | 0 |
| V8 | - | 0 |
| V9 | 0 | 75 |
| V10 | - | 17 |
| V11 | - | 87 |
| Median | - | 33 |
| Min | - | 0 |
| Max | - | 87 |

**TABLE 13**

**Ranitidine group: Median total bacteria ($log_{10}$/ml) (1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 2.9 | 4.35 | 4.3 | 3.5 | 3.1 |
| 02 | 4.3 | 6.4 | 5.8 | 6.2 | 4.3 |
| 03 | 2.9 | 2.2 | 2.55 | - | - |
| 04 | 6.9 | 8.0 | 6.4 | 3.15 | 1.95 |
| 06 | 3.0 | 3.3 | 2.5 | 2.75 | <1.0 |
| 07 | 4.9 | 7.35 | - | 7.0 | - |
| 08 | 2.9 | 6.7 | 6.75 | 6.85 | 2.9 |
| 09 | 4.7 | 6.8 | 6.5 | 7.3 | 4.5 |
| 10 | <1.0 | <1.0 | 3.0 | <1.0 | <1.0 |
| 11 | 2.7 | 4.45 | 3.0 | 3.3 | 4.3 |
| 12 | 3.8 | 6.9 | 6.45 | - | - |
| 13 | <1.0 | 6.15 | 3.7 | 2.9 | - |
| 14 | 4.2 | 6.5 | 6.4 | 6.2 | <1.0 |
| 15 | 5.15 | 6.6 | - | - | - |
| 16 | <1.0 | 2.7 | 2.4 | 2.7 | <1.0 |
| Median | 3.0 | 6.4 | 4.3 | 3.4 | 2.43 |
| Min | <1.0 | <1.0 | 2.4 | <1.0 | <1.0 |
| Max | 6.9 | 8.0 | 6.75 | 7.3 | 4.5 |

**TABLE 14**

**Vagotomy group: Median total bacteria ($\log_{10}$/ml)**
**(1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | <1.0 | <1.0 |
| V2 | - | 2.95 |
| V3 | - | 4.75 |
| V4 | - | 4.05 |
| V5 | - | 6.8 |
| V6 | 3.25 | 6.1 |
| V7 | - | 3.4 |
| V8 | - | <1.0 |
| V9 | <1.0 | <1.0 |
| V10 | - | 5.0 |
| V11 | - | 3.3 |
| Median | - | 3.4 |
| Min | - | <1.0 |
| Max | - | 6.8 |

**TABLE 15**

**Ranitidine group: Median nitrate-reducing bacteria ($log_{10}$/ml) (1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | STUDY 2 | STUDY 3 | STUDY 4 | STUDY 5 |
|---|---|---|---|---|---|
| 01 | <1.0 | <1.0 | 2.3 | 1.9 | <1.0 |
| 02 | <1.0 | <1.0 | <1.0 | <1.45 | <1.0 |
| 03 | <1.0 | <1.0 | <1.0 | - | - |
| 04 | 6.8 | 7.45 | 6.1 | <1.45 | <1.0 |
| 06 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| 07 | 3.4 | 6.8 | - | 6.2 | - |
| 08 | <1.0 | 6.3 | 5.85 | 5.95 | <1.0 |
| 09 | <1.0 | 6.0 | 6.1 | 6.1 | 1.8 |
| 10 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| 11 | <1.0 | 3.1 | <1.0 | <1.0 | 1.9 |
| 12 | <1.0 | 6.1 | 5.45 | - | - |
| 13 | <1.0 | 5.65 | <1.0 | <1.0 | - |
| 14 | <1.0 | 5.8 | 5.65 | 4.3 | <1.0 |
| 15 | <1.0 | 5.3 | - | - | - |
| 16 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| Median | <1.0 | 5.3 | <1.0 | <1.45 | <1.0 |
| Min | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 |
| Max | 6.8 | 7.45 | 6.1 | 6.2 | 1.9 |

## TABLE 16

**Vagotomy group: Median nitrate-reducing bacteria ($\log_{10}$/ml) (1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | <1.0 | <1.0 |
| V2 | - | <1.0 |
| V3 | - | <1.0 |
| V4 | - | 3.05 |
| V5 | - | 6.0 |
| V6 | <1.0 | 5.3 |
| V7 | - | <1.0 |
| V8 | - | <1.0 |
| V9 | <1.0 | <1.0 |
| V10 | - | 2.4 |
| V11 | - | <1.0 |
| Median | - | <1.0 |
| Min | - | <1.0 |
| Max | - | 6.0 |

**TABLE 17**

**Ranitidine group: Percentage of samples with $\log_{10}$ nitrate-reducing bacteria >5 (1200-2100, 2400-0900 hrs)**

| Patient No. | STUDY 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 01 | 5 | 40 | 40 | 16 | 12 |
| 02 | 16 | 37 | 13 | 19 | 11 |
| 03 | 0 | 17 | 0 | - | - |
| 04 | 71 | 92 | 62 | 42 | 21 |
| 06 | 0 | 21 | 6 | 10 | 0 |
| 07 | 27 | 95 | - | 79 | - |
| 08 | 0 | 88 | 55 | 60 | 5 |
| 09 | 29 | 79 | 67 | 76 | 33 |
| 10 | 13 | 25 | 15 | 30 | 10 |
| 11 | 0 | 40 | 25 | 35 | 21 |
| 12 | 13 | 100 | 50 | - | - |
| 13 | 13 | 50 | 20 | 20 | - |
| 14 | 13 | 55 | 60 | 45 | 15 |
| 15 | 0 | 50 | - | - | - |
| 16 | 5 | 30 | 20 | 0 | 11 |
| Median | 13 | 50 | 25 | 33 | 11 |
| Min | 0 | 17 | 0 | 0 | 0 |
| Max | 71 | 100 | 67 | 79 | 33 |

**TABLE 18**

**Vagotomy group: Percentage of samples with $log_{10}$ nitrate-reducing bacteria >5 (1200-2100, 2400-0900 hrs)**

| Patient No. | Pre-vagotomy | Post-vagotomy |
|---|---|---|
| V1 | 15 | 30 |
| V2 | - | 10 |
| V3 | - | 30 |
| V4 | - | 25 |
| V5 | - | 79 |
| V6 | 5 | 53 |
| V7 | - | 6 |
| V8 | - | 11 |
| V9 | 5 | 16 |
| V10 | - | 35 |
| V11 | - | 16 |
| Median | - | 25 |
| Min | - | 6 |
| Max | - | 79 |

**TABLE 19**

**Ranitidine group: Frequencies of changes from Study 1 to Study 2**

| | Increase | No change/ Uncertain | Decrease | P for two-sided sign test* |
|---|---|---|---|---|
| Median pH | 15 | 0 | 0 | <0.001 |
| % of samples with pH >4 | 14 | 0 | 1 | <0.001 |
| Median nitrite concentration | 9 | 4 | 1 | 0.02 |
| % of samples with nitrite >10 µmol/l | 12 | 2 | 0 | <0.001 |
| Median N-nitroso compound concentration | | Insufficient data | | - |
| % of samples with N-nitroso compounds >500 nmol/l | | Insufficient data | | - |
| Median total bacteria | 13 | 1 | 1 | 0.002 |
| Median nitrate-reducing bacteria | 9 | 6 | 0 | 0.002 |
| % of samples with $\log_{10}$ $NO_3$-reducing bacteria >5 | 15 | 0 | 0 | <0.001 |

*Test of no underlying change between Study 1 and Study 2.

**TABLE 20**

**Ranitidine group: Frequencies of changes from Study 1 to Study 4**

| | Increase | No change/ Uncertain | Decrease | P for two-sided sign test* |
|---|---|---|---|---|
| Median pH | 11 | 0 | 1 | 0.006 |
| % of samples with pH >4 | 9 | 2 | 1 | 0.02 |
| Median nitrite concentration | 9 | 1 | 1 | 0.02 |
| % of samples with nitrite >10 µmol/l | 8 | 3 | 0 | 0.008 |
| Median N-nitroso compound concentration | 6 | 0 | 6 | 1.00 |
| % of samples with N-nitroso compounds >500 nmol/l | 2 | 1 | 9 | 0.07 |
| Median total bacteria | 9 | 1 | 2 | 0.07 |
| Median nitrate-reducing bacteria | 5 | 6 | 1 | 0.22 |
| % of samples with $log_{10}$ $NO_3$-reducing bacteria >5 | 10 | 0 | 2 | 0.04 |

*Test of no underlying change between Study 1 and Study 4.

**TABLE 21**

**Ranitidine group: Frequencies of changes from Study 1 to Study 5**

| | Increase | No change/ Uncertain | Decrease | P for two-sided sign test* |
|---|---|---|---|---|
| Median pH | 6 | 1 | 3 | 0.51 |
| % of samples with pH >4 | 3 | 4 | 3 | 1.00 |
| Median nitrite concentration | 3 | 3 | 3 | 1.00 |
| % of samples with nitrite >10 μmol/l | 3 | 4 | 2 | 1.00 |
| Median N-nitroso compound concentration | 4 | 0 | 4 | 1.00 |
| % of samples with N-nitroso compounds >500 nmol/l | 3 | 0 | 5 | 0.73 |
| Median total bacteria | 2 | 4 | 4 | 0.69 |
| Median nitrate-reducing bacteria | 2 | 7 | 1 | 1.00 |
| % of samples with $log_{10}$ $NO_3$-reducing bacteria >5 | 6 | 1 | 3 | 0.51 |

*Test of no underlying change between Study 1 and Study 5.

**TABLE 22**

**Comparisons of ranitidine group (Study 4) and vagotomy group (post-vagotomy)**

| | Median Ranitidine | Median Vagotomy | P for two-sided Wilcoxon rank sum test* |
|---|---|---|---|
| Median pH | 2.2 | 2.2 | 0.80 |
| % of samples with pH >4 | 23 | 15 | 0.28 |
| Median nitrite concentration (μmol/l) | 5.1 | 2.2 | 0.37 |
| % of samples with nitrite >10 μmol/l | 33 | 13 | 0.31 |
| Median N-nitroso compound concentration (nmol/l) | 253 | 260 | 0.71 |
| % of samples with N-nitroso compounds >500 nmol/l | 13 | 33 | 0.40 |
| Median total bacteria ($log_{10}$/ml) | 3.4 | 3.4 | 0.46 |
| Median nitrate-reducing bacteria ($log_{10}$/ml) | <1.0 | <1.0 | 0.65 |
| % of samples with $log_{10}$ $NO_3$-reducing bacteria >5 | 33 | 25 | 0.41 |

*Test of no difference between ranitidine and vagotomy patients.

**TABLE 23**

**Ranitidine group: Comparison of changes from Study 1 to Study 4 between patients on low and high nitrate diets**

| | No. increased/(No. increased or decreased) | | P for two-sided Fisher's exact test* |
|---|---|---|---|
| | Low nitrate diet | High nitrate diet | |
| Median pH | 6/7 | 5/5 | 1.00 |
| % of samples with pH >4 | 4/5 | 5/5 | 1.00 |
| Median nitrite concentration | 5/5 | 4/5 | 1.00 |
| % of samples with nitrite >10 µmol/l | 4/4 | 4/4 | 1.00 |
| Median N-nitroso compound concentration | 5/7 | 1/5 | 0.24 |
| % of samples with N-nitroso compounds >500 nmol/l | 1/6 | 1/5 | 1.00 |
| Median total bacteria | 5/7 | 4/4 | 0.76 |
| Median nitrate-reducing bacteria | 4/5 | 1/1 | 1.00 |
| % of samples with $log_{10}$ $NO_3$-reducing bacteria >5 | 6/7 | 4/5 | 1.00 |

*Test of no difference in proportions increasing from Study 1 to Study 4 between the low and high nitrate diets.

**TABLE 24**

**Rank correlation between pH and nitrite concentration (1200-2100, 2400-0900 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | 0.20 | V1 | 0.17 |
| 02 | 0.27 | V2 | 0.14 |
| 03 | - | V3 | 0.37 |
| 04 | 0.58 | V4 | 0.07 |
| 06 | -0.01 | V5 | 0.72 |
| 07 | 0.64 | V6 | 0.23 |
| 08 | 0.63 | V7 | 0.04 |
| 09 | 0.70 | V8 | 0.19 |
| 10 | 0.61 | V9 | 0.20 |
| 11 | 0.39 | V10 | 0.12 |
| 12 | - | V11 | 0.45 |
| 13 | 0.34 | | |
| 14 | 0.68 | | |
| 15 | - | | |
| 16 | -0.06 | | |
| Median | 0.49 | | 0.19 |
| Min | -0.06 | | 0.04 |
| Max | 0.70 | | 0.72 |
| P for two-sided sign test of zero correlation | 0.04 | | <0.001 |

**TABLE 25**

**Rank correlation between pH and total bacteria (1200-2100, 2400-0900 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | 0.67 | V1 | 0.44 |
| 02 | 0.15 | V2 | 0.29 |
| 03 | - | V3 | 0.70 |
| 04 | 0.85 | V4 | 0.51 |
| 06 | 0.51 | V5 | 0.46 |
| 07 | 0.32 | V6 | 0.43 |
| 08 | 0.49 | V7 | 0.08 |
| 09 | 0.74 | V8 | 0.35 |
| 10 | 0.48 | V9 | 0.27 |
| 11 | 0.53 | V10 | 0.49 |
| 12 | - | V11 | 0.37 |
| 13 | 0.57 | | |
| 14 | 0.74 | | |
| 15 | - | | |
| 16 | -0.05 | | |
| Median | 0.52 | | 0.43 |
| Min | -0.05 | | 0.08 |
| Max | 0.85 | | 0.70 |
| P for two-sided sign test of zero correlation | 0.006 | | <0.001 |

**TABLE 26**

**Rank correlation between pH and nitrate-reducing bacteria (1200-2100, 2400-0900 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | 0.54 | V1 | 0.46 |
| 02 | 0.53 | V2 | 0.16 |
| 03 | - | V3 | 0.52 |
| 04 | 0.61 | V4 | 0.38 |
| 06 | 0.28 | V5 | 0.50 |
| 07 | 0.31 | V6 | 0.48 |
| 08 | 0.58 | V7 | 0.18 |
| 09 | 0.55 | V8 | 0.26 |
| 10 | 0.43 | V9 | 0.27 |
| 11 | 0.45 | V10 | 0.60 |
| 12 | - | V11 | 0.29 |
| 13 | 0.55 | | |
| 14 | 0.63 | | |
| 15 | - | | |
| 16 | 0.12 | | |
| Median | 0.53 | | 0.38 |
| Min | 0.12 | | 0.16 |
| Max | 0.63 | | 0.60 |
| P for two-sided sign test of zero correlation | <0.001 | | <0.001 |

**TABLE 27**

**Rank correlation between pH and nitrite concentration (1200-2100 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | -0.04 | V1 | 0.56 |
| 02 | 0.14 | V2 | 0.03 |
| 03 | - | V3 | 0.40 |
| 04 | 0.42 | V4 | 0.31 |
| 06 | 0.20 | V5 | 0.75 |
| 07 | 0.47 | V6 | 0.28 |
| 08 | 0.36 | V7 | 0.00 |
| 09 | 0.87 | V8 | -0.13 |
| 10 | 0.49 | V9 | 0.39 |
| 11 | 0.84 | V10 | 0.04 |
| 12 | - | V11 | 0.61 |
| 13 | 0.24 | | |
| 14 | 0.49 | | |
| 15 | - | | |
| 16 | -0.02 | | |
| Median | 0.39 | | 0.31 |
| Min | -0.04 | | 0.13 |
| Max | 0.87 | | 0.75 |
| P for two-sided sign test of zero correlation | 0.04 | | 0.02 |

**TABLE 28**

**Rank correlation between pH and N-nitroso compound concentration (1200-2100 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | 0.11 | V1 | 0.33 |
| 02 | -0.20 | V2 | 0.08 |
| 03 | - | V3 | -0.33 |
| 04 | -0.05 | V4 | -0.28 |
| 06 | -0.05 | V5 | -0.05 |
| 07 | -0.18 | V6 | -0.10 |
| 08 | -0.14 | V7 | -0.13 |
| 09 | -0.51 | V8 | -0.43 |
| 10 | 0.19 | V9 | -0.14 |
| 11 | 0.56 | V10 | -0.33 |
| 12 | - | V11 | 0.25 |
| 13 | 0.14 | | |
| 14 | -0.39 | | |
| 15 | - | | |
| 16 | -0.16 | | |
| Median | -0.09 | | -0.13 |
| Min | -0.51 | | -0.43 |
| Max | 0.56 | | 0.33 |
| P for two-sided sign test of zero correlation | 0.39 | | 0.23 |

**TABLE 29**

**Rank correlation between nitrite and N-nitroso compound concentrations (1200-2100 hrs)**

| Patient No. | Ranitidine group (Study 4) | Patient No. | Vagotomy group (Post-vagotomy) |
|---|---|---|---|
| 01 | -0.46 | V1 | 0.17 |
| 02 | 0.10 | V2 | 0.28 |
| 03 | - | V3 | -0.31 |
| 04 | 0.38 | V4 | -0.25 |
| 06 | 0.62 | V5 | 0.10 |
| 07 | 0.00 | V6 | 0.00 |
| 08 | 0.14 | V7 | 0.51 |
| 09 | -0.38 | V8 | 0.00 |
| 10 | 0.61 | V9 | 0.00 |
| 11 | 0.58 | V10 | 0.13 |
| 12 | - | V11 | 0.68 |
| 13 | 0.29 | | |
| 14 | -0.03 | | |
| 15 | - | | |
| 16 | 0.64 | | |
| Median | 0.21 | | 0.10 |
| Min | -0.46 | | -0.31 |
| Max | 0.64 | | 0.68 |
| P for two-sided sign test of zero correlation | 0.23 | | 0.29 |

# EXHIBIT 54

TRUE COPY

Digitally signed by Sue Holway
Date: 2019.10.21 13:27:15 +01'00'

SOP/WSI/0024/01
Appendix 1
Page 1 of 1

**Study File Microfilming**

Study Number

CP1681

Approximate number of pages

765

Items not to be filmed:

MICROFILMED
19 NOV 1993

[redacted]

MICROFILMED
BUT SOME IMAGES ILLEGIBLE

Notes:

**GLAXO GROUP RESEARCH LIMITED**
**HUMAN PHARMACOLOGY DEPARTMENT**
**HUMAN PHARMACOLOGY STUDY FILE CHECK LIST**

Study number: CP:16:81 Report number: MD:29:81

Principal Scientific Investigator: Dr G T Dixon

Note: P = present NP = not present : see below

There will be 3 reasons why data are not present :

1. Not required/not generated.
2. Not available, see study file note in place of this item.
3. Available but the information is held elsewhere.
   These are coded: NP1, NP2, NP3, respectively

Items marked with (*) will usually be photocopies or derivations from the raw data but should still be included within the study file. Please ensure the locations of these items of raw data are indicated.

| | (CODE) | LOCATION OF RAW DATA |
|---|---|---|
| **A. GENERAL** | | |
| Study report | P | |
| Other report nos | P | stats memo Ref: JKF/SK 10-11-81 |
| Protocol | P | |
| Amendments to protocol | NP1 | |
| Ethical approval | P | |
| Correspondence* | P | |
| | | |
| | | |
| | | |
| **B. TEST AND CONTROL ARTICLE/CARRIER MIXTURES** | | |
| Material requisition forms* | P | |
| Random allocation* | NP1 | |
| Note on formulation | NP1 | |

Initials of compiler [initials]...

**HUMAN PHARMACOLOGY STUDY FILE CHECK LIST**

Study number: CP:16:81 Report number: MD:29:81

| | (CODE) | LOCATION OF RAW DATA |
|---|---|---|
| **C. VOLUNTEERS** | | |
| Consent forms | P | |
| Volunteer booklets/examination forms | P | |
| ECG records* | NP1 | |
| Haematology results* | P | |
| Urinalysis results* | P | |
| Biochemistry results* | P | |
| Laboratory book records* | NP1 | |
| Other records (itemise) | | |
| Daily Record Cards | | |
| Plasma Ranit Concs | | |
| Gastric Juice Analysis | | |
| **Assay results*** | | |
| **D. DERIVED DATA*** | | |
| Computer programme output | | |

Initials of compiler ..AWB.....

HPU51/SOPcheck/JGM:bjc

SOP/GMH/0002/01 APPENDIX 1 PAGE 3 OF 3

**HUMAN PHARMACOLOGY STUDY FILE CHECK LIST**

Study number: CP:16:81 Report number: MD:29:81

| | (CODE) | LOCATION OF RAW DATA |
|---|---|---|
| **Statistics*** | P | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| Other ______ | ______ | |
| ______ | ______ | |

**E. BIOLOGICAL SPECIMENS**

| | | |
|---|---|---|
| Haematology slides | ______ | |
| ______ | ______ | |

**F. ADDITIONAL STUDY FILE NOTES**

| | | |
|---|---|---|
| | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |

**G. MISCELLANEOUS**

| | | |
|---|---|---|
| | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |
| ______ | ______ | |

Signature of compiler [signature] Date 2-10-85

MD:29:81

# EFFECT OF ADMINISTRATION OF RANITIDINE FOR FOUR WEEKS ON GASTRIC BACTERIAL FLORA IN HEALTHY VOLUNTEERS

DR D M HARRIS 1

DR G T DIXON 2

CLINICAL PHARMACOLOGY UNIT/
MEDICAL 3

4

DR D A RICHARDS 5

DR L E MARTIN 6

DR L S DAVIES 7

DR D WOODINGS 8

DR R N SMITH 9

DR P WISE, USA 10

[signature]

NOVEMBER 1981

CP231/A13


## SUMMARY

1. Eleven healthy male subjects received continuous treatment with ranitidine (150 mg b.d.) for four weeks.

2. Total gastric bacterial counts were increased in samples collected 4 and 12 hours after the final doses.

3. As expected, bacterial content was closely related to the pH of the gastric sample

## INTRODUCTION

Administration of cimetidine for several weeks has been reported to produce gastric bacterial overgrowth in both healthy volunteers and peptic ulcer patients (Ruddell et al, 1980 : Deane et al, 1980). In a previous study in healthy volunteers gastric bacterial numbers were not consistantly elevated following administration of ranitidine or cimetidine for seven days (MD:9:81). This failure to demonstrate bacterial overgrowth may have been related to differences in the duration of treatment and to differences in the time of gastric juice sampling in relation to the time of administration of the dose of ranitidine or cimetidine. The object of the study reported here was to determine the effects of administration of ranitidine for four weeks on bacterial content of gastric juice in healthy volunteers. Gastric juice samples were collected at the end of the study 4 and 12 hours after the final doses of ranitidine.

## METHOD

(CP:16:81)

### Subjects

Twelve healthy male volunteers took part in the study. Each subject underwent a pretrial medical examination and haematological, biochemical and urinalysis screening.

### Drugs

Ranitidine 150 mg tablets (as hydrochloride) (MR 7265)

### Study Design

The subjects attended the Clinical Pharmacology Unit between 9.00 and 10.00 am, after an overnight fast, on the first day of the study (Day 1). Throat and nasal swabs were taken for bacteriological examination. A

sterile 14CH naso-gastric tube (Argyle Salem Sump tube - Sherwood Medical Industries) was positioned in the stomach without radiological control. The tube was lubricated with sterile K-Y jelly to aid insertion and, when requested by subjects, the back of the throat was anaesthetised with a lignocaine spray. The subjects were not permitted to drink water during the insertion. A sample of gastric juice (10-20 ml) was aspirated. The tube was then removed and the subjects given a light breakfast. The subjects commenced treatment with ranitidine 150 mg twice daily (taken with breakfast and at 10.00 pm). The first dose of ranitidine was given immediately after collection of the first gastric sample.

On Day 28 a second sample of gastric juice was collected as described above, between 9.00 am and 10.00 am i.e. between 11 and 12 hours after the previous evening dose of ranitidine ('12 hour' sample). Throat and nasal swabs were also taken. The morning dose of ranitidine was administered immediately after gastric juice samplic and the evening dose at 10.00 pm.

On Day 29 the subjects took their morning dose at 6.00 am with a glass of water. A third gastric juice sample was then collected between 9.00 and 10.00 am, i.e. between 3 and 4 hours after dosing ('4 hour' sample).

No restrictions were placed on the subject's diet or activities during the study period. However, they were requested to abstain from alcohol on the days prior to the collection of gastric juice samples. The subjects kept a daily record of side-effects, illnesses, medication, etc. throughout the study. A record of food and drink intake on the days prior to gastric juice sampling days (Days 1, 27 and 28) was also completed by each subject.

The subjects underwent a repeat medical examination at the end of the study.

Gastric Juice Supply

The pH of each gastric juice sample was measured with a pH meter (Philips, PW9418).

Part of each sample was subjected to bacteriological analysis by the Microbiology Division, Glaxo Group Research, Greenford. Details of the handling of the samples are given in Appendix I.

## Plasma levels of ranitidine

Blood samples for measurement of plasma levels of ranitidine were collected into heparinised tubes immediately prior to the collection of gastric juice samples on Days 28 and 29. Plasma levels of ranitidine were measured by radioimmunoassay (Jenner et al 1981).

## Haematology, Biochemistry and Urinalysis

In addition to the pretrial screening, blood and urine samples for haematology, biochemistry and urinalyis were collected before dosing on Day 1 and at the time of gastric sampling on Day 29. The following parameters were measured :

### Haematology

Haemoglobin (Hb)
Packed cell volume (PCV)
Mean corpuscular haemoglobin concentration (MCHC)
Red cell count (RBC)
Mean corpuscular volume (MCV)
Mean corpuscular haemoglobin (MCH)
White cell count (WBC)
Differential WBC : lymphocytes (L), monocytes (M), neutrophils (N), eosinophils (E), basophils (B)
Erythrocyte sedimentation rate (ESR)
Platelet count

### Biochemistry

Alanine transaminase (ALT)
Aspartate transaminase (AST)
Alkaline phosphatase
Gamma-glutamyltransferase ($\gamma$-GT)
Blood urea nitrogen (BUN)
Bilirubin

Creatinine

Albumin

Protein

Sodium

Potassium

Calcium

Phosphate

## Urinalysis

Protein

Ketones (semi-quantitative)

Blood (semi-quantitative)

Bilirubin (semi-quantitative)

Reducing substances (Clinitest)

Glucose

Urobilinogen

Microscopy : red cells (RBC), white cells (WBC), casts, bacteria (bact), squamous epithelial cells (squ epith), non-squamous epithelial cells (non-squ), crystals.

## Statistical Analysis

Since the study was not controlled, it was not possible to test for the effects of ranitidine. Limited statistical significance testing on the correlation between gastric juice pH and total bacterial counts was carried out (see Appendix II).

# RESULTS

## Subjects

Details of the twelve subjects taking part in the study are shown in Table 1. All twelve subjects completed the study. However, it was not possible to collect gastric juice samples from subject 6 on the final post-treatment study days owing to failure to insert the nasogastric tube.

In subject 10, the times of administration of the morning doses on Days 28 and 29 were reversed to those specified in the protocol so that the gastric sample collected on Day 28 was 3-4 hours after dosing and that on Day 28 11-12 hours after dosing.

Gastric Juice Sampling Times

Table 2 shows the time interval between gastric juice sampling and administration of the previous dose of ranitidine. The '12 hour' sample was collected at a mean of 11 hours 25 minutes after the previous dose (range 10 hours 45 minutes to 12 hours 20 minutes). The '4 hour' sample was collected at a mean of 3 hours 28 minutes after the previous dose (range 2 hours 10 minutes to 3 hours 54 minutes).

Plasma Concentration of Ranitidine

The plasma levels of ranitidine measured at the time of gastric juice sampling are shown in Table 3. At the time of the '12 hour' sample, plasma levels averaged 81 ng/ml (range 48 to 129 ng/ml). At the time of the '4 hour' sample, plasma levels averaged 362 ng/ml (range 133 to 581 ng/ml).

Gastric pH

The pH of the gastric juice samples was measured immediately after collection with pH indicator paper since the subsequent dilution of the samples for bacteriological examination was determined by the pH (see Appendix). The pH of the samples was later measured with a pH meter. The results are given in Table 4. Unfortunately, there were marked discrepancies between the pH values obtained by the two methods for two of the samples. Since there is a better correlation between bacterial count and the pH measured by indicator paper, the latter values only are referred to in the following discussion.

The median pH increased from the pretreatment value of 2 to 4 in the '12 hour' samples and to 7 in the '4 hour' samples. The number of samples with pH $\geqslant$ 4 increased from 4 out of eleven pretreatment to 7 at '12 hours' and 9 at '4 hours'.

## Bacterial Content of Gastric Juice Samples

The detailed results of the bacteriological analysis are given in Appendix I. The total bacterial counts are shown in Table 5. The median total count increased from $4.7 \times 10^2$ in the pretreatment samples to $1.1 \times 10^7$ after 12 hours and $2.5 \times 10^7$ cfu/ml (colony forming units/ml) after 3 hours. Eight out of eleven subjects had an increase in total count at 12 hours and nine at 3 hours. However there was considerable variation between subjects. Four subjects had high counts in the pretreatment sample and their counts showed little change after ranitidine treatment.

In Figure 1 the total bacterial count has been plotted against pH. It is clear that bacterial content increases as pH increases. This relationship is statistically significant (Appendix II). To some degree this relationship is independant of treatment, although following ranitidine treatment more samples had a higher pH and hence a higher bacterial content. In general, samples with a pH of $< 4$ had a bacterial count of $< 10^4$ cfu/ml. A figure of $> 10^4$ cfu/ml might be taken as 'significant' bacterial content. In the pretreatment samples four out of eleven had counts of $> 10^4$ cfu/ml. The numbers of samples with counts $> 10^4$ cfu/ml increased to six and nine after 12 and 4 hours respectively.

The majority of the organisms isolated from gastric juice were common commensals of the respiratory tract and oral cavities. 'Faecal' organisms were found infrequently after ranitidine treatment (see Appendix I).

One third of all the bacterial strains isolated from the gastric juice samples reduced nitrate to nitrite. The percentage of nitrate reducing strains in all bacterial strains isolated at each sampling time remained unaltered, i.e. pretreatment 40%, '12 hour' 29% and '4 hour' 32%. However, the median total number of nitrate reducing organisms increased from zero in the pretreatment samples to $6 \times 10^5$ cfu/ml after 12 hours and $3 \times 10^6$ cfu/ml after 4 hours (Table 6).

## Haematology, Biochemistry and Urinalysis

The individual haematology, biochemistry and urinalysis results are shown in Tables 7 to 9. The mean haematology and biochemistry results are shown in Table 10. In several of the subjects, some haematological and biochemical parameters were marginally outside the normal ranges. However, these 'abnormal' values were usually within the error of the method of determination or were not consistent, i.e. they occurred in the screening sample but not in the pretrial sample or vice versa. These minor abnormalities occurred both before and after administration of ranitidine and there were no significant changes in any of the parameters that could be ascribed to the administration of ranitidine.

## Side Effects

Subject 3 experienced mild 'hunger pains' nausea and 'indigestion' during the mornings of most days while taking ranitidine. He also complained of mouth ulcers, but these have occurred regularly in the past and were probably not drug related.

Subject 5 complained of 'stiffness at the back of the neck' and headache for four days during the third and fourth weeks of the study. These complaints were probably not drug related.

Subject 10 had suffered migraine for some years with attacks every one to two months. However, during the period of ranitidine administration, he experienced four attacks in four weeks. It is possible that the frequency of attacks was increased by ranitidine.

## DISCUSSION

In this study eleven subjects received ranitidine 150 mg twice daily for four weeks. Gastric juice samples were collected before treatment and approximately 12 and 3 hours after the final doses of ranitidine. On

average, the total bacterial increased from a median count of $4.7 \times 10^2$ cfu/ml in the pretreatment samples to $1.1 \times 10^7$ cfu/ml 12 hour and $2.5 \times 10^7$ cfu/ml 3 hours after dosing with ranitidine. However, there were considerable intersubject variations. Some subjects had a high pretreatment bacterial content which remained unchanged after treatment with ranitidine. The bacterial content of the gastric juice samples was more closely related to the pH of the samples. Samples with a pH of greater than 4 had high bacterial contents, usually more than $10^4$ cfu/ml, regardless of whether the samples were collected before or after treatment. However, because pH increased following ranitidine treatment, more samples had high bacterial contents after ranitidine treatment. As expected the bacterial content tended to be higher in the '3 hour' samples than the '12 hour' samples although the difference in the median counts was only 2 fold.

In a previous study (MD:9:81) gastric bacterial counts were not consistently elevated following administration of ranitidine or cimetidine for seven days. However, in this latter study, gastric juice samples were collected only between 11 and 12 hours after the final dose of ranitidine and the study contained only seven subjects. The different results obtained in the two studies may have been related to differences in the duration of treatment, i.e. 7 days versus 28 days. However, because the same relationship between pH and bacterial content was seen in both studies, the differences could have been due to sampling errors associated with the small number of subjects in the studies and the fact that the pH in the '12 hour' samples tended to be lower in the previous study.

The major determinant of gastric bacterial flora in man is intragastric pH (Giannella et al.,1973). Normal gastric juice with a pH of less than 4.0, is bactericidal. Thus, bacteria introduced into the intact normal stomach are killed in less than 15 minutes at a pH of less than 3.0 but remain viable in the achlorhydric stomach for at least one hour (Giannella et al., 1972). The bacterial content of gastric juice samples collected from fasting subjects is related to the pH of the sample (Franklin and Skoryna, 1966). Gastric juice from 'healthy' subjects is generally sterile or contains a small number of organisms since the pH is generally less than 2.0. In patients with conditions associated with hyposecretion, e.g. gastric ulcer and gastric carcinoma, bacterial counts tend to be high (Gatehouse et al., 1978).

Confidential Information – Subject to Protective Order 

Thus the most important factor determining the bacterial content of gastric juice is intragastric pH. It is not unexpected therefore that agents causing an increase in gastric pH should also cause an increase in gastric bacterial content.

Thus an increase in gastric bacterial content has been shown to occur some 3-4 hours after the final dose of one months treatment with cimetidine (Ruddell et al, 1980). However, the demonstration of raised bacterial numbers in one sample does not imply that 'bacterial overgrowth' throughout the 24 hour period. pH and hence bacterial content varies throughout a 24 hour period in subjects taking cimetidine depending upon the relation between sampling time, dosing and meals (Muscroft et al, 1981). Gastric juice sampling after a period of fasting may be give artificially high bacterial counts compared to subjects on a normal diet since prior exposure to food would stimulate acid secretion and hence lower the pH. Changes in gastric bacterial flora follow spontaneous fluctuations in gastric pH with a lag period of only 1 to 2 hours (Franklin and Skoryna, 1971). Thus, in subjects receiving an $H_2$-antagonist reduction of gastric pH to less than pH 4 at some period during the 24 hours should result in a fairly rapid reduction in bacterial content.

REFERENCES

Deane, S., Youngs, D., Poxon, V., Keighley, M.R.B., Alexander-Williams, J. and Burdon, D.W. (1980).
Cimetidine and gastric microflora. Brit. J. Surg., 67, 371.

Franklin, M.A. and Skoryna, S.C. (1966).
Studies on natural gastric flora. 1. Bacterial flora of fasting human subjects. Can. Med. Assoc. J., 95, 1349-1355.

Franklin, M.A. and Skoryna, S.C. (1971). Studies on natural gastric flora : survival of bacteria in fasting human subjects. Can. Med. Assoc. J., 105, 380-386.

Gatehouse, D., Dimock, F., Burdon, D.W., Alexander-Williams, J. and Keighley, M.R.B. (1978). Prediction of wound sepsis following gastric operations. Br. J. Surg., 65, 551-554.

Giannella, R.A., Broitman, S.A. and Zamcheck, N. (1972).
Gastric acid barrier to ingested microorganisms in man : studies in vivo and in vitro. Gut, 13, 251-156.

Giannella, R.A., Broitman, S.A. and Zamcheck, N. (1973).
Influcence of gastric acidity on bacterial and parasitic enteric infections. Ann. Int. Med., 78, 271-276.

Jenner, W.N., Martin, L.E., Willoughby, B.A. and Fellows, I. (1981).
Development of a radioimmunoassay for ranitidine in biological fluids. Life Sci., 28, 1323-1329.

Muscroft, T.J., Youngs, D.J., Burdon, D.W. and Keighley, M.R.B.
Cimetidine is unlikely to increase formation of intragastric n-nitroso-compounds in patients taking a normal diet. Lancet, 1, 408-410.

Ruddell, W.S.J., Axon, A.T.R., Findlay, J.M., Bartholomew, B.A. and Hill, M.J. (1980). Effect of cimetidine on the gastric bacterial flora. Lancet, 1, 672-674

FIGURE 1 Relationship between pH and total bacterial count before dosing (●), 12 hours after (o) and 4 hours after (x) ranitidine dose.



231a/A24

TABLE 1 Subject details

| Subject Number | Volunteer number | Age (years) | Weight (kg) | Height (m) |
|---|---|---|---|---|
| 1 | 1606 | 27 | 80.2 | 1.91 |
| 2 | 1209 | 25 | 70.4 | 1.83 |
| 3 | 1607 | 31 | 72.5 | 1.82 |
| 4 | 1114 | 35 | 79.2 | 1.84 |
| 5 | 1002 | 45 | 79.6 | 1.76 |
| 6 | 1308 | 27 | 64.6 | 1.70 |
| 7 | 1307 | 27 | 83.4 | 1.90 |
| 8 | 1018 | 26 | 72.4 | 1.79 |
| 9 | 1430 | 25 | 75.7 | 1.61 |
| 10 | 1115 | 19 | 64.1 | 1.72 |
| 11 | 1304 | 30 | 66.6 | 1.80 |
| 12 | 1501 | 33 | 77.7 | 1.82 |

231a/A25

TABLE 2 Sampling times post dose (hours)

| Subject Number | '12 hour sample' | '4 hour sample' |
|---|---|---|
| 1 | 11 hrs | 3 hrs 10 mins |
| 2 | 10 hrs 45 mins | 3 hrs 20 mins |
| 3 | 11 hrs 30 mins | 3 hrs 30 mins |
| 4 | 11 hrs | 3 hrs 30 mins |
| 5 | 11 hrs 30 mins | 2 hrs 10 mins |
| 6 | - | - |
| 7 | 12 hrs 13 mins | 3 hrs 37 mins |
| 8 | 11 hrs 25 mins | 3 hrs 30 mins |
| 9 | 11 hrs 12 mins | 3 hrs 54 mins |
| 10 | 11 hrs 15 mins | 3 hrs 45 mins |
| 11 | 12 hrs 20 mins | 3 hrs 45 mins |
| 12 | 11 hrs 21 mins | 3 hrs 52 mins |

231a/A26

TABLE 3 Plasma concentration (ng/ml) of ranitidine measured at the time of gastric juice sampling

| Subject | '12 hour sample' | '4 hour sample' |
|---|---|---|
| 1 | 51 | 423 |
| 2 | 108 | 233 |
| 3 | 111 | 581 |
| 4 | 85 | 430 |
| 5 | 99 | 133 |
| 6 | 89 | 544 |
| 7 | 64 | 272 |
| 8 | 78 | 443 |
| 9 | 48 | 303 |
| 10 | 129 | 391 |
| 11 | 60 | 353 |
| 12 | 51 | 235 |

231a/A27

TABLE 4 pH of pre-treatment and post-treatment gastric juice samples, measured by pH meter and pH indicator paper.

| Subject | Pretreatment | | '12 hour sample | | '4 hour' sample | |
|---|---|---|---|---|---|---|
| | pH Meter | pH Paper | pH Meter | pH Paper | pH Meter | pH Paper |
| 1 | 1.42 | 1 | 1.4 | 1 | 7.5 | 7 |
| 2 | 5.00 | 4-5 | * | 6 | 7.2 | 6-7 |
| 3 | 2.25 | 1 | 3.8 | 4 | 8.3 | 7 |
| 4 | 1.37 | 2 | 7.7 | 6 | 7.9 | 7 |
| 5 | 3.83 | 5 | 6.8 | 5 | 8.3 | 7 |
| 6 | 1.45 | 1 | - | - | - | - |
| 7 | 1.48 | 1 | 1.8 | 1 | 6.9 | 6 |
| 8 | 1.17 | 1 | 2.0 | 2 | 2.2 | 2 |
| 9 | 1.90 | 2 | 5.7 | 4 | 7.8 | 7 |
| 10 | 1.35 | 1 | 2.2 | 2 | 8.3# | 2 |
| 11 | 7.12 | 7 | 6.8 | 8 | 5.0 | 4 |
| 12 | 6.60 | 6 | 2.3# | 6 | 7.4 | 7 |

* Insufficient sample

# Discrepancy between results

231a/A28

TABLE 5 Gastric juice pH and total bacterial count (cfu/ml)

| Subject | Pretreatment | | '12 hour sample | | '4 hour' sample | |
|---|---|---|---|---|---|---|
| | pH | Total Bacterial Count (cfu/ml) | pH | Total Bacterial Count (cfu/ml) | pH | Total Bacterial Count (cfu/ml) |
| 1 | 1 | $1.8 \times 10^2$ | 1 | $< 10^2$ | 7 | $7.3 \times 10^7$ |
| 2 | 4-5 | $1.9 \times 10^5$ | 6 | $3.6 \times 10^7$ | 6-7 | $1.3 \times 10^8$ |
| 3 | 1 | 0 | 4 | $< 10^2$ | 7 | $1.3 \times 10^7$ |
| 4 | 2 | $< 10^2$ | 6 | $2.6 \times 10^7$ | 7 | $2.5 \times 10^7$ |
| 5 | 5 | $1.3 \times 10^7$ | 5 | $3.6 \times 10^7$ | 7 | $2.7 \times 10^7$ |
| 6 | 1 | $< 10^2$ | - | - | - | - |
| 7 | 1 | $1.2 < 10^3$ | 1 | $6.2 \times 10^3$ | 6 | $3.4 \times 10^7$ |
| 8 | 1 | $< 10^2$ | 2 | $8.6 \times 10^2$ | 2 | $5.8 \times 10^3$ |
| 9 | 2 | 0 | 4 | $1.1 \times 10^7$ | 7 | $2.3 \times 10^7$ |
| 10 | 1 | $4.7 \times 10^2$ | 2 | $< 10^2$ | 2 | $1.6 \times 10^2$ |
| 11 | 7 | $4.1 \times 10^7$ | 8 | $7.1 \times 10^7$ | 4 | $3.3 \times 10^6$ |
| 12 | 6 | $3.2 \times 10^7$ | 6 | $3.1 \times 10^7$ | 7 | $4.3 \times 10^7$ |

231a/A29

TABLE 6 Nitrate reducing organisms in gastric juice

| Subject | Pretreatment | | '12 hour' sample | | '4 hour' sample | |
|---|---|---|---|---|---|---|
| | Nitrate Reducers (cfu/ml) | Nitrate Reducing Strains | Nitrate Reducers (cfu/ml) | Nitrate Reducing Strains | Nitrate Reducers (cfu/ml) | Nitrate Reducing Strains |
| 1 | 0 | 0/1 | 0 | 0/1 | $2.4 \times 10^{7}$ | 4/10 |
| 2 | $4.9 \times 10^{4}$ | 6/12 | $4.9 \times 10^{6}$ | 4/10 | $1.9 \times 10^{7}$ | 5/8 |
| 3 | 0 | 0/0 | 0 | 0/1 | $2.3 \times 10^{6}$ | 3/9 |
| 4 | 0 | 0/2 | $4.3 \times 10^{6}$ | 3/11 | $3 \times 10^{6}$ | 3/11* |
| 5 | $7 \times 10^{5}$ | 2/5* | $6 \times 10^{5}$ | 1/6 | $8.8 \times 10^{6}$ | 2/7 |
| 6 | 0 | 0/2 | - | - | - | - |
| 7 | 0 | 0/1 | $4 \times 10^{2}$ | 1/2* | $5.5 \times 10^{6}$ | 2/7* |
| 8 | 0 | 0/1 | 0 | 0/3 | 0 | 0/2 |
| 9 | 0 | 0/0 | $2.7 \times 10^{6}$ | 4/10* | $1.9 \times 10^{6}$ | 4/11 |
| 10 | $4.7 \times 10^{2}$ | 1/2 | 0 | 0/1 | 0 | 0/1 |
| 11 | $6.4 \times 10^{6}$ | 3/6 | $5.3 \times 10^{6}$ | 2/8 | $2.6 \times 10^{6}$ | 3/10 |
| 12 | $2.8 \times 10^{6}$ | 2/6* | $6.7 \times 10^{6}$ | 3/9 | 0 | 0/6 |
| Median | 0 | - | $6 \times 10^{5}$ | - | $3 \times 10^{6}$ | - |
| Total | - | 14/35 | - | 18/62 | - | 26/82 |

* one strain not tested

Confidential Information – Subject to Protective Order

231a/A30

TABLE 7 Haematology results

| Subject number | Time | Hb g/100ml | PCV % | MCHC % | RBC x $10^6$/µl | MCV fl | MCH pg | WBC x $10^3$/µl | Differential Leucocytes L | M | N | E | B | ESR (1 hr) | Platelets x $10^3$ | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Screen | 15.3 | 45.1 | 34.0 | 4.94 | 92 | 31.1 | 3.5 | 1785 | 0 | 1680 | 35 | 0 | 2 | 307 | |
| | Pre-trial | 16.1 | 45.3 | 35.6 | 5.52 | 83 | 29.2 | 4.8 | 1488 | 96 | 2976 | 240 | 0 | 1 | 262 | |
| | Post-trial | 15.2 | 43.9 | 24.7 | 5.42 | 81 | 28.1 | 3.9 | 1599 | 273 | 1950 | 78 | 0 | 1 | 206 | |
| 2 | Screen | 15.2 | 46.7 | 32.5 | 5.15 | 91 | 29.5 | 4.1 | 1681 | 205 | 2132 | 82 | 0 | 3 | 330 | |
| | Pre-trial | 14.5 | 39.4 | 36.8 | 5.06 | 78 | 28.7 | 5.1 | 2244 | 51 | 2805 | 0 | 0 | 3 | 281 | |
| | Post-trial | 15.3 | 47.0 | 32.5 | 5.41 | 87 | 28.2 | 4.0 | 1680 | 160 | 2000 | 160 | 0 | 2 | 289 | |
| 3 | Screen | 14.9 | 44.0 | 33.8 | 5.19 | 85 | 28.6 | 5.7 | 2220 | 60 | 3360 | 60 | 0 | 3 | 302 | |
| | Pre-trial | 15.2 | 45.6 | 33.4 | 5.51 | 83 | 27.6 | 6.9 | 3243 | 69 | 3519 | 69 | 0 | 2 | 439 | |
| | Post-trial | 15.5 | 47.0 | 33.0 | 5.83 | 81 | 26.6 | 4.6 | 1564 | 230 | 2760 | 46 | 0 | 2 | 353 | |
| 4 | Screen | 16.0 | 48.4 | 33.1 | 5.54 | 88 | 28.9 | 5.8 | 2380 | 60 | 3310 | 60 | 0 | 1 | 258 | |
| | Pre-trial | 15.6 | 47.9 | 32.5 | 5.39 | 89 | 28.9 | 5.7 | 2964 | 0 | 2622 | 114 | 0 | 1 | 281 | |
| | Post-trial | 15.8 | 50.1 | 31.6 | 5.79 | 87 | 27.3 | 5.0 | 2200 | 200 | 2500 | 100 | 0 | 1 | 291 | |
| 5 | Screen | 15.3 | 43.4 | 35.2 | 5.32 | 82 | 28.8 | 3.3 | 1250 | 30 | 1720 | 0 | 30 | 1 | 237 | |
| | Pre-trial | 16.0 | 46.0 | 34.7 | 5.60 | 83 | 28.5 | 4.0 | 2080 | 0 | 1920 | 0 | 0 | 2 | 308 | v. slight neutropenia |
| | Post-trial | 15.7 | 48.1 | 32.7 | 5.74 | 84 | 27.4 | 3.6 | 2052 | 252 | 1296 | 0 | 0 | 1 | 277 | moderate neutropenia |
| 6 | Screen | 15.4 | 45.8 | 33.7 | 5.42 | 85 | 28.5 | 6.9 | 2210 | 280 | 4280 | 70 | 70 | 3 | 265 | |
| | Pre-trial | 16.2 | 46.9 | 34.5 | 5.59 | 84 | 28.9 | 8.4 | 3780 | 84 | 4284 | 252 | 0 | 1 | 344 | |
| | Post-trial | 15.4 | 45.5 | 33.8 | 5.55 | 83 | 27.7 | 7.0 | 1960 | 280 | 4620 | 140 | 0 | 1 | 311 | |

Confidential Information – Subject to Protective Order

231a/B01

TABLE 7 Haematology results continued

| Subject number | Time | Hb g/100ml | PCV % | MCHC % | RBC x 10$^6$/μl | MCV fl | MCH pg | WBC x 10$^3$/μl | Differential Leucocytes L | M | N | E | B | ESR (1 hr) | Plate-lets x 10$^3$ | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 15.3 | 47.4 | 32.3 | 5.35 | 89 | 28.6 | 4.1 | 1520 | 250 | 2250 | 80 | 0 | 1 | 253 | |
| 7 | Pre-trial | 15.4 | 47.8 | 32.2 | 5.48 | 88 | 28.0 | 5.4 | 2754 | 270 | 2214 | 162 | 0 | 1 | 349 | |
| | Post-trial | 15.5 | 44.6 | 34.7 | 5.67 | 79 | 27.3 | 4.5 | 1710 | 315 | 2430 | 45 | 0 | 1 | 275 | |
| | Screen | 16.8 | 48.9 | 34.3 | 5.61 | 88 | 29.9 | 4.3 | 1370 | 210 | 2530 | 120 | 40 | 1 | 270 | |
| 8 | Pre-trial | 17.1 | 51.3 | 33.2 | 5.96 | 87 | 28.6 | 4.8 | 2256 | 240 | 2304 | 0 | 0 | 2 | 341 | |
| | Post-trial | 16.8 | 50.7 | 33.1 | 6.00 | 85 | 28.0 | 3.5 | 1155 | 210 | 2100 | 35 | 0 | 1 | 304 | Slight lymphopenia |
| | Screen | 15.0 | 40.3 | 37.1 | 4.62 | 88 | 32.4 | 3.1 | 870 | 0 | 2170 | 60 | 0 | 1 | 171 | |
| 9 | Pre-trial | 15.1 | 38.6 | 39.1 | 4.79 | 81 | 31.5 | 4.1 | 1435 | 41 | 2683 | 41 | 0 | 2 | 212 | Anisocytosis |
| | Post-trial | 16.0 | 45.0 | 35.6 | 5.30 | 85 | 30.2 | 4.6 | 1472 | 414 | 2668 | 46 | 0 | 1 | 196 | |
| | Screen | 15.1 | 45.2 | 33.5 | 5.25 | 87 | 28.8 | 4.9 | 1660 | 390 | 2450 | 340 | 40 | 15 | 307 | |
| 10 | Pre-trial | 15.4 | 44.4 | 34.5 | 5.22 | 86 | 29.4 | 6.4 | 2624 | 320 | 3264 | 192 | 0 | 7 | 372 | |
| | Post-trial | 15.2 | 44.0 | 34.4 | 5.39 | 82 | 28.1 | 4.0 | 1800 | 280 | 1560 | 360 | 0 | 5 | 317 | Slight neutropenia |
| | Screen | 16.0 | 43.1 | 37.0 | 5.29 | 82 | 30.1 | 4.3 | 1070 | 300 | 2620 | 250 | 40 | 1 | 247 | |
| 11 | Pre-trial | 17.4 | 50.3 | 34.6 | 5.84 | 87 | 29.8 | 5.8 | 2320 | 290 | 2726 | 464 | 0 | 0 | 393 | Slight eosinophilia |
| | Post-trial | 17.2 | 47.8 | 36.0 | 5.91 | 81 | 29.1 | 4.5 | 1080 | 495 | 2475 | 450 | 0 | 0 | 286 | Slight lymphopenia |
| | Screen | 13.6 | 42.8 | 31.7 | 4.82 | 89 | 28.1 | 3.8 | 1400 | 260 | 2010 | 110 | 0 | 2 | 164 | |
| 12 | Pre-trial | 14.5 | 42.0 | 34.4 | 5.34 | 79 | 27.0 | 3.5 | 1715 | 105 | 1540 | 105 | 35 | 1 | 187 | Neutropenia |
| | Post-trial | 14.2 | 43.6 | 32.6 | 5.61 | 78 | 25.3 | 3.3 | 1485 | 198 | 1518 | 66 | 33 | 1 | 169 | Slight neutropenia Anisocytosis |

GSKZAN0000990172

Confidential Information – Subject to Protective Order

231a/ B2

TABLE 8 Biochemistry results

| Subject | Time | ALT (IU/l) | AST (IU/l) | Alkaline Phosphate (IU/l) | γ-GT (IU/l) | BUN (mmol/l) | Bilirubin (μmol/l) | Creatinine (μmol/l) | Albumin (g/l) | Protein (g/l) | Sodium (mmol/l) | Potassium (mmol/l) | Calcium (mmol/l) | Phosphate (mmol/l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Screen | 19 | 23 | 208 | 6 | 5.1 | 11.0 | 92 | 48 | 77.0 | 140.8 | 3.50 | 2.43 | 1.04 |
| | Pretrial | 25 | 24 | 220 | 9 | 3.6 | 15.0 | 93 | 44 | 76.5 | 138.5 | 4.06 | 2.39 | 0.77 |
| | Post trial | 15 | 16 | 196 | 9 | 4.1 | 13.1 | 93 | 43 | 72.4 | 136.8 | 4.02 | 2.23 | 0.92 |
| 2 | Screen | 20 | 28 | 212 | 10 | 2.6 | 12.5 | 84 | 46 | 76.1 | 140.9 | 4.22 | 2.35 | 0.90 |
| | Pretrial | 31 | 66 | 184 | 11 | 7.0 | 7.3 | 96 | 45 | 70.5 | 142.4 | 3.84 | 2.41 | 1.05 |
| | Post trial | 16 | 26 | 198 | 14 | 7.1 | 6.4 | 90 | 45 | 74.6 | 139.0 | 3.82 | 2.43 | 1.25 |
| 3 | Screen | 24 | 24 | 196 | 8 | 3.2 | 26.7 | 92 | 48 | 73.1 | 146.5 | 4.32 | 2.42 | 1.08 |
| | Pretrial | 18 | 21 | 189 | 9 | 3.9 | 23.2 | 88 | 46 | 78.5 | 137.3 | 3.43 | 2.43 | 0.78 |
| | Post trial | 16 | 20 | 186 | 11 | 6.1 | 26.0 | 90 | 46 | 79.8 | 138.1 | 3.72 | 2.51 | 1.10 |
| 4 | Screen | 35 | 35 | 288 | 19 | 4.6 | 13.6 | 95 | 46 | 66.8 | 148.3 | 4.52 | 2.29 | 0.92 |
| | Pretrial | 31 | 30 | 257 | 19 | 6.6 | 16.1 | 97 | 41 | 68.5 | 139.2 | 4.13 | 2.36 | 0.78 |
| | Post trial | 20 | 21 | 251 | 20 | 5.9 | 18.9 | 93 | 43 | 74.2 | 139.2 | 4.12 | 2.38 | 0.92 |
| 5 | Screen | 16 | 17 | 149 | 17 | 3.3 | 14.2 | 122 | 43 | 71.3 | 143.6 | 3.72 | 2.40 | 0.82 |
| | Pretrial | 24 | 27 | 145 | 21 | 5.8 | 12.9 | 122 | 43 | 75.5 | 143.9 | 4.02 | 2.32 | 0.99 |
| | Post trial | 16 | 16 | 133 | 22 | 4.8 | 15.0 | 127 | 42 | 68.5 | 140.1 | 3.82 | 2.36 | 1.16 |
| 6 | Screen | 22 | 27 | 328 | 17 | 5.4 | 11.4 | 97 | 45 | 69.2 | 139.1 | 3.72 | 2.36 | 1.14 |
| | Pretrial | 22 | 26 | 342 | 19 | 4.2 | 14.4 | 86 | 44 | 74.5 | 141.7 | 3.72 | 2.36 | 0.91 |
| | Post trial | 17 | 23 | 303 | 20 | 4.2 | 18.0 | 92 | 43 | 74.3 | 143.0 | 3.62 | 2.34 | 0.86 |

GSKZAN0000990173

Confidential Information – Subject to Protective Order

231a/ B3

**TABLE 8** Biochemistry results continued

| Subject | Time | ALT (IU/l) | AST (IU/l) | Alkaline Phosphate (IU/l) | γ-GT (IU/l) | BUN (mmol/l) | Bilirubin (µmol/l) | Creatinine (µmol/l) | Albumin (g/l) | Protein (g/l) | Sodium (mmol/l) | Potassium (mmol/l) | Calcium (mmol/l) | Phosphate (mmol/l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Screen | 31 | 23 | 170 | 16 | 3.3 | 11.7 | 88 | 45 | 76.9 | 140.3 | 4.02 | 2.48 | 0.90 |
| | Pretrial | 28 | 26 | 159 | 15 | 3.2 | 11.4 | 86 | 47 | 77.5 | 143.5 | 3.82 | 2.44 | 0.93 |
| | Post trial | 27 | 21 | 141 | 17 | 4.3 | 9.8 | 87 | 45 | 71.3 | 139.7 | 4.02 | 2.43 | 1.00 |
| 8 | Screen | 27 | 24 | 200 | 14 | 4.4 | 8.5 | 103 | 48 | 74.5 | 145.1 | 3.82 | 2.39 | 0.63 |
| | Pretrial | 31 | 26 | 200 | 15 | 3.5 | 12.0 | 100 | 48 | 80.5 | 141.2 | 3.52 | 2.40 | 0.66 |
| | Post trial | 22 | 17 | 180 | 18 | 5.3 | 7.6 | 99 | 45 | 80.9 | 140.5 | 3.92 | 2.44 | 0.88 |
| 9 | Screen | 15 | 19 | 149 | 9 | 5.4 | 13.1 | 89 | 45 | 63.6 | 146.1 | 4.52 | 2.14 | 1.18 |
| | Pretrial | 14 | 20 | 140 | 10 | 4.5 | 12.0 | 79 | 44 | 68.5 | 145.0 | 4.32 | 2.33 | 0.95 |
| | Post trial | 14 | 17 | 132 | 10 | 5.4 | 11.9 | 86 | 43 | 74.0 | 139.2 | 4.52 | 2.40 | 1.10 |
| 10 | Screen | 27 | 30 | 355 | 11 | 4.3 | 5.7 | 97 | 46 | 70.0 | 140.1 | 4.42 | 2.37 | 1.28 |
| | Pretrial | 38 | 42 | 337 | 16 | 6.2 | 5.3 | 90 | 45 | 73.5 | 139.8 | 4.32 | 2.44 | 1.16 |
| | Post trial | 30 | 41 | 350 | 20 | 4.3 | 7.0 | 95 | 41 | 71.9 | 139.8 | 3.72 | 2.32 | 1.21 |
| 11 | Screen | 16 | 22 | 143 | 20 | 3.3 | 15.1 | 110 | 45 | 68.9 | 140.1 | 4.02 | 2.37 | 0.99 |
| | Pretrial | 18 | 23 | 154 | 21 | 3.4 | 16.4 | 98 | 47 | 75.5 | 144.6 | 4.02 | 2.48 | 0.81 |
| | Post trial | 14 | 19 | 145 | 21 | 4.5 | 11.3 | 103 | 44 | 72.0 | 141.1 | 4.22 | 2.47 | 1.02 |
| 12 | Screen | 60 | 39 | 228 | 56 | 5.8 | 10.2 | 88 | 47 | 70.5 | 147.7 | 4.12 | 2.46 | 1.17 |
| | Pretrial | 40 | 30 | 194 | 39 | 5.1 | 10.0 | 82 | 47 | 72.5 | 141.3 | 4.42 | 2.41 | 0.97 |
| | Post trial | 22 | 24 | 179 | 28 | 4.8 | 15.3 | 87 | 41 | 71.8 | 137.6 | 4.12 | 2.43 | 1.01 |

GSKZAN0000090174

Confidential Information – Subject to Protective Order

231a/ B4

**TABLE 9** Urinalysis results

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 1 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | | Bact ± |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 2 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | | Squ epith <1 Non-squ <1 Bact ± |
| | Screen | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 3 | Pretrial | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | 0 | <1 | | Squ epith <1 Bact + Crystals ± Muc material present. |

GSKZAN0000990175

Confidential Information – Subject to Protective Order

231a/ B5

TABLE 9 Urinalysis results continued

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 |
| | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 1 | 0 | Squ epith <1 Bact ++ |
| 5 | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 Crystals ± |
| | Pretrial | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact + |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + |
| 6 | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 Calcium oxalate crystals ± |
| | Pretrial | 6 | - | 0 | 0 | 0 | Trace | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | * | | | Large amount of granular ppt after centrifugation. Small dense crystals +++ |

* Total field obscured by heavy crystallised deposit

Confidential Information – Subject to Protective Order

231a/ B6

TABLE 9 Urinalysis results continued

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| 7 | Pretrial | 7 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals + Amorphous debris + |
| | Post trial | 7 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Large amount of ppt after centrifugation. Small dense crystals ++++ |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| 8 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Bact ± |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| 9 | Pretrial | 7 | 3.0 | 0 | 0 | 0 | 3.0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Mucoid strands ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 1.0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Bact ± Muc material present |

GSKZAN0000090177

Confidential Information – Subject to Protective Order

231a/ B7

**TABLE 9** Urinalysis results continued

| Sub-ject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobili-nogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + |
| 10 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | 0 | 1 | 0 | Squ epith 2 Non-squ 3 Muc material present |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 11 | Pretrial | 7 | - | 0 | 0 | * | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Crystals ± Muc material present |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 |
| 12 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Bact ± |

* Insufficient sample

231a/ B8

TABLE 10 Mean (± s.e.m.) haematology and biochemistry results

| | Screen | Pretrial | Post trial |
|---|---|---|---|
| Haemoglobin (g/100ml) | 15.3 ± 0.2 | 15.7 ± 0.3 | 15.6 ± 0.2 |
| PCV (%) | 45.1 ± 0.7 | 45.6 ± 1.1 | 46.4 ± 0.7 |
| MCHC (%) | 34.0 ± 0.5 | 34.6 ± 0.5 | 33.7 ± 0.4 |
| RBC (x $10^6$/μl) | 5.21 ± 0.08 | 5.44 ± 0.09 | 5.63 ± 0.06 |
| MCV (fl) | 87 ± 1 | 84 ± 1 | 83 ± 1 |
| MCH (pg) | 29.4 ± 0.4 | 28.8 ± 0.3 | 27.8 ± 0.3 |
| WBC (x $10^3$/μl) | 4.5 ± 0.3 | 5.4 ± 0.4 | 4.4 ± 0.3 |
| Lymphocytes | 1618 ± 136 | 2409 ± 204 | 1646 ± 96 |
| Monocytes | 170 ± 39 | 130 ± 36 | 276 ± 28 |
| Neutrophils | 2543 ± 220 | 2738 ± 212 | 2323 ± 250 |
| Eosinophils | 106 ± 28 | 137 ± 40 | 127 ± 40 |
| Basophils | 18 ± 7 | 3 ± 3 | 3 ± 3 |
| ESR (mm in 1 hour) | 3 ± 1 | 2 ± 1 | 1 ± 0 |
| Platelets (x $10^3$) | 259 ± 15 | 314 ± 21 | 273 ± 16 |

| | | | |
|---|---|---|---|
| ALT (IU/l) | 26 ± 4 | 27 ± 2 | 19 ± 2 |
| AST (IU/l) | 26 ± 2 | 30 ± 4 | 22 ± 2 |
| Alkaline phosphatase (IU/l) | 219 ± 20 | 210 ± 20 | 199 ± 20 |
| Gamma-GT (IU/l) | 17 ± 4 | 17 ± 2 | 18 ± 2 |
| BUN (mmol/l) | 4.2 ± 0.3 | 4.7 ± 0.4 | 5.1 ± 0.3 |
| Bilirubin (μmol/l) | 12.8 ± 1.5 | 13.0 ± 1.3 | 13.4 ± 1.6 |
| Creatinine (μmol/l) | 96 ± 3 | 93 ± 3 | 95 ± 3 |
| Albumin (g/l) | 46 ± 0 | 45 ± 1 | 43 ± 0 |
| Protein (g/l) | 72 ± 1 | 74 ± 1 | 74 ± 1 |
| Sodium (mmol/l) | 143.2 ± 1.0 | 141.5 ± 0.7 | 139.5 ± 0.5 |
| Potassium (mmol/l) | 4.08 ± 0.10 | 3.97 ± 0.09 | 3.97 ± 0.07 |
| Calcium (mmol/l) | 2.37 ± 0.03 | 2.40 ± 0.01 | 2.39 ± 0.02 |
| Phosphate (mmol/l) | 1.00 ± 0.05 | 0.90 ± 0.04 | 1.04 ± 0.04 |

D229a A23

# APPENDIX I

## Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

D229a A24

# Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

## Summary


(1) The presence of a significant gastric flora was found to be closely related to the gastric pH. Acidic specimens yielded low total counts ($< 10^4$ cfu/ml), representing one or two microbial genera. Samples with pH $\geqslant$ 4 yielded higher counts and the flora correlated with organisms present in the nasopharynx. Four volunteers appeared to be 'naturally' achlorhydric.

(2) A rise in pH to $\geqslant$ 4 was observed in the gastric juice of eight of the eleven assessable volunteers taken 3 h after a dose of ranitidine compared to the pretreatment samples. In most the increase in pH was accompanied by elevation of both total and differential microbial counts.

(3) In samples taken 12 h post-dose, at which time the suppression of gastric acid secretion by ranitidine would be expected to be minimal, the gastric pH was virtually unchanged in eight volunteers compared to the pretreatment samples. A significant flora was recovered from samples of pH $\geqslant$ 4.

(4) In specimens containing a significant flora, species of Corynebacterium and Streptococcus were the predominant organisms.

(5) 33% of the microbial strains isolated from gastric juice reduced nitrate to nitrite. Most of the nitrate-positive strains were from genera described as positive in conventional diagnostic schemes.

D229a A25

# Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

The gastric microbial flora of normal fasting volunteers has been studied before and after four weeks treatment with ranitidine, an $H_2$-receptor antagonist that produces gastric hypochlorhydria.

## Materials and Methods

Specimens from the volunteers were collected and processed, either immediately or within 30 m of sampling, in the Clinical Pharmacology Unit, Ware. The materials were then transported to the Microbiology Division, Greenford for subsequent analysis.

Volunteers - Twelve healthy male volunteers were entered into the study (Table 1). Each volunteer received 150 mg ranitidine b.d. for 29 days commencing Wednesday 24th June 1981.

Specimens - Samples of 'fasting' gastric juice were removed via a nasogastric tube on three occasions: (1) prior to the first dose of ranitidine (day 1), (2) on day 28, approximately 12 h after the previous dose of ranitidine, and (3) on day 29, approximately 3 h after the last dose of ranitidine. Swabs (ENT swab, Medical Wire and Equipment Co Ltd.,) were taken of the nasal cavity and pharyngeal region of the throat prior to the passage of the nasogastric tube. For further details see Clinical Pharmacology Studies protocol CP:16:81.

Bacteriological Methods - Nasal and throat swabs were placed in 1 ml Brain Heart Infusion broth (Oxoid Ltd.,) for 30 m at room temperature. 0.1 ml aliquots of broth were transferred to blood agar plates (blood agar base containing 5% defibrinated horse blood, Oxoid Ltd.,) spread over half the surface and allowed to dry. Streaks were made from the inoculated portion using disposable platic loops (A/S Nunc). Agar plates were incubated aerobically at 37°C for 24 h. Estimations were made of the numbers of individual bacterial types constituting the flora at each site and isolates taken for identification.

Specimens of gastric juice were briefly agitated and a small portion removed for pH-determination using wide-range 'Lyphan' indicator paper (Camlab). The samples were diluted in phosphate buffer (pH 7.0) according to the scheme shown in Table 2. 0.1 ml aliquots of the dilutions were spread over the surface of the culture media listed in Table 3, and plates incubated under the conditions specified. $CO_2$-enriched and anaerobic ($H_2$ + $CO_2$) conditions were generated using the 'GasPak' systems (Becton Dickinson and Co. Ltd.,). Total microbial counts, calculated from blood agar plates incubated aerobically, with $CO_2$-enrichment, and anaerobically, and differential microbial counts, taken from all media, were estimated and isolates removed for identification.

Microbial isolates were maintained under appropriate conditions on blood agar. Identification of the strains to genus level was performed, where possible, according to a selection of the criteria given in Cowan and Steele's 'Manual for the Identification of Medical Bacteria' and 'Bergey's Manual of Determinative Bacteriology'. A number of strains were speciated using the 'API' microbial identification systems (API 20E for Enterobacteriaceae, API Strep for Streptococci, API Staph for Staphylococci and API 20A for anaerobes, API Laboratory Products Ltd).

Microorganisms isolated from gastric juice were tested for the ability to reduce a source of inorganic nitrate to nitrite by a modification of the method described by Cowan and Steele.

## Results

Complete sets of samples i.e. nasal and throat swabs, and a specimen of gastric juice, were collected from eleven volunteers on each of the three sampling occasions. One volunteer (number 6) was unable to pass the naso-gastric tube on both post-treatment days and has been excluded from the analysis.

Gastric juice pH and corresponding total microbial counts are summarized in Table 4. The pre-treatment samples indicated four volunteers (numbers 2, 5, 11 and 12) to be 'naturally' achlorhydric, with gastric pH > 4, under fasting conditions. Gastric samples from the remaining seven volunteers were acidic, with pH in the range 1 to 2.

In post-treatment specimens there was a noticeable increase in the number of volunteers with gastric pH $\geqslant$ 4. In samples taken 12 h post-dose, when the supressive effect of ranitidine on gastric acid secretion would be expected to be minimal, there was no or insignificant change in gastric pH in four volunteers, a moderate increase from pH 1 to 4 in two volunteers, and a significant increase from pH 2 to 6 in one volunteer when compared to the pretreatment levels. However in specimens collected 3 h post-dose, at the expected 'peak' of supression of gastric acid secretion, five of the latter seven volunteers possessed a raised gastric pH with the majority in the region of pH 7. The four 'naturally' achlorhydric volunteers showed, in general, a slight increase in gastric pH after treatment with ranitidine, although in one (volunteer 11) there was a decrease in the last sample. Two volunteers (numbers 8 and 10) showed no significant change in gastric pH during the study.

The total microbial content (Table 4) and types of organism found in the gastric samples (Appendices I to III and Tables 5 and 6) were intimately related to the gastric pH. With one exception, gastric juice with pH $\geqslant$ 4 yielded a significant microbial flora, both in terms of total numbers and the range of organisms. In the majority of these samples the total microbial count was $10^7$ colony forming units (cfu)/ml or greater, and organisms from 5 to 8 different genera were isolated. In comparison, gastric juice with pH < 4 possessed either no flora (2 samples), less than $10^2$ cfu/ml (5 samples), or a small flora of < $10^4$ cfu/ml (7 samples). The latter specimens contained organisms from only one or two genera.

Nasal and throat swabs from the volunteers (Appendices I to III) contained organisms found typically in the flora of the human upper respiratory tract. All were considered to be 'normal' and no significant changes were noted throughout the study. Small to moderate numbers of staphylococci, micrococci or coryneform bacteria were frequently isolated from nasal swabs, and moderate to large numbers of micrococci, streptococci, coryneform bacteria and strains of Neisseria from throat swabs. Organsims isolated from gastric juice with a significant flora closely resembled the types from the nasopharynx. Coryneform bacteria were most commonly encountered, followed by streptococci, particularly St. salivarius, and other Gram-positive and Gram-negative cocci. Several strains of anaerobic rod were isolated, mostly Gram-negative, but

these were not positively characterised. Organsims which appeared infrequently included strains of Propionibacterium, Fusobacterium, Bacillus, Haemophilus, Enterobacteriaceae and Acinetobacter. Yeasts were found in eleven specimens : ten strains were identified as C. albicans and one as C. zeylanoides. In several instances similar types of organism were isolated from the gastric juice of individual volunteers possessing a significant microbial flora on two or more of the sampling days.

Differences in the distribution and differential counts of organisms isolated from gastric specimens with pH $< 4$ or pH $\geqslant 4$ are shown in Table 6. Except for species of Candida, the number and variety of strains isolated greatly increased in samples with pH $\geqslant 4$. Microbes found in specimens with pH $< 4$ were present in low numbers ($< 10^4$ cfu/ml), and included species of Candida (7 strains), coryneforms (7 strains) and aerobic Gram-positive cocci (3 strains). In contrast, coryneforms and streptococci were found in large numbers ($10^6$-$10^7$ cfu/ml) in the majority of gastric gastric samples with pH $\geqslant 4$. Strains of Veillonella, Neisseria, Propionibacterium, Fusobacterium, Haemophilus, Bacillus, and anaerobic Gram-negative rods were isolated less frequently, but also in large numbers. Micrococci were present to a variable degree ($< 10^2$ cfu/ml to approximately $10^6$ cfu/ml), but staphylococci, Enterobacteriaceae, Acinetobacter and yeasts were found always in small numbers (approximately $10^2$-$10^3$ cfu/ml). Anaerobic bacteria were isolated almost exclusively from samples with pH $\geqslant 4$.

Gastric microorganisms were tested for the ability to reduce a source of inorganic nitrate to nitrite. Of the 175 strains examined, 58 (33%) were found to reduce nitrate to nitrite (Table 7). Most of the nitrate-positive strains were from genera described as positive in conventional diagnostic schemes. Approximately 50% of the nitrate-reducing bacteria from gastric juice were present in small numbers but others, notably strains of Veillonella, were found in considerably larger numbers. Almost all members of the predominant species from gastric juice i.e. Corynebacterium spp and Streptococcus spp did not reduce nitrate.

D229a A29

## Comments

(1) Our observation that the presence of a significant gastric flora is determined by the intragastric pH is confirmed in other studies[3,4,6]. A bacterial flora is rapidly established when gastric pH rises above 3, but significant numbers of organisms are reported only when pH $\geqslant$ 4[3,4]. In an investigation of normal volunteers and patients with duodenal ulcers receiving cimetidine, changes in the gastric microflora was not associated with changes in the total bile acid or gastric emptying, neither of which were influenced by the compound[3].

(2) The gastric flora is reported to represent the nasopharygeal and salivary bacteria[4,6]. 'Faecal' organisms, such as the faecal streptococci, enterobacteriaceae etc. were found infrequently in this study and are not commonly reported in the gastric juice of normal individuals[4]. Colonization of the stomach by these organisms was noted, however, in patients with gastric disease receiving cimetidine[6].

(3) The most frequently encountered organisms from gastric juice were similar to those identified elsewhere[4], but some, notably species of Lactobacillus, were not isolated. Yeasts were found in fewer specimens than Franklin and Skoryna[4], but are often reported in small numbers in gastric samples with an acidic pH[5].

David M. Cox
Chemotherapy Department
Microbiology Division

15th October 1981

D229a A30

References

1. 'Bergeys Manual of Determinative Bacteriology' - 8th Edition (Williams and Wilkins).

2. Cowan and Steele 'Manual for the Identification of Medical Bacteria' - 2nd Edition (Cambridge University Press).

3. Deane, Youngs, Poxon, Keighley, Alexander-Williams and Burdon - 'Cimetidine and Gastric Microflora' (1980). British Journal of Surgery, 67, 371.

4. Franklin and Skoryna - 'Studies on Natural Gastric Flora : Survival of Bacteria in Fasting Human Subjects' (1971) C.M.A. Journal, 105, 380-386.

5. Muscroft, Youngs, Burdon, Keighley - 'Cimetidine is Unlikely to Increase Formation of Intragastric N-Nitroso-Compounds in Patients Taking a Normal Diet' (1981). The Lancet, February 21, 408-410.

6. Ruddell, Axon, Bartholomew and Hill - 'Effect of Cimetidine on the Gastric Bacterial Flora' (1980). The Lancet, March 29, 672-674.

D229a A7

TABLE 1 Details of volunteers

| Study number | Volunteer number | Age (years) | Weight (kg) | Height (m) |
|---|---|---|---|---|
| 1 | 1606 | 27 | 80.2 | 1.91 |
| 2 | 1209 | 25 | 70.4 | 1.83 |
| 3 | 1607 | 31 | 72.5 | 1.82 |
| 4 | 1114 | 35 | 79.2 | 1.84 |
| 5 | 1002 | 45 | 79.6 | 1.76 |
| 6 | 1308 | 27 | 64.6 | 1.70 |
| 7 | 1307 | 27 | 83.4 | 1.90 |
| 8 | 1018 | 26 | 72.4 | 1.79 |
| 9 | 1430 | 25 | 75.7 | 1.61 |
| 10 | 1115 | 19 | 64.1 | 1.72 |
| 11 | 1304 | 30 | 66.6 | 1.80 |
| 12 | 1501 | 33 | 77.7 | 1.82 |

D229a A8

TABLE 2 Dilution of Gastric Juice According to pH

| Gastric Juice pH | Sample Dilutions | | | | | |
|---|---|---|---|---|---|---|
| ≤ 3 | Neat | $10^{-1}$ | | | | |
| 3 - 4 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | | |
| 4 - 5 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | $10^{-4}$ | |
| ≥ 5 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | $10^{-4}$ | 10-5 |

Confidential Information – Subject to Protective Order

D229a A9

TABLE 3 Culture Media for Microbiological Assessment of Gastric Juice

| Medium* | Incubation Atmosphere | Incubation Temperature | Incubation Period |
|---|---|---|---|
| Blood Agar Base containing 5% defibrinated horse blood | aerobic | 37°C | 24 h |
| | $CO_2$-enriched | 37°C | 48 h |
| | anaerobic | 37°C | 48 h |
| Kanamycin Aesculin Azide Agar | aerobic | 37°C | 24 h |
| Cysteine Lactose Electrolyte-Deficient Agar | aerobic | 37°C | 24 h |
| Tomato Juice Agar | anaerobic | 37°C | 48 h |
| Sabourauds Dextrose Agar | aerobic | 27°C | 1 week |

* media and supplements manufactured by Oxoid Ltd.

D229a B-06

Table 4 pH and Total Microbial Counts of Gastric Juice

| Volunteer Study Number | Pretreatment Sample pH | Pretreatment Sample Total Count cfu/ml | Post-treatment Samples A. 12 h Post Dose pH | A. 12 h Post Dose Total Count cfu/ml | B. 3 hr Post Dose pH | B. 3 hr Post Dose Total Count cfu/ml |
|---|---|---|---|---|---|---|
| 1 | 1 | $1.8 \times 10^2$ | 1 | $< 10^2$ | 7 | $7.3 \times 10^7$ |
| 2 | 4-5 | $1.9 \times 10^5$ | 6 | $3.6 \times 10^7$ | 6-7 | $1.3 \times 10^8$ |
| 3 | 1 | nil | 4 | $< 10^2$ | 7 | $1.3 \times 10^7$ |
| 4 | 2 | $< 10^2$ | 6 | $2.6 \times 10^7$ | 7 | $2.5 \times 10^7$ |
| 5 | 5 | $1.3 \times 10^7$ | 5 | $3.6 \times 10^7$ | 7 | $2.7 \times 10^7$ |
| 6 | 1 | $< 10^2$ | - no sample - | | - no sample - | |
| 7 | 1 | $1.2 \times 10^3$ | 1 | $6.2 \times 10^3$ | 6 | $3.4 \times 10^7$ |
| 8 | 1 | $< 10^2$ | 2 | $8.6 \times 10^2$ | 2 | $5.8 \times 10^3$ |
| 9 | 2 | nil | 4 | $1.1 \times 10^7$ | 7 | $2.3 \times 10^7$ |
| 10 | 1 | $4.7 \times 10^2$ | 2 | $< 10^2$ | 2 | $1.6 \times 10^2$ |
| 11 | 7 | $4.1 \times 10^7$ | 8 | $7.1 \times 10^7$ | 4 | $3.3 \times 10^6$ |
| 12 | 6 | $3.2 \times 10^7$ | 6 | $3.1 \times 10^7$ | 7 | $4.3 \times 10^7$ |

Confidential Information – Subject to Protective Order

D229a B-07

Table 5 Organisms Isolated from Gastric Juice

| Organism (number of strains) | Volunteer Number/Day of Sampling*/Gastric Juice pH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | | 7 | | | 8 | | | 9 | | | 10 | | | 11 | | | 12 | | |
| | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B |
| | 1 | 1 | 7 | 4-5 | 6 | 6-7 | 1 | 4 | 7 | 2 | 6 | 7 | 5 | 5 | 7 | 1 | 1 | 6 | 1 | 2 | 2 | 2 | 4 | 7 | 1 | 2 | 2 | 7 | 8 | 4 | 6 | 6 | 7 |
| S. aureus (5) | | | | | | x | | | | | | | | | | | | x | | | | | x | x | | | | x | | | | | |
| S. epidermidis (10) | | | x | x | | x | | | x | | | | x | x | x | | | | | | | | | x | x | | | | | x | | | |
| Micrococcus sp (16) | | | x | x | x | | | | x | | x | x | | | | | x | | | | | | x | | | | | x | x | x | x | x | x |
| St. faecalis (4) | | | | | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | | |
| St. mitis (7) | | | | x | x | | | | | | x | | | x | | | | | | | | | x | x | | | | | | | | x | |
| St. salivarius (17) | | | x | x | | x | | | x | | x | x | x | x | | | | x | | | | | x | x | | | | x | x | x | x | x | x |
| Corynebacterium sp (49) | | | x | x | x | x | | x | x | | x | x | x | x | x | x | x | x | x | x | x | | x | x | | | | x | x | x | x | x | x |
| Propionibacterium sp (4) | | | x | | | | | | | | | | | | | | | | | | | | x | | | | | x | | | x | | |
| anaerobic streptococci (5) | | | x | | | | | | | | | | | | | | | | | | | | x | x | | | | | | | | x | x |
| Veillonella sp (13) | | | | x | x | x | | | x | | x | x | x | | x | | | x | | | | | x | x | | | | | | x | | x | |
| Neisseria sp (10) | | | | x | x | | | | x | | | x | x | | | | | x | | | | | x | x | | | | | x | | x | | |
| Enterobacteriaceae (7) | | | | x | x | x | | | | | x | x | | | | | | | | | | | | x | | | | | | | | | |
| Haemophilus sp (2) | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| Fusobacterium sp (2) | | | | | | | | | x | | | | | | | | | x | | | | | | | | | | | | | | | |
| anaerobic gram-negative rods (11) | | | x | x | x | | | | | | x | x | | x | x | | | | | | | | | x | | | | | | x | | x | x |
| others# (9) | | | | | x1 | x4 | | | | | | | | | x5 | | | x6 | | x2 | | | | | | | | | | x7 | | x3 | |
| C. albicans (10) | x | x | x | | | | | | | x | x | x | | x | | | | | | | | | | | x | x | x | | | | | | |

* Day of sampling : Pre-pretreatment (day 1)
A - day 28
B - day 29

# other organisms :
1. A.calco. var anitratus
2. C.zeylanoides
3. Bacillus sp
4. St. sanguis
5. St. faecium, St. sanguis
6. anaerobic gram-positive rod
7. Group B streptococcus, Bacillus sp

Confidential Information – Subject to Protective Order

D229a B-08

Table 6 Distribution and Differential Counts of Organisms Isolated from Gastric Juice with pH < 4 or pH > 4

| Organism | Gastric Juice pH < 4 | | | Gastric Juice pH > 4 | | |
|---|---|---|---|---|---|---|
| | Number of Positive Specimens | Count or Range of Counts cfu/ml | Median Count in Range: | Number of Positive Specimens | Count or Range of Counts cfu/ml | Median Count in Range: |
| Corynebacterium sp | 5 | $< 10^2$-$5.8x10^3$ | $10^3$-$10^4$ | 20 | $<10^2$-$2.9x10^7$ | $10^6$-$10^7$ |
| Group B Streptococci | nil | | | 1 | $3.4x10^3$ | $10^3$-$10^4$ |
| St. faecalis | 1 | $< 10^2$ | 0-$10^2$ | 3 | $8.8x10^5$-$2.1x10^6$ | $10^6$-$10^7$ |
| St. faecium | nil | | | 1 | $2.1x10^6$ | $10^6$-$10^7$ |
| St. mitis | nil | | | 7 | $9.3x10^3$-$5x10^6$ | $10^6$-$10^7$ |
| St. salivarius | nil | | | 17 | $1.4x10^4$-$1.6x10^7$ | $10^6$-$10^7$ |
| St. sanguis | nil | | | 2 | $1.8x10^6$-$2x10^7$ | $10^6$-$10^7$ |
| Micrococcus sp | 1 | $4 x 10^2$ | $10^2$-$10^3$ | 13 | $<10^2$-$1.9x10^6$ | $10^6$-$10^7$ |
| Veillonella sp | nil | | | 13 | $3.9x10^4$-$1.4x10^7$ | $10^6$-$10^7$ |
| S. epidermidis | 1 | $4.7 x 10^2$ | $10^2$-$10^3$ | 9 | $<10^2$-$6x10^5$ | $10^2$-$10^3$ |
| Neisseria sp | nil | | | 10 | $1.6x10^3$-$2.7x10^6$ | $10^6$-$10^7$ |
| anaerobic Corynebacterium sp | 2 | $1.4x10^2$-$1.2x10^3$ | $10^2$-$10^3$ | 5 | $3.4x10^2$-$6.6x10^6$ | $10^6$-$10^7$ |
| S. aureus | nil | | | 5 | $<10^2$-$2.7x10^4$ | $10^2$-$10^3$ |
| anaerobic streptococci | nil | | | 5 | $3.1x10^5$-$1.4x10^7$ | $10^5$-$10^7$ |
| Propionibacterium sp | nil | | | 4 | $4.5x10^4$-$2.3x10^7$ | $10^4$-$10^8$ |
| Bacillus sp | nil | | | 2 | $2.4x10^3$-$1.9x10^5$ | $10^3$-$10^6$ |
| Fusobacterium sp | nil | | | 2 | $9x10^5$-$2.5x10^6$ | $10^5$-$10^7$ |
| Haemophilus sp | nil | | | 2 | $5.7x10^3$-$1.2x10^6$ | $10^3$-$10^7$ |
| Enterbacteriaceae | nil | | | 6 | $<10^2$-$1.4x10^3$ | $10^2$-$10^3$ |
| A. calco var anitratus | nil | | | 1 | $1.3x10^2$ | $10^2$-$10^3$ |
| anaerobic gram-positive rods | nil | | | 1 | $1x10^3$ | $10^3$-$10^4$ |
| anaerobic gram-negative rods | nil | | | 11 | $7x10^4$-$7.6x10^6$ | $10^6$-$10^7$ |
| Candida sp | 7 | $<10^2$-$1.8x10^2$ | 0-$10^2$ | 4 | $<10^2$-$5.4x10^2$ | $10^2$-$10^3$ |

Confidential Information – Subject to Protective Order

DD229a B-09

Table 7 Ability of strains Isolated from Gastric Juice to Reduce Nitrate to Nitrite

| Organism (number of strains) | 'Classical' Ability to Reduce Nitrate to Nitrite* | Nitrate Reduction :- No. Strains Tested | No. Positive (%) |
|---|---|---|---|
| *Corynebacterium* sp (42) | v | 41 | 3 (7) |
| *Streptococcus* sp (32) | - | 32 | 0 (0) |
| *Micrococcus* sp (16) | v | 16 | 13 (81) |
| *Veillonella* sp (13) | + | 13 | 13 (100) |
| *S. epidermidis* (10) | v | 10 | 10 (100) |
| *Neisseria* sp (10) | v | 5 | 0 (0) |
| anaerobic *Corynebacterium* sp (7) | | 7 | 0 (0) |
| *S. aureus* (5) | + | 5 | 5 (100) |
| anaerobic streptocci (5) | | 5 | 0 (0) |
| *Propionibacterium* sp (4) | v | 4 | 4 (100) |
| *Bacillus* sp (2) | v | 2 | 1 (50) |
| *Fusobacterium* sp (2) | - | 2 | 0 (0) |
| *Haemophilus* sp (2) | + | 2 | 1 (50) |
| *E. coli* (2) | + | 2 | 2 (100) |
| *Kl. oxytoca* (2) | + | 2 | 2 (100) |
| *Serratia* sp (2) | + | 2 | 2 (100) |
| *A. calco* var anitratus (1) | - | 1 | 0 (0) |
| *Ent. agglomerans* (1) | + | 1 | 1 (100) |
| anaerobic gram-positive rods (1) | | 1 | 0 (0) |
| anaerobic gram-negative rods (11) | | 11 | 1 (9) |
| *Candida* sp (11) | | 11 | 0 (0) |
| Total | | 175 | 58 (33) |

* Taken from Cowan and Steele's 'Manual for the Identification of Medical Bacteria' and 'Bergey's Manual of Determinative Bacteriology'.

\+ = 85-100% strains positive v = variable reactions given by different strains

\- = 0-15% strains positive

D229a A10

Key to Abbreviations/Symbols in Tables and Appendices :-

Microbial Names :-

S - Staphylococcus

M - Micrococcus

St - Streptococcus

A.calco - Acinetobacter calcoaceticus

E - Escherichia

Ent - Enterobacter

Kl - Klebsiella

C - Candida

Microbial Identification and Tests :-

(T) - tentative identification

NT - not tested

Baceterial Numbers for Nasal/Throat Swabs :-

\+ - 1 to 50 colonies ('scanty')

++ - 50 to 500 colonies ('moderate')

+++ - > 500 colonies ('heavy')

Confidential Information – Subject to Protective Order

D229a A11

Appendix I Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : Pretreatment (Day 1)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology: Site | Nasal/Throat Swab Bacteriology: Organism (numbers) | Gastric pH | Gastric Juice Bacteriology: Total Bacterial Count cfu/ml | Gastric Juice Bacteriology: Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. aureus (+) | 1 | $1.8 \times 10^2$ | C. albicans | $1.8 \times 10^2$ | - |
| | | S. epidermidis (+) | | | | | |
| | throat | St. salivarius (++) | | | | | |
| | | Corynebacterium spp. (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 2. | nasal | S. epidermidis (+) | 4-5 | $1.9 \times 10^5$ | S. epidermidis | $< 10^2$ | + |
| | | Corynebacterium sp (+) | | | M. tetragenus | $2.5 \times 10^3$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $9.3 \times 10^3$ | - |
| | | Streptococci (+++) | | | St. salivarius | $1.4 \times 10^4$ | - |
| | | Neisseria sp (+) | | | Corynebacterium spp.- | | |
| | | | | | α-haemolytic types | $1.2 \times 10^4$ | - |
| | | | | | non-haemolytic types | $6.5 \times 10^3$ | - |
| | | | | | Veillonella sp (T) | $3.9 \times 10^4$ | + |
| | | | | | Neisseria sp | $1.6 \times 10^3$ | - |
| | | | | | Ent. agglomerans | $< 10^2$ | + |
| | | | | | Kl. oxytoca | $1.4 \times 10^3$ | + |
| | | | | | Haemophilus sp (T) | $5.7 \times 10^3$ | + |
| | | | | | anaerobic gram-negative rod | $7 \times 10^4$ | - |
| 3. | nasal | Bacillus sp (+++) | 1 | nil | none isolated | | |
| | throat | no growth | | | | | |
| 4. | nasal | S. epidermidis (+) | 2 | $< 10^2$ | St. faecalis | $< 10^2$ | - |
| | | Corynebacterium sp (++) | | | C. albicans | $< 10^2$ | - |
| | throat | Bacillus sp (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| | | gram-negative rod (+++) | | | | | |

Confidential Information – Subject to Protective Order

D229a A12

Appendix I - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 5. | nasal | S. epidermidis (++) | 5 | $1.3 \times 10^7$ | S. epidermidis | $1.5 \times 10^2$ | + |
| | | Corynebacterium sp (+) | | | St. salivarius | $3 \times 10^6$ | - |
| | throat | Streptococci (+++) | | | Corynebacterium sp | $4.3 \times 10^6$ | - |
| | | Bacillus sp (+++) | | | Neisseria sp | $1.4 \times 10^6$ | NT |
| | | Neisseria sp (++) | | | Veillonella sp (T) | $7 \times 10^5$ | + |
| | | Kl. oxytoca (+) | | | | | |
| 6. | nasal | no growth | 1 | $< 10^2$ | anaerobic | | |
| | throat | streptococci (+++) | | | Corynebacterium sp | $< 10^2$ | - |
| | | Neisseria sp (+++) | | | C. albicans | $< 10^2$ | - |
| 7. | nasal | S. epidermidis (++) | 1 | $1.2 \times 10^3$ | Corynebacterium sp | $1.2 \times 10^3$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | S. aureus (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| 8. | nasal | S. epidermidis (+) | 1 | $< 10^2$ | Corynebacterium sp | $< 10^2$ | - |
| | throat | M. tetragenus (++) | | | | | |
| | | Streptococci (+++) | | | | | |
| | | Corynebacterium spp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 9. | nasal | Micrococcus sp (+++) | 2 | nil. | none isolated | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | Micrococcus sp (+) | | | | | |
| | | Streptococci (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |

GSKZAN0000090208

Confidential Information – Subject to Protective Order

D229a A13

Appendix I - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 10. | nasal | S. aureus (+) | 1 | $4.7 \times 10^2$ | S. epidermidis | $4.7 \times 10^2$ | + |
| | | S. epidermidis (++) | | | C. albicans | $< 10^2$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | Streptococci (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 11. | nasal | S. aureus (+) | 7 | $4.1 \times 10^7$ | S. aureus | $< 10^2$ | + |
| | throat | M. tetragenus (++) | | | Micrococcus sp | $1.4 \times 10^6$ | + |
| | | streptococci (+++) | | | St. salivarius | $1.4 \times 10^6$ | - |
| | | Corynebacterium spp (+++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (+++) | | | α-haemolytic types | $1.2 \times 10^7$ | - |
| | | | | | non-haemolytic types | $4.8 \times 10^5$ | - |
| | | | | | Propionibacterium sp (T) | $5 \times 10^6$ | + |
| 12. | nasal | Corynebacterium spp (++) | 6 | $3.2 \times 10^7$ | Micrococcus sp (1) | $2.4 \times 10^4$ | - |
| | | Bacillus sp (++) | | | Micrococcus sp (2) | $2.8 \times 10^6$ | + |
| | | gram-negative rod (+) | | | St. salivarius | $1.3 \times 10^7$ | - |
| | throat | M. tetragenus (++) | | | Corynebacterium sp | $3.5 \times 10^6$ | - |
| | | Streptococci (+++) | | | Propionibacterium sp (T) | $4.5 \times 10^4$ | + |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (++) | | | Neisseria sp | $2.3 \times 10^6$ | NT |

GSKZAN0000090210

Confidential Information – Subject to Protective Order

D229a A14

Appendix II Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : 12h Post-Dose (Day 28)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology: Site | Nasal/Throat Swab Bacteriology: Organism (numbers) | Gastric pH | Gastric Juice Bacteriology: Total Bacterial Count cfu/ml | Gastric Juice Bacteriology: Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. aureus (+) | 1 | < $10^2$ | C. albicans | < $10^2$ | - |
| | | S. epidermidis (++) | | | | | |
| | | Micrococcus sp (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | throat | M. luteus (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 2. | nasal | S. epidermidis (++) | 6 | $3.6 \times 10^7$ | Micrococcus sp | $1.2 \times 10^2$ | + |
| | | M. flavus (+) | | | St. faecalis | $2.1 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. mitis (T) | $5 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium sp | $9.4 \times 10^6$ | - |
| | | St. mitis (++) | | | Veillonella sp (T) | $4.5 \times 10^6$ | + |
| | | St. salivarius (++) | | | anaerobic Corynebacterium sp | $3.1 \times 10^5$ | - |
| | | Corynebacterium spp (+++) | | | Neisseria sp | $2.6 \times 10^6$ | - |
| | | Neisseria sp (+++) | | | A.calco.var anitratus | $1.3 \times 10^2$ | - |
| | | | | | Kl. oxytoca | < $10^2$ | + |
| | | | | | anaerobic gram-negative rod | $4.4 \times 10^5$ | + |
| 3. | nasal | S. aureus (++) | 4 | < $10^2$ | Corynebacterium sp | < $10^2$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | St. mitis (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |

GSKZAN0000090212

Confidential Information – Subject to Protective Order

D229a A15

Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 4. | nasal | S. epidermidis (++) | 6 | $2.6 \times 10^7$ | Micrococcus sp | $< 10^2$ | + |
| | | Corynebacterium spp (+++) | | | St. faecalis | $8.8 \times 10^5$ | - |
| | throat | M. tetragenus (+++) | | | St. mitis | $2.3 \times 10^6$ | - |
| | | St. mitis (+) | | | St. salivarius | $7 \times 10^5$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (+++) | | | α-haemolytic types | $3.4 \times 10^6$ | - |
| | | | | | non-haemolytic types | $5.9 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $4.3 \times 10^6$ | + |
| | | | | | anaerobic Corynebacterium sp | $6 \times 10^6$ | - |
| | | | | | Serratia sp | $1.8 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $1.5 \times 10^6$ | - |
| | | | | | C. albicans | $1.4 \times 10^2$ | - |
| 5. | nasal | S. epidermidis (+) | 5 | $3.6 \times 10^7$ | S. epidermidis | $6 \times 10^5$ | + |
| | | Micrococcus sp (p) (++) | | | St. mitis | $5 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. salivarius | $3.7 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium spp- | | |
| | | St. mitis (++) | | | α-haemolytic types | $6.4 \times 10^6$ | - |
| | | St. salivarius (++) | | | non-haemolytic types | $9.2 \times 10^6$ | - |
| | | Corynebacterium spp (++) | | | anaerobic gram-negative rod | $5 \times 10^5$ | - |
| | | Neisseria sp (+) | | | C. albicans | $< 10^2$ | |
| 6. | nasal | S. aureus (+++) | No sample | | | | |
| | | S. epidermidis (++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | Micrococcus sp (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp | | | | | |

Confidential Information – Subject to Protective Order



Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 7. | nasal | S. epidermidis (++) | 1 | $6.2 \times 10^3$ | Micrococcus sp | $4 \times 10^2$ | + |
| | | M. luteus (+) | | | Corynebacterium sp | $5.8 \times 10^3$ | NT |
| | | Corynebacterium sp (++) | | | | | |
| | throat | St. mitis (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 8. | nasal | S. epidermidis (+) | 2 | $8.6 \times 10^2$ | Corynebacterium sp | $6.3 \times 10^2$ | - |
| | | Micrococcus sp (+) | | | anaerobic Coryne- | | |
| | | Corynebacterium sp (+) | | | bacterium sp | $1.4 \times 10^2$ | - |
| | throat | M. tetragenus (+) | | | C. zeylanoides (T) | $< 10^2$ | - |
| | | St. mitis (+) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (+) | | | | | |
| 9. | nasal | S. aureus (++) | 4 | $1.1 \times 10^7$ | S. aureus | $7.7 \times 10^3$ | + |
| | | Corynebacterium sp (+++) | | | Micrococcus sp | $< 10^2$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $1 \times 10^6$ | - |
| | | St. mitis (+) | | | St. salivarius | $5.2 \times 10^5$ | - |
| | | St. salivarius (+) | | | Corynebacterium spp - | | |
| | | Corynebacterium spp (++) | | | α-haemolytic types | $1.4 \times 10^6$ | - |
| | | Neisseria sp (+) | | | non-haemolytic types | $1.5 \times 10^6$ | - |
| | | | | | anaerobic strepto- | | |
| | | | | | coccus (T) | $3.1 \times 10^5$ | - |
| | | | | | Veillonella sp (T) | $2.5 \times 10^6$ | + |
| | | | | | Propionibacterium | | |
| | | | | | sp (T) | $2 \times 10^5$ | + |
| | | | | | Neisseria sp | $3.8 \times 10^5$ | NT |

GSKZAN0000090215

Confidential Information – Subject to Protective Order

D229a A17
Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 10. | nasal | S. aureus (+) | 2 | < $10^2$ | C. albicans | < $10^2$ | - |
| | | S. epidermidis (+) | | | | | |
| | | M. tetragenus (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | throat | M. tetragenus (++) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 11. | nasal | S. aureus (+) | 8 | $7.1 \times 10^7$ | Micrococcus sp (1) | $3 \times 10^3$ | - |
| | | Micrococcus sp (++) | | | Micrococcus sp (2) | $1.9 \times 10^6$ | + |
| | | Corynebacterium sp (++) | | | St. salivarius | $3 \times 10^6$ | - |
| | throat | St. mitis (++) | | | Corynebacterium spp - | | |
| | | St. salivarius (+) | | | α-haemolytic types | $1.5 \times 10^7$ | - |
| | | Corynebacterium spp (++) | | | non-haemolytic type (1) | $1.1 \times 10^7$ | - |
| | | Neisseria sp (++) | | | non-haemolytic type (2) (T) | $3.4 \times 10^6$ | + |
| | | | | | Neisseria sp | $9 \times 10^5$ | - |
| | | | | | Haemophilus sp (T) | $1.2 \times 10^6$ | - |
| 12. | nasal | S. epidermidis (+) | 6 | $3.1 \times 10^7$ | Micrococcus sp | $5.4 \times 10^2$ | + |
| | | Micrococcus sp (++) | | | St. mitis | $3.6 \times 10^6$ | - |
| | | Corynebacterium sp (+) | | | St. salivarius | $2.6 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Bacillus sp | $1.9 \times 10^5$ | + |
| | | St. mitis (+) | | | Cornebacterium spp- | | |
| | | St. salivarius (+) | | | α-haemolytic types | $3.1 \times 10^6$ | - |
| | | Corynebacterium spp (+++) | | | non-haemolytic types | $3.3 \times 10^6$ | - |
| | | Neisseria sp (++) | | | anaerobic streptococcus (T) | $2.2 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $6.5 \times 10^6$ | + |
| | | | | | anaerobic gram-negative rod | $5.5 \times 10^6$ | - |

Confidential Information – Subject to Protective Order

D229a A18

Appendix III Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : 3h Post-Dose (Day 29)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. epidermidis (+) | 7 | $7.3 \times 10^7$ | S. epidermidis | $7.2 \times 10^3$ | + |
| | | Corynebacterium sp (+) | | | Micrococcus sp | $4.1 \times 10^4$ | + |
| | throat | M. tetragenus (+) | | | St. salivarius | $1.6 \times 10^7$ | - |
| | | St. mitis (+) | | | Corynebacterium spp- | | |
| | | St salivarius (++) | | | α-haemolytic types | $1.1 \times 10^7$ | - |
| | | Corynebacterium sp (+) | | | non-haemolytic type | $1.4 \times 10^6$ | + |
| | | Neisseria sp (+) | | | anaerobic Corynebacterium sp | $3.2 \times 10^3$ | - |
| | | | | | Propionibacterium sp (T) | $2.3 \times 10^7$ | + |
| | | | | | anaerobic streptococcus (T) | $1.4 \times 10^7$ | - |
| | | | | | anaerobic gram-negative rod | $1.4 \times 10^6$ | - |
| | | | | | C. albicans | $5.4 \times 10^2$ | - |
| 2. | nasal | S. epidermidis (+) | 6-7 | $1.3 \times 10^8$ | S.aureus | $1.5 \times 10^2$ | + |
| | | M. flavus (++) | | | S.epidermidis | $3.1 \times 10^3$ | + |
| | | Corynebacterium sp (+) | | | St. salivarius | $5 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | St. sanguis | $2 \times 10^7$ | - |
| | | St. mitis (++) | | | Corynebacterium spp | | |
| | | St. salivarius (+) | | | α-haemoltic types | $1.5 \times 10^7$ | - |
| | | Corynebacterium spp (+++) | | | non-haemolytic type (T) | $4.7 \times 10^6$ | + |
| | | | | | Veillonella sp (T) | $1.4 \times 10^7$ | + |
| | | | | | E. coli | $4 \times 10^2$ | + |

[redacted]

GSKZAN0009021 9

Confidential Information – Subject to Protective Order

D229a A19

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 3. | nasal | S. epidermidis (++) | 7 | $1.3 \times 10^7$ | S. epidermidis | $2.4 \times 10^2$ | + |
| | | Micrococcus sp (+) | | | Micrococcus sp | $8.5 \times 10^4$ | + |
| | | Corynebacterium sp (++) | | | St. faecalis | $1.6 \times 10^6$ | - |
| | throat | S. aureus (+) | | | St. salivarius | $2.7 \times 10^6$ | - |
| | | St. salivarius (++) | | | Corynebacterium spp- | | |
| | | Corynebacterium spp (+++) | | | α-haemolytic types | $9.3 \times 10^5$ | - |
| | | Neisseria sp (+) | | | non-haemolytic type | $1.8 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $2.2 \times 10^6$ | + |
| | | | | | Neisseria sp | $8.5 \times 10^5$ | - |
| | | | | | Fusobacterium sp (T) | $9 \times 10^5$ | - |
| 4. | nasal | Corynebacterium (++) | 7 | $2.5 \times 10^7$ | Micrococcus | $3.4 \times 10^5$ | + |
| | | Bacillus sp (+++) | | | St. salivarius | $4.6 \times 10^6$ | - |
| | throat | St. mitis (++) | | | Corynebacterium spp- | | |
| | | St. salivarius (+) | | | α-haemolytic types | $2.8 \times 10^6$ | - |
| | | Corynebacterium sp (+++) | | | non-haemolytic type(1) | $1.4 \times 10^5$ | - |
| | | Neisseria sp (++) | | | non-haemolytic type(2) | $3 \times 10^6$ | - |
| | | | | | anaerobic Coryne-bacterium sp | $6.6 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $2.7 \times 10^6$ | + |
| | | | | | Neisseria sp | $1.7 \times 10^6$ | NT |
| | | | | | Serratia sp | $3 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $3 \times 10^6$ | - |
| | | | | | C. albicans | $1.5 \times 10^2$ | - |

Confidential Information – Subject to Protective Order

D229a A20

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 5. | nasal | S. epidermidis (++) | 7 | $2.7 \times 10^7$ | S. epidermidis | $3.2 \times 10^5$ | + |
| | | Micrococcus sp (+) | | | St. faecium | $2.1 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. sanguis | $1.8 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium spp- | | |
| | | St. mitis (+) | | | α-haemolytic types | $1.2 \times 10^6$ | - |
| | | St. salivarius (+) | | | non-haemolytic types | $5.6 \times 10^6$ | - |
| | | Corynebacterium spp (+++) | | | Veillonella sp (T) | $8.5 \times 10^6$ | + |
| | | Neisseria sp (++) | | | anaerobic gram- | | |
| | | | | | negative rod | $2.4 \times 10^6$ | - |
| 6. | nasal | S.aureus (+++) | no sample | | | | |
| | | S. epidermidis (+) | | | | | |
| | | Bacillus sp (+) | | | | | |
| | throat | S. aureus (+++) | | | | | |
| | | M. tetragenus (+) | | | | | |
| | | Bacillus sp (+) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 7. | nasal | S. epidermidis (+) | 6 | $3.4 \times 10^7$ | S.aureus | $2.7 \times 10^4$ | + |
| | | Micrococcus sp (+) | | | St. salivarius | $5.8 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp- | | |
| | throat | M. tetragenus (+) | | | α-haemolytic types | $7.6 \times 10^6$ | - |
| | | St. salivarius (++) | | | Veillonella sp (T) | $5.5 \times 10^6$ | + |
| | | Corynebacterium sp (+++) | | | anaerobic gram- | | |
| | | Neisseria sp (++) | | | positive rod | $1 \times 10^3$ | - |
| | | | | | Neisseria sp | $5.8 \times 10^5$ | NT |
| | | | | | Fusobacterium sp (T) | $2.5 \times 10^6$ | - |

GSKZAN0000090223

Confidential Information – Subject to Protective Order



Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 8. | nasal | S. epidermidis (+) | 2 | $5.8 \times 10^3$ | Corynebacterium sp | $4.1 \times 10^3$ | - |
| | | Micrococcus sp (+) | | | anaerobic Corynebacterium sp | $1.2 \times 10^3$ | - |
| | throat | St. mitis (++) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Bacillus sp (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 9. | nasal | Bacillus sp (+++) | 7 | $2.3 \times 10^7$ | S. aureus | $5.3 \times 10^2$ | + |
| | | Corynebacterium sp (++) | | | S. epidermidis | $1.3 \times 10^2$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $2.3 \times 10^6$ | - |
| | | S. salivarius (+) | | | St. salivarius | $9 \times 10^5$ | - |
| | | Corynebacterium spp (++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (++) | | | α-haemolytic types | $3.9 \times 10^6$ | - |
| | | | | | non-haemolytic types | $2.4 \times 10^6$ | - |
| | | | | | anaerobic streptococcus (T) | $9 \times 10^5$ | - |
| | | | | | Veillonella sp (T) | $1.9 \times 10^6$ | + |
| | | | | | Neisseria sp | $2.7 \times 10^6$ | - |
| | | | | | E. coli | $1.2 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $1.3 \times 10^6$ | - |
| 10. | nasal | S. epidermidis (++) | 2 | $1.6 \times 10^2$ | C. albicans | $1.6 \times 10^2$ | - |
| | | Micrococcus sp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | M. tetragenus (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | Bacillus sp (++) | | | | | |
| | | Corynebacterium spp (++) | | | | | |
| | | Neisseria sp (++) | | | | | |

Confidential Information – Subject to Protective Order

D229a A22

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology: Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology: Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 11. | nasal | S. epidermidis (++) | 4 | $3.3 \times 10^6$ | S. epidermidis | $1.1 \times 10^3$ | + |
| | | Micrococcus sp (++) | | | Micrococcus sp | $2.6 \times 10^3$ | + |
| | | Corynebacterium sp (++) | | | Group B streptococcus | $3.4 \times 10^3$ | - |
| | throat | St. mitis (++) | | | St. salivarius | $2.3 \times 10^4$ | - |
| | | St. Salivarius (++) | | | Bacillus sp (T) | $2.4 \times 10^3$ | - |
| | | Bacillus sp (+) | | | Corynebacterium spp - | | |
| | | Corynebacterium spp (++) | | | α-haemolytic types | $1.4 \times 10^4$ | - |
| | | Neisseria sp (++) | | | non-haemolytic types | $1.7 \times 10^4$ | - |
| | | | | | anaerobic Corynebacterium sp | $3.4 \times 10^2$ | - |
| | | | | | Veillonella sp (T) | $2.6 \times 10^6$ | + |
| | | | | | anaerobic gram-negative rod | $7.2 \times 10^4$ | - |
| 12. | nasal | S. epidermidis (++) | 7 | $4.3 \times 10^7$ | Micrococcus sp | $9 \times 10^5$ | - |
| | | Micrococcus sp (+) | | | St. salivarius | $3.9 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp | | |
| | throat | Micrococcus sp (++) | | | α-haemolytic types | $1.9 \times 10^6$ | - |
| | | M. tetragenus (++) | | | non-haemolytic types | $9.4 \times 10^6$ | - |
| | | St. mitis (++) | | | anaerobic streptococcus (T) | $4.8 \times 10^6$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | anaerobic gram-negative rod | $7.6 \times 10^6$ | - |

231a/ B9

## APPENDIX II

## Statistical Analysis

## Study of gastric bacterial flora and gastric juice pH in healthy volunteers given four weeks treatment with ranitidine - Protocol CP:16:81

### Introduction

12 healthy volunteers were admitted to the study and 11 of these provided samples of gastric juice before treatment and after four weeks treatment with ranitidine 150 mg bd. The two post-treatment samples were taken on successive days, one about 12 hours after the bed-time tablet and one about 3 hours after the morning tablet. Volunteer number 6 was unable to provide both post-treatment samples, and was excluded from the analysis.

For each sample, pH and total and differential microbial counts were measured.

### Results

The study was conducted on an open basis with no control observations. It is impossible to unambiguously test for and estimate effects due to ranitidine. I have therefore limited statistical significance testing to the assessment of correlations between pH and total microbial count.

i) pH

Throughout this analysis I have used the integer-valued pH readings used in the microbiology report. Table 1 gives the individual pH values, and indicates the direction of any changes between the three assessments for each subject.

10/11 subjects had a higher pH for the 3 hour sample relative to the pre-treatment sample. The remaining subject had a lower pH, but the pre-treatment pH (7) was high. Seven subjects had a higher pH for the 12 hour sample compared with baseline, the remaining subjects having unchanged values.

ii) Total microbial count

Table 2 gives the individual gastric juice total microbial counts, and shows the direction of any changes between the three assessments for each subject.

Nine subjects had a higher count and two subjects a lower count relative to the pre-treatment sample. 8 subjects had a higher count for the 12 hour sample compared with baseline.

iii) Correlation between pH and total microbial count

The data are too coarse to attempt a regression analysis in which we establish an empirical relation between total microbial count and pH. I have looked instead at rank correlations. We can examine two distinct correlations.

a) Within-subject correlation

We look for any association between the ranks of the pH values and the ranks of the counts where the ranks are given within each subject. We can define Kendall's rank correlation coefficient $\tau$ which ranges in value from -1 (perfect discordance) through 0 (no rank correlation) to +1 (perfect concordance). Table 3 gives the within-subject ranks together with the estimates of $\tau$.

The weighted average rank correlation is .53 which is significantly different from zero, $P < .01$. Thus, within a subject there is evidence that higher values of pH are associated with higher total microbial counts.

b) Between-subject correlation

We can also look for a correlation between the ranks of the average responses for pH and total count for a subject. In other words, do patients with relatively high values of pH

tend to have high total microbial counts? The choice of average is arbitrary but I have used medians, and Table 4 shows these together with their between-subject ranks.

Kendall's rank correlation coefficient is .62 which is significantly different from zero, $P < .01$.

iv) Nitrate reduction

I do not think that formal statistical analysis can contribute anything extra to the understanding of the nitrate reduction data.

Confidential Information – Subject to Protective Order

231a/ B9

Table 1 - pH

| Subject | Pre-treatment sample | 3 hour sample | 12 hour sample | Sign of difference '3 hr' - PT | '12 hr' - PT | '12 hr'-'3 hr' |
|---|---|---|---|---|---|---|
| 1 | 1 | 7 | 1 | + | 0 | - |
| 2 | 4 - 5 | 6 -7 | 6 | + | + | - |
| 3 | 1 | 7 | 4 | + | + | - |
| 4 | 2 | 7 | 6 | + | + | - |
| 5 | 5 | 7 | 5 | + | 0 | - |
| 7 | 1 | 6 | 1 | + | 0 | - |
| 8 | 1 | 2 | 2 | + | + | 0 |
| 9 | 2 | 7 | 4 | + | + | - |
| 10 | 1 | 2 | 2 | + | + | 0 |
| 11 | 7 | 4 | 8 | - | + | + |
| 12 | 6 | 7 | 6 | + | 0 | - |
| Median | 2 | 7 | 4 | | | |
| Range | 1 - 7 | 2 - 7 | 1 - 8 | | | |

- decrease
0 no change
+ increase

GSKZAN0000990232

Confidential Information – Subject to Protective Order

231a/ B10

Table 2 - Total microbial counts (cfu/ml)

| Subject | Pre-treatment sample | 3 hour sample | 12 hour sample | Sign of difference '3 hr'-PT | '12 hr'-PT | '12 hr'-'3 hr' |
|---|---|---|---|---|---|---|
| 1 | $1.8 \times 10^2$ | $7.3 \times 10^7$ | $<10^2$ | + | - | - |
| 2 | $1.9 \times 10^5$ | $1.3 \times 10^8$ | $3.6 \times 10^7$ | + | + | - |
| 3 | 0 | $1.3 \times 10^7$ | $<10^2$ | + | + | - |
| 4 | $<10^2$ | $2.5 \times 10^7$ | $2.6 \times 10^7$ | + | + | + |
| 5 | $1.3 \times 10^7$ | $2.7 \times 10^7$ | $3.6 \times 10^7$ | + | + | + |
| 7 | $1.2 \times 10^3$ | $3.4 \times 10^7$ | $6.2 \times 10^3$ | + | + | - |
| 8 | $<10^2$ | $5.8 \times 10^3$ | $8.6 \times 10^2$ | + | + | - |
| 9 | 0 | $2.3 \times 10^7$ | $1.1 \times 10^7$ | + | + | - |
| 10 | $4.7 \times 10^2$ | $1.6 \times 10^2$ | $<10^2$ | - | - | - |
| 11 | $4.1 \times 10^7$ | $3.3 \times 10^6$ | $7.1 \times 10^7$ | - | + | + |
| 12 | $3.2 \times 10^7$ | $4.3 \times 10^7$ | $3.1 \times 10^7$ | + | - | - |
| Median | $4.7 \times 10^2$ | $2.5 \times 10^7$ | $1.1 \times 10^7$ | | | |
| Range | $0-4.1 \times 10^7$ | $1.6 \times 10^2-1.3 \times 10^8$ | $<10^2-7.1 \times 10^7$ | | | |

- decrease
+ increase

Confidential Information – Subject to Protective Order

231a/ B11

Table 3 - Within-subject ranks of pH (X) and total microbial count (Y)

| Subject | Pre-treatment sample Rank (X), Rank (Y) | 3 hour sample Rank (X), Rank (Y) | 12 hour sample Rank (X), Rank (Y) | $\hat{\tau}$ |
|---|---|---|---|---|
| 1 | 1.5, 2 | 3, 3 | 1.5, 1 | .67 |
| 2 | 1, 1 | 3, 3 | 2, 2 | 1.00 |
| 3 | 1, 1 | 3, 3 | 2, 2 | 1.00 |
| 4 | 1, 1 | 3, 2 | 2, 3 | .33 |
| 5 | 1.5, 1 | 3, 2 | 1.5, 3 | .00 |
| 7 | 1.5, 1 | 3, 3 | 1.5, 2 | .67 |
| 8 | 1, 1 | 2.5, 3 | 2.5, 2 | .67 |
| 9 | 1, 1 | 3, 3 | 2, 2 | 1.00 |
| 10 | 1, 3 | 2.5, 2 | 2.5, 1 | -.67 |
| 11 | 2, 2 | 1, 1 | 3, 3 | 1.00 |
| 12 | 1.5, 2 | 3, 3 | 1.5, 1 | .67 |

GSKZAN0000990234

Confidential Information – Subject to Protective Order

231a/ B12

Table 4 - Median responses of pH and total microbial count and between-subject ranks

| Subject | pH | Rank | Total microbial count (cfu/ml) | Rank |
|---|---|---|---|---|
| 1 | 1 | 1.5 | $1.8 \times 10^2$ | 3 |
| 2 | 6 | 9 | $3.6 \times 10^7$ | 10 |
| 3 | 4 | 5.5 | $<10^2$ | 1 |
| 4 | 6 | 9 | $2.5 \times 10^7$ | 7 |
| 5 | 5 | 7 | $2.7 \times 10^7$ | 8 |
| 7 | 1 | 1.5 | $6.2 \times 10^3$ | 5 |
| 8 | 2 | 3.5 | $8.6 \times 10^2$ | 4 |
| 9 | 4 | 5.5 | $1.1 \times 10^7$ | 6 |
| 10 | 2 | 3.5 | $1.6 \times 10^2$ | 2 |
| 11 | 7 | 11 | $4.1 \times 10^7$ | 11 |
| 12 | 6 | 9 | $3.2 \times 10^7$ | 9 |

GSKZAN0000990235

FIGURE 1 Relationship between pH and total bacterial count before dosing (●), 12 hours after (o) and 4 hours after (x) ranitidine dose.



231a/ B2

TABLE 8 Biochemistry results

| Subject | Time | ALT (IU/l) | AST (IU/l) | Alkaline Phosphate (IU/l) | γ-GT (IU/l) | BUN (mmol/l) | Bilirubin (µmol/l) | Creatinine (µmol/l) | Albumin (g/l) | Protein (g/l) | Sodium (mmol/l) | Potassium (mmol/l) | Calcium (mmol/l) | Phosphate (mmol/l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 19 | 23 | 208 | 6 | 5.1 | 11.0 | 92 | 48 | 77.0 | 140.8 | 3.50 | 2.43 | 1.04 |
| 1 | Pretrial | 25 | 24 | 220 | 9 | 3.6 | 15.0 | 93 | 44 | 76.5 | 138.5 | 4.06 | 2.39 | 0.77 |
| | Post trial | 15 | 16 | 196 | 9 | 4.1 | 13.1 | 93 | 43 | 72.4 | 136.8 | 4.02 | 2.23 | 0.92 |
| | Screen | 20 | 28 | 212 | 10 | 2.6 | 12.5 | 84 | 46 | 76.1 | 140.9 | 4.22 | 2.35 | 0.90 |
| 2 | Pretrial | 31 | 66 | 184 | 11 | 7.0 | 7.3 | 96 | 45 | 70.5 | 142.4 | 3.84 | 2.41 | 1.05 |
| | Post trial | 16 | 26 | 198 | 14 | 7.1 | 6.4 | 90 | 45 | 74.6 | 139.0 | 3.82 | 2.43 | 1.25 |
| | Screen | 24 | 24 | 196 | 8 | 3.2 | 26.7 | 92 | 48 | 73.1 | 146.5 | 4.32 | 2.42 | 1.08 |
| 3 | Pretrial | 18 | 21 | 189 | 9 | 3.9 | 23.2 | 88 | 46 | 78.5 | 137.3 | 3.43 | 2.43 | 0.78 |
| | Post trial | 16 | 20 | 186 | 11 | 6.1 | 26.0 | 90 | 46 | 79.8 | 138.1 | 3.72 | 2.51 | 1.10 |
| | Screen | 35 | 35 | 288 | 19 | 4.6 | 13.6 | 95 | 46 | 66.8 | 148.3 | 4.52 | 2.29 | 0.92 |
| 4 | Pretrial | 31 | 30 | 257 | 19 | 6.6 | 16.1 | 97 | 41 | 68.5 | 139.2 | 4.13 | 2.36 | 0.78 |
| | Post trial | 20 | 21 | 251 | 20 | 5.9 | 18.9 | 93 | 43 | 74.2 | 139.2 | 4.12 | 2.38 | 0.92 |
| | Screen | 16 | 17 | 149 | 17 | 3.3 | 14.2 | 122 | 43 | 71.3 | 143.6 | 3.72 | 2.40 | 0.82 |
| 5 | Pretrial | 24 | 27 | 145 | 21 | 5.8 | 12.9 | 122 | 43 | 75.5 | 143.9 | 4.02 | 2.32 | 0.99 |
| | Post trial | 16 | 16 | 133 | 22 | 4.8 | 15.0 | 127 | 42 | 68.5 | 140.1 | 3.82 | 2.36 | 1.16 |
| | Screen | 22 | 27 | 328 | 17 | 5.4 | 11.4 | 97 | 45 | 69.2 | 139.1 | 3.72 | 2.36 | 1.14 |
| 6 | Pretrial | 22 | 26 | 342 | 19 | 4.2 | 14.4 | 86 | 44 | 74.5 | 141.7 | 3.72 | 2.36 | 0.91 |
| | Post trial | 17 | 23 | 303 | 20 | 4.2 | 18.0 | 92 | 43 | 74.3 | 143.0 | 3.62 | 2.34 | 0.86 |

GSKZAN0000990238

Confidential Information – Subject to Protective Order

231a/ B3

TABLE 8 Biochemistry results continued

| Subject | Time | ALT (IU/l) | AST (IU/l) | Alkaline Phosphate (IU/l) | γ-GT (IU/l) | BUN (mmol/l) | Bilirubin (µmol/l) | Creatinine (µmol/l) | Albumin (g/l) | Protein (g/l) | Sodium (mmol/l) | Potassium (mmol/l) | Calcium (mmol/l) | Phosphate (mmol/l) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Screen | 31 | 23 | 170 | 16 | 3.3 | 11.7 | 88 | 45 | 76.9 | 140.3 | 4.02 | 2.48 | 0.90 |
| | Pretrial | 28 | 26 | 159 | 15 | 3.2 | 11.4 | 86 | 47 | 77.5 | 143.5 | 3.82 | 2.44 | 0.93 |
| | Post trial | 27 | 21 | 141 | 17 | 4.3 | 9.8 | 87 | 45 | 71.3 | 139.7 | 4.02 | 2.43 | 1.00 |
| 8 | Screen | 27 | 24 | 200 | 14 | 4.4 | 8.5 | 103 | 48 | 74.5 | 145.1 | 3.82 | 2.39 | 0.63 |
| | Pretrial | 31 | 26 | 200 | 15 | 3.5 | 12.0 | 100 | 48 | 80.5 | 141.2 | 3.52 | 2.40 | 0.66 |
| | Post trial | 22 | 17 | 180 | 18 | 5.3 | 7.6 | 99 | 45 | 80.9 | 140.5 | 3.92 | 2.44 | 0.88 |
| 9 | Screen | 15 | 19 | 149 | 9 | 5.4 | 13.1 | 89 | 45 | 63.6 | 146.1 | 4.52 | 2.14 | 1.18 |
| | Pretrial | 14 | 20 | 140 | 10 | 4.5 | 12.0 | 79 | 44 | 68.5 | 145.0 | 4.32 | 2.33 | 0.95 |
| | Post trial | 14 | 17 | 132 | 10 | 5.4 | 11.9 | 86 | 43 | 74.0 | 139.2 | 4.52 | 2.40 | 1.10 |
| 10 | Screen | 27 | 30 | 355 | 11 | 4.3 | 5.7 | 97 | 46 | 70.0 | 140.1 | 4.42 | 2.37 | 1.28 |
| | Pretrial | 38 | 42 | 337 | 16 | 6.2 | 5.3 | 90 | 45 | 73.5 | 139.8 | 4.32 | 2.44 | 1.16 |
| | Post trial | 30 | 41 | 350 | 20 | 4.3 | 7.0 | 95 | 41 | 71.9 | 139.8 | 3.72 | 2.32 | 1.21 |
| 11 | Screen | 16 | 22 | 143 | 20 | 3.3 | 15.1 | 110 | 45 | 68.9 | 140.1 | 4.02 | 2.37 | 0.99 |
| | Pretrial | 18 | 23 | 154 | 21 | 3.4 | 16.4 | 98 | 47 | 75.5 | 144.6 | 4.02 | 2.48 | 0.81 |
| | Post trial | 14 | 19 | 145 | 21 | 4.5 | 11.3 | 103 | 44 | 72.0 | 141.1 | 4.22 | 2.47 | 1.02 |
| 12 | Screen | 60 | 39 | 228 | 56 | 5.8 | 10.2 | 88 | 47 | 70.5 | 147.7 | 4.12 | 2.46 | 1.17 |
| | Pretrial | 40 | 30 | 194 | 39 | 5.1 | 10.0 | 82 | 47 | 72.5 | 141.3 | 4.42 | 2.41 | 0.97 |
| | Post trial | 22 | 24 | 179 | 28 | 4.8 | 15.3 | 87 | 41 | 71.8 | 137.6 | 4.12 | 2.43 | 1.01 |

GSKZAN0000990240

Confidential Information – Subject to Protective Order

231a/ B4

TABLE 9 Urinalysis results

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 1 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | | Bact ± |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 2 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | | Squ epith <1 Non-squ <1 Bact ± |
| | Screen | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 3 | Pretrial | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | 0 | <1 | | Squ epith <1 Bact + Crystals ± Muc material present. |

GSKZAN0000990242

Confidential Information – Subject to Protective Order

231a/ B5

TABLE 9 Urinalysis results continued

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | RBC | WBC | Casts | Other formed elements |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 |
| 4 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 1 | 0 | Squ epith <1 Bact ++ |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 Crystals ± |
| 5 | Pretrial | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact + |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 Calcium oxalate crystals ± |
| 6 | Pretrial | 6 | - | 0 | 0 | 0 | Trace | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | * | | | Large amount of granular ppt after centrifugation. Small dense crystals +++ |

* Total field obscured by heavy crystallised deposit

[redacted]

GSKZAN0000990244

Confidential Information – Subject to Protective Order

231a/ B6

TABLE 9 Urinalysis results continued

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | RBC | WBC | Casts | Other formed elements |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| 7 | Pretrial | 7 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals + Amorphous debris ± |
| | Post trial | 7 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Large amount of ppt after centrifugation. Small dense crystals ++++ |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| 8 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Bact ± |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| 9 | Pretrial | 7 | 3.0 | 0 | 0 | 0 | 3.0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Mucoid strands ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 1.0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Bact ± Muc material present |

GSKZAN0000990246

Confidential Information – Subject to Protective Order

[redacted]

GSKZAN0000990248

231a/ B7

TABLE 9 Urinalysis results continued

| Subject | Time | pH | Protein (SSA, g/l) | Ketones (semi-quant) | Blood (semi-quant) | Red Substances (Clinitest, %) | Protein (g/l) | Glucose (mmol/l) | Bilirubin (semi-quant) | Urobilinogen (Ehu/dl) | Centrifuged deposit RBC | WBC | Casts | Other formed elements |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Screen | 5 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + |
| 10 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact + Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0.15 | 0 | 0 | 0.1 | 0 | 1 | 0 | Squ epith 2 Non-squ 3 Muc material present |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Crystals ± Squ epith <1 |
| 11 | Pretrial | 7 | - | 0 | 0 | * | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Crystals ± Muc material present |
| | Screen | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Bact ± Squ epith <1 |
| 12 | Pretrial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | 0 | 0 | Squ epith <1 Bact ± Crystals ± |
| | Post trial | 6 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0 | <1 | 0 | Squ epith <1 Bact ± |

* Insufficient sample

Confidential Information – Subject to Protective Order

**GLAXO GROUP RESEARCH LIMITED**

Memorandum from: Dr G T Dixon
Clinical Pharmacology Unit

Site: Ware

To:

Date: 3.6.81

Ref: GTD:BJC

CLINICAL PHARMACOLOGY STUDIES

Protocol CP:16:81

OBJECT: To determine the effect of four weeks treatment with ranitidine on gastric bacterial flora in healthy volunteers.

The $H_2$-receptor antagonists, ranitidine and cimetidine, produce gastric hypochlorhydria, ie a reduction in gastric acid secretion. In some situations this is known to facilitate the growth of bacteria in the stomach. Some bacteria reduce nitrate to nitrite and it has been suggested that they may participate in the formation of potentially carcinogenic nitrosamines.

Chronic administration of cimetidine has been reported to produce gastric bacterial overgrowth in both normal volunteers and peptic ulcer patients (Ruddell et al., 1980, Lancet, 1, 672-674; Dean et al., 1980, Brit. J. Surg., 67, 371). The object of this study is to determine the effect of treatment with ranitidine (150 mg twice daily) for 36 days on the bacterial content of gastric juice in normal volunteers. Sampling of gastric juice will be carried out before and 3 and 12 hours after the final doses of ranitidine.

INVESTIGATOR: Dr G T Dixon
Dr M Thomas

SUBJECTS: Twelve healthy male volunteers.
All subjects will undergo a pretrial haematological, biochemical and urinalysis screen.

DRUGS: 150 mg ranitidine tablets.

EXPERIMENTAL CONDITIONS:

1. The total duration of the study will be approximately six weeks. Pretrial blood tests and physical examinations will be carried out during the week commencing 15th June 1981. Treatment with ranitidine will start on Wednesday 24th June and will continue until Wednesday 29th July. Post trial blood tests and physical examinations should be completed by Friday 31st July. Subjects travelling away from home during the study period will be excluded.

Cont......

Protocol CP:16:81 (cont...)

2. Gastric juice samples will be collected between 9.00 and 10.00 am in the Clinical Pharmacology Unit on three occasions (Wednesday 24th June, Tuesday 28th July and Wednesday 29th July). The subjects will be required to fast from midnight on the day prior to each sampling day. The gastric juice sampling will involve the insertion of a nasogastric tube for 5-10 minutes.

3. Blood samples for measurement of plasma levels of ranitidine will be collected at the time of gastric juice sampling.

4. There will be no restrictions on the subject's diet during the study. However, the subjects should avoid alcohol on the day prior to each gastric sampling day.

METHOD: Twelve healthy male volunteers will take part in the study. Each subject will undergo a pretrial biochemical, haematological and urinalysis screen and physical examination.

Sampling of gastric juice will be carried out between 9.00 and 10.00 am on the first day of the treatment period (Day 1). Following an overnight fast, a sterile 14CH nasogastric tube (Argyle Salem Sump tube) will be inserted and the resting gastric juice aspirated. The tube will be lubricated with sterile K-Y Jelly, and insertion of the tube may be assisted by the use of a lignocaine spray. However, the subject will not be permitted to drink water during insertion. After sampling (5-10 mins) the tube will be removed. Pharyngal and nasal swabs will be taken for identification of commensal organisms. The first dose of ranitidine will then be administered with a light breakfast. Administration of ranitidine will continue for 34 days. 150 mg of ranitidine will be taken twice daily with breakfast and at 10.00 pm.

On day 35 a gastric juice sample will be collected between 9.00 and 10.00 am following an overnight fast (ie between 11 and 12 hours after the previous evening dose of ranitidine). After sampling, the subjects will receive their morning dose of ranitidine with a light breakfast. The evening dose will be taken as usual at 10.00 pm.

On day 36 the subjects will take their morning dose at 6.00 am, with a glass of water but no breakfast. A sample of gastric juice will be collected between 9.00 and 10.00 am, ie between 3 and 4 hours after the morning dose.

Blood samples for measurement of plasma levels of ranitidine will be collected at the times of gastric juice sampling.

The subjects will be requested to keep a daily record of any illnesses, medication, etc. during the trial period and to complete a record of dietary intake on the three sampling days.

Cont......

Protocol CP:16:81 (cont....)

Haematological, biochemical and urinalysis tests and a physical examination will be repeated within one week of the end of the study.

LABORATORY INVESTIGATIONS:

Plasma levels of ranitidine will be measured by radioimmunoassay.

Analysis of the gastric juice samples will include measurement of pH, total and differential bacterial counts and nitrate reductase activity.

SIDE EFFECTS: Some discomfort due to passage of the nasogastric tube is to be expected. The subjects are not expected to experience any side effects due to administration of ranitidine.

Would you please let us know whether or not you are interested in taking part in the study by returning the appropriate slip attached hereto to Mrs Barbara Cooke, Clinical Pharmacology Unit as soon as possible.

The dates given in the protocol are provisional and may be altered depending upon availability of subjects. It would be helpful, therefore, if subjects who are willing to take part but are on holiday during the specified dates, ie 15th June to 31st July, could return the slip with details of holiday dates and the holiday venue.

Please ensure that your immediate supervisor is aware that you are taking part.

If you wish to take part, please sign and date both Consent forms. The form attached to the protocol should be retained by you and the other copy returned to Barbara Cooke.

Group Research Ltd — Medical and Development Division

MR: 7265 WB

# MATERIAL REQUISITION

No.: CP:16:81 ... 16

COMPOUND: Ranitidine

DESCRIPTION:

150 mg ranitidine tablets B 32/81.

QUANTITY AND SIZE:

i) 12 packs each containing 68 tablets

ii) 12 packs " " 3 tablets

LABELLING INSTRUCTIONS:

i) CP:16:81
Subject: 1 to 12
Take one tablet with
breakfast and at 10.00 pm

ii) CP:16:81
Subject: 1 to 12
Take one tablet at
10.00 am, 10.00 pm and 6.00 am

ADDRESSEE:

Dr G T Dixon
Clinical Pharmacology Unit

TRIALIST:

Dr G T Dixon
Dr M Thomas

REQUIRED: 19th June 1981

AUTHORISED BY: G. Dixon

DATE: 4.6.81

SIGNATURE: P. A. Dixon

DATE: 4/6/81

REQUIRED AT:

CERTIFICATE No.:

DATE:

**FOR PHARMACY UNIT USE**

SUPPLIED REF.:

PROTOCOLS:

STORAGE:

RECEIVED: 5-6-81 BY: HW

10-6-81. BY: HW

SEND THIS COPY TO DEVELOPMENT PLANNING:
PLANNING SEND THIS COPY TO SUPPLIER:
COMPLETION RETURN THIS COPY TO DEVELOPMENT PLANNING.

APPROX. DATE OF DESPATCH FROM UK:

Special 16B
2-10-85

## ETHICAL REVIEW COMMITTEE (WARE)

Minutes of a meeting held at Ware on Friday 3rd April 1981.

**Present:** Dr D I Williams (Chairman)
Dr D Samson
Mr R A Coleman
Dr I Collins
Mr J Hearn
Dr D Latham

**Investigator:** Dr G T Dixon (Secretary)

**Adviser in Toxicology:** Dr N Spurling

**Copies to:** Dr D M Harris
Miss J G Maconochie
Dr D Pratt
Mrs H Sarkany

## Minutes of Previous Meeting

The Minutes from the previous meeting were approved without comment.

## Trial Results

### Pilot intramuscular ranitidine study

The objectives of this pilot study were to assess tolerance to ranitidine given by intramuscular injection, and to determine optimum times for blood sampling. Two male volunteers each received 50 mg (2 ml) of ranitidine by deep intramuscular injection into the lateral aspect of the thigh. An acceptable level of tolerance was manifested by both subjects. Initial blood level data suggest that ranitidine is rapidly and well absorbed when given by the intramuscular route.

## Experiments to be Performed

### a) Ranitidine gastric bacterial flora study

Ranitidine, in common with other $H_2$-receptor antagonists, inhibits gastric acid secretion which in turn favours overgrowth of bacteria in the stomach. Such a change in gastric flora could lead to the production of nitrosamines in the stomach which are potentially carcinogenic. Hence, the objective of the study is to determine the effect of ranitidine on gastric bacterial flora. Twelve male subjects will receive 150 mg of ranitidine twice a day for 28 days. A nasogastric tube will be passed on three occasions; before administration of ranitidine and then on the penultimate and final days of dosing. The tube will be removed after 10 to 15 minutes. A single blood sample for measurement of plasma levels of ranitidine will be obtained on the last two days of dosing. In addition blood samples for routine haematological and biochemical determinations will be taken before and at the end of the study.

Dr Thomas explained the need for the study, and informed the Committee that the data were required for inclusion in the NDA submission.

The study was approved by the Committee.

### b) Intramuscular ranitidine bioavailability study

A new 25 mg/ml injection solution of ranitidine has been developed for intramuscular administration. The objective of the present study is to determine the extent of absorption into the bloodstream following intramuscular administration compared with intravenous administration. Twelve male subjects will each receive 50 mg of ranitidine on two separate occasions separated by at least one week. On one occasion the drug will be administered intravenously and on the other occasion intramuscularly. Following administration of the drug by each route blood samples will be obtained over the following ten hours.

# RANITIDINE GASTRIC FLORA STUDY

CP:16:81

Volunteer number ____________________

Subject number ____________________

D 230 A16 CP

CASE REPORT FORM

Ranitidine Gastric Flora

| Protocol No. | Subject | Volunteer Number |
|---|---|---|
| | | |

Age ____________ Sex ____________

MEDICAL HISTORY

The following is a list of systems and conditions. If the subject has a history concerning any of them, so indicate by placing a 2 in the appropriate space; if not, place a 1 in the space.

| | | | |
|---|---|---|---|
| Auditory | ________ | Masticatory | ________ |
| Cardiovascular | ________ | Musculoskeletal | ________ |
| CNS (Organic) | ________ | Respiratory | ________ |
| Endocrine | ________ | Allergic | ________ |
| Genitourinary | ________ | Drug Addiction | ________ |
| *Gastrointestinal | ________ | Alcoholism | ________ |
| Hematopoietic | ________ | Other (specify) | ________ |
| Dermal | ________ | | |

Please briefly describe any conditon indicated as 2 above:

____________________________________________

____________________________________________

____________________________________________

* Includes liver function

D 230 A17 CP

Subject No. __________ Page 2

Protocol No. __________

PRE-TREATMENT
PHYSICAL EXAMINATION

The following section requires a value and, in some cases, subsequent judgement as to whether the value is normal.

| | | | |
|---|---|---|---|
| Height | ______________ | m | |
| Weight | ______________ | kg | |
| Pulse | ______________ | per minute (Normal = 1; Abnormal = 2) | __________ |
| Respiration | ______________ | per minute | __________ |
| Blood Pressure | ______________ | mmHg (sitting) | __________ |

The following section requires examination and judgement as to normalcy

(1 = Normal; 2 = Abnormal)

| | | | | | |
|---|---|---|---|---|---|
| Eyes | ________ | Lungs | ________ | Lymph nodes | ________ |
| Mouth | ________ | Heart | ________ | Extremities | ________ |
| Throat | ________ | Abdomen | ________ | Skin | ________ |
| Glands | ________ | Liver | ________ | | |

Briefly discuss any abnormality indicated by 2 : ____________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

The subject is generally healthy and is suitable for the ranitidine gastric flora study.

(To be signed and dated the day the examination was conducted)

Investigator: ______________________ Date: ____________________

D 230 A18 CP

Subject No. ________ Page 3

Protocol No. ________

POST-TREATMENT
PHYSICAL EXAMINATION

The following section requires a value and, in some cases, subsequent judgement as to whether the value is normal.

| | | | |
|---|---|---|---|
| Height | ________ | m | |
| Weight | ________ | kg | |
| Pulse | ________ | per minute (Normal = 1; Abnormal = 2) | ________ |
| Respiration | ________ | per minute | ________ |
| Blood Pressure | ________ | mmHg (sitting) | ________ |

The following section requires examination and judgement as to normalcy (1 = Normal; 2 = Abnormal)

| | | | | | |
|---|---|---|---|---|---|
| Eyes | ________ | Lungs | ________ | Lymph nodes | ________ |
| Mouth | ________ | Heart | ________ | Extremities | ________ |
| Throat | ________ | Abdomen | ________ | Skin | ________ |
| Glands | ________ | Liver | ________ | | |

Briefly discuss any abnormality indicated by 2 : ____________________

____________________________________________

____________________________________________

____________________________________________

(To be signed and dated the day the examination was conducted)

Investigator: ____________________ Date: ____________________

D 230 A19 CP

Subject No. __________ Page 4

Protocol No. __________

LABORATORY DATA
HAEMATOLOGY

Date / / Date / /

| Test | Normal range | Pre-Treatment | * | Post-Treatment | * |
|---|---|---|---|---|---|
| Haemocrit % | 38-50 | | | | |
| Haemoglobin (g/100 ml) | 13.4-17.4 | | | | |
| WBC (x$10^3$/µl) | 3.5-8.2 | | | | |
| Platelets | - | | | | |
| Neutrophils | 1540-5840 | | | | |
| Lymphocytes | 1410-4350 | | | | |
| Eosinophils | 0-495 | | | | |
| Monocytes | 0-414 | | | | |
| Basophils | 0-49 | | | | |
| Other: MCHC (%) | 32.7-37.0 | | | | |
| RBC (x$10^6$/µl) | 4.24-5.77 | | | | |
| MCV (fl) | 81-96 | | | | |
| MCH (pg) | 28.0-32.6 | | | | |
| ESR 1hr (mm) | 0-13 | | | | |
| Comments | | | | | |

* Code values as : 1 = normal
2 = outside normal value range

Confidential Information – Subject to Protective Order 

D 230 A20 CP

Subject No. __________ Page 5

Protocol No. __________

LABORATORY DATA
PLASMA BIOCHEMISTRY

| Test | Normal range | Date / / Pre-Treatment | * | Date / / Post-Treatment | * |
|---|---|---|---|---|---|
| BUN (mmol/l) | 3.20-7.05 | | | | |
| Protein (tot) (g/l) | 63.6-80.3 | | | | |
| Albumin (g/l) | 41.1-50.8 | | | | |
| Alk Phos (iu/l) | 101-265 | | | | |
| SGOT (AST) (iu/l) | 15-44 | | | | |
| Bilirubin (tot) µmol/l) | 4.9-27.5 | | | | |
| Sodium (mmol/l) | 137-144 | | | | |
| Potassium (mmol/l) | 3.60-4.75 | | | | |
| SGPT (ALT) (iu/l) | 12-46 | | | | |
| Creatinine (µmol/l) | 87-142 | | | | |
| GGT (iu/l) | 9-91 | | | | |
| Calcium (mmol/l) | 2.28-2.76 | | | | |
| Phosphate (mmol/l) | 0.65-1.32 | | | | |

* Code values as : 1 = normal
2 = outside normal value range

D 230 A21 CP

Subject No. __________ Page 6

Protocol No. __________

LABORATORY DATA
URINALYSIS

Date / / Date / /

| Test | Normal range | Pre-Treatment * | Post-Treatment * |
|---|---|---|---|
| Protein (SSA, g/l) | | | |
| Ketones + | | | |
| Blood + | | | |
| pH | | | |
| Red. Subs.(Clinitest) % | | | |
| Protein** (g/l) | | | |
| Glucose** (mmol/l) | | | |
| Bilirubin + | | | |
| Urobilinogen (Eh u/dl) | | | |
| RBC/HPF | | | |
| WBC/HPF | | | |
| Bacteria/HPF | | | |
| Casts | | | |
| Others: | | | |
| Squ epith. | | | |
| Renal tubular | | | |
| Muc. strands | | | |
| Muc. material | | | |
| Spermatozoa | | | |
| Crystals | | | |

* Code values as : 1 = normal
2 = outside normal value range

\+ Semi-quant.
** Reagent strip

D 230 A23 CP

Subject No. __________ Page 7

Protocol No. __________

GASTRIC SAMPLING TIMES

| | Pre-treatment | Post-treatment | Post-treatment |
|---|---|---|---|
| Date | | | |
| Time | | | |
| Ranitidine Dose | | | |

D 230 A24 CP

Subject No. ________ Page 8

Protocol No. ________

Adverse Reactions to Ranitidine ☐ No ☐ Yes

See Below

Below, please note any adverse reactions which occurred during the study days and rate them according to the following scale:

| Rating | Relationship |
|---|---|
| 1 = mild | r = drug related |
| 2 = moderate | n = not related |
| 3 = severe | u = unknown |

| SIDE EFFECTS | RATING | RELATIONSHIP |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Comments:

Investigator ____________________ Date: ____________________

**GLAXO GROUP RESEARCH LIMITED**

Memorandum from: Mr. J.K. Forster Site: Ware

To: Dr. G.T. Dixon Date: 10.11.81 Ref: JKF/CJK

Study of gastric bacterial flora and gastric juice pH in healthy volunteers given four weeks treatment with ranitidine - Protocol CP:16:81

## Introduction

12 healthy volunteers were admitted to the study and 11 of these provided samples of gastric juice before treatment and after four weeks treatment with ranitidine 150mg bd. The two post-treatment samples were taken on successive days, one about 12 hours after the bed-time tablet and one about 3 hours after the morning tablet. Volunteer number 6 was unable to provide both post-treatment samples, and was excluded from the analysis.

For each sample, pH and total and differential microbial counts were measured.

## Results

The study was conducted on an open basis with no control observations. It is impossible to unambiguously test for and estimate effects due to ranitidine. I have therefore limited statistical significance testing to the assessment of correlations between pH and total microbial count.

i) pH

Throughout this analysis I have used the integer-valued pH readings used in the microbiology report. Table 1 gives the individual pH values, and indicates the direction of any changes between the three assessments for each subject.

10/11 subjects had a higher pH for the 3 hour sample relative to the pre-treatment sample. The remaining subject had a lower pH, but the pre-treatment pH (7) was high. Seven subjects had a higher pH for the 12 hour sample compared with baseline, the remaining subjects having unchanged values.

ii) Total microbial count

Table 2 gives the individual gastric juice total microbial counts, and shows the direction of any changes between the three assessments for each subject.

Nine subjects had a higher count and two subjects a lower count relative to the pre-treatment sample. 8 subjects had a higher count for the 12 hour sample compared with baseline.

iii) Correlation between pH and total microbial count

The data are too coarse to attempt a regression analysis in which we establish an empirical relation between total microbial count and pH. I have looked instead at rank correlations. We can examine two distinct correlations:

a) Within-subject correlation

We look for any association between the ranks of the pH values and the ranks of the counts where the ranks are given within each subject. We can define Kendall's rank correlation coefficient $\tau$ which ranges in value from -1 (perfect discordance) through 0 (no rank correlation) to +1 (perfect concordance). Table 3 gives the within-subject ranks together with the estimates of $\tau$.

The weighted average rank correlation is .53 which is significantly different from zero, $P<.01$. Thus, within a subject there is evidence that higher values of pH are associated with higher total microbial counts.

b) Between-subject correlation

We can also look for a correlation between the ranks of the average responses for pH and total count for a subject. In other words, do patients with relatively high values of pH tend to have high total microbial counts? The choice of average is arbitrary but I have used medians, and Table 4 shows these together with their between-subject ranks.

Kendall's rank correlation coefficient is .62 which is significantly different from zero, $P<.01$.

iv) Nitrate reduction

I do not think that formal statistical analysis can contribute anything extra to the understanding of the nitrate reduction data.



Confidential Information – Subject to Protective Order

Table 1 - pH

| Subject | Pre-treatment sample | 3 hour sample | 12 hour sample | Sign of difference '3 hr' - PT | '12 hr' - PT | '12 hr' - '3 hr' |
|---|---|---|---|---|---|---|
| 1 | 1 | 7 | 1 | + | 0 | - |
| 2 | 4 - 5 | 6 - 7 | 6 | + | + | - |
| 3 | 1 | 7 | 4 | + | + | - |
| 4 | 2 | 7 | 6 | + | + | - |
| 5 | 5 | 7 | 5 | + | 0 | - |
| 7 | 1 | 6 | 1 | + | 0 | - |
| 8 | 1 | 2 | 2 | + | + | 0 |
| 9 | 2 | 7 | 4 | + | + | - |
| 10 | 1 | 2 | 2 | + | + | 0 |
| 11 | 7 | 4 | 8 | - | + | + |
| 12 | 6 | 7 | 6 | + | 0 | - |
| Median | 2 | 7 | 4 | | | |
| Range | 1 - 7 | 2 - 7 | 1 - 8 | | | |

- decrease
0 no change
+ increase

Confidential Information – Subject to Protective Order

Table 2 - Total microbial counts (cfu/ml)

| Subject | Pre-treatment sample | 3 hour sample | 12 hour sample | Sign of Difference '3 hr' - PT | '12 hr' - PT | '12 hr' - '3 hr' |
|---|---|---|---|---|---|---|
| 1 | $1.8 \times 10^2$ | $7.3 \times 10^7$ | $<10^2$ | + | - | - |
| 2 | $1.9 \times 10^5$ | $1.3 \times 10^8$ | $3.6 \times 10^7$ | + | + | - |
| 3 | 0 | $1.3 \times 10^7$ | $<10^2$ | + | + | - |
| 4 | $<10^2$ | $2.5 \times 10^7$ | $2.6 \times 10^7$ | + | + | + |
| 5 | $1.3 \times 10^7$ | $2.7 \times 10^7$ | $3.6 \times 10^7$ | + | + | + |
| 7 | $1.2 \times 10^3$ | $3.4 \times 10^7$ | $6.2 \times 10^3$ | + | + | - |
| 8 | $<10^2$ | $5.8 \times 10^3$ | $8.6 \times 10^2$ | + | + | - |
| 9 | 0 | $2.3 \times 10^7$ | $1.1 \times 10^7$ | + | + | - |
| 10 | $4.7 \times 10^2$ | $1.6 \times 10^2$ | $<10^2$ | - | - | - |
| 11 | $4.1 \times 10^7$ | $3.3 \times 10^6$ | $7.1 \times 10^7$ | - | + | + |
| 12 | $3.2 \times 10^7$ | $4.3 \times 10^7$ | $3.1 \times 10^7$ | + | - | - |
| Median | $4.7 \times 10^2$ | $2.5 \times 10^7$ | $1.1 \times 10^7$ | | | |
| Range | $0-4.1 \times 10^7$ | $1.6\times10^2-1.3\times10^8$ | $<10^2-7.1\times10^7$ | | | |

- decrease
+ increase

Confidential Information – Subject to Protective Order

Table 3 - Within-subject ranks of pH (X) and total microbial count (Y)

| Subject | Pre-treatment sample Rank (X) , Rank (Y) | 3 hour sample Rank (X) , Rank (Y) | 12 hour sample Rank (X) , Rank (Y) | $\hat{\tau}$ |
|---|---|---|---|---|
| 1 | 1.5 , 2 | 3 , 3 | 1.5 , 1 | .67 |
| 2 | 1 , 1 | 3 , 3 | 2 , 2 | 1.00 |
| 3 | 1 , 1 | 3 , 3 | 2 , 2 | 1.00 |
| 4 | 1 , 1 | 3 , 2 | 2 , 3 | .33 |
| 5 | 1.5 , 1 | 3 , 2 | 1.5 , 3 | .00 |
| 7 | 1.5 , 1 | 3 , 3 | 1.5 , 2 | .67 |
| 8 | 1 , 1 | 2.5 , 3 | 2.5 , 2 | .67 |
| 9 | 1 , 1 | 3 , 3 | 2 , 2 | 1.00 |
| 10 | 1 , 3 | 2.5 , 2 | 2.5 , 1 | -.67 |
| 11 | 2 , 2 | 1 , 1 | 3 , 3 | 1.00 |
| 12 | 1.5 , 2 | 3 , 3 | 1.5 , 1 | .67 |

GSKZAN00090271

Confidential Information – Subject to Protective Order

Table 4 - Median responses of pH and total microbial count and between-subject ranks

| Subject | pH | Rank | Total microbial count (cfu/ml) | Rank |
|---|---|---|---|---|
| 1 | 1 | 1.5 | $1.8 \times 10^2$ | 3 |
| 2 | 6 | 9 | $3.6 \times 10^7$ | 10 |
| 3 | 4 | 5.5 | $<10^2$ | 1 |
| 4 | 6 | 9 | $2.5 \times 10^7$ | 7 |
| 5 | 5 | 7 | $2.7 \times 10^7$ | 8 |
| 7 | 1 | 1.5 | $6.2 \times 10^3$ | 5 |
| 8 | 2 | 3.5 | $8.6 \times 10^2$ | 4 |
| 9 | 4 | 5.5 | $1.1 \times 10^7$ | 6 |
| 10 | 2 | 3.5 | $1.6 \times 10^2$ | 2 |
| 11 | 7 | 11 | $4.1 \times 10^7$ | 11 |
| 12 | 6 | 9 | $3.2 \times 10^7$ | 9 |

TABLE pH of pretreatment and post treatment gastric juice samples.

| Subject | Pretreatment | | Post treatment '12 hour' sample | | Post treatment '4 hour' sample | |
|---|---|---|---|---|---|---|
| 1 | 1.42 | 1 | 1.4 | 1 | 7.5 | 7 |
| 2 | 5.00 | 4-5 | 6 * | 6 | 7.2 | 6-7 |
| 3 | 2.25 | 1 | 3.8 | 4 | 8.3 | 7 |
| 4 | 1.37 | 2 | 7.7 | 6 | 7.9 | 7 |
| 5 | 3.83 | 5 | 6.8 | 5 | 8.3 | 7 |
| 6 | 1.45 | 1 | – | – | – | – |
| 7 | 1.48 | 1 | 1.8 | 1 | 6.9 | 6 |
| 8 | 1.17 | 1 | 2.0 | 2 | 2.2 | 2 |
| 9 | 1.90 | 2 | 5.7 | 4 | 7.8 | 7 |
| 10 | 1.35 | 1 | 2.2 | 2 | 8.3 | 2 |
| 11 | 7.12 | 7 | 6.8 | 8 | 5.0 | 4 |
| 12 | 6.60 | 6 | 2.3 | 6 | 7.4 | 7 |

* measured with pH indicator paper.

## Between subject correlation

See Table 4 of memo of 10/11/81

X = median PH
Y = median microbial count

| Subject | X, | R(X) | Y | R(Y) |
|---|---|---|---|---|
| 1 | 1 | 1.5 | $1.8 \times 10^2$ | 3 |
| 2 | 6 | 9 | $3.6 \times 10^7$ | 10 |
| 3 | 4 | 5.5 | $< 10^2$ | 1 |
| 4 | 6 | 9 | $2.5 \times 10^7$ | 7 |
| 5 | 5 | 7 | $2.7 \times 10^7$ | 8 |
| 7 | 1 | 1.5 | $6.2 \times 10^3$ | 5 |
| 8 | 2 | 3.5 | $8.6 \times 10^2$ | 4 |
| 9 | 4 | 5.5 | $1.1 \times 10^7$ | 6 |
| 10 | 2 | 3.5 | $1.6 \times 10^2$ | 2 |
| 11 | 7 | 11 | $4.1 \times 10^7$ | 11 |
| 12 | 6 | 9 | $3.2 \times 10^7$ | 9 |

$$K = 34 \qquad E_0(K) = 0$$

$$\mathrm{var}_0(K) = \frac{(11 \times 10 \times 27) - 18 - 18 - 18 - 66}{18} = 158.3$$

$$z = \frac{K}{SE_0(K)} = 2.70 \qquad P < .01 \quad (2\text{-tailed})$$

X = pH    Y = Total microbial count

(See Table 3 of memo)

| Subject | Pre-Trt R(X), R(Y) | 3 hr R(X), R(Y) | 12 hr R(X), R(Y) | K | $Var_0(K)$ |
|---|---|---|---|---|---|
| 1 | 1.5, 2 | 3, 3 | 1.5, 1 | 2 | 8/3 |
| 2 | 1, 1 | 3, 3 | 2, 2 | 3 | 11/3 |
| 3 | 1, 1 | 3, 3 | 2, 2 | 3 | 11/3 |
| 4 | 1, 1 | 3, 2 | 2, 3 | 1 | 11/3 |
| 5 | 1.5, 1 | 3, 2 | 1.5, 3 | 0 | 8/3 |
| 7 | 1.5, 1 | 3, 3 | 1.5, 2 | 2 | 8/3 |
| 8 | 1, 1 | 2.5, 3 | 2.5, 2 | 2 | 8/3 |
| 9 | 1, 1 | 3, 3 | 2, 2 | 3 | 11/3 |
| 10 | 1, 3 | 2.5, 2 | 2.5, 1 | −2 | 8/3 |
| 11 | 2, 2 | 1, 1 | 3, 3 | 3 | 11/3 |
| 12 | 1.5, 2 | 3, 3 | 1.5, 1 | 2 | 8/3 |

$\Sigma k = 19$    $\Sigma V_0 = \frac{103}{3}$

Approximate test for pooled within subject correlation

$$Z = \frac{\Sigma k}{\sqrt{\Sigma V_0}} = \frac{19}{\sqrt{\frac{103}{3}}} = 3.24 \quad (p < .001 \text{ 2-tailed})$$

Approx. test for heterogeneity of within-subject correlations:

$$\chi^2 = \Sigma W_i (k_i - \bar{k})^2 = \Sigma W_i k_i^2 - (\Sigma W_i)\bar{k}^2$$

$\Sigma W_i = 3.6136$    $\bar{k} = \frac{\Sigma W_i k_i}{\Sigma W_i} = 1.6038$

$\therefore \chi^2 = 8.30$ with 10 df    NS.

**GLAXO GROUP RESEARCH LIMITED**

Memorandum from: Miss A.M. Harris
Mr. D. Cox

Site: Greenford

To: Dr. M. Dixon
Dr. G.W. Ross
cc: Dr. P.B. Harper

Date: 12.10.1981 Ref:

Ranitidine : microbiological results

The enclosed results form part of the findings for the microbiology of gastric secretion. Tables showing results for individual volunteers are included as raw data for this study. We expect to be able to send the Summary and remaining analysis of the results at the end of the week.

I am sorry that it has not been possible to put these tables onto Vydek here but our ceftazidime NDA work is also required by mid-October. We will be happy to proof-read copy for the final report if you would like us to.

David Cox
....................
pp. AM. Harris.

D229a A23

# Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

D229a A23

APPENDIX I

Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

D229a A24

# Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers


## Summary

(1) The presence of a significant gastric flora was found to be closely related to the gastric pH. Acidic specimens yielded low total counts (< $10^4$ cfu/ml), representing one or two microbial genera. Samples with pH ≥ 4 yielded higher counts and the flora correlated with organisms present in the nasopharynx. Four volunteers appeared to be 'naturally' achlorhydric.

(2) A rise in pH to ≥ 4 was observed in the gastric juice of eight of the eleven assessable volunteers taken 3 h after a dose of ranitidine compared to the pretreatment samples. In most the increase in pH was accompanied by elevation of both total and differential microbial counts.

(3) In samples taken 12 h post-dose, at which time the suppression of gastric acid secretion by ranitidine would be expected to be minimal, the gastric pH was virtually unchanged in eight volunteers compared to the pretreatment samples. A significant flora was recovered from samples of pH ≥ 4.

(4) In specimens containing a significant flora, species of *Corynebacterium* and *Streptococcus* were the predominant organisms.

(5) 33% of the microbial strains isolated from gastric juice reduced nitrate to nitrite. Most of the nitrate-positive strains were from genera described as positive in conventional diagnostic schemes.

D229a A25

# Investigation of the Effect of Treatment with Ranitidine on the Gastric Flora of Normal Volunteers

The gastric microbial flora of normal fasting volunteers has been studied before and after four weeks treatment with ranitidine, an $H_2$-receptor antagonist that produces gastric hypochlorhydria.

## Materials and Methods

Specimens from the volunteers were collected and processed, either immediately or within 30 m of sampling, in the Clinical Pharmacology Unit, Ware. The materials were then transported to the Microbiology Division, Greenford for subsequent analysis.

Volunteers - Twelve healthy male volunteers were entered into the study (Table 1). Each volunteer received 150 mg ranitidine b.d. for 29 days commencing Wednesday 24th June 1981.

Specimens - Samples of 'fasting' gastric juice were removed via a nasogastric tube on three occasions: (1) prior to the first dose of ranitidine (day 1), (2) on day 28, approximately 12 h after the previous dose of ranitidine, and (3) on day 29, approximately 3 h after the last dose of ranitidine. Swabs (ENT swab, Medical Wire and Equipment Co Ltd.,) were taken of the nasal cavity and pharyngeal region of the throat prior to the passage of the nasogastric tube. For further details see Clinical Pharmacology Studies protocol CP:16:81.

Bacteriological Methods - Nasal and throat swabs were placed in 1 ml Brain Heart Infusion broth (Oxoid Ltd.,) for 30 m at room temperature. 0.1 ml aliquots of broth were transferred to blood agar plates (blood agar base containing 5% defibrinated horse blood, Oxoid Ltd.,) spread over half the surface and allowed to dry. Streaks were made from the inoculated portion using disposable platic loops (A/S Nunc). Agar plates were incubated aerobically at 37°C for 24 h. Estimations were made of the numbers of individual bacterial types constituting the flora at each site and isolates taken for identification.

Specimens of gastric juice were briefly agitated and a small portion removed for pH-determination using wide-range 'Lyphan' indicator paper (Camlab). The samples were diluted in phosphate buffer (pH 7.0) according to the scheme shown in Table 2. 0.1 ml aliquots of the dilutions were spread over the surface of the culture media listed in Table 3, and plates incubated under the conditions specified. $CO_2$-enriched and anaerobic ($H_2$ + $CO_2$) conditions were generated using the 'GasPak' systems (Becton Dickinson and Co. Ltd.,). Total microbial counts, calculated from blood agar plates incubated aerobically, with $CO_2$-enrichment, and anaerobically, and differential microbial counts, taken from all media, were estimated and isolates removed for identification.

Microbial isolates were maintained under appropriate conditions on blood agar. Identification of the strains to genus level was performed, where possible, according to a selection of the criteria given in Cowan and Steele's 'Manual for the Identification of Medical Bacteria' and 'Bergey's Manual of Determinative Bacteriology'. A number of strains were speciated using the 'API' microbial identification systems (API 20E for Enterobacteriaceae, API Strep for Streptococci, API Staph for Staphylococci and API 20A for anaerobes, API Laboratory Products Ltd).

Microorganisms isolated from gastric juice were tested for the ability to reduce a source of inorganic nitrate to nitrite by a modification of the method described by Cowan and Steele.

## Results

Complete sets of samples i.e. nasal and throat swabs, and a specimen of gastric juice, were collected from eleven volunteers on each of the three sampling occasions. One volunteer (number 6) was unable to pass the naso-gastric tube on both post-treatment days and has been excluded from the analysis.

Gastric juice pH and corresponding total microbial counts are summarized in Table 4. The pre-treatment samples indicated four volunteers (numbers 2, 5, 11 and 12) to be 'naturally' achlorhydric, with gastric pH > 4, under fasting conditions. Gastric samples from the remaining seven volunteers were acidic, with pH in the range 1 to 2.

In post-treatment specimens there was a noticeable increase in the number of volunteers with gastric pH $\geqslant$ 4. In samples taken 12 h post-dose, when the supressive effect of ranitidine on gastric acid secretion would be expected to be minimal, there was no or insignificant change in gastric pH in four volunteers, a moderate increase from pH 1 to 4 in two volunteers, and a significant increase from pH 2 to 6 in one volunteer when compared to the pretreatment levels. However in specimens collected 3 h post-dose, at the expected 'peak' of supression of gastric acid secretion, five of the latter seven volunteers possessed a raised gastric pH with the majority in the region of pH 7. The four 'naturally' achlorhydric volunteers showed, in general, a slight increase in gastric pH after treatment with ranitidine, although in one (volunteer 11) there was a decrease in the last sample. Two volunteers (numbers 8 and 10) showed no significant change in gastric pH during the study.

The total microbial content (Table 4) and types of organism found in the gastric samples (Appendices I to III and Tables 5 and 6) were intimately related to the gastric pH. With one exception, gastric juice with pH $\geqslant$ 4 yielded a significant microbial flora, both in terms of total numbers and the range of organisms. In the majority of these samples the total microbial count was $10^7$ colony forming units (cfu)/ml or greater, and organisms from 5 to 8 different genera were isolated. In comparison, gastric juice with pH < 4 possessed either no flora (2 samples), less than $10^2$ cfu/ml (5 samples), or a small flora of < $10^4$ cfu/ml (7 samples). The latter specimens contained organisms from only one or two genera.

Nasal and throat swabs from the volunteers (Appendices I to III) contained organisms found typically in the flora of the human upper respiratory tract. All were considered to be 'normal' and no significant changes were noted throughout the study. Small to moderate numbers of staphylococci, micrococci or coryneform bacteria were frequently isolated from nasal swabs, and moderate to large numbers of micrococci, streptococci, coryneform bacteria and strains of Neisseria from throat swabs. Organsims isolated from gastric juice with a significant flora closely resembled the types from the nasopharynx. Coryneform bacteria were most commonly encountered, followed by streptococci, particularly St. salivarius, and other Gram-positive and Gram-negative cocci. Several strains of anaerobic rod were isolated, mostly Gram-negative, but

these were not positively characterised. Organsims which appeared infrequently included strains of Propionibacterium, Fusobacterium, Bacillus, Haemophilus, Enterobacteriaceae and Acinetobacter. Yeasts were found in eleven specimens : ten strains were identified as C. albicans and one as C. zeylanoides. In several instances similar types of organism were isolated from the gastric juice of individual volunteers possessing a significant microbial flora on two or more of the sampling days.

Differences in the distribution and differential counts of organisms isolated from gastric specimens with pH < 4 or pH $\geqslant$ 4 are shown in Table 6. Except for species of Candida, the number and variety of strains isolated greatly increased in samples with pH $\geqslant$ 4. Microbes found in specimens with pH < 4 were present in low numbers (< $10^4$ cfu/ml), and included species of Candida (7 strains), coryneforms (7 strains) and aerobic Gram-positive cocci (3 strains). In contrast, coryneforms and streptococci were found in large numbers ($10^6$-$10^7$ cfu/ml) in the majority of gastric gastric samples with pH $\geqslant$ 4. Strains of Veillonella, Neisseria, Propionibacterium, Fusobacterium, Haemophilus, Bacillus, and anaerobic Gram-negative rods were isolated less frequently, but also in large numbers. Micrococci were present to a variable degree (< $10^2$ cfu/ml to approximately $10^6$ cfu/ml), but staphylococci, Enterobacteriaceae, Acinetobacter and yeasts were found always in small numbers (approximately $10^2$-$10^3$ cfu/ml). Anaerobic bacteria were isolated almost exclusively from samples with pH $\geqslant$ 4.

Gastric microorganisms were tested for the ability to reduce a source of inorganic nitrate to nitrite. Of the 175 strains examined, 58 (33%) were found to reduce nitrate to nitrite (Table 7). Most of the nitrate-positive strains were from genera described as positive in conventional diagnostic schemes. Approximately 50% of the nitrate-reducing bacteria from gastric juice were present in small numbers but others, notably strains of Veillonella, were found in considerably larger numbers. Almost all members of the predominant species from gastric juice i.e. Corynebacterium spp and Streptococcus spp did not reduce nitrate.

D229a A29

## Comments

(1) Our observation that the presence of a significant gastric flora is determined by the intragastric pH is confirmed in other studies[3,4,6]. A bacterial flora is rapidly established when gastric pH rises above 3, but significant numbers of organisms are reported only when pH $\geqslant$ 4[3,4]. In an investigation of normal volunteers and patients with duodenal ulcers receiving cimetidine, changes in the gastric microflora was not associated with changes in the total bile acid or gastric emptying, neither of which were influenced by the compound[3].

(2) The gastric flora is reported to represent the nasopharygeal and salivary bacteria[4,6]. 'Faecal' organisms, such as the faecal streptococci, enterobacteriaceae etc. were found infrequently in this study and are not commonly reported in the gastric juice of normal individuals[4]. Colonization of the stomach by these organisms was noted, however, in patients with gastric disease receiving cimetidine[6].

(3) The most frequently encountered organisms from gastric juice were similar to those identified elsewhere[4], but some, notably species of <u>Lactobacillus</u>, were not isolated. Yeasts were found in fewer specimens than Franklin and Skoryna[4], but are often reported in small numbers in gastric samples with an acidic pH[5].

David M. Cox
Chemotherapy Department
Microbiology Division

15th October 1981

D229a A30

## References


1. 'Bergeys Manual of Determinative Bacteriology' - 8th Edition (Williams and Wilkins).

2. Cowan and Steele 'Manual for the Identification of Medical Bacteria' - 2nd Edition (Cambridge University Press).

3. Deane, Youngs, Poxon, Keighley, Alexander-Williams and Burdon - 'Cimetidine and Gastric Microflora' (1980). British Journal of Surgery, 67, 371.

4. Franklin and Skoryna - 'Studies on Natural Gastric Flora : Survival of Bacteria in Fasting Human Subjects' (1971) C.M.A. Journal, 105, 380-386.

5. Muscroft, Youngs, Burdon, Keighley - 'Cimetidine is Unlikely to Increase Formation of Intragastric N-Nitroso-Compounds in Patients Taking a Normal Diet' (1981). The Lancet, February 21, 408-410.

6. Ruddell, Axon, Bartholomew and Hill - 'Effect of Cimetidine on the Gastric Bacterial Flora' (1980). The Lancet, March 29, 672-674.

D229a A7

**TABLE 1** Details of volunteers

| Study number | Volunteer number | Age (years) | Weight (kg) | Height (m) |
|---|---|---|---|---|
| 1 | 1606 | 27 | 80.2 | 1.91 |
| 2 | 1209 | 25 | 70.4 | 1.83 |
| 3 | 1607 | 31 | 72.5 | 1.82 |
| 4 | 1114 | 35 | 79.2 | 1.84 |
| 5 | 1002 | 45 | 79.6 | 1.76 |
| 6 | 1308 | 27 | 64.6 | 1.70 |
| 7 | 1307 | 27 | 83.4 | 1.90 |
| 8 | 1018 | 26 | 72.4 | 1.79 |
| 9 | 1430 | 25 | 75.7 | 1.61 |
| 10 | 1115 | 19 | 64.1 | 1.72 |
| 11 | 1304 | 30 | 66.6 | 1.80 |
| 12 | 1501 | 33 | 77.7 | 1.82 |

D229a A8

**TABLE 2 Dilution of Gastric Juice According to pH**

| Gastric Juice pH | Sample Dilutions | | | | | |
|---|---|---|---|---|---|---|
| $\leq$ 3 | Neat | $10^{-1}$ | | | | |
| 3 - 4 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | | |
| 4 - 5 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | $10^{-4}$ | |
| $\geq$ 5 | Neat | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | $10^{-4}$ | 10-5 |

Confidential Information – Subject to Protective Order

D229a A9

TABLE 3 Culture Media for Microbiological Assessment of Gastric Juice

| Medium* | Incubation Atmosphere | Incubation Temperature | Incubation Period |
|---|---|---|---|
| Blood Agar Base containing 5% defibrinated horse blood | aerobic | 37°C | 24 h |
| | $CO_2$-enriched | 37°C | 48 h |
| | anaerobic | 37°C | 48 h |
| Kanamycin Aesculin Azide Agar | aerobic | 37°C | 24 h |
| Cysteine Lactose Electrolyte-Deficient Agar | aerobic | 37°C | 24 h |
| Tomato Juice Agar | anaerobic | 37°C | 48 h |
| Sabourauds Dextrose Agar | aerobic | 27°C | 1 week |

* media and supplements manufactured by Oxoid Ltd.

D229a B-06

Table 4 pH and Total Microbial Counts of Gastric Juice

| Volunteer Study Number | Pretreatment Sample | | Post-treatment Samples: A. 12 h Post Dose | | Post-treatment Samples: B. 3 hr Post Dose | |
|---|---|---|---|---|---|---|
| | pH | Total Count cfu/ml | pH | Total Count cfu/ml | pH | Total Count cfu/ml |
| 1 | 1 | $1.8 \times 10^2$ | 1 | $< 10^2$ | 7 | $7.3 \times 10^7$ |
| 2 | 4-5 | $1.9 \times 10^5$ | 6 | $3.6 \times 10^7$ | 6-7 | $1.3 \times 10^8$ |
| 3 | 1 | nil | 4 | $< 10^2$ | 7 | $1.3 \times 10^7$ |
| 4 | 2 | $< 10^2$ | 6 | $2.6 \times 10^7$ | 7 | $2.5 \times 10^7$ |
| 5 | 5 | $1.3 \times 10^7$ | 5 | $3.6 \times 10^7$ | 7 | $2.7 \times 10^7$ |
| 6 | 1 | $< 10^2$ | - no sample - | | - no sample - | |
| 7 | 1 | $1.2 \times 10^3$ | 1 | $6.2 \times 10^3$ | 6 | $3.4 \times 10^7$ |
| 8 | 1 | $< 10^2$ | 2 | $8.6 \times 10^2$ | 2 | $5.8 \times 10^3$ |
| 9 | 2 | nil | 4 | $1.1 \times 10^7$ | 7 | $2.3 \times 10^7$ |
| 10 | 1 | $4.7 \times 10^2$ | 2 | $< 10^2$ | 2 | $1.6 \times 10^2$ |
| 11 | 7 | $4.1 \times 10^7$ | 8 | $7.1 \times 10^7$ | 4 | $3.3 \times 10^6$ |
| 12 | 6 | $3.2 \times 10^7$ | 6 | $3.1 \times 10^7$ | 7 | $4.3 \times 10^7$ |

Confidential Information – Subject to Protective Order

D229a B-07

## Table 5 Organisms Isolated from Gastric Juice

Volunteer Number/Day of Sampling*/Gastric Juice pH

| Organism (number of strains) | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | | 7 | | | 8 | | | 9 | | | 10 | | | 11 | | | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B | Pre | A | B |
| | 1 | 1 | 7 | 4-5 | 6 | 6-7 | 1 | 4 | 7 | 2 | 6 | 7 | 5 | 5 | 7 | 1 | 1 | 6 | 1 | 2 | 2 | 2 | 4 | 7 | 1 | 2 | 2 | 7 | 8 | 4 | 6 | 6 | 7 |
| S. aureus (5) | | | | | | x | | | | | | | | | | | | x | | | | | x | x | | | | x | | | | | |
| S. epidermidis (10) | | | x | x | | x | | | x | | | | x | x | x | | | | | | | | | x | x | | | | | x | | | |
| Micrococcus sp (16) | | | x | x | x | | | | x | | x | x | | | | | x | | | | | | x | | | | | x | x | x | x | x | x |
| St. faecalis (4) | | | | | x | | | | x | x | x | | | | | | | | | | | | | | | | | | | | | | |
| St. mitis (7) | | | | x | x | | | | | | x | | | x | | | | | | | | | x | x | | | | | | | | x | |
| St. salivarius (17) | | | x | x | | x | | | x | | x | x | x | x | | | | x | | | | | x | x | | | | x | x | x | x | x | x |
| Corynebacterium sp (49) | | | x | x | x | x | | x | x | | x | x | x | x | x | x | x | x | x | x | x | | x | x | | | | x | x | x | x | x | x |
| Propionibacterium sp (4) | | | x | | | | | | | | | | | | | | | | | | | | x | | | | | x | | | x | | |
| anaerobic streptococci (5) | | | x | | | | | | | | | | | | | | | | | | | | x | x | | | | | | | | x | x |
| Veillonella sp (13) | | | | x | x | x | | | x | | x | x | x | | x | | | x | | | | | x | x | | | | | | x | | x | |
| Neisseria sp (10) | | | | x | x | | | | x | | | x | x | | | | | x | | | | | x | x | | | | | x | | x | | |
| Enterobacteriaceae (7) | | | | x | x | x | | | | | x | x | | | | | | | | | | | | x | | | | | | | | | |
| Haemophilus sp (2) | | | | x | | | | | | | | | | | | | | | | | | | | | | | | | x | | | | |
| Fusobacterium sp (2) | | | | | | | | | x | | | | | | | | | x | | | | | | | | | | | | | | | |
| anaerobic gram-negative rods (11) | | | x | x | x | | | | | | x | x | | x | x | | | | | | | | | x | | | | | | x | | x | x |
| others# (9) | | | | | x1 | x4 | | | | | | | | | x5 | | | x6 | | x2 | | | | | | | | | | x7 | | x3 | |
| C. albicans (10) | x | x | x | | | | | | | x | x | x | | x | | | | | | | | | | | x | x | x | | | | | | |

* Day of sampling : Pre-pretreatment (day 1)
A - day 28
B - day 29

\# other organisms :
1. A.calco. var anitratus
2. C.zeylanoides
3. Bacillus sp
4. St. sanguis
5. St. faecium, St. sanguis
6. anaerobic gram-positive rod
7. Group B streptococcus, Bacillus sp

Confidential Information – Subject to Protective Order

D229a B-08

Table 6 Distribution and Differential Counts of Organisms Isolated from Gastric Juice with pH < 4 or pH > 4

| Organism | Gastric Juice pH < 4: Number of Positive Specimens | Gastric Juice pH < 4: Count or Range of Counts cfu/ml | Gastric Juice pH < 4: Median Count in Range: | Gastric Juice pH > 4: Number of Positive Specimens | Gastric Juice pH > 4: Count or Range of Counts cfu/ml | Gastric Juice pH > 4: Median Count in Range: |
|---|---|---|---|---|---|---|
| *Corynebacterium* sp | 5 | < $10^2$-$5.8x10^3$ | $10^3$-$10^4$ | 20 | <$10^2$-$2.9x10^7$ | $10^6$-$10^7$ |
| Group B Streptococci | nil | | | 1 | $3.4x10^3$ | $10^3$-$10^4$ |
| *St. faecalis* | 1 | < $10^2$ | 0-$10^2$ | 3 | $8.8x10^5$-$2.1x10^6$ | $10^6$-$10^7$ |
| *St. faecium* | nil | | | 1 | $2.1x10^6$ | $10^6$-$10^7$ |
| *St. mitis* | nil | | | 7 | $9.3x10^3$-$5x10^6$ | $10^6$-$10^7$ |
| *St. salivarius* | nil | | | 17 | $1.4x10^4$-$1.6x10^7$ | $10^6$-$10^7$ |
| *St. sanguis* | nil | | | 2 | $1.8x10^6$-$2x10^7$ | $10^6$-$10^7$ |
| *Micrococcus* sp | 1 | 4 x $10^2$ | $10^2$-$10^3$ | 13 | <$10^2$-$1.9x10^6$ | $10^6$-$10^7$ |
| *Veillonella* sp | nil | | | 13 | $3.9x10^4$-$1.4x10^7$ | $10^6$-$10^7$ |
| *S. epidermidis* | 1 | 4.7 x $10^2$ | $10^2$-$10^3$ | 9 | <$10^2$-$6x10^5$ | $10^2$-$10^3$ |
| *Neisseria* sp | nil | | | 10 | $1.6x10^3$-$2.7x10^6$ | $10^6$-$10^7$ |
| anaerobic *Corynebacterium* sp | 2 | $1.4x10^2$-$1.2x10^3$ | $10^2$-$10^3$ | 5 | $3.4x10^2$-$6.6x10^6$ | $10^6$-$10^7$ |
| *S. aureus* | nil | | | 5 | <$10^2$-$2.7x10^4$ | $10^2$-$10^3$ |
| anaerobic streptococci | nil | | | 5 | $3.1x10^5$-$1.4x10^7$ | $10^5$-$10^7$ |
| *Propionibacterium* sp | nil | | | 4 | $4.5x10^4$-$2.3x10^7$ | $10^4$-$10^8$ |
| *Bacillus* sp | nil | | | 2 | $2.4x10^3$-$1.9x10^5$ | $10^3$-$10^6$ |
| *Fusobacterium* sp | nil | | | 2 | $9x10^5$-$2.5x10^6$ | $10^5$-$10^7$ |
| *Haemophilus* sp | nil | | | 2 | $5.7x10^3$-$1.2x10^6$ | $10^3$-$10^7$ |
| Enterbacteriaceae | nil | | | 6 | <$10^2$-$1.4x10^3$ | $10^2$-$10^3$ |
| *A. calco* var anitratus | nil | | | 1 | $1.3x10^2$ | $10^2$-$10^3$ |
| anaerobic gram-positive rods | nil | | | 1 | $1x10^3$ | $10^3$-$10^4$ |
| anaerobic gram-negative rods | nil | | | 11 | $7x10^4$-$7.6x10^6$ | $10^6$-$10^7$ |
| *Candida* sp | 7 | <$10^2$-$1.8x10^2$ | 0-$10^2$ | 4 | <$10^2$-$5.4x10^2$ | $10^2$-$10^3$ |

Confidential Information – Subject to Protective Order

DD229a B-09

Table 7 Ability of strains Isolated from Gastric Juice to Reduce Nitrate to Nitrite

| Organism (number of strains) | 'Classical' Ability to Reduce Nitrate to Nitrite* | Nitrate Reduction :- No. Strains Tested | No. Positive (%) |
|---|---|---|---|
| Corynebacterium sp (42) | v | 41 | 3 (7) |
| Streptococcus sp (32) | - | 32 | 0 (0) |
| Micrococcus sp (16) | v | 16 | 13 (81) |
| Veillonella sp (13) | + | 13 | 13 (100) |
| S. epidermidis (10) | v | 10 | 10 (100) |
| Neisseria sp (10) | v | 5 | 0 (0) |
| anaerobic Corynebacterium sp (7) | | 7 | 0 (0) |
| S. aureus (5) | + | 5 | 5 (100) |
| anaerobic streptocci (5) | | 5 | 0 (0) |
| Propionibacterium sp (4) | v | 4 | 4 (100) |
| Bacillus sp (2) | v | 2 | 1 (50) |
| Fusobacterium sp (2) | - | 2 | 0 (0) |
| Haemophilus sp (2) | + | 2 | 1 (50) |
| E. coli (2) | + | 2 | 2 (100) |
| Kl. oxytoca (2) | + | 2 | 2 (100) |
| Serratia sp (2) | + | 2 | 2 (100) |
| A. calco var anitratus (1) | - | 1 | 0 (0) |
| Ent. agglomerans (1) | + | 1 | 1 (100) |
| anaerobic gram-positive rods (1) | | 1 | 0 (0) |
| anaerobic gram-negative rods (11) | | 11 | 1 (9) |
| Candida sp (11) | | 11 | 0 (0) |
| Total | | 175 | 58 (33) |

* Taken from Cowan and Steele's 'Manual for the Identification of Medical Bacteria' and 'Bergey's Manual of Determinative Bacteriology'.
\+ = 85-100% strains positive v = variable reactions given by different strains
\- = 0-15% strains positive

D229a A10

Key to Abbreviations/Symbols in Tables and Appendices :-

Microbial Names :-

S - Staphylococcus
M - Micrococcus
St - Streptococcus
A.calco - Acinetobacter calcoaceticus
E - Escherichia
Ent - Enterobacter
Kl - Klebsiella
C - Candida

Microbial Identification and Tests :-

(T) - tentative identification
NT - not tested

Baceterial Numbers for Nasal/Throat Swabs :-

\+ - 1 to 50 colonies ('scanty')
++ - 50 to 500 colonies ('moderate')
+++ - > 500 colonies ('heavy')

Confidential Information – Subject to Protective Order

D229a A11

Appendix I Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : Pretreatment (Day 1)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology: Site | Nasal/Throat Swab Bacteriology: Organism (numbers) | Gastric pH | Gastric Juice Bacteriology: Total Bacterial Count cfu/ml | Gastric Juice Bacteriology: Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. aureus (+) | 1 | $1.8 \times 10^2$ | C. albicans | $1.8 \times 10^2$ | - |
| | | S. epidermidis (+) | | | | | |
| | throat | St. salivarius (++) | | | | | |
| | | Corynebacterium spp. (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 2. | nasal | S. epidermidis (+) | 4-5 | $1.9 \times 10^5$ | S. epidermidis | $< 10^2$ | + |
| | | Corynebacterium sp (+) | | | M. tetragenus | $2.5 \times 10^3$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $9.3 \times 10^3$ | - |
| | | Streptococci (+++) | | | St. salivarius | $1.4 \times 10^4$ | - |
| | | Neisseria sp (+) | | | Corynebacterium spp.- | | |
| | | | | | α-haemolytic types | $1.2 \times 10^4$ | - |
| | | | | | non-haemolytic types | $6.5 \times 10^3$ | - |
| | | | | | Veillonella sp (T) | $3.9 \times 10^4$ | + |
| | | | | | Neisseria sp | $1.6 \times 10^3$ | - |
| | | | | | Ent. agglomerans | $< 10^2$ | + |
| | | | | | Kl. oxytoca | $1.4 \times 10^3$ | + |
| | | | | | Haemophilus sp (T) | $5.7 \times 10^3$ | + |
| | | | | | anaerobic gram-negative rod | $7 \times 10^4$ | - |
| 3. | nasal | Bacillus sp (+++) | 1 | nil | none isolated | | |
| | throat | no growth | | | | | |
| 4. | nasal | S. epidermidis (+) | 2 | $< 10^2$ | St. faecalis | $< 10^2$ | - |
| | | Corynebacterium sp (++) | | | C. albicans | $< 10^2$ | - |
| | throat | Bacillus sp (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| | | gram-negative rod (+++) | | | | | |

GSKZAN0000090297

Confidential Information – Subject to Protective Order

D229a A12
Appendix I - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 5. | nasal | S. epidermidis (++) | 5 | $1.3 \times 10^7$ | S. epidermidis | $1.5 \times 10^2$ | + |
| | | Corynebacterium sp (+) | | | St. salivarius | $3 \times 10^6$ | - |
| | throat | Streptococci (+++) | | | Corynebacterium sp | $4.3 \times 10^6$ | - |
| | | Bacillus sp (+++) | | | Neisseria sp | $1.4 \times 10^6$ | NT |
| | | Neisseria sp (++) | | | Veillonella sp (T) | $7 \times 10^5$ | + |
| | | Kl. oxytoca (+) | | | | | |
| 6. | nasal | no growth | 1 | $< 10^2$ | anaerobic | | |
| | throat | streptococci (+++) | | | Corynebacterium sp | $< 10^2$ | - |
| | | Neisseria sp (+++) | | | C. albicans | $< 10^2$ | - |
| 7. | nasal | S. epidermidis (++) | 1 | $1.2 \times 10^3$ | Corynebacterium sp | $1.2 \times 10^3$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | S. aureus (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| 8. | nasal | S. epidermidis (+) | 1 | $< 10^2$ | Corynebacterium sp | $< 10^2$ | - |
| | throat | M. tetragenus (++) | | | | | |
| | | Streptococci (+++) | | | | | |
| | | Corynebacterium spp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 9. | nasal | Micrococcus sp (+++) | 2 | nil. | none isolated | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | Micrococcus sp (+) | | | | | |
| | | Streptococci (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |

Confidential Information – Subject to Protective Order

D229a A13

Appendix I - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology: Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology: Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 10. | nasal | S. aureus (+) | 1 | 4.7 x $10^2$ | S. epidermidis | 4.7 x $10^2$ | + |
| | | S. epidermidis (++) | | | C. albicans | < $10^2$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | Streptococci (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 11. | nasal | S. aureus (+) | 7 | 4.1 x $10^7$ | S. aureus | < $10^2$ | + |
| | throat | M. tetragenus (++) | | | Micrococcus sp | 1.4 x $10^6$ | + |
| | | streptococci (+++) | | | St. salivarius | 1.4 x $10^6$ | - |
| | | Corynebacterium spp (+++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (+++) | | | α-haemolytic types | 1.2 x $10^7$ | - |
| | | | | | non-haemolytic types | 4.8 x $10^5$ | - |
| | | | | | Propionibacterium sp (T) | 5 x $10^6$ | + |
| 12. | nasal | Corynebacterium spp (++) | 6 | 3.2 x $10^7$ | Micrococcus sp (1) | 2.4 x $10^4$ | - |
| | | Bacillus sp (++) | | | Micrococcus sp (2) | 2.8 x $10^6$ | + |
| | | gram-negative rod (+) | | | St. salivarius | 1.3 x $10^7$ | - |
| | throat | M. tetragenus (++) | | | Corynebacterium sp | 3.5 x $10^6$ | - |
| | | Streptococci (+++) | | | Propionibacterium sp (T) | 4.5 x $10^4$ | + |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (++) | | | Neisseria sp | 2.3 x $10^6$ | NT |

Confidential Information – Subject to Protective Order

D229a A14

Appendix II Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : 12h Post-Dose (Day 28)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. aureus (+) | 1 | $< 10^2$ | C. albicans | $< 10^2$ | - |
| | | S. epidermidis (++) | | | | | |
| | | Micrococcus sp (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | throat | M. luteus (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 2. | nasal | S. epidermidis (++) | 6 | $3.6 \times 10^7$ | Micrococcus sp | $1.2 \times 10^2$ | + |
| | | M. flavus (+) | | | St. faecalis | $2.1 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. mitis (T) | $5 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium sp | $9.4 \times 10^6$ | - |
| | | St. mitis (++) | | | Veillonella sp (T) | $4.5 \times 10^6$ | + |
| | | St. salivarius (++) | | | anaerobic Corynebacterium sp | $3.1 \times 10^5$ | - |
| | | Corynebacterium spp (+++) | | | Neisseria sp | $2.6 \times 10^6$ | - |
| | | Neisseria sp (+++) | | | A.calco.var anitratus | $1.3 \times 10^2$ | - |
| | | | | | Kl. oxytoca | $< 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $4.4 \times 10^5$ | + |
| 3. | nasal | S. aureus (++) | 4 | $< 10^2$ | Corynebacterium sp | $< 10^2$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | throat | St. mitis (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (++) | | | | | |

Confidential Information – Subject to Protective Order

D229a A15

Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 4. | nasal | S. epidermidis (++) | 6 | $2.6 \times 10^7$ | Micrococcus sp | $< 10^2$ | + |
| | | Corynebacterium spp (+++) | | | St. faecalis | $8.8 \times 10^5$ | - |
| | throat | M. tetragenus (+++) | | | St. mitis | $2.3 \times 10^6$ | - |
| | | St. mitis (+) | | | St. salivarius | $7 \times 10^5$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (+++) | | | α-haemolytic types | $3.4 \times 10^6$ | - |
| | | | | | non-haemolytic types | $5.9 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $4.3 \times 10^6$ | + |
| | | | | | anaerobic Coryne-bacterium sp | $6 \times 10^6$ | - |
| | | | | | Serratia sp | $1.8 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $1.5 \times 10^6$ | - |
| | | | | | C. albicans | $1.4 \times 10^2$ | - |
| 5. | nasal | S. epidermidis (+) | 5 | $3.6 \times 10^7$ | S. epidermidis | $6 \times 10^5$ | + |
| | | Micrococcus sp (p) (++) | | | St. mitis | $5 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. salivarius | $3.7 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium spp- | | |
| | | St. mitis (++) | | | α-haemolytic types | $6.4 \times 10^6$ | - |
| | | St. salivarius (++) | | | non-haemolytic types | $9.2 \times 10^6$ | - |
| | | Corynebacterium spp (++) | | | anaerobic gram-negative rod | $5 \times 10^5$ | - |
| | | Neisseria sp (+) | | | C. albicans | $< 10^2$ | |
| 6. | nasal | S. aureus (+++) | No sample | | | | |
| | | S. epidermidis (++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | Micrococcus sp (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp | | | | | |

Confidential Information – Subject to Protective Order

D229a A16

Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 7. | nasal | S. epidermidis (++) | 1 | $6.2 \times 10^3$ | Micrococcus sp | $4 \times 10^2$ | + |
| | | M. luteus (+) | | | Corynebacterium sp | $5.8 \times 10^3$ | NT |
| | | Corynebacterium sp (++) | | | | | |
| | throat | St. mitis (++) | | | | | |
| | | Corynebacterium spp (+++) | | | | | |
| | | Neisseria sp (+++) | | | | | |
| 8. | nasal | S. epidermidis (+) | 2 | $8.6 \times 10^2$ | Corynebacterium sp | $6.3 \times 10^2$ | - |
| | | Micrococcus sp (+) | | | anaerobic Coryne- | | |
| | | Corynebacterium sp (+) | | | bacterium sp | $1.4 \times 10^2$ | - |
| | throat | M. tetragenus (+) | | | C. zeylanoides (T) | $< 10^2$ | - |
| | | St. mitis (+) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (+) | | | | | |
| 9. | nasal | S. aureus (++) | 4 | $1.1 \times 10^7$ | S. aureus | $7.7 \times 10^3$ | + |
| | | Corynebacterium sp (+++) | | | Micrococcus sp | $< 10^2$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $1 \times 10^6$ | - |
| | | St. mitis (+) | | | St. salivarius | $5.2 \times 10^5$ | - |
| | | St. salivarius (+) | | | Corynebacterium spp - | | |
| | | Corynebacterium spp (++) | | | α-haemolytic types | $1.4 \times 10^6$ | - |
| | | Neisseria sp (+) | | | non-haemolytic types | $1.5 \times 10^6$ | - |
| | | | | | anaerobic strepto- | | |
| | | | | | coccus (T) | $3.1 \times 10^5$ | - |
| | | | | | Veillonella sp (T) | $2.5 \times 10^6$ | + |
| | | | | | Propionibacterium | | |
| | | | | | sp (T) | $2 \times 10^5$ | + |
| | | | | | Neisseria sp | $3.8 \times 10^5$ | NT |

Confidential Information – Subject to Protective Order

D229a A17
Appendix II - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 10. | nasal | S. aureus (+) | 2 | < $10^2$ | C. albicans | < $10^2$ | - |
| | | S. epidermidis (+) | | | | | |
| | | M. tetragenus (+) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | throat | M. tetragenus (++) | | | | | |
| | | St. mitis (++) | | | | | |
| | | St. salivarius (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 11. | nasal | S. aureus (+) | 8 | 7.1 x $10^7$ | Micrococcus sp (1) | 3 x $10^3$ | - |
| | | Micrococcus sp (++) | | | Micrococcus sp (2) | 1.9 x $10^6$ | + |
| | | Corynebacterium sp (++) | | | St. salivarius | 3 x $10^6$ | - |
| | throat | St. mitis (++) | | | Corynebacterium spp - | | |
| | | St. salivarius (+) | | | α-haemolytic types | 1.5 x $10^7$ | - |
| | | Corynebacterium spp (++) | | | non-haemolytic type (1) | 1.1 x $10^7$ | - |
| | | Neisseria sp (++) | | | non-haemolytic type (2) (T) | 3.4 x $10^6$ | + |
| | | | | | Neisseria sp | 9 x $10^5$ | - |
| | | | | | Haemophilus sp (T) | 1.2 x $10^6$ | - |
| 12. | nasal | S. epidermidis (+) | 6 | 3.1 x $10^7$ | Micrococcus sp | 5.4 x $10^2$ | + |
| | | Micrococcus sp (++) | | | St. mitis | 3.6 x $10^6$ | - |
| | | Corynebacterium sp (+) | | | St. salivarius | 2.6 x $10^6$ | - |
| | throat | M. tetragenus (+) | | | Bacillus sp | 1.9 x $10^5$ | + |
| | | St. mitis (+) | | | Cornebacterium spp- | | |
| | | St. salivarius (+) | | | α-haemolytic types | 3.1 x $10^6$ | - |
| | | Corynebacterium spp (+++) | | | non-haemolytic types | 3.3 x $10^6$ | - |
| | | Neisseria sp (++) | | | anaerobic streptococcus (T) | 2.2 x $10^6$ | - |
| | | | | | Veillonella sp (T) | 6.5 x $10^6$ | + |
| | | | | | anaerobic gram-negative rod | 5.5 x $10^6$ | - |

Confidential Information – Subject to Protective Order

D229a A18

Appendix III Microbial Flora of Nasal Cavity, Throat (Pharynx) and Gastric Juice : 3h Post-Dose (Day 29)

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 1. | nasal | S. epidermidis (+) | 7 | $7.3 \times 10^7$ | S. epidermidis | $7.2 \times 10^3$ | + |
| | | Corynebacterium sp (+) | | | Micrococcus sp | $4.1 \times 10^4$ | + |
| | throat | M. tetragenus (+) | | | St. salivarius | $1.6 \times 10^7$ | - |
| | | St. mitis (+) | | | Corynebacterium spp- | | |
| | | St salivarius (++) | | | α-haemolytic types | $1.1 \times 10^7$ | - |
| | | Corynebacterium sp (+) | | | non-haemolytic type | $1.4 \times 10^6$ | + |
| | | Neisseria sp (+) | | | anaerobic Corynebacterium sp | $3.2 \times 10^3$ | - |
| | | | | | Propionibacterium sp (T) | $2.3 \times 10^7$ | + |
| | | | | | anaerobic streptococcus (T) | $1.4 \times 10^7$ | - |
| | | | | | anaerobic gram-negative rod | $1.4 \times 10^6$ | - |
| | | | | | C. albicans | $5.4 \times 10^2$ | - |
| 2. | nasal | S. epidermidis (+) | 6-7 | $1.3 \times 10^8$ | S.aureus | $1.5 \times 10^2$ | + |
| | | M. flavus (++) | | | S.epidermidis | $3.1 \times 10^3$ | + |
| | | Corynebacterium sp (+) | | | St. salivarius | $5 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | St. sanguis | $2 \times 10^7$ | - |
| | | St. mitis (++) | | | Corynebacterium spp | | |
| | | St. salivarius (+) | | | α-haemoltic types | $1.5 \times 10^7$ | - |
| | | Corynebacterium spp (+++) | | | non-haemolytic type (T) | $4.7 \times 10^6$ | + |
| | | | | | Veillonella sp (T) | $1.4 \times 10^7$ | + |
| | | | | | E. coli | $4 \times 10^2$ | + |

Confidential Information – Subject to Protective Order

D229a A19

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 3. | nasal | S. epidermidis (++) | 7 | $1.3 \times 10^7$ | S. epidermidis | $2.4 \times 10^2$ | + |
| | | Micrococcus sp (+) | | | Micrococcus sp | $8.5 \times 10^4$ | + |
| | | Corynebacterium sp (++) | | | St. faecalis | $1.6 \times 10^6$ | - |
| | throat | S. aureus (+) | | | St. salivarius | $2.7 \times 10^6$ | - |
| | | St. salivarius (++) | | | Corynebacterium spp- | | |
| | | Corynebacterium spp (+++) | | | α-haemolytic types | $9.3 \times 10^5$ | - |
| | | Neisseria sp (+) | | | non-haemolytic type | $1.8 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $2.2 \times 10^6$ | + |
| | | | | | Neisseria sp | $8.5 \times 10^5$ | - |
| | | | | | Fusobacterium sp (T) | $9 \times 10^5$ | - |
| 4. | nasal | Corynebacterium (++) | 7 | $2.5 \times 10^7$ | Micrococcus | $3.4 \times 10^5$ | + |
| | | Bacillus sp (+++) | | | St. salivarius | $4.6 \times 10^6$ | - |
| | throat | St. mitis (++) | | | Corynebacterium spp- | | |
| | | St. salivarius (+) | | | α-haemolytic types | $2.8 \times 10^6$ | - |
| | | Corynebacterium sp (+++) | | | non-haemolytic type(1) | $1.4 \times 10^5$ | - |
| | | Neisseria sp (++) | | | non-haemolytic type(2) | $3 \times 10^6$ | - |
| | | | | | anaerobic Coryne-bacterium sp | $6.6 \times 10^6$ | - |
| | | | | | Veillonella sp (T) | $2.7 \times 10^6$ | + |
| | | | | | Neisseria sp | $1.7 \times 10^6$ | NT |
| | | | | | Serratia sp | $3 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $3 \times 10^6$ | - |
| | | | | | C. albicans | $1.5 \times 10^2$ | - |

Confidential Information – Subject to Protective Order

D229a A20
Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 5. | nasal | S. epidermidis (++) | 7 | $2.7 \times 10^7$ | S. epidermidis | $3.2 \times 10^5$ | + |
| | | Micrococcus sp (+) | | | St. faecium | $2.1 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | St. sanguis | $1.8 \times 10^6$ | - |
| | throat | M. tetragenus (+) | | | Corynebacterium spp- | | |
| | | St. mitis (+) | | | α-haemolytic types | $1.2 \times 10^6$ | - |
| | | St. salivarius (+) | | | non-haemolytic types | $5.6 \times 10^6$ | - |
| | | Corynebacterium spp (+++) | | | Veillonella sp (T) | $8.5 \times 10^6$ | + |
| | | Neisseria sp (++) | | | anaerobic gram-negative rod | $2.4 \times 10^6$ | - |
| 6. | nasal | S.aureus (+++) | no sample | | | | |
| | | S. epidermidis (+) | | | | | |
| | | Bacillus sp (+) | | | | | |
| | throat | S. aureus (+++) | | | | | |
| | | M. tetragenus (+) | | | | | |
| | | Bacillus sp (+) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 7. | nasal | S. epidermidis (+) | 6 | $3.4 \times 10^7$ | S.aureus | $2.7 \times 10^4$ | + |
| | | Micrococcus sp (+) | | | St. salivarius | $5.8 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp- | | |
| | throat | M. tetragenus (+) | | | α-haemolytic types | $7.6 \times 10^6$ | - |
| | | St. salivarius (++) | | | Veillonella sp (T) | $5.5 \times 10^6$ | + |
| | | Corynebacterium sp (+++) | | | anaerobic gram-positive rod | $1 \times 10^3$ | - |
| | | Neisseria sp (++) | | | Neisseria sp | $5.8 \times 10^5$ | NT |
| | | | | | Fusobacterium sp (T) | $2.5 \times 10^6$ | - |

Confidential Information – Subject to Protective Order

D229a A21

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 8. | nasal | S. epidermidis (+) | 2 | $5.8 \times 10^3$ | Corynebacterium sp | $4.1 \times 10^3$ | - |
| | | Micrococcus sp (+) | | | anaerobic Corynebacterium sp | $1.2 \times 10^3$ | - |
| | throat | St. mitis (++) | | | | | |
| | | St. salivarius (+) | | | | | |
| | | Bacillus sp (++) | | | | | |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | | | |
| 9. | nasal | Bacillus sp (+++) | 7 | $2.3 \times 10^7$ | S. aureus | $5.3 \times 10^2$ | + |
| | | Corynebacterium sp (++) | | | S. epidermidis | $1.3 \times 10^2$ | + |
| | throat | M. tetragenus (+) | | | St. mitis | $2.3 \times 10^6$ | - |
| | | S. salivarius (+) | | | St. salivarius | $9 \times 10^5$ | - |
| | | Corynebacterium spp (++) | | | Corynebacterium spp - | | |
| | | Neisseria sp (++) | | | α-haemolytic types | $3.9 \times 10^6$ | - |
| | | | | | non-haemolytic types | $2.4 \times 10^6$ | - |
| | | | | | anaerobic streptococcus (T) | $9 \times 10^5$ | - |
| | | | | | Veillonella sp (T) | $1.9 \times 10^6$ | + |
| | | | | | Neisseria sp | $2.7 \times 10^6$ | - |
| | | | | | E. coli | $1.2 \times 10^2$ | + |
| | | | | | anaerobic gram-negative rod | $1.3 \times 10^6$ | - |
| 10. | nasal | S. epidermidis (++) | 2 | $1.6 \times 10^2$ | C. albicans | $1.6 \times 10^2$ | - |
| | | Micrococcus sp (++) | | | | | |
| | | Bacillus sp (+++) | | | | | |
| | | Corynebacterium sp (++) | | | | | |
| | throat | M. tetragenus (+) | | | | | |
| | | St. mitis (++) | | | | | |
| | | Bacillus sp (++) | | | | | |
| | | Corynebacterium spp (++) | | | | | |
| | | Neisseria sp (++) | | | | | |

Confidential Information – Subject to Protective Order

D229a A22

Appendix III - continued

| Volunteer Study Number | Nasal/Throat Swab Bacteriology Site | Organism (numbers) | Gastric pH | Gastric Juice Bacteriology Total Bacterial Count cfu/ml | Organism | Differential Bacterial Count cfu/ml | Nitrate Reduction + or - |
|---|---|---|---|---|---|---|---|
| 11. | nasal | S. epidermidis (++) | 4 | $3.3 \times 10^6$ | S. epidermidis | $1.1 \times 10^3$ | + |
| | | Micrococcus sp (++) | | | Micrococcus sp | $2.6 \times 10^3$ | + |
| | | Corynebacterium sp (++) | | | Group B streptococcus | $3.4 \times 10^3$ | - |
| | throat | St. mitis (++) | | | St. salivarius | $2.3 \times 10^4$ | - |
| | | St. Salivarius (++) | | | Bacillus sp (T) | $2.4 \times 10^3$ | - |
| | | Bacillus sp (+) | | | Corynebacterium spp - | | |
| | | Corynebacterium spp (++) | | | α-haemolytic types | $1.4 \times 10^4$ | - |
| | | Neisseria sp (++) | | | non-haemolytic types | $1.7 \times 10^4$ | - |
| | | | | | anaerobic Corynebacterium sp | $3.4 \times 10^2$ | - |
| | | | | | Veillonella sp (T) | $2.6 \times 10^6$ | + |
| | | | | | anaerobic gram-negative rod | $7.2 \times 10^4$ | - |
| 12. | nasal | S. epidermidis (++) | 7 | $4.3 \times 10^7$ | Micrococcus sp | $9 \times 10^5$ | - |
| | | Micrococcus sp (+) | | | St. salivarius | $3.9 \times 10^6$ | - |
| | | Corynebacterium sp (++) | | | Corynebacterium spp | | |
| | throat | Micrococcus sp (++) | | | α-haemolytic types | $1.9 \times 10^6$ | - |
| | | M. tetragenus (++) | | | non-haemolytic types | $9.4 \times 10^6$ | - |
| | | St. mitis (++) | | | anaerobic streptococcus (T) | $4.8 \times 10^6$ | - |
| | | Corynebacterium sp (+) | | | | | |
| | | Neisseria sp (++) | | | anaerobic gram-negative rod | $7.6 \times 10^6$ | - |

GSKZAN0000990308

Minutes of a meeting to discuss a study to investigate the effect of ranitidine treatment on gastric bacterial flora, held 1.6.81 at Ware

---

Present : Dr. D. F. Woodings
Mr. D. Cox
Dr. G. T. Dixon
Miss P. A. Dixon
Mrs. M. J. Gardner
Dr. L. E. Martin
Dr. B. J. Price
Dr. G. W. Ross
Dr. M. Thomas

A study on the effect of suppression of gastric acid secretion on the bacterial flora of the stomach in man is required for inclusion in the Glaxo Inc. NDA. It was decided to study the effect of 4 weeks treatment with ranitidine 150 mg b.d on the bacterial content of gastric juice in 12 volunteers. Pre-treatment samples will be taken between 9.00 and 10.00 a.m. on day 1. On day 27 of dosing gastric juice samples will be taken at 9.00 a.m. before the morning dose. On day 28 the last dose will be taken at 6.00 a.m. to allow the collection of the last gastric juice sample 3-4 hours after dosing.

Gastric juice samples will be tested for pH, total bacterial numbers and individual genera. Ranitidine levels will be determined in the blood and gastric juice samples where possible.

The clinical study is expected to start the week commencing 15.6.81, with collection of the last gastric samples the week commencing 27.7.81. The study should be completed and reported by the end of September 1981.

NB. Following the meeting the treatment period was extended to 34 days.

**GLAXO GROUP RESEARCH LIMITED**

Memorandum from: Dr M Thomas
Clinical Pharmacology Unit

Site: Ware

To: Dr G W Ross
Microbial Biochemistry Department
Greenford

Date: 10.6.81

Ref: MT:BJC

cc: Dr G I Dixon

Ranitidine gastric bacterial flora study

Following our telephone conversation last week about the timing of this study, I would like to propose the following dates for dosing and collection of samples.

a) Dosing with ranitidine will continue from Wednesday 24th June until Wednesday 22nd July 1981 inclusive.

b) Gastric samples for bacterial examination will be obtained on Wednesday 24th June, Tuesday 21st July and Wednesday 22nd July 1981.

If these dates are acceptable to you and your colleagues please get in touch with Geoff Dixon and let him know so that he can inform the volunteers and other persons concerned with the study accordingly.

M. Thomas
........................

Glaxo

Telephone: Ware 3232
STD Code 0920
Telex 817877

Glaxo Group Research Limited
Ware, Hertfordshire, SG12 0DJ

MT:BJC

4th June 1981

Dr Peter Wise
Glaxo Inc
1900 West Commercial Boulevard
Fort Lauderdale
Florida 3309
USA

Dear Peter

Herewith a protocol for the ranitidine gastric bacterial flora study. I have already highlighted the main points of the protocol in my letter to Fred Eshelman dated 2nd June 1981.

The schedule is a tight one, but I have already received approval from the Chairman of our Ethical Committee to proceed and I anticipate that dosing with ranitidine will begin on Wednesday 24th June and continue until Wednesday 29th July. This is slightly in excess of one month's treatment, but I have had to arrange it this way because of staffing problems.

As I am dictating this letter, I am awaiting a telephone call from you so that I can discuss this protocal and the intramuscular single dose ranitidine with you.

Yours sincerely

Dr M Thomas
Head of Clinical Pharmacology Unit

cc: Dr F Eshelman
Dr D M Harris
Dr G T Dixon
Dr C O'Callaghan
Dr D Woodings

Enc: Protocol CP:16:81

Glaxo

Telephone: Ware 3232
STD Code 0920
Telex 817877

Glaxo Group Research Limited
Ware, Hertfordshire, SG12 0DJ

MT:BJC

2nd June 1981

Dr F N Eshelman
Glaxo Inc
1900 West Commercial Boulevard
Fort Lauderdale
Florida 3309
USA

Dear Fred

Having met with the interested parties who will be involved in the ranitidine gastric flora study I am now in a position to tell you, in outline at this stage, what we are able to offer. Geoff Dixon, who will be in charge of the study, will provide you with a copy of the protocol just as soon as he is able to do so. In the meanwhile you might like to know:

1) that the study will be considered by our Ethical Review Committee at their next meeting on Monday, 15th June 1981. Assuming that permission to proceed is given - and I am confident that it will be - the study will be begin later in the week (that is during the third week in June). With this starting date the study, it is anticipated, will be completed and reported by the end of September 1981.

2) the more important details in the protocol.

i) Twelve healthy volunteers will take ranitidine 150 mg twice a day for four weeks.

ii) Gastric juice for bacterial examination will be obtained before starting ranitidine, then on the penultimate day of dosing (12 hours after a dose of ranitidine), and finally on the last day of dosing with ranitidine (3 or 4 hours after the last dose of the drug has been taken).

iii) A full clinical examination will be conducted before administration of ranitidine and repeated at the end of the study.

iv) Haematology, blood biochemistry and urinalysis will be undertaken before and after treatment with ranitidine.

v) Analysis of gastric samples will include a total colony count, differential count and an assessment of nitrate reductase activity.

Cont........

Company registered in England No 835139 Registered office Clarges House 6-12 Clarges Street London W1Y 8DH England
A member of the Glaxo Group

Dr F N Eshelman 2nd June 1981

Needless to say we would like to include more than twelve subjects in the study, but our Bacteriology Department is unable to deal with any more samples than this number of subjects will generate in the time allowed for the study. Added to this, the study takes place during a period when many of our subjects on the Volunteer Panel will be taking their Summer Holidays. This increases the problem of recruiting subjects for the study.

The question of including a control group treated with antacids in the study was raised. Even though it would be interesting to have such control data, as it is really not essential and as it would mean reducing the subjects treated with ranitidine by half, this has been decided against.

Yours sincerely,

Malcolm.

Dr M T Thomas
Head of Clinical Pharmacology Unit

cc: Dr D M Harris
Dr G Dixon
Dr D Woodings
Dr C H O'Callaghan, Product Development Div, Greenford
Dr G W Ross, Microbial Biochemistry Dept, Greenford

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 744 of 1099



We thank the many physicians who provided clinical information and access to patients, in particular Dr J. Lister who allowed us to study diabetic children in the Windsor area; Prof I. M. Roitt and Dr Frank Hay for useful discussions; members of our research team at St. Bartholomew's Hospital and the Middlesex Hospital Medical School for technical assistance; and Miss Queenie Jayawardena for help with the preparation of the typescript. Grants were obtained from the Medical Research Council, the British Diabetic Association, the Juvenile Diabetic Foundation (USA), and WHO.

REFERENCES

1. Lendrum R, Walker GJ, Cudworth AG, et al. Islet-cell antibodies in diabetes mellitus. *Lancet* 1976; ii: 1273–76.
2. Bottazzo GF, Doniach D. Pancreatic autoimmunity and HLA antigens. *Lancet* 1976; ii: 800.
3. Cudworth AG. Diabetes—the possible etiological role of viruses. In: Heath, RB, ed. Virus diseases. Tunbridge Wells: Pitman Medical, for Royal College of Physicians, London. 1979: 59–69.
4. Notkins AL. The causes of diabetes. *Scient Am* 1979; 241: 56–67.
5. Yoon JW, Austin M, Onodera M, Notkins AL. Virus-induced diabetes mellitus. Isolation of a virus from the pancreas of a child with diabetic ketoacidosis. *N Engl J Med* 1979; 300: 1173–79.
6. Bottazzo GF, Cudworth AG, Moul DJ, Doniach D, Festenstein H. Evidence for a primary autoimmune type of diabetes mellitus (type Ib). *Br Med J* 1978; ii: 1253–55.
7. Irvine WJ, McCallum CJ, Gray RS, et al. Pancreatic islet-cell antibodies in diabetes mellitus correlated with the duration and type of diabetes, coexistent autoimmune disease and HLA type. *Diabetes* 1977; 26: 138–47.
8. Lernmark A, Freedman ZR, Hofmann C, et al. Islet-cell-surface antibodies in juvenile diabetes mellitus. *N Engl J Med* 1978; 299: 375–80.
9. Khoury EL, Hammond L, Bottazzo GF, Doniach D. Detection of autoantibodies to cell-surface by immunofluorescence on human thyroid cultures. *Ann Endocrinol* 1979; 40: 41A.
10. Doniach D, Bottazzo GF, Khoury EL. Prospects in human autoimmune thyroiditis. In: Pinchera A, Doniach D, Fenzi GF, Baschieri L, eds. Autoimmune aspects of endocrine disorders. London: Academic Press (in press).
11. Pozzilli P, Sensi M, Gorsuch A, Bottazzo GF, Cudworth AG. Evidence for raised K-cell levels in type I diabetes. *Lancet* 1979; ii: 173–75.
12. Gorsuch AN, Dean BM, Bottazzo GF, Lister J, Cudworth AG. Evidence that type I diabetes and thyrogastric autoimmunity have different genetic determinants. *Br Med J* 1980; 280: 145–47.
13. Bottazzo GF, Doniach D. Islet-cell antibodies (ICA) in diabetes mellitus: evidence of an autoantigen common to all cells in the islet of Langerhans. *La Ric Clin Lab* 1978; 8: 29–38.
14. Bottazzo GF, Doniach D, Pouplard A. Humoral autoimmunity in diabetes mellitus. *Acta Endocrinol (Kbh)* 1976; suppl. 205: 55–61.
15. Cudworth AG, Festenstein H. HLA genetic heterogeneity in diabetes mellitus. *Br Med Bull* 1978; 34: 285–89.
16. Cudworth AG, Bottazzo GF, Doniach D. Genetic and immunological factors in type I diabetes. In: Irvine WJ, ed. Immunology of diabetes. Edinburgh: Teviot Press, 1980.
17. Bottazzo GF, Mann JI, Thorogood M, Baum JD, Doniach D. Autoimmunity in juvenile diabetics and their families. *Br Med J* 1978; ii: 165–68.
18. Gally JA, Edelman GM. The genetic control of Ig synthesis. *Annu Rev Genetics* 1972; 6: 1–47.
19. Turner MW. Structure and function of immunoglobulins. In: Glynn LE, Steward MW, eds. Immunochemistry. Chichester: Wiley, 1977: 1–57.
20. Ey PL, Prowse SJ, Jenkin CR. Complement-fixing IgG1 constitutes a new subclass of mouse IgG. *Nature* 1979; 281: 492–93.

Requests for reprints should be addressed to G.F.B., Department of Immunology, The Middlesex Hospital School, Arthur Stanley House, 40–50 Tottenham Street, London W1P 9PG.

---

The real price that has been exacted by the Soviet strike into Afghanistan is, to be sure, an extinction of that minimum of trust that is necessary to legitimize conflict management between nations. Absent that element, governments and publics have scant choice but to resort to stronger military capability in order to influence an opponent's calculus of risks and consequences. Both science and technology inevitably will be harnessed to that task. And the derivative cost is in the diversion of attention and effort from a host of problems that, left unattended, can lead to as much grief as almost any quarrel between superpowers: swarming population, crushing indebtedness of developing nations, forest and cropland depletion, failure of emerging nations to achieve their expectations with stability, and virulent poverty.—WILLIAM D. CAREY. *Science* 1980; 207: 595.

# EFFECT OF CIMETIDINE ON THE GASTRIC BACTERIAL FLORA

W. S. J. RUDDELL A. T. R. AXON

*Gastroenterology Unit, General Infirmary, Leeds LS1 3EX*

J. M. FINDLAY

*Department of Gastroenterology, Royal Infirmary, Bradford*

B. A. BARTHOLOMEW M. J. HILL

*Bacterial Metabolism Research Laboratory, Colindale, London NW9 5DX*

***Summary*** Bacteriological studies were carried out on samples of gastric juice obtained from 31 patients with peptic ulcer before and immediately after a month's course of cimetidine. After cimetidine there were major increases in both total bacterial counts and counts of nitrate-reducing organisms and qualitative changes suggesting the establishment of a flora which included large numbers of "fæcal" organisms.

## Introduction

THE introduction of potent gastric antisecretory drugs has led to a reappraisal of both short-term and long-term therapy in peptic ulcer disease. A short course of the histamine $H_2$ antagonist, cimetidine, will heal most duodenal ulcers[1] and many gastric ulcers,[2] and despite anecdotal reports of largely reversible side-effects, the record of short-term safety of the drug is impressive. However, the safety of long-term therapeutic reduction of gastric secretion in man is not established and has given rise to some concern.[3] The gastric flora and its metabolic activity are largely determined by intragastric pH,[4,5] and we have investigated the effect of a month's course of cimetidine on the gastric bacterial flora in patients with endoscopically proven gastric and duodenal ulcers.

## Patients and Methods

Patients found to have a duodenal ulcer or benign gastric ulcer at the time of routine endoscopy were entered into the study. Before intubation the endoscope and its aspiration channel were sterilised with activated glutaraldehyde, all traces of which were then removed by copious aspiration of sterile water. A sample of gastric juice from the main gastric pool, avoiding saliva and œsophageal contents, was aspirated into a sterile collection trap inserted between endoscope and suction pump. A pilot study had shown the suitability of this technique for collecting uncontaminated specimens. Patients considered suitable for medical treatment were then prescribed cimetidine 200 mg three times a day and 400 mg at night for a month, and the importance of strict compliance to this regimen was emphasised. The patients were asked to take the last tablet at 7 A.M. on the morning of the follow-up endoscopy, which was carried out 3–4 h later. At this time a second sample of gastric juice was collected with the same technique. All patients were questioned closely about adherence to the prescribed regimen immediately before the second endoscopy, and several defaulters were identified and excluded from the study. Patients who had visible food or other solids in either of the two samples were also excluded. 31 matched pairs of gastric juice which fulfilled these criteria were obtained from 18 patients with duodenal ulcer and 13 patients with gastric ulcer. Immediately after collection the pH of each specimen was measured by glass electrode. 0·5 ml was inoculated with a sterile syringe into 4·5 ml glycerol broth in a small transport bottle and plunged into dry ice within a minute or so of aspira-

Confidential Information – Subject to Protective Order GSKZAN0000990314

tion. Samples were stored at −20°C until bacteriological studies were carried out.

### *Bacteriological Methods*

Aerobes and anaerobes were cultured and counted by standard methods.[6] Total bacterial counts and counts of individual organisms are expressed as $\log_{10}$ organisms/ml gastric juice, and counts below 2 (i.e., $\log_{10}{}^2$ organisms/ml) were considered negative for the purposes of this study. Nitrate-reducing activity was assessed by the method of Cowan and Steel.[7] The proportion of the flora able to reduce nitrate was obtained by assessing ten individual isolates representative of the predominant organisms. The ten isolates studied were selected from an arbitrary line drawn across a spread plate. Only the totals of nitrate-reducing organisms in each sample are presented in this report. Nitrate-reducing organisms were counted in only 23 of the 31 paired samples.

Student's *t* test and Wilcoxon's rank sum (signed ranks) test were used for parametric or non-parametric analysis, respectively, and correlation coefficients were calculated by linear regression. The study was approved by the appropriate ethical committees, and informed consent was obtained from all patients.

## Results

There was a highly significant increase in total bacterial count after cimetidine, from 1·8±0·5 (mean ±SEM) $\log_{10}$ to 4·6±0·5 $\log_{10}$ organisms/ml ($p<0·001$, n=31). The total count rose in 20 patients, fell in 4, and remained unchanged (no growth in either sample) in 7 (fig. 1). There was a significant increase in gram-positive cocci ($p<0·005$), enterococci ($p<0·005$), lactobacilli ($p<0·025$), and *Streptococcus salivarius* ($p<0·005$). The count of nitrate-reducing organisms increased significantly from 1·3±0·4 $\log_{10}$ to 3·7±0·6 $\log_{10}$ organisms/ml ($p<0·01$, n=23). The magnitude of change in bacterial counts did not differ significantly between patients with gastric and duodenal ulcers. Separate analysis of changes in bacterial count for patients with gastric ulcer and duodenal ulcer showed a significant increase in both diagnostic groups for total bacterial count, gram-positive cocci, enterococci, *Strep. salivarius*, and nitrate-reducing organisms ($p<0·05$ in all cases). When considered separately the modest increase in lactobacilli found in each diagnostic group did not reach statistical significance. The following groups of bacteria were undetected or present at only very low levels ($<\log_{10}{}^2$ organisms/ml) in any sample: clostridia, *Bacteroides* spp., fusobacteria, enterobacteria, bifidobacteria, obligate anaerobic cocci, and obligate anaerobic gram-positive rods.

pH increased between pre-cimetidine and immediately post-cimetidine samples in 26 of the 31 patients. The median pH before cimetidine was 2·6 (range 1·2–8·0) and after cimetidine 6·0 (range 1·4–8·5). The overall change in pH was +2·2±0·4 (mean ±SEM)—a highly significant increase (*t* value calculated on differences 5·9, $p<0·001$). The increase in pH did not differ significantly between patients with gastric ulcer and duodenal ulcer. Healing or non-healing of the original ulcer did not affect the magnitude of pH change nor that of changes in bacterial counts. The relationship between pH change and change in total bacterial count before and after cimetidine is shown in fig. 2. The correlation is highly significant ($r=0·8$, $p<0·001$).




Fig. 1—Changes in gastric-juice bacterial count after cimetidine.

Points above the zero line indicate an increase in bacterial count, and points below indicate a decrease. Points on the baseline indicate no change.




Fig. 2—Relationship between change in pH (abscissa) and change in total bacterial count (ordinate) after cimetidine.

## Discussion

The major determinant of the gastric flora in man is intragastric pH. Patients with achlorhydria have a profuse gastric flora, and those with normal gastric secretion have much lower bacterial counts, mainly of salivary organisms.[4-8] During therapy with $H_2$ receptor antagonists in standard dosage the intragastric pH remains below pH 2 for much of the day,[9] and it is surprising that a month's course of cimetidine causes changes in the gastric flora of the magnitude found in this study. Pharmacologically induced fluctuations in pH during the day will produce periods when the gastric pH is at or near neutral. These fluctuations are clearly sufficient to induce major changes in the gastric flora. The pH of the post-cimetidine sample of gastric juice in this study is unrepresentative of the 24 h intragastric acidity, since it was taken approximately 4 h after the last dose of cimetidine. However, the change in total bacterial count after cimetidine correlates well with the change in pH, suggesting that the alterations in gastric flora are secondary to pH change. The pH of the second sample may give some indication of the magnitude of pharmacologically induced hypochlorhydria that was present during the month on therapy.

The significance of this "bacterial overgrowth" is unknown, but the pattern of change suggests the development of a metabolically active gastric flora which includes large numbers of "fæcal" organisms, rather than an increase merely in transients derived from food and saliva. Lactobacilli and *Strep. salivarius* are present in large numbers in saliva,[4] and so an increase in their numbers in the stomach during therapeutically induced hypochlorhydria is to be expected. To a lesser extent the same may be said about gram-positive cocci, including staphylococci and micrococci. However, the establishment of a bacterial flora rich in enterococci is of greater concern, as it indicates a change towards the type of "fæcal" flora found in the stomachs of achlorhydric patients such as those with pernicious anæmia,[4] who have a greatly increased risk of developing gastric cancer.[10] The major concern about such changes in the intragastric milieu becomes apparent when the metabolic properties of these bacteria are considered. The ability to reduce nitrate to nitrite is a common property of fæcal organisms,[11] and this study shows a highly significant increase in nitrate-reducing organisms after cimetidine therapy. We have not identified which species of bacteria cause this change, but micrococci, staphylococci, and enterococci, whose numbers increase greatly, are likely candidates.[11] Hypochlorhydria in general is associated with an increase in total bacterial counts, counts of nitrate-reducing organisms, and gastric-juice nitrite concentrations.[5] The nitrite is presumably produced by the metabolic activity of the gastric flora and provides a possible explanation for the general association between hypochlorhydria and gastric cancer through the intragastric production of carcinogenic N-nitroso compounds.[5,12] Several other metabolic properties of enteric bacteria may be relevant in this context. Many intestinal organisms, including enterococci and micrococci, can generate nitrosatable amines by deamination and decarboxylation of aminoacids in gastric juice,[11] thus increasing the amount of potentially nitrosatable substrate in the stomach; and bacterial catalysis of nitrosamine formation is a common property of enteric organisms.[13] Nitrosamines in general have no local carcinogenic activity in most species, but bacterially mediated transfer of the nitroso group to produce locally mutagenic and carcinogenic nitrosamides can occur in the presence of enteric organisms.[14] Which, if any, of these properties might be important in man remains speculative, but it is clear that intragastric bacterial overgrowth is not necessarily innocuous.

Despite its efficacy in healing ulcers, long-term maintenance therapy with cimetidine is necessary to alter the natural history of peptic disease and prevent subsequent relapse.[15] The absence of important side-effects after long-term cimetidine treatment in dogs[16] and rats[17] has been quoted as evidence for its safety in man. However, the relevance of these animal studies is doubtful because of species differences in the normal pattern of gastric secretion, and in particular because many patients treated with long-term cimetidine, especially those with gastric ulcer, will have an underlying histological abnormality of the gastric epithelium—namely, atrophic gastritis and intestinal metaplasia.[18] There is evidence that the latter is a potentially premalignant lesion,[19,20] and such patients may be particularly sensitive to changes in the intragastric milieu. The possible significance of changes in the gastric bacterial flora should be taken into account when long-term treatment with cimetidine is being considered.

We thank Sister Edwards and the nurses and technicians of the gastrointestinal units at Leeds General Infirmary and Bradford Royal Infirmary for their help.

Requests for reprints should be addressed to W. S. J. R.

### REFERENCES

1. Bodemar G, Walan A. Cimetidine in the treatment of active duodenal and prepyloric ulcers. *Lancet* 1976; ii: 161–64.
2. Frost F, Rahbek I, Rune SJ, et al. Cimetidine in patients with gastric ulcer: a multicentre controlled trial. *Br Med J* 1977; ii: 795–97.
3. Elder JB, Ganuli PC, Gillespie IE. Cimetidine and gastric cancer. *Lancet* 1979; i: 1005–06.
4. Drasar BS, Shiner M, McLeod GM. Studies on the intestinal flora. I. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. *Gastroenterology* 1969; 56: 71–79.
5. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? *Lancet* 1976; ii: 1037–39.
6. Drasar BS, Crowther JS. The cultivation of human intestinal bacteria. In: Shapton DA, Board RG, eds. Isolation of anaerobes. Society for Applied Bacteriology, Technical Series no. 5. London and New York: Academic Press, 1971: 93–97.
7. Cowan ST, Steel KJ. Manual for the identification of medical bacteria. London: Cambridge University Press, 1974: 176–77.
8. Allan Gray JD, Shiner M. Influence of gastric pH on gastric and jejunal flora. *Gut* 1967; 8: 574–81.
9. Pounder RE, Milton-Thompson GJ, Williams JG, Misiewicz JJ. 24-hour control of intragastric acidity by cimetidine in duodenal ulcer patients. *Lancet* 1975; ii: 1069–72.
10. Mosbech J, Videbaek A. Mortality from and risk of gastric carcinoma among patients with pernicious anæmia. *Br Med J* 1950; ii: 390–94.
11. Drasar BS, Hill MJ. Metabolism of nitrogen compounds. In: Human intestinal flora. Academic Press: London, 72–102: 1974.
12. Ruddell WSJ, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anæmia. *Lancet* 1978; ii: 521–23.
13. Hawksworth GM, Hill MJ. Bacteria and the N-nitrosation of secondary amines. *Br J Cancer* 1971; 25: 520–26.
14. Mandel M, Ichinotsubo D, Mower H. Nitroso group exchange as a way of activation of nitrosamines by bacteria. *Nature* 1977; 267: 248–49.
15. Bodemar G, Walan A. Maintenance treatment of recurrent peptic ulcer by cimetidine. *Lancet* 1978; i: 403–07.
16. Crean GP, Leslie GB, Roe FJC. Cimetidine and gastric cancer: Negative studies in dogs. *Lancet* 1979; ii: 797–98.
17. Brimblecombe RW, Duncan WAM, Durant GJ, et al. Characterisation and development of cimetidine as a histamine $H_2$-receptor antagonist. *Gastroenterology* 1978; 74: 339–47.
18. Morson BC. Intestinal metaplasia of the gastric mucosa. *Br J Cancer* 1955; 9: 365–76.
19. Morson BC. Carcinoma arising from areas of intestinal metaplasia in the gastric mucosa. *Br J Cancer* 1955; 9: 377–85.
20. Feit J, Svejda J, Sochorova M. Experimental intestinal metaplasia of gastric mucosa and its relationship to carcinoma. *Neoplasma (Bratislava)* 1976; 14: 285–90.

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 747 of 1099



# THE LANCET

## Dissolving Hopes for Gallstone Dissolution?

ELECTIVE cholecystectomy for chronic cholecystitis and cholelithiasis carries an operative mortality of about 0·4% and a complication rate of nearly 7%.[1,2] In addition, loss of the gallbladder may slightly increase the risk of colonic cancer.[3,4] In 1972, the first hope of a non-surgical treatment was raised when the primary bile acid, chenodeoxycholic acid, was shown to be capable of dissolving cholesterol stones,[5] and three years later it was joined by ursodeoxycholic acid.[6] Other candidate drugs have been proposed.

But how good is the medical treatment of gallstones and how safe? Which drug is the best and which patients are suitable? The American National Cooperative Gallstone Study has attempted to answer the first two of these questions in a trial of chenodeoxycholic acid.[7] This was a large and admirably conducted investigation in ten treatment centres. Unfortunately, for the vast outlay of time and money (nearly $11 million), the results are disappointing. 916 patients with radiolucent gallstones were randomly allocated to three groups—"high-dose" chenodeoxycholic acid (750 mg/day); "low-dose" chenodeoxycholic acid (375 mg/day); or placebo. After up to two years' treatment, there was confirmed complete gallstone dissolution in only 13·5% of the high-dose group, 5·2% of the low-dose group, and 0·8% of the placebo group. Stones were partly (more than half) dissolved in 41% of the patients taking the higher dose. Complete dissolution was most likely in patients who were thin, patients with small gallstones, and patients with a high-normal serum cholesterol. Important side-effects were diarrhoea, a slight increase in serum total and low-density lipoprotein cholesterol, and "significant" hepatotoxicity (in 3%). Furthermore, chenodeoxycholic acid did not reduce the frequency of biliary pain during treatment. The report concludes that chenodeoxycholic acid "750 mg/day for up to two years, is appropriate therapy for dissolution of gallstones in selected patients who are informed of the risks and benefits". On the basis of the findings, many doctors are unlikely to agree. There is no evidence that partial gallstone dissolution is of benefit and this effect must be regarded as a failure of treatment. However, better results than these undoubtedly can be achieved and, if ursodeoxycholic acid is used, with fewer side-effects.[8]

The National Cooperative Study has confirmed the findings of other investigators as to which patients do best on chenodeoxycholic acid. Also, it has confirmed the value of the first on-treatment oral cholecystogram in predicting subsequent gallstone dissolution.[9] Thus, if the stones are not appreciably smaller after six months, perhaps drug treatment should be stopped. Two-thirds of the patients in the National Cooperative Study had gallstones which were probably not causing symptoms. Whether such patients need any treatment at all is controversial. The natural history of most gallstones is more benign than is generally appreciated.[10] Indeed, when 123 patients with clinically silent gallstones were followed for ten to fifteen years, biliary pain developed in only 16 (13%), 3 of whom subsequently had complications (acute cholecystitis or pancreatitis).[11]

The main fault of the generally excellent National Cooperative Study, doubtless less evident at its initiation in 1976, is that the chosen doses of chenodeoxycholic acid chosen were smaller than those now favoured. In addition, a fixed rather than a weight-related dosage scheme may have facilitated "simplicity of design and execution", but probably rendered the dose even more inadequate in the fatter patients—as reflected by the better results in those patients who were thin. The optimum dose[8] of chenodeoxycholic acid is probably 15 mg/kg (more for the very obese patient[12]). This, for a 70 kg patient, is about 50% more than the "high" dose used in the National Cooperative Study. However, some patients are not able to take this greater amount because of the dose-dependent side-effect of diarrhoea. Similarly, on this higher dose abnormal liver function may be more frequent. In the


1. McSherry CK, Glenn F. The incidence and causes of death following surgery for non-malignant biliary tract disease. *Ann Surg* 1980; **191**: 271–75.
2. Glenn F, McSherry CK, Dineen P. The morbidity of surgical treatment for non-malignant biliary tract disease. *Surg Gynecol Obstet* 1968; **126**: 15–26.
3. Linos DA, Beard CM, O'Fallon WM, Dockerty MB, Beart RW, Kurland LT. Cholecystectomy and carcinoma of the colon. *Lancet* 1981; ii: 379–81.
4. Vernick LJ, Kuller LH. Cholecystectomy and right-sided colon cancer: An epidemiological study. *Lancet* 1981; ii: 381–83.
5. Danzinger RG, Hofmann AF, Schoenfield LJ, Thistle JL. Dissolution of cholesterol gallstones by chenodeoxycholic acid. *N Engl J Med* 1972; **286**: 1–8.
6. Makino I, Shinozaki K, Yoshino K, Nakagawa S. Dissolution of cholesterol gallstones by ursodeoxycholic acid. *Jap J Gastroenterol* 1975; **72**: 690–702.
7. Schoenfield LJ, Lachin JM, The Steering Committee, The National Cooperative Gallstone Study Group. Chenodiol (chenodeoxycholic acid) for dissolution of gallstones: the National Cooperative Gallstone Study. A controlled trial of efficacy and safety. *Ann Intern Med* 1981; **95**: 257–82.
8. Dowling RH. Medical treatment of gallstones with chenodeoxycholic acid and ursodeoxycholic acid. In: Paumgartner G, Stiehl A, Gerok W, eds. Bile acids and lipids. Lancaster, England: MTP Press, 1981: 329–39.
9. Bateson MC, Trash DB, Bouchier IAD. Can a six-month cholecystogram predict eventual response to gallstone dissolution therapy? *Gut* 1980; **21**: A443.
10. Fisher MM. Perspectives on gallstones. In: Fisher MM, Goresky CA, Shaffer EA, eds. Gallstones. New York and London: Plenum Press, 1979: 1–17.
11. Gracie WA, Ransohoff DF. The natural history of silent gallstones: The innocent gallstone is not a myth. *Gastroenterology* 1981; **80**: 1161 (abstr).
12. Iser JH, Maton PN, Murphy GM, Dowling RH. Resistance to chenodeoxycholic acid treatment in obese patients with gallstones. *Br Med J* 1978; i: 1509–12.


Confidential Information – Subject to Protective Order GSKZAN0000990317

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 748 of 1099



National Cooperative Study, small rises in serum alanine aminotransferase were usually transient but a rise of more than threefold tended to persist during treatment and to recur after a break in treatment (in all cases the enzyme fell to normal when treatment was withdrawn). Structural hepatic abnormalities were usually minor and non-specific, though some appeared progressive on serial electron microscopy. One would therefore be concerned that, in this small minority of patients, more overt hepatotoxicity might develop if treatment was prolonged beyond two years or if repeated courses of maintenance drug therapy were necessary to prevent gallstone recurrence. The small rise in serum total and low-density lipoprotein reported from the National Cooperative Study is both disturbing and surprising. Previous, albeit smaller, investigations have not shown such effects. Indeed, both chenodeoxycholic and ursodeoxycholic acids had been reported to lower serum triglycerides.

Ursodeoxycholic acid does not seem to damage the liver, nor does it cause diarrhoea.[8] For these reasons, it is likely to replace chenodeoxycholic acid as the drug of choice. Nevertheless, its efficacy, whilst clearly as good as that of chenodeoxycholic acid, has not been shown conclusively to be greater. So, how can more frequent and earlier gallstone dissolution be promoted? Whatever drug is used, treatment is probably best given at bedtime, since bile tends to be most saturated with cholesterol during the fasting night-time period.[13] Better selection of patients would also help. Medical therapy is appropriate only for cholesterol gallstones and is unsuccessful in dissolving the less common pigment stones. Patients are usually regarded as suitable for drug therapy if they have radiolucent gallstones in a functioning gallbladder. However, about 15% of radiolucent stones are composed of pigment.[14-16] The only way to prevent nearly 1 in 6 patients being given valueless drug treatment is to determine the cholesterol saturation of the bile in every patient. Unsaturated bile almost always indicates pigment stones. A further sample during treatment allows a check that bile has been rendered sufficiently unsaturated to enable the cholesterol gallstones to return to solution. Unfortunately, bile sampling requires duodenal intubation, and the biochemical techniques for biliary lipid analysis, although simple, are not widely available. Modification of the patient's diet by advice to increase dietary fibre consumption[17,18] and restrict the intake of refined carbohydrates[19] and cholesterol[20] seems likely to be beneficial. Furthermore, correction of obesity will almost certainly reduce the risk of gallstones' reforming after treatment.[21] Data on recurrence are scanty, but a preliminary report suggests that as many as half the patients have new stones within two years of discontinuing treatment.[22] This only serves to emphasise that neither medical nor surgical treatment offers a permanent remedy for the underlying metabolic abnormality of which gallstones may be only one consequence. Gallstone dissolution should remain a hospital-based treatment. The results obtained in the American National Cooperative Study can be bettered.


13. Maudgal DP, Bird R, Northfield TC. Optimal timing of doses of chenic acid in patients with gallstones. *Br Med J* 1979; i: 922–23.
14. Trotman BW, Petrella EJ, Soloway RD, Sanchez HM, Morris TA, Miller WT. Evaluation of radiographic lucency or opaqueness of gallstones as a means of identifying cholesterol or pigment stones. *Gastroenterology* 1975; **68:** 1563–66.
15. Bell GD, Dowling RH, Whitney B, Sutor DJ. The value of radiology in predicting gallstone type when selecting patients for medical treatment. *Gut* 1975; **16:** 359–64.
16. Bruusgard A, Malver E, Pedersen LR, Schlichting J, Sylvest J. Criteria for selection of patients for medical treatment (chenodeoxycholic acid therapy) of gallstones. *Scand J Gastroenterol* 1977; **12:** 97–102.
17. Pomare EW, Heaton KW, Low-Beer TS, Espiner HJ. The effect of wheat bran upon bile salt metabolism and upon the lipid composition of bile in gallstone patients. *Am J Dig Dis* 1976; **21:** 521–26.
18. McDougal RM, Yakymyshyn L, Walker K, Thurston OG. Effect of wheat bran on serum lipoproteins and biliary lipids. *Can J Surg* 1978; **21:** 433–35.
19. Thornton JR, Emmett PM, Heaton KW. Effects of refined and unrefined carbohydrate diets on bile cholesterol saturation and bile acid metabolism. British Society of Gastroenterology autumn meeting, 1981, p. 53.
20. Maudgal DP, Bird R, Blackwood WS, Northfield TC. Low-cholesterol diet: enhancement of effect of CDCA in patients with gallstones. *Br Med J* 1978; ii: 851–53.
21. Bennion LJ, Grundy SM. Effects of obesity and caloric intake on biliary lipid metabolism in man. *J Clin Invest* 1975; **56:** 996–1011.
22. Ruppin DC, Dowling RH. Is recurrence inevitable on withdrawing treatment after complete gallstone dissolution with chenodeoxycholic and ursodeoxycholic acids? *Gut* 1981; **22:** A432–33.


## Bacteria in the Stomach

GASTRIC juice from normal individuals is usually sterile or contains fewer than $10^5$ bacteria per ml, most of which originate in the mouth or come from food.[1] Maintenance of this milieu was once thought to depend on several elements in gastric juice,[2] but in vitro the rapid killing of microorganisms seems to be primarily a function of hydrochloric acid pH.[1,3,4] When secretion of hydrochloric acid is impaired or absent, bacterial numbers increase, often in excess of $10^6$ per ml, and the bacterial species also may multiply[1,3,4] to include faecal organisms such as *Escherichia coli, Streptococcus faecalis,* and *Bacteroides* spp. Such alterations are familiar in pernicious anaemia[3-5] and gastric carcinoma,[6] and after gastrectomy, when the changes in gastric flora[3,7] are probably influenced also by alteration in motility, blind loops, and bile reflux. Organisms other than the normal flora, too, will doubtless take advantage of a breach in the "gastric bactericidal barrier". Salmonella enteritis is said to be unusually common and severe in post-gastrectomy patients;[8-11] presumably the rapid gastric emptying,


1. Drasar BS, Shiner M, McLeod GM. Studies on the intestinal flora: I. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. *Gastroenterology* 1969; **56:** 71–79.
2. Garrod LP. A study of the bactericidal power of hydrochloric acid and of the gastric juice. *St Bart Hosp Rep* 1939; **72:** 145–67.
3. Gray JDA, Shiner M. Influence of gastric pH on gastric and jejunal flora. *Gut* 1967; **8:** 574–81.
4. Giannella RA, Broitman SA, Zamcheck N. Gastric acid barrier to ingested microorganisms in man: Studies *in vivo* and *in vitro*. *Gut* 1972; **13:** 251–56.
5. Ruddell WSJ, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anaemia. *Lancet* 1978; i: 521–23.
6. Gatehouse D, Dimock F, Burdon DW, Alexander-Williams J, Keighley MRB. Prediction of wound sepsis following gastric operations. *Br J Surg* 1978; **65:** 551–54.
7. Muscroft TJ, Deane SA, Youngs D, Burdon DW, Keighley MRB. The microflora of the postoperative stomach. *Br J Surg* 1981; **68:** 560–64.
8. Waddell WR, Kunz LJ. Association of Salmonella enteritis with operations of the stomach. *N Engl J Med* 1956; **255:** 555–59.
9. Hook EW. Salmonellosis: Certain factors influencing the interaction of *Salmonella* and the human host. *Bull NY Acad Med* 1961; **37:** 499–512.


Confidential Information – Subject to Protective Order GSKZAN0000990318

coupled with less efficient killing of bacteria due to hypochlorhydria, allows large numbers of the organisms to reach the intestine.

What are the possible ill-effects of *endogenous* bacteria in the stomach? In post-gastrectomy patients with biliary reflux, intragastric faecal organisms may degrade bile acids to compounds which in laboratory animals act as co-carcinogens in chemically induced cancer.[12–14] Moreover, bacterial overgrowth results in raised nitrite levels,[7,15] presumably from reduction of salivary and dietary nitrate by nitro-reductase active bacteria such as *E. coli* and micrococci. Bacteria, in the presence of nitrite, catalyse the nitrosation of amines in gastric juice to N-nitrosamines in vitro,[5] and raised concentrations of these carcinogens have been found notably in pernicious anaemia and gastric carcinoma, after partial gastrectomy, and in patients receiving cimetidine.[16,17] We do not know whether N-nitrosamines cause gastric cancer in man, but if concentrations are raised in certain conditions with an increased risk of gastric cancer, this is a hint which must not be ignored.

On firmer ground is the association between overgrowth of stomach bacteria and postoperative sepsis.[6,18] In 73 postoperative patients with duodenal ulcer, peptic ulcer, and gastric carcinoma GATEHOUSE et al.[6] reported that 2·5%, 25%, and 44%, respectively, had wound infections due to organisms previously isolated from gastric aspirates. With gastric aspirate counts of $5\times10^6$ or more organisms per ml, wound sepsis developed in 93% of individuals, compared with 16% when the counts were less than this. Other workers have found large numbers of bacteria in the stomachs of patients being treated with cimetidine.[19,20] In one study[20] 45% of aspirates, from 44 fasting patients taking cimetidine 1 g daily, contained more than $10^6$ bacteria per ml 2–4 h after the last dose, compared with 4% of 51 comparable patients not receiving the drug. Sixteen different organisms were isolated from a total of 136 aspirates and 94% of the 192 organisms isolated were from the 49 aspirates with a pH of 4 or more. MUSCROFT et al.[20] suggest two possible strategies to counter the enhanced risk of postoperative wound infections—withdrawal of cimetidine 24 h before operation; or antibiotic cover for patients whose gastric contents have a pH of 4 or more preoperatively. Some say that the increasingly common practice of giving cimetidine preoperatively, to reduce the risk of acid-aspiration syndrome,[21] may likewise increase the risk of postoperative infection. Others doubt whether this practice gives the organisms time to accumulate in sufficient numbers. What is clear is that we need to know more about what cimetidine and other $H_2$ blockers do to the gastric flora.


10. Nordbring F. Contraction of Salmonella gastroenteritis following previous operation on the stomach. *Acta Med Scand* 1962; **171:** 783–90.
11. Giannella RA, Broitman SA, Zamcheck N. Salmonella enteritis: I. Role of gastric secretion in pathogenesis. *Digest Dis* 1971; **16:** 1000–06.
12. Hill MJ. The role of colon anaerobes in the metabolism of bile acids and steroids, and its relation to colon cancer. *Cancer* 1975; **36:** 2387–2400.
13. Reddy BS. Role of bile metabolites in colon carcinogenesis. Animal models. *Cancer* 1975; **36:** 2401–06.
14. Raicht RF, Cohen BI, Fazzini E, Sarwai A, Takahashi M. Effects of bile acids on induced colon cancer in rats. *Gastroenterology* 1978; **75:** 981.
15. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite: a risk factor for cancer in the hypochlorhydric stomach? *Lancet* 1976; ii: 1037–39.
16. Reed PI, Smith PLR, Haines K, House FR, Walters CL. Gastric juice N-nitrosamines in health and gastroduodenal disease. *Lancet* 1981; ii 550–52.
17. Reed PI, Smith PLR, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet* 1981; ii: 553–56.
18. Nichols RL, Miller B, Smith JW. Septic complications following gastric surgery: relationship to the endogenous gastric microflora. *Surg Clin North Am* 1975; **55:** 1367–72.
19. Ruddell WSJ, Axon ATR, Findlay JM, Bartholomew BA, Hill MJ. Effect of cimetidine on the gastric bacterial flora. *Lancet* 1980; i: 672–74.
20. Muscroft TJ, Youngs D, Burdon DW, Keighley MRB. Cimetidine and the potential risk of postoperative sepsis. *Br J Surg* 1981; **68:** 557–59.
21. Editorial. Cimetidine and the acid-aspiration syndrome. *Lancet* 1980; i: 465–66.


## CHRONIC COUGH

PRECISE diagnosis of chronic cough is not always easy. When dealing with this common symptom we are sometimes forced to leave the aetiology undiscovered, or vaguely guessed at in terms such as persistent bronchitis. The vigour with which we pursue investigation of chronic cough (arbitrarily defined as troublesome cough lasting more than three weeks) is largely determined by our clinical assessment of the severity of symptoms and the likelihood of important underlying disease. Before deciding to investigate, it is therefore helpful to have some idea of the likely yield from various tests, and of the chances of finding a specific effective therapy as a result of full aetiological diagnosis. A paper originally presented at the 1979 American Thoracic Society Meeting by Irwin and his colleagues[1] proved illuminating on these points, the main conclusion being that the cause of chronic cough can be established in virtually all patients, if one is prepared to go far enough. Moreover, since specific effective treatment is available for most causes of chronic cough the diagnostic exercise is well worth while.

The causes of cough must be approached logically. In man, coughing can be most readily provoked by mechanical or chemical stimulation of the larynx, carina, trachea, and main bronchi, in that order.[2] Direct evidence about cough receptors at these sites in man is difficult to obtain, but in the cat the receptors are fine non-myelinated nerve fibres lying beneath tight junctions in the airway epithelium.[3] These are the principal receptors for the vagally mediated cough reflex, but other receptor sites exist in the pleura, pericardium, stomach, and external auditory meatus. Receptors may be stimulated by foreign bodies, irritant gases, parasites, and neoplasms; they probably become "exposed" and more sensitive in inflammatory conditions of the respiratory tract, including laryngitis, acute and chronic bronchitis, and asthma. This heightened tendency to cough is often termed bronchial hyperirritability. The cause of cough in primarily parenchymal conditions such as pulmonary oedema or fibrosing alveolitis is less obvious, but probably depends upon deformation of airways. This is also the mechanism of cough in space-occupying mediastinal conditions—nodes, thymomas, aneurysms, and the like. Outside the thorax,


1. Irwin RS, Corrao WM, Pratter MR. Chronic persistent cough in the adult: the spectrum and frequency of causes and successful outcome of specific therapy. *Am Rev Resp Dis* 1981; **123:** 413–17.
2. Widdicombe JG. Mechanism of cough and its regulation. *Europ J Resp Dis* 1980; **61:** suppl 110: 11–20.
3. Widdicombe JG. Receptors in the trachea and bronchi of the cat. *J Physiol* 1954; **123:** 71–104.

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 750 of 1099



subphrenic disease must not be forgotten, nor must irritations of the external auditory meatus (for example, by a hair in the ear). Finally, firmly bottom of the list, comes cough without organic origin (habit cough), which should be diagnosed only after exclusion of other possibilities.

The most common causes of persistent cough are probably chronic bronchitis and bronchial asthma. These should be diagnosed in most cases without difficulty from the history, backed by simple pulmonary function tests where asthma is suspected. A chest X-ray will help with several other common causes, including carcinoma. But what of the many cases in which none of these is helpful? This was the situation in most of the forty-nine patients described by Irwin and his colleagues, and the final list of diagnoses established by intensive investigation is instructive: chronic postnasal drip (29%), bronchial asthma (25%), asthma plus postnasal drip (18%), chronic bronchitis (12%), gastro-oesophageal reflux (10%), together with a few miscellaneous conditions, including sarcoidosis, metastatic carcinoma, and left ventricular failure.

Postnasal drip is not an entirely satisfactory diagnosis, since it depends upon a subjective sensation for which there may be several causes. However, the message is clear that, in cases of chronic cough, history-taking should include careful inquiry about catarrh, sinusitis, rhinitis, the need to clear the throat frequently, and an actual sensation of postnasal drip. Physical examination should include the nasopharynx, with sinus X-rays where appropriate. Bronchial asthma can also be an elusive entity; in the American study a standard methacholine bronchial challenge[4] was used in cases of doubt. Several patients with a positive methacholine response had absolutely normal baseline pulmonary function, an observation which may perhaps resurrect arguments about the definition of asthma. Should it be modified to include patients with no wheeze and normal pulmonary function, but with a chronic cough relieved by anti-asthmatic medication?[5] Gastro-oesophageal reflux needs to be considered where the respiratory tract seems faultless; in the reported series, four patients had upper gastrointestinal endoscopy and all proved to have free reflux. Left ventricular failure with pulmonary congestion may seem a surprising cause of chronic cough, and in the study was diagnosed only by cardiac catheterisation; but what experienced clinician has not let such a case of disguised cardiac failure slip by?

On the question of treatment, it is clear that most of these causes of chronic cough are amenable to specific treatment. This is particularly so in hidden asthma, where cough may be greatly improved by bronchodilators, plus corticosteroids when necessary. Indeed it might be argued that a trial of corticosteroids is reasonable in all cases where there is no other obvious cause for a chronic cough, and where diagnostic bronchial provocation tests for asthma are not feasible. Postnasal drip will often be improved by an intensive regimen of antihistamines and decongestants, with antibiotics in cases of sinusitis. Even the cough of chronic bronchitis may be expected to disappear within about six weeks of stopping smoking in about 70% of patients.[6] Only those patients with persistent, useless cough, often due to malignancy, will require non-specific treatment with antitussive agents. After full investigation, Irwin and his colleagues were able to provide successful and sustained relief for 90% of their previously problematical patients—a fact which should encourage us to work hard to achieve a complete diagnosis in cases of chronic cough.

4. Chai H, Farr RS, Luz A, Froehlich LA, Matheson DA, McLean JA, Rosenthal RR, Sheffer AL, Spector SL, Townley RG. Standardisation of bronchial inhalation challenge procedures. *J Allergy Clin Immunol* 1975; **56:** 323–27.
5. Corrao WM, Braman SS, Irwin RS. Chronic cough as the sole presenting manifestation of bronchial asthma. *N Engl J Med* 1979; **300:** 633–37.
6. Irwin RS, Rosen MJ. Cough: a comprehensive review. *Arch Intern Med* 1977; **137:** 1186–91.

## PUERPERAL PSYCHOSIS

PUERPERAL psychosis was regarded by Hippocrates[1] as a specific disorder, but this view is no longer held. Psychotic illnesses arising in the puerperium are generally believed to belong, in terms of psychopathology and prognosis, to the major psychoses. Thus both the International Classification of Diseases[2] and the American Diagnostic and Statistical Manual of Mental Disorders[3] recommend that illnesses in the puerperium be coded on the basis of the presenting symptoms only.

Nevertheless, the term, if not the concept, is tenacious and carries a special meaning for many clinicians. Psychoses in the puerperium follow a distinct life event and their onset is usually sudden and can therefore be dated accurately. On the basis of work done on life events in relation to depressive illnesses,[4,5] and Brown's concept of "brought-forward time",[5] it has been suggested that childbirth is not just a life event but a specific stress and a true causal factor in the genesis of the psychosis. This notion is supported by the greater incidence of psychotic disorders after childbirth than at any other time of life.[6,7] The increased risk after first pregnancies lends further weight to the crucial role of psychological factors.[8,9] Whether the pregnancy ends in stillbirth or an illegitimate birth does not seem important, and one study pointing to an increased risk when there is marital disharmony[10] has not been replicated. Some workers have found an increased risk after obstetric complications[9,11] and have interpreted this as indicating a primary biological cause.

Others have suggested that the increased incidence of psychotic illness after childbirth is a catching-up effect because pregnancy protects the mother for the nine months of gestation.[6] The epidemiological data offer no support for this idea and the frequency of puerperal psychoses is much higher than expected even with allowance for the delaying effect of pregnancy. Some workers have suggested that the predisposition may be cyclical[8,12] and that the manifestation of illness depends on a chance hormonal imbalance interacting with heightened susceptibility. This could explain why a psychotic illness follows one pregnancy and not another. In addition, seasonal variation in the month of conception[12]

1. Hamilton JA. Post-partum psychiatric problems. St Louis: Mosby, 1962.
2. World Health Organisation. Mental disorders – Glossary and guide to their classification in accordance with the 9th revision of the International Classification of Diseases. Geneva: W.H.O., 1978.
3. D S M III. Diagnostic & statistical manual of mental disorders, 3rd ed. American Psychiatric Association, 1978.
4. Paykel ES, et al. Life events and depression. *Arch Gen Psychiatry* 1969; **21:** 753–60.
5. Brown GW. Life events and psychiatric disorder. *Psychol Med* 1973; **3:** 159–76.
6. Pugh TF, et al. Rates of mental disease relating to childbearing. *N Eng J Med* 1963; **268:** 1224–28.
7. Kendell RE, et al. The influence of childbirth on psychiatric morbidity. *Psychol Med* 1976; **6:** 297–302.
8. Protheroe C. Puerperal psychosis. A long term study 1927–61. *Br J Psychiatry* 1969; **115:** 9–30.
9. Kendell RE, et al. The social and obstetric correlates of psychiatric admission in the puerperium. *Psychol Med* 1981; **11:** 341–50.
10. Tod EDM. Puerperal depression – A prospective epidemiological study. *Lancet* 1964; ii: 1264–66.
11. Poffenbarger RS. Epidemiological aspects of post-partum mental illness. *Br J Prev Soc Med* 1964; **18:** 189–95.
12. Grundy PF. Observations on the epidemiology of post-partum mental illness. *Psychol Med* 1975; **5:** 286–90.

Confidential Information – Subject to Protective Order GSKZAN0000990320

# GASTRIC JUICE N-NITROSAMINES IN HEALTH AND GASTRODUODENAL DISEASE

P. I. REED P. L. R. SMITH
K. HAINES F. R. HOUSE
C. L. WALTERS

*Gastrointestinal Unit, Wexham Park Hospital, Slough, Berkshire; Biochemistry Section, Leatherhead Food Research Association, Leatherhead, Surrey; and Department of Pharmacology, Guy's Hospital Medical School, London SE1*

***Summary*** The concentrations of total extractable N-nitroso compounds, pH, and nitrite levels were measured in fasting gastric juice, which was also cultured for bacteria, from 50 healthy volunteers and 217 patients with common upper gastrointestinal complaints. The concentrations of N-nitroso compounds and pH levels rose significantly with age. Sex and cigarette smoking had no significant effect. There was a positive correlation between pH and N-nitroso concentration, and between pH and an increase in the concentration of nitrites. A significant relation was demonstrated between raised N-nitroso and nitrite levels and growth of nitrate reductase-positive microorganisms. These results demonstrate for the first time in man the interrelations of N-nitrosamine concentration, pH, gastric juice nitrite, and nitrate-reducing bacteria. The findings are considered in relation to the risks of development of gastric cancer in man.

## Introduction

N-NITROSO compounds are powerful carcinogens formed when amines and amides react with nitrite.[1] Their formation has been demonstrated in gastric juice of animals[2] and man.[3] Gastric cancer is commoner in areas where drinking water contains much nitrate,[4,5] and bacteria which reduce nitrate to nitrite, as well as increased nitrite concentrations, are often found in the hypochlorhydric stomach.[6,7] We have therefore measured the nitrite content, the concentration of nitrate-reducing bacteria, and the intragastric pH of gastric juice from patients with gastric abnormalities and from healthy controls, and have compared these findings with intragastric N-nitrosamine concentrations. Results in patients treated with the gastric secretory antagonist cimetidine are reported separately.[8]

## Patients and Methods

Gastric juice was obtained at endoscopy from patients with conditions including duodenal ulcer, gastric ulcer, atrophic gastritis, pernicious anaemia, gastric carcinoma, dyspepsia with normal endoscopic result, and reflux oesophagitis. Also included were patients who had undergone vagotomy or partial gastrectomy. Subjects without symptoms or a history of gastrointestinal disease acted as controls. The samples were collected after an overnight fast of at least 12 h; this would reduce significant variation in amine precursor levels derived from food. Before each examination the endoscope and its aspiration channel and polyethylene tubing, through which each sample was obtained, were sterilised with activated glutaraldehyde and then rinsed with water. Every effort was made to avoid contamination of gastric juice with saliva. Immediately after collection part of the sample was cultured for aerobic and anaerobic microorganisms,[9] and its nitrate-reducing activity was assessed.[10] The pH of the rest of the sample was measured and the juice was tested for the presence of nitrite with an Ames 'N-Labstix' test tape. Sulphamic acid (50 mg/10 ml juice) was added to stabilise the system by removal of residual nitrite, and the specimens were rapidly frozen. Thus, N-nitroso compounds from acidic and hypochlorhydric gastric juices were stored under the same conditions below pH 2. The ethyl acetate extraction of most specimens was done within a few days, the concentration of total volatile and non-volatile N-nitrosamines being measured by the method of Walters et al.[11] Since the pH achieved was below the optimum for stabilisation of N-nitrosamides it is unlikely that the total original concentration would have been measured. The endoscopic findings, cigarette consumption, and drug intake were noted for each patient.

301 specimens of gastric juice were obtained from 267 untreated subjects (table I) including 50 healthy volunteers without a history of gastrointestinal symptoms and taking no drugs which might affect the gastric juice, and including 37 patients before starting cimetidine treatment who subsequently had gastric juice samples analysed. The details of the diagnostic categories are listed in table II. In every specimen pH and N-nitrosamine concentrations were measured but 41 specimens were not cultured for microorganisms owing to insufficient sample..

TABLE I—PATIENTS STUDIED

| *Patients** | No. | Age range (yr) | No. specimens |
|---|---|---|---|
| Male | 136 | 18–81 | 186 |
| Female | 81 | 18–87 | 115 |
| Total | 217 | . . . | 301 |

*Includes 50 controls (24 men and 26 women) in age range 18–60 from whom 50 specimens were taken.

TABLE II—DIAGNOSTIC GROUPS

| Group* | Patients (n=217) | Specimens (n=251) |
|---|---|---|
| Duodenal ulcer | 70 | 77 |
| Vagotomy | 24 | 26 |
| Partial gastrectomy | 14 | 16 |
| Atrophic gastritis | 13 | 14 |
| Gastric ulcer | 33 | 52 |
| Pernicious anaemia | 16 | 17 |
| Carcinoma of stomach | 23 | 23 |
| Reflux oesophagitis | 10 | 12 |
| Miscellaneous—dyspepsia: endoscopy normal | 14 | 14 |

*Excluding 50 controls.

The data were analysed using the Royal Statistical Society's GLIM package: London, 1977. The variables examined included age, sex, smoking habit, presence of nitrite, pH, N-nitrosamine concentration, and bacteriological data. To eliminate the risk of false associations owing to the small numbers in some groups, only first order and a few genuine selected second order interactions were examined. Exploration of the residuals from the fit indicated that a natural logarithmic transformation of N-nitrosamine concentration was appropriate to obtain an approximately normal distribution. This was used throughout the analysis and regression coefficients should be interpreted with this in mind.

## Results

### *Age*

N-nitrosamine concentrations rose progressively with age in both sexes even after accounting for the influence of pH. The ages of the 50 controls ranged between 18 and 60 years and N-nitrosamine levels ranged from 0·02 to 1·1 μmol/l. In all patients (n=217) N-nitrosamine concentrations rose significantly with age. The age range was from 18 to 87 years and N-nitrosamine levels ranged from 0·01 to 40 μmol/l. The regression coefficient (b) of N-nitrosamine on age was 0·02 ($p=0{\cdot}56\times10^{-4}$). In the same patients the rise in gastric pH

increased numbers of tumours in the mouth, pharynx, and extrinsic larynx among patients who have been cured of an oral cancer. Because of the exclusive nature of the radiation therapy facilities in the geographic area we serve, our series includes all patients with squamous carcinoma of the floor of mouth diagnosed over a 17-year period in that half of the province of Ontario we serve, and for whom radiation therapy was considered. Any selection would only consist of exclusion of patients with early lesions cured by surgery alone. Such an exclusion would reduce the proportion of long-term survivors at risk and cause us to underestimate the incidence of second cancers. Since the age, sex, and stage distributions of our patient population, and our overall result of 40% survival, are consistent with the general North American experience,[16] we consider any biases so introduced to be very slight. The discrepancy between the 49·3% incidence of second primaries in the respiratory and upper digestive tracts reported in the Connecticut survey[3] and the 66·7% we report may be accounted for by differences in data collection—the Connecticut data being based on analysis of a tumour registry, and the cases in the current study being drawn from intensive clinical surveillance by one group of physicians of patients at risk.

Our observation of a constant risk of new cancers over an extended period has been seen with glottic[17] and supraglottic[18] carcinoma. The actuarial incidence rate for second cancers (3·6%/year overall) will depend on the age-structure of the patient population, but similar observations should be possible, at other centres with similar patient samples.

Unfortunately the quality of the records limited our ability to report in detail the patients' alcohol and tobacco habits. However, the use of these agents was significantly higher than among the population of Ontario, among whom 43·6% of adults smoked regularly and 19·8% consumed moderate or heavy amounts of alcohol during the same period.[19] Other studies have shown that the risk for a second malignancy relates to the amount and type of tobacco and alcohol used.[2,11,13] Although some authors report that stopping smoking decreases tne risk of a second cancer, neither Castigliano[5] nor Schottenfeld[11] could confirm this. Their findings imply that the entire mucosa was primed for neoplasia before the first clinical cancer occurred.[1,4,5,11,13] Alcohol seems to play a promoting role only in the development of the first cancer.[1,11,13]

The overall 40–45% 5-year survival rate for carcinoma of the floor of mouth has not changed since 1950 despite improved surgical and radiotherapeutic techniques.[6,16] We found a constant and excessive (13–21 times normal) risk for new primary cancers developing in patients who survive a cancer in the floor of mouth. Only a favourable outcome after the first cancer identifies those at risk for a second tumour. With the earlier diagnosis and better treatment of a first tumour, second cancers become a major threat to prolonged survival. In order to detect these second cancers at an early and potentially curable stage, very careful clinical surveillance is essential for life. For the first two years—during which time 93% of recurrences develop[6]—examinations should be done monthly. The impact of such surveillance on the mortality associated with second primary cancers is best assessed prospectively. Tobacco smoking and the excessive use of alcohol should be discouraged.

We thank our colleagues at the Princess Margaret Hospital, who looked after the patients; Dr J. Gruss, Dr S. Archibald, and Dr W. Beecroft who reviewed the charts; Dr N. Boyd and Dr G. DeBoer for statistical advice; and Ms E. Eisenreich, who typed the manuscript.

Requests for reprints should be addressed to P. J. F., Ontario Cancer Institute, 500 Sherbourne Street, Toronto, Ontario M4X 1K9.

REFERENCES

1. Wynder EL, Bross IJ, Feldman RM. A study of etiological factors in cancer of the mouth. *Cancer* 1957; **10:** 1300–23.
2. Schottenfeld D, Berg JW. Epidemiology of multiple primary cancers. In: Schottenfeld D, ed. Cancer epidemiology and prevention: current concepts. Springfield: Charles C. Thomas: 1975. 416–34.
3. Schoenberg BS. Multiple primary malignant neoplasms: the Connecticut Tumor Registry, 1939–64. Berlin: Springer Verlag, 1977.
4. Moore C. Cigarette smoking and cancer of the mouth, pharynx, and larynx. *JAMA* 1971; **218:** 553–58.
5. Castigliano SG. Influence of continued smoking on the incidence of second primary cancers involving mouth, pharynx, and larynx. *J Am Dent Ass* 1966; **77:** 580–85.
6. Fitzpatrick PJ, Tepperman BS. Squamous carcinoma of the floor of mouth. Presented at the 66th Annual Meeting, Radiological Society of North America, Dallas, Texas, November, 1980.
7. Statistics Canada, Health Division. New primary sites of malignant neoplasms in Canada – 1975. Ottawa: Ministry of Industry, Trade, and Commerce, 1978.
8. Rothman KJ, Boice JD Jr. Epdemiologic analysis with a programmable calculator. Bethesda: National Institutes of Health, 1979: 29–31, 111–17.
9. Wynder EL, Mabuchi K, Hoffman D. Tobacco. In: Schottenfeld D, ed., Cancer epidemiology and prevention: Current concepts. Springfield: Charles C. Thomas, 1975: 102–25.
10. Hammond EC. Tobacco. In : Fraumeni JF, ed. Persons at high risk of cancer. New York: Academic Press, 1975: 131–38.
11. Schottenfeld D, Gantt RC, Wynder EL. The role of alcohol and tobacco in multiple primary cancers of the upper digestive system, larynx and lung: A prospective study. *Prev Med* 1974; **3:** 277–93.
12. Rothman KJ. Alcohol. In: Fraumeni JF, ed. Persons at high risk of cancer. New York: Academic Press, 1975: 139–50.
13. Wynder EL, Dodo H, Block D, Gannt RC, Moore OS. Epidemiologic investigation of multiple primary cancers of the upper alimentary and respiratory tracts. *Cancer* 1969; **24:** 730–39.
14. Kogelnik HD, Fletcher GH, Jesse RH. Clinical course of patients with squamous cell carcinoma of the upper respiratory and digestive tracts with no evidence of disease 5 years after initial treatment. *Radiology* 1975; **115:** 423–27.
15. Seydel HG. The risk of tumor induction in man following medical irradiation for malignant neoplasms. *Cancer* 1975; **35:** 1641–45.
16. Axtell LM, Asire AJ, Myers MH, eds. Cancer patient survival – report no.5, Bethesda: National Cancer Institute, 1976; 11–12, 29–33,
17. Wagenfeld DJH, Harwood AR, Bryce DP, Van Nostrand AWP, DeBoer G. Second primary respiratory tract malignancies in glottic carcinoma. *Cancer* 1980; **46:** 1883–86.
18. Wagenfeld DJH, Harwood AR, Bryce DP, Van Nostrand AWP, DeBoer G. Second primary respiratory tract malignant neoplasms in supraglottic carcinoma. *Arch Otolaryngol* 1981; **107:** 135–37.
19. Alcoholism and Drug Addiction Research Foundation. Statistical supplement to the annual report, 1978–79. Toronto: Alcoholism and Drug Addiction Research Foundation, 1980.

---

"I have remarked previously on the increasingly critical attitude of members of the public towards the advice and treatment given to them by the medical profession. In my experience as Health Service Commissioner this is nowhere more apparent than in connection with maternity services. There may be several explanations for this but undoubtedly the greater choice people have in deciding if and when to have children, the many options for intervention in the natural course of birth which now exist and the important fact that expectant mothers are not usually ill, must all have played a part. Perhaps as a reaction from pervasive technology, many people now want to stress the importance of natural things in their environment and it is not surprising that some parents set great store by sharing together in as natural a birth as possible. At the other end of the spectrum there are those who expect the medical profession to be able, with all the modern techniques at their disposal, to take over from them and ensure an entirely trouble- and pain-free delivery. Both groups may have too high an expectation of the experience of birth in hospital. A hospital is not a home and cannot provide the same atmosphere as a home confinement; and modern medicine, however sophisticated, cannot remove all discomfort and anxiety. I have investigated several complaints this year about maternity care and particularly about the circumstances surrounding the birth itself. Several of these illustrate the theme that if events are not as expected, it will be those who were most demanding who will be most disappointed and, if views on either side are inflexible, bad relations are liable to result, particularly if the parents' demands are unrealistic." – Health Service Commissioner. Annual Report for 1980-81. London: H.M. Stationery Office, 1981.

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 753 of 1099



with age was also significant (pH range 1·0–9·0; b=0·031; $p<10^{-6}$).

*Sex*

N-nitrosamine levels were significantly higher in males (0·44 log units; p=0·0036) taking into account all factors.

*Smoking*

Cigarette smoking had no significant effect on either N-nitrosamine or nitrite concentrations.

*pH*

Overall, we found a significant relation between pH and N-nitrosamine concentration after allowing for age, sex, smoking, presence of nitrite, and their interactions (fig. 1).




**Fig. 1—Relation between gastric pH and N-nitrosamine concentration.**

301 samples. Vertical bars indicate 95% confidence limits and base of histogram represents pH range.

N-nitrosamine concentrations rose progressively with pH from a geometric mean of 0·10 µmol/l at pH 1·0–1·5 to a mean of 1·20 µmol/l at pH 6·5–9·0 (b= 0·44; $p<10^{-6}$). A significant correlation was seen in several conditions including duodenal ulcer (b=0·51; $p=0{\cdot}91\times10^{-6}$), post-vagotomy (b=0·61; $p=0{\cdot}40\times10^{-4}$), gastric ulcer (b=0·36; $p=0{\cdot}76\times10^{-5}$), gastric cancer (b=0·54; p=0·0061), and pernicious anaemia (b=0·62; p=0·0052). Furthermore, conditions known to be associated with reduced gastric acidity and raised pH showed correspondingly higher N-nitrosamine levels (fig. 2).

*Nitrite*

Fresh gastric juice was tested for the presence of nitrite by a semi-quantitative method with a colour code indicating either an absence of nitrite or concentrations which were either low (0·01 mmol/l) or high (>0·2 mmol/l). Mean N-nitrosamine concentrations were higher at both low and high nitrite concentrations—0·52 log units, p=0·043, and 0·89 log units, p=0·021, respectively.




**Fig. 2—Gastric pH and N-nitrosamine concentrations in untreated groups.**

N=normal controls, DU=duodenal ulcer, Oes=oesophagitis, V=vagotomy, Gas=chronic gastritis, GU=gastric ulcer, PG=partial gastrectomy, Carc=carcinoma of stomach, and PA=pernicious anaemia.

A significant relation was also demonstrated between a rise in pH and an increase in nitrite levels ($p<10^{-6}$).

*Bacteriological results*

The gastric juice in man is normally sterile, but bacterial flora which are either swallowed with saliva or enter from the intestine can be cultured when the gastric juice pH rises. Bacteria from the gut, notably coliforms, enterococci, and gram-positive cocci, can break down nitrate to nitrite and we found a significant relation between the growth of such organisms and N-nitrosamine concentrations ($p=0{\cdot}31\times10^{-5}$). Nitrate reductase-positive organisms were also significantly associated with raised pH (p=0·028).

## Discussion

There are two main groups of N-nitroso compound; N-nitrosamines form one group and N-nitrosamides such as the guanidines and ureturanes from the other. The N-nitrosamines are stable compounds which require biological activation to become carcinogenic, whereas the others are considered to be labile, particularly at alkaline pH, and do not require metabolic activation for methylation of nucleic acids.

N-nitrosamines are formed when secondary, tertiary, and even primary amines react with nitrate or nitrogen oxides under either acidic, neutral or, alkaline conditions, depending upon the precursors and presence of catalysts. Catalysts and stimulators of physiological importance include chloride, bromide, thiocyanate, and microorganisms. Thiocyanate, which can accelerate the rate of nitrosation of secondary amines several hundred fold at acid pH,[12] is present in saliva, and particularly in saliva of smokers.[13] However, it does not catalyse formation of N-nitrosamides. Other substances, such as vitamins C and E, generally inhibit nitrosation.

In vitro, the nitrosation of a secondary amine occurs most readily at a pH around 3·5 and that of a secondary amide continues to increase in rate with fall of pH.[14] Man is exposed to N-nitrosamines through ingestion, inhalation, dermal contact, and formation in vivo. Although preformed volatile N-nitrosamines are present in nitrite-cured meats, in some cheeses, fish, and many beers, the formation of such

Confidential Information – Subject to Protective Order GSKZAN0000990323

compounds in the gastrointestinal tract in vivo is probably the main source of human exposure, since far more nitrite arises from salivary nitrate than is ingested.[15] Many bacteria can reduce nitrate, which is widespread in foods and saliva,[16-18] to nitrite. An increase in nitrate-reducing bacteria in gastric hypochlorhydria is associated with higher nitrite concentrations.[6,19] Ultrafiltrable and thermostable bacterial factors can stimulate nitrosation at pH values unconducive to chemical action alone.[20] Most N-nitrosamines in the fasting gastrointestinal tract are probably synthesised there.

The epidemiological evidence associating N-nitroso compounds with human cancer is strong for sites such as oesophagus,[21] stomach,[4] and bladder.[22] Most of the more than 200 N-nitroso compounds which have been tested for their carcinogenicity have been shown to produce tumours in up to 22 animal species studied, ranging from fish to higher primates.[23] Tumours have also been produced in a number of organs including the stomach. In animals, the simple volatile N-nitrosamines, N-nitrosodimethylamine, N-nitrosodiethylamine,[24] and N-nitrosamides[25,26] have acted as carcinogens in the glandular stomach.

It is debatable whether N-nitroso compounds are causal in human gastric cancer. For any study, a valid, reproducible, and acceptable method of measuring as many N-nitroso compounds as possible in biological fluids is necessary. The stabilisation of these compounds as well as the avoidance of their formation in vitro after collection is also important. Sulphamic acid for this purpose has rapidly removed all nitrite and has not been responsible for the synthesis of N-nitroso compounds. However, the pH achieved with sulphamic acid in this study ($\leqslant 2 \cdot 0$) would have precluded the extraction of basic N-nitroso compounds from gastric juice. This suggests that the total concentration of N-nitroso compounds in the gastric juice was greater than that given in our results.

Raised nitrite levels are found in the achlorhydric stomach[6,7] along with an increased growth of total and nitrate-reducing bacteria. Such conditions have been found in gastric cancer and in conditions predisposing to it such as pernicious anaemia,[19] chronic atrophic gastritis with intestinal metaplasia, and after gastric surgery.[27] Schlag et al.[28] showed that the pH rise after Billroth II gastrectomy is accompanied by a significant rise in gastric juice N-nitroso compound concentration. Our finding that N-nitrosamine levels rise with age and gastric pH agrees with some features of gastric cancer, which occurs in a mucosa secreting less acid and the incidence of which increases with age.

We found that raised N-nitrosamine levels were associated with significantly more nitrate-reducing bacteria in the gastric juice. This supports the hypothesis of Hill et al.[5] by stressing the role of nitrate-reducing organisms in nitrosation in vivo.[29] Furthermore, Tannenbaum et al.[7] reported finding high concentrations of nitrite in the gastric juice of patients who had histologically proven precancerous lesions of the stomach and were living in an area of Colombia associated with a high risk of gastric cancer. We have demonstrated a direct relation in man between conditions associated with or conducive to gastric cancer and significantly raised concentrations of N-nitroso compounds. Patients in several groups (pernicious anaemia, atrophic gastritis, partial gastrectomy, and vagotomy) had N-nitrosamine levels of the same order as were found in patients with gastric carcinoma. The potential danger of this is obvious, especially since, experimentally, carcinogenesis after the application of N-nitroso compounds is accelerated if the gastric mucosa is damaged.[30]

We thank the Cancer Research Campaign for financial support to P.L.R.S. and C.L.W.; Sister D. Wheeler and Mrs A. Knott for technical assistance; Dr H. Andrews for the bacteriological studies; and Mr J. B. Elder for helpful discussion.

Requests for reprints should be addressed to P. I. R., Gastrointestinal Unit, Wexham Park Hospital, Slough, Berkshire SL2 4HL.

REFERENCES


1. Lijinsky W, Taylor HW. Nitrosamines and their precursors in food. In: Hiatt H, Watson JD, Winsten JA, eds. Origins of human cancer. Cold Spring Harbor conferences on cell proliferation. Vol 4. New York: Cold Spring Harbor Laboratory, 1977: 1579–90.
2. Lijinsky W, Taylor HW, Snyder C, Nettesheim P. Malignant tumours of liver and lung in rats fed aminopyrine or heptamethyleneimine together with nitrite. *Nature* 1973; **244:** 176–78.
3. Sen NP, Smith DC, Schwinghamer L. Formation of N-nitrosamines from secondary amines and nitrite in human and animal gastric juice. *Food Cosmet Toxicol* 1969; **7:** 301–07.
4. Correa P, Haenszel W, Cuello C, Tannenbaum SR, Archer M. A model for gastric cancer epidemiology. *Lancet* 1975; ii: 58–60.
5. Hill MJ, Hawksworth G, Tattersall U. Bacteria, nitrosamines and cancer of the stomach. *Br J Cancer* 1973; **28:** 562–67.
6. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite: a risk factor for cancer in the hypochlorhydric stomach. *Lancet* 1976; ii: 1037–39.
7. Tannenbaum SR, Moran D, Rand W, Cuello C, Correa P. Gastric cancer in Colombia. IV. Nitrite and other ions in gastric contents of residents from a high risk region. *J Natl Cancer Inst* 1979; **62:** 9–12.
8. Reed PI, Smith PLR, Haines K, House FR, Walters CL. The effect of cimetidine on gastric N-nitrosamine concentration. *Lancet* 1981; ii: 553–56.
9. Drasar BS, Crowther JS. The cultivation of human intestinal bacteria. In: Shapton DA, Board RG, eds. Isolation of anaerobes. Society for Applied Bacteriology, technical series no. 5. London: Academic Press 1971: 93–97.
10. Cowan ST, Steel KJ. Manual for the identification of medical bacteria. London: Cambridge University Press, 1974: 176–77.
11. Walters CL, Downes MJ, Edwards MW, Smith PLR. Determination of a non-volatile N-nitrosamine on a food matrix. *Analyst* 1978; **103:** 1127–33.
12. Boyland E, Walker SA. Thiocyanate catalysis of nitrosamine formation and some dietary implications. IARC scient publ no 9. Lyon: IARC, 1974: 132–36.
13. Densen PM, Davidow B, Bass HE, Jones EW. A chemical test for smoking exposure. *Arch Environ Health* 1967; **14:** 865–74.
14. Mirvish SS. Kinetics of N-nitrosation reactions in relation to tumorigenesis experiments with nitrite plus amines or ureas. IARC scient publ no 3. Lyon: IARC, 1972: 104–08.
15. Walters CL. The exposure of humans to nitrite. *Oncology* 1980; **37:** 289–96.
16. Harada M, Ishiwata H, Nakamura Y, Tanimura A, Ishidate M. Studies on *in vivo* formation of nitroso compounds. (I) changes of nitrite and nitrate concentrations in human saliva after ingestion of salted Chinese cabbage. *J Fd Hyg Soc Japan* 1975; **16:** 11–18.
17. Spiegelhalder B, Eisenbrand G, Preussmann R. Influence of dietary nitrate on nitrite content of human saliva: Possible relevance to *in vivo* formation of N-nitroso compounds. *Food Cosmet Toxicol* 1976: **14:** 545–58.
18. Tannenbaum SR, Weisman M, Fett D. The effect of nitrate intake on nitrite formation in human saliva. *Food Cosmet Toxicol* 1976; **16:** 459–62.
19. Ruddell WSJ, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anaemia. *Lancet* 1978; i: 521–23.
20. Collins-Thompson DL, Sen NP, Aris B, Schwinghamer L. Non-enzymic *in vitro* formation of nitrosamines by bacteria isolated from meat products. *Canad J Microbiol* 1968; **18:** 1968–71.
21. The Co-ordinating Group for Research. The epidemiology and etiology of oesophageal cancer in North China. *Chinese Med J* 1975; i: 167–83.
22. Kakizoe T, Wang T-T, Eng VWS, Furrer R, Dion P, Bruce WR. Volatile N-nitrosamines in the urine of normal donors and of bladder cancer patients. *Cancer Res* 1979; **39:** 829–32.
23. Schmähl D, Habs M. Carcinogenicity of N-nitroso compounds. *Oncology* 1980; **37:** 237–42.
24. Homburger F, Handler AH, Soto E, Hsuch SS, Van Dongen CG, Russfield AB. Adenocarcinoma of the glandular stomach following 3-methylcholanthrene, N-nitrosodiethylamine or N-nitrosodimethylamine feeding in carcinogen-susceptible inbred Syrian hampsters. *J Natl Cancer Inst* 1976; **57:** 141–43.
25. Sugimura R, Fujimura S. Tumour production in glandular stomach of rat by N-methyl-N'-nitro-N-nitrosoguanidine. *Nature* 1976; **216:** 943–44.
26. Sugimura T, Fujimura S, Baba T. Tumor production in the glandular stomach and alimentary tract of the rat by N-methyl-N'-nitro-N-nitrosoguanidine. *Cancer Res* 1970; **30:** 455–65.
27. Ellis DJ, Kingston RD, Brookes VS, Waterhouse JAH. Gastric carcinoma and previous peptic ulceration. *Br J Surg* 1979; **66:** 117–19.
28. Schlag P, Böckler R, Ulrich H, Peter M, Merkle P, Herfarth Ch. Are nitrite and N-nitroso compounds in gastric juice risk factors for carcinoma in the operated stomach? *Lancet* 1980; i: 727–29.
29. Hicks RM, Gough TA, Walters CL. Demonstration of the presence of nitrosamines in human urine: preliminary observations on a possible etiology for bladder cancer in association with chronic urinary tract infection. IARC scient publ no 19. Lyon: IARC, 1978: 465–75.
30. Fujita M, Takami M, Usugane M, Nampei S, Taguchi T. Enhancement of gastric carcinogenesis in dogs given N-methyl-N'-nitro-N-nitrosoguanidine following vagotomy. *Cancer Res* 1979; **39:** 811–16.

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 755 of 1099






**Fig. 2—Gastric pH and N-nitrosamine concentrations in different diagnostic groups.**

Comparison between untreated and cimetidine-treated patients. The open circles on the right of the figure represent untreated groups for comparison. N = normal controls, DU = duodenal ulcer, Oe = Oesophagitis, V = vagotomy, G = chronic gastritis, GU = gastric ulcer, PG = partial gastrectomy, Ca = carcinoma of stomach, PA = pernicious anaemia.

(SE±0·03, not significant). Thus, increased N-nitrosamine concentrations noted during cimetidine treatment occurred in association with a pH rise.

*Serial Studies*

We assessed the effect of cimetidine treatment on 53 patients studied serially. In 30 patients the pre-treatment state was compared with that after 3 to 9 weeks of cimetidine treatment with daily doses of from 0·8 to 1·6 g—usually 1 g. 22 patients had higher pH levels during treatment, while in 3 patients the levels remained unchanged and in 5 they were lower. The increases occurred irrespective of the primary diagnosis. Both pH (mean pH rise from 2·3 to 4·1; p=0·00048) and N-nitrosamine concentrations (geometric mean increase from 0·08 to 0·47 μmol/l; $p=1\cdot 9 \times 10^{-6}$) rose significantly during cimetidine treatment (fig. 3).

23 patients had gastric juice sampled during cimetidine treatment and again at a variable time after stopping cimetidine. The treatment periods were between 1 and 48 weeks and patients were off the drug from 1 to 40 weeks before sampling. As expected, treatment withdrawal resulted in a significant fall in pH (from 3·4 to 2·3; p=0·0082), but the fall in N-nitrosamine concentration (geometric mean reduction from 0·30 to 0·16 μmol/l) was not significant. Indeed, in 7 out of 23 patients a rise in N-nitrosamine concentration was noted together with an increased pH in 4 of them, even though the drug had been withdrawn at various times up to 34 weeks before (fig. 4).

*Nitrite and Bacteria*

Although the gastric juice nitrite concentration rose and growth of nitrate-reducing bacteria increased more often in cimetidine takers, the trends were no different from those expected in patients with other causes of hypochlorhydria.

*Smoking*

Significantly different N-nitrosamine concentrations were noted in smokers from only two groups on cimetidine treatment. Levels were higher than those of non-smokers in patients who had had vagotomies (2·37 log units; p=0·031) and, surprisingly, lower in the 41 smokers with duodenal ulcers (1·3 log units; p=0·0023), even though in this group overall (n=74) the N-nitrosamine concentrations were significantly higher during cimetidine treatment (1·04 log units; p=0·0083).




**Fig. 3—Gastric pH and N-nitrosamine concentrations before and during cimetidine treatment.**

*Sex*

No significant differences in N-nitrosamine concentrations were seen between the sexes during cimetidine treatment.

## Discussion

The gastric juice of hypochlorhydric or achlorhydric patients contains nitrate-reducing bacteria in significant quantity[4,5] together with adequate amounts of nitrosatable amines[6] so that N-nitrosamines can be formed.[7] A cimetidine-induced rise in gastric pH can increase intragastric levels of faecal-type bacteria[8-10] and nitrite concentration.[8-11] This is not surprising since 24-hour studies[12,13] have shown that cimetidine treatment will raise gastric pH above 4–5 during 39–50% of the 24 hours. In our study cimetidine treatment was associated with significantly raised N-nitrosamine concentrations—in some cases up to a hundred times normal. Of the 74 patients with duodenal ulcer on cimetidine treatment, for example, 13 had N-nitrosamine concentrations and 25 had pH levels that either equalled or exceeded the mean levels found in 23 patients with gastric carcinoma—results confirmed by the serial studies of cimetidine takers already described.

We can envisage at least one major pathway whereby cimetidine could increase the risk of gastric cancer in man (fig. 5). In one experimental study the growth of faecal

Confidential Information – Subject to Protective Order GSKZAN0000990325

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 756 of 1099



# EFFECT OF CIMETIDINE ON GASTRIC JUICE N-NITROSAMINE CONCENTRATION

P. I. REED P. L. R. SMITH
K. HAINES F. R. HOUSE
C. L. WALTERS

*Gastrointestinal Unit, Wexham Park Hospital, Slough, Berkshire; Biochemistry Section, Leatherhead Food Research Association, Leatherhead, Surrey; and Department of Pharmacology, Guy's Hospital Medical School, London SE1*

***Summary*** Total extractable N-nitroso compounds, pH, and nitrite levels were measured in, and microorganisms were cultured from, the fasting gastric juice of 140 patients taking the $H_2$-receptor antagonist cimetidine and from 267 subjects, including 50 healthy volunteers, not taking cimetidine. Significantly higher mean N-nitrosamine concentrations and pH levels were demonstrated in the cimetidine-treated patients; N-nitrosamine concentration increased with pH. In 30 patients studied, cimetidine treatment significantly increased gastric pH and N-nitrosamine concentrations, while in 23 patients withdrawal of cimetidine treatment resulted in a significant reduction of pH but not of N-nitrosamine concentrations. The gastric juice nitrite level was often raised and nitrate-reducing bacteria cultured were similar to those associated with other causes of hypochlorhydria. These results demonstrate for the first time a relation between gastric juice N-nitrosamine concentration, pH, and cimetidine treatment, and the findings are discussed in relation to gastric cancer induction.

## Introduction

THE introduction of the acid inhibitory $H_2$-blocking drug cimetidine in 1976 has transformed the management of peptic ulceration and millions of people worldwide now take cimetidine for dyspepsia whether an ulcer has been confirmed or not. Also, to reduce ulcer recurrence indefinite maintenance treatment with cimetidine is now being advocated.[1] We have demonstrated a relation between conditions predisposing to persistent hypochlorhydria or achlorhydria and N-nitrosamine concentration.[2] The aim of this study was to examine the effects of cimetidine on gastric juice N-nitrosamine concentration.

## Patients and Methods

Gastric juice was routinely obtained at endoscopy after an overnight fast of at least 12 h from patients with various gastroduodenal conditions, many of whom had been on cimetidine treatment in daily doses of 0·2 to 1·6 g for periods of 1 week to 45 months. Patients on cimetidine were also asked to take a 200 mg tablet, usually 1–4 h before endoscopy. Asymptomatic volunteers without a history of gastroduodenal disease acted as normal controls.[2] They did not have endoscopies and gastric juice was obtained by intubation. Each specimen was then processed as previously described for pH, nitrite, bacterial culture with special reference to nitrate-reducing bacteria,[2] and measurement of total extractable volatile and non-volatile N-nitrosamines.[3] In every patient careful note was made of endoscopic findings, cigarette consumption, and drug intake, especially of cimetidine and antacids.

370 subjects were studied; 216 specimens of gastric juice were obtained from 140 patients who were on cimetidine treatment and 301 specimens were taken from 267 subjects not taking cimetidine, including 50 healthy volunteers and 37 patients later given cimetidine and subsequently sampled (table I and fig. 2). The diagnostic group details are listed in table II.

TABLE I—PATIENTS STUDIED DURING CIMETIDINE TREATMENT

| | No. of patients | Age range (yr) | No. of gastric juice samples |
|---|---|---|---|
| Male | 103 | 18-80 | 156 |
| Female | 37 | 21-81 | 60 |
| Total | 140 | .. | 216 |
| Controls | 50 | 18-51 | 50 |

TABLE II—GROUPS TREATED WITH CIMETIDINE

| *Group* | Patients (n=140) | Samples (n=216) |
|---|---|---|
| Post-vagotomy | 15 | 22 |
| Post-partial gastrectomy | 4 | 5 |
| Duodenal ulcer | 74 | 122 |
| Atrophic gastritis | 5 | 5 |
| Gastric ulcer | 24 | 40 |
| Reflux oesophagitis | 7 | 8 |
| Miscellaneous: dyspepsia/ normal mucosa on endoscopy | 11 | 14 |

The data were analysed using the GLIM package (Royal Statistical Society, London: 1977).

## Results

*pH and N-nitrosamines*

We found a significant relation between pH and N-nitrosamine concentration in the cimetidine-treated patients (fig. 1). N-nitrosamine levels rose progressively with pH from a mean level of 0·11 µmol/l at pH range 1–1·5 to a mean of 1·66 µmol/l at pH 6·5–9 ($p<10^{-6}$), compared with 0·10 µmol/l and 1·20 µmol/l, respectively, in individuals not so treated ($p<10^{-6}$). As was expected, significantly higher pH levels were noted during cimetidine treatment (mean increase of 0·5 pH units; $p=0·0025$). The mean N-nitrosamine concentration was 0·42 log units higher ($p=0·021$) in the cimetidine-treated patients than in those not so treated in the same diagnostic groups, with higher concentrations seen in cimetidine takers in each of these groups (fig. 2)—significantly so in those with duodenal ulcers (1·04 log units higher; $p=0·0083$). The respective slopes for the regression (b) of N-nitrosamine concentration on pH are 0·47 in the untreated and 0·49 in the cimetidine-treated individuals




**Fig. 1—Relation between gastric pH and N-nitrosamine concentration in cimetidine-treated and untreated patients.**

Left hand columns indicate untreated and right hand columns indicate cimetidine-treated patients. Vertical bars indicate 95% confidence limits and base of histogram represents pH range.

Confidential Information – Subject to Protective Order GSKZAN0000990326

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 757 of 1099






**Fig. 4—Gastric pH and N-nitrosamine concentrations during and after withdrawal of cimetidine treatment.**

bacteria markedly increased the effectiveness of carcinogenic N-nitroso compounds; N-methyl-N′-nitro-N-nitrosoguanidine (MNNG), 100 µg/ml in drinking water given to germfree rats, produced tumours in only 17%, but, given in the same dose to normal rats, produced tumours in 91%.[14]

Our tests were done on fasting gastric juice, thus we underestimated the total amount of N-nitrosamines that could be formed from nitrate and amines in a normal diet. Cimetidine itself can be readily nitrosated in vitro at low pH to N-nitrosocimetidine[15,16] which is a powerful mutagen in vitro[17,18] as well as in vivo.[19] Furthermore, the gastric juice of cimetidine-treated patients has been shown to be mutagenic.[20] It is not known whether in man cimetidine is converted to N-nitrosocimetidine during treatment since a sufficiently sensitive analytical procedure is not yet available.

Patients with a damaged gastric mucosa produced by, for example, chronic gastritis, gastric surgery, or chronic gastric irritation due to bile reflux, have an increased susceptibility to gastric cancer.[21] It is noteworthy that the carcinomas which develop in the presence of a damaged gastric mucosa often arise in the prepyloric or pre-anastomotic regions of the stomach. Gastric cancers produced experimentally in animals by N-nitroso compounds, notably MNNG, also first develop in the prepyloric region.[22] Rats given high doses of another $H_2$-receptor antagonist, tiotidine, a compound similar to cimetidine in chemical structure, had intraepithelial dysplasia and adenocarcinomas in the pyloric region of the stomach.[23] Most patients treated with cimetidine in whom adenocarcinomas of the stomach subsequently developed had tumours in the prepyloric region




**Fig. 5—Flow diagram linking intragastric nitrosation with possible induction of gastric cancer.**

of the antrum.[24-28] These findings support the view that enhancement of a predisposition to cancer is seen in the gastric mucosa when there is a raised gastric pH.

It has been claimed that cimetidine treatment is as good as or better than vagotomy[29] with the added advantage that treatment can be stopped, yet N-nitrosamine levels are similarly raised after both $H_2$-blockade with cimetidine and after vagotomy. Thus, the implications for the continued long-term health of the intragastric environment must cause concern. The effects of continued mucosal exposure to high N-nitrosamine concentrations is considered by some to be a cancer hazard.[30] At least one clinical report[21] postulates an increased risk of gastric cancer after vagotomy, but this awaits confirmation. For long-term cimetidine treatment the toxicological data from the drug developers for rat[31] and dog[32] exposure at high concentrations appear reassuring but disagree with current clinical experience[24-28] and with the data in this report. It is clear that $H_2$-blockade effectively suppresses acid secretion but also increases N-nitrosamine concentrations, which, in a number of patients in this study, were raised for a long time after stopping treatment.

We thank the Cancer Research Campaign for financial support to P. L. R. S. and C. L. W., Sister D. Wheeler and Mrs A. Knott for technical assistance, Dr H. Andrews for the bacteriological studies, and Mr J. B. Elder for helpful discussion.

Requests for reprints should be addressed to P. I. R., Gastrointestinal Unit, Wexham Park Hospital, Slough, Berkshire SL2 4HL.

REFERENCES

1. Alexander-Williams J. Cimetidine and duodenal ulcer. *Br Med J* 1979; i: 169–73.
2. Reed PI, Smith PLR, Haines K, House FR, Walters CL. Gastric juice N-nitrosamines in health and gastroduodenal disease. *Lancet* 1981; ii: 550–52.
3. Walters CL, Downes MJ, Edwards MW, Smith PLR. Determination of a non-volatile N-nitrosamine on a food matrix. *Analyst* 1978; **103**: 1127–33.
4. Hawksworth G, Hill MJ. Bacteria and the N-nitrosation of secondary amines. *Br J Cancer* 1971; **25**: 520–26.
5. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? *Lancet* 1976; ii: 1037–39.
6. Heathcote JG, Washington RJ. Aminoacids and peptides in human gastric juice with particular reference to pernicious anaemia—a review. *Nature* 1965; **207**: 941–44.

*References continued overleaf*

Confidential Information – Subject to Protective Order GSKZAN0000990327

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 758 of 1099

## Hypothesis

# THE RED-CELL IMMUNE SYSTEM

ISRAEL SIEGEL TIAN LIN LIU*
NORBERT GLEICHER

*Division of Reproductive Immunology, Department of Obstetrics and Gynecology, Mount Sinai Hospital Medical Center of Chicago and Rush Medical College*

**Summary** It is suggested that red cells have an immune function as well as a respiratory one. Adherence of red cells to antigen-antibody-complement complexes (red-cell immune adherence) has been observed in primates and in rabbits and may represent a basic immune phenomenon that is common to at least all mammals. It is estimated that 95% of C3b receptors in the human circulation are located on red cells and that an antigen-antibody-complement complex has a 500–1000 times greater chance of being removed from the circulation by a red cell than by a white cell. That red cells also adhere to autologous thymocytes and T cells suggests that they may act as intermediaries bringing antigens and T cells together.

### INTRODUCTION

THE functional division of blood cells has traditionally followed a strict "colour line". White cells are thought to be concerned mainly with immune and defence mechanisms, whereas red cells are generally thought to be highly specialised haemoglobin-containing cells with a main function as carriers of respiratory gases. We postulate that, in addition to their respiratory role, the red cells are an essential component of the immune system.

*Visiting scholar from Chung Shan Medical College, Kwongchow, People's Republic of China.

This immunocyte function of the red cell can account for a growing number of facts which are difficult to understand if the function of the red cell is assumed to be solely respiratory.

### RED-CELL IMMUNE ADHERENCE

Red cells adhere to antigen-antibody-complement complexes[1] through surface receptors which recognise C3b or C4b complement components.[2] This "immune adherence"[3] is also seen in a variety of lymphoid cell types and platelets. We believe that red-cell immune adherence (RCIA)[4,5] represents one factor of a red-cell immune system.

RCIA was formerly thought to occur in primates only, but we have now demonstrated it in non-primates.[6] We used modifications of standard RCIA assay procedures[4,5] with a mixture (total volume 0·3 ml) containing the components (except thymocytes) described in column 1 of table I. A slide was prepared as described in the table, and 200 red cells were counted at random. The percentage of rabbit red cells that formed aggregates of a least three cells was then calculated (fig. 1).

Significant RCIA was seen in 9 of 23 rabbits tested. When the RCIA of 5 rabbits was tested for a second time 14–30 days after the first RCIA determination, 3 previously RCIA-positive rabbits had become RCIA negative. Further experiments revealed that the lack of RCIA activity in the RCIA-negative rabbits was due to a heat-labile inhibiting factor in their sera.[6] Those sera served as a source of complement in the assay system. The inhibiting factor was demonstrated by showing that the presence of serum from RCIA-negative rabbits in previously positive reaction mixtures diminished RCIA (table II). The inhibiting effect could be completely abolished by exposure of sera containing inhibiting factor to 58°C for 30 min. We were able to demonstrate significantly more RCIA-inhibiting factors in adult rabbits than in newborn rabbits ($p<0·0005$).[6] Variations in RCIA-inhibiting factor in different rabbits and the changes of RCIA-inhibiting factor observed in the same rabbit at different periods (fig. 1) suggest the presence of physiological mechanisms controlling the synthesis of the

DR REED AND OTHERS: REFERENCES —*continued*

7. Sander J. Nitrosaminesynthese durch Bakterien. *Z Physiol Chem* 1968; 349: 429–32.
8. Ruddell WSJ, Axon ATR, Findley JM. Bartholomew BA, Hill MJ. Effect of cimetidine on the gastric bacterial flora. *Lancet* 1980; i: 672–74.
9. Deane SA, Youngs DJ, Poxon VA, Keighley MRB, Alexander-Williams J, Burdon DW. Cimetidine and gastric microflora. *Br J Surg* 1980; 67: 371.
10. Bartholomew B, Stockbrügger R, Euginides N, Mansell P, Hill M, Cotton PB. Gastric nitrate, nitrite and bacterial nitrate reductase in relation to gastric acid secretion. In: Abstracts of XI International Congress of Gastroenterology, Hamburg. *Hepato-Gastroenterol* 1980: 108.
11. Bartholomew BA, Hill MJ, Hudson MJ, Ruddell WSJ, Walters CL. Gastric bacteria, nitrate, nitrite and nitrosamines in patients with pernicious anaemia and in patients treated with cimetidine. IARC Scientific Publications no 31. Lyon: IARC, 1980: 595–606.
12. Walt RF, Male PJ, Hunt RH, Milton-Thompson GJ, Misiewicz JJ. Comparison of the effects of ranitidine, cimetidine and placebo on the 24 hour intragastric acidity and nocturnal acid secretion in patients with duodenal ulcer. *Gut* 1981; 22: 49–54.
13. McCloy RF, Baron JH. Intragastric pH and cimetidine, fasting and after food. *Lancet* 1981; i: 609–10.
14. Sumi Y, Miyakawa M. Gastrointestinal carcinogenesis in germ-free rats given N-methyl-N'-nitro-N-nitroso-guanidine in drinking water. *Cancer Res* 1979; 39: 2733–36.
15. Bavin PMG, Durant GJ, Miles PD, Mitchell RC, Pepper ES. Nitrosation of cimetidine N''-Cyano-N-methyl-N'-{2-[(5-methyl-imidazol-4-yl) methylthio] ethyl} guanidine. *J Chem Res* 1980; 212–13.
16. Foster AB, Jarman H, Manson D, Schulten HR. Structure and reactivity of nitrosocimetidine. *Cancer Lett* 1980; 9: 47–52.
17. Pool BL, Eisenbrand G, Schmähl D. Biological activity of nitrosated cimetidine. *Toxicology* 1979; 15: 69–72.
18. Jensen DE, Magee PN. Methylation of DNA by nitrosocimetidine *in vitro*. *Cancer Res* 1981; 41: 230–36.
19. Gombar CT, Jensen DE, Magee PN. Methylation of DNA *in vivo* by the nitroso-derivative of cimetidine. Proc Am Assoc Cancer Res, New York. April 1980. Abstract.
20. De Flora S, Picciotto A. Mutagenicity of cimetidine in nitrite-enriched human gastric juice. *Carcinogen* 1980; 1: 925–30.
21. Ellis DJ, Kingston RD, Brookes VS, Waterhouse JAH. Gastric carcinoma and previous peptic ulceration. *Br J Surg* 1979; 66: 117–19.
22. Deschner EE, Tamura K, Bralow SP. Sequential histopathology and cell kinetic changes in rat pyloric mucosa during gastric carcinogenesis induced by N-methyl-N'-nitro-N-nitrosoguanidine. *J Nat Canc Inst* 1979; 63: 171–79.
23. Street CS. Toxicological studies in rats administered the $H_2$-antagonist tiotidine. FDA Gastrointestinal Drugs Advisory Committee Hearing. Meeting, Jan. 12, 1981. Verbatim Reports.
24. Elder JB, Ganguli PC, Gillespie IE. Cimetidine and gastric cancer. *Lancet* 1979; i: 1005–06.
25. Taylor RH, Menzies-Gow N, Lovell D, Le Brooy SJ, Misiewicz JJ. Misleading response of malignant gastric ulcers to cimetidine. *Lancet* 1978; i: 686–87.
26. Reed PI, Cassell P, Walters CL. Gastric cancer in patients who have taken cimetidine. *Lancet* 1979; i: 1234–35.
27. Hawker PC, Muscroft TJ, Keighley MRB. Gastric cancer after cimetidine in patient with two negative pre-treatment biopsies. *Lancet* 1980; i: 709–10.
28. Taylor TV, Lee D, Howatson AG, Anderson J, MacLeod IB. Gastric cancer and cimetidine. *J Roy Coll Surg Edin* 1981; 26: 34–35.
29. Burland WJ, Hawkins B, Horton RJ. Maintenance treatment of duodenal ulcer with cimetidine. *Lancet* 1978; ii: 433.
30. Correa P, Haenszel W, Cuello C, Tannenbaum SR, Archer M. A model for gastric cancer epidemiology. *Lancet* 1975; ii: 58–60.
31. Brimblecombe RW, Duncan WAM, Durant GJ. Characterization and development of cimetidine as an histamine $H_2$-receptor antagonist. *Gastroenterology* 1978; 74: 339–47.
32. Crean GP, Morson BC, Leslie GB, Roe FJC. Cimetidine: Further evidence of noncarcinogenicity in dogs. *N Engl J Med* 1981; 304: 672.

Confidential Information – Subject to Protective Order GSKZAN0000990328

# CIMETIDINE IS UNLIKELY TO INCREASE FORMATION OF INTRAGASTRIC N-NITROSO-COMPOUNDS IN PATIENTS TAKING A NORMAL DIET

TIMOTHY J. MUSCROFT DENISE J. YOUNGS
DOUGLAS W. BURDON MICHAEL R. B. KEIGHLEY

*Departments of Surgery and Microbiology, General Hospital, Birmingham*

***Summary*** Studies in fasting subjects have suggested that cimetidine therapy might lead to nocturnal hypochlorhydria, allowing bacterial overgrowth and the production of intragastric carcinogens. This hypothesis was investigated in normal subjects taking full-dose and maintenance cimetidine with food. Nocturnal hypochlorhydria was rarely found and the incidence of bacterial overgrowth was correspondingly low; gastric-juice nitrite concentrations were rarely raised. These findings suggest that long term treatment with cimetidine is unlikely to promote gastric cancer as a result of bacterial metabolic activity.

## Introduction

HYPOCHLORHYDRIA allows bacterial overgrowth in the fasting stomach.[1] Intragastric carcinogens, such as N-nitroso-compounds and secondary bile acids, may be formed as a result of bacterial activity in the stomach.[2,3] These compounds may be responsible for the increased risk of gastric carcinoma seen in pernicious anaemia[4] and after partial gastrectomy.[5]

Two independent studies[6,7] have reported the influence upon fasting gastric aspirates of taking cimetidine 1 g daily; in both, the intragastric pH was nearly always 4 or more 2–4 h after a 200 mg dose and was associated with a complex gastric microflora. However, these conditions differ from those which occur during normal cimetidine therapy. We have therefore examined the variations in gastric microflora and pH in healthy subjects taking cimetidine with a normal diet.

## Subjects and Methods

Nine symptom-free male volunteers were studied. Three took no cimetidine and served as controls (group A). Six took cimetidine 200 mg three times a day and 400 mg at night for a minimum of three weeks before being studied (group B). Five of these subjects then took cimetidine 400 mg at night for a further three weeks before being studied again (group C).

All subjects ate a hospital supper at 6 P.M. and then fasted until breakfast at 8.30 A.M., followed by lunch at 12.30. At 10 P.M. on the first evening a sterile nasogastric tube was passed into the stomach




**Design of study, indicating times of meals, gastric aspiration (Asp) and administration of cimetidine (C).**

and a sample of gastric contents was aspirated. Further aspirates were obtained at 12 midnight, 4 A.M., and 8 A.M. (fasting aspirates) and at 10 A.M. and 2 P.M. (postprandial aspirates) (see accompanying figure). Before each aspiration, 10 ml of air was injected into the tube to displace any residual fluid present in it after the preceding aspiration. Subjects in groups B and C took cimetidine 400 mg immediately after the 10 P.M. aspiration; those in group also took 200 mg immediately after the 8 A.M. aspiration and at 12.30 before lunch.

The pH of each aspirate was measured by means of pH-sensitive paper (Cambridge Laboratories). Samples of each aspirate were immediately frozen at −80°C.[8] The total and individual viable bacterial counts in each aspirate were measured by a single-drop technique in an anaerobic enclosure. The media incubated aerobically included blood agar, McConkey agar, mannitol salt agar, with polymyxin E and kanamycin, and McConkey agar with polymyxin E. Menadione lysed blood agar, Rogosa agar, and *Bacteroides* medium (Bacterial Metabolism Research Laboratory, Colindale) were incubated anaerobically. Organisms were identified by their morphology and biochemical reactivity. The ability of each organism to reduce nitrate was determined by the method described by Cowan and Steel.[9] Nitrite concentration in gastric aspirates was measured by a colorimetric method involving coupling between sulphanilic acid and naphthylethylenediamine.[10]

## Results

The total viable counts (TVC), nitrate-reducing counts (NRC), and pH of the aspirates from each individual are shown in table I. In group A (controls), subject 1 was continually swallowing saliva because of the indwelling nasogastric tube and he had high pH levels with correspondingly high bacterial counts in the fasting aspirates. Subjects 2 and 3, who tolerated the tube well, had sterile fasting aspirates.

In group B, 15 of the 18 fasting aspirates had a pH of 4 or less; 14 of these 15 aspirates were sterile and the other contained $4 \times 10^3$ organisms/ml.

DR GUDBRANDSSON AND OTHERS: REFERENCES—*continued*

9. Jondal M, Holm G, Wigzell H. Surface markers on human T and B lymphocytes. I. A large proportion of lymphocyte-forming non-immune rosettes with sheep red blood cells. *J Exp Med* 1972; **136:** 207–15.
10. Theofilopoulos AN, Wilson CB, Dixon FJ. The Raji cell radio-immune assay for detecting immune complexes in human sera. *J Clin Invest* 1976; **57:** 169–82.
11. Mancini G, Carbonara AD, Heremans JF. Immunochemical quantitation of antigens by single radial immunodiffusion. *Immunochemistry* 1965; **2:** 235–54.
12. Lindstedt G, Nilsson LÅ, Wålinder J, Skott A, Öhman R. On the prevalence, diagnosis and management of lithium-induced hypothyroidism in psychiatric patients. *Br J Psychiat* 1977; **130:** 452–58.
13. Olsen F. Evidence for an immunological factor in the hypertensive vascular disease. *Acta Path Microbiol Scand A* 1971; **79:** 22–26.
14. Olsen F. Delayed hypersensitivity and essential hypertension. *Acta Path Microbiol Scand B* 1974; **82:** 448–50.
15. Olsen F, Rasmussen S. Delayed hypersensitivity and borderline essential hypertension. *Acta Path Microbiol Scand C* 1977; **85:** 196–98.
16. Olsen F. Transfer of arterial hypertension by splenic cells from DOCA-salt hypertensive and renal hypertensive rats to normotensive recipients. *Acta Path Microbiol Scand C* 1980; **88:** 1–5.
17. Svendsen UG. Spontaneous hypertension and hypertensive vascular disease in the NZB strain of mice. *Acta Path Microbiol Scand A* 1977; **85:** 548–54.
18. Ebringer A, Doyle AE. Raised serum IgG levels in hypertension. *Br Med J* 1970; ii: 146–48.
19. Olsen F. Immunological factors and high blood pressure in man. *Acta Path Microbiol Scand A* 1972; **80:** 257–59.
20. Kristensen BÖ. Increased serum levels of immunoglobulins in untreated and treated essential hypertension. *Acta Med Scand* 1978; **203:** 49–54.
21. Adlin EV, Moctezuma J, Marks AD, Channick BJ. Serum immunoglobulins in hypertension. *Hypertension* 1979; **1:** 650–53.
22. Kristensen BÖ, Andersen PL. Autoantibodies in untreated and treated essential hypertension. *Acta Med Scand* 1978; **203:** 55–59.
23. Wilson JD, Bullock HY, Booth RJ. Autoantibodies in hypertension. *Lancet* 1978; ii: 996.

TABLE III—SERUM IMMUNOGLOBULINS (g/l)±SD IN PATIENTS AND CONTROLS

| — | IgG | IgA | IgM |
|---|---|---|---|
| Patients (n=20) | 12·9±4 | 2·6±1·3 | 1·7±1·0 |
| Controls (n=20) | 10·6±3 | 2·1±1·0 | 1·2±0·4 |
| Significance | p<0·02 | N.S. | p<0·05 |

trols. On the other hand, when arterial antigen was used, significantly more responders were noted among the hypertensive patients (10/20) than the control group (2/20) (table II). The serum-levels of IgG and IgM and the prevalence of autoantibodies were significantly higher in the patients than the controls (tables II and III). The predominant autoantibody was antinuclear factor, but occasional sera containing antibodies against smooth muscle, thyroid, and reticulin were recorded. Circulating immune complexes were more common in the patients than the controls, but the difference was not statistically significant. No significant differences between patients and controls were observed in IgA levels and number of T lymphocytes in peripheral blood. There was no correlation between the presence of autoantibodies and positive lymphocyte reactivity to arterial-wall components. There was no correlation between immunoglobulin concentrations and either the presence of autoantibodies or lymphocyte reactivity.

## Discussion

In this study of patients with previously malignant essential hypertension several immunological changes were found. Increased lymphocyte reactivity against arterial-wall antigen was significantly more common in the patients than in the control subjects, whereas the response to stimulation with PHA and Con A was the same for both groups. The finding of increased lymphocyte reactivity against arterial antigen, which previously has not been made in hypertensive patients, is consistent with Olsen's demonstration of delayed-type hypersensitivity against arterial antigens with the leucocyte-migration technique in both hypertensive animals and patients.[13-16] The possible operation of cell-mediated immune mechanisms in the pathogenesis of essential hypertension is also indicated by the ability of spleen cells to transfer the hypertensive state in rats.[16] The development and maintenance of spontaneous hypertension in mice depends on normal thymus function.[17] The increased lymphocyte reactivity against arterial-wall antigens is an indication of immunisation against these antigens. Such a process might contribute to the vascular damage which is one of the hallmarks of severe hypertension, especially malignant hypertension.

IgG and IgM levels were significantly higher in the patients than in the normotensive controls. Raised levels of serum-immunoglobulins have previously been found in hypertensive patients,[18-20] whether antihypertensive therapy has been used or not. In these studies the increased immunoglobulin levels have as a rule been related to the severity of the blood-pressure elevation. In one study of patients with relatively mild hypertension the levels of immunoglobulins were not raised—indeed IgM levels were significantly reduced.[21] Thus, raised levels of immunoglobulins in hypertension could be related to the more severe types of high blood pressure: this fits well with the findings of the present trial, in which all patients had previously had very severe hypertension (average 247/148 mm Hg at the time of diagnosis). Ebringer and Doyle suggested that raised levels of IgG in severe hypertension were secondary to the rise of blood pressure.[18] Others[19,20] have suggested a possible primary immunological disturbance. The findings of the present study do not allow a firm conclusion in this matter.

We also found an increased frequency of autoantibodies (predominantly antinuclear antibodies) in our patients. The titre values recorded were generally rather low. The prevalence of autoantibodies in hypertensive subjects noted in the present investigation (60%) was much higher than prevalences reported by Kristensen and Andersen[22] and Wilson et al.,[23] whereas the prevalence of autoantibodies among control subjects was about the same. The latter finding suggests that there are no major differences in methods between the different studies. The difference in prevalence of autoantibodies in hypertensive patients in the three studies may be explained by different compositions of the populations studied. In the present study all patients were on antihypertensive therapy, usually with several drugs concomitantly. It is therefore possible that drug therapy may have influenced the results. It should also be noted, though, that increased frequency of autoantibodies has been described without relation to antihypertensive therapy.[22,23] Furthermore, it has been suggested that a predisposition to acquire autoantibodies is likely to be correlated with a predisposition to become severely hypertensive.[4]

The prevalence of immune complexes in serum was not statistically different between the two groups studied. The higher prevalence among hypertensive subjects indicates the need for an extended study on a larger number of patients.

The immunological changes found in the present study inevitably lead to the question of whether they are primary or secondary to the pressure-induced vascular damage. Our study design does not allow firm conclusions. However, the changed immune reactivity may be of pathogenetic importance for the development of the vascular lesions in malignant hypertension whether the immunological changes are primary or secondary. In particular, the demonstrated increased lymphocyte reactivity against arterial-wall components can be expected to aggravate the vascular damage.

The present findings open up some new possibilities for the early detection of malignant essential hypertension. Thus, if the present in-vitro findings can be confirmed by tests in vivo—e.g., by cutaneous testing against arterial-wall antigens—the risk of a patient with arterial hypertension developing the malignant phase of the disease could perhaps be assessed.

This study was supported in part by a grant from the Swedish National Association against Heart and Lung Diseases.

Requests for reprints should be addressed to T. G., Department of Medicine, Östra Hospital, 416 85 Göteborg, Sweden.

REFERENCES

1. Pickering GW. High blood pressure. London: Churchill, 1968: 445–55.
2. Isles C, Brown JJ, Cumming AMM, et al. Excess smoking in malignant phase hypertension. *Br Med J* 1979; i: 579–81.
3. Gudbrandsson T, Herlitz H, Hansson L, Rydberg L. Human leucocyte antigens in patients with previous essential malignant hypertension. *Clin Sci* 1980; **59**: 431s–34s.
4. Editorial. Immunogenetics and essential hypertension. *Lancet* 1978; ii: 409–10.
5. World Health Organisation: Report of a WHO Expert Committee. Arterial hypertension *WHO Tech Rep Ser* no. 628. 1978.
6. Gudbrandsson T, Hansson L, Herlitz H, Andrén L. Malignant hypertension—improving prognosis in a rare disease. *Acta Med Scand* 1979; **206**: 495–99.
7. Malmvall BE, Bengtsson BÅ, Nilsson LÅ, Bjursten LM. Immune complexes, rheumatoid factor and cellular immunological parameters in patients with giant cell arteritis. *Ann Rheum Dis* (in press).
8. Bøyum A. Separation of leukocytes from blood and bone marrow. *Scand J Clin Lab Invest* 1968; **21**: (suppl 97): 31–50.

*References continued overleaf*

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 761 of 1099



TABLE I—TOTAL VIABLE COUNTS (TVC), NITRATE-REDUCING BACTERIAL COUNTS (NRC), AND pH VALUES OF GASTRIC ASPIRATES IN THREE GROUPS OF VOLUNTEERS

| Subject | | 10 P.M. | Midnight | 4 A.M. | 8 A.M. | 10 A.M. | 2 P.M. |
|---|---|---|---|---|---|---|---|
| A1 | pH | 1·0 | 5·0 | 6·0 | 6·5 | 3·5 | 3·5 |
| | TVC | 0 | 2×10$^5$ | 8×10$^3$ | 1·5×10$^6$ | 7×10$^5$ | 0 |
| | NRC | 0 | 1×10$^4$ | 6·5×10$^3$ | 1×10$^6$ | 1×10$^5$ | 0 |
| A2 | pH | 3·0 | 2·0 | 1·5 | 3·0 | 3·0 | 3·0 |
| | TVC | 1×10$^3$ | 0 | 0 | 0 | 2×10$^4$ | 3×10$^4$ |
| | NRC | 0 | 0 | 0 | 0 | 0 | 2×10$^4$ |
| A3 | pH | 1·0 | 1·0 | 1·0 | 1·0 | 4·0 | 4·0 |
| | TVC | 0 | 0 | 0 | 0 | 3×10$^5$ | 3×10$^5$ |
| | NRC | 0 | 0 | 0 | 0 | 1×10$^5$ | 5×10$^4$ |
| B1 | pH | 6·0 | 4·0 | 2·0 | 3·0 | 3·0 | 4·0 |
| | TVC | 6×10$^6$ | 0 | 0 | 0 | 0 | 2·5×10$^6$ |
| | NRC | 3×10 | 0 | 0 | 0 | 0 | 1·5×10$^6$ |
| B2 | pH | 1·0 | 4·0 | 4·0 | 3·0 | 2·0 | 4·0 |
| | TVC | 0 | 0 | 0 | 0 | 0 | 4×10$^4$ |
| | NRC | 0 | 0 | 0 | 0 | 0 | 1×10$^4$ |
| B3 | pH | 3·0 | 2·0 | 2·0 | 3·0 | 2·0 | 2·5 |
| | TVC | 1×10$^3$ | 0 | 0 | 0 | 4·5×10$^4$ | 2·5×10$^3$ |
| | NRC | 7·5×10$^2$ | 0 | 0 | 0 | 1×10$^4$ | 1·5×10$^3$ |
| B4 | pH | 1·0 | 2·0 | 2·0 | 2·0 | 2·0 | 4·0 |
| | TVC | 0 | 0 | 0 | 0 | 0 | 2×10$^5$ |
| | NRC | 0 | 0 | 0 | 0 | 0 | 1×10$^5$ |
| B5 | pH | 4·0 | 3·0 | 7·0 | 6·5 | 4·0 | 4·5 |
| | TVC | 4×10$^5$ | 4×10$^3$ | 3×10$^6$ | 4×10 | 2×10$^6$ | 5×10$^5$ |
| | NRC | 3×10$^3$ | 1×10$^3$ | 2·5×10$^3$ | 1·5×10 | 0 | 0 |
| B6 | pH | 8·0 | 7·0 | 2·5 | 2·0 | 2·5 | 5·5 |
| | TVC | 1×10 | 5×10$^5$ | 0 | 0 | 0 | 1·5×10$^5$ |
| | NRC | 1·5×10$^3$ | 1·1×10$^4$ | 0 | 0 | 0 | 1×10$^5$ |
| C1 | pH | 1·0 | 4·0 | 3·0 | 2·0 | 3·0 | 2·5 |
| | TVC | 0 | 2×10$^5$ | 0 | 0 | 0 | 0 |
| | NRC | 0 | 1·5×10$^5$ | 0 | 0 | 0 | 0 |
| C2 | pH | 1·0 | 2·0 | 7·0 | 2·0 | 2·5 | 2·5 |
| | TVC | 0 | 0 | 3·5×10$^5$ | 0 | 0 | 7·5×10$^5$ |
| | NRC | 0 | 0 | 3×10$^3$ | 0 | 0 | 1·5×10$^3$ |
| C3 | pH | 1·0 | 2·0 | 2·0 | 2·5 | 2·0 | 2·0 |
| | TVC | 2·5×10$^2$ | 1×10$^3$ | 3×10$^3$ | 0 | 0 | 0 |
| | NRC | 2·5×10$^2$ | 2·5×10$^2$ | 2·5×10$^3$ | 0 | 0 | 0 |
| C4 | pH | 1·0 | 2·0 | 2·5 | 1·0 | 2·0 | 3·0 |
| | TVC | 0 | 0 | 0 | 0 | 0 | 5×10$^3$ |
| | NRC | 0 | 0 | 0 | 0 | 0 | 4×10$^3$ |
| C5 | pH | 1·0 | 1·0 | 7·0 | 7·0 | 5·0 | 3·0 |
| | TVC | 0 | 0 | 1×10$^7$ | 2×10$^7$ | 2·5×10$^5$ | 6×10$^5$ |
| | NRC | 0 | 0 | 2·5×10$^6$ | 1·5×10 | 5×10$^3$ | 2·5×10$^5$ |

In group C, 12 of the 15 fasting aspirates were of pH 4 or less; 8 of the 12 aspirates were sterile and the others contained $2\times10^5$, $3\times10^3$, $1\times10^3$, and $2\cdot5\times10^2$ organisms/ml.

Eating was accompanied by the ingestion of numerous organisms. At 10 A.M., 60–90 min after finishing breakfast, all three controls (group A) had organisms in their gastric aspirate, as did two of group B and one of group C. At 2 P.M. 60–90 min after lunch, 2 aspirates from group A, 6 from group B, and 3 in group C contained organisms.

*Bacteria*

In our experience, yeasts and species of *Lactobacillus* are often found in small numbers in aspirates of pH 1–3. For clarity, these organisms have been excluded from the analysis of data (and from table I) unless they were found in the presence of other bacteria.

Of the 30 aspirates from which organisms were isolated in the three groups, *Streptococcus faecalis* was found in 28 (73·6%), *Streptococcus viridans* in 23 (60·5%), *Lactobacillus* spp. in 33 (86·8%) and *Neisseria* spp. in 21 (55·2%). The most frequently isolated nitrate-reducing organisms were *Micrococcus* spp. present in 24 (63·1%), and *Staphylococcus aureus*, which was present in 9 (23·6%). Other bacteria isolated included *Haemophilus* spp. in 5, *Bacteroides melaninogenicus* in 5, other *Bacteroides* spp. in 4 and *Veillonella* spp. and *Bifidobacterium*, each present in 2 aspirates.

*Nitrite Concentrations*

Nitrite concentrations could not be measured in 3 aspirates for technical reasons. The relation between pH and nitrite levels in fasting and postprandial aspirates is shown in table II. In the fasting aspirates, nitrite concentrations greater than 10 μmol/l were significantly more common in samples of pH 4 or more ($p<0\cdot001$, $\chi^2$ test with Yates's correction) and in those samples containing more than $10^3$ nitrate-reducing organisms per ml ($p<0\cdot001$, $\chi^2$ test with Yates's correction).

Of the postprandial aspirates, 65·4% had nitrite concentrations in excess of 10 μmol/l; in aspirates of pH 1–3, 10 out of 17 had a nitrite concentration greater than 10 μmol/l, compared with 7 out of 9 in aspirates of pH 4 or above ($p=0\cdot604$, Fisher's exact test), but 6 in the high pH group

Confidential Information – Subject to Protective Order GSKZAN0000990331

TABLE II—RELATIONSHIP BETWEEN GASTRIC-JUICE NITRITE CONCENTRATION AND pH IN FASTING AND POSTPRANDIAL ASPIRATES

| Concentration of nitrite (μmol/l) | No. of aspirates | | | | | |
|---|---|---|---|---|---|---|
| | Fasting | | | Postprandial | | |
| | pH<4 | pH≥4 | Total | pH<4 | pH≥4 | Total |
| <10 | 28 | 3 | 31 | 7 | 2 | 9 |
| 10–20 | 8 | 2 | 10 | 7 | 1 | 8 |
| >20 | 3 | 11 | 14 | 3 | 6 | 9 |
| *Total* | 39 | 16 | 55 | 17 | 9 | 26 |

had nitrite concentrations greater than 20 μmol/l compared with only 3 in the low pH group ($p = 0 \cdot 04$, Fisher's exact test).

## Discussion

Bacteria may be involved in the production of carcinogens in the stomach.[2,3,11] Furthermore, bacterial colonisation of the stomach is closely related to intragastric pH.[12,13] Therefore, the finding that cimetidine-induced hypochlorhydria allowed bacterial proliferation within the stomach aroused concern about the possible adverse consequences of prolonged cimetidine therapy.[7] Since some studies had shown that $H_2$-receptor antagonists can induce nocturnal anacidity,[14,15] it seemed possible that the gastric mucosa might be exposed to carcinogens produced by bacterial metabolic activity throughout the night. In the two earlier studies[6,7] all patients had fasted for 9–12 h before taking 200 mg of cimetidine and then remained without food for a further 2–4 h before the aspirates were obtained. These are unusual circumstances and do not reflect routine treatment with cimetidine. In contrast, our study showed that intragastric pH seldom exceeded 4 during the night, despite a 400 mg dose of the drug at 10 P.M. However, all our subjects had eaten a main meal 4 h earlier. The apparent difference in the effect of cimetidine in our study may be due to prior exposure to food which stimulated acid secretion. This was the mechanism suggested by Pounder et al.[16,17] who reported results similar to our own. In our study, 22 of the 27 fasting aspirates of pH 4 or less were sterile. Four of the six fasting aspirates with a pH greater than 4 came from subject 5 (groups B and C) who salivated excessively because of nausea induced by the nasogastric tube. As the midnight aspirate from this subject during the maintenance study (group C) had a pH of 1, 2 h after taking 400 mg of cimetidine, we feel that these high pH values are likely to be artifacts due to the presence of the tube. In support of this, subject 1 in group A also swallowed large quantities of saliva and had high fasting pH values, despite an initial aspirate of pH 1, indicating that he was able to secrete acid. Subject 2 in group C had a heavily bile-stained aspirate of pH 7 at 4 A.M., containing numerous organisms. 4 h later the pH had fallen to 2 and the aspirate was sterile. The sixth fasting aspirate with a pH greater than 4 came from subject 6 (group B). He also swallowed continually and found the nasogastric tube so uncomfortable that he was the only volunteer who did not proceed to group C.

Drasar et al.[18] found that the gastric aspirates of three normal volunteers were sterile 60 min after an unspecified test meal. In contrast, 17 of the 28 aspirates obtained after meals in groups A, B, and C still contained organisms 60–90 min after the end of the meal: however, 8 of these aspirates were of pH 3 or less and 6 were of pH 4, so many of the organisms were probably metabolically inactive under the conditions within the stomach. The relatively low pH values in the stomach after breakfast and lunch, at the time when blood cimetidine levels should have been maximum[17] may reflect the stimulation by food of acid secretion, as mentioned earlier.

The relation between pH and nitrite concentration in fasting aspirates has been reported elsewhere[10,13] and may reflect the activity of nitrate-reducing bacteria, which were isolated from 13 of the 16 fasting aspirates of pH 4 or more (81%). After ingestion of food, the stomach contains nitrite of salivary origin as well as small amounts present in food and it is not surprising that nitrite levels tended to be higher in postprandial aspirates. Although nitrite concentrations greater than 20 μmol/l were significantly more common in aspirates of pH 4 or above, only 3 of the 6 high values in this group in fact exceeded 23 μmol/l, and in view of the difficulty in measuring nitrite concentrations in aspirates containing food debris we do not feel that a valid conclusion can be drawn from such small numbers.

The findings of the study indicate that nocturnal anacidity does not occur in normal subjects taking therapeutic doses of cimetidine and that such treatment does not predispose to bacterial colonisation in subjects on a normal diet. Duodenal ulcer patients, who can secrete excessive amounts of gastric acid, are even less likely to have bacterial overgrowth, and hence potential intragastric carcinogens, during treatment with cimetidine. A proportion of patients with gastric ulcers secrete reduced amounts of acid and further studies are necessary to determine whether bacterial proliferation might occur in this group during treatment with cimetidine.

We thank Smith Kline & French Ltd for financial support and for supplies of cimetidine. Timothy J. Muscroft is in receipt of a Sheldon Clinical Research Fellowship from the West Midlands Regional Health Authority.

Requests for reprints should be addressed to M. R. B. K., General Hospital, Steelhouse Lane, Birmingham B4 6NH.

REFERENCES

1. Deane SA, Gatehouse D, Youngs DJ, Burdon DW, Alexander-Williams J, Keighley MRB. Bacterial flora of the postoperative stomach. *Gut* 1979; **20:** A931–32.
2. Ruddell WSJ, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anaemia. *Lancet* 1978; i: 521–23.
3. Domellof L, Reddy BS, Weisburger JH. Microflora and deconjugation of bile acids in alkaline reflux after partial gastrectomy. *Am J Surg* 1980; **140:** 291–95.
4. Mosbech J, Videbaek A. Mortality from and risk of gastric carcinoma among patients with pernicious anaemia. *Br Med J* 1950; ii: 390–94.
5. Nicholls JC. Stump cancer following gastric surgery. *World J Surg* 1979; **3:** 731–36.
6. Deane SA, Youngs DJ, Poxon VA, Keighley MRB, Alexander-Williams J, Burdon DW. Cimetidine and gastric microflora. *Br J Surg* 1980; **67:** 371.
7. Ruddell WSJ, Axon ATR, Finalay JM, Bartholomew BA, Hill MJ. Effect of cimetidine on the gastric bacterial flora. *Lancet* 1980; i: 672–74.
8. Muscroft TJ, Youngs DJ, Poxon VA, Keighley MRB, Burdon DW. Freeze-storage of gastric aspirates for bacterial analysis. Presented to the Surgical Research Society, Summer meeting, Nottingham, 1980.
9. Cowan ST, Steel KJ. Manual for the identification of medical bacteria. Cambridge University Press, 1974: 176.
10. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite: a risk factor for cancer in the hypochlorhydric stomach? *Lancet* 1976; ii: 1037–39.
11. Hill MJ. Bacterial metabolism and human carcinogenesis. *Br Med Bull* 1980; **36:** 89–94.
12. Gatehouse D, Dimock F, Burdon DW, Alexander-Williams J, Keighley MRB. Prediction of wound sepsis following gastric operations. *Br J Surg* 1978; **65:** 551–54.
13. Muscroft TJ, Youngs DJ, Poxon VA. et al. Bacteria, nitrite and N-nitroso compounds in gastric juice. Presented to the Surgical Research Society Summer meeting, Nottingham, 1980.
14. Milton-Thompson GJ, Williams JG, Jenkins DJA, Misiewicz JJ. Inhibition of nocturnal acid secretion in duodenal ulcer by one oral dose of metiamide. *Lancet* 1974; i: 693–94.
15. Longstreth GF, Go VLW, Malagelada J-R. Cimetidine suppression of nocturnal acid secretion in active duodenal ulcer. *N Engl J Med* 1976; **294:** 801–04.
16. Pounder RE, Williams JG, Milton-Thompson GJ, Misiewicz JJ. 24-hour control of intragastric acidity by cimetidine in duodenal ulcer patients. *Lancet* 1975; ii: 1069–72.
17. Pounder RE, Williams JG, Milton-Thompson GJ, Misiewicz JJ. Effect of Cimetidine on 24-hour intragastric acidity in normal subjects. *Gut* 1976; **17:** 133–38.
18. Drasar BS, Shiner M, McLeod GM. Studies on the intestinal flora. 1. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. *Gastroenterology* 1969; **56:** 71–79.

Biochemical Pharmacology Department,
Glaxo Group Research Limited,
Ware, Herts.

19th August, 1981.

**Plasma Ranitidine concentrations in subjects on clinical trial CP/16/81**

| Subject number | ng Ranitidine / ml plasma 21/7/81 11hr post dose | ng Ranitidine / ml plasma 22/7/81 3hr post dose |
|---|---|---|
| 1002 | 99 | 133 |
| 1018 | 78 | 443 |
| 1114 | 85 | 430 |
| 1115 | 391 + | 129 |
| 1209 | 108 | 233 |
| 1304 | 60 | 353 |
| 1307 | 64 | 272 |
| 1308 | 89 | 544 |
| 1430 | 48 | 303 |
| 1501 | 51 | 235 |
| 1606 | 51 | 423 |
| 1607 | 111 | 581 |

+ Confirmed by repeat analysis.

Dr. W. N. Jenner.

Biochemical Pharmacology Department,
Glaxo Group Research Limited,
Ware, Herts.

19th August, 1981.

Plasma Ranitidine concentrations in subjects on clinical trial CP/16/81

| Subject number | ng Ranitidine / ml plasma | |
|---|---|---|
| | 21/7/81 11hr post dose | 22/7/81 3hr post dose |
| 1002 | 99 | 133 |
| 1018 | 78 | 443 |
| 1114 | 85 | 430 |
| 1115 | 391 + | 129 |
| 1209 | 108 | 233 |
| 1304 | 60 | 353 |
| 1307 | 64 | 272 |
| 1308 | 89 | 544 |
| 1430 | 48 | 303 |
| 1501 | 51 | 235 |
| 1606 | 51 | 423 |
| 1607 | 111 | 581 |

+ Confirmed by repeat analysis.

WJenner

Dr. W. N. Jenner.

Location 6 C Freezer

REFERENCE NO.: 3755

## REQUEST FOR BIOCHEMICAL LABORATORY INVESTIGATIONS

Department: CPU  Experiment No.: CP/16/81

Compound under test: Ranitidine  Sample of: Blood.

Date sample collected: 21/7/81  No. of samples: 12

Determination required: Plasma ranitidine

Species: Animal No(s) Patients name(s)

1606
1209
1607
1114
1002
1308
1307
1018
1430
1115
1304
1501

Originator: G. Dixon.

Received by:

Date received in laboratory:

PD 3943 (AH)

# EXHIBIT

# 55

# SUPPLEMENTAL CLINICAL TRIAL DATA

## TABLE OF CONTENTS


| | VOLUME | PAGE |
|---|---|---|
| SUPPORTING HUMAN PHARMACOLOGY DATA: SUMMARY | 199 | 006 |
| HUMAN PHARMACOKINETICS | 199 | 013 |
| RELATIONSHIP BETWEEN PLASMA RANITIDINE CONCENTRATION AND THE EFFECT OF RANITIDINE ON GASTRIC ACID SECRETION | 199 | 100 |
| EFFECTS ON THE ENDOCRINE SYSTEM | 199 | 163 |
| EFFECTS ON THE ELECTROENCEPHALOGRAM | 200 | 076 |
| EFFECTS ON GASTRIC BACTERIAL FLORA | 200 | 088 |
| INTERACTION OF RANITIDINE WITH OTHER DRUGS | 200 | 121 |
| USE OF RANITIDINE IN PATIENTS WITH RENAL IMPAIRMENT | 200 | 151 |
| USE OF RANITIDINE IN PATIENTS WITH LIVER DISEASE | 200 | 232 |
| USE OF RANITIDINE IN ELDERLY PATIENTS | 200 | 274 |
| APPENDIX - Analytical Methods | 200 | 296 |




Confidential Information – Subject to Protective Order

# SUPPLEMENTAL CLINICAL TRIAL DATA


| | Volume | Page |
|---|---|---|
| General Summary | 201 | 004 |
| Ranitidine in the Treatment of Duodenal Ulcer | 201 | 019 |
| Ranitidine in the Treatment of Gastric Ulcer | 202 | 219 |
| Effects of the Maintenance Treatment with Low Dose Ranitidine (150 mg NOCTE) in Patients with Healed Duodenal and Gastric Ulcer | 203 | 291 |
| Ranitidine in the Treatment of Reflux Esophagitis | 205 | 005 |
| Ranitidine in the Treatment of Zollinger Ellison Syndrome | 205 | 219 |
| Ranitidine in Anesthesia | 205 | 277 |
| Ranitidine in the Treatment of Acute Upper Gastrointestinal Bleeding | 205 | 309 |
| An Overview of Adverse Events and Abnormal Laboratory Values in Foreign Short-Term Clinical Studies up to February 1981. | 206 | 001 |

RANITIDINE

HUMAN STUDIES

CLINICAL PHARMACOLOGY

(continued)

200 003

CLINICAL PHARMACOLOGY (cont)

CONTENTS


| | Volume | Page |
|---|---|---|
| Effects on the Endocrine System | 199 | 163 |
| Effects on the Electroencephalogram | 200 | 076 |
| Effects on Gastric Bacterial Flora | 200 | 088 |
| Interaction of Ranitidine with other Drugs | 200 | 121 |
| Use of Ranitidine in Patients with Renal Impairment | 200 | 151 |
| Use of Ranitidine in Patients with Liver Disease | 200 | 232 |
| Use of Ranitidine in Elderly Patients | 200 | 274 |
| Appendix - Analytical Methods | 200 | 296 |




Confidential Information – Subject to Protective Order

ENDOCRINE SYSTEM
CON'T

D6534/A8

EFFECTS ON ENDOCRINE SYSTEM

200 005

# EFFECTS ON THE ENDOCRINE SYSTEM

CONTENTS


| | | VOLUME | PAGE |
|---|---|---|---|
| Summary | | 199 | 167 |
| Introduction | | 199 | 172 |
| Study 1 | Funder, J. Investigation of the affinity of ranitidine for steroid hormone receptors | 199 | 176 |
| Study 2 | Edwards, C. R W. The effect of ranitidine on pituitary hormone secretion in vitro | 199 | 186 |
| Study 3 | Edwards, C. R. W. Studies on the effects of ranitidine on isolated adrenal cells | 199 | 198 |
| Study 4 | Baratta, and Ghidini, Comparison of the effects of acute bolus intravenous injection of ranitidine and cimetidine on serum gastrin and prolactin | 199 | 202 |
| Study 5 | Bohnet, H. Effect of intravenous bolus injection of ranitidine on serum prolactin concentrations | 199 | 212 |
| Study 6 | Knigge, U. The effect of intravenous bolus injections of ranitidine on anterior pituitary hormones: comparison with cimetidine. | 199 | 220 |


200 006

D6534/A3

CONTENTS (continued)


| | | VOLUME | PAGE |
|---|---|---|---|
| Study 7 | Delitala, G. The effect of intravenous bolus injection of ranitidine on serum concentrations of anterior pituitary hormones and cortisol in healthy male subjects | 199 | 262 |
| Study 8 | Riley, A. J. The effect of intravenous bolus injection of ranitidine and cimetidine on vasopressin and aldosterone secretion | 199 | 278 |
| Study 9 | Bohnet, H. G. The effect of oral ranitidine treatment on hypothalamic-pituitary-adrenal gonadal and adrenal function in male volunteers | 199 | 292 |
| Study 10 | Walt, R. P. Comparison of the effects of oral ranitidine and cimetidine treatment on plasma concentrations of gonadotropins and androgens in male peptic ulcer patients | 199 | 316 |
| Study 11 | Boyd, E. J. S. and Wormsley, K. G. Comparison of the reproductive hormonal effects of oral ranitidine and cimetidine treatment in male duodenal ulcer patients | 199 | 338 |
| Study 12 | Riley, A. J. An investigation of the effects of ranitidine and cimetidine on function of male accessory sex glands in man | 199 | 350 |




Confidential Information – Subject to Protective Order

D6534/A4

CONTENTS (continued)


| | | VOLUME | PAGE |
|---|---|---|---|
| Study 13 | Bohnet, H. G.<br>The effect of oral ranitidine treatment on hypothalamic-pituitary-ovarian and adrenal function in healthy female subjects | 200 | 010 |
| Study 14 | Wormsley, K. G.<br>The effect of oral ranitidine and cimetidine treatment on serum gastrin concentration in duodenal ulcer patients | 200 | 028 |
| Study 15 | Hansky, J. and Korman, M.<br>Effect of oral ranitidine treatment on serum prolactin and gastrin concentrations in duodenal ulcer patients | 200 | 034 |
| Published Papers | Corinaldesi, R., Pasquali, R., Tonon, R., Capelli, M., Melchionda, N., Miglioli, M. and Barbara, L.<br>Effect of chronic administration of ranitidine on the response of the gonadotropins, prolactin and TSH to the releasing hormones and on the basal concentrations of the thyroid and sexual hormones.<br>Italian Journal of Gastroenterology, Vol 12, Suppl.<br>Abstract of paper presented at Congress Italiani Di Medicina, Verona, 1980 | 200 | 040 |
| | Graf, K. J., Kleist, D. v. and Meyer zum Buschenfelde, K.-H.<br>Different effects of two histamine H2-receptor antagonists on prolactin secretion in man<br>Acta Endocrinologica, 94, Suppl. 234, p 4 | 200 | 046 |


200 008

D6534/A5

CONTENTS (continued)


| | | VOLUME | PAGE |
|---|---|---|---|
| Published Papers (continued) | Nelis, G. F. and Van de Meene, J. G. C. Comparative effect of cimetidine and ranitidine on prolactin secretion Postgraduate Medical Journal, 56, 478-480 (1980) | 200 | 048 |
| | Pera, A., Boero, M., Ponti, V., Palmas, F., Verme, G., Isaia, G. C. and Portaleone, P. Effect of ranitidine on prolactinaemia during treatment by the oral route in man Italian Journal of Gastroenterology, Vol 12 Suppl. Abstract of paper presented at Congress Italiani Di Medicine, Verona, 1980 | 200 | 052 |
| Pre-publication manuscript | Pasquali, R., Corinaldesi, R., Miglioli, A., Melchionda, N., Capelli, M. and Barbara, L. Effect of prolonged administration of ranitidine on pituitary and thyroid hormones and their response to specific hypothalamic releasing factors (Clin. Endocrin.) | 200 | 056 |
| References | | 200 | 067 |

D1066/B13

# STUDY 13

## THE EFFECT OF ORAL RANITIDINE TREATMENT ON HYPOTHALAMIC-PITUITARY-OVARIAN AND ADRENAL FUNCTION IN HEALTHY FEMALE SUBJECTS

INVESTIGATOR: Assistant Professor: Dr. Med. H.G. Bohnet,
Department of Obstetrics, Gynaecology and Endocrinology,
Frauenklinik der Westfalischen Wichelms Universitat,
Munster,
Germany.

200 010

D1066/B13


SUMMARY

1. The effect of oral ranitidine (150 mg b.d. for four weeks) on hypothalamic-pituitary-ovarian and adrenal function has been studied in six healthy, normally ovulating volunteers

2. No significant changes in basal or metoclopramide stimulated serum prolactin concentration occurred as a result of ranitidine treatment.

3. Neither basal nor LH-RH stimulated serum gonadotropin concentrations were influenced by ranitidine treatment.

4. Ranitidine treatment did not influence mid luteal serum oestradiol or progesterone concentrations.

5. Basal and ACTH stimulated serum cortisol levels were not significantly changed during ranitidine treatment.

6. Ranitidine treatment did not influence mid luteal, basal or ACTH stimulated serum 17-hydroxyprogesterone concentrations, or serum dehydroepiandrosterone.

7. Ranitidine treatment did not disturb the menstrual cycles of the volunteers.

8. No side effects were reported during ranitidine treatment.




Confidential Information – Subject to Protective Order 

## INTRODUCTION

In a previous study by this investigator (Bohnet, Griewe, Hanker et al (1978) the effects of oral cimetidine on hypothalamic-pituitary-ovarian function in normally ovulating women were studied. Cimetidine (1g daily) resulted in elevated serum prolactin secretion and diminished serum progesterone during the luteal phase of the menstrual cycle. Reduced luteal progesterone secretion is a cause of infertility and menstrual disturbances. In view of this clinically important observation, the effect of ranitidine on the hypothalamic-pituitary-ovarian axis has been studied. Since the adrenal cortex is involved in the synthesis and secretion of sex steroids and steroid precursors, measures of adrenal function were also included in the study.

## METHOD

Approval of the local ethical committee was obtained for this study in which six healthy female volunteers with regular menstrual cycles and endocrinologically proven ovulation took part. Each subject gave her informed consent to participate in the study and gave an understanding to avoid the possibility of conception during the course of the study. None of the subjects had taken drugs that were likely to influence hypothalamic-pituitary-ovarian and adrenal function during the three month prior to entering the study.

The subjects were clinically, biochemically and endoscopically screened to ensure absence of disease and endocrinopathy prior to commencement of the study. On day 22 of the menstrual cycle the subject attended the research clinic at 0900. With her resting comfortably, a cannula was placed in a cubital vein through which blood samples were obtained and drugs were administered. Blood samples were obtained at -10, 0, 25, 45, 60, 85, and 120 minutes relative to drug administration. At time '0', metoclopramide (10 mg), LH-RH (25 µg) and synacthen (250 µg) were given as intravenous bolus injection.

The subject was then given a supply of ranitidine tablets (150 mg) and took one tablet twice a day for four weeks commencing on day 23 of the menstrual cycle. On day 22 of the next menstrual cycle she again attended the research clinic and the standard metoclopramide, LH-RH and synacthen stimulation tests were repeated as described above.

Each sample of blood was collected into plain tubes, allowed to clot and the serum separated by pipette and retained frozen until assayed. Prolactin was estimated by radioimmunoassay against MRC standard 75/504. Gonadotropins were assayed by radioimmunoassay against LER 907 standard. Oestradiol, progesterone, 17-hydroxyprogesterone and dehydroepiandrosterone were estimated by specific radioimmunoassay, and cortisol was determined by competitive binding. Commercially available kits were employed for all the hormone assays.

Differences in the pre- to post-ranitidine serum hormone concentrations were examined for statistical significance by the student 't' test for paired data. Differences occurring with a probability of 5% or less were considered significant.

## RESULTS

All six subjects completed the study. The individual subjects' serum hormone concentrations are presented in Tables 1-6.

### (a) Serum Prolactin Concentration (Table 1)

Mean ($\pm$ SEM) basal (time 0) serum prolactin concentration before and after treatment with ranitidine were 266 ($\pm$ 37) and 227 ($\pm$ 35) mU/ml respectively. Following injection of metoclopramide there was the expected increase in serum prolactin concentration. No significant change occurred in the prolactin response to metoclopramide after ranitidine treatment (Figure 1).



Confidential Information – Subject to Protective Order 

D1066/B16

(b) Serum Gonadotropin Concentrations (Table 2)

Serum LH and serum FSH were estimated at time 0 and 25 and 45 minutes respectively after LH-RH. Mean ± SEM basal (time 0) LH levels before and after four weeks treatment with ranitidine were 28 ± 5 and 27 ± 3 µg/l respectively. Following LH-RH (25 µg) the serum concentration of LH increased to 178 ± 14 µg/l in the control cycle and to 161 ± 16 µg/l in the ranitidine treated cycle.

Mean ± SEM basal serum FSH levels before and during ranitidine treatment were 214 ± 20 and 282 ± 45 µg/l respectively and 45 minutes after LH-RH they rose to 333 ± 44 and 401 ± 50 µg/l respectively (Figure 2). No significant changes in basal or LH-RH stimulated serum gonadotropin levels occurred as a result of ranitidine treatment.

(c) Serum Oestradiol and Progesterone Concentrations (Table 3)

The mid-luteal serum oestradiol and progesterone levels were not influenced by ranitidine treatment. The mean ± SEM oestradiol concentration in the control cycle 560 ± 74 pmol/l and in the ranitidine treated cycle it was 468 ± 88 pmol/l. For serum progesterone, the mean ± SEM concentrations before and during ranitidine treatment were 59 ± 11 and 51 ± 7 nmol/l respectively.

d) Serum Cortisol Concentration (Table 4)

The mean ± SEM basal (time 0) serum cortisol concentration before and during ranitidine treatment was 144 ± 14 and 149 ± 24 ng/ml respectively Following the administration of ACTH there was the expected increase in serum cortisol level which was not influenced by ranitidine treatment (Figure 3).



Confidential Information – Subject to Protective Order GSKZNDAA0000066891

(e) Serum 17-Hydroxyprogesterone Concentration (Table 5)

Before ranitidine the mean ± SEM basal 17 hydroxyprogesterone level was 8.5 ± 0.5 nmol/l which is not significantly different from the basal 17-hydroxyprogesterone level in the treated cycle (9.2± 0.8 nmol/l). The administration of ACTH caused the expected increase in serum 17-hydroxy-progesterone concentration and this response was not significantly changed by ranitidine treatment (Figure 4).

(f) Serum Dehydroepiandrosterone Concentration (Table 6)

No significant change occurred in the serum dehydroepiandrosterone (DEA) concentration as a result of ranitidine treatment (mean ± S.E.M., pre ranitidine, 19.2 ± 1.8 nmol/l; post ranitidine 20.4 ± 3.9 nmol/l). The expected increase in serum DEA concentration occurred following synacthen injection and this was not influenced by ranitidine treatment (Figure 5).

(g) Side Effects

No volunteer reported side effects of ranitidine treatment and disturbance of menstrual cycle did not occur in any subject.

DISCUSSION

This has been a detailed study into the effect of oral ranitidine treatment on the hypothalamic-pituitary-ovarian axis. The result was interesting in view of the results of a previous study in which the effects of oral cimetidine treatment on the reproductive hormones in female volunteers was studied (Bohnet, Griewe, Hanker et al, 1978). In this earlier study treatment of normal cycling women for twenty days with cimetidine (1g daily orally) resulted in a significant elevation of basal serum prolactin concentration. A significant reduction in mid luteal serum progesterone was also noted without changes in serum L.H. or oestradiol concentrations.



Confidential Information – Subject to Protective Order 

Treatment with ranitidine was not associated with elevation of serum prolactin concentrations nor change in mid luteal serum progesterone concentrations. As a test for pituitary prolactin reserves an injection of metoclopramide was given. The expected increase in serum prolactin following this injection was not influenced by ranitidine treatment which provides evidence that ranitidine treatment did not alter pituitary prolactin reserves. There was also no effect of ranitidine treatment on the gonadotropin response to LH - RH showing a lack of effect of treatment on pituitary gonadotrophin pools.

The decrease in mid luteal progesterone that occurs during cimetidine treatment is probably secondary to elevated serum prolactin concentrations since spontaneously occurring mild hyperprolactinaemia is associated with decreased luteal progesterone secretion (Seppalla, Hirvonen, Ranta, 1976).

Since the steroid synthetic pathway involving progesterone is common to both adrenal and ovary, an investigation of the effect of oral ranitidine treatment on adrenal function was included. The measures of adrenal cortex function included were, measurement of serum cortisol, serum dehydroepiandrosterone and serum 17-hydroxyprogesterone. These three hormones were estimated in the basal and synacthen-stimulated states. Ranitidine treatment did not influence either the basal levels of these hormones or the response to synacthen.

This study has shown that whereas cimetidine treatment caused elevated serum prolactin levels and reduced serum progesterone concentrations in the mid luteal phase of the cycle, treatment with ranitidine did not. Decreased luteal progesterone concentration can result in the condition of luteal insufficiency which can cause pre-menstrual tension, menstrual disturbance and infertility. The lack of effect of ranitidine on serum prolactin and progesterone concentrations would therefore make ranitidine more suitable than cimetidine for treating women of reproductive age.



Confidential Information – Subject to Protective Order

Confidential Information – Subject to Protective Order

D269/A03

TABLE 1

BASAL AND METOCLOPRAMIDE (10mg) STIMULATED SERUM PROLACTIN CONCENTRATION (mU/l) AT VARIOUS TIMES (MINS), BEFORE AND AFTER RANITIDINE TREATMENT (150 mg b.d. FROM FOUR WEEKS) ON DAY 22 OF MENSTRUAL CYCLE IN SIX NORMALLY OVULATING VOLUNTEERS.

| | Before ranitidine | | | | | | | After ranitidine | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | -10 | 0 | 25 | 45 | 60 | 85 | 120 | -10 | 0 | 25 | 45 | 60 | 85 | 120 |
| A | 162 | 151 | 3533 | 3251 | 2879 | 2334 | 1968 | 210 | 202 | 4697 | 4299 | 2770 | 2509 | 1896 |
| B | 296 | 266 | 9494 | 8477 | 6873 | 5134 | 4739 | 241 | 221 | 9812 | 8266 | 6746 | 5235 | 4589 |
| C | 394 | 383 | 7852 | 7285 | 5971 | 4011 | 3272 | 461 | 356 | 6603 | 5807 | 5455 | 3559 | 2979 |
| D | 246 | 238 | 4352 | 3087 | 2550 | 1750 | 1649 | 117 | 111 | 6321 | 5707 | 5608 | 4608 | 3981 |
| E | 217 | 201 | 4738 | 5225 | 3720 | 3127 | 2625 | 303 | 286 | 4341 | 4121 | 3803 | 3217 | 2736 |
| F | 333 | 358 | 6932 | 6899 | 6554 | 3926 | 3642 | 203 | 186 | 6058 | 5811 | 4520 | 4650 | 2959 |
| MEAN | 275 | 266 | 6149 | 5537 | 4758 | 3380 | 2983 | 256 | 227 | 6305 | 5657 | 4817 | 3963 | 3190 |
| SD | 84 | 90 | 2315 | 2302 | 1932 | 1232 | 1232 | 117 | 85 | 1944 | 1500 | 1419 | 1033 | 955 |
| SE | 34 | 37 | 945 | 940 | 940 | 789 | 503 | 48 | 35 | 794 | 613 | 579 | 422 | 390 |

200 017

GSKZNDAA0000066894

Confidential Information – Subject to Protective Order

D269/A04

TABLE 2

BASAL AND LH-RH (25µg) STIMULATED GONADOTROPIN LEVELS BEFORE AND AFTER RANITIDINE TREATMENT (150 mg b.d. FOR FOUR WEEK) ON DAY 22 OF MENSTRUAL CYCLE IN SIX NORMALLY OVULATING VOLUNTEERS.

| S | L.H µg/l | | | | F.S.H. µg/l | | | |
|---|---|---|---|---|---|---|---|---|
| | 0 MINUTES | | 25 MINUTES | | 0 MINUTES | | 45 MINUTES | |
| | Control | Ranitidine | Control | Ranitidine | Control | Ranitidine | Control | Ranitidine |
| A | 10 | 23 | 149 | 158 | 301 | 401 | 535 | 485 |
| B | 32 | 36 | 229 | 118 | 167 | 351 | 301 | 568 |
| C | 22 | 40 | 181 | 205 | 181 | 384 | 233 | 451 |
| D | 30 | 22 | 187 | 119 | 234 | 187 | 306 | 267 |
| E | 29 | 21 | 187 | 205 | 217 | 169 | 351 | 367 |
| F | 44 | 22 | 135 | 163 | 181 | 201 | 271 | 265 |
| MEAN | 28 | 27 | 178 | 161 | 214 | 282 | 333 | 401 |
| SD | 11 | 8 | 33 | 39 | 50 | 107 | 107 | 123 |
| SE | 5 | 3 | 14 | 16 | 20 | 44 | 44 | 50 |



GSKZNDAA0000066895

D269/A05

TABLE 3

MID-LUTEAL SERUM OESTRADIOL AND PROGESTERONE LEVELS BEFORE (C) AND AFTER (R) RANITIDINE TREATMENT IN NORMALLY OVULATING VOLUNTEERS.

| | Oestradiol pmol/l | | Progesterone nmol/l | |
|---|---|---|---|---|
| Subject | C | R | C | R |
| A | 270 | 205 | 42.0 | 57.1 |
| B | 403 | 348 | 25.7 | 41.8 |
| C | 699 | 361 | 70.6 | 21.2 |
| D | 640 | 558 | 52.2 | 64.4 |
| E | 705 | 825 | 61.3 | 59.2 |
| F | 641 | 508 | 101.1 | 63.0 |
| MEAN | 560 | 468 | 58.5 | 51.1 |
| SD | 180 | 216 | 25.9 | 16.7 |
| SE | 74 | 88 | 10.6 | 6.8 |

200 019

Confidential Information – Subject to Protective Order

D269/A06

TABLE 4

BASAL AND ACTH (250μg) STIMULATED SERUM CORTISOL LEVELS (ng/ml) AT VARIOUS TIMES (MINS),BEFORE AND AFTER RANITIDINE TREATMENT (150 mg b.d FOR FOUR WEEKS) ON DAY 22 OF MENSTRUAL CYCLE IN SIX NORMALLY OVULATING VOLUNTEERS.

| | Before ranitidine | | | | | | | After ranitidine | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | -10 | 0 | 25 | 45 | 60 | 85 | 120 | -10 | 0 | 25 | 45 | 60 | 85 | 120 |
| A | 203 | 183 | 279 | 278 | 314 | 355 | 343 | 171 | 153 | 251 | 278 | 297 | 389 | 324 |
| B | 139 | 125 | 269 | 286 | 337 | 346 | 339 | 214 | 237 | 277 | 340 | 334 | 349 | 333 |
| C | 172 | 183 | 299 | 313 | 395 | 383 | 391 | 178 | 190 | 301 | 325 | 353 | 361 | 352 |
| D | 104 | 100 | 248 | 273 | 314 | 336 | 338 | 87 | 81 | 201 | 253 | 290 | 302 | 359 |
| E | 162 | 147 | 283 | 295 | 338 | 342 | 334 | 143 | 139 | 276 | 289 | 305 | 326 | 302 |
| F | 150 | 123 | 250 | 281 | 272 | 276 | 292 | 86 | 91 | 235 | 239 | 253 | 280 | 281 |
| MEAN | 155 | 144 | 271 | 288 | 328 | 340 | 339 | 147 | 149 | 257 | 287 | 305 | 335 | 325 |
| SD | 33 | 34 | 20 | 15 | 41 | 35 | 32 | 52 | 59 | 36 | 39 | 35 | 40 | 30 |
| SE | 14 | 14 | 8 | 6 | 17 | 14 | 13 | 21 | 24 | 15 | 16 | 14 | 16 | 12 |

200 020

Confidential Information – Subject to Protective Order

D269/A07

TABLE 5

MID-LUTEAL BASAL AND ACTH (250µg) STIMULATED SERUM 17 HYDROXYPROGESTERONE LEVELS (nmol/l) AT VARIOUS TIMES (MINS) BEFORE AND AFTER RANITIDINE TREATMENT (150mg b.d.) IN SIX NORMALLY OVULATING VOLUNTEERS.

| | Before ranitidine | | | | | | | After ranitidine | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | -10 | 0 | 25 | 45 | 60 | 85 | 120 | -10 | 0 | 25 | 45 | 60 | 85 | 120 |
| A | 9.6 | 10.6 | 13.5 | 13.5 | 12.7 | 12.5 | 9.7 | 10.4 | 8.5 | 12.2 | 12.8 | 13.8 | 14.0 | 13.8 |
| B | 9.0 | 8.1 | 9.3 | 11.8 | 10.7 | 13.2 | 12.9 | 11.7 | 11.1 | 13.7 | 13.8 | 13.3 | 13.1 | 12.2 |
| C | 10.2 | 9.2 | 15.0 | 15.1 | 17.2 | 17.7 | 21.6 | 16.6 | 12.3 | 17.7 | 17.0 | 17.9 | 22.2 | 20.9 |
| D | 5.0 | 7.0 | 9.7 | 10.2 | 15.8 | 9.5 | 9.1 | 8.9 | 7.6 | 9.2 | 11.1 | 8.9 | 9.7 | 15.4 |
| E | 8.7 | 8.3 | 13.1 | 13.3 | 12.9 | 12.5 | 10.1 | 9.2 | 8.6 | 14.3 | 12.6 | 12.7 | 12.4 | 12.3 |
| F | 8.0 | 7.9 | 10.9 | 10.6 | 11.3 | 11.8 | 12.7 | 7.8 | 7.2 | 13.1 | 11.4 | 11.8 | 11.7 | 11.5 |
| MEAN | 8.4 | 8.5 | 11.9 | 12.4 | 13.4 | 12.9 | 12.7 | 10.8 | 9.2 | 13.4 | 13.1 | 13.1 | 13.9 | 14.4 |
| SD | 1.8 | 1.2 | 2.3 | 1.9 | 2.6 | 2.6 | 4.6 | 3.2 | 2.0 | 2.8 | 2.1 | 2.9 | 4.3 | 3.5 |
| SE | 0.7 | 0.5 | 0.9 | 0.7 | 1.0 | 1.0 | 1.9 | 1.3 | 0.8 | 1.1 | 0.9 | 1.2 | 1.8 | 1.4 |

200 021

Confidential Information – Subject to Protective Order

D269/A08

TABLE 6

BASAL AND ACTH (250µg) STIMULATED SERUM DEHYDROEPIANDROSTERONE CONCENTRATIONS (nmol/l) AT VARIOUS TIMES (MINS) BEFORE AND AFTER RANITIDINE TREATMENT (150 mg b.d FOR FOUR WEEKS) ON DAY 22 OF MENSTRUAL CYCLE IN SIX NORMALLY OVULATING VOLUNTEERS.

| | Before ranitidine | | | | | | | After ranitidine | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | -10 | 0 | 25 | 45 | 60 | 85 | 120 | -10 | 0 | 25 | 45 | 60 | 85 | 120 |
| A | 20.2 | 17.4 | 45.7 | 51.3 | 46.8 | 43.5 | 43.2 | 28.0 | 31.5 | 68.1 | 62.8 | 77.6 | 76.7 | 75.8 |
| B | 20.8 | 20.5 | 26.3 | 27.9 | 30.9 | 33.1 | 29.7 | 32.1 | 33.3 | 41.4 | 43.6 | 57.9 | 32.4 | 46.2 |
| C | 18.9 | 18.3 | 26.0 | 26.0 | 29.6 | 32.9 | 28.0 | 15.4 | 13.0 | 33.3 | 39.3 | 40.5 | 45.6 | 41.7 |
| D | 12.7 | 14.9 | 22.3 | 24.3 | 27.2 | 29.6 | 30.9 | 11.7 | 15.7 | 29.6 | 34.9 | 33.4 | 31.0 | 32.4 |
| E | 17.3 | 16.5 | 24.9 | 29.1 | 28.2 | 30.1 | 29.4 | 18.3 | 19.0 | 36.4 | 37.8 | 42.1 | 47.6 | 42.0 |
| F | 25.3 | 27.4 | 51.5 | 64.9 | 57.5 | 59.3 | 54.4 | 13.2 | 10.0 | 32.6 | 40.2 | 34.2 | 38.5 | 34.3 |
| MEAN | 19.2 | 19.2 | 32.8 | 37.3 | 36.7 | 38.1 | 35.9 | 19.8 | 20.4 | 40.2 | 43.1 | 47.6 | 45.3 | 45.4 |
| SD | 4.2 | 4.5 | 12.5 | 16.8 | 12.5 | 11.5 | 10.6 | 8.4 | 9.8 | 14.2 | 10.1 | 17.1 | 16.8 | 15.8 |
| SE | 1.7 | 1.8 | 5.1 | 6.9 | 5.1 | 4.7 | 4.3 | 3.4 | 3.9 | 5.8 | 4.1 | 7.0 | 6.8 | 6.4 |

200 022

GSKZNDAA0000066899

FIGURE 1 SERUM PROLACTIN CONCENTRATION (MEAN ± SEM) RESPONSE TO METOCLOPROPAMIDE (10mg) BEFORE AND AFTER RANITIDINE (150mg b.d. FOR FOUR WEEKS) ON DAY 22 OF THE MENSTRUAL CYCLE IN SIX VOLUNTEERS.




200 02

FIGURE 2 Basal and LH-RH stimulated gonadotropin levels before and after Ranitidine (150 mg b.d. for 4 weeks) on day 22 of menstrual cycle in six volunteers.




200 024

FIGURE 3 MEAN ± SEM SERUM CORTISOL CONCENTRATION (ng/nl) RESPONSE TO ACTH (SYNACTHEN) ON DAY 22 OF MENSTRUAL CYCLE IN SIX VOLUNTEERS




200 025

FIGURE 4 MEAN ± SEM SERUM 17 HYDROXYPROGESTERONE CONCENTRATION (nmol/ℓ RESPONSE TO ACTH (250µg) BEFORE AND AFTER RANITIDINE (150mg b.I.FOR 4 WEEKS) IN SIX NORMALLY OVULATING WOMEN.




200 026

FIGURE 5 MEAN ± SEM SERUM DEHYDROEPIANDROSTERONE CONCENTRATION IN RESPONSE TO ACTH (250 µg·) BEFORE AND AFTER RANITIDINE (150ng b.d. FOR FOUR WEEKS) IN SIX NORMALLY OVULATING WOMEN.




200 027

D1066/B5

STUDY 14

# THE EFFECT OF ORAL RANITIDINE AND CIMETIDINE TREATMENT ON SERUM GASTRIN CONCENTRATION IN DUODENAL ULCER PATIENTS.

INVESTIGATOR: Dr.K.G.Wormsley

ADDRESS: Ninewells Hospital
Ninewells
Dundee
Scotland

200 028

SUMMARY

1. Serum gastrin levels were determined in 16 patients with duodenal ulcer before and after four weeks treatment with ranitidine (320 mg daily) or cimetidine (800 mg daily).

2. For the 6 patients treated with ranitidine the mean ± SD serum gastrin levels before and after treatment were 237 ± 54 and 248 ± 51 pg/ml respectively.

3. For the 10 patients treated with cimetidine the mean ± SD serum gastrin levels before and after treatment were 230 ± 42 and 276 ± 71 pg/ml respectively.

4. Neither treatment caused a significant increase in serum gastrin and there were no significant differences in serum gastrin concentrations between the treatment groups.

D1066/B6

## INTRODUCTION

It is reported that chronic treatment with cimetidine causes an increase in basal and food stimulated serum gastrin concentrations (Hansky 1979, Galeone, Moise, Ferrante et al 1978, Forrest et al 1979). Korman (1979) reported that a single dose of cimetidine (400mg) in peptic ulcer patients caused a significant increase in serum gastrin level and in the integrated gastrin response. The present study was undertaken to determine the effect of ranitidine treatment on serum gastrin concentration and to make a comparison with cimetidine treatment.

## METHOD

Serum gastrin concentrations were estimated before and after four weeks treatment in sixteen patients who were taking part in a trial to compare ranitidine and cimetidine in the treatment of active duodenal ulcer. This trial is reported in full elsewhere (Peden, Boyd, Saunders and Wormsley, Duodenal Ulcer Section, Clinical Studies) Patients had been randomly allocated to treatment with either cimetidine (800 mg daily) or ranitidine (320 mg daily). In five subjects serum gastrin level was also determined after two weeks treatment.

Serum gastrin concentration was determined in fasting blood samples by radioimmunoassay using the commercially available CEA Sorin kit. All samples were assayed in duplicate and the MRC standard control sample was included blindly in the assay procedure.

## RESULTS

The results of the serum gastrin assay for each patient in the two treatment groups are presented in Table 1.

There was mean (± SD) increase in serum gastrin concentration in the ranitidine and cimetidine groups of 107 ± 19% and 120 ± 26% respectively. For neither treatment did the difference between pre- and post-treatment concentrations reach levels of statistical significance and there was no significant difference in the increase in serum gastrin concentration between the treatment groups.



Confidential Information – Subject to Protective Order

200 033

D283/B27

DISCUSSION

The results of the serum gastrin assay in the patients in this study are higher than anticipated in patients with duodenal ulcers. The reason for this is not known and were unlikely to be due to laboratory error since adequate standards were included in the assay procedure. No patient presented evidence of Zollinger-Ellison syndrome or other poly-glandular disease.

The study has failed to demonstrate a significant increase in serum gastrin concentration during cimetidine treatment although the dose of cimetidine (800 mg) used in this study was smaller than that used by other workers studying changes in serum gastrin (Hansky 1979, Galeone, Moise, Ferrante et al 1978, Forrest 1979). Although the mean increase in serum gastrin during treatment with ranitidine (107%) was less than that during cimetidine treatment (120%), no statistically significant differences occurred between the effect of the two treatments on serum gastrin concentration.



Confidential Information – Subject to Protective Order

D283/B28

Table 1

Serum gastrin concentration (pg/ml) before and after 2 & 4 weeks treatment with ranitidine (320 mg daily) or cimetidine (800 mg daily) in patients with duodenal ulcer.

| Ranitidine | | | | Cimetidine | | | |
|---|---|---|---|---|---|---|---|
| S | Pre-treatment | 2 weeks | 4 weeks | S | Pre-treatment | 2 weeks | 4 weeks |
| Redacted Material | 218 | - | 237 | Redacted Material | 206 | - | 293 |
| | 179 | - | 201 | | 181 | - | 212 |
| | 322 | - | 226 | | 225 | - | 195 |
| | 280 | - | 337 | | 229 | - | 212 |
| | 199 | 207 | 208 | | 234 | - | 384 |
| | 224 | 248 | 278 | | 231 | - | 223 |
| | | | | | 190 | 195 | 238 |
| | | | | | 204 | - | 306 |
| | | | | | 299 | 319 | 306 |
| | | | | | 305 | 313 | 387 |
| Mean | 237 | | 248 | | 230 | | 276 |
| SD | 54 | | 51 | | 42 | | 71 |

Mean (± SD) percentage increase in serum gastrin concentration

after ranitidine treatment : 107 ± 19%

after cimetidine treatment : 120 ± 26%

200 032

D1066/B9

STUDY 15

# EFFECT OF ORAL RANITIDINE TREATMENT ON SERUM PROLACTIN AND GASTRIN CONCENTRATION IN DUODENAL ULCER PATIENTS

INVESTIGATORS : Dr J Hansky
Dr M Korman

ADDRESS : Prince Henry's Hospital
St Kilda Road
Melbourne
Victoria 3004
Australia

200 034

D1066/B9


## SUMMARY

1. A controlled double blind study in 50 patients with chronic duodenal ulcer was undertaken comparing ranitidine 150 mg b.d. with matching placebo. The study has been described in detail elsewhere (Hansky and Korman, Duodenal Ulcer Section, Clinical Studies) and only the part of the study relating to serum prolactin and gastrin levels is described here.

2. Serum prolactin concentration was not affected by ranitidine treatment after two or four weeks.

3. Fasting serum gastrin level was elevated in the ranitidine group after two and four weeks' treatment compared with pre-treatment levels, but this was more marked at two weeks. There was no significant difference in mean serum gastrin levels after four weeks' treatment between the ranitidine and placebo treated groups.

D1066/B10

## SUMMARY OF METHOD

The study was undertaken to evaluate ranitidine in the treatment of chronic duodenal ulcers. Fifty patients were recruited to the study. The patients were allocated to treatment with either ranitidine (150 mg b.d.) or matching placebo according to a predetermined randomisation schedule. The study was conducted double-blind. Details of the patients recruited to the study, their clinical progress and a detailed description of the methods involved appears elsewhere in this document (Hansky and Korman, Duodenal Ulcer Section, Clinical Studies).

Blood samples were obtained after fasting from the patients before and at 2 and 4 weeks after commencement of treatment. Serum prolactin and gastrin concentrations were determined by specific radioimmunoassay procedures. For the purpose of examining changes in serum prolactin concentrations during treatment, the study population was divided into three groups; males, pre-menopausal females and post-menopausal females.

## RESULTS

Table 1 shows the mean (and standard deviation) serum prolactin concentration for the three groups of patients allocated to either ranitidine or placebo treatment. No significant changes in serum prolactin levels occurred after two or four weeks in patients treated with ranitidine compared to the placebo treated groups.

Mean (and standard deviation) fasting serum gastrin levels for the patients treated with either ranitidine or placebo are presented in Table 2. Fasting serum gastrin level was significantly elevated in the ranitidine treated group after two weeks ($P < 0.001$) and four weeks ($P < 0.02$) treatment compared to pre-treatment levels. This elevation was more pronounced at two weeks. After two weeks treatment, serum gastrin level was significantly elevated ($P < 0.01$) in the ranitidine group compared with the placebo group. However, after four weeks there was no significant difference between the serum gastrin levels in the two treatment groups.

Confidential Information – Subject to Protective Order

D1066/B11

TABLE 1 MEAN (AND STANDARD DEVIATION) SERUM PROLACTIN LEVEL (mU/l) BEFORE AND AFTER TWO AND FOUR WEEKS TREATMENT WITH RANITIDINE (150 mg b.d.) OR PLACEBO

| | | PLACEBO | | | RANITIDINE | | |
|---|---|---|---|---|---|---|---|
| WEEKS | | 0 | 2 | 4 | 0 | 2 | 4 |
| MALES | n | 21 | 20 | 21 | 18 | 17 | 19 |
| | Mean | 276.77 | 166.59 | 209.28 | 216.77 | 143.97 | 173.5 |
| | S.D. | 155.18 | 55.53 | 96.99 | 132.94 | 85.45 | 123.3 |
| PRE-MENOPAUSAL FEMALE | n | 3 | 3 | 3 | 4 | 4 | 4 |
| | Mean | 359.2 | 374.56 | 570.66 | 825.0 | 200.4 | 456.02 |
| | S.D. | 111.85 | 379.55 | 185.75 | 450.86 | 68.7 | 262.9 |
| POST-MENOPAUSAL FEMALE | n | 1 | 1 | 1 | 2 | 2 | 2 |
| | Mean | 220.5 | 49.1 | 144.2 | 379.35 | 101.95 | 267.5 |
| | S.D. | absolute value | absolute value | absolute value | 12.8 | 17.5 | 169.1 |

200 037

GSKZNDAA0000066914

D1066/B12

TABLE 2 MEAN (AND STANDARD DEVIATION) SERUM GASTRIN LEVELS (fmol/ml) BEFORE AND AFTER TWO AND FOUR WEEKS TREATMENT WITH RANITIDINE (150 mg b.d.) OR PLACEBO

| | PLACEBO | | | RANITIDINE | | |
|---|---|---|---|---|---|---|
| WEEKS | 0 | 2 | 4 | 0 | 2 | 4 |
| n | 25 | 23 | 25 | 24 | 24 | 24 |
| Mean | 76.2 | 84.5 | 72.9 | 74.1 | 116.96 | 85.9 |
| S.D. | 16.02 | 33.5 | 26.45 | 30.15 | 45.3 | 27.44 |

200 038

200 039

D1067/A13

# EFFECT OF CHRONIC ADMINISTRATION OF RANITIDINE ON THE RESPONSE OF THE GONADOTROPINS, PROLACTIN AND TSH TO THE RELEASING HORMONES AND ON THE BASAL CONCENTRATIONS OF THE THYROID AND SEXUAL HORMONES.

INVESTIGATORS:

R. Corinaldesi, R. Pasquali, R. Tonon, M. Capelli, N. Melchionda, M. Miglioli and L. Barbara.

From: Italian Journal of Gastroenterology Vol. 12 Suppl.
Abstract of paper presented at Congress Italiana Di Medicina, Verona, 1980.

200 040

D1067/A13A

Translation from the Italian

Cimetidine has an antiandrogen effect[1] and interferes at the hypophysial level with the secretion of PRL[2]; some results would also indicate a modulating effect on the secretion of TSH[3] and LH[2]. We have, therefore, evaluated the effect of chronic administration of ranitidine, an analogous inhibitor of $H_2$-receptors. 20 male patients have been studied (age : 47 ± 10 yrs; rel.weight : 115 ± 11), suffering from duodenal ulcer, treated randomly for 30 days, 10 with ranitidine (300 mg per day) and 10 with placebo. On the day before and after treatment the following were determined : basal serum concentrations of the sexual (T,E2,PRL) and thyroid hormones (T4,T3,rT3, free T3, free T4, TBG); fluctuation (5 spikes/hr) of the gonadotropins and PRL; in 5 patients of each group the response of FSH and LH to GnRH (25 µg i.v.) and of PRL and TSH to TRH (200 µg i.v.).

Results :

We did not find significant variations in the basal levels of the sexual and thyroid hormones with the exception of rT3 (R. : 324 ± 169 ⟶ 249 ± 90 pg/ml; P. : 215 ± 35 → 220 ± 48 pg/ml: $\Delta$R VS. $\Delta$P : $p<0.02$). The results of the spikes and of the stimulant tests are reported in the Table:

200 041

SPIKES

| | before | after | | before | after |
|---|---|---|---|---|---|
| FSH(mU/ml) | R 4.2±2.2 | 6.3±4.5 | LH(mU/ml) | R.4.5±1.4 | 4.7±2.3 |
| | P 6.1±3.0 | 5.6±3.2ns | | P.6.6±2.8 | 6.1±3.0ns |
| PRL(ng/ml) | R 4.5±1.3 | 4.7±3.0 | | | |
| | P 4.8±1.0 | 5.0±2.1ns | | | |
| GhRH TEST | ( PEAK BASE) | | | | |
| LH(mU/ml) | R 25.4±16.0 | 29.0±14.8 | FSH(mU/ml) | R.6.0±4.1 | 5.5±2.8 |
| | P 39.8±17.7 | 40.2±20.1ns | | P.3.5±0.2 | 3.4±0.5 |
| TRH TEST | ( PEAK BASE) | | | | |
| PRL(ng/ml) | R 19.4±5.3 | 19.9±10.0 | TSH(μU/ml) | R.3.4±1.5 | 4.7±1.7 |
| | P 16.5±4.7 | 18.8± 5.6ns | | P.3.3±1.7 | 3.5±1.4 $p<0.1$ |

Conclusions : Chronic administration of ranitidine seems : (1) not to modify the pulse dynamics of the gonadotropins and of PRL or their response to GhRH and to TRH; (2) not to influence the basal levels of the sexual hormones evaluated. Finally, the changes induced in rT3 and in the response of TSH to TRH require final critical evaluation.

References

1. J.W. Funder and J.E. Mercer, J. Clin. Endocrinol. Metab., 1979, 48, 189-191
2. H.G. Bohnet et al., Acta Endocr. (KbH), 1978, 88, 428-434.
3. P. May et al., J. Clin. Endocrinol. Metab., 1979, 49, 638-641.



Confidential Information – Subject to Protective Order GSKZNDAA0000066919

## DIAGRAMMATIC PROTOCOL OF STUDY

TRH (200mcg ev)
GnRH (25mcg ev)

NaCl 0.9 N Solution

| (mins) | -60 | -45 | -30 | -15 | 0 | 20 | 40 | 60 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| PRL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FSH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| T | 0 | | | | | | | | |
| $E_2$ | 0 | | | | | | | | |
| TSH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $T_4$ | 0 | | | | | | | | |
| $T_3$ | 0 | | | | | | | | |
| $rT_3$ | 0 | | | | | | | | |
| Free $T_3$ | 0 | | | | | | | | |
| Free $T_4$ | 0 | | | | | | | | |

0 PLASMA

200 043

D1067/A15

## APPENDIX

### KEY TO ABBREVIATIONS USED IN TEXT

R - Ranitidine

P - Placebo

T - Testosterone

$E_2$ - Oestradiol

PRL - Prolactin

FSH - Follicular Stimulating Hormone

LH - Luteinising Hormone

GRH - Gonadotropin Releasing Hormone

TRH - Thyrotropin Releasing Hormone

$T_4$ - Thyroxine

$T_3$ - Triiodothyronine

$rT_3$ - Reversed Triiodothyronine

TBG - Thyroid Binding Globulin

TSH - Thyroid Stimulating Hormone

200 044

200 045

Acta Endocrinologica 94, Suppl. 234 p 4 (1980)

5. **Different effects of two histamine $H_2$-receptor antagonists on prolactin secretion in man**

K.-J. Gräf, D. v. Kleist, K.-H., Meyer zum Büschenfelde, *Freie Universität Berlin, Klinikum Charlottenburg, Abteilung für Innere Medizin*

It is now generally accepted that prolactin (PRL) secretion is tonically inhibited by dopamine. Thus dopamine antagonists (e.g. neuroleptics) are known to enhance PRL secretion. In contrast, the mechanisms by which drugs without direct dopamine antagonistic potencies increase PRL secretion are still unknown. Various of these agents, such as certain steroids as well as histamine $H_2$-receptor antagonists, are known to be antiandrogenic. It has been speculated that this partial activity might be of some relevance for the stimulation of PRL secretion.

We therefore investigated the PRL stimulatory effect of two potent histamine $H_2$-receptor blocking agents, one with (cimetidine = C) and the other without (ranitidine = R) anti-androgenic activity. Both drugs were investigated in two different dosages (200 and 400 mg of C, 20 and 40 mg of R) given i.v. as bolus injections. The effectiveness of both substances on the gastric mucosa was determined in groups of 8 to 14 patients of both sexes by measurements of gastric transmural electric potential differences (PD). For hormonal analysis blood samples from 4 informed healthy male and female volunteers were taken prior to and 15, 30, 60, and 120 min after injection. Serum PRL levels were measured radioimmunologically.

Using PD measurements R was more potent than C when equimolar doses were compared. In all treated patients maximal PD were measured in gastric juice. Independently of the various doses of C and R used, the mean PD were 14.5 to 15 mV compared to controls. In contrast to the known increase of PRL due to acute administration of C the PRL levels remained completely unchanged after injection of R. Intravenous bolus injection of C induced maximal elevated PRL levels within 15 min. In male subjects only a slight mean increase from 7.5 (basal, 0 min) to 12.1 (15 min) ng/ml was found compared to female volunteers showing a mean increase from 4.8 (basal, 0 min) to 20.7 (15 min) ng/ml. However, R did not change basal PRL levels in volunteers of both sexes. We conclude that R is about 6.5 times more potent than C related to the anti-histamine $H_2$-receptor activity. The PRL stimulatory action of C is not mediated through its histamine $H_2$-receptor antagonistic activity. However, the relevance of the antiandrogenic effect of C for the action on PRL secretion cannot be excluded.



200 046

200 047

Postgraduate Medical Journal 56, 478-480 (1980)

# Comparative effect of cimetidine and ranitidine on prolactin secretion

*G. F. Nelis
M.D.

J. G .C. van de Meene
Ph.D.

*Departments of *Medicine, and Chemical Pathology, Sophia Ziekenhuis, 8000 GK Zwolle, The Netherlands*

**Summary**

**Cimetidine has been shown to stimulate prolactin secretion after intravenous administration. Cimetidine 200 mg and ranitidine 50 mg was given i.v. in a randomly allocated order to 22 volunteers on consecutive days; these doses can be regarded as equivalent as far as inhibition of gastric acid output is concerned. Plasma prolactin was estimated at regular intervals. The prolactin stimulating effect of cimetidine was confirmed while ranitidine did not influence plasma prolactin levels.**

**Although cimetidine and ranitidine seem to be equally effective in reducing gastric acid output, the effect of the drugs are not the same on their entire spectrum of action since ranitidine does not influence plasma prolactin.**

**It still has to be established in clinical trials which drug is the best choice in clinical medicine.**

## Introduction

Intravenous administration of cimetidine stimulates prolactin secretion (Burland *et al.*, 1979; Carlson and Ippoliti, 1977) whereas oral cimetidine treatment in conventional doses does not influence the basal or releasing hormone-stimulated values of prolactin, thyroid-stimulating hormone and luteinizing hormone (Nelis and van de Meene, 1980).

A newly synthesized histamine $H_2$-receptor antagonist ranitidine (Glaxo AH 19065) has recently been entered into controlled clinical trials at the Sophia Ziekenhuis.

Peden, Saunders and Wormsley (1979) demonstrated a dose-dependent reduction in nocturnal and pentagastrin-stimulated acid output after intra-duodenal instillation of ranitidine. The reduction in acid output after 80 mg ranitidine was comparable to the effect of 400 mg cimetidine. Domschke, Lux and Domschke (1979) showed a comparable effect after i.v. infusion of ranitidine; in this study ranitidine was 4 times more effective than cimetidine on a molar base. A dose of 50 mg ranitidine and 200 mg cimetidine was therefore used in this trial.

Requests for reprints to: G. F. Nelis, M.D.

## Materials and methods

The investigation was conducted in 22 volunteers: Group I consisted of 8 males (aged 20 to 76 years, mean 43·4±19·4 s.e. mean); Group II consisted of 8 pre-menopausal females (aged 17 to 23 years, mean 20·4±2·2 s.e. mean) and Group III consisted of 6 post-menopausal females (aged 61 to 89 years, mean 74·2±9·5 s.e. mean). Reasons for exclusion were pregnancy, lactation, use of oral contraceptives, hormonal disorders, previous cimetidine treatment and the use of drugs known to influence plasma prolactin (Lamberts, Klijn and Birkenhäger, 1978).

The volunteers were randomly allocated to receive an i.v. bolus injection of 200 mg cimetidine on day one and 50 mg ranitidine the following day, or the reverse. These doses have an equal effect in reducing gastric acid output. All tests started at 9 a.m.; blood samples for prolactin were taken at 0, 15, 30, 60 and 90 min after administration of either drug.

In pre-menopausal women, the phase of the menstrual cycle was determined by history, plasma progesterone and plasma oestradiol. The women were presumed to be in the luteal phase if plasma progesterone exceeded 17 nmol/l and plasma oestradiol exceeded 330 pmol/l. Sera were separated and stored at −20°C. All samples were assayed together. The hormones were estimated by radioimmunoassay using CEA-IRE-SORIN (CIS) kits (Fleurus, Belgium) for prolactin (MRC standard 71/222) and commercial kits from Behringwerke-Hoechst (Frankfurt, Germany) for progesterone and oestradiol. Ranitidine was kindly supplied by the Medical Department of Glaxo Allenburys Research (Ware) Ltd (batch 8 CTR/6853).

The matched Student's *t*-test for paired observations was used for statistical analysis, each subject serving as his/her own control.

All volunteers gave informed consent and the study was conducted according to the Declaration of Helsinki.

## Results

Table 1 shows the average plasma prolactin values in response to cimetidine and to ranitidine in the

0032-5473/80/0700-0478 $02.00 © 1980 The Fellowship of Postgraduate Medicine

200 048

Confidential Information – Subject to Protective Order

TABLE 1. Plasma prolactin values (μu./ml) in response to cimetidine and to ranitidine i.v. in 22 volunteers

| | Min. | | | | |
|---|---|---|---|---|---|
| Drug (s.e. mean) | 0 | 15 | 30 | 60 | 90 |
| Cimetidine | 305<br>(44) | 672<br>(73) | 504<br>(67) | 361<br>(60) | 306<br>(52) |
| Ranitidine | 302<br>(36) | 297<br>(39) | 281<br>(38) | 290<br>(46) | 273<br>(42) |
| *P* | >0·05 | <0·01 | <0·01 | <0·01 | >0·05 |

TABLE 2. Plasma prolactin values (μu./ml) and s.e. mean in response to cimetidine and to ranitidine i.v. in males (*n*=8, Group I), pre-menopausal females (*n*=8, Group II) and post-menopausal females (*n*=6, Group III)

| | | Min. | | | | |
|---|---|---|---|---|---|---|
| | Group | 0 | 15 | 30 | 60 | 90 |
| Cimetidine | | | | | | |
| | I | 300<br>56 | 649<br>88 | 429<br>61 | 328<br>84 | 306<br>68 |
| | II | 291<br>58 | 676<br>110 | 508<br>73 | 315<br>35 | 242<br>28 |
| | III | 329<br>55 | 698<br>88 | 597<br>64 | 466<br>91 | 391<br>70 |
| Ranitidine | | | | | | |
| | I | 304<br>47 | 298<br>47 | 259<br>46 | 291<br>63 | 271<br>45 |
| | II | 255<br>26 | 251<br>33 | 247<br>17 | 246<br>27 | 214<br>30 |
| | III | 362<br>59 | 358<br>55 | 357<br>57 | 346<br>55 | 352<br>50 |

group as a whole, while the figures for the groups taken separately are given in Table 2.

The plasma prolactin stimulating effect of cimetidine is evident at 15, 30 and 60 min after injection ($P<0{\cdot}01$) while ranitidine does not influence plasma prolactin values at 15, 30, 60 and 90 min after injection ($P>0{\cdot}05$). The differences between the plasma prolactin values after cimetidine and ranitidine are statistically significant at 15, 30 and 60 min ($P<0{\cdot}01$) for the group as a whole. For the sub-groups the difference is statistically significant ($P<0{\cdot}01$) at 15, 30 and 60 min in the post-menopausal women but only at 15 and 30 min after injection in pre-menopausal women and males.

Plasma prolactin values on the first day of testing are not different from those on the second day (331·4 μu./ml *v.* 319·8 μu./ml) irrespective of whether cimetidine or ranitidine was given on the first day. Basal values before cimetidine administration were no different from those before ranitidine administration, neither in the group as a whole (304·6 μu./ml ± 44 s.e. mean *v.* 302·0 μu./ml ± 36 s.e. mean) nor in the sub-groups taken separately.

Table 3 shows the percentage maximal increase in plasma prolactin in relation to the phase of the menstrual cycle in pre-menopausal women; no influence on either cimetidine response nor ranitidine response could be established.

TABLE 3. Maximal increase in plasma prolactin levels in response to cimetidine and to ranitidine regarding phase of menstrual cycle in pre-menopausal women

| | Cimetidine % | Ranitidine % |
|---|---|---|
| Follicular | 239 | 102 |
| Luteal | 254 | 89 |

**Discussion**

Cimetidine is an effective drug in lowering gastric acid output and is therefore useful in the treatment of peptic ulcer, peptic oesophagitis and the Zollinger-Ellison syndrome.

Recently its usefulness in the symptomatic treatment of carcinoid tumours has been claimed (Roberts, Marney and Oates, 1979). Up to now, no major side effects of clinical importance have been established although interference with some biochemical parameters have been described as well as

200 049

several other often ill defined and only occasional clinical events (Flind, Rowley-Jones and Backhouse, 1980). The prolactin-secreting effect of i.v. administered cimetidine is widely proved whereas its mechanism of action is still unclear. Direct action on brain histamine receptors, depletion of hypothalamic dopamine stores and dopamine antagonism at the pituitary receptor site have all been proposed (Arakelian and Libertun, 1977; Burland *et al.*, 1979).

This study showed that ranitidine in equivalent doses to those of cimetidine as regards reduction of gastric acid output failed to stimulate prolactin secretion, so the effect on gastric acid output does not parallel the effect on prolactin-secretion. This could mean that ranitidine does not penetrate into the pituitary as cimetidine does (Cross, 1977) or the prolactin secreting effect is specifically related to the structure of the cimetidine molecule. A more speculative suggestion from these data could be the existence of a sub-classification of $H_2$ receptors with cimetidine acting as a less selective antagonist than ranitidine.

The authors' observations are not influenced by the phase of the menstrual cycle as this did not influence the results obtained and as all tests were done on consecutive days which excludes cycle variations in a given person. There is no bias due to a priming or inhibiting effect of either drug as the volunteers were randomly allocated to receive either cimetidine or ranitidine on the first day.

Prolactin secretion is strongly stimulated by stress; the fact that the basal plasma prolactin values on the first day of testing were similar to those on the second day excludes a serious stress situation in the volunteers.

The only difference between the groups is a slightly prolonged rise in plasma prolactin after cimetidine in post-menopausal women (Group III) which could be a result of a diminished prolactin or cimetidine clearance due to ageing.

In conclusion, the authors observed a significant difference between the 2 histamine $H_2$-receptor antagonists, cimetidine and ranitidine, as regards the stimulation of prolactin secretion. Further investigation into the possibility of a subdivision of histamine $H_2$ receptors is necessary.

## References


ARAKELIAN, M.C. & LIBERTUN, C. (1977) $H_1$ and $H_2$ histamine receptor participation in the brain control of prolactin secretion in lactating rats. *Endocrinology*, 100, 890.

BURLAND, W.L., GLEADLE, R.I., LEE, R.M., ROWLEY-JONES, D. & GROOM, G.V. (1979) Prolactin responses to cimetidine. *British Journal of Clinical Pharmacology*, 7, 19.

CARLSON, H.E. & IPPOLITI, A.F. (1977) Cimetidine, and $H_2$ antihistamine, stimulates prolactin secretion in man. *Journal of Clinical Endocrinology and Metabolism*, 45, 367.

CROSS, S.A.M. (1977) The localisation of metiamide and cimetidine using autoradiographical techniques. In: *Proceedings of the European Society of Toxicology* (Ed. by Duncan, W.A.M. & Leonard, B.J.) vol. 18, pp. 288–290. Excerpta Medica, Amsterdam.

DOMSCHKE, W., LUX, G. & DOMSCHKE, S. (1979) Gastric inhibitory action of $H_2$ antagonists ranitidine and cimetidine. *Lancet*, i, 320.

FLIND, A.C., ROWLEY-JONES, D. & BACKHOUSE, J. (1980) Safety of cimetidine: a continuing assessment. In: *Proceedings of the European Symposium on Further Experience with $H_2$ Receptor Antagonists in Peptic Ulcer Disease and Progress in Histamine Research. Capri, 18–20 October*, 1979. Excerpta Medica Amsterdam (in press).

LAMBERTS, S.W.J., KLIJN, J.G.M. & BIRKENHÄGER, J.C. (1978) Prolactine. *Nederlands Tijdschrift voor Geneeskunde*, 122, 1327.

NELIS, G.F. & VAN DE MEENE, J.G.C. (1980) The effect of oral cimetidine on the basal and stimulated values of prolactin, thyroid stimulating hormone, follicle stimulating hormone and luteinizing hormone. *Postgraduate Medical Journal*, 56, 26.

PEDEN, N.R., SAUNDERS, J.H.B. & WORMSLEY, K.G. (1979) Inhibition of pentagastrin-stimulated and nocturnal gastric secretion by ranitidine. *Lancet*, i, 690.

ROBERTS, L.J., MARNEY Jr, S.R. & OATES, J.A. (1979) Blockade of the flush associated with metastatic gastric carcinoid by combined histamine $H_1$- and $H_2$-receptor antagonists. *New England Journal of Medicine*, 300, 236.


200 050

200 051

D1067/A11

EFFECT OF RANITIDINE ON PROLACTINAEMIA DURING TREATMENT BY THE ORAL ROUTE IN MAN

INVESTIGATORS:

A. Pera, M. Boero, V. Ponti, F. Palmas, G. Verme, G.C. Isaia and P. Portaleone.

From: Italian Journal of Gastroenterology Vol. 12 Suppl.
Abstract of paper presented at Congress Italiana Di Medicina, Verona, 1980.

200 052

D1067/A11A

Translation from Italian

An increase in prolactinaemia (PRL) was found after administration of cimetidine (CIM) orally in high doses (1.6 g per day)[1] and after rapid intravenous administration[2]. The authors have studied the behaviour of prolactinaemia before and during treatment with ranitidine (RAN), a new antagonist of $H_2$-receptors, 8-10 times more active than CIM in equimolar doses.

21 patients (16 men and 5 women) with duodenal ulcer have been examined. The levels of PRL were determined before the beginning of therapy ($T_o$), after 14 days ($T_{14}$) and after 28 days ($T_{28}$) of treatment with RAN, 150 mg b.i.d. per os. Serum PRL was determined by the method RIA PRL - K SORIN, samples being taken at 9 o'clock before breakfast in all cases. The basal values before treatment were within normal limits in all subjects examined. The results obtained are given in the table:

PRL (average ± S.D.) (ng/ml)

| | v.n. | To | $T_{14}$ | $T_{28}$ | TovsT$_{14}$ | TovsT$_{28}$ | T$_{14}$vsT$_{28}$ |
|---|---|---|---|---|---|---|---|
| Men | 2-12 | 3.49±1.29 | 3.55±1.35 | 3.8+2.1 | n.s. | n.s. | n.s. |
| Women | 3.5-20 | 6.86±3.7 | 5.06±1.6 | 6.4+2.4 | n.s. | n.s. | n.s. |

200 053

RAN administered in doses pharmacologically comparable with regard to their action on $H_2$-receptors with high doses of CIM (2-2.4 g per day) did not produce statistically significant changes in the basal levels of PRL.

Nevertheless, it is probable that the effect of cimetidine on PRL would be connected with the chemical structure of the molecule itself and that it would not be caused by antagonistic effect on $H_2$-receptors.

References

1. Delle Fave et al., Cimetidina, farmacologia e clinica; SKF ed., 1978, 135-138.

2. Rolandi et al., Clin. Endorinol., 1979, 10, 93-95.

200 055

D1099/A5

# EFFECT OF PROLONGED ADMINISTRATION OF RANITIDINE ON PITUITARY AND THYROID HORMONES AND THEIR RESPONSE TO SPECIFIC HYPOTHALAMIC RELEASING FACTORS

INVESTIGATORS: Dr R Pasquali °
Dr R Corinaldesi
Dr A Miglioli
Dr N Melchionda °
Dr M Capelli
Dr L Barbara

3rd Medical Clinic (Director: Professor L Barbara)
and 1st Medical Clinic (°) (Director:
Professor G Labo)
University of Bologna
Italy

Prepublication manuscript (Clin. Endocrin.)

200 056

D1099/A5


SUMMARY

1. Endocrine studies were conducted on 30 male duodenal ulcer patients before and after four weeks treatment with either ranitidine (150 mg b.d.) or matching placebo. The study was conducted double-blind.

2. Neither treatment influenced basal or GnRH stimulated serum gonadotrophin concentration.

3. Basal and TRH stimulated serum prolactin concentrations were unaffected by treatment.

4. Serum TSH response to TRH was not significantly affected by either treatment.

5. Basal serum thyroxine level was significantly lower after ranitidine than before treatment. Serum thyroxine level 40 minutes after TRH administration was significantly lower after ranitidine than before treatment. No change in secretion of this hormone occurred as a result of placebo treatment.

6. Basal and TRH stimulated serum levels of triiodothyronine and reversed triiodothyronine were not influenced by either treatment.




Confidential Information – Subject to Protective Order

## INTRODUCTION

In the last few years, it has been suggested that histamine $H_2$-receptors might be involved in regulating pituitary hormone secretion. The administration of histamine receptor antagonists, such as cimetidine, has been reported to alter pituitary hormone release. In man, evidence is strongest for prolactin (PRL) (Arakelian and Liberkun, 1977; Carlson and Chang, 1980; Bohnet et al., 1978). On the other hand, contradictory data have been published on the effect of the $H_2$-receptor blockers on gonadotrophins (LH, FSH) and thyrotropin (TSH) regulation (Bohnet, et al., 1978; Van Thiel, et al., 1979; May, et al., 1979).

Ranitidine is a new histamine $H_2$-receptor antagonist and it has just recently been used for treatment of patients with peptic ulcer (Saunders, et al., 1980; Langman, et al., 1980). It is possible that the chemical difference between ranitidine and cimetidine may result in differing unwanted effects. Preliminary studies have shown that ranitidine is able to increase serum PRL concentrations after intravenous bolus injection but only at high doses (Delitala, et al., 1980). Ranitidine had no effect on basal and releasing hormone stimulated sexual hormones after prolonged treatment (Walt, et al., 1980).

We report here the results obtained after prolonged treatment of ranitidine on basal serum levels of PRL, LH, FSH, TSH on their response to specific releasing hormones and on basal and TRH-stimulated thyroid hormones.

## MATERIALS AND METHODS

Thirty male outpatients (aged 28-70 years; weight 54-90 kg) with duodenal ulcer endoscopically diagnosed, were studied after giving informed consent. None of the patients had complications directly caused by the ulcer, systemic or endocrine diseases, nor were receiving any medication (except for antacids) for 15 days before starting the study. No patient had undergone X-ray examination with iodine compounds within the previous six months. All tests were performed at 8.00 am after an overnight fast. An intravenous catheter for blood sampling was inserted in the antecubital vein and kept open with saline. After a 20 minute period, basal blood

samples were drawn every 15 minutes for one hour, 200 µg of TRH (Relefact, Hoechts) and 25 µg of GnRH (Relisorm, Serono) were then administered i.v. and blood samples were drawn at 20, 40, 60 and 120 minutes for hormone determination. After this pretreatment study, ranitidine (150 mg b.d.) or placebo were given randomly for 28 days. On day 29, the endocrine study was then repeated as before, at 6.00 am. Serum samples were frozen at -20°C until analysis. All samples from any one individual were analysed in the same assay. All assays were performed in duplicate by RIA, using commercially prepared reagents as follows: PRL, FSH, LH and rT3 from Biodata (Italy); TSH, T4 and T3 from Diagnostic Products Co (USA).

Statistical significance was determined by Student's t-test for paired and unpaired data. Results are expressed in mean ± SEM.

## RESULTS

Basal concentrations (mean of 5 values) of PRL, FSH, LH and TSH are reported in Table 1: no significant difference was found in either group of patients, before and after therapy. PRL, LH and FSH response to TRH and to GnRH are depicted in Figure 1 and 2. No significant variation was found after ranitidine or placebo treatment. Moreover, none showed abnormal variations in basal or stimulated pituitary hormones.

TSH-stimulated concentrations after ranitidine (but not after placebo) were higher than before treatment, but statistical significance was not achieved (Figure 3). Basal thyroxine levels and its concentrations at 40 minutes after TRH stimulation were lower after ranitidine treatment than before ($p<0.05$). No change in basal serum thyroxine or response to TRH occurred during treatment with placebo. Basal and TRH-stimulated T3 or rT3 serum levels were unchanged by both treatments. Table 2 reports the data of thyroid hormones in the ranitidine group.

## DISCUSSION

Our study demonstrates that ranitidine failed to alter basal serum concentrations of PRL, LH and FSH and their response to specific releasing hormones. With regard to PRL, these results are in agreement with the majority of those obtained using cimetidine (Bohnet, et al., 1978; May, et al., 1979; Barber and Hoare, 1979; Cavallini, et al., 1979). In fact,



Confidential Information – Subject to Protective Order

several authors have reported that cimetidine is able to increase PRL levels, after intravenous bolus injection (Bohnet, et al., 1978; Van Thiel, et al., 1979; Carlson and Ippoliti, 1977), but not after acute oral dosing (Cavallini, et al., 1979; Burland, et al., 1978) or after prolonged oral administration for therapeutic use (May, et al., 1979; Barber and Hoare, 1979; Cavallini, et al., 1979; Spence and Celestin, 1979). Only a few studies reported an increase in basal levels after oral prolonged treatment (Delle Fave, et al., 1977). This could be related to the lower blood levels of cimetidine obtained after oral as compared to intravenous administration. Cimetidine also failed in all the studies reported, to alter PRL response to TRH (Van Thiel, et al., 1979; May, et al., 1979; Barber and Hoare, 1979). Since neither histamine $H_2$-receptor antagonists such as cimetidine or ranitidine, nor $H_2$-receptors agonists, such as betazole (Carlson and Chang, 1980), altered PRL secreted in response to TRH, it is possible that the $H_2$-receptors may not be involved in modulation of TRH-induced PRL release. However, the failure of cimetidine and ranitidine to increase the TRH-induced PRL release could be due to the near-maximal PRL release produced by the relatively high doses of TRH used (Carlson and Chang, 1980).

As reported recently by Walt, et al (1980), we found no variations in basal and GnRH-stimulated gonadotrophins. In contrast, a diminished response of LH to its releasing hormone was reported to follow a six week treatment with cimetidine and a rise in basal testosterone was also recorded (Van Thiel, et al., 1979). Cimetidine has been shown to have anti-androgenic activity in vitro and in vivo (Winters, et al., 1979), and reports of gynaecomastia in humans have been published (Spence and Celestin, 1979). Competition with androgens (dihydrotestosterone) (Funder and Mercer, 1979) and alteration in the activity of the hypothalamo-pituitary-testicular axis (Van Thiel, et al., 1979) have been postulated as mechanisms. Ranitidine. on the contrary, failed to bind androgen receptors in vitro (Pearce and Funder, 1980) and did not alter basal and GnRH-stimulated testosterone and dihydrotestosterone (Walt, et al., 1980). The lack of anti-androgenic properties in ranitidine may be regarded as a considerable advantage of the new drug.

Finally, our study shows that basal TSH, T3 and rT3 were not affected by the prolonged treatment with ranitidine, while basal T4 concentrations were reduced. Furthermore, after treatment with ranitidine we observed higher but not statistically different TRH-stimulated TSH values and a significant reduction at 40 minutes of the T4 concentrations. In this regard, data on cimetidine are conflicting: TSH response to TRH was found to be increased (May, et al., 1979) or normal (Van Thiel, et al., 1979) and no variation occurred in thyroid stimulated hormones (May, et al, 1979). In fact, histamine receptors would appear to be involved in TSH and thyroid hormone regulation. Direct effect on the thyroid gland may be present since the $H_2$-agonists, such as betazole (Carlson and Chang, 1980), and antagonists (i.e. ranitidine) can affect thyroid hormone response to TRH. Studies in animals postulating a regulatory role for histamine in thyroid hormone secretion (Melander, et al., 1975) and the evidence of increased hypothalamic histamine synthesis in thyroidectomised rats (Bjorklund, et al., 1972) might also be consistent with these results.

ACKNOWLEDGEMENTS

The AA are grateful to Glaxo S.p.A., Verona, Italy for supplying ranitidine.

D1099/A10

TABLE 1 BASAL LEVELS (M + SEM OF 5 VALUES; EVERY 15 MIN/H) OF PRL, LH, FSH AND TSH IN PATIENTS WITH DUODENAL ULCER BEFORE (b) AND AFTER (a) 4 WEEK TREATMENT WITH RANITIDINE (n = 15) OR PLACEBO (n = 15)

| | | RANITIDINE | CIMETIDINE |
|---|---|---|---|
| PRL ng/ml | b | 4.5 ± 0.4 | 5.8 ± 0.5 |
| | a | 4.4 ± 0.8 | 5.3 ± 0.5 |
| LH mUI/ml | b | 4.8 ± 0.5 | 5.1 ± 0.6 |
| | a | 5.0 ± 0.6 | 4.5 ± 0.7 |
| FSH mUI/ml | b | 4.5 ± 0.6 | 5.2 ± 0.2 |
| | a | 4.2 ± 1.1 | 4.1 ± 0.5 |
| TSH µU/ml | b | 1.4 ± 0.3 | 1.5 ± 0.4 |
| | a | 1.5 ± 0.2 | 1.5 ± 0.2 |

200 062

Confidential Information – Subject to Protective Order

Confidential Information – Subject to Protective Order

D1099/A11

TABLE 2 TRH (200 µg I.V. BOLUS) STIMULATED T3, T4 AND rT3 SERUM CONCENTRATIONS (M + SEM) IN PATIENTS WITH DUODENAL ULCER (n = 15) BEFORE (b) AND AFTER (a) 4 WEEK TREATMENT WITH RANITIDINE 150 mg b.d.)

| TRH-test (200 µg i.v.) | | 0 min | 20 min | 40 min | 60 min | 120 min |
|---|---|---|---|---|---|---|
| T3 ng/ml | b | 1.27 ± 0.17 | 1.28 ± 0.20 | 1.29 ± 0.11 | 1.39 ± 0.26 | 1.59 ± 0.17 |
| | a | 1.00 ± 0.11 | 0.98 ± 0.08 | 1.19 ± 0.14 | 1.19 ± 0.14 | 1.59 ± 0.10 |
| T4 ng/ml | b | 86.8 ± 11.3 | 80.4 ± 8.4 | 84.0 ± 7.7 | 82.8 ± 11.9 | 95.8 ± 10.9 |
| | a | 74.0 ± 6.4 | * 75.4 ± 6.6 | 72.6 ± 4.8 | 70.5 ± 8.2 | 90.1 ± 8.8 |
| rT3 pg/ml | b | 260.7 ± 16.4 | 275.7 ± 21.5 | 289.0 ± 12.4 | 250.1 ± 20.1 | 280.2 ± 21.3 |
| | a | 253.1 ± 21.1 | 241.1 ± 21.6 | 265.2 ± 23.3 | 228.8 ± 16.2 | 281.1 ± 16.2 |
| *p < 0.05 | | | | | | |

200 063




FIGURE 1

TRH (200mcg i.v. bolus) stimulated PRL serum concentrations in patients receiving ranitidine (n = 15) (left panel) or placebo (n = 15) (right panel) before (o——o) and after (o---o) treatment.



Confidential Information – Subject to Protective Order




FIGURE 2

GnRH (25 mcg i.v. bolus) stimulated LH and FSH serum levels in patients receiving ranitidine (n = 15) (left panel) or placebo (n = 15) (right panel) before (o——o) and after (o---o) treatment.

200 065




FIGURE 3

TRH (200 mcg i.v. bolus) stimulated TSH serum concentrations in patients receiving ranitidine (n = 15) (left panel) or placebo (n = 15) (right panel) before (o——o) and after (o---o) treatment.



Confidential Information – Subject to Protective Order 

D1105 B19

## REFERENCES TO ENDOCRINE STUDIES


Adaikan, P.G. and Karim, S.M.M., (1979)
Effects of histamine on the human penis muscle in vitro
European Journal of Pharmacology, 45, 261-165

Annon (1981)
Any Questions
British Medical Journal, 282, 56

Arakelian, M.C. and Liberkun, C. (1977).
$H_1$ and $H_2$ histamine receptor participation in the brain control of prolactin secretion in lactating rats.
Endocrinology, 100, 890-895.

Barber, S.G. and Hoare, A.M. (1979)
Cimetidine effects on prolactin release and production
Hormone and Metabolic Research, 11, 270-221

Bhargava, K.P., Kulshrestha, V.K. and Srivastava, Y.P. (1972)
Central cholinergic and adrenergic mechanisms in the release of antidiuretic hormone
British Journal of Pharmacology, 44, 617-627

Bhargava, K., Kulshrestha, V., Santhakumari, R. and Srivastava, Y.P. (1973)
Mechanism of histamine-induced anti diuretic response
British Journal Pharmacology, 47, 700-

Bjorklund, A., Hakason, R., Nobin, A. and Sjoberg, N. (1972).
Increase in rabbit hypothalamic histadine decarboxylase activity after oophoectomy and thyroidectomy.
Experientia, 28, 1232-1235.

Blackmore, W.P. and Cherry, G.R. (1955)
Antidiuretic action of histamine in the dog
American Journal of Physiology, 180, 596-598


200 067

D1224/A25

Bohnet, H.G., Griewe, M., Hanker, J.P. et al (1978)
Effects of cimetidine on prolactin, L.H. and sex steroid secretion in male and female volunteers
Acta Endocrinologica, 88, 428-434

Bonfils, S., Mignon, M., Vallot, T.M. and Mayer, S. (1980)
Use of ranitidine in the medical treatment of Zollinger-Ellison Syndrome
Drug Symposium on Ranitidine, European Congress of Gastrointestinal Endoscopy, Hamburg, 1980

Boyd, E.J.S., Peden, N.R., Saunders, J.H.B. and Wormsley, K.G. (1980)
Long term treatment of duodenal ulceration with ranitidine
Paper presented at meeting of B.S.G., Septemper, 1980. Gut 21 (10).

Brimblecombe, R.W., Duncan, W.A.M. and Durrant, G.I. et al (1978)
Characterisation and development of cimetidine as a histamine H2 receptor antagonist
Third Symposium on Histamine H2 Receptor Antagonists: Clinical Results with Cimetidine. Ed. J.L. Fountain and M.I. Grossman, Gastroenterology, 74, 339-347

Burland, V.L., Gleadle, R.I., Lee, R.M. and Rowley-Jones,D (1978).
Cimetidine and serum prolactin.
British Medical Journla, 1, 717.

Carlson, H.E. and Ippoliti, A.F. (1977)
Cimetidine, an H2 antihistamine, stimulates prolactin secretion in man.
Journal of Clinical Endocrinology and Metabolism, 45, 367-370

Carlson, H.E. and Chang, R.J. (1980)
Studies of histamine in human pituitary function.
Clinical Endocrinology, 12, 461-466.

200 068

D1224 A16


Cavallini, G., Lo Cascio, V., Angelini, G., Bovo, P., Galvanini, G., Vaona, B., Comancini, L. and Scuro, L.A. (1979). Serum prolactin response to acute and chronic cimetidine administration in man. Acta Hepato-Gastroenterologica, 26, 482-485.

Corinaldesi, R., Pasquali, R., Tonon, R. et al (1980) Effect of chronic administration of ranitidine on the response of the gonadotropins, prolactin, and TSM to releasing hormones and on the nasal concentrations of thyroid and sexual hormones Abstract 18L, of paper printed at congress Italiana Di Medicina, Verona 1980. Italian Journal of Gastroenterology, 12, Supplement

Daubresse, J.C., Meunier, J.C. and Ligney, (1979) Effects of acute and chronic cimetidine administration on the pituitary-testicular axis Agressologie, 20, 71-74

Delitala, G., Devilla, L., Pende, A. and Lotti, G. (1980). Stimolazione prolattinica indotta dalla ranitidine, farmaco antagonista dei recettori istaminici $H_2$, nell'uomo. Journal of Endocrinological Investigation, Supplement 1, 3, 12A.

Delitala, G., Stubbs, W.A., Wass, A.H., Jones, A. et al, (1979) Effects of the H2 receptor antagonist cimetidine on pituitary hormones in man Clinical Endocrinology, 11, 161-167

Delitala, G., Stubbs, W.A., Yeo, T., Jones, A. and Besser, G.M., (1979) Failure of cimetidine to antagonise dopamine-induced supression of prolactin in vitro British Journal of Clinical Pharmacology 7, 117-119

Delle Fave, G.F., Carratu', R., De Magistis, L., Natoli, C., Santoro,M.L., Tamburrano, G. and Torsoli, A. (1977). Variation in serum prolactin following cimetidine treatment for peptic ulcer disease. Rendiconti di Gastroenterologia, 9, 142-143.




Confidential Information – Subject to Protective Order

Delle Fave, G.F., Tamburrano, G., De Magistris, L., et al, (1977)
Gynaecomastia with cimetidine
Lancet, 1, 1319

Domschke, W., Lux, G. and Domschke, S., (1979)
Gastric inhibitory action of H2 antagonists ranitidine and cimetidine.
Lancet, 1 (811), 320

Donoso, A.O., Banzan, A.M. and Borzino, M.O. (1976)
Prolactin and luteinizing hormone release after intraventricular injection of histamine in rats
Journal of Endocrinology, 68, 171-172

Duncan, D.B. (1955)
Multiple range and multiple F tests.
Biometrics, 11, 1-42

Edwards, C.R.W., Al-Dujuial, E.A.S., Boscaro, M., Quyyumi, S., Miall, P.A. and Rees, L.H. (1979)
In vivo and in vitro studies on the effect of metoclopramide on aldosterone secretion
Clinical Endocrinology, 13, 43-50

Edwards, C.R.W., Boscaro, M., Miall, P.A., Delitala, G. and Al-Dujuial, E.A.S. (1979)
Inhibition of aldosterone secretion by histamine H2 receptor antagonists
Abstract 6th International Congress of Endocrinology

Eliasson, R. (1965)
Effect of frequent ejaculations on the composition of the human seminal plasma
Journal of Reproduction and Fertility, 9, 331-6

Forrest, J.A.H. (1979)
Effect of long term cimetidine on gastric acid secretion, serum gastrin and gastric emptying
Gut, 20 (5), 404-407

D1224 A18

Freund, M. (1962)
Interrelationships among the characteristics of human semen and factors affecting semen-specimen quality.
Journal of Reproduction and Fertility, 4, 1943-1959

Freund, M. (1963)
Effect of frequency of emission on semen output and estimate of daily sperm production in man.
Journal of Reproduction and Fertility, 6, 269-286

Funder, J.W. and Mercer, J.E. (1979)
Cimetidine, a histamine H2 receptor antagonist, occupies androgen receptors
J.Clinical Endocrinology and Metabolism, 48, 189-191

Galeone, M., Moise, G., Ferrante, F., Cacioli, D., Casula, P.L. and Bignamini, A.A.(1978)
Double-blind clinical comparison between a gastrin receptor antagonist, proglumide, and a histamine H2 blocker, cimetidine
Current Medical Research and Opinion, 5 (5), 376-382
D1224 A18

Hall, W.H. (1976)
Breast changes in males on cimetidine
New England J. Medicine, 295, 851-

Hansky, J. (1979)
Effects of long term cimetidine on serum gastrin in duodenal ulcer
Digestive Diseases and Science, 24 (6), 468-470

Hirose, T., Matsumoto, I. and Aikawa, T.(1979)
Effects of prostaglandin E2 and dibutyryl cyclic amp on the histamine-induced production of cortisol and corticosterone in isolated canine adrenal cells
Journal of Endocrinology, 82, 275-277

D1224 A19

Konturek, S.J., Obtulowicz, W., Kwiecien, N., Sito, E., Mikos, E. and Oleksy, J. (1980)
Comparison of ranitidine and cimetidine in the inhibition of histamine, sham-feeding and meal-induced gastric secretion in duodenal ulcer patients
Gut, 21 (3), 181-6

Korman, M.G. (1979)
The effect of cimetidine on gastrin release in ulcer disease
Aust. N.Z. J.Med., 9, 367-369

Langman, M.J.F., Henry, D.H., Bell, G.D., Burnham, W.R. and Ogilvie, A. (1980).
Cimetidine and ranitidine in duodenal ulcer.
British Medical Journal, 2, 473-474.

Leslie, G.B. and Walker, T.F. (1977)
A toxicological profile of cimetidine.
proceedings of the second international symposium on histamine H2 receptor antagonists.
Edited by W.C. Burland, M.A. Simpkins
Amsterdam, Excerpta Medical, 1977, 24-37

Libertun, C. and McCann, S.M. (1974)
Prolactin-releasing effect of histamine injected into the third ventricle
Endocrinology, 94, Suppl. A.266

Long, J.P., O'Donoghue, D.P., Fitzgerald, O. et al (1979)
Normal gonadal function in men treated wth cimetidine
Irish Journal of Medical Scientce, 149, 36

MacLeod, J. and Gold, R.Z. (1952)
The male factor in fertility and infertility.
V Effect of continence on semen quality.
Fertility and Sterility, 3, 297-315



Confidential Information – Subject to Protective Order

MacLeod, J. and Gold, R.Z. (1956)
The male factor in fertility and infertility.
VIII A study of variation in semen quality.
Fertility and Sterility, 7, 387-410

May, P., Schneider, G., Ayub, M., Chandiok, S., Ertel, N. and Giglio, W. (1979)
Evidence for a thyrotropin inhibitory effect of histamine in man
Journal of Clinical Endocrinology and Metabolism, 49, 638-641

Melander, A., Westgren, V., Sandler, F. and Ericson, L.E. (1975).
Influence of histamine and 5-hydrocytryptamine-containing thyroid mast-cells on thyroid blood flow and permeability in the rat.
Endocrinology, 97, 1130-1137.

Nelis, G.F. and Van de Meene, J.G.C. (1980a)
The effect of oral cimetidine on the basal and stimulated values of prolactin, thyroid stimulating hormone, follicle stimulating hormone and luteinising hormone
Postgraduate Medical Journal, 56, 26-29

Nelis, G.F. and Van de Meene, J.G.C. (1980b)
Comparative effect of cimetidine and ranitidine on prolactin secretion
Postgraduate Medical Journal, 56, 478-480

Pearce, P. and Funder, J. (1980)
Histamine H2 receptor antagonist: radioreceptor assay for antiandrogenic side effects
Clinical and Experimental Pharmacology and Physiology, 7 (4), 442

Peden, N.R., Cargill, J.H., Browning, M.C.K., Saunders, J.H.B. and Wormsley, K.G. (1979)
Male sexual dysfunction during treatment with cimetidine
British Medical Journal, i, 659



Confidential Information – Subject to Protective Order 

D1224 A21

Pomare, E.W. (1978)
Hyperosmolar non-ketotic diabetes and cimetidine
Lancet, i, 1202

Read, M.D. and Schnieden, H. (1978)
Variations in sperm count in oligozoospermic or asthenozoospermic patients.
Andrologia, 10, 52-55

Saunders, J.H.B., Peden, N.R., Boyd, E.J.S. and Wormsley, K.G. (1980).
Double-blind comparison of ranitidine and cimetidine in the treatment of duodenal ulceration.
Gut, 21, 455A.

Schwart, D., Laplanche, A., Jouannet, P. and David, G. (1979)
Within-subject variability of human semen in regard to sperm count, volume, total number of spermatozoa and length of abstinence
Journal of Reproduction and Fertility, 57, 391-395

Seppalla, M., Hirvonen, E. and Ranta, T. (1976)
Lancet, 7953, 229-

Spence, R.W. and Celestin, L.R. (1979)
Gynaecomastia Associated with cimetidine
Gut, 20, 154-157

Van Thiel, D.M., Gavaler, J.S., Smith, W.I. and Paul, G. (1979)
Hypothalamic-pituitary-gonadal dysfunction in men using cimetidine
New England J. Medicine, 300, 1012-1015

Von Kleist, D., Stopik, D. and Hampel, K.W. (1979)
Effect of cimetidine and ranitidine on mucosal potential difference
Lancet, 2 (8511), 1071-2

D1224 A26

Walt, R.P., Avgerinos, A., La Broy, S.J., Harrison, C. and Misiewicz, J.J. (1980).
The effect of ranitidine and cimetidine on male sex hormones.
Drug Symposium of ranitidine, European Congress on Gastrointestinal Endoscopy, Hamburg, June 14th.

White, M.C., Gore, M., Jewell, D.P. (1979)
Letter
New England Journal of Medicine, 301, 502

Winters, S.J., Banks, J.C. and Loriaux, D.C. (1979)
Cimetidine is an antiandrogen in the rat.
Gastroenterology, 76, 504-508.

Yeo, T. Delitala, G., Besser, G.M. and Edwards, C.R.W. (1980)
The effects of ranitidine on pituitary hormone secretion in vitro
British Journal of Clinical Pharmacology, 10, 171-174

Yeo, T., Thorner, M.O., Jones, A., Lowry, P.J. and Besser, G.M. (1979)
The effects of dopamine, bromocriptine, lergotrile and metoclopramide on prolactin release from continuously perfused columns of isolated rat pituitary calls
Clinical Endocrinology, 10, 123-130



Confidential Information – Subject to Protective Order 

D6534 A24

# EFFECTS ON THE ELECTROENCEPHALOGRAM

## A STUDY OF RANITIDINE, CIMETIDINE AND PLACEBO

## OF THE ELECTROENCEPHALOGRAM OF

## NORMAL VOLUNTEERS

200 076

(Blank Page)

200 077

D1061/A2

STUDY OF RANITIDINE, CIMETIDINE AND PLACEBO ON THE ELECTROENCEPHALOGRAM OF NORMAL VOLUNTEERS

INVESTIGATORS: Prof. Alan Richens
Dr. Emilio Perucca
Clinical Pharmacology Unit

ADDRESS: Institute of Neurology
National Hospital
Queen Square
LONDON

PROTOCOL NO: 26-RAN-104

200 078

D1061/A2


## SUMMARY

1. The effects of single intravenous doses of ranitidine (50mg), cimetidine (200mg) and placebo on the frequency distribution in the electroencephalogram were studied in six normal volunteers.

2. No subjective symptoms were reported by the volunteers after any treatment.

3. The study failed to demonstrate effects of either cimetidine or ranitidine on the E.E.G.




Confidential Information – Subject to Protective Order

## INTRODUCTION

There have been many reports of cimetidine inducing adverse central nervous system effects, ranging from depression (Jefferson, 1979) and mental confusion (Kinnell and Webb, 1979) to toxic psychosis (Barnhart and Bowden, 1979) and stupor (Ewers, 1979). These central side effects are related to the serum concentration of cimetidine (Kimelblatt et al, 1979) and occur more frequently in the presence of serious systemic disease. However, in healthy volunteers, cimetidine has been shown to influence Romberg's test (Brynskou, Thyssen, Jansen et al, 1980) and cause transient vertibular hyperexcitability determined by electronystagmography (Paazian, Capron, Dupas et al, 1980). The present study was undertaken to evaluate the effect of intravenous doses of cimetidine and ranitidine on the electro-encephalogram (E.E.G.) of normal subjects as changes in the E.E.G. pattern would provide evidence of the drugs having a central effect.

## PROCEDURE

Approval for the study was obtained from the local ethical committee. Six healthy volunteers were recruited from the staff of the Institute of Neurology. Each gave his informed consent to take part in the study. No subject had received drug treatment in the week before the study commenced. Coffee and cigarette smoking were not allowed from midnight on the day preceding the trial.

The subjects rested on a comfortable bed during the period of observation. Stick-on silver-button E.E.G. electrodes were applied according to the 10 - 20 system. Bipolar records were made from the following right-sided electrode pairs:-

$Fp_2$ - $F_4$
$F_4$ - $C_4$
$C_4$ - $P_4$
$P_4$ - $O_2$

The signals from these four electrode pairs were recorded on an SL Laboratories 8 channel FM tape recorder, together with a voice channel for identification purposes. The tapes were stored for subsequent analysis. Simultaneous paper records were made to check for artefacts.

The treatments used were ranitidine (50mg), cimetidine (200mg) and placebo (saline). Each injection was made intravenously over 2 minutes. Each subject received all three treatments according to a pre-determined randomisation schedule and the treatments were given double-blind. At least one week was allowed between each treatment and all studies were conducted at the same time of day.

Baseline E.E.G. recordings were made before the injection, again immediately after the injection and then at 10, 20, 30 and 60 minutes after.

Each recording comprised the following sequence:-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70 | 70 | 70 | 10 | 70 | 10 | 70 | Seconds |
| | Eyes closed | | | | Eyes open | | |

Frequency analysis was performed off-line with a micro-processor programmed to measure E.E.G. power in 0.5 Hz band widths over the 3 - 30 Hz. A sample plot is shown in the appendix. The frequency spectrum was subsequently broken down into four bands, corresponding with the rhythms defined clinically:-

| | |
|---|---|
| Delta | < 4 Hz |
| Theta | 4 - < 8 Hz |
| Alpha | 8 - 13 Hz |
| Beta | > 13 Hz |

D1061/A5

The following four measurements were sampled automatically and used for subsequent analysis:-

1. Percentage abundance of alpha rhythm (eyes open).
2. Percentage abundance of alpha rhythm (eyes closed).
   The mean of the 4 x 70 seconds eyes closed sequences were used.
3. Mean frequency of whole trace (3 - 30 Hz)
4. Mean frequency of alpha rhythm.
5. Analysis of high frequency activity.

## RESULTS

The results obtained with ranitidine, cimetidine and placebo are shown in Tables 1 and 2. Each value is the mean ± S.D. of the individual results in the six subjects.

Neither cimetidine nor ranitidine appeared to affect the percentage abundance of alpha rhythm or the mean frequency of the E.E.G. Although ranitidine appeared to be associated with a slightly higher overall mean frequency than cimetidine or placebo, at no time did this reach statistical significance.

No clinical observations were made during or following drug administration to suggest that any of the treatments was producing central effects, therefore the negative results of the E.E.G. analysis were not unexpected. Furthermore there were no subjective symptoms reported by the volunteers.

## DISCUSSION

This study has failed to demonstrate effects of either $H_2$-receptor blocking drug on the E.E.G. There are two possible explanations for the absence of effect:-

1. The drugs lack significant effect on the CNS in the doses used.
2. The E.E.G. parameters chosen were not satisfactory to demonstrate a CNS effect of the drugs.

We favour the first explanation because no subjective effects were reported by the volunteers nor clinical observations made to suggest that a central effect might be occurring. Drugs with CNS depressant effects are known to slow the dominant rhythm of the E.E.G. and to increase the abundance of beta activity. The total absence of either of these effects makes it unlikely that a more sophisticated analysis of the E.E.G. would yield further information with the doses of drugs used.



Confidential Information – Subject to Protective Order

D1069/A03

Table 1.

MEAN PERCENTAGE ABUNDANCE OF ALPHA RHYTHM AND FREQUENCY AFTER INTRAVENOUS TREATMENT WITH RANITIDINE, CIMETIDINE AND PLACEBO

| Treatment | | Mean % abundance (± SD) | | Mean frequency (Hz) (± SD) | |
|---|---|---|---|---|---|
| | | Eyes open | Eyes closed | Overall | band |
| Ranitidine | Baseline | 22 ± 10 | 58 ± 13 | 8.69 ± 0.95 | 10.11 ± 0.91 |
| | 10 min | 30 ± 8 | 62 ± 17 | 8.86 ± 0.85 | 10.15 ± 0.79 |
| | 30 min | 37 ± 15 | 60 ± 15 | 8.86 ± 0.62 | 9.97 ± 0.64 |
| | 60 min | 26 ± 9 | 61 ± 16 | 8.82 ± 1.12 | 9.98 ± 0.82 |
| Cimetidine | Baseline | 35 ± 20 | 64 ± 14 | 8.73 ± 0.80 | 10.03 ± 0.80 |
| | 10 min | 38 ± 17 | 61 ± 14 | 8.69 ± 0.80 | 9.99 ± 0.72 |
| | 30 min | 30 ± 16 | 63 ± 13 | 8.86 ± 0.90 | 9.93 ± 0.75 |
| | 60 min | 32 ± 11 | 63 ± 11 | 8.71 ± 1.00 | 9.86 ± 0.78 |
| Placebo | Baseline | 22 ± 12 | 61 ± 15 | 8.36 ± 0.90 | 9.97 ± 0.78 |
| | 10 min | 31 ± 21 | 64 ± 12 | 8.73 ± 1.02 | 9.98 ± 0.73 |
| | 30 min | 27 ± 16 | 63 ± 14 | 8.68 ± 0.84 | 9.92 ± 0.63 |
| | 60 min | 30 ± 19 | 61 ± 17 | 8.52 ± 0.78 | 9.77 ± 0.61 |

200 084

D1069/A04

Table 2 HIGH FREQUENCY (13 - 25 Hz) ACTIVITY (MEAN ± S.D.) AFTER INTRAVENOUS TREATMENT WITH RANITIDINE, CIMETIDINE AND PLACEBO

| Treatment | | High frequency (13 - 25 Hz) activity (mean ± S.D.) % of total activity | Absolute values |
|---|---|---|---|
| Ranitidine | Pre-drug | 10.0 ± 4.9 | 117 ± 49 |
| | After drug | | |
| | 0 min | 9.8 ± 5.6 | 108 ± 61 |
| | 20 min | 11.1 ± 6.5 | 114 ± 60 |
| | 60 min | 9.7 ± 4.9 | 100 ± 56 |
| Cimetidine | Pre-drug | 7.3 ± 5.3 | 86 ± 65 |
| | After-drug | | |
| | 0 min | 8.3 ± 5.6 | 88 ± 61 |
| | 10 min | 8.3 ± 6.2 | 90 ± 69 |
| | 30 min | 7.9 ± 5.9 | 94 ± 82 |
| | 60 min | 7.5 ± 5.8 | 89 ± 74 |
| Placebo | Pre-drug | 6.2 ± 4.6 | 79 ± 79 |
| | After-drug | | |
| | 0 min | 7.6 ± 5.2 | 86 ± 72 |
| | 20 min | 7.6 ± 5.4 | 86 ± 77 |
| | 60 min | 8.4 ± 6.8 | 99 ± 87 |



Confidential Information – Subject to Protective Order 

D1061/A8

REFERENCES

BARNHART, C., BOWDEN, C.L., (1979)
Toxic Psychosis with Cimetidine.
Am. J. Psychiatry 136(5), 715-6

BRYNSKOU, J., THYSSEN, H., JANSEN, E., MUNSTER-SWENDSEN, J. (1980)
Cimetidine and Romberg's Test
Lancet 1 (8183), 1421

EWERS, H.R., (1979)
Stupor During Cimetidine (Tagamet) Therapy
Duet. Med. Wochenschr. 104, (20) 749

JEFFERSON, J.W. (1979)
Central Nervous System Toxicity of Cimetidine: A Case of Depression.
Am. J. Psychiatry 136(3) 346

KIMELBLATT, B.J., CERRA, F.B., CALLERI, G., et al (1979)
Dose and Serum Concentration Relationships in Cimetidine-Associated Mental Confusion.
Gastroenterology: 78, 791-795,

KINNELL, K.G. and WEBB, A..(1979)
Confusion Associated with Cimetidine.
British Medical Journal 2(6202), 1438,

PAAZIAN, A., CAPRON, J.P., DUPAS, J.L., BOUDIN, G. (1980)
Does Cimetidine Induce Dizziness?
Gastroenterology 79(1), 179



Confidential Information – Subject to Protective Order

200 087

GASTRIC BACTERIAL FLORA

# EFFECTS ON GASTRIC BACTERIAL FLORA

## A STUDY OF THE EFFECT OF ADMINISTRATION OF RANITIDINE AND CIMETIDINE ON GASTRIC BACTERIAL FLORA IN HEALTHY VOLUNTEERS



Confidential Information – Subject to Protective Order

D1061/B01

# EFFECT OF ADMINISTRATION OF RANITIDINE AND CIMETIDINE ON GASTRIC BACTERIAL FLORA IN HEALTHY VOLUNTEERS

INVESTIGATOR: Glaxo Group Research Ltd
Ware
Hertfordshire

PROTOCOL NO.: CP:42:80

200 089

D1061/B02


SUMMARY

1. Seven healthy volunteers received ranitidine (150 mg b.d.) and cimetidine (1 gm per day) for seven days.

2. Analysis of gastric juice samples collected 11 to 12 hours after the final dose of either drug did not show consistent elevations of total bacterial counts.




Confidential Information – Subject to Protective Order

## INTRODUCTION

Chronic administration of cimetidine has been reported to produce gastric bacterial overgrowth in both normal volunteers and peptic ulcer patients (Ruddell et al., 1980; Deane et al., 1980). The object of this study was to compare the effects of administration of cimetidine and ranitidine for one week on the bacterial content of gastric juice in normal volunteers.

## METHOD :

### Subjects

Seven healthy male volunteers took part in the study (Table 1). One subject had to be excluded at the start of the study because of failure to obtain a sample of gastric juice. Six of the subjects completed the study. Subject 8 was excluded after the first treatment period for reasons unrelated to the study.

### Drugs

Ranitidine 150 mg tablets (as hydrochloride) (MR 6636).
Cimetidine 200 mg tablets (MR 6636).

### Study Design

The subjects attended the Clinical Pharmacology Unit between 9.00 and 10.00 a.m., after an overnight fast, on the first day of the study. A sterile 14CH gauge naso-gastric tube (Argyle Salem Sump tube - Sherwood Medical Industries) was positioned in the stomach without radiological control. The tube was lubricated with sterile K-Y Jelly to aid insertion. (The use of a local anaesthetic or drinking of water during insertion was not permitted). A sample of gastric juice (10-20 ml) was aspirated. The tube was then removed and the subjects given a light breakfast.

The subjects commenced treatment with either ranitidine 150 mg twice daily (taken with breakfast and at 10.00 pm) or cimetidine 200 mg three times daily with meals and 400 mg at night (10.00 pm) according to a randomisation schedule. The first dose of each treatment was given immediately after collection of the first gastric sample. Seven days later (i.e. 11-12 hours after the final dose) collection of gastric juice samples was repeated as described above.

The subjects received no treatment for the following seven days. The alternate treatment was then administered for seven days and gastric juice samples collected immediately before and after seven days treatment.

No restrictions were placed on the subject's diet or activities during the study. However, they were requested to abstain from alcohol on the days prior to the collection of gastric samples.

## Gastric Juice Samples

The pH of each gastric juice sample was measured with a combined glass electrode and Radiometer PHM 62 pH meter The samples were also titrated against 0.1N sodium hydroxide solution to determine acid concentration using a Radiometer TTT2 autotitration apparatus controlling an ABU 13 autoburette.

Part of each sample was subjected to bacteriological analysis. Details of the handling of the samples are given in Appendix I.

## RESULTS

### Acid Secretion

Subject 2 is an acid hyposecretor. The pH of all four samples collected from this subject, both before and after treatment, was neutral or near neutral (Table 2). In the remaining six subjects the gastric juice pH before drug treatment was, with one exception, less than 2.0. In the majority of subjects, treatment with ranitidine or cimetidine had only a



Confidential Information – Subject to Protective Order

marginal effect on gastric juice pH, although in two of the five subjects it increased to 4.5 following ranitidine treatment. However, the difference in pH values between the ranitidine and cimetidine groups was not statistically significant (see Appendix II).

Bacterial Content of Gastric Juice Samples

The detailed results of the bacteriological analysis are given in Appendix I.

The total bacterial counts are shown in Table 2. All four samples from subject 2 contained large numbers of bacteria, and there was little change after treatment with either ranitidine or cimetidine. In the remaining six subjects who received cimetidine, bacteria were present in small numbers in two of the subjects (6 and 8) following treatment. In the five subjects who received ranitidine, bacteria were present in one subject (5) both before and after treatment, in one subject (7) before treatment only, and in two subjects (1 and 6) after treatment. Because of the small number of subjects it is not possible to arrive at any conclusions regarding the statistical significance of any differences between the two groups.

Figure 1 shows the relationship between pH and total bacterial count of the gastric juice sample and Figure 2 the relationship between change in pH and change in total bacterial count after treatment. Because of the small number of subjects and the possible bias introduced by including subject 2, it is difficult to draw any meaningful conclusions. There was a tendency for bacterial content to increase with increasing pH, however the scatter of points is wide and, apart from subject 2, only one subject (1) on ranitidine showed an increase in bacterial content that might be regarded as significant.

The majority of the organisms isolated were common commensals of the respiratory tract and oral cavities. However, three strains of enterococci, two of Streptococcus durans and one of Streptococcus faecalis, were isolated only from post-treatment samples. These were in two subjects after treatment with cimetidine and in one subject after treatment with ranitidine.

D1061/B06

## Side-effects

Four of the seven subjects complained of side-effects (Table 3). Subject 4 experienced side-effects on both ranitidine and cimetidine. Three subjects complained of side-effects with cimetidine, although one of these three did not receive ranitidine. Side-effects reported were loss of appetite, increased appetite and flatulence.

## DISCUSSION

Because of the small number of subjects in this study it is difficult to draw firm conclusions from the results. Bacteria were present in the post-treatment sample but not in the pre-treatment sample in only two of the five subjects receiving ranitidine and two of the six subjects receiving cimetidine. In the remaining subjects bacteria were either present in both samples, absent in both samples or, in one subject, decreased after treatment. Thus, it might be concluded that an increase in gastric juice bacterial content occurs only in a small proportion of normal subjects following treatment with either ranitidine or cimetidine. There does not appear to be any differences between the two treatments.

Ruddell et al (1980) reported a significant increase in total bacterial counts from 1.8 $\pm$ 0.5 $\log_{10}$ to 4.6 $\pm$ 0.5 $\log_{10}$ organisms/ml in 31 peptic ulcer patients after four weeks treatment with cimetidine. They found a highly significant correlation between change in pH and change in total bacterial count after cimetidine, i.e. the greater the increase in pH the greater the increase in total bacterial count. Deane et al (1980) reported similar overgrowth in 6 normal volunteers and 9 duodenal ulcer patients after two months treatment with cimetidine. Bacterial overgrowth only occurred if the pH equalled or exceeded 4. The median pH in these two studies increased from 2.6 to 6.0 and 1.0 to 6.0 respectively. Post-treatment samples in the Ruddell study were collected 3 to 4 hours after the final dose of cimetidine. The time of sampling in the Deane study is not stated. However, the median pH of 6.0 suggests that sampling was carried out within a few hours of dosing.



Confidential Information – Subject to Protective Order 

The minor increase in post-treatment pH seen in this study was related to the fact that sampling was carried out between 11 and 12 hours after the final dose of ranitidine and cimetidine. In addition, this could explain the failure to find significant bacterial overgrowth in most of the subjects.

The major determinant of gastric bacterial flora in man is intragastric pH (Giannella et al., 1973). Normal gastric juice, with a pH of less than 4.0, is bactericidal. Thus, bacteria introduced into the intact normal stomach are killed in less than 15 minutes at a pH of less than 3.0 but remain viable in the achlorhydric stomach for at least one hour (Giannella et al., 1972). The bacterial content of gastric juice samples collected from fasting subjects is related to the pH of the sample (Franklin and Skoryna, 1966). Gastric juice from 'healthy' subjects is generally sterile or contains a small number of organisms since the pH is generally less than 2.0. In patients with conditions associated with hyposecretion, e.g. gastric ulcer and gastric carcinoma, bacterial counts tend to be high (Gatehouse et al., 1978).

Thus the most important factor determining the bacterial content of gastric juice is intragastric pH. It is not unexpected therefore that agents causing an increase in gastric pH should also cause an increase in gastric bacterial content. Bacterial overgrowth has been shown to occur some 3-4 hours after the final dose of one months treatment with cimetidine (Ruddell et al, 1980). In this study a similar dramatic effect was not demonstrated. Although the subjects were treated for only one week, this difference seems unlikely to be due to differences in duration of treatment. A more likely explanation is in the time of sampling in relation to the final dose of ranitidine or cimetidine. Samples in this study were collected 11-12 hours after dosing when the gastric pH had returned to normal. The results might suggest that even if bacterial overgrowth does occur 3-4 hours after dosing, most of these bacteria are rapidly killed when the pH subsequently falls. Thus the gastric bacterial content of subjects on $H_2$-antagonists probably fluctuates throughout the day depending on changes in pH.



Confidential Information – Subject to Protective Order

These factors may have a considerable bearing on the design of studies investigating the effects of drug treatment on gastric bacterial flora. Firstly, since bacterial content is pH dependant, the time of sampling in relation to the time of dosing must be carefully controlled. Multiple sampling at different times after dosing may be required.

Secondly, under normal conditions bacteria are present in the stomach for 60 minutes after a meal (Drasar et al., 1969). Following the administration of an $H_2$-antagonist, these organisms may persist for a longer period. Gastric juice samples are usually collected in the fasting state. However, Ruddell et al (1980) do not state whether the final cimetidine dose was administered with or without breakfast.

Thirdly, the duration of treatment may influence the results. However, in a 24 hour sampling study in patients, changes in gastric bacterial flora followed spontaneous fluctuations in gastric pH with a lag period of 1 to 2 hours. Thus, a short treatment period of only a few days may produce identical results to those seen with a treatment period of weeks.

In conclusion, administration of cimetidine or ranitidine for one week to healthy volunteers did not produce consistent bacterial overgrowth when samples were collected between 11 and 12 hours after dosing. This failure to demonstrate marked bacterial overgrowth reported by other workers is probably a reflection of the different study designs used. It may also suggest that the bacterial content of gastric juice in subjects receiving cimetidine or ranitidine fluctuates according to pH levels and is not continuously elevated provided that the pH is less than 3 to 4 at some time during the 24 hour period.



Confidential Information – Subject to Protective Order 

D1061/B10

TABLE 1 Subject details

| Subject number | Volunteer number | Age (years) | Weight (kg) | Treatment sequence |
|---|---|---|---|---|
| 1 | 1019 | 29 | 66.5 | cimetidine, ranitidine |
| 2 | 1402 | 33 | 91.6 | ranitidine, cimetidine |
| 4 | 1306 | 29 | 68.5 | ranitidine, cimetidine |
| 5 | 1307 | 26 | 83.6 | cimetidine, ranitidine |
| 6 | 1505 | 44 | 71.3 | ranitidine, cimetidine |
| 7 | 1109 | 23 | 71.6 | cimetidine,,ranitidine |
| 8 | 1314 | 25 | 83.4 | cimetidine |

Confidential Information – Subject to Protective Order

D1061/B11

TABLE 2 pH, acid concentration (mEq $H^+$/ml) and total bacterial count (units/ml) in gastric juice samples

| Subject | Ranitidine | | | | | | Cimetidine | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pretreatment | | | Post treatment | | | Pretreatment | | | Post treatment | | |
| | pH | Acid | Bact | pH | Acid | Bact | pH | Acid | Bact | pH | Acid | Bact |
| 1 | 1.49 | 50.3 | 0 | 4.45 | 15.2 | $4x10^6$ | 1.19 | 84.7 | 0 | 1.46 | 48.9 | 0 |
| 2 | 7.44 | 0 | $2x10^6$ | 7.33 | 0 | $5x10^6$ | 5.16 | 7.5 | $1.6x10^4$ | 7.04 | 0 | $9.7x10^6$ |
| 4 | 2.68 | 14.3 | 0 | 4.74 | 12.2 | 0 | 1.59 | 36.2 | 0 | 1.66 | 31.7 | 0 |
| 5 | 1.93 | 30.0 | $2.4x10^2$ | 1.82 | 35.3 | $2.1x10^3$ | 1.43 | 54.5 | 0 | 1.82 | 43.0 | 0 |
| 6 | 1.18 | 80.3 | 0 | 2.02 | 34.8 | $2x10^2$ | 1.07 | 86.9 | 0 | 1.04 | 105.0 | $1.1x10^3$ |
| 7 | 1.20 | 81.0 | $6x10^2$ | 1.15 | 81.3 | 0 | 1.29 | 75.7 | 0 | 2.33 | 23.7 | 0 |
| 8 | - | - | - | - | - | - | 1.38 | 62.5 | 0 | 1.38 | 68.1 | $4x10^2$ |



GSKZNDAA0000066977

D1061/B12

TABLE 3 Side-effects

| Subject | Ranitidine | Cimetidine |
|---|---|---|
| 1 | None | None |
| 2 | None | None |
| 4 | 'Very hungry feeling' | 'Feeling hungry all week' |
| 5 | None | First few days - flatulence after meals |
| 6 | None | Loss of appetite first couple of days, then very hungry last two days |
| 7 | None | None |
| 8 | - | 'Not felt hungry or enjoyed eating all week.' |

200 099

D1069/A19

## APPENDIX 1

## BACTERIOLOGY RESULTS

The microbial flora of gastric juice from normal volunteers has been assessed before and after one week's treatment with ranitidine and cimetidine in a randomised cross-over study. The treatment periods were separated by a treatment-free interval of seven days (see Protocol CP:42:80).

### MATERIALS AND METHODS

### VOLUNTEERS

Eight volunteers, were entered into the study. Gastric juice could not be obtained from one (volunteer 3), who was removed from the investigation. Another (volunteer 8) was removed before the second treatment period due to an arm infection. Details of the volunteers and treatments are given in Table 1.

Gastric juice samples were obtained as described in the protocol. 1 ml aliquots of the samples were 'snap' frozen on dry-ice neat or diluted in 4 ml Brain Heart Infusion broth (Oxoid) containing 10% glycerol, and subsequently stored at -20°C, for later investigation if required. The remainder was kept at room temperature.

The approximate pH of the gastric juice was measured using wide range pH-papers, and the appearance and volume noted. 0.1 ml aliquots of the neat samples and suitable dilutions in phosphate buffer pH 7.0 were spread over the surface of a range of culture media. The agar plates were incubated at the temperatures and under the conditions detailed in Table 2. An anaerobic atmosphere of hydrogen and carbon dioxide was produced using the 'GasPak' system (BBL); carbon dioxide-enriched conditions were obtained using 'candle jars'. Dilution of the samples in buffer was dependent upon the pH of the gastric juice; highly acid samples, with pH 1 to 3, were diluted by $10^{-1}$ and $10^{-2}$, while samples with pH > 3 were also examined at $10^{-3}$ and $10^{-4}$ dilutions.

200 100

The agar plates were examined after 24, 48 and 72 hours incubation at 37°C, and after 1 week at 27°C. Total and differential microbial counts were estimated. Identification of the strains was made using 'API' identification systems, or by the conventional techniques described by Cowan and Steele ('Identification of Medical Bacteria' - Cambridge University Press).

## RESULTS

Descriptions and pH values of the samples are shown in Tables 3A-D; bacteriological assessments, with total and differential microbial counts and identification of the strains, are detailed in Tables 4A-D and Tables 5A and B. The microbial content of the gastric juice appeared to be related to the pH of the samples. Organisms were isolated in greater numbers from specimens with an elevated pH (5 samples), whereas under acid conditions they were either not isolated (15 samples) or were present in significantly lower numbers (6 samples). The range of genera present was also greater in the former specimens.

Bacteria were found to be consistently present in significant numbers in the gastric juice of volunteer 2 before and after both treatments. The pH of the gastric juice from this volunteer was correspondingly high (range approximately 4 - 7.44). A decrease in the microbial count in the pre-treatment sample taken 9.12.80. can be correlated with a slight fall in the pH, although there was no significant alteration in the types of bacteria isolated. In comparison, no microbes were isolated from the samples of volunteer 4, whose gastric juice pH was significantly lower (range approximately 1 or 2 - 4.74).

In four instances microbes were isolated only from the post-treatment samples. Bacteria were found in significant numbers from volunteer 1 after treatment with ranitidine, and this was associated with a large increase in the gastric juice pH. Smaller numbers of organisms were isolated from volunteer 8 after treatment with cimetidine, and from volunteer 6 after treatment with both compounds. In these cases the change in gastric juice pH was nil or very small.

The bacterial strains isolated were identified as belonging to six genera; three isolates, with similar properties, remain unidentified, but have characteristics resembling a species of _Haemophilus_. Species of streptococci were the most frequently encountered followed by coryneforms and micrococci. A yeast, _Candida albicans_, was isolated from volunteer 6 after both treatment periods. The majority of the isolates are common commensals of the respiratory tract and oral cavities. Three strains of enterococci, two of _Streptococcus durans_ and one of _St. faecalis_, were found in relatively small numbers. Two strains of _Proteus mirabilis_, an enteric organism, were also found, but in very low numbers. Approximately 50% of the isolates were capable of reducing nitrates to nitrites.



Confidential Information – Subject to Protective Order

D1069/A22

Table 1. Details of Volunteers and Treatments

| Volunteer Number | Study Number | Treatment & Duration | |
|---|---|---|---|
| | | 25.11.80. - 2.12.80. | 9.12.80. - 16.12.80 |
| 1019 | 1 | cimetidine | ranitidine |
| 1402 | 2 | ranitidine | cimetidine |
| 1410 | 3 | ranitidine[1] | cimetidine |
| 1306 | 4 | ranitidine | cimetidine |
| 1307 | 5 | cimetidine | ranitidine |
| 1505 | 6 | ranitidine | cimetidine |
| 1109 | 7 | cimetidine | ranitidine |
| 1314 | 8 | cimetidine | ranitidine[2] |

1. Unable to obtain gastric juice sample; removed from study.
2. Volunteer receiving antibiotics for infected arm- removed from study.



Confidential Information – Subject to Protective Order

D1069/A23

Table 2 Bacteriological Culture Media

| Medium | Temperature | Atmosphere |
|---|---|---|
| Blood agar (nutrient agar containing 5% whole horse blood) | 37°C | Aerobic<br>Anaerobic<br>$CO_2$-enriched |
| Cysteine Lactose Electrolyte Deficient medium | 37°C | Aerobic |
| Edwards medium supplemented with 5% whole horse blood | 37°C | Aerobic<br>$CO_2$-enriched |
| Eosin Methylene Blue agar | 37°C | Aerobic |
| Kanamycin Aesculin agar | 37°C | Aerobic |
| MacConkey agar | 37°C | Aerobic |
| Sabourauds Dextrose agar | 27°C | Aerobic |
| Tomato Juice Agar supplemented 0.1% lactic acid | 37°C | Aerobic<br>Anaerobic |



Confidential Information – Subject to Protective Order

D1069/A24

Table 3A. Details of Gastric Juice Samples
Sampling Date 25.11.80 (pre-dose)

| Subject Number | Gastric Juice | | |
|---|---|---|---|
| | pH* | Estimated Volume of Sample (ml) | Description of Sample |
| 1 | 1.29 (1) | 12 | opalescent liquid with small particles |
| 2 | 7.44 (6) | 25 | slightly turbid liquid with few small particles and mucus |
| 3 | no sample | - | - |
| 4 | 2.68 (2-3) | 17 | fluorescent green, turbid liquid with few particles and mucus |
| 5 | 1.43 (1) | 12 | slightly turbid liquid with mucus |
| 6 | 1.18 (1) | 10 | pale yellow/green liquid with small particles |
| 7 | 1.29 (1) | 3 | slightly turbid liquid with mucus |
| 8 | 1.38 (1) | 17 | pale yellow/green liquid with mucus |

* figures in brackets are estimated pH values using pH-papers



Confidential Information – Subject to Protective Order GSKZNDAA0000066984

D1069/A25

Table 3B Details of Gastric Juice Samples
Sampling Date: 2.12.80.

| Subject Number | Gastric Juice | | |
|---|---|---|---|
| | pH* | Estimated Volume of Sample (ml) | Description of Sample |
| 1 | 1.46 (1) | 3 | slightly turbid liquid with small particles |
| 2 | 7.33 (7) | 12 | slightly turbid liquid with few particles and mucus |
| 3 | no sample | - | - |
| 4 | 4.74 (3 | 12 | slightly turbid liquid with particles and mucus |
| 5 | 1.81 (1) | 17 | turbid, pale yellow/green liquid with mucus |
| 6 | 2.02 (2) | 3 | turbid liquid with particles |
| 7 | 2.33 (2) | 8 | slightly turbid liquid with particles and mucus |
| 8 | 1.38 (1) | 15 | turbid yellow liquid with particles and mucus |

* figures in brackets are estimated pH values using pH-papers



Confidential Information – Subject to Protective Order 

D1069/A26

Table 3C Details of Gastric Juice Samples
Sampling Date: 9.12.80. (pre-dose)

| Subject Number | Gastric Juice | | |
|---|---|---|---|
| | pH* | Estimated Volume of Sample (ml) | Description of Sample |
| 1 | (1-2) | 20 | opalescent liquid with particles and mucus |
| 2 | (4) | 10 | opalescent liquid with particles and mucus |
| 3 | no sample | - | - |
| 4 | (1-2) | 12 | opalescent liquid with particles and mucus |
| 5 | (2) | 12 | turbid liquid with many particles and mucus |
| 6 | (1-2) | 20 | slightly turbid, colourless liquid with particles and mucus |
| 7 | (1-2) | 17 | colourless liquid with particles and mucus |
| 8 | no sample | - | - |

* figures in brackets are estimated pH values using pH-papers

200 107

D1069/A27

Table 3D Details of Gastric Juice Samples
Sampling Date: 16.12.80.

| Subject Number | Gastric Juice | | |
|---|---|---|---|
| | pH* | Estimated Volume of Sample (ml) | Description of Sample |
| 1 | (5) | 3 | viscous liquid with particles, saliva and mucus |
| 2 | (6-7) | 10 | opalescent liquid with fine particles, saliva and mucus |
| 3 | no sample | - | - |
| 4 | (1-2) | 12 | yellow/green liquid with few particles and mucus |
| 5 | (1-2) | 10 | turbid yellow liquid with mucus |
| 6 | (1-2) | 20 | slightly turbid liquid with few particles and mucus |
| 7 | (1-2) | 10 | slightly turbid liquid with mucus |
| 8 | no sample | - | - |

* figures in brackets are estimated pH values using pH-papers

200 108

D1069/A28

Table 4A Gastric Juice Bacteriology
Sampling Date: 25.11.80. (pre-dose)

| Subject Number | Microbial Isolates | | | Total Microbial Count (organisms/ml) |
|---|---|---|---|---|
| | Isolate Number | Identification | Differential Count (organisms/ml) | |
| 1 | - | none isolated | - | - |
| 2 | 1. | *Micrococcus sp.*[1] | $1.4 \times 10^5$ | |
| | 2. | *Neisseria sp.*[2] | $1 \times 10^5$ | |
| | 3. | *Corynebacterium sp.* | $1 \times 10_6$ | $2 \times 10^6$ |
| | 4. | *Streptococcus salivarius* | $4.3 \times 10^5$ | |
| | 5. | not identified[3] | $3.5 \times 10^4$ | |
| 4 | - | none isolated | - | - |
| 5 | - | none isolated | - | - |
| 6 | - | none isolated | - | - |
| 7 | - | none isolated | - | - |
| 8 | - | none isolated | - | - |

1. tentative species identification : *Micrococcus flavus*

2. tentative species identification : *Neisseria pharyngis*

3. strongly haemolytic, gram negative, pleomorphic, cocco-bacillus; possibly a species of *Haemophilus*

200 109

D1069/A29

Table 4B Gastric Juice Bacteriology
Sampling Date: 2.12.80

| Subject Number | Microbial Isolates | | | Total Microbial Count (organisms/ml) |
|---|---|---|---|---|
| | Isolate Number | Identification | Differential Count (organisms/ml) | |
| 1 | - | none isolated | - | - |
| 2 | 1 | Micrococcus sp.[1] | $4.9 \times 10^5$ | |
| | 2 | Neisseria sp. | $3.8 \times 10^5$ | |
| | 3 | Corynebacterium sp. | $1.6 \times 10^6$ | $5 \times 10^6$ |
| | 4 | Streptococcus salivarius | $2.5 \times 10^6$ | |
| | 5 | not identified[2] | $6.3 \times 10^4$ | |
| 4 | - | none isolated | - | - |
| 5 | - | none isolated | - | - |
| 6 | 1 | Candida albicans | $2 \times 10^2$ | $2 \times 10^2$ |
| 7 | - | none isolated | - | - |
| 8 | 1 | Streptococcus durans | $4 \times 10^2$ | $4 \times 10^2$ |

1. tentative species identification: Micrococcus flavus

2. strongly haemolytic, gram negative, pleomorphic cocco-bacillus, similar to isolate 5 of 25.11.80. from this volunteer; possibly a species of Haemophilus.

200 110

D1069/A30

Table 4C Gastric Juice Bacteriology
Sampling Date: 9.12.80 (pre-dose)

| Subject Number | Microbial Isolates | | | Total Microbial Count (organisms/ml) |
|---|---|---|---|---|
| | Isolate Number | Identification | Differential Count (organisms/ml) | |
| 1 | - | none isolated | - | - |
| 2 | 1 | Micrococcus sp. A | 2.5 x $10^2$ | |
| | 2 | Micrococcus sp. B | 2.8 x $10^3$ | |
| | 3 | Corynebacterium sp. | 5.8 x $10^3$ | 1.6 x $10^4$ |
| | 4 | Streptococcus sanguis I | 4 x $10^2$ | |
| | 5 | Streptococcus salivarius | 6.6 x $10^3$ | |
| 4 | - | none isolated | - | - |
| 5 | 1 | Staphylococcus (epidermidis) | < $10^2$ | |
| | 2 | Streptococcus sanguis II | 2.3 x $10^2$ | 2.4 x $10^2$ |
| 6 | - | none isolated | - | - |
| 7 | 1 | Corynebacterium sp. | 4 x $10^2$ | |
| | 2 | Streptococcus milleri | 2 x $10^2$ | 6 x $10^2$ |

1. tentative species identification : Micrococcus flavus

200 111

D1069/B01

Table 4D Gastric Juice Bacteriology
Sampling Date: 16.12.80

| Subject Number | Microbial Isolates: Isolate Number | Microbial Isolates: Identification | Microbial Isolates: Differential Count (organisms/ml) | Total Microbial Count (organisms/ml) |
|---|---|---|---|---|
| 1 | 1 | Neisseria sp. | $7.2 \times 10^5$ | |
| | 2 | Corynebacterium sp. A | $7 \times 10^4$ | |
| | 3 | Corynebacterium sp. B | $2.6 \times 10^6$ | $4 \times 10^6$ |
| | 4 | Streptococcus salivarius | $4 \times 10^5$ | |
| | 5 | Proteus mirabilis | $\leqslant 10^2$ | |
| 2 | 1 | Micrococcus sp. | $1.3 \times 10^6$ | |
| | 2 | Corynebacterium sp. | $5.6 \times 10^6$ | |
| | 3 | Streptococcus salivarius | $1.3 \times 10^6$ | $9.7 \times 10^6$ |
| | 4 | not identified[1] | $7 \times 10^4$ | |
| | 5 | Proteus mirabilis | $\leqslant 10^2$ | |
| 4 | - | none isolated | - | - |
| 5 | 1 | Streptococcus sanguis | $1 \times 10^3$ | $2.1 \times 10^3$ |
| | 2 | Streptococcus durans | $1.1 \times 10^3$ | |
| 6 | 1 | Candida albicans | $1 \times 10^2$ | $1.1 \times 10^3$ |
| | 2 | Streptococcus faecalis | $1 \times 10^3$ | |
| 7 | - | none isolated | - | - |

1. moderately β-haemolytic, gram negative bacillus, similar to isolates 5 of 25.11.80. and 2.12.80; possibly a species of Haemophilus.

200 112

D1069/B02

Table 5A Identification of Bacterial Isolates Using 'API' Systems

| Subject Number | Sampling Date | Isolate Number | API System Used for Identification | API Profile | Identification |
|---|---|---|---|---|---|
| 2 | 25.11.80 | 4 | API Strep | 0642 | Streptococcus salivarius |
| 2 | 2.12.80 | 4 | API Strep | 0642 | Streptococcus salivarius |
| 6 | 2.12.80 | 1 | API 20C | 2576170 | Candida albicans[1] |
| 8 | 2.12.80 | 1 | API Strep | 6050 | Streptococcus durans |
| 2 | 9.12.80 | 4 | API Strep | 2242 | Streptococcus sanguis I |
| 2 | 9.12.80 | 5 | API Strep | 0662 | Streptococcus salivarius |
| 5 | 9.12.80 | 1 | API Staph | 6606110 | Staphylococcus epidermidis |
| 5 | 9.12.80 | 2 | API Strep | 2202 | Streptococcus sanguis II |
| 7 | 9.12.80 | 2 | API Strep | 2640 | Streptococcus milleri |
| 1 | 16.12.80 | 4 | API Strep | $06^4/_62$ | Streptococcus salivarius |
| 1 | 16.12.80 | 5 | API 20E | 0536000 | Proteus mirabilis |
| 2 | 16.12.80 | 3 | API Strep | 0662 | Streptococcus salivarius |
| 2 | 16.12.80 | 5 | API 20E | $0^5/_736000$ | Proteus mirabilis |
| 5 | 16.12.80 | 1 | API Strep | 2240 | Streptococcus sanguis |
| 5 | 16.12.80 | 2 | API Strep | 0050 | Streptococcus durans |
| 6 | 16.12.80 | 1 | API 20C | $214^4/_5170$ | Candida albicans[1] |
| 6 | 16.12.80 | 2 | API Strep | 0071 | Streptococcus faecalis |

1. Confirmed by production of germ tubes on 0.1% glucose agar at 37°C

200 113

Confidential Information – Subject to Protective Order

Table 5b Identification of Bacterial Isolates by Conventional Tests

| Subject Number | Sampling Date | Isolate Number | Gram Reaction | Cell Shape* | Other Tests/Comments/ | Identification |
|---|---|---|---|---|---|---|
| 2 | 25.11.80 | 1 | + | C | O-F test negative; cells in pairs, tetrads | Micrococcus sp. (possibly M. flavus)[1] |
| 2 | 25.11.80 | 2 | - | C | | Neisseria sp. (possibly N. pharyngis)[1] |
| 2 | 25.11.80 | 3 | + | B | typical coryne-form;.cells in 'palisades' α-haemolytic | Corynebacterium sp. |
| 2 | 25.11.80 | 5 | - | C/B(P) | tiny colonies, strongly β-haemolytic; facultative anaerobe | (Haemophilus sp.?) |
| 2 | 2.12.80 | 1 | + | C | O-F test negative; cells in pairs, tetrads | Micrococcus sp. (possibly M. flavus)[1] |
| 2 | 2.12.80 | 2 | - | C | some cells Gram variable | Neisseria sp. (possibly N. pharyngis)[1] |
| 2 | 2.12.80 | 3 | + | B | typical coryne-form; cells in 'palisades'; colonies α-haemolytic | Corynebacterium sp. |
| 2 | 2.12.80 | 5 | - | C/B(P) | tiny colonies, strongly β-haemolytic; facultative anaerobe | (Haemophilus sp.?) |
| 2 | 9.12.80 | 1 | + | C | O-F test negative | Micrococcus sp. (possibly M. flavus) |
| 2 | 9.12.80 | 2 | + | C | O-F test negative | Micrococcus sp. |
| 2 | 9.12.80 | 3 | + | B | typical coryne-form; cells in 'palisades'; colonies α-haemolytic | Corynebacterium sp. |
| 7 | 9.12.80 | 1 | + | B | coryne-form; some 'palisading'; colonies α-haemolytic | Corynebacterium sp. |
| 1 | 16.12.80 | 1 | - | C | some cells Gram variable. cells small | Neisseria sp. |
| 1 | 16.12.80 | 2 | + | B(P) | coryne-form; cells in 'palisades'; colonies α-haemolytic | Corynebacterium sp. |
| 1 | 16.12.80 | 3 | + | B | coryne-form; α-haemolytic | Corynebacterium sp. |
| 2 | 16.12.80 | 1 | + | C | O-F test negative | Micrococcus sp. |
| 2 | 16.12.80 | 2 | + | B | typical coryne-form; cells in 'palisades'; colonies α-haemolytic | Corynebacterium sp. |
| 2 | 16.12.80 | 4 | - | C/B(P) | tiny, β-haemolytic colonies; facultative anaerobe | (Haemophilus sp.?) |

* cell shape: C = coccus C/B = cocco-bacillus B = bacillus (P) = pleomorphic 1.species identification suggested by colonial morphology

200 114

D1069/B05

# APPENDIX II

## STATISTICAL ANALYSIS

## COMPARISON OF EFFECTS OF RANITIDINE AND CIMETIDINE ON GASTRIC BACTERIAL FLORA - PROTOCOL CP:42:80

### INTRODUCTION

Samples of gastric juice were obtained from each of six subjects at the beginning and end of each period of treatment. The treatment periods were seven days long and separated by a treatment-free interval of seven days. Another subject did not have a second treatment period and his data are ignored in the analysis.

It was originally intended to study eight subjects, and it is not possible to reach any useful statistical conclusions from only six who finished the trial.

### RESULTS

i) pH

| Sequence | Subject Number | Pre-dose | Period 1 | Pre-dose | Period 2 |
|---|---|---|---|---|---|
| Cimetidine Ranitidine | 1 | 1.19 | 1.46 | 1.49 | 4.45 |
| | 5 | 1.43 | 1.82 | 1.93 | 1.82 |
| | 7 | 1.29 | 2.33 | 1.20 | 1.15 |
| | Mean | 1.30 | 1.87 | 1.54 | 2.47 |
| Ranitidine Cimetidine | 2 | 7.44 | 7.33 | 5.16 | 7.04 |
| | 4 | 2.68 | 4.74 | 1.59 | 1.66 |
| | 6 | 1.18 | 2.02 | 1.07 | 1.04 |
| | Mean | 3.77 | 4.70 | 2.61 | 3.25 |

200 115

D1069/B06

The differences in the pre-dose values provide a test for unequal residual effects. The mean difference in residual effects is estimated by:-

$$(1.54 - 1.30) - (2.61 - 3.77) = 1.40 \pm 0.65$$

This is not significantly different from zero ($.05 < P < .10$).

The further analysis can be based on either:-

a) post-treatment responses

or b) post-treatment - pre-treatment differences

The use of (b) is rather more cautious, being less subject to bias than (a) although adding extra variability because of the baseline measurements. (b) has been used and the following table shows the increases in pH in each treatment period.

| Sequence | Subject Number | Period 1 | Period 2 |
|---|---|---|---|
| Cimetidine Ranitidine | 1 | 0.27 | 2.96 |
| | 5 | 0.39 | -0.11 |
| | 7 | 1.04 | - 0.05 |
| | Mean | 0.57 | 0.93 |
| Ranitidine Cimetidine | 2 | -0.11 | 1.88 |
| | 4 | 2.06 | 0.07 |
| | 6 | 0.84 | -0.03 |
| | Mean | 0.93 | 0.64 |

200 116

D1069/B07

The mean ranitidine - cimetidine difference with 95% confidence limits is:-

0.33 (-1.99, 2.64)

which is far from significant.

There is no evidence that the difference between treatments depends on the period of observation.

ii) Total bacterial count

| Sequence | Subject Number | Pre-dose | Period 1 | Pre-dose | Period 2 |
|---|---|---|---|---|---|
| Cimetidine Ranitidine | 1 | 0 | 0 | 0 | $4 \times 10^6$ |
| | 5 | 0 | 0 | $2.4 \times 10^2$ | $2.1 \times 10^3$ |
| | 7 | 0 | 0 | $6 \times 10^2$ | 0 |
| Ranitidine Cimetidine | 2 | $2 \times 10^6$ | $5 \times 10^6$ | $1.6 \times 10^4$ | $9.7 \times 10^6$ |
| | 4 | 0 | 0 | 0 | 0 |
| | 6 | 0 | $2 \times 10^2$ | 0 | $1.1 \times 10^3$ |

It would be unreasonable to do parametric tests of significance (i.e. t-tests) on these data because of the excess of zero values. Unfortunately, with only three subjects per sequence group, the analogous non-parametric tests (Wilcoxon rank sum tests) cannot achieve a significance probability of less than 0.10.

The following table shows the baseline - corrected, Period 1 - Period 2 differences in each group. Differences are given to one significant figure.



Confidential Information – Subject to Protective Order

D1069/B08

| Sequence | Subject Number | Difference | Rank |
|---|---|---|---|
| Cimetidine Ranitidine | 1<br>5<br>7 | $-4 \times 10^6$<br>$-2 \times 10^3$<br>$6 \times 10^2$ | 2<br>3<br>6 |
| Ranitidine Cimetidine | 2<br>4<br>6 | $-7 \times 10^6$<br>0<br>$-9 \times 10^2$ | 1<br>5<br>4 |

In the absence of a difference in treatment effects, the sets of values in the two sequence groups will not differ systematically as they would then both reflect a common period effect. As mentioned above, even if the ranks in the two groups had been (1, 2, 3) and (4, 5, 6) this would only imply P =0.10.



Confidential Information – Subject to Protective Order

D1061/B09

## REFERENCES

Deane, S., Youngs, D., Poxon, V., Keighley, M.R.B., Alexander-Williams, J. and Burdon, D.W. (1980).
Cimetidine and gastric microflora. Brit. J. Surg., 67, 371.

Drasar, B.S., Shiner, M. and McLeod, G.M. (1969).
Studies on the intestinal flora. I. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. Gastroenterology, 56, 71-79.

Franklin, M.A. and Skoryna, S.C. (1966).
Studies on natural gastric flora. 1. Bacterial flora of fasting human subjects. Can. Med. Assoc. J., 95, 1349-1355.

Gatehouse, D., Dimock, F., Burdon, D.W., Alexander-Williams, J. and Keighley, M.R.B. (1978).
Prediction of wound sepsis following gastric operations. Br. J. Surg., 65, 551-554.

Giannella, R.A., Broitman, S.A. and Zamcheck, N. (1972).
Gastric acid barrier to ingested microorganisms in man : studies in vivo and in vitro. Gut, 13, 251-156.

Giannella, R.A., Broitman, S.A. and Zamcheck, N. (1973).
Influence of gastric acidity on bacterial and parasitic enteric infections. Ann. Int. Med., 78, 271-276.

Ruddell, W.S.J., Axon, A.T.R., Findlay J.M., Bartholomew, B.A., and Hill, M.J. (1980).
Effect of cimetidine on the gastric bacterial flora. Lancet, 1, 672-674.



Confidential Information – Subject to Protective Order 

200 120

# INTERACTION OF RANITIDINE WITH OTHER DRUGS



Confidential Information – Subject to Protective Order

# INTERACTION OF RANITIDINE WITH OTHER DRUGS

## CONTENTS


| | | Page |
|---|---|---|
| Summary | | 200 123 |
| Introduction | | 200 124 |
| Study 1 | Breckenridge, A.M. and Serlin, M.J. Investigation of a possible interaction between ranitidine and Warfarin. | 200 127 |
| Study 2 | Walt, R. Investigation of a possible interaction between ranitidine and diazepam. | 200 137 |
| Published papers | | |
| | Henry, D.A. et al Cimetidine and ranitidine - comparison of effects on hepatic drug metabolism. Br.Med.J. 2 775-7 (1980) | 200 145 |
| | Staiger, C. et al. Influence of ranitidine on antipyrine pharmacokinetics in healthy volunteers Dig. Dis. & Sciences 25 11 (1980) | 200 149 |




Confidential Information – Subject to Protective Order

D6539/B3

# STUDIES TO DETERMINE WHETHER RANITIDINE INTERACTS WITH OTHER DRUGS

## SUMMARY


1. In view of the drug interactions that have been reported to occur with cimetidine, studies have been undertaken to investigate whether ranitidine interacts with other drugs.

2. Biochemical studies have shown that, unlike cimetidine, ranitidine does not have an affinity for cytochrome P450-linked hepatic mixed function oxidase system. Ranitidine is therefore unlikely to impair the metabolism of drugs degraded by this enzymatic pathway.

3. Experiments in animals have confirmed that ranitidine does not impair the metabolism of warfarin and pentobarbitone.

4. In man, ranitidine treatment has been shown not to impair the metabolism of warfarin, antipyrine, aminopyrine and diazepam.




Confidential Information – Subject to Protective Order

D6539 B04

## DRUG INTERACTIONS

### INTRODUCTION

Drug interactions have important implications in clinical medicine. Some interactions result in prolongation of the effect of a drug which may cause toxicity or other undesirable effects, whilst other interactions reduce drug efficacy. There is evidence that cimetidine interacts with the metabolism of several drugs with the result of reduced clearance of the drug. Cimetidine impairs the metabolism of diazepam (Klotz, Anttila, and Reimann, 1979) and desmethyldiazepam (Klotz and Reimann, 1980) resulting in prolongation of the elimination half-life of the drugs. The metabolism of warfarin is also impaired by cimetidine (Flind, 1978; Serlin, Sibeon, Mossman et al, 1979) so prolonging the hypoprothrombinaemic action of the drug. Cimetidine causes a dose-related inhibition of the metabolism of aminopyrine and caffeine (Desmond et al, 1980).

The drugs with which cimetidine have been shown to interact are metabolised by the hepatic mixed function oxidase system (cytochrome P450-linked), which suggests that cimetidine interacts with this enzyme system. Reudic, Sunjic, Toso, et al (1979) have confirmed that cimetidine interactions with rat hepatic microsomes and Puurumen, Sotaniemi and Peckonen (1980) showed that cimetidine, in vitro, inhibits the hydroxylation of benzo(a)pyrine and coumarin as well as the O deethylation of 7-ethoxy-coumarin by homogenised human liver biopsies. Unlike cimetidine, ranitidine does not have an affinity for the hepatic mixed function oxidase system (Bell, Gower, Martin, Mills and Smith, 1980) and is therefore unlikely to impair the metabolism of other drugs which are degraded by this enzyme system.

Experiments in animals have confirmed that ranitidine does not impair the metabolism of warfarin and pentobarbitone. No pharmacological interaction has been demonstrated between ranitidine and codeine, hexobarbitone, ethylalcohol, chlordiazepoxide, chorpromazine, imipramine, methyldopa, reserpine, apomorphine or leptizol (Animal Pharmacodynamics Section).

Studies in man, reported here confirm that ranitidine, unlike cimetidine does not impair the metabolism of warfarin, antipyrine, aminopyrine and diazepam.



Confidential Information – Subject to Protective Order 

D6539/B6

REFERENCES

Bell, J. A., Gower, A. J., Martin, L. E., Mills, E. N. C. and Smith, W. P. (1980)
Interaction of $H_2$-receptor antagonist with drug metabolising enzymes
Biochem. Soc. Trans. (in press)

Desmond, P. V. et al (1980)
Effect of cimetidine and other antihistamines on the elimination of aminopyrine, phenacetin and cafeine
Life Sciences, 26, (15), 1261-1268

Flind, A. C. (1978)
Cimetidine and oral anticoagulants
British Medical Journal, 2, 1367

Klotz, U., Anttila, V-j, Reimann, I (1979)
Cimetidine/diazepam interactions
Lancet, 2, (8144), 699

Klotz, U., Reimann, I (1980)
Delayed clearance of diazepam due to cimetidine
New England J. Med., 301, (18), 1012-1014

Puurumen, J., Sotaniemi, E. and Peckonen, O. (1980)
Effect of cimetidine on microsomal drug metabolism in man
European J. Clin. Pharmacol., 18, 185-187

Reudic, S., Sunjic, V., Toso, R et al (1979)
Interaction of cimetidine with liver microsomes
Xenbiotica, 9, 555-564

Serlin, M. J., Sibeon, R. G., Mossman, J et al (1979)
Cimetidine: Interaction with oral anticoagulants in man
Lancet, 2, (8138), 317-9

200 126

D1068/A04

## STUDY 1

## INVESTIGATION OF A POSSIBLE INTERACTION BETWEEN RANITIDINE AND WARFARIN

INVESTIGATORS: Professor A M Breckenridge, Dr M J Serlin

ADDRESS: Department of Pharmacology and Therapeutics
University of Liverpool
England

PROTOCOL NO: 20-RAN-109-AJR

200 127

D205/B1


## SUMMARY

1. A study was undertaken in five male volunteers to determine whether any interaction between ranitidine and warfarin occurs.

2. The mean prothrombin time was prolonged by 3.3 seconds following individually titrated doses of warfarin intended to prolong the prothrombin time in individuals by 2-5 seconds.

3. Oral ranitidine (200 mg b.d.) for two weeks did not influence the prothrombin time prolonged by warfarin.

4. Hence, with respect to the hypoprothrombinaemic activity of warfarin it was concluded that there was no interaction between ranitidine and warfarin. In this respect ranitidine appears to differ from cimetidine.




Confidential Information – Subject to Protective Order

## INTRODUCTION

Cimetidine has been demonstrated to potentiate the hypoprothrombinaemic effect of warfarin (Silver & Bell, 1979; Breckenridge, Challiner, Mossman et al., 1979; Wallin, Jacknowitz, Raich, 1979; Hetzel, Birkitt, Miners, 1979; Serlin, Sibeon, Mossman et al,1979) and of nicoumalone and phenindione, (Serlin, Sibeon, Mossman et al., 1979). The present study was undertaken to determine whether a similar interaction occurs during treatment with ranitidine.

## METHOD

The study had the approval of the Ethical Committee of the Mersey Regional Health Authority. Five male volunteers (mean age 32 years, range 27-42 years) took part in the study.

A daily dose of racemic warfarin was determined for each volunteer that would prolong the prothrombin time by 2-5 seconds. Once this dose of warfarin was ascertained it was maintained throughout the study. After two weeks treatment with warfarin, ranitidine (200 mg twice daily), was taken concurrently for two weeks, followed by a final period warfarin alone for two weeks. Warfarin was taken mid-morning following venesection and ranitidine was taken in the morning and evening.

Prothrombin times were measured using the 'Manchester' thromboplastin (National UK Reference Laboratory for Anticoagulant Reagents and Control) Plasma warfarin concentrations were measured by gas-liquid chromatography.

## RESULTS

A dose of 3.4mg warfarin (mean value, range 2.5 - 4.5 mg) prolonged the prothrombin time by a mean of 3.3 seconds. The dose of warfarin for each volunteer is shown in Table 1. The results of prothrombin estimations for individual volunteers are shown in Table 2; the mean values are shown in Table 3 and Figure 1. The mean results at the end of each treatment period are given in Table 4.



Confidential Information – Subject to Protective Order 

D1068/A05

DISCUSSION

In a previous identically designed study, the same investigators demonstrated that oral cimetidine (200 mg, t.d.s., 400 mg nocte) resulted in a significantly prolonged prothrombin time, from 19.4 ± 0.6 seconds to 22.9 ± 1.4 seconds. When cimetidine treatment was discontinued the prothrombin time fell significantly to 18.2 ± 1.1 seconds. Cimetidine produced a significant increase in plasma warfarin concentrations from 0.96 ± 1.11 to 1.76 ± 0.19 µg/ml which reduced to 1.2 ± 0.15 µg/ml when cimetidine was discontinued.

In the present study ranitidine did not significantly alter prothrombin time and there was no significant change in plasma warfarin concentration during the period of ranitidine treatment. The results of this study demonstrate lack of interaction between ranitidine and warfarin.

CONCLUSION

Therapeutic doses of ranitidine did not effect the steady state pharmacodynamics or pharmacokinetics of warfarin in 5 volunteers taking chronic subtherapeutic doses of warfarin.



Confidential Information – Subject to Protective Order

D1068/A06

TABLE I RANITIDINE-WARFARIN INTERACTION STUDY: DETAILS OF VOLUNTEERS

| Patient | | Age (Years) | Sex | Warfarin dose (mg) |
|---|---|---|---|---|
| 1 | Redacted Material | 42 | Male | 4.5 |
| 2 | | 31 | Male | 3 |
| 3 | | 31 | Male | 2.5 |
| 4 | | 27 | Male | 3 |
| 5 | | 28 | Male | 4 |



Confidential Information – Subject to Protective Order

D1068/...

TABLE 2 DAILY PROTHROMBIN TIME (SECS) AND PLASMA WARFARIN CONCENTRATIONS (µg/ml) FOR INDIVIDUAL SUBJECTS DURING STUDY

| Subject | Study Day | 12 | 13 | 14 | 16 | 19 | 22 | 26 | 27 | 28 | 34 | 37 | 40 | 41 | 42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ← Ranitidine 200 mg b.d. → | | | | | | | | | | | |
| 1 | P.T. | 20.6 | 19.9 | 19.4 | 17.1 | 19.9 | 18.3 | 16.9 | 16.6 | 16.1 | 16.9 | 17.4 | 16.8 | 15.6 | 15.1 |
| | Warfarin | 1.28 | 0.96 | 1.12 | 0.94 | 1.05 | 0.90 | 0.17 | 1.18 | 0.94 | 0.69 | 1.00 | 1.12 | 1.21 | 1.25 |
| 2 | P.T. | 17.4 | 16.9 | 18.9 | 17.1 | 18.9 | 18.6 | 16.1 | 15.6 | 16.4 | 15.6 | 16.4 | 16.9 | 18.0 | 17.4 |
| | Warfarin | 0.49 | 0.47 | 0.50 | 0.77 | 0.52 | 0.56 | 0.77 | 0.44 | 0.30 | 0.47 | 0.44 | 0.69 | 0.51 | 0.68 |
| 3 | P.T. | 19.1 | 18.6 | 17.4 | 19.1 | 17.6 | 18.1 | 17.3 | 17.3 | 17.6 | 17.0 | 16.1 | 16.6 | 16.6 | 16.6 |
| | Warfarin | 0.57 | 0.50 | 0.52 | 0.52 | 0.55 | 0.51 | 0.36 | 0.48 | 0.55 | 0.45 | 0.37 | 0.44 | 0.66 | 0.44 |
| 4 | P.T. | 16.6 | 17.9 | 18.4 | 16.9 | 17.6 | 17.5 | 17.1 | 16.6 | 16.6 | 15.8 | 16.1 | 15.6 | 15.9 | 16.3 |
| | Warfarin | 0.42 | 0.39 | 0.37 | 0.21 | 0.35 | 0.34 | 0.32 | 0.36 | 0.45 | 0.36 | 0.45 | 0.47 | 0.35 | 0.23 |
| 5 | P.T. | 16.6 | 17.4 | 17.9 | - | 17.1 | 17.9 | 17.8 | 19.1 | 18.8 | 15.6 | - | 15.4 | 15.4 | 16.4 |
| | Warfarin | 0.53 | 0.61 | 0.48 | - | 0.58 | 0.47 | 0.72 | 0.52 | 0.82 | 0.70 | - | 0.73 | 0.92 | 0.78 |

P.T. = prothrombin time



Confidential Information – Subject to Protective Order
GSKZNDAA0000067012

Confidential Information – Subject to Protective Order

D1068/A09

Table 3 MEAN ± S.E.M. DAILY PROTHROMBIN TIMES AND PLASMA WARFARIN CONCENTRATIONS (µg/ml) DURING STUDY

| Day of Study | 12 | 13 | 14 | 16 | 19 | 22 | 26 | 27 | 28 | 34 | 37 | 40 | 41 | 42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ← Ranitidine 200mg b.d. | | | | | | → | | | | | |
| Prothrombin time (sec.) | 18.1 ± 0.8 | 18.1 ± 0.5 | 18.4 ± 0.4 | 17.5 ± 0.5 | 18.2 ± 0.5 | 18.1 ± 0.2 | 17.0 ± 0.3 | 17.0 ± 0.6 | 17.1 ± 0.5 | 16.2 ± 0.3 | 16.5 ± 0.3 | 16.3 ± 0.3 | 16.3 ± 0.5 | 16.4 ± 0.4 |
| Warfarin concen-tration (µg/ml) | 0.66 ± 0.16 | 0.57 ± 0.11 | 0.60 ± 0.13 | 0.61 ± 0.16 | 0.61 ± 0.12 | 0.56 ± 0.09 | 0.67 ± 0.16 | 0.60 ± 0.15 | 0.60 ± 0.12 | 0.53 ± 0.07 | 0.57 ± 0.15 | 0.69 ± 0.12 | 0.73 ± 0.15 | 0.67 ± 0.17 |

200 133

Confidential Information – Subject to Protective Order

D1068/A07

Table 4 MEAN (+ S.E.M.) PROTHROMBIN TIMES AND PLASMA WARFARIN CONCENTRATIONS (µg/ml) AT END OF EACH TREATMENT PERIOD

| | Control | Warfarin (Days 12-14) | Warfarin + Ranitidine (Days 26-68) | Warfarin (Days 40-42) |
|---|---|---|---|---|
| Prothrombin time (sec.) | 14.9 ± 0.4 | 18.2 ± 0.5 | 17.1 ± 0.4 | 16.3 ± 0.3 |
| Warfarin concentration (µg/ml) | | 0.61 ± 0.13 | 0.62 ± 0.13 | 0.70 ± 0.14 |

Differences between treatment periods not significant



GSKZNDAA0000067014




FIGURE 1 Ranitidine-Warfarin interaction study : mean results of 5 volunteers ± s.e.m.

200 135

D1068/A05A

## REFERENCES


Breckenridge, A.M., Challiner, M., Mossman, S., Park, B.K., Serlin, M.J., Sibeon, R.G., Williams, J.A.B. and Willoughby, J.M.T.(1979)
Cimetidine increases the action of warfarin in man
Brit. J. Clin. Pharmac. 8 392P.

Hetzel, D. Birkett, D. and Miners, J.(1979)
Cimetidine interaction with warfarin
Lancet 2 (8143) 639 1979.

Serlin, M.J., Sibeon, R.G., Mossman, S., Breckenridge, A.M., Williams, J.R.B., Atwood, J.L. Willoughby, J.M.T. (1979)
Cimetidine: interaction with oral anticoagulants.
Lancet 2(8138) 317-9 (1979).

Silver, B.A. & Bell, W.R. (1979)
Cimetidine potentiation of hypoprothrombilemia effect of warfarin.
Ann. Intern. Med. 90 (37 348-9) 1979

Wallin, B.A., Jacknowitz, A., Raich, P.C. (1979)
Cimetidine and effect of warfarin.
Ann. Intern. Med. 90 993-




Confidential Information – Subject to Protective Order GSKZNDAA0000067016

D1109/A2

STUDY 2

INVESTIGATION OF A POSSIBLE INTERACTION BETWEEN RANITIDINE AND DIAZEPAM

INVESTIGATOR: Dr R Walt
Central Middlesex Hospital
London

(work conducted at Glaxo Group Research Limited
Ware, Hertfordshire, England)



Confidential Information – Subject to Protective Order GSKZNDAA0000067017

D1109/A2


## SUMMARY

1. The effect of ranitidine (150mg b.d. for 5 days) on the elimination of diazepam was studied in six male subjects.

2. The half-life of diazepam before ranitidine treatment did not differ significantly from that after treatment (median (range) before, 35 (21-43) hrs; after, 31 (20-56)hrs).

3. Ranitidine treatment did not significantly influence the area under the plasma diazepam concentration-time curve (median (range), before ranitidine, 12535 ng/ml.hr (11280-15210) after ranitidine 10730 ng/ml.hr (7500-16760).

4. It is concluded that treatment with ranitidine,in the recommended dose (150mg b.d.) does not influence the metabolism of diazepam.




Confidential Information – Subject to Protective Order

D1109/A3

## INTRODUCTION

A drug interaction between cimetidine and diazepam has been demonstrated (Klotz and Reimann, 1980; Klotz, Anttila and Reimann, 1979). Short term treatment with cimetidine results in impairment of elimination of diazepam and its principal metabolite, desmethyldiazepam. The mechanism of this interaction is probably inhibition of microsomal drug metabolism since in vitro and in vivo experiments have demonstrated such an effect of cimetidine (Puurumen and Pelkonen, 1979; Puurumen, Sotaniemi & Pelkonen (1980).

Unlike cimetidine, ranitidine has been shown not to have an affinity for the cytochrome P450-linked hepatic mixed function oxidase system (Bell, Gower, Martin, Mills and Smith, 1980) and is therefore unlikely to impair the metabolism of diazepam.

## METHOD

Approval for the study was obtained from the local ethical committee, and each subject gave his informed consent to participate. Six healthy male volunteers were recruited to the study and each subject underwent biochemical screening prior to participation in the study. Only subjects with normal liver function as determined by routine liver function tests were included in the study. Subjects who had taken drugs likely to influence microsomal enzyme activity within the previous four weeks and those receiving concurrent medication during the course of the study were excluded. Subjects who smoke were also excluded from participating in the study.

On the first day of the study the subject took a standardised breakfast (standardised within subjects). At 0900 hours a butterfly cannula was inserted into an arm vein and kept patent with heparinised saline (100 units/ml). A control sample of blood was then collected. With the subject resting comfortably, diazepam (0.1 mg/kg) was administered as an intravenous bolus injection via the butterfly cannula. Further blood samples were collected at ½, 1, 2, 4, 10, 24, 48, 72 and 96 hours after dosing.



Confidential Information – Subject to Protective Order

The subject was then given a supply of ranitidine tablets (150 mg twice daily after breakfast and evening meal). After five days treatment with ranitidine, the procedure for determining the pharmacokinetics of diazepam was repeated. On the day of this investigation, the morning dose of ranitidine was taken at 08.30 after the standardised breakfast. The treatment, was continued during the 96 hours following dosing with diazepam.

The blood samples (10 mls each) were collected into heparinised tubes. The plasma was separated by centrifugation and stored at -20°C until assay of diazepam levels by an HPLC method.

ANALYSIS OF RESULTS

Single exponentials of the following form were fitted to the plasma concentration data for each subject after and including the 24-hour time point

$$C(t) - AE^{\beta t} \qquad t > t_k$$
$$A, \beta > 0$$

where:

$C(t)$ = plasma concentration (ng/ml)
$t$ = time (hours)
$A$ & $\beta$ = parameters to be estimated from the data set
$t_k$ = 24 hours

The model parameters here were used to calculate the area under the curve and elimination half-life of diazepam.

Since the model was fitted only for time points greater or equal to 24 hours the area under the curve was calculated in two parts.



Confidential Information – Subject to Protective Order 

D1109/A5

1. Trapezoidal integration from t = 1 to t = 24. The area was calculated from 1 hour because the plasma concentration at t = 0.5 was abnormally high for some subjects when diazepam alone was taken and this was thought to be due to the technique used to collect the blood samples rather than being a true effect of diazepam.

2. Integration of the fitted exponential model from t = 24 to infinity. The total area under the curve is then the sum of (1) and (2).

The half-life was calculated in the usual way as 0.693/$\beta$.

RESULTS

Plasma diazepam concentrations following intravenous dosing before and after treatment with ranitidine are given in Table 1. Plots of the plasma diazepam concentration against time showed some fluctuation of drug concentration in the time range 0 - 10 hours. In particular the plasma concentration of diazepam at 10 hours seemed to deviate fairly substantially in some subjects from what might have been expected. The higher than expected values at 0.5 hours probably resulted from contamination of diazepam in the cannulae. This value was not used in calculating pharmacokinetic parameters.

Elimination half-lives calculated from these data are given in Table 2 and the areas under the plasma concentration-time curve are presented in Table 3. The half-life of diazepam after treatment with ranitidine was not significantly different from the control (before ranitidine) value (median (range) after treatment, 31 (20-56) hours; control, 35 (21-43) hours).

Treatment with ranitidine did not influence the area under the plasma diazepam concentration-time curve (median (range), after treatment 10730 (7500-16760); control 12535 (11280-15210).

CONCLUSIONS

Treatment with ranitidine for 5 days in the recommended dosage (150 mg b.d.) did not influence the metabolism of diazepam. This observation is consistant with the known absence of affinity of ranitidine for the cytochrome P450-linked drug metabolising hepatic microsomal enzyme system.

200 141

Confidential Information – Subject to Protective Order

D1109/A8

TABLE 1. PLASMA DIAZEPAM CONCENTRATIONS (NG/ML) FOLLOWING I.V. DIAZEPAM (0.1MG/KG) BEFORE AND AFTER FIVE DAYS TREATMENT WITH RANITIDINE (150MG B.D.) IN SIX MALE SUBJECTS

| | Subject | Time hr 0 | 0.5 | 1 | 2 | 4 | 10 | 24 | 48 | 72 | 96 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Before ranitidine | 1313 | 0 | 7981 | 1530 | 629 | 490 | 469 | 54 | 27 | 21 | <5 |
| | 1406 | 0 | 2372 | 894 | 660 | 564 | 244 | 111 | 65 | 51 | 33 |
| | 1003 | 0 | 16679 | 1281 | 737 | 696 | 490 | 95 | 54 | 41 | 25 |
| | 1412 | 0 | 1520 | 961 | 502 | 532 | 301 | 124 | 82 | 56 | 27 |
| | 1415 | 0 | 1237 | 924 | 451 | 419 | 496 | 85 | 46 | 16 | 13 |
| | 1511 | 0 | 1424 | 844 | 513 | 512 | 541 | 72 | 38 | 24 | 6 |
| | Mean | 0 | 5202 | 1072 | 582 | 535 | 423 | 90 | 52 | 35 | 17 |
| | S.D. | | 6180 | 272 | 110 | 92 | 121 | 26 | 20 | 17 | 13 |
| After 5 days ranitidine | 1313 | 0 | 1033 | 624 | 532 | 534 | 89 | 94 | 38 | 20 | 7 |
| | 1406 | 0 | 1950 | 747 | 650 | 329 | 311 | 123 | 49 | 45 | 14 |
| | 1003 | 0 | 2095 | 811 | 525 | 672 | 467 | 83 | 74 | 55 | 34 |
| | 1412 | 0 | 3530 | 1984 | 145 | 94 | 114 | 175 | 51 | 44 | 33 |
| | 1415 | 0 | 1307 | 849 | 639 | 488 | 385 | 92 | 57 | 28 | 8 |
| | 1511 | 0 | 1039 | 656 | 577 | 559 | 335 | 59 | 52 | 21 | 17 |
| | Mean | 0 | 1826 | 945 | 511 | 446 | 283 | 96 | 53 | 35 | 19 |
| | S.D. | | 950 | 516 | 187 | 205 | 151 | 25 | 12 | 14 | 12 |



GSKZNDAA0000067022

D1109/A9

TABLE 2. HALF-LIFE OF DIAZEPAM (HOURS), DETERMINED IN SIX MALE SUBJECTS BEFORE AND AFTER FIVE DAYS TREATMENT WITH RANITIDINE (150mg B.D.)

| Subject | Before Ranitidine | After Ranitidine |
|---|---|---|
| 1313 | 36 | 20 |
| 1406 | 43 | 25 |
| 1412 | 34 | 40 |
| 1511 | 21 | 36 |
| 1003 | 39 | 56 |
| 1415 | 25 | 21 |
| Median | 35 | 31 |

D1243/A8

TABLE 3. AREA UNDER PLASMA DIAZEPAM CONCENTRATION-TIME CURVE (NG/ML.HR) IN SIX SUBJECTS BEFORE AND AFTER FIVE DAYS TREATMENT WITH RANITIDINE (150MG, B.D)

| Subject | Diazepam | Diazepam + Ranitidine |
|---|---|---|
| 1313 | 11280 | 7500 |
| 1406 | 13430 | 10830 |
| 1412 | 13640 | 9660 |
| 1511 | 11640 | 10630 |
| 1003 | 15210 | 16760 |
| 1415 | 11300 | 11210 |
| Median | 12535 | 10730 |



Confidential Information – Subject to Protective Order

D1109/A7

## REFERENCES

Bell, J. A., Gower, A. J., Martin, L. E., Mills, E. N. C. and Smith, W. P. (1980)
Interaction of $H_2$-receptor antagonist with drug metabolising enzymes
Biochem. Soc. Trans. (in press)

Klotz, U., Anttila, V-j, Reimann, I (1979)
Cimetidine/diazepam interactions
Lancet, 2, (8144), 699

Klotz, U., Reimann, I (1980)
Delayed clearance of diazepam due to cimetidine
New England J. Med., 301, (18), 1012-1014

Puurumen, J. and Pelkonen, O. (1979)
Cimetidine inhibits microsomal drug metabolism in the rat
European J. Pharmacol., 55, 335-376

Puurumen, J., Sotaniemi, E. and Peckoner, O. (1980)
Effect of cimetidine on microsomal drug metabolism in man
European J. Clin. Pharmacol., 18, 185-187



Confidential Information – Subject to Protective Order GSKZNDAA0000067024

Br. Med. J., 2, 775-7 (1980)

# Cimetidine and ranitidine: comparison of effects on hepatic drug metabolism

D A HENRY, I A MACDONALD, G KITCHINGMAN, G D BELL, M J S LANGMAN


## Summary and conclusions

**Paired studies of hepatic microsomal function were conducted in eight subjects during treatment with two histamine $H_2$ antagonists, cimetidine and ranitidine. Cimetidine but not ranitidine inhibited the metabolism of antipyrine (phenazone) and demethylation of aminopyrine (aminophenazone) as measured by breath $^{14}CO_2$ production after intravenous injection of $^{14}$C-aminopyrine.**

**These results suggest that the metabolic inhibitory actions on the liver may be separated from $H_2$ antagonist effects, and that ranitidine has an advantage over cimetidine by not inhibiting microsomal drug oxidative function.**


## Introduction

When drugs such as warfarin, antipyrine (phenazone), and diazepam are taken with cimetidine their metabolism is retarded.[1 2] This interaction has been attributed to the imidazole ring structure of cimetidine.[1] Many imidazole compounds inhibit hepatic mono-oxyxgenase function,[3] and in the case of cimetidine this effect may be mediated in part through direct binding to microsomal cytochrome P450.[4] Ranitidine is a new potent $H_2$-receptor antagonist.[5] The central imidazole group has been replaced by a furan ring and the side chain has been modified. We have compared the effects of therapeutic doses of cimetidine and ranitidine on hepatic microsomal function.

University Department of Therapeutics, City Hospital, Nottingham NG5 1PB
D A HENRY, MRCP, lecturer
G KITCHINGMAN, MIST, laboratory scientific officer
G D BELL, MD, MRCP, senior lecturer
M J S LANGMAN, MD, FRCP, professor

University Department of Physiology and Pharmacology, Queen's Medical Centre, Nottingham NG7 2UH
I A MACDONALD, PHD, lecturer

## Subjects and methods

Eight subjects (six healthy volunteers and two patients with duodenitis) were studied after the nature and purpose of the investigation had been explained and after approval had been obtained from the hospital ethical committee. Antipyrine clearance was measured in all eight subjects and $^{14}$C-aminopyrine ($^{14}$C-aminophenazone) breath analysis conducted in six subjects before and during treatment with cimetidine 1 g daily and ranitidine 200 mg daily. The studies were performed in a cross-over fashion. Five subjects took cimetidine followed by ranitidine, the remainder ranitidine followed by cimetidine. Cimetidine was given for one to six weeks, and ranitidine for one week only (see table).

Antipyrine (15 mg/kg) was taken by mouth during fasting and saliva collected at intervals from three to 24 hours afterwards. Antipyrine concentrations were measured spectrophotometrically[6] and the half life and metabolic clearance rates calculated from the semilogarithmic plot of salivary concentration against time.

### $^{14}$C-AMINOPYRINE BREATH ANALYSIS

The procedure was as described.[7] All studies were performed on fasting subjects. After intravenous administration of 2 μCi $^{14}$C-aminopyrine, 2 mmol* exhaled carbon dioxide was trapped in a

200 145

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 917 of 1099



*Half lives of phenazone and breath $^{14}CO_2$ from $^{14}C$-aminopyrine before and during treatment with cimetidine 1 g and ranitidine 200 mg daily*

| | | | During treatment | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Before treatment | | Cimetidine | | | Ranitidine | | |
| Subject | Antipyrine $t_{\frac{1}{2}}$ (h) | Breath $^{14}CO_2$ $t_{\frac{1}{2}}$ (h) | Duration of treatment (weeks) | Antipyrine $t_{\frac{1}{2}}$ (h) | Breath $^{14}CO_2$ $t_{\frac{1}{2}}$ (h) | Duration of treatment (weeks) | Antipyrine $t_{\frac{1}{2}}$ (t) | Breath $^{14}CO_2$ $t_{\frac{1}{2}}$ (h) |
| 1 | 10·1 | 2·7 | 1 | 17·3 | 4·0 | 1 | 9·5 | 3·1 |
| 2 | 9·7 | 2·5 | 4 | 14·2 | 3·9 | 1 | 12·7 | 2·6 |
| 3 | 13·8 | 2·8 | 1 | 14·8 | 3·2 | 1 | 15·0 | 4·4 |
| 4 | 11·7 | 2·9 | 1 | 13·0 | 3·5 | 1 | 11·0 | 2·6 |
| 5 | — | 2·0 | 6 | 13·7 | 3·3 | 1 | 8·8 | 1·9 |
| 6 | 12·3 | 3·2 | 4 | 21·3 | 3·7 | 1 | — | — |
| 7 | 14·5 | — | 1 | 13·7 | — | 1 | 14·0 | — |
| 8 | 12·2 | — | 1 | 16·3 | — | 1 | 10·2 | — |

phial of hyamine hydroxide at hourly intervals up to 12 hours. After adding scintillant the $^{14}C$ produced by demethylation of $^{14}C$-aminopyrine was measured in a liquid scintillation counter. The degree of quenching of individual phials was estimated by external standardisation. The half life of breath $^{14}CO_2$ was calculated from a semilogarithmic plot of the breath specific activities beyond two hours.[3]

To measure accurately the proportion of the dose of $^{14}C$-aminopyrine demethylated in unit time the method was modified to permit semi-continuous collection and simultaneous measurement of drug-derived $^{14}CO_2$ and endogenous, unlabelled carbon dioxide. In four subjects all expired gases were collected for five out of every 10 minutes for one hour after administration of $^{14}C$-aminopyrine. The procedure was repeated during treatment with cimetidine and ranitidine. Subjects wore a nose clip and breathed through a valved mouthpiece into Douglas bags. The composition of dry gas was determined with an infrared carbon dioxide analyser and a paramagnetic oxygen analyser. The gas analysers were calibrated with standard gases every 20 minutes throughout each experiment. The $^{14}CO_2$ content of the expired air was determined by trapping 20 mmol* carbon dioxide from each Douglas bag in hyamine hydroxide. A diaphragm pump drove the bag contents through the hyamine and returned the carbon-dioxide-free gas to the bag. The variability of trapping was determined by reanalysis of each bag and found to be less than 1·3%. The volume of gas remaining in each bag was determined with a dry gas meter, and after correcting the total gas volume (including the volume of the samples and trapped carbon dioxide) to standard temperature and pressure, dry, the carbon dioxide output, oxygen uptake, and respiratory exchange ratios were calculated. The $^{14}C$ content of the trapped carbon dioxide was determined by counting 2 ml aliquots of the saturated hyamine in triplicate as described above. The percentage of the administered dose demethylated in each minute was calculated from the product of carbon dioxide production rate and carbon dioxide specific activity.

Statistical analyses were by paired $t$ test.

## Results

Cimetidine prolonged the half life of antipyrine from a mean of 12·0 ± SD 1·8 h to 15·8 ± 2·8 h ($n = 7$, $p < 0·05$; table). There was no alteration in the calculated volumes of distribution, and antipyrine clearance rates were reduced from 45·3 ± SD 12·4 ml/min to 33·2 ± 11·3 ml/min ($n = 7$, $p < 0·02$). After treatment with ranitidine the mean half life was 12·1 ± 2·2 h and the clearance rate 49·1 ± 5·2 ml/min. These were not significantly different from the control values.

The half lives of breath $^{14}CO_2$ were increased from a mean of 2·7 ± SD 0·4 h to 3·6 ± 0·3 h by cimetidine ($n = 6$, $p < 0·005$) but were unchanged by ranitidine (2·9 ± 0·9 h). The figure shows the profile of $^{14}CO_2$ elimination during semi-continuous analysis and the effects of treatment with cimetidine and ranitidine. After intravenous administration of $^{14}C$-aminopyrine, breath $^{14}CO_2$ concentrations rose rapidly and then remained constant for one to two hours before declining exponentially. At all times other than during the first 10 minutes of the study cimetidine produced a highly significant reduction in the output of $^{14}CO_2$. No such effect was seen with ranitidine. The total extent of demethylation of $^{14}C$-aminopyrine in the first hour after administration was reduced from a mean of 4·9 ± SD 0·6% to 3·1 ± 0·6% of the administered dose ($n = 4$, $p < 0·02$). It was unchanged by ranitidine (4·7 ± 0·9%). Endogenous carbon dioxide production in these four subjects ranged from 6·2 to 9·6 (mean 7·9 ± SD 1·1) mmol*/h/kg body weight and was unaffected by

*Conversion factor: 1 mmol $CO_2$ ≈ 22·3 ml at STPD.




Profile of $^{14}CO_2$ excretion after intravenous $^{14}C$-aminopyrine administration in four subjects before and during treatment with cimetidine and ranitidine. Results given as means ± SEM; significance values are of differences between values before treatment and during treatment with cimetidine (paired $t$ test).

$H_2$-receptor blockade. In all cases calculated values for respiratory exchange ratios and oxygen consumption were within the physiological range for fasting adults at rest.

## Discussion

Antipyrine clearance and $^{14}CO_2$ breath analysis after $^{14}C$-aminopyrine administration are reliable tests of hepatic microsomal drug oxidative function.[3 9] The modified $^{14}C$-aminopyrine breath test described here permits simultaneous measurement of $^{14}CO_2$ and endogenous, unlabelled carbon dioxide, and thus the precise extent of demethylation of aminopyrine may be found.

Our results confirm that the microsomal enzyme inhibition produced by cimetidine is a consequence of the chemical structure of the drug and is unrelated to $H_2$-receptor blockade.[1] Ranitidine in doses that we have shown to be equipotent for duodenal ulcer healing[10] and others have found to give equipotent secretory inhibition[5] produced no changes in the indices of drug metabolism measured in this study. The effect of cimetidine on antipyrine metabolism was highly variable in our subjects, but the mean reduction in clearance was almost identical with reported figures.[1 2] The inhibition of aminopyrine metabolism was of a similar magnitude despite in-vitro studies showing that imidazole compounds interfere with $n$-demethylation less than other microsomal oxidative functions.[3] That drug interactions of this type are clinically important was shown by Serlin *et al* for warfarin,[1] and Klotz *et al* for diazepam.[2] Peptic ulcer is increasingly a disease of the elderly, who commonly receive several drugs simultaneously, many of which are extensively metabolised in the liver. These patients are at particular risk of side effects resulting from coadministration of inhibitors of microsomal drug

200 146

Confidential Information – Subject to Protective Order GSKZNDAA0000067026

oxidative function. Our results suggest that ranitidine has an advantage over cimetidine in being free of this effect.

We thank Mrs E E Mullins, Mrs D Sharrock, and the other members of staff in the cardiorespiratory laboratory, City Hospital, Nottingham, for their help.

## References


[1] Serlin MJ, Sibeon RG, Mossman S, *et al.* Cimetidine: interactions with oral anticoagulants in man. *Lancet* 1979;ii:317-9.

[2] Klotz U, Reimann I. Delayed clearance of diazepam due to cimetidine. *N Engl J Med* 1980;302:1012-4.

[3] Wilkinson CF, Hetnarski K, Hicks LJ. Substituted imidazoles as inhibitors of microsomal oxidation and insecticide synergists. *Pesticide Biochem Physiol* 1973;4:299-312.

[4] Reudić S, Sunjić V, Toso R, *et al.* Interaction of cimetidine with liver microsomes. *Xenobiotica* 1979;9:555-64.

[5] Peden NR, Saunders JHB, Wormsley K. Inhibition of pentagastrin stimulated and nocturnal gastric secretion by ranitidine. *Lancet* 1979;i:690-2.

[6] Brodie B, Axelrod J, Soberman R, Levy B. The estimation of antipyrine in biological materials. *J Biol Chem* 1949;179:25-9.

[7] Henry D, Sharpe G, Chaplain S, *et al.* The $^{14}C$ aminopyrine breath test. A comparison of different forms of analysis. *Br J Clin Pharmacol* 1979;8:539-45.

[8] Platzer R, Galeazzi R, Karlaganis G, Bircher J. Rate of drug metabolism in man measured by $^{14}CO_2$ breath analysis. *Eur J Clin Pharmacol* 1978;14:293-9.

[9] Stevenson IH. Factors influencing antipyrine elimination. *Br J Clin Pharmacol* 1977;4:261-5.

[10] Langman MJS, Henry DA, Bell GD, *et al.* Cimetidine and ranitidine in duodenal ulcer. *Br Med J* 1980;281:473-4.


(*Accepted 25 July 1980*)

200 147

200 148

Digestive Diseases and Sciences, 25 No. 11 (1980)

# INFLUENCE OF RANITIDINE ON ANTIPYRINE PHARMACOKINETICS IN HEALTHY VOLUNTEERS

*To The Editor:*

The use of cimetidine has been rapidly expanded and includes treatment of peptic ulceration and other gastric hyperacidity states (1). In the last year interactions between cimetidine and coumarine derivatives, diazepam and antipyrine, have been reported. This undesirable effect is probably caused by an inhibitory action of this $H_2$-antagonist on the hepatic microsomal drug-metabolizing enzyme system (2–4).

The substituted aminoalkylfuran, ranitidine, is a new $H_2$-receptor antagonist with an effect on the pentagastrin-stimulated gastric secretion in man about five times stronger than that of cimetidine (5). First clinical trials showed that the oral intake of 200 mg ranitidine per day is sufficient in the treatment of acute peptic ulcer disease (6). To elucidate the influence of ranitidine on hepatic drug-metabolizing enzymes we investigated, in 6 healthy volunteers the antipyrine pharmacokinetics before and after the end of a 1-week treatment period of ranitidine, 150 mg twice a day.

The results indicated that ranitidine 300 mg/day has no influence on antipyrine metabolism. Antipyrine half-life ranged from 12.6 ± 4.6 hr (SD) before to 12.0 ± 2.6 hr after ranitidine. The corresponding values for the antipyrine clearance were 36.6 ± 13.9 ml/min and 39.1 ± 14.7 ml/min, respectively. The volume of distribution was also not altered: 38.2 ± 9.4 l before and 38.7 ± 8.5 l after ranitidine.

A prolongation of antipyrine half-life by about 30% was demonstrated after a single dose of 1000 mg cimetidine (7). This inhibitory effect on drug-metabolizing enzymes is probably due to the imidazole moiety of the cimetidine molecule (8). We suppose that ranitidine has no influence on antipyrine metabolism because of the substitution of the imidazole moiety by an aminoalklyfuran.

From our study we conclude that ranitidine may not lead to a potentiation of the pharmacological profiles of diazepam and coumarine derivatives as cimetidine does.

CHRISTOPH STAIGER
BERND SIMON
ERHARD WALTER
HORST KATHER
*Medizinische Universitätsklinik*
*Abt. für Klinische Pharmakologie und*
*Abt. für Gastroenterologie*
*Bergheimerstr. 58, 69 Heidelberg, F.R.G.*

## REFERENCES

1. Brogden RN, Heel RC, Speight TM, Avery GS: Cimetidine: A review of its pharmacological properties and therapeutic efficacy in peptic ulcer disease. Drugs 15:93–131, 1978
2. Hetzel D, Birkett D, Miners J: Cimetidine interaction with warfarin. Lancet 2:693, 1979
3. Klotz U, Antilla VJ, Reimann I: Cimetidine-diazepam interaction. Lancet 2:699, 1979
4. Serlin MJ, Sibeon RG, Mossman S, Breckenridge AM, Williams JRB, Atwood JL, Willoughby JMT: Cimetidine: Interaction with oral anticoagulants in man. Lancet 2:317-319, 1979
5. Domschke W, Lux G, Domschke S: Gastric inhibitory action of $H_2$-receptor antagonists ranitidine and cimetidine. Lancet 1:320, 1979
6. Barbier P: The treatment with ranitidine of 40 gastroduodenal ulcerations: Evaluation of an open study. Acta Gastro-Enterol Belgin 42:268–374, 1979
7. Puurunen J, Sotaniemi E, Pelkonen O: Cimetidine inhibits microsomal drug metabolism in man. Dtsch Ges Pharmakol (abstract, Fall Meeting) (Suppl) 308:R24, 1979
8. Wikinson CF, Hetnarski K, Hicks LJ: Substituted imidazoles as inhibitors of microsomal oxidation and insecticide synergists. Pesticide Biochem Physiol 4:299–305, 1973

200 149

200 150

RENAL IMPAIRMENT

D6534/A8

# USE OF RANITIDINE IN PATIENTS WITH RENAL IMPAIRMENT

200 151

D6534/A19

# USE OF RANITIDINE IN PATIENTS WITH RENAL IMPAIRMENT

## CONTENTS


| | | Volume | Page |
|---|---|---|---|
| Summary | | 200 | 154 |
| Introduction | | 200 | 155 |
| Study 1 | Zech<br>Study to determine the pharmacokinetics of a single oral dose of ranitidine in patients with normal and impaired renal function. | 200 | 158 |
| Study 2 | McGonigle, R., Parsons V.<br>Determination of the pharmacokinetics of ranitidine following single oral dosing in patients with impaired renal function. | 200 | 166 |
| Study 3 | McFadyen M.L. & Folb P.I.<br>The pharmacokinetics of ranitidine in patients with chronic renal failure. | 200 | 182 |
| Study 4 | McGonigle R., Williams, L. & Parson, V.<br>Ranitidine clearance in patients with renal failure following oral dosing. | 200 | 194 |
| Study 5 | Curtis J.R.<br>Investigation into the pharmacokinetics of ranitidine in patients with end stage renal failure. | 200 | 218 |
| Study 6 | Ahonan, J.<br>Determination of the clearance characteristics of ranitidine in patients with renal failure | 200 | 226 |




Confidential Information – Subject to Protective Order

There is no data on this page

200 153

D1099/A12

## PATIENTS WITH RENAL IMPAIRMENT


### SUMMARY

1. Six studies have been undertaken to determine the pharmacokinetics and clearance characteristics of ranitidine in patients with different degrees of renal insufficiency, including uraemic patients and those on haemodialysis.

2. The clearance of ranitidine from the body is reduced in the presence of renal insufficiency.

3. Following a single oral dose of ranitidine (150 mg) a significant correlation was found between serum creatinine concentration and elimination half life of ranitidine and between serum creatinine concentration and the area under the plasma ranitidine concentration versus time curve.

4. Accumulation of ranitidine does not occur in patients with renal insufficiency.

5. Chronic treatment of patients in renal failure with ranitidine for one week did not alter the clearance characteristics of the drug.

6. The dialysance of ranitidine, calculated in four patients undergoing haemodialysis ranged from 28-50 ml/min.

7. A single haemodialysis (nominal duration 6 hours) decreased the plasma ranitidine concentration by 60.5% (mean value, 9 patients).

8. No changes occurred in mean serum uric acid, urea, or creatinine concentrations during treatment of patients in renal failure with 75 mg ranitidine daily for 21 days.

9. To achieve similar plasma levels of ranitidine in patients with renal failure as those in patients with normal renal function the daily dose of ranitidine will need to be reduced.




Confidential Information – Subject to Protective Order

## INTRODUCTION

Patients in renal failure who are on regular haemodialysis are prone to peptic ulceration and gastrointestinal bleeding (Shepherd, Stewart and Wormsley, 1973). This probably results from increased gastric acid secretion in these patients (Ventkateswaren, Jeffers and Hocken, 1972). Cimetidine has been reported to be useful in the treatment of duodenal ulceration in patients undergoing haemodialysis (Doherty, O'Connor, Buchanan and McGeown, 1977). However, the use of cimetidine in patients with renal failure is associated with an increase in serum creatinine and uric acid (Larsson,Bodemar, Kagedal and Walan, 1980). A decrease in creatinine clearance during treatment with cimetidine could result from competition by cimetidine for tubular secretion of creatinine (Larsson, Bodemar, Kagedal and Walan, 1980).

The elimination of ranitidine is predominantly via the kidney. Carey, Martin and Owen (1981) reported that after oral and intravenous administration of 100 mg ranitidine in normal volunteers, 27% and 68% of the dose respectively is excreted in the urine as unchanged drug in 24 hours. It can be predicted, therefore, that in the presence of renal failure the elimination of ranitidine will be impaired. It has been determined that in patients with severe renal failure, between 0.8 and 16% of a single oral dose of ranitidine was excreted in the urine during 24 hours.

The pharmacokinetics of ranitidine following both intravenous and oral administration in patients with renal inadequacy have been determined. The clearance of ranitidine during haemodialysis has been investigated. Compared to volunteers with normal renal function, patients in renal failure show decreased clearance of ranitidine, following acute administration. In patients undergoing haemodialysis, a single haemodialysis (normal duration 6 hours) decreased the plasma ranitidine concentration by 60.5% (mean value, 9 patients). The dialysance of ranitidine ranged from 28-50 ml/min.

A daily dose of 75 mg ranitidine in four patients with minimal residual renal function (creatinine clearance 0.6-3.7 ml/min) resulted in mean plasma ranitidine concentrations ranging from 253-344 ng/ml on days 7, 14



Confidential Information – Subject to Protective Order 

and 21 of treatment. In six functionally anephric patients, the mean plasma ranitidine concentrations ranged from 393-496 ng/ml during the same period. Chronic treatment with ranitidine does not alter the clearance characteristics of the drug. Accumulation of the drug has been shown not to occur in patients with renal insufficiency.

It is concluded that therapeutic plasma concentrations of ranitidine will be achieved in patients with end stage renal failure on haemodialysis (creatinine clearance < 4 ml/min) treated with 75 mg ranitidine daily, with haemodialysis on alternate days.

The effect of chronic oral treatment with ranitidine on serum creatinine, uric acid and urea in patients with renal failure was evaluated in twelve patients receiving 75 mg daily. There were no changes in the mean values of these parameters during 21 days treatment. Hence they can be used to monitor renal function in patients during treatment with ranitidine, whereas treatment of such patients with cimetidine may invalidate these measurements (Larsson, Bodemar, Kagedal and Walen, 1980).



Confidential Information – Subject to Protective Order 

D2000/A15

## REFERENCES

Carey, P. F., Martin, L. E. and Owen, P. (1981)
A method for the determination of ranitidine and its metabolites in urine by HPLC and its application to study the metabolism and pharmacokinetics in man
Biochem. Soc. Trans. (in press)

Doherty, C. C., O'Connor, F. A., Buchanan, K. D. and McGeown, M. S. (1977)
Cimetidine for duodenal ulceration in patients undergoing haemodialysis
British Medical Journal, 2, 1506

Larsson, R., Bodemar, G., Kagedal, B. and Walen, A. (1980)
The effects of cimetidine (Tagamet) on renal function in patients with renal failure
Acta Med. Scand., 208, 27

Shepherd, A. M. A., Stewart, W. K. and Wormsley, K. G. (1973)
Peptic ulceration in chronic renal failure
Lancet, i, 1357

Ventkateswaren, P. S., Jeffers, A. and Hocken, A. G. (1972)
Gastric acid secretion in chronic renal failure
British Medical Journal, 4, 22



Confidential Information – Subject to Protective Order

GSKZNDAA0000067038

D1090/B19

STUDY 1

STUDY TO DETERMINE THE PHARMACOKINETICS OF A SINGLE ORAL DOSE OF RANITIDINE IN PATIENTS WITH NORMAL AND IMPAIRED RENAL FUNCTION

INVESTIGATOR : Professor Zech
Hopital Edouard Herriot
5 Place d'Arsonral - 69000 Lyon
France



Confidential Information – Subject to Protective Order 

D1090/B19


SUMMARY

1. The pharmacokinetics of single oral dose of ranitidine (150 mg) was determined in 18 subjects with varying degrees of impaired renal function (serum creatinine range, 10-152 mg/l).

2. A significant correlation ($p < 0.05$) was found between serum creatinine concentration and elimination half-life and area under the plasma concentration-time curve.

3. The subjects were grouped according to their renal function as follows:

Group 1 : Serum creatinine less than 20 mg/l
Group 2 : Serum creatinine between 20 mg/l and 40 mg/l
Group 3 : Serum creatinine between 40 mg/l and 100 mg/l
Group 4 : Serum creatinine greater than 100 mg/l

The pharmacokinetic parameters for ranitidine in these groups of subjects, expressed as median (and range), are as follows:

| Group | Number | Serum creatinine mg/l | Half-life min | AUC ng/ml h | Peak ranitidine Concentration ng/ml |
|---|---|---|---|---|---|
| 1 | 4 | 13 (10-16) | 190 (170-260) | 2670 (2170-2910) | 425 (365-503) |
| 2 | 4 | 27 (23-37) | 415 (300-590) | 4800 (4000-5580) | 737 (722-794) |
| 3 | 7 | 63 (48-94) | 560 (200-900) | 9020 (5530-14460) | 845 (527-1225) |
| 4 | 3 | 117 (103-152) | 530 (470-740) | 7680 (3990-12110) | 612 (351-982) |


200 159

4. It is concluded that the elimination of ranitidine in patients with renal insufficiency is decreased to an extent that is related to the degree of renal impairment.

## INTRODUCTION

The study was undertaken to determine the pharmacokinetics of ranitidine in patients with impaired renal function.

## METHOD

Eighteen patients were recruited to the study. The patients had varying degrees of renal insufficiency and their serum creatinine concentrations were recorded. The patient was hospitalised for the course of the study and did not receive diuretics or other treatment on the day of the study. Patients with hepatic impairment were excluded. At 0900 h, after an overnight fast, the patient was given a single dose of ranitidine (150 mg) orally with 200 mls of water. Samples of blood were taken at 0, 0.5, 1, 1.5, 2, 3, 4, 5, 6, 7, 8, 12, 24, 36 and 48 hours after dosing.

The ranitidine concentration in the plasma samples was determined by radioimmunoassay. (method in Appendix, Section 1)

## Analysis of results

The plasma concentration data obtained after oral administration exhibited a double peak after treatment. Single exponentials of the following form were fitted:

$$C(t) = Ae^{-\beta t} \qquad t > t_k$$
$$\beta > 0$$
$$A > 0$$

where $C(t)$ = plasma concentration (ng/ml)

$t$ = time (hours)

$A$ and $\beta$ = parameters to be estimated from the data

$t_k$ = time from which the model was fitted

The model was fitted to all data sets using the program NONLIN and was weighted according to the inverse of the square of the plasma concentration.

Since the data was fitted to a single exponential for $t > t_k$ the area under the curve was calculated in two parts.

(a) Trapezoidal integration from $t = 0$ to $t = t_k$, assuming the plasma concentration at $t = 0$ is zero.

(b) Integration of the single exponential from $t = t_k$ to infinity.

The area under the curve was the sum of (a) and (b).

The half-life was calculated as $\frac{0.693}{\beta}$

The peak concentration and time to peak were extracted from the raw data. Correlations between serum creatinine concentrations and pharmacokinetic parameters were examined by Spearman Rank method.

## RESULTS

The physical characteristics of the subjects included in this study are given in Table 1. The serum creatinine concentration for each subject and the plasma ranitidine concentration at specified times after dosing are presented in Table 2. For fourteen of the eighteen subjects the final plasma ranitidine concentration was greater than the fitted value obtained from the analytical model. This means that the curve is flattening out more than the model accounts for. However, without more points in the elimination phase of the curve a more precise form of the curve could not be determined.



Confidential Information – Subject to Protective Order 

The time $t_K$ was empirically decided for each data set and it tended to increase as the serum creatinine levels increased (Table 3). The elimination half-life, peak plasma concentrations, time to peak and area under the curve are presented in Table 3. Using the Spearman Rank test for correlation, a significant positive correlation was found between serum creatinine concentration and peak plasma ranitidine concentration, area under the plasma ranitidine concentration-time curve and elimination half-life.

## DISCUSSION

The median half-life for ranitidine in Group 1 patients (serum creatinine less than 20 mg/l) is within the normal range seen in patients with normal renal function. The median half-life of elimination is almost trebled in the group of patients whose serum creatinine is in the range 40-100 mg/l, although there is considerable variation within the group. The small number of patients in Group 4 (serum creatinine greater than 100 mg/l probably accounts for the inconsistent results obtained in this group.

The study has demonstrated that the elimination of ranitidine is decreased in patients with renal insufficiency, to an extent that is dependent upon the degree of renal impairment.



Confidential Information – Subject to Protective Order 

D1090/B23

Table 1: PHYSICAL CHARACTERISTICS OF PATIENTS INCLUDED IN STUDY

| Number | Sex | Age (years) | Weight (kg) | Height (cms) |
|---|---|---|---|---|
| 1 | M | 19 | 67 | 171 |
| 2 | M | 53 | 68 | 165 |
| 3 | M | 32 | 71 | 174 |
| 4 | F | NK | 70 | 169 |
| 5 | M | 75 | 57.5 | 169 |
| 6 | M | 56 | 87 | 166 |
| 7 | M | 27 | 64 | 169 |
| 8 | M | 69 | 69.5 | 165 |
| 9 | F | 50 | 57 | 168 |
| 10 | F | 56 | 52.5 | 160 |
| 11 | M | NK | 49.5 | 153 |
| 12 | F | NK | 67.5 | 165 |
| 13 | M | 42 | 70 | 160 |
| 14 | F | NK | 47 | 160 |
| 15 | F | NK | 46 | 156 |
| 16 | M | 56 | 95 | 165 |
| 17 | F | NK | 75 | 155 |
| 18 | NK | 52 | 66 | 172 |

NK = Not known

200 163

D1090/B24

Table 2: PLASMA RANITIDINE LEVELS (ng/ml) FOLLOWING SINGLE ORAL DOSE OF RANITIDINE (150 mg) IN 18 PATIENTS WITH IMPAIRED RENAL FUNCTION (SERUM CREATININE LEVELS GIVEN)

| Patient Number | Serum Creatinine (mg/L) | Time in Hours After Dosing | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 0.5 | 1 | 1½ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 12 | 24 | 36 | 48 |
| 1 | 10 | 0 | 10 | 185 | 240 | 362 | 318 | 365 | 311 | 205 | 149 | 87 | 23 | 5 | - | 0 |
| 2 | 12 | * | 35 | 119 | 310 | 460 | 366 | 503 | 350 | 267 | 210 | 150 | 36 | 5 | 0 | 0 |
| 3 | 14 | 0 | 144 | 253 | 137 | 126 | 284 | 447 | 392 | 241 | 177 | 129 | 105 | 11 | - | - |
| 4 | 16 | 0 | 104 | 150 | 133 | 121 | 197 | 301 | 365 | 404 | 198 | 164 | 64 | 0 | 0 | 0 |
| 5 | 23 | 0 | 306 | 356 | 311 | 313 | 309 | 370 | 722 | 353 | 198 | 179 | 81 | 22 | 0 | 0 |
| 6 | 25 | 0 | 63 | 421 | 715 | 745 | 521 | 472 | 329 | 263 | 236 | 188 | 81 | 24 | 7 | 7 |
| 7 | 30 | 0 | 92 | 299 | 370 | 701 | 794 | 618 | 417 | 340 | 285 | 224 | 116 | 31 | 5 | 0 |
| 8 | 37 | 0 | 191 | 293 | 353 | 423 | 638 | 729 | 632 | 577 | 432 | 315 | 153 | 46 | 28 | 0 |
| 9 | 48 | 0 | 447 | 689 | 917 | 1021 | 1176 | 1225 | 938 | 719 | 595 | 486 | 191 | 46 | 1 | 0 |
| 10 | 49 | 0 | 121 | 345 | 482 | 520 | 423 | 484 | 528 | 420 | 364 | 288 | 107 | 43 | 14 | 9 |
| 11 | 52 | 0 | 205 | 335 | 383 | 470 | 685 | 720 | 661 | 498 | 399 | 357 | 152 | 72 | 35 | 35 |
| 12 | 63 | 0 | 257 | 423 | 764 | 902 | 879 | 984 | 835 | 686 | 606 | 531 | 245 | 92 | 30 | 20 |
| 13 | 67 | 0 | 189 | 187 | 197 | 294 | 523 | 527 | 514 | 463 | 373 | 277 | 168 | 57 | 11 | 6 |
| 14 | 74 | 0 | 355 | 504 | 743 | 859 | 981 | 956 | 795 | 754 | 715 | 670 | 416 | 208 | 74 | 43 |
| 15 | 94 | 0 | 134 | 296 | 434 | 704 | 797 | 845 | 826 | 808 | 698 | 670 | 379 | 158 | 44 | 29 |
| 16 | 103 | 0 | 263 | 316 | 297 | 321 | 315 | 351 | 274 | 249 | 217 | 174 | 110 | 41 | 12 | 5 |
| 17 | 117 | 0 | 166 | 196 | 213 | 198 | 221 | 530 | 612 | 523 | 431 | 372 | 226 | 95 | 45 | 32 |
| 18 | 152 | 0 | 397 | 917 | 982 | 864 | 883 | 974 | 861 | 808 | 642 | 619 | 333 | 110 | - | 19 |

* Tube contaminated

200 164

Confidential Information – Subject to Protective Order
GSKZNDAA0000067045

D1090/B25

Table 3: SERUM CREATININE CONCENTRATION AND PHARMACOKINETIC PARAMETERS FOLLOWING SINGLE ORAL DOSE OF RANITIDINE (150 mg) IN 18 PATIENTS WITH VARYING DEGREES OF RENAL FUNCTION

| Patient Number | Serum Creatinine (mg/l) | $t_k$ (hours) | Half-life (minutes) | Area (ng/ml^x hour) | Peak Concentration (ng/ml) | Time to Peak (Hours) |
|---|---|---|---|---|---|---|
| Group 1 | | | | | | |
| 1 | 10 | 6 | 200 | 2170 | 365 | 4 |
| 2 | 12 | 5 | 170 | 2810 | 503 | 4 |
| 3 | 14 | 6 | 260 | 2910 | 447 | 4 |
| 4 | 16 | 7 | 180 | 2530 | 404 | 6 |
| Group 2 | | | | | | |
| 5 | 23 | 7 | 320 | 4000 | 722 | 5 |
| 6 | 25 | 12 | 510 | 4430 | 745 | 2 |
| 7 | 30 | 5 | 300 | 5170 | 794 | 3 |
| 8 | 37 | 12 | 590 | 5580 | 729 | 4 |
| Group 3 | | | | | | |
| 9 | 48 | 5 | 200 | 9020 | 1225 | 4 |
| 10 | 49 | 12 | 560 | 5380 | 528 | 5 |
| 11 | 52 | 12 | 900 | 7800 | 720 | 4 |
| 12 | 63 | 12 | 560 | 10180 | 984 | 4 |
| 13 | 67 | 12 | 410 | 5530 | 527 | 4 |
| 14 | 74 | 12 | 630 | 14460 | 981 | 3 |
| 15 | 94 | 12 | 530 | 11990 | 845 | 4 |
| Group 4 | | | | | | |
| 16 | 103 | 12 | 470 | 3990 | 351 | 4 |
| 17 | 117 | 12 | 740 | 7680 | 612 | 5 |
| 18 | 152 | 12 | 530 | 11211 | 982 | 1.5 |

200 165

D6533/A18

STUDY 2

DETERMINATION OF THE PHARMACOKINETICS OF RANITIDINE FOLLOWING SINGLE ORAL DOSING IN PATIENTS WITH IMPAIRED RENAL FUNCTION

INVESTIGATORS: Dr. R. McGonigle
Dr. V. Parsons
King's College Hospital Renal Unit
Dulwich Hospital
London

PROTOCOL NO: 18-RAN-228



Confidential Information – Subject to Protective Order

D6533/A19


SUMMARY

1. The pharmacokinetics of ranitidine (following a 75 mg dose) were studied in six patients with severe renal impairment most of whom required intermittent dialysis.

2. The drug was well absorbed in 4 of the 6 patients. The median peak plasma ranitidine concentration occurred at 3 hours.

3. The elimination half-life of ranitidine ranged from 8.5 to 16.8 hours.

4. By 24 hours the plasma ranitidine concentration was, in all cases, less than 22% of the peak plasma ranitidine concentration.

5. The area under the plasma ranitidine concentration v time curve in the renal patients given a dose of 75mg ranitidine was similar to that of patients with normal renal function given 150 mg ranitidine.




Confidential Information – Subject to Protective Order

D6533/A20

## INTRODUCTION

The study was undertaken to determine the pharmacokinetics of ranitidine in patients with negligible renal function.

## METHODS

Six patients with non-functioning kidneys were recruited to the study and each patient gave his informed consent to participate. Approval of the local medical ethical committee was obtained. The clinical details of the patients who took part in this study are given in Table 1. Routine blood chemistry and haematological examination were carried out before the study. After an overnight fast, a sample of venous blood was obtained as a control sample The patient then swallowed a tablet containing 75mg ranitidine, with a drink of water. Further samples of blood were obtained at 1, 2, 3, 4, 6, 8, 10, 12, 16 and 24 hours after dosing. The patient was allowed a light meal (with low lipid content) three hours after dosing, and normal meals during the period of blood sampling.

Blood was collected into heparinised tubes and the plasma was separated by centrifugation and stored at -20°C in plastic containers until assay. Ranitidine was assayed by radioimmunoassay at Glaxo Group Research Limited, Ware. (ref. Main Appendix, Section 1).

### Pharmacokinetic analysis

The area under the plasma concentration versus time curve (AUC oral) after an oral dose was calculated in two parts:

1. Using a trapezoidal rule from time $t = 0$ to $t = t_k$ where it is assumed that the plasma concentration at $t = 0$ is zero.



Confidential Information – Subject to Protective Order

2. Integrating c(t) from t = t to $t_K$ = infinity where c(t) is the plasma concentration at time t.

$t_K$ was the time at which the plasma clearance v time data could be shown to decay exponentially. The overall elimination rate constant is β.

The total area under the curve (AUC) is the total sum of the two parts.

## RESULTS

The relationship between plasma ranitidine concentration and time is given in Table 2.

The time to the peak plasma concentration ranged from 2-4 hours, (Table 3). In two subjects the area under the plasma concentration time curve was considerably lower than that of the other 4 subjects. This could have been due to poor absorption of ranitidine or extensive metabolism of the drug. The median value for the area under the plasma concentration time curve was 2920ng $ml^{-1}$ hr (Table 4).

The elimination half-life ($t^1/2β$) of ranitidine in these patients ranged from 8.5 to 16.8 hours with a median $t^1/2β$ of 10.3 hours (Table 5). The overall elimination rate constant ranged from 0.04 to 0.08 (Table 6). Expressing the concentration of ranitidine in the plasma 24 hours after administration as a percentage of the peak plasma concentration showed that this ranged from 6-22% (Table 7).



Confidential Information – Subject to Protective Order

DISCUSSION

In normal subjects ranitidine is excreted in the urine and via the bile into the gastro-intestinal tract. As might be expected in patients with renal failure, elimination is slower and in the 6 subjects studied, the median half-life was 10.3 hours compared with 3 hours which is usual for normal subjects. Although renal clearance was severely impaired, clearance via the bile seems to have occurred, since 24 hours after oral administration the plasma ranitidine concentration ranged from 10-133ng ranitidine/ml in comparison with the peak value of ranitidine of 77-680ng ranitidine/ml. The highest 24 hour plasma ranitidine concentration was in the patient with the highest peak plasma ranitidine concentration. Although the patients studied were also receiving a wide range of other drugs including cimetidine, there was no apparent interference from these.

The results of this study show that in patients with severe renal impairment plasma concentrations of ranitidine in the therapeutic range can be achieved at half the normal daily dose as used for those patients with normal renal function.



Confidential Information – Subject to Protective Order 

D6533/23

TABLE 1 CLINICAL DETAILS OF PATIENTS IN STUDY

PATIENT 1

| | |
|---|---|
| AGE: | NAD |
| SEX: | Male |
| DIAGNOSIS: | Chronic renal failure due to diabetes mellitus<br>Failed renal transplant<br>Intermittent haemodialysis |
| RENAL FUNCTION: | Serum creatinine concentration: 1400 µmol/l<br>Creatinine clearance 0 ml/min<br>Urinary output: 200 mls/day |
| CONCURRENT MEDICATION: | i) Aludrox 10 mls t.d.s.<br>ii) T. Folic Acid 5 mg daily<br>iii) T. Orovite 1 daily<br>iv) T. Frusemide 120 mg b.d. |

NAD = No data available

200 171

D6533/A24

TABLE 1 (continued)

PATIENT 2

| | |
|---|---|
| AGE: | 54 years |
| SEX: | Male |
| DIAGNOSIS: | Rejecting renal transplant |
| RENAL FUNCTION: | Serum creatinine concentration: 739 µmol/l |
| CONCURRENT MEDICATION: | i) T. Atenolol 100 mg daily |
| | ii) T. Ascorbeff 1 o.m. |
| | iii) T. Prednisolone 10mg o.m. |
| | iv) T. Azathioprine 200 mg nocte |
| | v) T. Hydralazine 25 mg t.d.s. |
| | vi) T. Frusemide 250 mg b.d. |
| | vii) Ventolin Nebulizer 1 ml in 2 mls t.d.s. |
| | viii) Ventolin Spandet 1 nocte |
| | ix) Aludrox 10 ml t.d.s. |

200 172

D6533/A25

TABLE 1 (continued)

PATIENT 3

| | |
|---|---|
| AGE: | 69 years |
| SEX: | Male |
| DIAGNOSIS: | End stage renal failure on intermittent haemodialysis |
| RENAL FUNCTION: | Serum creatinine concentration: 1322 µmol/l<br>Creatinine clearance 0 ml/min<br>Anuric |
| CONCURRENT MEDICATION: | i) Tab. Cimetidine 200 mg b.d.<br>ii) Tab. Folic acid 5mg daily<br>iii) Tab. Digoxin 0.0625 mg/day<br>iv) Tab. Orovite 2 daily<br>v) Tab. Aludrox 30 ml t.d.s. |



Confidential Information – Subject to Protective Order

D6533/A26

TABLE 1 (continued)

PATIENT 4

| | |
|---|---|
| AGE: | 52 years |
| SEX: | Male |
| DIAGNOSIS: | End-stage renal failure due to malignant hypertension on haemodialysis |
| RENAL FUNCTION: | Serum creatinine concentration: 1619 µmol/l<br>Creatinine clearance 0 ml/min<br>Anuric |
| CONCURRENT MEDICATION: | i) Aludrox 10 ml t.d.s.<br>ii) Tab. Cimetidine 200 b.d.<br>iii) Tab. Labetalol.200 b.d.<br>iv) Tab. Folic Acid 5mg dialy<br>v) Tab. Hydralazine 100 mg b.d.<br>vi) Tab. Orovite 2 daily<br>vii) Tab. Ferrous Sulphate 200mg/d. |

200 174

Confidential Information – Subject to Protective Order

D6533/A27

TABLE 1 (continued)

PATIENT 5

| | |
|---|---|
| AGE: | 45 years |
| SEX: | Male |
| DIAGNOSIS: | End-stage renal failure on intermittent haemodialysis |
| RENAL FUNCTION: | Serum creatinine concentration: 1100 µmol/l<br>Creatinine clearance 0 ml/min<br>Anuric |
| CONCURRENT MEDICATION: | i) Tab. Orovite 2 t.d.s.<br>ii) Tab. Ferrous Sulphate 200 mg t.d.s.<br>iii) Tab. Folic Acid 5mg dialy<br>iv) Depixol 20 mg I.M. every 3 weeks<br>v) Alucaps 2 b.d. |

200 175

D6533/A28

TABLE 1 (continued)

PATIENT 6

| | |
|---|---|
| AGE: | 43 years |
| SEX: | Male |
| DIAGNOSIS: | Nephrotic Syndrome |
| RENAL FUNCTION: | Serum creatinine concentration: 319 µmol/l |
| CONCURRENT MEDICATION: | i) Tab. Spironolactone 100 mg b.d. |
| | ii) Tab. Prednisolone 40 mg t.d.s. |
| | iii) Tab. Azathioprine 50 mg b.d. |
| | iv) Heparin (Subcut) 5000 U. b.d. |
| | v) Tab Sulphinpyrazone 200 mg b.d. |
| | vi) Tab Frusemide 1g b.d. |



Confidential Information – Subject to Protective Order

D6533/A29

TABLE 2 PLASMA RANITIDINE CONCENTRATION (ng/ml) IN SIX SUBJECTS AFTER DOSING WITH ORAL RANITIDINE 75 mg

| Time | SUBJECTS | | | | | |
|---|---|---|---|---|---|---|
| (hours) | 1 | 2 | 3 | 4 | 5 | 6 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - | - | - | - | - | - | - |
| 1 | - | 7 | 29 | - | 260 | 37 |
| 2 | 198 | 149 | - | 514 | 321 | 159 |
| 3 | 321 | - | 77 | 680 | 473 | - |
| 4 | 209 | 194 | 49 | 677 | 452 | 95 |
| 6 | 233 | 189 | 39 | 538 | 345 | 77 |
| 8 | 164 | 110 | 34 | 504 | 264 | 45 |
| 10 | 144 | 100 | 35 | 482 | 198 | 41 |
| 12 | 88 | 86 | 27 | 295 | 114 | 23 |
| 16 | 56 | 69 | 28 | 202 | 95 | 13 |
| 24 | 32 | 34 | 17 | 133 | 49 | 10 |

200 177

D6533/B01

TABLE 3 PEAK PLASMA RANITIDINE CONCENTRATION (ng/ml) AND TIME TO PEAK (HOURS) IN SIX SUBJECTS AFTER DOSING WITH ORAL RANITIDINE (75mg)

| SUBJECT | PEAK RANITIDINE CONCENTRATION (ng/ml) | TIME TO PEAK (hours) |
|---|---|---|
| 1 | 321 | 3 |
| 2 | 194 | 4 |
| 3 | 77 | 3 |
| 4 | 680 | 3 |
| 5 | 473 | 3 |
| 6 | 159 | 2 |
| MEDIAN | 258 | 3 |



Confidential Information – Subject to Protective Order 

D6533/B02

TABLE 4 AREA UNDER THE PLASMA RANITIDINE CONCENTRATION-TIME CURVE FOR SIX SUBJECTS AFTER ORAL DOSING WITH RANITIDINE (75 mg)

| SUBJECT | AUC $ngml^{-1}hr$ |
|---|---|
| 1 | 3120 |
| 2 | 2720 |
| 3 | 1180 |
| 4 | 10330 |
| 5 | 5110 |
| 6 | 1130 |
| MEDIAN | 2920 |

TABLE 5 CALCULATED ELIMINATION HALF-LIFE FOR RANITIDINE IN PATIENTS WITH END STAGE RENAL FAILURE

| SUBJECT | $E^1/_2$ β |
|---|---|
| 1 | 8.5 |
| 2 | 8.8 |
| 3 | 16.8 |
| 4 | 10.8 |
| 5 | 9.7 |
| 6 | 11.3 |
| MEDIAN | 10.3 |

200 179

D6533/B07

TABLE 6 PARAMETER ESTIMATES USED IN CALCULATION OF PHARMACOKINETIC CHARACTERISTICS FOR EACH SUBJECT IN STUDY

| SUBJECT | β |
|---|---|
| | β |
| 1 | 0.08 |
| 2 | 0.08 |
| 3 | 0.04 |
| 4 | 0.06 |
| 5 | 0.07 |
| 6 | 0.06 |

β = overall elimination rate constant

TABLE 7 PLASMA RANITIDINE CONCENTRATION AT 24 HOURS EXPRESSED AS A PERCENTAGE OF THE PEAK VALUE

| Subject | % of peak concentration of ranitidine at 24 hours |
|---|---|
| 1 | 16 |
| 2 | 18 |
| 3 | 22 |
| 4 | 20 |
| 5 | 10 |
| 6 | 6 |

200 180

200 181

D1092A14

STUDY 3

# THE PHARMACOKINETICS OF RANITIDINE IN PATIENTS WITH CHRONIC RENAL FAILURE

INVESTIGATORS: Mrs. M. L. McFadyen. B.Sc.(hons)
Professor P I Folb F.R.C.P.
Department of Pharmacology
University of Cape Town
South Africa

PROTOCOL NO : 20-RAN-193-MJD

200 182

D1092/A14


## SUMMARY

1. The pharmacokinetics of oral ranitidine (150 mg) were studied in 5 patients with chronic renal failure (calculated creatinine clearance 1.7-18.3 ml/min).

2. Each patient was studied after single dosing and after one week's treatment with ranitidine (75 or 150 mg b.d.).

3. Chronic treatment with ranitidine did not alter the clearance characteristics of the drug.

4. The dialysance of ranitidine, calculated in four patients undergoing haemodialysis, ranged from 28-50 ml/min.

5. The half-life of ranitidine in the group of patients studied ranged from 6.1-9.3 hours (median 7.8) after single dosing and from 5.3-10.5 hours (median 7.8) after chronic treatment.


200 183

D1092/A15

## INTRODUCTION

Ranitidine is primarily excreted in the urine in the unchanged form and can be expected to accumulate in patients with impairment of renal function. The present study was undertaken to determine the absorption and elimination of an oral dose of ranitidine in patients with renal impairment The steady state pharmacokinetics of orally administered ranitidine in patients with renal impairment were also investigated and the effect of haemodialysis on the pharmacokinetics of the drug was determined.

## METHOD

Approval of the Ethical Review Research and Research Awards Committee of the University of Cape Town Medical School and of the Medicines Central Council was obtained. Patients with impaired renal function were recruited to the study (clinical details are given in Tables 1A & 1B). Each patient gave informed consent to participate in the study. The patient was admitted to hospital for the duration of blood sampling. After an overnight fast an indwelling intravenous cannula was introduced into a forearm vein and the cannula was kept patent with heparinised saline (100 units/ml). A sample of blood (7-10 mls) was taken and then a tablet of ranitidine (150 mg) was administered immediately before a standard hospital breakfast. Further samples of blood were withdrawn at the following times after dosing, 0.25, 0.5, 0.75, 1, 1.5, 1, 2, 3, 4, 5, 6, 8, 10, 12 and 24 hours. A twenty-four hour collection of urine was made during the course of blood sampling.

To obtain pharmacokinetic data during steady state, the same procedure was repeated after the patient had been on continuous treatment with ranitidine (75 mg or 150 mg b.d.) for one week.

Four patients on intermittent haemodialysis were also studied in a similar manner. Dialysis commenced a minimum of two hours after administration of ranitidine and half-hourly blood samples were obtained during dialysis.



Confidential Information – Subject to Protective Order 

D1092/A16

ANALYSIS OF DATA

The half-life of ranitidine was calculated by fitting single exponentials to the tails of the data. The function used was:

$$C(t) = Ae^{-\beta t} \quad t>t_k, \; \beta>0, \; A>0$$

where C(t) = plasma concentration (ng/ml)
t = time (hours)
A and β = one parameter to be estimated
$t_k$ = 8 hours

The model was fitted in the alternative form.

$$\ln (C(t)) = \ln (A) - \beta t, \quad \ln = \text{natural logarithms.}$$

The half life was estimated as $\frac{0.693}{\beta}$

For the data following one week's treatment the plasma level at time t = 0, say P, was noted. The time taken for the plasma concentration to return to P was calculated from the fitted single exponential by using the formula

$$t_p = \frac{\ln A - \ln P}{\beta} \qquad \ln = \text{Natural logarithms}$$

Dialysance (QD) was obtained from the following formula:

QD = (Bi-Bo)/Bi

Where

QB = Blood flow (ml $min^{-1}$)

Bi and Bo = ranitidine concentrations (ng/ml) in blood going into (Bi) and coming out from (Bo) the dialyser.

200 185

D1092/A17

## RESULTS

The renal status of the patients taking part in this study, as judged by their creatinine clearance values, is given in Table 2. Plasma ranitidine concentrations after a single 150 mg oral dose are shown in Table 3., and after chronic treatment with ranitidine in Table 4. Ranitidine was rapidly absorbed and the peak plasma concentration occurred at about 2 hours after single and multiple doses of the drug. Only from 0.8 to 16% of a single dose of ranitidine was excreted via the urine, Table 5. However, the plasma concentration which ranged from 267 - 863 (median 661) ng/ml at 2 hours had decreased to 28 - 123 (median 60) ng/ml by 24 hours (Table 3). There was no evidence of an accumulation of ranitidine with repeated doses and the 24 hour plasma ranitidine concentration in the steady-state ranged from 32 - 142 (median 48) ng/ml, Table 4. The elimination half-life calculated by fitting a single exponential to the terminal phase of the plasma ranitidine versus concentration curve had a median value after a single dose of ranitidine of 7.8 (6.1 - 9.3) hours and after chronic treatment of 7.8 (5.3 - 10.5) hours. The clearance of ranitidine in those patients with renal impairment is about 3½ times slower than in patients with normal renal function.

The dialysance for ranitidine ranged from 28 - 50 ml/min (Table 8).

## CONCLUSION

The results of this study confirm that patients with impaired renal function exhibit decreased clearance of ranitidine. Chronic treatment with ranitidine does not influence the clearance of the drug. Haemodialysis is of value in increasing the clearance of ranitidine from the body.



Confidential Information – Subject to Protective Order

Confidential Information – Subject to Protective Order

D1902/A18

TABLE 1A: DETAILS OF PATIENTS INCLUDED IN STUDY TO DETERMINE PHARMACOKINETICS OF RANITIDINE IN RENAL FAILURE

| Patient | AGE (years) | WEIGHT (kg) | SEX | RACE | SMOKING HABITS (No of cigarettes) | ALCOHOL INTAKE | OTHER ILLNESSES | CONCURRENT MEDICATION |
|---|---|---|---|---|---|---|---|---|
| Redacted Material | 35 | 64.5 | Male | Coloured | - | - | Hypertension | Hydrallazine<br>atenolol<br>frusamide<br>aluminium hydroxide gel<br>sodium bicarbonate |
| | 39 | 73.0 | Male | Coloured | 2/day | <once month | Hypertension | hydrallazine<br>frusamide<br>atenolol<br>aluminium hydroxide gel |
| | 75 | 57.5 | Female | Coloured | - | - | Diabetes Mellitus | digoxin<br>80 lente insulin<br>dipyridamole<br>dyclopenthiazide |
| | 34 | 55.0 | Male | African | - | - | Hypertension | hydrallazine<br>frusamide<br>labetalol |

200 187

GSKZNDAA0000067068

Confidential Information – Subject to Protective Order

D1902/A19

TABLE 1B: DETAILS OF PATIENTS INCLUDED IN STUDY TO DETERMINE PHARMACOKINETICS OF RANITIDINE IN RENAL FAILURE

| Patient | AGE (years) | WEIGHT (kg) | SEX | RACE | SMOKING HABITS (No. of cigarettes) | ALCOHOL INTAKE | OTHER ILLNESSES | CONCURRENT MEDICATION |
|---|---|---|---|---|---|---|---|---|
| Redacted Material | 40 | 68.5 | Male | Coloured | - | - | Hypertension | hydrallazine<br>atenolol<br>frusamide<br>aluminium hydroxide gel |
| | 41 | 53.5 | Female | Coloured | - | never | Hypertension | atenolol<br>hydrallazine<br>ferrous sulphate<br>prazosin, folic acid |
| | 49 | 60.0 | Male | Coloured | 10-15/day | Occasional | Hypertension<br>Diabetes<br>Mellitus | NAD |
| | 38 | 58.5 | Female | Coloured | 15/day | - | Systemic<br>lupus<br>erythematosus | atenolol<br>cyclophosphamide<br>aluminium hydroxide gel |

NAD = No available data

200 188

D1902/A20

TABLE 2 : RENAL STATUS OF PATIENTS INCLUDED IN STUDY

| Patient | Visit 1 (Single Dose Study) | | | Visit 2 (Steady State Study) | | |
|---|---|---|---|---|---|---|
| | | Calculated | | | Calculated | |
| | Scr | Ccr | Ccr(U) | Scr | Ccr | Ccr(U) |
| Redacted Material | 1800 | 1.7 | 3.5 | 975 | 6.0 | - |
| | 925 | 7.1 | 4.0 | 1000 | 6.3 | 5.3 |
| | 220 | 18.3 | 29.7 | 225 | 17.8 | 17.9 |
| | 875 | 6.1 | 4.5 | 950 | 4.6 | 4.7 |
| | 875 | 7.1 | - | 1050 | 4.6 | 5.9 |

SCr = Serum Creatinine µmol/l

Ccr = Creatinine Clearance (ml/min)

Ccr (U) = Calculated using 24 hr urine collection (uncorrected for surface area)

(Calculated Ccr (from serum) was done by Method 2 in: Estimation of creatinine clearance from serum creatinine concentration: Lott R.S. and Hayton W.L. DRUG INTELLIGENCE AND CLINICAL PHARMACY (1978) 12: 140-150).

200 189

Confidential Information – Subject to Protective Order

D1902/A21

TABLE 3 : PLASMA RANITIDINE CONCENTRATION (NG/ML) FOLLOWING ORAL ADMINISTRATION OF RANITIDINE (150 MG) IN FIVE PATIENTS WITH RENAL IMPAIRMENT. SINGLE DOSE STUDY

| PATIENT | Time (hrs) 0 | 0.25 | 0.50 | 0.75 | 1 | 1.5 | 2 | 3 | 4 | 5 | 6 | 8 | 10 | 12 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted Material | 0 | 21 | 180 | 267 (.83) | - | 356 (1.33) | 413 | 332 | 272 (4.5) | 227 | 196 | 144 (8.67) | 124 (10.67) | 110 | 46 |
| | 0 | 0 | 54 | 190 | 274 | 537 | 863 | 847 | 758 | 698 | 642 (8.1) | 476 | 392 | 344 | 123 |
| | 0 | 46 | 572 | 693 | 750 (1.13) | 851 | 750 | 703 | 649 | 542 | 484 | 393 | 268 | 218 | 60 |
| | 0 | 8 | 104 | 234 | 276 | 283 | 267 (2.33) | 231 | 199 | 163 (5.17) | 149 | 124 | 88 | 76 (12.08) | 28 |
| | 0 | 7 | 30 | 124 | 240 | 457 | 661 | 698 | 675 | 593 | 526 | 432 | 330 | 281 | 99 |

Note 1: Concentrations below 20 ng/ml not reliable

2: ( ) Time when sample was taken

200 190

GSKZNDAA0000067071

Confidential Information – Subject to Protective Order

D1902/A22

TABLE 4 : PLASMA RANITIDINE CONCENTRATION (ng/ml) FOLLOWING ORAL ADMINISTRATION OF RANITIDINE (150 mg) AFTER ONE WEEK CHRONIC TREATMENT, IN FIVE PATIENTS WITH RENAL IMPAIRMENT

| PATIENT | Time (hrs) 0 | 0.25 | 0.50 | 0.75 | 1 | 1.5 | 2 | 3 | 4 | 5 | 6 | 8 | 10 | 12 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted Material | 161 | 184 | 325 | 405 | 462 | 431 | 465 | 419 | 361 | 285 | 221 | 178 | 144 | 110 | 36 (25.33) |
| | 382 | 365 | 574 | 663 | 672 | 750 | 759 | 738 | 704 | 645 (5.5) | 592 (6.1) | 520 | - | 309 | 142 |
| | 338 | 364 | 475 | 710 | 711 | 666 | 581 | 527 | 463 | 433 | 352 | 279 (7.9) | 191 (10.4) | 144 (11.75) | 32 |
| | 217 | 280 (0.36) | 399 | 427 | 442 | 436 | 420 | 404 | 379 | 314 | 284 | 210 | 160 | 133 | 48 (24.1) |
| | 227 | 302 | 367 | 374 | 364 | 337 | 353 | 328 | 289 | 259 | 236 | 191 | 164 | 137 | 65 |

( ) Time when sample was taken

200 191

GSKZNDAA0000067072

D1902/A23

TABLE 5 : TWENTY-FOUR HOUR URINARY OUTPUT AND URINARY RANITIDINE CONCENTRATION IN PATIENTS WITH RENAL FAILURE

| Patient | Single Dose Study | | Steady State Study | |
|---|---|---|---|---|
| | 24hr. Urine volume (ml) | Total conc.* in 24 hr. collection (mg) | 24hr. Urine volume (ml) | Total conc.* in 24 hr. collection (mg) |
| Redacted Material | 2080 | 1.3 (0.8%) | 860 | 1.4 (0.9%) |
| | 1320 | 24.2 (16.1%) | 1520 | 6.4 (4.3%) |
| | 1960 | 24.3 (16.2%) | 1000 | 17.5 (11.7%) |
| | 1170 | 3.5 ( 2.3%) | 900 | 8.7 (5.8%) |
| | 2360 | 12.5 ( 8.3%) | 1780 | 13.2 ( 8.8%) |

*concentration of ranitidine

TABLE 6 PARAMETER ESTIMATES A AND β FROM $C(t) = Ae^{-\beta t}$

| Patient | Single dose study | | After 1 week ranitidine treatment | |
|---|---|---|---|---|
| | A | β | A | β |
| Redacted Material | 272 | 0.07 | 351 | 0.09 |
| | 934 | 0.08 | 882 | 0.08 |
| | 881 | 0.11 | 745 | 0.13 |
| | 299 | 0.09 | 402 | 0.09 |
| | 841 | 0.09 | 317 | 0.07 |
| Median | 841 | 0.09 | 402 | 0.09 |

D1902/A24

TABLE 7 ELIMINATION HALF-LIFE (hours)

| Patient | Single dose study | After 1 week ranitidine treatment |
|---|---|---|
| Redacted Material | 9.3 | 7.7 |
| | 8.2 | 9.0 |
| | 6.1 | 5.3 |
| | 7.2 | 7.8 |
| | 7.7 | 10.5 |
| Median | 7.8 | 7.8 |

TABLE 8 : CALCULATION OF DIALYSANCE OF RANITIDINE IN FOUR PATIENTS WITH CHRONIC RENAL FAILURE

| Patient | Plasma ranitidine concentration (ng/ml) | | | |
|---|---|---|---|---|
| | Into Dialyser (Bi) | Out of Dialyser (Bo) | Flow Rate QB (ml/min) | Dialysance ml/min QD |
| Redacted Material | 270 | 226 | 170 | 28 |
| | 566 | 463 | 275 | 50 |
| | 448 | 347 | 175 | 39 |
| | 567 | 466 | 275 | 49 |
| | 484 | 371 | 175 | 41 |
| | 380 | 304 | 250 | 50 |

200 193

D1090/A01

STUDY 4

# RANITIDINE CLEARANCE IN PATIENTS WITH RENAL FAILURE FOLLOWING ORAL DOSING

INVESTIGATOR: Dr. R. McGonigle
Dr. L. Williams
Dr. V. Parsons

ADDRESS: Hospital Renal Unit,
Dulwich Hospital,
Kings College,
East Dulwich Grove,
London SE22 8PT

PROTOCOL: 18-RAN-158-JLB
18-RAN-206-RJE

200 194

D1090/A02


## SUMMARY

1 In the first part of the study fifteen patients with varying degrees of renal failure (creatinine clearance <6 ml $min^{-1}$) received two 60 mg doses of ranitidine on the evening and morning before haemodialysis. The plasma ranitidine concentration was measured before and after dialysis.

In the second part of the study, four patients received 60 mg ranitidine daily and twelve received 75 mg daily for 21 days. Plasma ranitidine concentrations were measured before dialysis on days 7, 14 and 21. Analysis of serum uric acid, urea and creatinine in addition to routine clinical chemistry and haematology investigations were performed.

2 A single haemodialysis (nominal duration 6 hours) decreased the plasma ranitidine concentration by 60.5% (mean value, 9 patients).

3 In four patients with minimal residual renal function (creatinine clearance 0.6 - 3.7 ml $min^{-1}$) who received 75 mg ranitidine daily mean plasma concentration ranged from 253 - 344 ng $ml^{-1}$ on days 7, 14 and 21 of treatment. In six functionally anephric patients, the mean plasma concentration ranged from 393 - 496 ng $ml^{-1}$ during the same period. In four patients who received a 60 mg daily dose mean plasma concentrations ranged from 235 - 316 ng $ml^{-1}$.

There was no evidence of drug accumulation in these patients

4 There were no changes in the mean serum uric acid, urea, or creatinine concentration during treatment with 75 mg ranitidine for 21 days.

5 Therapeutic concentrations of ranitidine will be achieved in patients with severe renal failure on haemodialysis (creatinine clearance <4 ml $min^{-1}$) treated with 75 mg ranitidine daily, with haemodialysis on alternate days.


200 195

D1090/A03

## INTRODUCTION

A higher incidence of peptic ulceration and gastrointestinal bleeding has been reported in patients with renal failure on regular haemodialysis (Shepherd et al 1973, Doherty et al 1977). This may be a consequence of increased gastric acid secretion in these patients (Ventkateswaran et al 1972). For these reasons, the new histamine $H_2$ - receptor antagonist, ranitidine, may have a role in the management of peptic ulceration in patients with renal failure.

The present study was performed to estimate the clearance of ranitidine during haemodialysis and to establish the dose requirements for patients on regular haemodialysis.

## METHODS

### (a) Ranitidine clearance during haemodialysis

Fifteen patients were studied. Each had end-stage renal failure and received regular haemodialysis at Dulwich Hospital, London. The study was explained to the patients and their informed consent was obtained. The study was approved by the Hospital Ethical Committee.

Brief clinical details of each patient, including age, sex, diagnosis, creatinine clearance and dialysis regime are given in the appendix to this study. Details of the time of dosing, duration of dialysis and timing of blood sampling are also given in this appendix.

Patients were classified into three groups according to the duration of dialysis:

1. Nominal duration 4.00 hours (range 3.75-4.25 hours)
2. Nominal duration 6.00 hours (range 5.75-6.25 hours)
3. Nominal duration 7.00 hours (range 6.75-7.25 hours)



Confidential Information – Subject to Protective Order 

Ranitidine (3 x 20 mg tablet) was given in the evening and morning before haemodialysis (total dose 120 mg). Blood samples were taken at the beginning ('pre') and at the end of dialysis ('post'). The times of dosing and sampling were recorded. The body weight of each patient was measured before and after dialysis and the duration of dialysis was recorded. This regime is assumed to mimic once daily dosage with dialysis on alternate days.

The interval between the two 60 mg oral doses ranged from 7.5 to 12.1 hours (mean 10.3 hours).

The interval between the time of the of the last dose and the start of dialysis ranged from 0.7 to 7.6 hours (mean 3.2 hours).

The residual renal function of each patient was measured as creatinine clearance where applicable. Haemodialysis was performed using a variety of dialysers including flat plats (Kiil) and hollow fibre (Gambro) coils all of the same surface area ($1m^2$).

(b) Continuous ranitidine treatment in patients on haemodialysis

The second phase of the study was performed to determine the steady state plasma concentration of ranitidine in patients with chronic renal failure on haemodialysis. In addition, the study would determine whether drug accumulation occurred in these patients.

In a pilot study, three patients with minimal residual renal function and one anephric patients received 60 mg ranitidine as a single daily oral dose for 21 days. Three had participated in part 1 of the study; background information on the patient's age sex and creatinine clearance are given in the Appendix to this study. Each was haemodialysed for six hours three times each week. Samples of venous blood were taken before dialysis on days 7, 14 and 21 for determination of the plasma ranitidine concentration.



Confidential Information – Subject to Protective Order 

D1090/A05 .

The study was repeated in twelve non-diabetic patients with varying degree of end stage renal failure receiving haemodialysis on alternate days. The nominal duration of dialysis was five hours using conventional coils (Kiil, Gambro, Triex). These patients received 75 mg ranitidine as a single daily oral dose for 21 days. Venous blood samples were taken for ranitidine assay as before; the timing of the dose in relation to sampling was recorded. Blood samples were also taken for routine clinical chemistry and haematological determination before the trial and on days 7, 14 and 21.

Ranitidine assay

Samples of plasma were stored at - 20°C until assayed. Ranitidine assays were performed by Glaxo Group research Ltd, Ware, Hertfordshire. Samples from part 1 of the study were analysed by HPLC; the remainder were assayed by radioimmunoassay. (Main Appendix, Section 1).

RESULTS

(a) Ranitidine Clearance during dialysis

Fifteen patients were studied. One patient Redacted was excluded from analysis because the precise duration of dialysis was uncertain.

Plasma Ranitidine concentrations before and after dialysis are given in Table 1; the percentage decrease in ranitidine concentration is also given for individual patients, together with body weight. The differences in body wieght is the net loss of body water during dialysis.

There was a wide variation in the pre-dialysis ranitidine concentration reflecting the differences in the timing of the last dose in relation to dialysis and absorption (n.b. diabetics probably have delayed absorption of drug).

200 198

D1090/A06

The mean percentage decrease in plasma ranitidine concentration at the end of dialysis is given in Table 2.

The reduction in ranitidine concentration following a 6 hour dialysis was greater that that after a 4 hour dialysis. Dialysis for 7 hours did not result in a further decrease in ranitidine concentration. However the number of patients in this group was small.

The mean decrease in ranitidine concentration during a single 6 hour dialysis was 60.5%.

(b) Continuous ranitidine treatment in patients on haemodialysis

Plasma ranitidine concentration and renal function.

Four patients with known residual renal function were studied initially. In the pilot study, the daily oral dose was 60 mg ranitidine. The study was extended to included a further 12 patients with known residual renal function given a daily oral dose of 75 mg ranitidine.

The steady state plasma ranitidine concentration in patients receiving 60 mg daily with dialysis on alternate days is given in Table 3.

Two patients who received 75 mg daily were excluded from analysis because the intervals between the dose and sampling were 6 hours in one patient on days 7, 14 and 21, and varied from 2 to 10 hours in the other. The interval between dosing and sampling for individual patients is given in the Appendix; the data is summarised in Table 4. Four patients receiving 75 mg daily had minimal residual renal function (creatinine clearance 0.6 - 3.7 ml min ); the remainder were functionally anephric. One patient Redacted was suffering from concurrent acid-peptic disease at the beginning of the study.

The mean plasma ranitidine concentrations for these ten patients are given in Table 5

There was no evidence of drug accumulation in anephric patients or in those with minimal residual renal function. At the beginning of dialysis the plasma concentration ranged from approximately 300-350 ng $ml^{-1}$ during the 21 day dosing period in patients with some renal function.

As expected for a drug eliminated mainly via the kidney after oral dosing (Bell et al 1980), the plasma concentration in functionally anephric patients was greater throughout the study. The concentration ranged from 393 to 496ng $ml^{-1}$.

## Clinical Chemistry and Haematology

The effect of ranitidine 75mg daily on serum uric acid, urea and creatinine concentration was recorded before treatment and after 7, 14 and 21 days. Individual values are given in the Appendix. Mean values are given in Table 6; there were no clinically significant changes during the treatment period.

The accepted reference interval for serum uric acid is 0.1-0.4mmol $l^{-1}$ for men and women at the Dulwich Hospital. Mean serum urate levels were greater than the upper normal limit due to renal failure. However, there were no appreciable changes in concentration during ranitidine treatment. In comparison, uric acid concentration has been reported to increase significantly after 7 days treatment with cimetidine in a comparable group of patients (Larsson et al 1980). Cimetidine treatment was not continued beyond 7 days in this study, and the urate concentration returned to the pre-trial level 3 days later. Similarly, the mean serum creatinine concentration did not change significantly during ranitidine treatment compared with pre-treatment values (Table 6). Serum creatinine concentration was significantly increased after 7 days cimetidine treatment in comparable patients (Larsson et al 1980), but returned to pre-trial values 3 days after treatment.

There were no significant changes in serum urea during ranitidine treatment. A similar result was reported by Larsson et al (1980) following cimetidine treatment. These authors concluded that treatment with cimetidine in patients with renal failure may invalidate measurements of serum creatinine and creatinine clearance as standard tests of GFR, since the changes observed during treatment may have been caused by inhibition of tubular secretion of creatinine which is reversed after withdrawal of treatment. Ranitidine treatment may be free from this complication.

Some clinical chemistry and haematology values were outside the normal range for the Hospital. The investigator has assessed each and in his opinion none of the abnormal laboratory values were attributable to ranitidine treatment.

## Adverse Events

None of the patients in this study reported any adverse effects during treatment.

## CONCLUSION

The plasma ranitidine concentration was reduced by approximately 60% after a single dialysis (nominal duration 6 hours).

Daily treatment with ranitidine (75mg orally) for 21 days did not result in drug accumulation in patients receiving haemodialysis on alternate days. The mean plasma concentration at this dose ranged from 296 to 344ng $ml^{-1}$ in four patients with minimal residual renal function (creatinine clearance 0.6-3.7ml $min^{-1}$). In six functionally anephric patients the plasma ranitidine concentration ranged from 393 to 496ng $ml^{-1}$.

In patients with varying degrees of renal failure on a regular haemodialysis regime, ranitidine did not cause a change in serum urate, urea or creatinine concentration during a 21-day treatment period.

If 60% of the circulating drug is removed by dialysis, plasma concentrations will be within the therapeutic range (150-300ng $ml^{-1}$) following a daily dose of 75mg ranitidine in patients with severe renal failure (creatinine clearance <4ml min-1).

Confidential Information – Subject to Protective Order

D1090/B30

TABLE 1 RANITIDINE CLEARANCE DURING DIALYSIS - IN 15 PATIENTS FOLLOWING 2 x 60MG RANITIDINE

Nominal duration of dialysis 4 hours

| Patient | Body wt (kg) Pre | Body wt (kg) Post | Ranitidine concn (ng ml-1) Pre | Ranitidine concn (ng ml-1) Post | % decrease |
|---|---|---|---|---|---|
| Redacted Material | 79.2 | 78 0 | 190 | 105 | 44.7 |
| | 51.5 | 50.9 | 337 | 248 | 26.5 |
| | 58.3 | 55.9 | 367 | 178 | 51.5 |

Nominal duration of dialysis 6 hours

| Patient | Body wt (kg) Pre | Body wt (kg) Post | Ranitidine concn (ng ml-1) Pre | Ranitidine concn (ng ml-1) Post | % decrease |
|---|---|---|---|---|---|
| Redacted Material | 65.4 | 62.3 | 94 | 67 | 28.7 |
| | 67.0 | 66.3 | 398 | 159 | 60.1 |
| | 61.5 | 60.0 | 195 | 65 | 66.7 |
| | 68.1 | 66.9 | 743 | 145 | 80.5 |
| | NAD | | 163 | 76 | 53.6 |
| | 47.0 | 45.3 | 1216 | 318 | 73.9 |
| | 64.6 | 63.2 | 269 | 115 | 57.3 |
| | 51.7 | 49.3 | 360 | 163 | 54.7 |
| | 59.6 | 58.7 | 524 | 162 | 69.1 |

Nominal duration of dialysis 7 hours

| Patient | Body wt (kg) Pre | Body wt (kg) Post | Ranitidine concn (ng ml-1) Pre | Ranitidine concn (ng ml-1) Post | % decrease |
|---|---|---|---|---|---|
| Redacted Material | 68.3 | 66.2 | 39 | 20 | 48.7 |
| | 66.1 | 64.9 | 170 | 80 | 52.9 |

NAD: No available data.

200 202

D1090/A07

## TABLE 2

**DECREASE IN PLASMA RANITIDINE CONCENTRATION AT THE END OF DIALYSIS EXPRESSED AS A PERCENTAGE OF THE PRE-DIALYSIS CONCENTRATION**

| | Nominal duration of dialysis (hours) 4.00 | 6.00 | 7.00 |
|---|---|---|---|
| Percentage decrease (Mean ± SD) | 40.9 ± 12.9 (n.3) | 60.5 ± 15.0 (n 9) | 50.8 ± 3.0 (n=2) |

## TABLE 3

**PLASMA RANITIDINE CONCENTRATION IN PATIENTS RECEIVING 60 MG DAILY DIALYSIS ON ALTERNATE DAYS**

| Patient | Creatinine Clearance (ml min$^{-1}$) | Ranitidine concentration (ng ml$^{-1}$) | | |
|---|---|---|---|---|
| | | Day 7 | Day 14 | Day 21 |
| Redacted Material | Anephric | 339 | 259 | 89 |
| | 1.4 | 273 | 267 | 203 |
| | 2.0 | 240 | 243 | 249 |
| | 3.7 | 413 | 170 | 406 |
| Mean ± SD | | 316 ± 77 | 235 ± 44 | 237 ± 131 |

200 203

D1090/A9

TABLE 4 INTERVAL (HOURS) BETWEEN DOSING AND SAMPLING IN PATIENTS RECEIVING 75 MG RANITIDINE FOR 21 DAYS

| Residual renal function (Creatinine Clearance) | n | Mean (range) Interval | | |
|---|---|---|---|---|
| | | Day 7 | Day 14 | Day 21 |
| 0.6 - 3.7 ml min-1 | 4 | 2.75 (2 - 4) | 2.75 (2 - 4) | 3.1 (2 - 4) |
| Anephric | 6 | 2.5 (2 - 4) | 2.75 (2 - 4) | 2.2 (2 - 3) |

TABLE 5 PLASMA RANITIDINE CONCENTRATION IN PATIENTS RECEIVING 75mg DAILY, DIALYSIS ON ALTERNATE DAYS

| Residual renal function (creatinine clearance) | n | Ranitidine concentration ($ng\ ml^{-1}$) | | |
|---|---|---|---|---|
| | | Day 7 | Day 14 (Mean ± SD) | Day 21 |
| 0.6 - 3.7ml min-1 | 4 | 296 ± 123 | 344 ± 95 | 331 ± 78* |
| Anephric | 6 | 444 ± 227 | 393 ± 244 | 496 ± 162** |

* Excluding result for 1 patient, ranitidine concentration 19 $ng\ ml^{-1}$

** n =5, no available data for one patient

200 204

D1092/A2

TABLE 6 URIC ACID, UREA AND CREATININE CONCENTRATION IN SERUM IN 12 PATIENTS WITH RENAL FAILURE TREATED WITH RANITIDINE 75mg DAILY FOR 21 DAYS (MEAN ± SD)

| Parameter | Serum Concentration (mean ± SD, n=12) | | | |
|---|---|---|---|---|
| | Pre-Treatment | Day 7 | Day 14 | Day 21 |
| Uric acid (mmol $l^{-1}$) | 0.50 ± 0.05 | 0.44 ± 0.03 | 0.45 ± 0.05 | 0.50 ± 0.09 |
| Urea (mmol $l^{-1}$) | 28.6 ± 5.1 | 26.4 ± 5.9 | 26.1 ± 6.6 | 29.3 ± 5.4 |
| Creatinine (μmol $l^{-1}$) | 1108 ± 240 | 1020 ± 245 | 1020 ± 202 | 1099 ± 218 |

200 205

D1092/A4

# APPENDIX

## INDIVIDUAL PATIENT DATA


| | |
|---|---|
| Table 1A | Routine laboratory investigations performed at Dulwich Hospital, London. |
| Table 2A | Backround patient data : Part 1 of study. |
| Table 3A | Duration of dialysis. |
| Table 4A | Results of a single dialytic clearance of ranitidine 2 x 60 mg oral dose. |
| Table 5A | Clinical characteristics of patients with end-stage renal failure : Part 2 of study. |
| Table 6A | Time of sample after dose and plasma ranitidine concentration before haemodialysis during continuous treatment with ranitidine 75 mg $day^{-1}$. |
| Table 7A | Serum urea and creatinine concentration before and after 21 days treatment with ranitidine 75 mg $day^{-1}$. |
| Table 8A | Serum urea and creatinine concentration during ranitidine treatment 75 mg $day^{-1}$. |
| Table 9A | Serum uric acid concentration during ranitidine treatment 75 mg $day^{-1}$. |




Confidential Information – Subject to Protective Order 

D1092/A5

TABLE 1A: ROUTINE LABORATORY INVESTIGATIONS PERFORMED AT DULWICH HOSPITAL, LONDON

| Parameter | Normal Range | | Units |
|---|---|---|---|
| | Male | Female | |
| Urea | 3.3 - 6.7 | 3.3 - 6.7 | mmol $l^{-1}$ |
| Sodium | 130 - 145 | 130 - 145 | mmol $l^{-1}$ |
| Potassium | 3.5 - 5.0 | 3.5 - 5.0 | mmol $l^{-1}$ |
| Creatinine | 45 - 105 | 45 - 105 | µmol $l^{-1}$ |
| Calcium | 2.3 - 2.6 | 2.3 - 2.6 | mmol $l^{-1}$ |
| Alkaline phosphatase | 30 - 85 | 30 - 85 | U $l^{-1}$ |
| Bilirubin | 3.0 - 20 | 3.0 - 20 | µmol $^{-1}$ |
| Total proteins | 60 - 80 | 60 - 80 | g $l^{-1}$ |
| Albumin | 35 - 50 | 35 - 50 | g $l^{-1}$ |
| Gammaglutamyl transpeptidase | 0 - 45 | 0 - 35 | U $l^{-1}$ |
| SGOT | 10 - 50 | 10 - 50 | U $l^{-1}$ |
| Uric acid | 0.1 - 0.4 | 0.1 - 0.4 | mmol $l^{-1}$ |
| Haemoglobin | 14 - 18 | 12 - 16 | g $dl^{-1}$ |
| RBC | 4.6 - 6.2 | 4.2 - 5.4 | x $10^6$ $mm^{-3}$ |
| MCHC | 32 - 36 | 32 - 36 | % |
| PCV | 40 - 54 | 37 - 47 | % |
| MCV | 80 - 95 | 80 - 95 | $µm^3$ |
| Platelet count | 150 - 350 | 150 - 350 | x$10^3$ $m^{-3}$ |
| TotalWBC | 5 - 10 | 5 - 10 | x$10^3$ $mm^{-3}$ |

200 207

D1092/A6

## TABLE 2A BACKGROUND PATIENT DATA : PART 1

| Patient | Age | Sex | Diagnosis | Creatinine clearance ml/min | Dialysis (1m2 coils) |
|---|---|---|---|---|---|
| Redacted Material | 31 | M | Diabetes | 0 | Triex |
| | 29 | M | Chronic Glomerulonephritis | 3.7 | Kiil |
| | 41 | F | Diabetes | | Kiil |
| | 51 | M | Chronic Glomerulonephritis | | Kiil |
| | 54 | M | Chronic Glomerulonephritis | 2.0 | Triex |
| | 52 | M | Chronic Pyelonephritis | 6.1 | Kiil |
| | 44 | M | Diabetes | | Kiil |
| | 20 | M | Hypertension, Chronic Glomerulonephritis | | Kiil |
| | 55 | F | Polycystic | Anephric | Triex |
| | 59 | F | Polycystic | Anephric | Kiil |
| | 55 | F | Chronic Glomerulonephritis | 4.5 | Kiil |
| | 55 | F | Hypertension | | Kiil |
| | 28 | M | Diabetes | | Gambro |
| | 26 | M | Proliferative Glomerulonephritis | | Kiil |
| | 34 | F | Polycystic | Anephric | Triex |

200 208

* Not included in analysis due to uncertain duration of dialysis

D1092/A7

TABLE 3A DURATION OF DIALYSIS

| Patient | Start time | Finish Time | Duration of dialysis (Hr-min) |
|---|---|---|---|
| Redacted Material | 0930 | 1640 | 0710 |
| | 1300 | NAD | NAD* |
| | 0900 | 1500 | 0600 |
| | 1005 | 1615 | 0615 |
| | 0945 | 1545 | 0600 |
| | 0855 | 1450 | 0555 |
| | 0915 | 1610 | 0655 |
| | 1300 | 1855 | 0555 |
| | 1105 | 1720 | 0615 |
| | 1034 | 1635 | 0601 |
| | 0830 | 1435 | 0605 |
| | 1135 | 1715 | 0550 |
| | 1500 | 1840 | 0340 |
| | 0930 | 1330 | 0400 |
| | 0940 | 1342 | 0402 |

*NAD: No available data. Results not included in analysis due to uncertain duration of dialysis

200 209

D1092/A8

TABLE 4A RESULTS OF A SINGLE DIALYTIC CLEARANCE OF RANITIDINE 2 x 60 mg ORAL DOSE

| Patient | Time Tab 1 (1) | Time Tab 2 (2) | Interval (1) - (2) (Hours) | Time Start dialysis (3) | Interval (2) - (3) (Hours) | Ranitidine clearance (%) |
|---|---|---|---|---|---|---|
| Redacted Material | 2145 | 0700 | 9.25 | 0930 | 2.50 | 48.7 |
| | 0115 | 1130 | 10.25 | 1300 | 1.50 | 76.6 |
| | 2040 | 0818 | 11.63 | 0900 | 0.70 | 28.7 |
| | 1920 | 0720 | 12.00 | 1005 | 2.75 | 60.1 |
| | 2330 | 0700 | 7.50 | 0945 | 2.75 | 80.5 |
| | 2000 | 0700 | 11.00 | 0855 | 1.92 | 52.9 |
| | 2200 | 0745 | 9.75 | 0915 | 1.50 | 66.7 |
| | 0015 | 0800 | 7.75 | 1135 | 3.58 | 69.1 |
| | 2025 | 0620 | 9.92 | 1500 | 7.66 | 44.7 |
| | 1815 | 0620 | 12.08 | 0930 | 3.16 | 26.5 |
| | 1835 | 0600 | 12.41 | 0940 | 3.66 | 51.5 |
| | 1820 | 0625 | 12.08 | 1300 | 6.58 | 53.6 |
| | 2230 | 0830 | 10.00 | 1105 | 2.58 | 73.9 |
| | 2020 | 0705 | 10.75 | 1034 | 3.49 | 57.3 |
| | 2150 | 0610 | 8.33 | 0830 | 2.33 | 54.7 |
| Mean (n=14) | | | 10.3 hours | | 3.2 hours | |

* Not included in analysis due to uncertain duration of dialysis



Confidential Information – Subject to Protective Order 

D1092/A9

TABLE 5A CLINICAL CHARACTERISTICS OF PATIENTS WITH END-STAGE RENAL FAILURE: PART 2 OF STUDY

| Patient | Age | Sex | Residual renal function: Anephric | Residual renal function: Creatinine clearance (ml $min^{-1}$) | Dialysis ($1m^2$ coils) | Nominal duration of dialysis (hours) |
|---|---|---|---|---|---|---|
| Redacted Material | 54 | M | | 2.0 | Triex | 5 |
| | 33 | M | | 0.6 | Gambro* | 5 |
| | 42 | F | | 1.4 | Kiil | 4 |
| | 29 | M | | 3.7 | Gambro* | 7 |
| | 48 | M | + | - | Gambro* | 5 |
| | 57 | F | + | - | Gambro* | 4 |
| | 67 | F | + | - | Gambro | 5 |
| | 24 | M | + | - | Gambro | 5 |
| | 29 | F | + | - | Nephros | 4 |
| | 59 | M | + | - | Gambro | 5 |
| | 53 | M | + | - | Kiil | 5 |
| | 58 | M | + | - | Kiil | 5 |

* $1.36m^2$ coils

200 211

D1092/A10

TABLE 6A TIME OF SAMPLE AFTER DOSE AND PLASMA RANITIDINE CONCENTRATION BEFORE HAEMODIALYSIS DURING CONTINUOUS TREATMENT WITH RANITIDINE 75mg DAY$^{-1}$

| Patient | Time of sample post - dose (hours) | | | Ranitidine concentration* (ng ml$^{-1}$) | | |
|---|---|---|---|---|---|---|
| | Day 7 | Day 14 | Day 21 | Day 7 | Day 14 | Day 21 |
| Redacted Material | 2 | 2 | 2 | 447 | 376 | 420 |
| | 4 | 4 | 4 | 273 | 223 | 272 |
| | 2 | 2.5 | 2.5 | 149 | 326 | 301 |
| | 3 | 2.5 | 4 | 315 | 449 | (19) |
| (n=4) | 2.75 | 2.75 | 3.1 | 296 | 344 | 253 (n=4)<br>331 (n=3) |
| Redacted Material | 2 | 2 | 2 | 476 | 294 | NAD |
| | 2.25 | 4 | 2 | 221 | 469 | 570 |
| | (2) | (10) | (8) | (238) | (225) | (111) |
| | (6) | (6) | (6) | (572) | (87) | (26) |
| | 2 | 2 | 2 | 831 | 801 | 730 |
| | 2.25 | 2.5 | 2.25 | 354 | 363 | 432 |
| | 3 | 2.5 | 2 | 244 | 55 | 302 |
| | 4 | 3.5 | 3 | 539 | 373 | 447 |
| (n=6) Mean | 2.5 | 2.75 | 2.2 | 444 | 393 | 496 (n=5) |

() Excluded from analysis

NAD = No available data

* Ranitidine concentration <2ng ml$^{-1}$ in all samples Day 0

200 212

D1092/A11

TABLE 7A SERUM UREA AND CREATININE CONCENTRATION BEFORE AND AFTER THREE WEEKS TREATMENT WITH RANITIDINE 75mg $DAY^{-1}$

| Patient | Serum Urea ($mmol\ l^{-1}$) | | Serum creatinine ($\mu mol\ l^{-1}$) | |
|---|---|---|---|---|
| | Before treatment | After 21 days ranitidine | Before treatment | After 21 days ranitidine |
| Redacted Material | 31.7 | 27.0 | 1410 | 1084 |
| | 24.5 | 33.0 | 1016 | 1125 |
| | 28.4 | 30 0 | 1178 | 1217 |
| | 39.3 | 43.0 | 1260 | 1383 |
| | 27.9 | 32.0 | 923 | 1010 |
| | 30.6 | 30.0 | 1325 | 1369 |
| | 25.5 | 28.0 | 979 | 871 |
| | 29.3 | 29.0 | 1415 | 1359 |
| | 22.3 | 24.0 | 696 | 799 |
| | 29.4 | 29.0 | 1247 | 1236 |
| | 33.6 | 25.0 | 1086 | 940 |
| | 20.3 | 22.0 | 758 | 798 |
| Mean ± SD (n=12) | 28.6 ± 5.1 | 29.3 ± 5.4 | 1108 ± 240 | 1099 ± 218 |

D1092/A12

TABLE 8A SERUM UREA AND CREATININE CONCENTRATIONS DURING RANITIDINE TREATMENT 75mg DAY$^{-1}$

| Patient | Urea concentration (mmol$^{-1}$) | | Creatinine concentration µmol l$^{-1}$) | |
|---|---|---|---|---|
| | Day 7 | Day 14 | Day 7 | Day 14 |
| Redacted Material | 27.0 | 25.0 | 1201 | 1196 |
| | 19.8 | 26 0 | 775 | 925 |
| | 33.0 | 28.0 | 994 | 1105 |
| | 28.0 | 38.0 | 1087 | 1210 |
| | 36.0 | 39.0 | 980 | 1038 |
| | 35.0 | 24.0 | 1609 | 1216 |
| | 26.0 | 23.0 | 910 | 850 |
| | 24.0 | 23.0 | 1204 | 1314 |
| | 23.0 | 18.5 | 770 | 718 |
| | 23.0 | 23.0 | 1053 | 1025 |
| | 25.0 | 28.0 | 960 | 965 |
| | 16.9 | 17.7 | 700 | 679 |
| Mean ± SD (n=12) | 26.4 ± 5.9 | 26.1 ± 6.6 | 1020 ± 245 | 1020 ± 202 |



Confidential Information – Subject to Protective Order GSKZNDAA0000067095

D1092/A13

TABLE 9A SERUM URIC ACID CONCENTRATION DURING TREATMENT WITH RANITIDINE 75mg DAY$^{-1}$

| Patient | Pre-treatment | Day 7 | Day 14 | Day 21 |
|---|---|---|---|---|
| Redacted Material | 0.45 | 0.45 | 0.51 | 0.49 |
| | 0.51 | 0.37 | 0.44 | 0.50 |
| | 0.48 | 0.45 | 0.41 | 0.46 |
| | 0.53 | 0.46 | 0.48 | 0.56 |
| | 0.46 | 0.48 | 0.55 | 0.46 |
| | 0.50 | 0.48 | 0.40 | 0.43 |
| | 0.58 | 0.44 | 0.42 | 0.71 |
| | 0.51 | 0.46 | 0.49 | 0.52 |
| | 0.47 | 0.41 | 0.41 | 0.47 |
| | 0.57 | 0.42 | 0.44 | 0.55 |
| | 0.43 | 0.40 | 0.41 | 0.36 |
| | 0.52 | 0.44 | 0.44 | 0.54 |
| Mean ± SD (n=12) | 0.50 ± 0.05 | 0.44 ± 0.03 | 0.45 ± 0.05 | 0.50 ± 0.09 |

200 215

D1090/A13

## REFERENCES


Bell, J.A., Dallas, F.A.A., Jenner, W.N. and Martin, L.E (1980)
The metabolism of ranitidine in animals and man.
Biochem. Soc. Trans., 8, 83

Doherty, C.C., O'Connor, F.A., Buchanan, K.D. and McGeown, M.S.(1977)
Cimetidine for duodenal ulceration in patients undergoing haemodialysis.
Br. Med. J., 2, 1506

Larsson, R., Bodemar, G., Kagedal, B. and Walan, A.(1980)
The effects of cimetidine (Tagamet) on renal function in patients with renal failure.
Acta. Med. Scand., 208, 27

Shepherd, A.M.M., Stewart, W.K. and Wormsley, K.G.(1973)
Peptic ulceration in chronic renal failure.
Lancet 1, 1357

Ventkateswaran, P.S., Jeffers, A. and Hocken, A.G.(1972)
Gastric acid secretion in chronic renal failure.
Brit. Med. J., 4, 22




Confidential Information – Subject to Protective Order

200 217

D1081/A14

STUDY 5

# INVESTIGATION INTO THE PHARMACOKINETICS OF RANITIDINE IN PATIENTS WITH END STAGE RENAL FAILURE

INVESTIGATOR: Dr J R Curtis
Consultant Nephrologist
Charing Cross Hospital
London

PROTOCOL NO: 20-RAN-89 AJR

200 218

D1081/A14

SUMMARY

1. The pharmacokinetics of ranitidine have been studied in a group of six patients with end stage renal failure.

2. Blood levels of the drug were obtained at various times after the intravenous bolus injection of 40mg ranitidine. Each patient was studied twice, once during dialysis and once on a non-dialysis day.

3. Clearance of ranitidine was significantly less on the day without dialysis than on the day with dialysis.

4. Patients with end stage renal failure may require a smaller daily dose of ranitidine than patients with normal renal function in order to achieve similar plasma levels of ranitidine.

5. No side effect of ranitidine occurred in any of the patients studied.



Confidential Information – Subject to Protective Order

D1081/A15

## INTRODUCTION

Upper gastrointestinal problems including haemorrhage are important complications of patients on maintenance haemodialysis or following renal transplantation and are potentially lethal. Patients with a raised gastric acid secretion can be successfully managed with $H_2$receptor antagonists such as cimetidine but the use of this drug has been associated with a number of side-effects. Ranitidine is a new $H_2$ receptor antagonist which appears to be relatively free of side-effects. Ranitidine can be administered orally or intravenously and 30-70% of the dose is excreted unchanged in the urine during the 24 hours following the dose. Small amounts of the N-oxide, S-oxide and desmethyl ranitidine are also excreted in the urine. (ref. Human Pharmacokinetics Section) The elimination half-life is approximately 2 hours in normal subjects. It is to be anticipated therefore that the elimination half-life will be significantly prolonged in patients with severe renal failure and that dosage reductions may be necessary in such patients. The molecular weight of ranitidine is 351 and there is little significant protein-binding. (ref. Human Pharmacokinetics Section) It is also to be anticipated therefore that the drug will be removed from the patient during haemodialysis.

In view of the potential importance of this drug in dialysis patients and renal transplant recipients, its pharmacokinetics were investigated in a group of maintenance haemodialysis patients.

## METHOD

Ethical committee approval was obtained for the study and each patient gave informed consent to participate. The patients were each in end stage chronic renal failure and were on maintenance haemodialysis.(Patient details are given in Table 1). Each patient was studied on two occasions, once on a non-dialysis day and then again during haemodialysis. On each occasion a control blood sample (10ml heparinised blood) was obtained and ranitidine 40mg was administered as an intravenous bolus injection over five minutes. Further blood samples were obtained at 1, 2, 3, 4, 5, and 6 hours after the dose. In four patients, further samples of blood were



Confidential Information – Subject to Protective Order 

obtained at times varing from 23 1/2 to 97 3/4 hours after drug administration. With the exception of the patient undergoing haemodialysis on one of the occasions, all other conditions were standardised.

The blood samples were collected into heparinised tubes and the plasma was separated by centrifugation and stored at -20° C until assay.

Ranitidine was determined in the plasma samples by radioimmunoassay at Glaxo Group Research Ltd. (method in Appendix, Section 1)

## RESULTS

The results of the plasma ranitidine assay for each blood sample are shown in Table 2. The area under the plasma ranitidine concentration - time curve, obtained by trapezoidal integration, for each subject is given in Table 3. Higher plasma ranitidine levels occurred on the day without dialysis than during dialysis. The area under the curve without dialysis was significantly greater ($p < 0.05$) than the area under the curve with dialysis (Fishers Sign Test).

## DISCUSSION

This study has shown a predictable decreased clearance of ranitidine in patients with end-stage renal failure on days when they are not dialysed. Patients with renal failure therefore, may require a smaller daily dose of ranitidine than patients with normal renal function to achieve adequate plasma ranitidine levels for therapeutic effect.



Confidential Information – Subject to Protective Order

Confidential Information – Subject to Protective Order

D1090/B26

TABLE 1. CLINICAL DETAILS OF PATIENTS IN STUDY

| Patient Initials | Age (yrs) | Sex | Diagnosis | Date of 1st Dialysis | Renal Function (ml/min) |
|---|---|---|---|---|---|
| Redacted Material | 70 | M | Chronic Glomerulonephritis and Hypertension | 26-8-80 | *3.8 |
| | 52 | F | Malignant Hypertension | 24-6-80 | *<5 |
| | 53 | M | Hypertension | 10-7-76 | **4.3 |
| | 47 | F | Polycystic kidneys | 22-10-71 | *5.1 |
| | 64 | F | Analgesic nephropathy + amyloidosis | 27-10-<76 | *<5 |
| | 57 | M | R.R.A. Occlusion<br>Hypertension<br>Polycythaemia rubra vera<br>Renal Stone | 14-02-80 | *<5 |

* Endogenous Creatinine Clearances
** 51 cr EDTA Clearance
R.R.A. Right Renal Artery

200 222

GSKZNDAA0000067103

D1081/A17

TABLE 2 PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING 40mg RANITIDINE (I.V.) IN SIX PATIENTS WITH END-STAGE RENAL FAILURE

| Patient | WITHOUT DIALYSIS DATE | TIME (HR) | PR* ng/ml | WITH DIALYSIS DATE | TIME (HR) | PR* ng/ml |
|---|---|---|---|---|---|---|
| Redacted Material | 29.10.80 | PD | 7 | 27.10.80 | PD | <2 |
| | | 1 | 295 | | 1 | 254 |
| | | 2 | 210 | | 2 | 230 |
| | | 3 | 171 | | 3 | 179 |
| | | 4 | 133 | | 4 | 150 |
| | | 5 | 109 | | 5 | 128 |
| | | 6 | 97 | | 6 | 129 |
| | 4.11.80 | PD | 3 | 30.10.80 | PD | <2 |
| | | 1 | 388 | | 1 | 309 |
| | | 2 | 316 | | 2 | 260 |
| | | 3 | 303 | | 3 | 198 |
| | | 4 | 263 | | 4 | 177 |
| | | 5 | 277 | | 5 | 174 |
| | | 23½ | 54 | | 97 3/4 | 5 |
| | 13.11.80 | PD | 9 | 11.11.80 | PD | <2 |
| | | 1 | 328 | | 1 | 193 |
| | | 2 | 256 | | 2 | 189 |
| | | 3 | 214 | | 3 | 176 |
| | | 4 | 196 | | 4 | 148 |
| | | 5 | 170 | | 5 | 140 |
| | | 6 | 138 | | 6 | 139 |
| | | 24 | 30 | | | |

* PLASMA RANITIDINE

200 223

D1081/A18

TABLE 2 CONTINUED

PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING 40mg RANITIDINE (IV) IN SIX PATIENTS WITH END-STAGE RENAL FAILURE

| Patient | WITHOUT DIALYSIS DATE | TIME (HR) | PR* ng/ml | WITH DIALYSIS DATE | TIME (HR) | PR* ng/ml |
|---|---|---|---|---|---|---|
| Redacted Material | 22.9.80 | PD | <5 | 16.9.80 | PD | <5 |
| | | 1 | 476 | | 1 | 266 |
| | | 2 | 378 | | 2 | 255 |
| | | 3 | 363 | | 3 | 230 |
| | | 4 | 320 | | 4 | 182 |
| | | 5 | 335 | | 5 | 164 |
| | | 6 | 295 | | 6 | 144 |
| | 15.10.80 | PD | 10 | 12.10.80 | PD | <2 |
| | | 1 | 283 | | 1 | 283 |
| | | 2 | 258 | | 2 | 208 |
| | | 3 | 202 | | 3 | 176 |
| | | 4 | 180 | | 4 | 147 |
| | | 5 | 164 | | 5 | 102 |
| | | 24 3/4 | 32 | | 23½ | 21 |
| | 24.10.80 | PD | <2 | 20.10.80 | PD | <2 |
| | | 1 | 251 | | 1 | 307 |
| | | 2 | 169 | | 2 | 180 |
| | | 3 | 161 | | 3 | 134 |
| | | 4 | 136 | | 4 | 118 |
| | | 5 | 122 | | 5 | 97 |
| | | 6 | 112 | | 6 | 85 |
| | | 23½ | 24 | | 7 | 75 |
| | | 72½ | 5 | | 72 | 3 |

* PLASMA RANITIDINE

200 224

D1081/A19

TABLE 3

AREA UNDER PLASMA RANITIDINE CONCENTRATION - TIME CURVE (ng/ml.hr)

| PATIENT | WITHOUT DIALYSIS | WITH DIALYSIS |
|---|---|---|
| Redacted Material | 880* | 820* |
| | 1210+ | 880+ |
| | 1070* | 820* |
| | 1780* | 1040* |
| | 860+ | 720+ |
| | 770* | 720* |

* AREA BETWEEN 1 HOUR AND 6 HOURS
+ AREA BETWEEN 1 HOUR AND 5 HOURS



Confidential Information – Subject to Protective Order

D1106/B10

STUDY 6

DETERMINATION OF THE CLEARANCE CHARACTERISTICS OF RANITIDINE IN PATIENTS WITH RENAL FAILURE

INVESTIGATOR : Dr. J. Ahonan

ADDRESS : Fourth Department of Surgery
University Central Hospital
Helsinki
Finland



Confidential Information – Subject to Protective Order

D1099/A1


## SUMMARY

1. The clearance characteristics of ranitidine has been studied in six patients with renal failure, on the day following haemodialysis.

2. Four patients (serum creatinine range 788-1535 μmol/l) were given intravenous bolus injection of ranitidine (25 mg). The elimination half life of ranitidine in these patients ranged from 4.9 to 10.5 (median 6) hours.

3. Two patients (serum creatinine, 717 and 889 μmol/l) received single oral doses of ranitidine (75 mg). Peak plasma drug concentrations (171 and 182 ng/ml) were attained at 3 hours after dosing. The elimination half life of ranitidine in those patients was 7.3 and 9.6 hours.

4. It is concluded that patients with renal failure have reduced clearance of ranitidine from the body compared with subjects with normal renal function.




Confidential Information – Subject to Protective Order

D2000/A2

## INTRODUCTION

Since ranitidine is excreted primarily via the kidneys, reduced rate of clearance of the drug would be expected to occur in patients with impaired renal function. The present study was undertaken to determine the clearance characteristics of ranitidine in patients with renal failure.

## METHOD

Six patients with renal failure were recruited to the study. Each patient gave informed consent to participate and was studied on the day following haemodialysis. After an overnight fast a control sample of blood was obtained. The patient was then dosed with ranitidine. Four patients were given an intravenous bolus injection of ranitidine (25 mg) and two patients received a single oral dose (75 mg tablet). Blood samples were then obtained at hourly intervals for twelve hours.

Blood was collected into heparinised tubes and the plasma was separated and retained frozen until assay. Ranitidine concentration of the plasma samples was determined by radioimmunoassay at Glaxo Group Research Limited, Ware. (method in main Appendix, Section 1).

## ANALYSIS OF DATA

For both the intravenous and oral studies a single exponential was fitted to the tail of the concentration data. The function used was:

$$C(t) = Ae^{-\beta t} \qquad t > t_k$$

$$A, \beta > 0$$

where $C(t)$ = plasma concentration (ng/ml)
$t$ = time (hours)
$A, \beta$ = parameters to be estimated
$t_k$ = 8 hours

The elimination half life was estimated as $\frac{0.693}{\beta}$

200 228

For the intravenous data the area under the curve was calculated in two parts:

(a) Trapezoidal integration for t = 1 to t = 8 hours.

(b) Integration of the single exponential from t = 8 hours to infinity.

The area under the curve was then the sum of (a) and (b).

For the oral data the area under the curve was calculated, again in two parts, as the sum of:

(a) Trapezoidal integration from t = 0 to t = 8 hours, assuming the plasma concentration of t = 0 to be zero.

(b) Integration of the single exponential from t = 8 hours to infinity.

## RESULTS

The plasma ranitidine concentration at hourly intervals after dosing is shown in Table 1. Following oral dosing peak concentrations occurred at three hours. By twelve hours the plasma ranitidine concentrations were 23% and 36% of peak values. The plasma concentrations twelve hours after oral (75mg) and intravenous (25mg) dosing were not significantly different.

Table 2 gives the plasma creatinine concentration of the patients and the clearance characteristics for ranitidine following both oral and intravenous administration.

The median elimination half life following intravenous administration is 6 (range 4.9-10.5) hours. The elimination half life of ranitidine following oral dosing in the two patients was 7.3 and 9.6 hours. The half life of ranitidine determined in those patients is longer than that reported in subjects with normal renal function.

## CONCLUSION

The results of this limited study confirm that the clearance of ranitidine from the body is diminished in the presence of renal impairment.



Confidential Information – Subject to Protective Order

D2000/A4

TABLE 1 PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING ADMINISTRATION OF RANITIDINE, 25 mg i.v. (4 PATIENTS), AND 75 mg ORALLY (2 PATIENTS). ALL PATIENTS HAVE RENAL FAILURE

| TIME (hrs) | 25 mg i.v. | | | | 75 mg oral | |
|---|---|---|---|---|---|---|
| | Redacted Material | | | | | |
| 0 | ND | ND | ND | ND | ND | ND |
| 1 | 1976 | 2338 | 208 | 274 | 84 | 44 |
| 2 | 172 | 205 | 181 | 238 | 145 | 151 |
| 3 | 136 | 171 | 161 | 179 | 182 | 171 |
| 4 | 99 | 161 | 121 | 162 | 175 | 158 |
| 5 | 87 | 103 | 113 | 163 | 128 | 122 |
| 6 | 79 | 116 | 103 | 120 | 90 | 103 |
| 7 | 62 | 97 | 87 | 109 | 73 | 87 |
| 8 | 54 | 95 | 82 | 83 | 62 | 80 |
| 9 | 43 | 88 | 66 | 67 | 55 | 79 |
| 10 | 39 | 82 | 65 | 60 | 52 | 65 |
| 11 | 34 | 75 | 55 | 57 | 46 | 62 |
| 12 | 30 | 74 | 49 | 51 | 42 | 63 |

ND = not detected : limit of assay 2 $ngml^{-1}$

TABLE 2 AREA UNDER CURVE (AUC) AND ELIMINATION HALF LIFE (EHL) OF RANITIDINE IN PATIENTS WITH RENAL FAILURE, FOLLOWING INTRAVENOUS (4 PATIENTS) AND ORAL (2 PATIENTS) DOSING

| ROUTE | PATIENT | CREATININE (µmol/l | AUC ng/hr.ml | EHL (hours) |
|---|---|---|---|---|
| I.V. | Redacted Material | 825 | 2020 | 4.9 |
| | | 1535 | 3490 | 10.5 |
| | | 930 | 1570 | 5.8 |
| | | 788 | 1850 | 6.2 |
| ORAL | | 889 | 1550 | 7.3 |
| | | 717 | 1980 | 9.6 |

200 230

There is no data on this page

200 231

LIVER DISEASE

D6534/A9

USE OF RANITIDINE IN PATIENTS WITH LIVER DISEASE

200 232

D6534/A20

# USE OF RANITIDINE IN PATIENTS WITH LIVER DISEASE

CONTENTS


| | | VOLUME | PAGE |
|---|---|---|---|
| Summary | | 200 | 234 |
| Study 1 | Wheeler, M. The pharmacokinetics and bioavailability of ranitidine in patients with hepatic cirrhosis - an interim report. | 200 | 236 |
| Study 2 | Roberts, D.J.C. & Young C The pharmacokinetics of ranitidine in chronic liver disease - an interim report | 200 | 250 |




Confidential Information – Subject to Protective Order 

D6539 · B07

# THE USE OF RANITIDINE IN PATIENTS WITH IMPAIRED HEPATIC FUNCTION

## SUMMARY


1. The pharmacokinetics of oral and intravenous ranitidine have been studied in patients with impaired hepatic function.

2. After oral dosing, the peak plasma ranitidine concentration tended to be higher in patients with liver disease than in normal subjects.

3. Following infusion of ranitidine (50 mg over one hour) there was close similarity of the curve profiles between a group of patients with hepatic impairment and a group of normal subjects.

4. There was no evidence of accumulation of ranitidine in liver disease patients.

5. The elimination half-life for orally administered ranitidine tended to be slightly longer in patients with liver disease than in normal subjects but the difference was not statistically nor clinically significant.

6. The presence of liver disease does not influence the bioavailability of ranitidine.

7. It is recommended that no reduction in dosage of ranitidine for oral or intravenous administration is necessary for patients with impaired hepatic function.




Confidential Information – Subject to Protective Order 

200 235

D1081/A2

STUDY 1

# THE PHARMACOKINETICS AND BIOAVAILABILITY OF RANITIDINE IN PATIENTS WITH HEPATIC CIRRHOSIS - AN INTERIM REPORT

INVESTIGATOR: Mr M Wheeler, M.D., F.R.C.S.
Senior Lecturer in Surgery
University of Cardiff

PROTOCOL NO: 20-RAN-145 AJR



Confidential Information – Subject to Protective Order

D1081/A2

## SUMMARY

1. The pharmacokinetics of ranitidine following 50 and 100 mg oral and 50 mg intravenous dosing, have been determined in four patients suffering from severe hepatic cirrhosis.

2. The elimination half-life of ranitidine in these patients was (median and range):

| | | |
|---|---|---|
| (a) | After 50 mg i.v. | 160 (150-230) minutes |
| (b) | After 50 mg oral | 200 (160-210) minutes (data from only 3 patients) |
| (c) | After 100 mg oral | 180 (160-290) minutes |

The elimination half-life of ranitidine in these patients was slightly longer than that reported in normal volunteers but because of small numbers it was not possible to conduct statistical comparisons.

3. The bioavailability of ranitidine in these patients was, (median and range):

| | |
|---|---|
| 50 mg i.v. / 50 mg oral | 50 (31-74)% (data from only 3 patients) |
| 50 mg i.v. / 100 mg oral | 64 (28-76)% |

4. There appears to be no reason why patients with hepatic cirrhosis, for whom histamine $H_2$ receptor antagonists are indicated, should not receive ranitidine in the usual recommended dosage (i.e. 150 mg b.d. orally, 50 mg i.v.).

200 237

## INTRODUCTION

It is well recognised that patients suffering from hepatic cirrhosis have a high incidence of peptic ulceration and gastrointestinal haemorrhage. Since ranitidine may be used therapeutically in such patients it is necessary to ascertain the pharmacokinetics and bioavailability of the drug in this pathological state. Ranitidine is excreted mainly by the kidneys; it is therefore unlikely that hepatic cirrhosis will influence the pharmacokinetics of the drug to a clinically significant degree.

## METHOD

Approval of the ethical committee was obtained for the study. Four patients with clinically and histologically proven hepatic cirrhosis were recruited. Patients with reduced renal function, determined by creatinine clearance were excluded. Each patient gave informed consent to participate in the study.

Each patient was studied on three occasions, each at least five days apart. The following doses of ranitidine were employed, the order of which was determined by a Latin square randomisation schedule.

(a) Oral ranitidine 50 mg

(b) Oral ranitidine 100 mg

(c) Intravenous bolus injection ranitidine 50 mg

### (i) Determination of Kinetics of Oral Ranitidine

The subject fasted overnight. He was allowed one cup of fruit squash upon awakening. A butterfly cannula was inserted into a vein in the left forearm and this was kept patent throughout the experiment with heparinised saline solution (100 U/ml). After a control blood sample (20 ml) had been obtained through the cannula for liver function test and ranitidine assay, one of the doses of ranitidine was taken with 200 ml water. Further

samples (10 ml) were taken at the following times after dosing: 1/2, 1, 1 1/2, 2, 3, 4, 5, 6, 8, 10, 12 hours. At each time of blood sampling through the cannula, the first 2 ml blood contaminated with heparinised saline) was discarded.

(ii) Determination of Kinetics of Intravenous Ranitidine

The subject fasted overnight and was allowed one cupful of fruit squash upon awakening. A butterfly cannula was inserted into a vein in the left forearm and this was kept patent throughout the experiment with heparinised saline (100 U/ml). After a control blood sample (20 ml) had been obtained for liver function test and ranitidine assay, a bolus injection of ranitidine 50 mg diluted to 20 ml in physiological saline was given through the cannula. Blood samples (10 ml) were then obtained at the following times after dosing: 2, 5, 30, 45, 60, 90 minutes, 2, 3, 4, 5, 6, 8, 10 hours. Each time the blood was sampled, the first 2 ml of blood contaminated with heparinised saline) was discarded.

On each experimental day the patient had a standard fat-free meal after the three hour blood sample was obtained and then meals during the day as normal. The same meals were taken on each experimental day.



Confidential Information – Subject to Protective Order

D1081/A5

## STATISTICAL ANALYSIS

### Oral dose

The plasma concentration data obtained after oral administration of ranitidine exhibited a double peak during the first 6 hours for most of the subjects. For this reason single exponentials of the following form were fitted:

$$C(t) = Ae^{-\beta t} \qquad t > t_k,\quad A > 0,\quad \beta > 0$$

where C (t) = plasma concentration (ng/ml)
t = time (hours)
A & β = parameters to be estimated from the data set
tk = 6 hours

The model was fitted to all data sets except Parfitt: 50 mg oral dose using the program NONLIN and was weighted according to the inverse of the square of the plasma concentration. This model did not give a satisfactory fit to Parfitt's data due to an inadequately defined elimination phase.

Since the above model was fitted only for time points greater or equal to 6 hours, the area under the curve was calculated in two parts.

(i) Trapezoidal integration from t = 0 to t = 6 hours, assuming that the plasma concentration at t = 0 is zero.

(ii) Integration of the fitted exponential from t = 6 to infinity.

The total area under the curve was obtained by the sum of (i) and (ii).

The half-life was calculated as 0.693/β.

200 240

D1081/A6

## Intravenous dose

The plasma concentration data obtained after intravenous administration of ranitidine was not suitable for fitting a double exponential for most data sets. Single exponentials of the following form were fitted:

$$C(t) = Ae^{-\beta t} \qquad t > t_k,\quad A > 0,\quad \beta > 0$$

where $C(t)$ = plasma concentration (ng/ml)

$t$ = time (hours)

$A$ and $\beta$ = parameters to be estimated from the data set

$t_k$ = 4 hours

The model was fitted to all data sets using the program NONLIN and was weighted according to the inverse of the square of the plasma concentration.

The area under the curve was calculated in two parts.

(i) Trapezoidal integration from $t = 0$ to $t = 4$ hours assuming that the plasma concentration at $t = 0$ is equal to the plasma concentration at $t = 2$ minutes.

(ii) Integration of the fitted exponential from $t = 4$ hours to infinity.

The total area under the curve was obtained by the sum of (i) and (ii).

The half-life was calculated as $0.693/\beta$.

The bioavailability was calculated as

$$100 \times \frac{\text{Area under curve for oral dose}}{\text{Area under curve for intravenous dose}} \times \frac{\text{intravenous dose}}{\text{oral dose}}$$

200 241

D1081/A7

RESULTS

Plasma ranitidine concentrations after each dose are presented in Tables 1-3. The elimination half-life for each patient is given in Table 4. Table 5 shows the area under the curve after each dose of ranitidine and the calculated bioavailability after each oral dose. The clinical details of the patients included in the study are given in Table 6.

The peak plasma ranitidine levels following each dose of ranitidine were similar to those reported for normal subjects.

After intravenously administered ranitidine, (50 mg) the elimination half-life ranged from 150 - 230 minutes (median 160 minutes). Following oral administration the elimination half-life of ranitidine ranged from 160 - 290 minutes (median for 50 mg ranitidine: 200 minutes, for 100 mg ranitidine 180 minutes).

The bioavailability of ranitidine after 50 mg oral dose was calculated in three patients and ranged from 31 - 74% (median 50%). Following 100 mg oral ranitidine, the bioavailability, calculated for four subjects ranged from 28 - 76% (median 64%). The bioavailability of one patient,who is diabetic was constantly low.



Confidential Information – Subject to Protective Order 

D1081/A8

## DISCUSSION

The elimination half-life of ranitidine in those patients with hepatic cirrhosis is slightly longer than the elimination half-life reported in normal volunteers. However, the half-life is not prolonged to a degree that should necessitate reduction in the normal recommended therapeutic dose of the drug. The bioavailability of oral ranitidine in normal subjects is found to be 49% (Woodings, Dixon, Harrison, Carey and Richards, 1980) although Louis, McNeil, Anderson, Mihaly and Yeomans (1980) claimed 81% systemic availability for a 20 mg oral dose of ranitidine. In three of the patients with hepatic cirrhosis, the bioavailability of oral ranitidine was within the range for normal subjects. One patient had a lower than expected bioavailability and it is interesting to note that he is a diabetic. The bioavailability of several drugs is reduced in diabetics.

The study is continuing, but in view of the characteristics of ranitidine already known it is unlikely that the results of further pharmacokinetic studies in patients with hepatic cirrhosis will influence the conclusion drawn from this interim report.

## REFERENCES

Louis, W., McNeil, J.J., Anderson, A., Mihaly, G., and Yeomans, N. (1980)
PHARMACODYNAMICS OF RANITIDINE
Drug Symposium on Ranitidine: European Congress of Gastrointestinal Endoscopy, Hamburg 1980.

Woodings, E.P., Dixon, G.T., Harrison, C., Carey, P and Richards D.A. (1980)
RANITIDINE - A NEW $H_2$ RECEPTOR ANTAGONIST
GUT 21 , 187-191.



Confidential Information – Subject to Protective Order

D1081/A9

TABLE 1: PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING INTRAVENOUS DOSE (50 mg) IN FOUR PATIENTS SUFFERING FROM SEVERE HEPATIC CIRRHOSIS

| Patient No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | | 3 | | 4 | |
| Time | Plasma Conc. (ng/ml) | Time | Plasma Conc. (ng/ml) | Time | Plasma Conc. (ng/ml) | Time | Plasma Conc. (ng/ml) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 min | 2107 | 2 min | 3554 | 2 min | 6725 | 2 min | 8598 |
| 5 min | 851 | 7 min | 1780 | 5 min | 1432 | 5 min | 1369 |
| 15 min | 568 | 15 min | 898 | 15 min | 753 | 15 min | 728 |
| 30 min | 464 | 30 min | 470 | 30 min | 500 | 30 min | 502 |
| 45 min | 295 | 45 min | 528 | 45 min | 395 | 45 min | 395 |
| 1 hr | 260 | 1 hr | 243 | 1 hr | 367 | 1 hr | 345 |
| 2 hr | 215 | 1.5 hr | 216 | 1.5 hr | 282 | 1.5 hr | 264 |
| 3 hr | 128 | 2 hr | 168 | 2 hr | 232 | 2 hr | 211 |
| 4 hr | 112 | 3 hr | 135 | 3 hr | 199 | 3 hr | 170 |
| 5 hr | 69 | 4 hr | 107 | 4 hr | 160 | 4 hr 10 min | 107 |
| 6 hr | 59 | 5 hr | 92 | 5 hr | 136 | 5 hr | 86 |
| 8 hr | 31 | 6 hr | 69 | 6 hr | 109 | 6 hr | 67 |
| 10 hr | 21 | 8 hr | 46 | 8 hr | 75 | 8 hr | 31 |
| | | 10 hr | 22 | 10 hr | 54 | 10 hr | 29 |

200 244

D1081/A10

TABLE 2: PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING ORAL DOSE (50 mg) IN FOUR PATIENTS SUFFERING FROM SEVERE HEPATIC CIRRHOSIS

| Patient No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | | 3 | | 4 | |
| Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/2 | 62 | 1/2 | 4 | 1/2 | 90 | 1/2 | 52 |
| 1 | 168 | 1 | 16 | 1 hr 5 min | 91 | 1 | 127 |
| 1 1/2 hr | 240 | 1 1/2 hr | 220 | 1 hr 35 min | 90 | 1 1/2 hr | 105 |
| 2 | 196 | 2 | 191 | 2 | 68 | 2 | 109 |
| 3 hr 20 min | 142 | 3 | 195 | 3 | 69 | 3 | 163 |
| 4 | 126 | 4 | 176 | 4 | 142 | 4 | 184 |
| 5 | 80 | 5 | 178 | 5 | 91 | 5 | 100 |
| 6 | 62 | 6 | 160 | 6 | 63 | 6 | 92 |
| 8 | 41 | 8 | 77 | 8 | 40 | 8 | 53 |
| 10 | 25 | 10 | 36 | 10 | 23 | 10 | 28 |
| 12 | 19 | 12 | 30 | 12 | 21 | 12 | 50 |

200 245

D1081/A11

TABLE 3: PLASMA RANITIDINE CONCENTRATIONS (ng/ml) FOLLOWING ORAL DOSE (100 mg) IN FOUR PATIENTS SUFFERING FROM SEVERE HEPATIC CIRRHOSIS

| Patient No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | | 3 | | 4 | |
| Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) | Time (hours) | Plasma Conc. (ng/ml) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/2 | 122 | 1/2 | 163 | 1/2 | 72 | 1/2 | 122 |
| 1 | 288 | 1 | 169 | 1 | 56 | 1 | 156 |
| 1 1/2 | 278 | 1 1/2 | 169 | 1 1/2 | 50 | 1 1/2 | 136 |
| 2 | 250 | 2 | 297 | 2 | 61 | 2 | 194 |
| 3 | 410 | 3 | 482 | 3 | 150 | 3 | 340 |
| 4 | 325 | 4 | 371 | 4 | 219 | 4 | 394 |
| 5 | 226 | 5 | 296 | 5 | 147 | 5 | 296 |
| 6 | 161 | 6 | 222 | 6 | 119 | 6 | 229 |
| 8 | 88 | 8 | 129 | 8 | 78 | 8 | 109 |
| 10 | 59 | 10 | 84 | 10 | 62 | 10 | 75 |
| 12 | 37 | 12 | 59 | 12 | 49 | 12 | 43 |

200 246

D1801/A12

TABLE 4: ELIMINATION HALF-LIFE (minutes)

| Patient No. | 50 mg i.v. | Oral | |
|---|---|---|---|
| | | 50 mg | 100 mg |
| 1 | 150 | 200 | 170 |
| 2 | 160 | * | 190 |
| 3 | 230 | 210 | 290 |
| 4 | 160 | 160 | 160 |
| Median | 160 | 200 | 180 |

* elimination half-life not estimated

TABLE 5: AREA UNDER CURVE (ng/ml.hr) AND % BIOAVAILABILITY

| Patient No. | Area | | | % Bioavailability | |
|---|---|---|---|---|---|
| | 50 mg i.v. | Oral | | 50 mg i.v. / 50 mg oral | 50 mg i.v. / 100 mg oral |
| | | 50 mg | 100 mg | | |
| 1 | 1450 | 1070 | 2210 | 74 | 76 |
| 2 | 1830 | * | 2690 | * | 73 |
| 3 | 2630 | 829 | 1490 | 31 | 28 |
| 4 | 2090 | 1050 | 2280 | 50 | 55 |
| Median | 1960 | 1050 | 2240 | 50 | 64 |

* area not estimated

200 247

Confidential Information – Subject to Protective Order

D1801/A13

TABLE 6 CLINICAL DETAILS OF PATIENTS INCLUDED IN STUDY

| PATIENT NO. | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Sex: | Male | Male | Male | Male |
| Age: (Yrs) | 59 | 57 | 69 | 49 |
| Weight: (kg) | 68.3 | 76.2 | 71.2 | 78.2 |
| Height: (cm) | 176.5 | 177.8 | 175.3 | 171.5 |
| Diagnosis: | Micronodular cirrhosis<br>? Ulcer in pyloric<br>Canal | Micro and macronodular<br>cirrhosis<br>Greater curve ulcer | Micro and macronodular<br>cirrhosis<br>Oesophageal varices | Micronodular cirrhosis<br>Oesophageal varices<br>Gastric erosions |
| Creatinine clearance (ml/min) | 201 | 74 | 86 | 85 |

200 248

GSKZNDAA0000067130

Confidential Information – Subject to Protective Order

D1801/A13

TABLE 6 cont. CLINICAL DETAILS OF PATIENTS INCLUDED IN STUDY

LIVER FUNCTION TESTS

| Plasma Parameters | units | Patient No. 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Total Proteins | g/l | 82 | 75 | 60 | 69 |
| Albumin | g/l | 31 | 35 | 30 | 37 |
| Calcium | mmol/l | 2.26 | 2.32 | 2.07 | 2.28 |
| Phosphorus | mmol/l | 1.20 | 1.38 | 1.22 | 1.54 |
| Bilirubin | µmol/l | 21 | 32 | 16 | 11 |
| Alkaline Phosphatase | IU/l | 203 | 165 | 151 | 160 |
| Aspartate transaminase | IU/l | 65 | 62 | 34 | 88 |
| Gamma glutamyl transpeptidase | IU/l | 75 | 67 | 94 | 204 |
| Concurrent medication | | Spironolactone 100 mg o.m. | Cimetidine 1g daily<br>Allopurinol 300 mg o.m.<br>Spironolactone 100 mg o.m.<br>Frusemide 40 mg o.m.<br>$FeSO_4$ 600 mg daily<br>Nitrazepam 5 mg nocte<br>Distalgesic 2 tablets b.d. p.r.n. | Glibenclamide 5mg daily<br>Digoxin 0.25 mg daily<br>$FeSO_4$ 400 mg daily<br>Cimetidine 1g daily | Spironolactone 100mg daily<br>Nitrazepam 10 mg nocte<br>Paracetamol 1 g 4 hourly |

200 249

D1090/B01

STUDY 2

# THE PHARMACOKINETICS OF RANITIDINE IN CHRONIC LIVER DISEASE - AN INTERIM REPORT

INVESTIGATORS: Dr. D.J.C. Roberts, Dr. C. Young.

ADDRESS: Department of Medicine,
Bristol Royal Infirmary,
(University of Bristol)

PROTOCOL NO: 20-RAN-180 VLP

200 250

D1090/B01


SUMMARY

1. To determine the effect of chronic liver disease on the pharmacokinetics of ranitidine, its peak concentration, time to peak, elimination half-life, apparent volume of distribution and area under the curve were compared in ten patients with cirrhosis of the liver and ten normal volunteers.

2. Ranitidine was administered as 100 mg oral dose or 50 mg as constant intravenous infusion over 1 hour in all subjects on separate occasions at least 5 days apart.

3. a) Peak plasma ranitidine concentrations following intravenous infusion were not significantly different between the two groups.

b) Peak plasma ranitidine concentrations after oral dosing were higher in the liver disease patients but there were no serious adverse effects in this group during this time.

4. a) Time to peak concentration varied between 30 minutes and 1 hour following infusion in liver disease patients.

b) After oral dosing there was no significant difference in time to peak levels between the two groups.

5. a) Elimination half-lives could not reliably be estimated from the curves following infusion of the drug, but the close similarity of the curve profiles indicates that there is no difference between the two groups. There was no evidence of accumulation of drug in liver disease patients.

b) There was no significant difference in elimination half-lives following oral dosing for the two groups (median 152 and 186 minutes in volunteers and liver disease patients respectively).


200 251

D1090/B2

6. Area under the curve was not significantly different between the two groups after infusion but was greater in the liver disease patients following oral administration, (mean 1510 and 2620ng/ml hour in volunteers and liver disease patients respectively).

7. Apparent volumes of distribution were 46.5 litres for normal volunteers and 37.1 litres for liver disease patients.

8. There were no clinically significant adverse events in any subject during the study that could definitely be attributed to ranitidine, and no changes in routine blood, urine and electrocardiographical screening in any subject before and after the study.

9. It is recommended that no reduction in dosage of ranitidine for oral or intravenous administration is necessary for patients with liver disease.



Confidential Information – Subject to Protective Order 

PATIENTS AND METHODS

Ten patients with histologically proven chronic liver disease, both compensated and decompensated, whose clinical state is stable, were selected for the study. No patient had received surgical portosystemic anastomosis. Patients taking drugs known to influence hepatic microsomal enzymes were excluded, as were females of child bearing potential. These last two exclusions applied also to the group of ten healthy volunteers, who were non-smokers.

Each subject received both oral ranitidine 100 mg or intravenous ranitidine 50 mg infused continuously over one hour using a constant rate infusion pump. The order of administration was randomised and each procedure separated by a minimum of five days.

Subjects were studied in the fasting state for the first two hours of each experiment. After withdrawal of venous blood for preparation of standard curve, ranitidine was administered or the infusion commenced at time 0. Further venous blood samples were withdrawn at 0.5, 1, 1.5, 2, 2.5, 3, 4, 5, 6, 8, 10 and 24 hours.

Within one week preceding the first drug administration and within one week following the second drug administration, subjects and patients received a full clinical examination - urinalysis, electrocardiogram, measurement of haemoglobin, white cell count, platelet count, viscosity, urea and electrolytes, serum creatinine and liver function tests; prothrombin time and serum albumin by immunochemical method.

Plasma was immediately separated from blood samples when drawn, and stored at -20°C before being transferred frozen to Glaxo Group Research for ranitidine analysis.(method in main Appendix to Clinical Pharmacology.)

All subjects and patients gave written informed consent to participation in the study after full explanation of the procedures involved - and the study was approved by the local district ethical committee.

## RESULTS

Five volunteers (3 male, 2 female), age range 22-40 years (mean 27.8 years) and 7 liver disease patients (4 male, 3 female), age range 42-61 years (mean 54.6 years) have completed the study to date. Patient and volunteer details are shown in Tables 1, 1A and 1B.

i) Peak Plasma Ranitidine Concentrations

I.V. infusion

Individual and mean plasma ranitidine concentrations are shown in Tables 2 and 3. Plasma concentration time curves are shown in Fig. 1. The median peak concentration was 570 ng/ml for the volunteer group and 630 ng/ml for the liver disease group. (Table 4) These were not significantly different at the 5% level (Wilcoxon's Rank Sum test).

Oral dosing

Individual and mean plasma ranitidine concentrations are shown in Tables 5 and 6. Plasma concentration time curves are shown in Fig. 2. Median peak concentration for the volunteers was 374 ng/ml and 492 ng/ml for the liver disease group. (Table 7) These were significantly different ($P < 0.05$, Wilcoxon's Rank Sum test).

ii) Time to peak plasma concentration

I.V. infusion

The time to peak concentration was 1 hour (i.e. end of infusion period) in the volunteer group and in 4 patients in the liver disease group. In the remaining 3 patients in the liver disease group, peak plasma concentration was achieved after 30 minutes. (Table 4)

Oral

Mean time to peak concentration was 1.7 hours (median 1.5) in the volunteers, and 2.28 hours (median 2.5) in the liver disease group. (Table 8) These differences were not significant.

iii) Elimination half-life

I.V. infusion

It was not possible to estimate the elimination half-life accurately from a certain point in time as there were insufficient sampling points on the elimination phase. However, the close parallelism for the two curves (Figure 1) indicates that elimination half-life is very similar for both liver disease patients and normal volunteers. There was no significant difference (Wilcoxon Rank Sum test) in plasma concentrations at 10 and 24 hours for the two groups, indicating lack of accumulation of drug.

Oral

Individual results are shown in Table 9. Median elimination half-life for the volunteer group was 152 minutes, and for the liver disease group 186 minutes (no significant difference, Wilcoxon Rank Sum test). Furthermore, there was no significant difference in plasma concentrations at 10 and 24 hours in the two groups, indicating lack of accumulation.

iv) Area Under the Curve (AUC)

I.V. infusion

Table 10 shows the area under the curve from t=0 to t=10 hours for both groups. The mean AUC for the volunteers was 1300 ng/ml hour and for the liver disease patients 1590 ng/ml hour. The areas were compared using an unpaired t-test on the log transformed data. They were not significantly different at the 5% level.

Oral

Mean AUC for the volunteer group was 1510 ng/ml hour and for the liver disease group 2620 ng/ml hour. (Table 11) The areas were first log transformed since they are assumed to be log normally distributed. These transformed areas were then analysed using an unpaired t-test. The two groups of subjects were found to be significantly different ($P < 0.05$).

D1090/B6

v) Volume of Distribution

Volumes of distribution were assessed assuming a one compartment model and using the formula

$$V_d = \frac{D}{C_p^{\circ}} \text{ ml}$$

where $V_d$ = volume of distribution

$D$ = dose in body under equilibrium conditions

$C_p^{\circ}$ = theoretical plasma concentration at t = 0 by extrapolation of decay phase.

This gave a value of 37.1 litres for the liver disease group and 46.5 litres for the volunteer group.

Adverse Events

One volunteer (6V) reported nausea and showed pallor at one and a half hours (infusion ceased) which lasted five minutes. One liver disease patient (2L) had hiccoughs at the end of infusion, and another (3L) had intense generalized pruritus and a mild erythematous rash over the forehead commencing 12 hours after the infusion and lasting 72 hours. This was unlikely to have been due to drug since plasma levels at 10 hours in this patient were very low (23 ng/ml).

There were no clinically significant alterations in the routine blood and urine screening in any subject before and after the study.

Although some of the liver disease patients showed abnormalities in their pre-treatment electrocardiograms these were not altered when repeated at the end of the study.



Confidential Information – Subject to Protective Order 

D1090/B6

CONCLUSION

These results indicate that no reduction in ranitidine dosage is necessary in patients with marked hepatic impairment. After intravenous infusion there was close similarity between the plasma concentration-time curve, peak levels, and elimination half lives for patients and volunteers.

Although peak plasma concentrations after oral dosing are higher in patients with liver disease, the elimination half-lives are not significantly different, and there is no significant difference in plasma levels of the drug after 10 and 24 hours between normal and liver disease patients. The absence of serious adverse effects and lack of accumulation of ranitidine in the liver disease group indicate again that no reduction in dosage is necessary after oral administration in this category of patient.

D1090/B3

Table 1 SUBJECT DETAILS

| | Subject No. | Age (yrs) | Sex | Wt (kg) | Ht (cm) | Diagnosis | Concurrent Drugs |
|---|---|---|---|---|---|---|---|
| Normal volunteers | 1V | 40 | M | 84 | 178 | | NIL |
| | 3V | 24 | F | 57 | 170 | | NIL |
| | 4V | 22 | M | 72 | 186 | | NIL |
| | 5V | 29 | F | 65 | 170 | | Minovlar |
| | 6V | 24 | M | 68 | 167 | | NIL |
| Total: | 5 | Mean: 27.8 | | 69.2 | 174.2 | | |
| Liver disease patients | 2L | 60 | M | 61 | 158 | Micronodular Cirrhosis | Franol<br>Distalgesic |
| | 3L | 61 | F | 73.5 | 160 | Ethanolic Liver Disease | Spironolactone<br>Vitamin $K_1$ |
| | 4L | 60 | M | 95 | 162 | Ethanolic Liver Disease | Spironolactone<br>Frusemide |
| | 5L | 51 | M | 68.5 | 170 | Ethanolic Liver Disease | Amiloride<br>Bendrofluazide<br>Thiamine/folate |
| | 6L | 54 | M | 70.5 | 173 | Cryptogenic Cirrhosis | Vit. $K_1$,<br>Amiloride<br>Cholestyramine.<br>Bendrofluazide<br>Neomycin |
| | 7L | 42 | F | 63 | 160 | Micronodular Cirrhosis | Amiloride<br>Distalgesic<br>Alum. hydroxide |
| | 10L | 54 | F | 51 | 159 | Ethanolic Liver Disease | Chlormethiazole<br>Mist. Pot. Cit.<br>Multivite |
| Total: | 7 | Mean: 54.6 | | 68.9 | 163.1 | | |

200 258

Confidential Information – Subject to Protective Order

D1090/B7

Table 1A: LIVER DISEASE PATIENTS - FURTHER DETAILS

| No. | Diagnosis | Liver histology | Duration liver disease | Clinical features | *Liver function tests etc. |
|---|---|---|---|---|---|
| 2L | Micronudular cirrhosis | Normal architecture lost. Hepatocytes divided into nodules by thick fibrous septa containing many bile ducts. Inflammation sparse. Iron prominent in hepatocytes. Mild fatty change compatible with ethanolic aetiology. | Jaundice 1977 Diagnosed June 1980 | Hepatomegaly Drinks 3 pints beer/day | Bilirubin 14<br>Alk. phosphatase 27<br>Asp. ATase 18<br>Albumin 36<br>MCV 110<br>Prothrombin ratio 1:1 |
| 3L | Ethanolic liver disease | Established cirrhosis. No histological confirmation of a specific aetiology | 2 years | Hepatomegaly<br>Ascites ++<br>Ankle oedema<br>Foetor<br>Drank 1 bottle gin/day up to 1 month ago | Bilirubin 154<br>Alk. phosphatase 41<br>Asp. ATase 71<br>Albumin 30<br>MCV 117<br>Prothrombin ratio 1.3:1 |
| 4L | Ethanolic liver disease | Macronodular cirrhosis. (Laparoscopy 1975). | 5 years | Hepatomegaly<br>Ascites<br>Ankle oedema<br>Drinks 3-16 pints per day | Bilirubin 36<br>Alk. phosphatase 16<br>Asp. ATase 20<br>Albumin 35<br>MCV 100<br>Prothrombin ratio 1.2:1 |

* Normal ranges and units: Bilirubin 3.5 - 14 μmol/L
Alkaline phosphatase 11 - 46 I.U./L
Aspartate aminotransferase 3 - 15 I.U./L
Albumin 35 - 50 gm/L
MCV 76 - 96 fl
Prothrombin ratio 1:1

200 259

GSKZNDAA0000067141

Confidential Information – Subject to Protective Order

D1090/B8

Table 1B: LIVER DISEASE PATIENTS - FURTHER DETAILS

| No. | Diagnosis | Liver histology | Duration liver disease | Clinical features | *Liver function tests etc. |
|---|---|---|---|---|---|
| 5L | Ethanolic liver disease | Fibrotic liver with extensive fibrosis, moderate fatty change and signs of liver cell degeneration. Haemosiderin considerably increased with much in portal tract macrophages and outer half of lobules. | > 6 years | Hepatomegaly<br>Drinks 8 pints beer/day. | Bilirubin 9<br>Alk. phosphatase 15<br>Asp. ATase 30<br>Albumin 29<br>MCV 117<br>Prothrombin ratio 1:1 |
| 6L | ?Cryptogenic cirrhosis | Not available. Laparoscopic diagnosis. | 3 years | Hepatomegaly<br>Ankle oedema<br>Ascites<br>No alcohol | Bilirubin 226<br>Alk. phosphatase 28<br>Asp. ATase 55<br>Albumin 16<br>MCV 104<br>Prothrombin ratio 1.9:1 |
| 7L | Ethanolic liver disease | Micronodular cirrhosis | 2-3 years | Hepatomegaly<br>Ascites<br>Drinks 4 pints beer/week (formerly half bottle spirits/day. | Bilirubin 56<br>Alk. phosphatase 54<br>Asp. ATase 92<br>Albumin 36<br>MCV 96<br>Prothrombin ratio 1:1 |
| 10L | Ethanolic liver disease | | 3 years + | Hepatomegaly<br>Foetor<br>Ankle oedema+<br>Drinks half bottle gin/ day. | Bilirubin 12<br>Alk. phosphatase 14<br>Asp. ATase 17<br>Albumin 37<br>MCV 95<br>Prothrombin ratio 1:1 |

* Normal ranges and units: Bilirubin 3.5 - 14 μmol/L
Alkaline phosphatase 11 - 46 I.U./L
Aspartate aminotransferase 3 - 15 I.U./L
Albumin 35 - 50 gm/L
MCV 76 - 96 fl
Prothrombin ratio 1:1

200 260

Confidential Information – Subject to Protective Order

D1090/B9

Table 2. PLASMA RANITIDINE CONCENTRATION (ng/ml) FOR VOLUNTEERS FOLLOWING 50MG INTRAVENOUS INFUSION

| Volunteer | Time (hours) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 1.5 | 2 | 2.5 | 3 | 4 | 5 | 6 | 8 | 10 | 24 |
| 1V | 393 | 528 | 204 | 149 | 136 | 130 | 83 | 50 | 35 | 19 | 13 | <2 |
| 3V | 615 | 723 | 319 | 309 | 189 | 142 | 100 | 76 | 37 | 17 | 12 | <2 |
| 4V | 475 | 567 | 397 | 255 | 190 | 165 | 108 | 78 | 52 | 26 | 17 | <2 |
| 5V | 557 | 570 | 554 | 316 | 238 | 193 | 129 | 97 | 63 | 28 | 12* | <2 |
| 6V | 569 | 579 | 289 | 202 | 171 | 153 | 108 | 69 | 56 | 29 | 23 | <2 |
| Mean | 522 | 593 | 353 | 246 | 185 | 157 | 106 | 74 | 49 | 24 | 16 | <2 |
| Standard Deviation | 88 | 75 | 132 | 71 | 37 | 24 | 17 | 17 | 12 | 5 | 5 | |

* The reading was taken at 11 hours and so has been omitted from mean and standard deviation calculations.



GSKZNDAA0000067143

Confidential Information – Subject to Protective Order

D1090/B10

Table 3. PLASMA RANITIDINE CONCENTRATION (ng/ml) FOR LIVER DISEASE PATIENTS FOLLOWING 50MG INTRAVENOUS INFUSION

| Liver Disease | Time (hours) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 1.5 | 2 | 2.5 | 3 | 4 | 5 | 6 | 8 | 10 | 24 |
| 2L | 757 | 445 | 213 | * | 151 | 136 | 99 | 67 | 40 | 21 | 12 | <2 |
| 3L | 523 | 620 | 352 | 241 | 206 | 174 | 96 | 72 | 49 | 25 | 23 | 3 |
| 4L | 482 | 529 | 278 | 211 | 197 | 162 | 121 | 77 | 59 | 41 | 25 | 3 |
| 5L | 601 | 630 | 393 | 289 | 265 | 216 | 154 | 122 | 81 | 49 | 26 | 4 |
| 6L | 654 | 704 | 355 | 452 | 379 | 378 | 249 | 233 | 228 | 136 | 99 | 18 |
| 7L | 535 | 442 | 244 | 230 | 157 | 147 | 93 | 91 | 62 | 44 | 27 | <2 |
| 10L | 807 | 652 | 360 | 312 | 229 | 148 | 109 | 59 | 46 | 31 | 14 | <2 |
| Mean | 623 | 575 | 328 | 289 | 226 | 194 | 132 | 103 | 81 | 50 | 32 | |
| Standard Deviation | 123 | 104 | 86 | 88 | 78 | 85 | 56 | 61 | 66 | 39 | 30 | |

* No sample

200 262

D1090/B11

Table 4 PEAK PLASMA RANITIDINE CONCENTRATION (NG/ML) FOLLOWING 50MG INTRAVENOUS INFUSION

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Peak | No. | Peak |
| 1V | 528+ | 2L | 757* |
| 3V | 723+ | 3L | 620+ |
| 4V | 567+ | 4L | 529+ |
| 5V | 570+ | 5L | 630+ |
| 6V | 579+ | 6L | 704+ |
| | | 7L | 535* |
| | | 10L | 807* |
| Median | 570 | | 630 |

* The time to peak concentration was 0.5hr

+ The time to peak concentration was 1 hr

200 263

Confidential Information – Subject to Protective Order

D1090/B12

Table 5. PLASMA RANITIDINE CONCENTRATION (ng/ml) IN VOLUNTEERS FOLLOWING 100MG (ORAL) DOSE

| Volunteer | Time (hours) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 1.5 | 2 | 2.5 | 3 | 4 | 5 | 6 | 8 | 10 | 24 |
| 1V | <2* | 379 | 398 | 289 | 169 | 154*1 | + | 118 | 91 | 50 | 32 | 4* |
| 3V | 89 | 150 | 117 | 105 | 144 | 186 | 132 | 125 | 87 | 47 | 24 | 5 |
| 4V | 274 | 374 | 335 | 345 | 320 | 263 | 181 | 125 | 93 | 60 | 29 | 4 |
| 5V | 12 | 379 | 219 | 167 | 298 | 312 | 266 | 140 | 112 | 55 | 26 | 5 |
| 6V | 116 | 179 | 234 | 343 | 312 | 335 | 253 | 173 | 127 | 87 | 65 | 6 |
| Mean | 123 | 292 | 261 | 250 | 249 | 274 | 208 | 136 | 102 | 60 | 35 | 5 |
| Standard Deviation | 110 | 117 | 109 | 109 | 85 | 66 | 63 | 22 | 17 | 16 | 17 | 1 |

\+ No sample

* Omitted from mean and standard deviation calculations

*1 The reading was taken at 3hr 30min and so has been omitted from mean and standard deviation calculations

200 264

GSKZNDAA0000067146

Confidential Information – Subject to Protective Order

D1090/B13

Table 6. PLASMA RANITIDINE CONCENTRATION (ng/ml) IN LIVER DISEASE PATIENTS (ORAL) FOLLOWING 100MG ORAL DOSE

| Liver Disease Patients | Time (hours) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.5 | 1 | 1.5 | 2 | 2.5 | 3 | 4 | 5 | 6 | 8 | 10 | 24 |
| 2L | 4 | 5 | 68 | 308 | 445 | 490 | 432 | 338 | 221 | 138 | 68 | 5 |
| 3L | 148 | 205 | 350 | 482 | 502 | 498 | 319 | 239 | 137 | 93 | 61 | 12 |
| 4L | 12 | 488 | 454 | 483 | 452 | 422 | 321 | 224 | 175 | 103 | 75 | 9 |
| 5L | 237 | 262 | 430 | 623 | 501 | 453 | 283 | 196 | 164 | 99 | 56 | 38 |
| 6L | 45 | 68 | 380 | 381 | 511 | 624 | 480 | 473 | 435 | 328 | 235 | 38 |
| 7L | 187 | 303 | 208 | 279 | 284 | 314 | 200 | 107 | 75 | 40 | 24 | 5 |
| 10L | 284 | 460 | 492 | 486 | 411 | 354 | 296 | 207 | 129 | 93 | 49 | 6 |
| Mean | 131 | 256 | 340 | 436 | 444 | 451 | 333 | 255 | 191 | 128 | 81 | 12 |
| Standard Deviation | 112 | 182 | 151 | 120 | 79 | 102 | 94 | 118 | 117 | 93 | 70 | 12 |

* No sample

200 265

GSKZNDAA0000067147

D1090/B14

Table 7 PEAK PLASMA RANITIDINE CONCENTRATION (NG/ML) FOLLOWING 100MG ORAL DOSE

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Peak | No. | Peak |
| 1V | 398 | 2L | 490 |
| 3V | 186 | 3L | 502 |
| 4V | 374 | 4L | 488 |
| 5V | 379 | 5L | 623 |
| 6V | 343 | 6L | 624 |
| | | 7L | 314 |
| | | 10L | 492 |
| Median | 374 | | 492 |

200 266

D1090/B15

Table 8 TIME TO PEAK PLASMA CONCENTRATION FOLLOWING 100MG FOR ORAL DOSE (HOURS)

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Time | No. | Time |
| 1V | 1.5 | 2L | 3 |
| 3V | 3 | 3L | 2.5 |
| 4V | 1 | 4L | 1 |
| 5V | 1 | 5L | 2 |
| 6V | 2 | 6L | 3 |
| | | 7L | 3 |
| | | 10L | 1.5 |
| Median | 1.5 | | 2.5 |

200 267

D1090/B16

Table 9 ELIMINATION HALF LIFE FOR 100MG ORAL DOSE (MINUTES)

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Half Life | No. | Half Life |
| 1V | 152 | 2L | 153 |
| 3V | 132 | 3L | 218 |
| 4V | 159 | 4L | 186 |
| 5V | 116 | 5L | 160 |
| 6V | 242 | 6L | 283 |
| | | 7L | 142 |
| | | 10L | 194 |
| Median | 152 | | 186 |

200 268

D1090/B17

Table 10 AREA UNDER THE CURVE FROM t = 0 to t = 10 HOURS FOR INTRAVENOUS INFUSION (ng/ml *hr)

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Area | No. | Area |
| 1V | 1040 | 2L | 1260 |
| 3V | 1460 | 3L | 1420 |
| 4V | 1400 | 4L | 1360 |
| 5V | 1670* | 5L | 1770 |
| 6V | 1360 | 6L | 2800 |
| | | 7L | 1310 |
| | | 10L | 1600 |
| Geometric Mean | 1300 | | 1590 |

* Area under the curve from t = 0 to t = 11 hours. This piece of data was omitted in the geometric mean and statistical analysis.



Confidential Information – Subject to Protective Order

D1090/B18

Table 11 AREA UNDER THE CURVE FOR ORAL DOSE (ng/ml *hr)

| Volunteers | | Liver Disease Patients | |
|---|---|---|---|
| No. | Area | No. | Area |
| 1V | 1380 | 2L | 2490 |
| 3V | 1020 | 3L | 2560 |
| 4V | 1730 | 4L | 2670 |
| 5V | 1550 | 5L | 2560 |
| 6V | 2070 | 6L | 5290 |
| | | 7L | 1460 |
| | | 10L | 2510 |
| Geometric Mean | 1510 | | 2620 |



Confidential Information – Subject to Protective Order

Confidential Information – Subject to Protective Order

FIG.1 PLASMA CONCENTRATION - TIME CURVES - RANITIDINE (INTRAVENOUS INFUSION) (50mg/1 hour)




200 271

Confidential Information – Subject to Protective Order

FIG.2 PLASMA CONCENTRATION - TIME CURVES - RANITIDINE (100mg ORAL)

(1) AUC normals = 1510ng/ml hr)
AUC liver disease = 2620ng/ml hr) P<0.05

(2) Peak concentrations P<0.05

(3) Time to peak concentration - difference n.s.

(4) Elimination ½ life normals = 152 minutes )
Elimination ½ life liver disease = 186 minutes) n.s.




200 272

GSKZNDAA0000067154

200 273

ELDERLY PATIENTS

D6534/A9

# USE OF RANITIDINE IN ELDERLY PATIENTS

D6534 A21

SECTION 1.10

USE OF RANITIDINE IN THE ELDERLY

CONTENTS


| | | VOLUME | PAGE |
|---|---|---|---|
| Summary | | 200 | 276 |
| Review of efficacy and side effects. | | 200 | 277 |
| Study 1 | Determination of the pharmacokinetics of ranitidine following a single oral dose in elderly patients. | 200 | 284 |




Confidential Information – Subject to Protective Order

D1095/A09

# THE USE OF RANITIDINE IN ELDERLY PATIENTS

## SUMMARY

1. 111 patients, aged 65 years and older, recruited into double blind placebo controlled trials of ranitidine 150 mg twice daily were surveyed specifically to determine if the efficacy and side effect liability of ranitidine was different from those patients in younger age groups.

2. Overall, in 58 patients with duodenal ulcers the healing rate was 94% in ranitidine treated patients and 31% in placebo treated patients.

3. In 36 patients with gastric ulcers the healing rate was 63% in ranitidine treated patients compared with 29% in placebo treated patients.

4. Healing rates of peptic ulcer do not seem to differ in the elderly compared with any younger age group.

5. There was no excessive incidence of side effects or biochemical or haematological abnormalities which suggests a need for any alteration in dosage of ranitidine.

6. The pharmacokinetics of ranitidine following single oral dosing (150 mg) have been studied in six elderly patients (age range 67-78 years) with unimpaired renal function. The elimination half life of ranitidine in these patients did not differ from that reported in younger patients.

7. Except in the presence of renal insufficiency there seems to be no reason why elderly patients should not receive the usual recommended dose of ranitidine 150mg twice daily.

200 276

D1095/A10

# THE USE OF RANITIDINE IN ELDERLY PATIENTS: REVIEW OF EFFICACY AND SIDE EFFECTS

## INTRODUCTION

Histamine $H_2$ receptor antagonists are frequently prescribed for elderly patients. In a recent report of a post-marketing surveillance programme in the United States of America, 30% of the patients treated with cimetidine were over the age of 60 years (Gifford, Aeugle , Myerson and Tannenbaum, 1980). Advanced age appears to be a major determinant in the occurrences of central nervous system side effects in patients receiving cimetidine (Russell and Lopez, 1980). Analysis of published studies on cimetidine suggests that 16% of reported side effects occur in elderly patients.

## RANITIDINE SURVEY

A search of clinical data stored on the main computer data base was undertaken to identify all patients aged 65 years and older who had been recruited to double-blind placebo controlled trials evaluating ranitidine (150 mg b.d.) in the treatment of peptic ulceration. Only patients who had been treated with either placebo or ranitidine for four weeks were included in the survey. From this data the efficacy of four week's treatment with ranitidine in the management of peptic ulceration was determined. The safety of ranitidine in the elderly patient was evaluated by consideration of reported adverse events and biochemical and haematological parameters.

A total of 111 patient records were identified. The age and sex distribution of these patients are given in Table 1. These patients had been recruited in 35 clinical trials (Table 2). Of these 111 patients, 13 were excluded from assessment as they had either failed to attend follow-up appointments (3 patients) or did not have endoscopic examination after four weeks treatment (10 patients). The indications for inclusion in the clinical trials were:

| | |
|---|---|
| Duodenal ulcer | 58 patients |
| Gastric ulcer | 36 patients |
| Duodenal + gastric ulcer | 2 patients |
| Not specified | 2 patients |

200 277

D1095/A11

Therapeutic effect of ranitidine in elderly patients with peptic ulceration

Table 3 shows the number of patients of each sex allocated to either ranitidine or placebo treatment for the management of peptic ulceration and the healing rate (determined by resolution of lesion confirmed by endoscopic examination) after four week's treatment. In the ranitidine-treated group, 94% of duodenal ulcer and 63% of gastric ulcer patients had healed by four weeks. This compares with 31% and 29% respectively in the placebo-treated groups. For patients with both duodenal ulcers and gastric ulcers, the difference in healing rate between ranitidine and placebo treatments is statistically significant.

Side effects profile of ranitidine in elderly patients

Reported adverse events occurring during four week's treatment with ranitidine (150 mg b.d.) and placebo are given in Table 4. No consistent pattern of adverse events emerged in the group of patients treated with ranitidine. The number of patients included in the survey is too small to enable meaningful statistical analysis to be performed on the occurrence rate of adverse events.

Changes in biochemical and haematological parameters occurring during four week's treatment with ranitidine in these patients have been examined. No evidence to suggest that treatment with ranitidine is associated with disturbed hepatic, renal or haemopoietic function was obtained, although the numbers of patients included in the survey is very small.

DISCUSSION

Ranitidine 150mg twice daily in the treatment of peptic ulcers is as effective in elderly patients as in patients in other age groups (see Clinical Trials Section ). From the survey of elderly patients treated with cimetidine it is suggestive that these patients do suffer a greater incidence of side effects than occurs in the other age groups. In the survey of ranitidine treated elderly patients it was found that there



Confidential Information – Subject to Protective Order 

was no consistent pattern of side effects or biochemical or haematological abnormality. In particular there was not an excessive incidence of ranitidine-related side effects. It seems therefore that there is no reason to recommend any alteration in the usual recommended dose of ranitidine (150 mg twice daily) in elderly patients unless there is concurrent renal insufficiency.

## REFERENCES


Gifford, L. M., Aeugle, M. E., Myerson, R. M and Tannenbaum, P. J. (1980)
Cimetidine postmarket outpatient surveillance programme
Interim report on phase I
J.A.M.A., 243, 1523-5

Russell, W. L. and Lopez, L. M. (1980)
Cimetidine-induced mental status changes: Case report and literature search
Am. J. Hosp. Pharm., 37, 1667-71

D1095/A13

TABLE 1 AGE AND SEX DISTRIBUTION OF PATIENTS INCLUDED IN SURVEY

| | Treated with ranitidine 150 mg b.d. | | Treated with placebo i b.d. | |
|---|---|---|---|---|
| | No | Age (median range) | No | Age (median range) |
| MALE | 34 | 69 (65-82) years | 40 | 68 (65-81) years |
| FEMALE | 25 | 70 (65-79) years | 12 | 68 (65-78) years |
| TOTAL | 59 | | 52 | |

200 280

D1095/A14

TABLE 2 SOURCE OF PATIENTS INCLUDED IN SURVEY

| STUDY NUMBER | | INVESTIGATOR | NUMBER OF PATIENTS |
|---|---|---|---|
| 2.3.1.2 | Study 1 | Dr Hansky | 3 |
| 2.3.1.3 | Study 4 | Dr Piper | 2 |
| 2.3.1.3 | Study 2 | Dr Heller | 5 |
| | | Dr Cremer | 1 |
| 2.3.1.2 | Study 12 | Dr Nelis | 6 |
| 2.3.1.3 | Study 5 | Dr Stadler/van Dommelan | 2 |
| 2.3.1.3 | Study 2 | Dr van Boomergaard | 1 |
| | | Dr Nelis | 2 |
| 2.3.1.2 | Study 4 | Prof Verme | 1 |
| Protocol No. | N20.1 | Dr Edge | 2 |
| 2.3.1.2 | Study 5 | Dr Gibinski | 1 |
| | | Dr Hasik | 7 |
| 2.3.1.2 | Study 7 | Dr Marks | 1 |
| 2.3.1.2 | Study 10 | Prof Moshal | 1 |
| 2.3.1.7 | Study 1 | Dr Liedberg | 1 |
| | | Dr Rydberg | 1 |
| 2.3.1.2 | Study 6 | Dr Ryan | 4 |
| 2.3.1.2 | Study 11 | Dr Chatterji | 2 |
| 2.3.1.2 | Study 8 | Dr Smith | 10 |
| 2.3.1.2 | Study 11 | Dr Chatterji | 2 |
| 2.3.1.8 | Study 8 | Dr Cooke | 1 |
| 2.3.1.2 | Study 6 | Dr Holdsworth | 6 |
| 2.3.1.5 | Study 4 | Dr Record | 2 |
| | | Dr Gough | 14 |
| 2.3.1.2 | Study 3 | Dr Gent | 5 |
| | | Dr Hellier | 2 |
| 2.3.1.2 | Study 2 | Dr Calcraft | 2 |
| | | Dr Lee | 6 |
| | | Dr Orchard | 5 |
| | | Dr MacKay | 5 |
| | | Dr Gibson | 1 |
| | | Dr Stone | 3 |
| 2.3.1.4 | Study 1 | Dr Schutz | 2 |
| Protocol No. | WGAW | Dr Krentz | 1 |
| Protocol No. | WGAZ | Dr Gierthmuhler | 1 |

200 281

Confidential Information – Subject to Protective Order

D1095/A15

TABLE 3 RESULTS OF TREATMENT OF PEPTIC ULCERS WITH RANITIDINE (150 mg b.d.) AND PLACEBO FOR FOUR WEEKS IN PATIENTS AGED 65 YEARS AND OLDER.

| Diagnosis | Male Patients | | | | | | Female Patients | | | | | | % Healing Male and Female | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ranitidine | | | Placebo | | | Ranitidine | | | Placebo | | | | |
| | n | No. Healed | % Healed | n | No. Healed | % Healed | n | No. Healed | % Healed | n | No. Healed | % Healed | Ranitidine | Placebo |
| DU | 18 | 17 | 94 | 23 | 6 | 26 | 14 | 13 | 93 | 3 | 2 | 67 | 94 | 31 |
| GU | 13 | 8 | 61 | 11 | 1 | 9 | 6 | 4 | 67 | 6 | 4 | 67 | 63 | 29 |
| DU + GU | 1 | 0 | 0 | 1 | 1 | 100 | | | | | | | | |

200 282

GSKZNDAA0000067165

D1095/A16

TABLE 4 REPORTED ADVERSE EVENTS DURING TREATMENT WITH RANITIDINE OR PLACEBO IN PATIENTS AGED 65 YEARS AND OLDER

RANITIDINE

| ADVERSE EVENT | NUMBER OF PATIENTS |
| --- | --- |
| Periumbilical pain and diarrhoea | 1 |
| Influenza | 1 |
| Sensation of fullness after big meal | 1 |
| Frequency of micturition | 1 |
| Dizziness and vertigo | 1 |
| Generalised tiredness | 1 |
| Heart attack - death | 1 |
| Headache | 1 |
| Polyarthritis | 1 |

PLACEBO

| ADVERSE EVENT | NUMBER OF PATIENTS |
| --- | --- |
| Malaena and hypertension | 1 |
| Perforated DU | 1 |
| Rectal carcinoma | 1 |
| Epigastric pain | 1 |



Confidential Information – Subject to Protective Order

D1106/B09

STUDY 1

DETERMINATION OF PHARMACOKINETICS OF RANITIDINE, FOLLOWING SINGLE ORAL DOSE, IN ELDERLY PATIENTS

INVESTIGATOR : Professor I. M. Stevenson
Department of Pharmacology and Therapeutics
Ninewells Hospital
Dundee
Scotland.

PROTOCOL NO. : 20 RAN-240 HJD

200 284

D2000/A16


## SUMMARY

1. The pharmacokinetics of ranitidine, following single oral dosing (150 mg) have been studied in six elderly patients (age range 67-78 years) with unimpaired renal function.

2. The plasma ranitidine level at 24 hours after dosing was consistently higher for which the analytical model accounted.

3. When the 24 hour points were included in calculation, the elimination half-life of ranitidine ranged from 3.7 to 5.0 (median 4.4) hours; when the 24 hour points were excluded from the calculation, the elimination half-life ranged from 3.1 to 3.4 (median 3.3) hours.

4. The elimination half-life of ranitidine in elderly patients did not differ from that reported in younger patients.

5. No reduction in dosage is required when ranitidine is prescribed for elderly patients with unimpaired renal function.




Confidential Information – Subject to Protective Order

D2000/A17

## INTRODUCTION

Histamine $H_2$-receptor antagonists are frequently prescribed for elderly patients. Somogyi,Rohner and Gugler (1980) reported that the plasma clearance of cimetidine in patients between the ages of 53 and 64 years was less than half that in patients aged 28 to 45 years. Decreased clearance of cimetidine in the elderly patient may be responsible for the higher incidence of side effects reported in such patients. The present study was undertaken to determine the pharmacokinetic profile of ranitidine in patients aged 65 years and older.

## METHOD

Ethical Committee approval for the study was obtained. Six patients, with normal renal function, gave their informed consent to participate in the study. The patients attended hospital in the morning after an overnight fast. An intravenous cannula was inserted into a convenient vein through which blood samples were obtained. After a blood sample (5 ml) had been obtained, the patient took a single oral dose of ranitidine (150 mg tablet) with a small volume of water. Further samples of blood (5 ml) were obtained at 0.5, 1, 1.5, 2, 3, 4, 5, 6 and 8 hours after dosing. During this period of time the patients remained in hospital. Further samples of blood were taken on a domiciliary visit 12 and 24 hours after the administration of ranitidine. Fluid intake was allowed as necessary and the patients consumed a light lunch (coffee and rolls) three hours after dosing with ranitidine. During the period of blood sampling, two-hourly collections of urine were made to enable calculation of creatinine clearance.

Blood was collected into heparinised tubes which were centrifuged immediately. The plasma was stored below 4°C in plastic tubes until transferred to Glaxo Group Research Ltd., Ware. Ranitidine was estimated in plasma by radio immunoassay. (method in Main Appendix, Section 1)

D2000/A18

## ANALYSIS OF RESULTS

A single exponential of the following form was fitted to the plasma concentration data after and including the 6 hour time point.

$$C(t) = Ae^{-\beta t} \quad t > t_k \quad (1)$$
$$A > 0$$
$$\beta > 0$$

where $C(t)$ = plasma concentration (ng/ml)

$t$ = time (hours)

$A$ and $\beta$ = parameters to be estimated from the data set

$t_k$ = 6 hours

Since the above model was only fitted for time points greater than or equal to 6 hours the area under the curve was calculated in two parts:-

1. Trapezoidal integration from $t = 0$ to $t = 6$, assuming that the plasma concentration at $t = 0$ is zero.

2. Integration of the fitted exponential model from $t = 6$ is infinity.

The total area under the curve is then the sum of (1) and (2).

The half-life was calculated in the usual way as $0.693/\beta$.

The peak concentration and time to peak were estimated from the raw data.

200 287

D2000/19

## RESULTS

The age and renal status of the patients recruited to this study are shown in Table 1. The high creatinine clearance during 0-2 hours probably resulted from incomplete emptying of bladder at time 0. Table 2 gives the plasma ranitidine concentration at specified times after dosing for the six patients. There is a consistent tendency for the plasma ranitidine concentration at 24 hours to be higher than that calculated using equation (1). This leads to an an over estimation of both the area under the plasma ranitidine concentration time-curve and half-life. The effect on the half life values is greater than that on the area since the former is based upon equation (1). In order to gain some insight into the likely magnitude of the effects, area and half-life were calculated for each patient both including and omitting the value at 24 hours. These data are given in Table 3. It will be noted that the effect on area is relatively small. However, the reduction of half-life on omission of the 24 hour point is very large, being as much as 1.8 hours in the case of one patient ([redacted]. Without further points betwen 12 and 24 hours, however, the exact situation cannot be determined.

Patient [redacted] has a relatively high area compared with the other patients. This is due to the very much higher peak concentration for this patient. The peak plasma ranitidine concentrations and times to peak are given in Table 4.

The parameter estimates, including and excluding the 24 hour time point are given in Table 5.



Confidential Information – Subject to Protective Order

## DISCUSSION

During ageing there is a reduction in the number of functional glomeruli, tubular secretion, renal blood flow and creatinine clearance (Davies and Shock, 1950; Rowe, 1978). The decline in renal function in elderly patients, reduces the clearance of many drugs that are eliminated mainly by the kidneys. The elimination half-life of cimetidine is increased in elderly patients (Redolfi, Borgogelli and Lodola, 1979). Somogyi, Rohner and Gugler (1980) reported a reduction in clearance of cimetidine in elderly patients. This may account for the higher incidence of reported side effects of cimetidine in elderly patients and a reduction in dosage regimen is now recommended.

The patients recruited to the present study were all over the age of 65 years and had normal renal function. The elimination half-life of ranitidine in these patients ranged from 3.1 to 3.4 hours (calculated with the omission of the 24 hour point for reasons explained above). This is wider than the range obtained in younger patients. The plasma ranitidine concentration at 24 hours was higher than that calculated from equation (1). However, even when the 24 hour points were included in calculation, the half-life (range 3.7-5.0 hours) did not exceed that reported for younger patients (2.5-6 hours) (McFadyen, Folb, Marks, Wright and Lucke, 1980).

## CONCLUSION

The elimination half-life of ranitidine in elderly patients does not differ from that in younger patients. It can be concluded that the elderly patient, with normal renal function, may be treated with ranitidine in the usual recommended therapeutic dose (150 mg b.d.).



Confidential Information – Subject to Protective Order

D2000/A22

TABLE 1 : AGE AND RENAL FUNCTION STATUS OF PATIENTS INCLUDED IN STUDY

| Patient | Age | Plasma Urea mmol/l | Creatinine Clearance ml/min. | | | | |
|---|---|---|---|---|---|---|---|
| | | | 0-2 hr. | 2-4 hr. | 4-6 hr. | 6-8 hr. | 24 hr. |
| Redacted Material | 68 | 6.1 | 167 | 58 | 80 | 90 | 85 |
| | 78 | 8.1 | 104 | 44 | 60 | 64 | 76 |
| | 73 | 4.6 | 106 | 76 | 52 | 65 | 63 |
| | 67 | 5.1 | 128 | 87 } | 2-6hr | 87 | 90 |
| | 71 | 5.9 | 141 | 106 } | | 89 | 87 |
| | 74 | 7.2 | 54 | 0-4hr | 43 | 63 | 50 |

200 290

D2000/A23

TABLE 2 : PLASMA RANITIDINE CONCENTRATION (ng/ml) AFTER 150 mg ORAL DOSING IN SIX ELDERLY PATIENTS

| Patient | Time (hrs) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0.5 | 1 | 1.5 | 2 | 3 | 4 | 5 | 6 | 8 | 12 | 24 |
| Redacted Material | ND | 120 | 413 | 467 | 509 | 426 | 365 | 268 | 184 | 119 | 51 | 11 |
| | ND | 12 | 194 | 502 | 410 | 399 | 383 | 212 | 143 | 101 | 43 | 7 |
| | ND | 23 | 106 | 218 | 230 | 310 | 432 | 394 | 330 | 203 | 89 | 15 |
| | ND | 36 | 224 | 345* | 431 | 503 | 418 | 272 | 183 | 151 | 53 | 15 |
| | ND | 84 | 210 | 302 | 389 | 452 | 390 | 285 | 232 | 171 | 65 | 14 |
| | ND | 173 | 517 | 470 | 480 | 893 | 722 | 569 | 414 | 314 | 109 | 15 |

ND: not detected

*Blood taken at 1.75 hrs.



Confidential Information – Subject to Protective Order

D2000/A24

TABLE 3 : AREA UNDER THE PLASMA RANITIDINE CONCENTRATION TIME-CURVE AND ELIMINATION HALF-LIFE, INCLUDING AND EXCLUDING THE 24 HOUR POINT, IN ELDERLY PATIENTS FOLLOWING SINGLE ORAL DOSING WITH RANITIDINE (150 mg)

| Subject | Area (ng/ml.hr) | | t½β (hours) | |
|---|---|---|---|---|
| | Including 24 hours | Excluding 24 hours | Including 24 hours | Excluding 24 hours |
| Redacted Material | 3050 | 2890 | 4.6 | 3.3 |
| | 2540 | 2450 | 4.1 | 3.4 |
| | 3340 | 3100 | 4.2 | 3.1 |
| | 3030 | 2810 | 5.0 | 3.3 |
| | 3150 | 2950 | 4.5 | 3.2 |
| | 5470 | 5270 | 3.7 | 3.1 |
| Median | 3100 | 2920 | 4.4 | 3.3 |

t ½β = elimination half-life

200 292

D1099/A25

TABLE 4 : PEAK PLASMA RANITIDINE CONCENTRATIONS AND TIME TO PEAK IN SIX ELDERLY PATIENTS AFTER SINGLE ORAL DOSING (150 mg)

| Subject | Peak Concentration (ng/ml) | Time to Peak (hours) |
|---|---|---|
| Redacted Material | 510 | 2 |
| | 500 | 1.5 |
| | 430 | 4 |
| | 500 | 3 |
| | 450 | 3 |
| | 890 | 3 |
| Median | 500 | 3 |

TABLE 5 : PARAMETER ESTIMATES USED IN DETERMINING PHARMACOKINETIC PARAMETERS

| Subject | Including 24 hours | | Excluding 24 hours | |
|---|---|---|---|---|
| | A | β | A | β |
| Redacted Material | 380 | 0.15 | 660 | .0.21 |
| | 370 | 0.17 | 490 | 0.20 |
| | 770 | 0.17 | 1270 | 0.23 |
| | 360 | 0.14 | 710 | 0.21 |
| | 520 | 0.16 | 890 | 0.22 |
| | 1200 | 0.19 | 1720 | 0.23 |

200 293

D2000/A21

## REFERENCES


Davies, D. F. and Shock, N. (1950)
Age changes in glomerular filtration rate, effective renal plasma flow and the tubular excretory capacity in adult males
J. Clin. Invest., 29, 496

McFadyen, M. L., Folb., P. I., Marks, I. N., Wright, J. P and Lucke, W. (1980)
The pharmacokinetics of ranitidine in patients with chronic duodenal ulceration
Drug symposium on ranitidine; European Congress of Gastrointestinal Endoscopy, Hamburg, 1980

Redolfi, A., Borgogelli, E. and Lodola, E. (1979)
Blood levels of cimetidine in relation to age
European J. Clin. Pharmacol., 15, 257-261

Rowe, J. W. (1978)
The influence of age on renal function
Res. Staff. Phys., 24, 49-55

Somogyi, A., Rohner, M. G. and Gugler, R. (1980)
Pharmacokinetics and bioavailability of cimetidine in gastric and duodenal ulcer patients
Clin. Pharmacokinetics, 5, (1), 84094




Confidential Information – Subject to Protective Order 

200 295

APPEND. ANALYTICAL METHODS

D6534/A17

# CLINICAL PHARMACOLOGY

## APPENDIX

## ANALYTICAL METHODS

200 296

D6534 A27

# CLINICAL PHARMACOLOGY

## APPENDIX

CONTENTS


| | | VOLUME | PAGE |
|---|---|---|---|
| SECTION I | | | |
| ANALYTICAL METHODS USED IN HUMAN STUDIES | | | |
| 1. | Determination of ranitidine in human-body fluids. | 200 | 298 |
| 1.1. | High pressure liquid chromatography method | | |
| 1.1.1 | Plasma | 200 | 298 |
| 1.1.2 | Urine | 200 | 311 |
| 1.2 | Radioimmunoassay | 200 | 318 |




Confidential Information – Subject to Protective Order GSKZNDAA0000067181

# 1. DETERMINATION OF RANITIDINE IN HUMAN-BODY FLUIDS

## 1.1. High Pressure liquid chromatography Methods

### 1.1.1. Determination in plasma

JOURNAL OF LIQUID CHROMATOGRAPHY, 2(9), 1291-1303 (1979)

A HIGH PERFORMANCE LIQUID CHROMATOGRAPHY METHOD FOR THE DETERMINATION OF RANITIDINE IN PLASMA

P.F. Carey and L.E. Martin

Biochemical Pharmacology Department
Glaxo Group Research Ltd.
Ware, Herts. U.K.

ABSTRACT

Ranitidine hydrochloride is a highly potent $H_2$ receptor antagonist of value in the treatment of peptic ulceration. A method is described for the determination of ranitidine in biological fluids. The drug is extracted from plasma prior to determination by reverse phase high performance liquid chromatography. The method is sensitive enough to determine 10ng ranitidine per ml in plasma. The h.p.l.c. method has been automated so that analysis can be carried out without attention over a 24 hour period. The automated h.p.l.c. method has been used for studying the pharmacokinetics of oral and intravenous doses of ranitidine hydrochloride administered to man.

INTRODUCTION

The $H_2$ antagonist, ranitidine hydrochloride (AH 19065) (Figure 1) is a highly potent inhibitor of gastric secretion of value in the treatment of patients who have peptic ulceration.

As part of the safety evaluation studies in animals, and the clinical efficacy studies of the drug in man, it was necessary to develop a method for determining ranitidine in body fluids.



Copyright © 1979 by Marcel Dekker, Inc. All Rights Reserved. Neither this work nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

200 298




Figure 1. Ranitidine Hydrochloride

Ranitidine hydrochloride is four to five times as potent as cimetidine in inhibiting gastric acid secretion (1) and the therapeutic oral dose of ranitidine hydrochloride was expected to be about 80mg. From metabolic studies in animals give $^{14}C$ labelled ranitidine it was estimated that this dose of drug would give a peak plasma level in the sub-microgram per ml range and therefore a highly senstitive analytical method for the determination of the drug in biological fluids was required. Attempts to develop a g.l.c. method for direct analysis were unsuccessful nor could any derivatives suitable for quantitative g.l.c. be prepared. Ranitidine is not fluorescent and attempts to develop a method based on the formation of an ion pair complex with a fluorescent anionic detergent were unsuccessful. The nitro group in ranitidine could be reduced electro-chemically but because of interference from endogenous material in plasma and urine it was not possible to develop a polarographic method for the determination of ranitidine. The u.v. spectrum of a methanolic solution of ranitidine shows absorption peaks at 230 and 320 nm. The expected low plasma concentration of ranitidine and the variation in amounts of endogenous u.v.

absorbing material in plasma, prevented the direct determination of the drug by u.v. analysis.

High pressure liquid chromatography using a u.v. detector appeared to be a method of choice for determining ranitidine in biological fluids. A reversed phase rather than an adsorbent system was chosen because it would allow better separation of the drug from the more polar metabolites. The determination of ranitidine in large numbers of plasma samples was required as part of the clinical pharmacological studies and therapeutic trials of ranitidine. These analyses had to be completed as rapidly as possible, therefore, an automated analytical system was essential.

This paper describes a method for the extraction of ranitidine from plasma and its determination using a reversed phase high performance liquid chromatography system fitted with an automated injector and a computerised data processing system. Unattended, the system can analyse samples throughout the day and night. The method is sensitive enough to determine 10ng ranitidine per ml plasma.

## MATERIALS

Dichlorodimethylsilane [DCMS] (Aldrich Chemical Co. Ltd. London), toluene, disodium hydrogen phosphate, octan-1-ol and methanol were all of 'Analar' grade and obtained from British Drug Houses, Poole, Dorset.

AH 20480, Figure 2 was synthesised in the Chemistry Division.

200 300

Case 9:20-md-02924-RLR Document 6164-9 Entered on FLSD Docket 12/30/2022 Page 1076 of 1099






Figure 2. AH 20480, the internal standard

Ranitidine base was used as the analytical standard and ranitidine hydrochloride tablets were used in the clinical studies. Both preparations were supplied by the Pharmacy Division.

## INSTRUMENTATION

The liquid chromatograph was assembled from separate commercially available units. The eluent, 60% methanol and 40% 0.05 M phosphate buffer pH 7.0 was pumped at a flow rate of 0.9ml per minute using a pulseless dual-piston reciprocating pump (740B, Spectra Physics, St. Albans, Hertfordshire.)

A Waters Intelligent Sample Processor (WISP), which is a micro processor controlled fully automated injection system, was used to introduce the sample on to the column. The WISP can be programmed to inject from 1µl to 2 ml of any individual sample. Normally 100ul of an extract from plasma was injected.

The chromatography columns were 100mm x 5mm i.d. stainless steel (Shandon Southern, Runcorn, Cheshire) containing 5u Spherisorb ODS reverse phase material (Phase Separations Ltd.

200 301

Confidential Information – Subject to Protective Order GSKZNDAA0000067185

Queensferry, Clwyd) packed by a slurry technique using a pneumatic pressure intensifier (Haskel Eng. and Supply Co., Burbank, California.)

All columns were maintained at a constant temperature of 40°C in a column oven (A.C.S., Luton, Bedfordshire.)

A Pye LC3 detector (Pye Unicam Ltd. Cambridge) set at 320nm was used to monitor the eluate.

There could be changes in the baseline value of a chromatogram during the eight hour period which it takes to analyse the forty eight samples in the WISP carriage. To avoid having to manually correct for changes in baseline, a drift correction circuit was designed and constructed by Mr. R. Hartley of the Bio-Engineering Unit. The principle on which it works is that at the start of the chromatographic analyses the circuit measures and stores the detector base line voltage signal, $V_R$. Then it uses $V_R$ as a reference value for the normalisation of all subsequent detector signals.

Following the command from the WISP to inject, the circuit allows a ten second delay and then measures the baseline signal $V_B$ immediately prior to the elution of the first peak. The drift correction is $V_D$ which equals $V_B - V_R$. This value is then subtracted from the total detector signal $V_O$, over the ten minute period which it takes for each chromatographic analysis and the resultant analogue signal processed by the Spectra Physiscs 4000 system. This drift correction procedure is carried out after each injection.

200 302

Silanisation of Glassware

The extraction tubes were soaked overnight in 5% DCMS in toluene and then allowed to drain dry prior to immersion in methanol for several minutes. The methanol was removed and the tubes placed in an air oven at 110°C until completely dry.

Extraction Procedure

Analysis of Ranitidine in Human Plasma

One hundred µl of a solution containing 200ng ranitidine and 600ng AH 20480 per ml were injected and the retention times of each substance determined.

Standard solutions of ranitidine in human plasma over the range 0-200ng ranitidine per ml plasma were prepared by adding with a calibrated 10µl syringe (Hamilton, Switzerland) measured amounts of an aqueous solution containing 10µg ranitidine per ml to each ml plasma.

One ml volumes of the standards and test samples of plasma were pipetted into clean silanised glass tubes (16 x 100mm, Sovirel, France) and 1 ml of 0.1 M disodium hydrogen phosphate, pH 9.0 was added from an 'Oxford' dispenser (Boehringer Corporation (London) Limited.) Thirty µl of an aqueous solution containing 10µg AH 20480 per ml was added to each sample as an internal standard, using a S.M.I. micro-pettor (Alpha Laboratories, Greenford) and all tubes were agitated for two seconds on a 'Whirlimixer' (Jencons, Hemel Henstead, Hertfordshire).

Five ml of octan-1-ol were added to each solution via an 'Oxford' pipettor and the tubes were rotated on a tube rotator

200 303

(Stuart Scientific Co. Ltd. Croydon, Surrey) at speed 3.5 for 15 minutes. The tubes were removed and centrifuged at 1200g for 15 minutes in a Mistral 6L centrifuge (M.S.E. Crawley, Surrey).

4.5 ml of each upper octanol layer was transferred to a clean dry tube using a disposable 5ml pipette, and 500µl of 0.1 M phosphate buffer, pH 6.0 was added to each tube. The ranitidine and internal standard were re-extracted into the buffer solution by gentle rotation on the Stuart rotator for 15 minutes and the tubes were centrifuged at 1200g for a 15 minute period on a Mistral 6L centrifuge.

The upper octan-1-ol layer was removed using a Pasteur pipette attached to a water vacuum pump and 400µl of the aqueous phase from each tube was transferred to a low volume glass insert contained in a standard size 4ml bottle which was fitted with a P.T.F.E. septum and screw cap. The bottles were placed in the carriage of the WISP which was set to inject 100µl of the extract.

## RESULTS

The retention times of ranitidine and AH 20480 were respectively 225 seconds and 350 seconds. Figure 3 is a typical chromatogram for a plasma sample spiked with 103ng ranitidine per ml and with the internal standard. It is clear that the peaks of interest are well resolved. Fig 4 shows the linear relationship between the peak area ratios (ranitidine to the internal standard), and ranitidine

200 304




Fig 3. A chromatogram of an extract from a plasma standard containing 103 ng ranitidine/ml. Injection volume, 100µl. Peak A is ranitidine and Peak B AH 20480, the internal standard.

concentration in plasma. The efficiency of extraction of ranitidine from plasma as calculated from the analysis of twelve standards was 50 ± 5%. Figure 5 shows a chromatogram of a sample of plasma obtained at 0.25hr. from a subject given an intravenous dose of 0.25mg ranitidine hydrochloride/kg.

200 305




Fig. 4. Standard line showing the ratio of the peak area of ranitidine to the internal standard, against the concentration of ranitidine (ng/ml plasma).

The plasma concentrations of ranitidine obtained after separate oral doses of 20, 40 and 80 mg ranitidine hydrochloride to one subject are shown in Figure 6. There is a good correlation between the dose of ranitidine hydrochloride and the concentration of ranitidine in plasma.

## DISCUSSION

A sensitive and rapid method for the determination of ranitidine in plasma is described. The drug and the internal standard are extracted from plasma into octan-1-ol at pH 8.2 and then re-extracted at pH 6.0 into a 0.1 M. phosphate

200 306




Fig 5. A chromatogram of an extract from a plasma sample collected 0.25 hours after an intravenous dose of 0.25 mg ranitidine per kg. Injection volume 100µl. Peak A is ranitidine, peak B AH 20480, the internal standard.

buffer. The concentration of ranitidine in the aqueous solution is determined by reverse phase h.p.l.c. using absorption at 320nm for the quantitation of the drug.




Fig. 6. Plasma concentrations of ranitidine in a subject given on separate occasions oral doses of 20, 40 and 80 mg ranitidine hydrochloride.

In order to analyse the large number of plasma samples arising from clinical trials of the drug, a fully automated h.p.l.c. system has been developed. A WISP fully automatic injection system was coupled to the high performance liquid chromatograph to process the samples. The injection system was reliable, there was no carry over between the samples

200 308

and the variable injection volume facility was useful when injecting samples containing different concentrations of the drug.

The time to complete the analysis of each sample was ten minutes. The carriage of the WISP holds 48 samples and therefore it takes eight hours to complete the analysis of a carriage filled with samples. The work schedule was arranged so that at the beginning of the working day the carriage was loaded with samples of plasma which had been processed the previous day and the analysis started.

Eight hours later on completion of the analysis, the carriage was refilled with another 48 samples and these were analysed unattended during the night. The low concentration of ranitidine in plasma samples necessitated that the u.v. detector was used at 0.01 a.u. full scale deflection. When operating over an eight hour period at this high sensitivity it was observed that base line changes can occur. The electronic drift correction circuit automatically compensated for any of these changes and maintained the signal within the range of the Spectra Physics 4000 data system.

## ACKNOWLEDGEMENTS

The authors would like to thank, Mr. R. Hartley of the Bio-Engineering Unit for designing and constructing the electronic drift correction circuit; details of this will be published elsewhere, Dr. E.P. Woodings for obtaining samples of blood from patients on clinical trials of ranitidine

hydrochloride, the staff of the Chemistry Division for synthesising AH 20480 and to Mr. L. Hysom and Mr. D. Knight for technical assistance.

## REFERENCE

Bradshaw, J., Brittain, R.T., Clitherow, J.W., Daley, M.J., Jack, D., Price, B.J., and Stables, R. AH 19065: a new potent selective histamine $H_2$ receptor antagonist, British Journal of Pharmacology, in press, 1979.

200 310

1.1.2. Determination in urine (HPLC)

ANALYSIS OF HUMAN URINE SAMPLES AFTER ORAL OR INTRAVENOUS ADMINISTRATION OF RANITIDINE

1. Introduction

Ranitidine is analysed in human urine after dilution with distilled water by reversed phase ion-pair high performance liquid chromatography. The amount of ranitidine in the sample is determined by reference to known standard solutions of ranitidine, using the peak area of ranitidine in the chromatogram for comparison.

2. Preparation of standard solutions and samples for analysis

2.1 The following method applies to the preparation of standard solutions of ranitidine in urine for use in the measurement of ranitidine in subjects receiving ranitidine by both oral and intravenous administration.

2.1.1 Standard solutions

Approximately 44.7 mg of ranitidine hydrochloride is weighed accurately into a weighing boat and transferred to a 100.0 ml volumetric flask. The solution is made up to volume with fresh pooled human urine, to give a solution containing 400 μg ranitidine per millilitre.

Volumes of this solution are further diluted with urine and made up to 25.0 millilitres with pooled human urine, to give a range of standard solutions as indicated below:

D1017 B3

| Volume of solution taken (ml) | Concentrations when diluted to 25.0 ml (µg ranitidine/ml) |
|---|---|
| 25.0 | 400 |
| 20.0 | 320 |
| 15.0 | 240 |
| 10.0 | 160 |
| 5.0 | 80 |
| 2.0 | 32 |
| 1.0 | 16 |
| 0.5 | 8 |
| 0.25 | 4 |
| 0.10 | 1.6 |
| 0.05 | 0.8 |

Grade A pipettes were used for measurement of volumes down to 1.0 ml and a calibrated Pipetman (Gilson Ltd.) for volumes below this.

2.2 All standard urine solutions and samples are diluted with distilled water by a nominal factor of 10 using an automatic diluter (FISONS SCIENTIFIC APPARATUS; model LFA-100). The nominal set volumes of the concentrate and and diluent syringes are 0.25 and 2.25 ml respectively and all samples are dispensed and diluted directly into sample vials for further analysis by h.p.l.c.

3. <u>Chromatographic conditions</u>

Diluted urine samples are analysed directly by reversed phase ion pair h.p.l.c., using a variable wavelength U.V. detector adjusted to the optimum wavelength of 320 nm. The essential chromatographic conditions are given below:

| | |
|---|---|
| Packing material | : Spherisorb ODS (5 µ) |
| Column | : 5 x 100 mm stainless steel |
| | : (Shandon Southern Produts Ltd) |
| Eluent | : 600 ml methanol |
| | : 400 ml distilled water |

200 312

D1017 B04

| | |
|---|---|
| Flowrate | : 1.0 ml $min^{-1}$ at 550 P.S.I. |
| Column temperature | : 46°C |
| Sample injection | : Waters Intelligent Sample Processor (WISP) |
| Injection volume | : 15, (25 µl for low concentrations of ranitidine |
| Detector | : PYE LC3 variable wavelength U.V. 0.02 A.U.F.S. at 320 nm. |
| Signal smoothing | : Spectrum model 1021A electronic filter; cut off frequency 0.01 $H_2$ |
| Signal output | : Bryans 2800 recorder, input 24 mV chart speed 5 mm $min^{-1}$ SP4050 printer plotter, attenuation x 5, chart speed 0.25 cm $min^{-1}$ |
| Integration | : SP4000 data system |
| Data reduction | : SP4100 computing integrator |

Retention time of ranitidine = 320 seconds
(C.V. = 6.1%)

Samples found to have a low concentration of ranitidine were re-analysed by injecting 25 µls of the diluted sample with a range of standards down to 0.8 µg ranitidine per millilitre of urine. All other samples are analysed under the conditions stated, viz, 15 µls of diluted sample analysed, with accompanying standard solutions in the range 400 to 4 µg ranitidine per millilitre of urine.

4. Control checks

For each analysis a control check sample is run. This sample of urine was obtained by the pooling of urine samples from subjects to whom ranitidine had been administered, and the bulked sample was divided so that this control sample was only further thawed once after storage in a freezer at -20°C.

200 313

D1017 B05

The nominal concentration of this control sample was 23 µg ranitidine per millilitre of urine.

5. Calculation of results

The peak area of ranitidine in a chromatogram was measured using the SP4000 data system (Spectra Physics Ltd.). For standard solutions this peak area was plotted against the concentration of ranitidine in urine, and the coefficients of least squares fit to a quadratic equation calculated.

These values are used to determine the concentration of ranitidine in unknown samples from their peak areas,




Figure 1. HPLC chromatogram of a standard solution of ranitidine and its metabolites in urine

1. N-oxide of ranitidine
2. S-oxide of ranitidine
3. Ranitidine, 101 µg / ml
4. Desmethyl ranitidine

200 315

Figure 2. HPLC chromatogram of a urine sample (2-4 hr) from a volunteer dosed intravenously with 100 mg ranitidine

1. N-oxide of ranitidine
2. S-oxide of ranitidine
3. Ranitidine 114 μg/ml
4. Desmethyl ranitidine

Laboratory code #9 A.M. B. , TRIAL I-100.




200 316

Figure 3. Calibration curve of ranitidine




200 317

# 1.2. THE DEVELOPMENT OF A RADIOIMMUNOASSAY FOR RANITIDINE IN BIOLOGICAL FLUIDS

William N. Jenner, Leslie E. Martin and Beverley A. Willoughby

Department of Biochemical Pharmacology

Ian Fellows

Department of Chemical Development

Glaxo Group Research Limited
Priory Street, Ware.
Herts, SG12 0DJ, U.K.

## Summary

The development of a radioimmunoassay for ranitidine in biological fluids is described. The sensitivity of the method is 2 ng/ml in human serum using a 0.1 ml sample. The cross reactivity of the antiserum with synthetic standards of ranitidine metabolites is <1%, 22% and 11% for ranitidine N-oxide, ranitidine sulphoxide and desmethyl ranitidine respectively. The latter two substances are minor metabolites in man, and do not affect the measurement of ranitidine in clinical samples. It was possible to produce a much higher titre antiserum by immunising the sheep instead of the rabbit.

Ranitidine is a new specific $H_2$-receptor antagonist effective in the treatment of peptic ulceration (1,2). The drug can be assayed in biological fluids by an h.p.l.c. method at a concentration, depending on endogenous interfering material, down to 10-20 ng/ml plasma (3). The method, which involves extraction of the drug, is time consuming and cannot be used to follow plasma ranitidine concentrations after therapeutic doses for longer than 12 hours. A more sensititive and rapid procedure, suitable for the analysis of large numbers of samples from clinical trials and bioavailability studies, was required and the development of a simple radioimmunoassay method is described.

## Materials and Methods

Bovine serum albumin (fraction V) was obtained from Miles Research Laboratories, Stoke Poges, Bucks, U.K. Freunds complete adjuvant was supplied by Difco Laboratories Ltd., Detroit, Michigan, USA. Dextran T70 and acid-washed activated charcoal were purchased from Pharmacia (London) and Sigma (London) respectively. The Drug Manufacturing Department, Glaxo Operations (UK) Ltd., Ware, provided gelatin B.P. (200 bloom). Ranitidine hydrochloride and its metabolites I, II and III (Fig. 1) were synthesised by the Chemical Research Department and the thio-ether analogue of ranitidine was supplied by the Chemical Development Department of Glaxo Group Research Ltd., Ware. Ranitidine was specifically tritium labelled in the methyl group of the

terminal secondary amino moeity by reacting an aqueous solution of IV with tritiated methylamine (Fig. 2). The specific activity was 2.4 Ci/mmole ranitidine. Radiochemical decomposition was negligible when stored in 80% ethanol at -18°C. All other reagents were of 'Analytical Reagent' grade or equivalent.

Preparation of the immunogen. An immunogen could not be prepared by conventional procedures because ranitidine does not possess suitable functional groups for the direct or indirect conjugation of the molecule to protein. A conjugate was prepared by coupling the thio-ether analogue of ranitidine (IV) to the ε-aminolysyl groups of bovine serum albumin as shown in Fig. 2.




Fig. 1

Structures of ranitidine and the major metabolites




Fig. 2

Route of synthesis for hapten conjugate and $^3H$-ranitidine

The S-methyl compound (IV) (0.163 g, 5.1 mmol) and bovine serum albumin (0.110 g), were suspended in distilled water (5 ml) and stirred at room temperature for 4 days. The reaction mixture was centrifuged and the precipitate discarded. The yellow supernatant was dialysed for 2 days at 4°C against four changes of continuously stirred distilled water (5 litres). At the end of this period the contents of the dialysis sac were passed through a 30 x 1.5 cm column of Sephadex G-25, superfine grade, and eluted with 0.1M-NaCl solution, the eluate being monitored continuously at 320 nm. The conjugate (V), which eluted in the void volume, was collected and freeze-dried to yield 60 mg of a pale yellow soluble protein. The material was stored at 4°C. The number of hapten molecules combined with bovine serum albumin was determined spectrophotometrically, ranitidine having an $\varepsilon_{320}$ of 15000 due to the nitrovinyl moiety. From the difference spectrum, measured against bovine serum albumin, assuming a molecular weight of 66,000 for bovine serum albumin, it was calculated that 6 moles of IV were conjugated per mole of protein.

200 319

Antiserum production in rabbits. Two young New Zealand white rabbits of each sex, bodyweights approximately 2.0 kg, were each immunised with 1 mg of conjugate. The material was dissolved in water at a concentration of 2 mg/ml, emulsified with an equal volume of Freunds complete adjuvant, and injected into multiple intramuscular and subcutaneous sites. This immunization procedure was repeated 2 weeks, 5 months and 10 months later. Following the primary immunization blood was obtained from a marginal ear vein, at approximately monthly intervals, for monitoring antibody titre. The titre reported is the dilution of antiserum required for binding 50% of the immunoreactive portion of the $^3$H-ranitidine label under standard conditions. The male rabbits gave an inferior response to the female animals and were discarded. The antibody titre of the female animals (Nos. 5136 and 5137) was at a maximum 13 days after the final booster injection, therefore the animals were anaesthetised and exanguinated. The resulting antisera were dispensed in 0.1 ml aliquots and stored at -60°C. The work described in this report was carried out using antiserum 5136 but antiserum 5137 was equally suitable for the determination of ranitidine. The final titre for antiserum 5136, determined under standard assay conditions, was 1250.

Antiserum production in sheep. A young adult Soay ram was injected intramuscularly and subcutaneously with 5 mg of the ranitidine immunogen emulsified in non-ulcerative complete Freunds adjuvant (obtained from B.A. Morris, Guildhay Antisera, Dept. of Biochemistry, University of Surrey). Small samples of blood from the jugular vein were obtained at regular intervals for monitoring the ranitidine antibody development. The sheep was given a booster immunization of 2.4 mg of the immunogen in the incomplete adjuvant eight months after the primary immunization and 200 ml of blood was withdrawn 10 days later.

Standard assay procedure. The diluent used was 0.05M sodium phosphate buffer, pH 7.4, containing 0.1% gelatin, 0.6% sodium chloride and 0.05% sodium azide. Standards for the determination of ranitidine in serum or plasma were prepared in this buffer diluted 1:1 with a 10% solution of bovine serum albumin in distilled water containing 0.05% of sodium azide and the pH of the resulting dilutent-BSA solution was adjusted to pH 7.4 by the dropwise addition of saturated NaOH solution. Serum and plasma samples containing >100 ng ranitidine/ml were diluted with diluent - BSA solution to bring them within the linear portion of the standard curve. The $^3$H-ranitidine was dissolved in the diluent solution to a concentration of 26.2 ng/ml (0.2 µCi/ml). The antiserum was diluted to the initial working titre (125) in diluent. Standards of 100, 50, 20, 10, 5 and 2 ng/ml were prepared from a refrigerated stock solution of ranitidine hydrochloride in water containing 1 mg ranitidine base/ml. The stock solution was renewed every month. Each standard series also included a 'zero standard' of diluent - BSA. A 1% dextran coated charcoal suspension was prepared by dissolving 100 mg of dextran in 100 ml diluent and then adding 1 g of acid washed activated charcoal. The suspension was stirred for 1 hour before use. The charcoal suspension and dilutions of all reagents were prepared fresh each day. Duplicate assays were performed in 5 ml plastic tubes. The total incubation volume in each case was 0.5 ml consisting of 0.1 ml sample or ranitidine standards in diluent - BSA, 0.3 ml diluent, 0.05 ml $^3$H- ranitidine solution and 0.05 ml antiserum solution. For the analysis of large numbers of samples the pipetting operations were performed by means of a Micromedic Systems automated pipetting station (Philadelphia, USA). For each assay non-specific binding (NSB) tubes were also set up consisting of 0.1 ml of diluent - BSA, 0.35 ml diluent and 0.05ml $^3$H- ranitidine solution. Following a 2-20 hour incubation at 4°C, 0.5 ml of cold stirred charcoal suspension was added to each tube. After mixing and standing for 5 minutes at 4°C, the tubes were centrifuged at 1720 x g (20 min, 4°C). The supernatants were decanted into

scintillation vials containing 8ml 'Picofluor' (Packard Inc., London). Duplicate vials containing 0.9ml of diluent and 0.1 ml diluent - BSA, for background count determination and 0.05 ml $^3$H- ranitidine solution, 0.85 diluent and 0.1 ml diluent - BSA (total counts) were prepared. Vials were counted for 5 minutes or 10,000 counts in a Tracor Analytic Mark III liquid scintillation counter (Illinois, USA). The number of counts and the time were recorded on punch tape and the data analysed by a Wang 2200 desk-top computer system, (Wang UK Ltd., London) using a Wang 'RIADS' edited programme (Release 1, 1977). The spline function was used to construct the standard curve and calculate the concentration of ranitidine in unknown samples.

## Results

Standard radioimmunoassay curve and specficity studies. The NSB values were subtracted and standard curves constructed by plotting the ratio of counts bound to counts in the zero standard (% $B/B_0$) against ranitidine concentrations. When standard curves in the presence of 0.1 ml control human, dog or cat plasma were prepared, the curves were superimposable on the curves set up in diluent - BSA showing that there were no interfering factors in the plasma of these species. The sensitivity of the method was better than 2 ng ranitidine/ ml. This could, however, be reduced to < 1 ng/ml if required by halving the amount of $^3$H- ranitidine and antiserum concentration but with the resulting disadvantage of doubling counting times. The avidity of the antiserum was determined by means of a Scatchard plot (4). This showed that the antiserum contained binding sites with an average affinity constant (K) of $2 \times 10^9$ litres $mole^{-1}$. The cross-reactivity of metabolites I, II and III (5) was studied over the concentration range shown in Fig. 3. The degree of cross-reactivity is defined as the ratio of the weight of ranitidine required to reduce binding of the $^3$H- ranitidine at zero metabolite concentration by 50%, to the weight of the cross-reacting metabolite which reduces the binding by the same amount, multiplied by 100. The cross-reactivity values for the metabolites are shown in brackets in Fig.3.




Fig. 3

Cross-reactivity of ranitidine metabolites with rabbit ranitidine antiserum 5136. Abscissa is ng ranitidine or metabolite per tube.

200 321

The cross-reactivity values reported in Fig. 3 were determined in the absence of unlabelled ranitidine, a situation which would not occur in practice. Samples were prepared containing from 5-500 ng ranitidine/ml plasma and to these samples were added desmethyl ranitidine or ranitidine sulphoxide at 2.5, 5, 10 and 20% of the ranitidine concentration. When these samples were analysed by radioimmunoassay it was found that neither of the metabolites interferred in the assay, even when present at up to 20% of the ranitidine concentration.

Assay reproducibility and recovery studies. The recovery of ranitidine in spiked control human serum samples over the concentration range 2-2000 ng/ml averaged 95.4 ± 5.8% (mean ± S.D., n = 24). Inter-assay precision was determined by the repeat analysis of pooled serum samples from subjects taking ranitidine at therapeutic doses, samples being combined to form a low intermediate and high pool. The coefficients of variation obtained for these samples were 7.8, 8.4 and 5.3% at mean plasma ranitidine concentrations of 23, 93 and 511 ng/ml respectively (n = 25).

Validation of the radioimmunoassay by h.p.l.c. Serial serum samples from a healthy male volunteer, following administration of 100 mg of ranitidine intravenously, were assayed by h.p.l.c. (3) as well as by the radioimmunoassay procedure. Linear regression analysis was carried out by a least-squares procedure taking into account the errors in both sets of data. The correlation coefficient between the radioimmunoassay and h.p.l.c. methods, over the range 39-2629 ng/ml was o.99 with a slope of 1.12 and a negative intercept of 1.8 (Fig. 4.)




Fig. 4

Comparison of radioimmunoassay and h.p.l.c. assay for ranitidine. The plasma samples were obtained from a male volunteer following administration of 100 mg ranitidine i.v. The inset graph shows the correlation at lower ranitidine concentrations.



Confidential Information – Subject to Protective Order 

Comparison of the antibody titre in a sheep and rabbit injected with ranitidine immunogen. The antibody titre of the sheep was much higher than that produced by the rabbit (Fig.5). The final titre of the antiserum for use in the assay was 17,500 and the average affinity constant (K) was $1 \times 10^9$ litres $mole^{-1}$. The cross-reactivity with the N-oxide, desmethyl and sulphoxide metabolites was 0.1%, <2% and 10% respectively.




Fig. 5

Variation in antiserum titre of a sheep and a rabbit following primary and booster immunisation with ranitidine immunogen.

## Discussion

The cross reactivity study carried out on the three metabolites in the absence of ranitidine showed that the N-oxide of ranitidine (I) hardly combined with the antisera and that the sulphoxide metabolite (III), was more reactive than the desmethyl ranitidine (II), Fig.3. The results of the study using ranitidine and its metabolites show that the dimethylamino moiety in the ranitidine molecule is an important determinant of the antigen-antibody reaction. In practice the ranitidine concentration in plasma would be higher than that of the metabolites (5). Therefore, a cross-reactivity study was carried out in plasma samples containing 5-500 ng ranitidine/ml, and to which metabolites II and III were added to a concentration corresponding to 20% of the ranitidine concentration. When the samples were analysed by radioimmunoassay, it was found that the presence of these metabolites had not affected the accuracy of the assay. Intravenous doses of 100 mg ranitidine have been given to man, and ranitidine and its three metabolites determined by high performance liquid chromatographic analysis of the urine collected for up to 72 hours after administration of the drug. It was found that 68% of the dose was excreted in the urine as unchanged drug. Metabolites (I), (II) and (III) corresponded respectively to 5.1, 2.4 and 1.7% of the dose. In a study in which the drug was given at the same dose orally, the proportion

of the metabolites expressed as a percentage of the dose was similar (6). It can be inferred from the results of this study that the concentration of metabolites (II) and (III) in the plasma after a therapeutic oral dose of ranitidine are likely to be too low to interfere in the determination of ranitidine by radioimmunoassay. This hypothesis was confirmed by analysing the same samples of serum from a patient given an intravenous dose of 100 mg ranitidine by the specific h.p.l.c. method for ranitidine and radioimmunoassay. It was found that there was excellent correlation between values obtained using the two methods, (Fig. 4). The radioimmunoassay is therefore highly specific for determining ranitidine in plasma. The radioimmunoassay uses only 0.1 ml plasma, it is rapid, very sensitive and cheaper than the h.p.l.c. assay. The higher sensitivity of the assay, <2 ng ranitidine/ml, means that it can be used to measure ranitidine concentrations in plasma for up to 48 hours after a therapeutic dose of the drug. The method has been used to study the pharmacokinetics and bioavailability of ranitidine in man (7). The h.p.l.c. assay was not sensitive enough to measure ranitidine in the cerebrospinal fluid of patients treated with ranitidine, but using the radioimmunoassay it was possible to show that after a 200 mg oral dose of ranitidine the concentrations of ranitidine in the cerebrospinal fluid were from 1-28 ng/ml when the plasma concentration ranged from 263-1,019 ng/ml. The results of these analyses have been reported (8). The antiserum to ranitidine obtained by immunisation of the sheep had a higher titre and better specificity than that of the rabbit. Therefore, sheep antiserum is now used for the routine determination of ranitidine by radioimmunoassay.

## Acknowledgement

The authors would like to thank Mrs. P. Owen for carrying out the determination of ranitidine by the h.p.l.c. method.

## References

1. J. BRADSHAW, R.T. BRITTAIN, J.W. CLITHEROW, M.J. DALY, D. JACK, B.J. PRICE and R. STABLES. Br. J. Pharmacol. 66, 464P (1979).

2. J.H.B. SAUNDERS, N.R. PEDEN, E.J.S. BOYD and K.G. WORMSLEY. Gut, 2, Abstract 455 (1980).

3. P.F. CAREY and L.E. MARTIN. J. Liq. Chromatogr. 2, 1291-1303 (1979).

4. G. SCATCHARD. Ann. N.Y. Acad. Sci. 51, 660-672 (1949).

5. J.A. BELL, F.A.A. DALLAS, W.N. JENNER and L.E. MARTIN. Biochemical Society Transactions. 8, 93 (1980).

6. P.F. CAREY, L.E. MARTIN and P. OWEN. Biochemical Society Transactions. In press (1980).

7. K. BOGUES, G.T. DIXON, P. FOWLER, W.N. JENNER, J. MACONOCHIE, L.E. MARTIN, and B.A. WILLOUGHBY. Br. J. Pharmacol. In press. (1980).

8. R.P. WALT., J.W. RICHARDSON, T. OEHR and J.J. MISIEWICZ. IV European Congress on Gastrointestinal Endoscopy. Drug symposium on ranitidine. Hamburg. In press. (1980).

200 324