# EXHIBIT 56

TRUE COPY
Digitally signed by Duncan Anderson
Date: 2020.07.29 09:04:53 +01'00'

**CONFIDENTIAL REPORT**

**LIMITED DISTRIBUTION**

REF: PATH/80/135

# GLAXO GROUP RESEARCH LIMITED — WARE

Subject : (III) NITROSATION OF RANITIDINE: FURTHER MUTAGENICITY STUDIES

Copy No.

Report To : DR D POYNTER 1

From : D GATEHOUSE & MISS S EVANS 2

Division/ Department : [redacted]

Distribution limited to : [redacted] (Central File)

~~DR R T BRITTAIN~~ 8/83 ?
~~DR B PRICE~~ 3/83 ?
DR L E MARTIN 6
DR J MACKINNON 7
MR J A BELL 8
DR D TWEATS 9
DR D A H PRATT 10
Archive 16 JUN 1982 ?
Dr B Price 10 ... 87 ?

Approved By:- D. Poynter

Date of Distribution:- SEPTEMBER 1980

Additional copies of this report, in full or in part, must not be made without the written approval of the Head of the Division/Department named above.

All additional copies must be issued from Technical Records, Ware.

**NO OTHER COPYING IS PERMITTED**

The data in this report must not be used in whole or in part in any publication, patent application or drug submission, or in any other way disclosed to a third party without the approval of the Head of the Division from which the report was issued. A draft copy of any document in which any data from this report are reproduced must be shown to the appropriate Divisional Head before publication.

Summary

1. AH 23729X (dinitroso-ranitidine) is a direct acting bacterial mutagen, of the nitrosamidine type. No metabolic activation is required for activity, and the sensitivity of strain S. typhimurium TA 1535 indicates the production of base-substitution mutations through DNA-alkylation damage.
The mutagenic activity is quantitatively similar to nitrosocimetidine, but considerably less than that of the strutural analogue, N-methyl, N-nitro-N nitrosoguanidine.

2. The formation of AH 23729X under conditions of excess nitrite is enhanced both by potassium thiocyanate and ascorbic acid. The former shifts the optimum for nitrosation to a lower pH (1-1.6), while the latter exerts its effect through the generation of the oxides of nitrogen (more potent nitrosating species).
Vitamin E (α-Tocopherol,) on the other hand, is an efficient inhibitor of the nitrosation process.

3. The formation of AH 23729X is highly dependant upon the nature of the acidifying agent. In human gastric juice, no significant mutagenic activity was detected with 10 mM ranitidine ; and nitrite levels up to 40 mM.

4. Mutagenicity assays on urine and gastric juice samples obtained from volunteers dosed with 150 mg ranitidine, yielded negative results even when concentration of the samples, using XAD-2 resin, was performed.




Confidential Information – Subject to Protective Order GSKZAN0000986966

Introduction

Previous experiments have demonstrated that Ranitidine (AH 19065) in the presence of excess levels of nitrite (40mM) and 6% Acetic acid, undergoes nitrosation to yield a product or products mutagenic toward S.typhimurium TA 1535. (Path 79/220). This strain has been specifically designed to detect ''base-pair'' mutational damage, characteristic of the alkylation of the nitrogenous bases within the DNA molecule. This activity, together with the lack of requirement for some form of metabolic activation indicated the probable formation of a nitrosamide or nitrosamidine rather than a nitrosamine.

The generation of the mutagenic species was strongly dependant upon nitrite concentration and drug concentration, and also upon the nature of the acidifying agent (Path 79/224). The C-nitroso form of ranitidine was not found to be mutagenic against any of the routinely used test strains.

This report contains the results of further experiments using the dinitroso form of ranitidine (AH23729X). This compound was only isolated after the nitrosation of ranitidine by high levels of nitrite such as would be unlikely to occur in the human stomach. Its structure is given in Fig 1., alongside the structure for the chemical mutagen N.methyl, N-nitro-nitrosoguanidine.

It also contains the results of studies on the effects of potassium thiocyanate, absorbic acid and vitamin E, upon the formation of the dinitroso-compound.

Thiocyanate is present in human saliva and has been shown to catalyse the nitrosation of drugs ''in vitro'' (Boyland E. 1974). The level of thiocyanate in non-smokers' saliva is approximately 50 µg/ml(1mM), but in smokers the level is higher at 150 µg/ml(3mM). This is because cigarette smoke contains cyanide compounds which are converted into thiocyanate in the body through the action of rhodanese (thiosulphate-sulphur transferase). (Ruddel et al 1976). It was decided to determine whether a similar catalytic effect of thiocyanate on the formation of dinitrosoranitidine could be demonstrated. Conversely, ascorbic acid is a well documented inhibitor of nitrosation through its scavenging reaction with nitrite to form nitric oxide and dehydroascorbic acid. (Mirvish. S. 1975). It was necessary, therefore, to determine whether the compound



Confidential Information – Subject to Protective Order GSKZAN0000986967

possessed similar inhibitory activity for the nitrosation of ranitidine to dinitrosoranitidine. Vitamin E (α-tocopherol), a documented inhibitor of nitrosation (Kamm, et.al. 1978), was also evaluated. Additional work was also undertaken utilising human gastric juice as the acidifying agent. These experiments were designed to ascertain whether the nitrosation of ranitidine to the mutagen, dinitrosoranitidine, was similarly dependant upon substrate and nitrite concentrations when gastric juice was used. In conclusion, investigations into the presence of AH 23729X (dinitrosoranitidine) in the urine and gastric juice of treated individuals were also undertaken and will be discussed.



Confidential Information – Subject to Protective Order GSKZAN0000986968

## Test Procedures

### Test strain

The major test strain used throughout this work was S. typhimurium TA 1535, which is extremely sensitive to N-nitroso compounds. In the mutagenicity studies on gastric juice and urine samples from ranitidine-treated volunteers, the test strains S. typhimurium TA 98 and TA 1537 were also employed.

### Assay Systems

The majority of the data was derived using the standard ''Ames'' Agar-incorporation technique as described in M.S.P. 4b. The test was carried out, either on the neutralised nitrosation reaction solution, or on the individual urine or gastric juice sample. The results were analysed statistically using computer programme AHFI IDEN AMES, and are expressed as the mean of 3-5 replicate plates per dose, ± s.d.

In one experiment, the Microtitre Fluctuation Test (MSP8) was used to assay the mutagenicity of a series of gastric juice samples from one of the two ranitidine-treated volunteers.



Confidential Information – Subject to Protective Order 

Individual Protocols

a) Mutagenicity Test on AH 23729X (Dinitrosoranitidine)

The dinitroso form of ranitidine was tested directly for mutagenicity against *S. typhimurium* TA 1535 which is known to detect base-pair damage produced by alkylation.

Initially an impure form was tested (approx. 70% pure), but subsequent retests were carried out on the purified sample (99%). Each test was carried out twice, over a wide dose-range, using 3-5 replicate plates per dose. An ''S9-metabolising system'' was not included. A dose-response was also carried out on MNNG for comparison in the same system.

b) Effects of Potassium thiocyanate on the Nitrosation of Ranitidine

The effects of 3mM (150µg/ml) potassium thiocyanate on the nitrosation of ranitidine at 10 and 40mM (3.5-14 mg/ml) was investigated, in both 6% Acetic Acid and 50mM HCl (pH 1.6). This level of thiocyanate was chosen as an average representation of the levels found in the saliva of smokers (Boyland, et al. 1974). These studies were carried out over a range of nitrite concentrations from 40mM (2.7mg/ml) down to 0.15mM (0.01mg/ml).

In addition a dose-response was obtained after nitrosation of ranitidine at concentrations of 40mM (14mg/ml) 20mM (7mg/ml) and 10mM (3.5mg/ml) by 40mM nitrite in 50mM HCl (pH1.6). The response obtained is the presence and absence of 3mM potassium thiocyanate were compared.

As in earlier studies, the initial ranitidine concentrations were reduced to 230, 115 and 56µg/ml top agar in this experiment, as a result of neutralisation of the reaction with an equal volume of saturated sodium bicarbonate, and dilution 1 in 30 in the assay system.



Confidential Information – Subject to Protective Order GSKZAN0000986970

c) Effect of Ascorbic Acid (Vitamin C) and α-tocopherol (Vitamin E) on the Nitrosation of Ranitidine

Experiments were carried out to determine the effect of ascorbic acid and α-tocopherol on the formation of dinitrosoranitidine in the standard W.H.O. Test.

Initially standard concentrations of 40mM ranitidine and 40mM sodium nitrite were used aerobically in 6% Acetic Acid, in the presence of 0,5,10,20, and 40mM ascorbic acid.

In subsequent experiments the ascorbic acid concentrations were increased to 40 and 60mM within the reaction, and the effect of 60mM ascorbic acid on the formation of dinitrosoranitidine within human gastric juice was also ascertained.

For reasons to be explained, the effect of 60mM ascorbic acid on the nitrosation of 10mM ranitidine was also examined under anaerobic conditions.

Similarly, the effect of 60mM α-tocopherol, on the nitrosation of 10,20 and 40mM ranitidine by 40mM nitrite, within 6% Acetic acid was determined. The final concentration of α-tocopherol could only be roughly estimated, because of the insolubility of this lipophilic vitamin.

d) Nitrosation of Ranitidine within Human Gastric Juice ''in vitro''

The formation of dinitroso-ranitidine after nitrosation within human gastric juice was examined in two ways: Firstly, the nitrosation of 10mM ranitidine was examined in the presence of varying nitrite concentration (40mM - 7.5mM). These reactions were carried out either in the presence of basal or pentagastrin stimulated gastric juice, and compared quantitively with results obtained using 6% Acetic Acid and 30mM HCl.

Secondly the nitrosation of varying concentrations of ranitidine (40mM-2mM) was examined in the presence of a single nitrite concentration (40mM). Again the reaction was carried out with either basal or pentagastrin stimulated gastric juice, and the results compared with those obtained using 6% Acetic Acid and 30mM HCl.



Confidential Information – Subject to Protective Order GSKZAN0000986971

e) Examination of Human Urine and Gastric Juice Samples after Ranitidine treatment

1) Determination of XAD-2 Resin Efficiency for dinitrosoranitidine extraction

In order to determine the ability of an XAD-2 Resin to extract dinitrosoranitidine from urine samples, preliminary experiments were carried out using normal untreated human urine. Forty ml samples of urine were utilised containing a total of 300µg of dinitrosoranitidine (AH 23729X). This was to be concentrated within 1ml of dimethylacetamide using an XAD-2 Resin Column chromatography isolation procedure as described in M.S.P. 15. Also included were an untreated sample and a distilled water sample containing a total of 300µg of AH 23729X. Urine concentrates were assayed in the standard agar incorporation technique against S. typhimurium TA 1535 and TA 98. The quantitative results (expressed as the mean number of hist revertants/plate) were compared with those obtained using a standard dose of AH 23729X in the same system. This dose equated to the maximum level of AH 23729X one would expect in the urine concentrate, had the XAD-2 resin been totally efficient in extracting the compound. In this way an estimate of column efficiency with regard to the extraction of AH 23729X could be made.

2) Mutagenicity studies on Clinical samples

These studies were carried out in conjunction with Clinical Pharmacology, and Biochemical Pharmacology, and are detailed in CP:25:79. In two healthy volunteers, basal gastric juice samples were taken for 60 minutes. They were then stimulated with i.v. pentagastrin for two hours, and during the first hour gastric juice was collected in 15 minute fractions. After this time they received 150 mg ranitidine in 100 mls of water using a naso-gastric tube. Further gastric juice samples were then collected after 15, 30 and 45 minute intervals. The total contents were aspirated after 60 minutes. Urine samples were also obtained from Volunteer 2 at the following times relative to the administration of ranitidine :

0, -2 to 2, 2-4, 4-6 and 6-24 hours



Confidential Information – Subject to Protective Order 

As a result of a fault in a laboratory incubator, only a limited analysis could be made on the gastric juice samples for volunteer 1:

(a) Mutagenicity Assay (M.S.P. 4b) on undiluted samples.

(b) Mutagenicity Assay on samples neutralised with an equal volume of sat. sodium bicarbonate.

In both cases, 0.1 ml of sample was assayed per plate. For (a) duplicate plates were used, while the assay was carried out in triplicate for (b).

For Volunteer 2, direct mutagenicity assays according to the Microtitre Fluctuation Technique (M.S.P.8), were carried out on both undiluted samples of gastric juice and on samples neutralised with an equal volume of sat. sodium bicarbonate. In addition, extracts were prepared from both urine and gastric juice samples using the XAD-2 resin column chromatography technique (M.S.P. 15). These concentrates were then assayed in the standard agar-incorporation technique (M.S.P. 4b) using S. typhimurium TA 1535 without metabolic activation.

## Results

The results of the mutagenicity tests on dinitrosoranitidine (AH 23729X) using S. typhimurium TA 1535 are given in Table 1 a/b/c. Included, for comparison, are the results obtained in the identical system against the same strain, for nitrosocimetidine, and recently published by Pool et al. (1979). Such a quantitative comparison must be made with caution, as the results of agar-incorporation assays, even for direct-acting mutagens, using the same strain may vary between laboratories.

The effects of potassium thiocyanate on the formation of dinitrosoranitidine are given in Fig. 2-4, while the effects of ascorbic acid are given in Tables 2 and 3 and Figs 5 and 6. Table 4 contains the results obtained using 60mM α-tocopherol as the inhibitory agent.

Figs 7(a) and 7(b) illustrate the results obtained after nitrosation of ranitidine with different acidifying agents including human gastric juice. In each set of experiments, the nitrite or ranitidine concentration was varied.

Tables 5, 6, 7a, 7b and 8 contain the results obtained from mutagenicity assays on urine and gastric juice samples from ranitidine treated volunteers.

## Discussion

(a) Mutagenicity of Dinitrosoranitidine (AH 23729X)

AH 23729X was found to be a mutagen for *S. typhimurium* TA 1535. The compound was direct-acting and did not require metablic activation in the form of ''S9-mix''. The mutagenic effect was dose-related and significant down to approximately 3-10µg/ml (9-30µg/plate). (Table 1 a/b). Dinitrosoranitidine was considerably less mutagenic than the structurally related compound MNNG. (Table 1c). Although nitrosocimetidine has not been tested in this laboratory, a comparison with the mutagenicity data generated by Pool et al.(1979) indicates that the mutagenic potency is of the same order of magnitude for both compounds. Such quantitative comparisons must be made with same caution, however, as even identical assay procedures may produce slightly variable results within different laboratories.

(b) Catalytic Effects of Potassium Thiocyanate

The nitrosation of secondary and tertiary amines is catalysed by some anions, especially thiocyanate. (Boyland and Walker 1974). As thiocyanate is secreted in the saliva, it is possible that such catalysis could occur in the stomach.

In 6% Acetic Acid potassium thiocyanate at a concentration of 3mM (150µg/ml) did not significantly reduce the level of nitrite required for effective nitrosation of 40mM ranitidine to AH 23729X. (Fig 2). The only significant result was obtained using 40mM nitrite, and this reflected earlier results obtained in the absence of thiocyanate (Path 79/224). However the catalytic effect of thiocyanate is such that the optimum pH for nitrosation of secondary amines may be shifted to a lower pH. (Boyland and Walker 1974). For example, in the absence of catalyst the nitrosation of N-methylanilne is maximal at pH 3, but in the presence of thiocyanate the reaction proceeds most rapidly at pH 1-2. As this may have been the case for the nitrosation of ranitidine further experiments were carried out using 50mM hydrochloric acid (pH 1.6). At the lower pH, thiocyanate did have a catalytic effect on the nitrosation process (Fig. 2). This was inferred by the detection of significant mutagenic activity at nitrite concentrations as low as 7.5mM (500µg/ml). It seemed likely, therefore, that increased AH 23729X production was occuring at these lower nitrite concentrations, as a result of thiocyanate catalysis.



Confidential Information – Subject to Protective Order GSKZAN0000986974

DRUG SYMPOSIUM ON CIMETIDINE
HAMBURG, TUESDAY, JUNE 10, 1980
XI. INTERNATIONAL CONGRESS
OF GASTROENTEROLOGY

## The Toxicology of Cimetidine with Particular Reference to Possible Nitrosamine Formation

R.W. Brimblecombe

Smith Kline & French Research Limited, Welwyn Garden City, Hertfordshire, England

Many nitrogen-containing compounds, including constituents of foods and drugs, yield N-nitroso derivatives when reacted with nitrite under acidic conditions[1]. Some of these derivatives have been shown to be carcinogenic in feeding studies in laboratory animals but as yet there is no definitive evidence to establish such activity in man.

Studies have been reported[2, 3] on the nitrosation of cimetidine (I) **in vitro.**
A mononitroso derivative (II) is formed: –



(I) (II)

The initial rate of the reaction is proportional to the concentrations of nitrous acid, cimetidine and hydrogen ions.

The nitrosation of cimetidine under WHO-recommended conditions is shown in the Table.

| pH | Initial rate mol. $l^{-1}$ $sec^{-1}$ $\times 10^6$ | % conversion to nitrosocimetidine after 1 h | 4 h |
|---|---|---|---|
| 1.92 | 0.440 | 15.3 | 31.1 |
| 3.04 | 0.047 | 1.69 | 5.95 |
| 4.01 | 0.004 | 0.15 | 0.49 |

Thus far all attempts to identify nitrosocimetidine in gastric juice of subjects receiving cimetidine have failed.

Also relevant is the suggestion that nitrite in the stomach might form nitroso derivatives of ingested amines or amides. Under conditions of abnormally high gastric pH, induced for example by drugs or surgery, enterobacteria could colonise the stomach and encourage production of nitroso compounds by this mechanism[4, 5].

With this background it is important to review the long-term toxicity studies and other relevant studies carried out with cimetidine and its nitroso derivative.

Results will be given to indicate: –

(1) Cimetidine is negative in the bacterial "Ames Test" for mutagenicity at concentrations up to 5000 μg per plate. Nitrosocimetidine is positive in this test at concentrations of 100 to 500 μg/plate.
(2) **In vitro,** nitrosocimetidine has been shown to methylate the purine bases of DNA[6]. This effect has not been demonstrated in the gastric mucosa **in vivo**[7].
(3) In a 2-year carcinogenicity study in rats[8] dose levels of up to 950 mg/kg/day of cimetidine produced no detectable effects on the histological appearance of the gastro-intestinal tract.
(4) In an ongoing study in dogs receiving 144 mg/kg/day of cimetidine gastrodoscopic examinations and histological examination of gastric mucosal biopsies revealed no evidence of carcinogenic or pre-cancerous lesions[9].

In summary, there is no evidence from these studies to link the **in vivo** administration of cimetidine with gastric carcinoma.

**References**

1 S.S. Mirvish. Tox. & Appl. Pharmacol. **31**, 325 (1975).
2 P.M.G. Bavin, G.J. Durant, P.D. Miles, R.C. Mitchell, E.S. Pepper. J. Chem. Research S. In press.
3 A.B. Foster, M. Jarman, D. Manson, H.R. Schulten. Cancer lett. **9**, 47–52 (1980).
4 W.S.J. Ruddell, E.S. Bone, M.J. Hill, L.M. Blendis, C.L. Walters. Lancet ii. 1037–1039 (1976).
5 J.B. Elder, P.C. Ganguli and I.E. Gillespie. Lancet i. 1005–1006 (1979).
6 D.E. Jensen and P.N. Magee. Cancer Research. In press.
7 P.N. Magee. Personal communication.
8 G.P. Crean, D. Daniel, G.B. Leslie and C. Bates. Cimetidine: Weston Hosp. Symp., ed. Wastell and Lance. Churchill Livingstone London, p. 191–206 (1978).
9 G.P. Crean, G.B. Leslie and F.J.C. Roe. Lancet ii. 797 (1979).

A similar catalytic effect was observed when a lower ranitidine concentration of 10mM was used at the same pH of 1.6 (Fig. 3). As a result of thiocyanate incorporation, it was possible to detect significant mutagenic activity (and hence AH 23729X production), at nitrite levels of 15mM (1000μg/ml). This contrasted with earlier studies (Path 79/224) where negative results were obtained at this nitrite level. An increase in the incubation time at 37°C from 1 to 4 hours, resulted in a reduced mutagenic effect at all nitrite levels even when thiocyanate was present. Again this provided confirmation of earlier results (Path 79/224) and indicated the possible generation of AH 23729X within the first hour, followed by a reduction in its concentration after 4 hours, through either spontaneous or chemical breakdown.

The catalytic effect of thiocyanate at pH 1.6 was confirmed using different ranitidine concentrations with a constant nitrite level of 40mM (Fig. 4). The mutagenic effect was enhanced by approximately 50%, presumably through enhanced nitrosation of ranitidine to dinitrosoranitidine, and this was a consistent trend with all 3 ranitidine concentrations.

Thiocyanate, therefore, catalyses the nitrosation of ranitidine, resulting in detectable mutagenic activity when 500μg/ml (7.5mM) nitrite is used for the nitrosation reaction. The catalytic effect is of little significance to the ''in vivo'' stituation. Even in the presence of high thiocyanate levels (3mM=150μg/ml), the production of a mutagenic species (AH23729X) is only manifest at nitrite levels which are still considerably higher than those ever attained in the human stomach ( ≃ 0.3mM maximum).

c) <u>Effects of Ascorbic acid and α-Tocopherol</u>

Ascorbic acid is a well documented inhibitor of the nitrosation process. It has been suggested that ascorbate should be formulated together with nitrosatable drugs in an effort to reduced any potential nitrosation that might occur in the stomach, through competition for available nitrite (Mirvish 1972).

Initial experiments using a range of ascorbic acid concentrations (5-40mM) with a single concentration of ranitidine (40 mM) in the standard assay (40mM nitrite in 6% Acetic Acid) failed to demonstrate any inhibitory effect on nitrosation. (Table 2).



Confidential Information – Subject to Protective Order GSKZAN0000986977

In fact, an enhancement of the nitrosation process seemed to occur, and this was confirmed over a wider range of ranitidine concentrations (40-2 mM) using ascorbic acid at 40mM and 60mM in the nitrosation reaction (Fig 5). The enhancement also occured when the nature of the acidifying agent was changed from 6% acetic acid to pentagastrin-stimulated gastric juice. (Fig 6). The ability of ascorbic acid to enhance, rather than inhibit the nitrosation of ranitidine, to form AH 23729X, may be explained through the formation of the oxides of nitrogen from ascorbic acid under aerobic conditions (Challis L. 1980). This possiblity was confirmed by the ability of 60mM ascorbic acid to inhibit the formation of AH 23729X under anaerobic conditions. (Table 3). It therefore seems likely that the formation of $N_2O_4$, $NO_2$, $NO_3$ (all potent nitrosating species) from ascorbic acid under aerobic conditions, results in enhanced formation of dinitrosoranitidine and hence an enhanced mutagenic effect. The lack of control over oxygen tension in the earlier experiments may account for the variability of the data, as nitrogen oxide(s) formation would depend upon such a parameter.

Unlike ascorbic acid, α-tocopherol (vitamin E) was found to be an effective inhibitor of ranitidine nitrosation under aerobic conditions. An approximate concentration of 60mM totally inhibited dinitroso-formation when 10 and 20mM ranitidine were used. However the vitamin was less effective when 40mM ranitidine was used (Table 4). This latter finding may have been due to the considerable insolubility of this compound. It is probable that α-tocopherol reduces nitrite to nitric oxide, with the concomitant formation of α-tocopherolquinone. The redox mechanism is similar to that proposed by Dahn et al. (1960) for the reaction of ascorbate and nitrite.

d) <u>Nitrosation of Ranitidine in Human Gastric Juice</u>

The nitrosation of ranitidine at various concentrations by 40mM nitrite, proceeded most readily in 6% Acetic Acid and 30mM HCl. (Fig 7a). When basal or pentagastrin-stimulated gastric juice was used as the acidifying agent, nitrosation to a mutagenic species occured less readily. The only significant result was obtained using basal gastric juice, and 40mM ranitidine.



Confidential Information – Subject to Protective Order GSKZAN0000986978

The poor nitrosation of ranitidine in normal gastric juice is probably due ot the prevailing pH of 1 in these samples. This is well below the optimum for nitrosation of ranitidine ( ≃ pH3). The standard WHO test (40mM Nitrite + 10mM drug) only yields significant results when 6% Acetic acid or 30mM hydrochloride acid are used. In gastric juice insufficient mutagenic material is produced under these conditions, to allow detection in the bacterial assay.

The use of nitrite concentrations below 40mM results in a decrease in the mutagenic effect for all the acidifying agents. (Fig 7b).

e) Mutagenicity Assays on Human Gastric Juice and Urine Samples

The main sites of nitrosation within the body are the stomach and the infected bladder. In the latter case, bacteria may play a role either directly by catalysing the nitrite reaction, or indirectly by reducing the nitrate to nitrite (Hawksworth and Hill 1972). Therefore, urine and gastric juice samples were obtained from volunteers, after the administration of 150 mg Ranitidine hydrochloride. Initially gastric juice samples were assayed, either directly or after neutralisation, for mutagenicity in the standard agar-incorporation assay (Table 5) or the more sensitive microtitre Fluctuation Test (Table 7a). No mutagenic activity was detected, indicating the absence of dinitrosoranitidine. However as the levels of mutagen present may have been below the limits of sensitivity of the microbial tests, further assays were performed after sample extraction.

It was found that XAD-2 Amberlite resin was efficient in removing dinitrosoranitidine from biological fluids (Table 6). Therefore, subsequent gastric juice samples, and also urine samples were extracted using the XAD-2 resin, in an effort to concentrate any dinitrosoranitidine present. No significant mutagenic activity for *S.typhimurium* TA 1535, could be detected in either gastric juice (Table 7b) or urine samples (Table 8) concentrated in this way. As a result of these limited studies, one can conclude that no significant nitrosation of ranitidine to dinitrosoranitidine, occurs in the lumen of the human stomach, after the adminstration of a standard dose of the drug. These results ''*in vivo*'', confirm those obtained earlier using human gastric juice ''*in vitro*'' (Figs 7a and 7b). The fasting of the volunteers prior to ranitidine administration,



Confidential Information – Subject to Protective Order GSKZAN0000986979

lead to extremely low gastric nitrite levels (Biochem. Pharm. BIO 80/11), and may have reduced the chance of intragastric nitrosation.

Conclusion

Ranitidine is nitrosated in 6% Acetic Acid under conditions of excess nitrite to a direct acting nitrosamidine. This mutagen is approximately thirty times less active than its structural analogue MNNG. The nitrosation reaction is enhanced by both thiocyanate and ascorbic acid under aerobic conditions. However this enhancement is not sufficient to allow the reaction to proceed at nitrite levels below 7.5mM (500µg/ml) Vitamin E (α-tocopherol) inhibits the nitrosation of ranitidine, even at high levels of nitrite (40mM). The inhibitory effect decreases with increasing substrate (ranitidine) concentration.

The nitrosation reaction does not occur to any great extent in human gastric juice ''in vitro'', and mutagenic activity was not detectable within gastric juice and urine samples of volunteers after receiving a 150mg dose of the drug.

The nitrosation of ranitidine to the dinitrosoproduct is unlikely to occur in the human stomach, where the pH and nitrite concentration are considerably less than optimum for such a reaction.



Confidential Information – Subject to Protective Order 

References


1) Boyland, E., and S.A. Walker (1974)
Nature 248, 601

2) Ruddle, W.S. et al (1976)
Lancet Nov. 79, 1037-1039

3) Pool, B.L., G. Eisenbrand and D. Schmahl. (1979)
Toxicology 15, 69-72

4) Mirvish, S. (1975)
Toxicology and Applied Pharmacology 31, 325-351

5) Mirvish, S.S., Wallcave L. and Shubik P. (1972)
Science 177, 65-68

6) Challis, B.C (1980)
Communication at ''Conference on safety Evaluation of Nitrosatable Drugs and Chemicals''
Royal Collоge of Physicians London. Jan 1980.

7) Hawksworth G.M., and M.J. Hill (1972)
in N-Nitroso compounds : Analysis and Formation
Eds. Bugovski, Preussmann and Walker.
IARC. Lyon. p116

8) Kamm, J.J., T. Dashman, H. Newark and W.J. Mergeus (1977)
Toxicology and App. Pharm. 41, 575-583

9) Dahn, H., Loewe, L, and Bintan. C.A. (1960)
Helv. Chem. Acta. 43, 320-333




Confidential Information – Subject to Protective Order 

Fig 1. <u>Chemical structure of Dinitrosoranitidine (AH 23729X) and MNNG</u>




AH 23729X




N-methyl-N-nitro-N-nitrosoguanidine
(MNNG)



Confidential Information – Subject to Protective Order GSKZAN0000986982

Table. 1. Mutagenicity of AH 23729X against S. typhimurium TA 1535 in the Agar Incorporation Assay.

a) Initial Experiments on 70% pure AH 23729X

| Experiment 1 (5 replicates/dose) | | | Experiment 2 (3 replicates/dose) | | |
|---|---|---|---|---|---|
| Dose µg/ml | Dose µg/plate | His+ Rev/plate | Dose µg/ml | Dose µg/plate | His+ Rev/plate |
| 10 | 30 | 111.4 | 1000 | 3000 | >500 |
| 3 | 9 | 59.6 | 300 | 900 | >500 |
| 1 | 3 | 26.4 | 100 | 300 | >500 |
| 0.3 | 1 | 19 | 30 | 90 | 216 |
| 0.1 | 0.3 | 16.4 | 10 | 30 | 121.6 |
| 0 | 0 | 13.6 | 0 | 0 | 34.6 |
| Sodium Azide 0.25 µg/ml | | >500 | Sodium Azide 0.25 µg/ml | | >500 |

b) Subsequent Experiments on 99% pure AH 23729X

| Experiment 1 (3 replicates/dose) | | | Experiment 2 (3 replicates/dose) | | |
|---|---|---|---|---|---|
| Dose µg/ml | Dose µg/plate | His+ Rev/plate | Dose µg/ml | Dose µg/plate | His+ Rev/plate |
| 30 | 90 | 116 | 240 | 720 | 691 |
| 10 | 30 | 53 | 120 | 360 | 1875 |
| 3 | 9 | 20 | 60 | 180 | 1255 |
| 1 | 3 | 19 | 30 | 90 | 130 |
| 0.3 | 1 | 20 | | | |
| 0 | 0 | 12.3 | 0 | 0 | 23.2 |

Significant results $p<0.05$ underlined.



Confidential Information – Subject to Protective Order GSKZAN0000986983

Table 1.(c)

Comparative Mutagenic Potency of AH 23729X, MNNG, and nitroso-cimetidine

| Dose µg/ml | Dose µg/plate | *S. typhimurium* TA 1535 His+ Rev/plate AH 23729 X | MNNG | Nitrosocimetidine *1 |
|---|---|---|---|---|
| 30 | 90 | 116 | 9.75*2 | 83 |
| 10 | 30 | 53 | 404*2 | 28 |
| 3 | 9 | 20 | 1478 | 11 |
| 1 | 3 | 19 | 1987 | - |
| 0.3 | 1 | 20 | 39.25 | 5.5 |
| 0 | 0 | 12.3 | 11.25 | 13.5 |

Significant results ($p<0.05$) underlined.

*1 The results for nitroso-cimetidine at equivalent doses against TA1535 were obtained from Pool et al Toxicology, 15, 69-72, 1979.

*2 Toxic effects were obtained with MNNG above 9µg/plate (3µg/ml).

Fig 2

The Effect of Potassium Thiocyanate on the

Mutagenicity attributable to the nitrosation of Ranitidine

Standard Reaction : 40 mM Ranitidine (= 200µg/ml in final assay)
3 mM Thiocyanate






Confidential Information – Subject to Protective Order GSKZAN0000986985

Fig 3

The Effect of Potassium Thiocyanate on the Mutagenicity attributable to the Nitrosation of Ranitidine at pH 1.6 (50 mM HCl) by variable nitrite concentrations



Fig 4

The Effect of Potassium Thiocyanate on the Mutagenicity attributable to the nitrosation of varying ranitidine concentrations by 40mM Nitrite in 50mM HCl (pH 1.6)



Fig 5 Effect of Ascorbic Acid on the mutagenicity resulting from the Nitrosation of Ranitidine in 6% Acetic Acid (Nitrite concn 40 mM)



Fig 6

Effect of Ascorbic Acid on the Mutagenicity resulting from the Nitrosation of Ranitidine in Gastric Juice (Pentagastrin - stimulated)



Table 2. The Effects of Ascorbic Acid on the mutagenicity resultant on the Nitrosation of Ranitidine (aerobic)

(Standard Assay : 40mM Nitrite in 6% Acetic Acid)

| | Concentration within nitrosation Reaction | | *S. typhimurum* TA 1535 His⁺ Rev/plate (Mean ± s.d) | |
|---|---|---|---|---|
| | Ascorbic Acid (mM) | Ranitidine (mM) | Expt 1 | Expt 2 |
| | 40 | 40 | 200 ± 14 | 76.4 ± 3.2 |
| | 20 | 40 | 104 ± 8.3 | 68 ± 2 |
| | 10 | 40 | 70.4 ± 8.3 | 97 ± 11.6 |
| | 5 | 40 | 60.2 ± 10 | 93 ± 11.4 |
| CONTROLS | 0 | 40 | 45 ± 2.6 | 69 ± 7.4 |
| | 0 | 0 | 13.8 ± 3.8 | 25.6 ± 3.8 |
| | 6% ACETIC ACID ONLY | | 9 ± 2.5 | 15.8 ± 2.1 |
| | PHOSPHATE BUFFER | | 11.6 ± 2 | 12.6 ± 2.4 |

Positive results (p<0.05) underlined.



Confidential Information – Subject to Protective Order GSKZAN0000986990

Table 3 Effect of Ascorbic Acid on the mutagenicity resulting from the Nitrosation of Ranitidine under anaerobic conditions

(Standard Assay : 40mM Nitrite in 6% Acetic Acid)

| Ranitidine Concentration | | Ascorbic Acid concentration (within Nitrosation Reaction mM) | S. typhimurium TA 1535 His+ Rev/plate Mean ± s.d |
|---|---|---|---|
| Within Nitrosation Reaction (mM) | in final assay µg/ml | | |
| 10 | 50 | 60 | 17.0 ± 4.7 |
| 0 | 0 | 60 | 13 ± 3.8 |
| 10 | 50 | 0 | 94 ± 2.5 |
| 0 | 0 | 0 | 29.2 ± 4.2 |

Significant results ($p<0.05$) underlined



Confidential Information – Subject to Protective Order GSKZAN0000986991

Table 4. Effect of α-Tocopherol (Vitamin E) on the mutagenicity resulting from the Nitrosation of Ranitidine

(Standard Assay : 40mM Nitrite in 6% Acetic Acid)

| Concentration within Nitrosation reaction : α-Tocopherol (mM) | Ranitidine (mM) | Ranitidine concen in Final Assay (μg/ml) | *S. typhimurum* TA1535 His⁺ Rev/plate Mean ± s.d |
|---|---|---|---|
| 0 | 10 | 50 | 40.6 ± 8 |
| 0 | 20 | 100 | 71.2 ± 7.5 |
| 0 | 40 | 200 | 50.4 ± 6 |
| 60 | 10 | 50 | 10.6 ± 1 |
| 60 | 20 | 100 | 16 ± 5 |
| 60 | 40 | 200 | 20 ± 1 |
| 60 [40mM Nitrite] | 0 | - | 7.2 ± 2 |
| 60 [+6% Acetic Acid only] | 0 | - | 5.8 ± 2 |
| Sovent control | | - | 7 ± 3 |
| Positive control (0.25 μg Sodium Azide) | | - | 638 ± 63 |

Positive results ($p<0.05$) underlined.



Confidential Information – Subject to Protective Order 

Fig 7

## The Nitrosation of Ranitidine using different Acidifying Agents

a) Dose response with varying Ranitidine concentrations, after nitrosation by a standard concentration of nitrite (40 mM)

b) Effect of Nitrite concentration on the Nitrosation of a standard concentration of Ranitidine (10 mM)



Table 5. Mutagenicity Assay on Gastric Juice samples from Ranitidine treated Volunteers (CP/25/79)

Volunteer 1 (Received a single dose of Ranitidine-150mg)

| Gastric juice Sample (treatment) | S. typhimurium (His+ Rev/plate) Mean No.:- | | | | | |
|---|---|---|---|---|---|---|
| | TA 1535 | | TA 1537 | | TA 98 | |
| | D*1 | N*2 | D | N | D | N |
| 1. Basal Gastric | 17 | 18 | NT | 9 | NT | 16.6 |
| 2. Pentagastrin | 17 | 19.3 | NT | 9.3 | NT | 15 |
| 3. 15 mins after Ranitidine administration | 18 | 15 | NT | 10.3 | NT | 11.6 |
| 4. 30 mins after Ranitidine administration | 14.5 | 13.6 | NT | 12 | NT | 17 |
| 5. 45 mins after Ranitidine administration | 10.5 | 16 | NT | 6.6 | NT | 14.3 |
| 6. 60 mins after Ranitidine administration | 7 | 7 | NT | 1.3 | NT | 13.6 |
| 7. Pooled Ranitidine sample (1 hour) | 15 | 14 | NT | 9.5 | NT | 12.3 |

*1 D = 0.1 ml of untreated gastric juice sample added direct to each plate

*2 N = Each sample neutralised with equal volume of sat. $NaHCO_3$ 0.1ml of neutralised sample added to each plate.



Confidential Information – Subject to Protective Order 

Table 6. Determination of the Ability of XAD-2 Resin to extract and concentrate AH 23729X within human urine.

| Sample source | Mean No. His$^+$ Rev/plate (triplicate determinations) | |
|---|---|---|
| | TA 1535 | TA 98 |
| 1. 40 mls Urine containing 300 µg AH23729X | 124 | 22 |
| 2. 40 mls Distilled Water containing 300 µg AH23729X | 95.3 | 14.3 |
| 3. 40 mls Urine Alone | 48.3 | 15.3 |
| 4. AH23729X 30 µg/plate | 104 | - |
| 5. Positive controls | >500 | >500 |

Significant results ($p<0.05$) underlined

Positive controls : sodium azide 2 µg/plate vs TA 1535
Hycathone 150 µg/plate vs TA 98

[NOTE : Sample 1-3 were concentrated from 40 mls to 1 ml according to M.S.P 15 with XAD-2 Resin. 0.1 ml of concentrate was assayed per plate against each organism]



Confidential Information – Subject to Protective Order

Table 7. Mutagenicity Assays on Gastric Juice Samples from Ranitidine treated Volunteer 2

a) Direct Microtitre Fluctuation Test (M.S.P.8)

| Gastric Juice Sample Source | *S. typhimurium* TA 1535. Pos. Wells (out of 96) | | | | |
|---|---|---|---|---|---|
| | Volume added/20 mls Assay | | | | |
| | 1mlD*1 | 1mlN*2 | 0.5ml N | 0.2ml N | 0.1ml N |
| Basal | 5 | 1 | NT | NT | NT |
| Pentagastrin stimulated | C | 7 | NT | NT | NT |
| Ranitidine Treated 15 min | 1 | 1 | 1 | 1 | 1 |
| Ranitidine Treated 30 min | 1 | 1 | 3 | 2 | 2 |
| Ranitidine Treated 45 min | 1 | 1 | 2 | 0 | 2 |
| Ranitidine Treated 60 min | 1 | 0 | 1 | 2 | 1 |
| Positive Control (Sodium azide 0.2µg/ml) | 37 | - | - | - | - |

NT = not tested    C = contaminated
Significant results ($p<0.05$) underlined.
*1 D = Un-neutralised sample
*2 N = Samples neutralised with an equal volume of sat $NaHCO_3$

b) Agar-Incorporation Assay (M.S.P. 4b) on XAD-2 Concentrate of Gastric Juice

| Sample source | Volume added/plate in 0.1 ml of concentrate | Mean ± s.d. His+ Rev/plate *S. typhimurum* TA 1535 |
|---|---|---|
| 1. Pentagastrin stimulated | 0.8 ml | 25 ± 6.4 |
| 2. Pooled Ranitidine sample (1 hr) | 2.4 ml | 18 ± 1 |
| 3. Positive Control (sodium azide 2µg/plate) | - | 1791 ± 17.5 |

significant result ($p<0.05$) underlined

Table 8. Mutagenicity Assay on Urine Samples from Ranitidine treated Volunteer 2

[Volunteer 2 received 150 mg Ranitidine, urine samples were concentrated by XAD-2 Resin according to M.S.P. 15]

| Sampling Time (hrs) | Volume Collected mls | Vol added per plate in 0.1 ml concentrate | *S. typhimurium* TA 1535 Mean His$^+$ Rev/plate ± s.d (5 replications) |
|---|---|---|---|
| Control (0) | 55 | 5.5 | 29 ± 6 |
| -2 - 2 | 50 | 5 | 20 ± 4.2 |
| 2 - 4 | 21 | 2.1 | 36 ± 5.2 |
| 4 - 6 | 41 | 4.1 | 30 ± 6.5 |
| 24 | 50 | 5 | 29 ± 7 |
| Phosphate Buffer | - | - | 22.2 ± 6 |
| Positive Control* | - | - | <u>1791</u> ± 17.5 |

Significant results ($p<0.05$) underlined

Positive Control = Sodium azide 2 μg/plate



Confidential Information – Subject to Protective Order 

# EXHIBIT 57

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



## GSK Chemistry Description

**Title**
AH19065 - Particle imaging of the Saraca Grade I and Grade III Processes to convert ranitidine free base to hydrochloride

**Objectives**

**Aim of experiment**

Run both Saraca Grade I and Grade III processes and collect particle imaging of the crystallisations

**Conclusion**

Imaging of the Grade I and Grade III crystallisation processes clearly showed respectively oiling and nucleation.

**Experiment**

| | |
|---|---|
| Creation Date | 26-Feb-2020 10:27:18 +0000 |
| Experiment ID | N75283-13 |
| *Site* >> | Stevenage |
| *Alliance Confirmation* >> | I have identified the Alliance if applicable. |

**Author**

| | Name | User Id |
|---|---|---|
| 1 | Dominey, Andrew (aqd55163) | aqd55163 |

**References**

| | |
|---|---|
| Literature Reference | GMS Jurong GUI_00000058185 - 3.0; Doc Alias PR/MAG/SR4; routine manufacturing process of Ranitidine Stage 4 N74638-3 |
| Repeat of Experiment | |
| Precursor ID | |
| Successor ID | |

**Keywords**

| | |
|---|---|
| Experiment Type >> | Iterative Synthesis |
| Synthesis Technology >> | Manual |

**Alliance Data**
The following information was captured at the time of this rendition but may have subsequently been updated.
Please refer to the appropriate repository for the most recent information.



GSKZAN0000389009

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



| | **Alliance Name** | **Restriction Description** |
|---|---|---|
| | | |

**Project Codes**

| | *Project ID* | Project Name | Disease Target | Status | Phase | CEDD |
|---|---|---|---|---|---|---|
| 1 | 244 | ZANTAC Tablet Symptom Relief of GORD in Primary Care | Gastrointestinal Diseases | Completed | | UNKNOWN |

**Reaction Details**




**Reactants**

| | Reactant Name | Lot # | Sample Mass (g) | Vol (mL) | Version MW | Reactant Mol (mmol) | Eq | Source | Limit? | Version MF | Molarity (M) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ranitidine free base | RI3(B)/PB-I/VB 1901 | 20 | | 314.404 | 63.6 | 1.000 | Saraca Laboratories Ltd, India | ☑ | C13H22N4O3S | | |
| 2 | Ranitidine free base | RI3(B)/PB-I/VB 1901 | 30 | | 314.404 | 95 | 1.500 | Saraca Laboratories Ltd, India | ☐ | | | |
| 3 | HCl | Acros 1917626 | 15.60 | 13 | 36.458 | 78 | 1.226 | | ☐ | ClH | 6 | 5-6M in isopropanol |
| 4 | HCl | Acros 1917626 | | 11.75 | 36.458 | 70.5 | 1.108 | | ☐ | | 6 | 5-6M in isopropanol |
| 5 | HCl | Acros 1917626 | | 20 | 36.458 | 120 | 1.886 | | ☐ | | 6 | 5-6M in isopropanol |
| 6 | HCl | Acros 1917626 | | 17.5 | 36.458 | 105 | 1.651 | | ☐ | | 6 | 5-6M in isopropanol |

**Products**

| | Product Name | LNB Reference | Sample Mass | Actual Mol | Version MW | % Yield | Theo Mass (g) | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | Ranitidine hydrochloride | | | | 350.862 | | 22.32 | |

**Solvents**

| | Solvent | Ratio | Density (25'C) | Volume (mL) |
|---|---|---|---|---|
| 1 | One volume reference | 1 | 1 g/ml | 20.00 |
| 2 | Isopropanol | 1.8 | 0.785 g/mL | 36.0 |
| 3 | Methanol | 0.9 | 0.791 g/mL | 18.00 |
| 4 | Isopropanol | 0.35 | 0.785 g/mL | 7.00 |

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



| | Solvent | Ratio | Density (25'C) | Volume (mL) |
|---|---|---|---|---|
| 5 | Water | 1.000 | 1.000 g/mL | 1.5 |
| 6 | Methanol | 1.55 | 0.791 g/mL | 31.0 |
| 7 | Isopropanol | 1 | 0.785 g/mL | 20.00 |
| 8 | Isopropanol | 1.000 | 0.785 g/mL | 40.00 |
| 9 | Methanol | 1.000 | 0.791 g/mL | 27.00 |
| 10 | Isopropanol | 1.000 | 0.785 g/mL | 11.00 |
| 11 | Water | 1.000 | 1.000 g/mL | 2.20 |
| 12 | Methanol | 1.000 | 0.791 g/mL | 47.00 |

**Reaction Conditions**

| | |
|---|---|
| Temperature | |
| Time | |

**Preparation**

26-Feb-2020

Reaction A Grade I trial without imaging

Ranitidine free base (20 g, 63.6 mmol) was allowed to dissolve in Isopropanol (36.0 mL) & Methanol (18.00 mL) at 15°C (jacket).

HCl (13 mL, 78 mmol) (IPA soln) was added

Start 11.22 pH 10.6
11.27 8ml added 19.6°C pH 6.7 rapid crystallisation
Stop 11.31 24.1°C pH 1.7 NB no aqueous present and pH probe significantly encrusted

The mixture was left to stir with jacket 15°C

15.30 it was cooled to 5°C (jacket)

16.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and left to dry at the filter for 5 min

It was transferred to a vacuum oven at 20°C.

Reaction B: Grade III trial without imaging



GSKZAN0000389011

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



Ranitidine free base (20 g, 63.6 mmol) was allowed to dissolve in Isopropanol (7.00 mL), Water (1.5 mL) & Methanol (31.0 mL) at 15°C (jacket).

HCl (11.75 mL, 70.5 mmol) (IPA soln) was added:

Start 11.50 pH 9.5
Stop 12.00 20.5°C pH 5.5

The solution was left to stir with jacket 15°C

14.10 crystallisation had occurred. Poor agitation top and sides

15.30 it was cooled to 5°C (jacket)

16.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and left to dry at the filter for 1h

It was transferred to a vacuum oven at 20°C.

27-Feb-2020

Reaction C: Grade I trial with imaging

Ranitidine free base (30 g, 95 mmol) was allowed to dissolve in Isopropanol (40.00 mL) & Methanol (27.00 mL) at 27°C (contents). ***NB*** 15ml incorrectly removed from IPA charge to allow for HCl volume.

The jacket was cooled to 15°C and HCl (20 mL, 120 mmol) was added:

Start 09.45 17.2°C pH 10.3
Stop 09.56 21.8°C pH 5.3 Tmax = 26.2°C

10.00 pH had dropped to 4.5, further Isopropanol (7.00 mL) was added and oiling observed

10.15 remainder of missing Isopropanol (7.00 mL) added.

15.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and trasferred to a vacuum oven at ambient temperature

Reaction D: Grade III trial with imaging

Ranitidine free base (30 g, 95 mmol) was allowed to dissolve in Isopropanol (11.00 mL), Water (2.20 mL) & Methanol (47.00 mL) & at 15°C (jacket)

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



The jacket was cooled to 15°C and HCl (17.5 mL, 105 mmol) was added:

Start 13.58 16.8°C pH 10.2
Stop 14.04 17.5°C pH 5.3 Tmax = 27.2°C

14.45 15.2°C pH 5.3 crystallisation underway

16.15 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and trasferred to a vacuum oven at ambient temperature

05-Mar-2020

Reaction A

N75283-13-1: 106.71 - 87.25 = 19.46g

Reaction B

N75283-13-2: 105.87 - 85.34 = 20.53g

Reaction C

N75283-13-3: 111.57 - 84.06 = 27.51g

Reaction D

N75283-13-4: 107.52 - 85.68 + 107.01 - 100.49 = 28.36g

16-Nov-2020

Selected images were attached that clearly show the oiling in Reaction C (Grade I) and nucleation in Reaction D (Grade III). Further images were saved to \\cd-man-uk1\AH19065.

## Risk Assessment

### Reactant(s)

| | Reactant | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 1 | Ranitidine free base | H317, H334, H335 | Irritating to respiratory system. May cause an allergic skin reaction. May cause allergy or asthma symptoms or breathing difficulties if inhaled | RA09 - Working with Sensitisers |
| 2 | Ranitidine free base | | | |
| 3 | HCl | H225, H290, H319, H336 | Highly flammable, corrosive | |



GSKZAN0000389013

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



| | Reactant | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 4 | HCl | | | |
| 5 | HCl | | | |
| 6 | HCl | | | |

**Solvent(s)**

| | Solvent | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 1 | One volume reference | N/A | | Chem01 Standard Controls |
| 2 | Isopropanol | R11, R36, R67 | | |
| 3 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 4 | Water | - | | |
| 5 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 6 | Isopropanol | R11, R36, R67 | | |
| 7 | Isopropanol | R11, R36, R67 | | |
| 8 | Isopropanol | R11, R36, R67 | | |
| 9 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 10 | Isopropanol | R11, R36, R67 | | |
| 11 | Water | - | | |
| 12 | Methanol | R11, R23/24/25, R39/23/24/25 | | |

**Product(s)**

| | Product | Hazard >> | Comments |
|---|---|---|---|
| 1 | Ranitidine hydrochloride | Unknown hazard, treat as toxic, OHC3 | H228, H251, H315, H317, H319, H334, H335: Irritating to eyes, respiratory system and skin. Self-heating: may catch fire. May cause sensitisation by inhalation and skin contact |

**Technology**

**Standard Risk Assessment**

| | |
|---|---|
| Standard Chemical Risk Assessment >> | Enhanced Controls Apply |

**Individual Chemical Risk Assessment**

| | Reference | Date Recorded | Key Hazard | Document Location >> |
|---|---|---|---|---|
| 1 | | | | |

**Hazard Notes**

Ranitidine hydrochloride may potentially contain <15ppm of an impurity N-nitrosodimethyl amine (NDMA) which is designated as OHC5 Carcinogen, standard controls are sufficient, however please note that a EH3S standard risk assessment for handling and disposal of N-nitrosodimethylamine or related materials, supplied as solutions, for LC-MS analysis has been completed - see 2019N420151v1

**Author Confirmation**

| | |
|---|---|
| Author Confirmation >> | I, the author, confirm I have carried out a suitable and sufficient Risk Assessment of the above experiment |

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



| | |
|---|---|
| Date | Wed, 26 Feb 2020 10:37:57 GMT |
| First confirmed on | |

**Supervisor Confirmation**

| | |
|---|---|
| Supervisor Confirmation >> | |
| Date | |
| First confirmed on | |

**Results and Analysis**

**Results**

| | 1 |
|---|---|
| Structure |   |
| Name | Ranitidine hydrochloride |
| LNB Reference | |
| [1H] NMR | |
| LCMS | |
| Calculated Isotopic MW | |
| Minimum % Purity | |
| Purity Comment | |
| GSK Compound Number | |
| Stereochemistry >> | |
| Geometric Isomerism >> | |
| % Yield | |
| HPLC | |
| Notes | |

**Notes and Discussion**

**Imaging:N75283-13**

**Details**
Analyst:
Comp. No.:
Date: Mon, 16 Nov 2020 14:26:00 GMT
Description:
Document: C:\Users\aqd55163\OneDrive - GSK\Projects\Ranitidine\Imaging-N75283-13.pdf



GSKZAN0000389015

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



LNB Ref.:
Reference:
Source:
Spectrum ID:
Title:

**Notes**



GSKZAN0000389016

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

## Grade 1 Crystallisation Imaging



Onset




Features growing on probe




Rapid formation of oil




Turbulence around crystal




Crystallisation on probe




Crystallised particles

GSKZAN0000389017

# Grade 3 Crystallisation Imaging



Onset




Start of growth




Formation of particles




Increasing turbulence




Crystallisation on probe




End of crystallisation age

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**PLM:N75283-13**

GSKZAN0000389019

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Images stored on cd-man-uk1




LM_AH19065_N75283-13-1_x10




LM_AH19065_N75283-13-1_x10_2




LM_AH19065_N75283-13-2_x50




LM_AH19065_N75283-13-2_x50_2

GSKZAN0000389020

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Images stored on cd-man-uk1




LM_AH19065_N75283-13-3_x5




LM_AH19065_N75283-13-4_x20




LM_AH19065_N75283-13-4_x50

GSKZAN0000389021

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**HPLC:N75283-13-1**

**Details**

LNB Reference: N75283-13-1
Analytical Ref: S29_2020_04201228_Z_2020_0423_083402
Compound Number: Z_N75283-13-1
GADR GuID: B14DDF1C-E217-4fa6-A370-CB12C9A5F3B7
Runtime:
Solvent:

**Notes**



GSKZAN0000389022

Sample N75283-13-1 N75283-13-1
Injection 2020-04-20 12:30:00
Project AH19065
Processed 2020-04-23 08:50:43 Reprocessed by aqd55163

---

Instrument Details

S29
Column Serial no.

Analysis Details

| | |
|---|---|
| Injection | 2020-04-20 12:30:00 Volume (uL) 10.0 |
| Vial position | 72 |
| Filename | S29_2020_04201228_Z_2020_0423_083402.D |
| Method | C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M |
| Notebook Ref | N75283-13-1 |
| Sample Name | N75283-13-1 |

Results

Signal 1: VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.75 | 0.042 | 0.058 | 0.194 | 0.009 |
| 2 | 4.34 | 0.054 | 0.123 | 0.398 | 0.018 |
| 3 | 4.39 | 0.066 | 0.098 | 0.387 | 0.017 |
| 4 | 4.80 | 0.049 | 0.053 | 0.197 | 0.009 |
| 5 | 5.62 | 0.053 | 0.170 | 0.599 | 0.027 |
| 6 | 6.04 | 0.057 | 614.237 | 2257.708 | 99.882 |
| 7 | 6.82 | 0.056 | 0.053 | 0.176 | 0.008 |
| 8 | 7.49 | 0.064 | 0.058 | 0.223 | 0.010 |
| 9 | 7.91 | 0.056 | 0.055 | 0.184 | 0.008 |
| 10 | 9.92 | 0.050 | 0.099 | 0.300 | 0.013 |

Case 9:20-md-02924-RLR Document 6164-10 Entered on FLSD Docket 12/30/2022 Page 52 of 274

Sample [illegible] [illegible]
Injection 2020-04-20 12:30:00
Project AH19065
Processed 2020-04-23 08:50:43 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak
===================================




Expanded chromatogram
=====================




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**HPLC:N75283-13-2**

**Details**
LNB Reference: N75283-13-2
Analytical Ref: S29_2020_04201250_Z_2020_0423_085402
Compound Number: Z_N75283-13-2
GADR GuID: 3C701B5D-353B-44de-BB5F-C33D68B43211
Runtime:
Solvent:

**Notes**



GSKZAN0000389025

Sample N75283-13-2 N75283-13-2
Injection 2020-04-20 12:51:39
Project AH19065
Processed 2020-04-23 08:59:30 Reprocessed by aqd55163

## Instrument Details

S29
Column Serial no.

## Analysis Details

| | |
|---|---|
| Injection | 2020-04-20 12:51:39 Volume (uL) 10.0 |
| Vial position | 73 |
| Filename | S29_2020_04201250_Z_2020_0423_085402.D |
| Method | C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M |
| Notebook Ref | N75283-13-2 |
| Sample Name | N75283-13-2 |

## Results

Signal 1: VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.76 | 0.067 | 0.044 | 0.175 | 0.009 |
| 2 | 4.34 | 0.054 | 0.072 | 0.235 | 0.012 |
| 3 | 4.40 | 0.061 | 0.050 | 0.184 | 0.009 |
| 4 | 4.80 | 0.059 | 0.040 | 0.141 | 0.007 |
| 5 | 5.62 | 0.050 | 0.143 | 0.513 | 0.025 |
| 6 | 6.04 | 0.057 | 548.573 | 2020.888 | 99.905 |
| 7 | 6.82 | 0.048 | 0.043 | 0.123 | 0.006 |
| 8 | 7.50 | 0.058 | 0.045 | 0.158 | 0.008 |
| 9 | 7.92 | 0.049 | 0.048 | 0.141 | 0.007 |
| 10 | 9.92 | 0.055 | 0.079 | 0.260 | 0.013 |

Sample [illegible]
Injection 2020-04-20 12:51:39
Project AH19065
Processed 2020-04-23 08:59:30 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak




Expanded chromatogram




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**HPLC:N75283-13-3**

**Details**
LNB Reference: N75283-13-3
Analytical Ref: S29_2020_04201311_Z_2020_0423_090007
Compound Number: Z_N75283-13-3
GADR GuID: BCAF6632-B1F6-49e8-A557-A4B1A98C59A6
Runtime:
Solvent:

**Notes**



GSKZAN0000389028

Sample N75283-13-3 N75283-13-3
Injection 2020-04-20 13:13:27
Project AH19065
Processed 2020-04-23 09:06:05 Reprocessed by aqd55163

---

Instrument Details

S29
Column Serial no.

Analysis Details

| | |
|---|---|
| Injection | 2020-04-20 13:13:27 Volume (uL) 10.0 |
| Vial position | 74 |
| Filename | S29_2020_04201311_Z_2020_0423_090007.D |
| Method | C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M |
| Notebook Ref | N75283-13-3 |
| Sample Name | N75283-13-3 |

Results

Signal 1: VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 1.38 | 0.046 | 0.100 | 0.296 | 0.009 |
| 2 | 2.65 | 0.048 | 0.046 | 0.132 | 0.004 |
| 3 | 3.38 | 0.069 | 0.053 | 0.219 | 0.006 |
| 4 | 3.75 | 0.052 | 0.070 | 0.218 | 0.006 |
| 5 | 4.16 | 0.057 | 0.107 | 0.495 | 0.015 |
| 6 | 4.34 | 0.057 | 0.104 | 0.355 | 0.010 |
| 7 | 4.39 | 0.048 | 0.071 | 0.206 | 0.006 |
| 8 | 4.81 | 0.058 | 0.082 | 0.285 | 0.008 |
| 9 | 5.10 | 0.100 | 0.070 | 0.420 | 0.012 |
| 10 | 5.62 | 0.050 | 0.218 | 0.773 | 0.023 |
| 11 | 6.04 | 0.062 | 919.458 | 3400.638 | 99.873 |
| 12 | 6.82 | 0.057 | 0.085 | 0.291 | 0.009 |
| 13 | 7.50 | 0.047 | 0.069 | 0.235 | 0.007 |
| 14 | 9.92 | 0.045 | 0.145 | 0.387 | 0.011 |

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Sample [illegible] [illegible]
Injection 2020-04-20 13:13:27
Project AH19065
Processed 2020-04-23 09:06:05 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak
===================================




Expanded chromatogram
=====================




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**HPLC:N75283-13-4**

**Details**
LNB Reference: N75283-13-4
Analytical Ref: S29_2020_04201333_Z_2020_0423_091409
Compound Number: Z_N75283-13-4
GADR GuID: 8A3AC44B-6B2C-46cf-83F1-1F805CDAB75A
Runtime:
Solvent:

**Notes**



GSKZAN0000389031

Case 9:20-md-02924-RLR Document 6164-10 Entered on FLSD Docket 12/30/2022 Page 60 of 274
Sample N75283-13-4 N75283-13-4
Injection 2020-04-20 13:35:18
Project AH19065
Processed 2020-04-23 09:17:13 Reprocessed by aqd55163

---

## Instrument Details

S29
Column Serial no.

## Analysis Details

Injection 2020-04-20 13:35:18 Volume (uL) 10.0
Vial position 75
Filename S29_2020_04201333_Z_2020_0423_091409.D
Method C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M
Notebook Ref N75283-13-4
Sample Name N75283-13-4

## Results

Signal 1: VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.75 | 0.059 | 0.046 | 0.163 | 0.006 |
| 2 | 4.34 | 0.046 | 0.109 | 0.300 | 0.011 |
| 3 | 4.40 | 0.069 | 0.071 | 0.293 | 0.011 |
| 4 | 4.80 | 0.053 | 0.066 | 0.266 | 0.010 |
| 5 | 5.62 | 0.054 | 0.205 | 0.728 | 0.026 |
| 6 | 6.04 | 0.057 | 747.005 | 2757.749 | 99.900 |
| 7 | 6.82 | 0.048 | 0.064 | 0.231 | 0.008 |
| 8 | 7.50 | 0.058 | 0.071 | 0.249 | 0.009 |
| 9 | 7.93 | 0.063 | 0.047 | 0.180 | 0.007 |
| 10 | 9.93 | 0.048 | 0.116 | 0.337 | 0.012 |

Sample [illegible]
Injection 2020-04-20 13:35:18
Project AH19065
Processed 2020-04-23 09:17:13 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak




Expanded chromatogram




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order



**Audit Trail**

Wed, 26 Feb 2020 10:27:18 GMT Create N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:27:31 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:27:42 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:37:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:37:57 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:44:47 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:47:31 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:54:47 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:04:48 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:09:48 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:37:11 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 12:08:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 15:39:35 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 17:12:24 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 09:21:41 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:00:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:10:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:20:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 13:18:13 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 14:44:57 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 14:57:36 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 10:22:25 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 10:59:17 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 12:02:33 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 13:49:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 13:49:50 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:36:02 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:48:01 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:54:10 GMT Sign and Close without Review N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 15:31:32 GMT Re-Open N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 15:34:15 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
HPLC chromatograms added
Mon, 16 Nov 2020 15:37:06 GMT Sign and Close without Review N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))

# EXHIBIT 58

# RE: 2020 objectives

**From:** Jim Harvey <james.s.harvey@gsk.com>
**To:** Anthony Lynch <anthony.m.lynch@gsk.com>
**Date:** Thu, 05 Dec 2019 15:08:50 +0000

Thanks Ant

We should put something in around BMD modelling and nitrosamines

In short we need to generate data to improve the SAR and we need to hook up with George to support the BMD work that will be inevitable for the ranitidine and established products

Will think of something

Jim

---

**From:** Anthony Lynch <anthony.m.lynch@gsk.com>
**Sent:** 05 December 2019 15:05
**To:** Jim Harvey <james.s.harvey@gsk.com>
**Subject:** 2020 objectives

Jim,
Last year GTP picked up objectives on AOPs and QST which I think will need to be your accountability in 2020 (see attached). I will ensure I have personal objectives aligned to these agreed with you.
Best wishes
Ant

Prof. Anthony M Lynch, PhD, FRCPath, Senior GSK Fellow
Senior Director, Genetic Toxicology and Photosafety
GSK David Jack Centre For Research
Park Road
Ware
Herts
SG12 0DP

# EXHIBIT 59

**From:** Susanne Wings
**Sent:** Fri, 6 Sep 2019 05:59:55 +0000
**To:** Anna Ferrari;Jim Harvey;Ethnie Conner;Steve McGhie;Anup Pingle;Helen Steel;Marianne Cunnington;Ben Thompson;Steve Ball;Elena Salsi;Ian Larrea;Andrew Searle
**Cc:** Steve Parker;Michael Fleming;Alina Boey;Giuseppe Martinelli;Thomas Civenti;Dorene Dixon;Anne Showalter;John Nunn;Nicholas Izzi;Giuseppe Whelan;Bernadette Maria Doyle;Wendy Stanford;Matt Popkin;Lynn Tarini;Anna Perez;Alex Delaney;Wendy Booth;Tom Spencer;Susannah Clements;Angelo Sarzi Amade';Ksymena Kwietniewska;Natalia Karkoszka;Deborah Giam;Avneeta Rekhi;Ludmila Luca
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today
**Attachments:** AW: ZL-Nr: 44374 - Zantic, Injektionslösung - Eröffnung eines Überprüfungsverfahrens, mu102_10_001e_mbnotificationofqualitydefects.pdf
**Importance:** High

Dear all,

we received yesterday evening the response from Swissmedic on the submitted information. They claim that we have **violated the reporting obligation** (see guideline attached) because we have been contacted by EMA and FDA ion this matter and the issue concerns the safety of the product and thus the general basis for the assessment.

According to the eTTS PAR-CHE-03 between Parma and Switzerland, A.1 Quality Defects I should have been informed about the concerns and information exchange with FDA and EMA in this matter.

**Anna: Can we please schedule another PIRC meeting for early this afternoon 14:00 or 15:00 pm CET to discuss the further proceeding on answering the questions?**

Here the translated, original text from Swissmedic:

We note that you have already been contacted by the FDA and EMA regarding this matter. As this concerns a problem relating to the safety of the product and thus its general basis for assessment, a notification to Swissmedic should have been made following these contacts in accordance with Art. 59 HMG (see attachment). There has been a clear violation of the reporting obligation.

Nitrosamine diseases can cause cancer and thus represent a serious health hazard. Accordingly, there is a potential Class I or II deficiency. The notification period in such cases is a maximum of 3 calendar days. You are hereby given the opportunity to report the defect within this period. We expect all documents submitted to the EMA and the FDA, including all correspondence with both authorities, to be filed by **Monday, September 9, 2019**.

The following must also be submitted:

1. It appears that investigations have been underway for some time, we assume that you already have results of your own NDMA determinations on Zantic, Injection Solution restitution samples. Please also submit these to us by September 9, 2019. If no data exist yet, please

initiate the corresponding analyses immediately. In this case, please let us know **by September 9, 2019** when we can expect the analysis results.

2. Your statement does not address the possibility of NDMA formation using building blocks from the ranitidine molecule itself (including its precursors).



On the left side of the molecule there is a secondary amine which can be activated by the neighbouring furan ring and is therefore detachable, on the right side nitrogen in formal oxidation state +III. By simple hydrolysis according to the following sketch nitrite could be released for nitrosation.



Please discuss **until September 9, 2019** why you exclude such a mechanism in your synthesis pathway.

Thank you and best regards
Susanne

**Dr. Susanne Wings**
**Local Quality Lead, Responsible Person**
PSC Quality
LOC Quality Nordics and Established Markets Cluster

**GSK AG**
Talstrasse 3-5, 3053 Münchenbuchsee, Switzerland

**Email** susanne.x.wings@gsk.com
**Tel** +41 31 862 2208
**Mobil** +41 78 704 91 00

gsk.com | Twitter | YouTube | Facebook | Flickr

do more
feel better
live longer

---

**From:** Anna Ferrari
**Sent:** Mittwoch, 4. September 2019 17:21
**To:** Jim Harvey <james.s.harvey@gsk.com>; Ethnie Conner <ethnie.s.conner@gsk.com>; Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey <alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today

All,
just to make you aware that following up the communication that Elena sent to AIFA, the Italian Agency has come back with the following request:

following up on the notification received the Agency must be made aware of the actions that GSK is taking on the ZANTAC inj batches distributed in Italy and in addition the list of batches has to be sent to AIFA; in addition, if available, analytical results related to presence/level of NDMA in those batches.

I think best way forward is to have a PIRC tomorrow to agree how to respond to this request
Steve can you please set it up?
Thanks
Anna

---

**From:** Jim Harvey
**Sent:** mercoledì 4 settembre 2019 15:21
**To:** Ethnie Conner <ethnie.s.conner@gsk.com>; Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Anna Ferrari <anna.n.ferrari@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey <alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today

Hi Ethnie & team

Thank you

No other comments from nonclinical safety line.

Jim

---

**From:** Ethnie Conner
**Sent:** 04 September 2019 12:17
**To:** Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Jim Harvey <james.s.harvey@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Anna Ferrari <anna.n.ferrari@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey

<alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today
**Importance:** High

Dear all following the call yesterday please find attached the updated responses to SwissMedic. These are both as a tracked document and clean version. Please have a final review and confirm any final critical comments no later than **2pm UK time** to enable this to be finalised and provided for submission today. **Please can those on the To confirm your agreement to the responses**. Thanks

Please note the following:

Q3 - that the reference to 31 consecutive days has been amended. At this point we do not have a specific document reference as submitted to SwissMedic, a publication to refer to, nor is it stated in the product label. Reference is therefore made to reasonably expected clinical practice. We will continue to seek a hard reference to this separate to these responses.
Q7 – the form for Saraca has not yet been received. This will need to be sent as soon as received. Andy considers that we know the answers from previous discussions with them and therefore the response to Q4 reflects both suppliers and no amendments are needed. **Steve** please confirm that the DRL form was sent to Susanne last night for signature. It will not be incoporaed into this response document.

Kind regards

**Ethnie Conner**
VP, Global Classic and Established Products
Global Regulatory and Quality (GRQ)

GlaxoSmithKline
1-3 Ironbridge Road
Stockley Park West
Uxbridge
UB11 1BT
Email ethnie.s.conner@gsk.com
Mobile +44 (0) 7717 800563

gsk.com | Twitter | YouTube | Facebook | Flickr

# EXHIBIT 60

# Hazard Assessment Report

## N-Nitroso-dimethylamine (NDMA) / GR140578

| | |
|---|---|
| Company Name: | GlaxoSmithKline |
| Company Address: | R&D Site, Park Rd, Ware, SG12 0DP |
| Author: | Kamila Gromek, MSc Pharm, Occupational Toxicologist |
| Reviewer: | William A. Hawkins BSc (Hons) MSc, CBiol, ERT, Manager, Occupational Toxicology |
| Date: | 25 September 2019 |
| Compound: | N-Nitroso-dimethylamine |
| Synonyms: | NDMA, nitrosodimethylamine, N-methyl-N-nitrosomethanamine, N,N-dimethylnitrosamine |
| Compound Type: | Raw material / R&D substance |
| Stage of the development: | Not applicable |
| Cas number | 62-75-9 |
| Indication: | Not applicable |
| Molecular Formula: | C2N2H6O |
| Molecular Weight: | 74 g/mol |
| Physical Form: | Yellow liquid with faint characteristic or no distinct odor. |
| Solubility: | Water: Miscible (25 C) |
| LogP: | n/a |
| Structural Formula: |  |
| GHS Classification: | Acute Tox. 3 H301<br>Acute Tox. 2 H330<br>Carc. 1B H350<br>STOT RE 1 H372 |
| Occupational Exposure Limit (OEL) / Occupational Hazard Category (OHC) | 0.03 mcg/m3<br>OHC 5 |
| Permitted Daily Exposure (PDE): | 0.096 mcg/day (oral, parenteral, inhalation) |
| Hazard Notations: | CARCINOGEN, SKIN |



Confidential Information – Subject to Protective Order GSKZAN0003419540

| | Yes | No | Unknown | Comments |
|---|---|---|---|---|
| Positive genotoxicant | X | | | Mutagen/clastogen |
| Reproductive developmental toxicant | | X | | Not classified |
| Potential carcinogen | X | | | Classified as a 1B (probable human) carcinogen. |
| Sensitising potential | | X | | No data available. Not classified. |
| Significant dermal penetration | X | | | Dermal penetration is possible |
| Other | | X | | None known |

1. **Basis for the PDE/OEL:**

NDMA is a semivolatile organic chemical that forms in both industrial and natural processes. It is member of N-nitrosamines, a family of potent carcinogens. Quantitation of exposure-response for cancer for NDMA is based on studies in laboratory animals, since existing epidemiological data, although suggestive of a possible association between ingestion of NDMA and cancer, are inadequate to serve as a basis for characterisation of exposure–response. There appear to be no qualitative differences in metabolism of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently

## ICH M7 aligned limits of NDMA in drug products

N-Nitrosodimethylamine (NDMA) is reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in experimental animals. Regulatory guidance (ICH M7) exists for calculating generally accepted daily intakes of DNA reactive carcinogens, including individual nitrosamines such as NDMA, when present as impurities in drug products. This calculation involves linear extrapolation from the NDMA dose giving a 1 in 2 tumour incidence in rodents at the end of a standard lifespan, to define a dose associated with a theoretical 1 in 100,000 tumour incidence in humans over a specific exposure duration. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses is a hypothetical concept that is used for risk management by regulatory agencies.

Based on the ICH M7 guidance, the generally accepted lifetime (70 year) daily intake of NDMA is 0.0959 mcg/person/day (theoretical 1 in 100,000 excess lifetime risk of cancer - Note 1) as an impurity in drug product. The ICH M7 guidance also outlines how such compound specific lifetime intakes can be used to derive less than lifetime intakes for carcinogenic impurities, which are considered applicable for drug products with limited treatment durations. Based on a linear extrapolation from the generally accepted lifetime intake for NDMA of 0.0959 mcg/person/day, the less than lifetime intakes for NDMA are as follows (Table 1).

**Table 1:** ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer.

| Number of doses | 1 | 7 | 31 | 84 | 365 | 2190 | 3285 | 3650 | 7300 | 25550 |
|---|---|---|---|---|---|---|---|---|---|---|
| Duration | 1 day | 7 days | 1 month | 12 weeks | 1 year | 6 years[a] | 9 years | 10 years | 20 years | 70 years |
| NDMA Daily Intake mcg/day | 2450.24 | 350.035 | 79.04 | 29.17 | 6.713 | 1.12 | 0.746 | 0.671 | 0.336 | 0.0959 |

[a] The less than lifetime approach has been described in previous regulatory documentation that stated the following "Using the AI calculated from TD50 i.e. 96 ng/day results in a lifetime acceptable dose associated with a 1:100,000 additional cancer risk of 2453 µg. As the maximum duration of exposure to NDMA from contaminated valsartan is 6 years or 2190 days the AI for 6 years can be calculated by dividing by 2190 resulting in: 1.12 µg/day as AI over 6 years.

These ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer can be used to qualify NDMA levels in drug products for risk assessment purposes.

**Note 1: Calculations used to derive the less than lifetime limits (mcg/day) of NDMA (associated with a theoretical 1 in 100,000 excess lifetime risk of cancer) as per the ICH M7 guideline.**
TD50 values for NDMA according to the Carcinogenic Potency Database are 0.0959 mg/kg body weight/day (rat) and 0.189 mg/kg body weight/day (mouse) [4]. For the calculation of an acceptable intake, the lower (i.e., more conservative) value of the rat is used.

To derive an estimated incidence of 1 in 100,000 animals, divide by 50,000: 0.0959 mg/kg / 50,000 = 0.000001918 mg/kg = 0.001918 mcg/kg.

To derive a lifetime (25550 days) daily dose of NDMA in humans: 0.001918 mcg/kg/day*50 kg body weight = 0.0959 mcg/person/day for a lifetime.

To derive a less than lifetime daily dose of NDMA in humans: 0.0959 mcg/person/day*25550/number of doses.

Therefore, based on the above calculation, the OEL will be calculated using 8800 days (220 working days for a working life time of 40 years, [5]) as workers generally work a 5 day week and will have a holiday allowance.

0.0959 x 25550/8800 = 0.2784, rounded to 0.3 mcg/day. As standard, this value is then divided by the amount of air breathed in an 8 hr working day (10 m3).

The calculated PDE for the inhalation, parenteral or oral route is not corrected for exposure being based on lifetime exposure.

$$\text{OEL} = \frac{0.3 \text{ mcg/day}}{10 \text{ m3}} = 0.03 \text{ mcg/m3}$$



Confidential Information – Subject to Protective Order GSKZAN0003419542

10m3

| | | |
|---|---|---|
| PDE oral, parenteral, inh | = | 96 ng/day = 0.096 mcg/day |

**2. Rationales:**

NDMA is not currently produced in pure form or commercially used, except for research purposes. It was formerly used in production of liquid rocket fuel, antioxidants, additives for lubricants and softeners for copolymers. NDMA can be unintentionally produced in and released from industrial sources through chemical reactions, such as those that involve alkylamines with nitrogen oxides, nitrous acid or nitrite salts. Potential industrial sources include byproducts from tanneries, pesticide manufacturing plants, rubber and tire manufacturers, alkylamine manufacture and use sites, fish processing facilities, foundries and dye manufacturers. NDMA is also an unintended byproduct of the chlorination of wastewater and drinking water at treatment plants that use chloramines for disinfection.

NDMA exposure may occur through (1) ingesting food that contains nitrosamines, such as smoked or cured meats and fish; (2) ingesting food that contains alkylamines, which can cause NDMA to form in the stomach; (3) drinking contaminated water; (4) drinking malt beverages (such as beer and whiskey) that may contain low levels of nitrosamines formed during processing; (5) using toiletry and cosmetic products such as shampoos and cleansers that contain NDMA; and (6) breathing or inhaling cigarette smoke. Workplace exposure can occur at tanneries, pesticide manufacturing plants and rubber and tire plants.

**Acute and Repeat dose toxicity studies:** NDMA is highly acutely toxic after oral administration to rats, with LD50s ranging from 23 to 40 mg/kg body weight. It is also highly acutely toxic via inhalation; 4-h LC50s are 78 ppm (240 mg/m3) for rats and 57 ppm (176 mg/m3) for mice. Hepatic effects (i.e., hepatocyte vacuolization, portal venopathy, and necrosis/haemorrhage), often associated with reduced survival, have been observed in a number of mammalian species exposed orally under various conditions (e.g., in rats receiving 1, 3.8, or 5 mg NDMA/kg body weight per day for 30, 7–28, or 5–11 days, respectively; in mice receiving 5 mg/kg body weight per day for 7–28 days; in hamsters receiving 4 mg/kg body weight per day for 1–28 days; in guineapigs, cats, and monkeys receiving 1 mg/kg body weight per day for 30 days or 5 mg/kg body weight per day for 5–11 days; in dogs receiving 2.5 mg/kg body weight per day, 2 days/week, for 3 weeks; and in mink receiving 0.32 mg/kg body weight per day for 23–34 days) (summarized from IARC, 1978; ATSDR, 1989).
In addition to effects in the liver, "congestion" in a variety of organs (i.e., kidneys, lung, spleen, and myocardium) has been reported following examination of rats receiving 3.8 mg NDMA/kg body weight per day in the diet for 1–12 weeks (Khanna & Puri, 1966). Gastrointestinal haemorrhage has been observed in rats receiving dietary doses of 10 mg NDMA/kg body weight per day for 34–37 days (Barnes & Magee, 1954) and in mink receiving 0.3 or 0.6 mg NDMA/kg body weight per day in the diet for 23–34 days (Carter et al., 1969). Effects in the kidneys (including glomerulus dilatation and slight thickening of the Bowman's capsule) were observed in mink receiving 0.2 mg NDMA/kg body weight per day from the diet (period not specified) (Martino et al., 1988).



Confidential Information – Subject to Protective Order GSKZAN0003419543

**Genotoxicity:** There is overwhelming evidence that NDMA is mutagenic and clastogenic. In numerous studies conducted in vitro in bacterial and mammalian cells, (reviewed in IARC, 1978; ATSDR, 1989). Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays conducted in the presence or absence of metabolic activation. Positive results have been observed in human as well as rodent cells.

**Reproductive developmental toxicity:** Available data are inadequate as a basis for assessment of the reproductive or developmental toxicity of NDMA. Interpretation of the results of most identified investigations is complicated by the high doses administered, likely to have induced acute or repeated-dose organ toxicity. In a report by Anderson et al. (1978), time to conception in female mice provided with drinking-water containing 0.1 mg NDMA/litre for 75 days prior to mating was about 3 days longer than in unexposed controls; no other reproductive effects were assessed in this study. In a study conducted with male rats, a single intraperitoneal injection of 30 or 60 mg NDMA/kg body weight induced testicular damage (necrosis or degeneration of the seminiferous epithelium) (Hard & Butler, 1970b).
In a single-generation study (Anderson et al., 1978) in which the reproductive effects of a number of substances were examined, groups of 20 female mice were provided with drinking-water containing 0 or 0.1 mg NDMA/litre for 75 days prior to mating and throughout pregnancy and lactation (estimated daily and total intakes of 0.02 mg/kg body weight per day and 2 mg/kg body weight, respectively). The proportion of deaths (based upon the total number of stillborn and neonatal deaths) was increased ($P < 0.05$) 2-fold in the NDMAexposed animals compared with controls (i.e., 20% and 9.9%, respectively), due in large part to an increase in the number of stillborn animals. Exposure to NDMA had no effect upon maternal fluid consumption, litter size, or average body weight of the weanlings, and no consistent gross or histopathological abnormalities were observed in the stillborn fetuses or dead neonates to account for the increased mortality. In a somewhat more recent study with mice administered higher doses of the nitrosamine, a single intraperitoneal injection of 37 mg NDMA/kg body weight on day 16 or 19 of gestation resulted in the deaths of all fetuses in exposed dams; information on maternal toxicity was not provided (Anderson et al., 1989). Notably, this dose is greater than the LD50 for this route in these animals of 20 mg/kg body weight (IARC, 1978). In the same study, lethality was not observed following the administration of 7.4 mg NDMA/kg body weight (Anderson et al., 1989). Fetal body weight was significantly ($P < 0.05$) reduced after a single oral dose of 20 mg NDMA/kg body weight was administered to pregnant rats on day
15 or 20 of gestation (Nishie, 1983). Although information on fetal survival or teratogenicity was not provided, toxic effects (reduced weight gain, hepatotoxicity, and death) were observed among the dams. Fetal deaths were noted in a number of studies (cited in ATSDR, 1989) conducted with rats in which NDMA was administered to pregnant dams 1) as a single oral dose (30 mg/kg body weight) on one of days 1–12 (Alexandrov, 1974) or 1–15 (Napalkov & Alexandrov, 1968) of gestation; 2) as repeated gavage doses of 1.4–2.9 mg/kg body weight per day for 7 or more days during gestation (Napalkov & Alexandrov, 1968); or 3) in the diet (intake of 5 mg/kg body weight per day) from an unspecified day of pregnancy to sacrifice on day 20 of gestation (Bhattacharyya, 1965). Although no teratogenic effects were reported in these studies, interpretation of these investigations is difficult owing to insufficient information on experimental design and results, lack of controls, and lack of information on maternal toxicity (ATSDR, 1989). The doses administered in some of these studies were close to the LD50



Confidential Information – Subject to Protective Order GSKZAN0003419544

**Carcinogenicity:** In animal studies of various species including rats and mice, exposure to NDMA has caused tumors primarily of the liver, respiratory tract, kidney and blood vessels. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, O-6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.
NDMA is classified as a B2 (probable human) carcinogen based on the induction of tumors in both rodents and nonrodent mammals exposed to NDMA by various routes (EPA IRIS 1993). The U.S. Department of Health and Human Services states that NDMA is reasonably anticipated to be a human carcinogen (DHHS 2011). The American Conference of Governmental Industrial Hygienists (ACGIH) has classified NDMA as a Group A3 confirmed animal carcinogen with unknown relevance to humans (ACGIH 2012).

Cancer is clearly the critical end-point for quantitation of exposure–response for risk characterization of NDMA. In addition to it, being best characterised, in general, tumours occur at lowest concentration, compared with those typically reported to induce non-cancer effects. The lowest tumorigenic dose TD05 for the development of hepatic tumours in male and female rats exposed to NDMA in the critical study was 34 mcg/kg body weight per day for the development of biliary cystadenomas in female animals. This equates to a unit risk of 1.5 × 10–3 per mcg/kg body weight. Based on estimated intakes of NDMA in ambient air and contaminated drinking-water (groundwater) in the sample risk characterization, risks in the vicinity of industrial point sources are >10–5. Those for ambient drinking-water are between 10–7 and 10–5. NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible.

**Sensitisation, irritation and dermal penetration:** Data on the potential of NDMA to induce sensitisation and/or irritation was not identified.

**Human use:** Exposure to high levels of NDMA may cause liver damage in humans. Potential symptoms of overexposure include headache, fever, nausea, jaundice, vomiting, abdominal cramps, enlarged liver, reduced function of liver, kidneys and lungs and dizziness (HSDB 2012; O'Neil 2006).
Two deaths linked to the acute ingestion of NDMA, as well as a third attributed to the consumption of at least four doses of approximately 250–300 mg NDMA over a 2-year period, have been reported (Fussgänger & Ditschuneit, 1980; Pedal et al., 1982). Liver failure was observed in all three cases; the two acutely exposed decedents also exhibited cerebral haemorrhage. In two fatalities involving exposure to unknown concentrations of NDMA fumes, a tender and enlarged liver, splenic enlargement, abdominal distension, and the accumulation of yellow fluid in the peritoneal cavity were observed in one man prior to death (Freund, 1937); in the other death, liver cirrhosis was observed at autopsy (Hamilton & Hardy, 1974). In two other non-fatal cases involving exposure to NDMA fumes, effects included jaundice, the accumulation of fluid in the peritoneal cavity, exhaustion, headaches, abdominal cramps, soreness on the left side, nausea, and vomiting (Freund, 1937; Hamilton & Hardy, 1974). Relevant epidemiological studies include case– control investigations in which the potential risks of cancer of the stomach (Risch et al., 1985; González et al., 1994; La Vecchia et al., 1995; Pobel et al., 1995), upper digestive tract (Rogers et al., 1995), and lung (Goodman et al., 1992;



Confidential Information – Subject to Protective Order GSKZAN0003419545

De Stefani et al., 1996) associated with the ingestion of NDMA have been assessed. In some of these reports (Goodman et al., 1992; González et al., 1994; Pobel et al., 1995), the estimated intake of NDMA was based upon recollection of an individual's typical diet consumed in the year preceding the onset of illness, as well as the reported levels of this nitrosamine in the foodstuffs consumed, derived from other studies. In the studies conducted by De Stefani et al. (1996) and Rogers et al. (1995), subjects were asked to recall their typical diet in the 5 and 10 years, respectively, prior to the onset of illness. In three of four case–control studies,1 there was a positive relationship with evidence of exposure–response for the intake of NDMA and gastric cancer (González et al., 1994; La Vecchia et al., 1995; Pobel et al., 1995), although not in an additional study in which oral, laryngeal, and oesophageal cancers were investigated separately (Rogers et al., 1995). In two case–control studies2 in which matching or control for confounders was rather more extensive than that for the investigations of gastric cancer mentioned above, there were clear exposure–response relationships for NDMA and lung cancer (Goodman et al., 1992; De Stefani et al., 1996). In almost all studies, associations between the cancers of interest and nitrate, nitrite, and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA; results for nitrite were mixed, and there was an inverse association with nitrate. In a population-based cohort study that assessed the risks of head and neck, stomach, and colorectal cancer associated with the dietary intake of NDMA, the relative risk (RR) of colorectal cancer was increased forthe group having the highest intake of NDMA1 (Knekt et al., 1999). The highest intake group had increased and reduced RRs of head and neck (RR = 1.37; 95% CI = 0.5–3.74) and stomach cancer (RR = 0.75; 95% CI = 0.37–1.51), respectively, compared with the lowest quartile (reference group). There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA. In a case of suspected NDMA poisoning in a human male, methylation of liver DNA was evident at both the N 7 and O 6 positions of guanine (Herron & Shank, 1980). Using an immunohistochemical technique, Parsa et al. (1987) detected the formation of O 6 -methylguanine in human pancreatic explants incubated in vitro with NDMA.

Although no permissible exposure limits or other occupational exposure limits have been established by the Occupational Safety and Health Administration (OSHA) and the National Institute for Occupational Safety and Health (NIOSH) or ACGIH, NDMA is regulated along with 13 other chemicals as a "potential occupational carcinogen" (NIOSH 2010; OSHA 2006). OSHA regulations promulgated in 29 CFR)1910.1003, 29 CFR 1910.1016 and 29 CFR 1910.1116 require the use of engineering controls, works practices and personal protective equipment to control the exposure of workers to NDMA (OSHA 2006). ACGIH states that exposure by all routes to NDMA should be reduced to the lowest possible levels (ACGIH 2012; DHHS 2011).

Substances/OELs regarded carcinogenic in Austria, additional to classification in EU classifications system (acc to Dir 67/548/EG) and Questionnaire Carcinogens 2007 Slovenia:
OEL: 0.0025 mg/m3
STEL: 0.01 mg/m3

Questionnaire Carcinogens 2007 Netherlands
OEL: 0.2 mcg/m3



Confidential Information – Subject to Protective Order GSKZAN0003419546

### 3. References:


- NTP 14th Report on Carcinogens (2016). https://ntp.niehs.nih.gov/ntp/roc/content/profiles//nitrosamines.pdf Accessed September 2019
- ICH M7 (R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk http://www.ich.org/ Accessed September 2019
- Assessment report Referral under Article 31 of Directive 2001/83/EC angiotensin-II-receptor antagonists (sartans) containing a tetrazole group Procedure no: EMEA/H/A-31/1471 https://www.ema.europa.eu/en/documents/variation-report/sartans-article-31-referral-chmp-assessment-report_en.pdf Accessed September 2019
- NDMA record in the Carcinogenic Potency Database https://toxnet.nlm.nih.gov/cpdb/chempages/N-NITROSODIMETHYLAMINE.html Accessed September 2019
- ECHA Study report on the conditions of use of five cobalt salts, Final Report May 2017 Accessed September 2019
- https://www.epa.gov/sites/production/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf Accessed September 2019
- https://osha.europa.eu/en/publications/reports/548OELs Accessed September 2019
- https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf Accessed September 2019
- Sertaria database
- European Medicines Agency (EMA) (2014). Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities
- PIC/S (Pharmaceutical Inspection Co-Operation Scheme) (2018) Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, PI 046-1, Annex, 1 July 2018
- Establishing GSK Occupational Hazard Categories (OHCs) 1 02 19 GUI WW
- ISPE (2017). ISPE Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products (Risk-MaPP), second edition
- ECHA (2012). Guidance on information requirements and chemical safety assessment. Chapter R. 8: Characterisation of dose -response for human health
- EMA: Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, EMA/CHMP/ CVMP/ SWP/169430/2012, November 2014
- Bercu, J.P., et al., Point of departure (PoD) selection for the derivation of Acceptable Daily Exposures (ADEs) for active pharmaceutical ingredients (APIs), Regulatory Toxicology and Pharmacology (2016),
- Dolan et al, Application of the threshold of toxicological concern concept to pharmaceutical manufacturing operations. Regulatory Toxicology and Pharmacology, 43 (2005) 1-9
- ECETOC 2006 Guidance for Setting Occupational Exposure Limits: Emphasis on Data-Poor Substances Technical Report No. 101




Confidential Information – Subject to Protective Order GSKZAN0003419547

- Faria, E.C., et al., Using default methodologies to derive an acceptable daily exposure (ADE), Regulatory Toxicology and Pharmacology (2016),
- Hayes, E.P., et al, 2016. A harmonization effort for acceptable daily exposure application to pharmaceutical manufacturing - Operational considerations. Regul. Toxicol. Pharmacol. 79, S39-S47.
- ISPE: Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products – RiskMaPP, October 2010
- Lovsin Barle E. et al., Comparison of Permitted Daily Exposure (PDE) values with 0.001 Minimal Daily Dose (MinDD), accepted for publication in Pharm Tech, May 2017
- Lovsin Barle, et al. 2014. Carryover and occupational exposure limits: can they be correlated? Chim. Oggi-Chem. Today 32, 1.
- Olson, M., et al. (2016). Issues and Approaches for Ensuring Effective Communication on Acceptable Daily Exposure (ADE) Values Applied to Pharmaceutical Cleaning. Regul.Toxicol. Pharmacol. 79, S19-S27
- Richard, J., et al. (2016). Toxicokinetic and Toxicodynamic Considerations when Deriving Health-Based Exposure Limits for Pharmaceuticals. Regul. Toxicol. Pharmacol. 79, S67-S78.
- Sussman, R.G., et al. (2016). A Harmonization Effort for Acceptable Daily Exposure Derivation - Considerations for Application of Adjustment Factors. Regul. Toxicol. Pharmacol. 79, S57-S66,
- Sussman, R.G., et al. (2016). Identifying and assessing highly hazardous drugs within quality risk management programs. Regul. Toxicol. Pharmacol. 79, S11-S18
- Teasdale, A, et al. (2016). EMA Guideline on Setting Health-Based Exposure Limits - The results of an industry workgroup's examination of EMA's guide on shared facilities. Pharm. Technol. 40(1):58-62.
- Weideman, P. Establishing Health-Based Exposure Limits in the Pharmaceutical Industry, Contract Pharma, 17, 74-81, 2015
- Weideman, P., et al. (2015). Deriving Health-Based Exposure Limits in the Pharmaceutical Industry - A workshop was convened to advance harmonization
- IPCS - Guidance document on evaluating and expressing uncertainty in hazard characterization. Second Edition (2017).
- Bruce D. Naumann & Patricia A. Weideman Scientific basis for uncertainty factors used to establish occupational exposure limits for pharmaceutical active ingredients. Human and Ecological Risk Assessment: An International Journal Volume 1, 1995 - Issue 5
- Sargent EV, Kirk GD. 1988, Establishing airborne exposure control limits in the pharmaceutical industry. Am Ind Hyg Assoc J. 1988 Jun;49(6):309-13.




Confidential Information – Subject to Protective Order GSKZAN0003419548

# EXHIBIT 61

<u>Internal communication for awareness</u>

## Ranitidine- Risk of NDMA formation in-vivo

Dear Colleagues

We have had queries from EMA and Japan in relation to NDMA formation and ranitidine. We are also aware that US and Canada teams have also been contacted in relation to ranitidine but the reasons for these queries are not clearly known but we suspect that it is in relation to the same issue. The purpose of this note is to alert you and provide you with contact details should your local agency also ask questions in relation to ranitidine and NDMA.

Overview:

GSK Global Safety and Medical Governance received notification from the European Medicines Agency (EMA), Pharmacovigilance and Epidemiology Department on the 16 July 2019 of a request for information concerning the potential for ranitidine tablets to produce N-nitrosodimethylamine (NDMA). NDMA is a known carcinogen.

Information has been received by the EMA from International Regulatory Authorities. A private analytical pharmacy and laboratory in the US have recently conducted tests whilst others are ongoing, and preliminary reports seem to indicate that under certain conditions (e.g. high temperature, and low temperature and presence of $NaNO_2$), ranitidine decomposes to form NDMA. Additionally, the same organisation has been conducting other testing experiments in "bio relevant conditions" confirming the results that ranitidine has the potential to generate NDMA under human gastric conditions.

There are two related queries:

1. A general query related to the potential for NDMA to be present in drug products. This is not specifically related to ranitidine but a more general query to multiple MAHs
2. A specific query in relation to the potential for formation of NDMA following ingestion. This is more specifically in relation to a 2016 publication by Zeng et al.

3015.pdf

The central teams are reviewing the information and putting a response together to submit to the agencies. Based on the information we have reviewed, we do not have any information that suggests a change to the benefit risk profile for ranitidine. Of note, life-long studies conducted with ranitidine in rats and mice did not identify any tumorigenicity. There is no evidence from epidemiology data of an increased risk and levels seen in literature reports of patients receiving ranitidine are many-fold lower than considered to be a risk factor.

If you receive any queries in relation to ranitidine, please forward them immediately to the central team to formulate a response.

Primary contact:

Back up:

# EXHIBIT 62

GlaxoSmithKline

Gunnels Wood Rd, Stevenage, Hertfordshire, SG1 2NY, UK

Technical Shared Service, Pharma Supply Chain

# Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products

**Author:** **Andy Searle, Director of Chemistry, Technical Shared Services, PSC**

**Date:** **15th June 2020**

**Ref:** **2020N435741_00**

| Author | Position | Signature | Date |
|---|---|---|---|
| Andy Searle | Director of Chemistry, Technical Shared Services, PSC | | 15 - JUN - 2020 |



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# Summary

This report describes activities undertaken by GSK to determine the root cause of the presence of low levels of N-nitrosodimethylamine (NDMA) in ranitidine drug substance and products. This work was conducted between September 2019 and April 2020.

It has been concluded that the presence of NDMA in ranitidine drug substance is due to a slow degradation reaction occurring primarily in the solid state. The two constituent parts of NDMA, the nitroso group and the dimethylamino group, are both derived from internal degradation reactions which occur at slow rates within the ranitidine molecule. This has been confirmed by the preparation and stress testing of appropriately isotopically labelled batches of ranitidine drug substance. Although it is not possible to determine a precise mechanism for the degradation reaction, there is no evidence that extraneous impurities are involved in the reaction pathways.

The crystal morphology of the ranitidine drug substance has been shown to be an important factor in determining the rate of NDMA formation. Two distinct morphologies, irregular and columnar, have been identified, with batches which exhibit the columnar morphology resulting in the slowest rates of NDMA formation.

NDMA testing of a large number of historical drug product batches provides a general trend that the rate of increase is slower in the drug products. An accelerated stability study of the film coated tablet formulation demonstrated that NDMA is generated following similar trends to those of the drug substance. At this point in time, no accelerated stability studies have been completed with solution or syrup ranitidine drug product formulations to determine whether NDMA continues to form via degradation when the drug substance is in solution.

Due to the current Covid-19 working restrictions, a small number of non-critical investigations are incomplete at this point. It is not expected that these results, when available will change the overall conclusion into root cause.

All analytical data contained in this report generated by the CMC Analytical Group in R&D has been reviewed and checked.[1]

NDMA analytical data generated by LGC for the accelerated stability monitoring studies contained in this report has been reviewed and checked.[2]

[1] 2020N441607 v1 – NDMA data and labelled study analysis
2020N441196 v1 – remainder of CMCA analytical data
[2] 2020N441901v1 and 2020N441902v1

[APG]

# Acknowledgements

Material Sciences Group

Rosie Austin, Rachael Webber, Emily Greatorex, Rathy Kantharoopan, Kieran Redpath, Dipak Patel, Paula O'Meara, Ed Cole (R&D). Anais Lafontaine, Kirsty Hill

API 3rd Party Team

Sebastien Debarge, John McGill

Statistics, Pharma Supply Chain

Neil Walker

External Supply, Pharma Supply Chain

Andy Whitehead

Global Pharma Analytical Science and Technology, Pharma Supply Chain, Ware

Hlack Mohammed, Tim Cartwright, Elliot Hook

Thermofisher Cork (ex TSS Chemistry Group)

Donncha Carr, Denis Morrin, Suribabu Jammi, Argyrios Kanakis

Chemical Development Stevenage

John Hayler, Andrew Dominey, Darren Smith

Isotope Chemistry Stevenage

Geoff Badman

Analytical Chemistry Stevenage

Fiona King, James Wickens, Caroline Jaegger, Jean-Claude Wolff, Cris Lapthorne, Matt Cooke, David Murray, Mark Blower, Martin Collier-Smith, Calum Barclay, Rachel Collier. Tran Pham

Crystallography Modelling

Colin Edge, Roy Copley, Luca Russo

MST-PDS-CMCA-DS&PA, Ware

Tamas Balogh, Miles Ambler, Stan Cox


[APG]

## Contents

1 Introduction - Analysis of Data generated from NDMA testing of retained drug substance and drug product batches ....7
1.1 Drug Substance NDMA data ....7
1.2 Drug product data ....9
1.3 Estimated rates of reaction to form NDMA ....11
1.4 Section Conclusion ....11
2 Brainstorm into Potential Root Causes ....12
3 NDMA as a Potential Synthetic Impurity or Contaminant ....15
3.1 Synthetic Impurity ....15
3.2 NDMA as a contaminant ....16
3.3 Section Conclusion ....17
4 Drug Substance Stability Studies and Impact of Recrystallisation ....18
4.1 Development of thermal stressing conditions ....18
4.2 Initial assessment of recrystallised drug substance ....18
4.3 Statistical Study to assess stressed storage conditions ....19
4.4 Accelerated stability monitoring (ASM) study ....20
4.5 Section Conclusion ....21
5 Impact of Drug Substance Source on NDMA Stability ....22
5.1 Comparison of stability studies for different sources of drug substance ....22
5.2 Accelerated Stability Study with Grade 3 drug substance ....24
5.3 Comparison of Drug substance isolation processes ....26
5.4 Comparison of Drug substance impurity profiles ....28
5.5 Additional analysis ....29
5.5.1 Volatile impurities by Gas Chromatography ....29
5.5.2 Residual Trace Metals by ICP ....30
5.5.3 Residual Nitrate and Nitrite by Ion Chromatography ....31
5.6 Section Conclusion ....31
6 Impurity Spiking Studies ....32
6.1 Oxime (EP Impurity G) (AH22888) ....32
6.2 Nitrite/Nitrous Acid ....34

[APG]

6.3 Impurities removed by recrystallisation....35
6.4 Section Conclusion....35
7 Analysis of Drug Substance Physical Properties....36
7.1 Microscopy....36
7.2 Link between crystal morphology and crystallisation process....37
7.3 Crystallisation Imaging Study....39
7.4 Interconversion of Grade 3 and Grade 1 Crystal Morphology....43
7.5 Tests where discrimination between Grade 1 and Grade 3 Batches was observed44
7.5.1 Gravimetric Vapour Sorption (Hiden IGASorp)....44
7.5.2 Thermogravimetric Analysis (TA Instruments Q500)....45
7.5.3 Specific Surface Area (Tristar 3020)....46
7.6 Tests where discrimination between Grade 1 and Grade 3 Batches was not observed 47
7.6.1 Differential Scanning Calorimetry (TA Instruments Q series)....47
7.6.2 Helium Pycnometry (AccuPyc 1330)....48
7.6.3 Raman and FTIR spectroscopy....48
7.6.4 X-Ray Powder Diffraction (XRPD)....49
7.7 Section Conclusion....50
8 Identification of Low-Level Drug Related Impurities linked to NDMA formation 51
8.1 Urea Impurity, AH18937AA....55
8.2 Section Conclusion....57
9 Elucidation of Potential Mechanisms for NDMA formation....58
9.1 Potential Mechanisms resulting in loss of dimethylamine fragment....58
9.2 Amine Spiking Studies....59
9.2.1 Disopropylamine....59
9.2.2 Benzyldiisopropylamine....60
9.3 Potential Mechanisms resulting in loss of a nitrosating species....61
9.4 Use of $^{18}O$ water in the final isolation process....63
9.5 Spiking with $^{15}N$ Nitromethane....66
9.6 Impact of Isolation pH....66
9.7 Ranitidine Free Base studies....67
9.7.1 Ranitidine Free Base Stability....67

9.7.2 Impurity Profile of degraded free base ....68
9.7.3 Nitrite and Nitrate Content of Free Base ....69
9.8 Section Conclusion ....69
10 Crystallographic Modelling and Solid-State NMR ....70
10.1 Crystallographic Modelling ....70
10.1.1 Morphology Modelling ....70
10.1.2 Sorption Studies ....71
10.1.3 Molecular Dynamics ....71
10.2 Solid-State NMR ....73
10.3 Section Conclusion ....73
11 Preparation and Stability of Isotopically Labelled Drug Substance ....74
11.1 Stress Testing of samples ....77
11.2 Section Conclusion ....77
12 Drug Product Stability ....79
12.1 Tablet Stability ....79
12.2 Solution Stability ....83
13 Root Cause Summary ....85
14 APPENDIX 1 – Experimental List and Analysis Completed with References 88
15 APPENDIX 2 – NDMA Test Method Summaries ....92
15.1 ` LGC Method ....92
15.2 ` Intertek Method ....92
15.3 ` GSK Method ....92

# 1 Introduction - Analysis of Data generated from NDMA testing of retained drug substance and drug product batches

## 1.1 Drug Substance NDMA data

In response to requests that GSK received from regulatory agencies, indicating that NDMA had been detected in commercial batches of drug substance and drug product, notably from Swiss Medic in August 2019, GSK undertook an extensive batch testing exercise. Retained samples of drug substance and drug products were sourced from manufacturing sites across the network and analysed to determine their NDMA content.[3] This data was also required as part of GSK's response to the notification received on 23 September 2019 from the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) initiating an Article 31 referral procedure to review the potential presence of NDMA in ranitidine and ranitidine containing products from all marketing authorisation holders.

For drug substance batches, the measured NDMA content has been plotted against the date of manufacture of the batch and this is presented in **Table 1**. Batches manufactured by Dr Reddy's Laboratories Ltd. (Dr Reddy's), prior to April 2017, and by Saraca Laboratories Ltd. (Saraca) after April 2017 are shown, along with a small number of batches that were manufactured at the GSK Jurong factory in 2014 just prior to ceasing supply from this facility.

There is indication of a trend that the NDMA content does increase with the age of the batch which would indicate that NDMA could be forming via a slow degradation reaction. Lowest levels are observed in 2019 material generated by Saraca and the highest levels in 2014 material generated by Dr Reddy's. It was also noted that the drug substance manufactured at GSK Jurong in 2014 did not fit the trend identified for Dr Reddy's and Saraca batches, as the NDMA content of these batches were ≤0.2µg/g, rather than predicted levels of *ca* 10µg/g for batches that were five years old at the time of testing.

There does however remain a degree of variability in the dataset. One reason for this could be that these samples were sourced from retained samples stored at many different sites and so small differences in storage conditions could create an additional variable. As will be discussed later in this report, both temperature and relative humidity are significant factors impacting the actual rate of NDMA formation in drug substance.

---

[3] Master Data sheet 2020N429514

Confidential 2020N435741_00

**Table 1** **NDMA content of drug substance batches (µg/g) vs batch date of manufacture (tested between October and December 2019)**




[APG]

To illustrate the impact of the storage site, NDMA content of a series of batches (manufactured by Saraca) stored at the 3rd party site at Encore Healthcare Private Ltd. (Encore) in India were compared with batches stored at GSK Aranda Spain of a similar age.

**Table 2 Impact of Storage Site on NDMA content**




Although the increase with age is observed for batches stored at both sites, the rate of NDMA generation for Encore stored material is approximately 3-4 times faster than Aranda stored drug substance. Although it is not possible to confirm retrospectively, this effect could be caused by an increase in storage temperature, relative humidity or a combination of both.

## 1.2 Drug product data

A detailed statistical analysis of the data generated for the drug substance and drug product (tablets, syrup and IV solution) has been carried out[4]. The conclusions from the drug product data analysis were that there is no evidence that the dosage form or strength is linked to differences in NDMA content and in all cases, the input drug substance is the most important factor in determining the NDMA content of the product

There is little evidence that the rate of increase of NDMA in the drug product after manufacture is greater than observed for the drug substance. When both drug product and the input drug substance batch have been tested within a period of a few weeks, in almost all cases, the NDMA content of the drug substance is higher, which indicates that the rate of NDMA formation decreases or ceases once the product is formulated and the level measured most likely reflects the content at the point of formulation. **Table 3** shows the difference between input drug substance NDMA content and the derived drug product batch NDMA content for all examples where both data points are available. All batch testing was carried out between October and

[4] RANITIDINE: STATISTICAL ANALYSIS OF DATA FOR NDMA CONTENT IN DRUG PRODUCT AND DRUG SUBSTANCE BATCHES NEIL WALKER 05-FEB-20

[APG]

December 2019. Approximately 90% of the examples are positive indicating a higher level of NDMA in the drug substance.

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 3** Difference in NDMA content (µg/g) between input drug substance and drug product batches






GSKZAN0000052029

### 1.3 Estimated rates of reaction to form NDMA

To put some context into the rate at which NDMA is forming in samples of drug substance that have been analysed, the amounts determined by analysis have been converted into a percent theoretical (%th) conversion for the reaction that is occurring to generate it.

For the worst-case scenario, referring back to **Table 1,** formation of 40µg/g NDMA over 5 years has been considered, representing a linear conversion rate of 8µg/g per year.

For the slowest rate, based on the results from batches of drug substance from GSK Jurong stored for 5 years, formation of 0.2µg/g NDMA has been considered, representing a linear conversion rate of 0.04µg/g per year.

<u>Worst-Case Assessment</u>

1kg drug substance = 1000/350.86 = 2.85 Moles

If this contained 8µg/g NDMA = 0.008/74.08 = 0.000108 Moles

So this would represent a %th. conversion of 0.0038% th. per year

If formation continued at a linear rate, it would take 100/0.0038 = **26,316 years** for reaction completion.

<u>GSK Jurong Assessment</u>

As Jurong estimated rate was 0.04µg/g compared to 8µg/g, time for reaction completion would be 8/0.04*26316 = **5,263,000 years**

### 1.4 Section Conclusion

Varying levels of NDMA have been detected in all historical batches of drug substance that have been tested, and a general trend is observed that the NDMA content is increasing with the age of the sample at the time of testing. There is a degree of variability which could be due to variation in storage conditions for the drug substance samples at different sites. Material manufactured by GSK Jurong is an exception to the observed trend.

NDMA has been detected in all batches of drug product from all formulations that have been tested. It is not possible to determine clear trends regarding the possible rate of increase in NDMA in drug product but the evidence indicates that the rate of formation is probably slower than for drug substance.

The actual rate of NDMA formation is extremely slow but differences are observed depending on the source of the drug substance. The slowest observed rate for drug substance manufactured by GSK Jurong resulted in formation of approximately 0.2µg/g over 5 years.

GSK undertook an extensive investigation into the cause of the presence of NDMA in ranitidine drug substance and products. The steps taken and outcome of this investigation are now reported. The focus of the root cause investigation has been the manufacture and stability of the drug substance.

[APG]

# 2 Brainstorm into Potential Root Causes

Formation of NDMA is most likely to occur by reaction of dimethylamine with a reactive nitrosation source ($N{\equiv}O^+$) or alternatively by reaction of a tertiary amine possessing two methyl groups and a reactive nitrosation source ($N{\equiv}O^+$).




**Figure 1** Outline of most likely routes to formation of NDMA

As ranitidine possesses the tertiary amine possessing two methyl groups and a nitro group, there were several different ways that could lead to the presence or formation of NDMA which are listed in **Table 4**. These would provide the framework for the root cause investigation.

**Table 4** Potential Root Causes for the presence of NDMA in Ranitidine

| No | Source of Dimethylamino group | Nitrosation source | Root Cause |
|---|---|---|---|
| 1 | Synthetic Route (e.g. dimethylamine) | Synthetic route (e.g nitrite) | Synthetic Impurity |
| 2 | Synthetic Route (e.g. dimethylamine) | Ranitidine molecule | Drug substance reaction with impurity |
| 3 | Ranitidine molecule | Synthetic route (e.g nitrite) | Drug substance reaction with impurity |
| 4 | External to process | External to process | Contamination |
| 5 | Ranitidine molecule | Impurity | Drug substance reaction with impurity |
| 6 | Impurity | Ranitidine molecule | Drug substance reaction with impurity |
| 7 | Ranitidine molecule | Ranitidine molecule | Degradation |

[APG]

In order to generate ideas for potential root causes into the presence of NDMA in ranitidine, a Brainstorm was held with R&D Chemists in September 2019. The full output from this is recorded separately[5]. A summary of key ideas and suggestions is presented below :-

**Table 5** R&D Brainstorm September 2019

| Priority | Focus Area | Activity/Idea | Actioned |
|---|---|---|---|
| High | Analytical | Trace Analysis for Dimethylamine in ranitidine | Yes |
| High | Analytical | Trace Analysis for Nitrites in ranitidine | Yes |
| High | Stability | Accelerated Stability Monitoring Study | Yes |
| Medium | Stability | Does rate of NDMA increase plateau? | Yes |
| Medium | Stability | Repeat forced degradation studies and test for NDMA | No |
| Low | Chemistry | Use N-hydroxyphthlalimide to simulate radical oxidation | No |
| Medium | Stability | Stress testing ranitidine under anoxic conditions | Yes |
| High | Chemistry | NDMA testing of synthetic intermediates | Yes |
| Medium | Chemistry | Analysis for dimethylamine in intermediates | No |
| Medium | Chemistry | Analysis for nitrites in intermediates | No |
| Low | Chemistry | Could dimethylamine form during NMSM synthesis? | No |
| High | Chemistry | Could EP Impurity G (Oxime) act as nitrosating agent)? | Yes |
| High | Chemistry | Could EP Imp G react with Imp F (Amino alcohol) to form NDMA? | Yes |
| High | Chemistry | Could residual nitrite react with ranitidine to form NDMA? | Yes |
| Medium | Chemistry | NDMA forming by reaction with chloramine (water treatment) | No |
| N/A | Chemistry | Degradation of nitroalkene to liberate nitrosating species (postulated mechanism) | N/A |
| N/A | Chemistry | Degradation via Nef reaction to liberate nitrite (postulated mechanism) | N/A |
| Medium | Chemistry | Could trace metals promote NDMA formation? | Yes |
| Low | Chemistry | Prepare isotopically labelled ranitidine to study degradation | Yes |

[5] 2020N433483_00 Ranitidine UK Brainstorm 24th Sep 2019

[APG]

These ideas were prioritised and those which resulted in activities which were subsequently actioned are described in detail in this report. Some lower priority activities were not carried out and were superseded once results from the initial experiments were available.

A second brainstorm was held on November 26th, 2019 as a follow up to review new information that had been generated in the first two months of the investigation and generate a second list of ideas and actions.

**Table 6** R&D Brainstorm, November 2019

| Priority | Focus Area | Activity/Idea | Actioned |
|---|---|---|---|
| Low | Chemistry | Nitrosation of Impurity F (Amino Alcohol) | No |
| High | Chemistry | Measure pH of drug substance from different processes | Yes |
| High | Chemistry | Recrystallise drug substance to generate material for stability trial | Yes |
| High | Stability | Spiking of mother liquors to assess impact on stability | No |
| High | Analysis | Generate impurity profiles for drug substances batches from different sources | Yes |
| High | Analysis | Generate impurity profiles for stressed samples to identify impurities related to NDMA formation | Yes |
| High | Stability | Conduct DOE to assess factors that impact NDMA formation on stressed batches | Yes |
| Medium | Stability | Assess impact of moisture on NDMA formation | Yes |
| Medium | Chemistry | Study reaction between Impurity G (oxime) and dimethylamine | Yes |
| High | Crystallography | Study crystal lattice structure - does this place nitro and dimethylamino groups close together | Yes |
| High | Stability | Assess stability of ranitidine free base | Yes |
| High | Stability | Assess stability of very pure batch of drug substance (multiple recrystallisations) | Yes |
| Low | Chemistry | Could dimethylamine form from methylamine as precursor to NDMA | No |
| Medium | Chemistry | Nitrite testing of stressed drug substance | Yes |
| Medium | Chemistry | Stress drug substance in IPA solution at 60°C and test for NDMA | No |

[APG]

As before, ideas which were taken forward to laboratory or analytical studies are described in this report.

# 3 NDMA as a Potential Synthetic Impurity or Contaminant

## 3.1 Synthetic Impurity

An outline of the synthetic route used to manufacture Ranitidine Hydrochloride is shown in **Figure 2**. Precise reaction conditions used by each supplier vary but the same process intermediates are always used.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order




**Figure 2 Overview of Synthetic Route for Ranitidine Hydrochloride**

The two constituents of NDMA, dimethylamine and nitrite are both present in the synthetic route, but in separate branches, with dimethylamine hydrochloride used to prepare the amino alcohol intermediate, and sodium nitrite as a reagent that can be used to prepare nitromethane which is an early precursor of NMSM. The probability that they could both be present at the ranitidine

[APG]

base forming step and react at that point is extremely low. Dimethylamine is a low boiling liquid (B.p. 6.8°C) so would be effectively removed if present by the high temperature and vacuum distillation used to purify the diamine intermediate.

Some synthetic intermediates were provided for NDMA testing by Saraca. The same analytical method used to determine NDMA levels in drug substance was used although not formally validated for these materials

The results obtained are tabulated below (**Table 7**).

**Table 7** – NDMA content of ranitidine synthetic intermediates

| Intermediate | NDMA content (µg/g)[1] |
|---|---|
| Diamine (Saraca Cystofur) | <0.25 (LOQ) |
| NMSM | Method not suitable due to interference |
| Ranitidine AST (aqueous solution before isolation) | <0.25 (LOQ) |
| Freeze dried Ranitidine AST solution (N74638-1-1) | Not Detected |
| Ranitidine base | 0.3 |

1. Analysed by Intertek Manchester – data supplied for information only as not validated for these compounds

There was no indication of NDMA being formed as a synthetic intermediate. As described in more detail later in section 9.7, the presence of a small amount of NDMA in isolated ranitidine base is likely to be due to degradation of the sample and not NDMA being formed as a synthetic impurity. So it was concluded that the root cause for elevated levels in the drug substance was not prior formation earlier in the manufacture.

## 3.2 NDMA as a contaminant

Consideration was given to the possibility that the root cause for the presence of NDMA was as a contaminant, introduced at a supplier as a result of inadequate GMP controls. The use of recycled solvents in the process was also considered as a potential source of contamination.

Contamination is not considered to be a root cause for the following reasons:-

- Presence of NDMA has been observed in drug substance samples sourced from five different sources (GSK Jurong, Dr Reddy's, Saraca, Orchev Pharma Private Ltd (Orchev) and SMS Lifesciences India Ltd. (SMS)) and in material prepared in a GSK laboratory. It is highly unlikely that contamination would occur to introduce NDMA across so many different sources in such a consistent manner. Contamination would likely be observed as a random occurrence.
- NDMA is not observed in the most freshly prepared samples of drug substance, manufactured commercially and in the laboratory.
- NDMA levels increase over time, particularly when samples are subjected to stressed conditions of temperature and humidity. This profile and behaviour are not consistent with NDMA introduced as a contaminant.

Contamination with another material that could then react over time to form NDMA will be considered in section 6.

[APG]

## 3.3 Section Conclusion

NDMA is not considered to be a reasonably predicted synthetic impurity that could form during the manufacture of ranitidine. This is supported by analytical evidence that it is not detected in samples that have been freshly prepared.

As the presence of NDMA has been confirmed in batches supplied from a number of different sources, it is not considered likely to be due to external contamination (e.g. due to poor GMP controls).



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

# 4 Drug Substance Stability Studies and Impact of Recrystallisation

## 4.1 Development of thermal stressing conditions

When the initial drug substance NDMA testing results were being generated and the link between NDMA content and the age of the sample was first identified, it became desirable to develop a means of assessing the stability more quickly, as the rate of formation of NDMA at ambient temperature would have meant studies taking many weeks or months to complete.

A simple trial was conducted whereby a batch of ranitidine drug substance (Saraca 0000875414) supplied by GSK Parma, with an NDMA content of 0.46 µg/g was stored in a sealed vial in an oven at 60°C for 7 days. The NDMA content increased to 14 µg/g. Based on this result, thermal stressing under these conditions was adopted as a means to quickly assess the relative stability of samples and results from such studies are reported throughout this report.

## 4.2 Initial assessment of recrystallised drug substance

In order to determine whether it was possible to purge NDMA from drug substance, a batch from Dr Reddy's (AEKH001805 supplied by GSK Parma) was recrystallised from a mixture of isopropanol (6 vol) and water (0.4vol), using conditions provided by GSK Jurong (Experiment Ref GSK00060-096)[6]. It was noted that care had to be taken with this process to avoid material oiling out when the water was added. The NDMA content of product from the recrystallisation was <0.03µg/g, (<LOD) demonstrating an effective purge of NDMA. It was observed that the bulk density of the recrystallised material was lower than the input material. At the time, this was not considered to be a significant finding, but as reported in section 7, the link between the physical properties and NDMA has proved to be important.

This sample was stressed for 60°C for 7 days – the NDMA content at this point remained <0.11µg/g (<LOQ) indicating that the recrystallised drug substance was more stable with respect to formation of NDMA.

The initial conclusion from this result was that the recrystallisation may have purged an unknown component which was acting as the source of NDMA formation in the drug substance, therefore an understanding about what may have been removed into the crystallisation mother liquors became a key future objective.

[6] Thermofisher report ref DRTD20-001

[APG]

## 4.3 Statistical Study to assess stressed storage conditions

In order to further understand the impact of storage conditions on the formation of NDMA, a simple statistical design of experiments (DOE) study was conducted[7].

**Table 8** DOE Factors and Ranges :-

| Factor | Range | |
|---|---|---|
| Drug Substance Source | As is<br>(Saraca RH/0820191283) | Recrystallised<br>(GSK00165-006) |
| Temperature | Ambient (20°C) | 60°C |
| Exposure | Sealed | Unsealed |
| Light | Protected | Exposed |

The study was conducted in a closed oven with a relative humidity of 10%RH at 60°C and 50-60% RH at 20°C so the impact of exposure to atmosphere would be limited. Before sealing, vials were purged first with nitrogen. Light exposure was only to the ambient light in the laboratory. The input batch was provided by Saraca (RH/0820191283) and recrystallised using isopropanol and water (Ref GSK00165-006) Samples were stored for a period of 7 days. The NDMA content and HPLC impurity profiles were determined for the samples - the NDMA results are tabulated below (**Table 9**).

**Table 9** NDMA results from DOE on storage conditions

| Experiment | Batch | Temperature | Exposure to Atmosphere | Exposure to Light | NDMA (µg/g) |
|---|---|---|---|---|---|
| GSK00158-51-1 | Saraca RH/0820191283 | 20°C | Yes | No | 0.49 |
| GSK00158-51-2 | Recryst. GSK00165-006 | 60°C | Yes | Yes | 0.56 |
| GSK00158-51-3 | Recryst. GSK00165-006 | 20°C | No | No | Not detected |
| GSK00158-51-4 | Recryst. GSK00165-006 | 60°C | No | Yes | 0.59 |
| GSK00158-51-5 | Saraca RH/0820191283 | 60°C | No | No | 3.9 |
| GSK00158-51-6 | Saraca RH/0820191283 | 60°C | Yes | Yes | 3.0 |
| GSK00158-51-7 | Recryst. GSK00165-006 | 20°C | Yes | Yes | NGT 0.17 |
| GSK00158-51-8 | Saraca RH/0820191283 | 20°C | No | No | 0.39 |

NGT - Not greater than

The results were processed using Design Expert Software. A good statistical model was achieved as determined by the R-squared value of 0.9717 and the significance of each factor is shown in the following summary Half-Normal Plot.

---

[7] Thermofisher report ref DRTD20-001

[APG]




**Figure 3** Half normal plot for Storage DOE

Points furthest to the right represent the factors which have the greatest impact on formation of NDMA. The significant factors were the drug substance storage temperature and the supplier (whether the drug substance had been recrystallised or not). These results provided confirmation for the previous findings. The exposure to atmosphere and light were not significant factors in this study.

Impurity content by HPLC analysis[8] was conducted on all the samples but there was little difference between samples – total impurities ranged between 0.2 and 0.4% area, with no single impurity exceeding 0.05% in any batch and no obvious trends. All batches would have met the HPLC impurities specification. No impurities were identified that could serve as NDMA precursors.

## 4.4 Accelerated stability monitoring (ASM) study

Accelerated stability monitoring studies are used routinely to assess the impact of storage conditions on materials, enabling the impact of temperature and relative humidity to be assessed using a statistically designed study over a period of a few weeks. The input drug substance batch was provided by Saraca (Batch RH/09 2019 1305), manufactured in September 2019 containing 0.33µg/g NDMA at the point the study was set down[9].

[8] Thermofisher report ref DRTD20-001
[9] EXP192759

**Table 10 NDMA Results (µg/g)) Generated for Drug Substance Batch No RH/09 2019 1305 in ASM Study**

| Temp (°C) | %RH | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|
| 60 | 30 | 0.33 | | | 21.6 | 29.0 | 38.3 | 47.1 |
| 60 | 65 | | | | 65.2 | 68.4 | 19.1 | 12.5 |
| 70 | 10 | | | 19.5 | 22.8 | 26.5 | 32.8 | 43.3 |
| 70 | 80 | | | 60.3 | 46.2 | 55.7 | 15.3 | 3.5 |
| 80 | 25 | | 59.8 | 83.0 | 93.3 | 120.2 | | |
| 80 | 50 | | 128.1 | 82.2 | 66.1 | 12.1 | | |

All data points apart from the initial sample result exceed the upper limit of the validation range of the LC/MS method which is 8 µg/g.

As these storage conditions involved both higher temperatures and relative humidity than applied in the simple lab trials, higher levels of NDMA were measured than previously determined. In the cases where the relative humidity was ≥50%, it was observed that the samples deliquesced and became dark brown, indicating considerable degradation was occurring, in addition to formation of NDMA. For a second study reported in section 5.2, the physical form and colour of all samples were recorded and some impurity profiles generated confirming that extensive chemical degradation occurred at some storage conditions.

The other observation made for the more degraded samples was that the NDMA content was reducing over time, most clearly seen for the samples stored at 80°C and 50% RH. No reason for this has been determined. NDMA has a boiling point of 151°C so loss through evaporation would not be expected. NDMA is stable to hydrolysis so should not be lost in this manner. At this point, it is assumed that there is an unknown secondary degradation pathway occurring in these samples but only under conditions which are far harsher than drug substance would be exposed to under normal handling and storage.

## 4.5 Section Conclusion

The amount of NDMA present in ranitidine drug substance has been shown to increase in solid samples, when subjected to elevated temperature and humidity. A simple stress testing protocol was developed whereby a solid sample is heated at 60°C in a sealed vial for an extended period. Differences in the rate of formation were able to be detected after 7 days. This protocol was adopted as a means to assess experiments designed to investigate the root cause for the presence of NDMA in a relatively short space of time.

Recrystallisation of ranitidine drug substance has been shown to impact the product in two ways; effective purging of residual levels of NDMA and formation of material that shows lower rates of NDMA formation after thermal stressing.

[APG]

[APG]

# 5 Impact of Drug Substance Source on NDMA Stability

## 5.1 Comparison of stability studies for different sources of drug substance

As the investigation progressed, samples of drug substance were received from a range of different suppliers used within the GSK supply network. Simple stability studies at 60°C were run for these batches to determine the rate of NDMA formation for each material. Data on two recrystallised batches is also included. These results are tabulated in **Table 11 and 12.**

**Table 11 NDMA Stability studies for Saraca Batches**

| **Saraca Batch 113423-136-1**[1] | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| 113423-136-1 | 0 | 0.33 |
| N74638-11-1 | 1 | 1.7 |
| N74638-11-3 | 3 | 6.3 |
| N74638-11-6 | 7 | 7.7 |
| N74638-11-7 | 14 | 10 |
| N74638-11-8 | 21 | 11 |
| N74638-11-9 | 28 | 12 |
| N74638-11-10 | 42 | 15 |
| N74638-11-11 | 49 | 16 |
| N74638-11-12 | 56 | 16 |
| N74638-11-13 | 63 | 22 |

| **Saraca Batch R14/PB-I/ 190764** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| R14/PB-I/ 190764 | 0 | Not detected |
| N75344-2-3 | 3 | 3.6 |
| N75344-2-9 | 7 | 7.4 |
| N75344-2-11 | 21 | 20 |
| N75344-2-13 | 46 | 38* |

| **Saraca Batch R14/PB-I/ VB1901** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| R14/PB-I/ VB1901 | 0 | Not detected |
| N75344-2-2 | 3 | NGT 0.17 |
| N75344-2-8 | 7 | 0.28 |
| N75344-2-10 | 21 | 0.76 |
| N75344-2-12 | 46 | 2 |

1. 113423-136-1 was allocated to this batch in Stevenage – the Saraca Batch lot number was RH/08 20191283.

*Level above the upper quantitation limit of 33.3µg/g

NGT – Not greater than

[APG]

**Table 12 NDMA Stability Studies for SMS, GSK Jurong and Recrystallised Batches**

| SMS Batch RH S 11 19 073 | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-17-3 | 0 | ND |
| N74638-17-1 | 10 | 0.43 |
| N74638-17-2 | 14 | 0.62 |
| N74638-17-4 | 21 | 0.92 |
| N74638-17-5 | 28 | 1.2 |
| N74638-17-6 | 35 | 1.6 |

| Jurong Batch 381227 (DOM Dec-2014) | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N75283-3-1 | 0 | 0.2 |
| N75283-3-2 | 3 | 0.36 |
| N75283-3-3 | 7 | 0.39 |

| Saraca Batch 113423-136-1 Recrystallised from IPA/MeOH | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-13-1 | 0 | Not detected |
| N74638-13-5 | 1 | 0.22 |
| N74638-13-6 | 4 | 0.58 |
| N74638-13-7 | 7 | 0.71 |
| N74638-13-8 | 11 | 0.98 |

| Saraca Batch 113423-136-1 Double IPA/MeOH recrystallisation | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-14-1 | 0 | Not detected |
| N74638-14-3 | 1 | 0.22 |
| N74638-14-4 | 5 | 0.56 |
| N74638-14-5 | 7 | 0.59 |

[APG]

These results demonstrated that there was significant variability in the rates of NDMA formation across the different batches assessed. This can be seen when the change in NDMA content over the first 7 days of each study is compared.

**Table 13** Comparison of stability studies at 7-day timepoint

| Batch | Origin | NDMA increase over 7 days at 60°C (µg/g) |
|---|---|---|
| 113423-136-1 | Saraca Grade 1[1] | 7.37 |
| R14/PB-I/ 190764 | Saraca Grade 1[1] | 7.4 |
| R14/PB-I/ VB1901 | Saraca Grade 3[2] | 0.28 |
| N74638-17-3 | SMS | 0.43 (10 days) |
| N75283-5-1 | GSK Jurong | 0.19 |
| N74638-13-1 | Lab single recrystallisation | 0.71 |
| N74638-14-1 | Lab double recrystallisation | 0.59 |

1 Isolation solvent IPA/MeOH (ratio 73:27)
2 Isolation solvent IPA/MEOH (ratio 38:62) + 3.4% water)

Some key points are noted from these results

- Variation between samples supplied from Saraca – the batch that exhibited the slower rate of NDMA formation after stressing was manufactured using a modified process for the final isolation, which involved the addition of some water and a change to the isopropanol and methanol solvent ratio (refer to **Table 15**) – Saraca have designated this material as Grade 3 – the other two samples are designated as Grade 1. Saraca Grade 3 material has never been supplied to GSK for commercial use.
- GSK Jurong and SMS batches have a similar rate of NDMA formation to the Saraca Grade 3 material after stressing.
- Material recrystallised once or twice (input was Saraca batch 113423-136-1) from a mixture of isopropanol and methanol showed a much slower rate of NDMA formation after stressing.

When samples that had been heated at 60°C for a period were subsequently stored in a refrigerator (*ca* 5°C), there was no further increase in NDMA detected. Samples N74638-11-1 (NDMA 1.79µg/g after 1 day at 60°C) was retested after 1 day in the refrigerator (R74638-11-2, 1.8µg/g) and after 6 days (N74638-11-5, 1.7µg/g).

## 5.2 Accelerated Stability Study with Grade 3 drug substance

The accelerated stability study (ASM) that was reported in section 4.4 (which used the drug substance batch now designated as Grade1) was repeated with the Grade 3 batch R14/PB-I/ VB1901 to determine whether the differences in stability reported above were also seen when both temperature and humidity were varied. The study design was enhanced by inclusion of two less harsh additional storage conditions (50°C/10% RH and 50°C/75% RH).

The results **(in green)** are shown in **Table 14**. The results from the previous study are also included for comparison (in black) and for the second study, the physical form and colour of the samples are also recorded.

[APG]

For selected samples, the HPLC impurity profile using the release method were also generated. These are reported where available **in red as % area** for the total impurities present in the sample.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 14 Results for Saraca Grade 1 Batch No. RH/09 2019 1305 and Saraca Grade 3 Batch No. RI4/PB-I/VB 1901 from ASM Study**

| Temp (°C) | %RH | Batch ID | Test | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | ND | 0.06[2] | 0.10[2] | 0.13 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.23 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | White Solid |
| 50 | 75 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 4.3 | 8.6[1] | 12.1[1] | 22.0[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 24.0 |
| | | | Description | NT | | | Orange Oil | Orange Oil | Orange Oil | Brown Oil |
| 60 | 30 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 21.6[1] | 29.0[1] | 38.3[1] | 47.1[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 0.08[2] | 0.19 | 0.41 | 0.80 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.46 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | Pale Yellow Solid |
| 60 | 65 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 65.2[1] | 68.4[1] | 19.1[1] | 12.5[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 116.1[1] | 50.9[1] | 39.6[1] | 31.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | 26.9 | NT | NT | 47.6 |
| | | | Description | NT | | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 70 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 19.5[1] | 22.8[1] | 26.5[1] | 32.8[1] | 43.3[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 0.32 | 0.48 | 0.65 | 1.1 | 1.6 |



GSKZAN0000052048

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

Confidential 2020N435741_00

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 0.35 |
| | | | Description | NT | | White Solid | Off White Solid | Off White Solid | Pale Yellow Sticky Solid | Yellow Sticky Solid |
| 70 | 80 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 60.3[1] | 46.2[1] | 55.7[1] | 15.3[1] | 3.5 |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 37.3[1] | 45.1[1] | 22.2[1] | 39.4[1] | 63.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 69.0 |
| | | | Description | NT | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 80 | 25 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 59.8[1] | 83.0[1] | 93.3[1] | 120.2[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 1.8 | 3.3 | 5.4 | 94.0[1] | | |
| | | | Total Impurities by HPLC (%area) | 0.17% | NT | NT | NT | 30.9 | | |
| | | | Description | NT | Yellow Solid | Orange Solid | Brown Solid | Dark Brown Oil | | |
| 80 | 50 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 128.1[1] | 82.2[1] | 66.1[1] | 12.1[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 148.9[1] | 64.9[1] | 63.3[1] | 20.1[1] | | |
| | | | Total Impurities by HPLC (%area) | NT | 29.9 | NT | NT | 68.2 | | |
| | | | Description | NT | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | | |

**Notes:** ND Not Detected
1. Result exceeds the upper limit of the validation range of the LC/MS method which is 8 µg/g.
2 Result is below the Limit of Quantification of 0.13µg/g

[APG]

GSKZAN0000052049

The observations and conclusions that can be drawn from the results of this study are as follows:-

- For the samples that remained as solids, the NDMA content for the Grade 3 batch was significantly lower than for the Grade 1 samples at the same time points and storage conditions.
- For samples which underwent deliquescence to oils, NDMA content was higher and similar to those observed for Grade 1 samples at the same time points and storage conditions. The same trend where NDMA content decreased in subsequent time-points was also seen again for these samples.
- The impurity content of samples that remained as solids remained low but total impurity content of up to 69% area was seen for those samples which became oils. A large number of impurity peaks were formed.
- Under conditions where the Grade 3 batch remained as a crystalline solid, it exhibited good chemical stability and generated NDMA slowly. This suggests that the Grade 3 solid possesses critical attributes that Grade 1 does not exhibit which have a significant impact on the rate of NDMA formation.
- Once samples lose crystallinity due to deliquescence, both the general chemical stability and stability with respect to NDMA formation decrease.
- Elevated temperatures and relative humidity accelerate NDMA formation apart from samples which underwent deliquescence when the initially higher levels of NDMA decreased over time.
- At the current long-term storage condition for ranitidine drug substance of 30°C / 75% RH, with the material being stored in double polythene bags (125 µm thickness stated) then stored inside an HDPE outer container with foil overwrap and with 2 kg of silica gel per 30 kg of drug substance, the data from the Grade 3 study has predicted that the level of NDMA would reach 0.16 µg/g (equivalent to 96 ng/day for a 600 mg dose of ranitidine) in 1045 days (2 years and 315 days) [10]. 0.16 µg/g is the limit currently being recommended by CHMP.[11]

## 5.3 Comparison of Drug substance isolation processes

In order to assess whether the conditions used for the crystallisation of the ranitidine hydrochloride could be a factor, where sufficient information was available, the crystallisation temperature, concentration and solvent composition of different processes is tabulated. Information from Dr Reddy's is also included – samples from this source were not assessed in the stressing studies but it was known from data presented in Section 1 that significant formation of NDMA was observed for older samples and was therefore similar to the Saraca Grade 1 batches supplied to GSK. For simplicity, the rate of NDMA formation is categorised as slow or fast.

[10] 2020N432378v1

[11] CHMP rapporteurs's updated assessment report EMEA/H/A-31/1491 20th March 2020

[APG]

**Table 15** Comparison of Drug substance isolation processes

| Parameter | GSK Jurong | Dr Reddy's | Saraca Grade 1 | Saraca Grade 3 | Recrystallisation |
|---|---|---|---|---|---|
| **Solvent Composition**[3] | IPA | IPA/MeOH (81:19) | IPA/MeOH (73:27) | IPA/MeOH (38:62) | IPA/MeOH (66:33) |
| **Total Solvent Volume**[1,3] | 8.7 | 3.3 | 3.3 | 2.5 | 12 |
| **Water Concentration**[2,3] | 3.6% | 3% | Not added to process | 3.4% | Not added to process |
| **Crystallisation Temperature** | 50°C | 30°C | 10-25°C | 10-25°C | 53°C |
| **Observed rate of NDMA formation** | Slow | Fast | Fast | Slow | Slow |

1. Volume of solvent as a ratio to the input weight of ranitidine free base
2. %v/v water in the overall crystallisation mixture
3. Values may vary slightly from batch to batch due to the use of some solvent/water in the pH adjustment during the crystallisation step

From this information, there is not one single factor in the crystallisation that appears to have a direct link to the rate of NDMA formation. The addition of water on its own does not appear to be linked. Carrying out the process at a lower concentration and higher temperature as in the Jurong process may be important, but the Saraca Grade 3 process provides material with a similar stability, from a much more concentrated mixture. In this case, it is possible that the higher proportion of methanol in the mixture with isopropanol is important.

The reduction in the rate of NDMA formation after recrystallisation did suggest that purging of impurities responsible could be occurring, so it was also possible that the isolation processes resulting in the slowest rates of formation were also more efficient at purging impurities. The process operated by GSK Jurong has been used since the product was first introduced to the site so the results obtained from the retained samples are likely indicative of historical production batches.

## 5.4 Comparison of Drug substance impurity profiles

HPLC impurity profiles were generated for a range of samples from different suppliers (GSK Jurong, Saraca, Dr Reddy's and SMS). Statistical analysis [12] ,including correlation with the measured NDMA content of samples, was performed on the dataset, drawing the following conclusions:-

- Dr Reddy's batches have high NDMA levels
- Jurong batches have low NDMA levels
- From the multivariate model some impurities seem to be correlated with NDMA levels
- After reviewing the univariate plots these correlations could be spurious as there is not much variability in the actual level of these impurities

Since the samples tested had a wide range of different dates of manufacture ranging back more than five years, effects observed could be due to trace levels of degradation, not related to NDMA formation.

A comparison which provides strong evidence that the impurity profile of the material is not correlated to the rate of NDMA formation comes from the results from the two most recent batches received from Saraca (Grade 1 and Grade 3), which show different rates of NDMA formation (**Table 16**).

[12] RPT_00000847115



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

**Table 16** Comparison of Grade 1 and Grade 3 HPLC impurity profiles

| Impurity | R14/PB-I/ 190764 (Grade 1) (% w/w) | R14/PB-I/ VB1901 (Grade 3) (% w/w) |
|---|---|---|
| RRT 0.62 | 0.01 | 0.05 |
| AH20199X (N-Oxide) | 0.02 | 0.01 |
| Ranitidine | 99.86 | 99.83 |
| RRT 1.03 | 0.05 | 0.03 |
| RRT 1.07 | 0.01 | 0.03 |
| RRT 1.23 | NR | 0.01 |
| AH20720X (Bis Compound) | 0.05 | 0.05 |

NR Not reported, result falls below the quantitation limit

Profiles are similar with low levels of related impurities present and no apparent correlation with NDMA formation. As impurities present at <0.01% (100ppm) would not be detected using the standard HPLC release method, additional investigations to identify lower level impurities using LC/MS/MS have been performed to assess any potential correlation of these with the formation of NDMA (Section 8). The analysis described in this section only covers those impurities detected by UV. The following section describes comparative testing using other techniques which would detect volatile impurities such as residual solvents and inorganic impurities (including trace metals).

## 5.5 Additional analysis

### 5.5.1 Volatile impurities by Gas Chromatography

All samples tested apart from the Saraca Grade 1 batch contained very low levels of residual solvent[13] (**Table 17**). Although albeit with a very limited dataset, this appears to demonstrate a link between levels of residual solvent and the rate of NDMA formation. As detailed in Section 7 and 9 where drug substance physical properties are discussed, the differences in residual solvent levels are likely a function of how the crystallisation processes are performed. When considering mechanisms for the formation of NDMA from ranitidine, it is unlikely that these solvents would participate in any plausible NDMA formation reaction pathway

**Table17** Comparison of Volatile Impurities by GC for different supplier batches

| **Sample** | **Supplier** | **Isopropanol (% w/w)** | **Methanol (%w/w)** | **Additional solvents (% w/w)** |
|---|---|---|---|---|
| **RI4/PB-I 190764** | Saraca Grade 1 | 0.28 | 0.2 | MIBK <0.01 |
| **RI4/PB-I/VB 1901** | Saraca Grade 3 | <0.01 | 0.02 | NR |
| **N75344-6-2** | SMS - RH S 11 19 073 | <0.01 | 0.02 | NR |

[13] EXP197774

[APG]

| | | | | |
|---|---|---|---|---|
| **N75344-6-3** | Jurong -381226 | 0.02 | NR | NR |

NR Not reported

[APG]

### 5.5.2 Residual Trace Metals by ICP

Levels of residual metals determined by ICP analysis[14] were very low for all samples tested. Because of these low levels, there is no evidence to link the formation of NDMA to a mechanism involving trace metals possibly acting as a catalyst.

**Table 18** Residual Metals analysis by ICP (µg/g)

| **Sample** | 933378 | 933381 | 933391 | 933387 | 933374 | 933360 |
|---|---|---|---|---|---|---|
| **LNB** | N75344-3-1 | N75344-3-2 | N75344-3-5 | N75344-3-4 | RI4/PB-I/VB 1901 | RI4/PB-I/190764 |
| **Source** | Dr Reddy's, AEDH017147 | Jurong 381231 | SMS, 1900003463 | Saraca (free base) | Saraca, Grade 3 salt | Saraca, Grade 1 salt |
| **Al** | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) |
| **B** | <1 | 1 | <1 | 1 | <1 | <1 |
| **Ba** | <1 | NR | NR | NR | NR | NR |
| **Ca** | 1 | 1 | 1 | 1 | <1 | 1 |
| **Cr** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Cu** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Fe** | <1 | <1 | 1 | <1 | 1 | 1 |
| **Gd** | <1 | NR | NR | <1 | NR | NR |
| **K** | NR | 1 | NR | NR | NR | NR |
| **Mg** | NR | NR | NR | <1 | NR | NR |
| **Mn** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Mo** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Na** | 6 | 1 | 2 | 1 | <1 | <1 |
| **Ni** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Ti** | <1 | ND (<1) | <1 | ND (<1) | ND (<1) | <1 |
| **W** | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) |
| **Zn** | <1 | <1 | <1 | <1 | <1 | <1 |

NR = not reported

[14] EXP195953

[APG]

### 5.5.3 Residual Nitrate and Nitrite by Ion Chromatography

Although nitrite ions would not be expected to track through the ranitidine process as discussed in Section 3, testing of a small number of batches by Ion Chromatography was conducted[15].

**Table 19** Nitrate and Nitrite by IC

| Sample Reference | Sample Reference | Nitrate %w/w | Nitrite %w/w |
|---|---|---|---|
| 113423-136-1 | Saraca Grade 1 | 0.002 | 0.002 |
| RI4/PB-I/VB 1901 | Saraca Grade 3 | 0.002 | 0.002 |
| N74638-11-7 | Saraca Grade 1 14 day at 60° | 0.002 | 0.002 |
| RI4/PB-I/190764 | Saraca Grade 1 | 0.002 | 0.003 |

Very low levels of nitrate and nitrite were detected (in the range 20-30µg/g). There was no apparent correlation to the rate of NDMA formation for these samples. The precise nature of the nitrite being measured by this test is not clear (e.g as sodium nitrite, nitrous acid or another salt form). As will be discussed in section 6, nitrite ion in the form of nitrous acid would not persist in samples of drug substance due to its high reactivity.

## 5.6 Section Conclusion

Differences in the rate of NDMA formation are observed when samples from differing sources are held at 60°C for extended periods. This is most notably seen for samples obtained from Saraca, now designated as Grade 1 and Grade 3. Recrystallisation of the Grade 1 material does provide greater stability to the material generated.

Analysis of batches by a range of different techniques has not provided any clear evidence for any particular impurity that is linked to the formation of NDMA. There are differences in the isolation processes used for the different sources of drug substance. From an initial review of these process differences, the two factors that could correlate with the rate of NDMA formation in the isolated drug substance are the overall concentration of the crystallisation and a higher concentration of methanol in the crystallisation solvent. This topic will be further discussed in section 7.

---

[15] EXP198878

[APG]

# 6 Impurity Spiking Studies

The R&D chemistry brainstorm meetings identified certain impurities which if present in the drug substance could undergo further reaction to generate NDMA. For the impurities thought to be most likely to cause this, experiments were carried out to evaluate the potential pathways. The two impurities studied experimentally were the oxime impurity (EP impurity G) and residual nitrite.

## 6.1 Oxime (EP Impurity G) (AH22888)

The oxime impurity is a known hydrolytic degradant of ranitidine, forming under acidic conditions. The reaction pathway (**Figure 4**) also generates the amino alcohol impurity (AH18961AA) (EP Impurity F) when the molecule fragments.




[APG]

**Figure 4** – Reaction Pathway to Generate Oxime and Amino Alcohol Impurities

The initial intermediate following fragmentation of ranitidine by this pathway is a C-nitroso compound. This can then undergo proton transport to generate the oxime – the C-nitroso compound is also a possible intermediate formed through isomerisation of the C-N double bond. The C-nitroso compound could potentially react with an amine (such as dimethylamine generated from the breakdown of the left-hand part of ranitidine to generate NDMA or directly nitrosate the tertiary amine which then fragments to form NDMA. In theory, as this pathway also generates a molar equivalent of the amino alcohol (impurity F). Impurity F could also act as a source of the tertiary amine.

To study whether these impurities could generate NDMA from ranitidine, spiked batches were prepared, (by both solid blending, and co-crystallisation), then subjecting these samples to short term thermal stressing before determining the NDMA content. The sample of the amino alcohol used for spiking was supplied as its fumarate salt.

**Table 20** Oxime and amino alcohol spiking studies

| Experiment No | Mixture | Analysis of Blend | NDMA after 3 days at 60°C (µg/g) |
|---|---|---|---|
| GSK00089-165 (Stevenage Ref N74638-16-5) | Ranitidine HCl salt +5% w/w Oxime ground and blended | Not required | Not tested |
| GSK00089-165 (Stevenage Ref N74638-16-6) | Ranitidine HCl salt +5% w/w Oxime +5% w/w amino alcohol ground and blended | Not required | 1.0 |
| GSK00089-163 (Stevenage Ref N74638-16-7) | Ranitidine HCl salt +5% w/w Oxime recrystallised | Oxime content of product was 0.16% area | Not tested |
| GSK00089-163 (Stevenage Ref N74638-16-8) | Ranitidine HCl salt +5% w/w Oxime +5% w/w amino alcohol recrystallised | Oxime content of product was >2% area – amino alcohol was purged | 0.97 |

A further set of samples were generated by evaporation from methanol – the products obtained in this case were gums.

**Table 21** Oxime and amino alcohol studies from methanol

| Experiment No | Conditions | NDMA content (µg/g) | Ranitidine content by HPLC (% area) |
|---|---|---|---|
| N75344-1-16 | Ranitidine HCl evaporated from methanol | 2.4 | 99.55 |
| N75344-1-23 | As above – 7 days at 60°C | 66* | 98.42 |
| N75344-1-13 | Ranitidine HCl + 5% w/w amino alcohol evaporated from methanol | 4.2 | 93.03 |
| N75344-1-20 | As above – 7 days at 60°C | 1600* | 67.92 |
| N75344-1-14 | Ranitidine HCl + 5% w/w oxime evaporated from methanol | 3.8 | 94.98 |
| N75344-1-21 | As above – 7 days at 60°C | 210* | 94.49 |
| N75344-1-15 | Ranitidine HCl + 5% w/w amino alcohol + 5% w/w oxime evaporated from methanol | 12 | 92.80 |
| N75344-1-22 | As above – 7 days at 60°C | 410* | 85.19 |

* Level above the upper quantitation limit of 33.3µg/g

[APG]

Differing results were observed, depending on the method used for impurity spiking. The result for a crystalline sample of drug substance containing >2% oxime did not exhibit an elevated level of NDMA as the result was similar to the expected levels from a stressed sample of drug substance that had not been spiked. Likewise, the blended solid sample with both impurities at 5% w/w showed no incremental increase in NDMA.

In contrast, very high levels of NDMA (well above the validated quantitation limit) were seen in the samples evaporated from methanol. However, it was shown by HPLC impurities testing that some of these samples, particularly when spiked with the amino alcohol fumarate salt were chemically degraded (N75344-1-20 *ca* 32% area impurities, N753440-1-22 *ca* 15% area impurities). This result is consistent with the findings reported in sections 4.4 and 5.2 when stressed samples of drug substance which were not solid and were highly degraded were found to contain relatively high levels of NDMA.

The overall conclusion from these spiking studies was that there was no evidence to implicate the presence of the oxime impurity in the formation of NDMA in ranitidine when ranitidine remained as a solid which is representative of the actual product. The result for the crystalline sample containing *ca* 2% of the oxime was not atypical and if this were the root cause, a significant impact on the formation of NDMA should have been observed. The actual levels of the oxime impurity in commercial samples analysed by the release HPLC impurities method are always extremely low, ranging from Not Detected to 0.04% w/w.

One further experiment was conducted, attempting to react the oxime impurity with dimethylamine to determine if it could act as a nitrosating agent (N75283-5-3). A catalytic quantity of hydrochloric acid was also added. However, due to suppression of the ionisation of NDMA by dimethylamine, it was not possible to detect whether any NDMA was forming under these conditions.

## 6.2 Nitrite/Nitrous Acid

If nitrite ion were to be present at the point when ranitidine hydrochloride is formed, it is expected to be converted to nitrous acid ($HNO_2$) by the HCl added to crystallise the drug substance. The impact of adding traces of nitrous acid to ranitidine hydrochloride was studied through spiking experiments.

As nitrous acid is not stable, it was prepared *in situ* by adding sodium nitrite to hydrochloric acid and used immediately. Solutions were prepared at three concentrations (50mg/ml, 10mg/ml and 1mg/ml) (Reference GSK-00158-054)[16]. Portions were added to ranitidine hydrochloride (1g, Batch 113423/136/1) slurried in diethylether to ensure adequate mixing, in quantities representing 3mg, 0.3mg and 0.03mg of $HNO_2$. In all cases, immediately on contact with solid, a red spot appeared, indicating that an instantaneous reaction had occurred. When a control reaction was done with hydrochloric acid, no red spot was observed, which confirmed that the reaction observed was due to the presence of nitrous acid.

NDMA testing was conducted on the samples after adding 3mg and 0.3mg of nitrous acid.

[16] Thermofisher report DRTD20-001

[APG]

**Table 22** NDMA testing of nitrous acid spiked batches

| Sample Ref | Conditions | NDMA (µg/g) |
|---|---|---|
| GSK00158-054A (Stev ref N74638-16-9) | After adding 3mg HNO3 to 1g ranitidine hydrochloride | 4.7 |
| GSK00158-054B (Stev ref N74638-16-10) | After adding 0.3mg HNO3 to 1g ranitidine hydrochloride | 0.95 |

The presence of some NDMA in these samples is expected as the reaction between a tertiary amine and nitrous acid is precedented. It has also been observed in historical nitrosation experiments using ranitidine[17]. LCMS analysis of the degraded red material also showed elevated levels of both the oxime and amino alcohol impurities, characteristic of acid catalysed degradation.

A second experiment was conducted by adding sodium nitrite (3% w/w) into the ranitidine hydrochloride crystallisation (Jurong process) (Ref N75283-4-1). Immediately upon adding the hydrochloric acid, the mixture turned dark brown – the product, did not crystallise and remained as an oil, and was shown to be highly degraded ranitidine (ca 33% area total impurities).

Although nitrous acid/nitrite clearly undergoes a facile reaction with ranitidine, the reactivity profile is not consistent with the very slow increase in NDMA described in earlier sections. If present at the point the drug substance is isolated, an instantaneous reaction is expected which would consume all reactive nitrosating species. Nitrous acid itself is not a stable molecule so would not persist as an impurity in drug substance. Therefore, the presence of nitrite or any nitrosating species as an impurity in drug substance is not considered a plausible root cause for the rate of formation of NDMA over time. This does not mean that a nitrosating species is not involved in some way in the reaction that leads to the formation of NDMA from ranitidine, just that the source of the nitrosating species is not believed to be an external impurity.

## 6.3 Impurities removed by recrystallisation

As indicated in sections 4 and 5, recrystallisation of drug substance produces material that is more stable with respect to formation of NDMA after heating at 60°C for an extended period. One hypothesis was that there was an impurity or impurities being removed or reduced which would be present in the mother liquors from the recrystallisation that was causing NDMA to form. Initially, it was intended to take concentrated mother liquors and devise an experiment where this material was added back into drug substance which exhibited a slow rate of formation of NDMA, to determine if the rate could be accelerated again. Ultimately, it was decided not to perform this experiment for several reasons;

- As the formation of NDMA was occurring in the solid state, devising a mean to spike in a small amount of mother liquor material homogeneously would be difficult.
- The mother liquors would contain NDMA as the recrystallisation is an effective means of purging so the experiment could result in a false positive result

[17] WBP/82/011 The Determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite

- The analytical results obtained by a range of techniques described previously were not highlighting any significant differences in impurities between sources of materials
- The change in the HPLC impurity profile observed before and after recrystallisation was minimal so there was no evidence the crystallisation was removing significant impurities other than NDMA itself.

### 6.4 Section Conclusion

The impurities that were considered most likely as potential root causes for NDMA formation, based on their likelihood of being present and possible chemistry mechanisms were identified as the Oxime impurity (AH22888), and nitrite. Appropriate spiking studies have been conducted with both and it has been concluded that neither are likely root causes for the formation of NDMA from ranitidine.

## 7 Analysis of Drug Substance Physical Properties

### 7.1 Microscopy

In section 4.2, the observation was made that recrystallised drug substance appeared to have a lower bulk density and that different crystallisation processes resulted in varying rates of NDMA formation. As more commercial samples were received from suppliers and tested, it was also noted that there were differences between their bulk densities. Both the Saraca batch R14/PB-I/ VB1901 (Grade3) and the SMS batch RH S 11 19 073 showed a lower bulk density compared to the Saraca batch R14/PB-I/ 190764 (Grade 1). Scanning Electron Microscopy (SEM) was performed on these batches along with a sample from GSK Jurong (Batch 381226)[18]. Analysis of the generated images (**Figure 5 and 6**) indicated differences in crystal morphology associated with the bulk density observation. The GSK Jurong material had been granulated from aqueous isopropanol following crystallisation which was the routine final step of the manufacturing process.

[18] WNPI_0510_169




**Figure 5** SEM Images for Saraca Batches R14/PB-I/ VB1901 and R14/PB-I/ 190764




Note GSK Jurong batch was granulated

**Figure 6** SEM Images for SMS Batch RH S 11 19 073 and Jurong Batch 381226

The two low bulk density batches (R14/PB-I/ VB1901 and RH S 11 19 073) both exhibited a columnar morphology whereas the Saraca Grade 1 Batch showed an irregular morphology with very distinct lumps of solid observed. The GSK Jurong drug substance appeared to consist of aggregated material which resulted from the additional granulation process that was carried out

[APG]

after the initial crystallisation. At the highest magnification, evidence for columnar particles can be observed.

An historical SEM image of commercial scale GSK Jurong drug substance prior to granulation was subsequently found, clearly showing the material of the columnar morphology.




**Figure 7** SEM Image for ungranulated Jurong drug substance

## 7.2 Link between crystal morphology and crystallisation process

When differences in the rate of NDMA formation were observed, it was noted that the conditions used for the final isolation were different. This suggested a link between the crystallisation process, the resulting morphology and the rate at which NDMA forms over time in the isolated product.

**Table 23** Correlation of drug substance isolation process with morphology

| Source | GSK Jurong | Saraca Grade 1 | Saraca Grade 3 | SMS |
|---|---|---|---|---|
| Solvent Composition[3] | IPA | IPA/MeOH (73:27) | IPA/MeOH (38/62) | Not Known |
| Total Solvent Volume[1,3] | 8.7 | 3.3 | 2.5 | |
| Water Concentration[2,3] | 3.6% | Not added to process | 3.4 | |
| Crystallisation Temperature | 50°C | 10-25°C | 10-25°C | |
| NDMA increase over 7 days at 60°C (μg/g) | 0.19 | 7.4 | 0.28 | 0.43 (10 days) |
| Crystal Morphology | Columnar (Granulated) | Irregular | Columnar | Columnar |

1. Volume of solvent as a ratio to the input weight of ranitidine free base
2. %v/v water in the overall crystallisation mixture
3. Values may vary slightly from batch to batch due to the use of some solvent/water in the pH adjustment during the crystallisation step

[APG]

The Saraca Grade 1 and 3 processes were operated on a laboratory scale to produce samples for SEM analysis. In the preparation of these samples, it was noted that the Grade 1 process initially formed an oil phase which then solidified to the crystalline product, while the Grade 3 process generated the solid crystalline product immediately upon nucleation.




**Figure 8** **SEM Images for batches N74638-7-1 (Saraca Grade 3 Process) and N74638-9-4 (Saraca Grade 1 Process)**

Similar morphologies were observed as had been seen for the commercial scale batches.

[APG]

Stress testing was also conducted on these samples for 7 days and a significant difference in the rate of NDMA formation was observed.

**Table 24** Stress testing of laboratory Grade 1 and Grade 3 batches

| Reference | Lab Process | NDMA content at t=0 (μg/g) | NDMA content after 7 days at 60°C (μg/g) | Morphology |
|---|---|---|---|---|
| N74638-10-1 | Saraca Grade 1 | Not detected | 140* | Irregular |
| N74638-8-3 | Saraca Grade 3 | Not detected | 0.63 | Columnar |

* Level above the upper quantitation limit of 33.3μg/g

It was concluded that the irregular morphology was probably due to particles forming via an oil phase, where small oil droplets (an immiscible liquid phase) initially form and subsequently nucleate to crystalline ranitidine. This type of material exhibited poorer stability with respect to the formation of NDMA.

## 7.3 Crystallisation Imaging Study

To further understand the crystallisation process and confirm whether the Grade 1 process proceeded via solidification of oiled material, an in situ high resolution microscopy study was carried out using a Blaze One Probe[19]. This enabled a series of photographic images to be captured throughout the time course of the crystallisation. A sequence of images is presented for each crystallisation.

[19] https://www.blazemetrics.com/




**Figure 9** – Imaging of Grade 1 Crystallisation Process (Isopropanol/Methanol (73:27), 3.3 volumes, 10-25°C)- Experiment N75283-13.

In the 22min image a streak of oiled material can be seen which increases in the 23min image. When complete, the large irregular particles are clearly observed. Crystallized particles resemble the morphology observed for Grade 1 material shown in **Figure 5.**




**Figure 10** – Imaging of Grade 3 Crystallisation Process (Isopropanol/Methanol (38:62), 2.57 volumes, 10-15°C)- Experiment N75283-13.

In contrast, for the Grade 3 process, from early on, the formation of the columnar particles is observed with no evidence for oiling first. Crystallized particles resemble the morphology observed for Grade 1 material shown in Figure 7.

These images provided evidence that the drug substance crystallisation can proceed by two different mechanisms, which result in the two distinct morphologies observed. Oiling can occur when the solution becomes supersaturated too quickly in the crystallisation process due to a reduction in the solubility of ranitidine hydrochloride in the solvent system. For the Jurong process which produces columnar particles, it is the combination of higher solvent volume and higher temperature which provide increased solubility thus avoiding the progression through an oil phase. In the case of the Saraca Grade 3 process, it is the use of a higher proportion of methanol and a trace of water in the solvent mixture compared to the Grade 1 process that increases the solubility of ranitidine hydrochloride.

The solubility of drug substance (Batch 113423-136-1) in different mixtures of methanol and isopropanol has been determined experimentally (Experiment reference N74638-4). Solubility data for 75:25, 50:50 and 25:75 mixtures along with data for pure methanol are presented in **Figure 11**. The results were determined using an HPLC solution assay method.

[APG]




**Figure 11** Solubility of ranitidine hydrochloride in isopropanol/methanol mixtures

This shows poor solubility of 4.3 mg/g (20°C) for the 75:25 isopropanol:methanol mixture, which is close to the ratio used in the Saraca Grade1 process (73:27) where the crystallisation is operated in the range 10-25°C. The solubility increases with higher proportions of methanol to 65.9mg/g (20°C) for the 25:75 mixture. The Saraca Grade 3 process is operated at a ratio of 32:68 isopropanol:methanol (again in the range10-25°C). This would result in higher solubility of drug substance at the point of crystallisation and support the proposed explanation as to why the oil phase is not observed.

[APG]

## 7.4 Interconversion of Grade 3 and Grade 1 Crystal Morphology

As stated above, the different crystal morphologies were thought to be a function of the isolation process and specifically, controlling the solubility of ranitidine hydrochloride at the point of crystallisation. Recrystallisation of the Saraca Grade 3 batch under conditions that should promote the formation of Grade 1 morphology was attempted (Ref N75283-6-5) (solvent mixture was a 6:0.4 mixture of isopropanol and water allowed to crystallise at 40°C). If Grade 1 type material was formed, then it would mean it was unlikely the outcome of the crystallisation was due to another factor such as the impurity profile of the solution.

After stressing N75283—6-5 at 60°C for 4 days, the NDMA content rose from not greater than 0.17µg/g to 0.46µg/g (Ref N75283-6-6). While the rate of increase was faster than seen with the input Grade 3 batch (which reached 0.28µg/g after 7 days), it was still significantly slower than the Grade 1 batches. The SEM images for the batch provided a likely explanation for this.




**Figure 12** SEM images for Batch N75283-6-5.

Although irregular agglomerates of material can be seen, at the highest magnification, it is observed that these are comprised of the columnar particles. It is possible that the crystallisation proceeded via a hybrid mechanism which generated some columnar particles but with partial oiling in addition. The crystallisation conditions were more concentrated than the GSK Jurong process which may have impacted the outcome of the experiment.

A second conversion of Grade 3 to Grade 1 has been carried out, using a system thought more likely to promote Grade 1, using a 5.5:1.75 mixture of isopropanol and methanol with crystallisation at below 15°C (N75283-6-12). Results for this batch have not yet been generated to date due to the Covid-19 restrictions on analytical testing.

As the link between the crystal morphology and the rate of NDMA formation was now established, further physical properties testing was carried out on a range of samples to identify whether there were specific material attributes which could provide further understanding of this link.

## 7.5 Tests where discrimination between Grade 1 and Grade 3 Batches was observed

### 7.5.1 Gravimetric Vapour Sorption (Hiden IGASorp)

Gravimetric vapour sorption (GVS) studies were performed to measure the change in mass of samples of drug substance when subjected to an increase in relative humidity (sorption phase) followed by a decrease in relative humidity (desorption phase)[20]. The humidity is changed in steps and the sample then allowed to equilibrate.




**Figure 13** GVS results for two batches of Saraca Grade 1 drug substance

[20] WNPI_0477_093, WNPI_0495_052

[APG]




**Figure 14** GVS results for one batch of Saraca Grade 3 drug substance and one batch of GSK Jurong drug substance (granulated)

The Saraca Grade 3 batch and the Jurong batch both exhibit low, reversible moisture uptake. The Saraca Grade 1 batches show a slightly higher overall uptake than the Saraca Grade 3 batch and demonstrate hysteresis between the sorption and desorption cycles which is indicative that the Grade 1 material is more prone to water adsorption. It is known from the Accelerated Stability Monitoring (ASM) studies that when the drug substance does start to deliquesce, that the rate of NDMA formation increases, so these observed differences in the GVS profile could be significant.

### 7.5.2 Thermogravimetric Analysis (TA Instruments Q500)

Thermogravimetric analysis (TGA) of the samples of drug substance determined the change in mass of samples over time as the temperature was increased. This would detect events due to the loss of volatile materials such as residual solvent and decomposition of the material. In the case of ranitidine, as it was known that decomposition occurred around 150°C, the experiments were terminated between 150-160°C.

**Table 25** Samples assessed by TGA[21]

| Batch | Source |
|---|---|
| R14/PB-I/VB 1901 | Saraca Grade 3 |
| N74638-9-4 | Lab sample made using Grade 1 process |
| N74638-7-1 | Lab sample made using Grade 3 process |
| 113423-136-1 | Saraca Grade1 |
| R14/PB-I/190764 | Saraca Grade1 |

[21] WNPI_0482_157

[APG]

| | |
|---|---|
| 381226 | GSK Jurong |
| RH S 11 19 073 | SMS |




**Figure 15** Thermogravimetric analysis of drug substance batches

Below 120°C, very little change was observed in all samples, as the residual solvent content of all batches is low. For batches RI4/PB-I/VB 1901 and N74638-7-1, the experiment was terminated at 150°C, which was before thermal decomposition occurred. Decomposition is characterised by the downward curve in the line.

For this small sample set, there is a correlation between the onset of decomposition and the stability with respect to NDMA formation. The lab Grade 1 batch, N74638-9-4 which generated 140µg/g NDMA after 7 days at 60°C has the lowest onset of decomposition, followed by the two commercial Saraca Grade1 batches. All these batches also exhibit the irregular morphology. The four batches with the columnar morphology which form less NDMA on stability exhibit higher decomposition temperatures above 150°C.

This implies that the batches which generate NDMA at a faster rate are also prone to a lower onset temperature of degradation, which implies minor differences in the properties of the ranitidine solid state between samples.

.

### 7.5.3 Specific Surface Area (Tristar 3020)



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

The specific surface area (SSA) measured the total surface area per unit mass of samples of Saraca Grade 1 and Grade 3 drug substance.[22]

**Table 26** Specific Surface Area testing of drug substance batches

| Batch Number | Details | Additional Comment | SSA ($m^2/g$) |
|---|---|---|---|
| RI4/PB-I/190764 | Grade 1 | Irregular particle morphology,<br>Less stable wrt NDMA formation | 0.24 |
| RI4/PB-I/VB 1901 | Grade 3 | Columnar particle morphology,<br>More stable wrt NDMA formation | 0.40 |

Both batches exhibit a low SSA, with the highest value seen for the Grade 3 batch. The particle size of the Grade 3 material is smaller, as indicated in the SEM images presented (**Figures 5 and 6**), and the higher SSA is potentially correlated with particle size.

[22] WNPI_0503_001, WNPI_0503_007

[APG]

## 7.6 Tests where discrimination between Grade 1 and Grade 3 Batches was not observed

### 7.6.1 Differential Scanning Calorimetry (TA Instruments Q series)

Differential Scanning Calorimetry (DSC) measured the heat flow from samples of drug substance as the temperature was increased[23].

**Table 27** Samples assessed by DSC

| Batch | Source |
|---|---|
| R14/PB-I/VB 1901 | Saraca Grade 3 |
| N74638-9-4 | Lab sample made using Grade 1 process |
| N74638-7-1 | Lab sample made using Grade 3 process |
| 113423-136-1 | Saraca Grade1 |
| R14/PB-I/190764 | Saraca Grade1 |




**Figure 16** Differential Scanning Calorimetry of drug substance batches

As with the TGA analysis, the lab Grade 1 batch, N74638-9-4 which generated 140µg/g NDMA on stability does stand out, with an additional endotherm observed above 100°C which is expected to be associated with decomposition. There is no clear explanation for these differences other than that this lab sample is atypical as this batch also had a lowest onset of degradation of all samples tested by TGA. Other than this, there were small differences between samples in the onset of the main endotherm, with this occurring at a slightly lower

[23] WNPI_0482_159

temperature for one of the Saraca Grade 1 batches, but the other batch, 113423-136-1 appears very similar to the Grade 3 batch so no firm conclusions could be drawn from these results.

### 7.6.2 Helium Pycnometry (AccuPyc 1330)

Helium Pycnometry is used to determine the true density of solids by gas displacement. Samples of Grade 1 and 3 drug substance were tested.[24] If differences were observed then this might indicate the presence of crystal defects due to differences in the crystal packing, possibly leading to the presence of void spaces.

**Table 28** Helium Pycnometry testing of drug substance batches

| Batch Number | Details | Additional Comment | True Density ($g/cm^3$) |
|---|---|---|---|
| RI4/PB-I/190764 | Grade 1 | Irregular particle morphology,<br>Less stable wrt NDMA formation | 1.32 (1.319 +/- 0.001) |
| RI4/PB-I/VB 1901 | Grade 3 | Columnar particle morphology,<br>More stable wrt NDMA formation | 1.32 (1.322 +/- 0.005) |

No differences were observed between the Grade 1 and Grade 3 batches which indicated that the true density within the larger irregular particles was the same as for the columnar material. This is not an unexpected result as all batches of the same polymorphic form should have the same true density.

### 7.6.3 Raman and FTIR spectroscopy

These surface techniques investigate polar functional groups and the non-polar backbone of molecules and may indicate where subtle differences are caused by solvents and impurities. The Grade 1 Batch RI4/PB-I/190764 and Grade 3 Batch RI4/PB-I/VB 1901 were analysed using both techniques. No significant chemical differences were observed by either method. Differences in peak intensity can be attributed to the sample preparations.

[24] EXP198153




**Figure 17** Raman Spectroscopy of ranitidine drug substance batches[25]




**Figure 18** FTIR Spectroscopy of ranitidine drug substance batches[26]

### 7.6.4 X-Ray Powder Diffraction (XRPD)

All samples of drug substance that have been studied show the same polymorphic Form II. Transmission XRPD for Saraca Grade 1, Grade 3 and a lab recrystallised batch[27] are shown in **Figure 19**.

---

[25] WNPI_0494_115 Renishaw inVia Raman Microscope
[26] WNPI_0494 _117 Perkin Elmer Spectrum 100
[27] EXP194887




**Figure 19** Transmission XRPD for Ranitidine Drug Substance Batches

The diffraction patterns for all batches are superimposable and consistent with Form II. This provides confirmation that the different in crystal morphologies observed is not due to any differences in the polymorphic form. Ranitidine hydrochloride Form I was the initial form developed by GSK, but once Form II was discovered, it has not been possible to reproducibly manufacture Form I and it has been described in publications as a 'Disappearing Polymorph'. [28]

## 7.7 Section Conclusion

The extensive physical properties testing completed has provided several important insights into the root cause investigation.

- Two different crystal morphologies have been observed, irregular and columnar. These are in turn correlated with the stability of the material, with the columnar morphology generating NDMA at a slower rate in stability tests.
- The irregular morphology results from a crystallisation process that proceeds via an oil phase.
- Columnar material which when supplied from Saraca, (designated as Grade 3), does not retain water to the same extent as the irregular material (designated as Grade1) according to the GVS study.
- Columnar material appears to be more stable as determined by the higher decomposition temperature determined by TGA analysis than the irregular material.
- All samples tested are of polymorphic form II with no other forms detected.

[28] Angewandte Chemie (54) (2015) p6972-6993

- Columnar and irregular materials are chemically indistinguishable exhibiting the same spectroscopic signatures in the Raman and FT-IR spectra.

# 8 Identification of Low-Level Drug Related Impurities linked to NDMA formation

If NDMA were to form by degradation of the ranitidine molecule, then it would be expected that some drug related impurities would be formed at the same time, through loss of the dimethylamino and nitro/nitrite groups that would go on to combine and form NDMA. As these impurities would most likely only be present in the same amounts as the NDMA formed (i.e. low ppm (µg/g) levels), the standard HPLC impurities method was not suitable and a more sensitive method was required. An LC/MS screening method was employed to assess a range of drug substance batches, many of which were known to contain elevated amounts of NDMA. Based on potential mechanisms for NDMA formation, a group of potential structures were suggested and the LC/MS data was screened to determine the presence of these specific compounds[29]. After the initial results were reviewed, two further groups of structures were suggested. A summary of the results of the screening is presented in **Table 29.**

Where indicated, the structure of the impurity was confirmed by comparison with an authentic marker. Otherwise, the structure was identified based on the molecular weight.

[29] EXP195545. EXP195564, EXP 196471



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 29** LC/MS Screening for Potential Impurity Structures

| Group | Potential Structure | Molecular Wt | Cause | Observation |
|---|---|---|---|---|
| 1 |  | 303.85 | Radical chlorination followed by elimination of nitrite | Not Observed |
| 1 |  **AH22756X** | 287.33 | Nitrosation of tert- amine followed by elimination of NDMA or direct elimination of dimethylamine | **Observed in all samples but amount is not correlated with NDMA content**<br><br>**Confirmed by comparison with authentic marker** |
| 1 |  | 305.78 | As above – intermediate quenched with HCl | Not Observed |
| 1 |  | 285.32 | Quaternisation of tert-amine followed by elimination of dimethylamine or oxidation of alcohol | **Observed in almost all samples but amount is not correlated with NDMA content** |
| 1 |  | 283.39 | Degradation of nitroalkene – possibly via Nef reaction | **Impurity observed in a few batches at very low level (noise level) and it does not correlate with NDMA content** |

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| 1 |  AH18937AA | 271.38 | Degradation of nitroalkene | **Observed in all samples containing NDMA – level strongly correlated with NDMA content**<br><br>**Confirmed by comparison with authentic marker** |
| 2 |  | 244.31 | Formed by simultaneous loss of nitro/nitrite and dimethylamine from same molecule | Not Observed |
| 2 |  AH23720X | 343.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |
| 2 |  | 372.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |
| 2 |  | 343.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |



GSKZAN0000052081

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| 2 |  | 257.31 | Retro Mannich reaction which would eliminate dimethylamine and formaldehyde | Not Observed |
| 3 |  | 301.36 | Quenching of reactive intermediate formed through loss of dimethylamine with methanol | **Impurity was identified in almost all batches. Response does not have a good correlation with NDMA content** |
| 3 |  | 329.42 | Quenching of reactive intermediate formed through loss of dimethylamine with isopropanol | **Impurity was identified in most batches. Response does not have a good correlation with NDMA content** |
| 3 |  | 584.73 | Quenching of reactive intermediate formed through loss of dimethylamine with ranitidine | **Impurity was identified in most batches. Response does not have a good correlation with NDMA content** |



GSKZAN0000052082

## 8.1 Urea Impurity, AH18937AA



AH18937AA

The urea impurity was the most significant finding from this analysis due to the correlation of the MS response with the NDMA content of the sample and its absence in freshly prepared samples generated by recrystallisation and in the Saraca Grade 3 batch. The comparison in levels is shown in **Table 30**.

**Table 30** Comparison of NDMA content and MS response for the urea impurity for drug substance batches.

| Batch Details | NDMA (µg/g) | Urea Response |
|---|---|---|
| Stressed lab Saraca batch N74638-10-1 931173 | 140 | 29758 |
| Dr Reddy's API batch AEIH000896 - 931161 | 41 | 7945 |
| Saraca API batch - RH/01 2018 0109 - 931159 | 24 | 4488 |
| Stressed Saraca batch (as is) - N74638-8-1 - 931171 | 9.8 | 3249 |
| Orchev API batch - 18060000165 - 931163 | 5.67 | 2808 |
| Dr Reddy's API batch - AEKH001805 - 931160 | 3.37 | 1924 |
| Stressed recryst. batch - N74638-8-3 - 931172 | 0.63 | 555 |
| Double recrystallised Stressed - N74638-14-4 | 0.59 | 1777 |
| Saraca Grade 3 batch R14/PB-I/VB 1901 Stressed | 0.28 | 348 |
| Saraca API batch – 113423-136-1 | 0.33 | 394 |
| Jurong API batch - 381231 - 931164 | 0.16 | 579 |
| SMS API batch - 1900007092 - 931162 | 0.12 | 439 |
| Recrystallised Saraca batch - N74638-13-1 - 931169 | Not detected | 0 |
| Double recrystallised IPA/MeOH - N74638-14-1 | NGT 0.17 | 0 |
| Saraca Grade 3 batch R14/PB-I/VB 1901 | Not detected | 0 |

[APG]




| Sample Details | NDMA (ug/g) | NDMA concentration (mM/g) | Urea (ug/g) | Urea concentration (mM/g) | NDMA: Urea concentration ratio |
|---|---|---|---|---|---|
| Dr Reddy's API batch - AEIH000896 - 931161 | 41.4 | 0.000558841 | 66 | 0.000243426 | 2.3 |
| Saraca API batch - RH/01 2018 0109 - 931159 | 24.1 | 0.000325316 | 41 | 0.000151219 | 2.2 |
| Stressed Saraca batch (as is) - N74638-8-1/ 931171 | 9.8 | 0.000132286 | 23 | 8.48E-05 | 1.6 |
| Orchev API batch - 18060000165 - 931163 | 5.7 | 7.69E-05 | 20 | 7.38E-05 | 1.0 |
| Dr Reddy's API batch - AEKH001805 - 931160 | 3.4 | 4.59E-05 | 12* | 4.43E-05 | 1.0 |
| Stressed recryst batch - N74638-8-3 / 931172 | 0.63 | 8.50E-06 | 1.1* | 4.06E-06 | 2.1 |

**Figure 20** Correlation between the NDMA response and urea response

The Pearson correlation coefficient is 0.99 indicating a very strong correlation. This indicates that the urea impurity is likely to form in the same reaction that generates NDMA. None of the other trace impurities identified demonstrated any such correlation.

Further work was completed to provide quantification of the urea (AH18937AA) in a limited number of batches[30].

The results are shown in **Table 31** – the calculated ratio between NDMA and the urea impurity is also tabulated.

**Table 31** Quantification of Urea (AH18937A Impurity (EXP198690)

* Below the lowest calibration standard (14µg/g)

The actual levels of the urea are very low which illustrates why this impurity would not typically be observed by the release HPLC method. The ratio of NDMA:Urea varies between 2.3 and 1.

[30] EXP198690

[APG]

The variability is probably due to the actual levels of both components being so low and in the case of the urea, close to the limit of calibration. But since the ratio is close to 1:1 in all cases, it does indicate a link between these impurities, which would not have been so strong if the ratio was much higher or lower. In addition, as the precise mechanism that leads to the urea being formed is not known, there could be additional related structures formed which have not been identified.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 8.2 Section Conclusion

LC/MS analysis identified several trace level impurities in a series of drug substance batches analysed. Many of these (alcohol, AH22756X, and the corresponding aldehyde and ethers) could be generated from a reaction that resulted in loss of the dimethylamino group. Two impurities, urea, (AH18937AA) and a related unsaturated aldehyde could be generated from loss of the nitro group. In the case of the urea, the amount present is correlated with the amount of NDMA in the sample tested, which is not observed for any of the other impurities identified. Quantification of the urea was performed for several batches, showing the levels were ≤66µg/g.

The presence of these structures provided a key input into the mechanistic investigations described in the next section.

# 9 Elucidation of Potential Mechanisms for NDMA formation

## 9.1 Potential Mechanisms resulting in loss of dimethylamine fragment

The identification of trace level impurities which resulted from the loss of the dimethylamino fragment suggests two different, but closely related, mechanistic pathways.

The first suggested mechanism occurs via protonation of the tertiary amine, then breakdown facilitated by oxygen of the furan ring, releasing dimethylamine which could then react with a nitrosation source (**Figure 21**).




**Figure 21** Fragmentation via protonation and loss of dimethylamine

The second suggested mechanism occurs via nitrosation of the tertiary amine to give a quaternary nitrosamine, which then breaks down via a similar mechanism to generate NDMA directly (**Figure 22**).




**Figure 22** Fragmentation via protonation and loss of NDMA

The ranitidine related fragment released by both mechanisms was the alcohol, AH22756X. This could undergo oxidation to the aldehyde impurity also observed as a trace impurity. As the

[APG]

intermediate in these mechanisms is a reactive 2-methylene-2H-furan-1-ium species, it would also be possible for this to be quenched by other nucleophilic species present, such as residual methanol or isopropanol and both of these were also observed in some samples at low levels, although not specifically correlated with the NDMA content.

## 9.2 Amine Spiking Studies

To study the two alternative mechanisms presented in section 9.1 whereby either dimethylamine is released as a degradant, or NDMA is released following nitrosation, ranitidine hydrochloride was prepared in the presence of two alternative amines. The presence of an analogue of NDMA after stressing these samples could provide further insight into the mechanism.

### 9.2.1 Disopropylamine

Spiking with diisopropylamine could result in the formation of diisopropylnitrosamine (NDIPA) by reaction with nitrite – this would mirror NDMA formation from free dimethylamine in **Figure 21**.




**Figure 23** Formation of diisopropylnitrosamine

Using Saraca free base batch RI3(B)/PB-I/VB 1901 as input, crystallisation was carried out using the GSK Jurong process with the addition of 0.05vol disopropylamine (6vol IPA, 0.45vol water and aq HCl at 50°C, then further 3vol IPA added post pH adjustment). The spiked material was stressed at 60°C for 11 days then analysed[31] using an LCMS screening method.

[31] EXP197602

[APG]

## 9.2.2 Benzyldiisopropylamine

Spiking with benzyldiisopropylamine could result in the formation of diisopropylnitrosamine (NDIPA) by nitrosation of the tertiary amine followed by elimination of NDIPA, analogous to the mechanism in **Figure 22**.




**Figure 24** Formation of diisopropylnitrosamine from benzyldiisopropylamine

Using Saraca free base batch RI3(B)/PB-I/VB 1901 as input, crystallisation was carried out using the GSK Jurong process with the addition of 0.049wt benzyldiisopropylamine (6vol IPA, 0.45vol water and aq. HCl at 50°C, then further 3vol IPA added post pH adjustment). The spiked material was stressed at 60°C for 11 days then analysed[32] using an LCMS screening method.

In the stressed samples following spiking with diisopropylamine and benzyldiisopropylamine NDMA was present at higher levels than NDIPA. NDIPA was detected above the limit of 0.03 ug/g in both stressed samples, but with the NDIPA present at a higher level in the batch spiked with diisopropylamine. This data was generated on a screening method, using limit test standards at 0.03 ug/g, with no additional linearity performed.

It has not yet been possible to measure the actual level of diisopropylamine or benzyldiisopropylamine that was present in the spiked samples due to Covid-19 restrictions.

When the results from both amine spiking results are compared, it indicates that the pathway in **Figure 21** where the nitrosating agent reacts with a free secondary amine is more likely than the initial nitrosation of the tertiary amine.

[32] EXP197602

## 9.3 Potential Mechanisms resulting in loss of a nitrosating species

The presence of the urea (AH18937AA) as a trace impurity, strongly correlated to the level of NDMA formed in batches of drug substance, along with trace levels of the unsaturated aldehyde indicated that fragmentation of the nitroalkene group was occurring. So it was plausible that this could release a nitrosating species capable of reacting with dimethylamine to form NDMA.




**Figure 25 Potential degradation products from nitroalkene group observed**

One potential mechanism which would generate nitrous acid and the unsaturated aldehyde is a Nef type reaction[33]. The products from this pathway are hyponitrous acid which could then be oxidised to nitrous acid, and the unsaturated aldehyde. This could in turn be reactive with water, then forming the urea AH18937AA, after loss of carbon monoxide.

[33] Noland, WE, Chem Rev 1955, 55, 1, p137-155




**Figure 26** Proposed Nef reaction pathway




**Figure 27** Proposed conversion of Unsaturated aldehyde to Urea

[APG]

A second pathway that was proposed could produce the urea impurity directly without the intermediate unsaturated aldehyde, along with nitromethane via a retro Henry reaction[34]. There are literature references which describe conditions under which nitromethane acts as a nitrosating agent. [35] While normally requiring a catalyst, the rate of NDMA formation from ranitidine is very slow so could potentially proceed at this rate in the absence of the catalyst.




**Figure 28** Retro Henry Mechanism

[34] Luzzio, FA, Tetrahedron 57 (2001) 915-945
[35] Chem Comm, 2015, 51, 11638

[APG]

A third mechanism proposed could involve the rearrangement of the nitro group to a nitrite group, which could then provide the nitrosation source. This is a thermal reaction requiring elevated temperatures but could potentially occur at the trace levels that result in the µg/g levels of NDMA formed at ambient temperature.




**Figure 29** Rearrangement of nitro to nitrite group

None of the mechanisms proposed in section 9.1 and 9.3 require the involvement of external agents, such as trace impurities or catalysts. Other than ranitidine itself, only the presence of water, oxygen and a proton source, which would all present, are required.

## 9.4 Use of $^{18}O$ water in the final isolation process

As some of the trace impurities reported to be present in drug substance batches in section 8 contain additional oxygen atoms, understanding the origin of these atoms could provide more understanding regarding the reaction mechanisms. The oxygen atoms of interest are shown below highlighted in red.

| Impurity |
|---|
|  **Urea AH18937AA** |
|  **Unsaturated Aldehyde** |
|  **Alcohol AH22756X** |

[APG]




**Aldehyde**

**Figure 30** Highlighted oxygen atoms in impurity structures

A potential source for these oxygen atoms based on the mechanisms in **Figures 26 and 27** was from residual water which is always present in trace amounts in drug substance, and it was also observed that increased humidity is linked to elevation in the amount of NDMA present. To study this, ranitidine hydrochloride was recrystallised from a mixture of isopropanol and $^{18}O$ water (Ref N75283-9-3) to generate material where residual water would contain the labelled oxygen.

This material was stressed at 60°C for 10 days, in sealed vials (N75283-9-5) and also in in the presence of $^{18}O$ water (N75283-9-7). These samples were then analysed by LC/MSMS using similar methodology to that reported in section 8, to determine if trace impurities consistent with incorporation of $^{18}O$ were present. There was no evidence for the presence of analogues of any of the structures listed above with an increase of 2 for the molecular weight[36]. It was therefore concluded that the origin of the incorporated oxygen atoms in these structures was not extraneous water present in the drug substance.

An alternative mechanism was proposed considering this result where the oxygen atom in the urea is derived from one of the two present in the nitro group **(Figure 31)**. This mechanism is postulated to go via the 2-oxo-1,2-oxazetidin-2-ium ion intermediate which is then attacked by dimethylamine, then breaks down by transferring the oxygen atom from nitrogen to carbon. NDMA is then formed following a retro Henry reaction pathway. There is no evidence that this pathway is occurring and it would require the incorporation of $^{18}O$ labelled nitromethane (which is not readily available) into the synthesis of ranitidine in order to study in more detail.

---

[36] EXP197791




**Figure 31** Alternative mechanism for urea formation

[APG]

## 9.5 Spiking with $^{15}N$ Nitromethane

To study the proposed retro Henry mechanism in **Figure 26,** $^{15}N$ nitromethane was spiked into a preparation of ranitidine hydrochloride. The batch was prepared using the Jurong crystallisation process and 1wt of $^{15}N$ nitromethane was added wrt to the ranitidine base (Ref N75283-12-6). The batch was then stressed at 60°C for 19 days. NDMA testing was carried out on samples taken at 7 days (Ref N75283-12-8).and at 19 days (Ref N75283-12-7). In both samples, both NDMA and the $^{15}N$ +1 isotopologue were detected although with the method used, amounts could not be quantified. This was an indication that the suggested mechanism could be the route by which NDMA was forming, by reaction with dimethylamine generated from ranitidine, meaning nitromethane released was acting as the nitrosation source. However, this result is not conclusive proof because it was also possible that the addition of nitromethane to ranitidine caused the alternative reaction pathway to occur and it would not be possible in unspiked material.

## 9.6 Impact of Isolation pH

One of the factors identified which could impact NDMA formation was pH. It was noted that the pH at which the ranitidine hydrochloride was controlled to at the point of isolation was not consistent for different suppliers.

**Table 32** Isolation pH used for each supplier

| Supplier | Isolation pH |
|---|---|
| GSK Jurong | 4.2-4.9 |
| Dr Reddy's | 4.5-6.0 |
| Saraca | 4.5-6.5 |
| SMS | Not available |

In order to determine whether this was a critical parameter with respect to NDMA formation, a series of ranitidine hydrochloride isolations were carried out at a range different pH values. The GSK Jurong process was used but the charge of concentrated hydrochloric acid varied. The products were then subjected to heating at 60°C for 7 days and the NDMA content determined.

**Table 33** NDMA content after heating at 60°C with varying isolation pH

| pH | 3.2 | | 3.9 | | 5.1 | | 5.4[1] | |
|---|---|---|---|---|---|---|---|---|
| | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) |
| t=0 | 2-3 | NGT 0.17 | 2-1 | 0.28 | 2-2 | NGT 0.17 | 2-10 | NGT 0.17 |
| 3 days | 2-6 | 130* | 2-4 | 1.2 | 2-5 | 0.26 | 2-11 | 0.35 |
| 7 days | 2-9 | 54* | 2-7 | 0.83 | 2-8 | 0.49 | 2-12 | 1.1 |

1. 0.95 eqv HCl added
2. Overall experiment ELB reference is N75283-2

*Level above the upper quantitation limit of 33.3µg/g

The result that stood out was the poor stability of the material isolated at pH 3.2, compared to the material isolated at the three higher pH values, which showed good stability. It should be

[APG]

noted that pH 3.2 is well below the value used by any of the suppliers so represented atypical processing conditions. While this might have indicated that pH was a mechanistic factor to consider, a more likely explanation for the poor stability was that this crystallisation proceeded via an oil phase and the material was very slow to crystallise out, while the other reactions crystallised in a typical manner. The pH 3.2 material also underwent more general chemical degradation after 7 days heating at 60°C, with the total impurity content increasing by 3%. This information further strengthened the link between the crystallisation conditions and stability.

The pH of the Saraca batch RH/08 20191283 was measured before and after recrystallisation and both samples returned the same value of pH 5.2, yet exhibited differing rates of NDMA formation at 60°C[37]. The pH was determined for a solution of 0.5g of each batch in 10ml of deionised water at 20°C. This provided further evidence that pH may not be a critical factor related to NDMA formation.

## 9.7 Ranitidine Free Base studies

The main focus of the root cause investigation was ranitidine hydrochloride, as the active drug substance, but a number of parallel studies were conducted using the ranitidine free base to determine if this could provide additional insights into the mechanism of NDMA formation.

### 9.7.1 Ranitidine Free Base Stability

The stability of free base at 60°C was determined on a range of different samples.

**Table 34** Stability Trials with Ranitidine Free Base at 60°C

| Ranitidine Base Purified by Chromatography[1] | T=0 | 3 days | 7 days |
|---|---|---|---|
| Reference | N75283-1-3 | N75283-1-5 | N75283-6 |
| NDMA (µg/g) | Not detected | 17 | 45* |

1 Ex Saraca Batch RH/08 20191283

| Saraca Ranitidine Base RB/09 20190071 | T=0 | 2 days | 6 days | 13 days |
|---|---|---|---|---|
| Reference | N74638-12-1 | N74638-12-2 | N74638-12-3 | N74638-12-4 |
| NDMA (µg/g) | 0.41 | 1.3 | 9.4 | 130* |

| Saraca Ranitidine Base R13(B)/PB-I/VB 1901 | T=0 | 3 days | 7 days |
|---|---|---|---|
| Reference | N75344-3-4 | N75344-2-1 | N75344-2-7 |
| NDMA (µg/g) | NGT 0.17 | 2.9 | 9.3 |

*Level above the upper quantitation limit of 33.3µg/g

[37] Thermofisher report DRTD20-001

[APG]

These results demonstrated that the free base was generating NDMA at a similar or even faster rate than the hydrochloride salt. The highest levels observed had only been seen previously for batches that had crystallised in the laboratory via an oil phase.

### 9.7.2 Impurity Profile of degraded free base

Trace impurity analysis was conducted on a degraded free base sample using the same LC/MS screening method described in Section 8[38]. **Table 35** lists the responses for the molecular weights for the urea, AH18937AA, the alcohol, AH22756X and its corresponding aldehyde. Results for the degraded Grade 3 batch are shown for comparison.

**Table 35** LC/MS responses for stressed ranitidine free base vs Grade 3 batch

| Sample | NDMA (µg/g) | Urea response | Alcohol response | Aldehyde response |
|---|---|---|---|---|
| Free base RB/09 20190071 t=0 | 0.41 | 674 | 3073 | 10968 |
| RB/09 20190071 6 days @60°C | 9.4 | 6940 | 7246 | 34792 |
| Grade 3 RI4/PB-I/VB 1901 t=0 | Not detected | 0 | 1973 | 1019 |
| RI4/PB-I/VB 1901 7 days @60°C | 0.28 | 348 | 2238 | 1139 |

While these responses do not provide any quantification for these impurities, for the urea, they are well correlated to the NDMA content of the samples. However, the alcohol and aldehyde responses are not. The levels for the stressed free base are higher than observed for any sample of the hydrochloride salt tested, either as is or stressed, and in the case of the aldehyde, significantly higher. There are several mechanistic insights based on these results:

- Formation of urea impurity probably occurs by the same pathway in free base and salt
- Protonation of tertiary amine or acid catalysis is not critical to NDMA formation
- Alcohol and Aldehyde are trace level impurities in the freshly prepared free base and salt batches and are not degradants forming only when ranitidine is thermally stressed.
- This suggests that some background degradation of the tertiary amine always occurs but at a faster rate in the free base

An alternative mechanism for formation aldehyde and dimethylamine in the free base could be via a Polonovski reaction[39] whereby the N-oxide undergoes rearrangement.




[38] EXP196471

[39] Grierson, D. Org. React. 1990, 39, 85

[APG]

**Figure 32** Outline of Polonovski rearrangement generating aldehyde and dimethylamine

### 9.7.3 Nitrite and Nitrate Content of Free Base

**Table 36** Trace level nitrite and nitrate analysis of ranitidine free base[40].

| Sample Description | Reference | Nitrate %w/w | Nitrite %w/w | NDMA (µg/g) |
|---|---|---|---|---|
| Saraca free base, RI3(B)/PB-I/VB 1901 | N75344-3-4 | 0.000 | 0.003 | NGT 0.17 |
| Saraca free base, RI3(B)/PB-I/VB 1901 – 7 days @60°C | N75344-2-7 | 0.000 | 0.023 | 9.3 |
| Saraca free base, RB/09 2019 0071 | N75344-6-1 | 0.000 | 0.002 | 0.42 |
| Saraca free base, RB/09 2019 0071 – 6 days @60°C | N74638-12-4 | 0.000 | 0.083 | 130* |

*Level above the upper quantitation limit of 33.3µg/g

This showed that there was an increase in the nitrite content, which was not observed for the hydrochloride salt. The increase was greatest for the free base sample which generated the largest amount of NDMA. These results differ from the observations for ranitidine hydrochloride batches (section 5.5.3) where nitrite levels did not increase for stressed samples. This may reflect the greater instability of the free base and that the reactive pathway that results in fragmentation of the nitro alkene occurs more readily.

## 9.8 Section Conclusion

Degradation occurs independently in two parts of the ranitidine molecule, with the products of this degradation combining to produce NDMA.

Degradation of the dimethylamino group, most likely through fragmentation to release dimethylamine occurs as a trace level baseline process not directly linked to the presence of NDMA. Related impurities formed as a result of this fragmentation are present in variable levels in unstressed and stressed samples and levels are highest in the free base which is generally less stable than the hydrochloride salt.

Degradation of the nitroalkene, forming the urea impurity and releasing a nitrosating agent is correlated with the formation of NDMA. The urea is not detected in fresh or recrystallised batches of drug substance but is observed along with NDMA after thermal stressing. Conflicting evidence means elucidation of the mechanism is not possible at this point. Water is not incorporated into the urea structure but $^{15}N$ labelled nitromethane did result in some formation of

[40] EXP197987, EXP198200



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

$^{15}N$ NDMA in a spiked and stressed sample. However, water (through Relative Humidity dependent degradation experiments) is known to be a factor in NDMA formation. The impact of water could be due to a physical interaction with the solid resulting in a decrease in the stability of the material.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

# 10 Crystallographic Modelling and Solid-State NMR

## 10.1 Crystallographic Modelling

Modelling studies have been completed with the Form II crystal structure[41]. This was based on the published TADZAZ Form II crystal structure. This is comprised of a 1:1 mixture of the E and Z isomers around the nitroalkene double bond.

### 10.1.1 Morphology Modelling



**Figure 33** Overlay of E and Z Structural Isomers

The two structural isomers occupy roughly the same space. The void space within the crystal lattice has been calculated and in the case of both isomers is low (0.9% E isomer, 2.7% Z isomer). This means that for a 'perfect' crystal, there are no spaces large enough for molecules such as water to occupy.

The morphologies for each isomer have also been predicted based on the TADZAZ crystal structure.

[41] N17488-34




**Figure 34** Morphology prediction for E isomer (left) and Z isomer (right)

These predictions are consistent with the columnar morphology that has been observed by SEM on materials that have not crystallised via an oil phase.

### 10.1.2 Sorption Studies

The Sorption utility in Biovia Materials Studio was run. This is a Monte Carlo based approach randomly sampling 1,000,000 locations within the crystal to find loci for water adsorption. The sorption studies found no uptake of water at increased partial pressure. (The calculation was run 3 times, all of which produced no water incorporation.)

The modelling was again carried out using the 'perfect' crystal structure. In practice, ranitidine hydrochloride does adsorb water as illustrated by data presented earlier in this report. This is likely to be due to minor morphological differences such as broken surfaces or cracks which allow water to interact leading to break up of the crystalline material.

### 10.1.3 Molecular Dynamics

The lowest energy configurations where a water molecule could interact with the crystal surface were modelled by running the Adsorption Annealing process in Materials Studio.

The configuration with the lowest energy locus places a water molecule close to the carbon adjacent to the nitro group in the nitroalkene group.




**Figure 35** View of surface of lowest energy locus, showing water 'above' nitroalkene and within 5.08 A of the sp2 carbon

The water molecule is in red and grey – the single green atom to its left is a chloride ion. Given the proposed mechanism in section 9.3 where attack of water at this position was the first step in the Nef reaction pathway, it may be significant that this is the lowest energy interaction site although it is has been demonstrated that water is not incorporated into the trace impurities identified resulting from degradation of the nitroalkene.




**Figure 36** Attack of water in proposed Nef reaction mechanism

[APG]

[APG]

## 10.2 Solid-State NMR

A solid-state NMR study was conducted to study the location of solvent molecules in the crystal lattice. Specifically, whether they could sit within pockets in the lattice or be adsorped on the surface only. This was done by recrystallisation of a Saraca Grade 1 batch using the solvent ratio used in the Grade 1 process (isopropanol rich) (Ref N75283-14-2) but using deuterated solvents (d8 isopropanol and d4 methanol). Similarly, the Saraca Grade 3 batch was recrystallised using the Grade 3 solvent mixture (methanol rich with water added) using the same deuterated solvents and $D_2O$ in place of water (Ref N75283-14-1).

The solid-state NMR spectra were run for these samples [42] It is possible to determine from these whether the solvents are included in the crystal lattice or adsorbed on the surface by assessment the spinning side bands of the solvent peaks. In both cases, the lack of spinning side bands indicated that the solvents were only adsorbed, but the actual amounts of residual isopropanol and methanol were higher for the Grade 1 sample. This is consistent with residual solvent analysis performed on commercial samples of Grade 1 and 3 material.

The lack of solvent inclusion within the lattice is also consistent with the modelling reported which showed that there are no significant void spaces where solvent molecules could sit.

The true density measurements reported in section 7.6.2 also confirmed there were no differences in the crystal packing or void spaces between Grade 1 and 3 samples.

Taking all this information together indicates that there is a difference at the crystal surface between the two Grades of drug substance which means the adsorption of residual solvents can occur more easily for the Grade 1 material.

## 10.3 Section Conclusion

Modelling of the Form II crystal lattice indicated that void spaces are not sufficiently large to enable the inclusion of water and solvent molecules. The solid-state NMR study also showed that solvent inclusion was not occurring for either the Grade1 or Grade 3 batches.

The lowest energy position on the crystal surface where water is predicted to interact is close to the nitroalkene group where reaction with water could be the first step in the mechanism to release a nitrosating source.

The modelling predictions assume a ‘perfect’ crystal structure and minor morphological differences (e.g. cracks in the surface of the particles) could increase the interaction of water with the solid. The difference in solvent adsorption, combined with the GVS data provided above, indicates subtle but contrasting surface properties between the two grades of drug substance.

---

[42] EXP199059

[APG]

# 11 Preparation and Stability of Isotopically Labelled Drug Substance

The most definitive way to confirm that the elements of NDMA could be released by degradation from within the ranitidine molecule was considered to be manufacture of a suitable labelled version. The communications from the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) as part of the Article 31 referral also indicated that this approach should be considered by marketing application holders.

The approach taken by GSK was to prepare ranitidine labelled in both the dimethylamino function and the nitro group as the two contributing parts of NDMA. For the dimethylamino group, use of $D_6$ dimethylamine was chosen as the starting point, and for the nitro group, $^{15}N$ nitromethane, as these were readily available stable labelled building blocks. The NDMA generated would be the +7 isotopologue which was thought to be easier to resolve analytically from the unlabelled NDMA due to the larger difference in molecular weight than would be possible if $^{15}N$ dimethylamine had been used. The proposed strategy is summarised in **Figure 36**.




**Figure 37** Proposed strategy for isotopically labelled study

The manufacture of the labelled material proceeded smoothly and is summarised in **Figures 38 and 39.** After the labelled batch was prepared, a further recrystallisation was conducted using a 1:1 mixture of labelled and unlabelled material. The purpose of this was to study whether the mechanism of NDMA formation could be via an inter or intramolecular process – it would be possible to confirm the intermolecular process if isotopologues of NDMA could be detected after stressing with components from a combination of labelled and unlabelled precursors (e.g. +6 and +1 NDMA).

[APG]

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Figure 38 Preparation of +7 IG ranitidine HCl salt**




**Figure 39 Purification of +7 ranitidine HCl salt and preparation of blended batch**

[APG]

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order





## 11.1 Stress Testing of samples

Stress testing at 60°C was conducted on the sample of ranitidine free base, the labelled batch and the 1:1 blended batch. The LCMS results are shown in **Table 37**. As standards were not available for all the different isotopologues of NDMA, results are not quantitative so expressed by the strength of the signal observed and whether the peak was present or not.

The expectations from this testing were that only the +7 isotopologue would be formed after stressing the unblended batch but potentially all four isotopologues (+7, +6. +1 and +0) could be present after stressing the blended batch.

**Table 37** NDMA results following stress testing of isotopically labelled ranitidine[43]

| Ranitidine Free Base | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N75493-19-1 | 0 | Weak signal | ND | ND | ND |
| N75493-19-2 | 8 | Strong signal | ND | ND | ND |

| Ranitidine Hydrochloride Unblended | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N74638-29-1 | 0 | ND | ND | ND | ND |
| N74638-31-1-1 | 7 | Strong signal | ND | ND | ND |
| N74638-31-1-2 | 25 | Strong signal | ND | ND | ND |

| Ranitidine Hydrochloride Blended | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N74638-30-1 | 0 | ND | ND | ND | ND |
| N74638-31-2-1 | 7 | Weak signal | ND | Weak signal | ND |
| N74638-31-2-2 | 25 | Present | Present | Present | Present |

Each isotopologue had a different response according to the method used

## 11.2 Section Conclusion

The results from the stress testing of the ranitidine free base and unblended hydrochloride labelled batches, where only the +7 isotopologue of NDMA was observed to form after stress testing provided conclusive evidence that formation was occurring via an internal degradation mechanism. The absence of other isotopologues means that there are no external sources of either the dimethylamino or nitroso groups.

[43] EXP198825, EXP198951, EXP199408




**Figure 40** Degradation of ranitidine to form NDMA

The faster rate of degradation occurring in the free base compared to the hydrochloride salt had been observed previously for non-labelled batches.

The result from the stress testing of the 1:1 blend of labelled and unlabelled batches provided conclusive evidence that an intermolecular reaction to form NDMA had occurred. This meant that the dimethylamino and nitroso groups originate from different ranitidine molecules. This was evident because all four possible isotopologues of NDMA were observed in the stressed batch after 25 days. If the reaction had proceeded via an intramolecular pathway, only the +7 and unlabelled NDMA would be formed.

It was observed that for the +7 NDMA, the response for the unblended sample after 25 days was approximately 4 times that of the same peak in the blended sample. This is an indication that the 4 different isotopologues were forming in equal amounts, which is what would be expected for the intermolecular reaction.




**Figure 41** Products from Inter and Intramolecular pathways to form NDMA

There is other evidence that the intramolecular pathway is not likely:-

- The crystal structure shows that the dimethylamino and nitro groups within the same molecule are not in close proximity.
- These groups are in closer proximity in adjacent molecules within the crystal structure.

[APG]

- No trace level impurities were identified where degradation had occurred at both ends of the same molecule. Structures identified either had the dimethylamino or nitroalkene groups intact.

# 12 Drug Product Stability

All the evidence from the root cause investigation concludes that NDMA is a degradant of the drug substance.

No accelerated stability studies have yet to be conducted for any of the ranitidine drug product formulations. An accelerated stability monitoring study using two batches of ranitidine tablets (150mg and 300mg strengths) is in progress. This will determine the rate of increase of NDMA in tablets as temperature and humidity are increased. As the drug substance remains in the solid state in the tablet product, an increase in NDMA would not be unexpected. The statistical analysis described in Section 1 indicated that in the majority of examples where the drug product and drug substance NDMA content have been measured within the same period, the amount in the drug product is lower (**Table 3**).

## 12.1 Tablet Stability

To understand the stability of ranitidine tablets with respect to NDMA formation, an accelerated stability monitoring (ASM) study was conducted in a similar manner to those reported for drug substance (**Table 14**). Two batches of tablets (detailed in **Table 38**) taken from retained samples were selected from batches that had been previously tested.

**Table 38 Details of Input tablet batches used for ASM study**

| Batch | Strength | API Source and Batch Number | API NDMA content (µg/g) | Tablet NDMA content[1] (µg/g) | |
|---|---|---|---|---|---|
| | | | | Article 31 test result | Day 0 Study result |
| FA8E | 150mg | GSK Jurong<br>381226<br>381227<br>381229 | <br>0.14<br>0.18<br>0.22 | 0.24 | 0.31 |
| WM9K | 300mg | Saraca Grade 1 RH/01 2019 0051 | 0.32 | 0.32 | 0.38 |

1. Batches were tested on two occasions, for Article 31 data generation and again at the study starting point

The results for the study are presented in **Table 39**. In total, the study was run for 28 days, with samples taken every 7 days, and six different storage conditions were used. As for the drug substance study, the tablets were stored in open vials directly exposed to the atmosphere of the stability chamber.

[APG]

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 39 Ranitidine Tablet ASM Study Results**

| Batch | Temperature (°C) | Relative Humidity (%) | NDMA Content[1,2] (µg/g) | | | | | Integrity of Tablet (7, 14 and 21 day timepoint) |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 7 | 14 | 21 | 28 | |
| FA8E 150mg GSK Jurong | 50 | 30 | 0.31 | 0.15 | 0.21 | 0.34 | 0.44 | Intact |
| | 50 | 65 | 0.31 | 57.6 | 178.2 | 130.3 | 128.8 | Film coat lost |
| | 60 | 30 | 0.31 | 0.39 | 1.3 | 3.9 | 10.4 | Intact |
| | 60 | 65 | 0.31 | 198.5 | 159.2 | 156.4 | 83.8 | Film coat lost |
| | 70 | 25 | 0.31 | 8.7 | 31.4 | 65.0 | 278.2 | Intact |
| | 70 | 50 | 0.31 | 283.2 | 263.6 | 140.0 | 95.7 | Film coat lost |
| | | | | | | | | |
| WM9K 300mg Saraca Grade 1 | 50 | 30 | 0.38 | 0.48 | 0.80 | 1.4 | 2.48 | Intact |
| | 50 | 65 | 0.38 | 191.4 | 157.4 | 136.7 | 55.9 | Film coat lost |
| | 60 | 30 | 0.38 | 1.7 | 5.6 | 11.1 | 25.1 | Intact |
| | 60 | 65 | 0.38 | 280.9 | 170.6 | 80.8 | 38.6 | Film coat lost |
| | 70 | 25 | 0.38 | 19.5 | 52.6 | 104.3 | 176.3 | Intact |
| | 70 | 50 | 0.38 | 277.8 | 153.5 | 79.2 | 13.8 | Film coat lost |

1. All results >8.89 µg/g exceed the highest calibration standard of the LC/MS method
2. All results <0.28 µg/g are below the highest calibration standard of the LC/MS method

The observations that can be drawn from the results of this study are as follows:-

- At the higher humidity conditions, the film coat lifted from the tablets exposing the core of the tablet, which underwent degradation to NDMA at a higher rate. The colour of core turned dark brown indicating that significant degradation had occurred similar to observations made from drug substance stored at high temperature and humidity. The fall in NDMA content over time, also observed with drug substance, was noted. Tablet degradation over 4 weeks at 40°C/75% RH in the range of 30-35% area by HPLC has been previously reported[44].

- At the 50°C/30% RH and 60°C/30% RH storage conditions, NDMA levels are lower for the tablet derived from Jurong API than for the tablet derived from Saraca Grade 1 drug substance. This mirrors the trend observed for drug substance stability. The relative rates of increase are plotted in **Figure 42**.




**Figure 42** Relative rates of NDMA formation for tablet batches

- There is evidence, particularly at 60°C/30% RH, the rate of NDMA formation does appear to increase with time, which was also observed for the Saraca Grade 3 drug substance batch stored at 60°C/30% RH.

- At 60°C/30% RH, the rate of increase for the Saraca Grade 1 derived tablet appears slower when compared to the Saraca Grade 1 drug substance used in the previous ASM study. The Day 21 result for the drug substance was 47.1 µg/g compared to 11.1µg/g for the tablet. A direct comparison should not be made as the drug substance batch studied was not the same as that used to manufacture the tablets. However, this does support the observation that in the majority of examples where the drug product and drug substance NDMA content were measured, the level in the drug substance was

[44] A Searle, D Morrin, 2015N264355_00

higher than in the derived tablet batch.

- Although a direct comparison is not possible for GSK Jurong API stored for 21days at 60°C/30% RH with the derived tablet, the Saraca Grade 3 drug substance which possesses the same columnar morphology contained 0.8µg/g under these conditions. The Jurong tablet contained 4.0µg/g at the same storage time point indicating a faster rate of NDMA formation.

- At 70°C/25%RH, there is a more significant formation of NDMA observed for both batches despite the tablets appearing to remain externally intact. Although data for drug substance has not been generated at the same conditions, the same pattern was observed at 80°C/25%RH. but not at 70°C/10% RH. This would suggest that the increased humidity is exerting a significant effect on the degradation to form NDMA.

This study has confirmed that formation of NDMA in the tablet formulation does still occur. As for the drug substance, a combination of elevated temperature and humidity result in increased rates of degradation, particularly when the tablet film coat peels off due to the effect of moisture. Under less harsh storage conditions, the rate of increase in tablets does appear to be lower than for the drug substance which provides an explanation for the lower levels seen in the majority of historical retained samples tested when compared to their input drug substance batches. The impact of the input drug substance morphology on the tablet NDMA stability may not be as strong as observed for the drug substance itself. although it has not been possible to directly compare the stability of Jurong drug substance with the tablet batch studied.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

## 12.2 Solution Stability

For the IV solution product, it might be expected that the degradation to form NDMA would not occur as the evidence from the investigation indicates the degradation occurs in the solid phase. One simple laboratory study was conducted where solutions of drug substance were generated at 10mg/ml and 25mg/ml, then heated at 60°C for 7 days.

**Table 40** Drug Substance solution stability study

| Sample | Comment | NDMA (µg/g) |
|---|---|---|
| N75344-5-2 | Saraca Grade 1, Batch: RI4/PB-I/190764 after 7 day heat stress | 38* |
| N75344-5-3 | Saraca Grade 1, Batch: RI4/PB-I/190764, 9.94 mg/mL aqueous solution, after 7 day heat stress | NGT 0.17 |
| N75344-5-4 | Saraca Grade 1, Batch: RI4/PB-I/190764, 25.45 mg/mL aqueous solution, after 7 day heat stress | 0.55 |
| N75344-5-6 | Saraca Grade 3, Batch: RI4/PB-I/VB 1901 after 7 day heat stress | 2.8 |
| N75344-5-7 | Saraca Grade 3, Batch: RI4/PB-I/VB 1901 9.92 mg/mL aqueous solution, after 7 day heat stress | NGT 0.17 |
| N75344-5-8 | Saraca Grade 3, Batch: RI4/P78B-I/VB 1901 25.4 mg/mL aqueous solution, after 7 day heat stress | 0.34 |

*Level above the upper quantitation limit of 33.3µg/g

[APG]

For the 10mg/ml samples, there was no evidence of NDMA formation – a small increase was however observed for the 25mg/ml samples. It is planned that this experiment should be repeated as the signal to noise ratio for the above analysis was low and the drug substance input batches which were included as a control gave unexpectedly higher results than had been obtained when these batches had been studied previously (Grade 1 batch contained 7.4µg/g and Grade 3 batch 0.28µg/g) after 7 days.

Therefore, it is not possible to state for certain that the solution product would be stable without conducting further studies. It is anticipated that the syrup formulation which is also a solution product, would follow a similar pattern to the IV solution in terms of its NDMA stability.

[APG]

# 13 Root Cause Summary

Taking into account all the information presented in this report, the proposed root cause for the presence of NDMA in ranitidine drug substance is as follows :-

1. NDMA is formed when drug substance batches are stored in the solid-state following manufacture via an internal degradation mechanism which does not require the involvement of extraneous impurities.

   The evidence for this is taken from the outcome of the isotopically labelled ranitidine study where only the +7 isotopologue of NDMA was generated following thermal stressing of the appropriately labelled material.

   In addition, NDMA is not detected in freshly prepared batches of drug substance demonstrating it is not a synthetic impurity that tracks through from an earlier stage in the manufacturing process.

   In the accelerated stability monitoring studies, NDMA levels did not increase further once samples lost their solid form due to deliquescence.

   NDMA levels continue to form over time so there are no apparent limiting reagents (e.g. impurities)

2. The reaction mechanism is an intermolecular pathway whereby the nitroso group and dimethylamino groups combine but are derived from different ranitidine molecules.

   The evidence for this is taken from the outcome of the study where isotopically labelled and unlabelled ranitidine were blended. Stressing of this material produced the +1 and +6 isotopologues of NDMA which can only be formed when the nitroso and dimethylamino groups originate from different input molecules.

3. The limiting step in the reaction pathway to form NDMA is the degradation of the nitroalkene group forming the urea impurity, AH18937AA, which generates a nitrosating source.

   Evidence was the identification of the urea impurity in batches of drug substance with elevated NDMA and a strong correlation between the levels of the two compounds in these batches.

   The stoichiometric ratio between the amounts of NDMA and urea has been determined for several batches to be between 1 and 2.3.

   The precise pathway that generates the nitrosating source and urea impurity has not been definitively determined. The reaction mechanism could proceed via a Nef reaction or a retro Henry reaction pathway.

[APG]

[APG]

4. The most likely source of the dimethylamino group is via elimination of dimethylamine from ranitidine. This appears to be a low-level background degradation pathway not directly correlated to NDMA levels in samples tested. The nitrosating agent released by the degradation of the nitroalkene can react with the eliminated dimethylamine within the crystal lattice.

   Evidence was the identification of several related impurities (alcohol AH22756, and corresponding aldehyde and ethers) which would form as by-products from the elimination of dimethylamine

   These trace impurities are present in variable amounts, including freshly prepared samples that do not contain NDMA indicating that this is an independent trace level degradation pathway.

   Higher levels of these impurities were seen in ranitidine free base before and after thermal stressing compared to the hydrochloride salt.

   NDMA was still formed as the major nitrosamine degradant from batches spiked with diisopropylamine and benzyldiisopropylamine in preference to NDIPA which supports the supposition that the mechanism is internal.

5. Water which is present in trace levels in the drug substance and under storage conditions (as humidity) plays a role in the formation of NDMA.

   The lowest energy site for binding of water on the crystal surface is adjacent to the nitroalkene group, which is the point where water would attack in a Nef reaction and close to the point of attack for the retro Henry reaction, although there is no evidence for incorporation of water into trace impurities formed.

   Results from the ASM studies demonstrated that higher humidity leads to an increased rate of NDMA formation in solid samples.

   $^{15}N$ labelled nitromethane spiked into drug substance resulted in formation of $^{15}N$ NDMA after stress testing, could indicate the retro Henry reaction was occurring

   The role of water may be a physical interaction, such as disruption of the crystal surface which in turn causes a decrease in stability.

[APG]

6. Drug substance exhibiting a columnar morphology generates NDMA at a slower rate than batches exhibiting an irregular morphology. There are also indications the columnar does not retain moisture to the same extent as the irregular material

   Correlation between SEM images of batches and rates of NDMA formation observed in accelerated stability studies.

   Batches with columnar morphology have a higher decomposition temperature as determined by TGA.

   Batches with columnar morphology show very little hysteresis in the desorption phase of GVS analysis

   GSK Jurong material exhibits the columnar morphology and samples which were analysed five years after manufacture contained ≤0.2µg/g NDMA.

7. The irregular morphology results when the crystallisation of drug substance which via an oil phase. The columnar morphology is generated when either the concentration drug substance in the crystallisation mixture is lower or the solvent composition is modified to increase solubility (such as increasing methanol concentration)

   Laboratory imaging studies of the Saraca Grade 1 process indicated that the crystallisation proceeded via formation and subsequent crystallisation of an 'oil' phase, but the Grade 3 process formed columnar particles at the point of nucleation

   The irregular particles have the appearance of material which crystallised from oil droplets.

   The irregular particles contain higher levels of residual solvent and exhibit higher levels of moisture sorption by GVS.

8. The reason for the difference in NDMA formation rates between the batches exhibiting different morphologies is not certain, but could be related to one or more of the following:-

   There are morphological differences in the irregular material (e.g. cracks in the surface) promoting the interaction with water resulting in faster degradation

   The irregular material retains and adsorbs more water when compared to the columnar material resulting in a faster degradation rate.

   Surface properties vary between the columnar and irregular particles as observed with the differences in residual solvent adsorption.

[APG]

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



## 14 APPENDIX 1 – Experimental List and Analysis Completed with References

| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Analytical | 3.1 page 16 | NDMA testing of synthetic intermediates | | Intertek 10649675, 10649680, 10649681, 10649682 |
| Chemistry | 4.1 page 18 | Stability of Saraca drug substance 0000875414 | | Intertek 10649179 |
| Chemistry | 4.2 page 18 | Recrystallisation and stability of Dr Reddy's drug substance AEKH001805 | GSK00060-096 | LGC326556 |
| Chemistry | 4.3 page 19 | Drug substance stability DOE study | GSK00158-51 | N74638-15 EXP195602 |
| Chemistry | 4.4 page 21 | ASM study with Saraca Grade 1 batch RH/09 2019 1305 | 907126 (Ware sample labware number) | LGC326556 EXP192759 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch 113423-136-1 | N74638-11 | N74638-11 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch R14/PB/-I 190764 | N75344-2 | N75344-2 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch R14/PB-I/ VB1901 | N75344-2 | N75344-2 |
| Chemistry | 5.1 page 23 | Stability of SMS drug substance batch RH S 11 19 073 | N74638-17 | N74638-17 |
| Chemistry | 5.1 page 23 | Stability of Jurong drug substance batch 381227 | N75283-3 | N75283-3 |
| Chemistry | 5.1 page 23 | Recrystallisation and stability of Saraca drug substance RH/08 2019 1283 | N74638-13 | N74638-13 |
| Chemistry | 5.1 page 23 | Double recrystallisation and stability of Saraca drug substance RH/08 2019 1283 | N74638-14 | N74638-14 |
| Chemistry | 5.2 page 25 | ASM study with Saraca Grade 3 batch R14/PB-I/ VB1901 | 939244 (Ware sample labware number) | LGC326556 EXP197077 (HPLC) |

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| Analytical | 5.4 page 29 | HPLC impurity profiles for Saraca Grade 1 and Grade 3 batches | | |
| Analytical | 5.5 page 29 | Volatile analysis of drug substance batches by GC o | | EXP197774 |
| Analytical | 5.5 page 30 | ICP analysis of drug substance batches | | |

| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | **Laboratory note book** | **Analytical Data** |
| Analytical | 5.5 page 31 | Nitrite and Nitrate analysis of drug substance batches by IC | | EXP198878 |
| Chemistry | 6.1 page 33 | Oxime and amino alcohol spiking studies – blending and recrystallisation | GSK00089-165 | N74638-16 |
| Chemistry | 6.1 page 33 | Oxime and amino alcohol spiking studies – methanol evaporation | N75344-1 | N75344-1 |
| Chemistry | 6.2 page 34 | NDMA analysis of nitrous acid spiked drug substance | GSK00158-054 | N74638-16 |
| Material Science | 7.1 page 36 | Analysis of drug substance batches by SEM | | WNPI_0510_169 |
| Chemistry | 7.2 page 38 | Laboratory preparation and stability of drug substance using Saraca Grade 1 process | N74638-10 | N74638-10 |
| Chemistry | 7.2 page 38 | Laboratory preparation and stability of drug substance using Saraca Grade 3 process | N74638-8 | N74638-8 |
| Chemistry | 7.3 page 40 | Imaging study of Saraca Grade 1 process | N75283-13 | |
| Chemistry | 7.3 page 41 | Imaging study of Saraca Grade 3 process | N75283-13 | |
| Chemistry | 7.3 page 42 | Solubility of drug substance in IPA/MeOH mixtures | N74638-4 | |
| Chemistry | 7.4 page 43 | Attempted interconversion of Grade 3 and Grade 1 and stability study | N75283-6 | N75283-6 |
| Material Science | 7.5 page 44 | Analysis of drug substance batches by GVS | | WNPI_0477_093<br>WNPI_0495_052 |
| Material Science | 7.5 page 45 | Analysis of drug substance batches by TGA | | WNPI_0482_157 |
| Material Science | 7.5 page 46 | SSA analysis of drug substance batches | | WNPI_0503_001<br>WNPI_0503_007 |

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| Material Science | 7.6 page 47 | Analysis of drug substance batches by DSC | | WNPI_0482_159 |
| Material Science | 7.7 page 48 | Analysis of drug substance batches by helium pycnometry | | EXP198153 |
| Material Science | 7.7 page 49 | Analysis of drug substance batches by Raman spectroscopy | | WNPI_0494_115 |
| Material Science | 7.7 page 49 | Analysis of drug substance batches by FTIR spectroscopy | | WNPI_0494_117 |
| Material Science | 7.7 page 50 | Analysis of drug substance batches by XRPD | | EXP194887 |

| **Functional Area** | **Section in Report** | **Description** | **References** | |
|---|---|---|---|---|
| | | | **Laboratory note book** | **Analytical Data** |
| Analysis | 8.1 page 51 | Identification of trace impurities in drug substance batches by LC/MS | | EXP195545<br>EXP195564<br>EXP196471 |
| Analysis | 8.1 page 56 | Quantification of Urea (AH18937A) in drug substance batches | | EXP198690 |
| Chemistry | 9.2 page 59 | Drug substance spiking study with diisopropylamine | N75283-7 | EXP197602 |
| Chemistry | 9.2 page 60 | Drug substance spiking study with benzyldiisopropylamine | N75283-8 | EXP197602 |
| Chemistry | 9.4 page 63 | $^{18}O$ water incorporation study | N75283-9 | EXP197791 |
| Chemistry | 9.5 page 65 | $^{15}N$ nitromethane spiking study | N75283-12 | EXP199408 |
| Chemistry | 9.6 page 66 | Variation of drug substance isolation pH and impact on NDMA formation | N75283-2 | N75283-2 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base purified by chromatography | N75283-1 | N75283-1 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base ex Saraca RB/09 20190071 | N74638-12 | N74638-12 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base ex Saraca R13(B)/PB-I/VB 1901 | N75344-3 | N75344-3 |
| Analytical | 9.7 page 68 | Identification of trace impurities in ranitidine free base batches by LC/MS | | EXP196471 |



GSKZAN0000052124

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| Analytical | 9.7 page 69 | Nitrite and Nitrate analysis of ranitidine free base batches by IC | | EXP197987<br>EXP198200 |
| Crystallography | 10.1 page 70 | Morphology modelling, sorption studies and molecular dynamics | N17488-34 | |
| Analytical | 10.2 page 73 | Solid State NMR study of Saraca Grade 1 and 3 lab batches to determine location of residual solvents | N75283-14 | EXP199059 |



GSKZAN0000052125

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Chemistry | 11.1 page 75 | Preparation of Intermediate Grade +7 labelled drug substance using $D_6$ dimethylamine and $^{15}N$ nitromethane | N75493-15<br>N75493-16<br>N75493-17<br>N75494-18<br>N74638-22<br>N74638-23<br>N74638-24 | |
| Chemistry | 11.1 page 76 | Purification of +7 labelled drug substance | N74638-29 | |
| Chemistry | 11.1 page 76 | Blending of +7 labelled drug substance with unlabelled drug substance | N74638-30 | |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled ranitidine free base | | EXP198825<br>EXP198951<br>EXP199408 |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled drug substance | | |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled drug substance blended with unlabelled drug substance | | |
| Chemistry | 12.1 page 80 | ASM study with tablet batches FA8E and WM9K | 964080 (Ware sample labware number) | LGC326556 |
| Chemistry | 12.2 page 83 | Stability of drug substance aqueous solution | N75344-5 | N75344-5 |



GSKZAN0000052126

# 15 APPENDIX 2 – NDMA Test Method Summaries

The NDMA content of batches of ranitidine drug substance has been determined by several different validated analytical methods. A summary of each method is shown below.

## 15.1 ` LGC Method

The analytical test method used at LGC is a validated LC-MS/MS reversed phase, gradient HPLC method. The method uses an Acquity UPLC system with a Phenomenex Synergi Hydro RP 150 x 2mm, 4 micron column coupled to an Applied Biosystems API400 mass spectrometer and achieved a limit of detection of 0.02 mcg/g and a limit of quantifications of 0.07 mcg/g for ranitidine drug substance. Method reference 2019N423259.

## 15.2 ` Intertek Method

The analytical test method used at Intertek is a validated LC-HMRC reversed phase, gradient HPLC method. The method uses a Thermo Scientific Ultimate 3000 UHPLC system with an Ace C18-AR 50 x 4.6mm, 3 micron column coupled to a Thermo Scientific Q Exactive Plus mass spectrometer and achieved a limit of detection of 0.01 mcg/g and a limit of quantifications of 0.03 mcg/g for ranitidine drug substance. Method reference 2019N423319.

## 15.3 ` GSK Method

The analytical test method used at GSK Stevenage is a validated LC-HMRC reversed phase, gradient HPLC method. The method uses an Agilent 1290/1260 HPLC system with an Ace C18-AR 50 x 4.6mm, 3 micron column coupled to a Thermo Scientific Velos Pro Orbitrap mass spectrometer and achieved a limit of detection of 0.07 mcg/g and a limit of quantifications of 0.17 mcg/g for ranitidine drug substance. Method reference 2019N423468.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# EXHIBIT

# 63

| Supplied From | Product Name | Pharmaceutical Form | Strength | Batch Number Finished Product | Date of Manufacture Product | Expiry Date Finished Product | API maufacturer name | Batch number API | Manufacturer Batch number API | Date of Manufacture API | Date of testing Finished Product | Testing laboratory | API NDMA content (mcg/g Ranitidine) | Product NDMA content (mcg/g Ranitidine) | Product Method LOD (µg/g) | Product Method LOQ (µg/g) | API Result Document Ref | Product Result Document Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223A | Apr-2019 | Jan/2021 | Saraca | 0000875414 | RH/08 2018 1109 | Aug-2018 | 26-Sep-2019<br>07-Oct-2019 | LGC (Fordham, UK) | 0.52<br>0.50 | 0.57<br>0.53 | 0.04 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222X | Jan-2019 | Jan/2021 | Dr Reddys | | AEKH001804 | Feb-2017 | 26-Sep-2019<br>07-Oct-2019 | LGC (Fordham, UK) | 2.3 | 0.41<br>0.33 | 0.04 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | CX7Y | Sep-2018 | Aug/2020 | Dr Reddys | - | AEKH001805 | Mar-2017 | 26-Sep-2019<br>07-Oct-2019 | LGC (Fordham, UK) | 3.4 | 0.31<br>0.24 | 0.04 | 0.12 | | |
| Brazil | Zantac | Film Coated Tablet | 150mg | UK0148 | Aug-2015 | Aug-2020 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | >3.4 (3.6) | 0.01 | 0.03 | | 2020N429092 |
| Brazil | Zantac | Film Coated Tablet | 150mg | UJ0034 | Jul-2015 | Jul-2020 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | >3.4 (3.6) | 0.01 | 0.03 | | 2020N429092 |
| Aspen | Zantac | Syrup | 150mg/10mL | 17K002 | Sep-2017 | Sep-2019 | Dr Reddys | | AEJH008807 | Jul-2016 | 6-Nov-19 | Intertek (Manchester, UK) | 3.6 | <0.68 (0.39) | 0.20 | 0.68 | Line 84 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19G471 | Jul-2019 | Jun-2021 | Saraca | | RH/08 2018 1109<br>RH/05 2019 0682 | Aug-2018<br>May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50<br>0.48 | <0.68 (0.36) | 0.20 | 0.68 | Line 8<br>2020N429095 | 2020N429128 |
| Aspen | Zantac | Syrup | 150mg/10mL | 19G001 | Jul-2019 | Jul-2021 | Saraca | | RH/03 2019 0417 | Mar-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 1.0 | <0.68 (0.34) | 0.20 | 0.68 | Line 87 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 17J346 | Nov-2017 | Oct-2019 | Dr Reddys | | AEJH015884 | | 6-Nov-19 | Intertek (Manchester, UK) | 1.1 | <0.68 (0.31) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18A182 | Jan-2018 | Dec-2019 | Dr Reddys | | AEJH006206<br>AEJH020607<br>AEJH017753 | | 6-Nov-19 | Intertek (Manchester, UK) | 3.7<br>7.5<br>4.3 | <0.68 (0.29) | 0.20 | 0.68 | 2020N429095<br>Line 139<br>2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19C485 | Mar-2019 | Feb-2021 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.68 (0.26) | 0.20 | 0.68 | Line 8 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19H928 | Aug-2019 | | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.68 (0.25) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19H927 | Aug-2019 | | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.68 (0.22) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940319K | Jun-2019 | Jun-2021 | Saraca | 120190158 | RH/01 2019 0158 | Jan-2019 | 19-Nov-19 | LGC (Fordham, UK) | 0.33 | <0.28 (0.27) | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19G475 | Jul-2019 | Jun-2021 | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.20 | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18K867 | Nov-2018 | Oct-2020 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.20 | 0.20 | 0.68 | Line 8 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18H017 | Aug-2018 | Jul-2020 | Dr Reddys | | AEKH009099<br>AEKH005539 | | 6-Nov-19 | Intertek (Manchester, UK) | 1.0<br>0.58 | <0.20 | 0.20 | 0.68 | Line 113<br>Line 105 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18B180 | Feb-2018 | Jan-2020 | Dr Reddys | | AEKH003300<br>AEJH019804 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.22<br>1.8 | <0.20 | 0.20 | 0.68 | Line 124<br>2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18B181 | Feb-2018 | Jan-2020 | Dr Reddys | | AEKH003300<br>AEKH001806<br>AEKH001805 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.22<br>>3.8 (6.7)<br>0.93 | <0.20 | 0.20 | 0.68 | Line 124<br>Line 105<br>Line 124 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18A183 | Jan-2018 | Dec-2019 | Dr Reddys | | AEJH020607<br>AEJH020606<br>AEJH019804 | | 6-Nov-19 | Intertek (Manchester, UK) | 7.5<br>>3.8 (19.4)<br>1.8 | <0.20 | 0.20 | 0.68 | Line 139<br>2019N423376<br>2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18F971 | Jun-2018 | May-2020 | Dr Reddys | | AEKH003301<br>AEKH003302<br>AEKH001805<br>AEKH005539 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.76<br>Not tested<br>0.93<br>0.58 | <0.20 | 0.20 | 0.68 | 2020N429149<br>-<br>Line 124<br>Line 105 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18K919 | Nov-2018 | Oct-2020 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.20 | 0.20 | 0.68 | Line 8 | 2020N429128 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU234 | Nov-2017 | | Saraca | - | RH/10 2017 1349 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (16.1) | 7.6 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU388 | Jan-2018 | | Saraca | - | RH/01 2018 0044 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (12.1) | 6.6 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU235 | Nov-2017 | | Saraca | - | RH/10 2017 1373 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.5) | 6.5 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER477 | Nov-2017 | | Saraca | - | RH/10 2017 1345 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.9) | 6.2 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER561 | Mar-2018 | | Saraca | - | RH/01 2018 0109 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (24.1) | 6.1 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU239 | Nov-2017 | | Saraca | - | RH/10 2017 1374 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.7) | 5.5 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU366 | Jan-2018 | | Saraca | - | RH/01 2018 0041 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (13.0) | 5.0 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU805 | Sep-2018 | | Saraca | - | RH/08 2018 1177 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | Not Tested | 4.9 | 0.01 | 0.03 | N/A | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU836 | Oct-2018 | | Saraca | - | RH/08 2018 1179 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | 7.8 | 4.5 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER499 | Nov-2017 | | Saraca | - | RH/10 2017 1372 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.6) | 4.4 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER536 | Jan-2018 | | Saraca | - | RH/12 2017 1626 | Dec-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (14.5) | 3.9 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER675 | Oct-2018 | | Saraca | - | RH/09 2018 1275 | Sep-2018 | 30-Oct-19 | LGC (Fordham, UK) | 8.7 | 3.8 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV379 | Jun-2019 | | Saraca | - | RH/04 2019 0635 | Apr-2019 | 30-Oct-19 | LGC (Fordham, UK) | 3.9 | 3.7 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV358 | May-2019 | | Saraca | - | RH/04 2019 0632 | Apr-2019 | 30-Oct-19 | LGC (Fordham, UK) | 3.0 | 3.7 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU766 | Aug-2018 | | Saraca | - | RH/07 2018 0992 | Jul-2018 | 30-Oct-19 | LGC (Fordham, UK) | Not Tested | 3.3 | 0.01 | 0.03 | N/A | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER661 | Sep-2018 | | Saraca | - | RH/08 2018 1111 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (10.3) | 3.3 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER516 | Dec-2017 | | Saraca | - | RH/11 2017 1537 | Nov-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (10.9) | 3.2 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER682 | Oct-2018 | | Saraca | - | RH/09 2018 1276 | Sep-2018 | 30-Oct-19 | LGC (Fordham, UK) | 8.4 | 3.2 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N307 | May-2019 | Apr-2021 | SMS LIFE | 1900003462 | RH2860319 | | 14-Nov-19 | LGC (Fordham, UK) | 3.2 | 3.0 | 0.01 | 0.03 | 2020N428989 | 2020N428992 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E378 | Jul-2015 | Feb-2020 | Dr Reddys | 14125157<br>14125011 | AEHH015479<br>AEHH013367 | Sep-2014 | 11/Oct/2019 | LGC (Fordham, UK) | 5.2<br>4.2 | 2.9 | 0.05 | 0.17 | 2019N424104 | |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU761 | Aug-2018 | | Saraca | - | RH/07 2018 0991 | Jul-2018 | 30-Oct-19 | LGC (Fordham, UK) | 7.6 | 2.9 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER691 | Dec-2018 | | Saraca | - | RH/11 2018 1642 | Nov-2018 | 30-Oct-19 | LGC (Fordham, UK) | 4.9 | 2.9 | 0.01 | 0.03 | 2019N424109 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV336 | May-2019 | | Saraca | - | RH/04 2019 0481 | Mar-2019 | 30-Oct-19 | LGC (Fordham, UK) | 2.6 | 2.9 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV414 | Jun-2019 | | Saraca | - | RH/05 2019 0818 | May-2019 | 30-Oct-19 | LGC (Fordham, UK) | 2.3 | 2.8 | 0.01 | 0.03 | 2019N424107 | 2019N424120 |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 18L004 | Oct-2018 | Oct-2020 | Dr Reddys | - | AEKH003299 | Mar-2017 | 15-Oct/2019 | Intertek (Manchester, UK) | 3.4 | 2.7 | 0.20 | 0.68 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 14125172 | Dec-2014 | Dec-2019 | Dr Reddys | 14095036 | AEHH010572 | Jul-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (20.1) | 2.6 | 0.05 | 0.17 | 2019N424104 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5784 | Dec-2017 | Nov-2019 | Saraca | 1700012576 | RH/11 2017 1482 | Nov-2017 | 15-Nov-19 | LGC (Fordham, UK) | >9.9 (11.1) | 2.6 | 0.01 | 0.03 | 2020N428989 | 2020N428994 |
| Brazil | Zantac | Film Coated Tablet | 150mg | TP0252 | Nov-2014 | Nov-2019 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | 2.5 | 0.01 | 0.03 | | 2020N429092 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 14125073 | Oct-2014 | Oct-2019 | Dr Reddys | 14085093 | AEHH008914 | Jun-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (20.2) | 2.4 | 0.05 | 0.17 | 2019N424104 | |

Bernard Olsen, Ph.D.

Exhibit Plaintiff's 12

CB - 05.23.2022.

exhibitsticker.com

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5781 | Dec-2017 | Nov-2019 | Saraca | ~~1700012574~~ | RH/11 2017 1480 | Nov-2017 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 (11.0) | 2.4 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER683 | Dec-2018 | | Saraca | ~~-~~ | RH/11 2018 1641 | Nov-2018 | ~~30-O t 19~~ | ~~LGC F h , UK)~~ | 5.7 | 2.4 | ~~0.01~~ | ~~0.03~~ | ~~2019N424109~~ | ~~2019N424120~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N306 | May-2019 | Apr-2021 | SMS LIFE | ~~1900003462~~ | RH2860319 | | ~~14-N 19~~ | ~~LGC F h , UK)~~ | 3.2 | 2.4 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6355 | Oct-2018 | Sep-2020 | Saraca | ~~1800009423~~ | RH/09 2018 1234 | Sep-2018 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 4.1 | 2.3 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | TM5L | May-2018 | May-2021 | Dr Reddys | ~~-~~ | AEJH019802<br>AEKH001805 | Dec-2016<br>Mar-2017 | ~~30-O t 19~~ | ~~I t t k M h t , UK)~~ | >3.8 (5.3)<br>0.93 | 2.2 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5782 | Dec-2017 | Nov-2019 | Saraca | ~~1700012575~~ | RH/11 2017 1481 | Nov-2017 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 (10.7) | 2.2 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N517 | Aug-2019 | Jul-2021 | SMS LIFE | ~~1900007088~~ | RH6980819 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.67 | 2.2 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N429180~~ |
| Losan | Alquen | Effervescent Tablet | 150mg | 180005250 | Apr-2017 | Apr-2020 | Dr Reddys | ~~-~~ | AEKH000072<br>AEJH008810 | Dec-2016<br>Aug-2016 | ~~17/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 6.7<br>4.2 | 2.1 | ~~0.07~~ | ~~0.22~~ | | |
| Japan | Zantac | Film Coated Tablet | 150mg | X64C | Jun-2018 | Jun-2021 | Dr Reddys | ~~-~~ | AEJH019802<br>AEKH001805 | Dec-2016<br>Mar-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | >3.8 (5.3)<br>0.93 | 2.1 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5783 | Dec-2017 | Nov-2019 | Saraca | ~~1700012575~~ | RH/11 2017 1481 | Nov-2017 | ~~15-N 19~~ | ~~LGC F h , UK)~~ | >9.9 (10.7) | 2.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5786 | Dec-2017 | Nov-2019 | Saraca | ~~1700012704~~ | RH/11 2017 1493 | Nov-2017 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 (10.1) | 2.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6356 | Oct-2018 | Sep-2020 | Saraca | ~~1800009423~~ | RH/09 2018 1234 | Sep-2018 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 4.1 | 2.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6358 | Oct-2018 | Sep-2020 | Saraca | ~~1800009587~~ | RH/09 2018 1263 | Sep-2018 | ~~15-N 19~~ | ~~LGC F h , UK)~~ | 4.4 | 2.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N308 | May-2019 | Apr-2021 | SMS LIFE | ~~1900003463~~ | RH2870319 | | ~~14-N 19~~ | ~~LGC F h , UK)~~ | 3.3 | 2.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Aranda | Zantac | Film Coated Tablet | 300mg | 3D3S | Apr-2018 | Apr-2020 | Saraca | ~~0000728676~~ | RH/01 2018 0153 | Jan-2018 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 3.8 | 1.9 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | U49X | Apr-2018 | Apr-2020 | Saraca | ~~0000728676~~ | RH/01 2018 0153 | Jan-2018 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 3.8 | 1.9 | ~~0.05~~ | ~~0.17~~ | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E194 | Dec-2014 | Nov-2019 | Dr Reddys | ~~14115114~~ | AEHH012192 | Aug-2014 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 8.5 | 1.8 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E374 | Feb-2015 | Feb-2020 | Dr Reddys | ~~14125170~~ | AEHH017551 | Nov-2014 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (20.0) | 1.8 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV461 | Jul-2019 | | Saraca | ~~-~~ | RH/06 2019 0850 | May-2019 | ~~30-Oct-19~~ | ~~LGC (Fordham, UK)~~ | 1.7 | 1.8 | ~~0.01~~ | ~~0.03~~ | ~~2019N424107~~ | ~~2019N424120~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6357 | Oct-2018 | Sep-2020 | Saraca | ~~1800009587~~ | RH/09 2018 1263 | Sep-2018 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 4.4 | 1.8 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6359 | Oct-2018 | Sep-2020 | Saraca | ~~1800009588~~ | RH/09 2018 1264 | Sep-2018 | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 3.8 | 1.6 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| GSKT | Zantac | Film Coated Tablet | 150mg | E216 | Nov-2014 | Nov-2019 | Dr Reddys | ~~14115012~~ | AEHH013935 | | ~~8-N 19~~ | ~~LGC F h , UK)~~ | >9.9 (10.8) | 1.6 | ~~0.01~~ | ~~0.03~~ | ~~2019N424104~~ | ~~2019N424116~~ |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15025012 | Dec-2014 | Nov-2019 | Dr Reddys | ~~14095036~~<br>~~14125106~~ | AEHH010572<br>AEHH016336 | Jul-2014<br>- | ~~8-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 (20.1)<br>1.3 | 1.5 | ~~0.01~~ | ~~0.03~~ | ~~2019N424104~~ | ~~2019N424116~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | SH4B | Nov-2018 | Nov-2021 | Dr Reddys | ~~-~~ | AEJH019803<br>AEKH001805 | Dec-2016<br>Mar-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | >3.8 (5.4)<br>0.93 | 1.4 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N331 | May-2019 | Apr-2021 | SMS LIFE | ~~1900002999~~ | RH2610319 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 1.3 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16065025 | Jul-2016 | Jun-2021 | Dr Reddys | ~~16035045~~ | AEIH011665 | Sep-2015 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 9.4 | 1.2 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17055045 | May-2017 | Apr-2020 | Dr Reddys | ~~17025003~~ | AEJH015886 | Oct-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 6.4 | 1.2 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Aranda | Zantac | Film Coated Tablet | 300mg | GD5T | Jan-2018 | Jan-2021 | Saraca | ~~0000656449~~ | RH/11 2017 1504 | Nov-2017 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.2 | 1.2 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | ED5R | Jan-2018 | Jan-2021 | Saraca | ~~0000656449~~ | RH/11 2017 1504 | Nov-2017 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 2.2 | 1.2 | ~~0.05~~ | ~~0.17~~ | | |
| Losan | Alquen | Effervescent Tablet | 150mg | 180011819 | Jul-2017 | Jul-2020 | Saraca | ~~-~~ | RH/12 2017 1673 | Dec-2017 | ~~17-O t/2019~~ | ~~LGC F h , UK)~~ | 1.9 | 1.2 | ~~0.07~~ | ~~0.22~~ | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E510 | Apr-2017 | Apr-2022 | Dr Reddys | ~~17025003~~ | AEJH015886 | Oct-2016 | ~~01/N /2019~~ | ~~LGC F h , UK)~~ | 6.4 | 1.1 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 726Y | Jan-2018 | N/A | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~8-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 | 1.1 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H69B | Jan-2018 | Jan-2021 | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 | 1.1 | ~~0.04~~ | ~~0.12~~ | ~~Line 2~~ | ~~2020N429030~~ |
| GSKT | Zantac | Film Coated Tablet | 150mg | E407 | Mar-2015 | Feb-2020 | Dr Reddys | ~~15025011~~ | AEHH017949 | | ~~8-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 4.2 | 1.1 | ~~0.01~~ | ~~0.03~~ | ~~2019N424104~~ | ~~2019N424116~~ |
| Aspen | Zantac | Syrup | 150mg/10mL, 300mL | B58118C | Mar-2018 | Mar-2020 | Dr Reddys | ~~-~~ | AEJH006208 | Jun-2016 | ~~15/Oct/2019~~ | ~~Intertek (Manchester, UK)~~ | >3.8 | 1.1 | ~~0.20~~ | ~~0.68~~ | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E524 | May-2017 | May-2022 | Dr Reddys | ~~17035002~~ | AEJH021836 | Dec-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 5.8 | 1.1 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N520 | Aug-2019 | Jul-2021 | Saraca | ~~1900007166~~ | 1141 | | ~~14-N 19~~ | ~~LGC F h , UK)~~ | 0.68 | 1.1 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N521 | Aug-2019 | Jul-2021 | Saraca | ~~1900007166~~ | 1141 | | ~~15-N 19~~ | ~~LGC F h , UK)~~ | 0.68 | 1.1 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Aranda | Zantac | Film Coated Tablet | 300mg | PC4N | Dec-2017 | Dec-2020 | Saraca | ~~0000634653~~ | RH/09 2017 1197 | Sep-2017 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 1.7 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Japan | Zantac | Film Coated Tablet | 150mg | VF2G | Dec-2018 | Dec-2021 | Saraca | ~~-~~ | RH/04 2018 0488 | Apr-2018 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.8 | 1.1 | ~~0.01~~ | ~~0.03~~ | ~~2020N429149~~ | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 6C2D | Feb-2019 | Jan-2022 | Saraca | ~~PL00006977~~ | RH/07 2018 0965 | Jul-2018 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | KY2G | Feb-2019 | Jan-2022 | Saraca | ~~PL00006977~~ | RH/07 2018 0965 | Jul-2018 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | AL5J | Jan-2018 | Jan-2020 | Saraca | ~~0000656449~~ | RH/11 2017 1504 | Nov-2017 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.2 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | 6N8F | Jan-2019 | Jan-2022 | Saraca | ~~PL00006977~~ | RH/07 2018 0965 | Jul-2018 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 180011169 | May-2017 | May-2020 | Saraca | ~~-~~ | RH/12 2017 1673 | Dec-2017 | ~~17/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.9 | 1.1 | ~~0.07~~ | ~~0.22~~ | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180008285 | May-2017 | May-2020 | Saraca | ~~-~~ | RH/12 2017 1673 | Dec-2017 | ~~17-O t/2019~~ | ~~LGC F h , UK)~~ | 1.9 | 1.1 | ~~0.07~~ | ~~0.22~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | F82N | Oct-2016 | Oct-2019 | Dr Reddys | ~~0000382240~~ | AEJH005676 | Jun-2016 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 7.5 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Japan | 25mg/mL, Zantac injection amouple, 2mL | IV solution | 25mg/mL, 2mL | 9P4F | Oct-2017 | Oct-2019 | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | >9.9 | 1.1 | ~~0.03~~ | ~~0.09~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | 479U | Sep-2016 | Sep-2019 | Dr Reddys | ~~0000382240~~ | AEJH005676 | Jun-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 7.5 | 1.1 | ~~0.05~~ | ~~0.17~~ | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A525595 | Oct-2017 | Oct-2020 | Orchev Pharma | | 1700009275 | | ~~19-Nov-19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 1.1 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | UK5U | Dec-2018 | Dec-2021 | Saraca | ~~0520170669~~ | RH/05 2017 0669 | May-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 3.0 | 1.0 | ~~0.01~~ | ~~0.03~~ | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 6H9Y | Jan-2019 | Dec-2021 | Saraca | ~~PL00006977~~ | RH/07 2018 0965 | Jul-2018 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 1.0 | ~~0.05~~ | ~~0.17~~ | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N332 | May-2019 | Apr-2021 | SMS LIFE | ~~1900002999~~ | RH2610319 | | ~~14-N 19~~ | ~~LGC F h , UK)~~ | 1.8 | 1.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Losan | Zantac | Effervescent Tablet | 150mg | 170010387 | Mar-2017 | Mar-2020 | Dr Reddys | | AEJH006207 | | ~~7 20~~ | ~~LGC F h , UK)~~ | 9.7 | 1.0 | ~~0.07~~ | ~~0.22~~ | ~~2020N429168~~ | ~~2020N429170~~ |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | IZBBN | Jun-2019 | Jun-2022 | Orchev Pharma | | 1905000093 | | ~~19-N 19~~ | ~~LGC F h , UK)~~ | 1.3 | 1.0 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A525235 | Aug-2017 | Aug-2020 | Orchev Pharma | | 1700007481 | | ~~19-N 19~~ | ~~I t t k M h t UK)~~ | Not tested | 1.0 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 395J | Oct-2017 | Oct-2020 | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 | 1.0 | ~~0.04~~ | ~~0.12~~ | ~~Line 2~~ | ~~2020N429030~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | VK5G | Nov-2017 | N/A | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~8-Nov-19~~ | ~~LGC (Fordham, UK)~~ | >9.9 | 0.99 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | W42M | Dec-2018 | Dec-2021 | Saraca | ~~-~~ | RH/04 2018 0488 | Apr-2018 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.8 | 0.99 | ~~0.01~~ | ~~0.03~~ | ~~2020N429149~~ | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | RB8P | Oct-2017 | Sep/2019 | Dr Reddys | ~~0000668226~~ | AEJH000916 | Jan-2016 | ~~26/Sep/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 | 0.99 | ~~0.04~~ | ~~0.12~~ | | |
| Japan | Zantac | Film Coated Tablet | 75mg | LN8S | Dec-2016 | Dec-2019 | Dr Reddys | ~~-~~ | AEJH005677<br>AEJH004729 | Jun-2016<br>May-2016 | ~~30-O t 19~~ | ~~I t t k M h t , UK)~~ | 2.8<br>1.5 | 0.98 | ~~0.01~~ | ~~0.03~~ | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 5V9J | Nov-2018 | Oct-2021 | Saraca | ~~0000793303~~ | RH/05 2018 0641 | May-2018 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 1.2 | 0.98 | ~~0.05~~ | ~~0.17~~ | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 7Y9X | Aug-2018 | Aug-2021 | Saraca | ~~-~~ | RH/04 2018 0488 | Apr-2018 | ~~30-O t 19~~ | ~~I t t k M h t , UK)~~ | 1.8 | 0.96 | ~~0.01~~ | ~~0.03~~ | ~~2020N429149~~ | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N522 | Aug-2019 | Jul-2021 | Saraca | ~~1900007167~~ | 1142 | | ~~15-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.58 | 0.96 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428994~~ |
| Japan | Zantac | Film Coated Tablet | 75mg | 9B2V | Aug-2018 | Aug-2021 | Saraca | ~~-~~ | RH/04 2018 0488 | Apr-2018 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.8 | 0.95 | ~~0.01~~ | ~~0.03~~ | ~~2020N429149~~ | |
| Aranda | Zantac | Film Coated Tablet | 75mg | LX6B | Aug-2018 | Jul-2021 | Saraca | ~~0000728676~~<br>~~0000728677~~<br>~~0000748011~~<br>~~0000748065~~<br>~~0000748066~~<br>~~0000772172~~<br>~~0000793306~~ | RH/12 2017 1661<br>RH/01 2018 0153<br>RH/01 2018 0154<br>RH/03 2018 0366<br>RH/03 2018 0367<br>RH/03 2018 0368<br>RH/04 2018 0487<br>RH/05 2018 0642 | Dec-2017<br>Jan-2018<br>Jan-2018<br>Mar-2018<br>Mar-2018<br>Mar-2018<br>Apr-2018<br>May-2018 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 1.9<br>3.8<br>6.0<br>3.0<br>2.9<br>3.0<br>2.1<br>1.1 | 0.94 | ~~0.05~~ | ~~0.17~~ | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 9R6P | Aug-2018 | Aug-2021 | Saraca | ~~-~~ | RH/04 2018 0488 | Apr-2018 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.8 | 0.94 | ~~0.01~~ | ~~0.03~~ | ~~2020N429149~~ | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aranda | Zantac | Film Coated Tablet | 300mg | L38L | Jan-2018 | Jan-2021 | Saraca | 0000605431<br>0000634652<br>0000634653<br>0000656449<br>0000656450<br>0000682376 | RH/08 2017 1056<br>RH/09 2017 1197<br>RH/11 2017 1504<br>RH/11 2017 1505<br>RH/12 2017 1661 | Aug-2017<br>Sep-2017<br>Nov-2017<br>Nov-2017<br>Dec-2017 | 11-Oct/2019 | LGC (Fordham, UK) | 1.5<br>1.7<br>2.2<br>2.2<br>1.9 | 0.93 | 0.05 | 0.17 | | |
| GSKT | Zantac | Film Coated Tablet | 300mg | E489 | Nov-2016 | Oct-2019 | Dr Reddys | 16075069 | AEJH003355 | | 8-Nov-19 | LGC (Fordham, UK) | 5.3 | 0.93 | 0.01 | 0.03 | 2019N424104 | 2019N424116 |
| Losan | Zantac | Effervescent Tablet | 150mg | 180016427 | Nov-2018 | Nov-2021 | Saraca | 18002167 | RH/03 2018 0367 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 2.9 | 0.92 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | LW9F | May-2017 | May-2020 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 19-Nov-19 | LGC (Fordham, UK) | >9.9 | 0.90 | 0.04 | 0.12 | Line 2 | 2020N429030 |
| Losan | Ranidil | Effervescent Tablet | 300mg | 170005802 | Dec-2016 | Dec-2019 | Dr Reddys | 16003930 | AEJH000918 | Jan-2016 | 17-Oct-19 | LGC (Fordham, UK) | 1.1 | 0.89 | 0.07 | 0.22 | 2019N421891v1.0 | |
| Japan | Zantac | Film Coated Tablet | 75mg | 944R | Feb-2019 | Feb-2022 | Saraca | 0520170669<br>- | RH/05 2017 0669<br>RH/04 2018 0488 | May-2017<br>Apr-2018 | 30-Oct-19 | Intertek (Manchester, UK) | 3.0<br>1.8 | 0.89 | 0.01 | 0.03 | 2019N423376<br>2020N429149 | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A525655 | Oct-2017 | Oct-2020 | Orchev Pharma | | 1700009282 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.89 | 0.01 | 0.03 | | 2019N425926 |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004014 | Feb-2017 | Feb-2020 | Saraca | - | RH/10 2017 1367 | Oct-2017 | 17-Oct/2019 | LGC (Fordham, UK) | 1.4 | 0.87 | 0.07 | 0.22 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 170004912 | Feb-2017 | Feb-2020 | Dr Reddys | - | AEJH000919 | Feb-2016 | 17/Oct/2019 | LGC (Fordham, UK) | 2.6 | 0.86 | 0.07 | 0.22 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E281 | Jan-2015 | Jan-2020 | Dr Reddys | 14125107 | AEHH016508 | Oct-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (10.6) | 0.85 | 0.05 | 0.17 | 2019N424104 | |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | R86D | May-2017 | May-2020 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 19-Nov-19 | LGC (Fordham, UK) | >9.9 | 0.84 | 0.04 | 0.12 | Line 2 | 2020N429030 |
| Losan | Ranitidin Biogaran | Effervescent Tablet | 300mg | 180012579 | Aug-2017 | Aug-2020 | Saraca | 18002167 | RH/03 2018 0367 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 2.9 | 0.82 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Aranda | Zantac | Film Coated Tablet | 300mg | 7T6R | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.82 | 0.05 | 0.17 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | E34U | Sep-2016 | Sep-2019 | Dr Reddys | - | AEJH003430 | Apr-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.9 | 0.81 | 0.01 | 0.03 | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A9L | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11-Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.81 | 0.05 | 0.17 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940125K | Jun-2019 | Jun-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.81 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A9K | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.80 | 0.05 | 0.17 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940135K | Mar-2019 | Mar-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.80 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E279 | Dec-2015 | Dec-2019 | Dr Reddys | 14125107 | AEHH016508 | Oct-2014 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (10.6) | 0.80 | 0.01 | 0.03 | 2019N424104 | 2019N424116 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A9J | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.79 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004449 | Feb-2018 | Feb-2021 | Saraca | - | RH/10 2017 1367 | Oct-2017 | 17/Oct/2019 | LGC (Fordham, UK) | 1.4 | 0.79 | 0.07 | 0.22 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940303K | Jun-2019 | Jun-2021 | Saraca | 120190158<br>1020181477 | RH/01 2019 0158<br>RH/10 2018 1477 | Jan-2019<br>Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 0.33<br>2.0 | 0.79 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Aranda | Zantac | Film Coated Tablet | 150mg | XG8A | May-2018 | | Saraca | 0000748065<br>0000748011 | RH/03 2018 0367<br>RH/03 2018 0366 | Mar-2018<br>Mar-2018 | 1-Nov-19 | LGC (Fordham, UK) | 2.9<br>3.0 | 0.79 | 0.01 | 0.03 | 2019N421620v2.0 | 2019N424118 |
| Saudi Arabia | Zantac | Film Coated Tablet | 75mg | 1940143K | Mar-2019 | Mar-2022 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.78 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940134K | Mar-2019 | Mar-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.78 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Japan | Zantac | Film Coated Tablet | 75mg | 7T7H | May-2017 | May-2020 | Dr Reddys | - | AEJH021835 | Dec-2016 | 30-Oct-19 | Intertek (Manchester, UK) | >3.8 (14.9) | 0.77 | 0.01 | 0.03 | 2019N423376 | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180002808 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-Oct-19 | LGC (Fordham, UK) | 1.4 | 0.76 | 0.07 | 0.22 | 2019N421891v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 150mg | 180007130 | May-2017 | May-2020 | Saraca | 18001037 | RH/12 2017 1662 | Dec-2017 | 23-Oct-19 | LGC (Fordham, UK) | 1.1 | 0.76 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 18A001 | Jan-2018 | Jan-2020 | Dr Reddys | - | AEJH008807 | Jul-2016 | 15-Oct/2019 | Intertek (Manchester, UK) | 3.6 | 0.75 | 0.20 | 0.68 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004089 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-Oct-19 | LGC (Fordham, UK) | 1.4 | 0.75 | 0.07 | 0.22 | 2019N421891v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004091 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-Oct-19 | LGC (Fordham, UK) | 1.4 | 0.75 | 0.07 | 0.22 | 2019N421891v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 150mg | 190011093 | Jun-2018 | Jun-2021 | Saraca | 18003011 | RH/05 2018 0669 | May-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.94 | 0.75 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Aranda | Zantac | Film Coated Tablet | 300mg | 325K | Oct-2017 | Oct-2020 | Saraca | 0000605430 | RH/08 2017 1055 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 0.75 | 0.05 | 0.17 | | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A528767 | Nov-2018 | Nov-2021 | Orchev Pharma | | 1800010504 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.75 | 0.01 | 0.03 | | 2019N425926 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E520 | May-2017 | Apr-2022 | Dr Reddys | 17035001 | AEJH019804 | Dec-2016 | 11/Oct/2019 | LGC (Fordham, UK) | 3.5 | 0.74 | 0.05 | 0.17 | 2019N424104 | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190008774 | Jun-2019 | | Saraca | 18003011 | RH/05 2018 0669 | May-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.94 | 0.74 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Aranda | Zantac | Film Coated Tablet | 75mg | MM6E | Aug-2018 | Jul-2021 | Saraca | 0000793303 | RH/05 2018 0641 | May-2018 | 11-Oct/2019 | LGC (Fordham, UK) | 1.2 | 0.73 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190008772 | May-2018 | May-2021 | Saraca | 18003011 | RH/05 2018 0669 | May-2018 | 8-Nov-19 | LGC (Fordham, UK) | 0.94 | 0.73 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N424112 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E507 | Feb-2017 | Jan-2020 | Dr Reddys | 16085009<br>17025003 | AEJH004359<br>AEJH015886 | May-2016<br>Oct-2016 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (16.2)<br>6.4 | 0.73 | 0.01 | 0.03 | 2019N424104 | 2019N424116 |
| Japan | Zantac | Film Coated Tablet | 75mg | EG2J-A | Sep-2016 | Sep-2019 | Dr Reddys | - | AEJH003430 | Apr-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.9 | 0.73 | 0.01 | 0.03 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | P22C | Jan-2017 | Jan-2020 | Dr Reddys | - | AEJH004728<br>AEJH005677 | May-2016<br>Jun-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.0<br>2.8 | 0.71 | 0.01 | 0.03 | | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A523969 | Mar-2017 | Mar-2020 | Orchev Pharma | | 1700000902 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.71 | 0.01 | 0.03 | | 2019N425926 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 2S7U | Oct-2017 | Oct-2020 | Saraca | 0000605429 | RH/08 2017 1054 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 0.70 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 170004999 | Feb-2017 | Feb-2020 | Dr Reddys | 16003931 | AEJH000919 | Feb-2016 | 23-Oct-19 | LGC (Fordham, UK) | 2.6 | 0.70 | 0.07 | 0.22 | 2019N421891v1.0 | 2019N422808 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N309 | May-2019 | Apr-2021 | Saraca | 1900003552 | 0420190532 | | 14-Nov-19 | LGC (Fordham, UK) | 0.79 | 0.69 | 0.01 | 0.03 | 2020N428989 | 2020N428992 |
| Aranda | Zantac | Film Coated Tablet | 75mg | M36S | Aug-2018 | Jul-2021 | Saraca | 0000793306 | RH/05 2018 0642 | May-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.1 | 0.68 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | HG5M | Jan-2019 | Dec-2021 | Saraca | PL00006977<br>PL00009696<br>PL00011192 | RH/07 2018 0965<br>RH/11 2018 1578<br>RH/12 2018 1736 | Jul-2018<br>Nov-2018<br>Dec-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8<br>0.85<br>0.46 | 0.67 | 0.05 | 0.17 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | Y98R-A | Nov-2017 | Nov-2020 | Dr Reddys | - | AEKH001805<br>AEJH005680 | Mar-2017<br>Jun-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 0.93<br>>3.8 (5.0) | 0.66 | 0.01 | 0.03 | 2019N423376<br>2020N429149 | |
| Losan | Azantac | Effervescent Tablet | 300mg | 180012087 | Jul-2017 | Jul-2020 | Saraca | 18002168 | RH/03 2018 0390 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 1.8 | 0.65 | 0.07 | 0.22 | 2019N422800v1.0 | 2019N422808 |
| Aspen | Zantac | Syrup | 150mg/10mL, 300mL | B72617L | Dec-2017 | Dec-2019 | Dr Reddys | - | AEJH008807 | Jul-2016 | 15-Oct/2019 | Intertek (Manchester, UK) | 3.6 | 0.65 | 0.20 | 0.68 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17075068 | Oct-2017 | May-2022 | Dr Reddys | 17035001 | AEJH019804 | Dec-2016 | 11-Oct/2019 | LGC (Fordham, UK) | 3.5 | 0.65 | 0.05 | 0.17 | 2019N424104 | |
| Aranda | Zantac | Film Coated Tablet | 150mg | LH7S | Oct-2016 | Oct-2019 | Dr Reddys | 0000282925 | AEIH008639 | Jul-2015 | 11-Oct/2019 | LGC (Fordham, UK) | 7.8 | 0.64 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | AV8R | Feb-2019 | Jan-2022 | Saraca | PL00008454<br>PL00009696 | RH/08 2018 1118<br>RH/11 2018 1578 | Aug-2018<br>Nov-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 0.52<br>0.85 | 0.64 | 0.05 | 0.17 | | |
| Losan | Alquen | Effervescent Tablet | 150mg | 190011653 | Jul-2018 | Jul-2021 | Saraca | - | RH/12 2018 1735 | Dec-2018 | 17/Oct/2019 | LGC (Fordham, UK) | 0.45 | 0.63 | 0.07 | 0.22 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15035151 | Feb-2015 | Jan-2020 | Dr Reddys | 14125109<br>14125170 | AEHH016850<br>AEHH017551 | Nov-2014<br>Nov-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (14.0)<br>>9.9 (20.0) | 0.63 | 0.05 | 0.17 | 2019N424104 | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190014762 | Sep-2019 | | Saraca | 19000576 | RH/12 2018 1748 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | Not tested | 0.62 | 0.07 | 0.22 | | 2019N422808 |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530533 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900004953 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.62 | 0.01 | 0.03 | | 2019N425926 |
| Losan | Ranitidin Biogaran | Effervescent Tablet | 150mg | 190014110 | Aug-2019 | | Saraca | 19000575 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.61 | 0.07 | 0.22 | 2019N421891v1.0 | 2019N422808 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 2X5S | Nov-2017 | Nov-2020 | Saraca | 0000605431 | RH/08 2017 1056 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.5 | 0.61 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | B78D | Feb-2019 | Jan-2022 | Saraca | PL00009696 | RH/11 2018 1578 | Nov-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 0.85 | 0.60 | 0.05 | 0.17 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E382 | Dec-2015 | Mar-2020 | Dr Reddys | 14125171<br>15025010 | AEHH017553<br>AEHH017948 | Nov-2014<br>Nov-2014 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (18.3)<br>7.3 | 0.59 | 0.01 | 0.03 | 2019N424104 | 2019N424116 |
| Aranda | Zantac | Film Coated Tablet | 150mg | LE5L | Oct-2016 | Oct-2019 | Dr Reddys | 0000282925<br>0000270978<br>0000282953 | AEIH008639<br>AEIH004496<br>AEIH009830 | Jul-2015<br>May-2015<br>Aug-2015 | 11/Oct/2019 | LGC (Fordham, UK) | 7.8<br>>9.9<br>>9.9 | 0.59 | 0.05 | 0.17 | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A529277 | Feb-2019 | Feb-2022 | Orchev Pharma | | 1900000841 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.59 | 0.01 | 0.03 | | 2019N425926 |
| Japan | Zantac | Film Coated Tablet | 150mg | C88D | Feb-2019 | Feb-2022 | Dr Reddys | - | AEKH009099<br>AEKH001806 | May-2017<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 1.0<br>>3.8 (6.7) | 0.58 | 0.01 | 0.03 | 2019N423376 | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E294 | Jan-2015 | Dec-2019 | Dr Reddys | 14125108 | AEHH016509 | | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (10.7) | 0.58 | 0.01 | 0.03 | 2019N424104 | 2019N424116 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Japan | Zantac | Film Coated Tablet | 75mg | DA9W | Jun-2017 | Mar-2020 | Dr Reddys | - | AEJH021835<br>AEJH005680 | Dec-2016<br>Jun-2016 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | >3.8 (14.9)<br>1.8 | 0.58 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~<br>~~2020N429149~~ | |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 18M001 | Nov-2018 | Nov-2020 | Dr Reddys | - | AEJH015885 | Oct-2016 | ~~15-O t/2019~~ | ~~I t t k M h t , UK)~~ | >3.8 | 0.57 | ~~0.20~~ | ~~0.68~~ | | |
| Japan | Zantac | Film Coated Tablet | 150mg | GV8F | Oct-2016 | Oct-2019 | Dr Reddys | - | AEJH003430<br>AEJH004729 | Apr-2016<br>May-2016 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.9<br>1.5 | 0.57 | ~~0.01~~ | ~~0.03~~ | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 180011691 | Jul-2017 | Jul-2020 | Saraca | ~~18002168~~ | RH/03 2018 0390 | Mar-2018 | ~~23-Oct-19~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 0.56 | ~~0.07~~ | ~~0.22~~ | ~~2019N422800v1.0~~ | ~~2019N422808~~ |
| Losan | Azantac | Effervescent Tablet | 300mg | 190010788 | Jul-2018 | Jul-2021 | Saraca | ~~19000575~~ | RH/12 2018 1747 | Dec-2018 | ~~23-Oct-19~~ | ~~LGC (Fordham, UK)~~ | 0.48 | 0.56 | ~~0.07~~ | ~~0.22~~ | ~~2019N421891v1.0~~ | ~~2019N422808~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N310 | May-2019 | Apr-2021 | Saraca | ~~1900003552~~ | 0420190532 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.79 | 0.56 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004450 | Feb-2017 | Feb-2020 | Dr Reddys | - | AEKH000072 | Dec-2016 | ~~17/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 6.7 | 0.56 | ~~0.07~~ | ~~0.22~~ | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15035136 | Mar-2015 | Feb-2020 | Dr Reddys | ~~15025010~~ | AEHH017948 | Nov-2014 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 7.3 | 0.56 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E391 | Mar-2015 | Feb-2020 | Dr Reddys | ~~15025010~~ | AEHH017948 | Nov-2014 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 7.3 | 0.56 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A529406 | Mar-2019 | Mar-2022 | Orchev Pharma | | 1900000871 | | ~~19-N 19~~ | ~~I t t k M h t , UK)~~ | Not tested | 0.56 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Losan | Ranitidin Biogaran | Effervescent Tablet | 300mg | 190010789 | Jul-2018 | Jul-2021 | Saraca | - | RH/12 2018 1747 | Dec-2018 | ~~17-O t/2019~~ | ~~LGC F h UK)~~ | 0.48 | 0.55 | ~~0.07~~ | ~~0.22~~ | | |
| Japan | Zantac | Film Coated Tablet | 150mg | C32B | Feb-2018 | Feb-2021 | Dr Reddys | - | AEKH009099<br>AEKH001806 | May-2017<br>Mar-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 1.0<br>>3.8 (6.7) | 0.55 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A529526 | Mar-2019 | Mar-2022 | Orchev Pharma | | 1900000872 | | ~~19-Nov-19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.55 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223B | Apr-2019 | Mar/2021 | Saraca | ~~0000875414~~ | RH/08 2018 1109 | Aug-2018 | ~~07/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 0.52<br>0.50 | 0.54 | ~~0.04~~ | ~~0.12~~ | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 190010790 | Jul-2018 | Jul-2021 | Saraca | ~~19000575~~ | RH/12 2018 1747 | Dec-2018 | ~~23-O t 19~~ | ~~LGC F h , UK)~~ | 0.48 | 0.54 | ~~0.07~~ | ~~0.22~~ | ~~2019N421891 1.0~~ | ~~2019N422808~~ |
| Losan | Zantac | Effervescent Tablet | 300mg | 190010959 | Jul-2018 | Jul-2021 | Saraca | ~~19000575~~ | RH/12 2018 1747 | Dec-2018 | ~~23-O t 19~~ | ~~LGC F h , UK)~~ | 0.48 | 0.54 | ~~0.07~~ | ~~0.22~~ | ~~2019N421891 1.0~~ | ~~2019N422808~~ |
| Aranda | Zantac | Film Coated Tablet | 150mg | 678A | Jul-2019 | Jun-2022 | Saraca | ~~PL00015250~~ | RH/05 2019 0683 | May-2019 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 0.34 | 0.54 | ~~0.05~~ | ~~0.17~~ | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222W | Mar-2019 | Dec/2020 | Saraca | ~~0000875414~~<br>~~0000860997~~ | RH/08 2018 1109 | Aug-2018 | ~~26/Sep/2019~~ | ~~LGC (Fordham, UK)~~ | 0.52<br>0.50 | 0.54 | ~~0.04~~ | ~~0.12~~ | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N311 | May-2019 | Apr-2021 | Saraca | ~~1900003554~~ | 0420190533 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.75 | 0.54 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N312 | May-2019 | Apr-2021 | Saraca | ~~1900003554~~ | 0420190533 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.75 | 0.54 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223D | | | | - | | | ~~07/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | | 0.54 | ~~0.04~~ | ~~0.12~~ | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222E | | | | | | | ~~26/Sep/2019~~ | ~~LGC (Fordham, UK)~~ | | 0.54 | ~~0.04~~ | ~~0.12~~ | | |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1806131 | Jun-2018 | Jun-2020 | Dr Reddys | | AEKH000072 | Dec-2016 | ~~20-N 19~~ | ~~LGC F h , UK)~~ | 6.7 | 0.54 | ~~0.07~~ | ~~0.22~~ | ~~L 93~~ | ~~2020N429051~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | T78K | Nov-2018 | Nov-2021 | Dr Reddys | - | AEJH019803<br>AEKH001805<br>AEKH003300<br>AEKH003301<br>AEJH020606 | Dec-2016<br>Mar-2017<br>Mar-2017<br>Mar-2017<br>Dec-2016 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | >3.8 (5.4)<br>0.93<br>0.22<br>0.76<br>>3.8 (19.4) | 0.54 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~<br>~~2019N423376~~<br>~~2019N423376~~<br>~~2020N429149~~<br>~~2019N423376~~ | |
| Losan | Azantac | Effervescent Tablet | 300mg | 190010704 | Jul-2018 | Jul-2021 | Saraca | ~~19000575~~ | RH/12 2018 1747 | Dec-2018 | ~~23-Oct-19~~ | ~~LGC (Fordham, UK)~~ | 0.48 | 0.53 | ~~0.07~~ | ~~0.22~~ | ~~2019N421891v1.0~~ | ~~2019N422808~~ |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N313 | May-2019 | Apr-2021 | Saraca | ~~1900003555~~ | 0420190534 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.88 | 0.53 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Losan | Zantac | Effervescent Tablet | 150mg | 190011965 | Jul-2019 | Jul-2022 | Saraca | ~~19000575~~ | RH/12 2018 1747 | Dec-2018 | ~~8-N 19~~ | ~~LGC F h , UK)~~ | 0.48 | 0.52 | ~~0.07~~ | ~~0.22~~ | ~~2019N421891v1.0~~ | ~~2019N424112~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7509 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~08-O t/2019~~ | ~~LGC F h , UK)~~ | 8.4 | 0.50 | ~~0.04~~ | ~~0.12~~ | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | BH5U | Jul-2019 | Jun-2022 | Saraca | ~~PL00015250~~<br>~~PL00015005~~ | RH/05 2019 0683<br>RH/04 2019 0547 | May-2019<br>Apr-2019 | ~~11-O t/2019~~ | ~~LGC F h , UK)~~ | 0.34<br>0.53 | 0.50 | ~~0.05~~ | ~~0.17~~ | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530532 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | ~~19-Nov-19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.50 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7505 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 8.4 | 0.49 | ~~0.04~~ | ~~0.12~~ | | |
| Aspen | Zantac | Syrup | 15mg/mL, 300mL | 19G003 | Jul-2019 | Jul-2021 | Saraca | - | RH/03 2019 0417 | Mar-2019 | ~~15/Oct/2019~~ | ~~Intertek (Manchester, UK)~~ | 1.0 | 0.49 | ~~0.20~~ | ~~0.68~~ | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 300mg | IZCAG | Apr-2019 | Apr-2022 | Orchev Pharma | | 1902001260 | | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 1.4 | 0.49 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17015047 | Dec-2016 | Dec-2021 | Dr Reddys | ~~16085009~~ | AEJH004359 | May-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (16.2) | 0.48 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222Y | Mar-2019 | Jan/2021 | Saraca | ~~0000875414~~ | RH/08 2018 1109 | Aug-2018 | ~~07-O t/2019~~ | ~~LGC F h , UK)~~ | 0.52<br>0.50 | 0.48 | ~~0.04~~ | ~~0.12~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7506 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~08-O t/2019~~ | ~~LGC F h , UK)~~ | 8.4 | 0.48 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 300mg | IZCAH | Apr-2019 | Apr-2022 | Orchev Pharma | | 1902001260 | | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 1.4 | 0.48 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16085067 | Aug-2016 | Aug-2021 | Dr Reddys | ~~16075050~~ | AEJH003932 | Apr-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (14.4) | 0.47 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16125071 | Dec-2016 | Nov-2019 | Dr Reddys | ~~16085009~~ | AEJH004359 | May-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (16.2) | 0.47 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7510 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 8.4 | 0.46 | ~~0.04~~ | ~~0.12~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7509 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~14-Oct-19~~ | ~~LGC (Fordham, UK)~~ | 8.4 | 0.46 | ~~0.04~~ | ~~0.12~~ | ~~2019N422799~~ | ~~2019N422798~~ |
| GSKT | Zantac | Film Coated Tablet | 150mg | E493 | Nov-2016 | Nov-2021 | Dr Reddys | ~~16075050~~ | AEJH003932 | Apr-2016 | ~~01/Nov/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (14.4) | 0.46 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7507 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~08-O t/2019~~ | ~~LGC F h , UK)~~ | 8.4 | 0.45 | ~~0.04~~ | ~~0.12~~ | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | CR3L | May-2019 | Mar-2022 | Saraca | ~~PL00011192~~<br>~~PL00012960~~ | RH/12 2018 1736<br>RH/01 2019 0051 | Dec-2018<br>Jan-2019 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 0.46<br>0.32 | 0.45 | ~~0.05~~ | ~~0.17~~ | | |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | B23218A | Jan-2018 | Jan-2020 | Dr Reddys | - | AEJH008807<br>AEJH015885 | Jul-2016<br>Oct-2016 | ~~15/Oct/2019~~ | ~~Intertek (Manchester, UK)~~ | 3.6<br>>3.8 | 0.45 | ~~0.20~~ | ~~0.68~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 2F4P | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.43 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6R4E | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.97 | 0.43 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1802091 | Feb-2018 | Feb-2020 | Dr Reddys | | AEJH020607<br>AEKH000072 | Dec-2016<br>Dec-2016 | ~~20-N 19~~ | ~~LGC F h , UK)~~ | 7.5<br>6.7 | 0.42 | ~~0.07~~ | ~~0.22~~ | ~~L 139~~<br>~~Line 93~~ | ~~2020N429051~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 2N9W | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08-O t/2019~~ | ~~LGC F h , UK)~~ | 2.3 | 0.42 | ~~0.04~~ | ~~0.12~~ | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E501 | Nov-2016 | Nov-2021 | Dr Reddys | ~~16075050~~<br>~~16085009~~ | AEJH003932<br>AEJH004359 | Apr-2016<br>May-2016 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9 (14.4)<br>>9.9 (16.2) | 0.42 | ~~0.05~~ | ~~0.17~~ | ~~2019N424104~~ | |
| Aranda | Zantac | Film Coated Tablet | 150mg | PX5B | Oct-2016 | Oct-2019 | Dr Reddys | ~~0000282953~~<br>~~0000282954~~ | AEIH009830<br>AEIH009831 | Aug-2015<br>Aug-2015 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | >9.9<br>>9.9 | 0.42 | ~~0.05~~ | ~~0.17~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 336A | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.41 | ~~0.04~~ | ~~0.12~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 3B3C | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.41 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | AN6F | Aug-2019 | Aug-2021 | Orchev Pharma | | 8PD0818CEP | | ~~19-N 19~~ | ~~LGC F h , UK)~~ | 1.6 | 0.41 | ~~0.04~~ | ~~0.12~~ | ~~2020N429035~~ | ~~2020N429030~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530455 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | ~~19-N 19~~ | ~~I t t k M h t , UK)~~ | Not tested | 0.41 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Losan | Zantac | Effervescent Tablet | 150mg | 170019298 | Oct-2017 | Oct-2020 | Dr Reddys | | AEJH017752 | | ~~7-Jan-20~~ | ~~LGC (Fordham, UK)~~ | 4.6 | 0.40 | ~~0.07~~ | ~~0.22~~ | ~~2020N429168~~ | ~~2020N429170~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7L4L | Jan-2018 | N/A | Saraca | ~~0000651843~~ | RH/08 2017 1054 | Aug-2017 | ~~8-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 1.8 | 0.39 | ~~0.04~~ | ~~0.12~~ | ~~Row 35~~ | ~~2019N424101~~ |
| Japan | 25mg/mL Zantac injection ampoule, 4mL | IV solution | 25mg/mL, 4mL | D25L | Sep-2018 | Sep-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 2.3 | 0.39 | ~~0.03~~ | ~~0.09~~ | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N519 | Aug-2019 | Jul-2021 | SMS LIFE | ~~1900007092~~ | RH7020819 | | ~~14-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 0.29 | 0.39 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | RG9J | May-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.38 | ~~0.04~~ | ~~0.12~~ | | |
| Japan | 25mg/mL, Zantac injection amouple, 2mL | IV solution | 25mg/mL, 2mL | SV8S-1 | Nov-2018 | Nov-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30-Oct-19~~ | ~~Intertek (Manchester, UK)~~ | 2.3 | 0.38 | ~~0.03~~ | ~~0.09~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7504 | Feb-2017 | N/A | Dr Reddys | ~~0000664724~~ | AEJH001431 | Feb-2016 | ~~14-O t 19~~ | ~~LGC F h , UK)~~ | 8.4 | 0.37 | ~~0.04~~ | ~~0.12~~ | ~~2019N422799~~ | ~~2019N422798~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | AR6P | Feb-2018 | Feb-2021 | Dr Reddys | - | AEKH005539<br>AEKH001806 | Apr-2017<br>Mar-2017 | ~~30-O t 19~~ | ~~I t t k M h t , UK)~~ | 0.58<br>>3.8 (6.7) | 0.37 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | Y35U | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.37 | ~~0.04~~ | ~~0.12~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H97N | Mar-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.37 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | BS2S | Aug-2019 | Aug-2021 | Orchev Pharma | | 8PD0818CEP | | ~~19-Nov-19~~ | ~~LGC (Fordham, UK)~~ | 1.6 | 0.37 | ~~0.04~~ | ~~0.12~~ | ~~2020N429035~~ | ~~2020N429030~~ |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Japan | Zantac | Film Coated Tablet | 75mg | 5N7K | Jan-2018 | Jan-2021 | Dr Reddys | - | AEKH005539<br>AEKH001806 | Apr-2017<br>Mar-2017 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 0.58<br>>3.8 (6.7) | 0.36 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H32H | Mar-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08 O t/2019~~ | ~~LGC F h , UK)~~ | 2.3 | 0.36 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | AN6B | Aug-2019 | Aug-2021 | Orchev Pharma | | 8PD0818CEP | | ~~19 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 1.6 | 0.36 | ~~0.04~~ | ~~0.12~~ | ~~2020N429035~~ | ~~2020N429030~~ |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | AN6G | Aug-2019 | Aug-2021 | Orchev Pharma | | 8PD0818CEP | | ~~19 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 1.6 | 0.36 | ~~0.04~~ | ~~0.12~~ | ~~2020N429035~~ | ~~2020N429030~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530457 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.36 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A529979 | May-2019 | May-2022 | Orchev Pharma | | 1900002305 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.36 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | FW6M-A | Oct-2016 | Oct-2019 | Jurong | | 0000381229<br>0000381230<br>0000381231 | Dec-2014<br>Dec-2014<br>Dec-2014 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 0.22<br>0.24<br>0.16 | 0.35 | ~~0.01~~ | ~~0.03~~ | | |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | B95Y | Feb-2017 | Feb-2020 | Dr Reddys | | AEJH001431 | Feb-2016 | ~~19 Nov 19~~ | ~~LGC F h , UK)~~ | 8.4 | 0.35 | ~~0.04~~ | ~~0.12~~ | ~~Line 209~~ | ~~2020N429030~~ |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6X8L | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000093<br>1905000094 | | ~~19 N 19~~ | ~~LGC F h , UK)~~ | 1.3<br>0.97 | 0.35 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | BS2V | Aug-2019 | Aug-2021 | Orchev Pharma | | 8PD0818CEP | | ~~19 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 1.6 | 0.34 | ~~0.04~~ | ~~0.12~~ | ~~2020N429035~~ | ~~2020N429030~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530456 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.34 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FA4H | Nov-2018 | Nov-2021 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~6 Dec 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.34 | ~~0.04~~ | ~~0.12~~ | ~~Line 3~~ | ~~2020N429160~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | J92S | Apr-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.33 | ~~0.04~~ | ~~0.12~~ | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 6P4V | Jan-2018 | Jan-2021 | Dr Reddys | - | AEKH005539<br>AEKH001806 | Apr-2017<br>Mar-2017 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 0.58<br>>3.8 (6.7) | 0.33 | ~~0.01~~ | ~~0.03~~ | ~~2019N423376~~ | |
| Japan | 25mg/mL, Zantac injection amouple, 2mL | IV solution | 25mg/mL, 2mL | BT8W | Jun-2018 | May-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30 O t 19~~ | ~~I t t k M h t , UK)~~ | 2.3 | 0.33 | ~~0.03~~ | ~~0.09~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | HY9Y | Mar-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | ~~08 O t/2019~~ | ~~LGC F h , UK)~~ | 2.3 | 0.33 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6R4D | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | ~~19 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 0.97 | 0.33 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530007 | May-2019 | May-2022 | Orchev Pharma | | 1900002305 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.33 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A530484 | | | | | | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.33 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222T | Dec-2018 | Nov/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | ~~07/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.32 | ~~0.04~~ | ~~0.12~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | WM9K | May-2019 | May-2021 | Saraca | ~~PL00012960~~ | RH/01 2019 0051 | Jan-2019 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 0.32 | 0.32 | ~~0.05~~ | ~~0.17~~ | | |
| Japan | 25mg/mL, Zantac injection amouple, 2mL | IV solution | 25mg/mL, 2mL | TE5U | Mar-2018 | Mar-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 2.3 | 0.32 | ~~0.03~~ | ~~0.09~~ | | |
| Japan | 25mg/mL, Zantac injection amouple, 2mL | IV solution | 25mg/mL, 2mL | SD4M | Mar-2018 | Mar-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 2.3 | 0.31 | ~~0.03~~ | ~~0.09~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | BM6L | May-2019 | May-2022 | Saraca | ~~PL00012960~~ | RH/01 2019 0051 | Jan-2019 | ~~11 O t/2019~~ | ~~LGC F h , UK)~~ | 0.32 | 0.31 | ~~0.05~~ | ~~0.17~~ | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | VM7S | May-2019 | May-2022 | Saraca | ~~PL00012960~~ | RH/01 2019 0051 | Jan-2019 | ~~11 O t/2019~~ | ~~LGC F h , UK)~~ | 0.32 | 0.31 | ~~0.05~~ | ~~0.17~~ | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222P | Oct-2018 | Aug/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | ~~07/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.31 | ~~0.04~~ | ~~0.12~~ | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 3E9D | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | ~~19 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 0.97 | 0.31 | ~~0.01~~ | ~~0.03~~ | ~~2020N429035~~ | ~~2020N429039~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A529282 | Feb-2019 | Feb-2022 | Orchev Pharma | | 1900000841 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.31 | ~~0.01~~ | ~~0.03~~ | | ~~2020N429104~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A529300 | Feb-2019 | Feb-2022 | Orchev Pharma | | 1900000543 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.31 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A530483 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.31 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222U | Dec-2018 | Nov/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | ~~07/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.30 | ~~0.04~~ | ~~0.12~~ | | |
| Japan | 25mg/mL Zantac injection ampoule, 4mL | IV solution | 25mg/mL, 4mL | PL9B | Feb-2018 | Feb-2020 | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~30 O t 19~~ | ~~I t t k M h t , UK)~~ | 2.3 | 0.30 | ~~0.03~~ | ~~0.09~~ | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N518 | Aug-2019 | Jul-2021 | SMS LIFE | ~~1900007088~~ | RH6980819 | | ~~14 N 19~~ | ~~LGC F h , UK)~~ | 0.67 | 0.30 | ~~0.01~~ | ~~0.03~~ | ~~2020N428989~~ | ~~2020N428992~~ |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530531 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | ~~19 N 19~~ | ~~I t t k M h t UK)~~ | Not tested | 0.30 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | T96S | Nov-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.29 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | TW5J | Nov-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.29 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1709021 | Sep-2017 | Sep-2019 | Dr Reddys | | AEJH004358 | | ~~20 Nov 19~~ | ~~LGC (Fordham, UK)~~ | Not tested | 0.29 | ~~0.07~~ | ~~0.22~~ | | ~~2020N429051~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A530188 | Jul-2019 | Jul-2022 | Orchev Pharma | | 1900003175 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.29 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Losan | Zantac | Effervescent Tablet | 150mg | 180003097 | Feb-2017 | Feb-2020 | Dr Reddys | ~~17001120~~ | AEJH020607 | Dec-2016 | ~~22 O t 19~~ | ~~LGC F h , UK)~~ | 7.5 | 0.28 | ~~0.07~~ | ~~0.22~~ | ~~2019N422800v1 0~~ | ~~2019N422806~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | T42P | Nov-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 N 19~~ | ~~LGC F h , UK)~~ | 2.3 | 0.28 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | GN4R | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 N 19~~ | ~~LGC F h , UK)~~ | 2.3 | 0.28 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A530485 | | | | | | | ~~19 N 19~~ | ~~I t t k M h t , UK)~~ | Not tested | 0.28 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A530190 | Jul-2019 | Jul-2022 | Orchev Pharma | | 1900003179 | | ~~19 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | Not tested | 0.28 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | YV3D | Jan-2019 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.27 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | EP2E | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.27 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5K4Y | May-2019 | May-2021 | Saraca | ~~PL00013138~~ | RH/02 2019 0212 | Jan-2019 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 0.16 | 0.26 | ~~0.05~~ | ~~0.17~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | YJ9Y | Jan-2019 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.26 | ~~0.04~~ | ~~0.12~~ | | ~~2020N429184~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FE3S | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 N 19~~ | ~~LGC F h , UK)~~ | 2.3 | 0.26 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Cairo | Zantac | Film Coated Tablet | 150mg | A529812 | May-2019 | May-2022 | Orchev Pharma | | 1900002304 | | ~~19 N 19~~ | ~~I t t k M h t , UK)~~ | Not tested | 0.26 | ~~0.01~~ | ~~0.03~~ | | ~~2019N425926~~ |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222R | Oct-2018 | Sep/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | ~~07 O t/2019~~ | ~~LGC F h , UK)~~ | 2.3 | 0.25 | ~~0.04~~ | ~~0.12~~ | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | UX4H | May-2019 | Apr-2022 | Saraca | ~~PL00013138~~ | RH/02 2019 0212 | Jan-2019 | ~~11/Oct/2019~~ | ~~LGC (Fordham, UK)~~ | 0.16 | 0.25 | ~~0.05~~ | ~~0.17~~ | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | DU9M | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.25 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FN9R | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 2.3 | 0.25 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Japan | Zantac | Film Coated Tablet | 150mg | FA8E | Oct-2016 | Oct-2019 | Jurong | | 0000381227<br>0000381226<br>0000381229 | Dec-2014<br>Dec-2014<br>Dec-2014 | ~~30 Oct 19~~ | ~~Intertek (Manchester, UK)~~ | 0.18<br>0.14<br>0.22 | 0.24 | ~~0.01~~ | ~~0.03~~ | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 180003267 | Feb-2017 | Feb-2020 | Dr Reddys | ~~17001120~~ | AEJH020607 | Dec-2016 | ~~22 O t 19~~ | ~~LGC F h , UK)~~ | 7.5 | 0.24 | ~~0.07~~ | ~~0.22~~ | ~~2019N422800v1 0~~ | ~~2019N422806~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | DK3X | Sep-2018 | N/A | Dr Reddys | ~~EKH001804T~~ | AEKH001804 | Feb-2017 | ~~8 N 19~~ | ~~LGC F h , UK)~~ | 2.3 | 0.24 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 6528 | Dec-2016 | N/A | Dr Reddys | ~~0000655411~~ | AEIH010873 | Sep-2015 | ~~14 O t 19~~ | ~~LGC F h , UK)~~ | 7.4 | 0.22 | ~~0.04~~ | ~~0.12~~ | ~~2019N422799~~ | ~~2019N422798~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 6519 | Oct-2016 | N/A | Dr Reddys | ~~0000655411~~ | AEIH010873 | Sep-2015 | ~~14 Oct 19~~ | ~~LGC (Fordham, UK)~~ | 7.4 | 0.22 | ~~0.04~~ | ~~0.12~~ | ~~2019N422799~~ | ~~2019N422798~~ |
| Brazil | Zantac | Film Coated Tablet | 150mg | VL0005 | Sep-2016 | Sep-2021 | | | | | ~~18 Nov 19~~ | ~~Intertek (Manchester, UK)~~ | | 0.22 | ~~0.01~~ | ~~0.03~~ | | ~~2020N429092~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 3V2E | Jul-2018 | N/A | Dr Reddys | ~~EKH001805T~~ | AEKH001805 | Mar-2017 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 3.4 | 0.20 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | ME5C | Oct-2018 | N/A | Saraca | ~~0000860997~~ | RH/08 2018 1109 | Aug-2018 | ~~8 Nov 19~~ | ~~LGC (Fordham, UK)~~ | 0.52<br>0.50 | 0.18 | ~~0.04~~ | ~~0.12~~ | | ~~2019N424101~~ |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEHH012190 | Aug-2014 | | ~~I t t k M h t , UK)~~ | >3.8 (8.0) | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEIH013934 | Sep-2014 | | ~~I t t k M h t , UK)~~ | >3.8 (8.4) | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEIH000906 | Feb-2015 | | ~~I t t k M h t , UK)~~ | >3.8 (34.4) | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Jurong | | K300013 | Dec-2014 | | ~~Intertek (Manchester, UK)~~ | 0.16 | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEIH000896 | Jan-2015 | | ~~Intertek (Manchester, UK)~~ | >3.8 (41.4) | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Jurong | | K300128 | Dec-2014 | | ~~Intertek (Manchester, UK)~~ | 0.52 | | | | ~~2020N429095~~ | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEDH017147 | Nov-2010 | | ~~Intertek (Manchester, UK)~~ | >3.8 (27.5) | | | | ~~2020N429095~~ | |

# EXHIBIT 64

DRAFT

# EVALUATION OF IMPURITY NDMA PRESENCE IN RANITIDINE HCl

1. INTRODUCTION 4
2. OBJECTIVE 4
3. EVALUATION 5
3.1. PROCESS DESCRIPTION 5
3.2. POTENTIAL SOURCES OFNITROSAMINES 7
3.3. PRELIMINARY INFORMATION AND INITIAL RESULTS 8
3.4. FDA LC-HRMS METHOD RESULTS 10
3.5. FDA IC METHOD RESULTS 12
3.6. SCIENTIF DISCUSSION. RISK ASSESSMENT 15
3.6.1. Risk of potential presence of Nitrosating agents, Nitrosamine precursors or Nitrosamines in raw materials used 16
3.6.1.1. Cistofur. Regulated Intermediate 16
3.6.1.2. MTM. Regulated Starting Material 19
3.6.1.3. Purified Water. Reaction Solvent 22
3.6.1.4. Chloroform. Extraction Solvent 24
3.6.1.5. Ethyl Acetate. Ranitidine Base Precipitation Solvent 24
3.6.1.6. Ethanol. API Ranitidine HCl Precipitation Solvent 24
3.6.2. Risk of potential cross contamination of Nitrosamines during the manufacturing process 25
3.6.2.1. Chloroform Solvent Recovery 25
3.6.2.2. Ethyl Acetate Solvent Recovery 25
3.6.2.3. Ethanol Solvent Recovery 25
3.6.2.4. Dedicated Equipment during Manufacturing Process 26
3.6.2.5. Recovered Raw Materials, Reagents or Catalyst 27
3.6.2.6. Cleaning Procedures 27
3.6.3. Risk of potential formation of Nitrosamines during the manufacturing process 29
3.6.3.1. Ranitidine Base Manufacturing 29
3.6.3.2. Ranitidine HCl FI Manufacturing 33
3.6.3.3. Ranitidine HCl FII Manufacturing 34
3.6.3.4. Ranitidine HCl Drying 36
3.6.3.5. Ranitidine HCl Different Polymorphs and Solid Features 39
3.6.4. Summary of Actions 41
3.7. QUALITY OF RANITIDINE HCl 47
3.8. LIST OF IMPURITIES OF RANITIDINE HCl 49
3.9. ANALYSIS OF MANUFACTURED RANITIDINE HCl ALONG THE RETEST DATE 50
3.10. STABILITY STUDIES. NDMA CONTENT 52
3.11. DEGRADATION STUDIES 54
3.12. EFFECT OF THE PRESENCE OF SEVERAL CONTAMINANTS ON THE NDMA CONTENT 55
3.13. RISK ASSESSMENT 56
3.14. REMEDIATION PLAN 57
4. CONCLUSIONS 58



CONFIDENTIAL SANOFI_ZAN_MDL_0000497402

| | |
|---|---|
| ANNEX 01 | 60 |
| ANNEX 02 | 61 |
| ANNEX 03 | 62 |
| ANNEX 04 | 63 |
| ANNEX 05 | 64 |
| ANNEX 06 | 65 |
| ANNEX 07 | 66 |
| ANNEX 08 | 67 |
| ANNEX 09 | 68 |
| ANNEX 10 | 69 |
| ANNEX 11 | 70 |
| ANNEX 12 | 71 |
| ANNEX 13 | 72 |
| ANNEX 14 | 73 |
| ANNEX 15 | 74 |


DRAFT

## 1. INTRODUCTION

The U.S Food and Drug Administration (FDA) has learned that some Ranitidine medicines contain a Nitrosamine impurity called N-nitrosodimethylamine (NDMA) at low levels.

Recently Nitrosamine impurities have been identified in some batches of Ranitidine and consequently, on September 12th EMA initiated a EU-wide review under Article 31 of Directive 2001/83/EC. The review will be carried out by the Committee for Medicinal Products for Human Use (CHMP) and forwarded to the European Commission, which will issue a final legally binding decision applicable in all EU Member States.

NDMA is classified as a probable human carcinogen (a substance that could cause cancer) on the basis of animal studies. It is present in some foods and in water supplies but is not expected to cause harm when ingested in very low levels. EMA is evaluating the data to assess whether patients using Ranitidine are at any risk from NDMA and will provide information about this as soon as it is available.

The agencies are working with international regulators and industry partners to determine the source of NDMA in Ranitidine. It is necessary to determine the levels of NDMA in Ranitidine and evaluate any possible risk to patients.

At Uquifa, we have initiated the evaluation of NDMA potential content in our API internally and by using external laboratories. The analysis has commenced to understand precisely the levels of NDMA in our API and, if required arrive at methods to control the same, effectively. We have also undertaken work on being able to manufacture an non NDMA product.

DRAFT

## 2. OBJECTIVE

The purpose of this report is to perform an assessment to evaluate if the NDMA impurity (or any other Nitrosamine) could be present in the final API Ranitidine HCl manufactured in Uquifa and define all the possible root cause that could generate the impurity. Once the most probable root causes are defined, we will perform an evaluation of the probability for same and, propose the most appropriate actions. Clearly, once root causes defined, we will also define the appropriate corrective and preventive actions, if they are required to ensure our API has levels of NDMA within the prescribed limits.

Experimental work will also be carried out to reduce to non- detected the potential NDMA in an on-going manufacturing process.



**CONFIDENTIAL** **SANOFI_ZAN_MDL_0000497404**

## 3. EVALUATION

Ranitidine (Figure 1) belongs to a class of medicines known as H2 (histsamine-2) blockers, which work by blocking histamine receptors in the stomach and reducing the production of stomach acid.

Figure 1. Chemical structure of Ranitidine.



Dimethyl [(5-{[(2-{[1-(methylamino)-2-nitroethenyl]amino}ethyl)sulfanyl]methyl}furan-2-yl)methyl]amine

It is used to treat and prevent conditions caused by excess acid in the stomach such as heartburn and stomach ulcers. Ranitidine-containing medicines are authorised by national authorities and are available as tablets and injectable formulations.

### 3.1. PROCESS DESCRIPTION OF RANITIDINE

**UQUIFA PROCESS**

Uquifa manufacturing Ranitidine process (Figure 2) consists on the condensation reaction of [[5-[[(2-aminoethyl)thio]methyl]furan-2-yl]methyl]dimethylamine (CISTOFUR, regulatory intermediate) and N-methyl-1-methylthio-2-nitroethyleneamine (MTM, regulatory starting material) with the simultaneous release of methyl mercaptan.

Figure 2. Uquifa manufacturing process of Ranitidine



The reaction is performed in water and the methyl mercaptan generated is quenched and incinerated. The resulting Ranitidine base (SOL-0) is very soluble in water hence the product is extracted with chloroform, the solvent is exchanged by ethyl acetate under vacuum and finally Ranitidine base is isolated by centrifugation. The wet base is dissolved in ethanol and the corresponding hydrochloride is precipitated by addition of hydrogen chloride and centrifugated. Finally, the Ranitidine HCl is dried.

**CISTOFUR MANUFACTURING PROCESS**

CISTOFUR. We have two suppliers for this regulatory intermediate using the same manufacturing process (Figure 3).

Figure 3. Manufacturing process of our suppliers of CISTOFUR.




Furfuryl alcohol is alkylated with dimethylamine hydrochloride and paraformaldehyde in methanol (Mannich reaction). After reaction completion, methanol is distilled off and cysteamine hydrochloride is added to the reaction mass. Water and NaOH are added, and the aqueous layer separated is extracted with toluene to get CISTOFUR crude.
Cistofur crude is purified by high vacuum distillation to obtain, CISTOFUR.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497406

**MTM MANUFACTURING PROCESS**

MTM. We have two suppliers for this regulatory starting material using the same manufacturing process (Figure 4).

Figure 4. Manufacturing process of our suppliers of MTM




Nitromethane reacts with Methyl Isothiocyanate and potassium hydroxide in DMSO. Then, methylation of the not isolated potassium salt intermediate with Dimethyl Sulphate get *N*-Methyl-1-(methylthio)-2-nitroethenamine crude, MTM crude.
MTM crude is recrystallized in water with activated carbon treatment to obtain *N*-Methyl-1-(methylthio)-2-nitroethenamine pure, MTM.

### 3.2. POTENTIAL SOURCES OF NITROSAMINES

The term Nitrosamines should be referred to the following structure, see Figure 5

Figure 5. Nitrosamine general structure






CONFIDENTIAL SANOFI_ZAN_MDL_0000497407

Nitrosating agents

In general, the formation of Nitrosamines is only possible in the presence of a secondary or tertiary amine and nitrite, usually under acidic reaction conditions. The most common Nitrosating Agents are nitrit salts but also alkyl nitrites, nitrosyl halides or NxOy species are nitrosating agents.

Nitrosamine precursors

Additionally, Nitrosamines could be generated by Precursors like Hydrazine derivatives plus oxidation or by Monochloramine plus reaction with a secondary or tertiary amine and oxidation.

In the API assessment versus the risk of potential presence of Nitrosamines, we will consider several possibilities, presence of Nitrosating agent or Nitrosamine precursor in raw materials, solvents either fresh or recovered and reagents, but also the presence of impurities that can't be formed as part of the process, or based on the conditions used, and including the possibility of cross-contamination or equipment contaminated with Nitrosamines formed outside of the declared synthetic process.

### 3.3. PRELIMINARY INFORMATION AND INITIAL RESULTS

NDMA limit is 96ng/day, meaning that considering a daily dose of 300mg of Ranitidine HCl API, the NDMA specification in API is ≤0.32ppm, whereas a daily dosage of 600mg of Ranitidine HCl API, will result in a NDMA specification in API of ≤0.16ppm (see Table 1)

Table 1. NDMA specification

| Drug Substance | Max. Daily Dose (mg) | NDMA Acceptable intake (ng/day) | NDMA Acceptable intake (ppm/day in API) |
|---|---|---|---|
| Ranitidine | 300 | 96.0 | 0.32 |
| Ranitidine | 600 | 96.0 | 0.16 |

FDA recommends for Ranitidine the use of two methods of analysis (MOA):

- NDMA Determination DPA-FM-072 *Rev* 1 FY19-177-DPA-S

Liquid Chromatography method with high-resolution and high-mass accuracy spectrometer (LC-HRMS)

- Nitrites Determination DPA-FM-072 *Rev* 1 FY19-178-DPA-S

Ionic chromatography method (IC), by anion exchange chromatography and conductivity detector.

The LC-HRMS method has been developed and validated following ICH Q2(R1) for the detection and quantification of NDMA in Ranitidine drug substance and drug product. The LC-HRMS is using a detector Q Exactive ™ hybrid quadrupole-Orbitrap mass spectrometer (Thermo-Fisher Scientific).

The LC-HRMS is preferred as with the Gas Chromatography (GC) based methods, elevated NDMA levels in test materials have been observed, presumably due to Ranitidine degradation. As far as we know, GC methods using headspace (HS) can lead to higher NDMA contents due to partial decomposition during sample preparation, but whether direct injection would minimize decomposition or not needs to be further studied.

After facing difficulties in finding a detector of the characteristics of the defined in the FDA MOA and in order to obtain results to shar with the health agencies, on September 27th a GC-MS/MS method was validated by us in an external laboratory, First Source LS (FSLS) located in India. The method has been demonstrated to be suitable to determine NMDA impurity as the limit of quantification (LOQ) is 0.03ppm. The results obtained with six batches manufactured in 2019 showed results of NDMA contents in the range 0.04-0.08ppm.

The results obtained in three batches analysed of Ranitidine form I (code 1208) and three batches of Ranitidine form II (code 1207) are shown below, see Table 2 (Annex 01):

Table 2. NMA content by GC-MS/MS by FSLS

| S.No | Batch No | Manufacturing date | NDMA in ppm GC-MS/MS by FSLS |
|---|---|---|---|
| 1 | 12071910162 | 01/08/2019 | 0.084 |
| 2 | 12071910163 | 02/08/2019 | 0.078 |
| 3 | 12071910164 | 03/08/2019 | 0.084 |
| 4 | 12081910011 | 13/05/2019 | 0.057 |
| 5 | 12081910015 | 12/06/2019 | 0.067 |
| 6 | 12081910024 | 16/07/2019 | 0.043 |

All the batches have presented a content of NDMA below 0.16ppm.

Although the GC-MS/MS method at FSLS was successfully validated and because of the potential degradation of Ranitidine, the chosen method is LC-HRMS.

### 3.4. FDA LC-HRMS METHOD RESULTS

Uquifa Ranitidine API samples from recently manufactured batches have been analysed as per FDA LC-HRMS Method, DPA-FM-072 *Rev* 1 FY19-177-DPA-S, in LABORATORIO AGRAMA SL, an ISO 17025 accredited external laboratory located in Spain.

The FDA LC-MRMS method has been verified by Agrama resulting (see Annex 02):

LOQ 0.033ppm LOD 0.017ppm

Uquifa Ranitidine API samples (see Annex 03)

CODE 1208 Ranitidine HCl Form I, powder quality

| Ranitidine form I powder quality HPLC-HRMS | |
|---|---|
| **Batch #** | **NDMA (ppm)** |
| 12081910023 | 0,070 |
| 12081910021 | 0,018 |
| 12081910019 | 0,017 |
| 12081910018 | ND |
| 12081910017 | 0,017 |
| 12081910015 | 0,064 |
| 12081910014 | 0,022 |
| 12081910013 | 0,059 |
| 12081910012 | 0,062 |
| 12081910011 | 0,046 |

DRAFT

CODE 1200 Ranitidine HCl Form II, powder quality

| Ranitidine form II powder quality HPLC-HRMS | |
|---|---|
| **Batch #** | **NDMA (ppm)** |
| 12001910127 | 0,021 |
| 12001910124 | ND |
| 12001910115 | 0,090 |
| 12001910104 | ND |
| 12001910102 | ND |
| 12001910079 | ND |
| 12001910078 | ND |
| 12001910052 | ND |
| 12001910050 | ND |
| 12001910002 | ND |

CODE 1207 Ranitidine HCl Form II, compacted quality

| Ranitidine form II compacted quality HPLC-HRMS | |
|---|---|
| **Batch #** | **NDMA (ppm)** |
| 12071910164 | 0,074 |
| 12071910162 | 0,098 |
| 12071910160 | 0,110 |
| 12071910159 | 0,155 |
| 12071910158 | 0,196 |
| 12071910157 | 0,156 |
| 12071910156 | 0,308 |
| 12071910155 | 0,263 |
| 12071910148 | 0,407 |
| 12071910147 | 0,281 |

DRAFT

### 3.5. FDA IC METHOD RESULTS

Uquifa Ranitidine API samples from recently manufactured batches have analysed as per FDA IC Method, DPA-FM-072 *Rev* 1 FY19-178-DPA-S, in the UNIVERSITAT DE GIRONA (UDG), an external laboratory following ISO guidelines and located in Spain.

The FDA IC method has been verified by UDG (see Annex 04):

Uquifa Ranitidine API samples (see Annex 05)

CODE 1208 Ranitidine HCl Form I, powder quality

| Ranitidine form I powder quality Nitrites Analysis by ionic chromatography | |
|---|---|
| **Batch #** | **Nitrites (ppm)** |
| 12081910024.1 | 15.12 |
| 12081910024.2 | 13.79 |
| 12081910022.1 | 34.24 |
| 12081910022.2 | 54.34 |
| 12081910020.1 | 19.78 |
| 12081910020.2 | 11.83 |
| 12081910019.1 | 11.34 |
| 12081910019.2 | 15.32 |
| 12081910017.1 | 10.83 |
| 12081910017.2 | 12.24 |
| 12081910015.1 | 17.10 |
| 12081910015.2 | 16.27 |
| 12081910014.1 | 12.99 |
| 12081910014.2 | 12.60 |
| 12081910013.1 | 27.45 |
| 12081910013.2 | 28.03 |
| 12081910012.1 | 22.74 |
| 12081910012.2 | 22.64 |
| 12081910011.1 | 20.95 |
| 12081910011.2 | 21.81 |
| **Max value** | **54.34** |
| **Min value** | **10.83** |
| **Average** | **20.07** |

DRAFT

CODE 1200 Ranitidine HCl Form II, powder quality

| Ranitidine form II powder quality Nitrites Analysis by ionic chromatography | |
|---|---|
| **Batch #** | **Nitrites (ppm)** |
| 12001910127.1 | 13.59 |
| 12001910127.2 | 14.08 |
| 12001910124.1 | 16.76 |
| 12001910124.2 | 15.90 |
| 12001910115.1 | 11.21 |
| 12001910115.2 | 10.47 |
| 12001910104.1 | 17.88 |
| 12001910104.2 | 17.84 |
| 12001910102.1 | 18.76 |
| 12001910102.2 | 14.08 |
| 12001910079.1 | 14.56 |
| 12001910079.2 | 13.34 |
| 12001910078.1 | 12.52 |
| 12001910078.2 | 12.92 |
| 12001910052.1 | 14.01 |
| 12001910052.2 | 14.76 |
| 12001910050.1 | 19.28 |
| 12001910050.2 | 20.48 |
| 12001910002.1 | 10.73 |
| 12001910002.2 | 12.38 |
| **Max value** | **20,48** |
| **Min value** | **10,47** |
| **Average** | **14,78** |

DRAFT

CODE 1207 Ranitidine HCl Form II, compacted quality

| **Ranitidine form II compacted quality Nitrites Analysis by ionic chromatography** | |
|---|---|
| **Batch #** | **Nitrites (ppm)** |
| 12071910165.1 | 10.13 |
| 12071910165.2 | 11.56 |
| 12071910164.1 | 13.59 |
| 12071910164.2 | 12.92 |
| 12071910163.1 | 12.13 |
| 12071910163.2 | 12.20 |
| 12071910162.1 | 14.72 |
| 12071910162.2 | 15.08 |
| 12071910161.1 | 11.28 |
| 12071910161.2 | 11.35 |
| 12071910160.1 | 10.09 |
| 12071910160.2 | 16.49 |
| 12071910159.1 | 13.69 |
| 12071910159.2 | 13.53 |
| 12071910158.1 | 10.17 |
| 12071910158.2 | 12.33 |
| 12071910157.1 | 13.34 |
| 12071910157.2 | 13.13 |
| 12071910156.1 | 12.49 |
| 12071910156.2 | 8.89 |
| **Max value** | **16,49** |
| **Min value** | **8,89** |
| **Average** | **12,46** |

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497414

### 3.6. SCIENTIFIC DISCUSSION. RISK ASSESSMENT

In the risk assessment of the presence of Nitrosamines in Ranitidine HCl final API we will consider the following possibilities:

- **Risk of potential presence of Nitrosating agents, Nitrosamine precursors or Nitrosamines in raw materials used**

For Nitrosating agents, the concomitant presence of amine is necessary to generate the Nitrosamine. On the hand, for Nitrosamine precursors the additional oxidation is compulsory to finally obtain the Nitrosamine.

The risk of Nitrosamine formation will be studied through the synthetic process taking into consideration the combination of reagents, solvents, catalysts and starting materials used, intermediate formed, impurities and degradants.

- **Risk of potential cross contamination of Nitrosamines during the manufacturing process**

We will consider the use of recovered materials such a solvents, reagents and catalyst, equipment or degradation.

- **Risk of potential formation of Nitrosamines during the manufacturing process**

We will consider potential formation during the manufacture of intermediate and the final API and/or during the storage throughout its shelf life

DRAFT

### 3.6.1. Risk of potential presence of Nitrosating agents, Nitrosamine precursors or Nitroamines in raw materials used

We will consider here a discussion that supports the potential formation of Nitrosamines and provide a detailed description of the relevant process steps.

#### 3.6.1.1. CISTOFUR. REGULATED INTERMEDIATE

We have two suppliers of the regulated intermediate CISTOFUR, both following the same manufacturing process (see section 3.1.), including dimethylamine HCl (DMA HCl) as a reagent.

- No Nitrosating agents have been identified in the CISTOFUR manufacturing process except for potential presence of nitrites in Water used.
- Potential presence of Monochloramine in water has been identified as the only possible Nitrosamine precursor since Monochloramine is commonly used as disinfectant in tap water. However, the presence of the gas Monochloramine in CISTOFUR is very unlikely because the CISTOFUR is purified by high vacuum distillation.
- Potential presence of Nitrosamine has been identified. Water is used as a reaction solvent during the coupling reaction with cysteamine HCl and the crude Mannich base crude. The crude Mannich base would contain the slightly excess of DMA HCl present that would react with Monochloramine from water if present, generating by oxidation NDMA (bp 151-153ºC).

Crude CISTOFUR is purified by high vacuum distillation, 1.0-1.5 mmHg, and product fractions are collected heating up to 130±2ºC. This ensures no carry over of potential Nitrosamines.

<u>ACTION 3.6.1.1.1.</u> Analyse samples of CISTOFUR of our both suppliers for NDMA.
Samples of CISTOFUR (batches 82191910033 and 82191910059) were sent for NDMA analysis by FDA LC-HRMS MOA used for API Ranitidine HCl (see Annex 06).

| CISTOFUR BATCH | CISTOFUR SUPPLIER | NDMA (ppm) content by FDA LC-HRMS MOA |
|---|---|---|
| **82191910033** | **A** | **Not detected** |
| **82191910059** | **B** | **Not detected** |

NDMA content in final API (see section 3.4.) is not coming from CISTOFUR.

ACTION 3.6.1.1.2. Analyse samples of CISTOFUR of our both suppliers for Nitrites.
Samples of CISTOFUR (batches 82191910033 and 82191910059) were sent for Nitrites analysis by FDA IC MOA used for API Ranitidine HCl (see Annex 07).

| CISTOFUR BATCH | CISTOFUR SUPPLIER | Nitrit (ppm) content by FDA LC-HRMS MOA |
|---|---|---|
| **82191910033** | **A** | **Not detected** |
| **82191910059** | **B** | **Not detected** |

Nitrite content in final API (see section 3.5.) is not coming from CISTOFUR.

ACTION 3.6.1.1.3. List the CISTOFUR suppliers used for the manufacturing of lots of Ranitidine HCl analysed in sections

- 3.4. FDA LC-HRMS Method Results
- 3.5. FDA IC Method Results

to check for a possible correlation.

The following tables includes CISTOFUR Suppliers, NDMA and Nitrite contents.

CODE 1208 Ranitidine HCl Form I, powder quality

| Ranitidine form I powder quality HPLC-HRMS | | | Ranitidine form I powder quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **CISTOFUR SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **CISTOFUR SUPPLIER** |
| **12081910023** | 0,070 | A | **12081910024** | 14.5 | A |
| **12081910021** | 0,018 | B | **12081910022** | 44.3 | A |
| **12081910019** | 0,017 | B | **12081910020** | 15.8 | B |
| **12081910018** | ND | B | **12081910019** | 13.3 | B |
| **12081910017** | 0,017 | B | **12081910017** | 11.5 | B |
| **12081910015** | 0,064 | B | **12081910015** | 16.7 | B |
| **12081910014** | 0,022 | B | **12081910014** | 12.8 | B |
| **12081910013** | 0,059 | B | **12081910013** | 27.7 | B |
| **12081910012** | 0,062 | B | **12081910012** | 22.7 | B |
| **12081910011** | 0,046 | B | **12081910011** | 21.4 | B |

CODE 1200 Ranitidine HCl Form II, powder quality

| Ranitidine form II powder quality HPLC-HRMS | | | Ranitidine form II powder quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **CISTOFUR SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **CISTOFUR SUPPLIER** |
| **12001910127** | 0,021 | B | **12001910127** | 13.8 | B |
| **12001910124** | ND | A | **12001910124** | 16.3 | A |
| **12001910115** | 0,090 | A | **12001910115** | 10.8 | A |
| **12001910104** | ND | B | **12001910104** | 17.9 | B |
| **12001910102** | ND | B | **12001910102** | 16.4 | B |
| **12001910079** | ND | B | **12001910079** | 14.0 | B |
| **12001910078** | ND | B | **12001910078** | 12.7 | B |
| **12001910052** | ND | B | **12001910052** | 14.4 | B |
| **12001910050** | ND | B | **12001910050** | 19.9 | B |
| **12001910002** | ND | A | **12001910002** | 11.6 | A |

CODE 1207 Ranitidine HCl Form II, compacted quality

| Ranitidine form II compacted quality HPLC-HRMS | | | Ranitidine form II compacted quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **CISTOFUR SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **CISTOFUR SUPPLIER** |
| **12071910164** | 0,074 | B | **12071910165** | 10.8 | B |
| **12071910162** | 0,098 | B | **12071910164** | 13.3 | B |
| **12071910160** | 0,110 | B | **12071910163** | 12.2 | B |
| **12071910159** | 0,155 | B | **12071910162** | 14.9 | B |
| **12071910158** | 0,196 | B | **12071910161** | 11.3 | B |
| **12071910157** | 0,156 | B | **12071910160** | 13.3 | B |
| **12071910156** | 0,308 | B | **12071910159** | 13.6 | B |
| **12071910155** | 0,263 | B | **12071910158** | 11.3 | B |
| **12071910148** | 0,407 | B | **12071910157** | 13.2 | B |
| **12071910147** | 0,281 | B | **12071910156** | 10.7 | B |

For the last CODE 1207 only CISTOFUR from Supplier B has been used but considering the other two CODES 1208&1200 the data show no correlation between CISTOFUR supplier and NDMA nor Nitrite content.

### 3.6.1.2. MTM. REGULATED STARTING MATERIAL

We have two suppliers of the regulated starting material MTM, both following the same manufacturing process (see section 3.1.).

- Although no Nitrosating agents have been identified in the MTM manufacturing process, the chemical structure of the product contains a nitro group, could generate nitrites a trace level.
- Potential presence of Monochloramine in water has been identified as the only possible Nitrosamine precursor since Monochloramine is commonly used as disinfectant in tap water. However, the presence of the gas Monochloramine in MTM is very unlikely because it is very soluble in water, solvent of the final MTM purification, and MTM is dried.
- No potential presence of Nitrosamine has been identified. Although potential presence of Monochloramine in water, no amine source has been identified to generate Nitrosamine.

ACTION 3.6.1.2.1. Analyse samples of MTM of our both suppliers for Nitrites.
Two samples of MTM (batches 84811910075 and 84811910089) were sent for Nitrites analysis by FDA IC MOA used for API Ranitidine HCl (see Annex 07)

| MTM BATCH | MTM SUPPLIER | Nitrite (ppm) content by FDA LC-HRMS MOA |
|---|---|---|
| **84811910075** | **B** | **NA** |
| **84811910089** | **A** | **NA** |

The samples of MTM were analysed as per FDA IC method but quantification was not possible because close peak was interfering the Nitrite signal. Some more development is needed to find a good method for MTM Nitrite determination.
We can not discard that MTM contains some nitrites present.

ACTION 3.6.1.2.2. Analyse samples of MTM of our both suppliers for NDMA.
Two samples of MTM (batches 84811910075 and 84811910089) were sent for NDMA analysis by FDA LC-HRMS MOA used for API Ranitidine HCl (see Annex 06).

| MTM BATCH | MTM SUPPLIER | NDMA (ppm) content by FDA LC-HRMS MOA |
|---|---|---|
| **84811910075** | **B** | **Not detected** |
| **84811910089** | **A** | **Not detected** |

NDMA content in final API (see section 3.4.) is not coming from MTM.

ACTION 3.6.1.2.3. List the MTM suppliers used for the manufacturing of lots of Ranitidine HCl analysed in sections

- 3.4. FDA LC-HRMS Method Results
- 3.5. FDA IC Method Results

to check for a possible correlation.

The following tables includes CISTOFUR Suppliers, NDMA and Nitrite contents.

CODE 1208 Ranitidine HCl Form I, powder quality

| Ranitidine form I powder quality HPLC-HRMS | | | Ranitidine form I powder quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **MTM SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **MTM SUPPLIER** |
| **12081910023** | 0,070 | A | **12081910024** | 14.5 | B |
| **12081910021** | 0,018 | A | **12081910022** | 44.3 | A |
| **12081910019** | 0,017 | A | **12081910020** | 15.8 | A |
| **12081910018** | ND | A | **12081910019** | 13.3 | A |
| **12081910017** | 0,017 | A | **12081910017** | 11.5 | A |
| **12081910015** | 0,064 | A | **12081910015** | 16.7 | A |
| **12081910014** | 0,022 | A | **12081910014** | 12.8 | A |
| **12081910013** | 0,059 | A | **12081910013** | 27.7 | A |
| **12081910012** | 0,062 | A | **12081910012** | 22.7 | A |
| **12081910011** | 0,046 | A | **12081910011** | 21.4 | A |

DRAFT



**CONFIDENTIAL** **SANOFI_ZAN_MDL_0000497420**

CODE 1200 Ranitidine HCl Form II, powder quality

| Ranitidine form II powder quality HPLC-HRMS | | | Ranitidine form II powder quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **MTM SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **MTM SUPPLIER** |
| **12001910127** | 0,021 | B | **12001910127** | 13.8 | B |
| **12001910124** | ND | B | **12001910124** | 16.3 | B |
| **12001910115** | 0,090 | A | **12001910115** | 10.8 | A |
| **12001910104** | ND | A | **12001910104** | 17.9 | A |
| **12001910102** | ND | A | **12001910102** | 16.4 | A |
| **12001910079** | ND | B | **12001910079** | 14.0 | B |
| **12001910078** | ND | B | **12001910078** | 12.7 | B |
| **12001910052** | ND | B | **12001910052** | 14.4 | B |
| **12001910050** | ND | B | **12001910050** | 19.9 | B |
| **12001910002** | ND | A | **12001910002** | 11.6 | A |

CODE 1207 Ranitidine HCl Form II, compacted quality

| Ranitidine form II compacted quality HPLC-HRMS | | | Ranitidine form II compacted quality IC | | |
|---|---|---|---|---|---|
| **Batch #** | **NDMA (ppm)** | **MTM SUPPLIER** | **Batch #** | **Nitrite (ppm)** | **MTM SUPPLIER** |
| **12071910164** | 0,074 | B | **12071910165** | 10.8 | B |
| **12071910162** | 0,098 | B | **12071910164** | 13.3 | B |
| **12071910160** | 0,110 | B | **12071910163** | 12.2 | B |
| **12071910159** | 0,155 | B | **12071910162** | 14.9 | B |
| **12071910158** | 0,196 | B | **12071910161** | 11.3 | B |
| **12071910157** | 0,156 | B | **12071910160** | 13.3 | B |
| **12071910156** | 0,308 | B | **12071910159** | 13.6 | B |
| **12071910155** | 0,263 | B | **12071910158** | 11.3 | B |
| **12071910148** | 0,407 | A | **12071910157** | 13.2 | B |
| **12071910147** | 0,281 | A | **12071910156** | 10.7 | B |

For the different CODES data show no correlation between MTM supplier and NDMA nor Nitrite content.

### 3.6.1.3. PURIFIED WATER. REACTION SOLVENT

Our purified water is generated from deionized water and it is maintained in a circulating loop with a UV treatment. It is known that UV treatment is able to remove monochloramine from water, and this treatment has been well accepted in pharmaceutical applications

- No Nitrosating agents have been identified in the purified water during manufacturing process.
- Potential presence of Monochloramine in water has been identified as the only possible Nitrosamine precursor. since Monochloramine is commonly used as disinfectant in tap water. However, the presence of Monochloramine in Purified water is very unlikely. Our purified water is generated from deionized water and it is maintained in a circulating loop with a UV treatment. The loop is periodically sanitized thermally and chemically with hydrogen peroxide.
- No potential presence of Nitrosamine has been identified.

ACTION 3.6.1.3.1. Analyse samples of purified water from the loop for Monochloramine.

A sample of the loop of purified water was analysed on 2019 week#39 as per free chloride and total chloride using a colorimetric method. Result are summarized in the following table:

| Results of free and total Chlorine | | |
|---|---|---|
| **Sample** | **Result (mg/L)** | |
| | **Free chlorine** | **Total chlorine** |
| 1 | ≤0,03 | ≤0,03 |
| 2 | ≤0,03 | ≤0,03 |
| 3 | ≤0,03 | ≤0,03 |
| 4 | ≤0,03 | ≤0,03 |
| 5 | ≤0,03 | ≤0,03 |

The results show Chloramine contents (= total chlorine – free chlorine) not detected, LOQ, ≤0.03ppm. According to our manufacturing process (yield ratio 0.98kg purified water per 1.00kg of RANITIDINE HCl), the content of NDMA in API has been calculated considering LOQ as a worst case, 0.03ppm of Monochloramine quantitatively transformed into NDMA, resulting in a NDMA content in final product of 0.03ppm, clearly under the specification 0.16ppm for a daily dose of 600mg of API.

NDMA content in final API is not coming from purified water.

ACTION 3.6.1.3.2. Verify regular production COA of deionized water from our supplier.

Our supplier uses drinking water to generate deionized water by reverse osmosis. Drinking water is analysed as per free chlorine in input every 15min. Deionized water is tested twice for conductivity in line during production and again just before the download in the factory (NMT 1.25µS/cm). Its system is periodically sanitized using peracetic acid and/or sodium hypochlorite.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497422

Conductivity is related with Molar Conductivity as follows

$$\text{Molar Conductivity}\left(\frac{m^2 S}{mol}\right)=\frac{\text{Conductivity}\left(\frac{S}{m}\right)}{\text{Concentration}\left(\frac{mol}{m^3}\right)}$$

Molar Conductivity of Sodium Nitrite is $Na^+ = 50.08\ 10^{-4}$ $NO_2^- = 71.42\ 10^{-4}$, and it is considered as additive, hence we have a total value of 121.5 $10^{-4}$

Assuming a maximum Conductivity of 1.25µS/cm, we will have

$$1.25\left(\frac{\mu S}{cm}\right)\times\frac{100\ cm}{1\ m}\times\frac{1\ S}{10^6\ \mu S}=1.25\times10^{-4}\ S/m$$

And introducing in the initial formula, we will have

$$121.5\times10^{-4}\left(\frac{m^2 S}{mol}\right)=\frac{1.25\times10^{-4}\left(\frac{S}{m}\right)}{\text{Concentration}\left(\frac{mol}{m^3}\right)}$$

$$\text{Concentration}\left(\frac{mol}{m^3}\right)=\frac{1.25}{121.5}=0.0103$$

and finally transforming Concentration to ppm

$$0.0103\left(\frac{mol}{m^3}\right)\times\frac{69\ g}{mol}\times\frac{1000\ mg}{1\ g}\times\frac{1\ m^3}{1000\ L}=0.71ppm$$

The results show Nitrite content could be at maximum 0.71ppm in purified water. According to our manufacturing process (yield ratio 0.98kg purified water per 1.00kg of RANITIDINE HCl), the content of Nitrite in API has been calculated considering conductivity specification as a worst case, hence 0.70ppm of Nitrite.

Nitrite content in final API is not coming from purified water.

ACTION 3.6.1.3.3. Analyse samples of Purified water from our loop and deionized water from the supplier, for Nitrites (see Annex 07).

| Sample | Nitrite (ppm) content by FDA LC-HRMS MOA |
|---|---|
| **Deionized Water (U-908)** | **Not Detected** |
| **Purified Water (SP1010)** | **Not Detected** |

#### 3.6.1.4. CHLOROFORM. EXTRACTION SOLVENT

Chloroform is used for the extraction of Ranitidine base from water.

- No Nitrosating agents have been identified in the chloroform.
- No potential Nitrosamine precursors have been identified.
- No potential presence of Nitrosamine has been identified.

#### 3.6.1.5. ETHYL ACETATE. RANITIDINE BASE PRECIPITATION SOLVENT

Ethyl Acetate is used for the precipitation and isolation of Ranitidine base.

- No Nitrosating agents have been identified in the Ethyl Acetate.
- No potential Nitrosamine precursors have been identified.
- No potential presence of Nitrosamine has been identified.

#### 3.6.1.6. ETHANOL. API RANITIDINE HCl PRECIPITATION SOLVENT

Ethanol is used for the precipitation and isolation of API Ranitidine HCl.

- No Nitrosating agents have been identified in the Ethanol.
- No potential Nitrosamine precursors have been identified.
- No potential presence of Nitrosamine has been identified.

DRAFT

### 3.6.2. Risk of potential cross contamination of Nitrosamines during the manufacturing process

We will consider here a discussion that supports the likelihood of cross contamination as the use of recycled or recovered raw materials, reagents or catalyst, the use of dedicated workshops, the use of non-dedicated plant sections or cleaning procedures.

#### 3.6.2.1. CHLOROFORM SOLVENT RECOVERY

During the manufacturing process and after the chloroform extraction of Ranitidine base, chloroform is distilled under vacuum at controlled temperature. The distilled solvent is analysed and recovered in next batches.

- No Nitrosating agents have been identified in the recovered chloroform.
- No potential presence of Nitrosamine precursors has been identified.
- Potential presence of Nitrosamine has been identified if present in other raw materials or solvents used. Due to the high solubility of NDMA in organic solvents, traces of NDMA could be extracted in chloroform together with Ranitidine base. However, the bp of Chloroform (61ºC) is much lower than the bp of NDMA (151-153ºC), hence the presence of NDMA is very unlikely.

<u>ACTION 3.6.2.1.1.</u> To analyse NDMA in recovered solvent.
Results expected by Oct 30th

#### 3.6.2.2. ETHYL ACETATE SOLVENT RECOVERY

Ethyl Acetate is recovered by distillation from Mother Liquors (ML) obtained during the isolation of Ranitidine base. The distilled solvent is then rectified, analysed and recovered in next batches.

- No Nitrosating agents have been identified in the recovered Ethyl Acetate.
- No potential presence of Nitrosamine precursors has been identified.
- Potential presence of Nitrosamine has been identified if present in other raw materials or solvents used. Due to the high solubility of NDMA in organic solvents, traces of NDMA could be present in Ethyl Acetate ML during Ranitidine base isolation. However, the bp of Ethyl Acetate (77ºC) is much lower than the bp of NDMA (151-153ºC) and the solvent is distilled and rectified, both under atmospheric pressure, hence the presence of NDMA is very unlikely.

<u>ACTION 3.6.2.2.1.</u> To analyse NDMA in recovered solvent.
Results expected by Oct 30th

#### 3.6.2.3. ETHANOL SOLVENT RECOVERY

Ethanol is recovered by rectified distillation from Mother Liquors (ML) obtained during the isolation of API Ranitidine HCl. The solvent is rectified, analysed and recovered in next batches.

- No Nitrosating agents have been identified in the recovered Ethanol.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497425

• No potential presence of Nitrosamine precursors has been identified.
• Potential presence of Nitrosamine has been identified if present in other raw materials or solvents used. Due to the high solubility of NDMA in organic solvents, traces of NDMA could be present in Ethanol ML during API Ranitidine HCl isolation. However, the bp of Ethanol (78ºC) is much lower than the bp of NDMA (151-153ºC) and the solvent is distilled with a rectification column, hence the presence of NDMA is very unlikely.

ACTION 3.6.2.3.1. To analyse NDMA in recovered solvent.
Results expected by Oct 30th

DRAFT

### 3.6.2.4. DEDICATED EQUIPMENT DURING MANUFACTURING PROCESS

In this section the not dedicated equipment is going to be evaluated. We manufacture Ranitidine.HCl in two lines, one is dedicated and the one preferred, and the other is secondary and not dedicated.

#### 3.6.2.4.1. USED FOR CLYNDAMICINE HCl

One reactor used in precipitation of Ranitidine base form is also used in production of crude Clindamycine HCl.

• No Nitrosating agents are present during the manufacturing of the crude Clindamycine HCl.
• Nitrosamine precursors. One reagent involved in Clindamycine HCl manufacturing process is a chlorinated agent. However, it is very reactive with water, solvent where the quench takes place, hence it is very unlikely to find it in the final reaction mixture.
• No potential presence of NDMA in Clindamycin HCl process has been identified. Although the Clindamycine chemical structure contains a 1-methylpyrrolidine, because no Nitrosating agent nor Nitrosamine precursors have been identified.

After using the reactor for crude Clindamycine HCl, a cleaning is performed, and a TOC / UV control is done to assure that not cross-contaminations is produced.

#### 3.6.2.4.2. USED FOR PETHIDINE HCl

One reactor used in precipitation of Ranitidine HCl is also used in production of Pethidine HCl

• No Nitrosating agents are present during the manufacturing of the crude Pethidine HCl.
• No potential presence of Nitrosamine precursors has been identified.
• No potential presence of NDMA in Pethidine HCl process has been identified. Although the Pethidine chemical structure contains a tertiary 1-methyl piperidine, no Nitrosating agent nor Nitrosamine precursors have been identified.

After using the reactor for Pethidine HCl, a cleaning is performed, and a TOC / UV control is done to assure that not cross-contaminations is produced.

#### 3.6.2.4.3. USED FOR OMEPRAZOLE

Dryer used in Ranitidine HCl finish product is also used for Omeprazole drying.

- No Nitrosating agents are present during the drying of Omeprazole.
- No potential presence of Nitrosamine precursors has been identified.
- No potential presence of NDMA in Omeprazole process has been identified.

After using the reactor for Omeprazole, a cleaning is performed, and a TOC / UV control is done to assure that not cross-contaminations is produced.

DRAFT

### 3.6.2.5. RECOVERED RAW MATERIALS, REAGENTS OR CATALYST

No other Raw materials, Reagents or Catalyst are recovered during the manufacturing of Ranitidine.HCl except for the already considered solvents Chloroform, Ethyl Acetate and Ethanol.

### 3.6.2.6. CLEANING PROCEDURES

#### 3.6.2.6.1. EQUIPMENTS FOR RANITIDINE BASE MANUFACTURING

- Reaction Reactor Cleaning
  1. Water + Sodium hypochlorite
  2. Water + HCl + heating
  3. Water rinse
  4. Purified water rinse

  The only potential risk is the presence of sodium hypochlorite. This reagent could generate Chloramines if amines present, and chloramines are Nitrosamine precursors. Here, after the treatment with hydrochloric acid and heating, the chlorinated capacity would be drastically reduced. Moreover, after the water and purified water rinses, where Chloramines are soluble, the presence of Nitrosamine precursors is negligible.

- Distillation Reactor Cleaning
  1. Water + acetic acid + heating
  2. Water rinse
  3. Purified water rinse

  There is no risk for Nitrosating agents, Nitrosamine precursors and/or NDMA

- Precipitation Reactor and Centrifuges Cleaning
    1. Water + acetic acid + heating
    2. Water rinse
    3. Purified water rinse

There is no risk for Nitrosating agents, Nitrosamine precursors and/or NDMA

**3.6.2.6.2. EQUIPMENTS FOR RANITIDINE HCl MANIFACTURING**

- Dissolution Reactor Cleaning
    1. Water + acetic acid + heating
    2. Water rinse
    3. Purified water rinse

There is no risk for Nitrosating agents, Nitrosamine precursors and/or NDMA

- Precipitation Reactor and Centrifuges Cleaning
    1. Water + acetic acid + heating
    2. Water rinse
    3. Purified water rinse

There is no risk for Nitrosating agents, Nitrosamine precursors and/or NDMA

- Dryer Cleaning
    1. Purified water
    2. Purified water rinse

There is no risk for nitrosating agents, precursors and/or NDMA

- Sievers Cleaning
    1. Purified water
    2. Purified water rinse

There is no risk for nitrosating agents, precursors and/or NDMA

DRAFT

### 3.6.3. Risk of potential presence of Nitrosamines during the manufacturing process

We will consider here a discussion that supports the potential formation of Nitrosamines during the manufacturing process, including drying steps and solid treatments.

The following flow chart indicates the different intermediates and Codes used in the RANIRIDINE HCl manufacturing.




#### 3.6.3.1. RANITIDINE BASE MANUFACTURING

Uquifa manufacturing Ranitidine process (Figure 2) consists on the condensation reaction of CISTOFUR and MTM with the simultaneous release of methyl mercaptan.

The CISTOFUR is added to a MTM/water suspension at controlled temperature and the methyl mercaptan generated is incinerated. The resulting Ranitidine base (SOL-0) is very soluble in water hence the product is extracted with chloroform, the solvent is exchanged by ethyl acetate under vacuum at controlled temperature and finally Ranitidine base is isolated from the ethyl acetate suspension by centrifugation, including a ethyl acetate wash.

- All raw materials have been considered and resulted in no Nitrosating agents identified. However, the presence of the nitro group in the chemical structure could generate Nitrites at trace levels.

• No potential presence of Nitrosamine precursors has been identified. All raw materials have been considered and resulted in no Nitrosamine precursors identified.
• Potential presence of Nitrosamine has been identified during base manufacturing by reduction of the nitro group and reaction with dimethylamino moiety, both either present in the final API or in the critical raw materials, MTM and CISTOFUR. NDMA could be generated either during reaction or during work up. Due to the high solubility of NDMA in organic solvents, traces of NDMA could be extracted in Chloroform during work up and would remain in Ethyl Acetate ML during Ranitidine base isolation, if present.

ACTION 3.6.3.1.1. Analyse samples of RANITIDINE Base for NDMA.
Samples of wet RANITIDINE Base (batches 73031910206, 73031910207 and 73031910208) were previously dried under vacuum at room temperature and were sent for NDMA analysis by FDA LC-HRMS MOA used for API Ranitidine HCl (see Annex 09).

| RANITIDINE BASE BATCH | LAB LOD | NDMA (ppm) content by FDA LC-HRMS MOA |
|---|---|---|
| **73031910206** | **7%** | **Not detected** |
| **73031910207** | **9%** | **Not detected** |
| **73031910208** | **16%** | **Not detected** |

LOD of the samples dried in R&D lab of the different batches is quite different for the last batch, although the wet weight of the batches is quite consistent, in the range 1104-1164kg.
NDMA content in final API (see section 3.4.) is not coming from RANITIDINE Base.

ACTION 3.6.3.1.2. Analyse samples of RANITIDINE Base for Nitrites.
Samples of RANITIDINE Base (batches 73031910206, 73031910207 and 73031910208) were previously dried under vacuum at room temperature and were sent for Nitrite analysis by FDA IC MOA used for API Ranitidine HCl (see Annex 07).

| RANITIDINE BASE BATCH | LAB LOD | Nitrite (ppm) content by FDA IC MOA |
|---|---|---|
| **73031910206** | **7%** | **9.82** |
| **73031910207** | **9%** | **39.23** |
| **73031910208** | **16%** | **26.47** |

LOD of the samples dried in R&D lab of the different batches is quite different for the last batch, although the wet weight of the batches is quite consistent, in the range 1104-1164kg.
Nitrite content varies a lot in these three batches. Values are in the range 10-40ppm perhaps depending on process parameters, see Action 3.6.3.1.5.

ACTION 3.6.3.1.3. Analyse a sample of Ethyl Acetate Mother Liquors for NDMA content. Analysis pending. Due date Oct 30th.

ACTION 3.6.3.1.4. List process parameters for the manufacturing of RANITIDINE Base (SOL-0) to check a possible correlation with NDMA and Nitrite contents.
According to degradation studies (section 3.10) in neutral media temperature is the main factor that could increase NDMA content, although in general the contaminant is not increasing too much in neutral conditions.
The different forms of RANITIDINE HCl share the same RANITIDINE Base process, hence considering the different NDMA content as per the different forms, it seems that RANITIDINE Base process parameters are not directly related with NDMA content.

The following tables correlate RANITIDINE HCl batches and NDMA contents, with RANITIDINE Base process parameters for the different Codes of RANITIDINE HCl. We have included maximum reaction Temperature, maximum Temperature during the solvent exchange (Chloroform to Ethyl Acetate), the percentage of recovered solvent used, and the number of washes during isolation.

CODE 1208 Ranitidine HCl Form I, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. Base Batch# | Reaction T, ºC | Recov % CHCl3 | Distil. T, ºC | Distil. T, h | Recov % EtOAc | Wash # |
|---|---|---|---|---|---|---|---|---|---|
| 12081910024 | ---- | 14.5 | 73031910180 | 41,0 | 100 | 49,0 | 8 | 28 | 2 |
| 12081910023 | 0.070 | ---- | 73031910178 | 40,0 | 100 | 49,8 | 8 | 100 | 2 |
| 12081910022 | ---- | 44.3 | 73031910175 | 40,0 | 100 | 46,0 | 9 | 17 | 2 |
| 12081910021 | 0.018 | ---- | 73031910174 | 40,0 | 100 | 50,0 | 10 | 100 | 2 |
| 12081910020 | ---- | 15.8 | 73031910172 | 41,0 | 100 | 49,0 | 7 | 48 | 2 |
| 12081910019 | 0.017 | 13.3 | 73031910152 | 41,0 | 100 | 48,0 | 8 | 97 | 2 |
| 12081910018 | ND | ---- | 73031910150 | 40,0 | 100 | 48,0 | 9 | 48 | 2 |
| 12081910017 | 0,017 | 11.5 | 73031910148 | 39,0 | 100 | 49,0 | 9 | 73 | 2 |
| 12081910015 | 0,064 | 16.7 | 73031910144 | 40,0 | 92 | 48,0 | 9 | 0 | 2 |
| 12081910014 | 0,022 | 12.8 | 73031910142 | 41,0 | 91 | 49,0 | 8 | 75 | 2 |
| 12081910013 | 0,059 | 27.7 | 73031910120 | 38,0 | 100 | 48,0 | 7 | 100 | 2 |
| 12081910012 | 0,062 | 22.7 | 73031910118 | 40,0 | 0 | 47,0 | 9 | 0 | 2 |
| 12081910011 | 0,046 | 21.4 | 73031910116 | 42,0 | 87 | 48,4 | 9 | 0 | 2 |



CONFIDENTIAL SANOFI_ZAN_MDL_0000497431

CODE 1200 Ranitidine HCl Form II, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. Base Batch# | Reaction T, ºC | Recov.% CHCl3 | Distil. T, ºC | Distil. T, h | Recov.% EtOAc | Wash # |
|---|---|---|---|---|---|---|---|---|---|
| 12001910127 | 0,021 | 13.8 | 73031910140 | 40,0 | 96 | 49,1 | 8 | 12 | 2 |
| 12001910124 | ND | 16.3 | 73031910137 | 42,0 | 100 | 49,0 | 10 | 100 | 2 |
| 12001910115 | 0,090 | 10.8 | 73031910128 | 41,0 | 95 | 49,0 | 10 | 100 | 2 |
| 12001910104 | ND | 17.9 | 73031910114 | 40,0 | 92 | 50,0 | 8 | 48 | 2 |
| 12001910102 | ND | 16.4 | 73031910112 | 41,0 | 85 | 48,0 | 9 | 75 | 2 |
| 12001910079 | ND | 14.0 | 73031910086 | 42,0 | 100 | 49,0 | 8 | 0 | 2 |
| 12001910078 | ND | 12.7 | 73031910084 | 42,0 | 100 | 49,0 | 10 | 25 | 2 |
| 12001910052 | ND | 14.4 | 73031910056 | 40,0 | 94 | 46,0 | 10 | 100 | 2 |
| 12001910050 | ND | 19.9 | 73031910053 | 42,0 | 90 | 47,0 | 8 | 100 | 2 |
| 12001910002 | ND | 11.6 | 73031910002 | 39,0 | 90 | 48,0 | 12 | 100 | 1 |

CODE 1207 Ranitidine HCl Form II, compacted quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. Base Batch# | Reaction T, ºC | Recov.% CHCl3 | Distil. T, ºC | Distil. T, h | Recov.% EtOAc | Wash # |
|---|---|---|---|---|---|---|---|---|---|
| 12071910165 | ---- | 10.8 | 73031910193 | 40,0 | 78 | 49 | 7 | 75 | 2 |
| 12071910164 | 0.074 | 13.3 | 73031910192 | 40,0 | 79 | 49 | 10 | 75 | 2 |
| 12071910163 | ---- | 12.2 | 73031910191 | 42,0 | 80 | 49 | 9 | 85 | 2 |
| 12071910162 | 0.098 | 14.9 | 73031910190 | 40,0 | 81 | 49 | 8 | 100 | 2 |
| 12071910161 | ---- | 11.3 | 73031910189 | 40,0 | 80 | 49 | 7 | 23 | 2 |
| 12071910160 | 0,110 | 13.3 | 73031910187 | 41,0 | 90 | 49 | 9 | 75 | 2 |
| 12071910159 | 0,155 | 13.6 | 73031910185 | 40,0 | 93 | 49 | 8 | 100 | 2 |
| 12071910158 | 0,196 | 11.3 | 73031910183 | 39,0 | 100 | 48 | 8 | 30 | 2 |
| 12071910157 | 0,156 | 13.2 | 73031910181 | 40,0 | 100 | 48 | 6 | 72 | 2 |
| 12071910156 | 0,308 | 10.7 | 73031910179 | 40,0 | 100 | 49 | 8 | 91 | 2 |
| 12071910155 | 0,263 | ---- | 73031910177 | 40,0 | 100 | 50 | 9 | 48 | 2 |
| 12071910148 | 0,407 | ---- | 73031910167 | 41,0 | 100 | 49 | 6 | 0 | 2 |
| 12071910147 | 0,281 | ---- | 73031910166 | 40,0 | 60 | 48 | 8 | 0 | 2 |



CONFIDENTIAL SANOFI_ZAN_MDL_0000497432

No correlation with the process parameters considered, maximum reaction Temperature, maximum Temperature during the solvent exchange (Chloroform to Ethyl Acetate), the percentage of recovered solvent used, and the number of washes during isolation, can be stablished for NDMA and Nitrites content.

ACTION 3.6.3.1.5. List process parameters for the manufacturing of RANITIDINE Base batches 73031910206, 73031910207 and 73031910208, to check a possible correlation with NDMA and Nitrite contents.

The following tables correlate NDMA and Nitrite contents, with RANITIDINE Base process parameters. We have included maximum reaction Temperature, maximum Temperature during the solvent exchange (Chloroform to Ethyl Acetate), the percentage of recovered solvent used, and the number of washes during isolation.

| NDMA (ppm) | Nitrite (ppm) | R. Base Batch# | Reaction T, ºC | Recov.% CHCl3 | Distil. T, ºC | Distil. T, h | Recov.% EtOAc | Wash # |
|---|---|---|---|---|---|---|---|---|
| ND | 9.82 | 73031910206 | 40 | 100 | 50 | 6 | 100 | 2 |
| ND | 39.23 | 73031910207 | 40 | 100 | 50 | 7 | 20 | 2 |
| ND | 26.47 | 73031910208 | 40 | 100 | 50 | 8 | 100 | 2 |

No correlation with the process parameters considered, maximum reaction Temperature, maximum Temperature during the solvent exchange (Chloroform to Ethyl Acetate), the percentage of recovered solvent used, and the number of washes during isolation, can be stablished for NDMA and Nitrites content.

### 3.6.3.2. RANITIDINE HCl FORM I MANUFACTURING

The wet RANITIDINE Base is dissolved in fresh ethanol, and the solution is filtered. To the filtered solution, HCl/ethanol is added adjusting pH in the range 4.5-6.0 to precipitate the hydrochloride. Finally, RANITIDINE Form I is isolated by centrifugation from the suspension and washed with fresh ethanol.

- All raw materials have been considered and resulted in no Nitrosating agents identified. However, the presence of the nitro group in the chemical structure could generate Nitrites at trace levels.
- No potential presence of Nitrosamine precursors has been identified. All raw materials have been considered and resulted in no Nitrosamine precursors identified.
- Potential presence of Nitrosamine has been identified during hydrochloride Form I manufacturing by reduction of the nitro group and reaction with dimethylamino moiety, both present in the final API. NDMA could be generated in acidic conditions specially at high temperature. Due to the high solubility of NDMA in organic solvents, traces of NDMA would remain in Ethanol ML during hydrochloride Form I isolation, if present.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497433

ACTION 3.6.3.2.1. Analyse a sample of Ethanol Mother Liquors for NDMA content.
No sample available.

ACTION 3.6.3.2.2. List process parameters for the manufacturing of wet RANITIDINE HCl Form I (NEO-1) to check a possible correlation with NDMA and Nitrite contents.
According to degradation studies (section 3.10) in acidic solution, temperature is the main factor that could increase NDMA content.

The following tables correlate RANITIDINE HCl Form I batches and NDMA and Nitrite contents, with wet RANITIDINE HCl Form I process parameters. In particular, maximum Temperature during pH adjustment, percentage of fresh Ethanol used and final pH.

CODE 1208 Ranitidine HCl Form I, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. HCl FI Batch# | Fresh% EtOH | pH adj. T, ºC | Final pH |
|---|---|---|---|---|---|---|
| 12081910024 | ---- | 14.5 | 73061910024 | 100 | 38 | 5.8 |
| 12081910023 | 0.070 | ---- | 73061910023 | 100 | 36 | 5.2 |
| 12081910022 | ---- | 44.3 | 73061910022 | 100 | 35 | 5.9 |
| 12081910021 | 0.018 | ---- | 73061910021 | 100 | 39 | 5.8 |
| 12081910020 | ---- | 15.8 | 73061910020 | 100 | 37 | 5.5 |
| 12081910019 | 0.017 | 13.3 | 73061910019 | 100 | 36 | 5.8 |
| 12081910018 | ND | ---- | 73061910018 | 100 | 35 | 4.8 |
| 12081910017 | 0,017 | 11.5 | 73061910017 | 100 | 37 | 5.9 |
| 12081910015 | 0,064 | 16.7 | 73061910015 | 100 | 37 | 5.3 |
| 12081910014 | 0,022 | 12.8 | 73061910014 | 100 | 35 | 5.5 |
| 12081910013 | 0,059 | 27.7 | 73061910013 | 100 | 36 | 5.6 |
| 12081910012 | 0,062 | 22.7 | 73061910012 | 100 | 37 | 5.3 |
| 12081910011 | 0,046 | 21.4 | 73061910011 | 100 | 36 | 4.8 |

No clear correlation can be established although in general lower NDMA contents corresponds to higher final pH values.

### 3.6.3.3. RANITIDINE HCL FORM II MANUFACTURING

The wet RANITIDINE Base is dissolved in ethanol (either fresh or recovered), water content is adjusted to KF in the range 4.8-5.2% and the solution is filtered. To the filtered solution, HCl/ethanol is added adjusting pH in the range 4.3-4.9 to precipitate the hydrochloride. Depending on when the seed is introduced, we can obtain the same polymorph with different densities. Finally, RANITIDINE Form II is isolated by centrifugation from the suspension and washed with fresh ethanol.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497434

- All raw materials have been considered and resulted in no Nitrosating agents identified. However, the presence of the nitro group in the chemical structure could generate Nitrites at trace levels.
- No potential presence of Nitrosamine precursors has been identified. All raw materials have been considered and resulted in no Nitrosamine precursors identified.
- Potential presence of Nitrosamine has been identified during hydrochloride Form II manufacturing by reduction of the nitro group and reaction with dimethylamino moiety, both present in the final API. NDMA could be generated in acidic conditions specially at high temperature. Due to the high solubility of NDMA in organic solvents, traces of NDMA would remain in Ethanol ML during hydrochloride Form II isolation, if present.

ACTION 3.6.3.3.1. Analyse a sample of Ethanol Mother Liquors for NDMA content.
Analysis pending. Due date Oct 30th.

ACTION 3.6.3.3.2. List process parameters for the manufacturing of wet RANITIDINE HCl Form II (SOL-1) to check a possible correlation with NDMA and Nitrite contents.
According to degradation studies (section 3.10) in acidic solution, temperature is the main factor that could increase NDMA content, although the impact is not very high.

The following tables correlate RANITIDINE HCl Form II batches and NDMA and Nitrite contents, with wet RANITIDINE HCl Form II process parameters. In particular, maximum Temperature during pH adjustment, percentage of fresh Ethanol used and final pH.

CODE 1200 Ranitidine HCl Form II, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. HCl FII Batch# | Recov % EtOH | pH adj. T °C | Final pH |
|---|---|---|---|---|---|---|
| 12001910127 | 0,021 | 13.8 | 73101910127 | 100 | 36 | 4.8 |
| 12001910124 | ND | 16.3 | 73101910124 | 100 | 35 | 4.9 |
| 12001910115 | 0,090 | 10.8 | 73101910115 | 100 | 36 | 4.8 |
| 12001910104 | ND | 17.9 | 73101910104 | 100 | 35 | 4.9 |
| 12001910102 | ND | 16.4 | 73101910102 | 100 | 36 | 4.3 |
| 12001910079 | ND | 14.0 | 73101910079 | 100 | 33 | 4.6 |
| 12001910078 | ND | 12.7 | 73101910078 | 100 | 32 | 4.7 |
| 12001910052 | ND | 14.4 | 73101910052 | 100 | 35 | 4.7 |
| 12001910050 | ND | 19.9 | 73101910050 | 100 | 36 | 4.7 |
| 12001910002 | ND | 11.6 | 73101910002 | 100 | 35 | 4.4 |

No correlation can be established between NDMA nor Nitrites and the process parameters considered, maximum Temperature during pH adjustment, percentage of fresh Ethanol used and final pH.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497435

CODE 1207 Ranitidine HCl Form II, compacted quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | R. HCl FII Batch# | Recov % EtOH | pH adj. T ºC | Final pH |
|---|---|---|---|---|---|---|
| 12071910165 | ---- | 10.8 | 73101910165 | 100 | 34 | 4.9 |
| 12071910164 | 0.074 | 13.3 | 73101910164 | 100 | 35 | 4.6 |
| 12071910163 | ---- | 12.2 | 73101910163 | 100 | 36 | 4.8 |
| 12071910162 | 0.098 | 14.9 | 73101910162 | 100 | 34 | 4.9 |
| 12071910161 | ---- | 11.3 | 73101910161 | 100 | 36 | 4.9 |
| 12071910160 | 0,110 | 13.3 | 73101910160 | 100 | 35 | 4.9 |
| 12071910159 | 0,155 | 13.6 | 73101910159 | 100 | 35 | 4.9 |
| 12071910158 | 0,196 | 11.3 | 73101910158 | 100 | 35 | 4.7 |
| 12071910157 | 0,156 | 13.2 | 73101910157 | 100 | 34 | 4.9 |
| 12071910156 | 0,308 | 10.7 | 73101910156 | 100 | 36 | 4.7 |
| 12071910155 | 0,263 | ---- | 73101910155 | 100 | 35 | 4.7 |
| 12071910148 | 0,407 | ---- | 73101910148 | 100 | 33 | 4.5 |
| 12071910147 | 0,281 | ---- | 73101910147 | 100 | 35 | 4.7 |

No correlation can be established between NDMA nor Nitrites and the process parameters considered, maximum Temperature during pH adjustment, percentage of fresh Ethanol used and final pH.

### 3.6.3.4. RANITIDINE HCl DRYING

The drying process of the different RANITIDINE HCl forms uses the same equipment and T/P conditions. The drying is performed under vacuum, about 100mbars of pressure, and at a maximum product Temperature of 35ºC, till a LOD ≤0.7%.

- The presence of the nitro group in the chemical structure could generate Nitrites at trace levels.
- No potential presence of Nitrosamine precursors has been identified.
- Potential presence of Nitrosamine at trace level has been identified during drying by reduction of the nitro group and reaction with dimethylamino moiety, both present in the final API. NDMA could be generated in wet material in acidic conditions specially at high temperature.



**CONFIDENTIAL** **SANOFI_ZAN_MDL_0000497436**

ACTION 3.6.3.4.1. List process parameters for the drying of wet RANITIDINE HCl to check a possible correlation with NDMA and Nitrite contents.
According to degradation studies (section 3.10), humidity/temperature are the main factors that could increase NDMA content.

The following tables correlate RANITIDINE HCl batches and NDMA and Nitrite contents, with wet RANITIDINE HCl Form II process parameters. In particular, weight of the wet cake and maximum drying Temperature.

CODE 1208 Ranitidine HCl Form I, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | Wet FI HCl Kg (7306) | Drying T ºC |
|---|---|---|---|---|
| 12081910024 | ---- | 14.5 | 1383 | 31 |
| 12081910023 | 0.070 | ---- | 1336 | 31 |
| 12081910022 | ---- | 44.3 | 1494 | 27 |
| 12081910021 | 0.018 | ---- | 1370 | 32 |
| 12081910020 | ---- | 15.8 | 1529 | 34 |
| 12081910019 | 0.017 | 13.3 | 1421 | 28 |
| 12081910018 | ND | ---- | 1390 | 32 |
| 12081910017 | 0,017 | 11.5 | 1370 | 28 |
| 12081910015 | 0,064 | 16.7 | 1468 | 35 |
| 12081910014 | 0,022 | 12.8 | 1380 | 28 |
| 12081910013 | 0,059 | 27.7 | 1384 | 33 |
| 12081910012 | 0,062 | 22.7 | 1396 | 35 |
| 12081910011 | 0,046 | 21.4 | 1569 | 32 |

No correlation can be established between NDMA nor Nitrites and the process parameters considered, weight of the wet cake and maximum drying Temperature.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497437

CODE 1200 Ranitidine HCl Form II, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | Wet FII HCl kg (7310) | Drying T ºC |
|---|---|---|---|---|
| 12001910127 | 0,021 | 13.8 | 1209 | 30 |
| 12001910124 | ND | 16.3 | 1142 | 31 |
| 12001910115 | 0,090 | 10.8 | 1054 | 27 |
| 12001910104 | ND | 17.9 | 1121 | 29 |
| 12001910102 | ND | 16.4 | 1067 | 28 |
| 12001910079 | ND | 14.0 | 1089 | 28 |
| 12001910078 | ND | 12.7 | 1128 | 29 |
| 12001910052 | ND | 14.4 | 1126 | 27 |
| 12001910050 | ND | 19.9 | 1081 | 27 |
| 12001910002 | ND | 11.6 | 1047 | 32 |

No correlation can be established between NDMA nor Nitrites and the process parameters considered, weight of the wet cake and maximum drying Temperature.

CODE 1207 Ranitidine HCl Form II, compacted quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | Wet FII HCl Kg (7310) | Drying T ºC |
|---|---|---|---|---|
| 12071910165 | ---- | 10.8 | 1059 | ---- |
| 12071910164 | 0.074 | 13.3 | 1153 | 30 |
| 12071910163 | ---- | 12.2 | 1076 | 28 |
| 12071910162 | 0.098 | 14.9 | 1146 | 27 |
| 12071910161 | ---- | 11.3 | 1174 | 31 |
| 12071910160 | 0,110 | 13.3 | 987 | 32 |
| 12071910159 | 0,155 | 13.6 | 1094 | 31 |
| 12071910158 | 0,196 | 11.3 | 1119 | 31 |
| 12071910157 | 0,156 | 13.2 | 1064 | 32 |
| 12071910156 | 0,308 | 10.7 | 1133 | 33 |
| 12071910155 | 0,263 | ---- | 1151 | 31 |
| 12071910148 | 0,407 | ---- | 1004 | 33 |
| 12071910147 | 0,281 | ---- | 1072 | 30 |

No correlation can be established between NDMA nor Nitrites and the process parameters considered, weight of the wet cake and maximum drying Temperature.



CONFIDENTIAL SANOFI_ZAN_MDL_0000497438

### 3.6.3.5. RANITIDINE HCl DIFFERENT POLYMORPHS AND SOLID FEATURES

The main difference between both polymorphic forms, Form I and Form II, is the water content during precipitation. Whereas in Form I fresh absolute ethanol is used, during Form II precipitation KF is adjusted to 4.8-5.2% in the mixture.

Moreover, adjusting seeding time during the precipitation of RANITIDNE HCl Form II, it is possible to obtain product of different densities. High density for the intermediates of codes 7310 (wet) / 7309 (dried) is preferred if final API is scheduled to be compacted for a most homogenous feeding of the compaction equipment. Whereas low density intermediates of codes 7310 (wet) / 7309 (dried) is obtained for final API Code 1200.

Maintaining all parameters in the scope of the MBR for Code 7310 (wet RANITIDINE HCl Form II), controlling precipitation we can control final density.

Precipitation conditions to lead to the different density products are summarised in the following table

| Precipitation | CODE | DENSITY | TREATMENT | API CODE |
|---|---|---|---|---|
| During pH adjustment | 7309 | <3.6 low density | Sieving | 1200 |
| At the end of pH adjustment | 7309 | > 3.6 high density | Compaction | 1207 |

Different density lead to a slightly differences in the quality parameters of the different final API, meeting all product Pharmacopeia Specs, see Section 3.7.

The compaction treatment is performed at a temperature&humidity controlled room.

For a better feeding of the equipment densities >3.6 are preferred for Intermediate code 7310.

ACTION 3.6.3.5.1. Analyse samples of RANITIDINE HCl for NDMA content by FDA LC-HRMS MOA to clarify the impact of the compaction process

In order to demonstrate if the compaction process may impact in the NDMA contents samples of RANITIDINE HCL FII before compaction (stored at several conditions) were analysed and compared with contents after compaction (see Annex 10).



CONFIDENTIAL SANOFI_ZAN_MDL_0000497439

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| Before compaction | | | |
| 73091910156 | Retained sample | 5±3ºC | ND |
| 73141910156 | Seeding sample | In warehouse | 1.183 |
| After compaction | | | |
| 12071910156 | Retained sample | Room temperature | 0.308 |
| Before compaction | | | |
| 73091910156 | Retained sample | 5±3ºC | ND |
| 73141910156 | Seeding sample | In warehouse | 0.688 |
| After compaction | | | |
| 12071910156 | Retained sample | Room temperature | 0.196 |

It is clear from results that the same product before compaction and depending on storage temperature can lead to a not detected NDMA content at 5ºC but can result after 3 months at 25 with some excursion to-30ºC in a very high NDMA content, 1.2-0.7ppm. After compaction the samples were stored at room temperature (<25ºC) having even less NDMA content. Indicating that temperature is very important, specially for high density product.

DRAFT

### 3.6.4. Summary of Actions

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| Cistofur | 3.6.1.1.1. | NDMA content determination in CISTOFUR | Done | FDA LC-HRMS MOA resulted in Not Detected NDMA. | NDMA content in final API is not coming from CISTOFUR |
| Cistofur | 3.6.1.1.2. | Nitrite content determination in CISTOFUR | Done | FDA IC MOA resulted in Not Detected nitrites | Nitrite content in final API is not coming from CISTOFUR |
| Cistofur | 3.6.1.1.3. | List CISTOFUR suppliers to check a possible correlation | Done | No correlation | Data show no correlation between CISTOFUR supplier and NDMA nor Nitrite content |
| MTM | 3.6.1.2.1. | Nitrite content determination in MTM | Oct 24th | FDA IC MOA can not be used due to some interfering impurities. | Some more analytical development is required. It is not discarded that Nitrites present in MTM |
| MTM | 3.6.1.2.2. | NDMA content determination in MTM | Done | FDA LC-HRMS MOA resulted in NDMA content Not Detected | NDMA content in final API is not coming from MTM |

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497441

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| MTM | 3.6.1.2.3. | List MTM suppliers to check a possible correlation | Done | No correlation | Data show no correlation between MTM supplier and NDMA nor Nitrite content |
| Purified Water | 3.6.1.3.1. | Monochloramine content determination in Purified water | Done | Chloramine content resulted Not Detected (LOQ 0.03ppm). Considering LOQ as worst case, NDMA in final API would be 0.03ppm | NDMA content in final API is not coming from Purified Water due to the presence of Monochloramine |
| Purified Water | 3.6.1.3.2. | Verify regular production COA of deionized water | Done | In purified water, conductivity specification (<1.25µS/cm) may result in maxim content of Sodium Nitrite of 0.7ppm. Chlorine not detected after sanitization | Nitrite content in final API is not coming from Purified Water. |
| Purified Water | 3.6.1.3.3. | Nitrite content determination in Purified water | Done | FDA IC MOA resulted in Not Detected nitrites | Nitrite content in final API is not coming from Purified Water |

DRAFT

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| Chloroform Recovered solvent | 3.6.2.1.1 | NDMA content determination in recovered Chloroform | Oct 30th | GC-MS MOA | |
| Ethyl Acetate Recovered solvent | 3.6.2.2.1. | NDMA content determination in recovered Ethyl Acetate | Oct 30th | GC-MS MOA | |
| Ethanol Recovered solvent | 3.6.2.3.1. | NDMA content determination in recovered Ethanol | Oct 30th | GC-MS MOA | |
| RANITIDINE Base Manufacturing | 3.6.3.1.1. | NDMA content determination in RANITIDINE Base | Done | FDA LC-HRMS MOA resulted in NDMA content Not Detected | NDMA content in final API is not coming from RANITIDINE Base |

DRAFT

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| RANITIDINE Base Manufacturing | 3.6.3.1.2. | Nitrite content determination in RANITIDINE Base | Done | FDA IC MOA resulted in nitrite values between 10-40ppm | Nitrite content in final API could come from RANITIDINE Base |
| RANITIDINE Base Manufacturing | 3.6.3.1.3. | Analyse RANITIDINE Base Mother Liquors of Ethyl Acetate | Oct 30th | Pending | |
| RANITIDINE Base Manufacturing | 3.6.3.1.4. | List RANITIDINE Base process parameters to check a possible correlation | Done | Process parameters (PP) considered, maximum temperature, recovered solvent and centrifuge washes | No correlation with the PP considered can be established for NDMA nor Nitrites content |
| RANITIDINE Base Manufacturing | 3.6.3.1.5. | List some RANITIDINE Base process parameters to check a possible correlation | Done | Process parameters (PP) considered, maximum temperature, recovered solvent and centrifuge washes | No correlation with the PP considered can be established for NDMA nor Nitrites content |

DRAFT



**CONFIDENTIAL** **SANOFI_ZAN_MDL_0000497444**

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| Wet RANITIDINE HCl FI Manufacturing | 3.6.3.2.1. | Analyse RANITIDINE HCl FI Mother Liquors of Ethanol for NDMA | NA | Sample not available | Analysis will be scheduled as possible |
| Wet RANITIDINE HCl FI Manufacturing | 3.6.3.2.2. | List RANITIDINE HCl FI process parameters to check a possible correlation | Done | Process parameters (PP) considered, maximum temperature during pH adjustment and final pH | No clear correlation can be established although in general lower NDMA contents corresponds to higher final pH values. |
| Wet RANITIDINE HCl FII Manufacturing | 3.6.3.3.1. | Analyse RANITIDINE HCl FII Mother Liquors of Ethanol for NDMA | Oct 30th | Pending | |
| Wet RANITIDINE HCl FII Manufacturing | 3.6.3.3.2. | List RANITIDINE HCl FII process parameters to check a possible correlation | Done | Process parameters (PP) considered, maximum temperature during pH adjustment and final pH | No correlation with the PP considered can be established for NDMA nor Nitrites content |

DRAFT

| Parameter | ID Action | Required Actions to Reduce Risk | Expected Due Date | Remarks | Conclusions/Further Actions |
|---|---|---|---|---|---|
| RANITIDINE HCl Drying | 3.6.3.4.1. | List RANITIDINE HCl drying parameters to check a possible correlation | Done | Process parameters (PP) considered, weight of the wet cake and maximum drying temperature | No correlation with the PP considered can be established for NDMA nor Nitrites content |
| RANITIDINE HCl FII Compaction | 3.6.3.5.1. | Analyse RANITIDINE HCl FII before and after compaction for NDMA | Done | FDA LC-HRMS MOA resulted in NDMA content depending on storage temperature | Storage temperature has a big impact in the NDMA content specially for Form II compacted quality |

DRAFT

### 3.7. QUALITY OF RANITIDINE HCl

In this section we will focus on some of the RANITIDINE HCl quality aspects that make the products slightly different.

HPLC Purity is very consistent through the different polymorphs, presumably because of the good purity of RANITIDINE Base that all forms share, see 3.8 Section.

The most distinctive quality aspects are, LOD, KF, pH and RRSS.

CODE 1208 Ranitidine HCl Form I, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | LOD/KF | CHCl3 (ppm) | EtOAc (ppm) | EtOH (ppm) | pH |
|---|---|---|---|---|---|---|---|
| 12081910024 | ---- | 14.5 | 0.10 | <0.3 | 67 | 313 | 5.7 |
| 12081910023 | 0.070 | ---- | 0.12 | 1 | 62 | 364 | 5.6 |
| 12081910022 | ---- | 44.3 | 0.09 | 2 | 69 | 342 | 5.5 |
| 12081910021 | 0.018 | ---- | 0.12 | 12 | 76 | 421 | 5.6 |
| 12081910020 | ---- | 15.8 | 0.07 | 13 | 85 | 315 | 5.6 |
| 12081910019 | 0.017 | 13.3 | 0.06 | 6 | 80 | 302 | 5.6 |
| 12081910018 | ND | ---- | 0.09 | 6 | 89 | 350 | 5.6 |
| 12081910017 | 0,017 | 11.5 | 0.02 | 6 | 77 | 471 | 5.6 |
| 12081910015 | 0,064 | 16.7 | 0.09 | 1 | 81 | 278 | 5.7 |
| 12081910014 | 0,022 | 12.8 | 0.08 | 11 | 103 | 399 | 5.7 |
| 12081910013 | 0,059 | 27.7 | 0.08 | 7 | 92 | 505 | 5.7 |
| 12081910012 | 0,062 | 22.7 | 0.11 | <0.3 | 89 | 397 | 5.6 |
| 12081910011 | 0,046 | 21.4 | 0.02 | <0.3 | 84 | 247 | 5.7 |

Form I has in general lower content of solvents and particularly EtOH is lower than 500ppm, and pH is higher than the Form II, average value for Form I pH 5.6

CODE 1200 Ranitidine HCl Form II, powder quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | LOD/KF | CHCl3 (ppm) | EtOAc (ppm) | EtOH (ppm) | pH |
|---|---|---|---|---|---|---|---|
| 12001910127 | 0,021 | 13.8 | 0.04 | 1 | 39 | 700 | 5.3 |
| 12001910124 | ND | 16.3 | 0.04 | <0.3 | 12 | 338 | 5.4 |
| 12001910115 | 0,090 | 10.8 | 0.07 | 8 | 154 | 2516 | 5.2 |
| 12001910104 | ND | 17.9 | 0.10 | <0.3 | 13 | 319 | 5.4 |
| 12001910102 | ND | 16.4 | 0.04 | 1 | 14 | 373 | 5.4 |
| 12001910079 | ND | 14.0 | 0.04 | <0.3 | 14 | 290 | 5.3 |
| 12001910078 | ND | 12.7 | 0.05 | 1 | 14 | 315 | 5.3 |
| 12001910052 | ND | 14.4 | 0.10 | 2 | 13 | 294 | 5.4 |
| 12001910050 | ND | 19.9 | 0.06 | 1 | 20 | 390 | 5.3 |
| 12001910002 | ND | 11.6 | 0.05 | 2 | 14 | 371 | 5.3 |

Form II, powder quality has in general lower content of solvents and particularly EtOH is lower than 400ppm, and pH is lower than the Form I, average value for Form II is pH 5.3. Please notice that the highest value of NDMA for Code 1200 is 12001910115 0.090ppm of NDMA that corresponds to the highest NDMA content and the lowest pH in the previous table.

CODE 1207 Ranitidine HCl Form II, compacted quality

| R. HCl Batch# | NDMA (ppm) | Nitrite (ppm) | LOD | KF | CHCl3 (ppm) | EtOAc (ppm) | EtOH (ppm) | pH |
|---|---|---|---|---|---|---|---|---|
| 12071910165 | ---- | 10.8 | 0.03 | 0.20 | 5 | 81 | 2121 | 5.0 |
| 12071910164 | 0.074 | 13.3 | 0.05 | 0.19 | 4 | 76 | 1960 | 5.1 |
| 12071910163 | ---- | 12.2 | 0.05 | 0.19 | 4 | 84 | 1964 | 5.3 |
| 12071910162 | 0.098 | 14.9 | 0.04 | 0.17 | 4 | 71 | 1785 | 5.2 |
| 12071910161 | ---- | 11.3 | 0.07 | 0.23 | 6 | 70 | 1617 | 5.2 |
| 12071910160 | 0,110 | 13.3 | 0.07 | 0.21 | 5 | 38 | 1044 | 5.1 |
| 12071910159 | 0,155 | 13.6 | 0.06 | 0.20 | 8 | 87 | 2018 | 5.3 |
| 12071910158 | 0,196 | 11.3 | 0.07 | 0.19 | 5 | 86 | 2116 | 5.2 |
| 12071910157 | 0,156 | 13.2 | 0.03 | 0.20 | 3 | 35 | 1227 | 5.5 |
| 12071910156 | 0,308 | 10.7 | 0.07 | 0.18 | 4 | 57 | 1621 | 5.4 |
| 12071910155 | 0,263 | ---- | 0.03 | 0.19 | 6 | 57 | 2134 | 5.2 |
| 12071910148 | 0,407 | ---- | 0.03 | 0.16 | 3 | 58 | 1739 | 5.2 |
| 12071910147 | 0,281 | ---- | 0.07 | 0.16 | 3 | 80 | 1984 | 5.2 |

Form II, compacted quality has in general much higher content of solvents and particularly EtOH in average 1800ppm, and pH is lower than the Form I, average value for Form II compacted is pH 5.1, lower than powder quality Form II.

### 3.8. LIST OF IMPURITIES OF RANITIDINE HCl

| QUALITY ASPECT | UQUIFA NAME | EP | USP | 1208 | 1200 | 1207 Average |
|---|---|---|---|---|---|---|
| **Imp A** | CISTOFUR | ≤0.10% | ≤0.1% | | | 0.02 |
| **Imp B** | DCN | ≤0.30% | ≤0.3% | | | 0.08 |
| **Imp J** | Imp S | ≤0.15% | ≤0.1% | | | 0.04 |
| **Imp C** | S-OXIDE | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp D** | NITROACETAMIDE | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp E** | N-OXIDE | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp F** | FURAMINE | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp G** | OXIMA | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp H** | ACETAMIDE | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp I** | | ≤0.10% | ≤0.1% | | | 0.00 |
| **Imp K** | MTM | ≤0.10% | ≤0.1% | | | 0.00 |

HPLC purity quality is very good.

Only three impurities, Imp A, Imp B and Imp J, have a content above the limit of detection, and in all cases the average values represent approximately 25% of the specification.

In general, almost all impurities still maintain the nitro group and the dimethylamino moiety.

Impurity G, Oxima, is the only chemical structure that has an hydroxylamino group quite different from the other impurities, that could be considered as Nitrosating agent. That why it has been considered in the spiked experiments in Section 3.12.

### 3.9. ANALYIS OF MANUFACTURED RANITIDINE HCl ALONG THE RETEST DATE

The retest date established for the different polymorphic forms is summarized in the following table.

| RANITIDINE HCl | RETEST DATE |
|---|---|
| **Form I powder quality (Code 1208)** | 24 months |
| **Form II powder quality (Code 1200)** | 36 months |
| **Form II compacted quality (Code 1207)** | 36 months |

API retained samples are stored at different Temperatures as stated in the following table.

Moreover, samples of dried intermediates of RANITIDINE FII powder quality, 7309 and 7314 are available as well. Retained samples of Code 7309 are stored in cold conditions, and some batches of Code 7314 are stored in our warehouse to be used as a seed in next campaign.

| RANITIDINE HCl API RETAINED SAMPLES | STORAGE TEMPERATURE |
|---|---|
| **Form I powder quality (Code 1208)** | 5±3ºC |
| **Form II powder quality (Code 1200)** | 5±3ºC |
| **Form II compacted quality (Code 1207)** | Room Temperature |
| RANITIDINE HCl INTERMEDIATE SAMPLES | STORAGE TEMPERATURE |
| **Form II powder quality (Code 7309)** | 5±3ºC |
| **Form II powder quality (Code 7314)** | Room Temperature |

Some API retained samples and intermediates of the different polymorphs along the retest date were analysed as per NDMA following the FDA LC-HRMS MOA.

CODE 1208 Ranitidine HCl Form I, powder quality

Code 1208 samples were sent for NDMA analysis by FDA LC-HRMS MOA, comparing samples manufactured along the retest date. Samples and storage conditions are summarised in the following table (see Annex 11).

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| 12081810008 | Retained sample | 5±3ºC | 0.056 |
| 12081810006 | Retained sample | 5±3ºC | 0.092 |
| 12081710025 | Retained sample | 5±3ºC | ND |
| 12081710013 | Retained sample | 5±3ºC | 0.086 |
| 12081710001 | Retained sample | 5±3ºC | 0.023 |



CONFIDENTIAL SANOFI_ZAN_MDL_0000497450

CODE 1200 Ranitidine HCl Form II, powder quality

Code 1200 samples were sent for NDMA analysis by FDA LC-HRMS MOA, comparing samples manufactured along the retest date. Samples and storage conditions are summarised in the following table (see Annex 11).

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| 12001810222 | Retained sample | 5±3ºC | ND |
| 12001810022 | Retained sample | 5±3ºC | ND |
| 12001710126 | Retained sample | 5±3ºC | 0.074 |
| 12001710100 | Retained sample | 5±3ºC | ND |
| 12001710030 | Retained sample | 5±3ºC | ND |
| 12001610126 | Retained sample | 5±3ºC | 0.442 |
| 12001610125 | Retained sample | 5±3ºC | 0.183 |
| 12001610124 | Retained sample | 5±3ºC | ND |

CODE 1207 Ranitidine HCl Form II, COMPACTED quality

Code 1207 samples were sent for NDMA analysis by FDA LC-HRMS MOA, comparing samples manufactured along the retest date. Samples and storage conditions are summarised in the following table (see Annex 11).

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| 12071910090 | Retained sample | Room temperature | 0.776 |
| 12071910089 | Retained sample | Room temperature | 0.914 |
| 12071810104 | Retained sample | Room temperature | 8.177 |
| 12071710119 | Retained sample | Room temperature | 8.086 |
| 12071610122 | Retained sample | Room temperature | 12.419 |

From results of the different codes it is clear again that temperature is the most important parameter as per the NDMA content.

Form II powder quality is the most stable product. This form can be maintained in some cases near the expiry date at 5ºC, and it remains with a NDMA content under the specification 0.16ppm for a daily dosage of 600mg, for more than a year.

On the other hand, Form II compacted is the less stable, reaching high values at room temperature

### 3.10. STABILITY STUDIES. NDMA CONTENT

Taking advantage of batches already in the stability program for all codes, some samples were sent for NDMA content determination.

CODE 1208 Ranitidine HCl Form I, powder quality

Code 1208 samples were sent for NDMA analysis by FDA LC-HRMS MOA, comparing samples in the long-term stability program with retained samples of the same batches along the retest date. Samples and storage conditions are summarised in the following table (see Annex 12).

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| 12081819003 | Retained sample | 5±3ºC | 0.032 |
| | Stability sample | 25±2ºC/65±5%RH | 1.171 |
| 12081710001 | Retained sample | 5±3ºC | 0.023 |
| | Stability sample | 25±2ºC/65±5%RH | 3.310 |

Clearly, temperature (and probably Relative Humidity as well) is affecting the NDMA content in the product.

The retained samples maintained at 5±3ºC have a very low NDMA content, even after two years from their manufacturing. Whereas the same batches at 25±2ºC/65±5%RH have increased a lot NDMA content. Resulting in the higher NDMA content the longer the batch has been manufactured.

CODE 1200 Ranitidine HCl Form II, powder quality

Code 1200 samples were sent for NDMA analysis by FDA LC-HRMS MOA, comparing samples in the long-term stability program with retained samples of the same batches along the retest date. In this case, available information of a batch under accelerate stability program was included as well. Samples and storage conditions are summarised in the following table (see Annex 12).

| RANITIDINE HCl FI | Sample | Storage conditions | NDMA (ppm) |
|---|---|---|---|
| 12001910122 | Retained sample | 5±3ºC | ND |
| | Stability sample | 40±2ºC/75±5%RH 1 month+ 25±2ºC/65±5%RH | 0.432 |
| 12001810222 | Retained sample | 5±3ºC | ND |
| | Stability sample | 25±2ºC/65±5%RH | 0.080 |
| 12001710030 | Retained sample | 5±3ºC | ND |
| | Stability sample | 25±2ºC/65±5%RH | 0.403 |



CONFIDENTIAL SANOFI_ZAN_MDL_0000497452

Clearly, temperature (and probably relative humidity as well) is affecting the NDMA content in the product.

The retained samples maintained at 5±3ºC have a not detected NDMA content, and after two years from their manufacturing the NDMA content still is the same. Whereas the same batches at 25±2ºC/65±5%RH have increased NDMA content, although clearly Code 1200 is less affected by time and temperature than Code 1208. Even sample after one year under long-term conditions has a NDMA content under the specification, 0.080ppm versus 0.16ppm for 600mg daily dose. Again, the higher NDMA content the longer the batch has been manufactured.

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497453

### 3.11. DEGRADATION STUDIES. NDMA CONTENT AS PER ICH 1QA AND 1QB. PROTOCOL and REPORT.

Please find attached the degradation Study as per NDMA content following ICH 1QA and 1QB in Annex 13.

During the degradation study it was found that the degradation of humidity with temperature, and hydrolysis in acidic medium is where greater formation of NDMA has been observed.

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497454

### 3.12. EFFECT OF THE PRESENCE OF SEVERAL CONTAMINANTS ON THE NDMA CONTENT.

We have been studying the behaviour of some mixtures under certain conditions to understand the effect of the presence of some contaminants on the NDMA content.

As we have seen in previous sections, temperature is a parameter that can affect to the stability but not with the same extension in all Ranitidine HCl qualities.

From results, FII powder quality is more stable than FII compacted, although it seems that compaction is not the root cause of this lack of stability (at least not only compaction). According to quality parameters, RRSS content, specially EtOH content, and pH are remarkably different. Form II powder has an EtOH content <400ppm whereas Form II compacted presents an average EtOH content of 1800ppm; and moreover, pH of Form II powder is in average 5.3, but for Form II compacted the average pH is 5.1.

The obtaining of Form II high density to proceed with the compaction lead to a product with higher residual EtOH presumably due to a faster crystallization that could even retain acidic mother liquors. This acidity in Form II compacted is the most likely reason for the instability of Form II compacted (see Section 3.7).

To understand the lack of stability some experiments were performed (see Annex 14), with spiked experiments. Some samples were spiked with sodium nitrite, Oxime Impurity, and HCl/EtOH and then expose to high temperature combined with or without humidity to demonstrate hypothesis.

Conclusion in Report 1207-LAB19.02 (see Annex 14) is that NDMA presence root cause can be the higher presence of HCl/EtOH in some qualities favoured by temperature and moisture. Presumably due to the obtaining of higher density material the residual HCl/EtOH present is promoting the generation of NDMA.

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497455

### 3.13. RISK ASSESSMENT

A risk assessment has been done see Annex 13. First draft document.

DRAFT

### 3.14. REMEDIATION PLAN.

As per previous results it seems that the presence of residual HCl/EtOH is causing stability problems as per NDMA content.

It is clear that low residual EtOH and higher pH is stabilization Form II for longer.

For our regular manufactured Form II powder quality, it seems that quality can be fixed by controlling storage temperature, almost till the current retest date.

For our regular manufactured Form II powder, the behaviour at 25ºC is still better for Form II powder, compared to the other form, although the retest date can not be extended three years.

Our remediation plan consists on the study of the stability versus residual HCl/EtOH content and pH, to demonstrate with lab trials that the obtaining of low-density material controlling final pH will allow us to stabilise the product.

The following parameters will be studied:

- **pH adjustment**. Hydrochloride will be precipitated at different final pH, not only in the current pH 4.3-4.9 but out of the range, to understand the role that this parameter is playing in the NDMA generation.

- **Crystallization parameters**. Including temperature of pH adjustment, seeding, PSD of seed and rate of HCl/EtOH addition.

Lab work is already started in this direction.

DRAFT

## 4. CONCLUSIONS

NDMA results in our recently manufactured material lead to different values depending on the RANITIIDINE HCl form considered, however results were under the Spec., 0.16ppm for a daily dose of 600mg, for all forms, and specially NDMA contents at release of product were clearly under the Spec. for Code 1208 Ranitidine HCl FI powder quality and Code 1200 Ranitidine HCl FII powder quality.

In general, NDMA contents of RANITIDINE HCl FI powder quality are higher than RANITIDINE FII powder quality. Considering that retest date of Form I is 24 months whereas retest date of Form II is 36 months.

NDMA results in our recently manufactured RANITIDINE HCl FII powder quality are not detected for eight samples up to ten. Considering that one has a NDMA content of 0.021ppm, for an LOD of 0.017ppm, and the other one has a NDMA content of 0.090ppm.

NDMA results for RANITIDINE HCl FII compacted quality are clearly higher, even for the most recently batches manufactured.

Form II powder quality has in general a not detected NDMA content at release of product. Besides Form II powder quality complies with the NDMA Spec. at 25ºC for at least 12 months and at 5ºC for 36 months.

Form II compacted gives higher NDMA results at release of product. The NDMA content is within Spec., but after 3 months at 25ºC is OOS as per NDMA content.

A risk assessment, including identification, analysis and evaluation of the risk, has been done.

According to degradation studies, NDMA content is increasing with time, humidity and temperature for the current manufactured material. If temperature maintained low, for instance 5ºC, then NDMA content increase is significantly lower.

We have identified as most likely root causes the residual HCl/EtOH and pH, coming either from high loss on drying material (like in Form I powder quality) or high-density product (like in Form II compacted quality).

We have initiated an experimental study to understand the role that HCl/EtOH and pH are playing versus NDMA generation, to try to extend the retest date as per NDMA.

The current manufacturing process can guarantee for Form II powder quality at least 12 months at 25ºC, but increasing pH and decreasing EtOH content for this low density product, we believe we can increase stability with time as well.

DRAFT

| Written by: | *Position* | *Initials* | *Signature / Date* |
|---|---|---|---|
| María Lloris | R&D Manager | MLV | |
| **Reviewed and Approved by:** | ***Position*** | ***Initials*** | ***Signature / Date*** |
| Imma Pladeveya | Quality Director and Qualified Person | IPP | |

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497459

ANNEX 01

FSLS VALIDATION GC-MS REPORT AND RESULTS

INF-QA195-004 v02
ANNEX 01 (FSLS Valic

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497460

ANNEX 02

AGRAMA VERIFICATION OF FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

INF-QA195-004 v02
ANNEX 02 (Agrama V

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497461

ANNEX 03

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

| | | | | | |
|---|---|---|---|---|---|
| 12081910013.pdf | 12081910012.pdf | 12081910011.pdf | 12071910164.pdf | 12071910162.pdf | 12071910160.pdf |
| 12071910159.pdf | 12071910158.pdf | 12071910157.pdf | 12071910156.pdf | 12071910155.pdf | 12071910148.pdf |
| 12071910147.pdf | 12001910127.pdf | 12001910124.pdf | 12001910115.pdf | 12001910104.pdf | 12001910102.pdf |
| 12001910079.pdf | 12001910078.pdf | 12001910052.pdf | 12001910050.pdf | 12001910002.pdf | 12081910023.pdf |
| 12081910021.pdf | 12081910019.pdf | 12081910018.pdf | 12081910017.pdf | 12081910015.pdf | 12081910014.pdf |

DRAFT

ANNEX 04

UNIVERSITAT DE GIRONA VALIDATION PROTOCOL AND REPORT OF FDA IC Method DPA-FM-072 *Rev* 1 FY19-178-DPA-S

INF-QA195-004 v02
ANNEX 04 (UDG Nitri

INF-QA195-004 v02
ANNEX 04 (UDG Nitri

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497463

ANNEX 05

UNIVERSITAT DE GIRONA RESULTS FOR NITRITES ANALYSIS FOLLOWING FDA IC Method DPA-FM-072 *Rev* 1 FY19-178-DPA-S

INF-QA195-004 v02
ANNEX 05 (UDG Nitri

DRAFT

ANNEX 06

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

84811910075.pdf 82191910059.pdf 82191910033.pdf 84811910089.pdf

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497465

ANNEX 07

UNIVERSITAT DE GIRONA RESULTS FOR NITRITES ANALYSIS FOLLOWING FDA IC Method DPA-FM-072 *Rev* 1 FY19-178-DPA-S

INF-QA195-004 v02
ANNEX 07 (UDG Nitri

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497466

ANNEX 08

UQUIFA REPORT ON NDMA CONTENT. Pending.

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497467

ANNEX 09

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

73031910207.pdf 73031910206.pdf 73031910208.pdf

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497468

ANNEX 10

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

73141910156 Seeding sample.pdf

73091910158 Retained sample.pdf

73091910156 Retained sample.pdf

12071910158.pdf

12071910156.pdf

73141910158 Seeding sample.pdf

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497469

ANNEX 11

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

| | | | | | |
|---|---|---|---|---|---|
| 12081810006.pdf | 12081710025.pdf | 12081710013.pdf | 12081710001.pdf | 12071910090.pdf | 12071910089.pdf |
| 12071810104.pdf | 12071710119.pdf | 12071610122.pdf | 12001810222.pdf | 12001810022.pdf | 12001710126.pdf |
| 12001710100.pdf | 12001710030.pdf | 12001610126.pdf | 12001610125.pdf | 12001610124.pdf | 12081810008 Retained sample.pdf |

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497470

ANNEX 12

AGRAMA RESULTS FOR NDMA ANALYSIS FOLLOWING FDA LC-HRMS Method DPA-FM-072 *Rev* 1 FY19-177-DPA-S

| | | | | | |
|---|---|---|---|---|---|
| 12081819003 Retained sample.pdf | 12081710001 Stability sample.pdf | 12081710001 Retained sample.pdf | 12001910122 Stability sample ( 40º | 12001910122 Retained sample ( 0ºC | 12001810222 Stability sample.pdf |
| 12001810222 Retained sample.pdf | 12001710030 Stability sample.pdf | 12001710030 Retained sample.pdf | 12081819003 Stability sample.pdf | | |

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497471

ANNEX 13

UQUIFA DEGRADATION PROTOCOL AND REPORT

Degradation Report for NDMA in Ranitidir Degradation Protocol for NDMA in Ranitidir

DRAFT

ANNEX 14

UQUIFA REPORT 1207-LAB19.02. FINDING ROOT CAUSE. IMPURITY FORMATION IN RANITIDINE HCl.

INF-QA195-004 v02
ANNEX 14 (Root Caus

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497473

ANNEX 15

UQUIFA RISK ASSESSMENT REPORT.

INF -QA195-004 v02
ANNEX 15 QRA REPO

DRAFT



CONFIDENTIAL SANOFI_ZAN_MDL_0000497474