**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) | MDL NO 2924 |
| PRODUCTS LIABILITY | 20-MD-2924 |
| LITIGATION | |

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**MDL PLAINTIFFS' MOTION TO STRIKE UNTIMELY**
**SUPPLEMENTAL REPORT OF DR. GUENGERICH**[1]

MDL Plaintiffs move to strike the untimely supplemental expert report of Dr. Frederick Guengerich served in violation of Pretrial Order Nos. 30 and 65 (as amended) and Fed.R.Civ.P. 26(e)(1).

## I.       INTRODUCTION

At 8:56 PM, the business day before his deposition was to commence, Brand Defendants produced a supplemental expert report of Dr. Frederick Guengerich.[2]  This supplemental report had been prepared weeks earlier and was strategically served on the eve of Dr. Guengerich's deposition, set to take place on June 6, 2022, well past PTO 65's May 31, 2022 expert discovery deadline.  Dr. Guengerich, in fact, confirmed at his deposition that he had been vacationing in Europe and had not worked on his supplemental report in the days leading up to its production. As Defendants strategically delayed the production of their expert's late-filed report, it should be stricken, and any opinions referenced therein precluded.

---

[1] This motion is filed under seal pursuant to the Order at DE 5684.

[2] *See* email from Luke Bosso dated June 3, 2022 (Ex..1), which transmitted Dr. Guengerich's Supplemental Report (Ex. 2) and certain invoices (Ex. 3).

## II.      FACTUAL BACKGROUND

Dr. Frederick Guengerich is a Professor of Biochemistry in the Department of Biochemistry at the Vanderbilt University School of Medicine.  His original report, which was timely served on March 7, 2022, states that he was asked to opine on whether there is reliable non-epidemiological scientific evidence to support the conclusion that exposure to ranitidine (Zantac) causes cancer.[3]  Therein, Dr. Guengerich was fully capable of criticizing Dr. Najafi and Emery Pharma's testing.  (pp. 91-96; 170-203).  Still, Dr. Guengerich reserved the right to supplement his report because Defendants' discovery of certain materials from Dr. Najafi were cryptically provided by Defendants to Dr. Guengerich only "shortly before the submission of my report."  (p. 172).  Of course, Dr. Najafi's report and Rule 26 disclosures had been timely produced on January 24, 2022.   And while Defendants contended that those disclosures were inadequate, they acknowledged that Plaintiffs made supplemental productions for Dr. Najafi in February 2022 [*see* DE 5693 at 5 (under seal)].  Since Dr. Guengerich's report was not served until March 7, he had ample time to evaluate and comment on Dr. Najafi's production of supplemental materials.

To the extent that Dr. Guengerich was depending on data files from Dr. Najafi to supplement his initial report, that material was first produced to Defendants on March 11, 2022. Because of technical problems incurred by Defendants, who did not possess the software or expertise to evaluate the hard drive containing the Najafi data files provided to them, Plaintiffs produced a second hard drive with the data files on May 2, 2022.  Dr. Guengerich testified that between March 7 (the date of his initial report) and May 3 (the date specified in his Supplemental Report), he had not received any further information about Dr. Najafi.  Deposition of Frederick Guengerich (June 6-7, 2022) at 351:7-16 (Ex. 5).  And while Dr. Guengerich was originally

---

[3] *See* Report of Frederick Peter Guengerich, Ph.D. (March 7, 2022) (Ex. 4).

scheduled to be deposed on May 18-19, that examination was postponed, and he did not review the new Najafi data until after he returned from a European vacation between May 20 – 29.  (Id. at 352:15 – 353:7).  On May 31, the expert discovery deadline expired by which any supplemental report would conceivably be countenanced as timely.

Several of Defendants' experts (Bumpus, Olsen and Lindsley) timely produced supplemental reports within this deadline, but not Dr. Guengerich.  His supplemental report was produced in the dark of night out of time on June 3.  In fact, each of the other defense experts launched similar perceived criticisms against Emery about standard practice, traceability and validation as discussed in Dr. Guengerich's untimely supplemental report. (Olsen Supp. Rpt., 2; Lindsley Supp. Rpt., 2-3; Bumpus Supp. Rpt., 2).[4]  Moreover, defense expert Dr. Olsen, an analytical chemist, opined on the same pdfs produced and attached to Mark Benotti's Declaration as Dr. Guengerich.  Plainly, there is no reason why Dr. Guengerich could not have timely produced his supplemental report.

When finally deposed, Dr. Guengerich testified that his invoices properly reflected the activities he engaged in between August 22, 2020 through May 31, 2022, including preparation of his reports, Depo at 56:8 – 61:1.  These invoices demonstrate that he worked on preparing his supplemental report on April 1-3, 28 and May 1-2 (Ex. 6823) (Ex. 3).  Dr. Guengerich further testified to all the work he performed after May 31 (the last invoice date) to June 3 (the date of his supplemental report), and none of it included preparation of the supplemental report.  Depo. at 50:5 – 51:19. This interrogation methodically covered each day and still Dr. Guengerich mentioned no work preparing his supplemental report.  Depo at 21:3-11 ("Q: And so, how many hours did

---

[4] Plaintiffs received notice from Defendants on June 24, 2022, after Dr. Craig Lindsley had submitted his initial report and supplemental report criticizing Emery and had been deposed, that they were withdrawing their designation of Dr. Lindsley as an expert.

you roughly spend preparing yourself, or actually doing *any* work on the case? So, let's start with, do you have an idea between June 1st and June 5th how much time you spent? A: I can't remember every day. I know I spent Saturday morning, which would be the 4th of June and that was four hours.  I can't remember beyond that."); 24:14-24 ("Q: So, anything else, any other work that you did between June 1st and today for this case, asides from meeting with the attorneys to prepare for your deposition? Ms. Toledo: Object to form. Asked and answered.  A: I think I covered most of it. I did read my report again last evening. Q: And this would be your initial report as well as your supplemental report? A: Yes.").[5]

Since the last work preparing his supplemental report was performed on May 2, Defendants' withholding production of Dr. Guengerich's supplemental report was done purely for purposes of gamesmanship.  Its untimely production should not be countenanced.

## III.   <u>ARGUMENT</u>

Defendants' belated production of Dr. Guengerich's supplemental report on the eve of his deposition was untimely under the controlling deadlines of PTO 30 and 65 (as amended) and Fed.R.Civ.P. 26(e)(1).

This Court has carefully orchestrated the timing of proceedings since the inception of the MDL.  Notwithstanding the impact of a worldwide pandemic, this Court has overseen and administered one of the largest MDLs through strict and rigorous adherence to its scheduling

---

[5] Despite this clear statement, the next day during his second day of testimony, Dr. Guengerich tried to walk back his testimony: "Q: Doctor, I asked you for all the time you spent working on this case, which would include your supplemental report.  Did you intentionally exclude the time you spent on the supplemental report in June?  *** A: My impression was that you were asking me about how I prepared for the deposition.  That would not have included the time I would've spent preparing this report. I didn't include that time incidentally.")  Depo at 362:17 – 363:7. Of course, none of this explains why his supplemental report was not timely submitted prior to the expert discovery deadline of PTO 65.

orders.  PTO Nos. 30 and 65 (as amended) recognized that discovery of this litigation had to proceed in an orderly fashion and any extensions that "would adversely impact non-discovery deadlines" would first require "Court approval."  PTO 30 at 6.  Thus, when Defendants' expert disclosures were set for March 7, 2022, there was no provision allowing for supplementation but there was a clearly articulated discovery deadline of May 31, 2022.  Other defense experts who supplemented their reports served their supplemental papers prior to this deadline. Dr. Guengerich failed to abide by this Court's Order. For this reason alone, Dr. Guengerich's supplemental expert report is improper and should be stricken.

Nor does Fed.R.Civ.P. 26(e) offer any succor to Defendants' dilatory production of their expert's supplemental report.   Rule 26(e)(1)(A) recognizes that expert disclosures may be supplemented under certain circumstances beginning with the requirement that they are done "in a timely manner".   Defendants' intentional withholding of production of Dr. Guengerich's supplemental report for over a month since its last recorded day of preparation on May 2 cannot be squared with the plain language of the Rule.  Making matters more egregious, Defendants delayed the production until the business night before Dr. Guengerich's deposition (and after the expert discovery deadline) to maximize the inability of Plaintiffs to adequately prepare for their examination of the witness.  Under such circumstances, the prejudice to Plaintiffs is patent.  In far less serious transgressions, courts have not hesitated to strike untimely produced supplemental reports. *See, e.g., Dimension Leasing, Inc. v. Variety Children's Hosp.*, No. 05-22701-CIV, 2007 WL 9701116, at *2 (S.D. Fla. Apr. 3, 2007) ("the duty to supplement or correct an expert witness disclosure does not serve to automatically extend the deadlines contained in the Court's Scheduling Order.").

## IV.   <u>CONCLUSION</u>

For the reasons set forth above, Dr. Guengerich's supplemental report should be stricken and Dr. Guengerich (should he surmount Plaintiffs' pending *Daubert* motion) should be precluded from testifying to opinions set forth in his supplemental report.

### <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1, prior to filing this motion, undersigned counsel certify that they conferred with counsel for Defendants in a good faith effort to resolve by agreement the issues raised in this motion, and that Defendants oppose the relief sought herein.

DATED: July 28, 2022.

Respectfully submitted,

*/s/ Tracy A. Finken*
Tracy A. Finken
Email: tfinken@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

By: */s/ Robert C. Gilbert*
Robert C. Gilbert, FBN 561861
Email: gilbert@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (305) 384-7270


*/s/ Michael L. McGlamry*
Michael L. McGlamry
Email: efile@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

*/s/ Adam Pulaski*
Adam Pulaski
Email: adam@pulaskilawfirm.com
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555


*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan
Email: Rosemarie.bogdan@1800law1010.com
MARTIN, HARDING & MAZZOTTI
1 Wall Street
Albany, NY 12205
Tel: (518) 862-1200

Mark J. Dearman, FBN 0982407
Email: mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: (561) 750-3000

Elizabeth A. Fegan
Email: beth@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd.
Yorkville, IL 60560
Tel: (312) 741-1019

Marlene J. Goldenberg
Email: mjgoldenberg@goldenberglaw.com
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN  55402
Tel: (855) 333-4662

Ashley Keller
Email: ack@kellerpostman.com
KELLER | POSTMAN
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL  33134
Tel: (312) 741-5222

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

Roopal P. Luhana
Email: luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Francisco R. Maderal, FBN 0041481
Email: frank@maderalbyrne.com
MADERAL BYRNE PLLC
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 520-5690

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Lauren S. Miller
Email: laurenm@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1914 4th Avenue North
Suite 320
Birmingham, AL 35203
Tel: (205) 533-4175

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (888) 435-7001

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
Tel: (800) 294-0055

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Avenue SE
Third Floor
Washington, DC 20032
Tel: (202) 506-3591

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Steering Committee*

Brooke Achua
Email: brooke@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd., 46th Floor
Yorkville, IL 60560
Tel: (646) 502-7910

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Marlo E. Fisher
Email: marlof@lpm-triallaw.com
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Tel: (713) 292-2750

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL  33432
Tel: (561) 750-3000

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (850) 435-7003

9

Laura K. Stemkowski
Email: lstemkowski@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9165

Daniel E. Tropin
Email: tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (954) 990-2216

*Plaintiffs' Leadership Development Committee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ <i>Robert C. Gilbert</i>
Robert C. Gilbert

# EXHIBIT 1

**From:** Luke Bosso <lbosso@kslaw.com>
**Sent:** Friday, June 3, 2022 8:56 PM
**To:** Regina Carmony <rcarmony@wattsguerra.com>; Mike McGlamry <mmcglamry@pmkm.com>; Mikal Watts <mcwatts@wattsguerra.com>; Finken, Tracy <tfinken@anapolweiss.com>; Adam Pulaski <adam@pulaskilawfirm.com>; gilbert@kolawyers.com; Paige Boldt <pboldt@wattsguerra.com>
**Cc:** Eva Canaan <ecanaan@kslaw.com>; Sheehan, Tom (SHB) <TJSHEEHAN@shb.com>; Aaron Levine <Aaron.Levine@arnoldporter.com>; Jess Rydstrom <JRydstrom@wc.com>; Carmen Toledo <CToledo@KSLAW.COM>; Robert Friedman <RFriedman@KSLAW.COM>; Michael Shortnacy <MShortnacy@KSLAW.com>; Penner, Kimberly S (SHB) <KPENNER@shb.com>
**Subject:** RE: Zantac - Amended Notice of Deposition of Dr. Guengerich

Counsel,

Please see the attached supplemental disclosure pursuant to FRCP 26(e). This disclosure was necessitated by Dr. Najafi's belatedly produced data which was received on a hard drive on May 3, 2022. I have also attached Responses and Objections to the Notice of Deposition of Frederick Peter Guengerich, Ph.D.

Best,
Luke

**Luke Bosso**
*Associate*

T: +1 404 572 4612 | E: lbosso@kslaw.com | Bio | vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                MDL NO. 2924
PRODUCTS LIABILITY LITIGATION                              20-MD-2924
                                                    JUDGE ROBIN L. ROSENBERG
                                          MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

### Supplemental Expert Report of Frederick Peter Guengerich, Ph.D.

Date: June 3, 2022

_____

Frederick Peter Guengerich, Ph.D.

On March 7, 2022, I provided an expert report, which included opinions on Emery Pharma's testing of ranitidine. For that report, I was not provided an opportunity to review any of Emery's chromatograms. Now, in the present supplement to my expert report, I provide my opinions based on the presently available information regarding Emery's ranitidine testing, including the contents of Agilent LC-MS/MS data files produced by Emery on a hard drive on May 3, 2022. These files were made available by chemists at NewFields who exported the data to PDF format.[1] It is my understanding that some of Emery's batch.bin data files are still missing and thus could not be exported to PDF. I will be commenting only on the reports of processed data files I was provided and reviewed.

**Data Transparency**

Dr. Ramin Najafi has not followed standard practices for sharing his results in any meaningful way with the scientific community, so his data is not reliable and could never be published in any peer-reviewed journal (peer-reviewers often require authors to share raw data as a requirement for publication). On several occasions, Dr. Najafi has insisted that LC-MS/MS data cannot be exported to common data formats, such as Adobe PDF or Microsoft Excel, which is simply not true. In his deposition, Dr. Najafi suggested that in order to view his chromatograms, one would need to visit Emery onsite which is typical for auditing scientific laboratories. Later, after a break, his testimony changed that one could also view via a video recording that screen-captures someone clicking through the system. I have never heard someone suggest sharing their raw data through video format. Transmitting a video recording of someone clicking through chromatograms would be meaningless because it would significantly hinder the

---

[1] For the present supplemental report, I also reviewed the Declaration of Dr. Mark Benotti, an analytical chemist at NewFields and the deposition of Dr. Najafi.

ability to review the data in detail, it would not provide appropriate resolution that comes with LC-MS/MS data, and it would not allow for any re-analysis should a reviewer disagree with any particular integration. The complete lack of transparency regarding Emery's chromatograms, and the fact that Dr. Najafi is proposing such outlandish suggestions and inaccurately claiming that his data cannot be exported is a significant red flag that should concern any scientific reviewer.

I have had extensive experience as a journal editor, having served as an Associate Editor for The Journal of Biological Chemistry from 2016 -2022, including time as Deputy Editor (2013-2021) and Interim Editor-in-Chief (2015-2016 and 2021). From 2015-2021 I oversaw the Journal's work on Data Integrity. Following is the Journal's statement in the Instructions to Authors:

> "Data Availability Statements are required for all submissions. These statements must indicate where the data described in the manuscript are located. If all data are contained within the manuscript, then the statement should indicate so. For datasets that were generated and deposited into a publicly accessible repository for submission, the location and identifying information must be provided. If data are to be shared upon request, then an individual along with their contact information must be indicated in the statement. The DOIs for any software code should be provided in this section.
> Any exceptions or limitations to the sharing of data, materials, and software should be described in this section."[2]

The submitted figures in all manuscripts are evaluated by journal staff again after tentative nominal acceptance of manuscripts. In cases where data are questioned, original data files are requested. Authors are also expected to save all data files for published papers, and published papers can be retracted after subsequent review in cases of impropriety. In my role at the Journal, this happened in some cases.

I also have experience with investigation of alleged research misconduct within my university.

---

[2] Data availability statements: https://www.asbmb.org/journals-news/editorial-policies#data_availability

## Traceability of Data

Much of Emery's data lacks quality and traceability which is fundamental to ensuring the reliability of any analyses. Laboratory data should be traceable such that one could follow documentation related to a sample from the moment it is received by a laboratory through to its final analysis. Traceability is so important for establishing the reliability of laboratory work that is considered synonymous with reliability and validity (Valcarcel 1999). Emery made no attempt to prepare an inventory of individual samples but rather provided one-page bare bones "chain of custody" documents. They have no records of when samples were removed for testing, how many of each of the samples were taken, the identity of any of these samples, etc. Their laboratory notebooks do not provide the identity of any samples except after results are generated, which is inappropriate because it means that the testing cannot be verified or reproduced, which as Dr. Najafi himself testified, is the hallmark of valid scientific experiments.

Now, having reviewed their chromatographic data, I observed that no samples are properly labelled in the raw data files either. Because none of the individual sample data files are identified by lot number, it is difficult to readily link any of the samples' final NDMA concentrations with any of the values reported in Dr. Najafi's expert report or rebuttal report. The below screenshot illustrates that in Dr. Najafi's testing, he merely labels samples arbitrary names such as "_17_2" and there are no documents that link this identity to a particular sample.

| Quantitative Analysis Results Summary Report | | | | | Agilent | Trusted Answers |
| --- | --- | --- | --- | --- | --- | --- |
| **NDMA Data File** | **Type** | **RT** | **Resp.** | **Final Conc.** | **Exp. Conc.** | **Accuracy** |
| _17_2.d | Sample | 1.819 | 80074 | 9085.4464 | | |
| _18_3.d | Sample | 1.809 | 14246 | 709.1737 | | |
| _19_4.d | Sample | 1.807 | 8783 | 431.6248 | | |
| _20_5.d | Sample | 1.804 | 7836 | 298.7297 | | |
| _21_6.d | Sample | 1.803 | 9097 | 396.1863 | | |
| _22_7.d | Sample | 1.806 | 4051 | 196.3629 | | |
| _23_8.d | Sample | 1.814 | 3135 | 131.0900 | | |
| 24_9.d | Sample | 1.807 | 10720 | 432.8015 | | |

Fig. 1.

In other words, there is no way to trace many samples back to ensure the appropriate results are associated with the appropriate samples. Instead, the only possible option is to dig through the final concentrations listed by Dr. Najafi in his report and appendixes and try to identify the same value and test date in raw data and take his word that the values are associated with the correct samples. Even with that information, it is not always possible to tie some of the results with the raw data files.

While some of Emery's data is not traceable at all, some data is "partially" traceable. By partially traceable, I mean I can find that identical values exist both in Dr. Najafi's report and in the raw data, however, there is still no way to trace the data back further through sample handling. The partial traceability is made possible because in some instances, Emery used descriptive names such as "Zantac then Ham", which is better than simply "_17_2" but still falls short of providing full sample identification.  I discuss these results further below.

**Background on Agilent Reports**

To understand Emery's processed data and chromatograms, the following are essential to understanding regarding Agilent MassHunter reports.

- **Green Integration:** Green shading represents the area under the curve of a peak that was "integrated."  Integration refers to how Emery identified a peak and area under a peak in a chromatogram as corresponding to NDMA in any given sample and is used to

5

determine the concentration of NDMA in the sample. The green shading is sometimes difficult to see in the PDFs and requires zooming-in to adequately view the integration. Absent the ability to zoom-in on the green shading, one can discern that a chromatogram was processed when there is a recorded final concentration of NDMA in the processed data file.  Of note, many of the chromatograms show "manual integrations,"  meaning that the analyst changed the integration baseline generated by the analytical instrument. While it may sometimes be appropriate to make adjustments through manual integration, that should not be done in the absence of a laboratory-wide standard operating procedure (SOP) for integration establishing that the manual integration is justifiable (McDowall 2018).

- **Yellow Integration:** Yellow shading represents areas under the curve identified as peaks by the Agilent MassHunter software for potential integration which were not accepted by the analyst.

- **Asterisks:** Asterisks ("*") next to the retention time indicate that the peaks were manually integrated.

- **Internal Standards:** The chromatograms labeled with the text "NDMA-IS" represent levels of NDMA-d6, the internal standard. NewFields exported two copies of each sample injection—one with sample information only and one with internal standard information (Declaration of Dr. Mark Benotti).

## Scientific Standards in Integrating Chromatograms

Proper integration requires that the chromatographic peaks are well resolved from any closely eluting peaks that appear in the same transition. Additionally, when determining what areas to integrate, a consistent and appropriate method must be used to determine the integration

6

parameters. Some chromatogram problems that should be resolved prior to any attempts at determining an analyte's final concentration include variable analyte retention times, loss of resolution, split peaks, tailing peaks, fronting peaks, baseline drift, baseline noise (which can be regular or irregular), and change in peak height (Sigma-Aldrich n.d.).

When integrating chromatograms, scientists must exercise judgment regarding the proper integration of peaks. Computer programs will automatically integrate peaks (termed "automatic integration") which is an idealized default to ensure that the analysts do not incorporate potential subjective biases to the results, although these methods are also suspect for noisy samples. I note that the peak shape is quite variable in the chromatograms, as well as the detection area (e.g., compare pages 743 and 744, p. 799, p. 819, p. 881, p. 956 and 957, p. 1562, p. 1566 of Benotti Exhibit C). Potential biases include integrating peaks which should not be considered valid as well as measurement errors.

Aside from automatic integration, scientists may have the option to manually integrate a peak. To do this, scientists manually select where peak integration should start and stop. While manual integration is less ideal than automatic integration, it can be justified if made according to established and consistent guidelines. That does not appear to be the case here.

**Exogenous Testing**

Emery used hydrophilic interaction chromatography (HILIC), to separate the ranitidine samples prior to analysis with multiple reaction monitoring (MRM) mode of mass spectrometry. Dr. Najafi did not fully validate the methods, but rather conducted a "fit-for-purpose" validation based on the parameters he thought appropriate (Deposition of Dr. Ramin Najafi).

Based on a review of Emery's chromatograms related to exogenous testing, I am concerned that the testing did not properly account for the need to separate NDMA from

7

ranitidine and ranitidine's other impurities from NDMA prior to the high-heat transition from liquid to gas phase (EMA - Official Medicines Control Laboratory 2019; Trudeau Lame 2020; Yamamoto 2020), which can result in an artificially high level of NDMA formation. I am aware that Dr. Najafi has responded to this concern with three arguments, which I respond to below.

First, Dr. Najafi argued that the amount of time needed to generate NDMA from ranitidine is longer than would occur during the vaporization from liquid to gas at the interface between the chromatograph and mass spectrometer. He discussed the point that the known GC-MS generation of NDMA from ranitidine required 10 minutes of heating, whereas vaporization only occurs for 20 milliseconds. This, however, ignores available peer reviewed literature. Researchers already know that artifactual formation of NDMA can occur rapidly, such as during liquid-injection gas chromatography (Alshehri 2020). The amount of time for liquid injection gas chromatography to generate artifactual NDMA formation is comparable to the amount of time at issue here. Therefore, Dr. Najafi's time argument is not supported by the available literature.

Second, Dr. Najafi argued that if artifactual NDMA formation was occurring then it would occur to a consistent extent across all samples. Again, this argument ignores the available literature. Alshehri (Alshehri 2020) found that artifactual NDMA formation may vary in magnitude from sample to sample. Therefore, the idea that one would expect a consistent magnitude of response is contradicted by the available literature.

Third, Dr. Najafi argued that Waters, a company that sells LC-MS/MS instruments, published an Application Note where the company supposedly investigated whether ranitidine will degrade to form NDMA during ionization prior to entering the mass spectrometer; Dr. Najafi claimed they found ranitidine did not degrade. Searching the company website, the only note I found actually suggests diverting ranitidine to avoid the issue that Dr. Najafi claims does

not occur. Dr. Najafi may be relying on Figure 10 of the Waters note, but that applies to a different ionization technique (APCI) (Trudeau Lame 2020) than Emery used (electrospray). It is Emery's responsibility to demonstrate that the method they used is validated, and that has not been demonstrated.

Lastly, it is important to note that Dr. Najafi has not proven separation of ranitidine (or its impurities) from NDMA via overlaid UV and MRM responses. FDA did this for their LC-MS/MS method (FDA 2019). Interestingly, Dr. Najafi claimed that this was not necessary because he used an internal standard (Deposition of Dr. Ramin Najafi). Reliance on an internal standard for this process makes no scientific sense—specifically, an internal standard can neither rule out artifactual NDMA formation nor prove sufficient separation of an unrelated molecule.

Thus, relying on peer-reviewed literature and reasoning by the scientific community, I find Dr. Najafi's responses unconvincing. For the reasons stated above, the HILIC methods used by Emery to quantify levels of NDMA have not been sufficiently validated and cannot support a valid scientific measurement. It is also worth noting that no US agencies, including the FDA, use HILIC methods to analyze NDMA in ranitidine.

**Endogenous Testing**

In addition to exogenous testing, I identified significant issues with the quality of chromatograms that underlying Emery's testing related to endogenous formation of NDMA. Specifically, Emery analysts manually integrated peaks in an arbitrary way, which resulted in an unreliable analysis of the data. For example, in Emery's meat incubation studies, when there was just meat present, Emery reported no detectable level of NDMA. However, when Zantac was present, the relevant part of the chromatogram looks nearly identical, yet Emery claims that

NDMA is now present at levels passing 70,000 ng NDMA. Examples of this issue are provided in the attached **Appendix A**.

Additionally, with respect to the bacon analysis, although internal standard concentrations are supposed to be the same for all samples, this was not always the case as seen in Emery's bacon chromatograms. In fact, the recovery of the internal standard decreased by two orders of magnitude, then increased by one order of magnitude, and then decreased by one order of magnitude again. There is no chemically plausible reason the haphazard recovery response for the internal standard, and the inconsistent results cast doubt on the reliability of the analysis. An example of this issue is provided in the attached **Appendix B**.

Likewise, the baseline responses for the bacon chromatograms differ considerably from the beginning of the experiment (time points 0 and 0.5 hours), the middle of the experiment (time points 1 and 1.5 hours), and the later portions of the experiment (time points 2, 2.5, 3, 3.5, and 4 hours). The high variability in baselines is highly unusual and would not be expected for NDMA measurements taken from the same SGF incubation container unless the incubation was forcing many unknown chemical reactions to occur. An example of this issue is also provided in the attached **Appendix B**.

**<u>Summary</u>**

There are significant problems related to Emery's testing of ranitidine which render their analyses completely invalid. Given the limited amount of time I had to review this late data and the unavailability of many of the batch files for review, I was not able to fully capture every mistake made by Dr. Najafi. For instance, I noticed that many of the data were incorrectly transposed from the raw data to Dr. Najafi's report. While these transcription errors also render Dr. Najafi's results unreliable, I do not feel the need to fully consider them since the data is

already invalid based on a review of the chromatograms themselves. This also renders any other Plaintiffs' expert reliance on Dr. Najafi's data invalid.

I hold all opinions to a reasonable degree of scientific certainty.

## References

Declaration of Dr. Mark Benotti

Deposition Transcript of Dr. Ramin Najafi, Days 1 and 2

Alshehri, Y. M., Alghamdi, T. S., & Aldawsari, F. S. (2020). HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. Journal of pharmaceutical and biomedical analysis, 191, 113582. https://doi.org/10.1016/j.jpba.2020.113582

EMA - Official Medicines Control Laboratory, Test method for the determination of NDMA by LC-MS/MS in Ranitidine Drug Substance and Film Coated Tablets, October 23, 2019. https://www.edqm.eu/documents/52006/71923/Ad-hoc-projects-OMCL-Network-cvua-ranitidine.pdf/e198028d-734c-0b92-10e9-083ee1094d8a?t=1628667918241

FDA. (2019). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product.

McDowall, B. (2018).  Controlling Chromatographic Integration to Ensure Data Integrity. https://www.agilent.com/cs/library/articlereprints/public/executivesummary-controlling-chromatographic-integration-LCGC-openlab-agilent.pdf

Sigma-Aldrich. (n.d.). HPLC Troubleshooting Guide (Bulletin 826E). Sigma-Aldrich. https://www.sigmaaldrich.com/deepweb/assets/sigmaaldrich/marketing/global/documents/128/929/4497.pdf

Trudeau Lame,  M.  & Hatch, L. (2020). High Sensitivity Quantitation of Nitrosamine Genotoxic Impurities: LC-MS Analysis of Ranitidine Drug Product using the Waters ACQUITY UPLC I-Class/Xevo TQ-XS Tandem Quadrupole Mass Spectrometer. https://www.waters.com/content/dam/waters/en/app-notes/2020/720006899/720006899-en.pdf

Valcárcel, M., & Ríos, A. (1999). Traceability in chemical measurements for the end users. TrAC Trends in Analytical Chemistry, 18(9-10), 570-576

Yamamoto, E., Kan-No, H., Tomita, N., Ando, D., Miyazaki, T., & Izutsu, K. I. (2022). Isolation of N-nitrosodimethylamine from drug substances using solid-phase extraction liquid chromatography–tandem mass spectrometry. Journal of Pharmaceutical and Biomedical Analysis, 210, 114561.

# APPENDIX A

**Inconsistent Integration Practices Used by Emery Pharma**



Emery's Interpretation:
**No Detectable Level of NDMA**

Emery's Interpretation:
**73,707 ng NDMA**

**My Interpretation**

There is no valid scientific justification for the discrepant treatment between the two chromatograms. Both chromatograms demonstrate poorly resolved peaks that should indicate the method is inappropriate for the intended use. Thus, the results cannot be considered valid.

Even if one were to proceed with integration, both chromatograms demonstrate NDMA's ion transition at approximately the same retention time. Both chromatograms were manually manipulated by the analyst with no record as to why the manipulations were necessary. To claim NDMA is not detectable in the sample with ham alone while it is detectable in the sample that contains ranitidine is scientifically insupportable.

A review of the internal standards for each sample, blank samples, and remaining data support this conclusion.

14



**Inconsistent Integration Practices Used by Emery Pharma**

| Zantac then Ham (1.5 Hours) | Zantac then Ham (4 Hours) |
| --- | --- |
| Emery's Interpretation: **7,298 ng NDMA** | Emery's Interpretation: **73,707 ng NDMA** |

**My Interpretation**

Both chromatograms demonstrate poorly resolved peaks that should indicate the method is inappropriate for the intended use. Thus, the results cannot be considered valid. Even if one were to proceed with integration, there is no basis for the integration parameters used by Emery.

Additionally, the chromatograms demonstrate a significant amount of potential error associated with each measurement. This is likely caused by the method's insensitivity in combination with the dilution factor employed by Emery. Moreover, both chromatograms were manually integrated by the Emery analyst. Thus, small changes in the analysts' judgment can lead to results with a significant error.

A review of the internal standards for each sample, blank samples, and remaining data support this conclusion.

# APPENDIX B

| **Variable Responses in Control (without Zantac) Samples Indicate Unreliability of Experimental Measure** | | |
| --- | --- | --- |
| **Bacon and NDMA (0 Hours)** | **Bacon and NDMA (1 Hour)** | **Bacon and NDMA (4 Hours)** |



| *Emery's Interpretation:* 118,545 ng NDMA | *Emery's Interpretation:* 91,561 ng NDMA | *Emery's Interpretation:* No Detectable Level of NDMA |
| --- | --- | --- |

**My Interpretation**

Emery spiked samples with known amounts of both NDMA and an internal standard (NDMA-d6). The purpose of spiking known amounts of NDMA into a bacon-matrix was to ensure that the experiment could reliably detect NDMA. The results indicate that the experiment does not reliably recover the internal standard, which casts doubts on the reliability of this method.

Additionally, the significant noise generated at the 1-hour timepoint is atypical but further casts doubts on the validity of these results. Under such circumstances, a researcher would need to improve the analytical method.

17

# EXHIBIT 3

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

30 September 2020

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case beginning 22 August 2020:

| | | |
|---|---|---|
| 22 August 2020 | Review of documents & articles | 3.5 h |
| 25 August 2020 | Review of documents & articles | 2.0 h |
| 26 August 2020 | Review of documents & articles, literature search | 1.75 h |
| 28 August 2020 | Teleconf with C. Toledo, L. Basso, others | 2.0 h |
| 28 August 2020 | Search for nitrite levels in gastric juice | 0.5 h |
| 11 September 2020 | Teleconf with C. Toledo, L. Basso, others | 1.75 h |
| 13 September 2020 | Review of older papers | 2.0 h |
| 14 September 2020 | Review of older papers | 0.5 h |
| 15 September 2020 | Review of older papers | 0.75 h |
| 24 September 2020 | Review of older papers | 0.25 h |
| 25 September 2020 | Review of older papers | 0.5 h |
| 25 September 2020 | Teleconf with C. Toledo, L. Basso, others | 2.0 h |
| | Total | 17.5 h |

Total hours  17.5 h @ $600/h (per agreement of 10 September 2018) = $11,375.00.

A check in the amount of **$11,375.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my home address, 619 Georgetown Drive, Nashville, TN 37205-2621 or to the above office address. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.

Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

30 November 2020

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 30 September 2020:

| | | |
|---|---|---|
| 8 October 2020 | Review of documents | 1.0 h |
| 9 October 2020 | Teleconf with C. Toledo, others | 2.0 h |
| 25 October 2020 | Review of report | 2.0 h |
| 27 October 2020 | Review of analysis | 1.0 h |
| 30 October 2020 | Teleconf with C. Toledo, others | 1.75 h |
| 31 October 2020 | Literature search & review | 3.0 h |
| 13 November 2020 | Teleconf with C. Toledo, others | 1.25 h |
| 14 November 2020 | Literature search | 1.25 h |
| 15 November 2020 | Literature search | 1.25 h |
| 25 November 2020 | Review of papers and outline | 2.0 h |
| | Total | 16.5 h |

Total hours 16.5 h @ $650/h (per agreement of 21 August 2020) = $10,725.00.

A check in the amount of **$10,725.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

                                                          31 December 2020

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

                                        Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

   Please use this letter as an invoice for services rendered on this case since 30 November 2020:

| | | |
|---|---|---|
| 5 December 2020 | Review of documents | 4.0 h |
| 18 December 2020 | Teleconf | 1.75 h |
| 22 December 2020 | Review of documents, report | 4.75 h |
| 23 December 2020 | Review of documents, report | 3.75 h |
| 26 December 2020 | Review of documents, report | 2. 5 h |
| 27 December 2020 | Review of documents, report | 1.75 h |
| 28 December 2020 | Review of documents, report | 2.0 h |
| | Total | 20.5 h |

Total hours 20.5 h @ $650/h (per agreement of 21 August 2020) = $13,325.00.

   A check in the amount of **$13,325.00** should be made payable to me, Dr. F. Peter
Guengerich, and sent to my bank account per the previous arrangements. Please let me know if
you need any other details.

   I look forward to working with you further on this case. Best regards.

                           Sincerely yours,

                           F. Peter Guengerich, Ph.D.
                           Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 January 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 December 2020:

| | | |
|---|---|---|
| 8 January 2021 | Teleconference | 2.0 h |
| 9 January 2021 | Review of documents | 4.0 h |
| 10 January 2021 | Review of documents, report | 1.75 h |
| 11 January 2021 | Review of documents, report | 6.75 h |
| 12 January 2021 | Review of documents, report | 3.0 h |
| 13 January 2021 | Review of documents, report | 3.75 h |
| 14 January 2021 | Preparation of report | 3.5 h |
| 18 January 2021 | Preparation of report | 2.25 h |
| 19 January 2021 | Preparation of report | 4.0 h |
| 23 January 2021 | Preparation of report | 2.0 h |
| 25 January 2021 | Preparation of report | 2.5 h |
| 26 January 2021 | Preparation of report | 2.25 h |
| 26 January 2021 | Preparation of report | 0.25 h |
| 29 January 2021 | Teleconference | 1.5 h |
| 30 January 2021 | Preparation of report | 4.75 h |
| 31 January 2021 | Preparation of report | 2.0 h |
| | Total | 46.25 h |

Total hours  46.25 h @ $650/h (per agreement of 21 August 2020) = $30,062.50.

A check in the amount of **$30,062.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

1 March 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 January 2020:

| 1 Febuary 2021 | Preparation of report | 1.0 h |
| 12 February 2021 | Preparation of report | 2.75 h |
| 13 February 2021 | Preparation of report | 1.0 h |
| 14 February 2021 | Preparation of report | 0.25 h |
| 15 February 2021 | Preparation of report | 0.25 h |
| 17 February 2021 | Teleconference | 1.75 h |
| 27 Febuary 2021 | Preparation of report | 2.0 h |
| 28 Febuary 2021 | Preparation of report | 3.75  h |
| h | | |
| | Total | 12.75 h |

Total hours  12.75 h @ $650/h (per agreement of 21 August 2020) = $8,287.50.

A check in the amount of **$8,287.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 March 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 March 2021:

| 1 March 2021 | Preparation of report | | 1.5 h |
|---|---|---|---|
| 2 March 2021 | Preparation of report | | 2.25 h |
| 2 March 2021 | Preparation of report | | 6.0 h |
| 10 March 2021 | Preparation of report | 2.25 h | |
| 10 March 2021 | Teleconference | 1.75 h | |
| 11 March 2021 | Preparation of report | 0.75 h | |
| 12 March 2021 | Preparation of report | 4.0 h | |
| 13 March 2021 | Preparation of report | 7.75 h | |
| 14 March 2021 | Preparation of report | 5.25 h | |
| 15 March 2021 | Preparation of report | 5.5 h | |
| 19 March 2021 | Preparation of report | 0.5 h | |
| 20 March 2021 | Preparation of report | 2.5 h | |
| 23 March 2021 | Preparation of report | 2.5 h | |
| 24 March 2021 | Preparation of report | 4.25 h | |
| 24 March 2021 | Teleconference | 1.25 h | |
| 25 March 2021 | Preparation of report | 3.25 h | |
| 26 March 2021 | Preparation of report | 0.25 h | |
| 27 March 2021 | Preparation of report | 1.75 h | |

Total                                             53.25 h

Total hours  53.25 h @ $650/h (per agreement of 21 August 2020) = $34,612.50.

A check in the amount of **$34,612.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

30 April 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 March 2021:

| | | |
|---|---|---|
| 6 April 2021 | Preparation of report | 3.5 h |
| 7 April 2021 | Preparation of report | 0.5 h |
| 7 April 2021 | Teleconference | 1.5 h |
| 9 April 2021 | Preparation of report | 4.75 h |
| 10 April 2021 | Preparation of report | 5.25 h |
| 10 April 2021 | Preparation of report | 2.5 h |
| 12 April 2021 | Preparation of report | 3.5 h |
| 13 April 2021 | Preparation of report | 2.5 h |
| 18 April 2021 | Preparation of report | 2.0 h |
| 19 April 2021 | Preparation of report | 0.25 h |
| 27 April 2021 | Teleconference | 1.0 h |
| 27 April 2021 | Preparation of report | 0.25 h |
| 29 April 2021 | Preparation of report | 0.75 h |
| | Total | 28.25 h |

Total hours  28.25 h @ $650/h (per agreement of 21 August 2020) = $18,362.50.

A check in the amount of **$18,362.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 May 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 March 2021:

| 1 May 2021 | Preparation of report | 5.5 h |
|---|---|---|
| 3 May 2021 | Preparation of report | 2.0 h |
| 4 May 2021 | Teleconference | 1.0 h |
| 10 May 2021 | Teleconference | 1.0 h |
| 10 May 2021 | Preparation of report | 1.25 h |
| 11 May 2021 | Preparation of report | 8.0 h |
| 12 May 2021 | Preparation of report | 0.75 h |
| 12 May 2021 | Teleconference | 1.0 h |
| 15 May 2021 | Preparation of report | 2.5 h |
| 21 May 2021 | Teleconference | 0.5 h |
| | Total | 23.5 h |

Total hours  23.5 h @ $650/h (per agreement of 21 August 2020) = $15,275.

A transfer in the amount of **$15,275.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

30 June 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 May 2021:

| | | |
|---|---|---|
| 2 June 2021 | Preparation of report | 0.75 h |
| 3 June 2021 | Preparation of report | 0.75 h |
| 4 June 2021 | Preparation of report | 2.0 h |
| 4 June 2021 | Teleconference | 1.0 h |
| 6 June 2021 | Preparation of report | 1.0 h |
| 7 June 2021 | Preparation of report | 0.5 h |
| 13 June 2021 | Preparation of report | 4.25 h |
| 14 June 2021 | Preparation of report | 2.75 h |
| 15 June 2021 | Preparation of report | 0.5 h |
| 24 June 2021 | Preparation of report | 4.0 h |
| 25 June 2021 | Preparation of report | 1.25 h |
| 25 June 2021 | Teleconference | 1.75 h |
| 26 June 2021 | Preparation of report | 1.25 h |
| 26 June 2021 | Preparation of report | 1.0 h |
| 27 June 2021 | Preparation of report | 2.5 h |
| 28 June 2021 | Preparation of report | 5.25 h |
| 29 June 2021 | Preparation of report | 3.5 h |
| | Total | 34.0 h |

Total hours  34.0 h @ $650/h (per agreement of 21 August 2020) = $22,100.

A transfer in the amount of **$22,100.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 July 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 30 June 2021:

| | | |
|---|---|---|
| 17 July 2021 | Preparation of report | 2.0 h |
| 18 June 2021 | Preparation of report | 1.75 h |
| 19 July 2021 | Teleconference | 1.25 h |
| 20 July 2021 | Preparation of report | 1.0 h |
| | Total | 6.0 h |

Total hours  6.0 h @ $650/h (per agreement of 21 August 2020) = $3,900.

A transfer in the amount of **$3,900.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 August 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 July 2021:

|  |  |  |
|---|---|---|
| 8 August 2021 | Preparation of report | 4.25 h |
| 20 August 2021 | Teleconference | 1.25 h |
| 21 August 2021 | Preparation of report | 2.0 h |
| 22 August 2021 | Preparation of report | 1.5 h |
| 27 August 2021 | Preparation of report | 1.0 h |
| 28 August 2021 | Preparation of report | 4.75 h |
|  | Total | 14.75 h |

Total hours  14.75 h @ $650/h (per agreement of 21 August 2020) = $9,587.50.

A transfer in the amount of **$9,587.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

                                                        30 September 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

                                        Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

    Please use this letter as an invoice for services rendered on this case since 31 August 2021:

| | | |
|---|---|---|
| 6 September 2021 | Preparation of report | 4.5 h |
| 10 September 2021 | Teleconference | 1.5 h |
| | Total | 6.0 h |

Total hours  6.0 h @ $650/h (per agreement of 21 August 2020) = $3,900.

    A transfer in the amount of **$3,900.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

    I look forward to working with you further on this case. Best regards.

                        Sincerely yours,

                        F. Peter Guengerich, Ph.D.
                        Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 October 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 30 September 2021:

| | | |
|---|---|---|
| 14 October 2021 | Report preparation | 1.0 h |
| 19 October 2021 | Report preparation | 1.0 h |
| 27 October 2021 | Teleconference | 0.75 h |
| 27 October 2021 | Report preparation | 0.75 h |
| 30 October 2021 | Report preparation | 3.75 h |
| | Total | 7.25 h |

Total hours  7.25 h @ $650/h (per agreement of 21 August 2020) = $4,712.50.

A transfer in the amount of **$4,712.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 December 2021

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 October 2021:

| | | |
|---|---|---|
| 14 December 2021 | Teleconference | 0.50 h |
| 14 December 2021 | Report preparation | 0.75 h |
| 16 December 2021 | Report preparation | 1.75 h |
| 17 December 2021 | Report preparation | 6.0 h |
| 18 December 2021 | Report preparation | 2.0 h |
| | Total | 11.25 h |

Total hours 11.25 h @ $650/h (per agreement of 21 August 2020) = $7,312.50.

A transfer in the amount of **$7,312.50** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 January 2022

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 December 2021:

| | | |
|---|---|---|
| 10 January 2022 | Report preparation | 2.25 h |
| 11 January 2022 | Report preparation | 3.0 h |
| 12 January 2022 | Report preparation | 1.5 h |
| 20 January 2022 | Teleconference | 1.0 h |
| 21 January 2022 | Report preparation | 5.5 h |
| 22 January 2022 | Report preparation | 2.0 h |
| 24 January 2022 | Report preparation | 1.0 h |
| 26 January 2022 | Report preparation | 6.75 h |
| 27 January 2022 | Report preparation | 1.75 h |
| 28 January 2022 | Teleconference | 1.5 h |
| 29 January 2022 | Report preparation | 6.5 h |
| 30 January 2022 | Report preparation | 5.25 h |
| 31 January 2022 | Report preparation | 7.75 h |
| | Total | 45.75 h |

Total hours  45.75 h @ $650/h (per agreement of 21 August 2020) = $29,737.50.

A transfer in the amount of **$29,737.50** should be made payable to me, Dr. F. Peter
Guengerich, and sent to my bank account per the previous arrangements. Please let me know if
you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

28 February 2022

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 January 2022:

| | | |
|---|---|---|
| 1 February 2022 | Report preparation | 3.25 h |
| 2 February 2022 | Report preparation | 4.75 h |
| 3 February 2022 | Report preparation | 3.0 h |
| 4 February 2022 | Report preparation | 7.25 h |
| 5 February 2022 | Report preparation | 5.75 h |
| 8 February 2022 | Report preparation | 0.5 h |
| 9 February 2022 | Teleconference | 1.25 h |
| 9 February 2022 | Report preparation | 1.75 h |
| 10 February 2022 | Report preparation | 0.25 h |
| 11 February 2022 | Report preparation | 0.5 h |
| 18 February 2022 | Report preparation | 1.25 h |
| 19 February 2022 | Report preparation | 4.25 h |
| 20 February 2022 | Report preparation | 5.25 h |
| 21 February 2022 | Report preparation | 1.0 h |
| 21 February 2022 | Teleconference | 0.75 h |
| 22 February 2022 | Report preparation | 1.75 h |
| 24 February 2022 | Report preparation | 0.75 h |
| 26 February 2022 | Report preparation | 5.0 h |
| 27 February 2022 | Report preparation | 1.25 h |
| | Total | 49.5 h |

Total hours  49.5 h @ $650/h (per agreement of 21 August 2020) = $32,175.00.

A transfer in the amount of **$32,175.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 March 2022

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 28 February 2022:

| | | |
|---|---|---|
| 1 March 2022 | Report preparation | 6.0 h |
| 2 March 2022 | Report preparation | 2.0 h |
| 4 March 2022 | Report preparation | 6.0 h |
| 5 March 2022 | Report preparation | 1.5 h |
| 7 March 2022 | Report preparation | 2.0 h |
| 7 March 2022 | Teleconference | 1.0 h |
| 19 March 2022 | Review | 5.75 h |
| 20 March 2022 | Review | 1.75 h |
| 21 March 2022 | Review | 0.25 h |
| 24 March 2022 | Teleconference | 1.75 h |
| 31 March 2022 | Teleconference | 2.5 h |
| | Total | 30.5 h |

Total hours  30.5 h @ $650/h (per agreement of 21 August 2020) = $19,825.00.

A transfer in the amount of **$19,825.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

27 April 2022

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 31 March 2022:

| 1 April 2022 | Report preparation | 1.75 h |
| 2 April 2022 | Report preparation | 2.75 h |
| 3 April 2022 | Report preparation | 0.5 h |
| 19 April 2022 | Teleconference | 2.0 h |
| 19 April 2022 | Review | 0.25 h |
| 20 April 2022 | Review | 1.5 h |
| 21 April 2022 | Review | 4.0 h |
| 21 April 2022 | Teleconference | 2.0 h |
| 26 April 2022 | Review | 4.75 h |
| 27 April 2022 | Teleconference | 2.0 h |
| | Total | 21.5 h |

Total hours 21.5 h @ $650/h (per agreement of 21 August 2020) = $13,975.00.

A transfer in the amount of **$13,975.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

Department of Biochemistry
Vanderbilt University School of Medicine
638B Robinson Research Bldg.
2200 Pierce Avenue
Nashville, Tennessee 37232-0146

31 May 2022

Ms. Carmen R. Toledo, Partner
King & Spalding LLP
1180 Peachtree Street N. E. Ste. 1600
Atlanta, GA 30309-3521
ctoledo@kslaw.com

Re: Boehringer Ingelheim Zantac® litigation

Dear Ms. Toledo:

Please use this letter as an invoice for services rendered on this case since 27 April 2022:

| | | |
|---|---|---|
| 28 April 2022 | Report preparation | 0.75 h |
| 1 May 2022 | Report preparation | 1.75 h |
| 2 May 2022 | Report preparation | 3.5    h |
| 2 May 2022 | Teleconference | 2.0 h |
| 2 May 2022 | Review files | 1.0 h |
| 3 May 2022 | Review files | 3.25 h |
| 7 May 2022 | Review files | 1.0 h |
| 8 May 2022 | Review files | 1.0 h |
| 8 May 2022 | Review files | 4.5 h |
| 10 May 2022 | Review files | 2.5 h |
| 10 May 2022 | Teleconference | 2.25 h |
| 11 May 2022 | Review files | 5.0 h |
| 14 May 2022 | Review files | 0.75 h |
| 14 May 2022 | Teleconference | 3.5 h |
| 14 May 2022 | Review report, files | 1.5 h |
| 15 May 2022 | Review report, files | 1.25 h |
| 16 May 2022 | Review report, files | 3.0 h |
| 17 May 2022 | Review report, files | 3.5 h |
| 18 May 2022 | Teleconference | 2.75 h |
| 18 May 2022 | Review report, files | 2.75 h |
| 27 May 2022 | Review report, files | 1.5 h |
| 28 May 2022 | Review report, files | 0.25 h |
| 29 May 2022 | Review report, files | 3.25 h |
| 30 May 2022 | Review report, files | 2. 5 h |
| 31 May 2022 | Review report, files | 1. 5 h |
| Total | | 56.5 h |

Total hours 56.5 h @ $650/h (per agreement of 21 August 2020) = $36,725.00.

A transfer in the amount of **$36,725.00** should be made payable to me, Dr. F. Peter Guengerich, and sent to my bank account per the previous arrangements. Please let me know if you need any other details.

I look forward to working with you further on this case. Best regards.

Sincerely yours,

F. Peter Guengerich, Ph.D.
Tadashi Inagami Professor of Biochemistry

# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924  
20-MD-2924  
JUDGE ROBIN L. ROSENBERG  
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**<u>Report of Frederick Peter Guengerich, Ph.D.</u>**

Date: March 7, 2022

Frederick Peter Guengerich, Ph.D.

Contains Confidential Information – Subject to Protective Order

## Table of Contents

I.   Qualifications and Background.................................................................................1

    A.   Education and Experience ...............................................................................1

    B.   Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research ......................2

    C.   Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research .............4

    D.   Compensation and Disclosures........................................................................5

II.  Scope and Summary of Opinions..............................................................................5

III. Introduction to Pharmacology..................................................................................8

    A.   Introduction to Pharmacokinetics ....................................................................8

    B.   Sites of Metabolism of Drugs and other Xenobiotic Chemicals ..................................11

    C.   Metabolic Pathways .....................................................................................12

IV. Introduction to Toxicology and Consideration of Principles ................................13

    A.   Risk Estimation............................................................................................13

    B.   Mechanisms of Chemical Carcinogenesis and Repair .......................................14

    C.   Dose-Response and Thresholds for Genotoxic Chemicals ....................................27

    D.   Study of Chemical Carcinogenesis ................................................................32

V.  Introduction to Ranitidine......................................................................................40

    A.   Ranitidine Approval & Therapeutic Action ....................................................40

    B.   Ranitidine Pharmacokinetics ........................................................................43

VI. Introduction to *N*-Nitrosodimethylamine (NDMA) ..............................................46

    A.   NDMA Chemistry & Toxicokinetics..............................................................46

    B.   Exogenous Sources of NDMA ........................................................................49

    C.   Endogenous Formation of NDMA....................................................................51

    D.   Potential Endogenous Formation of NDMA from Medications ...................................57

    E.   Exogenous NDMA Impurity in Medications ....................................................64

VII.   Introduction to Analytical Chemistry Methods.................................................70

    A.   Principles of Analytical Chemistry.................................................................70

    B.   Techniques in Analytical Chemistry...............................................................72

    C.   Validation of Analytical Methodology ............................................................76

VIII.   Ranitidine and Potential Exogenous Formation of NDMA ..............................77

    A.   Summary on Ranitidine and Potential Exogenous Formation of NDMA......................77

    B.   Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA ...............................................................................................................91

IX. NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure ................96

    A.    NDMA Metabolism & Mechanism of Mutagenicity ....................................................96

    B.    NDMA-Mediated DNA Damage ............................................................................105

    C.    Repair of NDMA DNA Damage .............................................................................108

    D.    NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans ........................................................................................................117

    E.    Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure ........................................................................................................134

X.  Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity ...........................136

    A.    Ranitidine Long-Term & Carcinogenicity Animal Studies ........................................137

    B.    Ranitidine Genotoxicity & Mutagenicity Studies.....................................................143

    C.    Summary on Ranitidine Preclinical Toxicology Studies ............................................153

XI. Ranitidine and Potential Endogenous Formation of NDMA ...............................................155

    A.    *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid .............................155

    B.    Human Gastric Juice Studies...................................................................................183

    C.    Human Plasma and Urinary Excretion Studies ........................................................190

    D.    Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite 204

    E.    Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme .........................................................................................................211

    F.    Summary on Ranitidine and Potential Endogenous Formation of NDMA ....................215

XII.   Conclusions .................................................................................................216

Contains Confidential Information – Subject to Protective Order

I.      **Qualifications and Background**

A.      **Education and Experience**

I am the (tenured) Tadashi Inagami Professor of Biochemistry in the Department of Biochemistry at the Vanderbilt University School of Medicine.

I received a B.S. in Agricultural Science from the University of Illinois, Urbana, Illinois in 1970. I then obtained my Ph.D. in Biochemistry from Vanderbilt University in 1973 under the guidance of Professor H.P. Broquist. Following that, I was a Postdoctoral Scholar in the laboratory of Professor M.J. Coon in the Department of Biological Chemistry at the University of Michigan Medical School.

Subsequent to my postdoctoral work, in 1975 I started as an Assistant Professor of Biochemistry at the Vanderbilt University School of Medicine. In 1980 I was named a tenured Associate Professor of Biochemistry at the Vanderbilt University School of Medicine, and in 1983 I became a (tenured) Professor of Biochemistry at the Vanderbilt University School of Medicine. Since that time, I have held several endowed chair positions at Vanderbilt University School of Medicine, including: Harry Pearson Broquist Professor of Biochemistry (2007-2012), Stanford Moore Professor of Biochemistry (2013), and my current position as the Tadashi Inagami Professor of Biochemistry (2013-present). I served as Interim Chair of the Department of Biochemistry from 2010-2012.

During my career I have received a number of honors and distinguished lectureships, which are summarized in my curriculum vitae, attached as Exhibit A. I have published more than 750 original peer-reviewed scientific articles and more than 300 invited reviews and chapters during my career to date. I currently serve on the Editorial boards for *Chemistry and Biodiversity*, *Critical Reviews in Toxicology*, and *Drug Metabolism and Disposition*. I also serve as an Associate Editor

Contains Confidential Information – Subject to Protective Order

(since 2006) of *The Journal of Biological Chemistry*. I served as Deputy Editor from 2013-2021 and for two intervals as Interim Editor-in-Chief of the journal during that period.

I am a member of the American Chemical Society, including the Divisions of Biological Chemistry, Medicinal Chemistry, and Chemical Toxicology. I served as Chair of the latter Division from 2007-2008 and have held several other offices in the Division of Chemical Toxicology. In 2009, I was named as an American Chemical Society Fellow, in the inaugural class for that program. Since 2015 I have been a member of the Expert Panel of the Flavor and Extract Manufacturers' Association and review analytical chemistry and safety assessment in applications for permission to use food additives.

### B.  Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research

My educational background, professional achievements, and qualifications as an expert in toxicology, chemistry, pharmacology, and chemical carcinogenesis are detailed in my curriculum vitae, which is attached as Exhibit A.

I have decades of experience studying and educating others about pharmacology and toxicology. Throughout my time at Vanderbilt, I have taught courses on multiple aspects of drug-drug interactions and pharmacokinetics to medical students, graduate students, and post-graduates (both Ph. D. and M. D.). I am currently teaching Enzyme Kinetics and Mechanisms. I am also currently teaching Drug Metabolism & Safety, part of a Master's degree class for postgraduate physicians.  I have been teaching a graduate level toxicology course at Vanderbilt University (Biochemistry 8336) since 1980. I teach pharmacokinetics and toxicokinetics in that course. In addition, I created an online course for the Pharmacology Department dealing with pharmacokinetics of drug-drug interactions called Enzyme Kinetics for Drug Discovery & Development.

Contains Confidential Information – Subject to Protective Order

In 1980, I was named the Interim Director of the Center in Environmental Toxicology at Vanderbilt University, an interdepartmental program supported by a grant from the National Institute of Environmental Health Sciences (NIEHS). In 1981, I became Director of that Center (later renamed the Center in Molecular Toxicology). I held this position until 2011. I held the position of director of an NIEHS-sponsored core center grant for over 30 years, which at the time was longer than anyone else. During my entire tenure as director, the Center was financially supported by the NIEHS.

My research expertise covers numerous types of chemicals, including nitrosamines, vinyl halides, other vinyl monomers, epoxides, alkyl halides, polycyclic hydrocarbons, polychlorinated biphenyls, aryl amines, heterocyclic amines, aflatoxins, pyrrolizidine alkaloids, pesticides, reactive oxygen species, and various categories of drugs. As a part of my research, I have considerable expertise in analytical chemistry, including several types of chromatography and mass spectrometry. I have extensive experience in the fields of biochemistry and medicinal chemistry with an emphasis on mechanisms of activation and detoxication of drugs, chemical carcinogens, steroids, and toxicants and characterization of enzymes involved in these processes. I have consulted on matters of metabolism, toxicology, and safety assessment with chemical companies, pharmaceutical companies, and trade organizations.

From 1989-2017, I was an Associate Editor of the journal *Chemical Research in Toxicology*, a leading journal in its field, published by the American Chemical Society. In that position, I saw and supervised the review of approximately 100 toxicology manuscripts each year. I have authored/co-authored more research papers published in the journal *Chemical Research in Toxicology* than any other individual (American Chemical Society SciFinder search, January 2022).

I have also served as an Associate Editor of the journals *Toxicology and Applied Pharmacology*, *Molecular Pharmacology*, and *Cancer Research*. I have also served on the editorial boards of many journals, including the Scientific Advisory Board of *Nature Reviews in Drug Discovery* from 2001-2011.

I was the Institute for Scientific Information's 3rd most-cited author in Pharmacology and Toxicology from 1993-2003. These distinctions are based on the number of times other scientific publications cite my own publications. For work done in the 1990s, I was the 46th most highly cited biomedical scientist in the world.

I have been ranked first in the world for total citation score by Drug Metabolism Research since 2006. Based on citation metrics author database, my 2021 rank is 162nd of all world scientists and 5th in Biochemistry & Molecular Biology (out of 189,264 authors in that field) and 11th in Toxicology (Baas 2021).

### C.    Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research

I have received numerous awards over the years for work in several fields, including toxicology, chemistry, pharmacology, and cancer research.

- Society of Toxicology
  - *Achievement Award, 1982 (one given annually to an individual 35 years old or younger).*
  - *Burroughs-Wellcome Scholar in Toxicology, 1983 (5-year salary support, 1-2 awards given each year).*
  - *Merit Award, 2013 (one given annually for career-long contributions to toxicology, 1 per year).*
- Other Toxicology Awards (National Level)
  - *Kenneth Morgareidge Award, International Life Sciences Institute, 1986.*
  - *Founders' Award, Chemical Industry Institute for Toxicology, 1991.*
  - *George H. Scott Award, Toxicology Forum, 1994.*
  - *Founders' Award, Division of Chemical Toxicology, American Chemical Society, 2011.*

Contains Confidential Information – Subject to Protective Order

- Biochemistry and Chemistry
  - *William A. Rose Award, American Society for Biochemistry and Molecular Biology, 2005*
  - *ACS Fellow in Chemistry, inaugural class, American Chemical Society, 2009.*
  - *ASBMB Fellow, inaugural class, American Society for Biochemistry and Molecular Biology, 2021.*
- Pharmacology and Drug Metabolism
  - *John J. Abel Award, American Society for Pharmacology and Experimental Therapeutics (ASPET), 1984 (given annually to an individual 36 years old or younger, at that time)*
  - *Bernard B. Brodie Award in Drug Metabolism, ASPET, 1992 (for career-long contributions to drug metabolism, given once each two years)*
  - *North American Achievement Award, International Society for the Study of Xenobiotics (ISSX), 2003 (given once each three years)*
  - *Named one of the first two foreign Honorary Members of the Japanese Society for the Study of Xenobiotics (JSSX), 2007.*
  - *R. T. Williams Distinguished Scientific Award, ISSX, 2010. (given for career-long contributions to studies on xenobiotic metabolism, once each three years, entire world)*
  - *ASPET Fellow, inaugural class, American Society for Pharmacology and Experimental Therapeutics (ASPET), 2019.*
- Cancer Research
  - *(Third) Annual Award for Outstanding Achievement in Cancer Research, American Association for Cancer Research, 2009 (given for career-long contributions to chemical studies in cancer research)*

## D.     Compensation and Disclosures

I have been retained to provide opinions on behalf of the Defendants (Boehringer Ingelheim, GlaxoSmithKline, Pfizer, and Patheon Manufacturing Services). I am being compensated at my customary rate of $650 per hour for work in connection with this proceeding. My compensation is in no way contingent upon the outcome of this proceeding or the specifics of my testimony. My prior testimony as an expert witness in the last four years is listed in Exhibit C.

## II.    Scope and Summary of Opinions

I have been asked to provide an opinion on whether there is reliable non-epidemiological scientific evidence to support the conclusion that exposure to ranitidine (Zantac®) causes cancer. Plaintiffs in this litigation have alleged that ranitidine exposure causes five cancer types: bladder,

Contains Confidential Information – Subject to Protective Order

esophageal, gastric, liver, and pancreatic cancer. Plaintiffs' experts proposed mechanism of carcinogenesis from ranitidine is theorized to be due to *N*-nitrosodimethylamine (NDMA) exposure, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion.

As a basis for my opinions, I have reviewed, critically analyzed, and provided a discussion on the following topics in my report: (i) the principles of pharmacology and toxicology; (ii) a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for detection; (iii) the pharmacology of ranitidine; (iv) the preclinical toxicology studies on ranitidine and whether these studies demonstrate an increased risk of mutagenicity or cancer; (v) whether there is reliable scientific evidence to support endogenous formation of NDMA in the human body following ranitidine ingestion; and (vi) the potential exogenous formation of NDMA in ranitidine products and how these levels relate to a potential increased risk of cancer.

I hold all opinions stated in this report to a reasonable degree of scientific certainty. They are summarized as follows:

1. Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.

2. There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.

Contains Confidential Information – Subject to Protective Order

4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.

5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.

6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.

The scientific literature and other materials I have reviewed are listed in Exhibit B. I reserve the right to amend, edit, or supplement my opinions upon review of additional material.

Contains Confidential Information – Subject to Protective Order

### III.    Introduction to Pharmacology

### A.    Introduction to Pharmacokinetics

*Pharmacology* is the study of the interactions of drugs with the body. The response of the body to a drug is generally described in two aspects:

*Pharmacodynamics* is the study of what the drug does to the body and describes the dynamic interactions of a drug with its target(s) in the body, that is, how it is interacting with that site. For example, aspirin reduces the production of compounds called prostaglandins, which results in its therapeutic action of decreased inflammation, pain, and fever.

*Pharmacokinetics* is the study of the movement of a drug through the body and what the body does to a drug. It studies the <u>a</u>bsorption and bioavailability, <u>d</u>istribution, <u>m</u>etabolism, and <u>e</u>xcretion of the drug (ADME) (Fig. 1). These pharmacokinetic processes (ADME) determine the concentrations of the drug in the body, how much drug arrives at the target site, and how long an effective level will remain there.

Contains Confidential Information – Subject to Protective Order



Fig. 1. Pharmacokinetic (ADME) Principles (EUPATI 2021)

Because it is usually not possible to directly measure drug concentrations in most organs in humans, animals are often used as models in the laboratory. In humans, a major part of the analysis is done using the levels of a drug in plasma, which can be easily measured. One of the main parameters that is measured is the plasma half-life, i.e., the time needed for the drug concentration in the bloodstream to fall to one-half the initial value after a dose of the drug.

The human body has complex protection mechanisms for eliminating foreign compounds and environmental pollutants from the body (Silverman & Holladay 2014). Elimination of drugs and other chemicals from the body occurs through two processes: "direct excretion of the unchanged substance or biotransformation to a different chemical form which may then be excreted as a metabolite" (Eaton 2018). A metabolite is "often regarded as the immediate by-product of a metabolic process" (Biology Dictionary 2021; Silverman & Holladay 2014).

When a drug or other foreign chemical is administered, natural processes for eliminating foreign materials are set into motion, converting one chemical form to another through

9

Contains Confidential Information – Subject to Protective Order

biochemical modification. The body's ability to remove toxins is largely dependent on the physicochemical properties of the chemical (Eaton 2018). A general overall goal of drug metabolism is to transform lipid-soluble (hydrophobic) compounds into compounds that are excretable metabolites. These chemical reactions that alter drugs administered to patients are broadly referred to as "drug metabolism" or "drug biotransformation" (Taniguchi & Guengerich 2012).

Although the term "drug" is used here, the same principles apply to other chemicals that are not normally found in the body, termed "xenobiotics," such as industrial chemicals, pesticides, and pollutants. Metabolism can alter chemicals, including drugs, in four major ways (Taniguchi & Guengerich 2012):

1.    By converting an active drug into an inactive drug;

2.    By converting an active drug into an active or toxic metabolite;

3.    By converting an inactive prodrug into an active drug;

4.    By converting an unexcretable drug into an excretable metabolite.

These biochemical modifications are accomplished through chemical reactions catalyzed by a vast array of enzymes (Taniguchi & Guengerich 2012). Enzymes are most commonly proteins that are folded in a specific three-dimensional structure capable of binding to a compound or a portion of a compound, called a "substrate," and causing or accelerating a specific chemical reaction that changes the substrate into a different molecule or molecules, called the "products," and leaving the enzyme catalyzing the reaction unchanged (Kedderis 2018). Enzyme binding is highly specific based on factors such as shape, charge, and hydrophilic/phobic properties of the substrate (Kedderis 2018; Robinson 2006).

Contains Confidential Information – Subject to Protective Order

B.      Sites of Metabolism of Drugs and other Xenobiotic Chemicals

Hepatic Metabolism

The liver is the major site of metabolism for orally administered drugs and other chemicals (Taniguchi & Guengerich 2012). When a drug is ingested orally, the drug must first be absorbed during the digestive process through the stomach or the mucous membrane of the small intestine (Silverman & Holladay 2014). After a drug is absorbed through the gastrointestinal tract, it is typically transported to the liver via the portal vein (Sun & Zhao 2016).  The liver then metabolizes the drug in a process referred to as "hepatic metabolism" (transforms it into a product).

Drugs and other chemicals are processed by a variety of enzymes, discussed in more detail below, located in a membranous structure called the endoplasmic reticulum of hepatocytes, specialized cells in the liver (Taniguchi & Guengerich 2012). In the liver hepatocytes, orally administered drugs that are lipophilic and water-insoluble (which facilitates absorption through the gastrointestinal tract) are usually rendered water-soluble via hepatic metabolism, after which they can more easily be excreted in the bile or filtered and excreted by the kidneys (renal filtration) (Taniguchi & Guengerich 2012; Silverman & Holladay 2014).

When liver cells (or other cells) are homogenized, the endoplasmic reticulum can be isolated (using instruments called centrifuges) in a form called "microsomes," which contain most of the cytochrome P450. These microsomes can be prepared from animals or humans and used in the laboratory in "*in vitro*" experiments, and the activities of the cytochrome P450 enzymes can be measured for drug metabolism. The information is valuable for predicting how a drug will behave in the human body.

Orally administered drugs and other chemicals undergo metabolism by the liver before entering the bloodstream, or "systemic circulation" (Silverman & Holladay 2014).  This process

Contains Confidential Information – Subject to Protective Order

is commonly referred to as "first pass effect" (Taniguchi & Guengerich 2012)." If there is a large first pass effect, whether in the intestine or the liver, much less of the orally-administered drug will be in the circulation and reach intended targets.

Extrahepatic Metabolism

Though the liver is the major site of metabolism, other organs such as the intestine, kidneys, lungs, plasma, blood cells, placenta, skin, and brain may also play a role in the metabolism of certain chemicals, including drugs (Kwon 2002; Taniguchi & Guengerich 2012). While the vast majority of drug metabolism occurs in the liver, the extent of metabolism of drugs by extrahepatic drug-metabolizing organs such as the small intestine, kidney, and lung is approximately 10-20% of hepatic metabolism (Kwon 2002). This value will vary for different drugs and, of course, may vary for different routes of administration.

**C.     Metabolic Pathways**

Generally speaking, metabolic reactions are divided into two categories: reactions that involve the addition or revealing of hydrophilic (water soluble) moieties to a compound (the oxidative and hydrolytic reactions, or the sometimes so-called "Phase I reactions"); and conjugative reactions that involve the conjugation of a compound with a hydrophilic endogenous substrate (the so-called "Phase II reactions") (Kwon 2002) (Fig. 2).

$$R \xrightarrow[\substack{\text{Phase I} \\ \text{oxidation} \\ \text{(usually)}}]{[O]} R\text{-}O \xrightarrow[\substack{\text{Phase II} \\ \text{conjugation} \\ \text{(usually)}}]{[Y]} R\text{-}O\text{-}Y$$

Fig. 2. Phase I and Phase II Metabolic Reactions

Contains Confidential Information – Subject to Protective Order

Cytochrome P450 ("CYP" or "P450") enzymes are considered the "most important metabolizing enzymes for xenobiotics" (Kwon 2002) and are "involved in the metabolism of approximately 75% of all drugs used today" (Taniguchi & Guengerich 2012). Cytochrome P450 enzymes constitute a superfamily of enzymes containing a heme cofactor (or, strictly speaking, containing a prosthetic group) but having structurally variable active sites that catalyze the same reaction on different substrates, for instance, the oxidation of steroids, fatty acids, and drugs (Silverman & Holladay 2014). Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. The oxidizing site in P450 enzymes is at the heme center, which oxidizes hydrophobic compounds (e.g., most drugs, water-insoluble) to hydrophilic or more polar metabolites for subsequent excretion (Taxak & Bharatam 2014).  These enzymes catalyze the transfer of one atom of oxygen to a substrate (e.g., a drug), producing an oxidized substrate, i.e., product. Metabolites formed through oxidative/hydrolytic reactions "are often pharmacologically inactive and, without further modification, may be excreted" (Taniguchi & Guengerich 2012).

## IV.    Introduction to Toxicology and Consideration of Principles

The basic principles of toxicology were established by the time of the discovery of ranitidine and are generally accepted by toxicologists today, regardless of their background, training, or specialty. In this part I provide some background principles of toxicology to provide context for my opinions.

### A.    Risk Estimation

It is difficult to extrapolate the risk arising from chronic environmental exposure, at low doses, from studies of acute toxicity at high doses. All toxicologists are familiar with Paracelsus, a Swiss physician from 500 years ago, who coined the phrase (in German) roughly translated as

Contains Confidential Information – Subject to Protective Order

"the dose makes the poison," that is, all substances are safe at some dose and all are toxic at some dose; only the dose distinguishes a medicine from a poison.

The study of toxicology consists of two main inquiries:

i.   Hazard identification. Will a chemical produce an adverse effect on an organism at some (high) dose, and what is the effect?

ii.   Risk characterization. Is the chemical going to manifest this hazard(s) at a dose at which people (or animals) are expected to be exposed (generally, in the environmental or drug context, a low dose)? (Eaton & Gilbert 2013; Beck 2014).

For comprehensive and accurate risk characterization, dose-response relationships must be evaluated and exposure estimates must be made (National Research Council 1983). "Dose-response" refers to what degree varying amounts or concentrations of chemicals elicit biological responses. The estimated exposure (amount, frequency, duration, and route of exposure) for a given chemical is necessary to assess whether the exposure is likely to cause a toxic response, i.e., determine the theoretical risk of toxic effects. Almost always, the higher the exposure to a toxic chemical, the higher the risk of toxic effects. The lower the exposure to a toxic chemical, the lower the risk of toxic effects. Risk assessment involves a dose-response assessment, exposure assessment, and subsequent risk characterization.

### B.    Mechanisms of Chemical Carcinogenesis and Repair

#### i.    Mechanisms of DNA Damage

One of the major axioms of biology and biochemistry is the coding of DNA for proteins (Fig. 3), as developed in the middle of the 20th Century.

Contains Confidential Information – Subject to Protective Order

An individual's DNA constitutes the genome. This is replicated into an exact copy, as cells grow and divide. The message is the result of a pattern of four bases (Fig. 4) and is "transcribed" into RNA. DNA and RNA have four bases: adenine, cytosine, guanine, and thymine (in DNA; in RNA this latter one (thymine) lacks a methyl group and is called uracil). RNA is then translated into proteins, which have 20 different amino acids stitched together for specific purposes. Proteins are the building blocks of the body (e.g., parts of muscles), and many of these are enzymes that carry out all the metabolic and other functions in the body.

The correct coding depends on the pairing of the four DNA bases with each other (Fig. 4). Adenine (A) pairs with thymine (T), and guanine (G) pairs with cytosine (C) in the DNA chains.



Fig. 4. DNA pairing. The names of the base begin with capital letters; the names of the nucleosides (containing deoxyribose) are in small letters.

If one of the four bases is modified with a chemical addition, then the normal patterns of coding may change and a mistake can result, which could result in a miscoded DNA, a miscoded RNA, or a miscoded protein. If a protein contains a mistake in its amino acid chain, it may have no activity or may have unusual activity.

15

Contains Confidential Information – Subject to Protective Order

Many of the chemicals that cause cancer do not act directly. The chemicals themselves are too stable to react with DNA, which is the most common way of initiating cancer. Cytochrome P450 (P450, CYP) and other enzymes can oxidize those chemicals to new chemical species that are more reactive, which can (i) break down in water to harmless derivatives (without the aid of enzymes), (ii) be converted by certain enzymes (e.g., glutathione transferases) to harmless derivatives, or (iii) react with proteins, DNA, and RNA (Fig. 5).



Fig. 5. Drug metabolism and possible reactions.

A low level of reaction with proteins and RNA is generally not considered very harmful. Reaction with DNA is often more serious and usually occurs at many sites along the DNA strands and even at different atoms on a base (a building block of DNA). For instance, as shown later in Fig. 33 (section IX.A.), a methyl group ($CH_3$) can be added at the O6, N3, or N7 atom position of the DNA base guanine or the N3 position of the base adenine, as well as several more sites. This type of DNA damage is referred to as "DNA adducts" or "DNA lesions"; when a methyl group specifically is added, it is often referred to as "DNA methylation". Reaction at certain atoms of a

base in the DNA, e.g., guanine, can yield differences in pathways that might eventually lead to mutations and cancer, although, as will be discussed in more detail, there are many repair processes along the way to prevent this progression.

Most relevant to the mechanism of NDMA-induced DNA damage is the addition of a methyl group at the O6 position of guanine, forming $O^6$-methyl guanine. If unrepaired, the modified base ($O^6$-methyl guanine) is deleterious in that it can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base cytosine (Fig. 6). This process can lead to a "misinsertion" or "mutation." During the next round of cell replication, if the adenine base is inserted opposite the thymine base, this can result in a guanine:cytosine (G:C) [correct bases] → adenine:thymine (A:T) [wrong bases] transition mutation. This can lead to the production of a protein that loses its control mechanism. If several more mutations occur in certain genes (segments of the DNA), the "initiation" of cancer may occur.



Fig. 6. Mechanism of $O^6$-methyl guanine mutations.

Contains Confidential Information – Subject to Protective Order

The above discussion mentions only methyl groups in terms of the genotoxic damage to DNA (DNA methylation) and the potential for mutations as this mechanism is most relevant for subsequent discussions on NDMA. However, the list of chemicals that damage DNA and the mechanisms by which this DNA damage occurs is very long and includes some industrial chemicals (e.g., benzene, vinyl chloride), natural products (e.g., aflatoxins (in moldy corn and peanuts) and aristolochic acid (found in weeds and dietary supplements)), some drugs used to treat cancer (e.g., melphalan, cyclophosphamide), soots and tars, many chemicals in tobacco smoke, and some metals (e.g., nickel, chromium). In addition, ionizing radiation and ultraviolet light can both severely damage DNA. Even if one avoids exposure to all of these chemicals and physical agents, there will be a finite amount of DNA damage and mutations for at least two reasons: (i) the enzymatic machinery that copies DNA (i.e., DNA polymerase enzymes) is prone to making a low but finite number of mistakes, and the processes that scan the genome for damage and repair are not error-free and make some mistakes. (ii) People live in an atmosphere where they breathe oxygen, and one price for this is incurring oxidative damage to DNA (and proteins and lipids as well). The list of types of oxygen damage to DNA is now at least 100, and the frequency of such bases present in DNA is higher than that experienced after exposure to some known carcinogens. The most common of these modified lesions is 7,8-dihydro-8-oxo guanine (8-oxo-G), which has been shown to miscode and cause mutations. In addition, reaction of lipids (particularly unsaturated fatty acids) with reactive oxygen species generates molecules (e.g., 4-hydroxynonenal) that damage DNA in a similar way, forming the so-called "etheno" (ε) and other DNA adducts.

Thus, no human (not even a newborn child) is free of DNA damage. As people age, the background (or "endogenous") amount of DNA damage and mutations accumulate in the body. Thus, most cancers are recognized as age-related diseases and advanced age is a well-established

Contains Confidential Information – Subject to Protective Order

risk factor for adult cancers. In many cases, there may be no apparent cause of cancer other than aging and the natural accumulation of mutations that result from simply being alive and breathing oxygen (Ames & Gold 1991). The background rate of DNA damage is approximately 40,000 DNA lesions in every cell of the human body (Fig. 7) (Swenberg 2011). Exactly how much the different types of DNA damage contribute to human cancer is still unknown, but recent efforts have been made to map the mutations that are seen in cancers to known patterns of DNA damage in the Catalogue of Somatic Mutation in Cancer (COSMIC 2021). The causative agent may still not be identified from this research because many mutagens produce the same patterns of DNA damage (e.g., many types of chemicals alkylate bases). In other words, an $O^6$-methyl guanine DNA adduct arising from NDMA exposure from one exogenous source (e.g., medication) is indistinguishable from an $O^6$-methyl guanine DNA adduct arising from NDMA exposure via a different exogenous source (e.g., diet, environment, or other medications) or natural, endogenous production. It is also indistinguishable from other non-NDMA sources that produce the same effect.

| Steady-State Amounts of Selected endogenous DNA Damage | |
|---|---|
| Endogenous DNA lesions | Number per cell |
| Abasic sites | 30,000 |
| N7-(2-Hydroxyethyl)guanine (7HEG) | 3000 |
| 8-Hydroxyguanine | 2400 |
| 7-(2-Oxoethyl)guanine | 1500 |
| Formaldehyde adducts | 960 |
| Acrolein-deoxyguanosine | 120 |
| Malondialdehyde-deoxyguanosine | 60 |
| $N^2$,3-Ethenoguanine ($\varepsilon$G) | 36 |
| 1,$N^2$-Ethenodeoxyguanosine (1,$N^2$-$\varepsilon$dG) | 30 |
| 1,$N^6$-Ethenodeoxyadenosine (1,$N^6$-$\varepsilon$dA) | 12 |
| Total | 38,118 |

Fig. 7. Selected background (endogenous) DNA lesions per cell (Swenberg 2011).

In Fig. 7 above, Swenberg et al. (2011) expressed the number of adducts per cell but did not include $O^6$-methyl guanine because it was not on the list of adducts studied by the authors.

19

Contains Confidential Information – Subject to Protective Order

Using a value of 6 pg DNA/cell (Bäumer 2018) and reported human levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a background level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated.

As mentioned earlier, the cytochrome P450 enzymes are the major enzymes involved in the activation of chemicals to forms that react with DNA (Rendic 2012). The research area is complicated in that these same enzymes also <u>detoxicate</u> many of these chemical carcinogens, i.e., convert them to harmless products. Thus, there is a balance between "detoxication" and "bioactivation" reactions in the body (Fig. 8).



Fig. 8. Enzyme detoxication and bioactivation of chemicals.

Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. Some of these 57 cytochrome P450 enzymes have been implicated in the metabolism (bioactivation and detoxication) of individual chemical carcinogens that people may be exposed to (Rendic 2012). In experimental animals, it has been demonstrated that the amounts of individual cytochrome P450 enzymes can be altered by genetics or by treatment with various chemicals and even diets. These changes can dramatically alter the risk of cancer from chemical carcinogens in the animals (Guengerich 1988). These relationships,

20

Contains Confidential Information – Subject to Protective Order

however, have been much harder to demonstrate in humans, although there have been many efforts to relate cancer susceptibility to genetics over the past 3-4 decades.

### ii.    Mechanisms of DNA Repair

Sunlight, food preservatives, charbroiled meat, smoke from grill coals, car exhaust, radon from rocks and soil—all these things, which people can expect to be exposed to during a typical summer day at the beach, routinely cause damage to DNA. In the absence of these environmental insults, the water and biological chemicals naturally present in human cells can react with and harm DNA. DNA strands break and mutations secondary to modifications like methylation occur all the time, sometimes spontaneously and sometimes in the course of cell replication (e.g., during skin cell renewal) (Chatterjee & Walker 2017). There is a baseline level of injury the human genome experiences that is inevitable.

What prevents cells from losing normal function, from dying on a massive scale, or from progressing to cancerous states despite all this genetic damage is in large part thanks to the following: At the same time that DNA damage occurs, the DNA damage response is initiated, whereby lesion-specific sensor proteins initiate a cascade of biochemical and molecular events that ultimately result in the effective removal of most lesions (Chatterjee & Walker 2017).

The body contains more than 100 enzymes and numerous proteins that enable processivity (uninterrupted functionality) involved in the repair of DNA, and the exact types of enzymes and proteins directed to the site of genomic damage depends on the type of modification that has occurred. Several types of systems exist, including (i) direct repair, (ii) base excision repair (BER), (iii) mismatch repair (MMR), and (iv) nucleotide excision repair (NER). The existence of numerous types of DNA repair systems ensures a protective redundancy so that should one system be overwhelmed (i.e., its respective enzymes and proteins are saturated and biochemical cofactors

Contains Confidential Information – Subject to Protective Order

are depleted), other systems that rely on different components and molecular mechanisms can take over. In 2015, the Nobel Prize in Chemistry was awarded to Drs. Sancar, Modrich, and Lindahl for their research on DNA repair.

As described above, some chemicals cause the addition and attachment of functional groups like methyl or ethyl groups (types of alkyl groups) to DNA bases to form what are referred to as DNA adducts, such as the $O^6$-methyl guanine adduct (Fig. 6). Direct DNA repair is performed by proteins like $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT) in a low-error manner (Chatterjee & Walker 2017; Muller 2009). These unwanted, added groups—the persistence of which can lead to mutations—can be cut at their site of attachment and removed by direct repair enzymes or proteins. BER requires single strand breaks in the DNA in order for a damaged base to be removed and replaced by an undamaged base. As in direct repair, damage from the addition of alkyl groups (alkylation) can be reversed. In MMR, the MutS protein binds to mismatched base pairs—such as the G:T mismatch that can arise due to presence of unrepaired $O^6$-methyl guanine adducts—and initiates a repair process that involves excision of the damaged base and resynthesis of the broken DNA strand with the correct base (Rye 2008). Thus, our DNA repair system, consisting of several, sometimes overlapping repair mechanisms, repairs low levels of DNA damage with high efficiency and a low error rate, preventing the progression to mutations. It is important to remember that mutations are what may lead to carcinogenesis, not the DNA damage in and of itself.

### iii.    Mutagenesis and Carcinogenesis

A mutation is both "the process by which the sequence of base pairs in a DNA molecule is altered" and the ultimate alteration itself (Russell 2014). There are many types of mutations that

Contains Confidential Information – Subject to Protective Order

can occur, and within those types of mutations further classification can be made based on, for example, the outcome of the alterations.

The practical implication of mutations is that they can affect how genes are expressed, whether by upregulating gene expression, downregulating gene expression, stopping the expression of normally active genes, initiating the expression of normally inactive genes, or modifying genes so that they do not code for normal product molecules. Gene expression is the "production of an observable phenotype by a gene—usually by directing the synthesis of a protein" (Buccitelli & Selbach 2020). Proteins are fundamental molecules necessary for normal cellular as well as whole organism function, structure, development, metabolism, and more observable characteristics (the phenotype). Mutations can alter protein levels, structures, and function, which in turn can ultimately affect the phenotype of an organism and cause abnormalities or disease. Examples of very important proteins responsible for xenobiotic metabolism include the cytochrome P450 (CYP or P450), flavin monooxygenase (FMO), and glutathione (GSH) S-transferase enzymes; alterations in these proteins can affect how xenobiotics are absorbed, distributed, metabolized, and excreted in the body. More examples of proteins with distinct and crucial functions are DNA repair enzymes, antibodies, and insulin.

A possible effect of genetic—and downstream protein—dysregulation is the formation of neoplasms, i.e., tumors. Mutational activation of oncogenes can lead to translation (production) of oncoproteins like H- or K-ras, and mutational inactivation of tumor suppressor genes can stop translation of tumor suppressor proteins like p53. Mutations that activate oncogenes and inactivate tumor suppressor genes are called driver mutations and confer a selective growth advantage in the affected cells. The number of driver mutations necessary to convert normal cells to benign tumor cells and later to cancer cells is estimated to be around five or six, possibly much higher based on

Contains Confidential Information – Subject to Protective Order

recent somatic cell (non-reproductive cell) mutation data, and may vary depending on the type of cancer. In contrast with driver mutations, passenger mutations are mutations present in tumor cells that confer no selective growth advantage whatsoever and are therefore not oncogenic (do not contribute toward tumor formation); additionally, it is worth noting that some mutations in tumor cells in fact impair cell survival and therefore also do not contribute toward carcinogenesis (Stratton 2009).

### iv.   Chemical Carcinogenesis

Chemical carcinogenesis is the process by which chemicals cause cancer, and chemical carcinogens are cancer-causing chemicals that induce the formation of tumors. One of the first cases recognized was that by Dr. John Hill, a London physician who in 1761 associated tumors with the use of tobacco snuff (Hill 1761). Many known human carcinogens are occupational chemicals, some of which are complex mixtures.

There are both nongenotoxic carcinogens and genotoxic—also known as DNA-reactive— carcinogens (Klaunig 2013). Carcinogens can also be described as being either pro-carcinogens (indirect) or ultimate (direct) carcinogens. Pro-carcinogens are chemicals that require bioactivation into specific metabolites in order to cause cancer, whereas ultimate carcinogens are able to cause cancer in their existing chemical form. Some chemicals can have effects that do not cause cancer but modulate the course of tumor formation. For instance, some chemicals, including those in food or drugs, are protective against cancer development by preventing, inhibiting, or slowing down the process of cancer ("chemoprevention") (Klaunig 2013).

Carcinogenesis is a multistage process involving initiation, promotion, and progression (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). Chemicals that bind to DNA and form DNA damage (e.g., DNA adducts) that can lead to mutations are cancer "initiators." There are several

Contains Confidential Information – Subject to Protective Order

protective mechanisms preventing the initial DNA damage, such as limited uptake of the carcinogen, detoxication by enzymes, reaction with macromolecules other than DNA (e.g., RNA and protein), and upregulation of adaptation responses. Once the DNA damage is formed, there are extensive DNA repair systems (*vide supra*) to prevent the progression from DNA damage to a mutation ("initiation" stage). Initiated cells may remain quiescent (do not grow or divide) or undergo cell death (apoptosis due to, for instance, a mutation negatively affecting their ability to survive), in which case tumors do not form.



Fig. 9. Chemical carcinogenesis mechanisms and defenses.

"Promotion" is the second stage of the carcinogenesis process and involves the clonal expansion of initiated cells to produce a preneoplastic lesion (Fig. 9) (Kobets & Williams 2019;

Contains Confidential Information – Subject to Protective Order

Klaunig 2013). A chemical carcinogen may operate as a "complete carcinogen" in which the chemicals initiate cancer and then at repeated exposure and/or high doses allows for progression through all stages of the cancer process (Klaunig 2013). Alternatively, some chemicals can act solely as a "promoter" to enhance the formation of tumors (Fig. 10). Typically, chemicals that are tumor promoters are not tumor initiators (and vice versa) and promoters are not mutagenic, but rather promote cell proliferation through nongenotoxic mechanisms (Klaunig 2013; National Cancer Institute 2021). In the presence of promoters, initiated cells may eventually form tumors— or they may not. Promotion typically requires repeated, high dose exposure and may be reversible upon removal of the agent (Klaunig 2013).



Fig. 10. Tumor formation – initiation and promotion.

The last stage is "progression" from the benign preneoplastic lesion into a neoplastic cancer (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). During this stage, additional genotoxic events may occur as the cells proliferate resulting in the shift into neoplastic cells and then eventually the formation of a tumor microenvironment. Hanahan and Weinberg (2011) proposed eight "hallmarks

Contains Confidential Information – Subject to Protective Order

of cancer" describing the intricate properties of neoplastic cells that contribute to their ability to independently grow and eventually metastasize: (i) sustaining cell proliferation, (ii) resisting cell death (apoptosis), (iii) inducing angiogenesis, (iv) enabling replicative immortality, (v) activating invasion and metastasis, (vi) evading growth suppressors, (vii) reprogramming of energy metabolism, and (viii) evading immune destruction (Klaunig 2013). Altogether, the carcinogenesis process is a complex, multistage process with many steps along the way for repair or damage control (Fig. 9). Thus, exposure to a carcinogen does not necessarily mean cancer will develop, even if the cancer-forming process has been initiated.

### C.    Dose-Response and Thresholds for Genotoxic Chemicals

There is a classic statement made by Paracelsus, the "father of toxicology" (ca. 1500 A.D.), describing dose-response relationships, which translated and paraphrased is: "The dose makes the poison" (*vide supra*). It is easy to appreciate that almost all drugs are toxic at high doses. A good example is acetaminophen (Tylenol®), which many people use safely (23% of the population each week in the USA (Kaufman 2002)). Yet at very high doses, the same drug is responsible for half of drug-induced acute liver failure (Larson 2005). Another example is the drug warfarin (Coumadin®), which at low doses is a life-saving anticoagulant drug that is used to prevent heart attacks and strokes. However, warfarin first came on the U.S. market not as a human drug, but as rat poison (rodenticide) (Lim 2017). Large doses of warfarin will not only kill rats, but humans too (fatal bleeding is a black box warning in the label for this medication) (Coumadin Prescribing Information 2017).

Illustrative non-drug examples of thresholds that everyone is exposed to are sunlight and carbon dioxide. A small amount of sunlight is good and even beneficial in terms of forming vitamin D in the body, while too much sunlight may produce a sunburn or even skin cancer. Carbon dioxide ($CO_2$) is a naturally occurring gas found in the atmosphere that is produced by the human body (it

Contains Confidential Information – Subject to Protective Order

is a byproduct of cell metabolism and a component of exhaled breath), as well as other sources. We continuously breathe in $CO_2$ and it is minimally toxic at low doses. However, exposure to excess $CO_2$ levels may lead to rapid breathing and heart rate and even death by suffocation.

It is necessary to recognize that different chemicals elicit different toxic responses to different extents, and animal toxicology studies are designed to investigate and characterize these diverse relationships. Dose-response data from toxicology studies are often plotted on graphs and relationships can be described as linear, nonlinear, or nonmonotonic (hormetic). For certain chemicals, dose-dependent transitions, including thresholds, have been empirically and statistically proven (Calabrese 2014), and the evidence can be easily visualized (Fig. 11).



Fig. 11. The blue line shows a linear, non-threshold dose-response model for exposure to a theoretical carcinogen (dose) and cancer risk (response). The red curved line shows a nonlinear, threshold (low exposures have zero risk) dose-response model for exposure to a theoretical carcinogen and cancer risk.

The concept of thresholds is generally accepted by toxicologists. Regulatory agencies, using the "Precautionary Principle" of applying linearity in risk assessment, sometimes assume that thresholds do not exist, but this assumption is made out of an abundance of caution. The genesis of the non-threshold assumptions by regulators was in large part based on some of the data

Contains Confidential Information – Subject to Protective Order

on the effects of high-dose X-rays (not chemicals) on highly proliferating reproductive cells (not somatic cells like those in non-sex organs) (Calabrese 2014). There has been contention over whether thresholds exist for genotoxic chemicals, i.e., those that modify or damage DNA and cause cancer. Opponents of the threshold dose-response model have argued that a single modification in a single cell of 1 base pair out of the approximately 3,200,000,000 base pairs that make up a person's genome (their DNA make-up) could cause cancer. However, the probability is essentially zero because of DNA repair and other protective systems (*vide supra*) on the molecular, cellular, tissue, organ, and organismal level. The complex, multistage process of chemical carcinogenesis (Fig. 9) is in itself suggestive that the overall process has thresholds, since each step in the sequential process is subject to a dose-related threshold (Kobets & Williams 2019). As such, regulatory agencies have more recently been transitioning back to a framework of acknowledging thresholds for genotoxic chemicals (FDA/ICH M7 Guidance 2015, 2018 (R1)). Below are a few examples of thresholds for genotoxic chemicals.

Ethyl methanesulfonate (EMS), an impurity that had been found in Viracept tablets (an HIV medication), is a known animal mutagen and carcinogen with a threshold dose-response relationship for the endpoint of mutation (Fig. 12) (Muller 2009). Mouse studies showed increases in mutation frequency in various organ tissues were not observed unless sufficiently high doses of EMS were administered, demonstrating a clear threshold effect. Additionally, although there were increases in DNA adducts at lower doses, a threshold was seen for the number of DNA adducts that had to have accumulated below which there was also zero increase in mutations. The authors concluded: "EMS… follows a thresholded dose–response with error-free repair of DNA alkylations below the threshold." Notably, the very effective DNA repair system for EMS-induced DNA alkylations was by AGT, the same protein that repairs NDMA-induced DNA alkylations (as

Contains Confidential Information – Subject to Protective Order

will be discussed in further sections). When applying the animal data to a human risk assessment, a 450-fold safety margin was calculated between the threshold dose for mutagenic effects in mice (25 mg/kg/day) and the maximum human dose (0.055 mg/kg/day), demonstrating negligible genotoxic or carcinogenic risk from human exposure of the contaminated medication (Fig. 12) (Muller 2009).



Fig. 12. Threshold dose-response relationship between EMS exposure and genotoxic effect in mice and comparison to maximum human dose (Muller 2009).

Genotoxic chemicals are commonly found in the diet. One example to consider is methyl eugenol, a naturally occurring substance found in basil and many other herbs, spices, and fruits including the oils of rose, pimento, hyacinth, citronella, anise, allspice, nutmeg, mace, cinnamon leaves, pixuri seeds, black pepper, laurel fruits and leaves, blackberry essence, bananas, and bilberries (NTP 2016). This compound is particularly prominent in processed basil oil, which (along with basil leaf) is used as a flavor in cooking, in preparations as diverse as salads, soups, pizza, and sauces, especially pesto sauce. Methyl eugenol can cause liver tumors in mice and rats

Contains Confidential Information – Subject to Protective Order

(Miller 1983; Williams 2013; NTP 2016). Methyl eugenol DNA adducts have been found in all but one of 151 human liver samples analyzed (Herrmann 2013; Tremmel 2017). Further, methyl eugenol was detected in 98% of 206 human serum samples analyzed (NTP 2016). Waddell et al. (2004) have considered the issue of risk assessment with methyl eugenol and concluded that thresholds exist for both adduct formation and tumors in rats that are orders of magnitude greater than what humans are exposed to (Fig. 13), concluding "there should be no cause for concern for humans at current levels of exposure."



Fig. 13. Threshold dose-response relationship between methyl eugenol exposure and liver tumors and DNA adducts in rats. A comparison is made to doses humans are exposed to in food (Waddell 2004).

Another type of threshold dose-response relationship is known as hormesis, in which a low dose of a chemical is associated with a significant protective effect for the toxic outcome (e.g., tumors) compared to controls and the toxic outcome is only observed at higher doses above the threshold (Fig. 14).

Contains Confidential Information – Subject to Protective Order



Fig. 14. Threshold and hormetic dose-response relationship for the genotoxic chemical 2-acetylaminofluorene (2-AAF) and bladder tumor incidence in mice. At low doses below the threshold, 2-AAF-treated mice had statistically significantly (*) fewer bladder tumors compared to control mice. (Figure from Calabrese 2014; data based on Bruce 1981)

Experimental evidence has shown that certain genotoxic chemicals exhibit a dose threshold below which there is no statistically significant increase in DNA adducts, mutations, and/or tumors above background. Beyond the threshold, the observed response, i.e., toxic effect, increases with increasing dose. The mechanistic basis for these observations has been explained previously and in part involves DNA repair and apoptosis.

### D. Study of Chemical Carcinogenesis

The most informative data on whether a substance causes cancer in humans, and particularly at the doses humans are exposed to, is evidence on that substance in humans (i.e., epidemiology). In cases in which humans have been exposed to a particular chemical or mixture of chemicals (e.g., tobacco smoke), epidemiology studies can be done to determine the increased risk of a particular cancer (or, for that matter, any disease) in a population associated with a specific

32

Contains Confidential Information – Subject to Protective Order

exposure. Epidemiology is sometimes described as "observing a human experiment." This is often the only way to study whether a chemical really causes cancer in humans. For this approach to be useful, a "control" group (not exposed to the chemicals) must be compared. This type of research was used to show the association of lung cancer with cigarette smoking, for instance.

Most of the experimental cancer research is done in animals because it is not ethical to administer chemicals to humans for the purposes of studying whether a chemical can cause cancer. One of the principles of toxicology is the use of experimental animal models to predict both beneficial and adverse effects of chemicals (including drugs) in humans. The benefit-risk assessment is a cornerstone of the drug approval process in the United States by the Food and Drug Administration (FDA). Part of the preclinical testing of drugs by the FDA prior to market approval is extensive testing for their potential carcinogenicity. This is primarily conducted through short-term genotoxicity studies and long-term carcinogenicity studies in animals. There are internationally recognized standards for how studies investigating genotoxicity and animal carcinogenicity of marketed chemicals should be conducted, notably those formally published in the International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH) guidelines and Organisation for Economic Co-operation and Development (OECD) guidelines, both which have been incorporated into FDA guidances on preclinical testing of drugs.

### i.    Short-Term Genotoxicity Studies

Short-term genotoxicity studies are used to detect compounds that induce genetic damage and can be performed *in vivo* (i.e., in living animals) or *in vitro* (i.e., "in glass," that is, doing laboratory experiments outside living organisms such as cell studies in a petri dish). Genotoxicity is a "broad term that refers to any deleterious change in the genetic material regardless of the

Contains Confidential Information – Subject to Protective Order

mechanism by which the change is induced" (FDA/ICH S2(R1) Guidance 2012). Mutagenicity is a subset of genotoxicity that refers specifically to the induction of gene mutations (typically considered a permanent genetic change). While all mutagens are genotoxic, not all genotoxic substances are mutagenic.

There are many ways to measure genotoxicity. These may be divided into visible changes and invisible changes (i.e., to the eye). Visible changes are those that can be seen under microscopes. These are large changes, such as the rearrangement or breakage of chromosomes. Some of the tests that have been described in the literature relevant to this case include micronucleus formation and chromosomal aberrations. The most commonly measured invisible genotoxic events are mutations. Although these are invisible to the eye, they are technically much easier to detect, in that they lead to changes in the phenotypes of organisms.

The most widely used and first assays performed with a drug candidate or other chemical being tested for mutagenicity are usually done with DNA-repair deficient bacteria, particularly *Salmonella typhimurium*, in a test called the Ames test, named after its founder Dr. Bruce Ames. The Ames test uses bacterial strains that have a mutation in the histidine gene (*his⁻*) and therefore cannot grow in a medium lacking the amino acid histidine (Fig. 15). If a chemical is studied in the Ames test that induces a mutation restoring function to the histidine gene (*his⁺*), then the bacteria start to grow under conditions where they usually would not (i.e., absence of histidine). The mutant colonies that can synthesize histidine are referred to as "revertants" and are an indication that the chemical may be mutagenic at a certain dose.

Contains Confidential Information – Subject to Protective Order



Fig. 15. The Ames test.

The Ames test and other similar bacterial assays are *in vitro* assays. A primary limitation of such study is that because it takes place in a petri dish, and not a living organism, it does not fully consider the ADME (absorption, distribution, metabolism, and excretion) properties of a chemical that will occur *in vivo*. To overcome some of these limitations, liver extracts that contain cytochrome P450 enzymes (often referred to as "S9" fraction or mix) can be added to simulate *in vivo* metabolism. If the mutation occurs in the absence of liver enzymes, the chemical itself is considered directly mutagenic. However, many chemicals are indirectly mutagenic, meaning their metabolites are the causative agents and a positive response will only be observed in the presence of liver enzymes.

Additional invisible assays that have been done with the drug under consideration here include unscheduled DNA repair and DNA strand breakage. These are more complex genotoxicity assays and, as of today, are much less utilized in practice.

The FDA and ICH Guidance on "Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use" discusses that the "registration of pharmaceuticals requires a comprehensive assessment of their genotoxic potential" (FDA/ICH S2(R1) Guidance

35

Contains Confidential Information – Subject to Protective Order

2012). Extensive evidence has been presented that many chemicals that are mutagenic in the bacterial reverse mutation test (the Ames test) are carcinogens in rodents. The inclusion of *in vitro* mammalian tests (i.e., use of mammalian cells instead of bacteria) for genotoxicity increases the sensitivity of detection of rodent carcinogens by broadening the spectrum of genetic damage detected (i.e., non-mutagenic damage). On the other hand, it also decreases the specificity of prediction, that is, increases the incidence of positive results that do not correlate with rodent carcinogenicity (and are not relevant). The concept of a "battery" approach is used because no single test is capable of detecting all genotoxic mechanisms that are relevant in tumorigenesis. The standard test battery recommended by the FDA is (i) assessment of mutagenicity in a bacterial reverse gene mutation test, e.g., Ames test; and (ii) evaluation of genotoxicity in mammalian cells *in vitro* and/or *in vivo*.

Some of the systems available for *in vitro* mammalian cell testing are the chromosome aberration assay, the *in vitro* micronucleus assay, and the mouse lymphoma L5178Y cell TK (thymidine kinase) gene mutation assay. *In vivo* tests are included in the test battery because some agents are mutagenic *in vivo* but not *in vitro* and because of the advantage of including assays that account for ADME properties. Several additional *in vivo* assays can be used in the battery or as follow-up tests to develop an overall "weight of evidence" in assessing results of *in vitro* or *in vivo* assays. In general, *in vivo* results are considered more relevant than *in vitro*. Negative results in appropriate *in vivo* assays (usually two)–with adequate justification of endpoints considered, proper controls, and demonstration of drug exposure at the tissue site being analyzed–are generally considered sufficient to demonstrate the absence of a significant genotoxic risk.

As with any toxicology study, appropriate dose selection is critical. The use of very high doses can increase the chance of false positives and maximum doses are recommended for different

Contains Confidential Information – Subject to Protective Order

assays; for instance, the recommended maximal dose level in the bacterial mutagenicity assay is 5,000 µg (5 mg) per plate when not limited by solubility or cytotoxicity. While supratherapeutic doses and other non-physiologic conditions are often used in genotoxicity studies, positive results should always be interpreted in the context of biological and clinical relevance – i.e., the expected doses and conditions observed in humans. A positive genotoxicity assay does not preclude further advancement of a drug, but there should be an explanation of why the positive result is not an issue for cancer or clinically relevant to humans.  For instance, the dose needed to induce mutations might be unusually high, or more extensive cancer assays in rodents might produce a negative result. Many of the "alkylating" drugs used to treat cancer are very mutagenic themselves and have been shown to predispose patients to the risk of other cancers later in life, but their benefit in treating the current cancer often outweighs their risk of a potential secondary cancer. It is imperative to recognize that genotoxicity studies can "generate both false negative and false positive results in relation to predicting rodent carcinogenicity" and most importantly, "a positive result in any assay for genotoxicity does not always mean that the test compound poses a genotoxic/carcinogenic hazard to humans" (FDA/ICH S2(R1) Guidance 2012).

ii.    **Long-Term Animal Carcinogenicity Studies**

The FDA has also provided extensive guidelines on conducting animal carcinogenicity studies of pharmaceuticals, which incorporates similar principles of testing used for other chemicals (FDA/ICH S1A Guidance 1996; FDA/ICH S1B Guidance 1997; FDA/ICH S1C Guidance 1995, 1997 (R1), 2008(R2); Draft FDA Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001). The assessment of carcinogenic potential is conducted in long-term carcinogenicity studies (chronic bioassays) in rodents (rats or mice) over their lifespan (approximately two years).

Contains Confidential Information – Subject to Protective Order

There are many methodological aspects that should be considered to ensure a study is robust enough to generate meaningful information on whether a drug or chemical is likely to be carcinogenic in humans. Some of these factors include the species, strain, and sex of the animal, sample size, dose selection, route of administration, and study duration. Animals are tested using a range of doses determined from dose-ranging studies, including high doses that exceed the human therapeutic doses by many orders of magnitude.

There are two major <u>assumptions</u> in the use of animal models: (i) animals are appropriate models for humans and (ii) responses seen with high doses of chemicals (e.g., in the hazard identification stage) can be readily extrapolated to low doses, i.e., those encountered by humans. However, as I teach in my graduate toxicology course, there are many exceptions to both of these axioms. In many cases animals have physiological or metabolic peculiarities that render them unusually sensitive to certain maladies, often even in the absence of exposure to chemicals. For instance, I cite three well known examples: (i) Many strains of mice and rats have a high background incidence of liver tumors, although primary liver cancer is generally rare in humans in Western countries. (ii) Rats and mice readily develop liver tumors when treated with chemicals that induce peroxisome proliferation, but there is no evidence that this is an issue in humans, who have low levels of the relevant receptor ($PPAR_\alpha$). (iii) Male rats are sensitive to developing kidney tumors when exposed to a variety of chemicals (e.g., limonene (fragrant substance in orange peel), unleaded gasoline) but there is no evidence that humans are because, unlike male rats, they do not have a protein called $\alpha_{2u}$-globulin. The FDA cautions about the risk of false positives in animal carcinogenicity studies and has described that "many investigations have shown that it is possible to provoke a carcinogenic response in rodents by a diversity of experimental procedures, some of which are now considered to have little or no relevance for human risk assessment" (Draft FDA

Contains Confidential Information – Subject to Protective Order

Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001; FDA/ICH S1B Guidance 1997).

Dose extrapolation is the other major issue, going from high doses needed to detect potential hazards down to the lower doses used in medical treatment. Many common, efficacious drugs are, not surprisingly, toxic at high doses (e.g., acetaminophen (Tylenol®)). As discussed in the prior section of this report, there are "threshold" doses below which no damage is observed, including cancer endpoints. This phenomenon is usually associated with the existence of enzymatic repair systems in the body that can remove low levels of damage but may become overwhelmed at higher doses. An additional concern with using very high doses is that it can greatly alter the physiology of the test species, making the findings less reflective of what would occur following human exposure.

Nonclinical toxicology testing is an essential component of establishing the safety and efficacy of a drug. However, there are still several issues in all *in vitro* and *in vivo* animal tests, in terms of reliably extrapolating to situations in which humans will use a drug. These include, but are not limited, to the following: (i) The doses used in the tests, both *in vitro* and *in vivo*, may be unusually higher than patients would ever experience, and positive results in the tests may be irrelevant to human experience. (ii) Some animals have peculiarities that may make them less relevant to humans, e.g., metabolic differences or being prone to certain physiological issues (i.e., rats have a forestomach but humans do not). (iii) Some conditions can be forced *in vitro* but are never possible under *in vivo* conditions. (iv) Different results can be obtained in different species due to lack of repair mechanisms.

Long-term animal carcinogenicity studies are also performed on non-drug chemicals, such as chemicals contained in consumer products or chemicals suspected of having potential adverse

Contains Confidential Information – Subject to Protective Order

human health effects. About half of all such chemicals administered chronically at the maximum tolerated dose (high dose just below intolerable doses where animals might experience significant weight loss or other forms of morbidity) have been found to be carcinogenic to rodents. This is due to cell-level effects that specifically occur at high doses (Ames & Gold 1991) and, as discussed for drugs, the human health relevance of these experimental doses found to be carcinogenic in animals depends on the exposure levels humans actually experience.

## V.   Introduction to Ranitidine

### A.   Ranitidine Approval & Therapeutic Action

Ranitidine (Zantac®) is a histamine H2 receptor antagonist, also commonly known as an H2RA or an H2 blocker. Ranitidine inhibits gastric acid secretion by reversibly competing with histamine for binding to the histamine H2 receptors of gastric parietal cells (Fig. 16) (Wallace & Sharkey 2011). Gastric acid secretion is an intricate process in which parietal cells secrete hydrochloric acid (HCl) into the lumen of the stomach. This process is primarily regulated by histamine, gastrin, and acetylcholine. Histamine is secreted from enterochromaffin-like (ECL) cells, binds to nearby histamine H2 receptors on the basolateral membrane of gastric parietal cells, and activates a cAMP-dependent pathway. This activates an $H^+/K^+$-ATPase (the proton pump), which pumps hydrogen ions ($H^+$) out to the gastric lumen and maintains the acidic environment of the stomach (~pH 1.5-3.5). The overall concentration of hydrogen ions is inversely related to the pH ($\uparrow H^+$, $\uparrow$ acidity, $\downarrow$ pH). As H2RAs block histamine binding to the H2 receptors and subsequent activation of the proton pump, the stomach becomes less acidic (i.e., the pH rises and becomes more basic). The decrease in stomach acidity reduces the development of ulcers and allows time for healing. It also reduces gastroesophageal reflux and allows for healing of erosive esophagitis.

Contains Confidential Information – Subject to Protective Order



**Figure 45–1.** *Physiological and pharmacological regulation of gastric secretion: the basis for therapy of acid-peptic disorders.* Shown are the interactions among an enterochromaffin-like (ECL) cell that secretes histamine, a ganglion cell of the enteric nervous system (ENS), a parietal cell that secretes acid, and a superficial epithelial cell that secretes mucus and bicarbonate. Physiological pathways, shown in solid black, may be stimulatory (+) or inhibitory (–). *1* and *3* indicate possible inputs from postganglionic cholinergic fibers; *2* shows neural input from the vagus nerve. Physiological agonists and their respective membrane receptors include acetylcholine (ACh), muscarinic (M), and nicotinic (N) receptors; gastrin, cholecystokinin receptor 2 ($CCK_2$); histamine (HIST), $H_2$ receptor; and prostaglandin $E_2$ ($PGE_2$), $EP_3$ receptor. A red ▬▬▬ indicates targets of pharmacological antagonism. A light blue dashed arrow indicates a drug action that mimics or enhances a physiological pathway. Shown in red are drugs used to treat acid-peptic disorders. NSAIDs are nonsteroidal anti-inflammatory drugs, which can induce ulcers via inhibition of cyclooxygenase.

Fig. 16. Physiological and pharmacological regulation of gastric secretion (Wallace & Sharkey 2011)

The first three histamine H2 receptor antagonists developed for this purpose were burimamide, metiamide, and cimetidine (Brimblecombe 1978). Of these, only cimetidine (Tagamet®) was marketed and was introduced to the U.S. market in 1977. Ranitidine hydrochloride (HCl) (Zantac®) soon followed in 1983 and has several advantages, including 6- to 8-fold greater potency (on a molar basis) and less concern about drug-drug interactions (cytochrome P450 inhibition) and side effects (Richards 1983). Famotidine (Pepcid®) and nizatidine (Axid®) were subsequently approved in 1986 and 1988, respectively. In the mid-1990s,

41

Contains Confidential Information – Subject to Protective Order

ranitidine (1995) and the other H2RAs were approved for over-the-counter (OTC) use. Prescription ranitidine was available in several dosage forms (tablet, capsule, syrup, and injection) and was indicated to treat gastric ulcer, duodenal ulcer, gastroesophageal reflux disease (GERD), erosive esophagitis, and pathological hypersecretory conditions (Zantac Tablets Prescribing Information 2018). Short-term treatment doses typically range from 300-600 mg/day, while long-term (maintenance) doses range from 150-300 mg/day. OTC ranitidine tablets were indicated to treat and prevent heartburn, and the recommended dosage was 75-150 mg once or twice a day (Zantac OTC Consumer Package Insert 2019). An additional prescription ranitidine product, ranitidine bismuth citrate (Tritec®), was approved in 1998 to treat *Helicobacter pylori* (*H. pylori*). Ranitidine has consistently been the most frequently prescribed H2RA in the United States and it was the 41st-most commonly prescribed medication overall in the U.S. in 2018, with more than 18 million annual prescriptions (Kane 2020). Ranitidine is also on the WHO List of Essential Medicines (WHO 2021).

The chemical structures of the four H2RAs approved in the U.S. are shown in Fig. 17. All of the H2RAs are amine-containing drugs. Ranitidine and nizatidine are similar in that they both have a nitro group ($NO_2$) (red circle) at one terminal end and a tertiary amine group ($R_3N$), specifically a dimethylamino moiety (blue circle), at the other terminal end. Ranitidine, nizatidine, and cimetidine are all secondary amines ($R_2NH$) (guanidine or amidines) as well (green circle). Famotidine does not contain a secondary amine group but has guanidino amine groups (yellow circle).

Contains Confidential Information – Subject to Protective Order

Fig. 17. H2 Receptor Antagonist Chemical Structures.

## B.        Ranitidine Pharmacokinetics

The absorption and bioavailability of ranitidine is about 50%, which means about 50% of an orally administered dose appears in the bloodstream and moves to tissues (Zantac Tablets Prescribing Information 2018). This determination is made by comparing the blood levels of ranitidine following an oral dose with a direct intravenous injection. Peak blood levels occur approximately 1-3 hours after oral administration (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Ranitidine has an elimination half-life of 2.5-3 hours in the body when administered orally. That is, the initial blood level drops by ½ every 2.5-3 hours following a dose.

The majority of ranitidine is excreted without modification in the urine within 24 hours (30% of the orally administrated dose or 60% of that absorbed dose). A minority of the drug is metabolized, and well-characterized metabolites are the *N*-oxide (4%), the *S*-oxide (1%), and mono-*N*-demethylated ranitidine (1%) (Fig. 18). The formation of the *N*-oxide and *S*-oxide are

Contains Confidential Information – Subject to Protective Order

both catalyzed by enzymes called flavin-containing monooxygenases (FMOs), and the *N*-demethylation reaction is catalyzed by cytochrome P450 enzymes, particularly 1A2, 2C19, and 2D6 (Chung 2000). The levels of these enzymes are strongly controlled by genetics (i.e., are "polymorphic") and may vary widely among humans, including different ethnic groups. The remainder of the administered dose is found in the stool. The pharmacokinetic properties of ranitidine were determined largely by using high performance liquid chromatography (HPLC) methods. A method called radioimmune assay (RIA) was also used in some studies to estimate the half-life of ranitidine (Roberts 1984).



Fig. 18. Metabolism of Ranitidine.
P450: cytochrome P450; FMO: flavin-containing monooxygenase; MAO, monoamine oxidase; $NH_3$, ammonia, $CH_3NH_2$, mono-methylamine; $(CH_3)_2NH$, dimethylamine.

Contains Confidential Information – Subject to Protective Order

In rats, mice, and rabbits, a small amount of a furoic acid product is also excreted (Carey 1984; Eddershaw 1996; Martin 1981a) and trace levels of the furoic acid derivative have also been detected in dogs (Eddershaw 1996). However, this furoic acid derivative has not been routinely detected in humans (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). A later study by GSK[1] using radiolabeled ranitidine, a technique used to enhance the characterization of metabolites, detected the furoic acid metabolite (as its methyl ester) in human urine of four participants, accounting for 0.8-2.2% of the administered dose (Broom 1986 (GSK Report WMH/85/013)).

The exact pathway of formation of the furoic acid metabolite has not been characterized (Fig 18). To enhance detection and identification of the furoic acid metabolite in the Broom study, the investigators radiolabeled a hydrogen in the ranitidine molecule that would be part of the furoic acid metabolite structure (Fig. 19) (Broom 1986 (GSK Report WMH/85/013)). This means the amine product that was released from the reaction was not radiolabeled or identified in this study. As indicated in Fig. 18, the formation of the various known metabolites of ranitidine and the furoic acid derivative can be ascribed to several different enzymes that are capable of performing similar reactions with other compounds. These include, P450, FMO, MAO, and dehydrogenases. The aldehyde precursor of the furoic acid derivative can be the product of three different precursors: ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine. Mono-*N*-desmethyl ranitidine is a known metabolite. The oxidation of the carbon adjacent to the amine nitrogen would yield dimethylamine, mono-methylamine, and ammonia ($NH_3$) from the tertiary, secondary, and primary amines, respectively (i.e., ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine). Discernment of the exact routes would require other analyses, probably *in vitro* studies.

---

[1] Zantac® was developed by Glaxo, which later became GlaxoSmithKline (GSK). For purposes of this report, references to GSK incorporates reference to its predecessor Glaxo.

Contains Confidential Information – Subject to Protective Order

The appearance of the furoic acid metabolite (in animals and possibly in human urine) does not define whether dimethylamine, mono-methylamine, or ammonia is a product.



Fig. 19. Radiolabeled ranitidine from the Broom 1986 study (GSK Report WMH/85/013). The position of the radiolabeled hydrogen is indicated by the asterisk (*) on the right side of the ranitidine molecule while the tertiary amino group (blue circle) is on the terminal left side of the molecule.

## VI.    Introduction to *N*-Nitrosodimethylamine (NDMA)

Plaintiffs in this litigation have alleged that ranitidine exposure causes bladder, esophageal, gastric, liver, and pancreatic cancers. Their proposed mechanism of carcinogenesis is *N*-nitrosodimethylamine (NDMA) exposure from ranitidine, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion. In order to understand subsequent sections on ranitidine, I have provided a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for NDMA detection.

### A.    NDMA Chemistry & Toxicokinetics

Chemicals called *N*-nitrosamines (or often just "nitrosamines") can be formed by the reaction of secondary and tertiary amines with nitrite ($NO_2^-$, or more accurately, $HNO_2$, which is the protonated form of nitrite and goes by the name of nitrous acid; also relevant to reaction chemistry is $N_2O_3$, formed by the fusion of two molecules of $HNO_2$ and then loss of water ($-H_2O$)) (Fig. 20). Such amines are present in our food, as well as in cosmetics, alcoholic beverages, tobacco, and other compounds that can be consumed (i.e., "exogenous" sources or sources found

Contains Confidential Information – Subject to Protective Order

outside the body). Some amines are also of "endogenous" origin and part of the normal milieu of chemicals made in our bodies (e.g., some amino acids such as proline). Nitrites (and nitrite precursors) are also present in our food and can be formed in the body. Therefore, human exposure to nitrosamines can be from exogenous sources where the nitrosamine is preformed in the substance (e.g., food) or from endogenous formation in the body. Nitrosamines belong to a larger class of related compounds known as *N*-nitroso compounds (NOCs). There are hundreds of individual nitrosamine compounds, but the focus of this report will be *N*-nitrosodimethylamine (NDMA).[2] It is important to recognize that different nitrosamines have different chemical, kinetic, and toxicological properties and therefore should be evaluated individually. As shown in Figure 21 below, NDMA can form from the reaction of the secondary amine dimethylamine (DMA) and nitrite.

Fig. 20. How nitrosamines are formed.

Fig. 21. Formation of NDMA.

<hr />

[2] In some publications, NDMA is referred to as dimethylnitrosamine and abbreviated as DMN or DMNA.

Contains Confidential Information – Subject to Protective Order

Fig. 22. Examples of nitrosamines derived from the essential amino acid proline, the nicotine in tobacco, and dimethylamine, respectively.

The pharmacokinetic properties of NDMA have been extensively studied. Although it is not possible to do many of these experiments in humans, this concept has long been established in studies with experimental animals. Following oral ingestion of exogenous NDMA or endogenous NDMA formation in the stomach, NDMA is rapidly and extensively absorbed from the gastrointestinal tract. Whereas NDMA is absorbed relatively slowly from the stomach, with a half-life of more than one hour, uptake of NDMA is very rapid from the small intestine, particularly the upper section (duodenum), with a half-life of less than 3 minutes in rats (Pegg 1980; Pegg 1981). Thus, absorption of NDMA (and other nitrosamines) occurs predominantly from the duodenum when NDMA is ingested in food or formed in the stomach or intestine (Pegg 1981). After being taken up in the intestine, NDMA enters the portal circulation and is delivered to the liver. NDMA undergoes very extensive metabolism in the liver by the enzyme cytochrome P450 2E1, with nearly all of the NDMA metabolized in a "first-pass" effect in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). The metabolic products of NDMA and their relation to its potential toxicological properties will be discussed in detail in subsequent sections but there are some important concepts to keep in mind. First, NDMA itself is a chemically inert molecule and so the presence of the NDMA molecule itself in any part of the body is not necessarily expected to be harmful. Second, while a DNA-reactive (mutagenic) metabolite can be formed from the metabolism of NDMA, this metabolism to a methyl derivative

Contains Confidential Information – Subject to Protective Order

(methyl diazohydroxide) that reacts with DNA and RNA is only expected to take place predominantly in the liver (the primary location for P450 2E1) and accounts for a minor fraction (substantially <1%) of the NDMA dose that passes through the body. Third, the body has extensive DNA repair processes to protect against most DNA damage that may be caused by NDMA.

## B.   Exogenous Sources of NDMA

Although the detection of exogenously formed NDMA in several medications is a relatively recent discovery, the presence of NDMA in food and other exogenous sources has been known for over half a century (Gushgari & Halden 2018). NDMA contamination in the environment may be found in water, air, and soil (EPA 2017; WHO 2002). Exogenous NDMA exposure may occur through ingestion of foods and beverages that contain NDMA, use of cosmetic and toiletry products that contain NDMA, breathing or inhalation of cigarette smoke, and exposure to certain workplace environments and pesticides. NDMA may form in food through several methods, including food processing, preservation, and preparation (WHO 2002). Common examples include foods processed or preserved by curing, salting, smoking, drying, canning, or pickling, which is often seen in meat, fish, cheese, and vegetable products, as well as cooking certain foods at high temperatures (e.g., grilling or frying). Several of these exposures are also sources of exposure to other $N$-nitroso compounds. For instance, cigarette smoke and smokeless tobacco contain the tobacco-specific nitrosamines $N$-nitrosonornicotine (NNN) and 4-(nitrosomethylamino)-1-(3-pyridyl)-1-butanone (NNK), the only nitrosamines known to be human carcinogens.

Several studies have estimated the overall exposure of individuals to NDMA. As expected, this can greatly vary between individuals depending on food intake, lifestyle, water source, and other factors. In addition, most of the literature analyzing the NDMA content in exogenous sources was conducted in foreign countries in the 1970s and 1980s. Geographical differences, changes in

Contains Confidential Information – Subject to Protective Order

food processing and preservation techniques over time, and advances in analytical methodology may all contribute to the great variability of the reported level of NDMA in exogenous sources (WHO 2002).

In a recent study conducted in the U.S., the daily dietary exposure to NDMA was reported as a median of 545-1,038 ng/day (interquartile range 275-1,618 ng/day) (Stuff 2009).[3] An exogenous exposure range of 1,900-25,000 ng/day for total nitrosamines has also been published (Gushgari & Halden 2018). For comparative purposes, the current recommended FDA acceptable intake limit for exogenously formed NDMA in medications is 96 ng/day. As described in more detail in later sections, this is a highly conservative value and it is apparent that individuals are exposed to levels greater than this on a regular basis. There are also higher acceptable intake limits for NDMA from other sources, such as the WHO acceptable value for NDMA in drinking water of 100 ng/L (or 200 ng/day based on 2 liters of water/day) (WHO 2008).

Several studies have also reported the NDMA levels in individual food items. Stuff et al. developed an *N*-nitroso database for assessing dietary intake based on published data and reported the following NDMA levels per 100 grams or 3.5 ounces of food (visually this is about the same size as the palm of your hand or ½ a glass of water) (Table 1) (Stuff 2009a). I have also converted these values into typical serving sizes.

---

[3] For reference, 1 milligram (mg) = 1,000 micrograms (µg) = 1,000,000 nanograms (ng).

Contains Confidential Information – Subject to Protective Order

| Food Item | ng of NDMA / 100 g (3.5 oz) of food | ng of NDMA / approximate serving size of food[4] |
|---|---|---|
| Whole Milk | 14 | 32 ng / 1 cup (8 oz) |
| French Fries or Fried Potatoes | 24 | 24 ng / 100 g |
| White Wine | 25 | 36 ng / 5 oz |
| Margarine or Butter | 26 | 4 ng / 1 tbsp (15 g) |
| Refried or Pinto Beans | 33 | 43 ng / 0.5 cup (130 g) |
| Rolls, Buns, Muffins, or Bagels | 50 | 50 ng / 100 g bagel |
| Cottage Cheese | 76 | 86 ng / 0.5 cup (113 g) |
| Fried Fish | 169 | 169 ng / 3.5 oz |
| Beer | 202 | 923 ng / 1 pint (16 oz) |
| Hot Dogs or Franks | 221 | 111 ng / 1 hot dog (50 g) |
| Bacon | 454 | 123 ng / 3 bacon slices (27 g) |
| Ham | 490 | 350 ng / 2.5 oz |
| Sauerkraut | 660 | 198 ng / 2 tbsp (30 g) |
| Oysters | 1,139 | 976 ng / 3 oz |
| Sausage or Chorizo | 10,941 | 8,753 ng / 1 sausage link (80 g) |

Table 1. Dietary NDMA levels in food (Stuff 2009a).

Overall, individuals are exposed to NDMA on a daily basis from many exogenous sources.

### C.    Endogenous Formation of NDMA

Endogenous formation of NDMA is overwhelmingly the major source of the total NDMA exposure in humans. Recent studies indicate that 97 to >99% of the total NDMA and nitrosamine load is endogenous in origin, i.e., arising within the body and not from ingestion of NDMA from outside exogenous sources (Fristachi & Rice 2007; Hrudey 2013; Gushgari & Halden 2018). Wide estimates on the total endogenous formation of NDMA have been published using various methods, ranging from 22,900 to 17,000,000 ng/day (Fristachi & Rice 2007; Hrudey 2013). Hrudey et al. conducted extensive modeling of endogenous NDMA formation based on three data sources: (i) steady-state blood levels of NDMA which provided a mean endogenous NDMA estimate of 900,000 ng/day and a range of 100,000 – 2,500,000 ng/day, (ii) levels of $O^6$-methyl

---

[4] Approximate serving sizes were estimated from nutritional food labels.

Contains Confidential Information – Subject to Protective Order

guanine DNA adducts in leukocytes which provided a mean endogenous NDMA estimate of 1,360,000 ng/day and a maximum of 17,000,000 ng/day, and (iii) urinary NDMA levels which provided an endogenous NDMA estimate of <250,000 to 6,400,000 ng/day. The authors calculated the likely range as 110,000 to 1,000,000 ng/day and discussed that "it seems clear that [endogenous] formation rates approaching 1 mg/day [1,000,000 ng/day] are usual and in some individuals such formation can be significantly greater" (Hrudey 2013). This is important to keep in mind as a small exposure from a particular exogenous substance, such as the FDA recommended acceptable limit of 96 ng/day in medications, will need to be viewed in the context of the background exposure to NDMA from (i) other exogenous sources such as the diet and (ii) endogenous sources, which may account for >99% of the total exposure. Using an endogenous NDMA estimate of 1,000,000 ng/day (the approximate mean calculated from the Hrudey 2013 study), the 96 ng acceptable daily limit for medications is 10,000 times lower than the amount our bodies naturally produce every day.

The primary site of endogenous NDMA formation is in the stomach via an acid-catalyzed mechanism (Tricker 1997; Brambilla 2007). Numerous studies have shown the optimal conditions for the chemical reaction to form NDMA occurs at an acidic pH of ~3 (Mirvish 1970; Krul 2004). The only part of the body that will have a pH this low is the stomach, which normally maintains a pH of ~1.5-3.5. In contrast, the rest of the body maintains a more neutral pH (~7), which is too basic to favorably promote the chemical reaction.

As shown above (Fig. 21), NDMA can form from the reaction of dimethylamine (DMA), a secondary amine, and nitrite. The rate of formation of a nitrosamine from a secondary amine is equal to $k$ (a "rate constant") $\times$ [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine][NO$_2{}^-$]$^2$ (i.e., the square of the nitrite concentration) (Mirvish 1970; Mirvish 1975). In this

Contains Confidential Information – Subject to Protective Order

equation, the apparent rate constant ($k$) varies with pH. A slightly different equation can also be used in which the rate = $k$ [amine][$HNO_2$]$^2$. In this alternative formula, $k$ is independent of pH because the proportion of nitrite that is protonated ($HNO_2$) is directly related to pH (Mirvish 1970; Mirvish 1975). At a pH of 3.3, 50% of the nitrite will be protonated ($HNO_2$) and 50% will be unprotonated ($NO_2^-$) (Gao 2021). The proportion of nitrite that is protonated decreases at pH increases. Therefore, pH and nitrite are rate-limiting factors regulating the formation of NDMA, with an acidic environment and an excess concentration of nitrite relative to the amine required. About 20% of the nitrite in the stomach comes from nitrite ingested in the diet, while the other 80% comes from nitrate ($NO_3^-$) ingested in the diet, which can be reduced to nitrite ($NO_2^-$) by bacterial enzymes in the saliva (Brambilla 2007). Nitrite formation from nitrate-reducing bacteria may also occur in the stomach if the gastric pH is high enough (as most bacteria do not survive in acidic environments), which could occur with certain gastrointestinal diseases or medications. In this same scenario, NDMA may also be formed from bacterial-catalyzed nitrosation. However, intragastric nitrosation is a complicated picture and is highly dependent on pH; acid catalyzed nitrosation may occur at lower pH (<3.5) and bacterial-catalyzed nitrosation may occur at higher pH (>6), whereas an intermediate pH does not seem to promote either pathway (Houben 1996).

NDMA formation is also dependent on other external factors, including the presence of accelerators and inhibitors of nitrosation. For example, vitamin C (ascorbic acid) and vitamin E (α-tocopherol), which are essential components of the diet (e.g., fruits, vegetables, nuts) and additionally available as dietary supplements, may inhibit nitrosation by competing with amines for the reaction with nitrite. Thiocyanate, which is found in the saliva and may increase from external sources (e.g., vegetables, smoking), may accelerate nitrosation reactions under very acidic conditions. However, as with any chemical reaction, the effect is dependent on dose (of the amine,

Contains Confidential Information – Subject to Protective Order

nitrite, and the modulator) and other conditions (pH) and these reactions have been demonstrated to be more efficient in *in vitro* studies and *in vivo* animal studies at higher doses (Kamm 1973; Meier-Bratschi 1983; Krul 2004) than in human studies at lower, physiologic doses (Garland 1986; Vermeer 1998; Vermeer 1999). For instance, in a carefully controlled study, Garland et al. (1986) saw no effect of high vitamin C or E supplementation on the urinary excretion of NDMA in humans over a 3-week period.

The mean steady-state concentration of NDMA detected in the blood from several studies ranged from approximately 180-500 ng/L or 900-2,500 ng of NDMA in the blood of an adult (~5 liters) (Simenhoff 1982; Gough 1983; Dunn 1986; Hrudey 2013). The mean 24-hour urinary excretion of NDMA was lower, with a range of levels below detection to 385 ng/day across several studies (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Hrudey 2013; Florian 2021). These results demonstrate that the main mechanism of elimination (clearance) of NDMA from the body, including the NDMA circulating in the bloodstream due to endogenous formation, is metabolism by the liver, the primary site of P450 2E1 (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985).

As indicated in Fig. 23 (Hrudey 2013), there is a finite level of NDMA in human blood. In principle, most of the NDMA formed in the stomach or ingested from food should be absorbed in the small intestine, move to the liver, and be metabolized there. So the question can be raised of why some NDMA is present in the bloodstream and how it reaches peripheral tissues. One possibility is that a finite amount escapes first pass metabolism by cytochrome P450 2E1 in the liver and circulates in the blood, although studies have demonstrated this is likely a very small amount (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Alternatively, other possible sources are bacteria-catalyzed and cell-mediated nitrosation under

Contains Confidential Information – Subject to Protective Order

neutral pH conditions outside the stomach (Leaf 1989; Tricker 1997). Cell-mediated nitrosation occurs through the nitric oxide synthase (NOS) enzymes, which convert the amino acid arginine to nitric oxide (NO). There are three NOS enzymes: constitutive, inducible, and epithelial (Hrudey 2013; Tricker 1997). NO is unstable in biological systems, with a half-life of only 0.1 second (Tricker 1997), and breaks down to products that can lead to nitrosamine formation (Leaf 1989) (Fig. 24). Systemic nitrosamine formation from NO synthesis and bacteria is greatly influenced by certain pathophysiological conditions, particularly inflammatory and infectious diseases (Hrudey 2013). Furthermore, many of the studies evaluating these pathways have assessed nitrosamines other than NDMA. Therefore, the exact contribution of these (and possibly other) processes to the blood levels of NDMA in humans is unknown. Regardless of where NDMA forms in the body, the liver will still be the primary site of NDMA metabolism to its reactive form because that is the primary site for P450 2E1 expression (Human Protein Atlas 2021).

Contains Confidential Information – Subject to Protective Order



**Fig. 1.** Potential sources and mechanisms that contribute to endogenous *N*-nitrosamine formation in body compartments. Blood is the central compartment that distributes both ingested and endogenously formed *N*-nitrosamines to all tissues. Urinary concentrations of *N*-nitrosamine reflect the fraction of the nitrosamine that is formed and/or ingested that is cleared by urinary excretion. However, this concentration will be influenced much more by local formation of nitrosamines in the bladder (e.g., associated with bladder infection) than an equivalent amount formed in the stomach. ACN = acid-catalyzed nitrosation, BCN = biologically-catalyzed nitrosation, which can involve multiple intermediates, NO-SH = nitrosothiols, FeNO = iron-nitrosyls, NO-N = *N*-nitrosamines.

Fig. 23. Potential sources and mechanisms of endogenous nitrosamine formation (Hrudey 2013).

Contains Confidential Information – Subject to Protective Order

$$2\,NO + O_2 \longrightarrow 2\,NO_2$$

$$2\,NO_2 \rightleftharpoons N_2O_4 \xrightarrow{H_2O} NO_2^- + NO_3^- + 2\,H^+$$

$$NO + NO_2 \rightleftharpoons N_2O_3 \xrightarrow{H_2O} 2\,NO_2^- + 2H^+$$

$$(CH_3)_2\overset{..}{N}H \quad ON\!-\!X \rightleftharpoons (CH_3)_2N\!-\!NO + H^+ + X^-$$
$$(NDMA)$$

where X = $NO_2$, $NO_3$, Cl, Br, SCN

Fig. 24. Nitrosation by nitrogen oxides (adapted from Leaf 1989).

### D.    Potential Endogenous Formation of NDMA from Medications

Research by Smith, Loeppky, Lijinsky, Mirvish, and others beginning in the late 1960s had shown that secondary amines and even tertiary amines can react with nitrite ($NO_2^-$) to form potentially carcinogenic *N*-nitrosamines (Fig. 20, section VI.A.). Smith and Loeppky (1967) found that the reaction of nitrite with a model tertiary amine only occurred under strong conditions (i.e., 90 °C = 194 °F). Lijinsky had shown that some drugs containing a tertiary amine group could react with nitrite to form *N*-nitrosamines under acidic conditions in *in vitro* experiments (Lijinsky 1974). While they reported a relatively high yield of nitrosamine formation with the analgesic drug aminopyrine, this was an exception and most of the drugs tested were rather sluggish in this regard and only did so under drastic, unrealistic conditions. In a comprehensive review, Mirvish summarizes: "[M]any… tertiary amines were nitrosated under extreme conditions, e.g., heating at 90 °C for several hours with high nitrite. Alternatively, nitrosation under milder conditions gave only minute yields of NO-compounds [*N*-nitroso compounds]… It remains to be established whether NO-compounds are a significant risk to human populations" (Mirvish 1975).

Contains Confidential Information – Subject to Protective Order

In 1978, the World Health Organization (WHO) held a symposium in Geneva, Switzerland on "the Potential Carcinogenicity of Nitrosatable Drugs" (Coulston & Dunne 1980). A number of leading investigators in this field were present and contributed to the monograph that developed. The symposium was held to address the recent research on the potential endogenous formation of nitrosamines, including NDMA, from amine drugs in the presence of nitrite in the stomach. Because researchers were examining this potential under different conditions, it was difficult to make valid comparisons. A key recommendation from this symposium was the development of a standardized *in vitro* method, known as the WHO nitrosation assay procedure (NAP) test, that could "rank orally-administered drugs on a reactivity scale according to their tendency to form N-nitroso derivatives." The recommendation was made that amine-containing drugs be tested for their potential for nitrosation using the NAP test controlled according to the following criteria: mixing a 10 mM concentration of drug with 40 mM nitrite in an acidic medium (pH 3-4) at temperature 37 °C for reaction times of 1 and 4 hours. Although no specific yield was suggested for a limit, the conclusion was made that "[a]lthough results obtained in the chemical test for nitrosatability (NAP test) cannot be extrapolated directly to *in vivo* conditions, drugs with amino groups that are readily nitrosated, and hence fall in the upper part of the reactivity scale, merit priority for further evaluation while those in the lowest part of the scale are of least concern." Further evaluation would mean testing for mutations and possibly for cancer in rodents.

The *in vitro* WHO NAP test was designed as a signal generation tool to determine the potential for endogenous formation of nitrosamines and to rank (i.e., stratify) potentially nitrosatable drugs in relationship to each other. However, this test uses non-physiological conditions that do not reliably predict nitrosamine formation in humans. The most obvious aspect is that this is an experiment testing a chemical reaction in a test tube. However, the human body is

Contains Confidential Information – Subject to Protective Order

much more complex and in this oversimplified system, the pharmacokinetic and pharmacodynamic properties of a drug are not taken into consideration. The concentrations of drug and nitrite used in the *in vitro* NAP assay (10 mM and 40 mM, respectively), particularly that of nitrite, is extremely high in the context of what would ever be found *in vivo* in humans. The basis for the WHO NAP concentrations were as follows: "The relative concentrations of the reactants provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (Coulston & Dunne 1980). Therefore, high starting concentrations were purposely used in order to generate a large enough nitrosamine product that could be measured with the analytical methods at the time, which had much lower sensitivity than the current methods available. Following a therapeutic oral dose of ranitidine 150 mg, the ranitidine concentration in the stomach ranges from approximately 1 mM (10-fold lower than the NAP test) when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested on an empty stomach (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985).

Furthermore, since nitrite is the rate limiting factor of this reaction, the NAP test "provide[d] an adequate excess of nitrite to promote the reaction." Several studies have measured the normal nitrite concentrations in the human stomach. Average nitrite concentrations in the human stomach under fasting conditions range from approximately < 0.001 to 0.01 mM in healthy subjects and individuals with peptic ulcers, and up to 0.03 mM in individuals with gastritis, which is about 1,000-40,000 times lower than in the NAP test (Ruddell 1976; Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Gillatt 1985; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Following a nitrite or nitrate rich meal, nitrite concentrations in the stomach reach a maximum of about 0.1-0.3 mM, which is at least <u>133 times</u>

Contains Confidential Information – Subject to Protective Order

lower than in the NAP test (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mowat 1999; Brambilla 2007; Gao 2021). Note that these are the outlier maximum levels achieved from extreme dietary intake (e.g., the amount of nitrite in the meal from Walters 1976 was 64 times higher than the daily mean nitrite exposure from cured meat eaters using recent estimates) and the nitrite concentrations in the stomach following typical meals are usually much lower (Gao 2021). A comprehensive systematic review of published gastric nitrite levels was recently conducted by the FDA and they concluded the conservative upper bound for physiologic gastric fluid nitrite levels at a pH level of <6 was approximately 0.1 mM (Gao 2021).

Furthermore, the total nitrite levels found in the stomach are not equivalent to the nitrite levels available to contribute to the nitrosation reaction of amine drugs as some compounds and dietary sources may inhibit this reaction (*vide supra*). Additionally, as pH rises in conjunction with a meal or ranitidine therapy, the proportion of nitrite that is protonated and available to form NDMA decreases. Using the same example above from the Walters 1976 study, a rise in gastric nitrite concentration from 0.01 mM in fasting conditions to 0.3 mM after a nitrite rich meal also increased the pH from approximately 2.2 to 4.7 (Fig. 25). Due to this rise in pH after ingestion of a meal, the protonated nitrite ($HNO_2$) concentration was approximately the same as fasting levels before the meal even though the total nitrite concentration increased 30-fold.

Contains Confidential Information – Subject to Protective Order



Fig. 25.  Effects of a nitrite rich meal on pH, measured total nitrite concentration [NO$_2$], and calculated protonated nitrite concentration [HNO$_2$] from the Walters 1976 study. With ingestion of a nitrite rich meal, the pH and total nitrite concentration both increase. However, the proportion of nitrite that is protonated substantially decreases with increasing pH such that when nitrite concentration is highest after the meal, the protonated nitrite concentration is approximately the same as fasting levels before the meal. Protonated nitrite is the reactive species necessary for NDMA to form from amines. (Figure adapted from Gao 2021).[5]

In addition to much lower concentrations, there are different molar ratios of nitrite to drug– which greatly affects the results. The nitrite-to-drug molar ratio in the NAP test is 4:1 (40 mM nitrite:10 mM drug). However, this is an incredibly unrealistic ratio, and in the human stomach, the nitrite concentration would be substantially lower, not higher, than the ranitidine concentration. The rate of formation of a nitrosamine from a secondary or tertiary amine is equal to $k$ (a "rate constant") $\times$ [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine][NO$_2^-$]$^2$ (i.e., the square of the nitrite concentration) (Mirvish 1975; Mirvish 1977) (*vide supra*). Using stomach

---

[5] To present concentration units in a more consistent manner throughout my report, figures were sometimes "adapted" to show mM concentrations of nitrite instead of μM concentrations of nitrite.

Contains Confidential Information – Subject to Protective Order

values of 1 mM ranitidine and 0.3 mM nitrite to represent prandial (during meal) conditions and 10 mM ranitidine and 0.01 mM nitrite to represent fasting conditions, one would expect that the rate of nitrosamine formation (if any) in the human stomach of someone who took ranitidine to be about 177,000 ($10 \times 133 \times 133$) to 16,000,000 ($1 \times 4000 \times 4000$) times slower than in the NAP test.[6]

Overall, the WHO NAP test is not a measure of the nitrosatability of a drug under human conditions and one cannot simply extrapolate results from this assay to real life. The conclusions from the WHO Symposium 1978 recognized the limitations of these experiments in extrapolating the results to humans, stating "the implications that such results might have for man are admittedly speculative" (Coulston & Dunne 1980). They further discuss: "Only a limited number of studies have involved nitrosation conditions simulating those found in the environment or in actual animal and human conditions. *In vitro* nitrosation data show that numerous amino compounds, especially the tertiary amines, were nitrosated under non-physiological conditions utilizing prolonged reaction times and high levels of precursor amino compounds and nitrate/ nitrite. Alternatively, the *in vitro* nitrosation of amines, amides, and amine drugs under milder conditions, simulating those found in biological systems or where low levels of precursor amino compounds and/or nitrite were utilized, resulted in minute yields or nondetectable levels of *N*-nitroso derivatives. The contribution of the *in vitro* nitrosation studies has been one of defining potential nitrosatable precursors and the conditions necessary for nitrosation. However, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body." This treatment can be understood in the context of the earlier material in this

---

[6] This calculation does not consider pH, so really the  prandial conditions would likely be slower than what is calculated.

Contains Confidential Information – Subject to Protective Order

report about the two main features of toxicology, namely (i) hazard identification and (ii) risk characterization (Section IV.A).

Several investigators have made similar observations about the excess nitrite levels used in the WHO NAP test as not representing physiological conditions in the human stomach. (Gatehouse 1982; Gillatt 1985; Walters 1987; Brambilla 2007). Walters et al. compared results using the WHO NAP test to results using normal drug and nitrite concentrations expected in the human stomach for 25 drugs and concluded: "It is apparent from the 30,000-fold variation in the ratio of the percentage conversion to putative *N*-nitroso compounds under simulated gastric conditions to those related to the NAP test that the latter dose does not represent a valid criterion as a measure of the nitrosatability of a drug when a realistic dose is employed and the nitrite level is comparable with the range encountered *in vivo*" (Walters 1987). Gatehouse and Tweats (1982) concluded: "The concentrations of sodium nitrite recommended by the WHO were not intended to be physiologically realistic. Although this test may be valid for ranking nitrosatable drugs in relationship to each other, it should not be used as the final arbiter in any risk-benefit studies on orally administered amine containing drugs. Not only has the WHO nitrite level been exceeded by other investigators but the data generated have been misused in risk-benefit assessments."

It is also important to recognize that *in vitro* nitrosamine formation from drug-nitrite reactions is not uncommon. In an extensive review by Brambilla and Martelli in 2007, they reported they "found that 182 drugs, representing a wide variety of chemical structures and therapeutic activities, were examined in various experimental conditions for their ability to react with nitrite, and 173 (95%) of them were found to form NOC [*N*-nitroso compounds] or other reactive species. Moreover, 136 drugs were examined in short-term genotoxicity tests and/or in long-term carcinogenesis assays, either in combination with nitrite or using their nitrosation

Contains Confidential Information – Subject to Protective Order

product, in order to establish whether they produce genotoxic and carcinogenic effects; 112 (82.4%) of them have been found to give at least one positive response" (Brambilla 2007). Some common drug classes on this list include analgesics (e.g., acetaminophen (Tylenol®)), antihistamines (e.g., diphenhydramine (Benadryl®)), antibiotics (e.g., penicillin, doxycycline, erythromycin), vitamins (folic acid), antihypertensives (e.g., atenolol), antidepressants (e.g., amitriptyline) and H2 receptor antagonists (ranitidine, cimetidine, famotidine). Although the reaction could cause genotoxic damage under some non-physiological laboratory conditions, many of the drugs are important, are used commonly and have been for many years, and have not been associated with any cancer risk.

In conclusion, these studies, at most, show the <u>potential</u> for endogenous formation of nitrosamines. However, the excess concentrations of drug and nitrite used do <u>not</u> reliably predict endogenous formation in humans. Lastly, studies simulating potential endogenous formation in the stomach do not provide a signal or predict exogenous NDMA formation in the drug itself as an impurity, nor was it routine to test preformed nitrosamine levels in drugs based on the results of these types of experiments.

### E.   Exogenous NDMA Impurity in Medications

Impurities in medications may arise in the "drug substance," which is the unformulated, active pharmaceutical ingredient (API), or in the formulated "drug product," which is the finished dosage form that is administered to patients. The FDA defines an impurity in the drug product as any component of the drug product that is not the drug substance or an excipient (formulation ingredient) in the drug product (FDA/ICH Q3B(R2) 2006). There are several mechanisms by which impurities may arise in drug substances or products, including from the manufacturing process, degradation during storage, reaction products (interactions with excipients, solvents, and

Contains Confidential Information – Subject to Protective Order

containers), and contamination. Impurities in medications are not uncommon, and in fact, "impurities reside in all drug substances and associated drug products" (FDA/ICH M7 Guidance 2015, 2018 (R1)). Degradation products are a type of impurity that can naturally occur in drugs over time. Similar to food products (e.g., milk), this is one of the reasons drugs have a shelf-life or expiration date. Impurity and stability testing are used to identify certain degradation products and related storage conditions that may affect their rate of formation (e.g., temperature, humidity, and light).

All drugs will have a defined set of "specifications," which is a list of acceptable quality standards a specific drug substance or product should conform to. Among these are purity and impurity specifications with corresponding acceptable levels. Because impurities may affect the quality, safety, and/or efficacy of the drug products, regulatory authorities have guidelines to address the testing, characterization, and potential control of different impurities. However, the complete prevention, elimination, or identification of impurities is not always possible, particularly when present at very minor, trace levels. The FDA, in accordance with the International Conference for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH), has published several guidelines on general impurities in drug substance and drug products (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)). Impurities are recommended to be reported, identified, and qualified when observed at levels above set thresholds. Table 2 below presents these threshold levels and the corresponding levels for ranitidine based on the recommended maximum daily dose.

Contains Confidential Information – Subject to Protective Order

| Drug Substance or Product | Thresholds for Impurities | Ranitidine 300 mg |
|---|---|---|
| Drug Substances (FDA/ICH Q3A) | Reporting: 0.05% | 0.15 mg (150,000 ng) |
| | Identification: 0.10% or 1 mg total daily intake (whichever is lower) | 0.3 mg (300,000 ng) |
| | Qualification: 0.15% or 1 mg total daily intake (whichever is lower) | 0.45 mg (450,000 ng) |
| Drug Products (FDA/ICH Q3B) | Reporting: 0.1% | 0.3 mg (300,000 ng) |
| | Identification: 0.2% or 2 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |
| | Qualification: 0.2% or 3 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |

Table 2. Thresholds for Impurities in Pharmaceuticals (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)).

In addition to general impurity guidelines, a draft FDA guidance on genotoxic and carcinogenic impurities was made available in 2008 and subsequently replaced in 2015 with the ICH M7 Guideline on "Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk" (Draft FDA Guidance 2008; FDA/ICH M7 Guidance 2015, 2018 (R1)). Lower threshold levels may be applied to genotoxic impurities. However, in order to determine if an impurity is genotoxic and should have a lower threshold, it must first be identified as a known or potential impurity of the drug product (e.g., those exceeding the identification thresholds outlined by ICH Q3A/Q3B).

While the potential endogenous formation of nitrosamines in the stomach from the interaction of amine-containing drugs and nitrite has been evaluated since the 1960s, the potential for exogenous formation of nitrosamines in the drug itself as an impurity is a relatively new issue. In July 2018, the FDA announced that NDMA was found as an impurity in some valsartan products, an angiotensin II receptor blocker (ARB) used to treat high blood pressure and heart failure (FDA Updates on ARBs 07/13/18). Other nitrosamines (e.g., *N*-nitrosodiethylamine (NDEA)) were eventually found in valsartan and several other ARB drugs (e.g., losartan,

Contains Confidential Information – Subject to Protective Order

irbesartan) and as a result, many of these medications were recalled. The discovery of nitrosamine impurities in ARB drugs led to an international investigation on nitrosamine impurities in other medications by regulatory agencies, drug manufacturers, and independent scientists. Following the ARB recalls, the FDA announced nitrosamine impurities detected in H2 receptor antagonists (ranitidine and nizatidine), diabetes drugs (metformin), tuberculosis drugs (rifampin and rifapentine), and smoking cessation drugs (varenicline) starting in 2019 (FDA Information about Nitrosamine Impurities in Medications 2021).

The FDA published interim acceptable intake (AI) levels for nitrosamine impurities in ARB drugs in December 2018, which were 96 ng/day for NDMA and 26.5 ng/day for NDEA (FDA Updates on ARBs 12/19/18). Nitrosamine levels in some ARB drugs exceeded these limits, with the maximum NDMA and NDEA levels reported by the FDA of 20,190 ng and 2,620 ng, respectively, per 320 mg dose of valsartan (FDA Updates on ARBs 05/02/19). These interim acceptable intake levels were extended to other drug products and introduced in an FDA guidance on "Control of Nitrosamine Impurities in Human Drugs" in September 2020. In the guidance, the FDA discussed root causes for the presence of nitrosamines impurities in drugs, which broadly fell into two categories: (i) formation during the manufacturing process and (ii) formation during storage. Furthermore, the FDA characterized nitrosamine impurities in drugs as a "recent unexpected finding." Improved, more sensitive analytical methods were one of the reasons they attributed to the recent discovery of low levels of nitrosamines in medications.[7]

---

[7] FDA Information about Nitrosamine Impurities in Medications (last updated 02/24/21): "Today, we have better testing methods than ever before, and we know what to look for in products' chemical structures and manufacturing processes that may increase the risk of forming low levels of nitrosamines. Improved technology enables us to detect even trace amounts of impurities in drug products and may be the reason why more products have been found to have low levels of nitrosamines."

Contains Confidential Information – Subject to Protective Order

The acceptable intake values are based on theoretical calculations recommended in the ICH M7 guidance and estimates the daily lifetime exposure (i.e., 70 years) to a compound that approximates an acceptable increased cancer risk of 1 in 100,000 (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance discusses: "These risk levels represent a small theoretical increase in risk when compared to human overall lifetime incidence of developing any type of cancer, which is greater than 1 in 3…. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses (TTC [threshold of toxicological concern]) is a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk…. Exceeding the TTC is not necessarily associated with an increased cancer risk given the conservative assumptions employed in the derivation of the TTC value. The most likely increase in cancer incidence is actually much less than 1 in 100,000." As discussed by the guidance, this is a very small, theoretical increase in cancer risk that must be considered in relation to the background lifetime risk of developing cancer in the U.S., which is approximately 39% or 1 in 2.5 (American Cancer Society 2020). This background risk of cancer (which is 40,000 times higher than a 1 in 100,000 risk) is due to age, genetics, lifestyle risk factors (e.g., smoking, alcohol, obesity), co-morbidities, diet, and the hundreds of other exposures we are exposed to everyday. Known lifestyle risk factors attribute to a high proportion of cancer cases, with recent U.S. estimates of 19% of cancer cases attributable to smoking, 5.6% due to alcohol consumption, and 7.8% due to obesity (Islami 2018). In contrast, the theoretical increased cancer risk from a lifetime exposure to 96 ng/day of NDMA in a medication is 0.001%. Most people would agree that the odds of being struck by lightning in one's lifetime is miniscule. However, the lifetime risk of being struck by lightning, 1 in 16,550, is actually 6-fold greater than the theoretical increased cancer risk of 1 in 100,000 from a lifetime

Contains Confidential Information – Subject to Protective Order

exposure to 96 ng/day of NDMA (National Lightning Safety Council 2021; FDA/ICH M7 Guidance 2015, 2018 (R1)).

The guidance provides several calculations that could be used to determine the AI limits based on rodent carcinogenicity data. The 96 ng/day limit for NDMA is based on $TD_{50}$ methods "considered to be very conservative since they involve a simple linear extrapolation from the dose giving a 50% tumor incidence ($TD_{50}$) to a 1 in $10^6$ incidence, using $TD_{50}$ data for the most sensitive species and most sensitive site of tumor induction."[8] The 96 ng/day AI limit was calculated from the $TD_{50}$ value published by the now retired Carcinogenicity Potency Database, although it is important to note that there are other published $TD_{50}$ values for NDMA, including the updated Lhasa Carcinogenicity Database which calculates a $TD_{50}$ value twice as high (AI: 177 ng/day) (Lhasa Carcinogenicity Database 2021). However, since the $TD_{50}$ method is based on a linear extrapolation and does not account for the dose-response curve or a threshold, the reported values greatly overestimate the risk. Alternative methods available include the benchmark dose (BMD), which better accounts for the dose-response curve and the permissible daily exposure (PDE) limit which uses a non-linear, threshold approach and is now being used in regulatory decisions (FDA/ICH M7 Guidance 2015, 2018 (R1); EPA About Benchmark Dose Software 2021). Calculations using these other methods would increase the acceptable daily intake values, and a PDE value of 6,200 ng/day for NDMA (65 times higher than 96 ng/day) was recently published (Johnson 2021). However, even these higher AI levels would be considered conservative.

Furthermore, the AI levels are based on daily exposures over a lifetime (70 years), although ranitidine has been on the market for less than 40 years and it is unlikely that anyone has taken

---

[8] The $TD_{50}$ used for NDMA was 96,000 ng/kg/day (Carcinogenicity Potency Database), which is based on the dose in rats (most sensitive species) that showed a 50% (1 in 2) liver tumor incidence (most sensitive tumor site). A linear extrapolation to a 1 in 100,000 risk is performed by dividing the $TD_{50}$ by 50,000, giving a dose of 1.92 ng/kg/day. The guidance then uses an adult bodyweight of 50 kg (110 lbs.) and calculates an AI level of 96 ng/day.

Contains Confidential Information – Subject to Protective Order

ranitidine for the full duration it has been available. Lastly, the ICH M7 guidance discusses "higher acceptable intakes may be justified when human exposure to the impurity will be much greater from other sources, e.g., food, or endogenous metabolism." As previously discussed, this is the case for NDMA in which daily dietary exposure to NDMA often exceeds 96 ng/day (Stuff 2009; Stuff 2009a), and the endogenous formation of NDMA greatly exceeds this value with estimates greater than 1,000,0000 ng/day (Hrudey 2013). Overall, the acceptable intake values should be viewed in context of their intended purpose and their limitations – i.e., "a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk" (FDA/ICH M7 Guidance 2015, 2018 (R1)).

## VII.   Introduction to Analytical Chemistry Methods

### A.      Principles of Analytical Chemistry

Analytical chemistry refers to a process used by chemists to separate, identify, quantify, and/or characterize a number of different compounds or substances. Analytical chemistry as a discipline is often limited both by the available technology and by researchers' technical expertise (i.e., the ability of the researcher to design studies with the available technology to achieve the goals of the study). In the case of ranitidine, the technology used to identify and quantify individual chemicals or impurities has developed considerably in the last 45 years since ranitidine was developed, as has researchers' understanding of analytical chemistry techniques.

The first step to analyzing a chemical, including NDMA, is to separate the chemical you want to analyze from all other chemicals. Separation is important for analysis because without separation, a piece of analytical equipment would have to simultaneously analyze multiple compounds; the analytical equipment may not differentiate between the multiple compounds and thus the result may be unreliable if compounds are analyzed together. Separation can be achieved,

Contains Confidential Information – Subject to Protective Order

in some circumstances, during sample preparation by a process called "extraction" or during the testing itself by a procedure called "chromatography." Note that methods for extraction rarely isolate a single substance, so even if a procedure uses an extraction method, the procedure is also likely to employ chromatography for further separation.

After separation, a chemist needs to be able to detect, identify, and quantify what these chemicals are. Detection simply refers to a basic question: "Can this device measure the compound at a given concentration?" Detection methods rely on the ability to observe physical characteristics of the compound being tested. These physical characteristics include, for example, how much light a compound absorbs at a given wavelength. For instance, if a chemist shines a light at a certain wavelength and finds that light is being absorbed, the chemist will know there is a chemical, or mixture of chemicals, present that absorbs light at this wavelength. This would not, however, identify what that compound is.

Identification answers the next question "What is this compound?" Identification often requires chemists to assimilate a variety of data to come to a conclusion based on a variety of testing, which standing alone, could not definitively identify a compound. For purposes of this discussion, however, I focus on identification methods using chromatography. During chromatography, identification occurs by reference to a "standard" (i.e., a compound that has a known identity). Then researchers can compare physical characteristics of the known standard with the unknown sample. The physical characteristics being compared are usually two things: (i) the length of time it takes for the compound to elute (i.e., exit) from the chromatography column (in other words, the time at which the compound's peak appears on the chromatogram), and (ii) the physical property being used by the detection method. If a sample and a standard match on

Contains Confidential Information – Subject to Protective Order

both qualities, a chemist would have some evidence that the sample may be the same compound as the standard.

If an analytical technique intends to quantify a compound, an analyst can compare the size of the chromatogram peaks between the known standard and the unknown sample. Since a standard is a known compound, a chemist can test various quantities of that compound and see how large a peak is for each quantity. From here, a chemist will know how to translate the quantity of the substance to the size of the peak. Then, when trying to quantify the amount of the unknown sample, a chemist goes in the reverse direction—the chemist will run the unknown sample and determine the peak size. Once the size of the peak is known, a chemist can back calculate the quantity of substance that must have been present to generate that peak.

Lastly, it is important to note that while the above paragraphs deal with separation, detection, identification, and quantification, there are additional analytical techniques which characterize the physical properties of a chemical that do not use chromatography.

### B.    Techniques in Analytical Chemistry

Using the general principles of analytical methodology, I will discuss several analytical techniques that are used in testing in the current litigation.

Thin-layer chromatography ("TLC") is an analytical method to separate, detect, and potentially identify and quantify the substances in a compound. Although older, this method still has many uses and is often used in my own laboratory. This method first begins with chromatographic separation. A chemist applies the unknown sample being tested to the bottom of a plate. The bottom of this plate is then put into a solution which will travel up the plate. As the solution travels up the plate, the various substances in the sample will also travel up the plate depending on the substance's physical characteristics. Therefore, if a sample is a mixture of hypothetical compounds X, Y, and Z, each of those compounds should travel a different distance

Contains Confidential Information – Subject to Protective Order

up the plate—this is the separation.  As for detection in TLC, chemists can stain the plate, which allows the chemist to see the substances with a naked eye—this is the detection.[9] A depiction of this is illustrated below (Fig. 26):



Fig. 26. Thin-layer chromatography (TLC).

Regarding identification and quantification using TLC, if a chemist also runs standards of various known concentrations on separate plates, then the chemist can compare the unknown spots on one plate with the known spots with known quantities on another plate. Since this is a visual comparison, exact values are not usually reported; rather, a chemist would round up and report that the substance is "less than" the next highest amount. For example, if a standard contained a small, medium, and large spot, but the size of the sample's spot was in-between the small and medium standards, the chemist would report that the substance is less than the quantity used to generate the medium spot. Although not precise, the method of quantification would only often overestimate the amount of the sample, so it is a reliable way to monitor for impurities.

---

[9] Note, however, that not all substances are visible under the same staining technique, so again, the analytical method should be validated for the substance one is trying to measure.

Contains Confidential Information – Subject to Protective Order

Gas chromatography ("GC") (or more properly "gas-liquid chromatography") is another method for separating chemicals which can be used with various detector systems to detect and potentially identify and quantify a substance. The general principle is that a sample is injected into a long column with hot gas which causes the various substances in the sample to move through the column at different speeds. The various substances elute (i.e., exit) the column at different times and are detected by the detection method being used. The diagram in Fig. 27 illustrates the basic principles of this separation, using hypothetical compounds x, y, and z.



Fig. 27. Gas chromatography (GC) [top] and liquid chromatography (LC) [bottom] coupled to a detector (e.g., mass spectrometer (MS)).

As for detection, there are a number of detectors that can be paired with gas chromatography, including flame ionization detectors, Coulson electrolytic detectors, Hall electrolytic conductivity detectors, nitrogen-phosphorus detectors, thermal energy analyzers, ultraviolet (UV) or infrared spectrophotometers, and mass spectrometers. The specific differences of each detector are likely of little consequence to the facts of this case other than the fact that some detection methods may group all *N*-nitrosamine compounds into one measurement (i.e., the detectors do not individually analyze NDMA). Additionally, as noted above, the technology of

Contains Confidential Information – Subject to Protective Order

these detection methods has greatly improved over the past forty years, so the ability to detect trace substances has improved as well.

<u>High pressure liquid chromatography ("HPLC" or "LC")</u>[10] is another method used for separation and can be paired with a detection method to potentially detect, identify, and quantify a substance. LC separates the various substances in a sample by injecting the sample into a liquid solvent which travels through the chromatography column. Depending on their physical characteristics, the substances will travel at different speeds and elute (i.e., exit) at different times. The methodology differs from GC in that the solvent pushing the sample through the column is a liquid instead of a gas. Consequently, LC uses much lower temperatures than GC. For instance, the temperature is usually between 23-50 °C (73-122 °F) in LC compared to 200-275 °C (392-527 °F) in GC. Like GC, the substances within the sample will travel at different rates and elute from the column at different times (Fig. 27).

With respect to detection methods that can be paired with LC, the current options largely mirror the same detection methods available for GC; however, this has not always been the case. In the 1970s and 1980s, researchers were trying to combine LC with mass spectrometry (MS), but this was difficult because the substances had to go from the liquid state during the LC portion to the gaseous state during the MS component. One solution for this problem was a "moving belt" system, where the compounds were collected in sample vials along a conveyor belt and dried before introduction into the mass spectrometer. This procedure was used in some early studies to analyze metabolites of ranitidine, namely ranitidine *N*-oxide, ranitidine *S*-oxide, and mono-*N*-desmethyl ranitidine (Fig. 18, section V.B.) (Martin 1981; Martin 1982), although this procedure

---

[10] One may see several variations of these abbreviations, including a related method (ultra performance LC or "UPLC"), but fundamentally, these technologies all utilize the same principles.  For simplicity, I will refer to all these variations as "LC."

Contains Confidential Information – Subject to Protective Order

would not have worked for detecting volatile impurities such as NDMA. Moreover, combined LC-MS (i.e., directly on-line), the LC-MS method used today, was not developed until the invention of electrospray technology by the late Dr. John Fenn in the late 1980s and was first commercialized in 1989 (Pullen 2010). (Dr. Fenn shared the Nobel Prize in Chemistry for this research contribution.)

### C.    Validation of Analytical Methodology

To ensure reliability, an analytical methodology should be properly validated.  FDA notes that "[a]nalytical method validation is the process of demonstrating that an analytical procedure is suitable for its intended purpose" (FDA Guidance for Industry on Analytical Procedures and Methods Validation for Drugs and Biologics 2015). Without validation, an analytical procedure is considered experimental and may contain errors, among other things.

Validation of analytical methods is very important because of the need to accurately quantify materials and to rule out contributions of possible artifacts. Historically, this has been observed when analyzing NDMA under numerous conditions. One example is the use of GC for NDMA analysis when the precursors to form NDMA are contained in the chemical structure of the compound (e.g., drug) being tested. A limitation of GC methods is that chemicals must be volatile, and the use of high temperatures to vaporize chemicals in the injector port may degrade them prior to entering the column. This was observed in the 1970s when testing a herbicide sample (2,3,6-trichlorobenzoic acid dimethylamine salt) that had a precursor (dimethylamine) to form NDMA, which resulted in artificially high levels of NDMA when using GC methods, but not LC methods (Fan & Fine 1978). As will be discussed in the next section, this is very relevant to the ranitidine case. Some methods used for sample preparation and storage have also generated artificial NDMA, including the use of rubber stoppers that contained NDMA to seal test tubes of

Contains Confidential Information – Subject to Protective Order

samples (Lakritz & Kimoto 1980) and storing samples in acidic conditions prior to testing, which can promote NDMA formation (ATSDR 1989).

It is important to understand that if a method is validated to measure hypothetical impurity A from hypothetical drug Y, that same method is not also validated to measure hypothetical impurity A from drug hypothetical Z. In addition, if a method is validated to measure hypothetical impurities A, B, and C, that same method is not also validated to measure hypothetical impurity D. Some may see testing referred to as an "impurity assay," but there is no scientific way for analytical instruments to simply measure all impurities without knowing what to look for. Rather, analytical testing is generally only good for measuring the chemicals or properties it was intended to measure, although sometimes other compounds can be detected (but not identified or quantified) if present in sufficient quantity. Depending on the analytic method utilized, a scanning mode can be used to search for unknown components by molecular weight but is much less sensitive in this mode. There are two major issues in trace analysis, that is the analysis of samples for very small amounts of impurities. (i) One problem is that one is looking for very small amounts of materials, i.e., needles in a haystack, even though the technological ability to detect trace quantities has greatly improved over time. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack. Without running a standard for a known or anticipated impurity, it is not possible to accurately identify the presence of that impurity in a sample.

## VIII.  Ranitidine and Potential Exogenous Formation of NDMA

### A.      Summary on Ranitidine and Potential Exogenous Formation of NDMA

Routine testing for impurities and degradation products of ranitidine has been conducted for the last 40 years, and NDMA had not been detected in ranitidine drug substance or product

Contains Confidential Information – Subject to Protective Order

prior to 2019. On September 13, 2019, the online pharmacy Valisure filed a citizen petition with the FDA reporting very high levels of NDMA in ranitidine samples (Valisure Citizen Petition 2019). This testing was conducted following the discovery of NDMA in valsartan and other ARB drugs and used a headspace gas chromatography-mass spectrometry (headspace GC-MS) method similar to the one FDA published for analyzing NDMA in ARBs. Using headspace GC-MS, Valisure reported approximately 2,400,000 to 3,300,000 ng of NDMA in ranitidine 150 mg tablets. However, very high temperatures were used in the headspace GC-MS method, subjecting ranitidine samples to injector port temperatures of 220 °C (428 °F). Valisure also reported results from a lower temperature GC-MS method that subjected samples to 37 °C (99 °F) and found no NDMA detected in ranitidine tablets (lower limit of detection (LOD) of 100 ng).

The FDA released a statement on the same day as the Valisure citizen petition filing stating that their own preliminary tests showed NDMA was detected in some ranitidine products at "low levels" that "barely exceed amounts you might expect to find in common foods" (FDA Updates on Ranitidine 09/13/19). The FDA also responded to the high levels reported by Valisure, stating: "FDA observed [that] the testing method used by a third-party laboratory uses higher temperatures. The higher temperatures generated very high levels of NDMA from ranitidine products because of the test procedure. FDA published the method for testing angiotensin II receptor blockers (ARBs) for nitrosamine impurities. That method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). In a direct response to the Valisure Citizen Petition, the FDA declared they "found that the test method [Valisure] used in sampling ranitidine for NDMA was inappropriate and contributed to or caused the levels of NDMA to be artificially high.... This method utilizes a heat source, which leads to degradation of

Contains Confidential Information – Subject to Protective Order

ranitidine and produces these artificially high levels of NDMA." (FDA Response to Valisure Citizen Petition 04/01/20).

When the analysis of NDMA in ranitidine is performed by gas chromatography, the sample is heated to ~ 200 °C (390 °F) in the injection port to vaporize it before separation upon the column (Fig. 27, section VII.B.). The thermal degradation of ranitidine by the heat in the GC method likely causes an artificial and unusual reaction between the nitro group and dimethylamino group of ranitidine (Fig. 17, section V.A.) to form NDMA. Therefore, the NDMA levels measured are artificially created by the analytical method and do not reflect the actual levels in the sample tested. Based on documents produced in this litigation, Valisure was aware that the high levels obtained from the headspace-GC-MS method were an analytical artifact since at least April 2019, which was confirmed by another laboratory, Emery Pharma, but they still presented the inaccurate findings to the FDA and the public several months later (VAL 01202-01237). As this heating was shown by the FDA to produce NDMA artificially, the FDA recommended liquid chromatography-mass spectrometry (LC-MS)[11] as the analytical procedure for testing ranitidine, which does not require high temperatures (Fig. 27, section VII.B.). A subsequent publication confirmed the artificial levels generated by GC-MS and found NDMA levels in ranitidine measured by LC-MS were up to 850-fold lower than estimated by headspace GC-MS methods (Alshehri 2020). Accordingly, any measurements of NDMA in ranitidine samples made using certain GC methods are clearly too high and should not be considered valid, as emphasized by the FDA.[12]

---

[11] The FDA provided two validated LC-MS options for testing ranitidine: liquid chromatography-high resolution mass spectrometry (LC-HRMS) and liquid chromatography-tandem mass spectrometry (LC-MS/MS).

[12] An exception would be certain analytical methods that use extraction techniques to remove the drug prior to GC analysis, thus preventing the thermal degradation of ranitidine. This was demonstrated in ranitidine studies by Alshehri et al. (2020) and Lim et al. (2020) in which the use of a solid phase extraction step prior to GC resulted in NDMA levels near those seen with LC-MS methods. It should be noted that these extraction methods were not used by Valisure nor have they been approved or validated by the FDA.

Contains Confidential Information – Subject to Protective Order

The discovery of NDMA as an impurity in ranitidine led to subsequent testing and root cause analyses by regulatory agencies, drug manufacturers, and other scientists. Altogether, variable levels of NDMA were detected in ranitidine drug substance and product. While the levels detected are low, and substantially lower than the Valisure findings, some ranitidine samples have exceeded the 96 ng/day (0.32 ppm[13]) recommended limit. As of April 2020, the FDA has tested approximately 180 ranitidine samples (tablets, injectables, and syrups) across many prescription and OTC manufacturers and has reported a range of 3.9-891 ng of NDMA per 300 mg dose of ranitidine (0.013-2.97 ppm) (FDA Response to Valisure Citizen Petition 04/01/20). Ranitidine samples were purchased from the marketplace, received in response to information requests, or collected by FDA inspectors. The results of 41 of those ranitidine samples tested were published by the FDA in November 2019, stratified by manufacturer and dose (Table 3) (FDA Updates on Ranitidine 11/01/19). Importantly, they have put these levels in context of background exposures, asserting the "levels of NDMA in ranitidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA Updates on Ranitidine 11/01/19).

---

[13] NDMA levels can also be expressed in parts per million (ppm). The FDA acceptable daily intake for ranitidine is 0.32 ppm, which equals 0.32 ng/mg or 96 ng/day for a maximum daily dose of 300 mg.

Contains Confidential Information – Subject to Protective Order

| Company | Ranitidine Product (n=lots tested) | NDMA level ppm | NDMA level ng/300 mg dose |
|---|---|---|---|
| Sanofi Pharmaceutical | 75 mg tablets (n=8) | 0.10-0.55 ppm | 30-165 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=8) | 0.07-2.38 ppm | 21-714 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=3) | 0.08-2.17 ppm | 24-651 ng/300 mg dose |
| Cardinal Health | 150 mg tablets (n=1) | 1.02 ppm | 306 ng/300 mg dose |
| Novitium | 300 mg tablets (n=1) | 2.85 ppm | 855 ng/300 mg dose |
| Dr. Reddy's | 300 mg tablets (n=1) | 0.68 ppm | 204 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.11 ppm | 33 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.02 ppm | 6 ng/300 mg dose |
| Sandoz | 300 mg tablets (n=1) | 0.82 ppm | 246 ng/300 mg dose |
| Aurobindo | 300 mg tablets (n=1) | 1.86 ppm | 558 ng/300 mg dose |
| Ajanta Pharma USA Inc. | 300 mg tablets (n=1) | 0.23 ppm | 69 ng/300 mg dose |
| Amneal Pharmaceuticals | 300 mg tablets (n=7) | 0.52-2.17 ppm | 156-651 ng/300 mg dose |
| Silarx Pharma | 150 mg syrup (n=1) | 1.37 ppm | 411 ng/300 mg dose |
| Pharma Associates | 150 mg syrup (n=6) | 0.03-0.07 ppm | 9-21 ng/300 mg dose |

Table 3. NDMA levels in 41 ranitidine products tested by the U.S. FDA (FDA Updates on Ranitidine 11/01/19).

Similar levels were reported by other global regulatory agencies. Health Canada reported that the range of NDMA in 8 ranitidine samples tested was 16 – 143 ng per 300 mg dose of ranitidine (0.0526-0.4779 ppm), with only one sample exceeding 96 ng/300 mg (0.32 ppm) (Health Canada 08/24/20). The Australian Therapeutic Goods Administration (TGA) reported the range of NDMA in 135 ranitidine products tested was <30 ng to 4,200 ng per 300 mg dose of ranitidine (<0.1-14 ppm) (Fig. 28) (Australia TGA 10/22/19). The median NDMA level was 270 ng/300 mg ranitidine (0.9 ppm) and 70% of the levels fell below 360 ng/300 mg ranitidine (1.2 ppm), demonstrating that the upper end of the range was driven by a few outlier data points and most samples were on the lower end.

Contains Confidential Information – Subject to Protective Order



Fig. 28. NDMA levels in 135 ranitidine products tested by the Australia TGA (Australia TGA 10/22/19).[14]

With respect to the root cause analyses on ranitidine and NDMA, the most comprehensive evaluation I have reviewed to date was conducted by GSK. GSK undertook a root cause analysis to investigate the presence of NDMA in ranitidine using contemporaneous, highly sensitive analytical methodologies (King 2020; GSK Root Cause Analysis 06/15/20). An assessment of the manufacturing process revealed that NDMA is not formed as a synthetic impurity nor introduced as a contaminant during the manufacture of ranitidine. This conclusion was further supported by analytical evidence showing that NDMA was not detected in freshly prepared batches. GSK also assessed whether NDMA formation could have been reasonably predicted based on the molecular structure or the known and potential impurities and degradation products of ranitidine. Although ranitidine contains both a tertiary amine and a nitro group (Fig. 17, section V.A.), the nitro group is in a higher oxidation state (i.e., bound to a carbon atom) and thus not an obvious nitrosation

---

[14] NDMA levels <0.1 ppm (<30 ng/300 mg dose) and >3 ppm (>900 ng/300 mg dose) were below and above the limit of quantification, respectively. "NDMA values above 3 ppm are considered to be estimates only" and "there is greater uncertainty associated with these higher results."

Contains Confidential Information – Subject to Protective Order

source. The eleven impurities of ranitidine listed within the U.S. and European Pharmacopeia (USP and Ph. Eur.) are shown in Fig. 29, and published degradation pathways of ranitidine from hydrolysis and stability studies are shown in Fig. 30. A review of these structures shows that the dimethylamino (tertiary amine) group from ranitidine has not been liberated, emphasizing that the formation of NDMA is likely not a major impurity or degradation product of ranitidine. Taken together, the existing data did not reasonably predict NDMA formation in ranitidine products.



Fig. 29. Ph. Eur. and USP impurities for ranitidine hydrochloride (King 2020).

Contains Confidential Information – Subject to Protective Order

Fig. 30. Observed degradation pathways for ranitidine hydrochloride (King 2020 (citing Haywood 1987 and Teraoka 1993)).

One of the most elegant, but complex, experiments performed by GSK was an isotopically labeled study in which individual atoms in ranitidine were "labeled" or "tagged" with heavy isotopes to "track" them in the formation of NDMA in a heated stress test (Fig. 31). This experiment confirmed that NDMA can be formed from a slow degradation of the ranitidine molecule itself under these heated conditions. The degradation reaction occurs primarily in the solid state and without involvement of extraneous impurities. The results further demonstrated that NDMA is being formed from reaction between two neighboring ranitidine molecules (an "intermolecular" reaction). Several additional investigations were undertaken to understand the exact chemical mechanism by which this degradation occurs, although this pathway has yet to be fully elucidated (which is very difficult in that it is a very minor pathway).

Contains Confidential Information – Subject to Protective Order

Fig. 31. Proposed formation of NDMA from isotopically labeled ranitidine (King 2020).

GSK reported a wide variability in the NDMA levels of 230 tested ranitidine products, with a range of 72-2,280 ng/300 mg (0.24-7.6 ppm) (King 2020). A greater range of NDMA was detected in drug substance and it was observed that once the drug substance was formulated into drug product, the rate of NDMA formation decreased or ceased. There was also a general increase in NDMA content with the age of the batch ("storage time"), which is consistent with the mechanism of slow degradation. Likewise, even at the higher values, the levels of NDMA in ranitidine amount to only a very small percentage of the overall tablet. To put this into context, even the highest value cited above is less than 0.001% of the ranitidine product.

The NDMA data described thus far can be described as "baseline" testing data, referring to the testing of ranitidine products under non-stressed conditions. Note, that "baseline" testing is different from "day zero" testing (i.e., tested immediately after manufacture) in that "baseline" testing includes samples of varying ages and sources, many of which have been exposed to normal storage and transport conditions similar to samples a consumer might be exposed to. In addition to "baseline" testing data, there is also "stress" testing data. The purpose of "stress" testing is to elucidate pathways and factors that may affect the rate of formation of degradation products, like NDMA from ranitidine. "Stress" testing refers to samples that have been purposely subjected to exaggerated and harsh conditions (e.g., high temperature, humidity, light) that are not representative of real-life conditions but are conducted to obtain results in an accelerated manner.

Contains Confidential Information – Subject to Protective Order

For instance, evaluating a product's stability at room temperature (e.g., 20 °C to 25 °C) may take several months or years depending on the shelf-life of the product. Stress testing fast-tracks the study by subjecting the samples to much higher temperatures (e.g., 60 °C (140 °F)) for days or weeks to determine the effect of temperature. Furthermore, it is important to point out that when subjecting a compound to an extreme and unrealistic environment, chemical reactions may occur that would not otherwise occur under normal conditions. Therefore, it is imperative to view the results of stress testing in the context of elucidating potential mechanisms and not at face value. In other words, very high NDMA levels obtained through artificial stress conditions are not predictive of realistic baseline NDMA levels in the tablet itself. Moreover, the product labeling for ranitidine provided to consumers includes directions on storage conditions. The prescription label states to "[s]tore between 15° and 30°C (59° and 86°F) in a dry place" (Zantac Tablets Prescribing Information 2018). Similarly, the OTC label clearly states to "store at 20-25°C (68-77°F)" and "avoid excessive heat or humidity" (Zantac OTC Consumer Package Insert 2019).

Due to the observed variability in NDMA levels from baseline testing, GSK conducted extensive testing under stress conditions to elucidate factors that may affect the rate of NDMA formation. They concluded that elevated temperature and humidity were factors found to be associated with a faster rate of NDMA formation. Another observation made by GSK in the stress experiments of high temperature and humidity was that when NDMA levels reached their peak, samples substantially degraded (drug substance deliquesced and tablets lost their film coating) and the color turned dark brown. This illustrates a clear example of unrealistic conditions (i.e., these are samples a consumer would not ingest) and underscores the difference between baseline and stress testing results.

Contains Confidential Information – Subject to Protective Order

Although stress testing is not representative of real-world conditions, a research laboratory by the name of Emery Pharma has conducted various stress testing experiments on ranitidine – none of them having been peer-reviewed. Publication of scientific findings in a peer-reviewed journal, which entails review of the manuscript by independent researchers in similar scientific fields before publication, is an important first step, although certainly not the only step, in assessing the quality and validity of the work. On January 2, 2020, Emery Pharma filed a citizen petition that reported stress testing results for ranitidine and NDMA (Emery Pharma Citizen Petition 2020). Experiments conducted on ranitidine drug substance stored at room temperature (25 °C or 77 °F) for two weeks showed no appreciable change in NDMA levels. However, NDMA levels increased in ranitidine tablets from 19 ng to 70 ng and in ranitidine drug substance from 18 ng to 142 ng when subjected to 70 °C (158 °F) for approximately two weeks. The citizen petition claimed the elevated "temperatures are likely routinely achieved during product shipment and storage." However, this is an extremely high, unrealistic temperature over a prolonged period of time. Furthermore, it is likely that these products already went through storage and transport such that the "baseline" values incorporate this exposure. Finally, documents produced in this litigation show that Emery Pharma did not disclose all their initial data in the public citizen petition (some of which was included in drafts of the citizen petition but not the final), including data on ranitidine samples with lower baseline NDMA levels and stress testing data at 37 °C (98.6 °F) for 30 days, which showed no increase in NDMA levels (EMERY 0165-0170; EMERY 0574-0585).

Another factor determined by GSK to influence the rate of NDMA formation in the drug substance was the crystal morphology of ranitidine hydrochloride, with "columnar" crystals exhibiting a slower rate of degradation than "irregular" crystals (Fig. 32). The final step in the manufacturing process of the drug substance is the "crystallization" step, which generates the salt

Contains Confidential Information – Subject to Protective Order

form of ranitidine (ranitidine HCl) from ranitidine base. This step also determines physical properties of the substance, including crystal morphology, and differences may arise from slight variations in the crystallization process (e.g., solvent composition) employed by individual manufacturers. Differences in crystal morphology may result in variations in other physical properties (e.g., retention of moisture) that may contribute to the varied rate of NDMA formation in the drug substance.



Fig. 32. Ranitidine drug substance batches displaying columnar (top) and irregular (bottom) crystal morphology (King 2020).

The isotopically labeled study conducted by GSK (King 2020) confirmed the root cause of NDMA formation in ranitidine as a slow degradation of the molecule over time. Factors affecting the rate of NDMA formation, such as temperature, humidity, and intrinsic physical characteristics (e.g., crystal morphology) have been observed by other manufacturers, regulatory agencies, and researchers to varying degrees. On April 1, 2020, the FDA requested a withdrawal of all ranitidine products from the market since NDMA levels may increase over time and when stored at higher than room temperatures (FDA Updates on Ranitidine 04/01/20). Although the FDA "didn't observe unacceptable levels of NDMA in many of the samples that we[re] tested," there was a factor of uncertainty in the quality assurance of the product and the FDA requested additional

Contains Confidential Information – Subject to Protective Order

stability data from manufacturers adequately demonstrating quality control prior to subsequent remarketing decisions.

Despite the variability in the levels of NDMA detected in ranitidine products, the overall levels are very low and account for a very minor degradation reaction of ranitidine. The 96 ng FDA acceptable daily intake level of NDMA in a 300 mg (300,000,000 ng) ranitidine tablet is 0.32 ppm or 0.000032% of the total ranitidine product, which is a very low level (less than $1/1,000,000^{th}$ of the ranitidine product by weight). To visualize how small 1 part per million (ppm) is on a larger scale, this is equivalent to approximately 3 drops in a standard bathtub that holds 42 gallons of water, 1 inch in 16 miles, or 1 car in bumper-to-bumper traffic from Cleveland to San Francisco (National Oceanic and Atmospheric Administration Global Monitoring Laboratory 2021). Using the FDA 04/01/20 testing results, the FDA found NDMA levels in 300 mg tablets ranged from 4-891 ng, which is a level of 0.000001-0.0003% (FDA Response to Valisure Citizen Petition 04/01/20). The minimum (<30 ng/300 mg dose), median (270 ng/300 mg dose), and maximum (4,200 ng/300 mg dose) values reported by the Australia TGA represent yields of <0.00001%, 0.00009%, and 0.001%, respectively (Australia TGA 10/22/19) (Fig. 28).

Ranitidine has an inherently high purity and characterizing very minor, trace impurities is difficult. As previously discussed, there are two major issues in trace analysis. (i) One is that an analyst is looking for very small amounts of materials, i.e., needles in a haystack. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack, or in this case specifically, there was no signal to look for NDMA as an impurity (needle) in ranitidine products (haystack). Without a specific reason to look for NDMA, which necessitated optimization and validation of a method to detect NDMA in

Contains Confidential Information – Subject to Protective Order

ranitidine and running an NDMA standard in the assay, the trace amount of NDMA found in ranitidine products was unlikely to be detected in routing impurity testing. The issue is further compounded when considering the advances in analytical technology over the last half century. The significant improvements in the sensitivity of detection of trace level impurities means that these low levels may not have been readily identified earlier on.

The FDA/ICH Q3B Guidance on impurities in drug products defines the general thresholds for reporting, identifying, and qualifying impurities are impurities with yields greater than 0.1%, 0.2%, and 0.2%, respectively. The NDMA impurity yields in ranitidine products are significantly below these levels. Analysis of impurities is most generally defined in the context of specific impurities that one is looking for. To make an analogy with drug or steroid testing in athletes, the tests are focused on a relatively small number of common drugs and steroids that the analyst has concerns about. The tests are optimized to look for these. If an athlete uses a new performance-enhancing drug that would not be on the analyst's "radar," then it would probably evade detection.

Based on the historical impurity and degradation data for ranitidine, NDMA formation was not previously identified or predicted to form. Furthermore, comprehensive root cause analyses have recently been conducted on a global level by numerous scientists and the exact chemical mechanism by which NDMA forms in ranitidine products has *still* not been determined, despite rigorous efforts (e.g., King 2020). If this mechanism is not understood today with prospective investigations specifically designed to try to understand this mechanism, it could not have been reasonably predicted retrospectively and accordingly, there was no indication to specifically evaluate NDMA in ranitidine products. This type of chemistry, whatever the mechanism will prove to be, is complex today and still not understood.

Contains Confidential Information – Subject to Protective Order

As previously discussed, NDMA is a ubiquitous compound that individuals are exposed to on a daily basis. The levels found in ranitidine are low and are similar or below levels found in common foods and beverages (FDA Updates on Ranitidine 2019; Stuff 2009; Stuff 2009a). Furthermore, they are miniscule in comparison to the daily endogenous exposure of NDMA, with published estimates of approximately 1,000,000 ng/day (Hrudey 2013). As will be discussed in the next section, there is distinct evidence of an NDMA threshold for liver tumors in rats (Peto 1991; Peto 1991a), equating to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime (70 years) in a 70 kg human. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The ranges of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA were 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data. Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments and daily doses are often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least many people) have taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). As will be discussed in detail in the next section, the extrapolations from rodent data to humans are extremely conservative.

**B.    Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA**

In addition to the Emery Pharma Citizen Petition described above, Emery Pharma's CEO, Dr. Najafi, presented new testing results for ranitidine in his expert report. As mentioned above, none of the testing performed by Emery Pharma has been peer-reviewed. In addition to the testing results presented in Dr. Najafi's report, subsequent files were produced following the submission

of his report that have additional results for some experiments. Since these materials were provided to me only shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials.

Overall, there is vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. In my opinion, files of scans of the Emery notebooks were substandard in terms of current guidelines for National Institutes of Health (NIH)-supported university research, industry-based research that might lead to drug approval applications and patents, and even the general instructions at the beginning of the commercial notebooks used here. Although Emery claims to be a GLP ("Good Laboratory Practices")/GMP ("Good Manufacturing Practices")-capable laboratory, this work would clearly not be acceptable under GLP or GMP standards. Instead of providing essential data (e.g., LC chromatograms), Emery provided undecipherable tables with line and bar graphs depicting conclusions (e.g., small PowerPoint slide figures printed, cropped, and pasted into lab notebooks with blurry text). Although some standard curves for NDMA were provided, the axes were not labeled and it was not possible to judge where the data points fell on the curves, what the limits of detection (LOD) really were, or what the signal-to-noise ratios were in the reported NDMA peaks in the chromatography. Based on the data that was provided, it is impossible to independently confirm the validity of Emery's results. Nevertheless, even assuming the results are accurate, the opinions drawn from them are facially invalid as described below.

Dr. Najafi conducted what he termed was "baseline" testing of NDMA, and other experts (such as Dr. Panigrahy) have further interpreted "baseline" to mean that these are the minimum levels of NDMA that would be in ranitidine products ingested by consumers. This testing and the conclusions drawn from it are significantly flawed. First, all of the samples tested by Dr. Najafi

Contains Confidential Information – Subject to Protective Order

were either expired or would expire within a year. The only justification for why older samples would be close to "baseline" levels of NDMA is based on three old records of products being delivered to a warehouse around 2007 when the product was sold from Pfizer to Boehringer-Ingelheim. Selecting three examples from 2007, when product was transferred between companies, does not support Dr. Najafi's use of *only* older samples many years later. For those same reasons, it is unreliable for Dr. Panigrahy to use these old samples as the starting levels of NDMA and extrapolate the assumptions over many years (up to 7.5 years, as discussed below). Lastly, it is important to note that even if I assumed Dr. Najafi's samples were representative of baseline levels, he reports a mean level of 1097 ng/tablet, although the median is much lower (603 ng/tablet) indicating that the mean value is driven higher by potential outliers. In any event, the range of potential doses proposed by Dr. Najafi is still orders of magnitude lower than the level of toxicological relevance (as discussed above and in further detail in the next section).

Dr. Najafi also presents additional stress testing conducted by Emery Pharma in his expert report and claims that it simulates what would happen if a consumer left ranitidine tablets in a hot car, hot and humid bathroom, or lived in certain climatic zones. The results themselves are variable and highly suspect, but what is even worse is that Dr. Najafi incorrectly relies on other published articles for the conditions of his experiment even though his conditions are not supported by the publications. For the hot car experiment, a review of the paper cited shows that the average levels of a closed car in Arizona during summer were far less severe than the conditions used in Dr. Najafi's experiment (Vanos 2018). The same goes for the shower experiment which used conditions that are not supported by the nonpeer-reviewed paper he cites (Aizawa 2006). Lastly, his climatic zone experiment appears to assume that one's medicine cabinet is outside or in a building with no air conditioning. He does not explain the relevance of testing at various climatic

Contains Confidential Information – Subject to Protective Order

zones, including many outside the product label specifications. In addition to the questionable conditions used, Dr. Najafi's protocols are undated and do not specify the exact timepoint to be measured or the exact products to be tested. Without this detail, Dr. Najafi could have tested more products than actually appear in his report. Given this, I consider Dr. Najafi's studies to be poorly designed and his report to be misleading and unreliable as a result of his selective omission of data that contradict his hypothesis.

Additionally, none of Dr. Najafi's testing considered whether his results were valid across products with different crystal morphologies. Dr. Najafi claims that there is no association between crystal morphology and low NDMA levels. To this end, he is inappropriately conflating rates of NDMA formation with the level of NDMA formation. Dr. Najafi appears to find select batches of columnar crystals have higher levels of NDMA, but he does not then consider the respective age between batches. Although he does not appear to refute the relative rate of NDMA formation at all, he then does not consider these differences when making broad conclusions regarding the results of his stability studies. Overall, there is at least preliminary evidence that differing crystal morphology is associated with differing rates of NDMA formation (King 2020), and Dr. Najafi's failure to account for this further undermines the conclusions he tried to broadly make about all ranitidine products after only testing a select few in any given stability study.

Likewise, two of Plaintiffs' other experts (Dr. Panigrahy and Dr. Salmon) draw unreliable conclusions from Dr. Najafi's data. In particular, they use Emery Pharma's data to calculate what a consumer would likely ingest in a single dose and then drastically multiply that average dose over a number of years. Since there are errors in Dr. Najafi's data, those errors are further exaggerated by these experts' extrapolations. For instance, Dr. Panigrahy uses a mean dose of 1097 ng NDMA per 150 mg dose (compared to 428 ng NDMA per 150 mg in the highest dose in

Contains Confidential Information – Subject to Protective Order

FDA's Nov. 1, 2019 announcement). Therefore, Dr. Panigrahy starts with an additional 669 ng more (per dose) than what FDA's data supports. He then multiples his baseline by two doses per day for seven and a half years. This exaggerates the difference in dose to approximately 3,662,775 ng more than the highest dose supported by FDA's Nov. 1, 2019 testing. Dr. Salmon conducts similar analyses using Emery Pharma's baseline and stress testing results. While one of Dr. Salmon's analyses appear to use FDA's maximum baseline of 435 ng NDMA/150 mg tablet, he then exaggerates it by multiplying every single dose by 2.5 based on Dr. Najafi's flawed stability data. This is further multiplied by 2 doses per day and over 10 years. By his own calculation, the difference of these assumptions result is a difference of 4,760,000 ng. The significant gap between the dose supported by FDA and the dose used by Plaintiffs' experts underscore that initial errors by Dr. Najafi are made worse by the other experts who rely on this data. Notably, any flawed assumption would render the whole analysis unreliable, but here, multiple assumptions are either flawed or unsupported, making the entire analysis invalid and unreliable.

In response to a proposed mechanism of formation, Plaintiffs' expert Dr. Marletta claims that the oxime impurity (compound 14 in Fig. 29 above) is a nitrosating agent responsible for the generation of NDMA in the tablet. However, he cites <u>no</u> support for the proposition that this compound is itself a nitrosating agent. In the GSK root cause analysis, GSK researchers theorized that the oxime impurity could react to further form a nitrosating agent and specifically tested whether adding additional oxime would generate additional NDMA. GSK found no trend between additional oxime and additional NDMA and concluded that "there was no evidence to implicate the presence of the oxime impurity in the formation of NDMA in ranitidine when ranitidine remained as a solid which is representative of an actual product" (GSK Root Cause Analysis 06/15/20). Another of Plaintiffs' experts, Dr. Najafi, appears to agree that this oxime is <u>not</u> likely

Contains Confidential Information – Subject to Protective Order

responsible for NDMA formation. Given that this is just Dr. Marletta's speculation and is refuted by the available scientific evidence and lack of chemical precedent (as well as another expert for the same side), I find there is insufficient support to even suggest that oxime could be a nitrosating agent in ranitidine, let alone determine that there is definitive proof.

## IX.    NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure

### A.    NDMA Metabolism & Mechanism of Mutagenicity

The metabolism of NDMA has been extensively studied, including in my own laboratory (e.g., Yoo 1988; Yamazaki 1992). One of the human cytochrome P450 enzymes termed P450 2E1 (or CYP2E1) is the most important in the metabolism of NDMA (Yoo 1988; Yamazaki 1992). This is also the case in animals, with the most similar cytochrome P450, which is also called 2E1 (Yoo 1988). The complex metabolic pathway of NDMA is outlined in Fig. 33 and involves many intermediate steps. In the metabolism of NDMA, about 15-20% is detoxicated to methylamine and nitric oxide (which then decomposes to nitrite) by cytochrome P450 2E1, representing a detoxication process (Fig. 33). This has been shown in microsomes prepared from rat liver (Lorr 1982) and appears to be valid for humans, as judged by *in vitro* experiments with human liver microsomes (Yoo 1988). As the concentration of NDMA increases, the proportion of NDMA that undergoes this detoxication pathway also increases (Yoo 1988). The other 80-85% of NDMA is oxidized by cytochrome P450 2E1 to form hydroxy NDMA (Fig. 33). Hydroxy NDMA is unstable and degrades to methyl diazohydroxide (releasing formaldehyde in the process), which is also very unstable. Almost all of the methyl diazohydroxide reacts with water to generate nitrogen gas ($N_2$) and methanol. A very minor amount (<1%) forms the methyl diazonium ion which reacts with DNA, RNA, or proteins to form methylated products. Therefore, NDMA does not react with DNA,

Contains Confidential Information – Subject to Protective Order

RNA, or proteins itself; only a downstream, minor metabolite of NDMA reacts to form methylated derivatives.



Fig 33. Metabolism of NDMA (Dutton 1956; Pegg 1977; Pegg 1978; Preussmann & Stewart 1984; Klaunig 2013).[15]

Much less than 1% of the original ingested or endogenously formed NDMA reacts with DNA, RNA, and proteins (Fig. 33). The fraction of methyl diazonium ion that reacts with RNA or

---

[15] See Appendix A for calculations.

Contains Confidential Information – Subject to Protective Order

proteins is not considered to be genotoxic or mutagenic, in that unlike DNA, these methylated derivatives are usually not copied into new strands to cause mutations and propagate errors. With regards to DNA methylation, several products may form, including $N^7$-methyl guanine (~65% of all DNA adducts formed), $O^6$-methyl guanine (~7%) and $N^3$-methyl adenine (~3%) (Fig. 33) (Pegg 1977; Preussmann & Stewart 1984; Klaunig 2013). The minor derivative formed on DNA called $O^6$-methyl guanine is the product that has the most potential to lead to mistakes in copying DNA, which may lead to mutations and eventually cancer. As will be described in more detail later, there are extensive DNA repair processes and other mechanisms that greatly mitigate this risk. The amount of DNA $O^6$-methyl guanine that may form from NDMA is very small. In rats administered 1 mg (1,000,000 ng) of NDMA per kg body weight, only 0.007% of the NDMA dose yields the DNA $O^6$-methyl guanine product (Fig. 33 and Appendix A) (Pegg 1977).

Cytochrome P450 2E1 is expressed almost exclusively in the liver as demonstrated in the Human Protein Atlas figures below (Fig. 34) (Human Protein Atlas 2021).[16] At low oral doses of NDMA, it is expected that nearly all of the exogenous NDMA will be metabolized by P450 2E1 in the liver on first pass, thus limiting systemic circulation in the blood to other organs. While I am not aware of oral bioavailability estimates (i.e., the fraction of the oral dose that reaches the systemic circulation) of NDMA in humans, a large range of oral NDMA doses have been tested in rodents, with doses up to at least 0.1 mg/kg (100,000 ng/kg) in rodents (equivalent to a dose of 7,000,000 ng in a 70 kg adult) undergoing nearly complete first pass metabolism in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983). Studies by Mico et al. (1985) estimated the oral bioavailability of NDMA was 8% in rats (i.e., 92% undergoes first pass

---

[16] The Human Protein Atlas is a Swedish-based program aimed to map all the human proteins in cells, tissues, and organs using an integration of various omics technologies, including mass spectrometry-based proteomics, antibody-based imaging, transcriptomics, and systems biology.

Contains Confidential Information – Subject to Protective Order

metabolism) and also concluded that "… the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver." Gombar et al. reported that the bioavailability was greater in larger mammals (i.e., less undergoes first pass metabolism), with estimates of 49% in patas monkeys, 67% in pigs, and 93% in beagle dogs, respectively, although wide variability was noted between animals of the same species (Gombar 1987; Gombar 1988; Gombar 1990). However, these estimates in larger mammals were based on an extremely high NDMA dose of 1 mg/kg (1,000,000 ng/kg or 70,000,000 ng in a 70 kg adult), in which liver metabolism of NDMA by P450 2E1 was certainly being saturated. Indeed, oral doses of 5 mg/kg in pigs and dogs completely saturated liver metabolism (higher oral doses were not tested in patas monkeys). Thus, the bioavailability data from the Gombar et al. studies on larger mammals at very high doses cannot be used to predict bioavailability in humans at low doses because the extent of first pass metabolism by the liver is a function of dose. Furthermore, Gombar et al. (1990) noted that "there was not a uniformly predictable relationship between body weight and bioavailability."

While Gombar et al. (1990) did not use their animal data to predict human bioavailability, they were using it to predict drug clearance in humans. Historically, some scientists had used a method called "allometric scaling" to predict drug clearance based on body weight, i.e., higher clearance for larger animals and humans compared to rodents (Gombar 1990; Espie 2009). However, the size of animals is not the major factor driving the metabolism and clearance of chemicals, including drugs. It is now realized that such extrapolations may only be useful for the disposition of chemicals governed by "non-restrictive clearance," where the clearance of a compound from the body is limited by the rate of blood flow. Most chemicals (including drugs) are subject to "restrictive clearance," where the clearance is dependent upon metabolism by

Contains Confidential Information – Subject to Protective Order

enzymes. The enzymes, and their activities, are not predicted by body size but by a host of genetic, hormonal, and regulatory mechanisms. Accordingly, an approach termed physiologically-based pharmacokinetic (PBPK) modeling was developed for interspecies comparisons, utilizing both rates of metabolism (by enzymes) and physiological parameters such as blood flow and tissue diffusion, set to a series of mathematical equations. These approaches became popular in the 1980s and have been applied to many chemicals suspected of causing cancer by Drs. Andersen, Clewell, and Reitz and others (e.g., Reitz 1988 and the Andersen 1993 review). The advantages of using PBPK modeling over allometric scaling have been reviewed by Espie and colleagues (2009), and PBPK modeling software is commercially available (e.g., SimCyp). Consequently, allometric scaling has been largely displaced by PBPK models. In other words, comparison of (predicted) metabolism based on body size (of body size raised to a mathematical exponent) (*vide supra*) is not useful. Furthermore, the FDA does not use allometric scaling in its carcinogenicity extrapolations to humans. I am not aware of a publication on PBPK modeling human pharmacokinetics of NDMA.

Several studies have reported mean steady-state concentrations of NDMA in human blood indicating that (i) a finite amount of gastric NDMA (exogenous or endogenously formed) escapes first pass metabolism by P450 2E1 in the liver and circulates in the blood and/or (ii) a finite amount of endogenous NDMA forms outside the stomach via bacterial-catalyzed and cell-mediated nitrosation under neutral pH conditions (*vide supra*). While most NDMA circulating in the blood is still cleared from the body by metabolism in the liver (e.g., second pass metabolism), a small fraction of NDMA is eliminated in the urine as demonstrated by studies reporting mean 24-hour urinary excretions of NDMA of 10 to 385 ng/day (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021). Further, some studies reported significant

Contains Confidential Information – Subject to Protective Order

increases in urinary NDMA excretion following an increase in exposure to exogenous food sources of nitrosamines or nitrosamine precursors (amines, nitrate, and nitrite) (van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021).

Although the Human Protein Atlas figures below show only expression of cytochrome P450 2E1 in the liver (Fig. 34), traces can be detected in the small intestine, kidney, adrenal gland, lung, brain, prostate, testis, uterus, and placenta, but the mRNA levels are all less than 1% of those in liver (Fig. 36) (Nishimura 2003). Further, it is important to note that mRNA expression levels are not always predictive of protein expression levels. In addition to P450 2E1, cytochrome P450 2A6, which is similarly expressed primarily in the liver (Fig. 35 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003), may also have the ability to activate NDMA, but at a fraction (<10%) of the capacity of P450 2E1 (Yamazaki 1992; Kushida 2000). Altogether, this signifies only a very minor amount of NDMA that may reach extrahepatic tissues will be metabolized there to a DNA reactive intermediate.

Contains Confidential Information – Subject to Protective Order



Fig. 34. Human cytochrome P450 2E1 RNA & protein tissue expression (Human Protein Atlas 2021).



Fig. 35. Human cytochrome P450 2A6 RNA & protein tissue expression (Human Protein Atlas 2021).

Contains Confidential Information – Subject to Protective Order

| Enzyme | Liver | Small Intestine | Kidney | Adrenal Gland | Lung | Brain | Prostate | Testis | Uterus | Placenta |
|--------|-------|-----------------|--------|---------------|------|-------|----------|--------|--------|----------|
| P450 2E1 | 53.8 | 0.220 | 0.0115 | 0.0178 | 0.0173 | 0.0189 | 0.0280 | 0.0302 | 0.0318 | 0.00485 |
| P450 2A6 | 27.5 | <LOQ | <LOQ | <LOQ | 0.0708 | 0.00731 | <LOQ | <LOQ | 0.00447 | 0.000611 |

Fig. 36. Human cytochrome P450 2E1 and P450 2A6 mRNA tissue expression (Nishimura 2003). Data expressed as the ratio of CYP mRNA to glyceraldehyde 3-phosphate dehydrogenase (GAPDH, a reference marker) mRNA; <LOQ: below limit of quantification.

Therefore, most NDMA should be activated (and also detoxicated) in the liver, particularly at the low levels observed in ranitidine. The reaction product is too unstable to migrate away from the site at which it is formed before causing damage, and thus the most DNA damage from NDMA occurs in the liver (Pegg 1980). Accordingly, high doses of NDMA have primarily been associated with liver tumors in rats and mice (Peto 1991; Peto 1991a; Swenberg 1991). Other chemicals associated with cancer by producing $O^6$-methyl guanine in DNA that do not require activation by cytochrome P450 2E1 are associated with cancers in many tissues throughout the body in rodents because the action of cytochrome P450 2E1 in the liver is not required, e.g., *N*-nitrosomethylurea (a nitrosamide, which is another type of *N*-nitroso compound).

Furthermore, there is important interspecies variability in P450 2E1 expression. While P450 2E1 has little to no expression in human lung and kidney tissues (Fig. 34 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003; Fig. 37 – Choudhary 2005), it is expressed to a much greater degree in lung and kidney tissues of mice (Fig. 37 – Choudhary 2005; Emeigh Hart 1995) and rats (Zordoky 2008; Goasduff 1996). The P450 2E1 activity towards NDMA in rat liver is, on the average, twice as high as in human liver (Yoo 1988). Additional studies have demonstrated varying amount of P450 2E1 across several animal species (rodents and larger mammals) as compared to humans, underscoring the significance of interspecies variability (Court 1997).

Contains Confidential Information – Subject to Protective Order



Fig. 37. Comparison of relative mRNA expression of mouse and human CYP2E1 in eight adult tissues (Choudhary 2005).

In addition, the amount of the P450 2E1 enzyme in humans and animals varies with the consumption of ethanol (alcohol). Ethanol is both an inducer and inhibitor of the P450 2E1 enzyme, meaning it will increase the amount of the P450 2E1 enzyme; however, ethanol binds to P450 2E1 and decreases the fraction of the enzyme available for other substrates (e.g., NDMA) to bind. Thus, when alcohol is co-administered with high doses of NDMA, NDMA metabolism by P450 2E1 in the liver may be substantially inhibited, protecting the liver from higher DNA damage, but increasing systematic circulation of NDMA to other organs. However, since there is minimal to no P450 2E1 expressed in extrahepatic tissues (particularly in humans), this mostly results in increased renal clearance of NDMA in the urine.

This phenomenon was demonstrated in a study by Spiegelhalder et al. that measured the urinary excretion of NDMA in individuals following a large oral dose of 12,000-30,000 ng of NDMA via beer, orange juice, or orange juice with 6% ethanol added (Spiegelhalder 1982). When NDMA was administered with ethanol (i.e., beer or orange juice containing 6% ethanol), the

Contains Confidential Information – Subject to Protective Order

urinary excretion of NDMA in humans was between 0.5-2.4% of the NDMA ingested dose. In the absence of ethanol, no significant amount of NDMA was detected in the urine. With a limit of detection (LOD) in this study of 0.05 µg/L, the authors calculated the corresponding urinary excretion of NDMA as less than 0.05% of the ingested dose in the absence of alcohol. Since ethanol can inhibit the normal metabolism of NDMA by cytochrome P450 2E1 in the liver, this result may explain the higher urinary excretion observed with ethanol intake. While this study also demonstrates the large first pass metabolism of NDMA in the liver, the exact fraction of exogenous NDMA that is excreted in the urine is difficult to extrapolate from this study given the decreased sensitivity of older analytical technology. Although the analytical method was not described in detail in this study, a subsequent study by these authors showed that they were measuring urinary NDMA using gas chromatography with chemiluminescence detection (Spiegelhalder 1985), which is a less sensitive detection method than mass spectrometry. As described above, studies using GC-MS and LC-MS, including some with more sensitive LODs than 0.05 µg/L, have detected low urinary concentrations of NDMA in the absence of alcohol.

### B.     NDMA-Mediated DNA Damage

NDMA is extensively transformed by the action of cytochrome P450 2E1 in the body and there is a balance of "bioactivation" and "detoxication" reactions both going on, as shown in Fig. 33 (Yoo 1988). It is known that most of the NDMA a human ingests is metabolized (Spiegelhalder 1982). An estimate can be made that ∼ 99% of the dose is deactivated and only 0.007-0.25% is bioactivated and reacts with DNA (Yoo 1988; Pegg 1977; Munro 1969).

Several DNA methylation products can form as a result of the reaction of products of NDMA metabolism reacting at different sites (atoms) in DNA (Fig. 33). DNA methylation is not a mutation, per se, but may lead to a mutation during cell replication depending on (i) the specific

Contains Confidential Information – Subject to Protective Order

DNA methylation product and (ii) whether it has undergone repair or not. There is general agreement in the scientific literature that $O^6$-methyl guanine is the DNA modification of most concern in the tumors caused by NDMA in laboratory animals (O'Connor 1973; Swenberg 1991; WHO 2002; Johnson 2021). As previously shown in Fig. 6 (section IV.B.), the addition of a methyl group at the O6 position of guanine is deleterious, in that the modified base ($O^6$-methyl guanine) can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base (cytosine) during cell replication, resulting in a mutation.

Swenberg (2011) and others have made comparisons (with several chemicals) of the amounts of DNA damage from "exogenous" (external) and "endogenous" (natural) damage and concluded that in many cases the bulk of the modifications are not from the exogenous sources. A dose of 1 mg (1,000,000 ng) NDMA per kg body weight for the rats in the studies by Pegg would correspond to 70 mg (70,000,000 ng) for a 70 kg human (154 pounds) (Pegg 1977; Pegg 1978a). This can be compared to the FDA recommended limit for medications of 96 ng per day for a human, which is 700,000 times lower. If the same numbers used in the Pegg rat experiments would apply to a human dosed with 1 mg (1,000,000 ng) of NDMA, then even without provision for faster repair in humans, it would be predicted by direct extrapolation that only 0.034 $O^6$-methyl guanines would be formed/$10^6$ guanines in DNA (Pegg 1978a). If a human was exogenously exposed to 96 ng of NDMA/day (the FDA recommended daily limit) or 4,200 ng of NDMA/day (the maximum value in the Australian TGA data), even with a linear extrapolation of the level of DNA adduct formation, then only 0.0000056 $O^6$-methyl guanines/$10^6$ guanines and 0.00025 $O^6$-methyl guanines/$10^6$ guanines in DNA, respectively, would be predicted to be formed (Pegg 1978a). For reference, a published level of "endogenous" $O^6$-methyl guanine in the DNA of human

Contains Confidential Information – Subject to Protective Order

liver (never knowingly exposed to NDMA) is 0.1-0.7 $O^6$-methyl guanines/$10^6$ guanines in DNA (De Bont 2004; Kang 1995). Using a value of 6 pg DNA/cell (Bäumer 2018) and levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated. Other reports also identified $O^6$-methyl guanine in all human DNA samples, with even higher levels – 0.6-1.6 $O^6$-methyl guanine/$10^6$ guanines bases (Foiles 1988) and 0.026-23.2 $O^6$-methyl guanine/$10^6$ guanines (Povey and Cooper 1995). Thus, the endogenous level of this adduct is greater than what would be predicted to be added by the exogenous exposure to as much as 1 mg NDMA/day to a human and magnitudes greater than the NDMA levels expected from ranitidine exposure.

The oxidation of NDMA releases formaldehyde (HCHO) (Fig. 33), which may cause DNA damage. Formaldehyde is considered by the International Agency for Research on Cancer (IARC) to be a sinonasal, nasopharyngeal, and blood carcinogen in humans (IARC 2012), and Plaintiffs' experts claim that formaldehyde's carcinogenic potential should be considered concurrently with any toxicity that may be induced by NDMA. Formaldehyde itself is considered to be a carcinogen, at high exposures, but it is also present in the body due to *many* endogenous pathways of metabolism (e.g., generated from the metabolism of serine, glycine, methionine, and choline). Swenberg (2011) has reviewed the literature on formaldehyde, including his own studies on the use of isotopic labeling to distinguish the origins of the DNA adducts, and concluded that exposure to low-dose formaldehyde (even 10 ppm) to rats or non-human primates does not add much to the background load of these DNA adducts. It is also worth noting that many drugs on the market contain *N*- and *O*-methyl groups that are known to be released by P450 reactions to form formaldehyde, but these drugs have long been used without any evidence of causing cancer (e.g., amphetamines for ADHD, indomethacin for gout). Thus, the formaldehyde that may be released

Contains Confidential Information – Subject to Protective Order

from the breakdown of low quantities of NDMA and the little, if any, DNA damage it may theoretically cause at the site at which it would be formed is not a concern.

Furthermore, Plaintiffs' expert Dr. Le states in her report: "Mechanistically, NDMA directly activates the RAS oncogenes to induce cancer." I presume that Dr. Le is referring to the 12th codon of the *ras*-H (onco)gene when she refers to RAS activation. In a study by Zarbl et al. with another chemical that alkylates DNA, methylnitrosourea (without any need for bioactivation by P450 2E1 or other enzymes), the conclusion was reached that miscoding of the second base of codon 12 of the *ras*-H gene was involved in mouse mammary tumors, which could be consistent with $O^6$ alkylation of that G site (Zarbl 1985). This paper attracted considerable interest in the chemical carcinogenesis community when it was published. However, Zarbl et al. (Cha 1994) later published work indicating that a more likely explanation was that methylnitrosourea treatment selected for development of tumors from a <u>preselected</u> population of such *ras*-H mutants (codon 12) already present, unrelated to base modification. Therefore, the theory that NDMA is a direct carcinogen (i.e., does not have to be bioactivated by P450 2E1) is not supported by the current scientific evidence.

### C.    Repair of NDMA DNA Damage

Humans have many systems to repair DNA damage, and so do animals and even bacteria. The main system for repairing the DNA damage caused by NDMA is a protein called $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT), which has been studied in my own laboratory (e.g., Zang 2005). AGT repairs DNA $O^6$-methyl guanine by removing and transferring the methyl group on the DNA guanine base to its own molecule (Fig. 38) (Gerson 2004; Pegg 2011). The importance of this DNA repair system on cancer incidence has been demonstrated in genetically engineered mice (i) depleted of the AGT gene (cannot produce AGT) and (ii)

Contains Confidential Information – Subject to Protective Order

overexpressing the AGT gene (producing more AGT than normal) (Pegg 2011). Following administration of NDMA or other methylating agents, mice that are artificially depleted of the AGT gene are much more prone to cancer compared to wild type (normal) mice (Iwakuma 1997; Gerson 2004), while mice overexpressing the AGT gene are much less prone to cancer (Nakatsuru 1993; Gerson 2004). These studies underscore the role of $O^6$-methyl guanine as the driving mechanism of NDMA carcinogenicity and AGT repair as a primary factor contributing to its thresholded response.



Fig. 38. Repair of $O^6$-methyl guanine by AGT (adapted from Gerson 2004).
The green circles show the transfer of the methyl group ($CH_3$) from the DNA guanine base to the AGT protein by AGT, restoring the guanine base to normal.

The AGT protein is produced in most tissues, with the highest amount in the liver, and protects against damage caused by NDMA (Pegg 1978; Human Protein Atlas 2021). The amount of AGT activity present in extrahepatic tissues that can repair $O^6$-methyl guanine lesions greatly exceeds the amount of P450 2E1 activity present in those tissues that activate NDMA (Figs. 34, 39, and 40) (Human Protein Atlas 2021). Thus, most NDMA will be activated by cytochrome P450 2E1 mainly in the liver, cause damage (DNA methylation) in the liver, and be repaired by AGT in the liver. If any small amount of NDMA causes damage in other tissues, the amount of AGT

Contains Confidential Information – Subject to Protective Order

present should correct it since the AGT activity greatly exceeds the P450 2E1 activity present in extrahepatic tissues (Figs. 34, 39, and 40) (Human Protein Atlas 2021).



Fig. 39. Human $O^6$-alkylguanine-DNA alkyltransferase (AGT) RNA & protein tissue expression (Human Protein Atlas 2021).

Contains Confidential Information – Subject to Protective Order



Fig. 40. Comparison of human cytochrome P450 2E1 [top] and $O^6$-alkylguanine-DNA alkyltransferase (AGT) [bottom] protein tissue expression (Human Protein Atlas 2021).

The ability of AGT to repair $O^6$-methyl guanine adducts in DNA "represents an error-free DNA damage response that can mechanistically account for the manifestation of a dose-response threshold" for NDMA (Johnson 2021). If a low level of $O^6$-methyl guanine is formed in DNA from NDMA, the AGT system can repair it and prevent any subsequent damage (e.g., mutations and cancer) (Pegg 1977; Pegg 1978; Pegg 1978a; Pegg 1981). Pegg showed that following NDMA doses of 0.005-0.1 mg/kg (350,000-7,000,000 ng dose in a 70 kg adult), 56-64% of $O^6$-methyl guanine was removed from DNA in rat liver within 15 minutes of administration (oral or injection) (Pegg 1981). Additional studies by Pegg showed that more than 85% of the $O^6$-methyl guanine damage is removed in rat liver within 4 hours of a NDMA dose of 0.25 mg/kg or less and within

Contains Confidential Information – Subject to Protective Order

24 hours of a dose of 1 mg/kg or less (equivalent to a ≤17,500,500 ng and ≤70,000,000 ng dose, respectively, in a 70 kg adult), demonstrating almost complete repair within 1 day at these high doses (Pegg 1978a). These NDMA doses are orders of magnitude higher than the doses found in ranitidine products (Australia TGA 10/22/19: median: 270 ng/300 mg dose; range: <30 - 4,200 ng), thus illustrating the capacity of AGT to quickly and completely repair any potential DNA damage at exposure to the low doses in ranitidine.

Although the overall efficiency of $O^6$-methyl guanine removal (i.e., the percent removed) decreases with increasing NDMA dose, the reaction is not saturated even at extremely high doses of 20 mg/kg (1,400,000,000 ng in a 70 kg adult), with 44% of the $O^6$-methyl guanine repaired by 24 hours. Fig. 41 illustrates that as the dose of NDMA increases, the actual amount of $O^6$-methyl guanine removed also increases (Pegg 1978a). The speed at which AGT repairs $O^6$-methyl guanine lesions means that most of the DNA damage should be repaired before liver cell replication takes place, and thus before a mutation could potentially occur (Castellano 1978). Furthermore, while AGT is very effective in keeping the $O^6$-methyl guanine steady-state level down, it is not perfect, so there is a low but finite level of this adduct seen in all individuals.

Contains Confidential Information – Subject to Protective Order



Fig. 41. Removal of $O^6$-methyl guanine from liver DNA over a 24 hour period as a function of NDMA dose (Pegg 1978a).

The amount of $O^6$-methyl guanine formed in the DNA of rat liver is dose-dependent and occurs at a similar proportion irrespective of route of administration (oral or injection) (Pegg 1980; Pegg 1981). However, the amount of $O^6$-methyl guanine in the kidney of rats is highly dependent on both dose and route of administration, which is greatest following injection (Pegg 1980; Pegg 1981). Experiments by Pegg and Perry (1981) demonstrated that when NDMA was administered by iv injection to rats at doses of 0.001-10 mg/kg, the ratio of DNA methylation in the liver to kidney was 10:1 irrespective of dose. However, when the same doses were administered orally, the ratio decreased, with ratios ranging from >120:1 to 10:1, only reaching 10:1 at an oral dose > 1 mg/kg (>70,000,000 ng dose in a 70 kg adult). This difference reflects the large first pass metabolism by the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Pegg concluded that "[p]rovided that the dose is sufficiently low, the liver metabolizes virtually all of the [NDMA] in a 'first pass' clearance effect…" and "…orally ingested dialkylnitrosamines would appear in the systemic circulation only when the capacity of the liver

113

Contains Confidential Information – Subject to Protective Order

to metabolize them in a first pass effect is exceeded" (Pegg 1980). Similar results were observed in a rat experiment by Diaz Gomez et al. (1977) and the authors concluded that "…in a healthy man the metabolism and activation of dimethylnitrosamine in the diet would take place in the liver, and that the liver would remove the nitrosamine from the portal blood and prevent it from reaching other organs." These experiments have demonstrated that small oral doses of NDMA – <0.1 mg/kg in rats or approximately <7,000,000 ng dose in a 70 kg adult – are completely (or almost completely) metabolized by the liver, minimizing systemic circulation to other organs (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982). Therefore, the trace levels of NDMA found in oral ranitidine products are expected to undergo complete first pass metabolism in the liver. In contrast, administration by injection bypasses first pass metabolism by the liver and very high oral doses may also in part escape first pass metabolism. However, studies have concluded that "[e]ven then the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver" (Mico 1985). Additionally, NDMA that escapes first pass metabolism may also be excreted without metabolic activation, which results in no toxicological relevancy. Furthermore, even in the unlikely event that there is extrahepatic metabolism of NDMA, the amount of AGT present in extrahepatic tissues to repair any NDMA-induced DNA methylation greatly exceeds the amount of P450 2E1 capacity present to activate NDMA in these tissues, minimizing the progression to mutations and cancer in extrahepatic organs, even at the very high doses used in rodents (Figs. 34, 39, and 40).

Furthermore, the rate and capacity of AGT to repair $O^6$-methyl guanine is much greater in humans than rodents, in contrast to the situation with P450 2E1 (Yoo 1988). Pegg (1982) and Hall (1985) have demonstrated that the AGT repair capacity of the human liver is about 10 times greater than rat liver and that the level of $O^6$-methyl guanine damage falls much more rapidly in human

Contains Confidential Information – Subject to Protective Order

liver (Fig. 42). The AGT repair capacity of human and cynomolgus monkey livers are similar, although still greater in humans (Hall 1985). Furthermore, Pegg (1984) and Gerson (1986) showed that the AGT activity in repairing $O^6$-methyl guanine lesions is not only greater in the liver of humans compared to rats and mice, but also in all extrahepatic tissues measured as well (Fig. 43). Pegg (1984) described the AGT "activity found for human tissues was substantially greater than that for the equivalent rat tissues, with mean values of five to twenty times higher, depending on the tissue." Gerson et al. (1986) concluded: "These studies suggest that mouse and rat tissues should be more susceptible than human tissues to the carcinogenic action of agents whose mutagenic potential is mediated by formation of $O^6$-alkylguanine adducts. Although mouse and rat may be sensitive indicators for determining the carcinogenic potential of an agent, mutagenesis in human tissues is not likely to occur at the same dose level as in the mouse and rat since human tissues contain higher levels of $O^6$-alkylguanine-DNA alkyltransferase."

Table 1.   Removal of MeGua from DNA upon incubation with human or rat liver fractions

| Protein added, mg | MeGua removed from DNA in 60 min | | | |
| | Human liver | | Rat liver | |
| | pmol | % | pmol | % |
|---|---|---|---|---|
| 0.78 | 0.71 ± 0.12 | 58 | <0.05 | |
| 1.56 | 0.91 ± 0.07 | 75 | <0.08 | |
| 3.12 | 1.06 ± 0.04 | 87 | 0.24 ± 0.01 | 20 |
| 6.25 | 1.11 ± 0.03 | 92 | 0.55 ± 0.19 | 45 |
| 12.50 | 1.15 | 95 | 0.86 ± 0.08 | 71 |
| 18.75 | 1.15 | 95 | 0.89 | 74 |
| 25.00 | 1.16 | 96 | 0.95 | 79 |

Results are shown as mean ± SEM. The percentage is the proportion removed relative to the total initially present.



Removal by human, monkey and rat liver extracts of $O^6$-methyl from alkylated DNA (150 μg) containing 0.33-0.39 pmol of $O^6$-methylguanine

Fig. 42. AGT removal of $O^6$-methyl guanine (MeGua) from DNA in human, monkey and rat liver tissues (Pegg 1982 [left]; Hall 1985 [right]).

Contains Confidential Information – Subject to Protective Order



Fig. 43. AGT removal of $O^6$-methyl guanine from DNA in human, rat and mouse liver and extrahepatic tissues (adapted from Pegg 1984 and Gerson 1986[17]).

The above studies demonstrate that the AGT repair system is exceedingly effective at repairing DNA methylation caused by NDMA exposure at a wide range of doses and that the repair mechanism is even more effective in humans compared to rodents. However, if a very large dose of NDMA is administered, the amount of $O^6$-methyl guanine may be large and overwhelm the AGT system, resulting in mutations (Swenberg 1991). A simple analogy is a shoe repair shop. The owner and other workers can handle a normal, low level of damaged shoes and repair them efficiently. If there is an overwhelming number of shoes brought in to be fixed, it may not be possible to keep up and damaged shoes will accumulate in the community. The above point about overwhelming the DNA repair system fits into the concept of "thresholds" and exposure limits with toxic chemicals. The general concept is that a low dose is tolerable and is not likely to be harmful if this threshold exposure is not exceeded. Even with $O^6$-methyl guanine, there is a

---

[17] Values reported for humans and rats in both Pegg 1984 and Gerson 1986 were averaged.

Contains Confidential Information – Subject to Protective Order

threshold observed in the work of Swenberg et al., which demonstrated the amount of $O^6$-methyl guanine that correlates with a significant increase in mutations in certain cell types (Sharma 2014).

Importantly, AGT repair is not the only line of defense in the many steps between NDMA-induced DNA methylation and NDMA-induced cancer. At very high doses of NDMA, even if the DNA escapes repair before cell division, more than one mutation is usually required for a cell to become a cancer cell. Furthermore, even if multiple mutations occur, there is a chance the cell dies (apoptosis) instead of forming cancer (Fig. 9, section IV.B.). For instance, Knudson's two-hit theory is able to explain diverse experimental situations and guide specific predictions, including some directly relevant to cancer prevention (Knudson 1971; Bellacosa 2003). The body has extensive repair mechanisms to continually fix or mitigate damage that may progress to cancer. Lastly, as discussed above, $O^6$-methyl guanine is the DNA modification of most concern in the cancers associated with NDMA in rodents. However, there are other repair systems present that repair other DNA methylations associated with NDMA. For instance, $N^7$-methyl guanine and $N^3$-methyl adenine adducts are both repaired by base excision repair (BER) (Gerson 2004).

### D. NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans

#### i. NDMA-Associated Carcinogenicity

The crucial components in determining the types of cancer that may be associated with NDMA exposure are the: (i) dose, duration, and route of administration, (ii) metabolism of NDMA (both activation and detoxication) by CYP2E1 and the expression levels in various tissues, (iii) repair of DNA $O^6$-methyl guanine by AGT and the expression levels in various tissues, and (iv) interspecies variability. Several long-term carcinogenicity studies on NDMA have been conducted in numerous species and strains of rodents at various doses, durations, and routes of administration.

117

Contains Confidential Information – Subject to Protective Order

The largest and most comprehensive lifetime rodent carcinogenicity studies on NDMA (and NDEA) were conducted by the British Industrial Biological Research Association (BIBRA) (Peto 1991; Peto 1991a). One thousand, eight hundred rats were administered 15 different daily doses of NDMA in their drinking water (0.033-16.9 ppm[18]) over a lifetime (over two years) and the types of tumors and dose-response relationships were determined compared to 480 control rats. High doses of NDMA were associated with liver tumors, which is consistent with other rodent studies on NDMA and coherent with P450 2E1 expression primarily in the liver. Notably, NDMA was not associated with esophageal, gastric, pancreatic, or bladder tumors, even at the highest dose administered of 0.697 mg/kg/day in male rats and 1.224 mg/kg/day in female rats, which is equivalent to approximately 50 – 85 million nanograms per day for a lifetime in a 70 kg adult.

Although liver tumors are overwhelmingly the most frequently identified tumor following NDMA administration in rodents, instances of lung and kidney tumors have also been reported depending on the rodent species or strain used and the route of administration, dose, and duration of NDMA administration (Pegg 1980; NTP 2021). These other tumors require much higher doses of NDMA in order to overwhelm the liver's ability to metabolize NDMA. Furthermore, mice appear more susceptible to lung tumors (interspecies variability), while kidney tumors appear more prevalent following very high doses of NDMA by injection, which bypasses the first pass metabolism in the liver and demonstrates the importance of route of administration. As described in earlier sections, there are also important differences in the expression of P450 2E1 (NDMA metabolism) and AGT (NDMA DNA repair) across species. While humans have little to no P450 2E1 expression in lung and kidney tissues (Fig. 34), the enzyme is expressed to a much greater degree in lung and kidney tissues of rats and mice, suggesting greater NDMA metabolism to its

---

[18] Corresponding to approximately 0.001-0.697 mg/kg/day in male rats and 0.002-1.224 mg/kg/day in female rats.

Contains Confidential Information – Subject to Protective Order

reactive metabolite in these extrahepatic tissues of rodents (Human Protein Atlas 2021; Nishimura 2003; Choudhary 2005; Zordoky 2008; Emeigh Hart 1995; Goasduff 1996). On the other hand, humans have much greater AGT repair capacity in all tissues compared to rodents, indicating more extensive and rapid DNA damage repair in humans (Figs. 42 and 43) (Pegg 1982; Pegg 1984; Hall 1985; Gerson 1986). Altogether, this demonstrates that even after considering dose, one cannot simply extrapolate the results in rodents to humans due to extensive metabolism differences.

The National Cancer Institute conducted long-term carcinogenicity studies on nitrosamines in non-human primates (monkeys), which are expected to be more similar models for humans than rodents. Seven monkeys (cynomolgus and rhesus) treated intraperitoneally with 10 mg/kg NDMA (equivalent to a 700,000,000 ng dose in a 70 kg adult) every 2 weeks did not develop any liver or other tumors after long-term treatment, although they all died of liver toxicity (Adamson 1983; Adamson 1989; Thorgeirsson 1994). The average cumulative dose was 7 grams (7 billion ng) (range: 0.06-12.35 g) and the average observation period was 4.5 years (range: 8 months – 9.8 years). Other nitrosamines such as NDEA <u>did</u> produce tumors in these animals under the same conditions, although there was a clear threshold and dose-response relationship observed. As mentioned in the introductory material, animals and humans differ in many regards in terms of metabolism. Hall et al. (1985) found that human and cynomolgus monkey liver fractions have similar capacities in the repair of $O^6$-methyl guanine and are both 8- to 10-fold more active than rat liver fractions.

Differences can also be observed in individual strains of animals. Anderson et al. (1996) administered 0.1 mg/kg NDMA (7,000,000 ng dose in a 70 kg adult) by gavage to patas monkeys and measured $O^6$-methyl guanine DNA adducts in several tissues four hours after administration but did not determine if any went on to develop mutations or tumors. The short time frame between

Contains Confidential Information – Subject to Protective Order

administration of high doses of NDMA and measurement of $O^6$-methyl guanine adducts also did not allow for complete repair of the adducts by AGT. Because of the difference in experimental design, it is not possible to compare these patas monkey results with the data from cynomolgus monkeys in Hall 1985. Furthermore, as described above, the presence of $O^6$-methyl guanine DNA adducts does not indicate that tumors would have developed had these monkeys been followed up over an extended time because of extensive defense mechanisms that may prevent the development of cancer.

In conclusion, NDMA is not a "universal" carcinogen in animals, nor am I aware of any single chemical that can cause cancer in every single tissue. Rodent studies have demonstrated that high doses of NDMA are associated primarily with liver tumors, which is consistent with its mechanism of activation. Studies in non-human primates have not demonstrated carcinogenicity from NDMA. Scientific and regulatory organizations, including IARC, U.S. National Toxicology Program (NTP), and U.S. Environmental Protection Agency (EPA), have classified NDMA as a probable human carcinogen (IARC 1987; EPA 2002, 2017) or reasonably anticipated to be a human carcinogen (NTP 2021) based on the positive results observed with high doses in rodent studies.[19] Notably, this classification is based primarily on liver tumors in experimental animals at

---

[19] The classification categories for the three referenced organizations above are listed here; the category corresponding to the NDMA classification is underlined and the conclusions from those monographs on NDMA are included.

IARC: (1) Group 1: carcinogenic to humans; (2) <u>Group 2A: probably carcinogenic to humans</u>; (3) Group 2B: possibly carcinogenic to humans; Group 3: not classifiable as to its carcinogenicity to humans (IARC 1987, 2019). "There is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodimethylamine in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), *N*-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans" (IARC 1978).

NTP: (1) known to be a human carcinogen, (2) <u>reasonably anticipated to be a human carcinogen</u> (NTP 2021). "*N*-Nitrosodimethylamine is *reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals" (NTP 2021).

EPA: (1) Group A: Carcinogenic to Humans; (2) <u>Group B – Probably Carcinogenic to Humans</u> (B1: limited human evidence; <u>B2: little or no human data</u>); (3) Group C: Possibly Carcinogenic to Humans; Group D: Not Classifiable as to Human Carcinogenicity; Group E: Evidence of Non-carcinogenicity for Humans (EPA 2021). Basis for NDMA's B2 classification: "Induction of tumors at multiple sites in both rodents and nonrodent mammals exposed by various routes " (EPA 2002).

Contains Confidential Information – Subject to Protective Order

high doses of NDMA. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach (IARC 1978; ATSDR 1989; Peto 1991; EPA 2002; NTP 2021). Most importantly, none of these agencies have classified NDMA as a known human carcinogen, acknowledging that there is insufficient evidence of carcinogenicity from studies in humans. Although the exact process of the scientific evaluations may differ among the respective organizations, one commonality is their assessment of hazard rather than risk. As discussed by IARC, "A cancer hazard is an agent that is capable of causing cancer, whereas a cancer risk is an estimate of the probability that cancer will occur given some level of exposure to a cancer hazard.… The distinction between hazard and risk is fundamental. The Monographs identify cancer hazards even when risks appear to be low in some exposure scenarios" (IARC 2019).

It is also noteworthy that humans are commonly exposed to many exposures in the highest category – known human carcinogens – determined by at least one of these organizations. For instance, IARC classifies many common exposures as Group 1 (carcinogenic to humans) including ultraviolet radiation (e.g., sunlight), X-rays, outdoor air pollution, alcohol consumption, certain medications (e.g., hormonal oral contraceptives and menopausal therapy, medications used to treat cancer [cyclophosphamide, melphalan]), and certain occupations and occupational exposures (e.g., painters, diesel engine exhaust, welding fumes, wood dust) (IARC 2021).

### ii. Evidence of a Threshold for NDMA-Associated Carcinogenicity in Rodents

The lifetime carcinogenicity study by Peto et al. demonstrated a clear dose-response relationship between NDMA and liver tumors in rats at moderate to high doses (Peto 1991; Peto 1991a). However, at the lowest doses tested, there was no dose-response relationship and the incidence of liver tumors was similar to the background rate in the untreated controls (~8%), which

Contains Confidential Information – Subject to Protective Order

is indicative of a threshold.[20] As the Peto et al. (1991) data is the largest and most comprehensive lifetime rodent carcinogenicity study on NDMA to date, several subsequent publications have reanalyzed the Peto data and provided further evidence for a threshold for liver tumors. As detailed below, the results have been remarkably consistent, with numerous investigators demonstrating a threshold dose for liver tumors of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day in rats. For a 70 kg human, this would be an exposure of 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years), or a total lifetime NDMA dose of 54-143 billion ng.

In 2002, the World Health Organization (WHO) reviewed the evidence on NDMA and calculated the tumorigenic dose from the Peto et al. (1991; 1991a) study that causes a 5% increase in liver tumor incidence over the background incidence ($TD_{05}$) was approximately 0.05 mg/kg/day (range: 0.034 – 0.082 mg/kg/day depending on the sex and type of liver tumor). They concluded that "[a]n increased incidence of hepatic tumours was observed at doses as low as approximately 0.1 mg/kg body weight per day in rats" (WHO 2002). This is equivalent to daily lifetime doses of NDMA of approximately 2,400,000 – 7,000,000 ng/day in humans (0.034 – 0.1 mg/kg/day (34,000 – 100,000 ng/kg/day) in a 70 kg adult).

More recently, several investigators have calculated a $BMD_{10}$ value from the Peto et al. data, which is the estimated benchmark dose (BMD) associated with a 10% increase in lifetime tumors after correction for background incidence. It is calculated using a data fitting method

---

[20] It's important to note that while the Peto et al. authors discussed in the first paper (Peto 1991) that there was "no indication of any 'threshold'" for liver tumors, this appeared to be based on pooling results for (i) NDMA and NDEA together (in which the authors note that NDEA appears to be 2-3 times more potent), (ii) benign and malignant tumors together, and (iii) the lowest doses together, as well as the use of mathematical modeling to extrapolate to the lowest doses (in which the authors admit that "this could not be observed directly in any experiment of realistic size"). However, they importantly conclude in the second paper (Peto 1991a) "that no purely mathematical arguments can yield from these data reliable estimates of the effects of very low doses of nitrosamines." As will be described, more sophisticated modeling using benchmark doses has enabled a clearer depiction of the threshold observed in the Peto et al. study.

Contains Confidential Information – Subject to Protective Order

involving computer algorithms and currently a mixture of models is used and results are pooled. Although the fitting does not define a threshold value per se, it has advantages in that it accounts for dose-response relationships by using all of the data points and also provides estimates of uncertainty (95% confidence intervals (CI)). The risk for doses below the $BMDL_{10}$ (the 95% lower CI of the $BMD_{10}$) is considered negligible (i.e., a point of departure) and similar to a threshold dose. As demonstrated in Table 4 below, the WHO calculated $TD_{05}$ and the calculated $BMDL_{10}$ from several publications (Dybing 2008; Zeilmaker 2010; EC SCCS 2012; EMA 2019; Johnson 2021) are remarkably consistent, providing an NDMA threshold of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day, or 2,100,000 – 5,600,000 ng/day for a lifetime in a 70 kg human. The slight differences between the calculated estimates between studies can be attributed to the different models used and selection criteria for inclusion – e.g., malignant liver tumors vs. any liver tumor (malignant + benign), liver tumor incidence vs. mortality, and stratification vs. no stratification for sex and type of liver tumor. Irrespective of the exact selection criteria for the calculation, all estimates were within a similar order of magnitude. A clear illustration of the threshold response is further demonstrated in the dose-response plots provided by Zeilmaker et al. (2010) (Fig. 44) and Johnson et al. (2021) (Fig. 45).

| Citation | Liver Tumor Dose Levels | NDMA – mg/kg of body weight/day for a lifetime in rats (based on Peto 1991 and 1991a) | NDMA – ng/day for a lifetime in a 70 kg person |
|---|---|---|---|
| WHO 2002 | $TD_{05}$ | 0.034 – 0.082 mg/kg/day | 2,380,000 – 5,740,000 ng/day |
| Dybing 2008 | $BMDL_{10}$ | 0.062 – 0.081 mg/kg/day | 4,340,000 –5,670,000 ng/day |
| Zeilmaker 2010 | $BMDL_{10}$ | 0.029 mg/kg/day | 2,030,000 ng/day |
| EC SCCS 2012 | $BMDL_{10}$ | 0.027 – 0.041 mg/kg/day | 1,890,000 – 2,870,000 ng/day |
| EMA 2019 | $BMDL_{10}$ | 0.029 – 0.043 mg/kg/day | 2,030,000 – 3,010,000 ng/day |
| Johnson 2021 | $BMDL_{10}$ | 0.062 – 0.283 mg/kg/day | 4,340,000 – 19,810,000 ng/day |

Table 4. Published $TD_{05}$ and $BMDL_{10}$ values for liver tumors in rats using data from Peto et al. 1991. When a study provided more than one value (e.g., different values for male and female rats), the table shows the range of estimates. EC SCCS: European Commission Scientific Committee on Consumer Safety; EMA: European Medicines Agency.

Contains Confidential Information – Subject to Protective Order



Fig. 44. Dose-response relationship for total rat liver tumors after lifelong exposure to NDMA via drinking water (mg/kg/day) using data from Peto et al. (1991; 1991a). The horizontal dotted line indicates the 10% extra risk level (compared with the estimated background response of 7.3%), the two vertical dotted lines the associated doses (BMDs) for females (triangles) and males (circles). Extra risk is defined as additional risk divided by the non-affected fraction in the control. (adapted from Fig. 4 in Zeilmaker 2010).

Contains Confidential Information – Subject to Protective Order



Fig. 45. BMD analysis of malignant liver tumor data in male rats following exposure to NDMA (Peto 1991; 1991a) as analyzed by Johnson et al. (2021). The seven graphs were generated using different BMD models, an acceptable and common practice in risk assessment studies, and gave very similar results. (Fig. 2 from Johnson 2021)

In analyzing the rat liver tumor data from the Peto study, Johnson et al. (2021) described the "frequency of neoplasms observed at the lowest six doses was indistinguishable from that in the vehicle control animals," supporting the presence of a threshold. As previously described, the FDA acceptable intake (AI) limit for NDMA in pharmaceuticals is 96 ng/day, representing a theoretical acceptable increased cancer risk of 1 in 100,000 after daily exposure to this level over a lifetime (70 years). However, this is a very conservative calculation as the AI limit is based on

Contains Confidential Information – Subject to Protective Order

the $TD_{50}$ value that uses a linear no-threshold model to estimate a risk dose. The ICH M7 Guidance discusses the use of alternate approaches, including the BMD that accounts for dose-response relationships and thus considered a more realistic risk estimation (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance also discusses the calculation of permissible daily exposure (PDE) limits as an alternative acceptable intake value that can be used for mutagenic impurities with evidence of a practical threshold, as is the case for NDMA. Although still considered a conservative value overall, Johnson et al. (2021) used the BMD to calculate a cancer PDE value of 6,200 ng NDMA/day,[21] which is 65-fold higher than the current FDA AI limit of 96 ng/day based on the $TD_{50}$ calculations that utilize a linear no-threshold model.

In addition to the Peto et al. (1991; 1991a) study, several additional rat studies showed a similar threshold for liver tumor incidence with long-term NDMA exposure. Terracini et al. (1967) administered 2-50 ppm of NDMA in the diet of rats for nearly a lifetime (~2 years) and low levels of NDMA treatment showed a threshold region for the incidence of liver tumors around the lowest dose of 2 ppm (2 mg (2,000,000 ng) NDMA/kg in food). While there was only a single tumor among 26 rats at the lowest NDMA dose of 2 ppm, there was clear non-linearity from the higher dose range 5-50 ppm. A similar study by Arai et al. (1979) administered 0.1, 1, and 10 ppm of NDMA in the diet of rats for 96 weeks. Liver tumors were found in rats dosed with 1 and 10 ppm of NDMA, but not in controls or rats dosed with 0.1 ppm of NDMA (Fig. 46). This is indicative of a threshold value between 0.1 ppm and < 1 ppm of NDMA in the diet, which correlates to 20,000 ng to < 200,000 ng NDMA/kg body weight/day or 1,400,000 ng to < 14,000,000 ng

---

[21] The PDE was calculated by multiplying the $BMDL_{50}$ by an adult bodyweight of 50 kg and dividing by uncertainty factors, which included species extrapolation, interindividual variability, exposure duration, severity of effect, and factors to compensate for database insufficiency.

Contains Confidential Information – Subject to Protective Order

NDMA/day for a 70 kg adult.[22] The authors conclude: "These results show that on long-term oral administration to rats, 1.0 ppm DMN [NDMA] is the minimum carcinogenic dose, while a level of about 0.1 ppm DMN [NDMA] is non-carcinogenic."



Fig. 46. Liver cancer incidence in rats as a function of NDMA dose (figure created from data from Arai 1979).

Fukushima et al. (2005) reported similar results with 450 rats administered NDMA (0.001-10 ppm) in their drinking water daily for 16 weeks (Fig. 47). The endpoint measured in this study was the "GST-P-positive foci," which are liver lesions that stain for glutathione *S*-transferase placental form (GST-P), an established early marker of liver cancer and indicator of the likelihood that these will progress to tumors. (This medium-term bioassay system is sometimes used to reduce the time (and expense) of monitoring rats for a lifetime to obtain actual tumor data.) As indicated in Fig. 47, the results are similar to those shown above and demonstrate a threshold for NDMA-induced liver lesions. If 1 ppm is accepted as the threshold (approximately 0.044 mg NDMA/kg body weight assuming the same ppm to mg/kg conversion in Peto et al. (1991; 1991a)), this would

---

[22] Calculations based on an average body weight of rats of 250 g and average amount of food consumed of 50 g/day based on figures 1-4 in Arai 1979.

Contains Confidential Information – Subject to Protective Order

correspond to 3,000,000 ng NDMA/day for a 70 kg human. I agree with the authors' conclusion that "the present finding of no-observed effect level on induction of GST-P-positive foci supports our hypothesis that a threshold, at least in practical terms, exists with regard carcinogenesis due to genotoxic agents."



Fig. 47. Induction of GST-P-positive foci (i.e., > 11 cells, size of smallest focus) in the livers of rats treated with NDMA [DMN] (0.001-10 ppm) in drinking water. *$P$<0.01 (vs. non-treated control group). (Fukushima 2005)

From the existence of a very effective DNA repair system (AGT) to the rodent carcinogenicity studies, there is overwhelming evidence of a threshold for the hepatocarcinogenic effect of NDMA. In addition to an existing threshold for NDMA, a threshold has also been demonstrated for NDEA, a nitrosamine that has been shown to be more potent for liver tumor induction in various animal species, including non-human primates in which NDEA, but not NDMA, has been found to be carcinogenic. Both Waddell et al. (2006) and Kobets and Williams (2019) reanalyzed the NDEA data from several rodent studies. The Waddell (2006) replot (which

Contains Confidential Information – Subject to Protective Order

was further modified by Kobets & Williams 2019) of the Peto 1991 NDEA data, using a Rozman scale and expressing the dose in molecules of NDEA/kg body weight, shows a clear threshold for exposure, below which no tumors are observed (Fig. 48).



Fig. 48. Liver cell tumors in rats dosed with NDEA (data from Peto 1991 and Williams 1999) plotted on a Rozman scale, in terms of cumulative dose in molecules of NDEA/kg (Kobets and Williams 2019; modified from Waddell 2006). A similar plot was obtained for the actual daily dose (Waddell 2006). Also shown is the total human daily dose of NDEA from all sources estimated by Bartsch 1984 and Spiegelhalder 1983.

### iii.    Comparison of the NDMA Threshold Dose in Rodents to Potential NDMA Exposure from Ranitidine in Humans

Lifetime studies in rats clearly demonstrate evidence of a threshold for liver tumors, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day (Peto 1991; Peto 1991a). This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years) in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA

Contains Confidential Information – Subject to Protective Order

was 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments, often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least not many people) has taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). In addition, humans have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues than rats (*vide supra*), indicating that one cannot simply extrapolate the doses and results in rodent studies to humans due to extensive metabolic differences. In other words, it would be expected that higher equivalent doses in humans would be needed to produce the same results in rats, *if at all*, since NDMA is not a *known* carcinogen in humans according to regulatory agencies. The human body has extensive DNA repair processes (e.g., AGT) and other defense mechanisms to protect against DNA damage caused by NDMA and this system should effectively repair any potential damage associated with the low levels of NDMA found in ranitidine.

### iv.    NDMA Tumor Initiation vs. Promotion

As described previously, chemicals may be tumor initiators (initiate the process of changing normal cells to tumorigenic cells) or tumor promoters (promote existing tumorigenic cells to grow) (Fig. 10, section IV.B.).  Typically, a chemical does not both initiate and promote tumor formation (Klaunig 2013; National Cancer Institute 2021). NDMA can be a "complete carcinogen" only when used at very high, repetitive doses in rodents (i.e., not requiring a promoter

Contains Confidential Information – Subject to Protective Order

to induce tumors). By definition, NDMA is an initiator and not a promoter, in that a promoter does not cause cancer if given without a previously administered initiator.

NDMA can act as an initiator through the breakdown product of its metabolite (hydroxy NDMA/methyl diazohydroxide) to the methyl diazonium ion, which is an electrophile, meaning it can bind to DNA and can cause DNA damage. According to Smith 2016, these are 2 out of 10 "key characteristics of carcinogens." Plaintiffs' experts point to these and 7 other "key characteristics" to opine that it is biologically plausible that NDMA is a human carcinogen. One of these other "key characteristics," the ability to alter DNA repair or cause genomic instability, is also related to tumor initiation. However, reliable data do not support the view that this is a characteristic of NDMA, including extensive early work by Pegg in the 1970s (*vide supra*). In his expert report, Dr. Panigrahy opined that NDMA alters DNA repair enzymes, though the studies he cited gave no indication of this and one study even noted that the DNA repair enzyme AGT was "rapidly replenished" after administration of high doses of NDMA (Souliotis 2004). Dr. Panigrahy also claimed that "[a] single dose of NDMA can induce the inability of the kidney to rapidly repair DNA methylation," I presume in reference to the potential to overwhelm DNA repair; however, this would only be relevant at extremely high doses of NDMA based on all of the work of Pegg and others. Interestingly, Dr. Panigrahy also discussed the prospect that NDMA can increase levels of alkyladenine DNA glycosylase, another kind of DNA repair enzyme, citing Dechakhamphu 2010. Induction of DNA repair enzymes, while certainly an alteration, is not a carcinogenic process and would actually be beneficial in protecting against genotoxicity.

Plaintiffs' experts have proposed several non-genotoxic mechanisms for NDMA carcinogenicity including epigenetic modification, oxidative stress, inflammation, immunosuppression, cell immortalization, and alteration of cell proliferation, cell death, and

Contains Confidential Information – Subject to Protective Order

nutrient supply. These correspond to 6 out of 10 of the "key characteristics of carcinogens" (Smith 2016). For one "key characteristic of carcinogens," the ability to modulate receptor-mediated effects, Plaintiffs' experts correctly acknowledge it is not present with NDMA. In essence, they use the aforementioned six mechanisms to advance an NDMA promoter theory that can be used to explain short latency periods between the time of initial exposure and diagnosis of cancer. I am not aware of any scientific evidence in which NDMA has ever been reported to work as a promoter, and the literature referenced in Plaintiffs' expert reports does not support this theory.

Plaintiffs' experts opine that NDMA has the "key characteristic" of being able to cause epigenetic alterations. This is a non-genotoxic mechanism that Dr. Panigrahy argues could contribute to both tumor initiation and promotion. In referring to this putative carcinogenic mechanism of NDMA, he incorrectly discussed genotoxic—not epigenetic—events (DNA alkylation). Epigenetic DNA methylation refers to phenomena such as histone modification and 5´-methylation of deoxycytidine (and the conversion of this methyl to a carbinol ($CH_2OH$) and an aldehyde (CHO) by the so-called "tet" enzymes) that are thought to be relevant to gene regulation (Smith 2016). There is no evidence that NDMA causes epigenetic DNA methylation or demethylation events.

Furthermore, the NDMA doses required to observe the other non-genotoxic effects in experimental studies are extremely high, toxic doses. For instance, in his argument that NDMA causes oxidative stress, Dr. Panigrahy cited Ahotupa 1987, where doses of 1 and 10 mg/kg NDMA were used, which are about 1 to 10 million times the FDA Acceptable Intake limit. Cell survival effects observed by Lin 2001 were at 1 mM NDMA, which is around 300,000 times the potential NDMA blood level in a human, with or without ranitidine (Florian 2021). Additional studies Dr. Panigrahy discussed regarding oxidative stress (Kiziltas 2017), inflammation (Dangtakot 2021;

Contains Confidential Information – Subject to Protective Order

Boonjaraspinyo 2011), immunosuppression (Desjardins 1992; Jeong 1998), and cell immortalization (Wang 2017) similarly used very high doses of NDMA. The $LD_{50}$ for NDMA in rats is 40 mg/kg (ASTDR 1989), and doses of similar magnitude are likely to cause general toxicity. Thus, these effects are most likely to be secondary to general toxicity and not contributing to a carcinogenic mechanism, based on numerous literature precedents, e.g., chloroform (Templin 1998). In addition, the parameters measured for oxidative stress are not the most appropriate ones to use (Kadiiska 2005). These toxic doses are magnitudes higher than the doses needed to induce tumors in rodents, which are already magnitudes higher than the NDMA levels observed in ranitidine products. Therefore, these processes are not informative to the mechanisms of NDMA carcinogenicity at doses less than the "maximum tolerated dose" and particularly near the threshold level, and certainly not relevant to the NDMA levels seen in ranitidine products. In one study in which lower NDMA levels were also used (Desjardins 1992), a threshold was observed for immune effects: "[n]o visible changes in immunological parameters were noted at the 1 ppm NDMA dose." There is overwhelming evidence, as I outlined above, that NDMA-induced liver tumors in rodents is largely a thresholded, genotoxicity issue related to the level of DNA $O^6$-methyl guanine adducts.

I also point out that many of the studies cited in reference to putative tumor-promoting characteristics of NDMA were *in vitro* studies. For instance, studies by Lin et al. (2001; 1999) — which are used by Dr. Panigrahy to argue NDMA alters cell proliferation, cell death, or nutrient supply — used a fibroblast cell line (a cell type derived from connective tissue, not organ tissue). Dr. Panigrahy also stated, without a reference, that NDMA caused increased levels of what he characterized as "pro-tumorigenic" proteins (TNF-α, IL-1, GM-CSF, and VEGF) in a bile duct cell line, though these proteins do not necessarily contribute to tumor formation and to my

Contains Confidential Information – Subject to Protective Order

knowledge are not generally referred to as "pro-tumorigenic." It is important here to note that cell lines were used. Cell lines are, by definition, genetically modified to exhibit characteristics consistent with several hallmarks of cancer, such as sustained proliferative signaling, resistance to cell death, and the ability to replicate almost indefinitely (immortality) (Hanahan 2011). Cell lines also almost always differ significantly from cells in the body in terms of metabolism, and most are derived from either cancer or fetal cells. For example, P450 2E1 levels or AGT levels may be much higher or much lower in immortalized cells. In sum, there appears to be little relevance of these *in vitro* cell line results to human health in this case.

Overall, none of these studies provide evidence that NDMA actually promotes tumor formation as a result of these observed non-genotoxic effects. More importantly, none of these proposed mechanisms are relevant to the NDMA levels seen in ranitidine products.

E.       **Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure**

1. NDMA itself is a chemically inert molecule. NDMA is metabolized by P450 2E1, both activating and detoxicating NDMA.

2. P450 2E1 is expressed primarily in the liver, and oral NDMA up to at least 100,000 ng/kg in rodents, equivalent to up 7,000,000 ng in a 70 kg human and orders of magnitude higher than levels observed in ranitidine products, undergoes nearly complete first pass metabolism in the liver. This signifies that (i) very little (if any) orally ingested or intragastrically formed NDMA will enter systemic circulation, and (ii) only a fraction of the minor amounts that may enter systemic circulation will be activated in extrahepatic tissues as there is minimal P450 2E1 expression outside the liver.

Contains Confidential Information – Subject to Protective Order

3. Much less than 1% of ingested NDMA reacts with DNA in the liver and only a very minor amount (~0.007%) forms $O^6$-methyl guanine adducts, the DNA methylation product of most concern.

4. AGT rapidly repairs DNA $O^6$-methyl guanine, preventing subsequent damage (e.g., mutations and cancer) at low doses, including the very low doses observed in ranitidine products. AGT is produced throughout the body including in the liver, stomach, esophagus, pancreas, and bladder (with the highest amount in the liver). The AGT activity in extrahepatic tissues that can repair NDMA adducts greatly exceeds the P450 2E1 activity in those tissues that can activate NDMA. Even if the DNA escapes repair before cell division and a mutation occurs following very high doses of NDMA, there are extensive defensive mechanisms downstream to continually mitigate damage that may progress to cancer.

5. Liver cancer is the primary cancer observed in rodents administered very high doses of NDMA, which is consistent with P450 2E1 and AGT tissue expression. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the stomach, esophagus, pancreas, or bladder. There is clear evidence of a threshold for liver tumors in rats treated with lifetime doses of NDMA, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day. This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA was 3.9-891 ng

Contains Confidential Information – Subject to Protective Order

(n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

6.  There are also important interspecies differences that further limit the ability to extrapolate from animals to humans. Compared to mice and rats, humans on average have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues, suggesting rodents are more susceptible to the mutagenic potential of NDMA and at lower equivalent doses than would be expected in humans. There is also interspecies variability in P450 2E1 and AGT activity between humans and larger mammals. Despite these differences, no carcinogenicity has been observed in long-term studies on NDMA in non-human primates, which are expected to be more similar models for humans than rodents. Lastly, no scientific or regulatory organization has classified NDMA as a known human carcinogen, underscoring the conclusion that there is insufficient evidence of carcinogenicity from studies in humans.

7.  It is my opinion, to a reasonable degree of scientific certainty, that the scientific evidence does not support the conclusion that potential exposure to the low levels of NDMA from ranitidine ingestion causes any type of cancer.

## X.  Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity

Overall, there have been dozens of preclinical toxicology studies conducted on ranitidine and the evidence does not support a mutagenic or carcinogenic effect of ranitidine under physiologically relevant conditions. This is reflected in the FDA-approved labeling, which states: "There was no indication of tumorigenic or carcinogenic effects in life-span studies in mice and rats at dosages up to 2,000 mg/kg/day. Ranitidine was not mutagenic in standard bacterial tests (*Salmonella* [*typhimurium*], *Escherichia coli*) for mutagenicity at concentrations up to the

136

maximum recommended for these assays. In a dominant lethal assay, a single oral dose of 1,000 mg/kg to male rats was without effect on the outcome of 2 matings per week for the next 9 weeks" (Zantac Tablets Prescribing Information 2018).

### A.      Ranitidine Long-Term & Carcinogenicity Animal Studies

Early safety assessment studies at GSK showed that there was no carcinogenicity observed in long-term studies in rats, mice, and dogs treated with ranitidine. As stated by the FDA in the approval for the initial Zantac NDA, a review of the "carcinogenicity studies did not give any indication that ranitidine was tumorigenic" (FDA Summary Basis of Approval for Zantac NDA 18-703).

The safety of ranitidine has been extensively tested in animals. I have reviewed the approximately one dozen studies with hundreds of rats, mice, and dogs — conducted over three decades — which all showed <u>no evidence</u> for cancer resulting from ranitidine. These were robust studies, involved both sexes of animals, and many were done under Good Laboratory Practices (GLP) guidelines. Ranitidine was administered for lifetime (rodents, 2 years) and long-term (dogs, 7 years) durations which is substantially longer than any equivalent exposure in humans. Nevertheless, the rodents did not develop cancer, suggesting whatever dose of NDMA was present was not sufficient to induce cancer in even a sensitive species. The strength of these findings is compelling because the studies are substantially longer than any equivalent exposure in humans. Furthermore, doses were much higher than human therapeutic doses, and in some studies the dose was as high as 2,000 mg ranitidine/kg body weight/day, which is 500-1,000 times higher than human doses (i.e., 150-300 mg ranitidine in a 70 kg adult or 2-4 mg/kg). Other long-term studies have been conducted on dogs which yield consistent results.

The only treatment-related effect observed with long term administration of high doses of ranitidine was gastric carcinoids in some female Sprague-Dawley rats (a species and sex

Contains Confidential Information – Subject to Protective Order

susceptible to this type of lesion) (GSK Report WPT/93/096; GSK Report WPT/94/381; Astra Study 610-184M; Astra Study 610-184S). Gastric carcinoids were also observed with famotidine (H2RA) and omeprazole (proton pump inhibitor (PPI)) treatment and at higher frequencies than seen with ranitidine. This lesion was attributed to prolonged hypergastrinemia, which is a result of the higher stomach pH afforded by all long-term acid suppressive treatments when administered at very high doses and prolonged durations; this also occurs with certain disease states associated with higher stomach pH. In addition to not being a unique consequence of ranitidine treatment, gastric carcinoids are not associated with NDMA carcinogenicity in rats (Peto 1991). In contrast, liver cancer is the primary cancer observed in rodents administered high doses of NDMA, but is not observed in animals administered high doses of ranitidine. In the long-term dog studies, there was no impairment of gastric secretory capacity.

Additionally, some of the ranitidine tablets were stored for 24 months before use in the dog studies, which is relevant to exogenous NDMA formation, with levels increasing over time (*vide supra*). In many of the animal studies, ranitidine was administered in the diet and water along with nitrite and nitrate, and therefore the carcinogenicity of potential endogenous formation of nitrosamines from ranitidine was assessed in these studies. Furthermore, all of the rodent strains used in these studies are known to be sensitive to the potential carcinogenic effect of nitrosamines (GSK Report PATH/81/269; GSK Report PATH/80/247; Labuc 1982; Klaunig 1988). Table 5 summarizes the long-term animal studies on ranitidine; I have reviewed these files and concur with the conclusions.

Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| **Ranitidine Hydrochloride (Zantac®)** | | | |
| GSK Report PATH/81/269 (Study CAR 009) | C57BL Mice | Oral (diet) 200, 450 & 1000 mg/kg/day 104-106 weeks (2 years) n=300 | • "No evidence was found to suggest that ranitidine hydrochloride is tumorigenic in mice: in particular, no gastric neoplasia was seen." |
| GSK Report PATH/80/247 (Study CAR 010) | C57BL Mice | Oral (diet) 100, 450 & 2000 mg/kg/day 114 weeks (2 years) n=300 | • "No evidence was found to suggest that ranitidine HCl is tumorigenic in mice: in particular no gastric neoplasia was seen." |
| GSK Report A&H 88/801075 | Sprague-Dawley Rats | Oral (diet) 100, 450 & 2000 mg/kg/day 125-129 weeks (2 years) n=300 | • "As a result of administering ranitidine orally to rats at levels of up to 2000 mg/kg/day for their normal lifespan, it was concluded that the compound is neither tumorigenic nor carcinogenic." |
| GSK Report WPT/94/381 (Study R13529) | Sprague-Dawley Rats (female) | Oral (gavage or diet) 11.25 & 2000 mg/kg/day 104 weeks (2 years) n=160 [also administered famotidine & omeprazole to 160 rats each] | • Gastric carcinoids observed in ranitidine (0/60 low dose; 4/60 high dose), famotidine (0/60 low dose; 19/60 high dose), and omeprazole (1/60 low dose; 24/60 high dose) treated rats, although the increase was only statistically significant (p<0.01) for high dose famotidine and omeprazole. <br>• "This study confirms the association in the rat between acid suppression, hypergastrinaemia and gastric carcinoids. Carcinoids were induced at the low dose of omeprazole and at the high dosage with all three agents. As anticipated, the effects seen were related to the potency and the duration of action of the compounds, and to their method of administration." |
| Astra Study 610-184M [Havu 1990] | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage) 2000 mg/kg/day 107 weeks (2 years) n=200 | • Gastric carcinoids: 32/200 ranitidine vs. 2/100 controls <br>• "In conclusion, the long-term treatment with ranitidine in rats showed the same ECL cell changes, inclusive carcinoids, as known for studies with other acid secretion inhibitors. It was also considered that these changes were a consequence of prolonged |

[23] In all studies except for GSK Report WPT/89/196, there was also a control group that received no ranitidine. The number treated in the chart reflects ranitidine treated animals and not the additional control group.

Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| | | | hypergastrinemia in an animal species predisposed to endocrine ECL cell changes." |
| Astra Study 610-184S | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage) 2000 mg/kg/day 107 weeks (2 years) n=220 | • Gastric carcinoids: 19/220 ranitidine vs. 0/160 controls<br>• "The present study show that treatment of rats for two years with ranitidine results in the development of gastric ECL-cell carcinoids. The results provide further support for the gastrin mechanism, i.e. that the development of ECL-cell carcinoids in the rat gastric mucosa is a consequence of prolonged hypergastrinaemia and is not a unique effect of any individual acid-inhibiting drug." |
| GSK Report WPT/89/196 (Study SAD098) [Spurling 1989] | Beagle Dogs | Oral (tablets) 50 mg/kg/day 397 weeks (7.6 years) n=4 | • "No treatment related effects on the gastrointestinal tract were seen; indeed no findings of toxicological significance or tumours were seen in any organ…. No metaplastic or dysplastic changes were seen in any region of the stomach..." |
| GSK Report WPT/89/306 (Study SAD112) [Spurling 1989] | Beagle Dogs | Oral (tablets) 10 mg/kg/day 372 weeks (7 years) n=12 | • Malignant tumors: 2/12 ranitidine vs. 4/12 controls<br>• "A number of non-neoplastic and neoplastic lesions were seen in treated and control dogs. These were not treatment related and were not unusual in view of the age of the animals…. No metaplastic or dysplastic changes were seen in any region of the stomach…" |
| **Ranitidine Bismuth Citrate (Tritec®)** | | | |
| GSK Report WPT/93/096 (Study R12404) | Sprague-Dawley Rats | Oral (diet) 80, 200 & 400-500 mg/kg/day 104 weeks (2 years) n=360 | • "The only treatment related neoplasia was a single carcinoid in the fundic stomach in a high dose female. This is considered to be non-genotoxic in origin and to represent no undue hazard in the clinical use of GR122311X [ranitidine bismuth citrate]." |

Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| GSK Report WPT/93/122 (Study M12403) | B6C3F1 Mice | Oral (diet) 160, 400 & 1000 mg/kg/day 104 weeks (2 years) n=360 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed no effect on the type or incidence of neoplasia." |
| GSK Report WPT/93/201 (M13040) | B6C3F1 Mice | Oral (diet) 160, 400 & 1000 mg/kg/day 104 weeks (2 years) n=306 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed… no effect on the type or incidence of neoplasia." |

Table 5. Summary of Long-Term Animal Studies on Ranitidine.

Plaintiffs' experts have several criticisms of the long-term animal studies on ranitidine in an attempt to explain why carcinogenicity was not observed. For instance, they claim that the use of polymorph 1 form of ranitidine rather than the ultimately marketed polymorph 2 form of ranitidine is a limitation with respect to NDMA formation. In the solid state, ranitidine exists in more than one "polymorph" or "crystal form" based on certain intermolecular bonds. However, there is no evidence that polymorph 1 form has significantly different NDMA levels than polymorph 2 form. Moreover, polymorph 2 was found to be "thermodynamically more stable" than polymorph 1 (GSK Report WAP/86/006). Finally, the polymorphic form of ranitidine is not relevant to potential endogenous formation of NDMA, as the crystal form of a drug does not remain intact once dissolved in liquids such as saliva or gastric juice.

With respect to endogenous formation of NDMA, Plaintiffs' experts opine that because the vitamin E content in the diets of these studies was not taken into account, the potential for inhibition of nitrosamine formation was not considered. Plaintiffs' experts also claim that the vitamin E provided to the animals was especially high, though there is no indication that vitamin E was given in excess of what typically would have been given. Across these eight studies on

141

ranitidine hydrochloride, seven different diets were given. Around the time these studies took place, the recommended dietary level of α-tocopherol (one form of vitamin E) in experimental rat and mouse diets was determined by the Medical Research Council (a UK governmental body) to be 60 mg/kg (Clarke 1977). As these studies were conducted in the UK, I would expect that these various diets' vitamin E levels were formulated to provide about 60 mg/kg in order to prevent deficiencies. Dietary deficiencies in vitamin E would ideally be avoided as they may result in untoward effects, such as reproductive disorders in the rat (Clarke 1977), and potentially interfere with study results.

Because studies have shown that plasma levels of vitamin E in either rats administered 40-60 mg/kg of vitamin E or mice administered 20-30 mg/kg vitamin E do not differ from—or are lower than—the levels in humans (Jiang 2001), it is very unlikely that the mice and rats in the ranitidine carcinogenicity studies absorbed more vitamin E through their diet than a typical person does through his or hers. If vitamin E were inhibiting endogenous nitrosation and NDMA formation in the ranitidine carcinogenicity studies, this inhibition would similarly be occurring in the human body.

Also, in the context of endogenous nitrosation, Plaintiffs' experts discussed the rat carcinogenicity study in which 2.2 mg/kg of nitrite was measured in feed (GSK Report A&H 88/801075). Dr. Melnick used this single value to calculate that the rats—if hypothetically they had eaten an entire day's worth of feed in a single sitting—would achieve no more than 0.23 mM nitrite in their stomachs (note that this concentration is already in the upper range of physiologic nitrite in humans, which is 0.1-0.3 mM). This is inaccurate and would be an underestimation as it fails to take both dietary and drinking water nitrate into account, which Dr. Melnick himself stated can be transformed in the body to nitrite. Additionally, for one mouse carcinogenicity study, nitrite

Contains Confidential Information – Subject to Protective Order

content in food reached levels as high as 7.8 mg/kg (GSK Report PATH/81/269), almost 3-fold higher than this 2.2 mg/kg value Plaintiffs' experts selectively discussed. Thus, again, there is no reason to suspect that any theoretical *in vivo* nitrosation that may have occurred in these carcinogenicity studies would have been any different than what would occur in the human body.

GSK's long-term animal studies provided evidence that ranitidine is not carcinogenic. The studies were comprehensive, and the use of multiple species further ensured sensitivity in detecting tumors. The removal of vitamin E from feed or further addition of nitrate or nitrite to feed or water would not have provided any added value in terms of being informative of human cancer outcomes.

### B. Ranitidine Genotoxicity & Mutagenicity Studies

A summary chart on the genotoxicity and mutagenicity results of ranitidine is included in Appendix B.

### i. Ranitidine

Several studies have evaluated the mutagenicity of ranitidine, including a battery of tests performed as part of the FDA approval for the initial new drug application (NDA) 18-703. This included an *in vitro* bacterial mutagenicity assay known as the Ames test, which tested ranitidine at high concentrations, with and without metabolic activation, in several bacterial strains (GSK Study D1031/GSK Report PATH/80/240). Ranitidine was not mutagenic at concentrations of 0.09-30 mg/plate (i.e., 0.09-29 mM ranitidine) in *Salmonella typhimurium* strains TA98, TA100, TA1537, and TA1538 or 0.03-9 mg/plate (i.e., 0.03-9 mM ranitidine) in *Escherichia coli* strains WP2 and WP2 uvrA. All concentrations tested were in great excess of the peak blood concentrations of ranitidine (0.0017-0.0034 mM) obtained after a therapeutic 150-300 mg dose (Zantac Tablets Prescribing Information 2018). Inconsistent, weakly positive results were obtained in the Ames test in some experiments at 20-30 mg/plate in *S. typhimurium* TA1535 and at 9-30 mg/plate in *E. coli* WP67, although no mutagenicity was observed in either strain in the more

Contains Confidential Information – Subject to Protective Order

sensitive microtiter fluctuation assay. Sometimes false positives are seen in the Ames test, but the fluctuation test is known to be more accurate and is used to check the reliability in specialized cases.

GSK investigators concluded: "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug…. There is no reason to believe that ranitidine or any or its metabolites is mutagenic in a way that might be expected to lead to a toxic action of any kind in animals or man." This conclusion is similar to the FDA's in their Summary Basis of Approval: "In the Ames tests for mutagenicity weakly positive results were inconsistently obtained in *S. typhimurium* TA1535 and *E.coli* WP67 at concentrations of 20 to 30 mg/plate, which are in excess of recommended maximum concentrations for these assays (up to 5 mg/plate) and greatly in excess of any concentration that is possible in the human body at therapeutic doses. Also, there was no mutagenicity demonstrable in the more sensitive microtiter fluctuation test using either TA1535 or WP67. The metabolites of ranitidine were negative in the Ames test…" (FDA Summary Basis of Approval for Zantac NDA 18-703). FDA noted the recommended maximum concentrations for these assays is 5 mg/plate (a concentration in which no mutagenicity was observed in any strain), which is supported by FDA and international guidelines (FDA Guidance for Industry ICH S2A 1996 & ICH S2(R1) 2012; Gatehouse 1994). Concentrations > 5 mg can be toxic, and historically few if any compounds have been shown to be mutagenic at > 5 mg but not at the lower concentrations. Furthermore, the weakly positive results were observed in the absence of metabolic activation (S9 mix) and therefore could not be a consequence of NDMA, which requires metabolic activation for its mutagenic effect. In contrast to the ranitidine results, NDMA (in the presence of

Contains Confidential Information – Subject to Protective Order

metabolic activation) is strongly mutagenic in several strains in the Ames test (Bartsch 1976; Prival 1979; Araki 1984). Additional early studies by GSK found that high doses of ranitidine (up to 16-32 mM) were not mutagenic in several bacterial (Ames and fluctuation tests) and yeast mutagenicity assays (GSK Report PATH/77/153; GSK Report PATH/78/172).

Several additional *in vitro* studies on ranitidine have reported no genotoxic or mutagenic effect, including human cell-based genotoxicity assays (Hastwell 2009), bacterial mutagenicity assays (De Flora 1981 letter/De Flora 1983; Okumura 1984; Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation studies in Chinese hamster ovary cells (Maura 1983; Brambilla 1985), and an unscheduled DNA synthesis assay in rabbit gastric mucosa cells (Fryklund 1992). One study by Martelli et al. evaluated unscheduled DNA synthesis (UDS) in rat liver cell cultures and reported "[r]anitidine (3.3 mM) by itself was weakly positive only in one experiment" out of three experiments (Martelli 1983). The authors acknowledged there was substantial variability in results between experiments for all tested treatments and that this is often observed with this UDS test, which is a limitation of the assay. This highlights the importance of replication and that results must be considered in totality. In addition, the ranitidine concentration used (3.3 mM) was approximately 2,000-fold greater than the maximum blood concentration (0.0017 mM) obtained after a ranitidine 150 mg dose (Zantac Tablets Prescribing Information 2018). Furthermore, NDMA was used as the positive control in the study and had a substantially greater effect on UDS than ranitidine alone (32.3-50.7 grains/nucleus with NDMA vs. 3.0-8.6 grains/nucleus with ranitidine). Overall, this study neither demonstrates a genotoxic effect of ranitidine nor an indication that NDMA was a substantial impurity in ranitidine.

Contains Confidential Information – Subject to Protective Order

GSK also performed several *in vivo* animal mutagenicity and genotoxicity studies. These studies administered high doses of ranitidine to animals (up to 1,000 mg/kg) and subsequently performed genotoxicity assays in certain organ systems following treatment. No evidence of genotoxicity of ranitidine was found in an *in vivo* dominant lethal assay in male rats (GSK Report PATH/79/229), a bacterial mutagenicity assay (Ames test) of mouse urine (GSK Report PATH/80/240), a cytogenetic study in mouse spermatogonial cells (GSK Report WPT/83/037), a micronucleus test in mouse bone marrow cells (GSK Report WPT/83/056), an unscheduled DNA synthesis assay in rat gastric mucosa cells (GSK Report WPT/90/079 (Burlinson 1990)), or a sex-linked recessive lethal study in fruit flies (GSK Report WPT/86/029). Several other *in vivo* studies in mice and rats also demonstrated no genotoxic effect of ranitidine at high doses, including sister chromatid exchange (Brambilla 1983) and micronucleus tests (Okumura 1984) in mouse bone marrow cells and DNA fragmentation studies in rat liver and gastric mucosa cells (Brambilla 1983).

Three *in vivo* human studies have performed bacterial mutagenicity assays of human gastric juice or urine following ranitidine ingestion and have reported no mutagenic effect (GSK Report PATH/80/235; De Flora 1983; O'Connor 1987). In a study conducted by GSK, bacterial mutagenicity assays of gastric juice samples were negative following administration of ranitidine 150 mg to two healthy volunteers (GSK Report PATH/80/235). Urine samples from one of the volunteers was also assayed and showed no mutagenicity. De Flora et al. collected fasting human gastric juice samples from four individuals two hours after ingestion of ranitidine 150 mg tablets and from four untreated individuals (De Flora 1983). The Ames test was conducted using six *S. typhimurium* strains (TA97, TA98, TA100, TA1535, TA1537, and TA1538), with and without S9 mix, and "[g]astric juice samples from fasting individuals treated with ranitidine were devoid of

Contains Confidential Information – Subject to Protective Order

mutagenic activity." O'Connor et al. assessed mutagenicity in fasting gastric juice samples of 18 peptic ulcer patients before and during the final week of treatment with ranitidine 150 mg twice daily (n=10) or cimetidine 400 mg twice daily (n=8) (O'Connor 1987). Individuals were treated for an average of 8 weeks (range: 4-20 weeks) and mutagenicity was assessed using a modified fluctuation test (*S. typhimurium* strains TA98 and TA100) that incorporated stringent experimental procedures. "No significant change was detected in the mutagenic activity of fasting gastric juice following treatment for peptic ulceration with either cimetidine or ranitidine." The authors concluded: "These results provide no evidence that increased intragastric levels of genotoxic chemicals, such as N-nitroso compounds, occur during H2-receptor antagonist therapy." The advantage of the human studies is that they represent realistic conditions following therapeutic doses.

In conclusion, the mutagenicity testing on ranitidine has been extensive and the results do <u>not</u> support a mutagenic effect of ranitidine. Furthermore, because these findings demonstrate that ranitidine was not mutagenic, the studies would not have generated any signal that a mutagenic impurity, including NDMA, was present.

### ii.    Ranitidine + Nitrite

In addition to mutagenicity testing of ranitidine alone, several studies have evaluated the mutagenicity of ranitidine in the presence of nitrite. As part of the initial NDA, GSK evaluated the mutagenicity of ranitidine 10 mM incubated with nitrite 0.15-40 mM in acidic conditions (6% acetic acid, pH 2.6) under WHO Nitrosation Assay Procedure (NAP) standard (nitrite 40 mM) and modified (nitrite 0.15, 1.5, 7.5, and 15 mM) conditions (GSK Study D164 (Brittain 1981)). The WHO recognized that the nitrite levels used in the standard assay (40 mM) were in substantial excess of physiological gastric levels, and the lowest nitrite levels tested by GSK (0.15 mM)

Contains Confidential Information – Subject to Protective Order

represented the upper end of nitrite levels in the stomach after a nitrite rich meal (*vide supra*). The reaction solution of ranitidine 10 mM + nitrite 40 mM was not mutagenic in the Ames test in *S. typhimurium* TA1537 or *E. coli* WP67 and WP2 uvrA. In *S. typhimurium* TA1535 (the most sensitive strain to *N*-nitroso compounds), ranitidine 10 mM + nitrite 40 mM elicited a positive mutagenic response, both in the presence and absence of metabolic activation, at a reaction time of 1 hour, but not 4 hours. Furthermore, there was no mutagenicity observed at lower nitrite concentrations of 0.15-15 mM. When incubated in human gastric juice instead of 6% acetic acid, no mutagenicity was observed until both the ranitidine and nitrite concentrations were increased to 40 mM (GSK Report PATH/80/235).

Based on the results, GSK performed evaluations of the chemical reaction between ranitidine and nitrous acid in weakly acidic conditions and confirmed the chemical structures using X-ray crystallography and thin layer chromatography (GSK Study D164, BIO/80/11, & CR/368/81). At lower nitrous acid concentrations ($\leq$1 molar equivalent), the reaction yielded an unstable nitrolic acid derivative (Fig. 49), which further decomposed to yield a basic furfuryl alcohol and a dihydrothiazine derivative. At excess nitrous acid concentrations, the reaction further yielded a *N*-nitroso nitrolic acid derivative, which was unstable except in the presence of excess nitrous acid and rapidly reverted back to the nitrolic acid. These four products of ranitidine nitrosation were then specially prepared in the laboratory and assayed for mutagenic activity by the Ames test in *S. typhimurium* TA1535 and TA1537. The only mutagenic product was the *N*-nitroso nitrolic acid derivative in *S. typhimurium* TA1535, which was mutagenic without metabolic activation at concentrations of 0.03-0.72 mg/plate but not at lower concentrations of 0.001-0.009 mg/plate.

Contains Confidential Information – Subject to Protective Order

Fig. 49. The reaction between ranitidine and nitrous acid (GSK Study D164; Brittain 1981).

NDMA was not identified as a nitrosation product in these studies. Even if NDMA had formed and was not detected, the positive results could not be contributed to NDMA because mutagenicity was observed in the absence of metabolic activation and further "metabolic activation with liver microsomal enzymes does not affect the result." Under standard WHO NAP conditions (ranitidine 10 mM + nitrite 40 mM for 1 hour) in *S. typhimurium* TA1535, there were 108 revertants (mutations)/plate without S9 mix and 79 revertants/plate with S9 mix (compared to the control of 19.7-23.3 revertants/plate), demonstrating the lack of an added effect of the liver enzymes (GSK Study D164). As described above, mutagenicity from NDMA is only observed in the presence of liver microsomal enzymes (e.g., S9 mix).

Contains Confidential Information – Subject to Protective Order

GSK concluded that the mutagenicity observed from the reaction of ranitidine 10 mM and excess nitrite 40 mM was attributable to the *N*-nitroso nitrolic acid derivative, which "cannot be formed under any probable physiological conditions" and therefore, "there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach." FDA's Summary Basis of Approval for ranitidine similarly states: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the in vitro nitrosation of ranitidine to a mutagenic nitrosamine does not seem to have practical clinical significance…. The reaction mixture was not mutagenic in *S. typhimurium* TA 1535 when the concentration of sodium nitrite was 15 mM or less… The concentration of 15 mM of sodium nitrite is 50 times the concentration achieved in the human stomach after ingestion of a dose of sodium nitrite six times the avg. daily consumption" (0.3 mM) (FDA Summary Basis of Approval for Zantac NDA 18-703). Overall, although this mutagenic nitrosated product of ranitidine was observed in laboratory settings, the FDA approved ranitidine, acknowledging the nitrite levels needed to generate this product were unrealistically large and clinically insignificant. As described in earlier sections of this report, this can be understood in the context of the two main features of toxicology: (i) hazard identification and (ii) risk characterization (section IV.A).

Several independent investigators have also evaluated the mutagenicity or genotoxicity of ranitidine combined with nitrite. De Flora et al. reported that mixing a high concentration of nitrite with ranitidine (or cimetidine) formed products, possibly *N*-nitrosamines, that produce mutations in the Ames test in some (but not all) *S. typhimurium* and *E. coli* bacterial tester strains (De Flora

Contains Confidential Information – Subject to Protective Order

1981 letter/De Flora 1983). Although the reaction products were not identified, the production of the mutations in the bacterial system did not require the addition of cytochrome P450 enzymes (e.g., liver S9 fraction), which is required if NDMA were the chemical causing the mutations. The authors discuss their results being inconsistent with the effect of NDMA, stating: "[p]reincubation with bacteria and S-9 mix, which is necessary for demonstrating the mutagenicity of dimethylnitrosamine [NDMA] did not influence the metabolic effects described" (De Flora 1981).

Brittain et al. responded, pointing out that the nitrite level used by De Flora (1981) "of 71 mmol/l [mM] is about 20,000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meal" (Brittain 1981). In the fully published study, De Flora et al. "agree[d] about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug" (De Flora 1983). They reported the "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine," but in the human stomach after a therapeutic dose of ranitidine and a nitrite rich meal, the molar concentration of nitrite ($\leq 0.3$ mM) would not be expected to exceed the ranitidine concentration (~ 1 mM). The authors also found their findings to be consistent with the presence of the *N*-nitroso nitrolic acid derivative (Fig. 49), shown only to exist following treatment of ranitidine with excess nitrous acid under non-physiological conditions. The De Flora studies on ranitidine also showed mutagenic effects from the reaction of cimetidine and famotidine with nitrite, further illustrating that NDMA was not the predicted product since the chemical structures of cimetidine and famotidine are different from ranitidine (Fig. 17, section V.A.) (De Flora 1981 letter; De Flora 1983; De Flora 1986).

As described above, the De Flora (1983) study also performed mutagenicity assays on samples of fasting gastric juice following ingestion of ranitidine 150 mg tablets in humans. The

Contains Confidential Information – Subject to Protective Order

authors reported: "Gastric juice samples from fasting individuals treated with ranitidine were devoid of mutagenic activity, and the addition of nitrite to these samples was also without a reproducible effect." On the other hand, nitrite itself in human gastric juice was found to be mutagenic in certain bacterial strains (*S. typhimurium* TA1537 and TA97) irrespective of ranitidine treatment, which has also been shown in other studies (Gatehouse 1982). This adds another layer of complexity to these studies because not only does the mutagenic effect of nitrite need to be isolated from that of the drug with nitrite, but also "the resulting risk should be related to the normal background of nitrosated compounds in the gastric environment, since potentially nitrosatable compounds are ubiquitous in the diet" (De Flora 1983).

Several other published studies on ranitidine combined with nitrite have reported mutagenic or genotoxic effects at supraphysiological nitrite concentrations, including *in vitro* bacterial mutagenicity assays (Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation in Chinese hamster ovary (CHO) cells (Maura 1983; Brambilla 1985), and unscheduled DNA synthesis in rat liver cells (Martelli 1983). Similar conclusions were made in *in vivo* studies assessing DNA fragmentation in rat liver and gastric mucosa cells and sister chromatid exchange in mouse bone marrow cells (Brambilla 1983). In contrast to the Ames bacterial mutagenicity test, these other assays measure less generally applied genotoxicity endpoints.

In the *in vitro* studies, genotoxicity of nitrosated ranitidine was largely observed in the absence of metabolic activation, arguing against NDMA as the causative agent. Other than the study conducted by GSK (GSK study D164/Brittain 1981), Maura et al. was the only other study to investigate the specific nitrosated ranitidine product generated (Maura 1983). Using thin layer chromatography (TLC), the authors concluded the nitrosation product formed was likely the *N*-

Contains Confidential Information – Subject to Protective Order

nitroso nitrolic acid derivative and that there was no evidence of NDMA formation. Furthermore, they discussed "the DNA fragmentation observed cannot be attributed to DMN [another abbreviation for NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells."

In addition to a lack of a signal for endogenous NDMA formation from these studies, the positive results were dependent on certain conditions, notably an acidic environment (~pH 2-3) and an excess molar ratio of nitrite-to-ranitidine. As the mechanism of action of ranitidine depends on its ability to raise the pH of the stomach, the gastric pH is likely to be higher in treated individuals. Most importantly though, the very high nitrite levels used in these studies, as well as the excess nitrite relative to the ranitidine dose, would not be observed in the human body and therefore the results are not clinically significant. Many of the investigators concluded that the nitrite concentrations used in their studies were substantially higher than physiological levels in the human stomach (on the order of hundreds to thousands) and therefore the nitrosamine formation from ranitidine, and any related mutagenicity, should be absent under therapeutic conditions (see Appendix B) (GSK study D164/Brittain 1981; Brambilla 1983; De Flora 1983; Maura 1983; Martelli 1983; De Flora 1986; Franekic 1989). This is in agreement with my opinion, as well as that of the FDA, who recently stated: "nonclinical mutagenicity studies with ranitidine from the early 1980s had used excessive nitrite concentrations, leading to questionable clinical relevance, as commented on by the authors of those studies" (Gao 2021).

### C.   Summary on Ranitidine Preclinical Toxicology Studies

Overall, the preclinical toxicology testing on ranitidine was extensive and the evidence does not support a mutagenic or carcinogenic effect of ranitidine. Based on the recent evidence that NDMA can form from a slow degradation of the ranitidine molecule over time (King 2020), it is likely that NDMA contamination was present in at least some of the ranitidine samples used

Contains Confidential Information – Subject to Protective Order

in these studies. However, the level of NDMA was clearly too low to produce a mutagenic or carcinogenic effect, even in studies in which the animals were dosed for a lifetime with high doses of ranitidine (up to 2,000 mg/kg/day). This correlates with my opinion above that the levels of NDMA recently found in ranitidine products are orders of magnitude lower than the levels associated with liver tumors in rodents. The lack of an observed toxicological effect further adds to the existing data on why exogenous NDMA formation in ranitidine products was not reasonably foreseeable.

While a mutagenic effect was observed in genotoxicity studies on ranitidine with excess nitrite, (i) this only examines the potential endogenous formation of nitrosamines, not exogenous formation; (ii) the positive findings were largely observed in the absence of metabolic activation, implying NDMA could not be the causative agent; and (iii) the unrealistically large amount of nitrite used in these studies was substantially higher than physiological levels in the human stomach and thus not clinically relevant to therapeutic conditions. Furthermore, even if endogenous formation of NDMA were indeed occurring, the long-term animal studies using high ranitidine doses for lifetime durations demonstrate that this does not result in a carcinogenic effect.

It is worthwhile to note that no scientific or regulatory organization has evaluated and classified ranitidine as a known or probable carcinogen in any species (e.g., there is no IARC or NTP monograph on ranitidine) due to the repeated lack of mutagenic or carcinogenic effect observed since it was initially developed. It is my opinion, to a reasonably degree of scientific certainty, that the preclinical toxicology studies do not support the conclusion that clinically relevant doses of ranitidine cause mutations or cancer.

Contains Confidential Information – Subject to Protective Order

XI.     **Ranitidine and Potential Endogenous Formation of NDMA**

The potential endogenous formation of NDMA after ingestion of ranitidine has been studied in several *in vitro* and human studies. Overall, there is no reliable or consistent evidence that ranitidine can endogenously form NDMA in the human body.

A.      *In Vitro* **Studies in Acidic Solutions and Simulated Gastric Fluid**

*In vitro* studies may be used to understand the *potential* for endogenous formation of NDMA in the stomach, "however, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body" (WHO Symposium 1978). In simple terms, a test tube cannot be a substitute for the complexities of the human body. These studies often do not account for the pharmacokinetic (ADME) properties or pharmacodynamic interactions (e.g., interactions with other substances in the body that may compete, enhance, or inhibit reactions) of a chemical. They also often use non-physiological conditions, including excess drug and nitrite concentrations, excess nitrite relative to drug, and prolonged reaction times. The drug (10 mM) and nitrite (40 mM) concentrations recommended in the WHO nitrosation assay procedure (NAP) test were intentionally high in order to "provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (WHO Symposium 1978). In other words, these concentrations were not attempting to simulate realistic conditions. The concentration of a therapeutic oral dose of 150 mg of ranitidine in the stomach is approximately 1 mM when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested during fasting conditions (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985). Nitrite levels have been measured in human gastric juice and are in the range of 0.001-0.03 mM for fasting conditions and up to a maximum of 0.1-

Contains Confidential Information – Subject to Protective Order

0.3 mM following a nitrite or nitrate rich meal (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Nitrite levels following ranitidine ingestion (combined fasting/fed) have also been reported, with average concentrations of 0.003-0.03 mM and a range of <0.001-0.22 mM (Garcia del Risco 1984; Thomas 1987; Houben 1996). Therefore, the nitrite-to-ranitidine molar ratio expected in the human stomach after an oral 150 mg dose ranges from a low of 0.001 mM:10 mM in fasting conditions (i.e., 0.0001:1 or 1:10,000) to a conservative maximum of 0.3 mM:1 mM after a nitrite rich meal (i.e., 0.3:1 or 1:3). Thus, under realistic conditions, the nitrite concentrations are below the ranitidine concentrations on a molar basis and usually on the order of hundreds to thousands times lower (unlike the WHO NAP test where nitrite is 4x greater). Furthermore, the pH of the stomach increases following a meal. Thus, a nitrite or nitrate rich meal will raise the gastric pH in addition to the gastric nitrite concentration. As pH increases, the proportion of protonated nitrite ($HNO_2$) decreases, which is the nitrite species necessary for nitrosamines to form (*vide supra*) (Mirvish 1970; Mirvish 1975; Gao 2021). Simply put, a higher nitrite concentration in the setting of a higher pH does *not* mean more NDMA will form since there will be less protonated nitrite available. Lastly, the reaction times for these experiments range from 1-24 hours. Following an oral dose of ranitidine, peak blood levels occur within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Therefore, most of the ranitidine is out of the stomach within a few hours. Even if some of ranitidine is in the stomach 1-3 hours after the dose, certainly the whole dose is not there (which is what these experiments are testing) as a drug is emptied from the stomach throughout the digestive period (Gao 2021).

### i.    Tanner 1982

Contains Confidential Information – Subject to Protective Order

As part of the mutagenicity testing for the initial NDA, GSK evaluated the mutagenicity of ranitidine (10 mM) + nitrite (0.15-40 mM) in acidic conditions and found a mutagenic effect only at the highest nitrite concentrations (40 mM) (*vide supra*) (GSK Study D164; Brittain 1981). Using X-ray crystallography, they determined the nitrosation product formed at the supraphysiological nitrite levels was the *N*-nitroso nitrolic acid derivative. A later independent study by Maura et al. came to the same conclusion regarding this nitrosation product using thin layer chromatography (Maura 1983).

In a subsequent study in 1982, GSK (Glaxo at the time) conducted an *in vitro* study specifically testing whether NDMA can be formed from the reaction of ranitidine with nitrite in acidic conditions (Tanner 1982 (GSK Report WBP/82/011)). This experiment was conducted as there was published literature on the formation of NDMA under certain conditions with nitrite and other drugs containing dimethylamino groups. Ranitidine was incubated with sodium nitrite ($NaNO_2$) in 10 mL of 6% acetic acid or gastric juice for 4 hours at 37 °C. Several concentrations of ranitidine and $NaNO_2$ were tested (Table 6). Control incubations without drug were also carried out with each experiment and NDMA content was determined by gas chromatography-mass spectrometry (GC-MS). The investigators reported: "NDMA was formed in 3.1% yield, based on ranitidine hydrochloride, in the WHO NAP test, (40 mM nitrite, 10 mM ranitidine, 6% acetic acid). The yield decreased to 0.74% when the test conditions were modified by increasing the drug concentration to 40 mM. Further in vitro incubations were carried out in gastric juice at pH 3 and in 6% acetic acid. These reactions simulated the concentrations of ranitidine (1 mM) and nitrite (0.3 mM) expected in the human stomach after oral administration of 150 mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a weak signal similar to that observed from a control incubation without drug."

Contains Confidential Information – Subject to Protective Order

| Conditions | Ranitidine + Sodium Nitrite | Medium | NDMA Formation |
|---|---|---|---|
| Physiological | 1 mM + 0.3 mM | Gastric Juice (pH 3) | Similar to control |
| | 1 mM + 0.3 mM | 6% Acetic Acid | Similar to control |
| Supraphysiological | 10 mM + 40 mM | 6% Acetic Acid | 232,000 ng (3.1% yield) |
| | 40 mM + 40 mM | 6% Acetic Acid | 219,000 ng (0.74% yield) |

Table 6. *In vitro* NDMA formation from different concentrations of ranitidine and nitrite (Tanner 1982 (GSK Report WBP/82/011))

As described earlier, the WHO NAP conditions intentionally use excess levels of both drug (10 mM) and nitrite (40 mM or at least 133-fold higher than the maximum levels after a nitrite rich meal). Even under these extreme conditions, NDMA was formed at a low yield of 3.1%. When the ranitidine concentration was increased to 40 mM, decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1, the NDMA yield decreased to 0.74% (based on drug). This demonstrates that not only are excess concentrations needed for the reaction to occur, but that an excess molar ratio of nitrite-to-ranitidine is required, which is not seen in physiological conditions. Furthermore, GC-MS was used to determine NDMA concentrations, so values presented are likely overestimated and cannot be accurately relied on (FDA 10/02/19 and 04/01/20; Alshehri 2020). Most importantly, this study found no increase in NDMA formation in simulated gastric conditions using physiological levels of both drug and nitrite.

Another interesting finding in the GSK 1981 Special Report to the Medicines Division was that when 1 mM ranitidine was mixed with 0.3 mM sodium nitrite, there was a loss of nitrite, more pronounced at lower pH. At pH 3, 92% of the nitrite had disappeared after 30 minutes. Thus, ranitidine appears to react very rapidly and irreversibly with nitrous acid below pH 4. The products of the reaction were not identified in this study but are expected to be the nitrolic acid derivative, which further breaks down to the furfuryl alcohol and a dihydrothiazine derivative (Fig. 49, section X.B.), which are all non-mutagenic products. The Tanner 1982 study supports the conclusion that

Contains Confidential Information – Subject to Protective Order

NDMA is not formed at these concentrations. As pointed out in the report, this reaction might be advantageous in terms of removing nitrite from the stomach and preventing its reaction with other amines.

The non-physiological WHO NAP conditions of 10 mM ranitidine + 40 mM nitrite in 6% acetic acid used in this study were the same conditions used in the prior GSK mutagenicity study (GSK Study D164). There are a few possible explanations for why NDMA was not detected in the prior study. First, it is now well established that the use of GC-MS for determining NDMA levels from ranitidine produces artificially high levels of NDMA, so the results from the Tanner 1982 study are unlikely to be accurate representations of the true NDMA levels. Second, if NDMA was present but at low concentrations, it may not have been detected due to less sensitivity of older technologies and/or because NDMA was not specifically looked for in the prior study (i.e., the needle in the haystack issue). However, even if NDMA had formed in the prior study, it could not be the contributor of the mutagenicity observed as an effect was seen in the absence of metabolic activation, which is required for the mutagenic effect of NDMA. In the Summary Basis of Approval for Zantac, the FDA stated: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine" (FDA Summary Basis of Approval for Zantac NDA 18-703). This same unrealistically large amount of nitrite was needed for NDMA formation in the Tanner 1982 study and under realistic conditions, no NDMA was formed.

### ii.  Darkin 1982

A similar study using WHO NAP conditions was conducted by Smith Kline and French in 1982 (Darkin 1982). Different formulations of ranitidine (10 mM) were incubated with sodium

Contains Confidential Information – Subject to Protective Order

nitrite (40 mM) in an acidic solution (pH 3) at 37 °C for 1, 4, and 24 hours. The molar yield of NDMA detected from ranitidine was 1.3-1.8% at 1 hour, 2.4-2.7% at 4 hours, and 3.8-3.9% at 24 hours. NDMA was also formed under these conditions for other tertiary amine drugs tested (chlorpromazine and oxytetracycline). When the nitrite concentration was reduced to 10 mM (decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1), the NDMA molar yield from ranitidine decreased to 0.007%, 0.04%, and 0.12% at 1, 4, and 24 hours, respectively. All of the comments above about the supraphysiologic and unrealistic conditions of the WHO NAP test apply to this study as well. An incubation time of 24 hours is also unrealistic, particularly given the known pharmacokinetics of ranitidine. Lastly, NDMA was determined using gas chromatography-thermal energy analyzer (GC-TEA) analysis, so values presented for ranitidine are likely overestimated and cannot be accurately relied on since ranitidine is thermally degraded by the heat in the GC method (*vide supra*).

### iii.    Gao 2021

The FDA conducted *in vitro* simulated gastric fluid (SGF) and simulated intestinal fluid experiments to evaluate if ingestion of ranitidine forms NDMA endogenously in the stomach and intestine, respectively. The overall conclusions from the studies were released in 2019, in which the FDA reported the "results of these tests indicate that NDMA is not formed" in the stomach or small intestine (FDA 11/01/19).

The full methodology and results of the FDA study were published in a peer-reviewed journal in June 2021 (Gao 2021). Ranitidine 150 mg tablets were incubated in 50 mL or 250 mL of simulated gastric or intestinal fluid (ranitidine concentration of 9.5 mM and 1.9 mM, respectively) at a range of nitrite concentrations and pH levels for 2 hours at 37 °C. NDMA was analyzed using the FDA's validated LC-HRMS method. In the first set of experiments using

Contains Confidential Information – Subject to Protective Order

supraphysiological nitrite concentrations (10 mM), the level of NDMA formed in simulated gastric fluid decreased with increasing pH, from 11,822 ng at pH 1.2 to 222 ng at pH 5 (Fig. 50A). Even though excess nitrite was used (10 mM), no NDMA was detected in simulated intestinal fluid at a neutral pH of 6.8, which is concordant with the pH dependence of the reaction. Subsequent experiments were performed in simulated gastric fluid at pH 1.2 (the conditions associated with the highest NDMA formation) at varying physiological (0 and 0.1 mM) and supraphysiological (1, 5, and 10 mM) nitrite concentrations. NDMA was not formed until supraphysiological nitrite levels were added – e.g., when 10 mM of nitrite was added to 50 mL of simulated gastric fluid (9.5 mM ranitidine), 15,067 ng of NDMA was detected, and when 5-10 mM of nitrite was added to 250 mL of simulated gastric fluid (1.9 mM ranitidine), 7,353-23,453 ng of NDMA was detected (Fig. 50B).[24]



Fig. 50. *In vitro* NDMA formation from ranitidine with (A) supraphysiologic nitrite concentration (10 mM) and increasing pH (1.2-5.0) in 50 mL of simulated gastric fluid; and (B) pH 1.2 and increasing nitrite concentration (0-10 mM) in 50 mL or 250 mL of simulated gastric fluid (adapted from Gao 2021).

---

[24] In 50 mL of simulated gastric fluid, NDMA was detected at mean levels of 21-24 ng when 0-5 mM of nitrite was added, which was equivalent to the preformed NDMA amount present in the ranitidine tablets, thus not reflecting an additional endogenous formation. No NDMA was detected in 250 mL of simulated gastric fluid with <5 mM of nitrite. The limit of detection was 0.33 ng/mL.

Contains Confidential Information – Subject to Protective Order

Based on the known chemistry and kinetics of NDMA formation (*vide supra*), the results of this study are exactly what would be expected. Endogenous NDMA formation required a combination of all of the following factors: (i) an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine ($\geq$ 1:1), (ii) supraphysiological nitrite levels ($\geq$ 5 mM), and (iii) an acidic pH. Most importantly, this combination of factors would never occur in the human stomach. As described above, under therapeutic conditions, the nitrite concentration in the stomach is not expected to exceed the ranitidine concentration on a molar basis. One of the most notable aspects of the study was FDA's superior effort to systematically review and synthesize the data on nitrite concentrations in the stomach to establish levels that constitute physiologic and supraphysiologic levels at various pH values. Their summary included data from 26 clinical studies reporting simultaneous measurements of gastric pH and nitrite concentration from various patient populations with different disease states, receiving different medications, and tested in fasted and fed states. Many included studies were from the 1970s and 1980s and had patient populations that would be expected to have higher gastric nitrite concentrations than today since nitrite content in many foods was significantly higher then and there was a much higher rate of surgical treatment for ulcers, which resulted in higher gastric nitrite concentrations due to altered gastric anatomy and physiology.

Gao et al. (2021) concluded that the supraphysiological nitrite level (5 mM) needed to promote the reaction was at least 50-fold greater than the conservative upper bound for physiologic gastric nitrite levels (0.1 mM) at acidic pH (pH <6). However, since nitrite and pH levels directly correlate, 5 mM nitrite at pH 1.2 is more accurately at least 600-fold greater than the upper bound of physiologic gastric nitrite levels at pH <2 (<0.01 mM) (Fig. 51) (Gao 2021). Although at higher pH (expected after a meal or with ranitidine therapy) the nitrite levels may increase, they are still

Contains Confidential Information – Subject to Protective Order

at least 50-fold lower than needed to form NDMA based on experiments conducted at lower pH (Figs. 50B and 51). However, this reaction is much less favored (i.e., less NDMA is formed) at higher pH (Fig. 50A) because the percentage of total nitrite ($NO_2$) that is protonated ($HNO_2$) (i.e., the nitrite species required for nitrosation) decreases with increasing pH. In other words, even if the nitrite concentration increases in the stomach at higher pH, the concentration of protonated nitrite available may remain constant, or decrease below, the levels seen in acidic, fasting conditions (Figs. 25 (section VI.D.) and 52).



Fig. 51. Summary of nitrite concentration and pH in ranitidine simulated gastric fluid studies (Gao 2021; Zeng & Mitch 2016; Braunstein 2021) compared with clinical studies (Hall 1986; Milton-Thompson 1982; Xu & Reed 1993) (Figure adapted from Gao 2021). The light green shaded area represents the region where formation of NDMA was observed in simulated gastric fluid with supplemental nitrite across different pH values. This region is bounded at the bottom by a green dashed horizontal line, which indicates the lowest *in vitro* nitrite concentration (5 mM) with NDMA formation. The nitrite concentration needed to form NDMA is at least 50-fold greater compared to the maximum nitrite concentration found in clinical studies.
a = NDMA detected may be from background amounts in the ranitidine tablets used in the study by Braunstein et al. b = 0 mM nitrite. (Note that this plot is a logarithmic scale).

Contains Confidential Information – Subject to Protective Order



Fig. 52.  pH dependence of measured nitrite (NO$_2$) and calculated protonated nitrite (HNO$_2$) concentration from the clinical study by Xu & Reed 1993, which included 457 patients undergoing upper endoscopy for various gastrointestinal conditions. The figure shows that at pH levels of less than 5, increases in total nitrite concentration are offset by the decreased amount of nitrite that is protonated, such that protonated nitrite remains approximately constant. With pH levels greater than 5, protonated nitrite concentration decreases rapidly as pH increases. (Figure adapted from Gao 2021).

As with any *in vitro* study, there is the intrinsic limitation that the study took place in a test tube and not the human body. However, the FDA conducted the Gao 2021 study in concert with a randomized clinical trial in humans (Florian 2021, discussed below) that further supports the conclusion that ranitidine does not form NDMA endogenously in the human body. The Gao 2021 study was a very well-conducted study and the only simulated gastric fluid study on ranitidine that properly considered the simultaneous effect of pH and nitrite on NDMA formation under physiological gastric conditions. While Plaintiffs' experts criticize this study for not considering certain conditions, such as chronic use of ranitidine or a nitrite-rich meal in an obese person with a stomach volume of 2 liters, these conditions would be associated with a higher gastric pH. As

Contains Confidential Information – Subject to Protective Order

described above, it is well established that less NDMA forms at higher pH. Any theoretical arguments Plaintiffs' experts make that this study did not consider potential accelerators of nitrosation (such as thiocyanate) can similarly be made about potential inhibitors of nitrosation (such as vitamins C and E, which they selectively argue were not considered in *in vivo* studies that do not support an increase in endogenous NDMA formation). At most, the potential effect of nitrosation modulators in the human body is hypothetical since much of this evidence is from experimental studies using supraphysiological concentrations (*vide supra*). In fact, the criticism that Gao should have considered accelerators of nitrosation are undermined by Dr. Najafi's own data which show that incubation of ranitidine with thiocyanate plus physiological levels of nitrite had no effect on NDMA levels, as discussed further below.

In summary, I concur with the FDA's conclusion that "[t]he results of this *in vitro* study suggest that ranitidine does not convert to NDMA in the human stomach or small intestine under physiological conditions." Additional *in vitro* simulated gastric fluid studies on ranitidine have been conducted recently. Overall, while these studies vastly differ in methodological rigor, the results are consistent with the FDA study in that NDMA is not formed unless supraphysiological levels of nitrite are added to the simulated gastric fluid, which would not be expected under human biological conditions.

### iv.    Zeng & Mitch 2016

Zeng and Mitch performed several *in vitro* nitrosation studies on ranitidine (Zeng & Mitch 2016). In the first experiment, the authors used the same conditions as Maura 1983 – a 2:1 nitrite-to-ranitidine molar ratio, pH <1 and incubation at 37 °C – and reaction products were detected using liquid chromatography-high-resolution mass spectrometry (LC-HRMS). Note, the Maura et al. study stated the "twofold molar amount of nitrite [was] a nitrite/ranitidine ratio about 1000

Contains Confidential Information – Subject to Protective Order

times that likely to occur in gastric juice of treated humans." However, even under these extreme conditions, NDMA was not formed.

Additional experiments were conducted under simulated gastric conditions at a constant ranitidine concentration of 5 mM in 10 mL reaction volume with varying pH (2.03-5.25) and nitrite-to-ranitidine molar ratios (0-10:1 molar ratio using $NaNO_2$ concentrations of 0-50 mM). Reaction mixtures were incubated at 37 °C for 24 hours and NDMA was analyzed using gas chromatography ion trap mass spectrometry (GC-IT-MS). At a constant 5:1 nitrite-to-ranitidine molar ratio (25 mM $NaNO_2$ (a supraphysiologic nitrite concentration) and 5 mM ranitidine), NDMA formation decreased with increasing pH, particularly above pH 3.5. At a constant pH 3.01, NDMA formation increased with increasing nitrite-to-ranitidine molar ratios. Based on the figure in the study, it appears NDMA was first detected at pH 3 at a nitrite-to-ranitidine molar ratio of >1:1 or when >5 mM nitrite was incubated with 5 mM ranitidine. As described above, this is consistent with the Gao 2021 study that found an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine (≥ 1:1), supraphysiological nitrite concentrations (≥ 5 mM), and acidic pH were required for NDMA formation from ranitidine. Furthermore, the incubation period of 24 hours is completely unrealistic; not only is ranitidine not in the stomach for 24 hours, it would be completely eliminated from the entire body by 24 hours. Following an oral dose of ranitidine, peak blood levels are achieved within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). In addition, NDMA was not formed at higher gastric pH levels (pH >3.5), which often occurs following ranitidine treatment and ingestion of a meal, which is when nitrite levels would be highest.

Finally, the NDMA levels reported are very likely artificially high because GC-MS was used in the latter experiments. As will be described in more detail in section XI.C., this article was

Contains Confidential Information – Subject to Protective Order

retracted by the authors on May 4, 2021, stating: "Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable." Gas chromatography was also used in the *in vitro* SGF experiment and the authors discussed in an internal communication that "the acid-nitrite tests might have been influenced in terms of NDMA yields if measured by GC/MS" (Email from Dr. Mitch to Dr. Zeng 10/26/20 [MITCH001204]). I agree that, on top of the unrealistic nitrite levels used, the use of GC methods may have further overestimated the reported NDMA levels. Overall, the Zeng & Mitch 2016 *in vitro* experiments do not provide any reliable evidence that NDMA forms in the human stomach following ranitidine ingestion. Furthermore, since the entire publication was retracted, none of the experiments conducted can be considered valid or reliable.

> **v.     Valisure**

In the 2019 Valisure Citizen Petition, Valisure conducted simulated gastric and intestinal fluid studies using their low temperature (37 °C) GC-MS methodology (Valisure Citizen Petition 2019). Ranitidine 150 mg tablets were incubated in 100 mL reaction volumes (ranitidine concentration of 4.8 mM) for 1 hour. No NDMA was detected when a 150 mg ranitidine tablet was incubated in simulated intestinal fluid, simulated gastric fluid, or simulated gastric fluid + 10 mM $NaNO_2$. Following incubation in simulated gastric fluid with 25 mM $NaNO_2$ and 50 mM $NaNO_2$, 23,600 ng and 304,500 ng of NDMA was formed, respectively. However, these nitrite levels are on the order of hundreds to thousands times higher than the amount of nitrite found in the human stomach (0.001-0.3 mM).

Contains Confidential Information – Subject to Protective Order

In 2021, Valisure and some researchers from Memorial Sloan Kettering performed additional simulated gastric fluid studies on ranitidine using LC-HRMS. Some of the results were published in a *JAMA Network Open* research letter, and additional results were made available on the medRxiv preprint server[25] (Braunstein 2021 *JAMA Network Open* letter; Braunstein 2021 medRxiv preprint manuscript). In the published letter, ranitidine 150 mg tablets were incubated in 100 mL (4.8 mM ranitidine) of simulated gastric fluid at 37 °C for 2 hours at varying nitrite concentrations (1-50 mM) and pH (1.2-5.5). NDMA formation increased with increasing nitrite levels and decreasing pH (Fig. 53). At 50 mM $NaNO_2$, maximum NDMA levels of 612,000 ng were formed at pH 2.5 and decreased to 3,310 ng at pH 5.5. At a constant pH of 2.5, NDMA levels increased from 947 ng at 1 mM $NaNO_2$ to 320,000 ng at 50 mM. In the Braunstein et al. medRxiv manuscript, additional experiments were performed at a constant pH of 1.2 and varying nitrite concentrations, which generated less NDMA than the experiment at pH 2.5, and at a constant pH of 2.5 with varying nitrite concentrations and incubation times (1-4 hours), which showed more NDMA with increasing time.



Fig. 53. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying (A) sodium nitrite concentrations of 1-50 mM (at pH 2.5) and (B) pH levels of 1.2-5.5 (at 50 mM $NaNO_2$) (Figure from Braunstein 2021 *JAMA Network Open* letter).

---

[25] medRxiv preprints are preliminary manuscripts that have not been evaluated by peer review.

Contains Confidential Information – Subject to Protective Order

Notably, unlike the other studies discussed so far, the Braunstein articles did not report any experiments at physiological nitrite concentrations ($\leq$ 0.3 mM) despite claiming in their title the study used "physiologic conditions" (without providing a single reference for support). The FDA shared this same concern, stating: "None of the experiments in the study by Braunstein et al included physiological conditions" (Gao 2021). Even the lowest nitrite concentration of 1 mM was still 65-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (the only pH tested using 1 mM nitrite) (Fig. 51) (Gao 2021). Furthermore, as the pH increased over 2.5, which often occurs with ranitidine treatment, NDMA levels decreased.

However, early drafts of the Braunstein letter produced in this litigation show that 1 mM nitrite was not the lowest nitrite concentration tested (VAL-BI 00025-00039). The authors also ran experiments using 0, 0.005, 0.01, 0.025, 0.05, 0.25, and 0.5 mM nitrite, and many of these concentrations fall in the physiological range. These data show that the average amount of NDMA detected was approximately the same (~1000 ng) for the nine nitrite concentrations tested between 0-2.5 mM nitrite and that the NDMA levels did not increase until 5 mM of nitrite was added. As shown in Figure 54, when all the data is plotted using the same logarithmic scale utilized in Braunstein 2021 (Fig. 53A), a different picture emerges. This data demonstrates that the constant level of NDMA detected at 0-2.5 mM nitrite represents the background exogenous levels in the tablet and not additional endogenous formation, a fact that was predicted by the FDA (Gao 2021) and now confirmed.[26] Thus, NDMA was not formed until approximately 5 mM of nitrite was

---

[26] Additional raw data from this experiment produced in this litigation show that the exogenous levels in the Zantac Cool Mint tablets used in this experiment ranged from 1809-2608 ng (n=5), with a mean of 2079 ng (VAL-BI 00310). Based on a comparison between this document and the draft/final Braunstein 2021 *JAMA Network Open* paper, it appears the authors subtracted the mean exogenous levels from the simulated gastric fluid data, which is consistent with the methods they used in the medRxiv paper. However, the mean value does not take into consideration the large variability observed over the 5 samples tested (1809-2608 ng) and explains the ~1000 ng background exogenous levels observed in the experiments using 0-2.5 mM nitrite. This was noted in the medRxiv paper, but not the *JAMA Network*

Contains Confidential Information – Subject to Protective Order

added to the incubation, which is consistent with the FDA experiment (Gao 2021). A nitrite concentration of 5 mM is over 300-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (Gao 2021). The omission of this data from the publication and to the public is scientifically misleading and changes the interpretation of the findings.



Fig. 54. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying sodium nitrite concentrations of 0-50 mM (at pH 2.5) (Figure created from Table 1.B. in VAL-BI 00025-00039).

### vi.   Emery Pharma

Emery Pharma has conducted several simulated gastric fluid studies and WHO NAP tests on ranitidine. None of the results of these experiments are peer-reviewed; some of the results are publicly available as presentations, some are in a draft manuscript produced in this litigation, and some were newly presented in the report of Plaintiffs' expert Dr. Najafi (Emery Pharma's CEO).

---

*Open* paper, in which the authors stated due to high background NDMA levels in the Cool Mint (CM) tablets, "conditions resulting in relatively low NDMA formation in CM tablets display considerable quantification variability."

Contains Confidential Information – Subject to Protective Order

In publicly available presentations and a draft manuscript produced in this litigation, Emery Pharma presented the results of a simulated gastric fluid study on ranitidine (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021 [MITCH000424-447]). Ranitidine was incubated at 37 °C for 2 hours and NDMA levels were measured using ultra-high performance liquid chromatography-triple quadruple mass spectrometry (UHPLC-QqQ-MS). When ranitidine was incubated in water, 123 ng of NDMA/150 mg tablet (0.82 ng/mg) was detected, which represents the preformed NDMA levels in the tablet. When ranitidine was incubated in simulated gastric fluid without nitrite at pH 1.2, the amount of NDMA was similar (135 ng/tablet), indicating no additional NDMA formation in standard simulated gastric fluid conditions. However, NDMA levels increased to 602 ng/tablet (4 ng/mg or 479 ng/tablet formed when subtracting the preformed levels) when incubated in SGF + 50 mM $NaNO_2$, which is an exceptionally unrealistic nitrite concentration. Additional simulated gastric fluid experiments were conducted by Emery Pharma on other medications in this study (Emery Pharma Draft Manuscript 2021 [MITCH000424-447]). NDMA levels were detected in cimetidine incubated in both water and SGF + 50 mM $NaNO_2$ (similar amounts in each), and levels were notably higher than ranitidine at approximately 12 ng/mg or 9,600 ng/day for an 800 mg daily cimetidine dose. NDMA was also detected in several drugs with terminal dimethylamino groups under SGF + 50 mM $NaNO_2$ conditions only, including metformin (34.6 ng/mg), chlorpheniramine (1.6 ng/mg), venlafaxine (1.2 ng/mg), diphenhydramine (0.3 ng/mg), doxylamine (15.8 ng/mg), and doxepin (8.1 ng/mg). Again, many of these values were higher than observed for ranitidine, including metformin at 69,200 ng/day for a 2000 mg daily dose.

Results from additional studies conducted by Emery Pharma are presented in Dr. Najafi's expert report. As an overall comment, necessary information on methods and validation were

Contains Confidential Information – Subject to Protective Order

missing from his report for many of these experiments. Furthermore, not all of the results were included for all experiments. The lack of this information made interpreting these studies difficult, if not impossible. Following the submission of Dr. Najafi's report, subsequent files were produced in a rolling manner in relation to his report that had additional results for some experiments discussed in his report, as well as results for experiments not discussed in this report. Since these materials were provided to me shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials. As described above (section VIII.B.), there is still vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. As will be discussed below, the overall lack of accepted scientific methodology, as well as the inconsistences in these documents, have provided overwhelming evidence of the unreliability of Emery Pharma/Dr. Najafi's data.

Dr. Najafi's report describes a WHO NAP test conducted by Emery Pharma that incubated a 10 mM concentration of ranitidine with 40 mM nitrite in acidic conditions (pH 3-4) at 37 °C for 1 and 4 hours. The molar yield of NDMA detected from ranitidine was 1.4-1.6% at 1 hour and 3.4-3.8% at 4 hours. Emery Pharma chose to do this experiment on ranitidine drug substance, rather than finished drug product, which was an unusual choice because the WHO NAP test relates to the potential for endogenous formation in the stomach; a patient never ingests unformulated drug substance. Given that peak blood levels occur approximately 1-3 hours after oral administration of a ranitidine tablet (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984), the 4 hour incubation time in this experiment is even more unrealistic with drug substances that would dissolve in an acidic solution more quickly than a tablet. In addition, at least one of the samples was expired. Irrespective, the results from this experiment were similar to the prior WHO

Contains Confidential Information – Subject to Protective Order

NAP tests on ranitidine (Tanner 1982; Darkin 1982). As described above, the WHO NAP test was never intended to represent realistic conditions and the 40 mM nitrite concentration is extremely high and clinically irrelevant. Furthermore, it appears Emery Pharma ran additional experiments at lower concentrations – 1 mM ranitidine and 0.3 mM nitrite – similar to the Tanner 1982 study in order to simulate conditions closer to physiologic. This resulted in much lower molar yields: 0.02-0.04% at 1 hour and 0.09-0.10% at 4 hours. However, Dr. Najafi not only failed to report the results of this experiment in his expert report, but he also failed to mention that he even conducted it. Despite these much lower yields, many of the units of concentrations in this produced document are inconsistent, thus making it impossible to verify the actual NDMA levels found.[27]

As described in Dr. Najafi's expert report, Emery Pharma also conducted additional simulated gastric fluid studies that differ from the ones they presented publicly. In "initial SGF trials," they incubated ranitidine 150 mg tablets in SGF at various pH (1.2, 1.5, 2.0, 2.5, 3.0, 3.5, 4.5, and 5.5) and nitrite concentrations (0.001, 0.01, 0.05, 0.1, 0.3, 0.75, 1, 5, 10, 25, and 50 mM). Ranitidine pills were crushed to a powder prior to incubation. This does not "simulate" ingestion of ranitidine since tablets are swallowed whole and dissolve when they reach the stomach. Other SGF studies, including the FDA study (Gao 2021), place intact tablets directly into the SGF solution. Incubation time, number of samples, reaction volumes, baseline NDMA levels in the tablets, and expiration dates were not reported. Emery Pharma reported increasing NDMA levels with increasing nitrite concentrations and decreasing pH, with maximum NDMA formation at 50 mM nitrite and pH 2-2.5. Notably, Dr. Najafi only provided results for nitrite concentrations of 0.3, 0.75, 1, 5, 10, 25, and 50 mM, which largely represents supraphysiologic nitrite concentrations. While it was not clear why results were not presented, or even mentioned, for

---

[27] Najafi file titled "Data_Compiled_Tanner and NAP."

Contains Confidential Information – Subject to Protective Order

physiologic nitrite concentrations of 0.001, 0.01, 0.05, and 0.1 mM in Dr. Najafi's report, the additional produced files reported that NDMA levels were below the limit of detection (LOD) for these physiologic nitrite concentrations.[28] It is completely inappropriate to not present these findings, particularly since they are the most relevant to physiologic conditions. For the results reported in Dr. Najafi's report, there were no error bars on the figures so it is unclear if any of these experiments were replicated (and based on the produced documents, they do not appear to be replicated). Additionally, the NDMA levels were low for nitrite concentrations of 0.3, 0.75, and 1 mM and it would have been vital to know the baseline levels for those experiments to distinguish between exogenous and endogenous formation. Additional SGF experiments that were produced, but the complete results for which are not reported by Dr. Najafi in his expert report, included SGF experiments simulating those conducted by Gao et al. (2021) using 50 and 250 mL reaction volumes and 0, 0.1, 1, 5, and 10 mM nitrite concentrations. In these experiments, there was no appreciable increase in NDMA when incubated with physiologic nitrite concentrations at all time points.[29]

In subsequent SGF testing on ranitidine tablets, Emery Pharma used pH 2.5 with varying incubation times (0, 2, 4, and 8 hours) and nitrite concentrations (0, 0.05, 0.1, 0.5, 1, 5, and 25 mM). In Dr. Najafi's report, he reports more NDMA formation with 0 mM nitrite than 0.05 and 0.1 mM nitrite. This result does not make sense from a chemical standpoint and calls into question the methodology of the experiment. Further, this is inconsistent with Emery Pharma's prior SGF experiments with ranitidine in which no NDMA formed in SGF without nitrite (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021), as well as experiments

---

[28] Najafi file titled "Data-SGF_pH_nitritetesting." Although the LOD is not defined, it appears to be a level < 45 ng/tablet based on the lowest reported level in that file.
[29] Najafi files titled "Development_Gao_50mL_250mL" and "Notebook No. 078-RC."

Contains Confidential Information – Subject to Protective Order

by other researchers (Gao 2021; Braunstein 2021). For the physiologic nitrite concentrations (0, 0.05, and 0.1 mM) at 2 hours (the most representative incubation time considering ranitidine's pharmacokinetic properties), the NDMA levels did not increase more than 35 ng over baseline levels, which likely represents quantification variability rather than a true increase. Finally, comparison of the average levels reported in Dr. Najafi's report to a produced document (which appears to correlate to this experiment) shows different results for many of the timepoints.[30] Thus, this experiment is completely unreliable and does not provide evidence of endogenous NDMA formation under physiologic conditions.

To investigate the role of potassium thiocyanate, a potential catalyst of nitrosation, Emery Pharma conducted experiments with 10 mM ranitidine HCl drug substance in 6% acetic acid (pH 3.5) with varying concentrations of nitrite (0.1 and 1 mM) and potassium thiocyanate (0, 0.5, and 1 mM). NDMA levels were analyzed at timepoints 0, 0.5, 1, 1.5, 2, and 3 hours. At supraphysiologic nitrite concentrations of 1 mM, NDMA formed only at one timepoint (1.5 hours) and only in the presence of potassium thiocyanate. However, there was no NDMA formation at physiologic nitrite concentrations of 0.1 mM, irrespective of the addition of potassium thiocyanate. These experiments demonstrate that modulation of nitrosation reactions (e.g., acceleration or inhibition) often occurs only at concentrations that are clinically irrelevant to the human body.

Emery Pharma also conducted an SGF study where they added single servings of pulverized, cooked store-bought meats containing different levels of nitrite—sausage, ham, bacon, and hot dogs—to SGF before or after addition of crushed ranitidine 150 mg tablets. Although Dr. Najafi's report states "one serving size of each food item was used," based on additionally

---

[30] Najafi file titled "Development-SGF_nitriteupto25000uM_8hours." Using 0 µM nitrite as an example, the produced file shows that the NDMA results for the 4 timepoints was 37.8 ng, 74.0 ng, 182.0 ng, and 515.1 ng, while Figure R in Dr. Najafi's report shows that the NDMA results for the 4 timepoints was 11.1 ng, 10.6 ng, 182.0 ng, and 515.1 ng. Thus, only the last two values are the same. There were similar discrepancies for other nitrite concentrations.

Contains Confidential Information – Subject to Protective Order

produced files, it appears more than one serving was used for all experiments except for ham.[31] "A reaction volume of 250 mL was used to mimic fed conditions in Gao et al."; notably, Dr. Najafi ignored his own criticism that "Gao et al. carefully avoided any discussion of stomach conditions… [in] obese individuals with a larger stomach capacity." The detection limit reported was not very sensitive, i.e., 2.5 ng/mL; thus, only NDMA levels of $\geq$ 625 ng could be detected in the 250 mL volume. The SGF testing conditions included 37 °C and pH 1.2 and NDMA levels were measured at various timepoints over 4 hours.[32] For each of the four meats, there were five reported experiments: (1) Zantac, then meat 30 minutes later; (2) meat, then Zantac 30 minutes later; (3) Zantac alone (control); (4) meat alone (control); and (5) meat + 500 ng/mL of spiked NDMA (control "for assessing NDMA recovery and stability in the complex meat matrix").

NDMA was detected from the mixture of meat + Zantac and there was no appreciable difference in NDMA levels due to the order of addition (meat then Zantac, or Zantac then meat). In the meat + Zantac mixtures, NDMA was not detected until 1.5 to 2.5 hours after incubation (depending on the specific meat product) and generally increased over time. Detected NDMA levels in 250 mL of SGF from the mixture of meat + Zantac mixtures ranged from 6,850 ng at 2 hours to 17,525 ng at 4 hours for sausage, 5,375 ng at 1.5 hours to 78,500 ng at 4 hours for ham, 6,725 ng at 2 hours to 10,750 ng at 4 hours for bacon, and 725 ng at 4 hours to 1,000 ng at 2.5 hours for hot dogs. NDMA levels were reported to be less than the LOD in experiments on meat alone or Zantac alone.

Overall, this study yielded results that are not informative with respect to the question of whether ranitidine will form NDMA in the human stomach when ingested with food. The methods

---

[31] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."
[32] The above referenced files show that the pH in these experiments remained between 1.2-1.4 throughout the 4-hour experiment.

Contains Confidential Information – Subject to Protective Order

used in Emery Pharma's SGF food study have not been validated by Emery Pharma or other researchers. Dr. Najafi describes that "each meat item was pulverized to mimic how the food would present in the stomach if chewed," which fails to account for the much more complex process of human digestion. There are accepted models for *in vitro* simulation of gastrointestinal food digestion, as outlined in standardized protocols written through international consensus, and it entails subjecting food to specific physical and chemical conditions meant to simulate the oral milieu, prior to adding food to SGF and specific conditions meant to mimic the gastric milieu (Brodkorb 2019; Mulet-Cabero 2020). Emery Pharma did not adhere to these generally agreed upon methods to simulate human digestion of foods. For example, food encounters different digestive enzymes (not pepsin only) and different pH conditions (not pH 1.2 only) in the mouth and the stomach. Food also gradually enters and empties from the stomach, and the gastric pH gradually changes over that time. There are numerous models available – static, semi-dynamic, and dynamic – with the dynamic models providing the most physiologically relevant conditions. Furthermore, there are published studies of an *in vitro* dynamic GI model specifically for determining intragastric formation of NDMA from food (Krul 2004). The Krul et al. (2004) study demonstrates the very complex formation of NDMA from food in the stomach and how different conditions yield different results. The authors importantly recognized that the pH in the stomach changes with food and started the experiments in the gastric compartment at pH 6.8 to simulate conditions immediately after ingestion of food. Over a three-hour period, they gradually decreased the pH and found that more NDMA formed when gastric pH rapidly decreased rather than slowly decreased. Not surprisingly, most of the NDMA only formed in the Krul study when gastric conditions were acidic (pH < 3). Since the stomach continuously empties and oral ranitidine reaches peak blood levels 1-3 hours after administration, neither the entirety of ranitidine nor food

Contains Confidential Information – Subject to Protective Order

would remain in the stomach for 4 hours. In summary, adding crushed ranitidine tablets and pulverized meat products to simulated gastric fluid in a test tube for 4 hours at pH 1.2 does not even come close to simulating the digestion of food and its interaction with ranitidine in the stomach.

There are a number of additional issues related to the methodology, findings, and interpretation of this Emery Pharma SGF study. The method of cooking was not reported; this is noteworthy because the method of cooking (and temperature) affect levels of NDMA detected in the meats (Li 2012). Additionally, it was not reported if any of the meats were seasoned, although produced documents show they were conducting experiments on "Prague salt" (a salt used in curing meats that is a rich source of nitrite), which increased NDMA levels.[33] Nitrite levels were measured from meat "following methods published by Hu, J. et al." In this reference, Hu and colleagues (2021) determined nitrite from pharmaceuticals, not in meat or any other kinds of foods. It was inappropriate for Emery Pharma to apply Hu and colleagues' method for nitrite determination in pharmaceuticals for nitrite determination in meats. Additionally, Dr. Najafi did not provide any evidence that they validated this method for meat products. An improper assay of nitrite levels could explain why they found that NDMA formation did not completely correlate with nitrite concentrations, which is known to occur. Furthermore, using their nitrite determination and the serving size of each type of meat, Dr. Najafi calculated the nitrite concentration in 250 mL of SGF. However, as demonstrated in Table 7 below, his calculations are incorrect by several orders of magnitude.

---

[33] Najafi file titled "Development-SGF_Prague Salt_Arugula."

Contains Confidential Information – Subject to Protective Order

| Food Product | Food Serving Size (g) | Emery Pharma Nitrite Determination (µg nitrite/g meat) | Emery Pharma Calculation of Nitrite Concentration in SGF (mM) | My Calculation of Nitrite Concentration in SGF (mM)[34] |
|---|---|---|---|---|
| Sausage | 46 [90] | 9.8 | 19.1 | 0.039 [0.077] |
| Ham | 84 | 46.1 | 84.1 | 0.336 |
| Bacon | 13 [28] | 12.2 | 7.4 | 0.014 [0.030] |
| Hot Dog | 50 [100] | 14.7 | 32 | 0.064 [0.128] |

Table 7. Baseline nitrite levels obtained for meat products used in SGF experiments by Emery Pharma. The values are from Table GG in Dr. Najafi's Expert Report, with the exception of (i) the bracketed values which are from the produced files and show a different serving size[35], and (ii) the blue shaded column which are my own calculations.

Dr. Najafi uses his incorrect calculations to conclude: "Considering a 250 mL reaction volume, these equate to 7,400 µM [7.4 mM] (bacon) – 84,100 µM [84.1 mM] (ham) nitrite in SGF, which is plausibly expected in real human stomach after intake of these meat product. Thus, Gao et al.'s suggestion that 1000 µM [1 mM] nitrite should be the absolute upper limit for physiological consideration is extremely conservative. Taken together, the results presented indicate that the interaction of ranitidine with a complex food matrix may not be adequately explained by simple variations of nitrite levels, as is the central premise in Gao et al. It is important to consider real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach." These conclusions are very mistaken. First, Gao 2021 recommended 0.1 mM, not 1 mM, as the upper limit for physiological gastric nitrite, based on their comprehensive review of the relevant scientific literature. Their "central premise" was also not nitrite levels alone; Gao et al. importantly considered the simultaneous effect of nitrite and pH,

---

[34] Using ham as an example, Dr. Najafi provides a ham serving size of 84 g and the Emery Pharma nitrite determination of 46.1 µg nitrite/g of ham. The molecular weight of nitrite is 46 g/mol (or µg/µmol). 84 g ham × 46.1 µg nitrite/g ham × 1 µmol/46 µg = 84 µmol nitrite in 250 mL of SGF = 336 µmol/L (µM) = 0.336 mM. The difference between my calculations and Dr. Najafi's are by a factor of 250 (using the values in the brackets), meaning his calculations appear to be derived using a 1 mL volume instead of a 250 mL volume. However, nowhere does it state a 1 mL volume was used for this calculation. In contrast, the expert report states in multiple places that the SGF experiment used a 250 mL reaction volume and as noted in the quotation below the table, Dr. Najafi specifically applies these nitrite concentrations incorrectly to the 250 mL volume.
[35] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."

which was not considered in the studies by Emery Pharma. Second, using the correct calculations, these nitrite concentrations are in line with Gao's recommendations. Furthermore, not all of the nitrite from a meal would be expected to be in the stomach all at once; it would gradually enter and empty over time. Third, the high gastric pH correlated with a meal would greatly diminish NDMA formation, however, the effect of pH was ignored in this study. Fourth, it is important to note that Dr. Najafi criticizes others for not assessing a "complex food matrix" and "real-life implication" when his own simulation assumes someone would eat *only* plain meat products with ranitidine. In fact, Dr. Najafi violates his own criticism by not testing what would occur on a more balanced human diet, including a diet with essential vitamins needed to sustain life. Thus, I completely disagree that Emery Pharma "consider[ed] real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach."

There were also several issues with their controls and the interpretation of the control data. Regarding the "meat alone" control, Emery Pharma reported that "none of the meat products evaluated inherently contained any detectable NDMA levels." To the contrary, there is vast literature on NDMA content in cured meats going back several decades; also see Table 1 (section VI.B.) in my report from the Stuff 2009a study. While this may have been a detection limit issue, not having adequate data on the controls fundamentally challenges the integrity of the study. Furthermore, additional data from produced documents show NDMA levels were detected in some meat products (e.g., ham and bacon) without ranitidine at an apparent lower limit of detection.[36] Results from the meat spiked with NDMA control showed NDMA levels were around 500 ng/mL at initial time points and decreased over time. Dr. Najafi claims "the observed instability of NDMA in meat suggests that the likely NDMA exposure to consumers is higher than what is apparent"

---

[36] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague Salt_Arugula."

Contains Confidential Information – Subject to Protective Order

from this study. However, this cannot be concluded from this experiment since a control with NDMA only (i.e., without meat) was not presented in the report. However, produced documents show that experiments on NDMA only were conducted and similarly showed NDMA levels decreased in SGF in the absence of meat indicating this was not due to the presence of meat.[37] As mechanistic support for this unfounded claim, Dr. Najafi cited a study by Beard & Swager 2021 stating "given the acidic condition, NDMA can undergo dehydration to lose a water molecule and form a highly reactive methyldiazonium salt." Not only is this possibility not even mentioned by Beard & Swager, there exists no basis for this statement from a chemical standpoint. It is simply impossible to lose water from NDMA itself, and Dr. Najafi cannot reliably provide a viable mechanism without changing the molecule first (i.e., the only oxygen atom is in the nitroso group and the only hydrogens are on the two methyl groups).

Dr. Najafi also states in his report: "Additionally, we considered several 'high-nitrate' food products, e.g., Arugula, but they did not influence NDMA formation from ranitidine. In connection with the SGF food studies, Emery Pharma also considered a possible correlation between NDMA and dimethylamine (DMA) in study samples, however, no obvious correlation was observed." Notably the data and results for these null experiments were not provided in his report. Additional experiments were conducted on smoked salmon, chicken sausage, beef sausage, and pork sausage that were not included in Dr. Najafi's report; many of these experiments reported lower NDMA levels particularly when nitrite was not added.[38]

In summary, neither the methods or results reported by Dr. Najafi for the SGF and NAP test experiments can be considered reliable or valid. Furthermore, he provides no proper validation for these experiments. In addition, researchers at Emery Pharma are the only researchers who have

---

[37] Najafi files titled "Development-SGF_NDMA_NDMAd6stability" and "Development-SGF_NDMAstability".
[38] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague_Salt_Arugula."

Contains Confidential Information – Subject to Protective Order

performed the methods outlined above for this SGF food + ranitidine study and the only researchers who have come up with such findings. Proper scientific methodology requires that these experiments undergo the necessary peer-review and publication, and thereafter they would further need to be validated, replicated, and reproduced by other laboratories and the reliable evidence across studies would have to be consistent in order for them to be considered valid, true, and generally accepted – and certainly, this has not yet occurred. Finally, Dr. Najafi describes the "nitrite levels per Emery Pharma's tests in these meat products are in line with expected levels per Florian et al." As will be discussed below, the Florian 2021 study was a randomized controlled trial (conducted by the FDA) that administered ranitidine to the test subjects in conjunction with a cured meats diet – i.e., the same type of meat products used in this experiment – and found no increase in urinary excretion or plasma NDMA levels in the individuals given ranitidine.

### vii.    Summary on *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid

In conclusion, the *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions (Fig. 51). NDMA only forms when supraphysiological concentrations of nitrite are added to the experiments (on the order of ten to thousands-fold higher). One of the fundamental principles of toxicology is the concept of dose, as discussed earlier in this report. Because a chemical reaction proceeds at a large dose, that does not mean it will occur at a lower, physiological dose at a meaningful rate, and these studies exemplify this concept. The FDA has reached a similar conclusion, cautioning: "As shown in this study and other work, because amine nitrosation reactions, which form nitrosamines, are very dependent on the chemical environment and the presence of a suitably reactive amine group, care should be taken in ascribing observed reactivity under nonphysiologic conditions as evidence for the potential of drugs such as ranitidine to form NDMA in humans…. Gillatt et al highlighted the

Contains Confidential Information – Subject to Protective Order

importance of the nitrite concentration and noted that reactivity at the higher concentration was not always predictive of nitrosamine formation at the lower concentration." (Gao 2021).

## B.      Human Gastric Juice Studies

Several studies have measured nitrosamine levels in human gastric juice after ingestion of acid suppressive agents (H2 receptor antagonists and proton pump inhibitors), including ranitidine. These studies were designed to test a specific proposed hypothesis that acid suppression (irrespective of the particular agent) would increase pH levels and enhance intragastric bacterial growth. The presence of increased nitrate-reducing bacteria, which reduce nitrate ($NO_3^-$) to nitrite ($NO_2^-$), would increase nitrite levels and theoretically increase formation of nitrosamines in the stomach if there were secondary or tertiary amine sources present from an array of exogenous and endogenous sources. However, any endogenously formed NDMA in the stomach would still largely undergo first pass metabolism in the liver, thus limiting systemic circulation of NDMA in the blood to other organs and tissues.

### i.      Garcia del Risco 1984

Garcia del Risco et al. was a randomized, crossover study of four healthy subjects that each received one day treatments of ranitidine 150 mg twice a day and placebo (Garcia del Risco 1984). Treatments were administered at 8 am and 6:30 pm with standardized meals provided during the study and gastric juice samples were collected four times over the course of a 24-hour period at 10 am, 2:30 pm, 8 pm, and 7 am the following day. Volatile nitrosamines (e.g., NDMA) were measured by gas chromatography coupled to a thermal energy analyzer detector (GC-TEA) and non-volatile nitrosamines were assayed by chemiluminescence. The authors reported a significant increase in pH and total bacteria in the stomach following ranitidine treatment, but no significant

difference in nitrate-reducing bacteria, nitrate, nitrite, or non-volatile nitrosamine concentrations. There were insignificant quantities of volatile nitrosamines detected regardless of treatment.

### ii.   Thomas 1987

Thomas et al. was a study of 15 patients with peptic ulcer that underwent five 24-hour gastric juice studies: before ranitidine treatment (R1), after 6 weeks treatment with ranitidine 150 mg twice daily (R2), after 3 months (R3) and 9-12 months (R4) treatment with ranitidine 150 mg once nightly (at 9 pm), and 1 month after stopping ranitidine treatment (R5) (Thomas 1987). A comparator group of 11 patients that previously underwent surgical treatment (truncal vagotomy) for duodenal ulcer were also evaluated. Standardized meals were provided to patients on treatment days. *N*-Nitroso compounds were measured during all studies except for study R2 and assayed by measurement of nitrogen oxide (NO) using a chemiluminescence analyzer on samples that were collected hourly between 12 pm (noon) and 9 pm. During treatment with ranitidine, there was a significant increase in gastric pH, total bacteria, nitrate-reducing bacteria, and nitrite concentrations. However, no significant increase in the median concentration of *N*-nitroso compounds (NOC) or the percent of samples with NOC concentrations > 500 nmol/L was found following ranitidine ingestion. The median NOC concentrations before, during, and after ranitidine treatment were 395, 253-330, and 247 nmol/L (nM), respectively, while the percent of samples with NOC concentrations > 500 nmol/L was 43%, 13-40%, and 35%, respectively.

With regards to the nitrogen oxide assay used in the Thomas et al. study, the authors explain: "The assays were restricted to ranitidine free samples because the presence of ranitidine in gastric juice may result in falsely high concentrations of *N*-nitroso compounds being recorded. Unlike cimetidine, the ranitidine molecule contains a C-terminal nitro group (see Fig. 17 in section V.A.) which was shown in preliminary studies to liberate nitrogen oxide under conditions of the

Contains Confidential Information – Subject to Protective Order

assay, thus responding as if it were an N-nitroso compound." Simply put, the authors appropriately tested samples that did not contain ranitidine in order to prevent falsely high levels generated as an analytical artifact. Although gastric juice samples were not collected until 15 hours after ranitidine administration, this study was designed to test the chronic bacterial formation hypothesis – i.e., that increased nitrites produced from bacteria due to higher stomach pH (which requires ranitidine to leave the stomach, enter the bloodstream, and bind to the H2 receptor) may react with amines present in the stomach to produce nitrosamines, not necessarily that they would react acutely with ranitidine in the stomach. The authors concluded that an acid tide (temporary increase in acid) at some point in each 24-hour study period prevented persistent bacterial colonization of the stomach which would be necessary for this mechanism to occur. Lastly, exclusion of these samples would not be predicted to affect the overall results, as an inverse trend was generally observed with higher NOC levels at lower pH, and earlier samples shortly after ranitidine administration would be expected to have higher pH levels.

### iii.    Houben 1996

Houben et al. was a randomized, crossover, double-blind study of 16 healthy subjects that each received two week treatments of ranitidine 300 mg twice daily, omeprazole 20 mg once daily, omeprazole 40 mg once daily, and placebo (Houben 1996). Fasting gastric juice samples were collected on the morning of the last day of each treatment period and nitrosamines were analyzed by measurement of nitrogen oxide using thermal energy analysis with chemiluminescence detection.  Following treatment with high doses of ranitidine or omeprazole, there was a significant increase in the intragastric pH and total bacteria, but no significant increase in the nitrate, nitrite, or total *N*-nitroso compound concentrations. The median NOC concentrations after treatment with ranitidine and placebo were 2,220 nmol/L and 1,950 nmol/L (nM), respectively. The authors

Contains Confidential Information – Subject to Protective Order

concluded that the ideal conditions for intragastric nitrosamine formation was likely at the two ends of the pH spectrum – low pH (<3.0) for chemical nitrosation and high pH (>6.0) for bacterial enzymatic nitrosation. However, both pathways appeared to be suppressed at the intermediate pH levels observed after acid suppressive treatment (median pH 3.7-5.5 for ranitidine and omeprazole).

### iv.    Dallinga 1998

Dallinga et al. was a study of 71 patients undergoing upper gastrointestinal endoscopy (Dallinga 1998). Patients were grouped into five categories based on gastrointestinal condition and treatment, and fasting gastric juice samples were analyzed for nitrosamines by (capillary) gas chromatography-mass spectrometry (GC-MS). In individuals with peptic diseases treated with H2 receptor antagonists (n=12), which included ranitidine, nizatidine, and cimetidine, the mean level of volatile nitrosamines in the gastric juice was 3.88 nmol/L. This was not significantly different compared to patients with untreated peptic diseases (4.19 nmol/L) or patients with no endoscopic findings (4.07 nmol/L) (5/16 patients in this latter group were on H2RAs or PPIs). Volatile nitrosamine concentrations were higher in patients with peptic diseases treated with PPIs (7.28 nmol/L) and those with gastric resections (7.84 nmol/L), although statistical significance was only reached for gastric resection patients for the individual nitrosamine *N*-nitrosodibutylamine (NDBA).

### v.    Matsuda 1990

Matsuda et al. was a study of 72 healthy subjects and 279 patients with gastric ulcer before and after treatment with H2 receptor blockers (51 treated with ranitidine) (Matsuda 1990). NDMA and NDEA were measured in fasting gastric juice samples by gas chromatography combined with a thermal energy analyzer (GC-TEA). Compared to healthy subjects, gastric ulcer patients

Contains Confidential Information – Subject to Protective Order

(irrespective of H2 receptor blocker treatment) had a higher level of NDMA in the stomach. The authors reported a significant increase in the fraction of individuals in which NDMA was detected in the gastric juice following treatment with any of four H2 receptor blockers, the change being an increase from 24.2% to 40.2%. NDMA was detected in 41.2%, 41.8%, 40.0%, and 39.1% of patients treated with ranitidine, famotidine, roxatidine, and cimetidine, respectively, and similar results were observed for NDEA (Fig. 55). The maximum NDMA concentration observed also increased in H2 blocker patients compared to untreated patients; however, this increase was only statistically significant for cimetidine users. The authors discussed that "each $H_2$-blocker showed similar intragastric NA [nitrosamine] levels, which indicated that the effects on gastric nitrosation were the same by regular dosages of these drugs". In addition, the total nitrosamine levels they reported (<20 ng/mL) were lower than reported in other cimetidine studies. The authors concluded that the "calculated maximum formation of NAs [nitrosamines] in human gastric juice are equivalent to 1/5000 of NDMA … which induced malignancies in rats" and "the amounts of NDMA… found in human gastric juice even when patients were given $H_2$-blockers seemed too small to produce carcinogenesis in a short time in man."

| $H_2$-blockers | Number of samples | N-Nitrosodimethylamine | | N-Nitrosodiethylamine | |
|---|---|---|---|---|---|
| | | % detected | maximum ng/ml | % detected | maximum ng/ml |
| Without $H_2$-blockers | 124 | 24.2 | 1.8 | 22.6 | 1.7 |
| Cimetidine | 115 | 39.1[a] | 7.9[c] | 40.9[b] | 9.8[c] |
| Roxatidine | 60 | 40.0[a] | 4.7 | 41.7[a] | 4.7[c] |
| Famotidine | 55 | 41.8[a] | 3.9 | 38.2[a] | 3.9[c] |
| Ranitidine | 51 | 41.2[a] | 6.7 | 37.5[a] | 6.8 |

a: $P<0.05$ and b: $P<0.01$ by $\chi^2$-test compared with patients without $H_2$-blockers.
c: $P<0.05$ by Mann-Whitney test compared with patients without $H_2$-blockers.

Fig. 55. Detection ratios and maximum concentrations of NDMA and NDEA in gastric juice of patients with gastric ulcer with respect to treatment with different H2 blockers
(Table 5 in Matsuda 1990)

Contains Confidential Information – Subject to Protective Order

### vi.    Krawczynski 2002

Krawczynski et al. was a study of 30 children with chronic gastritis and *Helicobacter pylori* infection and 30 control children without gastroscopy findings (Krawczynski 2002). *H. pylori* was treated for 7 days with amoxicillin 50 mg/kg/day (an antibiotic with an amine group) and nitroimidazole 20 mg/kg/day (an antibiotic medication class containing a nitro group) and for 28 days with ranitidine 5 mg/kg/day. Nitrosamine concentrations in the gastric juice and urine were measured by gas chromatography before treatment and 4-6 weeks after the end of treatment. Nitrosamine levels were higher, although not significantly different, prior to *H. pylori* treatment (gastric juice: 74,000 ng/L; urine: 64,000 ng/L) compared to controls (gastric juice: 63,000 ng/L; urine: 29,000 ng/L). The authors reported a significant increase in total nitrosamine concentrations in both gastric juice (1,031,000 ng/L) and urine (602,000 ng/L) of children 4-6 weeks after *H. pylori* treatment was completed, particularly in boys. NDMA was one of four nitrosamines detected, however, values for individual nitrosamines were not provided so it is unclear if there was a significant increase for NDMA specifically.

It is difficult to interpret the meaning of the study or draw any reliable conclusions because the samples were not collected until 4-6 weeks after the end of treatment. As described previously, both ranitidine and NDMA are eliminated rapidly from the body; ranitidine has an elimination half-life of 2 hours in children (Zantac Tablets Prescribing Information 2018; Blumer 1985) and NDMA has an estimated half-life in humans of approximately 1 hour (Gombar 1987; Gombar 1988; Gombar 1990) (half-life of 23 minutes measured in monkeys, presumed to be similar for humans), meaning they are completely eliminated from the body within 24 hours. Therefore, it is highly implausible that the findings are a consequence of ranitidine treatment since ranitidine, or any potential nitrosamine formation from ranitidine, would have been cleared from the body at

Contains Confidential Information – Subject to Protective Order

least a month before the measurements occurred. To the extent that ranitidine was still in the biological fluids (e.g., possible continued use of the drug after *H. pylori* treatment), the use of GC would have overestimated nitrosamine levels by producing an analytical artifact. Furthermore, there was no control for diet or other nitrosamine sources in this study, which could explain the higher levels if there was an increase in nitrosamine exposure around the time of measurement after treatment. A study recently conducted by the FDA showed that a diet high in nitrates, nitrites, and NDMA was associated with a statistically significant increase in NDMA excretion in the urine compared to a diet low in nitrates, nitrites, and NDMA (Florian 2021).

### vii.    Summary of Human Gastric Juice Studies

Overall, the human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous nitrosamine formation from ranitidine ingestion (Table 8). Several studies have found no significant increase in intragastric nitrosamines (Garcia del Risco 1984; Thomas 1987; Houben 1996; Dallinga 1998). Significant limitations of the Krawczynski 2002 study, particularly the timing of the measurements after treatment, preclude any reliable interpretation of this study. Furthermore, the findings from the Matsuda 1990 study showing a similar increase in intragastric nitrosamines with each of the H2 receptor antagonists examined suggests a potential mechanism common to all acid suppressive agents (i.e., ↑ gastric pH → ↑ growth of nitrate-reducing bacteria → ↑ endogenous nitrosamine formation). Several other studies measuring only cimetidine or omeprazole have also reported significant increases in intragastric nitrosamines (Reed 1981; Stockbrugger 1982; Sharma 1984). Therefore, the mechanism proposed was not related to the unique chemical structure of ranitidine and there would have been no reason to predict exogenous NDMA formation in the ranitidine tablets themselves from these studies. Finally, these studies were testing a different hypothesis of general acid suppression, rather than

Contains Confidential Information – Subject to Protective Order

the hypothesis that ranitidine breaks down in the body and forms NDMA from its chemical structure. Thus, they were imperfectly designed to test the current hypothesis and suffer from various limitations, including the use of GC-based methods in several studies that may overestimate nitrosamine levels through the generation of an analytical artifact.

| Study | Analytical Method | Ranitidine vs. Comparator | NDMA / Nitrosamines in Human Gastric Juice |
|---|---|---|---|
| Garcia del Risco 1984 | GC-TEA | Ranitidine 150 mg twice daily × 1 day vs. placebo | Nitrosamines: NS |
| Thomas 1987 | Nitrogen oxide assay | Ranitidine 150 mg × 9-12 months vs. before treatment | N-nitroso compounds: NS |
| Matsuda 1990 | GC-TEA | Ranitidine (variable dose/ duration) vs. untreated gastric ulcer patients | NDMA – % detected: SS ↑* NDMA – max ng/mL: NS |
| Houben 1996 | Nitrogen oxide assay | Ranitidine 300 mg twice daily × 2 weeks vs. placebo | N-nitroso compounds: NS |
| Dallinga 1998 | GC-MS | H2RAs including ranitidine (variable dose/duration) vs. untreated peptic disease & controls | Volatile nitrosamines: NS |
| Krawczynski 2002 | GC | Ranitidine 5 mg/kg/d × 28 days vs. before treatment & controls | Nitrosamines: SS ↑ [tested 4-6 weeks after treatment ended] |

Table 8. Summary of human gastric fluid studies on endogenous NDMA/nitrosamine formation from ranitidine. SS ↑: statistically significant increase; NS: not statistically significant; *similar increase with other individual H2RAs (famotidine, cimetidine, & roxatidine).

### C.    Human Plasma and Urinary Excretion Studies

In addition to the gastric juice studies, several studies have evaluated nitrosamine levels in the urine following ranitidine treatment.

#### i.    Krawczynski 2002

As described above, Krawczynski et al. reported an increase in total nitrosamine concentrations in both gastric juice and urine of children after treatment with ranitidine (Krawczynski 2002). However, it is not possible to interpret the meaning or implications of this study because the samples were not collected until 4-6 weeks after the end of treatment.

Contains Confidential Information – Subject to Protective Order

### ii.    Mitch Studies (2015, 2016, and 2021)

Two studies were published by Zeng and Mitch and have since been corrected (Zeng & Mitch 2015; corrected 03/24/21) or retracted (Zeng & Mitch 2016; retracted 05/04/21) due to the use of gas chromatography (GC) methodology, which can produce artificially high NDMA levels from samples containing ranitidine. In my own extensive experience as a scientific journal editor, complete retraction of a published study (especially by the authors) is relatively rare and occurs when there is clear evidence that the findings are unreliable.

In the course of assays of NDMA in drinking water, Dr. Mitch's laboratory studied potential sources of nitrosamines that could be found in wastewater or precursors that could form NDMA upon wastewater treatment methods (e.g., chloramination). In a 2015 study, Zeng and Mitch reported on the contribution of *N*-nitrosamines and their precursors to domestic sewage by "greywaters" (i.e., water from laundry, showers, and kitchen sinks) and "blackwaters" (i.e., urine and feces) (Zeng & Mitch 2015). Among the various experiments they conducted was a study on ranitidine in which two subjects contributed first-voided morning urine and fecal samples before and after taking one dose of ranitidine 150 mg at bedtime. NDMA was measured by gas chromatography-mass spectrometry (GC-MS). The authors reported no difference in mean NDMA concentrations in fecal samples pre- and post-ranitidine intake (both < 2 ng/L), while mean NDMA concentrations in diluted urine samples increased from none detected to 40 ng/L (or approximately 720 ng/L for the undiluted value) after ranitidine ingestion. However, it is unclear if this was statistically significant as the authors did not present any statistical analysis.

In a subsequent study focusing on ranitidine, Zeng and Mitch repeated their urinary excretion experiment in 10 healthy subjects (Zeng & Mitch 2016). However, the mean NDMA concentrations reported were much higher, increasing from 90 ng/L to 44,750 ng/L following a

Contains Confidential Information – Subject to Protective Order

150 mg dose of ranitidine. The authors also reported a significant increase in the 24-hour urinary excreted mass of NDMA (110 ng to 47,600 ng). The reasons for the gross lack of agreement of levels between studies (720 ng/L vs. 44,750 ng/L) are unknown and surprisingly uncommented on, even though the second study was performed by the same two investigators and similar methods were used. The 2016 study appears to differ from the 2015 study in that 24-hour mean urine samples were used rather than first-voided samples which, if anything, should have resulted in lower overall concentrations, not higher, given the short half-life of ranitidine.

Irrespective of the differences between the two studies, the high NDMA levels obtained in both studies are a consequence of the GC technique used, which artificially generates very high NDMA levels due to pyrolysis (decomposition due to high temperatures) of ranitidine and the formation of NDMA in the injector port (see Fig. 27, section VII.B. - GC scheme). This phenomenon has been demonstrated in ranitidine studies comparing results obtained by both GC and LC-based methods (Alshehri 2020), and the FDA has repeatedly stated the GC-MS "method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). The FDA has recently critiqued the Zeng and Mitch 2016 study, stating while the "analytical artifact was likely the primary factor; however, other factors could have contributed to falsely high NDMA levels" (Florian 2021). These factors include general study limitations (e.g., no placebo-controlled randomization), no information on control for dietary exposure to NDMA, nitrites, or nitrates, no information on NDMA content in the ranitidine tablet prior to administration, limited details on validation of analytical methods or sample handling, and questionable interpretations regarding DMA.

Because of concern about the accuracy of the NDMA measurements using GC-MS in his previous studies, Dr. Mitch recently collaborated with Emery Pharma to redo his study using LC-

Contains Confidential Information – Subject to Protective Order

MS methodology ("Mitch/Emery Pharma" study). In a February 2020 Institutional Review Board (IRB) study protocol submitted to Stanford University, Dr. Mitch discusses: "Questions have been raised as to whether the NDMA resulted from an analytical artifact associated with GC/MS. The purpose of this application is to obtain additional samples to confirm the occurrence of NDMA in urine after Zantac consumption using liquid chromatography-based analytical techniques that avoid this artifact" (EMERY 0977-1003). In an updated December 2020 protocol, Dr. Mitch informs Stanford University they "have found no NDMA in urine samples of participants before or after consumption of Zantac above the 5 μg/L method reporting limit" and that "the risk associated with Zantac consumption may be lower than previously supposed" (MITCH001548-1569). In a January 2021 draft manuscript authored by Dr. Mitch and Emery Pharma, they describe "all 8 volunteers did not demonstrate any detectable levels of NDMA following consumption of ranitidine throughout the 24-hour collection period" (MITCH000424-447). NDMA levels in 7/8 urinary samples were below the limit of detection (<1 ng/mL), while one sample had minor detectable levels that were below the limit of quantification (<5 ng/mL) (MITCH000283-284, 1204-1208). Based on preliminary findings of the first 4 samples, Dr. Mitch began considering a retraction of his prior study, stating: "I'm getting the sense that, with the exception of a few minor NDMA detections, there may be no strong evidence of a link between Zantac and NDMA excretion in urine. So unless there are startling differences in the results of the remaining samples, I'm planning to retract the 2016 article. Since there is a lot of angst among Zantac patients over this, it seems like we should try to get these results out there in some form to set the record straight" (MITCH001206-1207). Although the LC-MS results conducted by Dr. Mitch and Emery Pharma have not been published to date, the Zeng and Mitch 2015 and 2016 studies using GC-MS have now been officially corrected and retracted, respectively.

Contains Confidential Information – Subject to Protective Order

On March 24, 2021, a correction for the Zeng & Mitch 2015 study was published in *Environmental Science & Technology*, stating: "However, research has since identified the potential for an analytical artifact that could have contributed to the levels of NDMA measured in urine samples containing ranitidine in our study. Specifically, research has demonstrated that ranitidine is thermally unstable, and can convert to NDMA under high temperature conditions, such as might be encountered within GC injection ports. For our GC/MS method, the injection port temperature started at 37 °C but was ramped to 230 °C over the first 20 s after injection. Unfortunately, given the potential for this analytical artifact, our NDMA measurements within urine samples collected after consumption of ranitidine are not reliable, since NDMA could have been formed during the sample analysis from any ranitidine present in the urine. Although the detection of NDMA in these specific urine samples was not reliable, this does not affect the conclusions of the study, since we did not conclude that ranitidine consumption was associated with an important contribution of NDMA or its chloramine- or ozone-reactive precursors to sewage." Since there were many other non-ranitidine experiments in this study, the authors issued a correction for the ranitidine experiment, while the other experiments appeared unaffected and thus a full retraction of the study was not done.

On May 4, 2021, a complete retraction for the Zeng & Mitch 2016 study was published in *Carcinogenesis*, stating: "This article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable."

Contains Confidential Information – Subject to Protective Order

### iii.    Florian 2021

The FDA has also recently completed a urinary excretion and plasma study on ranitidine and NDMA (Florian 2021). This study was a randomized, double-blind, placebo-controlled, four-period crossover study of 18 healthy subjects. Each subject received (1) ranitidine 300 mg + noncured meats (low nitrate/nitrite/NDMA) diet, (2) placebo + noncured meats diet, (3) ranitidine 300 mg + cured meats (high nitrite/nitrite/NDMA) diet, and (4) placebo + cured meats diet. The noncured meats diet consisted of a diet lower in nitrate, nitrite and NDMA, including noncured meats, organic vegetables/fruits, and distilled water.  In contrast, the cured meats diet consisted of a diet higher in nitrate, nitrite and NDMA, including cured meats, conventional vegetables/fruits (likely to have higher nitrates than organic vegetables/fruits since "nitrate containing fertilizers are not used in organic farming"), and tap water ("to increase dietary intake of NDMA and nitrites" compared to distilled water). The experimental diets were devised in such a way that different conditions that may affect potential NDMA formation were accounted for. Subjects were randomized on treatment (ranitidine or placebo), although the noncured meats diet preceded the cured meats diet. There was one washout day between treatment days and the same diet was provided on washout days as the subsequent treatment day. On treatment days, participants received ranitidine or placebo at 0 hours after an overnight fast and began eating breakfast 1 minute later to maximize potential NDMA formation, which is dependent on both acidic conditions (highest during fasting) and nitrite (highest with a meal). The 24-hour urinary excretion and plasma concentration of NDMA, DMA, and ranitidine were measured on each treatment day. The analytical methods are described, using two recommended, validated LC-MS methods for detection of NDMA in biological fluids. The NDMA assays were very sensitive, with lower limits of detection (LOD) and quantification (LOQ) of 0.0078 ng/mL and 0.0156 ng/mL, respectively.

Contains Confidential Information – Subject to Protective Order

There was no statistically significant difference between ranitidine and placebo in 24-hour urinary excretion of NDMA with a noncured meats diet or a cured meats diet (Table 9 and Fig. 56). In contrast, there was a significantly higher 24-hour urinary excretion of NDMA following the cured meats diet compared with the noncured meats diet, irrespective of treatment with ranitidine or placebo. This demonstrates (i) the study design was sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion and (ii) the importance of controlling for diet in studies on NDMA urinary excretion, which no prior study has done.

| Outcome | Diet | Ranitidine | Placebo | P-value |
|---------|------|-----------|---------|---------|
| NDMA 24-h urinary excretion (ng) | Noncured meats | 0.6 (0-29.7) | 10.5 (0-17.8) | 0.54 |
| | Cured meats | 11.9 (5.6-48.6) | 23.4 (8.6-36.7) | 0.71 |
| NDMA maximum plasma concentration (pg/mL or ng/L) | Noncured meats | 18.9 (0-25.7) | 20.3 (0-33.5) | 0.79 |
| | Cured meats | 29.0 (0-34.5) | 16.2 (0-27.4) | 0.23 |
| DMA 24-h urinary excretion (mg) | Noncured meats | 38.8 (38%) | 41.1 (33%) | 0.92 |
| | Cured meats | 40.7 (52%) | 43.1 (34%) | 0.74 |
| DMA maximum plasma concentration (µg/mL or mg/L) | Noncured meats | 1.51 (25%) | 1.48 (27%) | 0.26 |
| | Cured meats | 1.36 (27%) | 1.41 (26%) | 0.82 |

Table 9. Effect of ranitidine on NDMA and DMA urinary and plasma levels.
NDMA values presented as the median (interquartile range) and DMA values presented as the geometric mean (coefficient of variation). P-value <0.05 was considered statistically significant.



Fig. 56. Effect of ranitidine [left] and diet [right] on cumulative excretion of NDMA in urine over 24 hours.

Contains Confidential Information – Subject to Protective Order

In addition, exploratory analyses showed there were no significant differences observed between ranitidine and placebo for NDMA in plasma or dimethylamine (DMA) in plasma or urine. Multiple participants (<50%) had no quantifiable NDMA in either the urine or plasma with either treatment or diet, although the proportion was similar in the two treatment groups. In sensitivity analyses performing different imputations for NDMA urine values below the LLOQ (e.g., assigning all samples below the LLOQ of 0.0156 ng/mL to 0.0156 ng/mL instead of 0 ng/mL), there was still no statistically significant difference in urinary excretion of NDMA with ranitidine. Another interesting point is that the maximum levels of plasma NDMA were ~ 30 ng/L. Using a general value of 5 L blood in a person, that gives a total NDMA level of ~ 150 ng even in placebo individuals eating a noncured meats diet, which is more than the current FDA guidelines allow for added NDMA in drugs.  Overall, the FDA study was meticulously designed, utilizing a superior study design (randomized, double-blind, placebo-controlled, crossover study) and rigorous methodology (including validated LC-MS analytical methods, detailed sample handling procedures, and control for diet) to overcome limitations of previous studies.

In light of the null findings in the Florian 2021 study conducted by the FDA, Plaintiffs' experts have numerous criticisms, which I will address here. First, they claim using ranitidine tablets with low levels of baseline, exogenous NDMA affected the results. However, the study was conducted to evaluate whether ranitidine endogenously converts to NDMA in the body, which has nothing to do with the baseline levels in the tablet. As described above, exogenous formation of NDMA and endogenous formation of NDMA are two distinct processes. Furthermore, using tablets with high exogenous NDMA levels could have resulted in elevated levels of NDMA being detected and would have confounded the interpretation of whether the NDMA concentrations measured in the plasma and urine were of exogenous or endogenous origin.

Contains Confidential Information – Subject to Protective Order

Second, Plaintiffs' experts suggest that results may differ between the healthy volunteers enrolled in the study and patients with GERD, peptic ulcers, or other gastrointestinal conditions. The Florian authors also addressed this, stating: "However, the results support that ranitidine did not significantly increase levels of NDMA or DMA detected in plasma or urine using highly sensitive assays, and the accompanying in vitro gastric fluid study [Gao 2021] indicated that NDMA was not formed until nitrite concentrations were substantially higher than those seen in patients" with gastrointestinal conditions.

Third, Plaintiffs' experts claim that administering ranitidine on a full stomach with dinner, instead of an empty stomach immediately before breakfast, would have resulted in more NDMA formation. As explained above, and by the FDA, "[t]his was done because the formation of NDMA is dependent on having nitrite and acidic conditions. Because gastric acidity is highest in the fasting state and then decreases after eating, this sequence was selected to maximize the 2 factors." The pH and nitrite dependence for NDMA formation has been well established for a half a century and demonstrated in countless studies, including FDA's *in vitro* experiment on ranitidine (Gao 2021). Therefore, this sequence was the most logical method to maximize potential NDMA formation. Furthermore, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA, if a difference truly existed. Plaintiffs' experts further claim this administration schedule was inconsistent with the product labeling for ranitidine, stating incorrectly that dosing is usually once a day after dinner or before bedtime. Recommended dosing for prescription ranitidine is often twice daily; when recommended as a once daily treatment, it is usually recommended at bedtime, with only one indication (active duodenal ulcer) stating "evening meal or at bedtime" (Zantac Tablets Prescribing

Contains Confidential Information – Subject to Protective Order

Information 2018). Taking a medication at bedtime is not synonymous with taking a medication right after a meal. Furthermore, directions for the OTC product include administration at any time in the day to relieve current symptoms, or 30-60 minutes before eating or drinking beverages to prevent heartburn (Zantac OTC Consumer Package Insert 2019). Therefore, ranitidine administration is varied depending on the patient and can occur at any time of the day and in any sequence with meals. Nonetheless, the Florian study used a sequence that was purposely designed to maximize potential NDMA formation.

Fourth, Plaintiffs' experts question the utility of a urinary excretion study given the low excretion of NDMA in the urine. However, this study was primarily conducted to test the validity of the Zeng & Mitch 2016 urinary study, which reported high urinary excretion of NDMA in ranitidine patients in light of inappropriate analytical methods and other limitations. Using rigorous, validated methodology, the Florian study reassuringly found no increase in urinary NDMA excretion with ranitidine. While Plaintiffs' experts primarily rely on the Spiegelhalder 1982 study (*vide supra*) for the premise that NDMA is undetectable in the urine in the absence of alcohol, the methodology is different between the two studies in that Spiegelhalder used GC-chemiluminescence methods and Florian used LC-MS. In addition to the limit of detection for NDMA being 6-fold higher in the Spiegelhalder study (50 ng/L) compared to the Florian study (8 ng/L), the specificity for NDMA is undoubtedly much better in the Florian study, which was conducted nearly 40 years later with improved analytical instrumentation and techniques. Furthermore, a later study by Spiegelhalder (1985) demonstrated that endogenous formation of NDMA from a drug (aminopyrine) was detectable in the urine without alcohol, even despite less sensitive and specific methods. Additionally, this was demonstrated in Spiegelhalder 1985 using radishes as a source of nitrate (which was expected to be reduced to nitrite), whereas the Florian

Contains Confidential Information – Subject to Protective Order

study used a cured meats diet high in nitrite, nitrate, and NDMA. While most NDMA is metabolized in the liver, a small fraction of NDMA is eliminated in the urine as demonstrated by several studies. The Florian 2021 authors importantly discuss: "The 24-hour urinary excretion of NDMA with placebo in this study was within the range of previously reported results [citing Zeng & Mitch 2016; Garland 1986; van Maanen 1998; van Maanen 1996; Vermeer 1998]. While ranitidine did not have a significant effect on NDMA or DMA values, the cured-meats diet was associated with a significant increase in NDMA urinary excretion, suggesting that the study design and methods were sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion." In addition, urinary excretion of NDMA was not the only parameter assessed by the FDA; they also measured NDMA concentrations in plasma in the Florian study and in simulated gastric fluid in the accompanying Gao 2021 study and found no increase in NDMA formation from ranitidine in physiologic conditions.

Fifth, Plaintiffs' experts claim that the vitamin C (ascorbic acid) and vitamin E (α-tocopherol) content in the diets of participants would have inhibited any NDMA formation from ranitidine. However, this argument falls flat for several reasons:

(i) If it were true that a small amount of vitamin C or E in the diet completely inhibits formation of any endogenous NDMA from ranitidine (rather than the alternative that ranitidine does not form NDMA endogenously in the first place), this fact would be equally true in real-world conditions in which individuals (including those taking ranitidine) ingest vitamins C and E every day. Vitamins C and E are essential nutrients required to live and natural components of the diet. Furthermore, the vitamin intake in the diet of participants in the Florian study was not in excess of the amounts most individuals are exposed to on a daily basis. In addition to diet, sources of vitamins C and E for many people include multivitamins and other dietary supplements.

Contains Confidential Information – Subject to Protective Order

However, the Florian study excluded this additional source of vitamin intake since participants were not allowed to take any prescription, nonprescription, or alternative medications during or several weeks before the study, with the exception of contraceptives, acetaminophen, or if the study physician prescribed a medication.

(ii) Several studies have examined the effect of vitamins C and E on urinary excretion of NDMA in humans and demonstrated minimal or variable effects. Garland et al. (1986) measured NDMA in urine samples of 24 participants over a five-week period. Compared to the first two weeks with no vitamin supplementation, "[t]reatment of the volunteers with 600 mg of ascorbic acid and 100 IU of α-tocopherol 4 times a day for the final 3 wk of the study did not influence the urinary excretion of NDMA" (mean urinary NDMA excretion of 38.4 ng/day vs. 38.1 ng/day). Therefore, supplementation with high amounts of vitamin C (2,400 mg/day of ascorbic acid) and vitamin E (400 IU/day or ~200 mg/day of α-tocopherol) over a three-week period had no effect on urinary excretion of NDMA. In another study by Vermeer et al. (1999), urinary excretion of NDMA was measured over an 11-week period in 25 participants. Compared to a control diet low in NDMA precursors (low nitrate + no fish), urinary excretion of NDMA significantly increased with a diet high in NDMA precursors (high nitrate + fish rich in amines). When this nitrate- and amine-rich diet was further supplemented with vitamin C doses of 250 mg/day or 1,000 mg/day for one week, urinary excretion of NDMA decreased during days 4-7 of vitamin C supplementation, but not during days 1-3. Thus, this study showed a variable and delayed effect of vitamin C on urinary NDMA excretion. The authors concluded that the "observations [from other studies] and our results indicate that nitrosamine formation in humans is more complex than in vitro studies have shown..." Notably, in both these studies, the vitamin supplementation was in addition to baseline vitamin content participants were already receiving from their diet. Another

Contains Confidential Information – Subject to Protective Order

important point to make is that the same vegetables that are high in nitrates (precursor to NDMA formation) are also high in vitamins (potential inhibitors of NDMA formation) and thiocyanate (potential accelerator of NDMA formation), making the disentanglement of these factors in the real-world difficult. In another study by Vermeer and colleagues (1998), they discuss: "Vegetables contain vitamin C and other antioxidants that might prevent nitrosamine formation. In the present study, nitrosamine formation did increase during nitrate intake in combination with a fish meal, even though the volunteers consumed vegetables…. Thus, the amount of vitamin C and other antioxidants in these vegetables appeared insufficient to prevent nitrosamine formation." Furthermore, not even in *in vitro* experiments, when high concentrations are used and conditions can be more easily manipulated, are the effects of vitamins on ranitidine nitrosation predictable. In an *in vitro* mutagenicity study conducted by GSK on the formation of the *N*-nitroso nitrolic acid derivative from ranitidine with excess nitrite, nitrosation was inhibited by vitamin E and enhanced by vitamin C and potassium thiocyanate (GSK Report PATH/80/235). In other words, the exact opposite reaction of what was expected occurred with the addition of vitamin C. However, since supraphysiologic nitrite concentrations were required for the formation of the *N*-nitroso nitrolic acid derivative, as well supraphysiologic concentrations of the modulating agents in order to exert their effect, there is limited clinical significance of any of these *in vitro* reactions to the conditions in the human body.

(iii) Overall, the potential effect of vitamins C and E in the diet on the endogenous formation of NDMA in humans is complex. The advantage of a randomized, placebo-controlled study is that influence of potential confounding factors is minimized since both the ranitidine and placebo groups are receiving the same diet and in a randomized fashion. However, no difference in urinary NDMA excretion was observed with different treatments (ranitidine vs. placebo). In

Contains Confidential Information – Subject to Protective Order

contrast, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates the vitamin content in the diet was not inhibiting endogenous NDMA formation with the cured meats diet; thus, this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA if one truly existed.

(iv) Lastly, nitrosation must be occurring in order for an inhibitor to block it. One cannot claim there would have been endogenous NDMA formation from ranitidine in the absence of potential inhibitors without adequate evidence that this reaction is occurring in the human body under physiological conditions – in which the evidence is quite to the contrary.

It is noteworthy to mention that many of these criticisms were discussed by Plaintiffs' expert Dr. Najafi, CEO of Emery Pharma and co-author of the Mitch/Emery Pharma study. Incredibly, Dr. Najafi omits *any* discussion of his own urinary study, including the fact that he observed no increase in urinary NDMA excretion with ranitidine ingestion. It is scientifically unsound to only report study results that fit one's own hypothesis and ignore the null findings. Furthermore, in Dr. Najafi's criticisms of the Florian study, a study that was much more controlled, better designed, and larger than the Mitch/Emery Pharma study, he lists many of the same "weaknesses" of his own study (e.g., low baseline levels of NDMA, inadequate control for diet, use of healthy volunteers, small size, failure to consider NDMA metabolism). Clearly, if one thought that such a study design was inadequate or uninformative to endogenous formation of NDMA from ranitidine, one would not spend the time and resources to conduct a similar, less-controlled study.

Contains Confidential Information – Subject to Protective Order

### iv.     Summary on Human Plasma and Urinary Excretion Studies

In conclusion, the initial urinary excretion studies on ranitidine and NDMA are unreliable as they all use the flawed GC-based methodology, which is known to generate high levels of NDMA as an analytical artifact. Accordingly, the Zeng and Mitch 2015 study was corrected and the 2016 study was retracted for this reason. The Krawczynski 2002 study is clearly unreliable and uninterpretable because the urinary samples were not collected until 4-6 weeks after the end of treatment, long after ranitidine and any potentially formed NDMA would be eliminated from the body. As expected, when using the appropriate LC-MS methodology, there was no increase in urinary NDMA excretion after ingestion of ranitidine in the studies by the FDA (Florian 2021) and Mitch/Emery Pharma. Overall, there is no reliable or consistent human evidence that ranitidine endogenously forms NDMA in the stomach or elsewhere in the body, as confirmed by the two recent FDA studies (Florian 2021; Gao 2021). I concur with the FDA's conclusion that "[t]he findings suggested that prior reports had detected falsely high levels of NDMA in ranitidine drug products and human biological fluids" and that "[t]he combined findings from [FDA] CDER's *in vivo* clinical trial and *in vitro* experiments do not support the conclusion that ranitidine is converted to NDMA in humans" (FDA Ensuring the Rigor of Regulatory Science 07/02/21).

### D.     Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite

Plaintiffs' experts have proposed that the furoic acid metabolite of ranitidine is of interest as its formation might be expected to release the compound dimethylamine (DMA) (Fig. 18, section V.B.). DMA is a secondary amine (-NH- structure) and could potentially react with nitrite to generate NDMA at an acidic pH (~3) (Mirvish 1970). The furoic acid metabolite was detected at low levels in some animals (Carey 1984; Eddershaw 1996; Martin 1981a), but not in humans in

Contains Confidential Information – Subject to Protective Order

most studies (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). It was detected at low levels of 0.8-2.2% of the metabolized ranitidine in one GSK human study (as an ester derivative in the analysis) that used radiolabeling for further characterization (Broom 1986 (GSK Report WMH/85/013)). However, in considering the pathways shown in Fig. 18, it should be noted that the production of the furoic acid metabolite is not necessarily linked to the formation of DMA. If *N*-demethylation occurs, the putative P450-catalyzed *N*-demethylation steps would lead to the release of mono-methylamine or ammonia instead, neither of which can give rise to NDMA. Studies have not characterized the exact pathway in the formation of the furoic acid metabolite or the corresponding byproducts and, from a mechanistic standpoint, the release of mono-methylamine or ammonia must be considered just as likely as the release of dimethylamine.

Dimethylamine is a secondary amine that is normally found in the human body and its presence can be exogenous or endogenous in origin. Dimethylamine is naturally found in the diet, particularly in fish and frozen fish (Mitchell 2008; Smith 1994; Zhang 1995). In addition to DMA, the human diet contains choline, trimethylamine (TMA), and trimethylamine *N*-oxide (TMAO), which may serve as precursors for endogenous DMA formation (Figs. 57 and 58) (Mitchell 2008; Smith, 1994; Zhang 1995).

Contains Confidential Information – Subject to Protective Order



Fig. 57. Metabolism and excretion of methylamines (Smith 1994) (also Fig. 58 for structures). G. I.: gastrointestinal tract; DMA: dimethylamine; TMA: trimethylamine; TMAO: trimethylamine *N*-oxide; MMA: mono-methylamine.



Fig. 58. Structure and metabolism of methylamines (see also Fig. 57).

Zhang et al. studied the kinetic properties of dimethylamine in humans following oral administration of radiolabeled DMA to four volunteers (Zhang 1994). Of the radiolabeled dose,

Contains Confidential Information – Subject to Protective Order

98-99% was recovered; the primary route of excretion was the urine (~94.3%), with minor amounts found in the stool and expired air (~4%). Of the dose excreted in the urine, 95.6% was excreted as unchanged DMA, while 4.4% of DMA was metabolized (demethylated) to mono-methylamine. This study demonstrates that DMA is largely unchanged throughout the body, and the minor portion that is altered is by metabolism to mono-methylamine. Formation of NDMA from DMA was not detected in this study.

Several *in vitro* studies have attempted to estimate the potential NDMA formation in the stomach from dimethylamine exposure (Mirvish 1970; Krul 2004). These studies generally show that endogenous NDMA formation from DMA is dependent on an excess nitrite concentration and an acidic environment (pH ~3). Furthermore, they demonstrate the overall yield of NDMA formation in physiological conditions would be small. For example, Mirvish estimated that in an individual who eats a 300 g meal (~ 2/3 pound) containing 12 mg (12,000,000 ng) of dimethylamine and 60 mg (60,000,000 ng) of sodium nitrite, no more than 0.003 mg (3,000 ng) of NDMA might be formed intragastrically (Mirvish 1970). The chemical reaction was heavily dependent on pH, with an optimal pH of 3.0-3.4 and minimal formation at a pH > 5 (Fig. 59).  This demonstrates that while the formation of NDMA from DMA and nitrite may occur in the acidic stomach (if the concentrations are high enough), it would not be expected to occur outside the stomach where the body maintains a neutral pH (~7). It is also important to note that while *in vitro* studies may help elucidate a chemical reaction that may potentially occur, the non-physiological conditions and concentrations used should be considered when making predictions of what will actually occur *in vivo*.

Contains Confidential Information – Subject to Protective Order



Fig. 59. Dependence on pH for NDMA [DMN] formation from DMA (0.02 M) + NaNO$_2$
(0.1 M) (Mirvish 1970)

High levels of DMA are routinely found in the saliva (180 ng/mL), gastric juice (870 ng/mL), blood (910 ng/mL), feces (410 ng/mL), and urine (15,900 ng/mL) of individuals (Hrudey 2013). In one large study of healthy subjects, high levels of DMA were normally excreted in the urine every day, with a mean of 17.4 mg/day (17,400,000 ng/day) and a range of 0.68-109.2 mg/day reported (Zhang 1995), which is in great contrast to NDMA (mean <385 ng/day) (Hrudey 2013). Furthermore, considerable variability in urinary DMA levels is expected, especially from dietary intake. A study investigating the effect of 46 different foods on the urinary DMA levels reported up to a 7-fold increase after consumption of fish, increasing from 6.67 mg (6,670,000 ng) to 48.62 mg (48,620,000 ng) over an 8 hour period (Mitchell 2008). The fact that large amounts of DMA are normally found in the urine is evidence of DMA that is *not* forming NDMA in the body.

Overall, numerous studies have demonstrated that dimethylamine is routinely found in biologic fluids in the body, including gastric juice, blood, and urine. However, the presence of DMA does not equate to formation of NDMA. A small yield of NDMA may be formed from DMA in the stomach in acidic conditions (pH ~3) with sufficient levels of nitrite, although minimal levels would be expected to form outside the stomach. Most NDMA formed in the stomach would still

Contains Confidential Information – Subject to Protective Order

go through first pass metabolism, indicating it would be metabolized in the liver rather than entering the systemic circulation. While the enzymatic reaction for the potential formation of the furoic acid metabolite from ranitidine has not been characterized, the liver is the major site of metabolism for drugs, including ranitidine. Surprisingly, the furoic acid metabolite of ranitidine (Fig. 18, section V.B.), previously reported to be a minor metabolite *in vivo* in rat and dog, was not detected in isolated hepatocyte (liver cell) incubations from either species (Cross 1995). This study does not preclude the possibility that the furoic acid metabolite may be formed in the liver, and it is possible it was not identified because of the minor amount formed and/or methodological limitations (it is apparent from studies in humans and animals that this metabolite is often not detected). Minor extrahepatic sites for drug metabolism include the intestine and kidney. This means any potential formation of DMA from this metabolite would be expected to occur after ranitidine has passed through the stomach where the pH conditions would be too basic to favorably promote the reaction to form NDMA.  The possibility exists that the DMA (if formed from the furoic acid metabolite) could enter the bloodstream after exiting the liver and then be subject to nitrosation by nitrite formed from the breakdown of NO produced by the extrahepatic enzyme nitric oxide synthase (NOS) (Fig. 24, section VI.C., Leaf 1989), although the pH profile for nitrosation would strongly mitigate against this (Fig. 59, Mirvish 1970). The stomach is the only organ site acidic enough to make the nitrosation reaction very favorable.

Most importantly, the recent FDA randomized, placebo-controlled, crossover trial reported there were no significant differences observed in the level of plasma or urinary dimethylamine after ingestion of ranitidine (Table 9) (Florian 2021). Following the noncured meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 38.8 mg/day and 1,510 ng/mL after ranitidine and 41.1 mg/day and 1,480 ng/mL after placebo, respectively. Following the cured

Contains Confidential Information – Subject to Protective Order

meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 40.7 mg/day and 1,360 ng/mL after ranitidine and 43.1 mg/day and 1,410 ng/mL after placebo, respectively. On the other hand, diet (irrespective of treatment with ranitidine or placebo) had a significant impact on plasma DMA concentrations, demonstrating the importance of controlling for diet in studies on DMA (as well as NDMA).

Although there is no evidence that ranitidine increases the levels of DMA, the question of the relevance of a hypothetical increased level of DMA to damage of DNA (methylation) should also be considered. In addition to forming $O^6$-methyl guanine, NDMA activation also yields other methylated DNA bases, one of which is $N^3$-methyl adenine (Fig. 33, section IX.A.). This modified base is separated from DNA by DNA repair enzymes and excreted in urine, so that measurements of urinary levels provide an estimate of DNA modification, including $O^6$-methyl guanine. Fay et al. studied humans who consume fresh or frozen fish that contained high levels of dimethylamine (up to 1890 μmol or 85 mg (85,000,000 ng) of DMA) (Fay 1997). Individuals also consumed 325 mg of sodium nitrate, which is converted to nitrite in the body and by bacteria in the saliva and gut. Even under these conditions, no increase in the level of $N^3$-methyl adenine in urine was observed, which "suggests that endogenous formation of NDMA from DMA is insignificant." For comparison, a cigarette smoker who smoked ½ pack of cigarettes per day had levels 3- to 8-fold higher. The authors concluded "…that consumption of high levels of DMA in fish does not result in detectable levels of NDMA formation and genetic damage…"

Overall, there is no reliable or consistent human evidence that NDMA endogenously forms in the body from ranitidine generally or that this is occurring through formation of the furoic acid metabolite specifically. The proposed pathway from the furoic acid metabolite to NDMA formation is completely theoretical, involving multiple unproven steps, and is not supported by

Contains Confidential Information – Subject to Protective Order

empirical evidence from the FDA's randomized controlled trial (Florian 2021). Furthermore, the furoic acid metabolite is detected in low levels in rats, mice, and dogs (Carey 1984; Eddershaw 1996; Martin 1981a). Therefore, even if a small proportion of the ranitidine dose (~1%) metabolized to the furoic acid derivative and released DMA, and an even smaller proportion of the DMA formed NDMA, an increased risk of cancer has not been observed in the lifetime animal carcinogenicity studies. These studies used larger ranitidine doses and for longer equivalent durations than humans would ever be exposed to.

### E.    Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme

The Valisure Citizen Petition presents an unproven theory on endogenous NDMA formation from ranitidine that Plaintiffs' experts have adopted. Valisure theorizes that the enzyme dimethylarginine dimethylaminohydrolase-1 (DDAH-1) may liberate the "dimethylamine" group from ranitidine and that this could occur throughout the body. The liberated DMA could then form NDMA when exposed to nitrite. There are numerous scientifically invalid and inaccurate assumptions with this theory. First, the FDA randomized controlled trial demonstrated there were no differences observed in the level of plasma or urinary DMA after ingestion of ranitidine (Florian 2021). Second, even if there were an increase in DMA, the presence of DMA in the body does not equate to NDMA being formed (*vide supra*). Third, this theory is based solely on computational modeling and the scientific evidence available opposes this theory rather than supports this theory, as explained below.

The information in the Valisure Citizen Petition is only based on computational modeling, or "docking." Even if this approach were valid, it would only suggest a potential mechanism, in that enzymes must not only bind their substrates but also perform catalysis. By way of analogy, a

Contains Confidential Information – Subject to Protective Order

baseball pitcher has a glove with a "site" to fit the ball ("bind"), but the pitcher has to do something with the ball (other than catching the ball from the catcher) to be effective, i.e., take it out and pitch to a batter ("catalysis"). In my graduate course on enzyme kinetics and mechanism, I emphasize the distinction between <u>binding</u> and <u>catalysis</u>. In the hypothesis proposed by Valisure and Plaintiffs' experts, they are proposing that DDAH-1 not only binds to ranitidine but that a catalytic reaction takes place cleaving the dimethylamino group.

The difference between binding to a site in an enzyme and a catalytic reaction is exemplified in the search for new drugs, which are inhibitors of enzymes (bind) but not substrates (bind + catalytic reaction). If a structure of an enzyme is available, or even a model of the "active site," then computer-aided searches can be done for molecules to fill that space. Molecules that fit are synthesized and tested as inhibitors, i.e., as compounds that bind but are not modified (acted upon by the enzyme). One would not want to make a drug that was a substrate because it would be eliminated rapidly from the body. Figure 60 shows that both a substrate (S) and an inhibitor (I) have a "Velcro-like" surface that aids in binding to a spot in the enzyme. However, the substrate has a shape that allows interaction with the black dot called the "active site" to give a reaction (i.e., formation of the product P). The inhibitor (I) has the Velcro surface and can also bind (which would be seen in the computational exercise) but it has a different shape and is not poised to interact with the active site (•), so no product is formed.

Contains Confidential Information – Subject to Protective Order



Fig. 60. The difference between enzyme binding of a substrate vs. an inhibitor.

The matter of fitting chemical structures into models of enzyme is part of an overall approach of discovering and developing drugs (Silverman & Holladay 2014a). Many drugs have been developed because they are similar in size and shape to normal enzyme substrates but are resistant to biotransformation (e.g., 17α-ethynylestradiol, an oral contraceptive). In recent years, some software has become available that can predict which cytochrome P450 enzymes will oxidize a new molecule (Tian 2018). However, such software is based on machine learning with large data training sets (over 1600 known compounds in Tian 2018). As pointed out in a very relevant review article on cytochrome P450 enzymes and modeling, "…care must be taken to ensure that the predictive models are based on predicting enzyme-substrate interactions or enzyme-inhibitor interactions" (Tyzack 2018). An older example from my own research involves one of the cytochrome P450 enzymes, P450 2D6. The enzyme binds the drug quinidine very tightly as an inhibitor (Guengerich 1986), and quinidine fits very well into a computer-generated model (Strobl 1993). However, quinidine is not a substrate for P450 2D6, but instead is a substrate for another cytochrome P450 enzyme, P450 3A4 (Guengerich 1986).

Contains Confidential Information – Subject to Protective Order

With regard to DDAH-1, published catalytic reactions of the DDAH-1 enzyme show that the substrate is $N^G,N^G$-dimethylarginine (also termed $N^t,N^t$-dimethylarginine) and the products are dimethylamine and citrulline (Ogawa 1989). There have been many efforts to discover drugs that act by inhibiting the DDAH-1 enzyme (Kotthaus 2008; Lluis 2011; Murphy 2016; Burstein-Teitelbaum 2018). Numerous molecules have been prepared that fit into the active site and inhibit the enzyme, but none of these are substrates to my knowledge. Furthermore, there are no publications showing that ranitidine is an inhibitor of the DDAH-1 enzyme, let alone a substrate.

In addition to the theory presented in the final Valisure Citizen Petition, an *in vitro* experiment performed by Valisure was included in a draft version of the Citizen Petition (Draft Valisure Citizen Petition 07/30/19 [VAL 00749-765]). In the *in vitro* experiment, ranitidine was incubated with and without the DDAH-1 enzyme and similar levels of dimethylamine were observed in both experiments. In other words, DMA was formed irrespective of the DDAH-1 enzyme in this experiment. Valisure hypothesized that the methods used "for detection of DMA itself significantly degraded the ranitidine and formed very high levels of DMA." Although the methodology was not described, it is likely they used GC-MS to detect DMA, as they did in their NDMA experiments, generating artificially high results through thermal degradation. Additional information was lacking such as number of replicates and statistical analysis and Valisure stated in the draft that "further research and method development is recommended." However, the fact that Valisure took this experiment out of their final version of the Citizen Petition speaks for itself that even Valisure did not rely on these results and instead decided to omit data that did not support their theory.

Following the Valisure Citizen Petition, GSK conducted an *in vitro* study in 2020 investigating the metabolism of ranitidine by DDAH-1 (GSK Study 20DMW001). Ranitidine (50

Contains Confidential Information – Subject to Protective Order

and 460 ng/mL) was incubated in triplicate with recombinant human DDAH-1 (0.5 μM) at 37 °C for incubation periods of 0, 5, 15, 30, and 60 minutes. Ranitidine depletion and possible formation of DMA (detected as an isothiocyanate derivative) and NDMA was analyzed by UPLC-MS/MS. A positive control experiment was conducted with $N^G,N^G$-dimethylarginine (ADMA), the known endogenous substrate of the DDAH-1 enzyme. The investigators concluded: "Depletion of ranitidine, or formation of DMA or NDMA, was not observed at 50 or 460 ng/mL over the incubation period. Based on these results, ranitidine was not a substrate of recombinant human DDAH-1, *in vitro*." This *in vitro* experiment analyzing DMA and NDMA formation from ranitidine incubation with DDAH-1, in addition to the FDA's clinical trial analyzing *in vivo* formation of DMA and NDMA from ranitidine ingestion, both conducted using proper LC-MS methodology, provide consistent empirical support that the theorized metabolism of ranitidine by DDAH-1 is not occurring.

Overall, there is no empirical evidence that (i) the DDAH-1 enzyme binds to ranitidine releasing DMA or (ii) that the DMA liberated from this hypothetical reaction further forms NDMA anywhere in the human body. Furthermore, the DDAH-1 enzyme is also expressed in rats, mice, and dogs (Ogawa 1989; National Center for Biotechnology Information 2021) and therefore if this theoretical pathway was occurring, it has not resulted in an increase in cancer as demonstrated from the lifetime animal carcinogenicity studies.

### F.     Summary on Ranitidine and Potential Endogenous Formation of NDMA

1.  The *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions.

2.  The human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous NDMA formation in the stomach from ranitidine ingestion.

Contains Confidential Information – Subject to Protective Order

3.  The human urinary excretion studies do not reliably demonstrate an increase in endogenous NDMA formation from ranitidine ingestion. The initial studies used flawed methodology and as such, two of three studies have been retracted or corrected. The recent findings using appropriate LC-MS methodology show no increase in urinary excretion of NDMA following ranitidine ingestion.

4.  The combined findings and conclusions from the FDA's *in vivo* clinical trial and *in vitro* experiment, which are the most thorough and rigorously performed studies on endogenous formation conducted to date, demonstrate there is no evidence that ranitidine is converted to NDMA in humans (Florian 2021; Gao 2021).

5.  There is no scientific evidence that DMA or NDMA is endogenously formed in the body from either formation of the furoic acid metabolite of ranitidine or the DDAH-1 enzyme.

6.  The long-term animal studies on ranitidine using large doses for lifetime durations demonstrate that even if endogenous formation of NDMA were occurring, it does not result in a carcinogenic effect.

7.  Overall, there is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

## XII.  Conclusions

My opinions, held to a reasonable degree of scientific certainty, are summarized as follows:

1.  Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.

2.  There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

Contains Confidential Information – Subject to Protective Order

3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.

4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.

5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.

6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.

Contains Confidential Information – Subject to Protective Order

# References:

1. Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56.

2. Adamson RH. Induction of hepatocellular carcinoma in nonhuman primates by chemical carcinogens. Cancer Detect Prev. 1989;14(2):215-9.

3. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for N-Nitrosodimethylamine. 1989.

4. Agency for Toxic Substances and Disease Registry (ATSDR). What Are U.S. Standards and Regulations for Nitrates and Nitrites Exposure? https://www.atsdr.cdc.gov/csem/nitrate-nitrite/standards.html#:~:text=EPA%20has%20set%20an%20enforceable,to%20cause%20significant%20health%20problems. 2013. Accessed February 15, 2022.

5. Ahotupa M, Bussacchini-Griot V, Bériziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. Biochemical and Biophysical Research Communications. 1987 Aug 14;146(3):1047-54.

6. Aizawa Y, Tanabe S, Amai H, Watanabe K, Yokoo K. Thermal Environment and Moisture Production in the Bathroom. Healthy Buildings: Creating a Healthy Indoor Environment for People, Proceedings (Conference Paper). 2006.

7. Alshehri YM, Alghamdi TS, Aldawsari FS. HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. J Pharm Biomed Anal. 2020 Nov 30;191:113582.

8. Ames BN, Gold LS. Endogenous mutagens and the causes of aging and cancer. Mutat Res. 1991 Sep-Oct;250(1-2):3-16.

9. American Cancer Society. Lifetime Risk of Developing or Dying From Cancer. https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html. Last revised January 13, 2020. Accessed August 24, 2021.

10. Andersen ME, Krewski D, Withey JR. Physiological pharmacokinetics and cancer risk assessment. Cancer Lett. 1993 Apr 15;69(1):1-14.

11. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int J Cancer. 1996 Mar 28;66(1):130-4.

12. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gan. 1979 Aug;70(4):549-558.

13. Araki A, Muramatsu M, Matsushima T. Comparison of mutagenicities of N-nitrosamines on *Salmonella typhimurium* TA100 and *Escherichia coli* WP2 uvrA/pKM101 using rat and hamster liver s9. Gan. 1984 Jan;75(1):8-16.

14. Astra Main Study No. 610-184M: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00000940-1970]

15. Astra Satellite Study No. 610-184S: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00001971-3256]

16. Australia TGA. Contamination of ranitidine medicines with the nitrosamine NDMA - TGA laboratory testing. October 22, 2019. https://www.tga.gov.au/tga-laboratories-testing-ranitidine-medicines. Accessed May 25, 2021.

17. Baas J, Boyack K, Ioannidis JPA. August 2021 data-update for Updated science-wide author databases of standardized citation indicators. Mendeley Data, V3, doi: 10.17632/btchxktzyw.3. Published October 19, 2021. https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/3.

Contains Confidential Information – Subject to Protective Order

18. Bartsch H, Camus A, Malaveille C. Comparative mutagenicity of *N*-nitrosamines in a semi-solid and in a liquid incubation system in the presence of rat or human tissue fractions. Mutation Res. 1976; 37:149-162.

19. Bäumer C, Fisch E, Wedler H, Reinecke F, Korfhage C. Exploring DNA quality of single cells for genome analysis with simultaneous whole-genome amplification. Sci Rep. 2018;8(1):7476.

20. Beard JC, Swager TM. An Organic Chemist's Guide to N-Nitrosamines: Their Structure, Reactivity, and Role as Contaminants. J Org Chem. 2021;86(3):2037-2057.

21. Beck BD, Seeley M, Calabrese EJ. Chapter 2: Use of toxicology in the regulatory process. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds). 6th ed., CRC Press, Boca Raton, FL. 2014. pp 35-87.

22. Bellacosa A. Genetic hits and mutation rate in colorectal tumorigenesis: versatility of Knudson's theory and implications for cancer prevention. Genes Chromosomes Cancer. 2003 Dec;38(4):382-388.

23. Biology Dictionary. Metabolite. https://www.biology-online.org/dictionary/Metabolite. Accessed January 30, 2020.

24. Blumer JL, Rothstein FC, Kaplan BS, Yamashita TS, Eshelman FN, Myers CM, Reed MD. Pharmacokinetic determination of ranitidine pharmacodynamics in pediatric ulcer disease. J Pediatr. 1985 Aug;107(2):301-306.

25. Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. Parasitology research. 2011 Jan;108(1):7-14.

26. Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis. 1983 Oct;4(10):1281-5.

27. Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Environ Health. 1985;15(1):1-24.

28. Brambilla G, Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. Mutat Res. 2007 Jan-Feb;635(1):17-52.

29. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.

30. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint. 2021.

31. Brimblecombe RW, Duncan WA, Durant GJ, Emmett JC, Ganellin CR, Leslie GB, Parsons ME. Characterization and development of cimetidine as a histamine H2-receptor antagonist. Gastroenterology. 1978 Feb;74(2 Pt 2):339-47.

32. Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet. 1981 Nov 14;2(8255):1119.

33. Brodkorb A, Egger L, Alminger M, Alvito P, Assunção R, Ballance S, Bohn T, Bourlieu-Lacanal C, Boutrou R, Carrière F, Clemente A, Corredig M, Dupont D, Dufour C, Edwards C, Golding M, Karakaya S, Kirkhus B, Le Feunteun S, Lesmes U, Macierzanka A, Mackie AR, Martins C, Marze S, McClements DJ, Ménard O, Minekus M, Portmann R, Santos CN,

Contains Confidential Information – Subject to Protective Order

Souchon I, Singh RP, Vegarud GE, Wickham MSJ, Weitschies W, Recio I. INFOGEST static in vitro simulation of gastrointestinal food digestion. Nat Protoc. 2019 Apr;14(4):991-1014.

34. Buccitelli C, Selbach M. mRNAs, proteins and the emerging principles of gene expression control. Nature Reviews Genetics. 2020 Oct 1;21(10):630–644.

35. Burlinson B, Morriss SH, Gatehouse DG, Tweats DJ. Genotoxicity studies of gastric acid inhibiting drugs. Lancet. 1990 Feb 17;335(8686):419-20.

36. Burstein-Teitelbaum G, Er JAV, Monzingo AF, Tuley A, Fast W. Dissection, Optimization, and Structural Analysis of a Covalent Irreversible DDAH1 Inhibitor. Biochemistry. 2018 Jul 31;57(30):4574-4582.

37. Calabrese EJ. Chapter 3: Dose–Response: A Fundamental Concept in Toxicology. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds.) 6th Ed. 2014. 89-140.

38. Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatogr. 1981 Sep 11;225(1):161-8.

39. Carey PF, Martin LE. High-Performance Liquid Chromatographic Methods for the Determination of Ranitidine and its Metabolites in Biological Fluids. Chromatographia. 1984;19:200-205.

40. Castellano TJ, Schiffman RL, Jacob MC, Loeb JN. Suppression of liver cell proliferation by glucocorticoid hormone: a comparison of normally growing and regenerating tissue in the immature rat. Endocrinology. 1978 Apr;102(4):1107-1112.

41. Cha R.S, Thilly WG, Zarbl H. *N*-Nitroso-*N*-methylurea-induced rat mammary tumors arise from cells with preexisting oncogenic H-*ras*1 gene mutations. Proceedings of the National Academy of Sciences of the United States of America. 1994;91: 3749-3753.

42. Chatterjee N, Walker GC. Mechanisms of DNA damage, repair, and mutagenesis. Environ Mol Mutagen. 2017 Jun;58(5):235-226.

43. Choudhary D, Jansson I, Stoilov I, Sarfarazi M, Schenkman JB. Expression patterns of mouse and human CYP orthologs (families 1-4) during development and in different adult tissues. Arch Biochem Biophys. 2005 Apr 1;436(1):50-61. doi: 10.1016/j.abb.2005.02.001. PMID: 15752708.

44. Chung WG, Park CS, Roh HK, Lee WK, Cha YN. Oxidation of ranitidine by isozymes of flavin-containing monooxygenase and cytochrome P450. Jpn J Pharmacol. 2000 Oct;84(2):213-220.

45. Clarke HE, Coates ME, Eva JK, Ford DJ, Milner CK, O'Donoghue PN, Scott PP, Ward RJ. Dietary standards for laboratory animals: report of the Laboratory Animals Centre Diets Advisory Committee. Laboratory animals. 1977 Jan 1;11(1):1-28.

46. COSMIC: Catalogue of Somatic Mutations in Cancer. https://cancer.sanger.ac.uk/cosmic. Accessed May 3, 2021.

47. Coulston F, Dunne JF. The Potential Carcinogenicity of Nitrosatable Drugs. WHO Symposium, Geneva, June 1978. 1980. 1-134.

48. Coumadin (warfarin sodium) Tablets Prescribing Information. Bristol-Myers Squibb. August 2017.

49. Court MH, Von Moltke LL, Shader RI, Greenblatt DJ. Biotransformation of chlorzoxazone by hepatic microsomes from humans and ten other mammalian species. Biopharm Drug Dispos. 1997 Apr;18(3):213-26.

50. Cross DM, Bell JA, Wilson K. Kinetics of ranitidine metabolism in dog and rat isolated hepatocytes. Xenobiotica. 1995 Apr;25(4):367-375.

Contains Confidential Information – Subject to Protective Order

51. Dallinga JW, Pachen DM, Lousberg AH, van Geel JA, Houben GM, Stockbrügger RW, van Maanen JM, Kleinjans JC. Volatile N-nitrosamines in gastric juice of patients with various conditions of the gastrointestinal tract determined by gas chromatography-mass spectrometry and related to intragastric pH and nitrate and nitrite levels. Cancer Lett. 1998 Feb 27;124(2):119-125.

52. Dangtakot R, Intuyod K, Chamgramol Y, Pairojkul C, Pinlaor S, Jantawong C, Pongking T, Haonon O, Ma N, Pinlaor P. CagA+ *Helicobacter pylori* infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. Helicobacter. 2021 Aug;26(4):e12817.

53. De Bont R, van Larebeke N. Endogenous DNA damage in humans: a review of quantitative data. Mutagenesis. 2004 May;19(3):169-185.

54. De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. Lancet. 1981 Oct 31;2(8253):993-994.

55. De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. Carcinogenesis. 1983;4(3):255-260.

56. De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. Mutagenesis. 1986 Mar;1(2):125-130.

57. Dechakhamphu S, Pinlaor S, Sitthithaworn P, Bartsch H, Yongvanit P. Accumulation of miscoding etheno-DNA adducts and highly expressed DNA repair during liver fluke-induced cholangiocarcinogenesis in hamsters. Mutat Res. 2010 Sep 10;691(1-2):9-16.

58. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. Journal of Toxicology and Environmental Health, Part A Current Issues. 1992 Nov 1;37(3):351-61.

59. Diaz Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977;164(3):497-500.

60. Dunn SR, Pensabene JW, Simenhoff ML. Analysis of human blood for volatile N-nitrosamines by gas chromatography-chemiluminescence detection. J Chromatogr. 1986 Apr 25;377:35-47.

61. Dutton AH, Heath DF. Demethylation of dimethylnitrosamine in rats and mice. Nature. 1956 Sep 22;178(4534):644.

62. Dybing E, O'Brien J, Renwick AG, Sanner T. Risk assessment of dietary exposures to compounds that are genotoxic and carcinogenic--an overview. Toxicol Lett. 2008 Aug 15;180(2):110-7.

63. Eaton DL, Gallagher EP, Vandivort TC. Chapter 1: General Overview of Toxicology. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 1-38.

64. Eaton DL, Gilbert SG. Chapter 2: Principles of Toxicology. In: Casarett and Doull's Toxicology: The Basic Science of Poisons. Klaassen CR (Ed). 8th Ed. 2013. 13-48.

65. Eddershaw PJ, Chadwick AP, Higton DM, Fenwick SH, Linacre P, Jenner WN, Bell JA, Manchee GR. Absorption and disposition of ranitidine hydrochloride in rat and dog. Xenobiotica. 1996 Sep;26(9):947-956.

66. Eisenbrand G, Adam B, Peter M, Malfertheiner P, Schlag P. Formation of nitrite in gastric juice of patients with various gastric disorders after ingestion of a standard dose of nitrate--a possible risk factor in gastric carcinogenesis. IARC Sci Publ. 1984;(57):963-968.

67. Emeigh Hart SG, Cartun RW, Wyand DS, Khairallah EA, Cohen SD. Immunohistochemical localization of acetaminophen in target tissues of the CD-1 mouse: correspondence of covalent binding with toxicity. Fundam Appl Toxicol. 1995 Feb;24(2):260-274.

Contains Confidential Information – Subject to Protective Order

68. Emery Pharma Citizen Petition. January 2, 2020.
69. Emery Pharma 06/04/20 Slide Presentation – Nandita E, et al. Study of Ranitidine Stability: Quantification of N-Nitrosodimethylamine (NDMA), a Probable Carcinogen in Ranitidine Drug Products and Biological Matrices by UHPLC-MS/MS.
70. Emery Pharma 07/14/20 Slide Presentation – Najafi R. Where is NDMA Coming From? Root Cause Analysis.
71. EMERY 0165-0170
72. EMERY 0574-0585
73. EMERY 0977-1003
74. EPA. About Benchmark Dose Software (BDS). https://www.epa.gov/bmds/about-benchmark-dose-software-bmds#aboutbmds. Last Updated June 16, 2021. Accessed February 9. 2022.
75. EPA. Integrated Risk Information System (IRIS). N-Nitrosodimethylamine; CASRN 62-75-9. 2002. https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0045_summary.pdf.
76. EPA. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). November 2017. https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf.
77. EPA. Risk Assessment for Carcinogenic Effects. Lasted Updated December 8, 2021. https://www.epa.gov/fera/risk-assessment-carcinogenic-effects. Accessed January 23, 2022.
78. Espie P, Tytgat D, Sargentini-Maier ML, Poggesi I, Watelet JB. Physiologically based pharmacokinetics (PBPK). Drug Metab Rev. 2009;41(3):391-407.
79. EUPATI. Pharmacokinetics. https://toolbox.eupati.eu/glossary/pharmacokinetics/. Accessed May 3, 2021.
80. European Commission Scientific Committee on Consumer Safety (EC SCCS). Opinion on Nitrosamines and Secondary Amines in Cosmetic Products. SCCS/1458/11. March 27, 2012. https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_090.pdf.
81. European Medicines Agency (EMA) Committee for Medicinal Products for Human Use (CHMP) Assessment Report on Angiotensin-II-Receptor Antagonists (Sartans) Containing a Tetrazole Group. Procedure No. EMEA/H/A-31/1471. February 14, 2019. https://www.ema.europa.eu/en/documents/variation-report/angiotensin-ii-receptor-antagonists-sartans-article-31-referral-chmp-assessment-report_en.pdf.
82. Fan TY, Fine DH. Formation of N-nitrosodimethylamine in the injection port of a gas chromatograph: an artifact in nitrosamine analysis. J Agric Food Chem. 1978;26(6);1471–1472.
83. Fay LB, Leaf CD, Gremaud E, Aeschlimann JM, Steen C, Shuker DE, Turesky RJ. Urinary excretion of 3-methyladenine after consumption of fish containing high levels of dimethylamine. Carcinogenesis. 1997 May;18(5):1039-1044.
84. FDA Ensuring the Rigor of Regulatory Science: CDER Conducts Laboratory and Clinical Studies to Investigate Reports of NDMA Production from Ingested Ranitidine Products. https://www.fda.gov/drugs/news-events-human-drugs/ensuring-rigor-regulatory-science-cder-conducts-laboratory-and-clinical-studies-investigate-reports. July 2, 2021. Accessed July 7, 2021.
85. FDA Guidance for Industry: ICH Q3A Impurities in New Drug Substances. 1996, 2003 (R1), and 2008 (R2).
86. FDA Guidance for Industry: ICH Q3B Impurities in New Drug Products. 1997, 2003 (R1), and 2006 (R2).

Contains Confidential Information – Subject to Protective Order

87. FDA Guidance for Industry (Draft): Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches. 2008.

88. FDA Guidance for Industry: ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. 2015 and 2018 (R1).

89. FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs. 2020 and 2021 (R1).

90. FDA Guidance for Industry: Analytical Procedures and Methods Validation for Drugs and Biologics. 2015.

91. FDA Guidance for Industry: ICH S1A The Need for Long-Term Rodent Carcinogenicity Studies of Pharmaceuticals. 1996.

92. FDA Guidance for Industry: ICH S1B Testing for Carcinogenicity of Pharmaceuticals. 1997.

93. FDA Guidance for Industry: ICH S1C Dose Selection for Carcinogenicity Studies for Pharmaceuticals. 1995, 1997 (R1), 2008 (R2).

94. FDA Guidance for Industry (Draft): Statistical Aspects of the Design, Analysis, and Interpretation of Chronic Rodent Carcinogenicity Studies of Pharmaceuticals. 2001.

95. FDA Guidance for Industry: ICH S2A Specific Aspects of Regulatory Genotoxicity Tests for Pharmaceuticals. 1996.

96. FDA Guidance for Industry: ICH S2 Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use. 2012 (R1).

97. FDA Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last Updated July 20, 2021. Accessed August 24, 2021.

98. FDA Response to Valisure Citizen Petition. April 1, 2020.

99. FDA Summary Basis of Approval for Zantac NDA 18-703. [GSKZAN0000012672-814]

100. FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan. Accessed April 4, 2021.

101. FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine. Accessed April 4, 2021.

102. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jun:e219199.

103. Foiles PG, Miglietta LM, Akerkar SA, Everson RB, Hecht SS. Detection of O6-methyldeoxyguanosine in human placental DNA. Cancer Res. 1988 Aug 1;48(15):4184-8.

104. Franekić J, Skupnjak S, Matijasević Z. Genotoxicity of nitrosated ranitidine. Mutat Res. 1989 Sep;227(1):13-16.

105. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-355.

106. Fryklund J, Falknäs AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scand J Gastroenterol. 1992 Jun;27(6):521-8.

107. Fukushima S, Wanibuchi H, Morimura K, Nakae D, Tsuda H, Imaida K, Shirai T, Tatematsu M, Tsukamoto T, Hirose M, Furukawa F. Lack of potential of low dose N-

Contains Confidential Information – Subject to Protective Order

nitrosodimethylamine to induce preneoplastic lesions, glutathione S-transferase placental form-positive foci, in rat liver. Cancer Lett. 2005 May 10;222(1):11-5.

108. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun;4(6):e2118253.

109. Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterol Clin Biol. 1984 Oct;8(10):749-53.

110. Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. Cancer Res. 1986;46(10):5392-400.

111. Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8.

112. Gatehouse D, Haworth S, Cebula T, Gocke E, Kier L, Matsushima T, Melcion C, Nohmi T, Ohta T, Venitt S, et al. Recommendations for the performance of bacterial mutation assays. Mutat Res. 1994 Jun;312(3):217-33.

113. Gerson SL, Trey JE, Miller K, Berger NA. Comparison of O6-alkylguanine-DNA alkyltransferase activity based on cellular DNA content in human, rat and mouse tissues. Carcinogenesis. 1986 May;7(5):745-9.

114. Gerson SL. MGMT: its role in cancer aetiology and cancer therapeutics. Nat Rev Cancer. 2004 Apr;4(4):296-307.

115. Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55.

116. Goasduff T, Bellec G, Amet Y, Dreano Y, Menez JF, Berthou F. P450 2E1 expression in liver, kidney, and lung of rats treated with single or combined inducers. Alcohol. 1996 May-Jun;13(3):301-308.

117. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. Mutat Res. 1998 Nov 9;419(1-3):131-135.

118. Gombar CT, Pylypiw HM Jr, Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. Cancer Res. 1987;47(2):343-7.

119. Gombar CT, Harrington GW, Pylypiw HM Jr, Bevill RF, Thurmon JC, Nelson DR, Magee PN. Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis. 1988;9(8):1351-4.

120. Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990;50(14):4366-4370.

121. Gough TA, Webb KS, Swann PF. An examination of human blood for the presence of volatile nitrosamines. Food Chem Toxicol. 1983 Apr;21(2):151-6.

122. GSK Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products. June 15, 2020. [GSKZAN0000051927-2018]

Contains Confidential Information – Subject to Protective Order

123. GSK: A special report to the medicines division on the potential carcinogenicity and mutagenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach. 1981. [GSKZAN0000084961-8]

124. GSK Study 20DMW001. An in vitro Investigation into the Metabolism of Ranitidine by Human Recombinant Dimethylarginine Dimethylaminohydrolase-1. [GSKZAN0002964352-381]

125. GSK Report WBP/82/01 (Tanner 1982). The Determination of N-Nitrosodimethylamine formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. [GSKZAN0000084994-5003]

126. GSK Report WMH/85/013 (Broom 1996). A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man. [GSKZAN0000369313-42]

127. GSK Report PATH/77/153: Additional Mutagenicity Tests on Ranitidine [GSKZINDA0000001223-30]

128. GSK Report PATH/78/172: AH19065 (base) and its S-oxide AH20319 mutagenicity testing [GSKZNDAD0000001148-59]

129. GSK Report PATH/79/220. Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays). [GSKZAN0000292368-80]

130. GSK Report PATH/79/224: Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products. [GSKZAN0000917196-254]

131. GSK Report PATH/79/229 (Study TR21): Ranitidine hydrochloride: The effects of ranitidine hydrochloride in male germ cells – a dominant lethal assay (PATH/79/229) [NDA 18-703] [GSKZNDAA0000001825-8; GSKZNDAA0000015349-76]

132. GSK Report PATH/80/235. (III) Nitrosation of ranitidine: Further mutagenicity studies. [GSKZAN0000986964-97]

133. GSK Report PATH/80/240: Further mutagenicity studies on ranitidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319). [GSKZAN0000282822-62]

134. GSK Report WPT/83/037: A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine. [GSKZAN0000931154-74]

135. GSK Report WAP/86/006: Review of the Standards Achieved in Glaxo Routine Production of Ranitidine Hydrochloride and the Zantac Range of Finished Products and a Comparison with the Standards of Competitor Products. [GSKZAN0001945403-610]

136. GSK Report WPT/83/056. In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine) Assays. [GSKZAN0000292401-16]

137. GSK Report WPT/86/029: Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster. [GSKZAN0000931137-53]

138. GSK Report WPT/90/079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay [GSKZNDAA0000205884-907]

139. GSK Report WPT/89/335 (Study R12011): GR122311X: Micronucleus test in the PVG rat after oral administration. [GSKZNDAL0000105522-52]

140. GSK Report WPT/90/290 (Study V11934). Microbial mutagenicity screen of GR1223117X. [GSKZNDAL0000105275-361]

141. GSK Report WPT/90/411 (Study V11765). GR122311X: Cytogenetic evaluation using cultured human lymphocytes. [GSKZNDAL0000105362-405]

Contains Confidential Information – Subject to Protective Order

142. GSK Report WPT/90/176 (Pilot Study Y12410). GR88502X (Bismuth Citrate): Cytogenetic evaluation using cultured human lymphocytes.  [GSKZNDAL0000105406-33]

143. GSK Report WPT/90/407.  GR122311X: In vivo Stomach UDS assay in male PVG rats. [GSKZNDAL0000105556-86]

144. GSK Report WPT/91/276 (Study V12784). GR122311X: Screen for mutagenic activity in the mouse lymphoma, L5178Y assay.  [GSKZNDAL0000105434-94]

145. GSK Report A&H 88/801075: Ranitidine Hydrochloride: Potential Tumorigenicity of Ranitidine Hydrochloride in Long Term (Life Span) Dietary Administration to Rats. (125-129 Weeks) [NDA 18-703] [GSKZNDAA0000001725; GSKZNDAA0000013235-14731]

146. GSK Report PATH/81/269 (Study CAR-009): Ranitidine Hydrochloride: 2 Year Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001689-1701; GSKZNDAA0000012654-933]

147. GSK Report PATH/80/247 (Study CAR-010): Ranitidine Hydrochloride: 114 Week Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001702-14; GSKZNDAA0000012937-13231]

148. GSK Report PATH/81/287. Amendment to Report PATH/80/247. AH19065 Hydrochloride (Ranitidine): 114 Week Oral Tumorigenicity Study in Mice (CAR 010). Revised Statistical Analysis. [GSKZINDA0000011033-56]

149. GSK Report WPT/89/196 (Study SAD098): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, once daily, oral administration to Beagles, for 397 weeks, of doses equivalent to 50 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000000846 – 1057]

150. GSK Report WPT/89/306 (Study SAD112): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, twice daily, oral administration to Beagles for 372 weeks, of doses equivalent to 5 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000001058 – 1582]

151. GSK Report WPT/94/381 (Study R13529): Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats. [IND 17-004] [GSKZINDA0000051942-52706]

152. GSK Study WPT/93/096 (Study R124040): GR122311X: Oral (dietary) oncogenicity study in rats [GSKZNDAL0000097436-100222]

153. GSK Study WPT/93/122 (Study M12403): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZNDAL0000091415-4480]

154. GSK Study WPT/93/201 (Study M13040): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZAN0000368567-844; GSKZAN0000705948-6391; GSKZAN0000914868-6099; GSKZAN0000368845-9202]

155. GSK Study BIO/80/11. Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man. [GSKZAN0000369530-45]

156. GSK Study CR/368/81. Ranitidine Nitrosation. [GSKZAN0000290552-67]

157. GSK Study D1031: Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity [NDA 18-703] [GSKZNDAA0000001726-7; GSKZNDAA0000014733-71]

158. GSK Study D164: The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products [NDA 18-703] [GSKZNDAA0000001728-30; GSKZNDAA0000014773-90]

159. Guengerich FP, Müller-Enoch D, Blair IA. Oxidation of quinidine by human liver cytochrome P-450. Mol Pharmacol. 1986 Sep;30(3):287-95.

Contains Confidential Information – Subject to Protective Order

160. Guengerich FP. Roles of cytochrome P-450 enzymes in chemical carcinogenesis and cancer chemotherapy. Cancer Res. 1988 Jun 1;48(11):2946-2954.

161. Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov;210:1124-1136.

162. Hall J, Brésil H, Montesano R. O6-Alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. Carcinogenesis. 1985 Feb;6(2):209-11.

163. Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8.

164. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.

165. Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis. 2009 Sep;24(5):455-63.

166. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion. 1990;45(4):189-95.

167. Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. J Chem Soc Perkin Trans. 1987;951-4.

168. Health Canada. Nitrosamine impurities in medications. https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/nitrosamine-impurities.html. Accessed December 30, 2021.

169. Herrmann K, Schumacher F, Engst W, Appel KE, Klein K, Zanger UM, Glatt H. Abundance of DNA adducts of methyleugenol, a rodent hepatocarcinogen, in human liver samples. Carcinogenesis. 2013;34(5):1025-1030.

170. Hill J. Cautions Against the Immoderate Use of Snuff. 2nd Ed. Baldwin R, Jackson J. London. 1761.

171. Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrügger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev. 1996 Sep;5 Suppl 1:83-7.

172. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Epub 2013 Jun 20. Erratum in: Risk Anal. 2014 Mar;34(3):598.

173. Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. Heliyon. 2021 Feb 1;7(2):e06179.

174. Human Protein Atlas. https://www.proteinatlas.org/. Accessed April 4, 2021.

175. IARC. Chemical Agents and Related Occupations. Volume 100 F. A Review of Human Carcinogens. International Agency for Research on Cancer; 2012.

176. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Volume 17. Some N-Nitroso Compounds. N-Nitrosodimethylamine. Lyon, France: IARC; 1978.

177. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. Lyon, France: IARC; 1987.

Contains Confidential Information – Subject to Protective Order

178. International Agency for Research on Cancer (IARC). IARC Monographs on the Identification of Carcinogenic Hazards to Humans, Preamble. Lyon, France: World Health Organization; Amended January 2019. https://monographs.iarc.who.int/wp-content/uploads/2019/07/Preamble-2019.pdf. Accessed June 9, 2021.

179. International Agency for Research on Cancer (IARC). Agents classified by the IARC Monographs, Volumes 1–130. https://monographs.iarc.who.int/list-of-classifications. Last updated December 10, 2021. Accessed February 10, 2022.

180. Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018;68(1):31-54.

181. Iwakuma T, Sakumi K, Nakatsuru Y, Kawate H, Igarashi H, Shiraishi A, Tsuzuki T, Ishikawa T, Sekiguchi M. High incidence of nitrosamine-induced tumorigenesis in mice lacking DNA repair methyltransferase. Carcinogenesis. 1997 Aug;18(8):1631-5.

182. Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. Cancer letters. 1998 Dec 11;134(1):73-9.

183. Jiang Q, Christen S, Shigenaga MK, Ames BN. γ-Tocopherol, the major form of vitamin E in the US diet, deserves more attention. The American journal of clinical nutrition. 2001 Dec 1;74(6):714-22.

184. Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021;62:293-305.

185. Kadiiska MB, Gladen BC, Baird DD, Germolec D, Graham LB, Parker CE, Nyska A, Wachsman JT, Ames BN, Basu S, Brot N, Fitzgerald GA, Floyd RA, George M, Heinecke JW, Hatch GE, Hensley K, Lawson JA, Marnett LJ, Morrow JD, Murray DM, Plastaras J, Roberts LJ 2nd, Rokach J, Shigenaga MK, Sohal RS, Sun J, Tice RR, Van Thiel DH, Wellner D, Walter PB, Tomer KB, Mason RP, Barrett JC. Biomarkers of oxidative stress study II: are oxidation products of lipids, proteins, and DNA markers of CCl4 poisoning? Free Radic Biol Med. 2005 Mar 15;38(6):698-710.

186. Kamm JJ, Dashman T, Conney AH, Burns JJ. Protective effect of ascorbic acid on hepatotoxicity caused by sodium nitrite plus aminopyrine. Proceedings of the National Academy of Sciences United States of America. 1973 Mar 1;70(3):747-9.

187. Kane SP. Ranitidine, ClinCalc DrugStats Database, Version 21.1. ClinCalc: https://clincalc.com/DrugStats/Drugs/Ranitidine. Updated December 1, 2020. Accessed March 10, 2021.

188. Kang H, Konishi C, Kuroki T, Huh N. Detection of O6-methylguanine, O4-methylthymine and O4-ethylthymine in human liver and peripheral blood leukocyte DNA. Carcinogenesis. 1995 Jun;16(6):1277-80.

189. Kaufman DW, Kelly JP, Rosenberg L, Anderson TE, Mitchell AA. Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA. 2002;287(3):337-344.

190. Kedderis GL. Chapter 1.07: Toxicokinetics: Biotransformation of Toxicants. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 128-142.

191. King FJ, Searle AD, Urquhart MW. Ranitidine – Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. Org Process Res Dev. 2020.

Contains Confidential Information – Subject to Protective Order

192. Kiziltas H, Ekin S, Bayramoglu M, Akbas E, Oto G, Yildirim S, Ozgokce F. Antioxidant properties of *Ferulago angulata* and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. Pharmaceutical Biology. 2017 Jan 1;55(1):888-97.

193. Klaunig JE, Weghorst CM, Pereira MA. Effect of phenobarbital on diethylnitrosamine and dimethylnitrosamine induced hepatocellular tumors in male B6C3F1 mice. Cancer Lett. 1988 Sep-Oct;42(1-2):133-139.

194. Klaunig JE. Chapter 8: Chemical Carcinogenesis. In: Casarett & Doull's Toxicology: The Basic Science of Poisons. 8th ed. McGraw-Hill Publishing; 2013. 393-443.

195. Knudson AG Jr. Mutation and cancer: statistical study of retinoblastoma. Proc Natl Acad Sci U S A. 1971 Apr;68(4):820-823.

196. Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. Chem Biol Interact. 2019 Mar 1;301:88-111.

197. Kotthaus J, Schade D, Muschick N, Beitz E, Clement B. Structure-activity relationship of novel and known inhibitors of human dimethylarginine dimethylaminohydrolase-1: alkenyl-amidines as new leads. Bioorg Med Chem. 2008 Dec 15;16(24):10205-9.

198. Krawczynski M, Ignys I, Borucki M. Nitrozamines in children with chronic gastritis. Pediatria Polska. 2002:77(3):217-224. [GSKZAN0000085209-19]

199. Krul CA, Zeilmaker MJ, Schothorst RC, Havenaar R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol. 2004 Jan;42(1):51-63.

200. Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase. Carcinogenesis. 2000 Jun;21(6):1227-32.

201. Kwon Y. Chapter 8: Metabolism. In: Handbook of Essential Pharmacokinetics, Pharmacodynamics, and Drug Metabolism for Industrial Scientists. 2002. 121-168.

202. Labuc GE, Archer MC. Comparative tumor initiating activities of N-nitrosomethylbenzylamine and N-nitrosodimethylamine in rat liver. Carcinogenesis. 1982;3(5):519-523.

203. Lakritz L, Kimoto W. N-nitrosamines--contaminants in blood-collection tubes. Food Cosmet Toxicol. 1980;18(1):31-34.

204. Larson AM, Polson J, Fontana RJ, Davern TJ, Lalani E, Hynan LS, Reisch JS, Schiødt FV, Ostapowicz G, Shakil AO, Lee WM; Acute Liver Failure Study Group. Acetaminophen-induced acute liver failure: results of a United States multicenter, prospective study. Hepatology. 2005 Dec;42(6):1364-72.

205. Leaf CD, Wishnok JS, Tannenbaum SR. Mechanisms of endogenous nitrosation. Cancer Surv. 1989;8(2):323-34.

206. Lhasa Carcinogenicity Database. Nitrosodimethylamine. https://carcdb.lhasalimited.org/carcdb-frontend/. Accessed May 3, 2021.

207. Li L, Wang P, Xu X, Zhou G. Influence of various cooking methods on the concentrations of volatile N-nitrosamines and biogenic amines in dry-cured sausages. Journal of Food Science. 2012 May;77(5):C560-5.

208. Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. Cancer Res. 1974 Jan;34(1):255-8.

Contains Confidential Information – Subject to Protective Order

209. Lim GB. Milestone 2: Warfarin: from rat poison to clinical use. Nat Rev Cardiol. 2017 Dec 14.

210. Lim HH, Oh YS, Shin HS. Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography-tandem mass spectrometry. J Pharm Biomed Anal. 2020 Sep 10;189:113460.

211. Lin HL, Parsels LA, Maybaum J, Hollenberg PF. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. Toxicology and applied pharmacology. 1999 Jun 1;157(2):117-24.

212. Lin HL, Hollenberg PF. N-nitrosodimethylamine-mediated formation of oxidized and methylated DNA bases in a cytochrome P450 2E1 expressing cell line. Chemical research in toxicology. 2001 May 21;14(5):562-6.

213. Lluis M, Wang Y, Monzingo AF, Fast W, Robertus JD. Characterization of C-alkyl amidines as bioavailable covalent reversible inhibitors of human DDAH-1. ChemMedChem. 2011 Jan 3;6(1):81-8.

214. Lorr NA, Tu YY, Yang CS. The nature of nitrosamine denitrosation by rat liver microsomes. Carcinogenesis. 1982;3(9):1039-43.

215. Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutat Res. 1983 Dec;122(3-4):373-6.

216. Martin LE, Oxford J, Tanner RJ. The use of on-line high-performance liquid chromatography-mass spectrometry for the identification of ranitidine and its metabolites in urine. Xenobiotica. 1981 Dec;11(12):831-40.

217. Martin LE, Bell JA, Carey PF, Dallas FAA, Dixon GT, Jenner WN. A review of pharmacokinetics and metabolism of ranitidine in animals and man. Pharmacokinetics and Pharmacodynamics. 1981a;23-31.

218. Martin LE, Oxford J, Tanner RJ. Use of high-performance liquid chromatography-mass spectrometry for the study of the metabolism of ranitidine in man. J Chromatogr. 1982 Apr 9;251(2):215-24.

219. Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterol Jpn. 1990 Apr;25(2):162-8.

220. Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicol Lett. 1983 Aug;18(1-2):97-102.

221. Meier-Bratschi A, Lutz WK, Schlatter C. Methylation of liver DNA of rat and mouse by N-nitrosodimethylamine formed in vivo from dimethylamine and nitrite. Food and Chemical Toxicology. 1983 Jun 1;21(3):285-9.

222. Mico BA, Swagzdis JE, Hu HS, Keefer LK, Oldfield NF, Garland WA. Low-dose in vivo pharmacokinetic and deuterium isotope effect studies of N-nitrosodimethylamine in rats. Cancer Res. 1985;45(12 Pt 1):6280-6285.

223. Miller EC, Swanson AB, Phillips DH, Fletcher TL, Liem A, Miller JA. Structure-activity studies of the carcinogenicities in the mouse and rat of some naturally occurring and synthetic alkenylbenzene derivatives related to safrole and estragole. Cancer Res. 1983;43(3):1124-1134.

Contains Confidential Information – Subject to Protective Order

224. Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, Moore PJ, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. Lancet. 1982 May 15;1(8281):1091-5.

225. Mirvish SS. Kinetics of dimethylamine nitrosation in relation to nitrosamine carcinogenesis. J Natl Cancer Inst. 1970 Mar;44(3):633-9.

226. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol Appl Pharmacol. 1975 Mar;31(3):325-51.

227. Mirvish SS. N-nitroso compounds: their chemical and in vivo formation and possible importance as environmental carcinogens. J Toxicol Environ Health. 1977 Jul;2(6):1267-77.

228. MITCH000283-285

229. MITCH000424-447 (Emery Pharma Draft Manuscript 2021)

230. MITCH001204-1208

231. MITCH001548-1569

232. Mitchell SC, Zhang AQ, Smith RL. Dimethylamine and diet. Food Chem Toxicol. 2008 May;46(5):1734-8.

233. Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr;116(4):813-22.

234. Mueller RL, Hagel HJ, Wild H, Ruppin H, Domschke W. Nitrate and nitrite in normal gastric juice. Precursors of the endogenous N-nitroso compound synthesis. Oncology. 1986;43(1):50-3.

235. Mulet-Cabero AI , Egger L , Portmann R , Ménard O , Marze S , Minekus M , Le Feunteun S , Sarkar A , Grundy MM , Carrière F , Golding M , Dupont D , Recio I , Brodkorb A , Mackie A . A standardised semi-dynamic in vitro digestion method suitable for food - an international consensus. Food Funct. 2020;11(2):1702-1720.

236. Muller L, Gocke E, Lavé T, Pfister T. Ethyl methanesulfonate toxicity in Viracept--a comprehensive human risk assessment based on threshold data for genotoxicity. Toxicol Lett. 2009 Nov 12;190(3):317-329.

237. Munro HN, Gray JA. The nucleic acid content of skeletal muscle and liver in mammals of different body size. Comp Biochem Physiol. 1969 Feb;28(2):897-905.

238. Murphy RB, Tommasi S, Lewis BC, Mangoni AA. Inhibitors of the Hydrolytic Enzyme Dimethylarginine Dimethylaminohydrolase (DDAH): Discovery, Synthesis and Development. Molecules. 2016 May 11;21(5):615.

239. Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc Natl Acad Sci U S A. 1993 Jul 15;90(14):6468-72.

240. National Cancer Institute (NCI). Tumor Promotion. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/tumor-promotion. Accessed May 2, 2021.

241. National Center for Biotechnology Information. DDAH1. https://www.ncbi.nlm.nih.gov/gene/23576. Accessed May 3, 2021.

242. National Lightning Safety Council. What are the odds of becoming a lightning victim? http://lightningsafetycouncil.org/Odds.pdf. Accessed August 24, 2021.

243. National Oceanic and Atmospheric Administration Global Monitoring Laboratory. Math Application Activity: Understanding ppm and ppb.

Contains Confidential Information – Subject to Protective Order

https://gml.noaa.gov/outreach/info_activities/pdfs/MAA_understanding_ppm_and_ppb.pdf.
Accessed August 24, 2021.

244. National Research Council. Risk Assessment in the Federal Government: Managing the Process. Washington, DC: The National Academies Press. 1983.

245. National Toxicology Program (NTP). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services. 2021.

246. National Toxicology Program (NTP). Methyleugenol. Report on Carcinogens, 14th Ed. U.S. Department of Health and Human Services. 2016.

247. Nishimura M, Yaguti H, Yoshitsugu H, Naito S, Satoh T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. Yakugaku Zasshi. 2003 May;123(5):369-75.

248. O'Connor PJ, Capps MJ, Craig AW. Comparative studies of the hepatocarcinogen N,N-dimethylnitrosamine in vivo: reaction sites in rat liver DNA and the significance of their relative stabilities. Br J Cancer. 1973 Feb;27(2):153-66.

249. O'Connor HJ, Riley SE, Axon AT, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. Mutat Res. 1987 Jul;188(3):201-8.

250. Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG,NG-dimethylarginine dimethylaminohydrolase, from rat kidney. J Biol Chem. 1989 Jun 15;264(17):10205-9.

251. Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Mutagenicity tests of ranitidine hydrochloride. Oyo Yakuri. 1984;28(1):163-169.

252. Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. Drug Chem Toxicol. 2003 Nov;26(4):295-308.

253. Pegg AE. Alkylation of rat liver DNA by dimethylnitrosamine: effect of dosage on O6-methylguanine levels. J Natl Cancer Inst. 1977 Mar;58(3):681-7.

254. Pegg AE, Hui G. Removal of methylated purines from rat liver DNA after administration of dimethylnitrosamine. Cancer Res. 1978 Jul;38(7):2011-7.

255. Pegg AE, Hui G. Formation and subsequent removal of O6-methylguanine from deoxyribonucleic acid in rat liver and kidney after small doses of dimethylnitrosamine. Biochem J. 1978a;173(3):739-48.

256. Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22.

257. Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 1981 Aug;41(8):3128-32.

258. Pegg AE, Roberfroid M, von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proc Natl Acad Sci U S A. 1982 Sep;79(17):5162-5.

259. Pegg AE. Properties of the O6-alkylguanine-DNA repair system of mammalian cells. IARC Sci Publ. 1984;(57):575-80.

260. Pegg AE. Multifaceted roles of alkyltransferase and related proteins in DNA repair, DNA damage, resistance to chemotherapy, and research tools. Chem Res Toxicol. 2011 May 16;24(5):618-39.

261. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 1991;51(23 Pt 2):6415-51.

Contains Confidential Information – Subject to Protective Order

262. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res. 1991a;51(23 Pt 2):6452-69.

263. Povey AC, Cooper DP. The development, validation and application of a 32P-postlabelling assay to quantify O6-methylguanine in human DNA. Carcinogenesis. 1995 Jul;16(7):1665-9.

264. Preussmann R, Stewart BW. N-Nitroso Carcinogens. In: Chemical Carcinogens, Vol. 2. Searle CE, Ed. 2nd Ed. American Chemical Society, Wasington, D.C. 1984. pp 643-828.

265. Prival MJ, King VD, Sheldon AT Jr. The mutagenicity of dialkyl nitrosamines in the Salmonella plate assay. Environ Mutagen. 1979;1(2):95-104.

266. Pullen F. The fascinating history of the development of LC-MS; a personal perspective. Chromatography Today. 2010;3(1):4-6.

267. Reed PI, Smith PL, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet. 1981 Sep 12;2(8246):553-6.

268. Reitz RH, Mendrala AL, Park CN, Andersen ME, Guengerich FP. Incorporation of in vitro enzyme data into the physiologically-based pharmacokinetic (PB-PK) model for methylene chloride: implications for risk assessment. Toxicol Lett. 1988;43(1-3):97-116.

269. Rendic S, Guengerich FP. Contributions of human enzymes in carcinogen metabolism. Chem Res Toxicol. 2012 Jul 16;25(7):1316-1383.

270. Richards DA. Comparative pharmacodynamics and pharmacokinetics of cimetidine and ranitidine. J Clin Gastroenterol. 1983;5 Suppl 1:81-90.

271. Roberts CJ. Clinical pharmacokinetics of ranitidine. Clin Pharmacokinet. 1984 May-Jun;9(3):211-21.

272. Robinson R. What governs enzyme activity? For one enzyme, charge contributes only weakly. PLoS Biol. 2006 Apr;4(4):e133.

273. Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? Lancet. 1976 Nov 13;2(7994):1037-9.

274. Russell PJ. DNA Mutation, DNA Repair, and Transposable Elements. In: iGenetics: A Molecular Approach. 3rd Ed. 2014. 170-211.

275. Rye PT, Delaney JC, Netirojjanakul C, Sun DX, Liu JZ, Essigmann JM. Mismatch repair proteins collaborate with methyltransferases in the repair of O(6)-methylguanine. DNA Repair (Amst). 2008 Feb 1;7(2):170–176.

276. Sharma BK, Santana IA, Wood EC, Walt RP, Pereira M, Noone P, Smith PL, Walters CL, Pounder RE. Intragastric bacterial activity and nitrosation before, during, and after treatment with omeprazole. Br Med J (Clin Res Ed). 1984 Sep 22;289(6447):717-9.

277. Sharma V, Collins LB, Clement JM, Zhang Z, Nakamura J, Swenberg JA. Molecular dosimetry of endogenous and exogenous $O^6$-methyl-dG and $N^7$-methyl-G adducts following low dose [D$_3$]-methylnitrosourea exposures in cultured human cells. Chem Res Toxicol. 2014 Apr 21;27(4):480-2.

278. Silverman RB, Holladay MW. Chapter 1: Introduction. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014a, pp 1-17.

279. Silverman RB, Holladay MW. Chapter 8: Drug Metabolism. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014, pp 357-422.

280. Simenhoff ML, Dunn SR, Kirkwood RG. Presence of nitrosamines in blood of normal and disease human subjects. In: Nitrosamines and Human Cancer. Magee PN (Ed). 1982. 283-296.

281. Skipper PL, Tomera JF, Wishnok JS, Brunengraber H, Tannenbaum SR. Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver. Cancer Res. 1983;43(10):4786-4790.

282. Smith Kline and French Report (Darkin 1982). The Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs. [GSKZAN0003535392-5]

283. Smith PAS, Loeppky RN. Nitrosative Cleavage of Tertiary Amines. Journal of the American Chemical Society. 1967;89:1147-57.

284. Smith JL, Wishnok JS, Deen WM. Metabolism and excretion of methylamines in rats. Toxicol Appl Pharmacol. 1994 Apr;125(2):296-308.

285. Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF, Hecht SS. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environmental Health Perspectives. 2016 Jun;124(6):713-21.

286. Sobala GM, Pignatelli B, Schorah CJ, Bartsch H, Sanderson M, Dixon MF, Shires S, King RF, Axon AT. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991 Feb;12(2):193-8.

287. Souliotis VL, Sfikakis PP, Anderson LM, Kyrtopoulos SA. Intra- and intercellular variations in the repair efficiency of O6-methylguanine, and their contribution to kinetic complexity. Mutat Res. 2004 Dec 21;568(2):155-70. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publ. 1982;(41):443-9.

288. Spiegelhalder B, Preussmann R. In vivo nitrosation of amidopyrine in humans: use of 'ethanol effect' for biological monitoring of N-nitrosodimethylamine in urine. Carcinogenesis. 1985;6(4):545-8.

289. Spurling NW, Selway SA, Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol. 1989 Jan;8(1):23-32

290. Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec;23(12):1048-54. doi: 10.1136/gut.23.12.1048.

291. Stratton MR, Campbell PJ, Futreal PA. The cancer genome. Nature. 2009 Apr 1;458(7239):719–24.

292. Strobl GR, von Kruedener S, Stöckigt J, Guengerich FP, Wolff T. Development of a pharmacophore for inhibition of human liver cytochrome P-450 2D6: molecular modeling and inhibition studies. J Med Chem. 1993 Apr 30;36(9):1136-45.

293. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. N-nitroso compounds: assessing agreement between food frequency questionnaires and 7-day food records. J Am Diet Assoc. 2009;109(7):1179-83.

294. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009a;22(Suppl 1):S42-S47.

295. Sun H, Zhao H. Chapter 12: Drug Elimination and Hepatic Clearance. In: Applied Biopharmaceutics and Pharmacokinetic. Shargel L, Yu ABC (Eds.). 7th Ed. 2016. 309-356.

296. Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. Cancer Res. 1991 Dec 1;51(23 Pt 2):6409-14.

Contains Confidential Information – Subject to Protective Order

297. Swenberg JA, Lu K, Moeller BC, Gao L, Upton PB, Nakamura J, Starr TB. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. Toxicol Sci. 2011 Mar;120 Suppl 1(Suppl 1):S130-45.

298. Taniguchi C, Guengerich FP. Chapter 4: Drug Metabolism. In: Principles of Pharmacology: The Pathophysiologic Basis of Drug Therapy. Golan DE, Tashjian AH, Armstrong EJ, Armstrong A (Eds.). 3rd Ed. 2012. 43-55.

299. Taxak N, Bharatam PV. Drug Metabolism: A Fascinating Link Between Chemistry and Biology. *Reson.* 2014;19:259-282.

300. Templin MV, Constan AA, Wolf DC, Wong BA, Butterworth BE. Patterns of chloroform-induced regenerative cell proliferation in BDF1 mice correlate with organ specificity and dose-response of tumor formation. Carcinogenesis. 1998;19(1):187-193.

301. Teraoka R, Otsuka M, Matsuda Y. Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. J Pharm Sci. 1993 Jun;82(6):601-4.

302. Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-565.

303. Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut. 1987 Jun;28(6):726-38.

304. Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Regul Toxicol Pharmacol. 1994 Apr;19(2):130-51.

305. Tian S, Djoumbou-Feunang Y, Greiner R, Wishart DS. CypReact: A Software Tool for in Silico Reactant Prediction for Human Cytochrome P450 Enzymes. J Chem Inf Model. 2018 Jun 25;58(6):1282-1291.

306. Tremmel R, Herrmann K, Engst W, Meinl W, Klein K, Glatt H, Zanger UM. Methyleugenol DNA adducts in human liver are associated with SULT1A1 copy number variations and expression levels. Arch Toxicol. 2017;91(10):3329-3339.

307. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. Eur J Cancer Prev. 1997 Jun;6(3):226-68.

308. Tyzack JD, Kirchmair J. Computational methods and tools to predict cytochrome P450 metabolism for drug discovery. Chem Biol Drug Des. 2019 Apr;93(4):377-386.

309. VAL 00749-00765

310. VAL 01202-01237

311. VAL-BI 00025-00039

312. VAL-BI 00310

313. Valisure Citizen Petition. September 2019.

314. van Maanen JM, Welle IJ, Hageman G, Dallinga JW, Mertens PL, Kleinjans JC. Nitrate contamination of drinking water: relationship with HPRT variant frequency in lymphocyte DNA and urinary excretion of N-nitrosamines. Environ Health Perspect. 1996;104(5):522-528.

315. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. Cancer Detect Prev. 1998;22(3):204-212.

316. Vanos JK, Middel A, Poletti MN, Selover NJ. Evaluating the impact of solar radiation on pediatric heat balance within enclosed, hot vehicles. Temperature (Austin). 2018;5(3):276-292.

Contains Confidential Information – Subject to Protective Order

317. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ Health Perspect. 1998;106(8):459-463.

318. Vermeer IT, Moonen EJ, Dallinga JW, Kleinjans JC, van Maanen JM. Effect of ascorbic acid and green tea on endogenous formation of N-nitrosodimethylamine and N-nitrosopiperidine in humans. Mutat Res. 1999;428(1-2):353-361.

319. Waddell WJ, Crooks NH, Carmichael PL. Correlation of tumors with DNA adducts from methyl eugenol and tamoxifen in rats. Toxicol Sci. 2004;79(1):38-40.

320. Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. Arch Toxicol. 2006 Jun;80(6):305-309.

321. Wallace JL, Sharkey KA. Chapter 45: Pharmacotherapy of Gastric Acidity, Peptic Ulcers, and Gastroesophageal Reflux Disease. In: Goodman & Gilman's The Pharmacological Basis of Therapeutics. Brunton LL (Ed.). 12th Ed. 2011. 1309-1322.

322. Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines under stomach conditions. In: Environmental N-Nitroso Compounds Analysis and Formation. Walker EA, et al. (Eds). IARC Sci Publ. 1976;14:181-193.

323. Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4.

324. Wang HY, Qin M, Dong L, Lv JY, Wang X. Genotoxicity of a low-dose nitrosamine mixture as drinking water disinfection byproducts in NIH3T3 cells. International journal of medical sciences. 2017;14(10):961.

325. Williams GM, Iatropoulos MJ, Jeffrey AM, Duan JD. Methyleugenol hepatocellular cancer initiating effects in rat liver. Food Chem Toxicol. 2013;53:187-196.

326. Wongsena W, Charoensuk L, Dangtakot R, Pinlaor P, Intuyod K, Pinlaor S. Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen. Pharmacological Reports. 2018 Feb 1;70(1):98-105.

327. World Health Organization (WHO). Concise International Chemical Assessment Document 38: N-Nitrosodimethylamine. 2002.

328. World Health Organization (WHO). Guidelines for Drinking-Water Quality, 3rd edition. 2008.

329. World Health Organization (WHO) Model List of Essential Medicines. 22nd List. 2021.

330. Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993;14(12):2547-2551.

331. Yamazaki H, Inui Y, Yun C-H, Guengerich FP, Shimada T. Cytochrome P450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of N-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes. Carcinogenesis. 1992;13(10):1789-94.

332. Yoo JS, Guengerich FP, Yang CS. Metabolism of N-nitrosodialkylamines by human liver microsomes. Cancer Res. 1988 Mar 15;48(6):1499-504.

333. Zang H, Fang Q, Pegg AE, Guengerich FP. Kinetic analysis of steps in the repair of damaged DNA by human $O^6$-alkylguanine-DNA alkyltransferase. J Biol Chem. 2005 Sep 2;280(35):30873-30881.

334. Zantac Tablets Prescribing Information. GlaxoSmithKline. June 2018.

335. Zantac OTC Consumer Package Insert. Sanofi. 2019.

Contains Confidential Information – Subject to Protective Order

336. Zarbl H, Sukumar S, Arthur AV, Martin-Zanca D, Barbacid M. Direct mutagenesis of Ha-*ras*-1 oncogenes by *N*-nitroso-*N*-methylurea during initiation of mammary carcinogenesis in rats. Nature. 1985;315:382-385.

337. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35.

338. Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. 2021 March 24 Correction.

339. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. 2021 May 4 Retraction.

340. Zhang AQ, Mitchell SC, Barrett T, Ayesh R, Smith RL. Fate of dimethylamine in man. Xenobiotica. 1994 Apr;24(4):379-87.

341. Zhang AQ, Mitchell SC, Smith RL. Dimethylamine in human urine. Clin Chim Acta. 1995 Jan 16;233(1-2):81-8.

342. Zordoky BN, Aboutabl ME, El-Kadi AO. Modulation of cytochrome P450 gene expression and arachidonic acid metabolism during isoproterenol-induced cardiac hypertrophy in rats. Drug Metab Dispos. 2008 Nov;36(11):2277-86.

Contains Confidential Information – Subject to Protective Order

## APPENDIX A

### Calculations from Pegg 1977 for Figure 33 (Metabolism of NDMA)

Pegg 1977: used 160 g (0.16 kg) rats
  1 mg NDMA/kg body weight data used for calculations below.
  0.16 mg NDMA x 1 µmol/0.074 mg = 2.16 µmol NDMA is the dose

  A rat liver has 106 mg DNA/kg body wt and 300 mg RNA/kg body wt (Munro 1969, Table 2)
  Therefore 17 mg DNA & 48 mg RNA in liver for 0.16 kg rat

NDMA DNA Methylation:
  17 mg DNA × (~3 µmol DNA bases/mg DNA) x (¼ is guanine) = 12.8 µmol guanine

  For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in DNA at 4 hours
    12.8 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in DNA) = $154 \times 10^{-6}$ µmol = $1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine

  **$1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA = 0.0071% of dose is $O^6$-methyl guanine in DNA**

  For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in DNA at 4 hours
    12.8 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in DNA) = $384 \times 10^{-5}$ µmol = $3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine

  **$3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine/dose of 2.16 µmol = 0.18% of dose is $N^7$-methyl guanine in DNA**

NDMA RNA Methylation: *Assuming same level of modification of RNA as DNA*

  48 mg RNA × (3 µmol RNA bases/mg RNA) × (¼ is guanine) = 36 µmol guanine

  For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in RNA
    36 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in RNA) = $432 \times 10^{-6}$ µmol = $4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine

  **$4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA dose = 0.02% of dose is $O^6$-methyl guanine in RNA**

  For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in RNA
    36 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in RNA) = $1080 \times 10^{-5}$ µmol = $1.08 \times 10^{-2}$ µmol $N^7$-methyl guanine

Contains Confidential Information – Subject to Protective Order

**1.08 x 10⁻² µmol N⁷-methyl guanine/ dose of 2.16 µmol NDMA = 0.5% of dose is N⁷-methyl guanine in DNA**



TEXT-FIGURE 1.—7-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amounts of 7-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. Values for doses of DMN varying from 0.25 to 2.5 mg/kg body weight are shown in the main figure and for doses of 1–20 mg/kg in the insert. 7-Methylguanine levels are expressed as moles/10⁵ moles of guanine.

TEXT-FIGURE 2.—O⁶-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amount of O⁶-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. The main figure shows results for DMN doses of 0.25–2.5 mg/kg body weight; the insert shows results for doses of 1.5–20 mg/kg body weight. O⁶-Methylguanine levels are expressed as moles/10⁶ moles of guanine.

Figure. Levels of N⁷-methyl guanine [left] and O⁶-methyl guanine [right] in rat liver DNA 4 and 24 hours after various doses of injected NDMA [DMN] (0.25-2.5 mg/kg body weight)

Contains Confidential Information – Subject to Protective Order

**APPENDIX B**

**Genotoxicity and Mutagenicity Results on Ranitidine ± Nitrite**

Results categorized as positive (+), weakly positive (±), negative (—), or equivocal (?).

**Ranitidine**:

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| **RANITIDINE HCl (ZANTAC®)** | | | | |
| **_In Vivo_ Human Studies** | | | | |
| GSK Report PATH/80/235 | Ames test w/ _S. typhimurium_ TA98, TA1535 & TA1537 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | • Dose: physiological |
| | Fluctuation test w/ _S. typhimurium_ TA1535 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| | Ames test w/ _S. typhimurium_ TA1535 of human urine after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| De Flora 1983 | Ames test w/ _S. typhimurium_ TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | 150 mg × 1 (oral) | — | • Dose: physiological |
| O'Connor 1987 | Fluctuation test w/ _S. typhimurium_ TA98 & TA100 of fasting human gastric juice after human ingestion of ranitidine | 150 mg twice daily × 4-20 weeks (oral) | — | • Dose: physiological |
| **_In Vivo_ Animal Studies** | | | | |
| GSK Report PATH/79/229 (Study TR21) | Dominant lethal assay in rats | 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (250-500 times human therapeutic dose) |

240

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report PATH/80/240 | Ames test w/ *S. typhimurium* TA98, TA100, TA1535 & TA1537 of mouse urine | 10, 30, & 100 mg/kg × 1 (IP[39] injection) | — | • Dose: supraphysiological (2.5-50 times human therapeutic dose) |
| GSK Report WPT/83/037 | Cytogenetic study in spermatogonial cells of mice | 100, 300, & 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (25-500 times human therapeutic dose) |
| GSK Report WPT/83/056 | Micronucleus test in mouse bone marrow | 3, 10, & 30 mg/kg × 2 (IP injection) | — | • Dose: supraphysiological, except lowest dose (0.75-15 times human therapeutic dose) |
| Okumura 1984 | Micronucleus test in mouse bone marrow | 132, 263, & 525 mg/kg × 1 or 2 (oral) | — | • Dose: supraphysiological (33-263 times human therapeutic dose) |
| Brambilla 1983 | Sister chromatid exchange in mouse bone marrow cells | 175 mg/kg × 1 (oral) | — | • Dose: supraphysiological (44-175 times human therapeutic dose) |
| | DNA fragmentation in rat liver and gastric mucosa cells | 175-350 mg/kg × 1 or 5 (oral) | — | |
| GSK Report WPT/86/029 | Sex-linked recessive lethal study in fruit flies (*Drosophila melanogaster*) | 0.5 & 5 mg/mL (1.6-16 mM) (oral) | — | • Dose: supraphysiological |
| GSK Report WPT/90/079 (Burlinson 1990) | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 50, 100, 200, & 215 mg/kg (oral) | — | • Dose: supraphysiological (12.5-108 times human therapeutic dose) <br> • "the largest oral dose represents approximately 100 times the single therapeutic dose" |
| ***In Vitro* Studies** | | | | |
| GSK Study D1031 (& GSK Report PATH/80/240) | Ames test w/ *S. typhimurium* TA98, TA100, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | — | • Dose: supraphysiological <br> • Inconsistent, weak positive results only observed in the Ames test for 2 of 8 bacterial strains tested and at very high ranitidine concentrations (≥ 9 mg/plate, 10 mM), which exceeds the FDA maximum recommended concentrations for these assays (5 mg/plate). No mutagenicity observed in |
| | Ames test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | ± Ames (≥ 9 mg/plate; TA1535 – S9; WP67 ± S9) | |

---

[39] IP: intraperitoneal

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | Fluctuation test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.5-2 mg/mL (1.4-5.7 mM) | — | the "more sensitive liquid Microtitre Fluctuation assay method."<br>• "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| GSK Report PATH/77/153 | Fluctuation test w/ *E. coli* WP2 uvrA (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| GSK Report PATH/78/172 | Ames test w/ *S. typhimurium* TA98, TA1537, TA1538 & *E. coli* CM611, WP2 uvrA, WP67 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| | Fluctuation test w/ *S. typhimurium* TA98 & *E. coli* WP2 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | |
| | Forward mutation assay w/ *Saccharomyces cerevisiae* S9 yeast (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| | Gene conversion assay w/ *S. cerevisiae* D4 (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| De Flora 1981 letter/1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | up to 40 mg/plate (≤ 114 mM) | — | • Dose: supraphysiological |
| | Selective lethality assays in DNA repair-deficient *E. coli* WP2, WP2 uvrA, WP67, CM871, TM1080 | up to 2.5 mg/plate (≤ 143 mM) | — | |
| Okumura 1984 | Ames test w/ *S. typhimurium* TA92, TA94, TA98, TA100, | 0.01-5 mg/plate (0.01-5.3 mM) | — | • Dose: supraphysiological |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | TA1535, TA1537, TA1538 & *E. coli* WP2 uvrA (± S9 mix) | | | |
| | Rec assay w/ *B. subtilis* & *E. coli* | 0.025-2.5 mg/disc (1.4-143 mM) | — | |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix) | 0.1 & 3 mM | — | • Dose: supraphysiological |
| | Reverse mutation & gene conversion assays w/ *S. cerevisiae* yeast | 0.1 & 3 mM | — | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | 1.9 mM | — | • Dose: supraphysiological |
| Hastwell 2009 | GreenScreen HC assay in human lymphoblastoid TK6 cells | 3.0 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | 3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | 3.3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | 3.3 mM | ? | • Dose: supraphysiological<br>• ? = "weakly positive only in one experiment" out of three |
| Fryklund 1992 | Unscheduled DNA synthesis in rabbit gastric mucosa cells | 0.1-1 mM | — | • Dose: supraphysiological<br>• "[R]anitidine in concentrations 100 times the $IC_{50}$ value for inhibition of acid secretion in the parietal cells" |
| **RANITIDINE BISMUTH CITRATE (TRITEC®)** | | | | |
| ***In Vivo* Animal Studies** | | | | |
| GSK Report WPT/89/335 (Study R12011) | Micronucleus test in bone marrow of rats | 1000 & 2000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (88-175 times human therapeutic daily dose) |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report WPT/90/407 | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 100 & 250 mg/kg × 1 (oral) | — | • Dose: supraphysiological (8-22 times human therapeutic daily dose) |
| *In Vitro* **Studies** | | | | |
| GSK Report WPT/90/290 (Study V11934) | Ames test w/ *S. typhimurium* TA98, TA100, TA1535, TA1537 (± S9 mix) | 0.05-5 mg/plate (0.03-2.6 mM[40]) | — TA98, TA1535, TA1537 ? TA100 | • Dose: supraphysiological<br>• ? = TA100: "As the increases in the first two assays were only small, not dose-related and could not be consistently reproduced, they were considered to be of no biological significance." |
|  | Fluctuation test w/ *E. coli* WP2, WP2 uvrA (pKM101), & 343/113 lys 60 (R46) (± S9 mix) | 0.025-1 mg/mL (0.04-1.4 mM) | — |  |
|  | Gene conversion assay w/ *S. cerevisiae* JD1 (- S9 mix) | 0.005-5 mg/mL (0.007-7 mM) | — |  |
| GSK Report WPT/91/276 (Study V12784) | Mouse lymphoma L5178Y assay (± S9 mix) | 0.05-0.5 mg/mL (0.07-0.7 mM) | — | • Dose: supraphysiological |
| GSK Report WPT/90/411 (Study V11765) | Cytogenetic evaluation in cultured human lymphocytes | 0.03-0.3 mg/mL (0.04-0.4 mM) (-S9) | ± (≥200 µg/ml) | • Dose: supraphysiological<br>• Dose-dependent effect seen with both ranitidine bismuth citrate and bismuth citrate only (Report WPT/90/176 (Pilot Study Y12410)).<br>• "Clastogenic activity was seen *in vitro* using human cultured lymphocytes. Bismuth citrate also induced an equivalent clastogenic response in this test. Thus the weak clastogenic effect seen with GR122311X [ranitidine bismuth citrate] can be accounted for as an effect of a bismuth containing compound." |
|  |  | 0.1-1 mg/mL (0.14-1.4 mM) (+S9) | ? |  |

**Ranitidine + Nitrite**:

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| *In Vivo* **Human Studies** | | | | |

---

[40] Assuming 2.7 mL of agar per plate.

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| De Flora 1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | R: 150 mg × 1 N: 1-5 mg added to 0.5 mL gastric juice (29-145 mM) | ? "without a reproducible effect" | • Ranitidine dose (to humans): physiological<br>• Nitrite dose (to plate): supraphysiological<br>• ? = "In some assays, a slight increase of revertants or the appearance of toxic effects following preincubation with nitrite, was observed by testing the gastric juice samples from ranitidine-treated individuals in strains TA1535 and TA100 (with S-9 mix)… However, such effects were scanty and poorly reproducible and therefore these assays did not lead to any convincing conclusion." |
| **In Vivo Animal Studies** | | | | |
| Brambilla 1983 | DNA fragmentation in rat liver and gastric mucosa cells | 175 + 80 mg/kg (MR 1:2.32) 350 + 80 mg/kg (MR 1:1.16) 350 + 40 mg/kg (MR 1:0.58) | + (high nitrite & low pH) — (lower nitrite & higher pH) | • Ranitidine & nitrite dose: supraphysiological<br>• Molar ratios (MR): supraphysiological (except 1:0.58 – physiological for nitrite rich meal)<br>• Positive results dependent on excess nitrite (high molar ratios) and low pH.<br>• "It remains to be established whether ranitidine nitrosation could represent a significant risk in humans. Undoubtedly, the situation of patients taking ranitidine is quite different from the experimental conditions forcefully employed to overcome the limits of sensitivity of the methods used. Firstly, therapeutic doses of ranitidine are on the body weight basis ~ 100 times lower; in second place, the final molar ratio ranitidine/nitrite can be considered in human gastric juice in the order of 500:1. As a consequence, predicting from experimental data until now available to what extent nitrosation of ranitidine could take place in the stomach of patients assuming therapeutic doses of this drug is impossible." |
| | Sister chromatid exchange in mouse bone marrow cells | 175 + 80 mg/kg (MR 1:2.32) | + | |
| **In Vitro Studies** | | | | |
| GSK Reports D164, PATH/79/220, PATH/79/224, | Ames test w/ *S. typhimurium* TA1537 & *E. coli* WP67, WP2 uvrA (± S9 mix) | 10 mM + 40 mM in 6% acetic acid | — | • Ranitidine dose: supraphysiological at higher doses (>10 mM)<br>• Nitrite dose: supraphysiological (except 0.15 mM – physiological for nitrite rich meal) |
| | Ames test w/ *S. typhimurium* TA1535 (± S9 mix) | 2-40 mM + 0.15-40 mM in 6% | — | |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| & PATH/80/235 (Brittain 1981) | | acetic acid or 30 mM HCl | ($\leq$ 10 mM + <40 mM)<br><br>+<br><br>(10-40 mM + 40 mM; ± S9 mix) | • Molar ratio: supraphysiological<br>• D164:"Since [N-nitroso nitrolic acid] cannot be formed under any probable physiological conditions and since the other nitrosation products of ranitidine are not mutagenic in micro-organisms, there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach." |
| | Ames test w/ S. typhimurium TA1535 (no S9 mix) | 2-40 mM + 7.5-40 mM in basal or pentagastrin stimulated human gastric juice | —<br>(40 mM + 40 mM in pentagastrin); <40 + < 40 mM in basal or pentagastrin)<br><br>+<br>(40 mM + 40 mM in basal) | • PATH/80/235: "The nitrosation reaction does not occur to any great extent in human gastric juice "in vitro"… The nitrosation of ranitidine to the dinitroso product is unlikely to occur in the human stomach, where the pH and nitrite concentration are considerably less than optimum for such a reaction."<br>• Relevance to NDMA:<br>  ○ X-ray crystallography: identified N-nitroso nitrolic acid derivative with excess nitrite, not NDMA<br>  ○ Positive results w/o S9 mix cannot be due to NDMA |
| De Flora 1981 letter/1983 | Ames test w/ S. typhimurium TA97, TA98, TA100, TA1535, TA1537, TA1538 & E. coli WP2, WP2 uvrA (± S9 mix) | 0-5 mg/plate + 5 mg/plate (0-14.3 mM + 72 mM) | — TA98, TA1537, TA1538<br><br>+ TA97, TA100, TA1535, WP2, WP2 uvrA (± S9 mix) | • Ranitidine dose: supraphysiological at higher doses<br>• Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological – "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine"<br>• pH: optimal 2-3; negligible > 5 |
| | Selective lethality assays in DNA repair-deficient E. coli WP2, WP2 uvrA, WP67, CM871, TM1080 | 2.5 mg/plate + 2.5 mg/ plate (143 mM + 725 mM) | — WP2, WP2 uvrA, TM1080<br>± WP67<br>+ CM871 | • Brittain 1981 re: De Flora 1981: "the nitrite concentration of 71 mmol/l is about 20 000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meals..."<br>• De Flora 1983: "… we also agree about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| | | | | • Mutagenic effects with nitrite also observed for cimetidine. |
| De Flora 1986 | Ames test w/ *S. typhimurium* TA100, TA102 | 0.04-0.3 mg/plate + 5 mg/plate (0.23-1.8 mM + 145 mM) | + (± S9 mix) | • Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological<br>• De Flora 1986: "In comparison with the human situation, it should be noted that the nitrite concentrations used *in vitro* were far higher than those present in gastric juice."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA<br>• Mutagenic effects with nitrite also observed for cimetidine and famotidine. |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix); Reverse mutation & gene conversion assays w/ *S. cerevisiae* D7 yeast | 0.1 mM + 0.4 mM | — | • Nitrite dose: supraphysiological<br>• Molar ratio (1:4): supraphysiological<br>• "In comparison with doses used for humans, it should be noted that the nitrite concentrations used in this study were higher than those present in gastric juice. Consequently, because nitrosation of amines depends on the square of the concentration of nitrite in patients treated with this drug, the yield of nitroso derivatives should be minimal or even absent."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| | | 3 mM + 13 mM | + (± S9 mix) | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | Nitrosated product: 4-8 mg/mL | + (+S9) — (-S9) | • Nitrosation reaction used 1.9 mM ranitidine + 0.13 mM nitrite<br>  ○ Doses: physiological (stomach/prandial)<br>  ○ Molar ratio (1:0.07): physiological (stomach/prandial)<br>• This assay does not report genotoxicity per se, but a response to genotoxicity in bacteria. |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| | | | | • Relevance to NDMA: positive results only w/ S9 mix<br>• Positive response with nitrite observed for 22/28 drugs tested, including cimetidine. |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.27-2.7 mM | + | • Nitrosation reaction used 250 mM ranitidine + 500 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:2): supraphysiological<br>• "Ranitidine… reacted under acid conditions with a twofold molar amount of nitrite (a nitrite/ranitidine ratio about 1000 times that likely to occur in gastric juice of treated humans)."<br>• "[B]ecause the rate of nitrosation is at least proportional to nitrite concentration, it must be emphasized that in human gastric juice the concentration of nitrite, although greatly variable, is several thousand times lower than that (0.5 M) used in our nitrosation procedure. Therefore, in therapeutic conditions nitrosation of ranitidine should be either minimal or absent."<br>• Relevance to NDMA:<br>  o Thin layer chromatography: NDMA not identified<br>  o "[T]he DNA fragmentation observed cannot be attributed to DMN [NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells." |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.627 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:4): supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay<br>• Positive response with nitrite observed for 22/57 drugs tested. |

Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|-------|-------|-----------------------------------|------------------------------|----------|
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | Nitrosated product: 0.016-0.217 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:4): supraphysiological<br>• "Obviously, the ratio nitrite/ranitidine presumably occurring in the human stomach is enormously lower than that used in our experimental conditions. Consequently, because the nitrosation rate of amines depends on the square of the concentration of nitrite, in patients treated with this drug the yield of *NO*-ranitidine should be minimal or even absent."<br>• Relevance to NDMA: "On a molar basis, *NO*-ranitidine was markedly more potent than *N*-nitrosodimethylamine". [NDMA used as a positive control] |

**References for Physiological Doses:**

| Study Type | Ranitidine HCl | Ranitidine Bismuth Citrate | Nitrite |
|------------|----------------|----------------------------|---------|
| *In vivo* human studies | 150-300 mg/day | 400 mg twice daily | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |
| *In vivo* animal studies | 150-300 mg/day in adults (~70 kg) = 2-4 mg/kg/day | 800 mg/day in adults (~70 kg) = 11.4 mg/kg | Acceptable daily dietary nitrite intake (ATSDR 2013): 0.07 mg/kg/day |
| *In vitro* studies (ranitidine only) | Peak blood levels: 0.0017 – 0.0034 mM (150 mg-300 mg) | Peak blood levels (400 mg dose): 0.0014 mM | |
| *In vitro* studies (ranitidine + nitrite) | Stomach levels:<br>Fasting: 10-20 mM (150 mg-300 mg in 50 mL gastric juice)<br>Prandial (with meal): 1-2 mM (150 mg-300 mg in 500 mL gastric juice) | | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |

Contains Confidential Information – Subject to Protective Order

# EXHIBIT 5

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY                    MDL NO. 2924
LITIGATION                            20-MD-2924


                    JUDGE ROBIN L. ROSENBERG
          MAGISTRATE JUDGE BRUCE E. REINHART

_____/


            VOLUME I



      VIDEO RECORDED DEPOSITION OF

      FREDERICK GUENGERICH, Ph.D.

      Taken on behalf of the Plaintiffs

          (Via videoconference)



DATE TAKEN: Monday, June 6, 2022

TIME:       10:15 a.m. - 6:55 p.m. EDT

PLACE:      US Legal Support - Remotely









Reported by:
CANDIDA BORRIELLO
            JOB NO. 6153478-001

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1    many times you've met with the attorneys to
 2    prepare for your deposition after May 31st.
 3             So, between June 1st and today,
 4    which days did you meet with the attorneys,
 5    if any, to prepare for your deposition?  So,
 6    let's start with June 1st.
 7             MS. TOLEDO:  Objection.  Asked and
 8         answered.
 9         A.   I believe June 1st, if I recall,
10    yeah, would be Wednesday?
11         Q.   Correct, yeah.
12         A.   I did not meet with them on
13    Wednesday.
14         Q.   So, you didn't meet with them,
15    speak with them, via phone or Zoom or meet
16    with them in person, correct?
17         A.   Not on Wednesday.
18         Q.   Okay.  And how about June 2nd?
19         A.   June 2nd was Thursday, we had a
20    three-hour Zoom session -- not Zoom, whatever
21    they used, Teams meetings or --
22         Q.   Sure.  Some equivalent.
23         A.   All right.
24         Q.   And then on June 3rd, which was
25    Friday, did you meet with them?
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1       record.
 2            (Whereupon, a brief recess was
 3       taken.)
 4            THE VIDEOGRAPHER:  We're back on
 5       the record.  The time is 14:33 UTC.
 6  BY MS. LUHANA:
 7       Q.   Doctor, I was asking you questions
 8  in terms of the time that you've spent on
 9  this case from June 1st to today.
10            Asides from meeting with the
11  attorneys to prepare for your deposition, and
12  you had stated that you had worked on
13  June 4th for about four hours to review
14  documents.  So, anything else, any other work
15  that you did between June 1st and today for
16  this case, asides from meeting with the
17  attorneys to prepare for your deposition?
18            MS. TOLEDO:  Object to form.
19       Asked and answered.
20       A.   I think I covered most of it.  I
21  did read my report again last evening.
22       Q.   And this would be your initial
23  report as well as your supplemental report?
24       A.   Yes.
25       Q.   Doctor, when you met with the
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1              So, the last invoice submitted here
 2    is dated May 31, 2022.
 3              Do you understand that?
 4       A.   Yes, that's correct.
 5       Q.   Okay.  And then we spoke earlier
 6    about your work from June 1st to today,
 7    correct?
 8       A.   That's correct.
 9       Q.   And you had told me that in terms
10    of the preparation you did, there were
11    several days in June that we discussed where
12    you met with the attorneys to prepare for
13    your deposition and that was approximately
14    11 hours.
15              Do you recall that?
16       A.   Yes, I do as a matter of fact.
17       Q.   And then you testified that you had
18    spent four hours or so reviewing your report
19    yesterday, and then sometime before that on
20    Saturday June -- June 4th and you said you
21    spent four hours doing that.
22              Do you recall that?
23       A.   Yes, I do.
24       Q.   So, asides from those 15 hours, is
25    there any other time that you have spent on
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1   this case post May 31, 2022?
 2        A.   Well, let me read that again.  I
 3   think I already mentioned I read last night
 4   about an hour, I think one hour.  And I read
 5   half an hour this morning, I'm spending time
 6   right now on this case.
 7        Q.   Sure.  So, that's another hour and
 8   a half, so 16.5 hours in June.  But that's
 9   all the time, generally speaking, post
10   May 31, 2022, correct?
11        A.   Well, except for today, the clock
12   started this morning.
13        Q.   Sure, I understand that, correct.
14             So, asides from that, that's
15   generally 16.5 hours is the time you spent
16   post May 31, 2022 working on this case,
17   correct?
18        A.   Yeah, I agree with that.  I think
19   that's a rough estimate, yes.
20        Q.   So, Doctor, based on your CV, it
21   looks like over your career you've done a lot
22   of work for pharmaceutical companies,
23   correct?
24             MS. TOLEDO:  Object to form.
25        A.   I've been a consultant for a number
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1   that Williams & Connolly is involved in this

 2   case, but it was totally different.

 3        Q.   So, 2018 you had worked with

 4   Williams & Connolly who represents Pfizer in

 5   this case, but on a different matter in 2018,

 6   correct?

 7        A.   I recall it was about 2018, yes.

 8        Q.   Okay.  And so, looking at your

 9   invoices, it looks like they're broken down

10   into, I would say, like, different buckets of

11   tasks.  There's -- if you can scroll through

12   them, and I know you have a hard copy as

13   well, so you can look at that if that's

14   easier for you.  But if you review your

15   invoices, they're broken up into four

16   buckets:  a review bucket, a teleconference

17   bucket, a literature search bucket, and a

18   report prep bucket.

19             Would you agree with that?

20        A.   Those are some of the items, yes

21   I've used, yes, to designate activities.

22        Q.   I mean, all your invoices generally

23   fall into those general categories.  So, I'd

24   like you to take a look and see if that's --

25   that holds true.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
1        A.   What were the categories you

2   mentioned?

3        Q.   It's a review category, I saw

4   teleconference category, a literature search

5   category, and a report prep category.

6        A.   There are.  There are a few other

7   things too, but those are the main things.

8        Q.   Which other things did you see?

9        A.   Well, let's see.  There was an

10  item, I think, in October 2020, literature

11  search and review, and also some literature

12  searches.  I don't think those were on the

13  list you mentioned.

14       Q.   No, there were -- it was a review,

15  a teleconference, literature search, and then

16  report prep.

17       A.   Okay, that covers most of it.

18       Q.   Yeah.  So, in terms of the review

19  you have here, it's review of documents,

20  review of older papers, review of papers and

21  things like that.

22            Does that generally mean that

23  you're reviewing -- just reviewing documents?

24       A.   You're referring to new documents

25  or documents?
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      Q.   I mean, it -- it seems like when

2   you say "review," I want to understand what

3   you mean by when you say, reviewing

4   documents, reviewing other things, that means

5   you're just reviewing things, correct?

6      A.   I'm also searching for things.

7      Q.   So, review means searching as well?

8      A.   In some cases, I thought it was

9   simpler.  In some cases, I think I did use

10  the term "literature search," sometimes.  But

11  that's actually included in review and later

12  categories for simplicity.

13     Q.   Okay.  And then anything else that

14  would mean in terms of reviewing things and

15  then reviewing and searching things?

16     A.   I really don't -- that would

17  probably cover it.  Again, this is back about

18  a year and a half ago, so I can't remember

19  all the specific details of the documents at

20  that time, but, yes.

21     Q.   Sure, I understand that.

22          And then teleconference, I'm

23  assuming teleconferences with the attorneys,

24  correct?

25     A.   That's correct.  That includes --

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1  well, includes video things, as well as phone

2  calls, yes.

3      Q.  Okay.  Anything else?

4      A.  No, I can't think of any other way

5  to talk to people.

6      Q.  No, I'm saying, and -- any other

7  meaning behind that, that's what I -- I

8  assume that was it, but I just wanted to make

9  sure there was nothing else that falls into

10  in terms of your note of teleconference.

11      A.  Teleconferences, it would include

12  audio visual things, as well as some flat out

13  phone calls, yes, that's all.

14      Q.  Okay.  And then there's a category

15  called "literature search," and that would

16  mean just what it says, you're searching for

17  literature, correct, in reviewing literature?

18      A.  Yes.  And as I said, later, I think

19  I just incorporated that into preparation or

20  reviews and reports, et cetera.

21      Q.  Okay.  And then if you turn to --

22  let's go to the invoice dated March 31, 2022.

23  Okay.  And here I know you submitted your

24  report on --

25      A.  Just a moment.  Okay.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    Q.   It's on the screen as well.

2         MS. TOLEDO:  Did you mean 2021 or

3    2022?

4    Q.   I apologize, I meant 2022.

5         So, can we go to the 2022 invoice?

6    A.   I have that.

7    Q.   Okay.  And here it says there's a

8    lot of report preparation done, several

9    entries here on this invoice of March 31,

10   2022, and what does report preparation mean?

11   A.   Finalizing the report that was

12   submitted on 7 -- on March, 2022.

13   Q.   Anything else that's meant by

14   report preparation?

15   A.   Well, that would cover -- cover a

16   number of things.  So, finalizing some of the

17   references, literature sources, and figures.

18   I actually made most of the figures myself

19   for this report.

20   Q.   Okay.  So, any time when you worked

21   on the report in some fashion to finalize it,

22   you would note that you're doing report

23   preparation, correct?

24   A.   I included that, yes, I thought it

25   was a reasonable category to list on the

Frederick Guenngerich, Ph.D. Volume I
June 06, 2022

1    invoices.

2         Q.   Okay.  You can set that aside.

3              Doctor, the last version of your CV

4    we have was updated on actually March 7,

5    2022, and that was the CV that was provided

6    with your report.

7              MS. LUHANA:  We can pull it up,

8         it's -- we premarked it and it's

9         Exhibit 6824.

10             (Exhibit 6824 was marked for

11        identification.)

12   BY MS. LUHANA:

13        Q.   And I believe you have a hard copy

14   as well with the report, correct?

15        A.   I have a hard copy, yes.

16        Q.   So, yeah.  So, as you can see, you

17   testified earlier that you had updated and

18   produced a copy to counsel, we still don't --

19   we don't have that version yet.  However,

20   this CV looks like it was dated March 7,

21   2022.

22             Do you see that?

23        A.   Yes, that's the date that it was --

24   well, not printed, but, you know, the

25   setup -- my CV is set up such that the date

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    that's been used in.

2         Q.   Doctor, this case is about NDMA,

3    are you aware of that, the NDMA in

4    ranitidine?

5              MS. TOLEDO:  Object to form.

6         A.   I'm aware that it's about

7    ranitidine and NDMA.

8         Q.   And so, my question to you is, you

9    spent significant time, over 500 hours,

10   working on your report, reviewing literature;

11   is this correct?

12        A.   I don't know the specific amount of

13   time.  I think I indicated that previously.

14        Q.   Sure.  I can represent to you that

15   we've calculated your invoices and that's

16   about how much time you've spent, a little

17   over 500 hours, working on this litigation

18   reviewing, as you said, hundreds of

19   documents.  You don't recall whether you've

20   seen NDMA defined as a genotoxic carcinogen

21   in the literature you've reviewed for your

22   work on this case?

23             MS. TOLEDO:  Object to form.

24        A.   Well, you know, since I've spent

25   so much time, I reviewed a lot of papers and

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    I'd like to see a paper where it's being used

2    and in what context in terms of how it's

3    being defined.

4              As I said, and I've emphasized this

5    in my report at length, everything really

6    defines -- depends on the dose and the

7    particular situation, the animal species, et

8    cetera.  And also, the genotoxicity is also

9    dependent on the system.

10        Q.   Sure.  But sitting here today,

11   without looking at a specific document, you

12   don't recall if NDMA is called a genotoxic

13   carcinogen in some of the literature you've

14   reviewed?

15             MS. TOLEDO:  Object to form.

16        Asked and answered.

17        A.   Why don't you pull up a paper and

18   show me where it's been called that and I'll

19   talk about it in what context the meaning is

20   there and what the evidence is.

21        Q.   Doctor, how long have you been a

22   biochemist for?

23        A.   Well, if you count the work I did

24   as an undergraduate, since 1968.

25        Q.   Okay.  So, that's over 50 years,

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1   you would say?

2        A.   Yeah, I believe the math comes out

3   to 54.

4        Q.   When did you first start working

5   with nitrosamines?

6        A.   It was either in 1975 or 1976.

7   The -- I'm not sure about 1975.  I know it

8   was in 1976, because one of my first major

9   papers published in the Journal of Biological

10  Chemistry in 1977 was actually submitted in

11  1976 and we actually or I actually, I was a

12  sole author on that paper, I actually did

13  assays of -- on the rate of oxidation of NDMA

14  by a number of different cytochrome P450

15  enzymes.

16       Q.   So, you actually started working

17  with NDMA, in fact, in the late '70s,

18  correct?

19       A.   1976 or at least by 1976.  It might

20  have been -- I don't know if I did those

21  experiments in 1975 or 1976.

22       Q.   So, you agree you're aware from

23  your work with nitrosamines that the

24  International Conference on Harmonization of

25  technical requirements for registration of

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1  pharmaceuticals for human use, ICH,

2  classifies N-nitrosamines, including NDMA, as

3  drug product impurities that are part of a

4  cohort of concern?

5          MS. TOLEDO:  Object to form.

6      A.   I don't remember that specific ICH

7  document, but I'd like to see it before I

8  agree with you.

9      Q.   Do you recall reviewing ICH

10  documents and citing them for your report?

11      A.   Yes, I -- some of these are

12  actually listed in my -- in the reference

13  list in my report.  I think most of these are

14  under FDA, but, yeah, there are quite a few

15  of those actually.  So, I don't specifically

16  remember which one, if any, talked about that

17  or used that specific language.

18      Q.   So, sitting here today, you're not

19  aware that N-nitrosamines, including NDMA,

20  are called -- are part of the cohort of

21  concern?

22          MS. TOLEDO:  Object to form.

23      A.   I don't remember that specific

24  term.  I'd be glad to look at the document

25  and then answer your question.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1     Q.   Are you aware that the FDA is

2  following ICH guidelines?

3          MS. TOLEDO:  Object to form.

4     A.   I think the FDA works with the ICH.

5  That doesn't mean that all FDA policies are

6  equivalent to what's done in ICH and vice

7  versa.

8     Q.   ICH classifies NDMA as a compound

9  from some structural class of mutagens that

10 can display extremely high carcinogenic

11 potency.

12         Are you aware of that?

13         MS. TOLEDO:  Object to form.

14    A.   I'm not -- I don't recall that

15 specific language.  I'd have to look at the

16 document to -- before I say whether I agree

17 with you or not.  And also see what context

18 that is in.

19    Q.   Can you define what a mutagen is?

20    A.   Yes, I can.  A mutagen is a

21 compound that produces a mutational change in

22 DNA.

23    Q.   And can you define what a

24 carcinogen is?

25    A.   A carcinogen is a -- either a

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1   chemical or a physical process that causes
 2   cancer.
 3        Q.   So, a carcinogen can be a chemical
 4   that can cause cancer, correct?
 5        A.   Yes, we usually use the term
 6   chemical carcinogen specifically as opposed
 7   to physical carcinogen, such as ultraviolet
 8   radiation or solar radiation.
 9        Q.   So, you testified that your lab has
10   worked with NDMA or you yourself worked with
11   NDMA in the late 1970s, correct?
12        A.   Yes, that's been published.
13        Q.   Was that your first time working
14   with NDMA?
15        A.   I recall that it was.  I don't
16   really recall working with nitrosamines prior
17   to that.
18        Q.   Okay.
19        A.   First year I set up my own
20   laboratory.
21        Q.   So, at that time, did you take
22   precautions when you were working with NDMA?
23            MS. TOLEDO:  Object to form.
24        Vague.
25        A.   You're talking about safety
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1              MS. TOLEDO:  Object to form.

 2        Mischaracterizes.  Asked and answered.

 3        A.   I think I told you it was on the

 4   order of a gram.  We were actually vacuum

 5   distilling these samples.  You can't vacuum

 6   distill much less than a gram.

 7        Q.   But you -- as you said, you're

 8   working with NDMA here and not ingesting it,

 9   correct?

10              MS. TOLEDO:  Object to form.

11        Asked and answered.

12        A.   No, we're not ingesting NDMA.

13        Q.   Doctor, are you aware that

14   ranitidine can contain thousands of nanograms

15   of NDMA?

16              MS. TOLEDO:  Object to form.

17        Assumes facts not in evidence.

18        A.   There are a few samples that I

19   recall had more than 1,000 nanograms in a

20   pill.  However -- and I just want to look at

21   this to be sure I answer your question

22   directly.  Let's look at pages 81 and 82 of

23   my report.

24              So, if we're looking at Table 3 and

25   one pill, I see the highest amount of NDMA
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1   being 855, that is not in the thousands.  If
 2   I go over to the next page and look at
 3   Figure 28, not quite sure, this is a little
 4   harder to relate to, but this is the
 5   Australian analysis and I don't know if
 6   there's more than -- not quite sure here,
 7   very few samples that would have thousands of
 8   nanograms of NDMA.
 9            I'd also like to point out, I think
10   I've already mentioned before, that I really
11   discount any of the analyses that came out of
12   the Emery CRO as being unreliable.  So, if
13   those were higher, I don't trust them.
14        Q.   So, you didn't consider the Emery
15   data for your report?
16        A.   Oh, I consider --
17            MS. TOLEDO:  Object to form.
18            THE WITNESS:  Sorry, apologize.
19        A.   Oh, I considered it.
20        Q.   I'm talking about the testing in
21   the NDMA values that -- the NDMA test results
22   from testing ranitidine, did you consider
23   those values in your analysis?
24            MS. TOLEDO:  Object to form.
25            Asked and answered.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
1        A.   The values that Emery reported?

2        Q.   Yes.

3        A.   I consider them highly unreliable.

4        Q.   Doctor, if you look at Table 3,

5   it's a handful of samples here, right, you

6   have Cardinal Health with one lot tested,

7   Dr. Reddy's with one lot tested.

8             You appreciate this drug has been

9   on the market for 40 years, correct?

10            MS. TOLEDO:  Object to form.

11       A.   Ranitidine has been on the market

12  for 40 years, yes.

13       Q.   Okay.  And so, GSK's testing, GSK

14  tested hundreds of batches.

15            Are you aware of that?

16            MS. TOLEDO:  Object to form.

17       Assumes facts not in evidence.

18       Q.   You worded it in your report

19  Doctor?

20       A.   Wait a minute.  What's your

21  question again?  What did you say?  GSK

22  testing -- GSK's testing -- GSK tested

23  hundreds of batches, are you aware of that?

24  Is that your question?

25       Q.   Yes.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
1        A.   They -- I don't know if there were
2   hundreds, I think that's in the -- I can't
3   remember the specific number that they tested
4   in the King report or perhaps in the other
5   one you're alluding to today, so I don't know
6   about hundreds.
7             But I do know that the FDA, as I
8   stated in my report, has tested about 180
9   ranitidine samples.
10            And on the next page, page 81,
11  Health Canada, well, they did -- they only
12  did eight, but Austral- -- the Australian
13  analysis was with 135 or at least at that
14  time in 2019.
15       Q.   You said the FDA tested 180
16  samples?
17       A.   Yeah, in my report, as of
18  April 2020, the FDA has tested approximately
19  180 ranitidine samples.
20       Q.   Doctor, do you know how these
21  samples were maintained when they were tested
22  and -- do you know how they were maintained
23  when they were tested, before they were
24  tested?
25            MS. TOLEDO:  Objection to form.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      A.   They were derived from many

2  prescription and OTP manufacturers there.  I

3  don't know about every specific sample and I

4  assume that these were handled in the

5  standard way.

6      Q.   What's the standard way, Doctor?

7      A.   Storage at room temperature as

8  recommended by the prescribing information.

9      Q.   What would be room temperature to

10  you?

11      A.   There's a range, I forgot what it

12  is.  Room temperature typically is about

13  23 degrees centigrade.

14      Q.   And what's the humidity that

15  ranitidine is supposed to be maintained at?

16      A.   Normal humidity.

17      Q.   What is normal humidity to you,

18  Doctor?

19      A.   I think what would be typical in

20  someone's house.

21      Q.   What is that to you, Doctor, if --

22  has -- have the manufacturers told consumers

23  how to maintain ranitidine?

24          MS. TOLEDO:  Object to form.

25      Q.   What's the humidity the

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    manufacturers tell consumers to maintain

2    ranitidine at?

3         A.   I'm not sure exactly what the

4    specifications are, but I think it's under

5    normal conditions that one would have in a

6    house.

7         Q.   What is that?  People's houses vary

8    in terms of humidity.  What is normal to you,

9    Doctor?

10             MS. TOLEDO:  Object to form.

11        Asked and answered.

12        A.   Well, I haven't tried to calculate

13   the humidity measurements in my own house and

14   I don't know that most people do.

15        Q.   Doctor, do you appreciate that

16   ranitidine, when exposed to humidity, for

17   example, forms NDMA?

18             MS. TOLEDO:  Object to form.

19        A.   I appreciate that, yes, but I refer

20   you to the King 2020 study in which GSK, who

21   is involved in this, GSK did actually agree

22   that humidity increased the rate of formation

23   of NDMA, but they only did -- reported the

24   experiments that were done at 50 degrees

25   centigrade or higher.  I don't recall that

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
1    they did a humidity examination at lower

2    temperatures, which are actually more normal.

3              And I'd like to point out that in

4    the King study, these conditions with varying

5    of the humidity and the heat were actually

6    done under what we call stress conditions,

7    that is, the samples were stressed in order

8    to show what could happen.  Stress testing is

9    sort of like what I talked about with

10   toxicology in general before, there's -- what

11   you're trying to do is look at hazard

12   identification, that is, what the worst case

13   scenario could be, and then when you do the

14   risk assessment and dial back to more normal

15   conditions then.  I don't think anyone's home

16   would be normally 50 degrees or more.

17        Q.   I wasn't asking about the

18   temperature, I was asking about the humidity.

19              You said normal humid conditions at

20   home.  Since you answered that way, do you

21   know what those normal humid conditions would

22   be?

23              MS. TOLEDO:  Objection.  Asked and

24        answered.  Mischaracterizes his

25        testimony.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
1        A.   I can't give you a specific

2   percentage.  If you want to refer to the King

3   paper, and I'll be glad to look that up, they

4   actually did look at the specific humidity

5   conditions and the effect of the humidity at

6   these elevated temperatures, mind you, not --

7        Q.   Are you --

8        A.   -- temperature.

9        Q.   Are you aware if the manufacturers

10  of ranitidine provide a specific humidity to

11  keep the ranitidine at?

12           MS. TOLEDO:  Object to form.

13       A.   Your question, as I read it here,

14  are you aware if the manufacturers of

15  ranitidine provide a specific humidity to

16  keep the ranitidine at, you mean --

17       Q.   The percentage of relative humidity

18  to keep the drug at.

19           MS. TOLEDO:  Object to form.

20       A.   I don't know what you're asking

21  here.  Are you meaning that the manufacturers

22  have a specific humidity in their

23  manufacturing operation and storage or a

24  recommendation to people who take this who

25  purchase the drug and use it?
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      Q.   Well, Doctor, you testified that

2   GSK found in its root cause analysis and that

3   we all know now that when ranitidine is

4   exposed to humidity, it forms NDMA, a

5   carcinogen, correct?

6           MS. TOLEDO:  Object to form.

7       Mischaracterizes his testimony.

8       A.   As I indicated, the paper, the King

9   et al. paper doesn't actually start looking

10  at the effective humidity until they get to

11  50 degree centigrade.  They did not look at

12  the affected humidity at a lower temperature,

13  which would be more typical on the order of

14  23 degrees centigrade at typical room

15  temperature or even 30 degrees, which I

16  recall is about 86 degrees Fahrenheit.

17      Q.   So, you're saying humidity alone,

18  for example, doesn't cause more NDMA to be

19  generated at normal temperatures?

20          MS. TOLEDO:  Object to form.

21      A.   I don't recall a specific expert

22  that was -- that I read about that really

23  reported that.  Unless you can actually show

24  me that, I'd be glad to look at it, and if

25  I'm mistaken, I'll be glad to consider

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    changing my opinion.

2        Q.   Doctor, so, I was asking you

3    previously, ranitidine, you said, some

4    samples do contain more than thousands of

5    nanograms of NDMA, correct?

6            MS. TOLEDO:  Object to form.

7        Mischaracterizes his testimony.

8        A.   As I indicated, looking at pages 80

9    through 83, and the only samples I see that

10   analyze it might be in that range is one from

11   Australia.  Now, you said -- but let me look

12   at your question again.  I -- you said --

13           THE COURT REPORTER:  My machine

14       froze.  You're not going to be able to

15       read that.

16       A.   Yeah, that's -- what was the

17   question again?

18           MS. LUHANA:  Candida, can you read

19       the question, again?

20           THE COURT REPORTER:  My machine

21       froze.  I have to pull apart the

22       steno.  It could -- yeah, if we can go

23       off the record, it'll just take me a

24       few minutes.  I'm sorry.

25           MS. LUHANA:  I mean, do you to --

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1        you need to fix it, right, before we
 2        go back on or...
 3             THE COURT REPORTER:  Only if you
 4        want me to -- only if you want --
 5             MS. LUHANA:  Oh, then that's fine.
 6        Then that's fine.
 7             THE COURT REPORTER:  I can do that
 8        after, yeah.
 9   BY MS. LUHANA:
10        Q.   So, Doctor, what I was raising is
11   you testified earlier that ranitidine can
12   contain thousands of nanograms of NDMA.
13   There were samples that had above thousands
14   of nanograms of NDMA, correct?  Not only in
15   your table 'cause that's selective, Doctor.
16             Have you looked up the master data
17   spreadsheet that was provided with the root
18   cause analysis?
19             MS. TOLEDO:  Object to form.
20        Mischaracterizes his testimony.
21        A.   I don't -- I don't recall the Excel
22   spreadsheet.
23             By the way, I'm looking here when I
24   answered the question about Australia, there
25   was one sample that had 42 nanograms in it.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1   I think that's the only sample I see in this

2   list there.  But no, I don't recall all the

3   numbers in the Excel spreadsheet of GSK.  If

4   you'd like to share those with me, I'll be

5   glad to look at that.  Moreover, I'm not even

6   that concerned about one pill having a

7   thousand nanograms when, as I've indicated in

8   Table 1, there's far more than that in some

9   simple foods, like, one sausage.

10       Q.   Doctor, are you aware that

11  ranitidine was prescribed to babies and

12  pregnant women and millions of consumers?

13           MS. TOLEDO:  Object to form.

14       A.   I don't know who all the

15  prescriptions were to.  No, I don't know

16  exactly how many pregnant women or babies got

17  prescriptions.

18       Q.   I'm not asking if you know how many

19  prescriptions were given.

20           Are you aware that ranitidine was

21  prescribed to babies and pregnant women?

22           MS. TOLEDO:  Object to form.

23       A.   I don't know specifically about any

24  of the individual prescriptions.

25       Q.   It's not specific.  Do you know it

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1  was approved for use to be prescribed to

2  pregnant women and babies, are you aware of

3  that?

4          MS. TOLEDO:  Object to form.

5      A.   Well, first of all, if you have

6  information to show me, that's fine.  At this

7  point, I don't have any reason to doubt that

8  it might have been used by them.

9      Q.   Do you know if your clients, some

10  of the manufacturers of ranitidine, gave this

11  kind of warning to ranitidine users who are

12  actually ingesting NDMA in ranitidine?

13          MS. TOLEDO:  Object to form.

14      A.   What kind of warning are you

15  talking about?

16      Q.   That nitrosamines and NDMA are

17  mutagens and carcinogens and contained in

18  ranitidine.

19          Do you know if the manufacturers of

20  ranitidine gave this type of warning that

21  you've included in your publication that NDMA

22  is a carcinogen, on the label of Zantac?

23          MS. TOLEDO:  Object to form.

24      Mischaracterizes his testimony,

25          mischaracterizes the paper.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      A.   There were not -- no extensive

2  analyses were done of NDMA levels before the

3  more recent period about three years ago, so

4  there was no reason for the company to

5  actually put literature out there warning

6  people because they didn't have any knowledge

7  of this.

8      Q.   So, it's your testimony that the

9  manufacturers of ranitidine had no knowledge

10  of NDMA potentially being in their drug?

11          MS. TOLEDO:  Object to form.

12      A.   There had not been routine analysis

13  or really any analysis for NDMA except for

14  perhaps the so-called WHO NAP assays which

15  actually show NDMA in most drugs.

16      Q.   So, when was this WHO NAP assays

17  done which showed NDMA in ranitidine, Doctor?

18          MS. TOLEDO:  Object to form.

19  Assumes facts not in evidence.

20      A.   It didn't show -- I think you're

21  misstating, it didn't show NDMA in

22  ranitidine.  It showed that under very

23  stressed conditions basically the NDMA could

24  be formed under highly stressed conditions,

25  and this was probably the Tanner 1982 paper.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      Q.   Was there anything else that showed

2   that?

3            MS. TOLEDO:  Object to form.

4      Q.   Any other tests that the ranitidine

5   manufacturers did that showed NDMA?

6            MS. TOLEDO:  Object to form.

7      A.   I don't remember any.  If you have

8   information to the contrary, I'll be glad to

9   look at that.

10     Q.   That's what's important for you to

11   evaluate and provide in your report here?

12            MS. TOLEDO:  Object to form.

13       Argumentative.

14     A.   So, what is the evidence?  Are you

15   telling me there's something that I forgot to

16   put in?

17     Q.   No.  I'm asking you if you recall

18   if there's anything else, any kind of testing

19   that the manufacturers did that showed NDMA?

20            MS. TOLEDO:  Object to form.

21     A.   Well, ranitidine had been

22   extensively tested for cancer in lots of

23   different animals and everything was

24   negative.  Also ranitidine was not being

25   converted to what -- not -- well, let's see,

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1   trying to remember all of the experiments.

2   There was never any evidence that ranitidine

3   was forming NDMA either in people or in the

4   samples prior to ingestion.

5              MS. LUHANA:  Let's pull up what's

6        been premarked 6826.

7              (Exhibit 6826 was marked for

8        identification.)

9   BY MS. LUHANA:

10       Q.   Doctor, this is another publication

11  where you're an author entitled Participation

12  of rat liver cytochrome P450 2E1 in the

13  activation of N-nitrosodimethylamine and

14  N-nitrosodiethylamine to products genotoxic

15  in acetyltransferase-overexpressing

16  Salmonella typhimurium strain, and the

17  parentheticals.

18             Do you see this here?

19       A.   Yes, I do.

20       Q.   You're an author on this article,

21  correct?

22       A.   I am.

23       Q.   And this was published in 1992,

24  correct?

25       A.   That's correct.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1      Q.   Can you read the first sentence in

 2   the introduction?

 3      A.   N-nitrosodimethylamine, NDMA and

 4   N-nitrosodiethylamine, NDEA, are potent

 5   chemical carcinogens found in the environment

 6   and known to be activated by liver microsomal

 7   P450 enzymes in experimental animals and also

 8   in man.

 9      Q.   So, you state here that NDMA is a

10   potent chemical carcinogen, correct?

11         MS. TOLEDO:   Object to form.

12      Mischaracterizes the prior testimony

13      and the document.

14         Please take your time looking at

15      the document.

16         MS. LUHANA:   Counsel, can you

17      please stop coaching the witness?  You

18      can have a standing objection to form,

19      how about that?

20      A.   As I talked about, mentioned a

21   number of times during today the words

22   "potent" and "chemical carcinogens" have to

23   be taken into context.  I agree that NDMA can

24   be a carcinogen in certain animals at certain

25   doses for certain times and at for certain
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1   organs -- in certain organs.

2        Q.   You didn't qualify all those things

3   in this statement, did you, Doctor, when you

4   wrote this article in 1992?

5            MS. TOLEDO:  Object to form.

6        A.   I'll have to read more of the

7   article if you don't mind.  First of all, I'd

8   like to point out before I start reading

9   more, this is about rat cytochrome P450 2E1,

10  this actually doesn't directly relate to

11  humans at all then.  But let me read more and

12  I'll try to keep my face in your picture

13  while I'm doing that, but its print is rather

14  small on my copy.

15           Okay, I've looked at the paper and

16  what was your question or did you have a

17  question?

18       Q.   I said, you didn't qualify that

19  NDMA is a potent chemical carcinogen here in

20  this paper, which is actually the first

21  sentence of your publication, did you?

22           MS. TOLEDO:  Object to form.

23       Mischaracterizes his testimony.

24       A.   That actually wasn't the point of

25  the paper, it was just an introductory

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    statement and it doesn't say anything about

2    humans.  If you read the rest of the paper,

3    all of this work was done with rat enzymes,

4    not humans, incidentally.

5        Q.   Doctor, is this paper for rats or

6    for humans?

7            MS. TOLEDO:  Object to form.

8        A.   What do you mean is it for rats --

9        Q.   What is this paper being done for?

10       A.   Well, I don't think the rats are

11   going to read it.

12       Q.   Right.  So, Doctor, you so

13   readily -- you were so ready to state here

14   that NDMA is a potent chemical carcinogen

15   because it's so well-known, correct?

16           MS. TOLEDO:  Object to form.

17       Mischaracterizes his testimony.

18       A.   Well, I'm referencing two papers

19   there, reference one and reference two.

20   Reference one is a general review I wrote

21   about the chemical carcinogens for a journal

22   called Chemical Research -- or Cancer

23   Research in 1988.  The second reference is to

24   Peter Magee and his colleague Barnes, a 1967

25   paper about carcinogenic nitroso compounds

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1    which is apparently a review article.
 2            So, this is to put the con- -- put
 3    this in the context of why people might be
 4    interested in reading about nitrosamine
 5    metabolism.
 6        Q.   Doctor, you realize that even
 7    though you have a primer section on NDMA
 8    earlier in your report, you never mention
 9    that NDMA is a carcinogen until about a
10    hundred -- page 120 of your report when you
11    cite to the various designations by IARC, the
12    EPA and the NTP on NDMA being a carcinogen.
13            Do you find that unusual that in
14    this litigation your report is different than
15    what you independently do when you publish
16    articles?
17            MS. TOLEDO:  Object to form.
18        Mischaracterizes his testimony.
19        A.   You said that I don't say anything
20    about the possibility of NDMA being a
21    carcinogen until page 120?
22        Q.   Yeah.  You don't talk about NDMA
23    being a probable human carcinogen or a
24    probable carcinogen anywhere in your report,
25    not even in the primer section, until
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    page 120.  And yet, in your publications,

2    you're readily -- it's the first sentence

3    where you state, NDMA is a potent chemical

4    carcinogen.

5            So, does that surprise you that

6    you're doing different things differently

7    here for litigation versus what you do when

8    you're independently publishing literature?

9            MS. TOLEDO:  Object to form.

10           Mischaracterizes his testimony.

11           Mischaracterizes the paper.

12           MS. LUHANA:  Counsel, you have a

13           standing objection, no need to coach

14           the witness.

15           MS. TOLEDO:  I do not have a

16           standing objection.  I will continue

17           to state objections as necessary as

18           long as your questions continue to be

19           objectionable.

20           MS. LUHANA:  You can just object

21           to form.  There's no -- speaking

22           objections, as you know, are not

23           allowed especially with every single

24           question, Counsel.

25           MS. TOLEDO:  I tried that with --

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1          with your colleagues in different

2          depositions and it didn't work.  So,

3          I'm just following the rules as set

4          out in this litigation by your peers.

5          Q.  So, it surprises you, right,

6     Doctor, that you don't note about NDMA being

7     even a probable carcinogen until 120 of

8     your -- page 120 of your report in the

9     footnote and here in your publications which

10    you're publishing independently outside of

11    litigation, first thing you note about NDMA

12    being a potent carcinogen, does that surprise

13    you?

14          MS. TOLEDO:  Object to form.

15       Mischaracterizes his testimony.

16          A.  Frankly, Ms. Luhana, I must

17    respectively disagree with you.  I'm starting

18    out on page 5 and leading into page 6 and it

19    talks basically very simply there at the top

20    of page 6:

21          Plaintiffs' experts proposed

22    mechanisms of carcinogenesis from ranitidine

23    is theorized to be due to

24    N-nitrosodimethylamine (NDMA) exposure, both

25    through exogenous formation of the ranitidine

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1   product endogenous formation in the body

 2   after ingestion.

 3          So, I come out straightforward and

 4   introduce the matter.  Then I --

 5      Q.   Doctor, you think --

 6      A.   I'm not done talking.

 7      Q.   Oh, I apologize.

 8      A.   You're interrupting me.

 9      Q.   I don't mean to interrupt you,

10   Doctor.  But I want you to focus -- I really

11   want you to focus on the --

12      A.   You're still interrupting me and I

13   haven't finished.

14      Q.   I want you to focus on the question

15   asked, Doctor.

16      A.   I did focus on the question asked.

17   You told me I didn't talk about cancer and

18   NDMA until page 120.  I just told you I did

19   this on page 6.

20      Q.   No, I said NDMA being -- so, focus

21   on the question being asked, Doctor, I think

22   that would help us both.

23          The question that was asked was you

24   stating that NDMA is even a probable

25   carcinogen, you do not do that until page 120
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1    of your report.
 2              And so, please look for somewhere
 3    in your report prior to that where you note
 4    that it's a probable carcinogen.  That is my
 5    question.
 6              MS. TOLEDO:  Objection to form.
 7         Asked and answered and
 8         mischaracterizes his testimony.  And
 9         if you could please stop interrupting
10         the witness while he is trying to
11         answer your question.
12         Q.   Doctor, I'm just -- I want you to
13    focus on the question that's being asked,
14    that's why, I'm not trying to interrupt you.
15    So, I apologize if I interrupted, but I want
16    you to answer the question that's being
17    posed.
18         A.   Okay.  Let me try that and if I get
19    the language mixed up, it's because I'm
20    getting confused by your arguments.
21              I did mention the whole issue, I
22    raised this on page 5 and 6, okay?  This is
23    what the whole report's about, and same way
24    that when I write a paper in the refereed
25    literature, I will introduce something
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    because -- and tell people why they might be

2    interested in following up on this.

3           Then as opposed in a some-odd

4    different way than I would normally, at least

5    in a primary paper as opposed to a review, I

6    go through an extensive background dealing

7    with some basic principles of pharmacology,

8    pharmacokinetics, toxicology, ranitidine,

9    ranitidine pharmacology, dimethyl nitrosamine

10   and the sources of that, I go through

11   analytical chemistry.  Then I start talking

12   at least on -- if I haven't before and

13   overlooked it, start talking on page 96 about

14   the genotoxicity of ranitidine.  And you use

15   the term, I didn't call it a probable

16   carcinogen.  This is language that is

17   actually used by IARC, and it's actually not

18   even in the IARC's list of probable

19   carcinogens or known carcinogens, it's a

20   possibility of a carcinogen in the IARC

21   classification.

22          I hope that answers your question.

23     Q.   Doctor, with all due respect, the

24   references that you just mentioned don't

25   state that NDMA is a carcinogen.  You don't

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1   state in your report till page 120 when

2   referencing the designations, and I implore

3   you to go through your report when you have

4   an opportunity, but you don't state as you do

5   upfront in all these publications where you

6   note, NDMA, hey, it's a potent carcinogen.

7   That isn't said here in your report till page

8   120, and that's when you're referring to

9   the -- when you're referring to IARC and NTP,

10  Doctor.

11            So, if you look at page 120 of your

12  report and look at the footnote there, that's

13  where the reference is raised.  And as you

14  can see, IARC does call it a probable

15  carcinogen to humans and it's designated as a

16  2A.

17            Do you see that in your report?

18       A.   Yes.

19            MS. TOLEDO:  Object to the form of

20       the question and counsel's statement

21       of fact.

22       A.   Yes, I see that.  It says, Group 2A

23  probable carcinogenic in humans and this is

24  introduced here.

25            Let me tell you something else

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

 1   about this report, okay?  So, if I'm writing

 2   a paper for the refereed literature, I'm sort

 3   of inviting people to read my paper and

 4   giving them a reason why something would be

 5   interesting.  Many people would not

 6   necessarily be interested in the topic, but

 7   perhaps if they know that there are actually

 8   concerns about potential carcinogenicity at

 9   least in some systems, they might go on and

10   read the paper.  This report is entirely

11   different.  Nobody's gonna be reading this

12   report unless they're concerned about the

13   issues of ranitidine and NDMA, that's what

14   this whole case is about.  I don't have to

15   explain to people why we're talking about

16   these things.

17          What I've done is provide, first

18   of all, my overall conclusions, which

19   are actually also on page 7, I say, no

20   scientific -- Item 4:

21          No scientific or regulatory

22   organization has classified NDMA as a known

23   human carcinogen.

24          So, I have talked about that on

25   page 7 as well.  And then I go into the rest

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

 1   of the material, providing a background for

 2   which somebody who is actually willing to

 3   have an open mind about reading and making a

 4   decision about the issue of NDMA and

 5   ranitidine can make an informed decision

 6   after evaluating the science.

 7        Q.   Doctor, don't you think the court

 8   would want to know that you've concluded, at

 9   least since the '90s, that NDMA is a potent

10   chemical carcinogen?

11        MS. TOLEDO:  Objection to form.

12      Mischaracterizes his testimony.

13        A.   We have been through this numerous

14   times today.  You talked about potent human

15   carcinogen all the time and I keep telling

16   you that, and you can tell the court this

17   too, that basically these terms are very

18   relative, they depend, as everything in

19   toxicology, on the dose, the animal species,

20   the conditions, the time and other factors as

21   well.

22        So, can't just throw terms around a

23   potent human carcinogen blindly.

24        Q.   Doctor, my question was directed to

25   potent chemical carcinogen as you state in

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1    your paper here, but let's take this document
 2    down.
 3              Doctor, in your report you state:
 4              I've been asked to provide an
 5    opinion on whether there's reliable
 6    non-epidemiological scientific evidence to
 7    support that exposure to ranitidine (Zantac)
 8    causes cancer.
 9              And that's on page 5 of your
10    report?
11              Do you see that?
12        A.   Yes, I do.  I agree with that.
13        Q.   And we've premarked your report,
14    it's Exhibit 6822.
15              (Exhibit 6822 was marked for
16         identification.)
17    BY MS. LUHANA:
18        Q.   So, Doctor, in forming your
19    opinions here in your reports, you haven't
20    reviewed any of the epidemiological evidence,
21    correct?
22              MS. TOLEDO:  Object to form.
23        A.   I'm sorry.  What's 6822?  Am I
24    missing something?
25        Q.   It's just -- I premarked your
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1    report with that exhibit number, so I was

2    just letting you know when I refer to 6822,

3    I'll reference it later on throughout --

4    throughout the day.

5              But setting that aside, my question

6    to you is, you haven't reviewed any of the

7    epidemiological evidence to reach your

8    conclusions here in your reports, correct?

9              MS. TOLEDO:  Object to form.

10        A.   I have not reviewed the

11   epidemiology sections of this case and as

12   I -- you indicated, I -- what you just read,

13   I have been asked to provide an opinion on

14   whether there is reliable non-epidemiological

15   scientific evidence to support the conclusion

16   that exposure to ranitidine causes cancer and

17   so on.

18             So, the answer is, no, I have not

19   included any epidemiology in my report.

20        Q.   Not that you've included -- you

21   haven't reviewed any epidemiological

22   evidence, correct, to come to the conclusions

23   you have for your report?

24             MS. TOLEDO:  Objection.  Asked and

25        answered.

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

1      A.    I focused on the basic science and

2  the mechanistic information, not the

3  epidemiology.  I haven't read the

4  epidemiology or the epidemiology reports of

5  the experts for either the defense or the

6  plaintiffs.

7      Q.    So, can you please describe what

8  you haven't reviewed to come to the

9  conclusions in your reports?  So, for

10 example, you haven't reviewed the NDMA diet

11 studies, correct?

12          MS. TOLEDO:  Object to form.

13     A.    Well, I have reviewed some diet

14 studies.  I referred you to Table 1 and the

15 paper by Stuff and there are others as well

16 and the Hrudey 2013 paper actually somewhat

17 touches on diet as well.  And referring to

18 other dietary stud- --

19     Q.    Yeah, I'm talking about the

20 epidemiology, the relevant -- the

21 epidemiological diet studies, you haven't

22 reviewed those, correct?

23          MS. TOLEDO:  Counsel, please let

24     the witness finish his answer.

25          MS. LUHANA:  Counsel, he had

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1        finished -- he had finished his
 2        answer.
 3             MS. TOLEDO:  No, he was not.  He
 4        was in the middle of a sentence.
 5        A.   I have not reviewed epidemiology
 6   papers related to this.  I mentioned the
 7   dietary studies that I have looked at.
 8        Q.   So, for example, you haven't
 9   reviewed the NDMA diet studies to see how
10   much NDMA study participants were exposed to
11   that was associated, for example, with a
12   cancer diagnosis, correct?
13             MS. TOLEDO:  Objection to form.
14        A.   I'm not sure what documents you're
15   referring to.  I don't recall anything like
16   that.
17        Q.   Doctor, when the FDA withdrew
18   ranitidine from the market on April 1, 2020
19   and stated that sustained higher levels of
20   NDMA exposure may increase the risk of cancer
21   in humans, when they stated that you haven't
22   evaluated that statement to assess the levels
23   of NDMA exposure in humans that would
24   increase the risk of cancer, correct?
25             MS. TOLEDO:  Object to form.
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

```
 1        Assumes facts not in evidence.

 2        A.   Let me read what I do know and what

 3   I wrote in my report about what the FDA says

 4   about their concerns about ranitidine and

 5   cancer.

 6        Q.   Doctor, that doesn't address the

 7   question.  I want to -- I want to know

 8   whether you evaluated the statement to assess

 9   the levels of NDMA exposure in humans that

10   would increase the risk of cancer.  So,

11   that's -- that's my question.  You know, if

12   you can answer it -- if that requires reading

13   your report, that's fine, but that's the

14   question I'm focused on.

15        MS. TOLEDO:  And he was answering

16      your question, if you would let him

17      answer and not interrupt.

18        A.   Okay.  Let's go to page 68, and

19   this is talking about the FDA and ICH M7

20   guidance and the guidance discusses, quote,

21   I'm reading starting at the fourth line on

22   page 68:

23             "These risks -- and they're talking

24   about the calculations of risk.

25             "These risk levels represent a
```

Frederick Guengerich, Ph.D. Volume I
June 06, 2022

 1  small theoretical increase in risk when

 2  compared to human overall lifetime incidence

 3  of developing any type of cancer, which is

 4  greater than 1 in 3.  The use of a numerical

 5  risk value (1 in 100,000) and its translation

 6  into risk-based doses (TTC [threshold of

 7  toxicological concern]) is a highly

 8  hypothetical concept which should not be

 9  regarded as a realistic indication of the

10  actual risk.  Exceeding the TTC is not

11  necessarily associated with an increased risk

12  given the conservative assumptions employed

13  in the derivation of a TTC value.  The most

14  likely increase in cancer incidence is much

15  less than 1 in 100,000.

16          Let me go on.  I have two other

17  statements here then, the -- that actually,

18  the next one is on page 70, which also comes

19  from the FDA ICH M7 guidance.

20          Overall the -- the first part is my

21  language.

22          Overall, the acceptable intake

23  should be viewed in the context of their

24  intended purpose and their limitation, i.e.,

25  and here I do quote from the FDA ICH

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY                    MDL NO. 2924
LITIGATION                            20-MD-2924



                    JUDGE ROBIN L. ROSENBERG
            MAGISTRATE JUDGE BRUCE E. REINHART

_____/


             VOLUME II



     VIDEO RECORDED DEPOSITION OF

     FREDERICK GUENGERICH, Ph.D.

     Taken on behalf of the Plaintiffs

        (Via videoconference)



DATE TAKEN: Tuesday, June 7, 2022

TIME:       10:03 a.m. - 1:48 p.m. EDT

PLACE:      US Legal Support - Remotely







Reported by:
CANDIDA BORRIELLO
            JOB NO. 6153488-001

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

1    Misstates the evidence.

2        A.   If I understand your question, I

3    did have some information from Emery, it was

4    not what I requested, it was very limited,

5    and I addressed some of what was available in

6    my report.

7        Q.   So, my question to you is, between

8    March 7th, your report, your initial report,

9    and May 3, 2022, the only new data you

10   received were the contents of the hard drive,

11   correct?

12           MS. TOLEDO:  Object to form.

13   Misstates his testimony.

14       A.   I don't recall that I received any

15   other information between that date in March

16   and May.

17       Q.   Okay.  And let's go down to your

18   footnote there on the first page.  You state:

19           For the present supplemental

20   report, I also reviewed the declaration of

21   Dr. Mark Benotti, an analytical chemist at

22   NewFields, and the deposition of Dr. Najafi.

23           Did I read that correctly?

24       A.   You did.

25       Q.   Doctor, you're relying on

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

1    Dr. Benotti's declaration and PDFs, correct,

2    to provide the opinions in the supplemental

3    report?

4         A.   Yes, that's all that I really

5    have -- that's what I have available to do

6    that.  I might add also that this is not a

7    complete summation of the data files from

8    Dr. Najafi, some of these are still not

9    available.  The PDF -- I'm sorry, I'm not

10   finished.

11        The PDFs were the only way that I

12   was actually able to visualize the data --

13   the data available beyond the rough files

14   that had been received.

15        Q.   Doctor, you received Agilent's

16   LC/MS-MS data on May 3rd as you state in your

17   supplemental report, correct?

18        MS. TOLEDO:  Object to form.

19        Mischaracterizes his testimony.  Asked

20        and answered.

21        A.   I didn't receive it on May 3rd.  It

22   said -- if we can go back to the first

23   paragraph, it said, produced by Emery on a

24   hard drive on May 3, 2022.  I did not receive

25   this until, I think it was -- well, it would

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

1  be after the 29th of May when I returned from

2  a trip.

3      Q.   So, the earliest you looked at

4  these files was on May 29th?

5      A.   I can't remember if I looked at the

6  29th or another date.  It was during that

7  week.

8      Q.   Doctor, you understand that your

9  deposition was initially scheduled for

10  May 18th, 19th, correct?

11      A.   That's correct, I prepared for

12  that, yes.

13      Q.   So, you could've reviewed these

14  files at that date, correct?

15          MS. TOLEDO:  Object to form.

16      A.   They had not been made available to

17  me at that time.  And also I might add that

18  we were actually scheduled to prepare for the

19  deposition on the 17th and I still didn't

20  have the files available.

21      Q.   Do you know why that is that those

22  files were not produced to you then?  Do you

23  know why those files were not produced you to

24  earlier than May 29th?

25          MS. TOLEDO:  Object to form.

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

1        Q.   Doctor, we'll pull the rough

2    transcript up.

3              You testified that you spent

4    11 hours prepping with attorneys and then you

5    said you spent a total of 5.5 hours reviewing

6    documents on June 4th, June 5th and the

7    morning of your deposition.

8              Do you recall that?

9              MS. TOLEDO:  Object to form.

10       A.   I don't disagree with that, but

11   that wasn't the question.  You didn't ask me

12   how much time I spent preparing the

13   supplementary report when you asked me those

14   questions yesterday.  You were referring to

15   how much time I spent preparing for the

16   deposition.

17       Q.   Doctor, I asked you for all the

18   time you spent working on this case, which

19   would include your supplemental report.

20             Did you intentionally exclude the

21   time you spent on the supplemental report in

22   June?

23             MS. TOLEDO:  Object to form.

24       Mischaracterizes his testimony.

25       A.   Could you go back and ask -- and

Frederick Guengerich, Ph.D. Volume II
June 07, 2022

1   see what you actually asked me about whether

2   it was all the time?

3           My impression was that you were

4   asking me about how I prepared for the

5   deposition.  That would not have included the

6   time I would've spent preparing this report.

7   I didn't include that time incidentally.

8       Q.   Why didn't you when I asked the

9   question?

10          MS. TOLEDO:  Object to form.

11      Mischaracterizes his testimony.

12      A.   What are you asking me?  Why didn't

13  ask what question?

14      Q.   When I asked you all the time that

15  you spent in June on this case, why didn't

16  you include the time that you spent on the

17  supplemental report?

18          MS. TOLEDO:  Objection.

19      Mischaracterizes his testimony.  He

20      answered your questions.

21      A.   Will you go back to yesterday's

22  transcript and read what you asked me?  I was

23  under the impression you asked me what I did

24  to get ready for this particular case -- for

25  this deposition.  And I didn't think that was

**Motion to Seal/Sealed and Exparte Filings:**

9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Gilbert, Robert on 7/28/2022 at 5:05 PM EDT and filed on 7/28/2022

**Case Name:** IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
**Case Number:** 9:20-md-02924-RLR
**Filer:** Zantac (Ranitidine) Products Liability Litigation
**Document Number:** 5900

**Docket Text:**
Plaintiff's SEALED MOTION *MDL PLAINTIFFS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL REPORT OF DR. GUENGERICH* by Zantac (Ranitidine) Products Liability Litigation. (Attachments: # (1) Exhibit Exhibit 1, # (2) Exhibit Exhibit 2, # (3) Exhibit Exhibit 3, # (4) Exhibit Exhibit 4, # (5) Exhibit Exhibit 5) (Gilbert, Robert)

**9:20-md-02924-RLR** No electronic public notice will be sent because the case/entry is sealed.

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/28/2022] [FileNumber=22418990-0] [0d0f7b3e76e89d6f73afe53ff13caf435e89acdad998bca63ac5faa2a2de5d7c1b b81e2dd03795a8033289d07b40f8051c3e7ebb585bec882c7cb95171a7f365]]
**Document description:**Exhibit Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/28/2022] [FileNumber=22418990-1] [1d1a8d70ad7cc593a60c4796212794dd183640b078e38554c1db32492bf87d2f10 afe5c767b5fd876822d98d67cc12d6a9c117dc54bedca7eae3ed7dda495172]]
**Document description:**Exhibit Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/28/2022] [FileNumber=22418990-2] [2a14b932218985a93433e07654bb141f2c5578bb5cc5feda5c2fa9d4fb214ffa37 be82edfe730cdf8e5a35b050dc04996be9bfceb74ec2c373572c00f720bdfe]]
**Document description:**Exhibit Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/28/2022] [FileNumber=22418990-3] [323bb777b72b4c7ab59aefb488e8e8e261439264d2dd88188093c17bbdf1e1106f 67f588565d95a261d0ed0edb36efb28599efb4aafdc17f62ba87a56deacb49]]
**Document description:**Exhibit Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/28/2022] [FileNumber=22418990-

4] [11ff5c4f7f7ff8ad8385307199b69300be6af40e7fbf560412f5f1f193135b6dfe
257a0c4fac3e5bac6f1a5f5059b0c64abf5b16cf9fcdbcd822e49d1e244cb8]]

**Document description:**Exhibit Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [D ate=7/28/2022] [FileNumber=22418990-
5] [08b2d781d7119f132eac302d7fc335c91408f6ede292c88acaf44488ab06aaeb8a
535c32b0c293b765b54ac78e1cd9aff637bb84d32521b34bad6f6c0856e2a4]]