**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2924**
**20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**DECLARATION OF DANIEL NIGH IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' EXPERTS' OPINIONS**[1]

[1] This Declaration is filed under seal pursuant to the order at ECF No. 5684.

I, Daniel Nigh, hereby declare as follows:

1. I am a Partner at the law firm Levin Papatonio Rafferty, and I chair the Science & Experts committee for Plaintiffs in the above-captioned action. I submit this declaration on behalf of all Plaintiffs in support of Plaintiffs' Opposition to Brand Defendants' Motion to Exclude Plaintiffs' General Causation Experts' Opinions Related to Epidemiology, Plaintiffs' Opposition to Brand Defendants' Motion to Exclude Remaining Expert Opinions Relating to General Causation, Plaintiffs' Opposition to Brand Defendants' Motion to Exclude Plaintiffs' Experts, Ramin Najafi, Ph.D., Charles Davis, Ph.D. and Other Experts Who Rely on Their Opinions, and Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' *Daubert* Oppositions"). I am licensed to practice law in the state of Florida. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. Attached are true and correct copies of the following exhibits, which are cited in Plaintiffs' *Daubert* Oppositions.

| **Plaintiffs' Ex. No.** | **Exhibit** |
|---|---|
| **Expert Reports (alphabetical by last name)** | |
| 1 | Expert Report of Dr. Lewis Chodosh (Mar.7, 2022) |
| 2 | Expert Report of Dr. Frederick Guengerich (Mar. 7, 2022) |
| 3 | Supplemental Expert Report of Dr. Frederick Guengerich (June 3, 2022) |
| 4 | Addendum to Expert Report of Dr. Anne McTiernan (May 27, 2022) |
| 5 | Expert Report of Dr. Michael Porter (Mar. 7, 2022) |
| 6 | Expert Report of Dr. Mary Beth Terry (Mar. 7, 2022) |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 7 | Expert Report of Dr. John Witte (Mar. 7, 2022) |
| **Deposition Transcripts (alphabetical by last name)** | |
| 8 | Deposition of Robert Buchberger (June 15, 2021) |
| 9 | Deposition of Dr. Liangfu Chen (Aug. 30, 2021) |
| 10 | Deposition of Dr. Lewis Chodosh (May 12, 2022) |
| 11 | Deposition of Arthur Ciociola, Ph.D. (Mar. 24, 2021) |
| 12 | Deposition of Scott Coapman (Jan. 10, 2022) |
| 13 | Deposition of Dr. Leslie Driver (Mar. 3, 2021) |
| 14 | Deposition of Dr. Gerda Glanzmann (Sept. 24, 2021) |
| 15 | Deposition of Dr. Frederick Guengerich (June 6-7, 2022) |
| 16 | Deposition of James Harvey, Ph.D. (Sept. 29-30, 2021) |
| 17 | Deposition of Dr. Benjamin Hatten (May 17, 2022) |
| 18 | Deposition of Stephen Hobbiger (June 15, 2021) |
| 19 | Deposition of Claude Kugel (Sept. 23, 2021) |
| 20 | Deposition of Dr. Craig Lindsley (May 24, 2022) |
| 21 | Deposition of Maria Lloris Vludez (Jan. 11, 2022) |
| 22 | Deposition of Matt Lochstampfor (Mar. 31, 2021) |
| 23 | Deposition of Dr. Anthony Lynch (Dec. 6, 2021) |
| 24 | Deposition of Alan Main (Jan. 20, 2022) |
| 25 | Deposition of William Mitch (Nov. 9-10, 2021) |
| 26 | Deposition of Dr. Bernard Olsen (May 23, 2022) |
| 27 | Deposition of Andrew Searle (June 18, 2021) |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 28 | Deposition of Dr. Mary Beth Terry (May 31, 2022) |
| 29 | Deposition of Dr. Michael Vaezi (May 12, 2022) |
| 30 | Deposition of Dr. Timothy Wang (May 26, 2022) |
| 31 | Deposition of Andrew Whitehead (Jul. 14, 2021) |
| 32 | Deposition of Dr. John Witte (May 19, 2022) |
| **Scientific Literature (alphabetical order by last name of the first author)** | |
| 33 | Tanner, et al., *The Determination of N-Nitrosodimethylamine Formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite* (1982), GSKZAN0000084994 |
| **Regulatory Agency Documents (alphabetical order by authoring agency, then chronological)** | |
| 34 | Canadian Environmental Protection Act, Priority Substances List Assessment Report, N-Nitrosodimethylamine (NDMA), 1999, GSKZAN0000620057 |
| 35 | FDA Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop, Working Group Transcript, Day 1 |
| 36 | FDA Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop, Working Group Transcript, Day 2 |
| 37 | FDA, Nitrosamines as Impurities in Drugs-Health Risk Assessment and Mitigation Public Workshop, March 29-30, 2021, GSKZAN0003505669 |
| **Other Documents** | |
| 38 | Ghulam Mohy-ud-din Document Production |
| 39 | GSK Chemistry Experiment AH19065 - Particle imaging of Saraca Grade 1 and grade III processes to convert ranitidine free base to hydrochloride, GSKZAN0000389009-014 |
| 40 | GSK Email re Violation of Reporting Obligation, GSKZAN0000430892 |
| 41 | GSK's Hazard Assessment Report on N-Nitroso-dimethylamine (NDMA), September 25, 2019, GSKZAN0003419540 and GSKZAN000236640 |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 42 | GSK Internal comms- Ranitidine NDMA Query- 29 July.docx, Dated 7/29/2019 in metadata, GSKZAN0000178581 |
| 43 | June 2020 Root Cause Analysis, GSKZAN0000051927 |
| 44 | 1982 SKF NDA supplement p 73 ranitidine NDMA testing, GSKZAN0003535320 |
| 45 | December 2019 follow-up communication submitted to the FDA, GSK cited gastric carcinoid findings from IARC rat studies, GSKZNDAA0000636880-886 |
| 46 | EMA Article 31 Addendum to response to Question 6, GSKZAN0000080232 |
| 47 | Master Data Spreadsheet, GSKZAN0000883508 |
| 48 | Sanofi Medical Risk Assessment (Oct. 21, 2019) SANOFI_ZAN_MDL_0000206858 |
| 49 | Sanofi Medical Risk Assessment Follow-up (Feb. 26, 2020) SANOFI_ZAN_MDL_0000278477 |
| 50 | Transcript of Hidajat Discovery Hearing (July 7, 2022) |
| 51 | Ranitidine MSK Data, MSK00007347 |
| 52 | Declaration of Patrick Steffes (July 31, 2022) |
| 53 | Supplemental Expert Rebuttal Report of Ramin Najafi, Ph.D. (Apr. 12, 2022) |
| 54 | *Valsartan Daubert* Hearing Order 1 - Regarding Parties' Motions to Preclude Testimony by Expert Witnesses (Mar. 4, 2022) |
| 55 | Expert Report of Bernard Olsen PhD (Mar. 7, 2022) |
| 56 | Sanofi's Supplemental and Amended Answer to Interrogatory 14 (Jan. 18, 2022) |
| 57 | GSK's Answers and Objections to Plaintiffs' Final Set of Interrogatories |
| 58 | BI's Responses and Objections to Plaintiffs' Final Set of Interrogatories |
| 59 | Sanofi's Answers and Objections to Plaintiffs' Final Set of Interrogatories |
| 60 | Declaration of Patheon Custodian of Records and Inventory |

| Plaintiffs' Ex. No. | Exhibit |
|---|---|
| 61 | GSK Invoices, GSKZAN0002492528, GSKZAN0000850384, GSKZAN0000856674, and GSKZAN00002489366 |
| 62 | Intertek Quotation, GSKZAN000676730 |
| 63 | Lab Notebook No. 078-RC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2022, in Pensacola, Florida.

/s/ Daniel Nigh

**Motion to Seal/Sealed and Exparte Filings:**

9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Gilbert, Robert on 8/1/2022 at 10:42 PM EDT and filed on 8/1/2022

| | |
|---|---|
| **Case Name:** | IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 9:20-md-02924-RLR |
| **Filer:** | Zantac (Ranitidine) Products Liability Litigation |
| **Document Number:** | 5912 |

**Docket Text:**

**Sealed Document *Declaration of Daniel Nigh in Support of Plaintiffs Oppositions to Defendants Motions to Exclude Plaintiffs Experts Opinions* by Zantac (Ranitidine) Products Liability Litigation. (Attachments: # (1) Exhibit 1-10 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions, # (2) Exhibit 11-20 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions, # (3) Exhibit 21-30 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions, # (4) Exhibit 31-40 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions, # (5) Exhibit 41-50 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions, # (6) Exhibit 51-63 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions) (Gilbert, Robert)**

**9:20-md-02924-RLR No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-0
] [39ab495b2b94c06915b01fb6dd5eecd42d0ad1e5622299ae8bb8d49543f9e0f3159
00eaa6b46fc196a6a60a3709ce99d34f3043ce30ccd4b9a609e509ecc7a1a]]
**Document description:**Exhibit 1-10 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-1
] [0cec97d05304f2c185436ccfa7ad0a5a47169ddfeb1a119a5711c9efb1ebe9daea7
fa87bac5cb6e198b2fa121ad7a94635348ab2aa701980b8499e36fafc2fb4]]
**Document description:**Exhibit 11-20 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-2
] [518c2c2c9f671a8c991798d25b956ee88d4ebe61ac603897d247de4bd269948c3c3
2786798edb51d96886b9513fe27644f237876ad3178d107516e99b11aaf45]]
**Document description:**Exhibit 21-30 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions

**Original filename:**n/a
**Electronic docu ment Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-3
] [6b5907732f897daa838d784ca9853a35fc203747011198309afdfb47ec51602bef0
ee7dbb9783b7f144029ad3d4cb40b9426e634ec0101817e613da618664067]]
**Document description:**Exhibit 31-40 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-4
] [70b6e4339c34bd01e07aefec219caf801eac97a4b37d0a13aba60eea44e85eb62bc
65fe79bd48c996810bd27a3d0487fd8511ec398b6b063cf63892e34635399]]
**Document description:**Exhibit 41-50 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-5
] [3bc936dc1c1c20a09caa284ce66cfb61e945321ea16dc83206a440ce2eeece22e6b
df7d69f7bb92863e821d5563d1c1bcc202f4b17be07d9361bd64e4d362bc1]]
**Document description:**Exhibit 51-63 to Declaration of D. Nigh ISO Plaintiffs Opp to Defs Ms to Exclude Experts' Opinions
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/1/2022] [FileNumber=22428866-6
] [35ea0e70c8322c77ee2b5767ee04d09bd49103b5f5636ed430179e0d27732761bc8
6bc5d6c498ad8923f6159c2fab662f4b3a2d84c948a1a9f51dccd89130ed0]]