# EXHIBIT 1

# Opinions of Lewis A. Chodosh, M.D., Ph.D.

## Background and Qualifications

1. I am a physician and cancer researcher. I graduated summa cum laude, Phi Beta Kappa from Yale University in 1981 with Distinction in Molecular Biophysics and Biochemistry. In 1989, I simultaneously received my M.D. degree from Harvard Medical School, where I graduated magna cum laude, and my Ph.D. degree in Biochemistry from the Massachusetts Institute of Technology under the mentorship of Dr. Phillip Sharp. Dr. Sharp was awarded the 1993 Nobel Prize in Physiology or Medicine for his discovery that each of the genes in our genome is split into pieces, and for his work determining how these pieces are spliced together to generate a messenger RNA corresponding to a complete protein-coding gene.

2. After a residency in Internal Medicine at the Massachusetts General Hospital, I completed a clinical fellowship in Endocrinology at the Massachusetts General Hospital in 1992. I then performed a postdoctoral research fellowship in cancer genetics and developmental biology with the Chairman of the Department of Genetics at Harvard Medical School, Dr. Philip Leder. Dr. Leder is widely credited with deciphering the genetic code by which the DNA sequences that encode genes are translated into proteins via a messenger RNA intermediate. In addition, Dr. Leder received the 1987 Albert Lasker Basic Medical Research Award for his discovery of one of the first oncogenes recognized to cause human cancer, MYC, and his demonstration that the MYC oncogene is activated by a chromosomal rearrangement. Dr. Leder went on to create the very first genetically engineered mouse model for human cancer in order to prove that the MYC oncogene could cause cancer in a living organism.

3. During my training, I received a number of additional honors including the Emerson Tuttle Cup for Distinguished Academic Achievement from Yale University, the Leon Reznick Memorial Prize for Excellence in Research from Harvard Medical School, and appointment to the Medical Scientist Training Program at Harvard.

4. I began my independent scientific career as an assistant professor at the University of Pennsylvania in 1994. As a faculty member in the Perelman School of Medicine at the University of Pennsylvania, I have received a number of awards and honors, including the Charles E. Culpeper Foundation Scholarship in Medical Science (one of three such awards made nationally to young physician-scientist faculty), the AACR-Sidney Kimmel Cancer Symposium for Cancer Research Scholar Award, and selection as the inaugural recipient of the Perelman Professorship and Endowed Chair in Cancer Biology. In 2002, I was elected to the American Society for Clinical Investigation. Established in 1908, the ASCI is one of the nation's oldest and most respected medical honor societies and is comprised of physician-scientists elected "for their outstanding records of scholarly achievement in biomedical research". In 2008, I was elected to the Association of American Physicians. Founded in 1885, the AAP is an honorary society whose goals include "the pursuit of medical knowledge, and the advancement through experimentation and discovery of basic and clinical science and their application to clinical medicine". In 2017, I was elected to the National Academy of Medicine,

which is a part of the National Academies of the United States that were established by an act of Congress and signed into law in 1863 by Abraham Lincoln. Election to the NAM is considered one of the highest professional honors in medicine and medical research.

5. As a physician-scientist, the majority of my time is spent leading a research laboratory of approximately twenty-five graduate students, undergraduate students, research technicians, physicians and postdoctoral fellows in a comprehensive research program aimed at understanding the fundamental mechanisms that cause cancer, including understanding why cancers arise and progress in patients. As a principal investigator of a laboratory, and as a mentor, I teach graduate students and postdoctoral researchers in the laboratory to be rigorous, critical-thinking experimental scientists, including how to design appropriate laboratory experiments to answer important biological questions, how to interpret the resulting data, how to prepare results for peer-review and publication, and how to critically read the scientific literature.

6. In addition, as a professor at the University of Pennsylvania I teach medical students, graduate students, and undergraduate students in the classroom about principles of cancer biology, cancer epidemiology and cancer therapy. I also teach physicians about cancer biology.

7. As a principal investigator of a laboratory at the University of Pennsylvania, I have focused on understanding the causes of cancer and on using that information to devise better methods of cancer prevention and treatment for patients. I am especially interested in understanding the natural history by which human cancers arise and progress to more advanced stages, including their metastatic spread and development of therapeutic resistance.

8. My laboratory uses a broad array of in vivo and in vitro models to study genes, pathways and mechanisms involved in the development of cancers in the breast and other tissues, including those related to inherited and acquired mutations in tumor suppressor genes and oncogenes. The first several publications from my laboratory focused on the BRCA1 and BRCA2 tumor suppressor genes. These two genes are involved in the cellular response to DNA damage and play key roles in suppressing cancers of the breast, ovary, pancreas and other tissues. Inherited mutations in BRCA1 and BRCA2 are responsible for the majority of cases of familial breast and ovarian cancer. Subsequent studies from my laboratory over nearly three decades have focused on the roles played by a variety of oncogenes, tumor suppressor genes, signaling pathways and genomic alterations in the development and progression of human cancers.

9. Model systems employed in my laboratory include in vitro studies of human and rodent cells in culture, studies of tissues from human patients, studies of genetically engineered mouse and rat models of human cancer, and studies of cell and tissue samples from cancer patients in the clinic. Particular areas of interest include: the function of oncogenes and tumor suppressor genes in cancer, metastasis, tumor dormancy (in cases where that occurs) and tumor recurrence; developmental windows of susceptibility to cancer development; the role of signal transduction pathways in cancer; the mechanisms by which cancers escape therapy; the role of inflammation, immunity, angiogenesis and the tumor microenvironment in cancer development and progression; the mechanisms controlling adipocyte (fat cell) differentiation;

the roles of tumor initiating cells (*i.e.*, "cancer stem cells") in cancer; the mechanisms of metabolic regulation in cancer development and progression and in normal tissue physiology; the use of genomics and computational approaches to understand genetic programs in organ development and carcinogenesis; the use of noninvasive imaging approaches to study tumor biology; and the development of new diagnostic tests to address unmet needs in clinical oncology. In pursuit of these goals, my laboratory has developed several novel genetically engineered animal models for cancer, as well as a number of innovative approaches for analyzing large genomic data sets, imaging cancers, and identifying ultra-rare cancer cells that persist in some patients' bodies after they complete treatment. My laboratory is also integrally involved in the design and execution of clinical trials for cancer patients, including the analysis of clinical samples from patients enrolled in clinical trials investigating new treatments for cancer.

10. I currently serve as Perelman Professor and Chairman of the Department of Cancer Biology at the Perelman School of Medicine at the University of Pennsylvania, and I am a Professor with Tenure in the Department of Cancer Biology and in the Department of Medicine in the Division of Endocrinology, Diabetes and Metabolism. I also serve as Associate Director for Basic Science in the Abramson Cancer Center at the University of Pennsylvania, one of 51 National Cancer Institute-designated Comprehensive Cancer Centers in the United States, a designation that fewer than 4% of cancer centers in the Unites States receive. I have served as Director of Cancer Genetics, and now serve as Director of Tumor Biology, in the Abramson Family Cancer Research Institute. I also co-founded and serve as co-Director of the 2-PREVENT Translational Center of Excellence at the Abramson Cancer Center, which is a multidisciplinary center aimed at preventing deaths from breast cancer recurrence in patients through novel clinical trials based upon scientific discoveries in the laboratory. Through these roles I contribute to, and help oversee the research programs of, more than 100 faculty members at the University of Pennsylvania who are focused on understanding the causes of human cancers, and the mechanisms that underlie their aggressive behavior and response to treatment.

11. In addition, I currently serve as a member of the scientific advisory board for the Dana-Farber/Harvard Cancer Center at Harvard Medical School, and for more than 15 years I served as a member of the scientific advisory board for the Harvard Nurses' Health Studies I and II. I have served as Principal Investigator for a Department of Defense Breast Cancer Center of Excellence, and for 10 years I served as Principal Investigator for one of the sites of the National Cancer Institute's Mouse Models for Human Cancers Consortium. I am Editor-in-Chief of the scientific journal *Breast Cancer Research*, and I have served as a Senior Editor of *Cancer Research* and on the editorial boards of *Cancer Biology and Treatment* and the *Journal of Mammary Biology and Neoplasia*. I also regularly serve as a peer reviewer for numerous journals, including *Nature*, *Science*, *Cell*, *Nature Medicine*, *Cancer Cell*, *Cancer Discovery*, *Science Translational Medicine* and many others.

12. In my capacity as Principal Investigator, I have been awarded more than $60 million in extramural grants to support research in my laboratory, primarily from the National Cancer Institute, as well as from the Department of Defense and a variety of charitable foundations

focused on supporting cancer research. I am also an Attending Staff Physician in good standing at the Hospital of the University of Pennsylvania and I am licensed to practice medicine in the states of Pennsylvania and Massachusetts. A more complete statement of my education, background, publications, and other work in the fields of cancer, molecular biology and developmental biology is contained in my CV that accompanies this report.

13. I maintain an office and my laboratory at 614 Biomedical Research Building II/III, 421 Curie Boulevard, Philadelphia, Pennsylvania.

14. I have been retained on behalf of Defendants GSK, Pfizer, BI, Sanofi, and Patheon Manufacturing Services. The following opinions are based on my education, training, research, experience, knowledge of the literature, and information available to me at this time, and are based on a reasonable degree of medical and scientific probability and/or medical and scientific certainty. These opinions are offered to address issues related to general causation in this litigation. I may amend or supplement these opinions should any additional information be provided to me or if I learn of additional scientific literature that is relevant to this case. I may also amend or supplement this report in order to offer opinions on specific causation, or to rebut or respond to claims made by Plaintiffs' experts. I may use medical records, graphics or other materials to illustrate my opinions.

15. Citations to specific reference materials are offered in this report in those instances in which I considered it necessary to cite a specific source. Otherwise, my opinions are derived from general medical and scientific knowledge, my own scientific and clinical experience, and/or a combination of reference sources. This report is not intended to be an exhaustive summary of all of my opinions, nor an exhaustive set of citations to the literature.

16. A list of the materials I considered in forming my opinions is included as Attachment 1 to this report. A copy of my CV is included as Attachment 2.

17. In addition to the current litigation that is the focus of this report, I have participated in litigation as an expert witness in other matters, which are detailed in Attachment 3 to this report. My current rate for consultation in this matter is $800 per hour for testimony and all other work.

**Overview**

This report will address:

A. Background on human cancer causation

B. Evaluation of the claim that ranitidine is carcinogenic

C. Response to Plaintiffs' claims

**Summary of Opinions**

17. Cancer is a heterogenous disease in which abnormal cells bearing mutations in critical regulatory genes, which may be inherited or acquired after birth, divide in an uncontrolled manner and are able to invade other tissues in the body. Although there are well over 100 different types of cancer in humans, human cancers that arise in different tissues share many common properties.

18. Medical science has established that cancers are caused by the accumulation of mutations in critical genes within the same cell, and it is generally understood that transformation of a normal cell to a cancer cell requires mutations in at least six different critical regulatory genes. These mutations typically occur as a consequence of the natural aging process, such that cancer-causing mutations occur even in the absence of exposure to any environmental or dietary mutagens. Thus, aging-associated mutations must be considered as a potential cause of virtually every cancer that occurs in an adult.

19. It is typically not possible to determine the cause of a person's cancer, beyond the mutations contained within it and, in most cases, it is not possible to rule out endogenous processes as the cause of those mutations.

20. The essence of cancer is that mutations in critical growth control genes within a cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. Accordingly, the signals that are required for the survival, growth and proliferation of cancer cells principally originate inside the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

21. For human cancers occurring in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades. Consistent with the long period of time required for the development of human cancers, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event. It is for this reason that cancers that occur in adults are generally considered a disease of aging. There is no reliable scientific method for determining precisely when the first cancer cell arose in an individual patient diagnosed with cancer.

22. Aging is generally believed to be principally responsible for the mutations that result in most adult cancers, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation. Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in many cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exception of mutations that are inherited.

23. Mutations commonly occur in the absence of any environmental exposure to a carcinogen, because our DNA is constantly being damaged as a consequence of the normal functioning of our cells. Of critical importance, DNA damage does not necessarily result in mutations, because mutations do not occur unless a cell replicates its damaged, unrepaired DNA. Fortunately, our cells have DNA repair mechanisms that can remove DNA damage and restore its DNA sequence to an error-free state before the cell replicates its DNA. In particular, DNA repair enzymes exist in our cells that are able repair the precise type of DNA damage caused by NDMA. In addition, our cells have still other safeguard mechanisms that can delay or halt a damaged cell's progression through the cell cycle to allow time for DNA repair to occur prior to DNA replication, or that can initiate a self-destruct mechanism to eliminate an irretrievably DNA-damaged cell from the body. Together, these physiological mechanisms prevent mutations from occurring following DNA damage.

24. The presence of DNA repair and cell safeguard mechanisms are responsible for the existence of a threshold for low-level DNA damage below which mutations do not occur, because that level of DNA damage can be effectively repaired. In particular, it is almost certainly the case that a threshold exists below which NDMA exposure does not result in mutations.

25. NDMA is an *N*-nitroso (nitrosamine) compound that is ubiquitously present in our environment in food, air, drinking water, soil, tobacco, and as a byproduct of industrial processes. In addition, our bodies produce large quantities of nitrosamines every day, including NDMA. Endogenously formed nitrosamines are increasingly understood to be a major — if not the major — source of human nitrosamine exposure. For example, endogenous daily NDMA exposure is estimated to be approximately 1,875-times higher than the highest estimate of exogenous daily exposure to NDMA in food, water and air, and nearly 11,000-times higher than the FDA Acceptable Daily Intake (ADI) level of 0.096 ug/d.

26. NDMA and other nitrosamines are formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables. NDMA and other nitrosamines are formed endogenously due to the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract via a process dependent upon the presence of heme in red meat.

27. Although NDMA is a known carcinogen in laboratory animals, it is not a known carcinogen in humans. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. In addition, there are no dose-response data from which to infer levels of exposure to NDMA that might cause human cancers. For these reasons, and others, there is no reliable scientific basis to conclude that NDMA is a known human carcinogen. Consistent with this, no regulatory agency has classified NDMA as a known human carcinogen.

28. Despite the fact that NDMA has not been classified as a known human carcinogen, regulatory agencies appropriately act in a manner that presumes that NDMA is likely to be a human carcinogen out of an abundance of caution in light of their safety mandate, given

existing animal data and the probability that NDMA may also cause cancer in humans if human beings were exposed to extremely high doses of NDMA. However, it is almost certainly the case that the levels of NDMA to which human beings are routinely exposed through food, air, water and pharmaceutical products, including in the context of this litigation, are many orders of magnitude lower than even the lowest dose that has been shown to cause cancer in laboratory animals.

29. The Acceptable Daily Intake (ADI) of 96 micrograms of NDMA set by the FDA is extremely conservative, as is appropriate for the FDA's precautionary regulatory role. The reasons why the FDA ADI for NDMA is so conservative include the facts that it is an estimate of the amount of NDMA in pharmaceutical products that might be associated with a risk of only one additional case of cancer per 100,000 people, it is based on linear low-dose extrapolation models from animal studies, it is not based on direct evidence in humans, and it ignores background exposures to NDMA, endogenous exposures to NDMA, error-free DNA repair mechanisms, and other rate-limiting events in carcinogenesis.

30. The maximum theoretical total amount of NDMA to which any Plaintiff might have been exposed through consumption of ranitidine products is several thousand times *lower* than the amounts of NDMA produced endogenously in our bodies through normal metabolic processes that do not involve ranitidine. Furthermore, the maximum theoretical total amount of NDMA to which any Plaintiff might reasonably have been exposed through consumption of ranitidine products is at least 10,000-times *lower* than the lowest dose of NDMA shown to cause cancer in laboratory animals.

31. For example, assuming that a Plaintiff took 300 mg of ranitidine per day for 14 days, and assuming that that ranitidine product contained the highest levels of NDMA measured by the FDA in any ranitidine product (0.86 ug/300 mg tablet), the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed would be 12 ug. This amount of NDMA is 5 million-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. Analogously, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 1 year was 314 ug. This amount of NDMA is 194,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. The maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 10 years was 3.14 mg. Even this amount of NDMA is 19,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. Thus, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product is four to six orders of magnitude *lower* than the lowest dose of NDMA shown to cause a detectable increase in cancer in laboratory animals. In short, NDMA has not been demonstrated to cause cancer in laboratory animals at doses to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products.

32. There is no such thing as a universal chemical carcinogen. That is, chemical carcinogens cause tumors in some, but not all, tissues of exposed laboratory animals, even when exposed at extremely high doses.

33. Comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic, non-mutagenic and non-carcinogenic in a variety of different tests that cover the full spectrum of mutation types that can occur in cells.

34. A compelling body of evidence in human beings convincingly demonstrates that ranitidine is not converted to NDMA in biologically significant amounts following ingestion under physiological conditions.

35. Even the highest hypothetical levels of NDMA generated by prolonged exposure of ranitidine to environmental conditions designed to force its chemical degradation are still orders of magnitude lower than the lowest level of NDMA demonstrated to cause cancer in laboratory animals.

36. Epidemiological evidence for an association between ranitidine use and human cancer is largely negative despite extremely broad use over many years in large numbers of patients. Indeed, as summarized by a group of FDA scientists: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk."[1] It also bears noting that the most reliable body of epidemiological evidence to evaluate the impact of ranitidine on cancer risk would come from studies of patients taking ranitidine – not from occupational or dietary studies of NDMA exposure. While epidemiological studies of ranitidine have limitations, as is true for all epidemiological studies, these are outweighed by the considerably greater limitations of attempting to use occupational and dietary epidemiology studies of NDMA to inform risk assessment in the context of ranitidine exposure.

37. To the extent that ranitidine degrades to form NDMA, the biological impact of such degradation can logically be assumed to have already been tested for. That is, studies of patients who have taken ranitidine are, by necessity, studies of patients who have been exposed both to ranitidine and to its breakdown products. Similarly, studies of laboratory animals exposed to ranitidine are, by necessity, studies of animals that have been exposed to both ranitidine and its breakdown products.

38. If ranitidine actually did decompose under 'real world' shipping and storage conditions, or if ranitidine was converted to NDMA following ingestion, to generate biologically significant quantities of NDMA, then: (1) ranitidine would be mutagenic in laboratory experiments (it is not); (2) ranitidine would be carcinogenic in laboratory animals (it is not); (3) high quality epidemiological studies would show clear and consistent associations between long term ranitidine use and cancer incidence (they do not); and (4) epidemiological studies would show clear and consistent associations between long term ranitidine use and types of human cancer

that have been reproducibly associated with high level NDMA exposures in laboratory animals (they have not).

39. Accordingly, based on in vitro and in vivo laboratory studies, clinical and epidemiological investigation in humans, and fundamental principles of cancer biology, I conclude to a reasonable degree of medical and scientific certainty, that exposure to NDMA in ranitidine products, at the doses to which Plaintiffs were potentially exposed, and for the durations to which Plaintiffs were potentially exposed, does not cause cancer in human beings.

## A. Background: Human Cancer Causation

**Cancer is a genetic disease caused by the accumulation of mutations in critical regulatory genes within the same cell**

40. A tumor (or neoplasm) is a collection of abnormal cells that may be either benign or malignant. In benign tumors, abnormal cells remain clustered together and do not invade surrounding tissues. Malignant tumors, which are also referred to as cancers, do invade surrounding tissues and frequently metastasize to distant sites in the body.

41. Cancer is a disease in which abnormal cells bearing mutations (*i.e.*, errors in the DNA sequence of a gene) divide in an uncontrolled manner and are able to invade other tissues in the body. DNA mutations may be inherited or acquired after birth.

42. There are well over 100 different types of cancer in humans, with many of these being subclassified into multiple subtypes. Despite this diversity, human cancers that arise in different tissues share many common properties.[2,3] Thus, the word "cancer" refers to a collection of distinct diseases that share a set of cardinal features. Cancers are sometimes referred to by clinicians as "solid" or "liquid". Solid tumors include carcinomas, sarcomas and cancers of the nervous system, whereas liquid tumors principally consist of leukemias and lymphomas.

43. Carcinomas are solid cancers that arise from epithelial cells, which are cells that line the organs and surfaces of our bodies, such as the skin, lung, breast, ovary, uterus, fallopian tube, prostate, bladder, oral cavity, esophagus, stomach, liver, pancreas, small intestine, colon and rectum. Carcinomas account for approximately 85% of all human cancers and are far more common than other types of cancer, such as leukemias, lymphomas, sarcomas, mesotheliomas, or cancers of the nervous system.

44. Cancer is frequently referred to in the scientific and medical literature as being a genetic disease.[4] This refers to the fact that the process by which normal cells become cancerous entails the accumulation of genetic mutations in critical genes within the DNA of a single cell. Mutations can consist of point mutations (*i.e.*, single nucleotide changes), small insertions and deletions (*i.e.*, "INDELs"), copy number changes (*e.g.*, amplifications or deletions), gains or losses of all or parts of chromosomes, chromosomal translocations, or aneuploidy (abnormal numbers of chromosomes). Mutations may be either inherited (*e.g.*, BRCA1, BRCA2, TP53, RB,

etc.), in which case they are present in every cell of the body, or acquired "somatically" after birth in individual cells as a consequence of normal cellular function and aging, or exposure to mutagenic agents.

45. Inherited mutations are often referred to as "germline" mutations, because they are present in either the sperm or egg (which are classified as "germ" cells) that together give rise to the fertilized egg. Since the fertilized egg represents the ancestral cell that gives rise to every cell of the resulting newborn child, any "germline" mutation will be present at birth in every one of a child's cells. Because a newborn child is composed of 1-2 trillion cells, a child with an inherited mutation begins its life with more than 1 trillion mutations.

46. Conceptually, the development of a cancer from a single normal cell of origin to a cancer that can be detected clinically can be thought of as occurring in two stages. First, mutations in a sufficient number of critical regulatory genes must accumulate within the same cell, and in an appropriate combination, to generate the first (or ancestral) cancer cell. For cancers in adults, this process is believed to involve at least six mutations, and is believed to take many years, in most cases several decades.[5-8] Second, this initial ancestral cancer cell must subsequently expand in number to reach a clinically detectable size, which occurs via an imbalance between cell proliferation (also referred to as cell division) and cell death (also referred to as apoptosis or necrosis). This gradual expansion in cell number eventually results in the accumulation of enough cells to reach a size that can be clinically detected, whether by medical imaging or by palpation, which is typically greater than 1 billion cancer cells. This net expansion of cancer cells is believed to occur over a period of years, typically a decade or more.[5,9] Importantly, the imbalance in cell proliferation and cell death that is required for the net expansion of cancer cell number (also referred to as tumor growth) is typically driven by the same mutations that led to the development of the first cancer cell.

47. The behavior of normal cells in our bodies is tightly regulated, particularly with respect to whether (and when) a cell proliferates, whether (and when) a cell dies, and whether (and when) an undifferentiated cell such as a stem cell differentiates into a mature cell. In essence, the behavior of normal cells is controlled by signals emanating from the community of cells in the body, as well as the immediate environment of the cell, to ensure that all cells function in a coordinated manner in the organism as a whole.

48. In addition, normal cells have a wide variety of safeguard mechanisms that allow them to repair DNA damage that they inevitably sustain in the course of their everyday 'life', to ensure that this DNA damage does not result in mutations.[5] Additional safeguard mechanisms allow damaged cells to initiate a 'self-destruct' program (termed programmed cell death or apoptosis) to destroy themselves if for some reason they are unable to repair DNA damage they have sustained. These, along with many other systems operating in cells and in the body, function as safety mechanisms that help prevent the development of cancer.

49. The essence of cancer is that mutations in critical growth control genes within the cancer cell generate all of the signals that the cancer cell requires in order to form a tumor. That is, the signals that are required for the survival, growth and proliferation of normal cells in our

bodies typically originate outside the cell (*i.e.*, from the cells that surround it and from the bloodstream in the form of growth factors, hormones, etc.), and these signals are tightly regulated. In contrast, the signals that are required for the survival, growth and proliferation of cancer cells principally originate inside the cancer cell as a consequence of mutations in critical regulatory genes. These mutations result in the constitutive activation or inactivation of regulatory genes, which in turn drive uncontrolled cellular proliferation and cell survival, and abrogate normal differentiation pathways.

50. Importantly, the human body contains trillions of cells, the cells in our bodies undergo approximately $10^{16}$ cell divisions in our lifetimes (that is, 10 quadrillion – or 10 million, billion cell divisions), and every gene in our genome is estimated to undergo mutation $10^{10}$ (10 billion) times in our lifetimes, simply as a consequence of the normal function of the cells that make up our bodies.[5,10] This alone indicates that a single mutation cannot be enough to cause cancer in humans.

51. When one considers the enormous number of cells in our bodies in combination with our long lifespan, it becomes apparent that even though the events that are required to cause cancer (*e.g.*, the accumulation of mutations in critical regulatory genes) may be quite rare when considering only a single cell in the body, they are nevertheless quite likely to occur in at least one cell in the body over the course of a lifetime.

**Cancer is caused by mutations in oncogenes and tumor suppressor genes**

52. The process by which a normal cell is transformed into a cancer cell is generally believed to require at least six different mutations in critical genes ("cause"). Each of these mutations generally confers a new property or "hallmark" of cancer on the once-normal cell, such as: (1) self-sufficiency in growth signals; (2) insensitivity to anti-growth signals; (3) the ability to evade apoptosis (or programmed cell death); (4) the ability to induce the formation of new blood vessels; (5) the ability to proliferate forever; and (6) the ability to invade tissues and spread to other parts of the body (*i.e.*, metastasis).[2,5]

53. The critical growth control genes that, when mutated, give rise to cancer fall into two general classes: oncogenes and tumor suppressor genes.

54. An oncogene is a gene that, when constitutively activated by mutation, acts to promote tumor development, typically by driving unregulated cell growth, proliferation and/or survival. Oncogenes are most commonly derived from their non-mutated cellular counterparts (proto-oncogenes) by mutations that occur in cells of the body (*i.e.*, somatic cells) during a patient's lifetime. Proto-oncogenes typically regulate cell growth, proliferation and survival. There are dozens of established oncogenes, including RAS, MYC, NOTCH1, PIK3CA, HER2, c-MET, EGFR, BRAF, FGFR1, AKT and BCR-ABL.

55. When functioning appropriately, the proteins encoded by tumor suppressor genes act to prevent tumor formation, typically by relaying growth-inhibitory signals, sensing and repairing DNA damage, or inducing programmed cell death in response to cellular stresses or warning signals. When mutations inactivate tumor suppressor genes, tumor development is

promoted. There are dozens of known tumor suppressor genes, including TP53, RB, BAP1, p16, BRCA1, BRCA2, APC, and PTEN. Mutations in tumor suppressor genes may occur in somatic cells during a patient's lifetime, or they may be inherited from one or both parents. Inherited mutations in tumor suppressor genes are responsible for causing a variety of different inherited cancers and cancer susceptibility syndromes, whereby rates of certain cancers or groups of cancers occur within an extended family at higher rates than would be expected by chance. Counterintuitively, it is also often the case that patients inheriting cancer-predisposing mutations in tumor suppressor genes do not have an obvious family history of cancer.

56. The accumulation of mutations in oncogenes and tumor suppressor genes within a cancer cell enables, among other things, a cancer cell to proliferate and survive in an autonomous and unregulated manner. That is, the unregulated growth of cancers is a consequence of mutational events that occur inside the cancer cell, and the autonomous behavior of cancers is a direct consequence of these mutations.

57. Over the past decade, the genomes (*i.e.*, DNA genetic code) of many different types of human solid cancers – including those of the breast, ovary, colon, lung, prostate, stomach, esophagus, pancreas, bladder, mesothelium and others – have been sequenced in order to identify mutations in oncogenes and tumor suppressor genes that occurred during cancer development.[11-15] These studies have revealed that overlapping, but distinct, sets of oncogenes and tumor suppressor genes are mutated within different types of human cancers. This indicates that alterations in similar molecular pathways underlie the development of human solid cancers arising in different organs. For example, mutations in the TP53 pathway are commonly found in many different types of human cancer. Despite this similarity, however, the specific sets of oncogenes and tumor suppressor genes that are recurrently (*i.e.*, commonly) mutated in different types of cancer tend to be distinct from each other.

58. Just as there are multiple oncogenes and tumor suppressor genes that are mutated within each cancer, the growth of any particular cancer is influenced by many different oncogenic pathways and is rarely, if ever, dependent upon a single pathway. This is one of the reasons why treating cancer is so challenging. In addition, since there are many oncogenes and many tumor suppressor genes, the number of potential combinations of mutations in oncogenes and tumor suppressor genes that can result in cancer is enormous, so much so that almost no two cancers contain precisely the same set of mutated oncogenes and tumor suppressor genes. When combined with the many genetic (and other) differences between individuals (no two people are identical), this heterogeneity underscores why no two cancers are identical. Nevertheless, cancers have many properties that are shared, including many shared molecular features, particularly within the same type of cancer.

**Mutations, gene expression changes, and epigenetic alterations**

59. Substances and exposures that can cause cancer are referred to as carcinogens. Most known human carcinogens are mutagens. Genotoxic or mutagenic agents cause DNA damage that, if unrepaired and passed on to a daughter cell, results in mutations. Many known

human carcinogens, such as x-rays, ultraviolet light, viruses that insert their DNA into their host's genome, and certain chemicals in cigarette smoke, are known to cause DNA damage that can result in mutations. Such carcinogens are therefore referred to either as "genotoxic carcinogens" or "mutagens".

60. Since mutations resulting from DNA damage can take a wide variety of forms, including single nucleotide changes, small insertions/deletions, chromosomal amplifications and deletions, translocations, and aneuploidy, a single type of test cannot detect all genotoxic agents. Consequently, prior to the development and implementation of the full battery of tests capable of sensitively detecting the many types of DNA damage that can lead to mutations, some agents that were known to cause cancer were not recognized as being mutagenic when tested using only a limited number of assays, such as the Ames test. As a result, some of these agents were referred to as "non-genotoxic carcinogens". However, with subsequent testing using a broader range of assays it became clear that many of these agents did, in fact, cause DNA damage. Accordingly, by using a battery of tests capable of detecting the different types of DNA damage and mutations that can occur in cells, it is clear that many so-called "non-genotoxic carcinogens" actually do induce mutations in genes and/or chromosomes and therefore are, in fact, genotoxic. Thus, referring to an agent as a "non-genotoxic carcinogen" in no way implies that that agent does not cause mutations.

61. Comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic, non-mutagenic and non-carcinogenic in a variety of different tests that cover the full spectrum of mutation types that can occur in cells.[16-20]

62. Gene "expression" refers to the process by which the linear chain of deoxyribonucleotides (*i.e.*, DNA) encoding a gene is "transcribed" to yield a messenger RNA (mRNA), which is composed of a linear chain of ribonucleotides that mirrors that of the gene. This mRNA is then "translated" by ribosomes within the cell to yield a protein, which is composed of a linear chain of amino acids specified by the mRNA and, in turn, DNA nucleotide sequence of the gene.

63. The expression of each of the ~20,000 genes within each of the ~30 trillion cells in our bodies is tightly regulated in response to a variety of conditions inside the cell as well as external factors in a cell's local environment. This results in the transient up-regulation and down-regulation of the expression of a wide variety of genes, and activity of signaling pathways that relay messages within and between cells. These transient, tightly regulated changes in gene expression and activity are essential for the proper function of our cells and for our bodies as a whole.

64. It would be a mistake to equate the transient regulation of genes and signaling pathways that are part and parcel of normal cellular physiology with the impact of mutations in cancer associated genes that constitutively turn "on" the activity of oncogenes or turn "off" the activity of tumor suppressor genes. Regulated changes in gene expression that occur during the normal cellular response to internal and external stimuli are transient, tightly regulated and required for our survival. In contrast, mutations that constitutively activate oncogenes or

inactivate tumor suppressors result in the loss of regulation of those proteins and the pathways that they control. It is this lack of regulation that results in the uncontrolled survival, growth, and proliferation signals that are characteristic of cancer cells.

65. Gene expression in cells can also be regulated by changes in chromatin and in epigenetic regulators. Epigenetic changes in gene expression are heritable (from one cell generation to the next) and do not involve alterations (*i.e.*, mutations) in the DNA nucleotide sequence of the genome. Rather, epigenetic changes typically result either from one of a variety of post-translational modifications of histone proteins that package DNA into chromatin (*e.g.*, lysine/arginine methylation, lysine acetylation, serine/threonine phosphorylation, etc.), or from methylation of DNA at specific sites, principally at the 5' position of cytosine residues located in CpG dinucleotide sites, to generate 5-methylcytosine.[21] Clusters of CpG sites, referred to as CpG "islands", occur throughout the genome, particularly in areas of the genome that encode genes or that regulate gene expression.

66. Importantly, although epigenetic regulation is often exerted through chromatin modification (*e.g.*, histone modifications), not all types of chromatin regulation can be considered to be epigenetic mechanisms of gene regulation. Specifically, there are many chromatin regulatory mechanisms that impact gene expression, but only a subset of these, such as PRC2-mediated H3 K27 methylation, are actually sustained through cell division, which is a defining feature of epigenetic regulation. For this reason, it would be incorrect to consider any change in gene expression resulting from chromatin alterations as being an epigenetic change.

67. As with transient changes in gene expression, the reversible regulation of gene expression by epigenetic mechanisms and by chromatin modification is a normal part of physiology that is essential for the proper function of our cells and tissues. It would be a mistake to equate the epigenetic or chromatin modification-based regulation of gene expression with the impact of mutations in cancer associated genes, such as oncogenes or tumor suppressor genes. However, like the normal counterparts of oncogenes or tumor suppressor genes, epigenetic regulators can also be mutated in human cancers and, in cases where this occurs, these mutant regulators can function as oncogenes or tumor suppressor genes.

68. It would also be a mistake to equate the type of DNA methylation that mediates some epigenetic changes in gene expression (*i.e.*, methylation at position 5 of cytosine to generate 5-methylcytosine) with the types of DNA damage that are induced by endogenous or exogenous methylating agents that may alkylate DNA at a variety of sites (*e.g.*, $O^6$-methylguanine). First, covalent DNA modifications other than 5-methylcytosine are not a product of the DNA epigenetic regulatory machinery, and they are not used by the epigenetic machinery of the cell to regulate gene expression. In contrast to the normal physiologic role played by 5-methylcytosine residues in CpG islands, methylated bases such as $O^6$-methylguanine constitute forms of DNA damage that must be repaired prior to DNA replication in order to prevent the occurrence of mutations. Indeed, organisms have evolved a broad array of molecular systems that are capable of repairing precisely these types of DNA damage. As such, the methylation of

DNA nucleoside bases anywhere other than position 5 of cytosine cannot be viewed as examples of epigenetic regulation.

**Cancer is a disease of aging and develops over many years**

69. As articulated above, for human cancers that occur in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades.[5,7] It is for this reason that cancers that occur in adults are generally considered to be a disease of aging. Aging, in turn, is believed to be principally responsible for the mutations that result in most adult cancers, since the normal daily operation of our cells involves the generation of DNA damage that can result in mutations. These normal cellular processes may be referred to as "endogenous" sources of mutation. Although some types of human cancer have also been linked to exposures to mutagenic agents in the environment (*i.e.*, "exogenous" sources of mutation), in medical practice it is generally difficult, and in most cases impossible, to distinguish which mutations in a particular patient's cancer were caused by endogenous versus exogenous processes, with the notable exception of mutations that are inherited.

70. Consistent with the long period of time required for their development, human cancers with a discernable cause are usually diagnosed years or decades after the inferred causal event, as has been documented for many types of human cancer, including cigarette smoking and lung cancer, asbestos and pleural mesothelioma, ionizing radiation (*i.e.*, x-rays) and many forms of cancer, and ultraviolet light and melanoma. Given the extended periods of time required for sporadic human cancers to develop, there is no reliable scientific method to precisely determine when the first cancer cell arose in an individual patient. It is also generally not known when the first mutation occurred in the cell that ultimately developed into the first cancer cell. One exception to this occurs when a patient inherits a mutation in a critical cancer-related gene from one of their parents, since every one of the trillions of cells in that person's body then contains a cancer-causing mutation at birth. Another important caveat is that while it is not possible to precisely determine when the first cancer cell arose in an individual patient, it is possible to reasonably estimate the average and minimum periods of time that are required for cancers to develop.

71. Perhaps the clearest manifestation of cancer in adults being a disease of aging is the observation that a patient's risk of being diagnosed with cancer increases exponentially with age.[7] Observed incidence rates for most adult cancers are relatively low for individuals in their 30s and 40s. Cancer rates begin to accelerate rapidly as patients age into their 50s, 60s and 70s. Furthermore, the magnitude of the exponential increase in cancer incidence as a function of age strongly suggests that multiple (*i.e.*, six or more) infrequent events (*i.e.*, mutations) must occur in specific, critical regulatory genes within the same cell in order to generate the first cancer cell. The requirement for multiple mutations to accumulate in critical regulatory genes within the same cell in order to create the first cancer cell is, in part, responsible for the long latency between exposure to an agent that causes cancer (like ionizing radiation) and clinical detection of the resulting cancer.

72. As above, most human cancers are not detected until they contain billions of cancer cells. Consequently, another reason why human cancers take decades to develop is the relatively slow net growth rate of cancer cells. That is, while a long period of time is required for a normal cell to accumulate the multiple mutations required to generate the first cancer cell, it also takes a long period of time – typically years or even more than a decade – for that initial cancer cell to proliferate enough times to accumulate a sufficient number of cancer cells to reach a clinically detectable size, especially since proliferation must also offset the elevated rates of cell death that are often seen in cancer cells.

73. For example, most breast cancers are believed to develop over a period of 30-50 years, as revealed by studies of women exposed to ionizing radiation (a known cause of breast cancer) during the atomic bomb blasts in Hiroshima and Nagasaki in 1945.[22-26] Remarkably, the great majority of the 'excess' breast cancers attributable to radiation exposure in survivors of the atomic bomb blasts occurred 30-50 years after exposure. This is in accordance with what we know about the natural history of breast cancer in human beings.

74. Similar to breast cancer, it has been estimated that the length of time required for the formation of a clinically detectable colon cancer is 30 – 50 years, and that each of the several rate-limiting events required for colon cancer formation may take, on average, 10 – 15 years or more.[5,7] Consistent with this, one of the key steps in colon cancer formation – the transition from polyp to invasive cancer – has been estimated by some to take as long as 17 years.[5] This represents the biological underpinning of the long-standing clinical guideline for performing screening colonoscopy in adults beginning at age 50 and, in the absence of positive findings (*e.g.*, polyps), repeating colonoscopy at 10-year intervals. Screening colonoscopy, coupled with the removal of pre-cancerous polyps, has repeatedly been proven to be an effective means to prevent the development of invasive colon cancers. Importantly, its efficacy is predicated on the fact that colon cancers, like other human cancers, have very long latencies that are on the order of decades. The observation that colonoscopy performed at 10-year intervals beginning at age 50 is able to prevent colon cancer provides concrete, empirical evidence that human cancers take several decades to develop. Simply put, if human cancers developed over short periods of time, screening colonoscopy would not be effective in preventing the formation of invasive cancers.

75. Similar to breast and colon cancer, the development of most common human cancers, including lung cancer, prostate cancer, ovarian cancer, pancreas cancer, stomach cancer, pleural mesothelioma, and many others, has been estimated to occur over 30-50 years, or longer.[5] This, in turn, is consistent with the exponential increase in the incidence of each of these cancers as a function of age, and with epidemiological data in those instances in which exposure to a known carcinogenic agent is involved.[7]

76. Although the time course for the development of a human cancer is typically on the order of several decades, in some instances it is possible to detect an increase in cancer incidence over a shorter period of time. Accordingly, cohort studies with decades of follow-up can detect risks associated with the development of solid cancers over periods of time that are shorter than the median latency of those cancers. Returning to the example of breast cancer in

survivors of the atomic bomb blasts at Hiroshima and Nagasaki, a discernable increase in breast cancer incidence attributable to ionizing radiation became evident in this population after approximately 12 years.[22-26] One model that would explain this observation is that these earliest appearing cancers could have resulted from x-ray-induced mutations in non-cancerous breast cells that had already accumulated mutations in multiple critical genes, such that the mutation induced by ionizing radiation was the 'final' mutation needed to create the first cancer cell. It is notable that, even in this scenario, these newly formed cancers did not reach a clinically detectable size for more than a decade. This is consistent with a variety of other observations indicating that it may take on the order of six months to a year for the net number of cancer cells in a human breast cancer to double in a typical patient.[9] Consequently, from the moment the first cancer cell arises, it still takes more than a decade to accumulate the 1 billion or more cancer cells that is required for that cancer to reach a clinically detectable size.

77. When considering the decades-long latency of most human cancers, a natural question that arises is why children develop cancer, and how they can do so in shorter periods of time than those alluded to above. A potential misconception would be to assume that the amount of time that is required for some types of solid cancers to develop in adults can be inferred from the amount of time that it takes for different types of solid cancers to develop in children. It cannot. The fact that children sometimes develop cancer indicates that those particular types of cancer can develop over a period of less than 10-15 years. However, there are several important differences between pediatric cancers and adult cancers that likely contribute to temporal differences in their incidence.

78. First, as would be expected based on the concept that cancer is a disease of aging, cancer is a very uncommon disease in children compared to adults.[27,28]

79. Second, most types of solid cancer that do occur in children, such as medulloblastoma, neuroblastoma, Wilms tumor, retinoblastoma, osteosarcoma, and rhabdomyosarcoma rarely, if ever, occur in adults. Conversely, it is extremely rare for children to be diagnosed with cancers of the lung, breast, prostate, colon, ovary, pancreas or bladder, which together represent the most common types of cancer that occur in adults. And for those types of cancer that do occur in both adults and children, their relative frequencies are markedly different. For example, leukemias and lymphomas account for more than 40% of childhood cancers, whereas these same types of cancer account for fewer than 10% cancers in adults. Furthermore, the subtypes of leukemia and lymphoma that develop in children tend to be different from those that develop in adults. And even in those relatively rare instances in which a subtype of leukemia or lymphoma occurs in both adults and children (*i.e.*, it has the same 'name'), these subtypes still tend to be biologically distinct at the molecular level (*e.g.*, landscape of mutations, etc.). In aggregate, these facts preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop to be drawn from the amount of time that it takes for different types of solid cancers to develop in children.

80. Third, many childhood cancers are believed to result, at least in part, from inherited mutations in tumor suppressor genes, such as TP53 and RB, whose normal function is to prevent cancer.[27,28] Inherited mutational inactivation of these, or other, tumor suppressor

genes in the fertilized egg that gives rise to a newborn child therefore dramatically increases that child's probability of developing cancer. This increased probability of developing cancer can be understood from the fact that such children are born with a critical mutation in every cell in their body and, as such, have trillions of mutations in their bodies at birth.

81. Fourth, pediatric cancers are generally believed to be less complex at the genetic level than solid cancers that occur in adults. That is, whereas solid cancers in adults are generally believed to require at least 6 mutations in critical genes within the same cell, pediatric cancers may appear to harbor mutations in only a small number of critical genes.[27,28] Since many fewer mutations are believed to be required to cause the formation of pediatric cancers compared to adult cancers, this process would be expected to take far less time in children. Taken together, these factors indicate that the pathogenesis of pediatric cancers follows rules that are very different from those governing adult cancers and preclude direct inferences regarding the amount of time that it takes for adult solid cancers to develop from being drawn based upon observations in children.

82. A related potential misconception would be to assume that the amount of time that it takes to develop a cancer in a human being can be inferred from the amount of time that it takes to develop a cancer in a laboratory mouse or a rat. It cannot. One way to envision this is that "time" is dramatically accelerated in mice and rats compared to human beings. To illustrate this fact, it is worth noting that mice live for only two to three years (rather than the typical 70 to 80-year life span of human beings), their gestational period is 18.5 days (rather than 280 days in humans), and they can reach sexual maturity in just 28 days (rather than the 13 years required in children). For these reasons and others, there is no scientifically reliable method for estimating the latency of a disease process in human beings based upon the latency for a potentially related disease process in laboratory animals.

**Mutations occur as a consequence of aging and are an inescapable consequence of the way our cells work**

83. During many years of investigation, scientists have identified the cause of some of the mutations that cause cancers. For some types of cancer, these include agents in the environment, such as ionizing radiation, chemical carcinogens, and certain viruses. For other types of cancer, however, environmental carcinogens do not appear to play a significant role.

84. Beyond these environmental exposures to carcinogens, however, it is clear that mutations frequently occur simply as a consequence of being alive. That is, our DNA is constantly being damaged and repaired as a consequence of the normal daily function of our cells.[5,29] For example, mitochondria – which can be thought of as tiny engines within our cells that use breakdown products of sugar (*i.e.*, glucose) as a fuel to generate energy – produce reactive oxygen species (ROS) as a byproduct of energy production. Although ROS play essential roles in normal cell physiology, ROS can also damage DNA within the cells in which they are produced, potentially leading to mutations. These causes of mutation are therefore considered to be unavoidable because they are "endogenous" (*i.e.*, due to factors within the

body and/or within cells), rather than "exogenous" (*i.e.*, due to environmental factors outside of the body and/or outside of cells).

85. There are a number of other examples of chemical compounds that have been definitively shown to be produced within our bodies on a daily basis as a consequence of normal physiological metabolism that are capable of causing mutations in a variety of experimental systems. For example, formaldehyde is produced endogenously in our bodies during amino acid metabolism, methanol metabolism, lipid peroxidation and P450-dependent methylation), and is present in all of our tissues.[30] Formaldehyde has been classified by both the International Agency for Research on Cancer (IARC) and the National Toxicology Program Report on Carcinogens as a known human carcinogen. Notably, while environmental exposures to formaldehyde occur in humans through ingestion of foods containing formaldehyde or methanol, or food additives such as aspartame, these exposures are small compared to the high levels of endogenous formaldehyde turnover in humans.[30] Similarly, a variety of other aldehydes are produced endogenously within our bodies during the metabolism of amino acids, carbohydrates, vitamins, steroids, biogenic amines, and lipids, particularly during the lipid peroxidation process.[31] Many of these aldehydes have been demonstrated to be mutagenic.

86. Ethylene Oxide (EtO) is produced in large quantities within our bodies every day as a consequence of normal physiological metabolism, and is capable of causing DNA damage.[32] EtO is generated as a natural by-product through metabolism by gut microflora, lipid peroxidation, and oxidation of methionine and hemoglobin, which is present in high concentrations in each of our red blood cells that circulate throughout our bodies. EtO is also generated endogenously from ethylene, which is itself generated within our bodies as a consequence of normal physiological metabolism. Endogenously produced EtO is increasingly understood to be a major — if not the major — source of human EtO exposure.[33,34]

87. Analogous to ROS, formaldehyde and other aldehydes, and EtO, *N*-nitrosamines are also produced endogenously in our bodies, as described in this report, and are capable of causing DNA damage. *N*-nitrosamines are formed endogenously from precursor compounds contained in meats, fish and vegetables as well as during the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract).[1,35-38]

88. As illustrated by the examples of ROS, formaldehyde, other aldehydes, EtO, and *N*-nitrosamines, a variety of chemical compounds are produced endogenously within our bodies as a consequence of normal metabolism that are capable of causing DNA damage, which can potentially lead to mutations if not repaired. For these, and many other, reasons it is clear that developing cancer does not require exposure to an environmental carcinogen. Rather, the mutations that lead to cancer are frequently caused by endogenous 'exposures' that result from the normal functions of our cells.[39,40] As a simple example of the inescapable nature of endogenous mutations, laboratory animals housed under extremely clean conditions without any exposures to environmental carcinogens still commonly develop spontaneous cancers over the course of their lifetimes.

89. The fact that endogenous DNA damage occurs as a consequence of normal cell function likely explains – at least in part – why most adult solid cancers are a disease of aging.[5] Mutations that occur as a consequence of aging are almost certainly sufficient to cause human cancers, even in the absence of exposure to mutagenic agents in the environment. Indeed, current scientific evidence suggests that, for many cancers, the normal molecular processes that occur within cells make a far greater contribution to the number of mutations that occur in those cells than do mutagenic agents in the environment to which people may be exposed. In his textbook, the "*Biology of Cancer*", Dr. Robert Weinberg highlights the astonishingly large number of DNA damaging events that occur in our cells every day, simply as a consequence of being alive:[5]

> *"12.5 Cell genomes are under constant attack from endogenous biochemical processes"* [Title of chapter section, p. 523]
>
> *"In recent decades, however, analytical techniques of greatly improved sensitivity have allowed researchers to detect altered bases and nucleotides in the DNA of normal cells that have not been exposed to exogenous mutagens. The results of these analyses have caused a profound shift in thinking about the origins of most of the mutant genes present in the genomes of human cells, because they have shown that endogenous biochemical processes usually make far greater contributions to genome mutation than do exogenous mutagens. Since mutagenic events, independent of their origin, are potentially carcinogenic, this has forced a rethinking of how many human cancers arise."* (Pg. 523-524)
>
> *"By some estimates, as many as 10,000 purine bases are lost by depurination each day in a mammalian cell. (This amounts to more than $10^{17}$ chemically altered nucleotides generated each day in the human body!)"* (Pg. 524-525)
>
> *"Taken together, the continuing hail of damage from oxidation, depurination, deamination, and methylation, which together may alter as many as 100,000 bases per cell genome each day, greatly exceeds the amount of damage created by exogenous mutagenic agents in most tissues."* (Pg. 527)

**Although the vast majority of mutations that cause cancer result from endogenous sources of DNA damage, the cause of any specific mutation that results in cancer can rarely, if ever, be identified unless the mutation is inherited**

90. Although some of the factors that can potentially give rise to mutations have been identified by scientists, either in the environment or inside cells as a consequence of aging, despite intensive investigation we do not know the precise factors within a cell that determine whether a somatic mutation will occur in any given context. Consequently, unless it is an inherited mutation known to cause cancer, we seldom know the cause of the mutations that gave rise to a particular patient's cancer. However, in light of the enormous amount of DNA damage that occurs in cells each day due to endogenous processes, it is most likely the case that the mutations that gave rise to a particular patient's cancer are simply a consequence of normal cell function and aging.

91. In this regard, even though it is known that human cancers are caused by the accumulation of mutations in multiple oncogenes and tumor suppressor genes, in the clinical setting physicians typically do not know the identity of the cancer-causing mutations in any given patient's cancer. Moreover, even if a somatic mutation in a particular oncogene or tumor suppressor gene is detected in a particular patient's cancer, what caused that mutation to occur is usually not known. For these reasons, and others, even though we can determine with reasonable medical certainty that a particular cancer was caused by the oncogenic mutations present within it, we typically do not know the cause of those mutations and, in this sense, we typically cannot determine the cause of an individual person's cancer.

92. One exception to this occurs in the case of inherited mutations in genes, such as BRCA1, BRCA2, APC, TP53, BAP1, and others. These inherited mutations have been demonstrated experimentally to cause cancer, are associated with enormous increases in cancer risks, and are present in the initial fertilized egg and, therefore, in every cell of the body. Since cancer is known to be caused by mutations in oncogenes and tumor suppressor genes, in those instances in which such mutations are identified in a patient's cancer, it is highly likely that those mutations contributed to the development of that cancer. This is particularly true in the case of inherited mutations in tumor suppressor genes, which may be associated with massive increases in risk of cancer that may be even greater than the magnitude of the increased risk of lung cancer associated with chronic cigarette smoking.

93. Put another way, since any individual cancer is caused by the accumulation of mutations in oncogenes and tumor suppressor genes, and since these mutations are most likely the result of normal endogenous processes, it is impossible to rule out endogenous processes as the cause of that cancer. Put another way, the pathogenic mutations in oncogenes and tumor suppressor genes identified within each cancer can logically be assumed to have causally contributed to the formation of that cancer.

94. As a corollary, agents (such as ranitidine) that do not cause mutations, cannot logically be argued to have been essential for the development of a patient's cancer, since those cancers were caused by mutations. This is particularly true in the case of patients who have inherited mutations in tumor suppressor genes that may be associated with a massive increase in cancer risk.

95. For the above reasons, a cancer diagnosed in a patient can reasonably be assumed to have been caused by mutations. If a known oncogenic mutation is identified in that cancer, it can reasonably be inferred that that oncogenic mutation played a causal role in the development of that cancer. Conversely, it would be illogical and scientifically unfounded to argue that that cancer was not caused by those identified oncogenic mutations, but was instead caused by exposure to an agent that does not cause mutations.

96. In summary, there is no generally accepted scientific method for ruling out a substantial contribution of mutations in oncogenes and tumor suppressor genes, which accrue over time due to endogenous processes, to the development of a cancer, cellular proliferation within a cancer, or tumorigenic effects such as cell survival, invasion, angiogenesis or metastasis.

Moreover, the mutations that are present in any given cancer are often not determined in the clinical setting, and – even if they were – the causes of those mutations can only rarely ever be determined. For these reasons, and others, medical science usually cannot determine the cause of an individual person's cancer.

**Proliferation alone does not cause cancer**

97. As noted above, in any given patient the first cancer cell forms by means of the stepwise accumulation of multiple mutations in key growth control genes within the same cell. Once formed, that first cancer cell grows into a clinically detectable cancer through the net proliferation and accumulation of cancer cells.

98. Cell proliferation is a normal physiological process that is ongoing and required for the health and maintenance of our tissues. In fact, without daily cell proliferation, we would die. While it is true that there must be some proliferation in order for cancer cells to accumulate, it is not true that the mere presence of increased cell proliferation makes the development of cancer more likely. That is, current scientific thinking does not support the notion that the more rapid the rate of proliferation in a normal tissue, the greater the likelihood of that tissue developing cancer. For example, cell proliferation rates in bone marrow are amongst the highest in the human body, but cancers of bone marrow cells are quite rare compared to cancers of tissues that have far lower proliferation rates, such as the lung and breast.

99. Processes that stimulate cell proliferation also often increase the rate of cell death. As such, since the growth of a subclinical cancer results from a net increase in the number of cancer cells, it is essential to account for changes in rates of cell death since an increase in the rate of cell death could result in a <u>decrease</u> in the number of cancer cells, even if proliferation continued – or even increased in rate – in that cancer.

100. Since the replication of DNA that accompanies cell proliferation formally has the potential to generate daughter cells harboring mutations in their DNA code, the body has developed numerous safeguard mechanisms to prevent this from happening. These leverage the fact that DNA damage cannot give rise to a mutation unless the cell in which the DNA damage occurred replicates (*i.e.*, copies) its DNA and divides before that damage has been repaired. Since preserving the integrity of the DNA code within our cells is essential for life, our cells have developed numerous mechanisms for repairing DNA damage before they result in mutations, and for preventing the accumulation of cells in which mutations have occurred. Such systems include base excision repair (BER), nucleotide excision repair (NER), homologous recombination (HR), mismatch repair (MMR), and others. Consequently, the same factors that stimulate cells to proliferate also often turn on the expression of DNA damage sensing and repair proteins, such as BRCA1 and BRCA2, to ensure the faithful replication of DNA. As such, the induction of DNA repair proteins in proliferating cells is a normal cellular response that protects against mutations.

101. Beyond these DNA repair systems, additional cellular safety mechanisms exist that ensure that a cell has adequate time to repair DNA damage prior to replicating its genome in preparation for cell division. One such safety mechanism is mediated by the p53 tumor

suppressor protein in which detection of the presence of DNA damage within a cell triggers that cell to halt its progression through the cell cycle, thereby giving the cell time to repair its DNA damage before it replicates its DNA or divides. In doing so, p53 prevents the occurrence of a mutation. Importantly, if for some reason the DNA damage in a cell cannot be repaired, p53 also has the ability to trigger a "self-destruct" mechanism within that cell that forces it to undergo apoptosis (*i.e.*, programmed cell death), thereby leading to the elimination of that cell from the body. As a consequence, cells bearing DNA damage that cannot be repaired adequately prior to cell division can be eliminated. For this reason, a cell with DNA damage that is stimulated to proliferate may paradoxically be more likely to be eliminated through physiological safeguard mechanisms of this kind than a cell with DNA damage that is not stimulated to proliferate.

102. A potential misconception is that cellular proliferation is, in and of itself, carcinogenic for the reason that increased rates of proliferation are associated with increased rates of replication of cellular DNA, which in turn may increase the chances that cells will accumulate genetic errors, or mutations. This hypothesis lacks support in the body of scientific literature. At best, this supposition is speculative insofar as proliferation-induced mutation is a hypothetical consequence of proliferation, rather than a known consequence of proliferation in a given context. Accordingly, it is factually incorrect to assume that a higher rate of cellular proliferation within a tissue results in a greater mutation rate. While statements to this effect can be found in the scientific and medical literature, I am not aware of any published body of medical or scientific evidence demonstrating that a tissue that is proliferating at a higher rate accumulates mutations at a higher rate than that same tissue proliferating at a lower rate. For these, and other, reasons one cannot simplistically link proliferation, mutation rates and cancer risk.

103. Indeed, a variety of evidence exists indicating that proliferation is not intrinsically linked to cancer risk, including the observations that: (1) proliferation rates in normal tissues are generally poorly correlated – if at all – with the incidence of cancers arising in those tissues; (2) an enormous amount of cellular proliferation is required for the development of a newborn child from a single fertilized egg, yet cancers in newborn children are exceptionally rare; (3) pregnancy has long been known to confer lifetime protection against the development of breast cancer, despite the fact that it is associated with extremely high rates of cellular proliferation; and (4) pregnancy protects against breast cancer even in women who already harbor breast cells with mutations, such as was the case with women exposed to ionizing radiation during the atomic bomb blasts at Hiroshima and Nagasaki.[22-26,41] For these and other reasons, proliferation per se cannot be equated with an increase in cancer risk.

**Risk factors**

104. Risk factors for cancer are identified based on the consistent observation of a statistically significant association between a particular factor and the risk of being diagnosed with a particular type of cancer. That is, across large populations, persons possessing a specific risk factor for a particular type of cancer are generally more likely to be diagnosed with that cancer than those who do not possess that risk factor.

105. Multiple risk factors have been elucidated for different human cancers, although the magnitude of many established risk factors is relatively small. Moreover, many patients who develop cancer have no apparent risk factors, other than age and/or gender. This likely reflects the fact that cancer is, in many ways, an unavoidable consequence of aging that has a random (or stochastic) component.[39,42]

106. Most importantly, it is essential to emphasize the critical difference between a risk factor for a disease and a cause of that disease. A risk factor for cancer is merely a correlation between a factor and the probability of being diagnosed with cancer. The associations that risk factors represent cannot be equated with causality. For example, having gray hair is strongly associated with the risk of being diagnosed with cancer, however having gray hair is obviously not a cause of cancer.

107. Moreover, ‘ruling out’ risk factors cannot logically be equated with ruling out potential causes of a patient’s cancer, both because risk factors are not causes, and because the mere absence of a particular risk factor for cancer (*e.g.*, family history) does not reliably indicate the absence of a potential contributing causal factor (*e.g.*, an inherited cancer predisposition).

108. Conversely, ‘ruling in’ risk factors cannot logically be equated with ruling in potential causes of a patient’s cancer. For example, obesity is an established risk factor for postmenopausal breast cancer, but no physician can reliably tell a patient that their breast cancer was caused by obesity. And even if risk factors were causes (they are not), they still could not explain causation for most patients, since many cancer patients lack identifiable risk factors.

109. To further illustrate this point, beyond postmenopausal obesity, risk factors for breast cancer include earlier age at menarche, later age at menopause, nulliparity, late age at first full-term pregnancy, lack of breastfeeding, mammographically dense breast tissue, family history of breast cancer, and others. However, each of these risk factors is associated with only a small increase in risk and, in aggregate, a woman’s risk factor profile is a notoriously poor predictor of her likelihood of developing breast cancer in her lifetime. Consistent with this, most women who develop breast cancer do not have known risk factors other than being female and growing older.

110. For these reasons, a physician cannot ascertain the cause of a woman’s breast cancer simply by ruling out known risk factors – because risk factors are not causes and – even if they were – the list of potential causes for breast cancer does not explain why most women get breast cancer. If the list of potential “causes” for breast cancer included being female and growing older, these would most often be the “causes” of cancer that remained after “ruling out” other risk factors.

111. Furthermore, while cancer risk estimation may be reasonably accurate when applied to large populations, it is generally highly inaccurate when applied to individuals. For example, a particular constellation of risk factors for breast cancer may predict, with reasonable accuracy, that approximately 2% of individuals across a large population (*e.g.*, 100,000 people) will likely develop breast cancer within 5 years. However, the presence of that same constellation of risk

factors in an individual does not reliably or accurately determine that that individual will develop breast cancer. Thus, even if risk factors permitted the determination of cancer causality across large populations (they cannot), they still would be unable to do so in individuals.

112. Moreover, since most cancers likely arise from endogenous causes of mutations attributable to aging, aging itself (that is, being alive) is one of the most powerful risk factors for cancer and rarely, if ever, can be eliminated as a potential cause of adult human cancers.

113. In addition, for many types of human cancer, medical science has only determined some of the potential risk factors. Consequently, there is no reliable method to arrive at the "correct" risk factor simply by ruling out the incomplete set of risk factors that do not appear to be operative in that patient.

## B. Evaluation of the Claim that Ranitidine is Carcinogenic

### Ranitidine does not cause cancer

114. Ranitidine is a histamine 2 (H2) receptor antagonist (H2RA) used to treat peptic ulcer disease and gastroesophageal reflux that was approved for prescription use in the United States in 1983. Ranitidine subsequently became widely used as an over-the-counter medication to treat gastroesophageal reflux.

115. As noted above, the vast majority of human carcinogens are mutagens, for the very reason that cancer is caused by mutations. In this regard, a consistent and compelling body of evidence exists demonstrating that ranitidine is neither mutagenic, nor carcinogenic.

116. A battery of tests has been performed to assess the genotoxic potential of ranitidine, including the Ames test, dominant lethal assay, unscheduled DNA synthesis (UDS) assay, and bone marrow micronucleus formation assay. Each of these tests was negative for ranitidine, indicating that ranitidine does not have genotoxic potential. The Ames test determines the ability of a chemical compound to cause mutations in bacteria, with or without in vitro incubation of that compound with a mixture of liver enzymes to permit metabolism of the compound, since the liver is responsible for metabolizing many chemical compounds. Ranitidine was not mutagenic at doses of up to 30 mg/plate in the Ames test using multiple strains of *Salmonella typhimurium*, in doses of 9 mg/plate in two strains of *E. coli,* with or without activation, or at a concentration of 2 mg/mL in *S. typhimurium* or *E. coli* in the Oral Solution microtiter fluctuation method.[16] Notably, ranitidine was determined to be non-mutagenic in Ames testing at doses that are thousands of times greater than that attained in the bloodstream of patients on treatment. Ranitidine incubated with 15 mM sodium nitrite was not mutagenic in *S. typhimurium* or *E. coli*.[16] Ranitidine incubated with 40 mM sodium nitrite was mutagenic in *S. typhimurium* TA 1535, but not in *S. typhimurium* TA 1537, *E. coli* WP67 or *E. coli* WP2 uvrA. Since 40 mM sodium nitrite is not encountered under physiological conditions in human beings (the upper limit of the physiological range of gastric nitrite is generally considered to be 0.1 mM),[43] this isolated finding is not considered to have clinical significance. A dominant lethal assay utilizing a single oral dose of 1,000 mg/kg ranitidine in

male rats was negative.[16] This assay measures the ability of a compound to cause genetic changes (*i.e.*, mutations) in male germ cells (*i.e.*, sperm) that can result in embryonic or fetal death. A unscheduled DNA synthesis (UDS) assay demonstrated that ranitidine did not cause unscheduled DNA synthesis in the rat gastric mucosa when administered at 30, 100 and 200 mg/kg.[20] The UDS assay measures whether DNA repair activity takes place following the exposure of cells to a compound. Ranitidine was also negative in an in vivo mouse bone marrow micronucleus test, which indicates that it did not result in an increase in chromosomal damage when administered to mice in vivo.[44]

117. Consistent with the finding that ranitidine is not mutagenic, ranitidine is also not carcinogenic in long term carcinogenicity assays in mice, rats and dogs.[16-19] Treatment of 600 mice with ranitidine at doses of up to 2,000 mg/kg/d for two years, and 636 rats with ranitidine at doses of up to 2,000 mg/kg/d for 2.5 years, did not reveal any evidence for ranitidine-induced tumorigenesis in either species. For comparison, the dosage for a 70 kg person taking 300 mg ranitidine per day would be 4.3 mg/kg/day – which is approximately 450-times lower than the doses used to treat mice and rats. In addition, treatment of 42 dogs at doses up to 450 mg/kg/d (~100 times the human dosage) for up to one year also did not reveal any evidence for tumorigenesis. Thus, ranitidine is not carcinogenic in mice, rats or dogs treated for 1 to 2.5 years with daily doses of ranitidine that are ~100 to 450-times greater than those to which human beings would be exposed.

118. The absence of ranitidine-induced mutagenicity or carcinogenicity at daily doses of ranitidine that are two to three orders of magnitude higher than those to which patients would be exposed, and at cumulative doses that are three to four orders of magnitude higher than those to which patients would be exposed over a 70-year lifetime, in and of itself persuasively argues against the claim that biologically significant levels of NDMA are generated from ranitidine, either by degradation under normally encountered environmental conditions, or by metabolism after ingestion.

119. Cancer development typically requires 30-50 years. Similar latencies for cancer development would be expected for a hypothetical agent that acts by a mutagenic mechanism. Thus, cancers that were diagnosed after exposure to ranitidine within a time frame that was substantially shorter than this could not plausibly be explained by ranitidine use. Similarly, cancer development caused by most known human carcinogens typically results from repeated exposure over a course of years – often decades (*e.g.*, cigarette smoking and lung cancer, asbestos and mesothelioma). Accordingly, cancers that were diagnosed after exposure to ranitidine for short periods of time (weeks/months) could not plausibly be explained by ranitidine use.

**Epidemiological studies of ranitidine**

120. While observational epidemiological studies can identify the presence of an apparent association between two factors, at a fundamental level such studies cannot demonstrate a cause-and-effect relationship. In particular, observational epidemiological studies are subject to a variety of errors related to chance, bias, and confounding, which may result in the spurious

identification of associations that are not real. Thus, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, observational epidemiological evidence alone cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations, and associations, like risk factors, are not causes and cannot be equated with cause-and-effect. Thus, while observational epidemiology studies permit inferences to be drawn regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

121. The above considerations notwithstanding, epidemiological evidence for an association between ranitidine use and human cancer is largely negative despite extremely broad use over many years in large numbers of patients.[45] Indeed, as summarized by a group of FDA scientists: "When considering all cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.[27-29,31]"[1] Specifically, no consistent or reliable association has been identified between ranitidine use and bladder cancer, liver cancer, stomach cancer, esophageal cancer, pancreas cancer, kidney cancer, lung cancer, leukemia, lymphoma, myeloma, melanoma, prostate cancer, ovarian cancer, uterine cancer, breast cancer, or colorectal cancer.[46-69]

122. A central aspect of Plaintiffs' theory of causation is that the alleged ability of ranitidine to cause cancer is a consequence of factors specific to ranitidine that are not shared by other H2RAs or other acid suppressing agents, including unique aspects of ranitidine's chemical structure or unique aspects of contaminants alleged to be present in ranitidine formulations. Contradicting Plaintiffs' theory of causation, there is no reliable evidence that ranitidine exhibits risk associations that are different from those for other H2 receptor antagonists or acid suppressive agents. This alone is compelling evidence against Plaintiffs' theory of causation.

123. Nominally significant associations between ranitidine use and certain cancers have been reported in some instances; however, in many cases, evidence points to the identified associations as being attributable to confounding by indication or by reverse causation, or by the lack of availability of information regarding known risk factors for these cancers.

124. Confounding by indication occurs when an indication for the use of a medication (*e.g.*, chronic gastritis, peptic ulcer, etc.) is also a risk factor for the disease under study (*e.g.*, gastric cancer), which is often the case in studies of acid suppressive agents and gastric cancer. Indeed, associations reported between acid suppressive agents, such as ranitidine, and gastric or other gastrointestinal cancers, are commonly recognized as being prone to the phenomenon of reverse causation.[47,53,61,70] This is the case because patients with early, often non-specific, abdominal symptoms of gastric or GI cancers that have not yet been diagnosed may be prescribed acid suppressive agents as an empiric test of whether their symptoms are caused by gastric acid (*e.g.*, esophageal reflux, peptic ulcer disease, etc.), for example by upper endoscopy (*e.g.*, esophagogastroduodenoscopy), in lieu of direct examination. Only later is the true 'cause' of the patient's symptoms accurately identified as a GI cancer. Consequently, the observed association between acid suppressive agents and GI cancers is not due to the acid

suppressive agent causing the GI cancer, but rather to the symptoms of the GI cancer causing the physician to prescribe an acid suppressive agent.

125. In support of reverse causation as an explanation for associations between H2 receptor antagonists, such as ranitidine, and gastric cancer, Liu et al. noted a marked increase in the prescription of acid suppressive agents immediately prior to a diagnosis of gastric cancer.[53] Further evidence that reverse causation may underlie associations that have been reported between acid suppressive agents and gastrointestinal cancers come from the use of an "active comparator" control group composed of patients who have used acid suppressive agents other than ranitidine, either within the same class of medications (*i.e.*, H2 receptor antagonists) or a different class (*e.g.*, proton pump inhibitors). The purpose of selecting an "active comparator" group as a control is to mitigate confounding by indication and other unmeasured patient characteristics; that is, patients who have been prescribed ranitidine are more likely to share similar characteristics with patients who have been prescribed other acid suppressive agents, foremost, others in the same class, than patients who have not been prescribed acid suppressive agents. Consistent with this, comparing patients prescribed ranitidine to patients prescribed other H2R antagonists has been found to abrogate most observed associations between ranitidine use and the diagnosis of gastric cancer.[65] This, in turn, provides further support for reverse causation as an explanation for observed associations between ranitidine and gastric cancer.

126. As articulated above, medical science typically cannot determine the cause of an individual person's cancer. In addition, there is no "signature" type of cancer alleged to be associated with ranitidine that is uniquely associated with ranitidine use. Further, there is no "signature" genetic lesion associated with ranitidine that would enable a (hypothetical) cancer caused by ranitidine to be identified. This is particularly important, given Plaintiffs' claim that the alleged carcinogenic effects of ranitidine are mediated by NDMA, since endogenously generated nitrosamines such as NDMA give rise to DNA adducts that are identical to those formed as a consequence of exogenously ingested NDMA.

127. Even if ranitidine use was reproducibly associated with a statistically significant increased risk of a particular type of cancer (it is not), and even if that association was biologically plausible (it is not), the mathematical considerations that follow from the small relative risks that have been hypothesized to exist between ranitidine and cancer would logically preclude a "more likely than not" determination of causation.

128. It also bears noting that the most reliable body of epidemiological evidence to evaluate the impact of ranitidine on cancer risk would come from studies of patients taking ranitidine – not from occupational or dietary studies of NDMA exposure. While epidemiological studies of ranitidine have limitations, as is true for all epidemiological studies, these are outweighed by the considerably greater limitations of attempting to use occupational and dietary epidemiology studies of NDMA to inform risk assessment in the context of ranitidine exposure.

129. In aggregate, I conclude that there is no recognized consistent association between ranitidine and any type of human cancer, and that epidemiological evidence argues against a causal association between ranitidine and human cancer.

**NDMA: Background**

130. Plaintiffs' theory of causation is that ranitidine is converted to *N*-Nitrosodimethylamine (NDMA) prior to, or following, ingestion, and that NDMA is thereby responsible for mediating the carcinogenic effects of ranitidine.

131. *N*-Nitrosodimethylamine (NDMA, CAS 62-75-9) is a dialkylnitrosamine, and is a member of the *N*-nitroso class of compounds that contain both a nitroso (–N-N=O) functional group and an amine group (-$NR_2$, where R represents an alkyl group or H).[71-73] For NDMA, R=$CH_3$, corresponding to a chemical formula of $C_2H_6N_2O$, a chemical structure of $(CH_3)_2$-N-N=O, and a molecular weight of 74.083.[71-73] NDMA is a semivolatile oily liquid that is miscible in water and has a boiling point of ~154°C.[71-73] NDMA is by far the best studied member of the *N*-nitrosamine family.

132. NDMA is found in the environment in air, water and soil, where it is formed by a chemical reaction between nitrosating agents (*e.g.*, nitrite) and nitrosatable substrates (*e.g.*, secondary amines), which are ubiquitously present in the environment.[71-73] For example, NDMA can be synthesized from amine compounds, nitrate and nitrite in the soil by bacteria. NDMA is rapidly degraded in sunlight by photolysis, but can be generated in the atmosphere at night by the reaction of dimethylamine (DMA) with nitrogen oxides.[71,72]

133. NDMA can also be generated as a by-product of industrial processes that employ amines, nitrate and/or nitrite, such as in rubber, pesticide and dye manufacturing, leather tanning, and food processing.[71-74] NDMA is most commonly formed when alkylamines react with nitrite, nitrous acid, and nitrogen oxides. NDMA is present in exhaust fumes of diesel vehicles, may be generated by chemical reaction in sewage containing alkylamines and nitrate or nitrite, and is formed during treatment of drinking water as a consequence of chlorination.[71,72,75] NDMA is also present in some pesticides, either due to the manufacturing process or to formation under storage conditions.[71,72]

**Exogenous exposures to NDMA occur from food, tobacco, beer, air and water**

134. Human exposures to *N*-nitrosamines can be classified as either exogenous or endogenous. Exogenous exposures involve pre-formed NDMA, whereas endogenous exposures entail the synthesis of *N*-nitrosamines within the body. Significant sources of exogenous exposure to NDMA principally include tobacco, indoor air (*e.g.*, environmental tobacco smoke), beer and malt beverages, food, drinking water, consumer products, and occupational exposures in certain industries.

135. Among exogenous exposures, tobacco is generally associated with the highest levels of exposure to *N*-nitrosamines,[72,74] which are classified as volatile, non-volatile, and tobacco-specific.[76-80] NDMA in tobacco is considered a semi-volatile nitrosamine and is formed both

during the curing and fermentation process, as well as during combustion.[71,72,74] Nicotine can serve as a precursor to NDMA formation,[76-78] and smokeless tobacco is also a significant source of NDMA exposure. Environmental tobacco smoke (ETS) exposure (including mainstream smoke) to NDMA has been estimated at 0.04-0.13 ug/kg/d due to ETS-contaminated indoor air, with exposures in the range of 0.05 ug/kg/d for adults, and 0.13 ug/kg/d for young children, based on exposure to air concentrations that may be as high as 0.24 ug/$m^3$ for 21 hr/d.[72] Sidestream tobacco smoke concentrations of NDMA are on the order of 10 to 100-fold higher than mainstream smoke.[81] The ETS emission factor of NDMA for cigarettes can be greater than 500 ng/cigarette, although lower levels have also been reported.[81] For an exposure level of 0.05 ug/kg/d NDMA for adults,[72] ETS-related exposures to NDMA may be on the order of 3.5 ug/d, or higher, corresponding to NDMA exposures of 1.3 mg per year and 89.5 mg over 70-years. Accordingly, NDMA exposures due to tobacco are likely to be an order of magnitude greater than those attributable to diet, 36-times higher than the FDA ADI for NDMA, 21-times higher than daily dietary exposure to NDMA, and 6-times higher than daily NDMA exposures attributable to food, air and water combined.[71,72,74]

136. In the absence of primary or secondary tobacco exposure, food is considered to be the principal determinant of exogenous exposure via intake of preformed NDMA and other nitrosamines in humans, with beer and drinking water accounting for progressively smaller percentages.[71,72,80,82,83] Foods that tend to have the highest levels of NDMA and nitrosamines can be categorized into at least six groups. These include: (1) foods preserved by nitrite and/or nitrate, such as cured meats (especially bacon and sausage) and cheeses; (2) pickled and salt-preserved foods, especially pickled vegetables in which bacterial reduction of nitrate to nitrite may occur; (3) smoked meats and fish, due to nitrogen oxides in smoke; (4) malt beverages, including beer and whiskey, principally due to drying of malt by hot flue gases; (5) foods dried by combustion gases, such as dried milk products, malt, and spices, due to nitrogen oxides in drying gases; and (6) foods stored under humid conditions due to nitrosamine formation by contaminating bacteria.[71,72,74]

137. Precise quantification of dietary exposures to preformed NDMA and other nitrosamines in food is extremely difficult, in part because concentrations of NDMA and other nitrosamines in different foods change over time, can differ by geographic region, and are affected by numerous variables, including the method of preparation or preservation.[71,72,74] In addition, the types of foods consumed, as well as serving sizes, vary widely between individuals, and data derived from self-reporting on dietary questionnaires are notoriously inaccurate.[84] It is also reasonable to note that dietary exposures relevant to cancer development likely occur decades prior to cancer diagnosis.

138. With these caveats in mind, estimates have been generated for the *N*-nitrosamine content, including NDMA, of a variety of common foods.[85] For example, one hundred grams of sausage or chorizo has been estimated to contain 10,941 ng of NDMA. Estimates for other foods, provided as ng NDMA per 100 grams, include muffins or rolls (50 ng), cottage cheese (76 ng), fried fish (169 ng), hot dogs (221 ng), bacon (454 ng), ham (490 ng), sauerkraut (660 ng), and oysters (1,139 ng). Accordingly, eating one hot dog per day would correspond to an NDMA exposure of approximately 2,563 ug over a 70-year lifetime. Eating one serving of sausage per

day (3 ounces, 85 grams) would correspond to an NDMA exposure of 3,397 ug in a single year, and to more than 237,000 micrograms (237,000,000,000 ng) of NDMA over a 70-year lifetime, which is nearly 100-times higher than the acceptable daily intake (ADI) specified by the FDA.

139. By necessity, estimates of daily dietary intake of NDMA are heavily influenced by individual behavior and a variety of other factors that introduce uncertainty into measurements. Nevertheless, several groups have attempted to estimate dietary NDMA exposures using estimates for the NDMA content of foods, in combination with information from food questionnaires intended to evaluate foods and portion sized consumed. Evaluating dietary NDMA intake (excluding beer or tobacco) from seven studies[86-92] yields an estimate of average daily NDMA intake of 0.164 ug/d, which would correspond to 0.0023 ug/kg/d for a 70 kg person, and a cumulative exposure of 4.19 mg over a 70-year lifetime. Liteplo et al.[72] reported "reasonable worst-case estimates" for daily intake of NDMA from food (excluding tobacco or beer/whiskey) for people of ages 20-59 years, which ranged from 0.0043 – 0.011 ug/kg/d. This would correspond to 0.30 – 0.77 ug/d, 110 – 281 ug/year, and 7.7 – 19.7 mg over a 70-year lifetime for a 70 kg person. Consistent with these estimates, Zheng et al. recently reported average daily NDMA dietary intake levels of 0.28 ug/d, 0.45 ug/d, 0.58 ug/d and 0.99 ug/d for the 1st, 2nd, 3rd, and 4th quartiles, respectively.[93]

140. By way of comparison, the FDA Acceptable Daily Intake (ADI) for NDMA is 96 ng/d, which corresponds to 35 ug per year and 2.45 mg over a 70-year lifetime (see below).[94] Thus, daily dietary intake of NDMA, even excluding tobacco and beer, may often exceed the FDA ADI. Indeed, the above estimates for NDMA intake in food would range from 1.7 – 8.0-times higher than the FDA ADI for NDMA.

141. Liteplo et al.[72] estimated "reasonable worst-case estimates" of daily intake of NDMA in beer at 0.0009 ug/kg/d. More recently, Stuff et al. estimated that beer contains 202 ng NDMA per 100 g.[85] Accordingly, consumption of one bottle of beer (355 mL) per day would correspond to 0.01 ug/kg/d for a 70 kg person and would be associated with an exposure to approximately 262 ug NDMA per year, or 13.1 mg NDMA over a period of 50 years, which is 5.3-times higher than the FDA ADI for NDMA.

142. Although levels of nitrosamines in both food and beer have likely decreased in recent years relative to when many measurements of NDMA in foodstuffs were made, few data exist defining the extent to which NDMA levels in different foods may have decreased.[95] In this regard, given that dietary exposures relevant to cancer development likely occur decades prior to diagnosis, to the extent that Plaintiffs diagnosed with cancer are generally older, they have experienced decades of exposure to nitrosamines from both exogenous sources (such as food, water, air, tobacco and beer) and endogenous sources (see below). Accordingly, lifetime dietary exposures for many Plaintiffs are likely to have been influenced by the higher levels of nitrosamines that were present in foods and malt beverages in the past.

143. Liteplo et al. also reported "reasonable worst-case estimates" for daily exposure to NDMA from food, water, and outdoor air (excluding tobacco or beer/whiskey) as being unlikely to exceed 0.008 ug/kg/d.[72] This would correspond to 0.56 ug/d, 204 ug/year, or 14.3 mg over

the 70-year lifetime of a 70 kg person. The estimated daily intake of NDMA from food, air and water for ages 20-59 years ranged from 0.005 – 0.016 ug/kg/d.[72] This would correspond to 0.35 – 1.2 ug/d, 128 – 409 ug/year, and 8.95 – 28.6 mg over a 70-year lifetime for a 70 kg person. These estimates for NDMA intake in food, water and air range from 3.6 – 11.7-times greater than the FDA ADI. Exposures would be higher for persons drinking beer and/or whiskey, and might be an order of magnitude higher for those with tobacco exposures.[72]

144. NDMA is also present in a number of consumer products, including personal care products and cosmetics such as shampoos, hair conditioners, bath and shower gels, and other products. Similarly, products containing rubber that contact the skin contain NDMA, including latex gloves, and baby bottle rubber nipples and pacifiers, ranging from 8.6 – 25 mg/kg NDMA.[72] Few data exist on the quantities of NDMA that might be absorbed via these routes of exposure.

145. Although NDMA has been more intensively studied than most other *N*-nitrosamines, NDMA is only one of the nitrosamines present in food and tobacco, or in industrial settings, to which humans are exposed. Other nitrosamines, including *N*-Nitrosodiethylamine (NDEA), *N*-Nitrosodi-n-propylamine (NDPA), *N*-Nitrosodi-n-butylamine (NDBA), *N*-Nitrosomethylethylamine (NMEA) and *N*-Nitrosopyrrolidine (NYPR), have been reported to be present in foods, beverages, drugs, and tobacco smoke.[71,72,74,85,92] The average intake of volatile nitrosamines, including NDMA, is estimated at approximately 1 ug per day.[96]

146. Since NDMA is a by-product of certain manufacturing processes, occupational exposures occur, most commonly via inhalation or dermal contact. This is the case in rubber and tire manufacturing, pesticide manufacturing, leather tanneries, dye manufacturing, fish meal production, rocket fuel industries, and others.[71,72]

**Endogenous exposures to NDMA are far greater than exogenous exposures**

147. Beyond exogenous exposures to NDMA from food, water, air, tobacco, beer, whiskey, and consumer products, endogenous exposures to NDMA are increasingly appreciated to be a major source – if not the major source – of exposure to NDMA and other nitrosamines.[86,97-100] Indeed, far from being synthetic molecules, NDMA and other nitrosamines are formed endogenously within the body, as a consequence of normal biological processes.[86,97-102] NDMA and other nitrosamines are formed endogenously from precursor compounds contained in food, particularly secondary amines such as dimethylamine in meats and fish, and nitrate and nitrite in vegetables. Reduction of nitrate by oral bacteria is considered to be the predominant source of nitrite exposure in humans.[72,103]

148. NDMA and other nitrosamines are formed endogenously due to the metabolism of red meat in the presence of bacteria in the gastrointestinal (GI) tract via a process dependent upon the presence of heme in red meat.[99,104-108] NDMA and other *N*-nitrosamines may also be formed by acid-catalyzed nitrosation, such as in the stomach, and by enzyme-catalyzed nitrosation.[1,35-38] Systemic nitrosation is driven by the family of enzymes known as nitric oxide (NO) synthases, which generate nitric oxide from the amino acid arginine.[109-111]

149. Consistent with the endogenous formation of nitrosamines, including NDMA, as a consequence of normal metabolism, $O^6$-methylguanine DNA adducts produced by the methylation of guanine ("G") residues at the $O^6$ (oxygen) position (see below) are observed in the DNA of experimental animals that have not been exposed to environmental methylating agents, such as NDMA, and in humans who are thought not to have been exposed to environmental sources of NDMA.[112-114]

150. Importantly, endogenous production of NDMA can be estimated to result in exposures that are nearly 2,000-fold higher than the highest estimated levels of exogenous exposure due to pre-formed NDMA in food, drinking water and air.[72,86] For example, Hrudey (2013)[86] utilized three different types of data to estimate the level of daily endogenous NDMA production in humans. These estimates were: (a) 900 ug/d (12 ug/kg/d) based upon analysis of NDMA levels in blood samples considered in combination with blood clearance rates; (b) 1,360 ug/d (18 ug/kg/d) based upon levels of $O^6$-methylguanine in DNA from human blood, with estimates ranging as high as 17,000 ug/d; and (c) estimates of endogenous NDMA formation based upon urinary excretion of NDMA that varied widely, but encompassed NDMA production values estimated via the other two methods. An average daily exposure to endogenously produced NDMA of 15 ug/kg/d, which represents the mean between estimation methods (a) and (b) above, would correspond to 1,050 ug/d for a 70 kg person, and 26.8 grams of NDMA over a 70-year lifetime. *This level is approximately 1,875-times higher than the highest estimate of daily exposure to exogenous NDMA in food, drinking water and air,*[72] *and nearly 11,000-times higher than the FDA ADI of 0.096 ug/d.*

151. Using methodology analogous to Hrudey, Tannenbaum (1980)[115] estimated similar levels of endogenous NDMA production (670 ug/d). Vermeer (1998)[100] estimated that 174 ug/d of NDMA was produced endogenously in adult humans, based on data from Spiegelhalder (1982)[116] that 0.5% of NDMA formed is excreted in the urine. Further, Jakszyn (2006)[99] estimated that endogenous production of nitroso compounds (ENOCs) is 93-times greater than dietary exposure to NDMA, and these authors (and others) suggested that ENOC formation may account for observed associations between dietary consumption of red meat and processed meat and gastric cancer risk. Interestingly, while Jakszyn et al. found a significant increase in non-cardia gastric cancer risk associated with endogenous exposure to NOCs, they did not find an association with pre-formed NDMA intake.[117] This finding is consistent with a model in which the magnitude of endogenous *N*-nitrosamine production is substantially greater – and therefore more biologically important – than dietary intake of pre-formed nitrosamines.

152. The evidence cited above indicates that endogenous exposures to NDMA are likely to be at least two, probably three, orders of magnitude higher than exposures to preformed NDMA in food, air and water combined. These data, and others, strongly suggest that the greatest human exposures to NDMA, by far, occur as a consequence of normal endogenous production (not involving ranitidine), rather than dietary intake.

**NDMA: Biological effects in laboratory animals**

153. Ingested NDMA is absorbed rapidly through the GI tract. NDMA can also be absorbed through dermal contact and by inhalation, although quantitative information related to the extent and timing of absorption is less clear.[71,72] NDMA and other nitrosamines in the circulation are cleared rapidly by both hepatic and non-hepatic mechanisms.[71-74] In particular, first-pass clearance by the liver following ingestion is a major contributor to clearance.[71,118,119] NDMA and its metabolites can be excreted in urine or exhaled as carbon dioxide. It has been estimated that less than 0.5% of NDMA is excreted unchanged in urine.[72,116]

154. Acute exposure to high doses of NDMA causes hepatotoxicity and liver failure in animals and in humans, as well as bleeding disorders, that are likely due, at least in part, to hepatic first-pass clearance.[71] Exposures to lower doses of NDMA in animals results in elevated liver function tests as a consequence of injury to liver cells.[71,72] Liver and bleeding-related toxicities typically occur at doses higher than those associated with carcinogenesis. Liver toxicity has also been observed in humans in those rare instances in which acute exposures to high doses of NDMA have occurred.[71]

155. NDMA can be metabolized to formaldehyde and methylamine, and also to formaldehyde and monomethylnitrosamine, which can ultimately be converted to a methyldiazonium ion following activation by the cytochrome P450 system, particularly CYP2E1.[71,72,74,120] The methyldiazonium ion is an electrophile capable of reacting with macromolecules and can methylate proteins, RNA and DNA. The methyldiazonium ion has a very short half-life, such that the molecules with which it may interact are likely to be present in the same cell – and certainly within the same tissue – in which activation occurred.[72]

156. NDMA is a promutagen, which means that it is not capable of causing mutations until it has been metabolized (*i.e.*, chemically converted) into a mutagenic form. Thus, following metabolic conversion to a methyldiazonium ion, NDMA has been shown to be mutagenic in vitro and in vivo in animals by virtue of its ability to alkylate DNA, particularly at the $O^6$-position of guanine. NDMA-mediated methylation of DNA can result in the generation of $N^7$-methylguanine, $N^3$-methyladenine, $O^6$-methylguanine, and $O^4$-methylthymine DNA adducts.[120-125]

157. The most common DNA adduct formed as a consequence of NDMA is $N^7$-methylguanine, which represents approximately two-thirds of all adducts formed. In contrast, $O^6$-methylguanine has been estimated to represent only 7% of DNA adducts generated by NDMA.[122-124,126] Each of the above DNA adducts has different properties. For example, $O^6$-methylguanine is considered promutagenic (*i.e.*, can be converted to a mutation), whereas $N^7$-methylguanine is not.[72] Thus, only a fraction of NDMA molecules result in the methylation of DNA, and only a small minority of methylated DNA residues are promutagenic. Thus, while DNA adducts have been used as biomarkers of exposure to NDMA, since $N^7$-methylguanine – the most common DNA adduct formed by NDMA – is not mutagenic, it does not represent an accurate biomarker for NDMA-associated mutagenicity. More importantly, these DNA adducts cannot distinguish endogenous from exogenous exposures since chemically identical DNA

adducts are formed by endogenously produced NDMA (and other endogenous methylating compounds) and exogenously ingested NDMA.[72,113,124,127]

158. As noted above, NDMA is produced endogenously by both chemical and biological mechanisms at levels substantially higher than exogenous exposures to NDMA from food, air and water. Since the DNA adducts that can result from exogenous exposure to NDMA are chemically indistinguishable from those resulting from endogenous exposure to NDMA, levels of DNA adducts attributable to endogenous NDMA exposures may be comparable to, or greater than, those associated with exogenous exposures.[113,124,127] For these reasons, while methylated DNA adducts represent a biomarker for DNA damage, these adducts cannot distinguish DNA damage resulting from exogenous NDMA exposures from DNA damage that results from normal physiologic (*i.e.*, endogenous) processes.

159. Methylated DNA adducts that can form as a result of NDMA exposure are repaired over time by means of several endogenous error-free DNA repair pathways.[126] $O^6$-methylguanine is repaired by $O^6$-methylguanine-DNA methyltransferase (MGMT), whereas $N^7$-methylguanine and $N^3$-methyladenine are repaired by N-alkyladenine-DNA glycosylase and the base excision repair (BER) pathway. The fact that these endogenous DNA repair systems exist – particularly MGMT – underscores the fact that DNA damage from alkylating agents such as NDMA is a normal physiological event.[128] Put another way, the enzyme MGMT, and the BER, NER and other DNA damage sensing and repair pathways, did not develop evolutionarily in order to repair DNA damage caused by man-made chemicals.

**The existence of DNA repair mechanisms, along with basic biochemical considerations, result in thresholds for NDMA exposures below which mutations do not occur**

160. Of critical importance, DNA adducts that are successfully repaired by endogenous DNA repair systems, or that lead to the death of cells containing those DNA adducts, do not result in mutations.[96] Only those DNA adducts that are still present at the time of DNA replication have the potential to give rise to mutations. This reflects the critical distinction between DNA damage and DNA mutation.

161. Given the ability of DNA repair systems to prevent mutations following exposure to DNA damaging agents (*e.g.*, genotoxic agents), such as NDMA, DNA repair is a critical determinant of dose-response effects for mutations induced by alkylating agents. That is, DNA adducts resulting from low-level exposures to agents like NDMA can be effectively and completely repaired, thereby preventing the generation of mutations. In contrast, DNA adducts resulting from high-level NDMA exposures may lead to cell death (in which case mutations are not generated), or to mutations in those cells that replicated DNA containing unrepaired $O^6$-methylguanine adducts. Consequently, thresholds are observed for mutagenicity related to nitrosamine exposures such as NDMA, whereby DNA repair results in a non-linear dose-response for both mutagenesis and carcinogenesis for NDMA[129,130] and other mutagenic agents.[122,131-140] Accordingly, DNA damage resulting from exposure to NDMA at levels that can be completely repaired will not result in the generation of mutations, thereby giving rise to a "threshold" below which NDMA exposure will not give rise to mutations. A second important

consequence of DNA repair is that DNA damage resulting from levels of NDMA exposure above such a threshold will result in fewer mutations than would be predicted by linear low-dose extrapolation (see below).

162. There is abundant evidence in the scientific literature to support the existence of thresholds for genotoxic agents, below which mutations are not generated by exposure to a genotoxic. As Guerard et al. stated: "For alkylating agents, DNA repair seems to be the pivotal mechanism in preventing genotoxicity at low doses, but other mechanisms are also involved such as MMR-mediated cell death to eliminate $O^6$MeG Harboring cells from the population."[132] Consistent with this, Gollapudi et al. quantified in vivo mutation rates in the livers of rats that had been administered increasing doses of NDMA.[141] They found that the number of mutations in rats was not significantly elevated by treatment with nine doses of NDMA at levels of 200 ug/kg/d or 600 ug/kg/d. Importantly, these levels of exogenous exposure are more than an order of magnitude higher than the levels of NDMA that are produced endogenously. Despite this, a significant increase in mutations was not observed until doses of 2,000 ug/kg/d NDMA were administered. These data provide additional evidence supporting the existence of a threshold for NDMA-induced mutation in vivo and indicate that this threshold may be more than an order of magnitude higher than endogenous levels of NDMA production. This, in turn, would suggest that endogenous DNA repair systems for NDMA are robust and are likely to be sufficient to effectively repair DNA damage resulting from substantially higher levels of exposure than endogenous levels of NDMA production. Moreover, it is worth noting that the lowest daily dose of NDMA that was required to induce a detectable increase in mutations in rat liver, which is the most sensitive target tissue for NDMA-induced carcinogenesis, is thousands of times higher than the highest dose of NDMA that could conceivably be present in ranitidine products, even when subjected to extreme environmental conditions.

163. For the above reasons, it would be scientifically incorrect to assume that each molecule of NDMA that is absorbed following exposure results in a mutation in DNA. First, not all NDMA is converted to a methyldiazonium ion. Second, since there are an enormous number of molecules (*i.e.*, proteins, RNAs, DNA) in cells with which a methyldiazonium ion can interact, the probability that a given methyldiazonium ion will methylate DNA, as opposed to another molecule, is considerably less than 1. In addition, a consequence the cytoplasmic location of CYP2E1 is that the methyldiazonium ion – when generated – would be formed in the cytoplasm and not in the nucleus, where DNA resides, thus making interaction with DNA less likely. Third, even for those methyldiazonium ions that do methylate DNA, the probability of generating $O^6$-methylguanine, as opposed to a non-mutagenic DNA adduct such as $N^7$-methylguanine, is substantially less than 1. Fourth, even if an $O^6$-methylguanine adduct is formed, it may be repaired prior to DNA replication, or the cell in which it is generated may undergo DNA damage-induced apoptosis, such that no cellular mutation results. For these, and other, reasons, only a small fraction of ingested NDMA molecules are likely to result in mutations, and there is almost certainly a threshold below which NDMA exposure does not result in a detectable increase in mutations – a conclusion that is supported by direct experimental evidence.[141,142]

**Oral administration of high levels of NDMA to laboratory animals induces tumors in a limited number of tissues in a dose-dependent manner**

164. When administered orally at high doses, NDMA reproducibly causes liver cancer in multiple species of laboratory animals and the liver appears to be the most sensitive site for tumorigenesis.[71,72,96,143-147] Oral administration of NDMA is also associated with a limited number of additional types of tumors in laboratory animals, predominantly those of the lung and kidney, with some variation observed across the wide range of animal species that have been tested, and occasional Leydig cell tumors of the testis.[71,72,96,143-145] At sufficient doses, NDMA-induced cancers consistently occur across a range of species, including rats, mice and hamsters, and by a variety of routes of exposure, including oral administration, inhalation and injection.

165. In contrast, long-term administration of NDMA to non-human primates did not cause tumors.[96,148] Thus, contrary to claims by Plaintiffs' experts that NDMA reproducibly causes cancers in a broad spectrum of tissues in experimental animals, most chronic oral carcinogenicity studies of rats, mice, and other experimental animals demonstrate carcinogenicity principally in the liver, with other consistent associations restricted to lung and kidney.[71,72,74,145]

166. The most extensive study for addressing carcinogenic effects of NDMA in laboratory animals is generally considered to be that conducted by Peto (1991).[149,150] In this lifetime exposure experiment, 15 groups of 60 male and 60 female Coloworth-Wistar rats were administered increasing concentrations of NDMA in drinking water ranging from 0.033-16.9 ppm, corresponding to daily intake estimates of approximately 0.001 – 0.697 mg/kg/d for males and 0.002-1.224 mg/kg/d for females. 120 males and 120 females served as controls. Note that the *lowest* dose of NDMA administered to rats in this study is ~80-times *higher* than the highest level of NDMA reported by the FDA in any ranitidine product. Groups of animals were sacrificed at 12 months and 18 months, with the remainder followed until death. Dose-related increases in tumor incidence were observed in the liver in both male and female rats, and included hepatocellular carcinoma and biliary cystadenoma. Substantial background rates of liver tumors in rats were observed in the absence of treatment.

167. The lowest dose of NDMA observed to induce a significant increase in tumorigenesis, defined as that dose at which a 5% increase in tumorigenesis was observed (summarized and analyzed in Liteplo, 2002), was for biliary cystadenomas in female rats, which occurred at 0.034 mg/kg/d for biliary cystadenoma, and 0.082 mg/kg/d, hepatic carcinoma.[72,149,150] The corresponding doses for tumorigenesis in male rats were 0.035 mg/kg/d for biliary cystadenoma and 0.078 mg/kg/d for hepatic carcinoma. Thus, the lowest doses of NDMA that was observed to cause a detectable increase in liver tumors in rats (0.034 mg/kg/d) was 34-times higher than the lowest dose of NDMA tested in this study (0.001 mg/kg/d).[72,149,150]

168. Because of substantial background rate of hepatic tumors (approximately 8%) in rats followed for their lifetime, it was not possible to observe a dose-response effect for NDMA-induced tumorigenesis substantially below 0.034 mg/kg/d, which corresponds to an exposure in

rats achieved by administering ~0.5 ppm NDMA in drinking water.[149,150] Put another way, NDMA did not cause a detectable increase in cancer in rats until the dose of NDMA reached 0.034 mg/kg/d, suggesting that any carcinogenic effects of NDMA below that dose were substantially lower than spontaneous rates of carcinogenesis due to endogenous processes in rats.

169. Importantly, studies of the carcinogenic effects of ingested NDMA in laboratory animals consistently indicate that there are a limited number of tissues for which clear evidence exists for a dose-dependent tumorigenic effect, and these include the liver, lung, kidney and, potentially, Leydig cells of the testis.[71,72,145,147,149-151] Thus, oral ingestion of NDMA cannot reasonably be considered to be a universal carcinogen. Indeed, there are no chemical carcinogens that I am aware of that cause cancer in all tissues.

**NDMA: Biological effects in humans**

170. As described above, exposures to NDMA in humans can occur by ingestion, inhalation, or dermal contact.[71,72,74] Importantly, when exposures to NDMA in human beings do occur, they are typically to a complex mixture of nitrosamines.[71,72,74,151] Consequently, biological effects of exogenous exposures to individual nitrosamines in humans cannot easily be distinguished from each other. A corollary to this would be that cumulative exposures to nitrosamines in human beings are almost certainly higher than those to NDMA alone.

171. Another factor complicating the inference of biological effects of nitrosamine exposures in human beings is the inherent difficulty in distinguishing exogenous exposures from the substantial levels of endogenous production of nitrosamines in humans, which may be two to three orders of magnitude higher than exogenous exposures, as discussed above.

172. Although NDMA is a known carcinogen in laboratory animals, it is not a known human carcinogen. No cancers in humans have been conclusively demonstrated to result from exposure to NDMA. There are no dose-response data from which to infer levels of exposure to NDMA that might cause human cancers. Moreover, no regulatory agency has classified NDMA as a known human carcinogen (see below).

173. Epidemiological studies of the effects of NDMA principally consist of dietary studies and occupational exposure studies.[152-154] Each of these types of studies is subject to a variety of important limitations that preclude reliable interpretations regarding the potential carcinogenic effects of NDMA in humans.

174. For example, dietary epidemiology studies typically rely upon observational study designs based on self-reported dietary behavior. Beyond the fact that observational studies can never fully control for unrecognized bias and confounding, a principal drawback to observational dietary studies is measurement error in dietary assessment.[84] First and foremost, the actual NDMA content in foods to which study subjects are exposed is rarely, if ever, measured in observational dietary studies. Rather, NDMA intake is inferred based on prior measurements of NDMA content in different foods, coupled with assessments of dietary intake that are typically based on self-reporting. The use of pre-existing data on NDMA content in

food is itself associated with a variety of limitations and potential errors, including variation in NDMA levels even in the "same" food from different geographical regions, or when grown, prepared or preserved in different ways.[84] Moreover, dietary assessments based on self-reporting are notoriously inaccurate (*e.g.*, do not correspond to actual intake), irrespective of whether the dietary assessment tool itself is "validated,", insofar as validation of such tools generally refers to the presence of a correlation between dietary intake estimates based on the use of different assessment tools.[84] Further, the complexity of human dietary patterns and practices is difficult to capture within a food questionnaire, self-reporting of foods consumed (especially portion sizes) is subject to marked distortion and bias, and food histories queried many years after the meaningful exposures likely occurred (*i.e.*, with regard to cancer development) are intrinsically limited. For these reasons, and others, the actual dietary NDMA exposures of participants in observational dietary epidemiology studies is almost never known.

175. An additional critical drawback of dietary epidemiology studies is related to the complexity of foodstuffs. Foods typically contain thousands of chemical compounds, only a very small minority of which may be measured. Even with respect to a single family of compounds, such as nitrosamines, multiple members of a family of molecules may be present in differing amounts in different foods. Consequently, there is a fundamental statistical limitation of interpreting correlations between the estimated dietary intake of a particular compound (*e.g.*, NDMA) and a specific outcome, because there are simply far more variables with respect to food composition than there are observations of outcomes. That is, there are not enough study participants, and not enough measures (if any) of the many different chemical compounds in the food they consumed, to reliably determine the effect of a single chemical compound.

176. For example, an observed association of NDMA with a particular clinical outcome could result if estimated NDMA intake was simply a marker for a different exposure – potentially unknown and/or unmeasured – or even a different nitrosamine. If the estimated NDMA dietary intake for a particular individual is high because they consumed large amounts of bacon, there are obviously many other chemical compounds in bacon besides NDMA, and there are likely many things that differ between people who eat large amounts of bacon and those who do not, other than NDMA intake. Still more complex, if a person has a high estimated NDMA intake due to consumption of processed or grilled red meat, effects due to consumption of preformed NDMA cannot be reliably separated from effects due to the endogenous generation of NDMA in the GI tract due to the presence of heme in red meat, or to the generation of preformed carcinogens, such as heterocyclic amines, through cooking at high temperatures. These limitations are compounded further when the actual food constituents consumed are not accurately measured, if at all, and when the outcome of interest (*i.e.*, cancer) is likely to be influenced by food consumption patterns that occurred several decades earlier. In aggregate, these factors and others markedly impair the reliability with which associations can be inferred between the dietary consumption of a single constituent in foods and a particular clinical outcome. Moreover, even these associations cannot speak to causation.

177. In light of the above considerations, it is evident that available dietary epidemiological studies focused on NDMA: (a) do not actually measure NDMA consumption in study

participants; (b) do not measure the amounts of the thousands of other chemical constituents present in the food consumed by study participants; (c) cannot reliably distinguish potential effects of NDMA from the thousands of other constituents in food; (d) are unlikely to accurately measure food intake of study participants; (e) do not measure food intake during the periods of time in which the critical events in carcinogenesis actually occur; (f) cannot rule out potential confounders and biases as explanations for any observed associations; and (g) cannot demonstrate cause and effect. For these reasons, and others, there is no medical or scientific method by which existing dietary epidemiological studies of NDMA could reliably attribute any observed differences in cancer incidence among study participants to differences in NDMA intake.

178. These fundamental limitations of dietary epidemiology studies are exemplified by the innumerable studies that have attempted to attribute cancer protective effects of food to specific vitamins or other chemical constituents in food. Numerous chemoprevention trials have been designed to test cancer prevention hypotheses that emerged from dietary epidemiological studies, coupled with apparently consistent laboratory evidence from cell and animal experimental models. Based on such sources of evidence, cancer protective effects have been hypothesized for a wide range of vitamins and nutrients, including beta carotene, retinoids, selenium, vitamin C, vitamin D, vitamin E, antioxidants, and others. In the overwhelming majority of cases, randomized controlled trials have failed to find the predicted cancer protective effect and, in some cases, have demonstrated the opposite effect – an increase in cancer incidence or mortality.[155-163] These repeated failures to confirm cancer-related hypotheses that were based on dietary epidemiological studies highlight the marked limitations of observational dietary studies, and suggest a variety of potential explanations, including that the dietary studies had reached an incorrect conclusion (*e.g.*, unrecognized confounding, etc.), the effect observed was due to a different constituent or combination of constituents of food than the one measured, or the food constituent was simply a biomarker for an unrecognized protective factor or behavior.

179. Like dietary epidemiology studies, occupational studies related to the effects of NDMA exposure are also subject to important limitations that preclude reliable inferences regarding the effects of low-dose oral consumption of NDMA.[152,153] These include the different route of exposure (inhalation vs. oral ingestion), higher levels of exposure, simultaneous exposure to multiple different potentially carcinogenic substances (*e.g.*, rubber dust, rubber fumes, NDMA, and other nitrosamines in rubber and tire manufacturing workers), and lack of information on important confounders (*e.g.*, smoking).

**Assessments of NDMA carcinogenicity by regulatory agencies**

180. The U.S. Environmental Protection Agency (EPA) has classified NDMA as a "Group B2: Probable human carcinogen", which EPA defined under the 1986 guidelines as "agents for which there is "sufficient" evidence from animal studies and for which there is "inadequate evidence" or "no data" from epidemiological studies".[73,151,164] This designation was for chronic inhalation, not oral consumption.[164]

181. The U.S. Department of Health and Humans Services has classified NDMA as "reasonably anticipated to be a human carcinogen".[165]

182. The American Conference of Governmental Industrial Hygienists (ACGIH) has classified carcinogenicity of NDMA as Group A3, which denotes a "confirmed animal carcinogen with unknown relevance to humans."[166] Specifically, the A3 designation indicates that "the agent is carcinogenic in experimental animals at a relatively high dose, by route(s) of administration, at site(s), or histologic type(s), or by mechanism(s) that may not be relevant to worker exposure. Available epidemiologic studies do not confirm an increased risk of cancer in exposed humans. Available evidence does not suggest that the agent is likely to cause cancer in humans except under uncommon or unlikely routes or levels of exposure."[166]

183. IARC (1978) has classified NDMA as a Class 2A (*i.e.*, "probable") carcinogen based on sufficient evidence for carcinogenicity in experimental animals, similarities in its metabolism in human and rodent tissues, and inadequate evidence in humans.[145] Despite acknowledging the absence of epidemiological data, the IARC Working Group indicated that NDMA "should be regarded for practical purposes as if it were carcinogenic to humans." However, as articulated in their Monographs, IARC does not extrapolate exposure-response relationships beyond the available data, including from higher to lower exposures, or from experimental animals to humans.[167] In addition, IARC does not review quantitative risk characterizations developed by other health agencies.[167] Accordingly, IARC's determination of a carcinogenic hazard is essentially performed without regard to dose. *That is, even if IARC designates a substance as a probable carcinogen based on high dose exposures in animals, it does not extrapolate this animal hazard to lower doses, or to human beings, and it therefore does not make a determination of whether an agent is likely to be carcinogenic to human beings at the doses to which human beings might be exposed.* In effect, IARC formulates an opinion on whether *any* dose of that agent might be carcinogenic, irrespective of whether it is a dose that might be encountered by human beings. In addition, IARC states that Monographs solely represent the views and opinions of the particular Working Group assembled for that evaluation, and thus are not to be construed as representing the views or opinions of IARC itself, or of the World Health Organization.

184. The European Medicines Agency (EMA) has classified NDMA as a "probable human carcinogen (a substance that could cause cancer) on the basis of animal studies".[168,169]

185. Health Canada (2018) has classified NDMA as a "probable human carcinogen" "based primarily on animal studies."[170]

186. Thus, assessments by each of the above agencies are based almost exclusively on evidence for carcinogenicity in experimental animals. In no case has an agency classified NDMA as a known human carcinogen, and no agency has cited human epidemiological evidence as supporting the designation of NDMA as a "probable" carcinogen.

187. Although NDMA has not been classified as a known human carcinogen, regulatory agencies appropriately act in a manner that presumes that NDMA is likely to be a human

Contains Confidential Information – Subject to Protective Order

carcinogen out of an abundance of caution in light of their safety mandate, given existing animal data and the probability that NDMA may also cause cancer in humans if human beings were exposed to extremely high doses of NDMA. However, as discussed throughout this report, it is almost certainly the case that the levels of NDMA to which human beings are routinely exposed through food, air, water and pharmaceutical products, including in the context of this litigation, are many orders of magnitude lower than even the lowest dose that has been shown to cause cancer in laboratory animals.

**NDMA and ranitidine**

188. The central question at this stage of this litigation is: "Does exposure to NDMA in ranitidine products, *at the doses to which Plaintiffs were potentially exposed, and within the time frame in which they were potentially exposed*, cause one or more types of cancer in human beings?

189. On September 9, 2019, the FDA received a citizen's petition from Valisure claiming to have detected extraordinarily high levels (*e.g.*, 2.4-3.2 mg per tablet) of NDMA in some manufactured lots of ranitidine.[171] The Valisure citizen's petition proposed that NDMA was formed from ranitidine due to intrinsic instability in this molecule that enables an intramolecular reaction to occur in which the nitrite group of ranitidine could nitrosate the dimethylamine (DMA) group of ranitidine to form NDMA.[171] In addition, the Valisure citizen's petition proposed that ranitidine could also be converted to NDMA in vivo by the nitrosation of ranitidine-derived DMA in the stomach in the presence of dietary nitrite.[171] As evidence for this phenomenon, they cited a small clinical study by Zeng et al. published in 2016 that had reported a 400-fold increase in urinary excretion of NDMA in healthy volunteers following oral administration of ranitidine.[172]

190. On September 13, 2019, the FDA issued a public statement indicating that some ranitidine-containing medicines, including Zantac OTC, could contain NDMA at low levels and asked manufacturers to conduct testing.[173] The FDA did not call for individuals to stop taking ranitidine at that time. Due to inconsistencies in preliminary test results of the active ingredient used in U.S. products, Sanofi initiated a voluntary recall of all Zantac OTC in the United States, including Zantac 150, Zantac 150 Cool Mint, and Zantac 75, as a precautionary measure.

191. Through subsequent investigation, the FDA determined that the NDMA measurements reported by Valisure for ranitidine products had been subject to a major analytical artifact, whereby ranitidine was converted to NDMA by exposure to the high temperatures employed by the analytical process itself, thereby producing unreliable results.

192. The FDA subsequently developed and validated a new analytical method for quantifying NDMA in the presence of ranitidine that would not be subject to the high-temperature artifact encountered by Valisure. This method resulted in NDMA measurements in ranitidine formulations that were three orders of magnitude *lower* than Valisure's original claimed measurements and indicated that measuring NDMA in ranitidine products using Valisure's methodology was not reliable.[94,174]

193. On November 1, 2019, the FDA reported testing results for numerous lots of ranitidine products marketed by different manufacturers.[94,174] This included the identification of NDMA levels in some lots of ranitidine products that were above the ADI of 96 ng/day and, based on this, the FDA requested that manufacturers voluntarily recall ranitidine if testing showed levels of NDMA greater than the ADI. Specifically, across 11 lots of Sanofi Pharmaceutical OTC Ranitidine and Ranitidine 150mg tablets, NDMA was detected at levels of 0.07-2.38 ppm, corresponding to 0.01-0.36 ug (10-360 ng) of NDMA per tablet. Testing of eight lots of Sanofi Pharmaceutical OTC Ranitidine 75mg tablets identified NDMA levels of 0.1-0.55 ppm, corresponding to 0.01-0.04 ug (10-40 ng) of NDMA per tablet, which is below the ADI of 96ng set by the FDA. FDA testing of 22 lots of ranitidine tablets from 10 other manufacturers detected the presence of NDMA at levels ranging from 0.00 ug per tablet, to a maximum of 0.86 ug in a 300 mg ranitidine tablet. The FDA characterized the estimated risk of cancer associated with these levels of NDMA as being "*similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats*."[94] Importantly, the FDA has also stated that a person taking a drug that contains NDMA at or below the ADI of 96 ng every day for 70 years would not be expected to have an increased risk of cancer.

194. In addition, the FDA reported that, in their own testing, NDMA was not formed from ranitidine when exposed to conditions that simulate what happens when ranitidine is exposed to acid in the stomach with a normal diet, or that simulate the environment of the small intestine.[94] These findings were subsequently confirmed in peer reviewed published studies performed by FDA scientists.[1,43]

195. On January 2, 2020, the FDA received a citizen's petition from Emery Pharma stating that while ranitidine appeared stable at room temperature, it was heat-labile and could potentially form NDMA at levels exceeding 96 ng/tablet after being maintained at high temperatures (*e.g.*, 70$^{o}$C or 158$^{o}$F) for a period of several days.[175] Specifically, they found that 150 mg USP ranitidine maintained at 70$^{o}$C formed 106 ng of NDMA after 5 days, and 142 ng after 12 days. In contrast, NDMA levels in 150 mg USP ranitidine stored at 25$^{o}$C over the same time period remained below 25 ng per tablet. Interestingly, NDMA levels in 150 mg Zantac Cool Mint maintained at 70$^{o}$C for up to 14 days remained well below the ADI.

196. On April 1, 2020 the FDA stated that they had detected elevated levels of NDMA in some ranitidine samples under some conditions, and that NDMA levels were below the ADI in "many of the samples" that they had tested.[176] Nevertheless, the FDA requested removal of all ranitidine products from the market "out of an abundance of caution."

197. A European Medicines Agency CHMP assessment report on ranitidine, dated September 17, 2020, stated that "based on a comprehensive review of epidemiological and post-marketing data currently available, it can be concluded that there is no evidence of a causal association between ranitidine therapy and the development of cancer in patients."[177] Moreover, the EMA notice of suspension of ranitidine medicines in the European Union stated that NDMA "is not expected to cause harm when ingested at very low levels," and that "available safety data do

not show that ranitidine increases the risk of cancer, and any possible risk is likely to be very low."[178]

198. In August 2020, Abe et al. published a study in which ranitidine was stored under conditions designed to accelerate its chemical degradation, namely 40°C (104°F) or 50°C (122°F) with 75% relative humidity for up to 8 weeks.[179] The amount of NDMA when stored at 40°C was reported to increase to 18 ppm (5.4 ug/150 mg ranitidine) in ranitidine tablets from one brand after 8 weeks, and to increase to 1.42 ppm (0.426 ug/150 mg ranitidine) after 4 weeks and 116 ppm (17.4 ug/150 mg ranitidine) after 8 weeks in ranitidine tablets from a second brand. While these studies implicate excessive heat, moisture and oxygen as being capable of forcing the degradation of ranitidine, the real-world significance of these findings are unclear since the experimental conditions tested are unlikely to correspond to conditions in which ranitidine products would be shipped or stored in consumer homes or pharmacies.

199. In May 2021, Zeng et al. requested the retraction of their 2016 publication that had reported a 400-fold increase in urinary excretion of NDMA in healthy volunteers following oral administration of ranitidine.[172,180] This publication had been cited by Valisure, and others, as in vivo support for the physiological relevance of findings suggesting that ranitidine tablets contained extremely high levels of NDMA. Just as findings from Valisure were subsequently determined to have resulted from a high temperature-related artifact of the assay that Valisure had employed, so too Zeng *et al*. determined that the high levels of NDMA that they had reported to have detected in urine were actually due to an analytical artifact associated with the use of gas chromatography and high temperatures in the presence of ranitidine.[172,180] Thus, Zeng et al. concluded that their assay approach yielded unreliable NDMA measurements.[180]

200. In June 2021, scientists from the FDA published the results of a randomized, double-blind, placebo-controlled crossover clinical trial in 18 healthy participants that had been performed at their clinical pharmacology unit in June 2020.[1] Participants were randomized to one of four treatment sequences and over four periods received ranitidine (300 mg) and placebo (randomized order) with a noncured-meats diet and then a cured-meats diet designed to have higher nitrites, nitrates, and NDMA. Study subjects received ranitidine or placebo at 0 hours, after an overnight fast and began eating breakfast 1 minute afterward. The authors noted that "this was done because the formation of NDMA is dependent on having nitrite and acidic conditions.[13] Because gastric acidity is highest in the fasting state and then decreases after eating,[13] this sequence was selected to maximize the 2 factors." As anticipated, median 24-hour urinary excretion of NDMA was significantly higher in subjects on the cured-meats diet than the same subjects on the noncured meats diet, thereby validating the sensitivity of the NDMA assay methodology employed. However, median 24-hour NDMA urinary excretion values were not significantly different between ranitidine and placebo groups, either on the noncured-meats diet (0.6 ng and 10.5 ng, respectively), or on the cured-meats diet (11.9 ng and 23.4 ng, respectively). Thus, the authors concluded that oral ranitidine did not significantly increase 24-hour urinary excretion of NDMA, irrespective of whether participants consumed a noncured-meats or cured-meats diet. These data convincingly demonstrate that ranitidine is not converted to NDMA in biologically significant amounts following ingestion.

201. A companion study, also published in June 2021, was performed by the FDA to determine whether NDMA is formed following the addition of ranitidine to simulated gastric fluid, and whether this is influenced by the range of nitrite concentrations, pH levels, and volumes employed in the model system.[43] This was intended, in part, to assess the validity of a prior report[181] that NDMA is formed in vitro under simulated gastric fluid conditions by the nitrite-mediated nitrosation of DMA present in ranitidine. Although these conditions were described by Braunstein *et al.* as "physiological," a wealth of scientific evidence indicates that the nitrite concentrations employed by Braunstein *et al.* (1,000-50,000 micromole/L) are 40-fold to 2,000-fold higher than the 25 micromole/L nitrite concentrations in gastric fluid that are generally considered to be physiologic.[43]

202. The experiment performed by FDA scientists evaluated NDMA levels 2 hours after adding ranitidine to simulated gastric fluid containing nitrite at concentrations ranging from the upper range of physiological nitrite (100 micromole/L) to nitrite concentrations that were 10-fold (1,000 micromole/L) or 50-fold (5,000 micromole/L) higher.[43] No NDMA was formed from ranitidine 2 hours after its addition to 50 mL of simulated gastric fluid at pH 1.2 with no added nitrite, or in the presence of nitrite at 100 micromole/L (physiologic), or at 1,000 micromole/L or 5,000 micromole/L (supraphysiologic). With 250 mL of simulated gastric fluid, no NDMA was detected at the upper physiologic range (100 micromole/L) or 10-fold physiologic range (1,000 micromole/L) nitrite. In this experiment, NDMA was only formed from ranitidine when incubated in simulated gastric fluid containing a concentration of nitrite that was 50-fold greater than the upper range of physiologic gastric nitrite concentrations at acidic pH. These data provide convincing evidence that ranitidine is not converted to NDMA in biologically significant amounts in gastric fluid under physiologic conditions.[43] Moreover, these in vitro results are consistent with the above in vivo studies performed by FDA scientists that did not detect an increase in NDMA or DMA concentrations in the urine of healthy subjects following the oral administration of ranitidine, even in the presence of a diet designed to contain high levels of nitrites.[1]

203. Together, these in vitro and in vivo studies performed by FDA scientists provide compelling evidence that ranitidine is not converted to NDMA at meaningful levels following its administration to human beings, even in the presence of concentrations of nitrite that are more than an order of magnitude higher than physiologic levels. These data further suggest that the findings of Braunstein *et al.* could be attributable to an artifact of using grossly supraphysiologic nitrite levels.

204. For these reasons, and others, it is my opinion that ranitidine is not converted to biologically meaningful amounts of NDMA following ingestion, and that claims to the contrary are scientifically unfounded. Beyond these reasons, even if one were to (incorrectly) assume that there is evidence that ingestion of ranitidine results in conversion to NDMA at a level substantial enough to cause cancer in human beings (there is not), it would be impossible to eliminate other sources of NDMA exposure in patients, given the widespread presence of

NDMA and other nitrosamines in food, water, air, tobacco, beer and – perhaps most importantly – its endogenous production.

**Estimating theoretical maximum exposures to NDMA attributable to ranitidine products and their relationship to common exogenous exposures**

205. If ranitidine actually did decompose under 'real world' shipping and storage conditions, or if ranitidine was converted to NDMA following ingestion, to generate biologically significant quantities of NDMA, then: (1) ranitidine would be mutagenic in laboratory experiments (it is not); (2) ranitidine would be carcinogenic in laboratory animals (it is not); (3) high quality epidemiological studies would show clear and consistent associations between long term ranitidine use and cancer incidence (they do not); and (4) epidemiological studies would show clear and consistent associations between long term ranitidine use and types of human cancer that have been reproducibly associated with high level NDMA exposures in laboratory animals. (they have not).

206. To my knowledge, the actual amounts of NDMA to which individual Plaintiffs in this litigation may have been exposed as a consequence of consuming ranitidine products have not been documented. Therefore, for the purposes of evaluating the general plausibility of Plaintiffs' claims that NDMA in ranitidine products causes cancer, it is useful to at least grossly estimate theoretical maximum levels of NDMA to which Plaintiffs could conceivably have been exposed, using a defined set of assumptions.

207. By using NDMA testing data from the FDA for ranitidine products, it is possible to calculate the theoretical maximum amount of NDMA to which Plaintiffs could have been exposed by ingesting ranitidine products.[174] In calculating the theoretical 'highest exposure' to NDMA from ranitidine products, I first performed calculations assuming that every ranitidine tablet that a hypothetical Plaintiff consumed contained the highest level of NDMA reported by the FDA in any ranitidine product on a per mg basis (0.86 ug NDMA /300 ug tablet).[182] I then assumed a daily dose of 300 mg of ranitidine, which yields a total maximum theoretical daily exposure of 0.86 ug NDMA due to ingestion of a ranitidine product. This would correspond to an exposure of 0.012 ug/kg/d for a 70 kg person. I then calculated theoretical cumulative NDMA exposures for three different durations of ranitidine treatment: 14 days (the maximum recommended duration without consulting a physician), 1 year, or 10 years.

208. Importantly, 0.86 ug NDMA/300 mg ranitidine represented the highest reported level measured by FDA in any lot of ranitidine from any manufacturer.[174] For example, while 0.36 ug NDMA/150mg ranitidine was detected in one lot of Sanofi ranitidine, NDMA levels in other tested lots of Sanofi 150 mg ranitidine were as low as 0.01 ug/tablet, which is well below the ADI of 0.096 ug/day, and NDMA levels in eight tested lots of Sanofi 75 mg ranitidine ranged from 0.01-0.04 ug/tablet (all below the ADI).[174] For these reasons, it is extremely unlikely that any Plaintiff was actually exposed to 0.86 ug of NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Consequently, it is most likely the case that the average exposure to NDMA for a Plaintiff taking

a ranitidine product was substantially less than 0.86 ug/d per day over the duration of their treatment.

209. In light of the above, the maximum theoretical total NDMA exposure that could have occurred due to a Plaintiff taking an NDMA-containing ranitidine product can be estimated at 12 ug for a 14-day treatment course, 314 ug for a 1-year course, and 3.14 mg for a 10-year course of treatment – if, and only if, each and every ranitidine tablet that the Plaintiff ingested over the entire course of treatment contained the highest FDA measured amount of NDMA in any ranitidine product. Again, for the reasons cited above, it is extremely unlikely that any Plaintiff who took a ranitidine product for the durations contemplated above was exposed to this theoretical maximum amount of NDMA. It is also unlikely that any given Plaintiff took 300 mg of ranitidine every day for 10 years. Consequently, it is almost certainly the case that the cumulative exposure to NDMA for a Plaintiff taking a ranitidine product was substantially less than 12 ug for 14-day course of treatment, 314 ug for a 1-year course of treatment, or 3.14 mg for a 10-year course of treatment. Accordingly, these levels of NDMA exposure represent theoretical upper bounds based on the amount of NDMA reported by the FDA in ranitidine products, however unlikely it may be that any given Plaintiff was actually exposed to those levels.

210. For reference, the maximum theoretical NDMA exposure due to ingestion of ranitidine products for a 14-day course of treatment (12 ug) is 1,193-times lower than the estimated exposure to NDMA due to food, air and water, and 205-times lower than the FDA ADI for NDMA, over a 70-year lifetime.[72] For a 1-year course of treatment, the maximum theoretical NDMA exposure due to ingestion of ranitidine products (314 ug) is 46-times lower than the estimated exposure to NDMA due to food, air and water, and 8-times lower than the FDA ADI for NDMA, over a 70-year lifetime. Even for a 10-year course of treatment, the maximum theoretical NDMA exposure due to ingestion of ranitidine products (3.14 mg) is 4.6-times lower than the estimated exposure to NDMA due to food, air and water, and roughly similar to the FDA ADI for NDMA over a 70-year lifetime. Similarly, maximum theoretical NDMA exposures due to ingestion of ranitidine products for 14 days, 1 year, or 10 years are 1,100-times, 40-times, and 4-times lower, respectively, than estimated NDMA exposure due to drinking one beer per day for 50 years. Thus, the maximum theoretical cumulative exposure to NDMA from ingesting ranitidine products – whether for 14 days or 10 years – represents only a small fraction (0.08% – 22%) of estimated total lifetime exposure to NDMA attributable to food, air and water, and an even smaller percentage of lifetime NDMA exposure for those Plaintiffs with exposures to tobacco, beer or whiskey.

211. As outlined in the report of Plaintiffs' expert Dr. Ramin Najafi, the founder, Chairman and CEO of Najafi Pharma Inc., dba: Emery Pharma, for the purposes of this litigation Emery Pharma reported measurements of NDMA levels of 1.097 ug per 150 mg ranitidine in unexpired doses of ranitidine, and 2.22 ug per 150 mg ranitidine in expired doses of ranitidine. Although I have based my calculations and opinions in this litigation on NDMA measurements made by the FDA, as have some Plaintiffs' experts in this litigation, the measurements reported by Dr.

Najafi's company are only marginally greater than those reported by the FDA. These marginal increases have no impact on my opinions in this litigation.

**Theoretical maximum levels of exposure to NDMA from ranitidine products are orders of magnitude lower than endogenous levels of NDMA production**

212. As above, estimates of endogenous levels of daily NDMA production range from 174 ug/d (Vermeer 1998)[100] to 1,360 ug/d (Hrudey 2013)[86] and higher. In my opinion, the most thorough and systematic analysis was that of Hrudey et al., which estimated endogenous NDMA production using multiple distinct approaches at 900 ug/d (12 ug/kg/d) based upon analysis of NDMA levels in blood samples in combination with blood clearance rates, and 1,360 ug/d (18 ug/kg/d) based upon levels of $O^6$-methylguanine in DNA from human blood. The mean of these two estimation methods would yield an average daily exposure to endogenously produced NDMA of 15 ug/kg/d, which for a 70 kg person would correspond to a daily NDMA exposure of 1,050 ug/d, and a total cumulative exposure of 26,846 mg (26.8 grams) NDMA over a 70-year lifetime. This level of daily endogenous NDMA exposure is approximately 1,875-times higher than estimates of daily exogenous NDMA exposures due to food, air and water,[72] and nearly 11,000-times higher than the FDA ADI of 0.096 ug/d.[94]

213. Assuming a maximum theoretical daily exposure to NDMA from ingestion of ranitidine products of 0.86 ug, this amount of NDMA is 202-times lower than estimates of endogenous daily NDMA production by Vermeer, and 1,220-times lower than the average estimate of endogenous daily NDMA production by Hrudey.[86,100] Thus, even ignoring daily exogenous NDMA exposures due to food, air, water, beer and tobacco, the maximum theoretical amount of NDMA in ranitidine products to which a patient might have been exposed represents just 0.08% – 0.49% of the amount of NDMA estimated to be produced endogenously each day. Thus, on a daily basis, based on FDA measurements, the maximum theoretical amount of NDMA to which Plaintiffs possibly could have been exposed due to ingestion of ranitidine products, is two to three orders of magnitude lower than estimates of daily endogenous NDMA production.

214. When evaluating lifetime cancer risk associated with exposures to potentially carcinogenic agents, total cumulative exposure is a more meaningful measure of risk than daily exposure, which is sometimes referred to in toxicology as Haber's law. For example, as in the case of lung cancer and cigarette smoking, lifetime risk of lung cancer is more strongly associated with cumulative exposure (*i.e.*, pack-years of smoking) than with daily exposure (*i.e.*, packs per day).

215. As above, the maximum theoretical total cumulative exposure to NDMA to which a Plaintiff could have been exposed due to ingesting ranitidine products, based on available FDA testing, can be estimated at 12 ug for a 14-day course of treatment, 314 ug for a 1-year course of treatment, and 3.14 mg for a 10-year course of treatment. In contrast, estimated total endogenous NDMA exposure over a 70-year lifetime is 26,846 mg (26.8 *grams*). Accordingly, cumulative NDMA exposure due to endogenous production is 2.2 million-times greater than the maximum theoretical NDMA exposure due to ingestion of ranitidine products for a 14-day

course of treatment, 85,000-times greater than the maximum theoretical total NDMA exposure due to a 1-year course of treatment, and 8,500-times greater than the maximum theoretical total NDMA exposure due to a 10-year course of treatment. Thus, the maximum theoretical cumulative exposure to NDMA from ingesting ranitidine products over a 10-year period represents – at most – 0.01% of estimated total lifetime exposure to endogenously produced NDMA.

216. For the above reasons, and even ignoring the likelihood that cumulative exposure to NDMA for any patient taking a ranitidine product was almost certainly lower (and most likely far lower) than the above theoretical maximum estimates, it is clear that total cumulative NDMA exposures attributable to the consumption of ranitidine products – even for extended periods of time – are four to six orders of magnitude lower than exposures due to endogenous production of NDMA.

217. As above, although I have based my calculations and opinions on NDMA measurements made by the FDA, the same conclusions hold true for measurements reported by Emery Pharma. That is, total cumulative NDMA exposures attributable to the consumption of ranitidine products – even when using NDMA measurements of unexpired or expired ranitidine doses reported by Emery Pharma – are several orders of magnitude lower than exposures due to endogenous production of NDMA.

**Theoretical maximum levels of NDMA exposure from ranitidine products are orders of magnitude lower than the lowest levels of NDMA observed to cause cancer in experimental animals**

218. In Peto 1991, the lowest dose of NDMA demonstrated to detectably increase the incidence of cancer in rats was 34 ug/kg/d, for biliary cystadenoma.[149,150] On a daily basis, 34 ug/kg/d NDMA would correspond to 2,380 ug/d (2.38 mg/d) NDMA for a 70 kg person. Conversely, the highest level of NDMA reported by the FDA in any ranitidine product was 0.86 ug NDMA /300 mg tablet, for a maximum theoretical daily exposure of 0.86 ug NDMA in a Plaintiff consuming 300 mg per day of ranitidine. This would correspond to an exposure of 0.012 ug/kg/d for a 70 kg person. Thus, the highest daily dose of NDMA reported by the FDA in any lot of any ranitidine product was 2,767-times *lower* than the lowest daily dose of NDMA demonstrated to cause cancer in laboratory animals.

219. When considering total lifetime exposures and cancer risk, lifetime exposure to 0.034 mg/kg/d NDMA in rats would correspond to an exposure of 60,850,650 ug over a 70-year lifetime for a 70 kg person. By comparison, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 14 days was 12 ug. This amount of NDMA is 5 million-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Analogously, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for 1 year was 314 ug. This amount of NDMA is 194,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. The maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due

to ingestion of a ranitidine product for 10 years was 3.14 mg. This amount of NDMA is 19,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Finally, the maximum theoretical total exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product for the entire lifetime of this product on the U.S. market (37 years) was 11.62 mg. This amount of NDMA is more than 5,000-times lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Importantly, each of these maximum theoretical total exposures is predicated on the unlikely assumption that each and every ranitidine pill that a Plaintiff ingested contained the maximum amount of NDMA measured in any ranitidine product by the FDA.

220. The above calculations, which are based on extremely conservative assumptions, indicate that the maximum theoretical total cumulative exposure to NDMA to which a Plaintiff could have been exposed due to ingestion of a ranitidine product was four to six orders of magnitude *lower* than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. In short, NDMA has not been demonstrated to cause cancer in laboratory animals at doses even remotely resembling the maximum theoretical levels of NDMA to which Plaintiffs in this litigation might conceivably have been exposed.

221. As above, although I have based my calculations and opinions on NDMA measurements made by the FDA, the same conclusions hold true when using measurements reported by Emery Pharma. That is, total cumulative NDMA exposures attributable to the consumption of ranitidine products – even using NDMA measurements of unexpired or expired ranitidine doses reported by Emery Pharma – are several orders of magnitude lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats.

222. Beyond these reasons, even if one were to assume, as a logical exercise, that there was evidence that ingestion of ranitidine products resulted in NDMA exposures substantial enough to cause cancer in human beings (there is not), in any given individual with cancer it would be impossible to rule out the many other sources of NDMA exposure as potentials causes, including exogenous exposures to food, water, air, beer and tobacco, which would be anticipated to be substantially greater than NDMA exposures attributable to ranitidine consumption, as well as exposures to the many other nitrosamines besides NDMA. Similarly, it would be impossible to rule out endogenous production of NDMA as a cause, especially given that endogenous NDMA exposures are many orders of magnitude higher than the highest amount of NDMA reported by the FDA in any ranitidine product.

**Even extreme assumptions regarding ranitidine degradation yield theoretical maximum levels of NDMA exposure that are orders of magnitude lower than endogenous levels of NDMA production, and orders of magnitude lower than the lowest levels observed to cause cancer in experimental animals**

223. As above, Abe et al. reported that exposure of ranitidine to environmental conditions intended to force its chemical degradation (40°C (104°F) and 75% relative humidity for 8 weeks) resulted in the generation of NDMA.[179] Therefore, I performed a second set of calculations based on the extremely unlikely assumption that Plaintiffs were exposed, each and every day,

to the highest level of NDMA reported by Abe et al. to be generated following the prolonged, intentional exposure of ranitidine to conditions designed to accelerate its chemical degradation, which was 17.4 ug NDMA/150 mg ranitidine tablet.[179] As with the first set of calculations, I assumed a daily dose of 300 mg of ranitidine, which yields a maximum theoretical daily exposure of 34.8 ug NDMA.

224. First, and most importantly, I am not aware of any measurements of NDMA levels in ranitidine products in the 'real world' (*i.e.*, in pharmacies, consumer homes, etc.) that would suggest that the levels of NDMA reported by Abe et al. occur with any reasonable frequency outside the laboratory (*i.e.*, in products available to consumers). Second, Abe et al. reported results for a second ranitidine product in which forced degradation at 40°C (104°F) in 75% relative humidity for 8 weeks yielded 5.4 ug, rather than 17.4 ug, of NDMA per 150 mg ranitidine tablet. On its own, this variability in the amount of NDMA generated in different ranitidine products subjected to the same forced degradation conditions in a laboratory setting indicates that it is extremely unlikely that any Plaintiff was actually exposed to 17.4 ug of NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Third, while it could be hypothesized that an occasional shipment of ranitidine might be exposed to such extreme environmental conditions for an 8-week period of time, it seems exceptionally unlikely that any Plaintiff happened to purchase and consume ranitidine tablets every day for an entire year (much less 10 years), wherein each and every tablet had been exposed to these extreme conditions. For these reasons, in my opinion it is extraordinarily unlikely that any Plaintiff was exposed to 17.4 ug NDMA in every (or possibly any) ranitidine tablet that they ingested over the period in which they consumed ranitidine products. Rather, it is almost certainly the case that the average exposure to NDMA for any patient taking a ranitidine product was dramatically – possibly orders of magnitude – lower than 34.8 ug/d per day over the duration of their treatment.

225. Even ignoring daily exogenous exposures to NDMA due to food, air, water, beer and tobacco, the highest level of NDMA reported by Abe et al. to be generated following the prolonged, intentional exposure of ranitidine to conditions designed to accelerate its chemical degradation would still represent only 3.3% of the amount of NDMA estimated to be produced endogenously each day.[86]

226. Based on a theoretical exposure of 34.8 ug per day, the maximum theoretical total NDMA exposure that could have occurred due to a ranitidine product subjected to extreme environmental conditions designed to induce chemical degradation, can be estimated at 0.487 mg for a 14-day treatment course, 12.7 mg for a 1-year treatment course, and 127 mg for a 10-year treatment course. However, given how unlikely it is that any Plaintiff was actually exposed to 34.8 ug of NDMA per day as a consequence of ingesting ranitidine, the above calculations are presented solely as a hypothetical exercise for the purposes of discussion: namely, to provide a concrete, if extreme and unrealistic, upper bound of NDMA exposure due to consumption of ranitidine products in order to evaluate that in comparison to other common NDMA exposures.

227. Even under the above extraordinary assumptions surrounding the extended exposure of ranitidine to conditions designed to induce its chemical degradation, the maximum

hypothetical total exposure attributable to NDMA due to daily consumption of ranitidine would still be 55,000-times lower than endogenous NDMA production for a 14-day treatment course, 2,000-times lower for a 1-year treatment course, and 200-times lower than endogenous NDMA production for a 10-year treatment course. Accordingly, even under this most extreme, unrealistic assumption of 34.8 ug per day NDMA exposure, the total hypothetical maximum NDMA exposure associated with 10 years of treatment represents only 0.5% of that associated with endogenous production of NDMA over a 70-year lifetime.

228. When considering that the total cumulative exposure to NDMA for any Plaintiff taking a ranitidine product was almost certainly markedly lower than these estimates, it is clear that exposures to NDMA from taking ranitidine products – even for extended periods of time and even for products subjected to conditions designed to force its degradation – are orders of magnitude lower than exposures due to daily endogenous production of NDMA.

229. In considering the theoretical carcinogenic potential that might be associated with levels of NDMA resulting from its forced degradation, a maximum hypothetical daily exposure of 34.8 ug NDMA would correspond to an exposure of 0.497 ug/kg/d for a 70 kg person. Given the lowest dose of NDMA demonstrated to detectably increase the incidence of cancer in rats of 34 ug/kg/d, the highest daily dose of NDMA reported by Abe et al. following intentional chemical degradation of ranitidine is still 68-times *lower* than the lowest daily dose of NDMA demonstrated to cause cancer in laboratory animals.[149,150,179]

230. As above, lifetime exposure to 0.034 mg/kg/d NDMA in rats corresponds to an exposure of 60,851 mg over a 70-year lifetime for a 70 kg person. By comparison, the maximum hypothetical total exposure to NDMA due to ingestion of ranitidine products subjected to extreme environmental conditions designed to induce its degradation was calculated to be 0.487 mg for a 14-day treatment course, 12.7 mg for a 1-year treatment course, and 127 mg for a 10-year course of treatment. These amounts of NDMA are approximately 125,000-fold lower (14-day treatment course), 4,800-fold lower (1-year treatment course), and 480-fold lower (10-year treatment course), than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats. Thus, even under these extreme and unrealistic assumptions, the maximum hypothetical total exposure to NDMA to which a Plaintiff conceivably could have been exposed due to ingestion of ranitidine products is still two to five orders of magnitude *lower* than the lowest dose of NDMA observed to cause a detectable increase in cancer in rats.

231. In his report, Plaintiffs' expert Dr. Najafi reports forced degradation studies of ranitidine performed by Emery Pharma. Similar to the study of Abe et al., the environmental conditions tested are extreme and it is exceptionally unlikely in my opinion that any Plaintiff happened to routinely expose ranitidine tablets to those extreme conditions for an any extended period of time. Thus, it is equally unlikely in my opinion that each and every tablet that a Plaintiff ingested over a period of years had been exposed to such extreme conditions. Nevertheless, even the NDMA levels reported by Emery Pharma and Dr. Najafi upon exposure to conditions intended to force the degradation of ranitidine are only marginally higher than the (equally unrealistic) levels reported by Abe et al. following the prolonged exposure of ranitidine to

forced degradation conditions. Consequently, my opinions in this matter are unchanged by the measurements reported by Dr. Najafi.

232. Plaintiffs who used ranitidine products only intermittently would be anticipated to have had lower theoretical total cumulative exposures to NDMA than Plaintiffs who took ranitidine products continuously over the same period of time. In theory, intermittent exposure to NDMA per se would not be anticipated to have a greater biological effect than continuous exposure and, in fact, would more probably have a lesser effect. However, since the theoretical NDMA exposures of even continuous ranitidine users are many orders of magnitude lower than the lowest dose of NDMA demonstrated to cause cancer in laboratory animals, theoretical exposures to NDMA as a consequence of ingesting ranitidine products do not cause cancer in human beings irrespective of whether ranitidine use was continuous or intermittent.

233. This analysis further confirms that even the highest hypothetical levels of NDMA generated by its prolonged exposure to environmental conditions designed to force its chemical degradation are still orders of magnitude lower than the lowest level of NDMA demonstrated to cause cancer in laboratory animals.

**Limitations of linear low-dose threshold extrapolation for estimating cancer risk**

234. As above, the U.S. Food and Drug Administration has set an Acceptable Daily Intake (ADI) of 96 ng/d for NDMA in pharmaceutical products.[182] The FDA has stated that this level of NDMA exposure is "reasonably safe for human ingestion based on lifetime exposure".[94,182] Specifically, this ADI value is estimated by the FDA to result in <1 excess case of cancer per 100,000 people if taken every day for 70 years. The NDMA ADI value of 96 ng/d corresponds to exposures of 35 ug/year and 2.45 mg over a 70-year lifetime. As noted above, the FDA has stated that a person taking a drug that contains NDMA at or below this ADI every day for 70 years would not be expected to have an increased risk of cancer.

235. The ADI value of 96 ng was derived by linear extrapolation from the effects of high oral doses of NDMA in a lifetime exposure study of rats (Peto 1991)[149,150], to the far lower dose estimated to be associated with an increase of only 1 cancer in 100,000 people over a 70-year lifetime. In effect, linear low-dose extrapolation determines a linear response for very high exposures in the observable dose-response range, and then extrapolates that to very low doses at which effects cannot actually be observed above background. Specifically, in this approach, high levels of NDMA are used to identify a dose at which tumors are induced in 50% of rats. Linear extrapolation is then used to calculate the far lower dose that would be predicted to be associated with an increase of only 1 cancer in 100,000 people (0.001% tumor incidence) exposed to that dose over a 70-year lifetime.

236. Critically, this analytical approach relies on the unverifiable assumption that the dose-response for NDMA-induced carcinogenesis remains linear even at extremely low doses. Indeed, the extremely low dose reflected by the NDMA ADI of 96 ng is orders of magnitude lower than even the lowest dose at which it would be possible to observe or measure a potential carcinogenic effect of NDMA, even in experimental animal models. Furthermore, as emphasized above, the maximum theoretical doses of NDMA to which patients could have

been exposed as a result of ingesting ranitidine products are several orders of magnitude lower than the lowest doses of these agents that have been observed to cause cancer in animals. Accordingly, using linear low-dose extrapolation to define an ADI for NDMA and estimate cancer risk at these extremely low levels of exposure must, by necessity, rely upon the assumptions upon which linear low-dose extrapolation is based. Consequently, an estimate of potential cancer risk attributable to the very low levels of NDMA associated with ingestion of ranitidine products is not based upon direct evidence of cancer risk, even in range of the maximum theoretical exposures to NDMA that might have occurred in some Plaintiffs.

237. There are several important limitations to estimating cancer risk by linear low-dose extrapolation.[130,183,184] First, this estimation approach is derived based on extrapolation from animal studies, rather than human studies, since no reliable human studies exist that demonstrate a cause-and- effect relationship between NDMA exposure and the development of cancer.

238. Second, because tumor incidence cannot be measured at such low doses of NDMA, linear low-dose extrapolation necessarily relies on the assumption that the dose-response for NDMA-induced carcinogenesis observed at very high doses remains linear even at extremely low doses that are orders of magnitude lower than what can possibly be measured in experimental animal models. Consequently, there is no body of direct evidence to support the linear dose-response assumption for NDMA, even at the highest of the extremely low doses to which Plaintiffs could theoretically have been exposed. In fact, as discussed below, a wealth of direct experimental evidence suggests that the linear low-dose assumption is unlikely to be true, or accurate, for NDMA.

239. Third, while it is understandable that the safety mandate of the FDA would lead it to err on the side of extremely conservative risk estimates, it nevertheless bears noting that a 1:100,000 threshold for cancer development is extraordinarily conservative, particularly considering that the lifetime risk of being diagnosed with cancer in the U.S. is nearly 1 in 2, which constitutes a risk that is 50,000 times higher than FDA estimates of cancer risks attributable to lifetime exposure to NDMA at 96 ng/d.

240. Fourth, the 96 ng/d ADI is extraordinarily conservative given that daily dietary intake of NDMA, even excluding tobacco and beer, may often exceed the FDA ADI. Indeed, estimates for NDMA intake in food range from 1.7 – 8.0-times higher than the FDA ADI.[72] Consistent with these reasons, the FDA has noted that "consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure."[182,185]

241. Fundamentally, linear low-dose extrapolation in the context of NDMA is based on the assumption that there is no threshold dose below which exposure to NDMA does not result in an increased risk of cancer. Put another way, this risk estimation approach assumes that exposure to one molecule of NDMA is sufficient to increase cancer risk. Indeed, Plaintiffs' experts have proposed that there can be no "safe" level of exposure to genotoxic agents that can induce DNA damage that has the potential to result in mutations.

242. The proposition that there is no threshold for the carcinogenic effect of genotoxic agents and, therefore, no "safe" level is scientifically incorrect and – as discussed throughout this report – is contradicted by basic tenets of biology, as well as abundant scientific evidence demonstrating thresholds for the carcinogenic and mutagenic effects of agents like NDMA that result from the existence of error-free DNA repair systems.[122,131-136]

243. However, beyond these scientific reasons rooted in cell biology, even straightforward risk calculations related to the probability of developing cancer in response to a carcinogenic exposure, which rely upon linear-low dose extrapolation, clearly demonstrate that the proposition that even a single molecule of a carcinogen may cause cancer, and therefore cannot be considered safe, defies common sense.

244. Perhaps the starkest example of this follows from the determination by FDA that "consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure." With a molecular weight of 74.08 g/mole, 96 ng of NDMA corresponds to 7.80 x $10^{14}$ (780 trillion) molecules of NDMA. This, in turn, corresponds to 20 million-trillion molecules of NMDA per 70-year lifetime. Given that daily exposure to 780 trillion molecules of NDMA per day, and 20 million-trillion molecules of NDMA over a 70-year lifetime, is considered to be safe by the FDA – even under the extraordinarily conservative guidelines used for their estimates – it cannot reasonably be argued that one additional molecule of NDMA is capable of increasing cancer risk. Moreover, if exposure to 20 million-trillion molecules of NDMA over 70 years corresponds to a 1-in-100,000 lifetime risk of cancer, as estimated by the FDA, one can calculate that administering a dose of one molecule per day of NDMA for 70 years (25,567 molecules) would correspond to a lifetime cancer risk that is 780 trillion times lower than 1-in-100,000, which is 1.28 x $10^{-20}$. This corresponds to a lifetime cancer risk of approximately 1-in-78 quintillion (78 million-trillion). If this dose of NDMA was given every day to every person on earth (7.75 billion people) for every person's entire lifetime, there would be less than a 1-in-10 billion chance that anyone on the entire planet would ever develop cancer as a result. In addition, since FDA's risk estimates are based upon linear low-dose extrapolation (*i.e.*, which assumes that there is no threshold effect for low-level NDMA exposures), even this is an overestimate of risk. For these reasons, and other, even the most straightforward risk calculations demonstrate that Plaintiffs' experts claim that there is no "safe" level of exposure to NDMA, and that even a single molecule of NDMA can cause cancer, is ludicrous and defies both logic and common sense.

245. As an even more extreme example, Dr. Steven Hrudey discusses cancer risk associated with exposure to 2,3,7,8 tetrachlorodibenzo-*p*-dioxin (TCCD),[186] because it is one of the most potent known carcinogens. Dr. Hrudey calculates, based on the potency factor for TCCD q1* $(mg/kg/d)^{-1}$ of 1.56 x $10^5$, which is based on linear extrapolation from the TD50 value (and therefore is a conservative estimate), that administering a dose of one molecule per day of TCCD (corresponding to 0.9 x $10^{-20}$ mg/kg/d for a 60 kg person) for 70 years (which is 25,567-times higher than exposure to a single molecule for a single day) would correspond to a lifetime risk of cancer of 1.4 x $10^{-15}$ (*i.e.*, approximately 1 in 1 quadrillion).[186] Dr. Hrudey points out that, to put that in perspective, if this dose of TCCD was given every day to every person in the world

for every person's entire lifetime, there would be less than a 1 in 100,000 chance that anyone on the entire planet would ever develop cancer as a result. This illustrates in the clearest terms that, while different people might have different definitions of "safe", "under any realistic concept of practicality, there is indeed a safe level of exposure to cancer-causing chemicals".[186]

246. Indeed, even these NDMA and TCCD-related risk calculations are overly conservative estimates, since they are based on linear low-dose extrapolation. There are several reasons why linear low-dose extrapolation gives rise to overly conservative estimates for cancer risks. First, linear low-dose extrapolation ignores the existence of substantial endogenous (*i.e.*, "background") sources of DNA damage, described elsewhere in this report, that occur as a consequence of the normal physiology of cells. That is, exogenous exposures to very low levels of NDMA that would be associated with levels of DNA damage far lower than those that occur endogenously due to normal physiological processes would not be anticipated to yield an observable increase in cancer risk. Moreover, even putting aside the numerous endogenous causes of DNA damage, the maximum hypothetical exogenous exposures to NDMA that could conceivably have occurred as a consequence of Plaintiffs consuming ranitidine products are still orders of magnitude lower than endogenous exposures to NDMA.

247. Second, linear low-dose extrapolation ignores the existence of background exogenous exposures to many known mutagens in the environment, such as x-rays, asbestos, and the numerous other chemicals and natural products to which we are all exposed each day. For example, asbestos fibers are nearly ubiquitously present in air. Consequently, we are all exposed to asbestos every day. To estimate these lifetime exposures, the average person breathes in approximately 11,000 liters of air per day, which corresponds to 11 $m^3$. Using estimates for asbestos fiber content of 100 fibers/cubic meter ($f/m^3$) in urban settings, the average person would inhale approximately 1,100 asbestos fibers per day, which corresponds to approximately 400,000 asbestos fibers per year.[187] This means that over the course of a 70-year lifespan, the average person lacking any occupational exposure to asbestos would inhale somewhere on the order of 28 million asbestos fibers. In the occupational setting, OSHA regulations call for workplace air concentrations of asbestos to be less than 100,000 $f/m^3$, which for someone working an 8-hour day would correspond to inhalation of 1.8 million fibers per week, more than 90 million fibers per year, and 3.7 billion fibers of asbestos over the course of a 40-year career, solely due to asbestos exposure during working hours. Thus, inhalation of 28 million – 3.7 billion fibers of asbestos over the course of a lifetime is not associated with a detectable increase in the development of asbestos-related cancers in human beings. This underscores the fallacy of a model that postulates that exposure to a single molecule of a mutagen will increase the risk of cancer, as is implicit in the statement that there is no "safe" level of exposure to a genotoxic carcinogen.

248. Third, as discussed above, only a small fraction of ingested NDMA molecules are even likely to cause DNA damage, much less mutations.

249. Fourth, and especially important, linear low-dose extrapolation ignores the existence of endogenous error-free DNA repair systems, as well as other rate-limiting events required for

the effects of NDMA, that result in exposure thresholds for carcinogenic effects below which mutations and tumor formation will not occur. As a consequence, low levels of NDMA-induced DNA damage that can be repaired prior to DNA replication will not result in mutations and therefore cannot result in carcinogenesis. It then follows, by definition, that these repair systems will result in the existence of thresholds for both mutation and carcinogenicity for agents such as NDMA. Consistent with this, multiple studies support the existence of a threshold for a no-observed-effect-level for a number of mutagenic carcinogens, including alkylating agents such as N-nitroso compounds.[122,130-136,141] As such, it is very likely the case that exposure to extremely low levels of NDMA, as alleged here, do not result in an increase either in mutation frequency or in carcinogenesis, because the extremely low levels of DNA damage that might be associated with these exposures can be adequately repaired by the endogenous DNA repair systems that are present in each of our cells.

250. These and other considerations indicate that the assumptions underlying linear low-dose extrapolation result in inappropriately low, overly conservative estimates for cancer risks at extremely low levels of exposure at which effects cannot be measured experimentally.

**Ranitidine does not fulfill Bradford Hill criteria.**

251. Sir Austin Bradford Hill outlined his criteria for the inference of causation from epidemiological studies in 1965,[188] barely a decade after the structure of DNA was elucidated. It is therefore important to emphasize that our molecular understanding of what causes cancer has advanced exponentially over the past 57 years. Evaluating cancer causation in the present day therefore requires the comprehensive assessment of evidence both in human populations and in the laboratory to determine whether a consistent body of evidence exists that demonstrates causation. In addition, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, it is important to note that evaluation of Bradford Hill criteria in isolation (*i.e.*, in the absence of laboratory data) cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations,[188] and associations, like risk factors, are not causes and cannot be equated with a demonstration of cause-and-effect. Thus, while observational epidemiology studies permit inferences to be made regarding causation based upon the identification of consistent, substantial and robust associations, they cannot demonstrate cause-and-effect directly.

252. The criteria outlined by Dr. Hill for evaluating epidemiological association include strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, and experiment. Importantly, before assessing these factors, one must first evaluate whether a valid association exists. As discussed above, epidemiological evidence for an association between ranitidine use and human cancer is largely negative, despite widespread use over many years in large numbers of patients. In particular, no consistent or reliable association has been identified between ranitidine use and the cancers claimed in this litigation: bladder cancer, liver cancer, stomach cancer, esophageal cancer, or pancreas cancer. Accordingly, in the absence of a valid association, Bradford Hill criteria do not apply. However, for the sake of

completeness, I have provided a discussion of these criteria below, as they relate to ranitidine use. As is evident from this discussion, even if the Bradford Hill factors are considered, they do not support a conclusion that ranitidine is a cause of cancer.

253. These points notwithstanding, evaluation of the scientific literature indicates that ranitidine does not fulfill Bradford Hill criteria. Nor does NDMA. Even those regulatory agencies that have classified NDMA as a "probable" carcinogen accurately note that there is insufficient evidence in human beings that NDMA is a cause of human cancer. Indeed, the full body of evidence from epidemiological and laboratory studies each yield the same conclusion – that ranitidine is not carcinogenic and that the maximum cumulative amounts of NDMA to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products does not cause cancer in human beings, or in animals.

254. Strength: Dr. Hill's criterion of strength of association refers to the strength of association observed in epidemiological studies.[188] The examples of risk factors that Dr. Hill provided to illustrate 'strength' were on the order of 200-times (mortality from scrotal cancer in chimney sweeps), 20-30-times (mortality from lung cancer in heavy cigarette smokers), and 14-times (cholera in those drinking polluted water).[188] Moreover, Dr. Hill contrasted these "strong" epidemiological effects with the much weaker death rate from coronary thrombosis in smokers ("no more than twice, possibly less, the death rate in non-smokers").[188] In discussing coronary thrombosis in smokers, he stated: "Though there is good evidence to support causation, it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor."[188] That is, for associations that are weaker than 2-fold effects, the possibility that the association is a result of some type of bias or confounding, rather than a reflection of a cause-and-effect relationship, becomes considerably more likely. In the case of this litigation, the full body of epidemiological literature fails to demonstrate a strong association between ranitidine treatment and the incidence of any type of human cancer. Similarly, the full body of epidemiological evidence fails to demonstrate a strong association between NDMA exposure and the incidence of any type of human cancer, even at the maximum levels to which any Plaintiff might have been exposed as a consequence of ingesting ranitidine products. Indeed, as summarized by a group of FDA scientists, "When considering all cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk.[27-29,31]"[1] Thus, I conclude, based on Dr. Hill's own characterization of strength of association, that neither ranitidine nor NDMA meet this criterion.

255. Consistency: Dr. Hill's criterion of consistency refers to the consistency of association observed across epidemiological studies.[188] As above, epidemiological studies of long term exposure to ranitidine are largely negative and provide no evidence for a consistent association between ranitidine use and any type of human cancer. In light of this, Dr. Hill's criterion of consistency clearly cannot be met. Again, as noted by Florian et al., "when considering all

cancer types,[26-32] while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies".[1] In addition, given the lack of epidemiological studies of incidental human exposure to NDMA that quantify the exposure to NDMA and demonstrate an association with one or more types of human cancer, there is also no consistency of association that has been demonstrated for NDMA exposure and any type of human cancer, even at the maximum levels to which any Plaintiff might have been exposed as a consequence of ingesting ranitidine products. Nor do dietary or occupational studies provide the evidence that would be required to reach such a conclusion, for the reasons articulated in this report. Thus, I conclude that both ranitidine and NDMA fail to meet this criterion.

256. Specificity: This criterion refers to whether the association of an agent with cancer is limited to specific workers and/or to particular sites and type of disease.[188] This is clearly not the case for ranitidine or NDMA, neither of which has been convincingly demonstrated to be associated with any type of cancer in humans. Thus, I conclude the ranitidine and NDMA fail to meet this criterion.

257. Temporality: Plaintiffs contend that, to the extent that the exposure of patients to ranitidine occurred prior to cancer development, the criterion of temporality is met. However, since no human cancer has been reliably demonstrated to be associated with either ranitidine or NDMA exposure, temporality cannot be met. Indeed, if it can be argued that the criterion of temporality is satisfied by the fact that some people develop cancer years after taking ranitidine, the same can be said of virtually any event, behavior, or exposure during the same period of time – taking antacids, eating scrambled eggs, or experiencing an infection. When many years separate the alleged exposure and outcome, as is nearly always the case with adult human cancers, the resulting lack of specificity for proposed cause and effect renders this criterion nearly meaningless. An exception to this might occur in cases in which a carcinoma is alleged to have been caused by a recent exposure within months or a few years of diagnosis, as such a timeline would clearly violate what we know about the temporality of cause and effect for human cancers, and would clearly violate Dr. Hill's criteria of both biological plausibility and coherence.

258. Biological gradient: This criterion refers to the presence of a dose-response in epidemiological studies. As above, since no human cancer has been reliably demonstrated to be associated with either ranitidine or NDMA exposure, a dose-response criterion cannot be met. And, as discussed in this report, dietary and occupational exposure studies cannot provide the evidence that would be required to reach such a conclusion.

259. Plausibility: As Dr. Hill notes, "what is biologically plausible depends upon the biological knowledge of the day."[188] In evaluating biological plausibility, existing scientific and medical knowledge are used to evaluate the likelihood that a new hypothesis is true, particularly as it relates to evaluating whether a cause-and-effect relationship exists between a biological factor of interest and a particular disease. Consequently, for a proposed causal relationship to be biologically plausible, not only must a hypothesized mechanistic link between two factors be deemed to be conceivably true, there must also be coherent evidence that the proposed

mechanism is true, as well as an absence of a significant body of evidence suggesting that it is not true. Although the mechanism of action of NDMA as an alkylating agent and the ability of NDMA administered at sufficiently high doses to cause cancer in experimental animals can be taken as some evidence of biological plausibility, the hypothesis that NDMA causes cancer at doses that are orders of magnitude lower than the lowest dose observed to cause cancer in experimental animals is decidedly implausible. Similarly, it is biologically implausible to propose that ranitidine breaks down to generate amounts of NDMA that are sufficient to induce cancers in human beings, given the lack of evidence that NDMA is a human carcinogen at the extremely low doses to which Plaintiffs could conceivably have been exposed as a consequence of ingesting ranitidine products, the fact that lifetime exposure of laboratory animals to doses of ranitidine that are orders of magnitude higher than those to which humans might conceivably have been exposed do not cause cancer, the absence of a significant increase in NDMA levels in humans ingesting ranitidine, the absence of a significant increase in NDMA when ranitidine is added to simulated gastric fluid – even in the presence of 10-fold supraphysiological concentrations of nitrite – and the long clinical experience with ranitidine and absence of consistent associations with any type of cancer. Thus, based on the overwhelming weight of evidence, I conclude that this criterion is not met.

260. Coherence: Dr. Hill explains that this criterion is predicated on the axiom that "the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease."[188] The ability of NDMA to cause cancer in experimental animals when administered at sufficiently high doses can be taken as some evidence of coherence. However, a wealth of other evidence cited above and throughout this report, particularly with respect to dose and biological plausibility, strongly argue against coherence. For example, the existence of DNA repair mechanisms that repair the specific type of damage induced by NDMA, the resulting existence of thresholds below which low-level exposures to genotoxic agents do not result in mutations, the fact that lifetime exposure of laboratory animals to doses of ranitidine that are orders of magnitude higher than those to which humans might conceivably have been exposed do not cause cancer, the absence of a significant increase in NDMA levels in humans ingesting ranitidine, the absence of a significant increase in NDMA when ranitidine is added to simulated gastric fluid even in the presence of 10-fold supra-physiological concentrations of nitrite, and the fact that the highest theoretical doses of NDMA to which Plaintiffs in this litigation could have been exposed as a consequence of ingesting ranitidine products is still several orders of magnitude lower than the lowest dose of NDMA shown to cause cancer in laboratory animals, all argue persuasively against coherence. Thus, based on the overwhelming weight of evidence, I conclude that this criterion is not met.

261. Experiment: This criterion asks whether a preventive action taken has a protective effect.[188] Given that ranitidine has not been associated with any type of human cancer, there can be no such protective intervention. Similarly, I am aware of no body of evidence in human beings that would satisfy this criterion for NDMA. Thus, I conclude that this criterion is not met.

262. Bradford Hill's summary of his criteria was that "none of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?".[188] In my opinion, regarding this summary question of whether there is another way of explaining the set of facts, or another answer that is more likely, my answer is: "Yes, there is a far more straightforward explanation for the set of facts in this litigation." The most straightforward explanation, by far, for the cause of the cancers diagnosed in Plaintiffs in this litigation is simply that they are common human cancers that arise as a consequence of the inevitable process of aging (*i.e.*, decades of exposure to the ever-present, endogenous causes of DNA damage and mutation) and other factors unrelated to exposure to ranitidine products. Thus, in aggregate, a wealth of evidence indicates that Bradford Hill criteria are not met for ranitidine or for NDMA.

**Ranitidine, Epidemiology and Laboratory Studies**

263. Laboratory studies in cancer biology have the potential to directly demonstrate a cause-and-effect relationship between a specific perturbation and a specific outcome, for example by demonstrating that a chemical agent is capable of causing cancer in experimental animals. However, while such studies are able to demonstrate that a particular chemical *can* cause cancer in laboratory animals at a particular dose, they cannot demonstrate that that chemical *does* cause cancer in human beings at the doses to which human beings are exposed. For example, animal carcinogenicity studies performed during the 1970s demonstrated that saccharin can cause bladder cancer in male rats. As a consequence, regulatory agencies required that all food products containing saccharin carry a warning label indicating that: "*Use of this product may be hazardous to your health. This product contains saccharin, which has been determined to cause cancer in laboratory animals*." Of course, subsequent studies demonstrated that these results were specific to rats. Consistent with this, epidemiological studies failed to reveal any consistent body of evidence that saccharin is associated with bladder cancer, despite the widespread use of this artificial sweetener for many years. Notwithstanding this fact, saccharin was listed in the U.S. National Toxicology Program's *Report on Carcinogens* for nearly 20 years. Thus, animal experiments cannot, in isolation (*i.e.*, in the absence of epidemiological evidence), prove cancer causation in human beings.

264. In addition, while animal experiments are an invaluable aid in directly assessing cause-and-effect, it is critical to note that performing such experiments at doses relevant to human exposures is essential for evaluating cancer causation. In the case of ranitidine, the experimental evidence is clear that ranitidine is not carcinogenic in laboratory animals, even at doses that far exceed those to which human beings are exposed. Similarly, in the case of NDMA the experimental evidence is clear that NDMA is not carcinogenic in laboratory animals at doses far in excess of those to which human beings might conceivably have been exposed as a consequence of ingesting ranitidine products.

265. As above, animal experiments cannot, in isolation (*i.e.*, in the absence of epidemiological evidence), prove cancer causation in human beings. Conversely, while epidemiological studies

are essential for evaluating causation in human beings, epidemiological studies cannot, in isolation (*i.e.*, in the absence of laboratory evidence), demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations,[188] and associations, like risk factors, are not causes and cannot be equated with a demonstration of cause-and-effect. Thus, while observational epidemiology studies permit inferences to be made regarding causation based upon the identification of consistent, substantial and robust associations, they cannot, in principle, demonstrate cause-and-effect directly.

266. For these reasons, assessing cancer causation in the present day requires the comprehensive assessment of evidence both in the laboratory and in human populations to determine whether a consistent body of evidence exists that demonstrates causation. As it pertains to this litigation, the full body of evidence from epidemiological and laboratory studies each yield the same conclusion – that ranitidine is not carcinogenic either in human beings or in animals and that the maximum cumulative amounts of NDMA to which Plaintiffs might conceivably have been exposed as a consequence of ingesting ranitidine products does not cause cancer, either in human beings or in animals. Epidemiological studies have failed to show any consistent associations between ranitidine and overall or specific cancer risk in human beings. Consistent with this, laboratory studies demonstrate that ranitidine is not carcinogenic in animals, and that NDMA exposures far in excess of those to which Plaintiffs in this litigation might theoretically have been exposed as a consequence of ingesting ranitidine products are also not carcinogenic in laboratory animals. Together, the marriage of these two concordant bodies of evidence argues persuasively that ingestion of ranitidine products does not cause cancer in human beings.

267. In summary, for the reasons discussed throughout this report, I conclude that exposure to ranitidine, or to NDMA in ranitidine at the doses to which Plaintiffs were potentially exposed, and for the durations to which Plaintiffs were potentially exposed, does not cause cancer in human beings. These opinions are based on scientifically valid reasoning and methodology, as I would practice in my daily profession, as well as my education, training, knowledge, and experience, and the materials that I have reviewed in this matter, and is stated to a reasonable degree of scientific and medical certainty.

**C. Response to Plaintiff's Experts Reports**

268. In considering Plaintiffs' biological theory of causation, I have principally focused on the reports of Dr. Dipak Panigrahy and Dr. Paul Michaels, although I also include focused comments regarding specific aspects of the reports of Drs. Anne McTiernan, Jennifer Le, and Andrew Salmon. Given the many similarities between the reports of Drs. Panigrahy and Michaels, I address several themes below that are common to both, and then address additional more specific aspects of their opinions in subsequent sections. The conclusion that I reach, based upon their reports, is that their arguments are logically and internally inconsistent, subjective and arbitrary, ignore fundamental biological facts, and misrepresent scientific findings upon which they claim to rely. As a consequence, I conclude that the methodologies that Drs. Panigrahy and Michaels employ are unreliable.

269. Plaintiffs' theory of causation can be summarized as: (1) ranitidine is converted to NDMA, both prior to ingestion by spontaneous chemical degradation and also after ingestion by nitrosation in the stomach; (2) NDMA is a mutagen and a carcinogen; and (3) NDMA mediates the alleged carcinogenic effects of ranitidine. As a corollary to this theory, Plaintiffs argue that (4) there is no safe exposure threshold or dose for NDMA.

270. Beyond this central theory of causation, Plaintiffs claim that: (5) NDMA also causes cancer by non-genotoxic mechanisms, including chronic inflammation, oxidative stress, and immunosuppression; (6) NDMA initiates and promotes new cancers; (7) NDMA causes pre-existing cancers to grow, metastasize, and become resistant to therapy; and (8) ranitidine is, itself, genotoxic. In addition, Dr. Panigrahy claims that (9) H2 receptor antagonists as a class cause cancer; and that (10) H2 receptor antagonists as a class promote the metastasis of pre-existing cancers.

271. There are numerous fatal flaws in Plaintiffs' theory of causation, several of which are addressed below. Chief among these is their fundamental failure to consider exposure dose. Indeed, the central question at this stage of this litigation is: "*Does exposure to NDMA as a consequence of ingesting ranitidine products, at the doses to which Plaintiffs were potentially exposed, cause cancer in human beings?*" The reports of Drs. Panigrahy and Michaels essentially ignore this central question.

**Dose**

272. Despite the fact that both Drs. Panigrahy and Michaels paraphrase Paracelsus by stating: "*the dose makes the poison*", in evaluating causation neither Dr. Panigrahy nor Dr. Michaels appropriately consider dose. Paracelsus' statement advised that the amount of a substance a person is exposed to is as important as the nature of that substance. Ironically, Drs. Panigrahy and Michaels disregard the very advice that they reference. Specifically, Drs. Panigrahy and Michaels focus on experiments in laboratory animals that tested effects of NDMA at doses that are thousands to millions of times higher than those to which Plaintiffs could have been exposed as a consequence of ingesting ranitidine products. Ironically, the concentrations of NDMA in animal studies that Drs. Panigrahy and Michaels repeatedly refers to as "low" or "very low" are actually extremely high – orders of magnitude higher than those at issue in this litigation. At the same time, Drs. Panigrahy and Michaels fail to address the fact that the maximum theoretical cumulative dose of NDMA to which Plaintiffs could have been exposed as a consequence of ingesting ranitidine products is several orders of magnitude lower than the lowest dose of NDMA ever shown to cause cancer in laboratory animals, and is also several orders of magnitude lower than the level of endogenous NDMA production to which all human beings are exposed each day.

273. As discussed throughout my report, when considering cumulative lifetime exposure, and given the relatively modest durations of exposure for ranitidine when used as directed, the maximum cumulative exposures to NDMA to which patients could have been exposed as a consequence of ranitidine therapy are thousands to millions of times lower than the lowest doses of NDMA found to cause cancer in laboratory animals. In particular, Drs. Panigrahy and

Michaels provide no coherent or plausible body of evidence demonstrating that NDMA exposure at the extremely low doses to which Plaintiffs potentially could have been exposed is capable of causing cancer in human beings. The levels of pre-formed NDMA in ranitidine products, as measured by the FDA, are extremely low. Moreover, experiments published by FDA scientists provide persuasive evidence that ranitidine is not converted to NDMA to any appreciable extent following ingestion.[1,43] Consequently, exposure to NDMA as a result of ingesting ranitidine products is: (a) lower than exogenous exposures to NDMA due to food, air, water, beer and tobacco; (b) several orders of magnitude lower than endogenous NDMA production; and (c) several orders of magnitude lower than the lowest dose of NDMA observed to cause cancer in laboratory animals. Thus, Drs. Panigrahy and Michaels fail to address the central question of whether exposure to NDMA causes cancer *in human beings at the doses to which Plaintiffs were potentially exposed*. Indeed, the limited evidence available indicates that long-term administration of high dose NDMA may not cause tumors in non-human primates.[96,148] Simply put, NDMA has never been shown to cause cancer in laboratory animals at doses even remotely resembling those to which Plaintiffs might have been exposed as a consequence of ingesting ranitidine products.

**No concordance between effects of NDMA and ranitidine**

274. If NDMA mediated the alleged carcinogenic effects of ranitidine, as Plaintiffs claim, what is true for NDMA should also be true for ranitidine. This is clearly not the case. For example: (1) NDMA is mutagenic both in vitro and in vivo. Ranitidine is not mutagenic, either in vitro or in vivo; (2) NDMA at high doses reproducibly causes liver cancer in multiple species of laboratory animals, including rats, mice, and hamsters. Ranitidine does not cause liver cancer (or any type of cancer) in laboratory animals, even at extremely high doses; (3) NDMA has been associated with tumors of the lung and kidney in some experiments in laboratory animals. Ranitidine does not cause lung cancer, kidney cancer, or any type of cancer in laboratory animals; (4) Acute exposure to high doses of NDMA causes hepatotoxicity and liver failure in animals and in humans. High doses of ranitidine do not cause hepatotoxicity or liver failure in animals, and I am not aware of any body of evidence that high doses of ranitidine are reproducibly associated with hepatotoxicity or liver failure in humans; and (5) Exposure of laboratory animals to moderate doses of NDMA causes low-level damage to hepatocytes and elevation of liver function tests. Ranitidine does not result in elevated liver function tests in animals, and the vast majority of patients treated with ranitidine do not exhibit elevated liver function tests. In addition, since the ranitidine used in animal studies would have been subject to transport and storage conditions, effects hypothesized by Plaintiffs to be due to ranitidine degradation would likely have been captured in these assays. In aggregate, this total lack of concordance between the effects of NDMA and those of ranitidine in laboratory animals and in people provides compelling evidence against Plaintiffs' theory of causation.

275. Plaintiffs' theory of causation is predicated on the notion that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine, insofar as Plaintiffs claim that ranitidine is converted to biologically significant amounts of NDMA both pre- and post-ingestion. Fundamentally, Plaintiffs' theory of causation requires that the

claimed carcinogenic effects and/or epidemiological associations of ranitidine should be unique within the class of acid suppressing medications. Contrary to this requirement, GI cancers for which associations (albeit inconsistent) have been reported for ranitidine, have also been reported for other acid suppressive agents that are chemically unrelated to ranitidine. These associations are most likely due to reverse causation or confounding by indication, and other types of bias and confounding. Consistent with this, studies of ranitidine with comparison to active controls have generally found no association between ranitidine and overall or specific cancer risk. These observations contradict Plaintiffs' central theory of causation. Also contradicting Plaintiffs' central theory of causation, Dr. Panigrahy claims that H2 receptor antagonists, as a class, cause carcinoid tumors in human beings, immunosuppression, and promote cancer metastasis. Similarly, Dr. Michaels claims that H2 receptor antagonists as a class have pro-tumorigenic effects that result from antagonism of anti-tumorigenic effects of histamine. First, it must be noted that none of these claims are supported by credible and consistent bodies of evidence. Second, these claims, in and of themselves, contradict Plaintiffs' central theory of causation that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine.

**Dose threshold**

276. Both Drs. Panigrahy and Michaels claim that there is no "safe" level of exposure to NDMA. Specifically, they claim that there is no dose threshold below which NDMA is not carcinogenic, such that even one molecule of NDMA may induce a mutation that may cause cancer. As discussed in detail throughout this report, this contention is, on its face, absurd. The first line of evidence indicating that this claim is false follows from the existence of endogenous error-free DNA repair mechanisms, such as MGMT, that are capable of fully repairing DNA damage that may result from genotoxic agents, such as NDMA, that are generated by normal physiological processes and that may also occur as a consequence of exogenous low-level exposures. As a consequence, low levels of NDMA-induced DNA damage that can be repaired prior to DNA replication will not result in mutations and therefore cannot result in carcinogenesis. By definition, it then follows that these repair systems will result in the existence of thresholds of exposure for agents such as NDMA, below which mutations do not occur. Consistent with this, multiple studies support the existence of thresholds for a no-observed-effect-level for a number of mutagenic carcinogens, including alkylating agents such as N-nitroso compounds.[122,130-136,141] Indeed, rats dosed with levels of NDMA at 0.033, 0.066, 0.132 and 0.264 ppm did not have an elevated incidence of cancer compared with controls in the very study that Dr. Panigrahy refers to as a "landmark".[149,150] These doses correspond to 2.38 – 19.0 ug/kg/d in female rats,[149,150] which for a 70 kg person would correspond to 166,600 – 1,330,000 ng of NDMA per day. These levels are 1,735 – 13,854-times higher than the FDA ADI of 96 ng. As such, it is very likely the case that exposure to the low levels of NDMA that are alleged in this litigation do not result in an increase either in mutation frequency or in carcinogenesis, because the low levels of DNA damage that might be associated with these exposures can be adequately repaired by the endogenous, error-free DNA repair systems that are present in each of our cells.

277. An additional, common sense, demonstration that Plaintiffs' claim is absurd comes from the fact that daily exposure to 780 trillion molecules of NDMA per day (96 ng), and 20 million-trillion molecules of NDMA over a 70-year lifetime, is considered to be "safe" by the FDA – even under the extraordinarily conservative guidelines used for their estimates – it cannot reasonably be argued that one additional molecule of NDMA is capable of increasing cancer risk. Indeed, as discussed above, if exposure to 780 trillion molecules of NDMA per day for 70 years corresponds to a 1 in 100,000 lifetime risk of cancer, in accordance with FDA regulatory risk estimates based on linear low-dose extrapolation, then administering a dose of one molecule per day of NDMA for 70 years would correspond to a lifetime cancer risk of approximately 1 in 78 quintillion. As noted above, even if this dose of NDMA was given every day to every person on earth (7.75 billion) for every person's entire lifetime, there would be less than a 1 in 10 billion chance that anyone on the entire planet would ever develop cancer as a result. These straightforward calculations illustrate in the clearest possible terms that, as Dr. Hrudey noted, while different people might have different definitions of "safe", "under any realistic concept of practicality, there is indeed a safe level of exposure to cancer-causing chemicals".[186] Additionally, since the above risk calculations are based on linear low-dose extrapolation, which assumes no DNA repair or threshold for the carcinogenic effects of NDMA, even this is an overestimate of the risk associated with 1 additional molecule of NDMA exposure per day for a lifetime. Thus, even conservative risk calculations demonstrate that Plaintiffs' experts claims that there is no "safe" level of exposure to NDMA and that even a single molecule of NDMA can cause cancer are ludicrous and defy both logic and common sense.

278. Similarly, the FDA statement that "consuming up to 0.096 micrograms of NDMA . . . per day is considered reasonably safe for human ingestion based on lifetime exposure"[182] does not constitute evidence that an exposure higher than the ADI will cause harm. Indeed, as discussed throughout this report, average daily dietary exposures to preformed NDMA are multiples of the FDA ADI, endogenous NDMA production is estimated to be 3 to 4 orders of magnitude higher than the FDA ADI, and the FDA ADI is approximately 25,000-times lower than the lowest dose of NDMA shown to cause cancer in rats.

279. High-level NDMA exposure in laboratory animals is reproducibly associated with cancers of the liver, lung and kidney, and both Drs. Panigrahy and Michaels claim that there is "remarkable" and "striking" target organ concordance between human and animal chemical carcinogens. It is therefore equally remarkable and striking that four of the five cancers that Drs. Panigrahy and Michaels claim are caused by NDMA in human beings are not caused by NDMA in laboratory animals. Conversely, it is remarkable and striking that two of the three cancers that have been shown to be caused by high-level NDMA exposure in laboratory animals are not claimed by Drs. Panigrahy and Michaels as being caused by NDMA in human beings. Thus, the opinions of Drs. Panigrahy and Michaels are both logically and internally inconsistent and are, therefore, unreliable.

Contains Confidential Information – Subject to Protective Order

**Endogenous formation**

280. Drs. Panigrahy and Michaels both claim that biologically significant quantities of NDMA are formed from ranitidine following ingestion by nitrosation in the stomach under acid conditions in the presence of nitrites. Contrary to Plaintiffs' claims, there is direct, persuasive evidence published by FDA scientists that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion.[1,43] Together, the studies of Gao et al.[43] and Florian et al.[1] contradict prior published reports relied upon by Plaintiffs' experts[181] Indeed, the study of Gao et al. was intended to follow up on the very report upon which Drs. Panigrahy and Michaels rely for their opinions that NDMA is formed in vitro under simulated gastric fluid conditions by the nitrite-mediated nitrosation of DMA present in ranitidine.[181] Although these conditions were described by Braunstein et al. as "physiological", they in fact employed extremely high concentrations of 1,000-50,000 micromole/L nitrite that are considered to be 40-fold to 2,000-fold higher than the 25 micromole/L nitrite level of that is generally considered to be in the physiological range for gastric fluid in vivo. In contrast to Braunstein et al., in Gao et al., FDA scientists demonstrated that no appreciable NDMA was formed from ranitidine even at nitrite concentrations of 1,000 micromole/L, which is more than 10-times higher than the upper limit of physiological nitrite concentrations.[43] These data convincingly demonstrate that ranitidine is not converted to NDMA in biologically significant amounts following ingestion, and directly contradict Plaintiffs' experts contention. When taken together with the findings of Florian et al.,[1] which demonstrate that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion, these two studies published by FDA scientists provide compelling evidence contradicting the expert opinions of Drs. Panigrahy and Michaels. In this regard, Dr. Panigrahy states (correctly) that in Gao et al., "ranitidine conversion to NDMA was not detected until nitrite was 5000 umol/L".[43] Given that even the highest physiological levels of nitrite in the stomach are reported to be less than 100 umol/L, it is notable that Dr. Panigrahy somehow concludes that Gao et al. and Florian et al. "support regulatory actions to limit ranitidine availability".

281. Additional common-sense evidence arguing against the findings of Zeng et al.[172] and Braunstein et al.[181] and, by extension, the opinions of Drs. Panigrahy and Michaels, comes from the logical inference that if ranitidine were converted to biologically significant quantities of NDMA following ingestion, as claimed by Plaintiffs' experts, ranitidine would have been found to be both genotoxic and carcinogenic in animals. The fact that ranitidine is neither genotoxic nor carcinogenic in animals, even in the context of life-long exposure to doses of ranitidine that are many times higher than those to which human beings are ever exposed, provides additional compelling evidence that ranitidine is not converted to biologically significant quantities of NDMA following ingestion. Thus, results of animal studies are consistent with findings from FDA scientists that ranitidine is not converted to NDMA in human beings to any appreciable extent following ingestion and these, in turn, are consistent with the lack of a consistent association between ranitidine and human cancer in epidemiological studies.

**Ranitidine genotoxicity studies**

282. Both Dr. Panigrahy and Dr. Michaels claim that ranitidine itself is genotoxic. For example, Dr. Panigrahy states that "ranitidine induces genotoxicity, mutagenicity, and alters DNA repair." Contradicting their claims, and as described in detail in this report, comprehensive laboratory testing of ranitidine has demonstrated that it is non-genotoxic and non-mutagenic in a battery of different tests that cover the full spectrum of mutation types that can occur in cells, and ranitidine has also been demonstrated to be non-carcinogenic in laboratory animals even in the context of long-term exposure to doses of ranitidine that are far higher than those to which human beings are exposed. Indeed, it is the case that many of the studies to which Drs. Panigrahy and Michaels cite as providing evidence that ranitidine is genotoxic or carcinogenic are, in reality, not studies of ranitidine at all, but rather are studies of artificially nitrosated derivatives of ranitidine that were generated by experimental manipulation. Nor do Drs. Panigrahy or Michaels provide any evidence that such artificially generated nitrosated derivatives of ranitidine occur at biologically significant levels in laboratory animals or in human beings. Thus, efforts of Drs. Panigrahy and Michaels to equate the effects of artificially nitrosated derivatives of ranitidine with effects of ranitidine itself are both misleading and scientifically inappropriate.

**Occupational and dietary exposure studies**

283. Both Drs. Panigrahy and Michaels rely heavily and disproportionately on the Hidajat et al. study of occupational exposures to a variety of dusts and chemicals in rubber factory workers[152] as a basis for their opinions on the carcinogenicity of ranitidine in human beings. This study involved exposures to levels of NDMA that were far higher than Plaintiffs' claimed exposures in this litigation, by a route of exposure that was different than Plaintiffs in this litigation (inhalation rather than ingestion), and studied subjects who were simultaneously exposed to multiple potentially carcinogenic agents (rubber dust, rubber fumes, other nitrosamines) to which Plaintiffs in this litigation were not exposed, and which Hidajat et al. claim each cause a similar set of cancers. Accordingly, it is highly unlikely that the effects of exposure to NDMA in these workers could be isolated from those due to exposure to the other agents reported by these authors to cause a similar set of cancers, much less to accurately measure these exposures. Moreover, basic and essential factors in this study are unknown, as are smoking history and history of other potentially important confounding risk factors such as alcohol use. These factors preclude reliable inferences regarding the effects of oral consumption of ranitidine or oral exposure to the extremely low doses of NDMA at issue in this litigation.

284. Both Drs. Panigrahy and Michaels rely upon dietary epidemiology studies of NDMA exposure in preference to epidemiological studies of ranitidine. As discussed in detail in my report, dietary epidemiological studies focused on NDMA: (a) do not actually measure NDMA consumption in study participants; (b) do not measure the amounts of the thousands of other chemical constituents present in the food consumed by study participants; (c) cannot reliably distinguish potential effects of NDMA from the thousands of other constituents in food; (d) are unlikely to accurately measure food intake of study participants; (e) do not measure food intake

during the periods of time in which the critical events in carcinogenesis actually occur; (f) cannot rule out potential confounders and biases as explanations for any observed associations; and (g) cannot demonstrate cause and effect. For these reasons, and others, there is no medical or scientific method by which existing dietary epidemiological studies of NDMA could reliably attribute any observed differences in cancer incidence among study participants to differences in NDMA intake. In light of this, it is inappropriate to rely on dietary epidemiology studies of NDMA, or occupational studies of rubber factor workers, in preference to epidemiological studies of ranitidine.

**NDMA carcinogenicity classification**

285. Drs. Panigrahy and Michaels explicitly claim that NDMA is a known carcinogen in human beings. I am not aware of any regulatory agency that has classified NDMA as a known human carcinogen. For example, IARC has classified NDMA as a "*probable*" (*i.e.*, Class 2A) carcinogen based upon limited evidence in humans. The U.S. Environmental Protection Agency has classified NDMA as a "*Group B2: Probable human carcinogen*", which EPA defined under the 1986 guidelines as "agents for which there is 'sufficient' evidence from animal studies and for which there is 'inadequate evidence' or 'no data' from epidemiological studies".[73,151,164] The U.S. Department of Health and Humans Services has classified NDMA as "*reasonably anticipated to be a human carcinogen*".[165] The American Conference of Governmental Industrial Hygienists (ACGIH) has classified carcinogenicity of NDMA as Group A3, which denotes a "*confirmed animal carcinogen with unknown relevance to humans*".[166] This designation indicates that "*the agent is carcinogenic in experimental animals at a relatively high dose, by route(s) of administration, at site(s), or histologic type(s), or by mechanism(s) that may not be relevant to worker exposure. Available epidemiologic studies do not confirm an increased risk of cancer in exposed humans. Available evidence does not suggest that the agent is likely to cause cancer in humans except under uncommon or unlikely routes or levels of exposure.*"[166] Thus, while regulatory agencies with a safety mandate understandably and appropriately err on the side of caution by classifying NDMA as reasonably anticipated to be carcinogenic, none of these agencies has determined that NDMA *is* a known cause of cancer in human beings. Thus, the very agencies upon which Plaintiffs' experts rely and consider authoritative have determined that epidemiological evidence for a carcinogenic effect of NDMA in humans is inadequate. Yet, after evaluating essentially the same body of evidence, Plaintiffs' experts somehow arrive at a different conclusion than the "authoritative" agencies upon which they rely. Thus, Drs. Panigrahy and Michaels refer to these agencies as "authoritative", but they do not accept their conclusions about the potential carcinogenicity of NDMA in human beings. Moreover, Dr. Panigrahy's statement that "the US Environmental Protection Agency (EPA), the Agency for Toxic Substances and Disease Registry and the Department of Human Health Services state that NDMA is a human carcinogen" is a clear and blatant mischaracterization of the determinations made by these agencies. Indeed, consistent with the opinions of these agencies, and contradicting the claims of Drs. Panigrahy and Michaels, I am not aware of any body of medical or scientific evidence demonstrating that NDMA causes any type of cancer in human beings. Nor has any regulatory agency concluded that NDMA is a known cause of human cancer. Nor do Drs. Panigrahy or Michaels present evidence that NDMA

causes cancer in human beings at the doses to which Plaintiffs in the litigation could conceivably have been exposed as a consequence of ingesting ranitidine products.

**Non-genotoxic mechanisms of carcinogenicity**

286. Both Drs. Panigrahy and Michaels claim that NDMA also causes cancer by non-genotoxic mechanisms, including chronic inflammation, oxidative stress, and immunosuppression. These claims are described in detail below. As a general matter, however, the biological effects of NDMA in laboratory animals that Drs. Panigrahy and Michaels rely upon for these opinions regarding cancer causation are effects that only occur at levels of exposures to NDMA that are far higher than those required for carcinogenesis in laboratory animals, and many orders of magnitude higher than any doses of NDMA to which Plaintiffs could conceivably have exposed as a consequence of ranitidine therapy. First, Drs. Panigrahy and Michaels provide no evidence that these effects occur in animals exposed to the same range of doses of NDMA alleged to have occurred in Plaintiffs. Second, Drs. Panigrahy and Michaels provide no evidence that these effects of NDMA occur in human beings on ranitidine therapy or exposed to doses of NDMA similar to those alleged to have occurred in Plaintiffs as a consequence of ranitidine therapy. Third, contradicting their own theory of causation, the laboratory animal studies cited by Drs. Panigrahy and Michaels exclusively observed these claimed biological effects (i.e., inflammation, oxidative stress, immunosuppression) at extremely high, toxic doses of NDMA that are orders of magnitude higher than those required to cause cancer in laboratory animals. If NDMA-induced inflammation, oxidative stress, and immunosuppression cause cancer, as Drs. Panigrahy and Michaels claim, then these effects must necessarily be present at the same (or lower) doses than those sufficient to cause cancer. The fact that these effects of inflammation, oxidative stress, and immunosuppression exclusively occur at NDMA doses far higher than those required to cause cancer in laboratory animals clearly indicates that these effects cannot be taken as evidence that they mediate the carcinogenic effects of NDMA in laboratory animals. Underscoring these points, several of the studies that Drs. Panigrahy and Michaels rely upon as evidence to support these effects were conducted at extremely high, toxic doses of NDMA that are: (a) thousands of times higher than the doses at which these agents induce tumors in experimental animals; (b) millions of times higher than exposures to NDMA to which Plaintiffs were likely to have been exposed; (c) and so high as to be near lethal doses. Such studies cannot reasonably inform a scientific conclusion about the effects of these agents on the processes in question. As such, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels are unreliable.

**Inflammation**

287. Dr. Panigrahy claims that ranitidine can cause chronic inflammation in human beings. In support of this, he cites the occurrence of an idiosyncratic liver reaction that occurs in less than 0.1% of people taking ranitidine.[189] Importantly, the authors of this study state that “it is important to note that these clinical observations do not constitute definitive evidence of an inflammatory response”.[189] Moreover, I am not aware of any body of evidence whatsoever that ranitidine therapy in patients is associated with chronic inflammation.

288. Drs. Panigrahy and Michaels also claim that NDMA stimulates chronic inflammation, and that this is a mechanism by which it causes cancer. I am not aware of any body of scientific or medical evidence that NDMA causes inflammation at doses comparable to those to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products. Nor do Drs. Panigrahy and Michaels cite any such evidence. Rather, both Drs. Panigrahy and Michaels rely almost exclusively on studies in experimental animals that used far higher doses of NDMA than those sufficient to cause tumors in those animals, and far higher still than the amounts of NDMA to which Plaintiffs in the litigation are claimed to have been exposed.[190] For example, both Drs. Panigrahy and Michaels cite two studies by Boonjaraspinyo et al. as evidence that NDMA causes inflammation.[191,192] However, each of these studies treated animals with NDMA at a dose of 12.5 ppm in drinking water; this dose is substantially higher than the dose of NDMA sufficient to cause cancer in rats, and would correspond to a dose of 12,600 micrograms of NDMA per day in a 70 kg woman, which is more than 14,000-times higher than the highest dose of NDMA measured by the FDA in any ranitidine product. This fact argues against Dr. Panigrahy's suggestion that the carcinogenic effects of NDMA in animals are mediated by (hypothesized) effects of these agents on inflammation, since these effects predominantly occur at doses far higher than those causing tumors in animals.

289. A third publication that was cited by both Drs. Panigrahy and Michaels as evidence that NDMA causes inflammation, by George et al.,[193] employed doses of NDMA that were even higher than those employed by Boonjaraspinyo, above.[191,192] The dose of NDMA employed by George et al., which was administered to rats intraperitoneally, was so high that it killed 25% of rats within 14 days and 42% of rats within 21 days. Indeed, the authors stated that the marked mortality rate necessitated the termination of the study.[193] Postmortem examination of treated rats "revealed massive hepatic necrosis", ascites, jaundice, splenomegaly and a 40% decrease in body weight. That Drs. Panigrahy and Michaels would rely upon a study that employed toxic, near-lethal doses of NDMA to support their claim that (a) NDMA-induces inflammation in human beings at doses that are millions of times lower than those employed by George et al., and (b) that NDMA-induced inflammation is a non-genotoxic mechanism by which NDMA induces cancer, is astonishing. Studies performed at highly toxic, near-lethal doses cannot possibly, much less reasonably, inform a scientific conclusion about the biological effects of NDMA at the doses claimed in this litigation. As such, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels are unfounded and unreliable. Furthermore, that Drs. Panigrahy and Michaels would choose to present such evidence, while neglecting to alert the reader to the fact that the doses at which these studies were carried out were so phenomenally high as to be unreliable and irrelevant to the question at hand, is misleading and scientifically inappropriate.

290. In addition, demonstrating that cancers caused by NDMA in experimental animals contain inflammatory cells does not provide evidence that NDMA-induced inflammation causes cancer. Cancers both incite an immune response against themselves within their host, and cancers can also cause inflammation as a consequence of inflammatory mediators that they may release. These, in turn, may cause the influx of immune cells into a cancer. Consequently,

observing the presence of immune cells in a cancer cannot reasonably be interpreted as providing evidence that inflammation caused the formation of the cancer. In doing so, Plaintiffs' experts confuse cause and effect, again highlighting the unreliable nature of their methodology.

291. Inflammation is a medical term that describes the body's response to injury and is characterized by an influx of white blood cells from the immune system, changes in the vasculature, redness, heat, pain, swelling and alterations in a variety of cytokines and signaling pathways. Inflammation is ordinarily a protective response that is both beneficial to the organism and essential for life, since it is typically aimed at resolving cellular injury, repairing damaged tissues, and restoring normal tissue function.

292. The immune cells involved in inflammation may include cells of the innate immune system, such as macrophages, neutrophils and eosinophils, as well as cells of the adaptive immune system, such as T and B lymphocytes. As the many cell types and cell-cell interactions involved in the innate and adaptive immune response to inflammation are extraordinarily complex and context-dependent, the term "inflammation" encompasses a broad array of host responses to different types of injuries in different sites in the body that, in turn, may be initiated by a broad array of stimuli. As such, the effects of "inflammation" on any process in question must be studied in the specific context in which it occurs in order to evaluate the various, potentially conflicting effects that it may have.

293. The cells of the immune system constitute an important defense mechanism against the development and growth of human cancers. For example, activation of inflammatory cells by cytokines and cell-cell interactions constitutes an important element of the immune response to abnormal cells and cancer cells, in a process referred to as "immunosurveillance". At the same time, chronic inflammation has been implicated in a number of human cancers. Thus, inflammation is known to have both pro- and anti-tumorigenic effects. Accordingly, the observation that immune cells are present within a tumor does not provide information on the functional consequences of those immune cells on the existing tumor (if any), nor any reliable indication of whether immune cells played any role in the development of that tumor, positive or negative. Indeed, a number of recent studies have revealed that the presence of immune cells within some human cancers is a *positive* prognostic sign associated with better patient outcome, and their presence has been interpreted as possibly reflecting an immune response against the tumor.[194-196]

294. For the above reasons, "inflammation" can play both positive and negative roles in human disease. More specifically, the immune system plays both pro-tumorigenic and anti-tumorigenic roles.[197-199] These interactions are complex and change over time. They are not monolithic, as Drs. Panigrahy and Michaels suggest.

295. Further highlighting the complex nature of the relationship between inflammation and cancer, chronic systemic inflammatory states are not consistently associated with increased risks of carcinomas. For example, rheumatoid arthritis (RA) is associated with increased systemic levels of pro-inflammatory cytokines such as Tumor Necrosis Factor (TNF), Interleukin

1 (IL-1) and Interleukin 6 (IL-6). Despite this systemic, chronic inflammatory state, RA is associated with a decreased risk of colorectal cancer and breast cancer, and an increased risk of lung cancer. In an analogous manner, Systemic Lupus Erythematosus (SLE) is a chronic inflammatory disease mediated by elevations in pro-inflammatory cytokines, such as TNF, IL-1 and interferons. SLE is associated with a decreased risk of breast, ovarian and endometrial cancer. In contrast, risks of hematologic malignancies, such as leukemias and lymphomas, may be elevated in chronic inflammatory states, such as RA and SLE. As such, the association of chronic inflammation and cancer may be positive, negative, or non-existent and is dependent on cancer type.

296. There is clear evidence that inflammation is caused by cancers. That is, the same mutations within tumor cells that cause cancer also induce changes in the tumor's microenvironment, and these changes may include inflammation.

297. In contrast, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. I am not aware of any compelling body of scientific evidence that inflammation causes mutations, or is sufficient to cause cancer, in human beings. And even if we were to assume that inflammation did cause cancer, there are many types of inflammation, including obesity, chronic inflammatory conditions, acute inflammatory conditions, responses to physical injury, etc. whose effects could not logically be separated from the inflammation postulated to occur as a consequence of NDMA exposure.

298. Irrespective of generalizations regarding the potential positive or negative effects of inflammation on the development of different types of cancer, it is essential to note that inflammation has not been demonstrated to cause cancer in humans. In this regard, while it is possible that inflammation and the immune system may play positive or negative roles at different stages of tumor development and progression, it is impossible to know what impact these factors may have had, if any, at any specific stage in a particular patient's cancer. Moreover, while inflammation and the immune system may influence the behavior of human cancers, cancer is fundamentally a genetic disease that is generated and driven by the particular mutations in oncogenes and tumor suppressor genes present within each tumor. As such, while it may be difficult, if not impossible, to ascertain what role, if any, inflammation or the immune system may have had on a particular patient's cancer, positive or negative, it clearly is possible to conclude that the mutations present in critical genes within each cell of that cancer are principally responsible for its development and behavior.

299. Nevertheless, to the extent that inflammation may play a role in the development or progression of some human cancers, there are numerous sources of inflammation in humans that impinge on all tissue types at risk for cancer development.

300. As an example of the multiple potential endogenous sources of inflammation in humans, it is now widely appreciated that obesity is associated with a chronic inflammatory state. In this regard, it is also clearly established that obesity is a risk factor for many types of

human cancer. The mechanisms underlying the association between obesity and cancer risk have yet to be fully elucidated, but several hypotheses have been proposed. These include hyperinsulinemia and increased bioavailability of insulin-like growth factors, changes in adipokines such as leptin, adiponectin and hepatocyte growth factor (HGF), increased bioavailable estradiol levels, and increased levels of inflammatory cytokines such as IL-6 and TNF-alpha. The levels of several of the above hormones, growth factors and cytokines have been associated with alterations in cancer risk. Further, there are undoubtedly many other biological differences between obese and non-obese individuals that are relevant to cancer etiology and risk that have yet to be elucidated. As such, to the extent that chronic inflammation may play a role in the pathogenesis of human cancers, obesity could not be discounted as a cause of that inflammation.

301. One mechanism by which some Plaintiffs' experts have suggested that inflammation might contribute to carcinogenesis is through reactive oxygen species (ROS) generation by inflammatory cells, which might theoretically contribute to the generation of mutations in non-tumorigenic cells. Importantly, this mechanism is largely, if not entirely, hypothetical as ROS generated by inflammatory cells would have to cross the extracellular space, gain entrance into the cell of origin for cancers, cross the cytoplasm and gain entrance into the nucleus in order to be able to engender DNA damage. Since ROS are generally believed to be very short-lived molecular species, this is highly unlikely to be a substantial source of mutations compared to the abundant ROS that are produced within each cell by mitochondria. As such, to the extent that ROS may contribute to DNA damage and the generation of mutations within human cells, the offending ROS are most likely generated within those cells by mitochondrial processes. Regardless, there is no reliable scientific method by which the relative contributions of ROS produced by mitochondria and ROS produced by inflammatory cells could be ascertained.

**Immunosuppression**

302. Dr. Panigrahy claims that ranitidine induces immunosuppression in patients taking this medication, and that this immunosuppression can then facilitate the development of cancer. In addition, both Drs. Panigrahy and Michaels claim that NDMA can cause immunosuppression, and that this constitutes a non-genotoxic mechanism by which NDMA can cause cancer in patients who have ingested ranitidine products.

303. First, and most importantly, from a clinical perspective, immunosuppression is associated with an increased incidence of cancer almost exclusively in situations in which immunosuppression is pronounced, if not profound (*e.g.*, pharmacologic immunosuppression post-organ transplantation, advanced HIV-AIDS, etc.). However, even profound immunosuppression in patients is only associated with certain types of cancers, and these are not the common epithelial cancers (stomach, pancreas, bladder, and esophageal) that Drs. Panigrahy and Michaels claim are caused by the ingestion of ranitidine products in this litigation. Moreover, the increase in liver cancer that is seen in some profoundly immunosuppressed patients is due to infection with hepatitis B and hepatitis C viruses, which is not the mechanism of action that Drs. Panigrahy and Michaels posit for NDMA in this litigation (*i.e.*, reduced immunosurveillance). Most importantly, immunosuppressed patients frequently

have clinical symptoms, such as opportunistic infections – indeed, that is typically how they are recognized as being immunosuppressed. In this regard, I am aware of no body of scientific or medical evidence whatsoever that patients taking ranitidine products or, for that matter, people exposed to NDMA experience any clinically meaningful level of immunosuppression. Thus, Dr. Panigrahy's claim that ranitidine induces immunosuppression, which in turn induces cancer, lacks any credible scientific or medical foundation.

304. Dr. Panigrahy claims that "ranitidine can induce immunosuppression", in support of which he cites Hahm et al.[200] In actuality, Hahm et al. reports an immunostimulatory effect – not an immunosuppressive effect – of ranitidine in the setting of cancer. Moreover, the effect described for ranitidine was even more pronounced than it was for cimetidine, another H2R antagonist, such that the authors suggestion that H2R antagonists as a class might be beneficial in stimulating the immune system is contrary to the Plaintiffs' central theory of causation. That Dr. Panigrahy would cite this article as supporting a role for ranitidine in immunosuppression, when in fact it suggests the opposite, is a concerning misrepresentation of the data described.

305. A second publication cited by Dr. Panigrahy to support his contention that ranitidine causes immunosuppression in patients, Meghnem et al. 2021,[201] treated subjects with 900 mg per day of ranitidine and showed evidence for modest effects on some immune cell types, but not others. Importantly, there was no suggestion that these study subjects were immunosuppressed in the clinical meaning of this term. Moreover, since this dose is three times higher than that used clinically, generalizations from this study would be tenuous.

306. Both Dr. Panigrahy and Dr. Michaels also claim that NDMA causes immunosuppression and that this "key characteristic" contributes to its ability to cause cancer. I am not aware of any body of scientific or medical evidence that NDMA causes immunosuppression at doses comparable to those to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products. Rather, as in the case of their claims regarding inflammation, Drs. Panigrahy and Michaels rely on studies in experimental animals that used markedly higher doses of NDMA than those sufficient to cause tumors in those animals, and far higher still than the amounts of NDMA to which Plaintiffs in the litigation could conceivably have been exposed.[202-204] For example, in support of their contention that chronic exposure to NDMA induces immunosuppression of cellular and humoral responses in mice, both Drs. Panigrahy and Michaels cite Desjardins et al. (1992).[202] In fact, Desjardins et al. states: "No visible changes in immunological parameters were noted at the 1 ppm NDMA dose."[202], even though this is a dose that is more than sufficient to induce tumors. Rather, Desjardins et al. only reported immunological suppression in mice at 10-20 ppm NDMA in drinking water, which the authors note also resulted in the development of ascites, hepatotoxicity, and dose-related mortality as early as 45 days after initiating treatment. Indeed, Desjardins et al. concluded that NDMA "suppressed humoral and cellular immunity" at "hepatotoxic (ascites-inducing) doses".[193] Dr. Michaels cites additional studies to support his contention that NDMA induces immunosuppression, each of which administered NDMA to mice at doses of 1.5-5.0 mg/kg.[205,206] These doses were highly toxic, resulted in ascites in mice, are 44 to 147-times higher than those required to induce tumor formation in laboratory rats,

and are more than 100,000-times higher than the highest NDMA dose measured by the FDA in any ranitidine product. Thus, the studies that Drs. Panigrahy and Michaels cite in actuality contradict their claim that the carcinogenic effects of NDMA in animals are mediated by the (hypothesized) ability of NDMA to induce immunosuppression, since NDMA-induced immunosuppressive effects only occur at doses that are substantially higher than those that are sufficient to induce tumors in laboratory animals. Thus, as in multiple other instances in their reports, the very publications that Drs. Panigrahy and Michaels cite in support of their claims actually provide evidence against them.

307. In addition, as with the studies cited by Drs. Panigrahy and Michaels regarding NDMA and inflammation, the studies cited by Drs. Panigrahy and Michaels regarding NDMA and immunosuppression were performed at highly toxic doses that do not inform a scientific conclusion about the biological effects of NDMA at the doses claimed in this litigation. Moreover, the fact that these effects can only be shown to occur at doses of NDMA that far exceed those required to induce tumors argues against the claim made by Drs. Panigrahy and Michaels that immunosuppression is a non-genotoxic mechanism by which NDMA can cause cancer. As illustrated with their treatment of inflammation, the opinions of, and methodology employed by, Drs. Panigrahy and Michaels pertaining to immunosuppression are unfounded and unreliable. Furthermore, that Drs. Panigrahy and Michaels would choose to present such evidence, while neglecting to alert the reader to the fact that the doses at which these studies were carried out were so high as to be irrelevant to the doses at question in this litigation, is misleading and inappropriate.

**Oxidative Stress**

308. Dr. Panigrahy claims that ranitidine "can stimulate oxidative stress", and that this is a key characteristic of carcinogens – ostensibly that oxidative stress can contribute to the transformation of a normal epithelial cell to a cancer cell. The single piece of evidence that Dr. Panigrahy cites to support this claim is Nielsen et al. (1990)[207]. In actuality, this publication examined the effects of ranitidine in multiple myeloma patients on the ability of monocytes, a type of white blood cell, to fight infection, since "production of oxygen radicals constitutes the most important mechanism of monocyte killing activity against microorganisms and malignant cells." Thus, the authors' demonstration that ranitidine increased the activity of monocytes (*i.e.*, was immunostimulatory), as evidenced by increased production of superoxide anion by monocytes, led them to conclude that "ranitidine may be of beneficial impact in the treatment of multiple myeloma". Thus, while Dr. Panigrahy cites this publication as supporting his contention that ranitidine increases reactive oxygen species, and thereby contributes to neoplastic transformation, there is no evidence in this publication whatsoever that ranitidine increases oxidative stress in epithelial cells.

309. Both Drs. Panigrahy and Michaels also claim that NDMA induces oxidative stress, and that this "key characteristic" contributes to the ability of NDMA to cause cancer. For example, both Drs. Panigrahy and Michaels cite and Kiziltas et al.,[208] and Dr. Panigrahy additionally cites Ahotupa et al.,[190] as evidence supporting their opinion that NDMA causes oxidative stress. As with their claims regarding effects of NDMA on inflammation and immunosuppression, their

claims regarding oxidative stress inappropriately rely upon effects of NDMA that principally occur at toxic doses of these agents that are far higher than those that cause cancer in animals, and many orders of magnitude higher than levels of NDMA to which Plaintiffs in this litigation could conceivably have been exposed. In fact, each of these studies administered NDMA at doses of approximately 1-10 mg/kg to rats. These doses are on the order of 30-300-times higher than the lowest NDMA daily dose shown to induce liver tumors in rats, and are many thousands of times higher than the highest conceivable doses of NDMA to which Plaintiffs in this litigation could have been exposed. Similarly, both Drs. Panigrahy and Dr. Michaels cites various studies by Ratajczak-Wrona et al.[204,209,210] as evidence that NDMA induces the formation of reactive oxygen species in white blood cells. However, examination of these studies reveals that they employed the in vitro treatment of white blood cells with extraordinarily high concentrations of NDMA (0.74-10 mg/ml), which are concentrations of NDMA so high that could not conceivably be reached in living organisms.[204,209,210] That Dr. Panigrahy and Dr. Michaels rely upon studies that use what are clearly extraordinarily high, toxic doses of NDMA that are tens of thousands of times higher than the exposures at issue in this litigation, is scientifically unfounded and inappropriate.

**Initiation and Promotion**

310. Drs. Panigrahy and Michaels claim that ranitidine both initiates and promotes the formation of cancers. Agents that act as initiators and promoters cause mutations (*i.e.*, are mutagens). Since ranitidine is not a mutagen, it cannot initiate or promote new cancers. Moreover, animal studies clearly demonstrate that ranitidine does not initiate or promote new cancers (*i.e.*, it does not cause cancer). Moreover, since there are no human data linking NDMA exposure to cancer development, all conclusions are, by necessity, based on extrapolations from animal data.

311. Drs. Panigrahy and Michaels also claim that exposure to NDMA in ranitidine products can promote cancer growth. If by "promote cancer growth", Plaintiffs' experts mean that NDMA can cause existing cancers to grow/proliferate more rapidly, I am not aware of any body of medical or scientific evidence that exposure to NDMA at levels to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products accelerates the growth of existing cancers. Nor do I find credible evidence to support this claim provided in either Dr. Panigrahy's or Dr. Michaels' reports.

312. The expert reports of Drs. Panigrahy and Michaels are characterized by other misrepresentations of evidence, particularly with respect to the inappropriate citation of publications to support statements that are, in actuality, not supported by the publication cited, as well as by the arbitrary and subjective selection of certain pieces of data to highlight, while ignoring the much larger body of data that undercuts, if not invalidates, their conclusions. As a consequence of these and the other shortcomings, the methodologies employed by Drs. Panigrahy and Michaels as experts are arbitrary, subjective and unreliable.

**Microenvironment**

313. Both Dr. Panigrahy and Dr. Michaels claim that ranitidine and NDMA stimulate tumor progression by acting on the tumor microenvironment. Developing tumors cause changes in their microenvironment that are driven by the same mutant oncogenes and tumor suppressor genes that drive the formation of the cancer. That is, developing cancer cells cause changes in their microenvironment that are driven by mutations within cancer cells. While the microenvironment can affect existing cancers, exerting an effect on a cancer that already exists is not the same as saying that the microenvironment causes the cancer to form. The presumptive carcinogenic mechanism of action of NDMA in animals is genotoxicity-induced mutation. These mutations occur in the cells that go on to become tumor cells – not in the stromal cells that compose the microenvironment.

**Additional Responses to the Report of Dr. Dipak Panigrahy**

314. Beyond the issues raised above, there are numerous other arbitrary, subjective, misleading and unreliable aspects of Dr. Panigrahy's report. For example, in July 2021, Dr. Panigrahy submitted a Rule 26 expert report in the valsartan litigation (In Re Valsartan, Losartan, and Irbesartan Products liability litigation, MDL No. 2875) concerning the potential carcinogenic effects of NDMA present in some valsartan medications. Despite the fact that his opinions regarding the biological effects of NDMA are based on the same body of scientific literature and evidence as is at issue in this litigation, Dr. Panigrahy's conclusions have changed. Six months ago, in the valsartan litigation, Dr. Panigrahy concluded that NDMA causes colon cancer, rectal cancer, kidney cancer, lung cancer, prostate cancer, non-Hodgkin's lymphoma, leukemia, and multiple myeloma – in addition to the five cancers claimed in the ranitidine litigation (gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer). In this current litigation, Dr. Panigrahy no longer concludes that NDMA causes colon cancer, rectal cancer, kidney cancer, lung cancer, prostate cancer, non-Hodgkin's lymphoma, leukemia, or multiple myeloma in human beings. That Dr. Panigrahy now appears to have reached different conclusions regarding the carcinogenic effects of NDMA in human beings based on the same body of scientific evidence indicates to me that his methodology is unreliable.

315. Similarly, six months ago in his Rule 26 expert report in the valsartan litigation, Dr. Panigrahy wrote extensively about his conclusion, based on his evaluation of the scientific literature, that NDMA is able to cause cancers in human beings with a remarkably short latency period that is on the order of a few months. Dr. Panigrahy also wrote extensively about his conclusion from the scientific literature that, "dormant" (*i.e.*, non-growing) cancers exist in human beings and that NDMA can "reawaken" those supposedly dormant cancers and cause them to resume growth. Notably, neither of those claims appears in Dr. Panigrahy's expert report in this current litigation. That Dr. Panigrahy again appears to have reached very different conclusions regarding the carcinogenic effects of NDMA, based on the very same body of scientific evidence, provides additional evidence that his methodology is unreliable.

316. It is also notable that the five cancers to which Dr. Panigrahy now restricts his causation conclusions are precisely the same five cancers that Plaintiffs' expert Dr. McTiernan claims are

related to ranitidine based on epidemiological evidence. That is, six months ago, Dr. Panigrahy reached the scientific conclusion that NDMA causes 13 different types of human cancers. However, coincident with Dr. McTiernan's expert report stating that she only finds compelling epidemiological evidence for an association with five human cancers, Dr. Panigrahy now appears to reach a different conclusion than he did just six months earlier. Beyond suggesting, yet again, that Dr. Panigrahy's methodology is unreliable, this shift in Dr. Panigrahy's opinions to conform to those of another Plaintiffs' expert raises the question of whether his expert opinions are, in fact, the product of independent thought.

317. Dr. Panigrahy states in his report here that "Recent exposure to potent carcinogens, like NDMA, is more likely to be a significant factor in cancer causation than historical exposures of other agents[82]". In fact, the opposite would be expected to be true based on our understanding of the mechanisms of action of mutagens and the long latencies for human cancer. For example, for a hypothetical woman exposed to high doses of medical x-rays as an adolescent, and then again as a 50-year old, who is diagnosed with breast cancer at age 52, it is undeniably the case that the x-ray exposure that occurred during adolescence would be considered a more "significant" causal factor than the exposure that occurred at age 50, two years prior to diagnosis, in part because this latency is far too short to be plausibly related. I am therefore at a loss to understand the basis for Dr. Panigrahy's counter-intuitive statement, and I find no evidence provided in his report to support this claim, which is contradicted by fundamental tenets of cancer biology. Moreover, the publication that Dr. Panigrahy cites in support of his claim actually draws the opposite conclusion from that of Dr. Panigrahy – namely, that an "exposure to a chemical carcinogen during a student's summer job may be easily neglected 30 or 40 years later. Yet, the present assessment suggests that a single large exposure may be an important potential risk factor to consider."[211]

318. Contrary to Dr. Panigrahy's interpretation, Peto et al. 1991 did not claim to demonstrate that the dose-response to NDMA remains linear at doses substantially below 1 ppm.[149,150] Indeed, animals dosed with levels of NDMA at 0.033, 0.066, 0.132 and 0.264 ppm in this study did not have an elevated incidence of cancer compared with controls. Rather, Peto et al. assumed that the linear relationship between NDMA dose and cancer incidence observed at high doses would be maintained at lower doses of NDMA that were too low to permit detection of an increase in cancer incidence relative to background cancer levels in control animals. As Peto et al. stated: "This provides us with what is probably a reasonably reliable estimate (despite the practical impossibility of direct confirmation) of the effects of ppb nitrosamine concentrations *on rats* under these experimental circumstances, but it does not provide reliable information as the effects of ppb nitrosamine concentrations in *humans*, and it would be a serious distortion of these experimental results to suggest otherwise."[150]

**"Key" Characteristics of Carcinogens**

319. Dr. Panigrahy argues that NDMA – as well as other agents – can be conclusively demonstrated to be human carcinogens based upon how many "key" characteristics these agents share with known carcinogens. This is an oddly indirect argument that attempts to circumvent a basic truth: an agent can definitively be considered a human carcinogen if, and

only if, it causes cancer in human beings. Similarly, an agent can be considered to be an animal carcinogen in a particular species if, and only if, it can be demonstrated to cause cancer in that particular species of animal. That is the definition of a carcinogen. If an agent cannot be shown to cause cancer, then it cannot be conclusively determined to be a carcinogen. Accordingly, the number of "key characteristics" that NDMA may share with known carcinogens cannot, in principle, provide conclusive evidence that NDMA is a human carcinogen. Moreover, the identification of an agent as an animal carcinogen does not mean that it is a meaningful human carcinogen. Indeed, multiple carcinogens reported to cause tumors in rats and/or mice have not been implicated as likely causes of human cancer[212].

320. The notion advanced by Dr. Panigrahy that the potency of a carcinogen is proportional to the number of "key characteristics" that Dr. Panigrahy opines that it has (*i.e.*, an agent that possesses nine key characteristics is a more potent carcinogen than an agent that possesses four key characteristics) is not a generally accepted approach in the broader scientific community. The potency of a carcinogen is a quantitative measure of how many molecules of that substance are required to cause cancer in a particular experimental system – not the number of "key characteristics" that it may or may not possess. It is also worth noting that most, if not all, of the "key" characteristics of carcinogens that Dr. Panigrahy cites are characteristics that are also possessed by numerous endogenous molecules.

**Epigenetics**

321. Dr. Panigrahy claims that NDMA induces epigenetic alterations, which he equates (inappropriately) with DNA methylation to generate $O^6$-methylguanine and $N^7$-methylguanine residues, and that these "epigenetic" alterations induced by NDMA contribute to its ability to cause cancer. This claim reflects a failure to understand the most basic elements of epigenetics. First, epigenetic regulation is a normal physiological process that typically involves methylation of cytosine residues in DNA to generate 5-methylcytosine residues, which most commonly occurs at CpG dinucleotides. The result of this epigenetic regulation is a heritable alteration in gene expression of the gene at that site in the genome. Second, NDMA does not generate 5-methylcytosine residues; thus, its methylation of DNA does not qualify as an epigenetic regulation. Third, NDMA methylates different DNA bases (not cytosine) to generate $O^6$-methylguanine, $N^7$-methylguanine, and $N^3$-methyladenine. These covalent DNA modifications are not a product of the DNA epigenetic regulatory machinery and such methylated DNA nucleotides are not used by the epigenetic machinery of the cell to regulate gene expression. Fourth, in contrast to the normal physiologic role played by 5-methylcytosine residues in CpG islands in gene expression, methylated bases such as $O^6$-methylguanine constitute covalent adducts that are recognized by the cell as forms of DNA damage that must be repaired prior to DNA replication in order to prevent the occurrence of mutations. Thus, far from constituting epigenetic regulation, the DNA adducts caused by NDMA constitute forms of DNA damage that the cell attempts to repair. Indeed, organisms have evolved a broad array of molecular systems that are capable of repairing precisely these types of DNA damage. For these reasons, the methylation of DNA nucleoside bases by NDMA cannot be viewed as examples of epigenetic regulation.

322. Furthermore, it bears noting that many epigenetic changes that are believed to play a role in cancer are actually mutations in epigenetic regulators. In this way, epigenetic regulators are no different than other oncogenes or tumor suppressor genes in which mutations accumulate in a step-wise manner to result in the development of a cancer cell.

323. That Dr. Panigrahy would propose that the methylated DNA adducts generated by NDMA somehow constitute "epigenetic regulation" is a stunning misunderstanding of both epigenetics and the effects of NDMA.

**Cancer progression**

324. As evidence that ranitidine can cause cancer progression, Dr. Panigrahy states: "Animal studies have shown that H2RAs, including ranitidine, can induce gastric carcinoids, potentially due to secondary hypergastrinemia, which in turn exerts a trophic effect on the gastric ECL cells . . . . These studies support that ranitidine can act as a tumor-promoter." Dr. Michaels also cites this effect observed in some rat studies. In fact, the formation of gastric carcinoids in response to chronic H2R antagonism is a rat-specific mechanism of enterochromaffin hyperplasia that has no clinical relevance, either for carcinoid formation or for cancers of epithelial tissues, as are claimed in this litigation.[45] Carcinoid formation in the rat is simply a physiological response of gastrin-producing cells in the stomach to the suppression of acid production.[213,214] As is well known, H2R antagonists do not cause carcinoids in human beings or, to my knowledge, in other animal models.[45,214] Not only does this not constitute evidence that ranitidine causes cancer progression in human beings, but – even if it were true (it is not) – it would constitute a class effect, and not an effect specific to ranitidine, which would contradict the Plaintiffs' central theory of causation.

325. Contrary to Dr. Panigrahy's claim that "continued exposure to NDMA can cause an existing cancer to grow, metastasize and otherwise interfere with cancer therapy", I am not aware of any body of medical or scientific evidence that exposure of an existing cancer to NDMA at levels to which Plaintiffs in this litigation could conceivably have been exposed as a consequence of ingesting ranitidine products alters the metastatic behavior, or response to therapy of existing cancers. Nor do I find evidence to support this claim provided in Dr. Panigrahy's report.

326. Of particular interest, Dr. Panigrahy cites an experiment in which melanoma cells were delivered to the lungs of mice by injection into the bloodstream. The publication that Dr. Panigrahy cites reports that injection of "several H2R antagonists (including ranitidine, tiotidine, famotidine, and cimetidine)" increased the ability of melanoma cells to grow in the lung.[215] Putting aside the fact that melanoma is not an alleged cancer in this litigation, Dr. Panigrahy argues that H2R antagonists as a class promote cancer metastasis. Most importantly, I am aware of no credible body of evidence, either in animal models or in human beings, that H2R antagonists promote cancer metastasis. However, it also bears noting that this proposed class effect of H2R antagonists directly contradicts Plaintiffs biological theory of causation, in which supposed pro-tumorigenic effects of ranitidine are mediated by the formation of NDMA, as such effects would have to be specific for ranitidine, and not shared by other H2R antagonists.

**Cancer Causation**

327. Dr. Panigrahy claims that ranitidine causes gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer in human beings. Beyond the evidence presented throughout my report to contradict this claim, additional evidence indicating the unsupported nature of Dr. Panigrahy's claims are provided below.

328. Dr. Panigrahy's primary source of support for his claim that ranitidine causes cancer in human beings is studies of laboratory animals administered high doses of NDMA. Dr. Panigrahy claims that: "for those chemicals identified as carcinogenic to humans, experiments in animals have shown remarkable target organ concordance, meaning the same cancer types that chemicals cause in animals could occur in humans". It is therefore of interest that Peto (1991)[149,150], which Dr. Panigrahy characterizes as "a landmark publication" failed to find dose-dependent increases in cancer attributable to NDMA for the stomach, esophagus, bladder, or pancreas. In fact, not a single one of the more than ~2,000 rats administered NDMA in Peto's study developed esophageal cancer.[149,150] As noted above, despite Dr. Panigrahy's claim that there is "remarkable target organ concordance" between human and animal chemical carcinogenicity, four of the five cancers that he claims are caused by NDMA in human beings are not caused by NDMA in laboratory animals and, conversely, two of the three cancers that have been shown to be caused by high-level exposure to NDMA in laboratory animals are not claimed by Dr. Panigrahy to be caused by NDMA.

329. As articulated throughout this report, one of the most compelling reasons arguing against Dr. Panigrahy's claim that NDMA derived from ranitidine causes gastric cancer, esophageal cancer, bladder cancer, pancreas cancer, and liver cancer in human beings is that the NDMA exposures claimed in this litigation are orders of magnitude lower than the lowest dose of NDMA that has been shown to cause cancer in laboratory animals. That is, the maximum theoretical cumulative dose of NDMA to which Plaintiffs in this litigation may have been exposed is still far too low to cause cancer, either in laboratory animals or in human beings.

330. In addition to his failure to address dose of exposure, many of the pieces of evidence that Dr. Panigrahy assembles to support his cancer causation claims in individual tissues amount to little more than a list of unrelated, selectively chosen observations that are often times irrelevant and, in no case, demonstrate that ranitidine causes the cancer claimed. For example, two of the main types of evidence that Dr. Panigrahy marshals to support his contention that ranitidine causes cancers of the liver, stomach, esophagus, pancreas and bladder is that these tissues express CYP2E1, the enzyme that is capable of metabolizing NDMA, and that laboratory animals administered high doses of NDMA have been reported to form DNA adducts in some of these tissues. This threshold of proof is far lower than what is required to demonstrate causation, as there are numerous additional requirements that would have to be fulfilled to arrive at this conclusion. Ranitidine administered to animals does not cause cancers of the tissues claimed by Plaintiffs. Nor does oral administration of NDMA itself at doses comparable to those to which Plaintiffs might reasonably have been exposed cause cancer in laboratory animals in the tissues claimed. In fact, NDMA does not cause cancers in

any tissues of any laboratory animals at doses of NDMA comparable to those to which Plaintiffs might reasonably have been exposed as a consequence of ranitidine therapy. Simply demonstrating that tissues of animals express CYP2E1, or can metabolize NDMA when administering to laboratory animals at doses that are many orders of magnitude higher than those to which Plaintiffs might have been exposed as a consequence of ranitidine therapy does not constitute a credible argument for cancer causation in these tissues.

331. As one example of how unreliable Dr. Panigrahy's argument is for cancer causation, as evidence that NDMA causes bladder cancer Dr. Panigrahy cites Chala et al., "Development of urinary bladder pre-neoplasia by Schistosoma haematobium eggs and chemical carcinogen in mice".[216] Schistosoma haematobium (urinary blood fluke), which causes schistosomiasis (or bilharziasis), is a known cause of bladder cancer and has been classified by IARC as a Class 1 carcinogen; that is, IARC considers Schistosoma haematobium to be a known cause of bladder cancer, for which there is greater evidence of carcinogenicity than for NDMA. In the experiment reported by Chala et al., investigators implanted eggs of Schistosoma haematobium into the bladder wall of mice in order to initiate bladder cancer.[216] Mice were then given continuous exposure to NDMA in drinking water for up to 36 weeks at a level that is >10-times the dose known to cause liver cancer in rodents. Despite this, the authors specifically state that no tumors formed in this experiment. In light of the fact that no cancers formed in this experiment, despite the fact that Schistosoma haematobium is considered to be a Class 1 carcinogen by IARC, and despite the administration of high doses of NDMA to mice for up to 36 weeks, I am at a complete loss to understand how Dr. Panigrahy could characterize this experiment as demonstrating that "NDMA acts as a tumor-promoter slowly transforming normal bladder cells into bladder cancer cells". In my opinion, Dr. Panigrahy's characterization is both false and misleading, and further calls into question the reliability of his methodology in assessing cause and effect, as well as the reliability of his characterization of the publications to which he cites.

332. As a second example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, in discussing his claim that ranitidine can cause pancreatic cancer Dr. Panigrahy states that "ranitidine can cause gastric carcinoid in a patient" and "there are also reports of duodenal carcinoid tumors in patients administered long term treatment with ranitidine". Putting aside the fact that no association has ever been demonstrated for ranitidine and carcinoid tumors in human beings, and putting aside the fact that Dr. Panigrahy is referring to something so rare as to be the subject of case reports in the literature, I can see no reliable foundation for why Dr. Panigrahy considers the coincidental occurrence of carcinoid tumors in patients taking ranitidine to be relevant to pancreas cancer. Pancreas cancer is an epithelial tumor of the pancreas. The carcinoid tumors to which Dr. Panigrahy refers are neuroendocrine tumors of the stomach and duodenum. There is simply no meaningful biological relationship between these entities. While Dr. Panigrahy states that "these gastrointestinal cancers relate to pancreatic cancer via similar biomechanism of action of ranitidine via the key characteristic of carcinogens", this would appear to be just another way of stating that if ranitidine causes carcinoids in human beings (it does not), then it must be able to cause any other type of cancer in human beings. Even putting aside the fact that ranitidine does not cause carcinoids in

human beings, and putting aside that the mechanism that Dr. Panigrahy postulates (elevated gastrin secondary to suppression of gastric acidity) would not be specific for ranitidine (as would be required of Plaintiffs' biochemical theory of causation), an association between ranitidine and carcinoid formation cannot provide evidence that ranitidine causes pancreas cancer or any of the other types of epithelial cancers (e.g., stomach, liver, esophagus, and bladder) claimed by Dr. Panigrahy, since these types of cancer are not caused by elevated levels of circulating gastrin.

333. As a third example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, in further attempting to support his claim that ranitidine causes pancreas cancer, Dr. Panigrahy states that "ranitidine exposure was associated with an increased risk of hospitalization for acute pancreatitis, as were alcohol abuse and gallstones", the relevance of which he claims is that "pancreatitis is a risk factor for pancreatic cancer". I am aware of no body of data supporting Dr. Panigrahy's apparent claim that ranitidine causes pancreas cancer by causing pancreatitis. Indeed, the very publication that Dr. Panigrahy cites, states that: (a) although an association between ranitidine and pancreas cancer risk was observed, "no definitive exposure-response relationships between these medicines and cancer risk were observed"; (b) "a recent study of over 65 million American adults reported that users of ranitidine have a lower risk of pancreatic cancer than users of famotidine ($OR_{adj}$ 0.63, 95%CI (0.61, 0.65)"; and (c) "there is little evidence that commonly-prescribed medicines associated with inflammation of the pancreas are also associated with pancreatic cancer".[68] Once again, Dr. Panigrahy misrepresents the very publications that he cites, and the very publication that he cites argues against his contention.

334. As a fourth example of the unreliable nature of Dr. Panigrahy's argument for cancer causation, he claims that NDMA from ranitidine causes esophageal cancer. Given Dr. Panigrahy's claim that "for those chemicals identified as carcinogenic to humans, experiments in animals have shown remarkable target organ concordance", as well as his characterization of Peto et al. as "a landmark publication in the field of carcinogenesis"[149,150]. It is notable that Dr. Panigrahy does not mention, much less address, the fact that not a single esophageal cancer was identified in the ~2,000 rats given NDMA in the Peto study.[149,150] Rather, the evidence that Dr. Panigrahy cites in support of his claim is focused almost exclusively on reports that human esophageal tissue in vitro is capable of metabolizing NDMA to generate similar DNA adducts as observed in laboratory animals. As Dr. Panigrahy states, "these NDMA-induced adducts and the metabolic pathways leading to them are similar to those found in experimental animals who developed NDMA-induced cancer[375]. Thus we can extrapolate the results of NDMA causing cancer in animals directly to humans[375]. . . . Thus, it makes biological sense that the esophagus would have an increased risk of cancer development after ingestion of NDMA." First, a claim that something makes "biological sense" is not a valid scientific argument. Second, for the reasons articulated throughout this report, the ability of a tissue to metabolize an agent cannot be equated with the demonstration that that agent causes cancers in that tissue. This example, and many others like them, further highlight the unreliability of Dr. Panigrahy's methodology. Indeed, it is difficult to imagine a lower threshold for evidence.

**Additional Responses to the Report of Dr. Paul Michaels**

335. It bears noting that there are several statements made by Dr. Michaels in his report with which I agree. These include: (a) "Hrudey and others have also demonstrated that the majority of exposure to NDMA arises secondary to endogenous processes, with estimates of 900 micrograms per day"; (b) "in the case of red meat, it has been shown that increased dietary intake results in a markedly increased fecal NOC [*N*-Nitrosamines]"; (c) "in general, structural and functional integrity can be restored to damaged DNA by various DNA repair processes"; and (d) "humans appear to have higher basal levels of MGMT than the rat". Each of these statements by Dr. Michaels supports the Defense experts' position in this litigation and argues against the theory of causation proposed by Plaintiffs' experts, including by Dr. Michaels himself.

336. These statements notwithstanding, Dr. Michaels' report suffers from many of the same fatal flaws as Dr. Panigrahy's, as are described in detail above. These include the contention that there is no safe level of exposure to NDMA, the claim that even one molecule of NDMA can cause cancer, the failure to adequately consider dose of exposure, existence of efficient DNA repair mechanisms, endogenous production of NDMA, lack of concordance between biological effects of ranitidine and those of NDMA, and lack of biological effects that are unique to ranitidine compared to other H2 receptor antagonists, disregard for the opinions of regulatory agencies that he considers to be authoritative, reliance upon occupational inhalation studies in preference to studies of oral exposure to ranitidine, reliance upon dietary studies of NDMA exposure in preference to studies of oral exposure to ranitidine, reliance upon animal studies of NDMA that were conducted using highly toxic doses thousands to millions of times higher than those at issue in this litigation, the subjective and arbitrary selection of data, and unreliable nature of his methodology.

337. In referring to the work of Florian et al., which demonstrated that no appreciable NDMA is formed in vivo in human beings following consumption of ranitidine, Dr. Michaels observes: "The median NDMA level in the urine in patients within the placebo arm was reported a 10.5 ng (noncured meat diet) vs. 23.4 ng (cured meat diet), an increase by a factor of 2 in patients consuming food sources known to be high in nitrates and nitrosamines. In contrast, however, within the ranitidine portion of the study, the median NDMA level in the 24-hour urine sample showed a striking difference between the noncured meat and cured meat diet populations (0.6 ng vs. 11.9 ng, respectively), amounting to a near 20-fold increase in those patients consuming a cured meat diet while taking ranitidine over those on a noncured meat diet." First, contrary to Dr. Michaels' implication, there was not a statistically significant difference between the median NDMA levels in the 24-hour urine samples between the noncured meat and cured meat diet populations within the groups taking ranitidine, meaning that Dr. Michaels cannot reliably characterize this as "a striking difference". Second, had this observation been significant, Dr. Michaels reached the wrong conclusion. The median NDMA levels in the 24-hour urine samples for the four arms of the trial were: 0.6 ng (ranitidine, non-cured meat diet), 10.5 ng (placebo, non-cured meat diet), 11.9 ng (ranitidine, cured meat diet), and 23.4 ng (placebo, cured meat diet). Thus, even if one were to put aside the fact that the difference between 0.6 ng

(ranitidine, non-cured meat diet) and 11.9 ng (ranitidine, cured meat diet) was not statistically significant, given that 24-hour urine NDMA levels were ~17.5-fold lower (0.6 ng vs. 10.5 ng) for non-cured meat diet subjects taking ranitidine compared to those taking placebo, and were also 2-fold lower for cured meat diet subject taking ranitidine compared to those taking placebo, the obvious explanation (using Dr. Michaels' own logic) would be that ranitidine *lowers* NDMA production in subjects, when on a non-cured meats diet or a cured meats diet. That Dr. Michaels does not reach this conclusion and, instead, focuses on (a non-statistically significant) comparison within the same arm of a trial, and without reference to the control arm, is contrary to basic elements of both clinical study design and statistical significance.

338. Dr. Michaels criticizes the findings of the Florian study because the starting level of NDMA in the medication was less than 10.5 ng, which Dr. Michaels states "does not reflect real world conditions". The point of the Florian study was to determine whether ranitidine is converted to NDMA in vivo following ingestion.[1] The starting level of NDMA in the medication is therefore not relevant for this purpose. If anything, it would in fact be preferable that there be relatively low levels of NDMA in the medication administered to subjects to increase the likelihood that any NDMA detected in the urine of subjects arose through in vivo conversion of ranitidine (which is the question being tested in this clinical study), rather than being present in the original medication.

339. A second limitation of the Florian study alleged by Dr. Michaels is that "ranitidine was taken by the volunteers in the morning after an overnight fast, though under normal clinical circumstances patients are directed based on package labeling to take their H2-antagonist/blocker with their evening meal or prior to bedtime. It is reasonable to expect that the fasting eliminated the effect of a nitrite rich meal on nitrosation and NDMA formation after ingestion of ranitidine." In fact, contrary to Dr. Michaels assertion, the study authors state: "after consuming the same diet on the pretreatment day as the treatment day, participants received ranitidine or placebo at 0 hours (after overnight fast) on treatment days (days 1, 3, 5, and 7) and then began eating breakfast 1 minute afterward. This was done because the formation of NDMA is dependent on having nitrite and acidic conditions.[13] Because gastric acidity is highest in the fasting state and then decreases after eating,[13] this sequence was selected to maximize the 2 factors." That is, the study authors chose the conditions that prior experimentation indicated would generate the highest levels of NDMA, which is contrary to Dr. Michaels' suggestion.

340. Like the Florian study, Dr. Michaels also criticizes the study by Gao et al.[43], which demonstrated that NDMA does not form from ranitidine under simulated gastric conditions containing physiological amounts of nitrite. Citing an editorial by White and Hernandez, Dr. Michaels states: "As others have also noted,[417] within this study by Gao and colleagues, there were documented large differences in NDMA production between 50 mL vs 250 mL of 5000 micromol/L sodium nitrite which indicated that the overall amount, rather than the concentration, of nitrite in contact with ranitidine is the driver of total NDMA production. This is of vital importance because the stomach of an obese individual has been shown to potentially hold approximately 2 L of volume,[418] . . . Thus, ranitidine use with a large acidic and

nitrite-rich meal would be expected to drive appreciable NDMA production that was not accounted for in this study by Gao and colleagues." As noted by Drs. White and Hernandez, "the report by Gao et al includes references to 27 studies to substantiate that nitrite concentrations in a physiologic stomach environment would be unlikely to exceed 100 micromol/L" and, in fact, are very likely closer to 25 micromol/L nitrite.[217] Dr. Michaels failed to consider that it is untenable to imagine that a very low pH and a very high nitrite level could be maintained along with a meal that was 2 liters in volume, given the inescapable effects of dilution by such a meal. Putting this aside, however, since 50 mL of 5,000 micromol/L nitrite (250 micromoles of nitrite) failed to generate any detectable amount of NDMA from ranitidine above background,[43] and since 250 mL of 1,000 micromol/L nitrite (250 micromoles of nitrite) failed to generate any detectable amount of NDMA from ranitidine above background,[43] then even 2,000 mL of 100 micromol/L nitrite would also be anticipated *not* to generate any appreciable amount of NDMA from ranitidine, given that this amount of total nitrite is only 200 micromoles. Moreover, given that physiologic stomach levels of nitrite are closer to 25 micromol/L,[43] the total amount of nitrite present in this unlikely scenario would only be 50 micromoles, which would also be anticipated to *not* generate any appreciable amount of NDMA from ranitidine. Thus, given Dr. Michaels' claim that it is "the overall amount, rather than the concentration, of nitrite in contact with ranitidine [that] is the driver of total NDMA production", it follows logically that even a 2 L meal would not alter the conclusion that NDMA is not formed from ranitidine under simulated gastric conditions in the presence of nitrite.

341. Dr. Michaels claims that: "It has been shown in prior research looking at endogenous synthesis of N-nitroso compounds (NOC), that this process which occurs in the setting of exposure to ranitidine, markedly outweighs the amount of NDMA and NOC that is consumed from food as part of a normal diet.[257]" Incredibly, as support for this statement, Dr. Michaels cites a paper on the formation of NDMA from ranitidine during wastewater treatment with ozone.[218] Beyond the fact that it widely accepted that NDMA levels in drinking water are, at most, a minor contributor to total daily dietary intake of NDMA, it would seem clear that wastewater treatment methods that employ ozone, and their impact on the degradation of ranitidine in wastewater, have nothing whatsoever to do with "endogenous synthesis of N-nitroso compounds".

342. As support for his contention that ranitidine causes bladder cancer, Dr. Michaels cites a study that instilled not NDMA, but the carcinogen N-methyl-N-nitrosourea, directly into the bladder.[219] How Dr. Michaels arrives at the conclusion that direct installation into the bladder of a different chemical compound constitutes credible evidence that NDMA (much less, ranitidine) taken orally can cause bladder cancer is difficult to comprehend.

343. Dr. Michaels claims that H2 receptor antagonists as a class have pro-tumorigenic effects that result from antagonism of "potent anti-tumorigenic properties" of histamine. This statement is not supported by a credible or consistent body of evidence. To be sure, Dr. Michaels' claim that histamine has "potent anti-tumorigenic properties" is ironic given that histamine is considered to be an extremely potent pro-inflammatory mediator and that Dr. Michaels' claims that inflammation is pro-tumorigenic (which would predict that histamine

would be pro-tumorigenic). Thus, his claims are internally inconsistent. More importantly, Dr. Michaels' monolithic statement that "the vast majority of report have demonstrated that histamine itself exerts potent anti-tumorigenic properties" grossly mischaracterizes current scientific thinking about the roles of histamine in cancer biology and immunology. Indeed, the very reference that Dr. Michaels cites to support his contention that H2 receptor antagonists promote cancer by antagonizing anti-tumorigenic effects of histamine states that "both pro-tumor and anti-tumor effects of histamine receptors have been described depending on the cancer type and other important factors"[220]. This complexity and uncertainty regarding the roles of histamine in cancer biology and immunology is widely recognized, contradicting Dr. Michaels' simplistic claim[221]. In fact, recent studies suggest the opposite of Dr. Michaels' contention by providing evidence that histamine promotes cancer progression, and that anti-histamines improve the efficacy of cancer immunotherapy.[222] Furthermore, there are four different receptors for histamine, each of which has a wide variety of effects on the immune system, and only one of which is blocked by H2 receptor antagonists (as their name implies); thus, it would be scientifically incorrect to equate H2 receptor antagonism with inhibition of the effects of histamine. Indeed, Dr. Michaels himself acknowledges and cites multiple publications in his report that describe anti-tumorigenic effects of ranitidine and H2 receptor blockade. Finally, and perhaps most importantly, Dr. Michaels' claims regarding histamine and the effects of H2R antagonists contradict Plaintiffs' central theory of causation that the carcinogenic mechanism of action of ranitidine is unique to the chemical structure of ranitidine, since each of the effects that he claims would be shared by all H2 receptor antagonists.

344. I am also surprised by Dr. Michaels' claim regarding the enzyme DDAH: "Valisure elaborated on a previously elucidated enzymatic mechanism[226] involving the enzyme, dimethylarginine dimethylaminohydrolase ("DDAH"), that would lead to the liberation of ranitidine's DMA group, a process that can occur in other tissues and organs separate from the stomach, expanding the geographic anatomic landscape affected by ranitidine and its degradation products.[227]" Dr. Michaels adds: "The company's computational modelling suggested that this process involving an enzyme known to be expressed across many human tissue types within the gastrointestinal tract, genitourinary tract, respiratory tract, central nervous system, and others[263] could also act on the ranitidine chemical structure to produce DMA, providing yet another clear mechanism for in vivo NDMA formation from ranitidine throughout several sites within the body." I am concerned by Dr. Michaels' reliance on what is, at best, a non-peer-reviewed hypothesis put forward by a company (the same company that dramatically mismeasured the NDMA content of ranitidine products), where the hypothesis itself is not based upon experimental evidence, but rather "computational modeling". Putting aside the fact that the results of Florian et al.,[1] as well as the results of essentially all animal carcinogenicity studies of ranitidine, extinguish the probability that this hypothetical mechanism is actually operative in any meaningful way, it is unclear how this hypothesis based on undisclosed and unvalidated computational modeling could possibly be construed by Dr. Michaels as "providing yet another clear mechanism for in vivo NDMA formation from ranitidine throughout several sites within the body"? In my opinion, this speaks to an extraordinarily low bar for accepting "evidence" as well as a methodology that is unreliable.

**Focused Response to the Report of Dr. Anne McTiernan, PhD**

345. Dr. McTiernan states that she has "experience and expertise to consider evidence presented by experts in [the] fields" of "pathology, oncology, physiology, molecular biology, and toxicology".

346. In choosing not to consider the results of laboratory animal experiments regarding the carcinogenicity of NDMA, Dr. McTiernan states that "the animal experiments do not mirror the experience of humans from ingesting carcinogens". Specifically, Dr. McTiernan states that "It has been argued that the dose of NDMA conferred on humans (estimated from the FDA measure of amount of NDMA per ranitidine pill) is much lower than the doses in animal carcinogenicity studies.(Yoon et al. 2021) However, in animal experiments, the animals receive carcinogen in large doses, and are followed for relatively small lengths of time, at which they are sacrificed and examined to determine numbers of tumors. If they are dosed with 'chronic' carcinogens, they are still sacrificed at a prespecified timepoint and their remains are searched for tumors. The animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans."

347. This comment appears to ignore the central animal study in this field, specifically that of Peto et al.[149,150] Peto et al. is generally considered to be the most extensive study for addressing the carcinogenic effects of NDMA in laboratory animals.[149,150] In this lifetime exposure experiment, 15 groups of 60 male and 60 female Coloworth-Wistar rats were administered increasing concentrations of NDMA in drinking water ranging from 0.033-16.9 ppm, corresponding to daily intake estimates of approximately 0.001 – 0.697 mg/kg/d for males and 0.002-1.224 mg/kg/d for females. 120 males and 120 females served as controls. While groups of animals were sacrificed at 12 months and 18 months, the remainder of animals were followed until death. Indeed, even Plaintiffs' expert Dr. Panigrahy recognized this fact: "Rats were followed until natural death occurred, which was in some cases more than 3.5 years." Thus, Dr. McTiernan's claim that "animals, therefore, do not live out a lifespan until their tumors cause symptoms as would happen with humans", is factually incorrect.

348. In addition, Dr. McTiernan writes that: "In humans, the NDMA content in ranitidine could be lower per kg per day, but the dose is chronic with daily dosing over years to decades. In other words, the animal experiments do not mirror the experience of humans from ingesting carcinogens." Notwithstanding the fact that lifetime carcinogenicity studies of high-level ranitidine exposures in rats and mice were negative, which Dr. McTiernan does comment upon, the comparison of animal to human exposures is based upon cumulative exposures measured on a mg/kg basis. First, this is in accordance with Haber's law, whereby total cumulative exposure is a more meaningful measure of risk than daily exposure. Second, given that mice and rats live for only two to three years, the carcinogenicity studies conducted by Peto et al. for NDMA in rats, as well as those conducted by GSK for ranitidine in mice and rats, entailed the administration of NDMA or ranitidine for most of the lifespan of these animals. Consequently, in animals as in humans, chronic daily dosing of NDMA and/or ranitidine occurs during an analogous and directly comparable periods of time. That Dr. McTiernan fails to consider this renders her opinion here unreliable.

349. If, on the other hand, Dr. McTiernan is proposing that laboratory animal studies do not provide reliable information on carcinogenicity because such studies do not involve "daily dosing over years to decades", then this would speak to a fundamental lack of understanding of cancer biology, toxicology, molecular biology, and animal models.

**Focused Response to the Report of Dr. Jennifer Le, Pharm.D.**

350. In her report, referring to the gastric simulation studies of Braunstein et al.[181] and Gao et al.,[43] that were performed, in part, to determine the impact of nitrite concentration on NDMA formation from ranitidine, Dr. Le writes: "Gao et al tested lower and more confined nitrite concentrations ranging from 1 mmol/L to 100 mmol/L (or 100 to 10,000 mol/L), as compared with Braunstein which was 100 times higher. While this was the major difference between these studies, the clinical implication from both studies is similar and clear." It is wholly unclear how Dr. Le arrives at this conclusion, for the reasons articulated below.

351. Braunstein et al. tested nitrite concentrations that are 40-fold to 2,000-fold higher than the 25 micromole/L nitrite concentrations in gastric fluid that are generally considered to be physiologic,[43] and yet concluded that "ranitidine may be a significant source of NDMA under a range of physiologically relevant conditions".[181]

352. In response to the study of Braunstein et al., Gao et al. cited 27 studies indicating that the nitrite concentrations tested by Braunstein et al. were 40-fold to 2,000-fold higher than what is generally considered to be physiologic. [43] Gao et al. went on to perform studies demonstrating that no NDMA was formed from ranitidine in the presence of 100 micromole/L nitrite (the upper limit of the physiologic range), or even in the presence of 1,000 micromole/L or 5,000 micromole/L supraphysiologic levels of nitrite.[43] Gao et al. concluded that "these findings suggest that ranitidine is not converted to NDMA in gastric fluid at physiological conditions."[43]

353. In light of the fact that the results of Gao et al. are diametrically opposed to those of Braunstein et al., I am at a loss to understand Dr. Le's characterization of these studies as "the clinical implication from both studies is similar and clear."

354. I am also extremely concerned by the fact that Dr. Le chooses to cite Zeng and Mitch[172] as having demonstrated that "NDMA, along with its other metabolites, were formed and accumulated in the urine after oral intake of ranitidine." As Dr. Le acknowledges, Zeng and Mitch requested the retraction of their publication[180] due to their determination that the high levels of NDMA that they had reported to have detected in urine were actually due to an analytical artifact.[172,180] Thus, Zeng et al. concluded that their assay approach had yielded unreliable NDMA measurements.[180] In light of the fact that the authors of this publication did not believe that their results were reliable – so much so that they requested retraction of the publication – I am stunned that Dr. Le would nevertheless consider this to be reliable enough evidence to cite as support for her contention that "NDMA, along with its other metabolites, were formed and accumulated in the urine after oral intake of ranitidine." In my opinion, this speaks to a failure to critically examine evidence in a scientific manner, and the application of an unreliable methodology.

355. Equally concerning is Dr. Le's treatment of data from Florian et al.[1] As noted previously, Florian et al. concluded from their clinical trial that "these findings do not support that ranitidine is converted to NDMA in a general, healthy population." Despite the authors' own conclusions, Dr. Le writes:

> *"The primary outcome was powered at 90% to detect a difference in the 24-hour urinary excretion of NDMA. While the results indicated the lack of statistically significant difference between ranitidine and placebo in the primary outcome with noncured-meat or cured-meat diets,* ***the maximum NDMA concentration in the plasma was nearly twice as higher in the ranitidine than placebo groups*** *(Table). With similar diets in the ranitidine and placebo groups, this finding suggests that compared with urine,* ***more NDMA is retained in the body after oral ranitidine administration*** *where NDMA has the potential to exert its toxic effect. While this was not statistically significant, the pharmacological activity of NDMA originates from the plasma or blood, not urine, concentration as explained previously on TDM." (bold font by Dr. Le)*

356. In my opinion, Dr. Le's interpretation of Florian et al. is extraordinarily difficult to comprehend, both for ignoring the principal finding of the study, and for choosing instead to speculate based upon differences in data that show no statistically significant effect, and that were not interpreted as such by the authors of the study. First, Dr. Le ignores the fact that the primary outcome of this study was the demonstration that oral ranitidine administration did not result in a detectable increase in NDMA excretion in the urine, either in the presence or absence of a diet high in nitrite. These findings directly contradicted the study of Zeng and Mitch[172] that Zeng and Mitch retracted as unreliable[180], but that Dr. Le chooses to cite as providing reliable evidence. Second, Dr. Le chooses to interpret NDMA concentrations in plasma that were not significantly different between ranitidine and placebo groups as somehow providing evidence for her theory that "more NDMA is retained in the body after oral ranitidine administration". Again, I find it wholly unreliable that Dr. Le would, first, interpret a non-significant, non-finding of an exploratory outcome of a clinical trial that the authors of the trial did not comment on and, second, cite this non-significant, non-finding as evidence supporting a novel theory not raised or tested by the study authors that oral ranitidine administration results in the retention of NDMA in the body. In my opinion, this treatment of evidence speaks to a deeply flawed understanding of experimental science, and the application of an unreliable methodology.

**Focused Response to the Report of Dr. Andrew Salmon, D.Phil.**

357. First, I note that there are some statements made by Dr. Salmon in his report with which I agree. These include: (a) "Human evidence of carcinogenicity for NDMA is more difficult to evaluate. . . . Under these conditions it is frequently difficult to obtain reliable quantitative information on exposure to NDMA. It is also hard to identify and quantitate potentially confounding exposures to other carcinogenic agents. Several epidemiological studies identified cancer in occupational situations where exposure to NDMA occurred, but these have generally been to complex mixtures where a number of other potentially carcinogenic compounds were also present. Because of this, earlier risk assessors such as US EPA, IARC and OEHHA concluded

that the human evidence for carcinogenicity available to them at that time was inadequate.", and (b) "any one individual's susceptibility to getting cancer is largely unknowable."

358. These statements notwithstanding, I disagree with Dr. Salmon's statement that: "Although it is seldom possible to directly determine cancer risk from exposures as low as those commonly seen in environmental exposures, for the great majority of carcinogens the data which are available support the low dose linearity predicted in the multistage model. This is also supported by mechanistic studies such as those determining the dose-response for formation of DNA adducts [when an actual chemical residue becomes attached to the structure of DNA which causes DNA damage and lead to abnormal replication]. This description of low dose linearity is applied for nearly all carcinogens, except for a very few where an exclusively epigenetic mode of action has been demonstrated."

359. Given the ability of DNA repair systems to prevent mutations following exposure to DNA damaging agents (*e.g.*, genotoxic agents) such as NDMA, DNA repair is a critical determinant of dose-response effects for mutations induced by alkylating agents. That is, DNA adducts resulting from low-level exposures to agents like NDMA can be effectively and completely repaired, thereby preventing the generation of mutations. In contrast, DNA adducts resulting from high-level NDMA exposures may lead to cell death (in which case mutations are not generated), or to mutations in those cells that replicated DNA containing unrepaired $O^6$-methylguanine adducts. Consequently, thresholds are observed for mutagenicity related to nitrosamine exposures such as NDMA, whereby DNA repair results in a non-linear dose-response for both mutagenesis and carcinogenesis for NDMA[129,130] and other mutagenic agents.[122,131-140] Accordingly, DNA damage resulting from exposure to NDMA at levels that can be completely repaired will not result in the generation of mutations, thereby giving rise to a "threshold" below which NDMA exposure will not give rise to mutations. A second important consequence of DNA repair is that DNA damage resulting from levels of NDMA exposure above such a threshold will result in fewer mutations than would be predicted by linear low-dose extrapolation.

360. As discussed at length in my report, fundamentally, linear low-dose extrapolation in the context of NDMA is based on the assumption that there is no threshold dose below which exposure to NDMA does not result in an increased risk of cancer. Put another way, this risk estimation approach assumes that exposure to one molecule of NDMA is sufficient to increase cancer risk. Indeed, Plaintiffs' experts have proposed that there can be no "safe" level of exposure to genotoxic agents that can induce DNA damage that has the potential to result in mutations.

361. The proposition that there is no threshold for the carcinogenic effect of genotoxic agents and, therefore, no "safe" level is scientifically incorrect and – as discussed throughout this report – is contradicted by basic tenets of biology, as well as abundant scientific evidence demonstrating thresholds for the carcinogenic and mutagenic effects of agents like NDMA that result from the existence of error-free DNA repair systems.[122,129-136]

362. However, beyond these scientific reasons rooted in cell biology, even straightforward risk calculations related to the probability of developing cancer in response to a carcinogenic exposure, which rely upon linear-low dose extrapolation*,* clearly demonstrate that the proposition that even a single molecule of a carcinogen may cause cancer, and therefore cannot be considered safe, defies common sense. These calculations are provided in my report.

These are my opinions concerning this matter, and I have a sufficient factual basis and good grounds for my conclusions. They are given to a reasonable degree of scientific and medical certainty, and are based on my training and experience and review of the materials included on my list of Materials Considered, appended hereto as Attachment 1. I reserve the right to modify this report as additional information is provided to me, including but not limited to additional medical records and the depositions of Plaintiff's experts which are ongoing.

I may use at trial any exhibits as a summary or in support of all of my opinions including: (1) any of the materials, or excerpts identified in this report and attachments, including the materials considered list; (2) excerpts from scientific articles or learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other witnesses; (5) any exhibit used in or identified at any deposition taken in this litigation. If further data becomes available, I will review it and consider whether to modify any portion of these opinions.

Lewis A. Chodosh, MD, PhD
Perelman Professor, Chairman of the Department of Cancer Biology
Perelman School of Medicine, University of Pennsylvania

March 7, 2022

Contains Confidential Information – Subject to Protective Order

**References Cited**


1. Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA.* 2021;326(3):240-249.
2. Hanahan D, Weinberg RA. The hallmarks of cancer. *Cell.* 2000;100(1):57-70.
3. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. *Cell.* 2011;144(5):646-674.
4. Vogelstein B, Kinzler KW. Cancer genes and the pathways they control. *Nat Med.* 2004;10(8):789-799.
5. Weinberg RA. *The Biology of Cancer.* 2nd ed: Garland Science; 2014.
6. Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology.* 2014;2014:1-8.
7. Vogelstein B, Kinzler KW. The multistep nature of cancer. *Trends Genet.* 1993;9(4):138-141.
8. Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr., Kinzler KW. Cancer genome landscapes. *Science.* 2013;339(6127):1546-1558.
9. Friberg S, Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *Journal of surgical oncology.* 1997;65(4):284-297.
10. Sender R, Fuchs S, Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol.* 2016;14(8):e1002533.
11. Kandoth C, McLellan MD, Vandin F, et al. Mutational landscape and significance across 12 major cancer types. *Nature.* 2013;502(7471):333-339.
12. Hmeljak J, Sanchez-Vega F, Hoadley KA, et al. Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov.* 2018;8(12):1548-1565.
13. Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell.* 2015;163(4):1011-1025.
14. Cancer Genome Atlas Research Network. Electronic address aadhe, Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell.* 2017;32(2):185-203 e113.
15. Liu J, Lichtenberg T, Hoadley KA, et al. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell.* 2018;173(2):400-416 e411.
16. GlaxoSmithKline. Product monograph: Zantac. 2015.
17. U08-3113-01. Ranitidine hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) (A&H 88/801075). 1981.

18. U08-3112-01. Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice (CAR 010). 1981.

19. U08-3111-01. Ranitidine hydrochloride: 2 year oral tumorigenicity study in mice (CAr 009). 1981.

20. Burlinson B, Morriss S, Gatehouse D, Tweats D. WPT-90-079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. *GSKZNDA0000205885.* 1990.

21. Kumar S, Chinnusamy V, Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet.* 2018;9:640.

22. Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol.* 2001;36(5):508-513.

23. Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA.* 1995;274(5):402-407.

24. Land CE, Tokunaga M, Koyama K, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res.* 2003;160(6):707-717.

25. Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M, Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research.* 1994;138:209-223.

26. Tokunaga M, Land CE, Yamamoto T, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res.* 1987;112(2):243-272.

27. Grobner SN, Worst BC, Weischenfeldt J, et al. The landscape of genomic alterations across childhood cancers. *Nature.* 2018;555(7696):321-327.

28. Sweet-Cordero EA, Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science.* 2019;363(6432):1170-1175.

29. Lindahl T. Instability and decay of the primary structure of DNA. *Nature.* 1993;362(6422):709-715.

30. Authority EFS. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J.* 2014;12:3350.

31. Garaycoechea JI, Crossan GP, Langevin F, et al. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature.* 2018;553(7687):171-177.

32. TCEQ. Ethylene oxide carcinogenic dose-response assessment. May, 2020.

33. Kirman CR, Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol.* 2017;91:165-172.

34. Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC, Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their

implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev.* 2021;24(1):1-29.

35. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol.* 1975;31(3):325-351.

36. Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett.* 1995;93(1):17-48.

37. Siddiqi M, Tricker AR, Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett.* 1988;39(3):259-265.

38. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci.* 2010;116(1):323-335.

39. Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science.* 2017;355(6331):1330-1334.

40. Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science.* 2015;347(6217):78-81.

41. Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG, Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res.* 2002;158(2):220-235.

42. Tomasetti C, Vogelstein B. Cancer risk: role of environment-response. *Science.* 2015;347(6223):729-731.

43. Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open.* 2021;4(6):e2118253.

44. Delow G, Gatehouse D. WPT-83-056: In vivo cytogenetic evaluation of AH 19065 (ranitidine) assays. *GSKZSN0000292401.* 1983.

45. Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther.* 1997;11(1):129-137.

46. McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med.* 2021;19(1):22.

47. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf.* 2000;9(2):149-155.

48. Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol.* 2021;116(8):1612-1619.

49. Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med.* 2021;10(1).

50. Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology.* 2021;160(5):1856-1859 e1855.

51. Norgaard M, Andersen IT, Heide-Jorgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev.* 2022;31(1):45-50.

52. Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(1):67-72.

53. Liu P, McMenamin UC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer.* 2020;123(2):307-315.

54. Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol.* 2020;76(10):1437-1456.

55. Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer.* 2020;123(5):844-851.

56. Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(4):1012-1015.

57. Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control.* 2000;11(3):231-238.

58. Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology.* 1996;7(4):434-436.

59. La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet.* 1990;336(8711):355-357.

60. La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition.* 1992;8(3):177-181.

61. La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev.* 2002;11(2):117-123.

62. Tran KT, McMenamin UC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther.* 2018;48(1):55-64.

Contains Confidential Information – Subject to Protective Order


63. Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci.* 2021.

64. Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf.* 2021;44(3):361-371.

65. Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev.* 2021;30:2302-2308.

66. Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel).* 2021;9(8).

67. Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther.* 2021;54(5):606-615.

68. McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol.* 2021;71(Pt A):101880.

69. Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM.* 2020;113(2):100-107.

70. Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol.* 2013;19(16):2560-2568.

71. ATSDR. Toxicological profile for N-nitrosodimethylamine. 1989.

72. Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. In: World Health Organization; 2002.

73. EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2014 (EPA 505-F -14-005).

74. Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). In: Minister of Health; 2011.

75. Mitch WA, Sedlak DL. Formation of N-nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol.* 2002;36(4):588-595.

76. Amin S, Desai D, Hecht SS, Hoffmann D. Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays. *Crit Rev Toxicol.* 1996;26(2):139-147.

77. Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

78. Pool-Zobel BL, Klein RG, Liegibel UM, Kuchenmeister F, Weber S, Schmezer P. Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats. *Clin Investig.* 1992;70(3-4):299-306.

79. Kataoka H, Kurisu M, Shindoh S. Determination of volatile N-nitrosamines in combustion smoke samples. *Bull Environ Contam Toxicol.* 1997;59(4):570-576.

80. Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology.* 1996;30:1477-1484.

81. Adams JD, O'Mara-Adams KJ, Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis.* 1987;8(5):729-731.

82. Massey R, Dennis MJ, Pointer M, Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam.* 1990;7(5):605-615.

83. Park JE, Seo JE, Lee JY, Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res.* 2015;31(3):279-288.

84. Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med.* 2020;172(5):354-355.

85. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal.* 2009;22(Suppl 1):S42-S47.

86. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal.* 2013;33(12):2179-2208.

87. Tricker AR, Pfundstein B, Theobald E, Preussmann R, Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol.* 1991;29(11):729-732.

88. Biaudet H, Mavelle T, Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol.* 1994;32(5):417-421.

89. Dich J, Jarvinen R, Knekt P, Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam.* 1996;13(5):541-552.

90. Jaksyzn P, Ibanez R, Pera G, et al. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology,.* 2004.

91. Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering.* Vol 2.2010.

92. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health.* 2007;5(3):341-355.

93. Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis.* 2019;40(2):254-262.

94. FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. 2019.

95. Sen NP, Baddoo PA. Trends in the levels of residual nitrite in Canadian cured meat products over the past 25 years. *Journal of Agricultural and Food chemistry,.* 1997;45:4714-4718.

96. Adamson RH, Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist.* 2020;25(6):460-462.

97. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev.* 1997;6(3):226-268.

98. Tricker AR, Mostafa MH, Spiegelhalder B, Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis.* 1989;10(3):547-552.

99. Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis.* 2006;27(7):1497-1501.

100. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

101. Holtrop G, Johnstone AM, Fyfe C, Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr.* 2012;142(9):1652-1658.

102. Hord NG, Tang Y, Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr.* 2009;90(1):1-10.

103. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev.* 1998;22(3):204-212.

104. Hughes R, Cross AJ, Pollock JR, Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis.* 2001;22(1):199-202.

105. Bingham SA, Hughes R, Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr.* 2002;132(11 Suppl):3522S-3525S.

106. Jakszyn P, Gonzalez CA, Lujan-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev.* 2011;20(3):555-559.

107. Lewin MH, Bailey N, Bandaletova T, et al. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res.* 2006;66(3):1859-1865.

108. Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res.* 2003;63(10):2358-2360.

109. Bryan NS, Rassaf T, Maloney RE, et al. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A.* 2004;101(12):4308-4313.

110. Ohshima H, Bandaletova TY, Brouet I, et al. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis.* 1994;15(2):271-275.

111. Suksawat M, Techasen A, Namwat N, et al. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int.* 2017;66(4):486-493.

112. Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. *Mutat Res.* 1998;405(2):135-143.

113. Swenberg JA, Lu K, Moeller BC, et al. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. *Toxicol Sci.* 2011;120 Suppl 1:S130-145.

114. Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. *Cancer Epidemiol Biomarkers Prev.* 2000;9(3):299-305.

115. Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

116. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ.* 1982(41):443-449.

117. Jakszyn P, Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence. *World J Gastroenterol.* 2006;12(27):4296-4303.

118. ATSDR AfTSaDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. In:1999.

119. Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ.* 1980(27):3-22.

120. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer.* 1996;66(1):130-134.

121. Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis.* 1997;18(12):2429-2433.

122. Fahrer J, Frisch J, Nagel G, et al. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis.* 2015;36(10):1235-1244.

123. Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis.* 2013;34(11):2435-2442.

124. Povey AC, Badawi AF, Cooper DP, et al. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr.* 2002;132(11 Suppl):3518S-3521S.

125. Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA, Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis.* 1998;19(5):731-739.

126. Souliotis VL, Chhabra S, Anderson LM, Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis.* 1995;16(10):2381-2387.

127. Povey AC. DNA adducts: endogenous and induced. *Toxicol Pathol.* 2000;28(3):405-414.

128. Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl.* 1980;3:55-68.

129. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan.* 1979;70(4):549-558.

130. Johnson GE, Dobo K, Gollapudi B, et al. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen.* 2021;62(5):293-305.

131. Gocke E, Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res.* 2009;678(2):101-107.

132. Guerard M, Baum M, Bitsch A, et al. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res.* 2015;763:181-201.

133. Kirsch-Volders M, Aardema M, Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res.* 2000;464(1):3-11.

134. Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact.* 2019;301:88-111.

135. Nohmi T, Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen.* 2020;61(1):193-199.

136. Thomas AD, Jenkins GJ, Kaina B, et al. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci.* 2013;132(1):87-95.

137. Verna L, Whysner J, Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther.* 1996;71(1-2):57-81.

138. Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol.* 2005;24(6):325-332.

139. Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol.* 2006;80(6):305-309.

140. White PA, Long AS, Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen.* 2020;61(1):66-83.

141. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res.* 1998;419(1-3):131-135.

142. Gollapudi BB, Johnson GE, Hernandez LG, et al. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen.* 2013;54(1):8-18.

143. Magee PN, Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer.* 1956;10(1):114-122.

144. Magee PN, Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol.* 1962;84:19-31.

145. IARC IAfRoC. Evaluation of the Carcinogenic risk of chemical to humans. 1978;17.

146. Aiub CA, Gadermaier G, Silva IO, et al. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res.* 2011;10(4):2340-2348.

147. Arcos JC, Argus MF, Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia.* 1969;25(3):296-298.

148. Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol.* 1994;19(2):130-151.

149. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res.* 1991;51(23 Pt 2):6452-6469.

150. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res.* 1991;51(23 Pt 2):6415-6451.

151. EPA. N-Nitrosodimethylamine. 2000.

152. Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med.* 2019;76(4):250-258.

153. Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med.* 2000;57(3):180-187.

154. Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr.* 2011;93(5):1053-1061.

155. Albanes D. Vitamin supplements and cancer prevention: where do randomized controlled trials stand? *J Natl Cancer Inst.* 2009;101(1):2-4.

156. Bolland MJ, Grey A, Reid IR. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655-656.

157. Chang YJ, Myung SK, Chung ST, et al. Effects of vitamin treatment or supplements with purported antioxidant properties on skin cancer prevention: a meta-analysis of randomized controlled trials. *Dermatology.* 2011;223(1):36-44.

158. Dror Y, Stern F. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

159. Fortmann SP, Burda BU, Senger CA, Lin JS, Whitlock EP. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer: An updated systematic evidence review for the U.S. Preventive Services Task Force. *Ann Intern Med.* 2013;159(12):824-834.

160. Hemila H. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655.

161. Moyer VA, Force USPST. Vitamin, mineral, and multivitamin supplements for the primary prevention of cardiovascular disease and cancer: U.S. Preventive services Task Force recommendation statement. *Ann Intern Med.* 2014;160(8):558-564.

162. Myung SK, Yang HJ. Efficacy of Vitamin and Antioxidant Supplements in Prevention of Esophageal Cancer: Meta-analysis of Randomized Controlled Trials. *J Cancer Prev.* 2013;18(2):135-143.

163. Padayatty SJ, Levine M. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

164. EPA. Guidelines for carcinogenic risk assessment. 1986.

165. NTP. Report on carcinogens, Fourteen edition. In: DHHS DoHaHS, ed2016.

166. ACGIH. *TLVs and BEIs.* 2019.

167. IARC. IARC Monographs on the Identification of Carcinogenic Hazards to Humans. *IARC Monographs Preamble.* 2019.

168. EMA. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. 2004.

169. EMA. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. 2020.

170. Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. In:2018.

171. Valisure. Valisure citizen petition on ranitidine. 2019.

172. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2016;37(6):625-634.

173. FDA. FDA statement alerting patients and health care professionals of NDMA found in samples of ranitidine. 2019.

174. FDA. Laboratory analysis of ranitidine and nizatidine products. 2019.

175. Emery Pharma. Emery Pharma citizen petition. 2020.

176. FDA. FDA requests removal of all ranitidine products (Zantac) from the market. 2020.

177. EMA. Ranitidine referral under Article 31 of Directive 2001/83/EC. 2020.

178. EMA. EMA confirms recommendation to suspend all ranitidine medicines in the EU. 2020.

179. Abe Y, Yamamoto E, Yoshida H, et al. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo).* 2020;68(10):1008-1012.

180. Zeng T, Mitch WA. Retraction to: Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2021;42(7):1008.

181. Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open.* 2021;4(1):e2034766.

182. FDA. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. 2021.

183. Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology.* 1980;37(4):243-250.

184. Siegel JA, Pennington CW, Sacks B, Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol.* 2018;41(2):173-177.

185. FDA. Control of Nitrosamine Impurities in Human Drugs. 2020.

186. Hrudey SE, Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol.* 1995;29(8):370A-375A.

187. IARC. *Arsenic, metals, fibres, and dusts.* 2012.

188. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med.* 1965;58:295-300.

189. Deng X, Luyendyk JP, Ganey PE, Roth RA. Inflammatory stress and idiosyncratic hepatotoxicity: hints from animal models. *Pharmacol Rev.* 2009;61(3):262-282.

190. Ahotupa M, Bussacchini-Griot V, Bereziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. *Biochem Biophys Res Commun.* 1987;146(3):1047-1054.

191. Boonjaraspinyo S, Boonmars T, Aromdee C, Kaewsamut B. Effect of fingerroot on reducing inflammatory cells in hamster infected with Opisthorchis viverrini and N-nitrosodimethylamine administration. *Parasitol Res.* 2010;106(6):1485-1489.

192. Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res.* 2011;108(1):7-14.

193. George J, Rao KR, Stern R, Chandrakasan G. Dimethylnitrosamine-induced liver injury in rats: the early deposition of collagen. *Toxicology.* 2001;156(2-3):129-138.

194. Gooden MJ, de Bock GH, Leffers N, Daemen T, Nijman HW. The prognostic influence of tumour-infiltrating lymphocytes in cancer: a systematic review with meta-analysis. *Br J Cancer.* 2011;105(1):93-103.

195. Idos GE, Kwok J, Bonthala N, Kysh L, Gruber SB, Qu C. The Prognostic Implications of Tumor Infiltrating Lymphocytes in Colorectal Cancer: A Systematic Review and Meta-Analysis. *Sci Rep.* 2020;10(1):3360.

196. Lundgren C, Bendahl PO, Ekholm M, et al. Tumour-infiltrating lymphocytes as a prognostic and tamoxifen predictive marker in premenopausal breast cancer: data from a randomised trial with long-term follow-up. *Breast Cancer Res.* 2020;22(1):140.

197. Aggarwal BB, Shishodia S, Sandur SK, Pandey MK, Sethi G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol.* 2006;72(11):1605-1621.

198. Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet.* 2001;357(9255):539-545.

199. Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

200. Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. *Int J Immunopharmacol.* 1994;16(12):985-993.

201. Meghnem D, Oldford SA, Haidl ID, Barrett L, Marshall JS. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep.* 2021;11(1):9405.

202. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health.* 1992;37(3):351-361.

203. Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett.* 1998;134(1):73-79.

204. Ratajczak-Wrona W, Jablonska E, Garley M, et al. PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol.* 2014;11(3):231-237.

205. Holsapple MP, Tucker AN, McNerney PJ, White KL, Jr. Effects of N-nitrosodimethylamine on humoral immunity. *J Pharmacol Exp Ther.* 1984;229(2):493-500.

206. Thomas P, Fugmann R, Aranyi C, Barbera P, Gibbons R, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicol Appl Pharmacol.* 1985;77(2):219-229.

207. Nielsen HJ, Nielsen H, Moesgaard F, et al. The effect of ranitidine on cellular immunity in patients with multiple myeloma. *Cancer Immunol Immunother.* 1990;32(3):201-205.

208. Kiziltas H, Ekin S, Bayramoglu M, et al. Antioxidant properties of Ferulago angulata and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharm Biol.* 2017;55(1):888-897.

209. Ratajczak-Wrona W, Jablonska E, Jablonski J, Marcinczyk M. Induction of expression of iNOS by N-nitrosodimethylamine (NDMA) in human leukocytes. *Immunopharmacol Immunotoxicol.* 2009;31(4):661-668.

210. Ratajczak-Wrona W, Jablonska E, Garley M, Jablonski J, Radziwon P. Role of ERK1/2 kinase in the expression of iNOS by NDMA in human neutrophils. *Indian J Exp Biol.* 2013;51(1):73-80.

211. Calabrese EJ, Blain RB. The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci.* 1999;50(2):169-185.

212. NTP. National Toxicology Program organ sites with neoplasia. https://cebs.niehs.nih.gov/organsites/search. 2021.

213. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion.* 1990;45(4):189-195.

214. Waldum HL, Sordal OF, Mjones PG. The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology. *Int J Mol Sci.* 2019;20(10).

215. Hellstrand K, Asea A, Hermodsson S. Role of histamine in natural killer cell-mediated resistance against tumor cells. *J Immunol.* 1990;145(12):4365-4370.

216. Chala B, Choi MH, Moon KC, Kim HS, Kwak C, Hong ST. Development of Urinary Bladder Pre-Neoplasia by Schistosoma haematobium Eggs and Chemical Carcinogen in Mice. *Korean J Parasitol.* 2017;55(1):21-29.

217. White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA.* 2021;326(3):225-227.

218. Lv J, Wang L, Li Y. Characterization of N-nitrosodimethylamine formation from the ozonation of ranitidine. *J Environ Sci (China).* 2017;58:116-126.

219. Irving CC, Cox R, Murphy WM. Influence of dose of N-methyl-N-nitrosourea on the induction of urinary bladder cancer in rats. *Cancer Lett.* 1979;8(1):3-7.

220. Sarasola MP, Taquez Delgado MA, Nicoud MB, Medina VA. Histamine in cancer immunology and immunotherapy. Current status and new perspectives. *Pharmacol Res Perspect.* 2021;9(5):e00778.

221. Nguyen PL, Cho J. Pathophysiological Roles of Histamine Receptors in Cancer Progression: Implications and Perspectives as Potential Molecular Targets. *Biomolecules.* 2021;11(8).

222. Chen S, Luster AD. Antihistamines for cancer immunotherapy: More than just treating allergies. *Cancer Cell.* 2022;40(1):9-11.

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 1

**Lewis A. Chodosh, M.D., Ph.D: List of Materials Considered**

(1) Abe Y, Yamamoto E, Yoshida H, et al. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo).* 2020;68(10):1008-1012.

(2) ACGIH. *TLVs and BEIs.* 2019.

(3) Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev.* 2021;30:2302-2308.

(4) Adams JD, O'Mara-Adams KJ, Hoffmann D. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. *Carcinogenesis.* 1987;8(5):729-731.

(5) Adamson RH, Chabner BA. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist.* 2020;25(6):460-462.

(6) Aggarwal BB, Shishodia S, Sandur SK, Pandey MK, Sethi G. Inflammation and cancer: how hot is the link? *Biochem Pharmacol.* 2006;72(11):1605-1621.

(7) Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol.* 2013;19(16):2560-2568.

(8) Ahotupa M, Bussacchini-Griot V, Bereziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. *Biochem Biophys Res Commun.* 1987;146(3):1047-1054.

(9) Aiub CA, Gadermaier G, Silva IO, et al. N-nitrosodiethylamine genotoxicity evaluation: a cytochrome P450 induction study in rat hepatocytes. *Genet Mol Res.* 2011;10(4):2340-2348.

(10) Albanes D. Vitamin supplements and cancer prevention: where do randomized controlled trials stand? *J Natl Cancer Inst.* 2009;101(1):2-4.

(11) Amin S, Desai D, Hecht SS, Hoffmann D. Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays. *Crit Rev Toxicol.* 1996;26(2):139-147.

(12) Anderson LM, Harrington GW, Pylypiw HM, Jr., Hagiwara A, Magee PN. Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. *Drug Metab Dispos*. 1986;14(6):733-739.

(13) Anderson LM, Koseniauskas R, Burak ES, et al. Suppression of in vivo clearance of N-nitrosodimethylamine in mice by cotreatment with ethanol. *Drug Metab Dispos*. 1994;22(1):43-49.

(14) Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. *Int J Cancer.* 1996;66(1):130-134.

(15) Anderson LM. Increased numbers of N-nitrosodimethylamine-initiated lung tumors in mice by chronic co-administration of ethanol. *Carcinogenesis*. 1988;9(9):1717-1719.

(16) Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. *Gan.* 1979;70(4):549-558.

(17) Arcos JC, Argus MF, Mathison JB. Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. *Experientia.* 1969;25(3):296-298.

(18) Arimoto-Kobayashi S, Kaji K, Sweetman GM, Hayatsu H. Mutation and formation of methyl- and hydroxylguanine adducts in DNA caused by N-nitrosodimethylamine and N-nitrosodiethylamine with UVA irradiation. *Carcinogenesis.* 1997;18(12):2429-2433.

(19) ATSDR. Tox/FAQ n-nitrosodimethylamine CAS #62-75-9. In:1999.

(20) ATSDR. Toxicological profile for N-nitrosodimethylamine. 1989.

(21) Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer.* 2020;123(5):844-851.

(22) Balkwill F, Mantovani A. Inflammation and cancer: back to Virchow? *Lancet.* 2001;357(9255):539-545.

(23) Bartsch H, Montesano R. Relevance of nitrosamines to human cancer. *Carcinogenesis*. 1984;5(11):1381-1393.

(24) Biaudet H, Mavelle T, Debry G. Mean daily intake of N-nitrosodimethylamine from foods and beverages in France in 1987-1992. *Food Chem Toxicol.* 1994;32(5):417-421.

(25) Bingham SA, Hughes R, Cross AJ. Effect of white versus red meat on endogenous N-nitrosation in the human colon and further evidence of a dose response. *J Nutr.* 2002;132(11 Suppl):3522S-3525S.

(26) Bingham SA, Pignatelli B, Pollock JR, et al. Does increased endogenous formation of N-nitroso compounds in the human colon explain the association between red meat and colon cancer? *Carcinogenesis*. 1996;17(3):515-523.

(27) Bogovski P, Bogovski S. Animal Species in which N-nitroso compounds induce cancer. *Int J Cancer*. 1981;27(4):471-474.

(28) Boice JD, Jr. Radiation and breast carcinogenesis. *Med Pediatr Oncol.* 2001;36(5):508-513.

(29) Bolland MJ, Grey A, Reid IR. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655-656.

(30) Boonjaraspinyo S, Boonmars T, Aromdee C, Kaewsamut B. Effect of fingerroot on reducing inflammatory cells in hamster infected with Opisthorchis viverrini and N-nitrosodimethylamine administration. *Parasitol Res.* 2010;106(6):1485-1489.

(31) Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. *Parasitol Res.* 2011;108(1):7-14.

(32) Bossa R, Benvenuti C, Cantoni V, Galatulas I. H2 antagonists and therapy of rodent tumours. *Cancer Lett*. 1983;20(2):231-234.

(33) Brambilla G, Cavanna M, Faggin P, et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. *Carcinogenesis*. 1983;4(10):1281-1285.

(34) Braunstein LZ, Kantor ED, O'Connell K, et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open.* 2021;4(1):e2034766.

(35) Brimblecombe R. Cimetidine, nitrosation, and carcinogenicity. *Lancet*. 1981;2(8248):686-687.

(36) Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. *Lancet*. 1981;2(8255):1119.

(37) Bryan NS, Rassaf T, Maloney RE, et al. Cellular targets and mechanisms of nitros(yl)ation: an insight into their nature and kinetics in vivo. *Proc Natl Acad Sci U S A.* 2004;101(12):4308-4313.

(38) Burlinson B, Morriss S, Gatehouse D, Tweats D. WPT-90-079: An evaluation of the potential genotoxiity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay. *GSKZNDA0000205885.* 1990.

(39) Calabrese EJ, Blain RB. The Single Exposure Carcinogen Database: assessing the circumstances under which a single exposure to a carcinogen can cause cancer. *Toxicol Sci.* 1999;50(2):169-185.

(40) Camus AM, Geneste O, Honkakoski P, et al. High variability of nitrosamine metabolism among individuals: role of cytochromes P450 2A6 and 2E1 in the dealkylation of N-nitrosodimethylamine and N-nitrosodiethylamine in mice and humans. *Mol Carcinog*. 1993;7(4):268-275.

(41) Cancer Genome Atlas Research Network. The Molecular Taxonomy of Primary Prostate Cancer. *Cell.* 2015;163(4):1011-1025.

(42) Cancer Genome Atlas Research Network. Electronic address aadhe, Cancer Genome Atlas Research N. Integrated Genomic Characterization of Pancreatic Ductal Adenocarcinoma. *Cancer Cell.* 2017;32(2):185-203 e113.

(43) Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol.* 2021;116(8):1612-1619.

(44) Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. *J Chromatogr*. 1981;225(1):161-168.

(45) Chala B, Choi MH, Moon KC, Kim HS, Kwak C, Hong ST. Development of Urinary Bladder Pre-Neoplasia by Schistosoma haematobium Eggs and Chemical Carcinogen in Mice. *Korean J Parasitol.* 2017;55(1):21-29.

(46) Chang YJ, Myung SK, Chung ST, et al. Effects of vitamin treatment or supplements with purported antioxidant properties on skin cancer prevention: a meta-analysis of randomized controlled trials. *Dermatology.* 2011;223(1):36-44.

(47) Chavez-Galan L, Olleros ML, Vesin D, Garcia I. Much More than M1 and M2 Macrophages, There are also CD169(+) and TCR(+) Macrophages. *Front Immunol*. 2015;6:263.

(48) Chen S, Luster AD. Antihistamines for cancer immunotherapy: More than just treating allergies. *Cancer Cell*. 2022;40(1):9-11.

(49) Cheng G, Wang M, Upadhyaya P, Villalta PW, Hecht SS. Formation of formaldehyde adducts in the reactions of DNA and deoxyribonucleosides with alpha-acetates of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), and N-nitrosodimethylamine (NDMA). *Chem Res Toxicol*. 2008;21(3):746-751.

(50) Chin W, Lee VM, Archer MC. Evidence that the hepatotoxicity of N-nitrosodimethylamine in the rat is unrelated to DNA methylation. *Chem Res Toxicol*. 1993;6(3):372-375.

(51) Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. *Pharmacoepidemiol Drug Saf*. 2009;18(7):540-544.

(52) Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2005;14(4):1012-1015.

(53) Coussens LM, Werb Z. Inflammation and cancer. *Nature.* 2002;420(6917):860-867.

(54) Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. *Cancer Res.* 2003;63(10):2358-2360.

(55) Dacha S, Razvi M, Massaad J, Cai Q, Wehbi M. Hypergastrinemia. *Gastroenterol Rep (Oxf)*. 2015;3(3):201-208.

(56) Dai WD, Lee V, Chin W, Cooper DP, Archer MC, O'Connor PJ. DNA methylation in specific cells of rat liver by N-nitrosodimethylamine and N-nitrosomethylbenzylamine. *Carcinogenesis*. 1991;12(7):1325-1329.

Contains Confidential Information – Subject to Protective Order

(57) Dangtakot R, Intuyod K, Chamgramol Y, et al. CagA(+) Helicobacter pylori infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. *Helicobacter*. 2021:e12817.

(58) De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. *Carcinogenesis*. 1983;4(3):255-260.

(59) De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. *Lancet*. 1981;2(8253):993-994.

(60) De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev*. 1996;5(9):679-682.

(61) Delow G, Gatehouse D. WPT-83-056: In vivo cytogenetic evaluation of AH 19065 (ranitidine) assays. *GSKZSN0000292401.* 1983.

(62) Deng X, Luyendyk JP, Ganey PE, Roth RA. Inflammatory stress and idiosyncratic hepatotoxicity: hints from animal models. *Pharmacol Rev.* 2009;61(3):262-282.

(63) Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. *J Toxicol Environ Health.* 1992;37(3):351-361.

(64) Dich J, Jarvinen R, Knekt P, Penttila PL. Dietary intakes of nitrate, nitrite and NDMA in the Finnish Mobile Clinic Health Examination Survey. *Food Addit Contam.* 1996;13(5):541-552.

(65) Driver HE, White IN, Steven FS, Butler WH. A possible mechanism for the dose-response relationship observed for renal mesenchymal tumours induced in the rat by a single dose of N-nitrosodimethylamine. *IARC Sci Publ*. 1987(84):253-255.

(66) Dror Y, Stern F. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

(67) Dunn SR, Simenhoff ML, Lele PS, Goyal S, Pensabene JW, Fiddler W. N-nitrosodimethylamine blood levels in patients with chronic renal failure: modulation of levels by ethanol and ascorbic acid. *J Natl Cancer Inst*. 1990;82(9):783-787.

(68) Elespuru RK, Saavedra JE, Kovatch RM, Lijinsky W. Examination of alpha-carbonyl derivatives of nitrosodimethylamine and ethylnitrosomethylamine as putative proximate carcinogens. *Carcinogenesis*. 1993;14(6):1189-1193.

(69) EMA. Lessons Learnt from Presence of N-nitrosamine Impurities in Sartan Medicines. 2020.

(70) EMA. EMA confirms recommendation to suspend all ranitidine medicines in the EU. 2020.

(71) EMA. Nitrosamine impurities in human medicinal products. Article 5(3) of Regulation EC (No) 726/2004. 2004.

(72) EMA. Ranitidine referral under Article 31 of Directive 2001/83/EC. 2020.

(73) EMA. Suspension of ranitidine medicines in the EU. April 20, 2020

(74) Emery Pharma. Emery Pharma citizen petition. 2020.

(75) Encell L, Foiles PG, Gold B. The relationship between N-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. *Carcinogenesis*. 1996;17(5):1127-1134.

(76) EPA IRIS. N-Nitrosodimethylamine. 1987.

(77) EPA. Guidelines for carcinogenic risk assessment. 1986.

(78) EPA. N-Nitrosodimethylamine. 2000.

(79) EPA. Technical Fact Sheet N-Nitroso-dimethylamine (NDMA). 2014(EPA 505-F -14-005).

(80) European Food Safety Authority. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. *EFSA J.* 2014;12:3350.

(81) Fadlallah S, Lachapelle M, Krzystyniak K, et al. O6-methylguanine-DNA adducts in rat lymphocytes after in vivo exposure to N-nitrosodimethylamine (NDMA). *Int J Immunopharmacol*. 1994;16(7):583-591.

(82) Fahrer J, Frisch J, Nagel G, et al. DNA repair by MGMT, but not AAG, causes a threshold in alkylation-induced colorectal carcinogenesis. *Carcinogenesis.* 2015;36(10):1235-1244.

(83) Fahrer J, Kaina B. O6-methylguanine-DNA methyltransferase in the defense against N-nitroso compounds and colorectal cancer. *Carcinogenesis.* 2013;34(11):2435-2442.

(84) Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control.* 2000;11(3):231-238.

(85) FDA. Control of Nitrosamine Impurities in Human Drugs. 2020.

(86) FDA. FDA requests removal of all ranitidine products (Zantac) from the market. 2020.

(87) FDA. FDA statement alerting patients and health care professionals of NDMA found in samples of ranitidine. 2019.

(88) FDA. FDA statement on new testing results, including low levels of impurities in ranitidine drugs. 2019.

(89) FDA. Laboratory analysis of ranitidine and nizatidine products. 2019.

(90) FDA. Laboratory analysis of valsartan products. https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products. 2021.

(91) Fitzgerald DJ, Robinson NI. Development of a tolerable daily intake for N-nitrosodimethylamine using a modified benchmark dose methodology. *J Toxicol Environ Health A*. 2007;70(19):1670-1678.

(92) Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA.* 2021;326(3):240-249.

(93) Fortmann SP, Burda BU, Senger CA, Lin JS, Whitlock EP. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer: An updated systematic evidence review for the U.S. Preventive Services Task Force. *Ann Intern Med.* 2013;159(12):824-834.

(94) Friberg S, Mattson S. On the growth rates of human malignant tumors: implications for medical decision making. *Journal of surgical oncology.* 1997;65(4):284-297.

(95) Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. *Journal of Water and Health.* 2007;5(3):341-355.

(96) Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. *JAMA Netw Open.* 2021;4(6):e2118253.

(97) Garaycoechea JI, Crossan GP, Langevin F, et al. Alcohol and endogenous aldehydes damage chromosomes and mutate stem cells. *Nature.* 2018;553(7687):171-177.

(98) Garcia Rodriguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. *Gut*. 2006;55(11):1538-1544.

(99) Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. *Cancer Res*. 1986;46(10):5392-5400.

(100) George J, Rao KR, Stern R, Chandrakasan G. Dimethylnitrosamine-induced liver injury in rats: the early deposition of collagen. *Toxicology.* 2001;156(2-3):129-138.

(101) Georgiadis P, Samoli E, Kaila S, Katsouyanni K, Kyrtopoulos SA. Ubiquitous presence of O6-methylguanine in human peripheral and cord blood DNA. *Cancer Epidemiol Biomarkers Prev.* 2000;9(3):299-305.

(102) GlaxoSmithKline. Product monograph: Zantac. 2015.

(103) Gocke E, Muller L. In vivo studies in the mouse to define a threshold for the genotoxicity of EMS and ENU. *Mutat Res.* 2009;678(2):101-107.

(104) Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. *Mutat Res.* 1998;419(1-3):131-135.

(105) Gollapudi BB, Johnson GE, Hernandez LG, et al. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. *Environ Mol Mutagen.* 2013;54(1):8-18.

(106) Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. *Cancer Res*. 1990;50(14):4366-4370.

(107) Gombar CT, Harrington GW, Pylypiw HM, Jr., et al. Pharmacokinetics of N-nitrosodimethylamine in swine. *Carcinogenesis*. 1988;9(8):1351-1354.

Contains Confidential Information – Subject to Protective Order

(108) Gombar CT, Pylypiw HM, Jr., Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. *Cancer Res*. 1987;47(2):343-347.

(109) Gomm W, Rothlein C, Schussel K, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer-A Longitudinal Cohort Study Based on German Health Insurance Data. *Dtsch Arztebl Int*. 2021;118(Forthcoming).

(110) Gooden MJ, de Bock GH, Leffers N, Daemen T, Nijman HW. The prognostic influence of tumour-infiltrating lymphocytes in cancer: a systematic review with meta-analysis. *Br J Cancer.* 2011;105(1):93-103.

(111) Grobner SN, Worst BC, Weischenfeldt J, et al. The landscape of genomic alterations across childhood cancers. *Nature.* 2018;555(7696):321-327.

(112) GSK U08-3111-01. Ranitidine hydrochloride: 2 year oral tumorigenicity study in mice (CAr 009). 1981.

(113) GSK U08-3112-01. Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice (CAR 010). 1981.

(114) GSK U08-3113-01. Ranitidine hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks) (A&H 88/801075). 1981.

(115) Guerard M, Baum M, Bitsch A, et al. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res.* 2015;763:181-201.

(116) Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf.* 2000;9(2):149-155.

(117) Hahm KB, Lee SI, Chung JP, Kim WH, Kim JH, Park IS. Comparison of immunomodulative effects of histamine-2 receptor antagonists in gastric cancer patients: focus on the lymphoblastogenesis and cytotoxicity of peripheral blood mononuclear cells. *Int J Immunopharmacol.* 1994;16(12):985-993.

(118) Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. *Cell.* 2011;144(5):646-674.

(119) Hanahan D, Weinberg RA. The hallmarks of cancer. *Cell.* 2000;100(1):57-70.

(120) Hassel M, Frei E, Scherf HR, Wiessler M. Investigation into the pharmacodynamics of the carcinogen N-nitrodimethylamine. *IARC Sci Publ*. 1987(84):150-152.

(121) Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. *Digestion*. 1990;45(4):189-195.

(122) Health Canada. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document N-Nitrosodimethylamine (NDMA). In: Minister of Health; 2011.

(123) Health Canada. Health Canada updates Canadians on estimates of health risks for recalled valsartan drugs containing NDMA. In:2018.

(124) Health Canada. Priority substances list assessment report: N-Nitrosodimethylamine (NDMA). 2001.

(125) Hecht SS. Lung carcinogenesis by tobacco smoke. *Int J Cancer.* 2012;131(12):2724-2732.

(126) Hellstrand, K., Asea, A. & Hermodsson, S. Role of histamine in natural killer cell mediated resistance against tumor cells. J Immunol 145, 4365-4370 (1990)

(127) Hemila H. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):655.

(128) Hidajat M, McElvenny DM, Ritchie P, et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med.* 2019;76(4):250-258.

(129) Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med.* 1965;58:295-300.

(130) Hirst G, Arumugam PJ, Beynon J. Ranitidine as adjuvant treatment in colorectal cancer. *British J Surgery*.89:1416-1422.

(131) Hmeljak J, Sanchez-Vega F, Hoadley KA, et al. Integrative Molecular Characterization of Malignant Pleural Mesothelioma. *Cancer Discov.* 2018;8(12):1548-1565.

(132) Holsapple MP, Tucker AN, McNerney PJ, White KL, Jr. Effects of N-nitrosodimethylamine on humoral immunity. *J Pharmacol Exp Ther.* 1984;229(2):493-500.

(133) Holtrop G, Johnstone AM, Fyfe C, Gratz SW. Diet composition is associated with endogenous formation of N-nitroso compounds in obese men. *J Nutr.* 2012;142(9):1652-1658.

(134) Homburger F, Handler AH, Soto E, Hsueh SS, Van Dongen CG, Russfield AB. Adenocarcinoma of the glandular stomach following 3-methylcholanthrene, N-nitrosodiethylamine, or N-nitrosodimethylamine feeding in carcinogen-susceptible inbred Syrian. *J Natl Cancer Inst*. 1976;57(1):141-144.

(135) Hong J, Yang CS. The nature of microsomal N-nitrosodimethylamine demethylase and its role in carcinogen activation. *Carcinogenesis*. 1985;6(12):1805-1809.

(136) Hord NG, Tang Y, Bryan NS. Food sources of nitrates and nitrites: the physiologic context for potential health benefits. *Am J Clin Nutr.* 2009;90(1):1-10.

(137) Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal.* 2013;33(12):2179-2208.

(138) Hrudey SE, Krewski D. Is there a safe level of exposure to a carcinogen? *Environ Sci Technol.* 1995;29(8):370A-375A.

(139) Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. *Heliyon*. 2021;7(2):e06179.

(140) Hughes R, Cross AJ, Pollock JR, Bingham S. Dose-dependent effect of dietary meat on endogenous colonic N-nitrosation. *Carcinogenesis.* 2001;22(1):199-202.

(141) IARC. Evaluation of the Carcinogenic risk of chemical to humans. 1978;17.

(142) IARC. *Arsenic, metals, fibres, and dusts*. 2012.

(143) IARC. IARC Monographs on the Identification of Carcinogenic Hazards to Humans. *IARC Monographs Preamble.* 2019.

(144) IARC. Ingested nitrate and nitrite, and cyanobacterial peptide toxins. LYON, FRANCE. 2010;94.

(145) IARC. Red Meat and Processed Meat. *IARC Monographs on the evaluation of carcinogenic risks to humans*. 2015;114.

(146) IARC. Tumour Site Concordance and Mechanisms of Carcinogenesis. In:2021.

(147) Idos GE, Kwok J, Bonthala N, Kysh L, Gruber SB, Qu C. The Prognostic Implications of Tumor Infiltrating Lymphocytes in Colorectal Cancer: A Systematic Review and Meta-Analysis. *Sci Rep.* 2020;10(1):3360.

(148) Irving CC, Cox R, Murphy WM. Influence of dose of N-methyl-N-nitrosourea on the induction of urinary bladder cancer in rats. *Cancer Lett.* 1979;8(1):3-7.

(149) Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf.* 2021;44(3):361-371.

(150) Jaksyzn P, Ibanez R, Pera G, et al. Food Content of Potential Carcinogens. *Barcelona: Catalan Institute of Oncology,.* 2004.

(151) Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis.* 2006;27(7):1497-1501.

(152) Jakszyn P, Gonzalez CA, Lujan-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev.* 2011;20(3):555-559.

(153) Jakszyn P, Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence. *World J Gastroenterol.* 2006;12(27):4296-4303.

(154) Jenkins GJ, Zair Z, Johnson GE, Doak SH. Genotoxic thresholds, DNA repair, and susceptibility in human populations. *Toxicology*. 2010;278(3):305-310.

(155) Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. *Cancer Lett.* 1998;134(1):73-79.

(156) Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology.* 1996;7(4):434-436.

Contains Confidential Information – Subject to Protective Order

(157) Johnson GE, Dobo K, Gollapudi B, et al. Permitted daily exposure limits for noteworthy N-nitrosamines. *Environ Mol Mutagen.* 2021;62(5):293-305.

(158) Kandoth C, McLellan MD, Vandin F, et al. Mutational landscape and significance across 12 major cancer types. *Nature.* 2013;502(7471):333-339.

(159) Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology.* 2021;160(5):1856-1859 e1855.

(160) Kataoka H, Kurisu M, Shindoh S. Determination of volatile N-nitrosamines in combustion smoke samples. *Bull Environ Contam Toxicol.* 1997;59(4):570-576.

(161) Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel).* 2021;9(8).

(162) Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther.* 2021;54(5):606-615.

(163) Kirman CR, Hays SM. Derivation of endogenous equivalent values to support risk assessment and risk management decisions for an endogenous carcinogen: Ethylene oxide. *Regul Toxicol Pharmacol.* 2017;91:165-172.

(164) Kirman CR, Li AA, Sheehan PJ, Bus JS, Lewis RC, Hays SM. Ethylene oxide review: characterization of total exposure via endogenous and exogenous pathways and their implications to risk assessment and risk management. *J Toxicol Environ Health B Crit Rev.* 2021;24(1):1-29.

(165) Kirsch-Volders M, Aardema M, Elhajouji A. Concepts of threshold in mutagenesis and carcinogenesis. *Mutat Res.* 2000;464(1):3-11.

(166) Kiziltas H, Ekin S, Bayramoglu M, et al. Antioxidant properties of Ferulago angulata and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. *Pharm Biol.* 2017;55(1):888-897.

(167) Klein RG, Janowsky I, Pool-Zobel BL, et al. Effects of long-term inhalation of N-nitrosodimethylamine in rats. *IARC Sci Publ*. 1991(105):322-328.

(168) Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. *Chem Biol Interact.* 2019;301:88-111.

(169) Krul CA, Zeilmaker MJ, Schothorst RC, Havenaar R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. *Food Chem Toxicol*. 2004;42(1):51-63.

(170) Kumar S, Chinnusamy V, Mohapatra T. Epigenetics of Modified DNA Bases: 5-Methylcytosine and Beyond. *Front Genet.* 2018;9:640.

(171) Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci.* 2021.

(172) Kyrtopoulos SA. DNA adducts in humans after exposure to methylating agents. *Mutat Res.* 1998;405(2):135-143.

(173) La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet.* 1990;336(8711):355-357.

(174) La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition.* 1992;8(3):177-181.

(175) La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev.* 2002;11(2):117-123.

(176) Land CE, Tokunaga M, Koyama K, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1990. *Radiat Res.* 2003;160(6):707-717.

(177) Land CE. Studies of cancer and radiation dose among atomic bomb survivors. The example of breast cancer. *JAMA.* 1995;274(5):402-407.

(178) Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM.* 2020;113(2):100-107.

(179) Lee VM, Keefer LK, Archer MC. An evaluation of the roles of metabolic denitrosation and alpha-hydroxylation in the hepatotoxicity of N-Nitrosodimethylamine. *Chem Res Toxicol*. 1996;9(8):1319-1324.

(180) Lele PS, Dunn SR, Simenhoff ML, Fiddler W, Pensabene JW. Evidence for generation of the precarcinogen nitrosodimethylamine in the small intestine in chronic renal failure. *Kidney Int Suppl*. 1983;16:S229-233.

(181) Lewin MH, Bailey N, Bandaletova T, et al. Red meat enhances the colonic formation of the DNA adduct O6-carboxymethyl guanine: implications for colorectal cancer risk. *Cancer Res.* 2006;66(3):1859-1865.

(182) Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett*. 1984;22(1):83-88.

(183) Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. *Cancer Res*. 1974;34(1):255-258.

(184) Lin HL, Parsels LA, Maybaum J, Hollenberg PF. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. *Toxicol Appl Pharmacol*. 1999;157(2):117-124.

(185) Lindahl T. Instability and decay of the primary structure of DNA. *Nature.* 1993;362(6422):709-715.

(186) Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-NITROSODIMETHYLAMINE. In: World Health Organization; 2002.

(187) Liu J, Lichtenberg T, Hoadley KA, et al. An Integrated TCGA Pan-Cancer Clinical Data Resource to Drive High-Quality Survival Outcome Analytics. *Cell.* 2018;173(2):400-416 e411.

(188) Liu P, McMenamin UC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer.* 2020;123(2):307-315.

(189) Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr.* 2011;93(5):1053-1061.

(190) Lundgren C, Bendahl PO, Ekholm M, et al. Tumour-infiltrating lymphocytes as a prognostic and tamoxifen predictive marker in premenopausal breast cancer: data from a randomised trial with long-term follow-up. *Breast Cancer Res.* 2020;22(1):140.

(191) Lunn JC, Kuhnle G, Mai V, et al. The effect of haem in red and processed meat on the endogenous formation of N-nitroso compounds in the upper gastrointestinal tract. *Carcinogenesis*. 2007;28(3):685-690.

(192) Lv J, Wang L, Li Y. Characterization of N-nitrosodimethylamine formation from the ozonation of ranitidine. *J Environ Sci (China).* 2017;58:116-126.

(193) Magee PN, Barnes JM. Induction of kidney tumours in the rat with dimethylnitrosamine (N-nitrosodimethylamine). *J Pathol Bacteriol.* 1962;84:19-31.

(194) Magee PN, Barnes JM. The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. *Br J Cancer.* 1956;10(1):114-122.

(195) Mahanama KRRD, Joan M. Volatile N -Nitrosamines in Environmental Tobacco Smoke: Sampling, Analysis, Emission Factors, and Indoor Air Exposures. *Environmental science & technology.* 1996;30:1477-1484.

(196) Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. *Mutat Res*. 1983;122(3-4):373-376.

(197) Massey R, Dennis MJ, Pointer M, Key PE. An investigation of the levels of N-nitrosodimethylamine, apparent total N-nitroso compounds and nitrate in beer. *Food Addit Contam.* 1990;7(5):605-615.

(198) Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17(1):67-72.

(199) Matsuda J, Hinuma K, Tanida N, et al. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. *Gastroenterol Jpn*. 1990;25(2):162-168.

(200) Maura A, Pino A, Robbiano L, et al. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. *Toxicol Lett*. 1983;18(1-2):97-102.

(201) McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med.* 2021;19(1):22.

(202) McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol.* 2021;71(Pt A):101880.

(203) McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2020;13(1).

(204) Meghnem D, Oldford SA, Haidl ID, Barrett L, Marshall JS. Histamine receptor 2 blockade selectively impacts B and T cells in healthy subjects. *Sci Rep.* 2021;11(1):9405.

(205) Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev*. 2004;13(2):250-254.

(206) Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther.* 1997;11(1):129-137.

(207) Milton-Thompson GJ, Lightfoot NF, Ahmet Z, et al. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. *Lancet*. 1982;1(8281):1091-1095.

(208) Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol Appl Pharmacol.* 1975;31(3):325-351.

(209) Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC. *Cancer Lett.* 1995;93(1):17-48.

(210) Mitch WA, Sedlak DL. Formation of N-nitrosodimethylamine (NDMA) from dimethylamine during chlorination. *Environ Sci Technol.* 2002;36(4):588-595.

(211) Moyer VA, Force USPST. Vitamin, mineral, and multivitamin supplements for the primary prevention of cardiovascular disease and cancer: U.S. Preventive services Task Force recommendation statement. *Ann Intern Med.* 2014;160(8):558-564.

(212) Muscroft TJ, Keighley MR. Cimetidine, gastric pH, and nitrosation. *Lancet*. 1981;1(8227):1002.

(213) Muscroft TJ, Youngs DJ, Burdon DW, Keighley MR. Cimetidine is unlikely to increase formation of intragastric N-nitroso-compounds in patients taking a normal diet. *Lancet*. 1981;1(8217):408-410.

(214) Myung SK, Yang HJ. Efficacy of Vitamin and Antioxidant Supplements in Prevention of Esophageal Cancer: Meta-analysis of Randomized Controlled Trials. *J Cancer Prev.* 2013;18(2):135-143.

(215) Nadler DL, Zurbenko IG. Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology.* 2014;2014:1-8.

(216) Nguyen PL, Cho J. Pathophysiological Roles of Histamine Receptors in Cancer Progression: Implications and Perspectives as Potential Molecular Targets. *Biomolecules*. 2021;11(8).

Contains Confidential Information – Subject to Protective Order


(217) Nielsen HJ, Christensen IJ, Moesgaard F, Kehlet H, Danish RCCSG. Ranitidine as adjuvant treatment in colorectal cancer. *Br J Surg*. 2002;89(11):1416-1422.

(218) Nielsen HJ, Nielsen H, Moesgaard F, et al. The effect of ranitidine on cellular immunity in patients with multiple myeloma. *Cancer Immunol Immunother.* 1990;32(3):201-205.

(219) Nohmi T, Matsumoto K. Effects of DNA polymerase kappa and mismatch repair on dose-responses of chromosome aberrations induced by three oxidative genotoxins in human cells. *Environ Mol Mutagen.* 2020;61(1):193-199.

(220) Nohmi T. Thresholds of Genotoxic and Non-Genotoxic Carcinogens. *Toxicol Res*. 2018;34(4):281-290.

(221) Norgaard M, Andersen IT, Heide-Jorgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev.* 2022;31(1):45-50.

(222) NTP. National Toxicology Program organ sites with neoplasia. https://cebs.niehs.nih.gov/organsites/search. 2021.

(223) NTP. Report on carcinogens, Fourteen edition. In: DHHS DoHaHS, ed2016.

(224) Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG,NG-dimethylarginine dimethylaminohydrolase, from rat kidney. *J Biol Chem*. 1989;264(17):10205-10209.

(225) Ohshima H, Bandaletova TY, Brouet I, et al. Increased nitrosamine and nitrate biosynthesis mediated by nitric oxide synthase induced in hamsters infected with liver fluke (Opisthorchis viverrini). *Carcinogenesis.* 1994;15(2):271-275.

(226) Ohshima H, Kawabata T. Mechanism of N-nitrosodimethylamine formation from trimethylamine and trimethylaminoxide. *IARC Sci Publ*. 1978(19):143-153.

(227) Otsuka H, Kuwahara A. Hemangiomatous lesions of mice treated with nitrosodimethylamine. *Gan*. 1971;62(3):147-156.

(228) Padayatty SJ, Levine M. Vitamin and mineral supplements in the primary prevention of cardiovascular disease and cancer. *Ann Intern Med.* 2014;160(9):654.

(229) Park JE, Seo JE, Lee JY, Kwon H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res.* 2015;31(3):279-288.

(230) Pegg AE. Formation and subsequent repair of alkylation lesions in tissues of rodents treated with nitrosamines. *Arch Toxicol Suppl.* 1980;3:55-68.

(231) Pegg AE. Metabolism of N-nitrosodimethylamine. *IARC Sci Publ.* 1980(27):3-22.

(232) Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. *Cancer Res.* 1991;51(23 Pt 2):6452-6469.

(233) Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. *Cancer Res.* 1991;51(23 Pt 2):6415-6451.

(234) Pool-Zobel BL, Klein RG, Liegibel UM, Kuchenmeister F, Weber S, Schmezer P. Systemic genotoxic effects of tobacco-related nitrosamines following oral and inhalational administration to Sprague-Dawley rats. *Clin Investig.* 1992;70(3-4):299-306.

(235) Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ*. 2018;362:k3851.

(236) Poulsen AH, Christensen S, McLaughlin JK, et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. *Br J Cancer*. 2009;100(9):1503-1507.

(237) Povey AC, Badawi AF, Cooper DP, et al. DNA alkylation and repair in the large bowel: animal and human studies. *J Nutr.* 2002;132(11 Suppl):3518S-3521S.

(238) Povey AC. DNA adducts: endogenous and induced. *Toxicol Pathol.* 2000;28(3):405-414.

(239) Prentice RL. Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence. *Ann Intern Med.* 2020;172(5):354-355.

(240) Preston DL, Mattsson A, Holmberg E, Shore R, Hildreth NG, Boice JD, Jr. Radiation effects on breast cancer risk: a pooled analysis of eight cohorts. *Radiat Res.* 2002;158(2):220-235.

(241) Preussmann R. Dose-response studies and 'no-effect-levels' of N-nitroso compounds: some general aspects. *Oncology.* 1980;37(4):243-250.

(242) Primrose JN, Miller GV, Preston SR, et al. A prospective randomised controlled study of the use of ranitidine in patients with gastric cancer. Yorkshire GI Tumour Group. *Gut*. 1998;42(1):17-19.

(243) Ratajczak-Wrona W, Jablonska E, Garley M, et al. PI3K-Akt/PKB signaling pathway in neutrophils and mononuclear cells exposed to N-nitrosodimethylamine. *J Immunotoxicol.* 2014;11(3):231-237.

(244) Ratajczak-Wrona W, Jablonska E, Garley M, Jablonski J, Radziwon P. Role of ERK1/2 kinase in the expression of iNOS by NDMA in human neutrophils. *Indian J Exp Biol.* 2013;51(1):73-80.

(245) Ratajczak-Wrona W, Jablonska E, Jablonski J, Marcinczyk M. Induction of expression of iNOS by N-nitrosodimethylamine (NDMA) in human leukocytes. *Immunopharmacol Immunotoxicol.* 2009;31(4):661-668.

(246) Reed PI, Haines K, Walters CL, Smith SL, House FR. Cimetidine, nitrosation, and carcinogenicity. *Lancet*. 1981;2(8258):1281-1282.

(247) Reed PI, Smith PL, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet*. 1981;2(8246):553-556.

(248) Rogers D, Vila-Leahey A, Pessoa AC, Oldford S, Marignani PA, Marshall JS. Ranitidine Inhibition of Breast Tumor Growth Is B Cell Dependent and Associated With an Enhanced Antitumor Antibody Response. *Front Immunol*. 2018;9:1894.

(249) Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev*. 1995;4(1):29-36.

(250) Roux JL, Gallard H, Croue JP, Papot S, Deborde M. NDMA formation by chloramination of ranitidine: kinetics and mechanism. *Environ Sci Technol*. 2012;46(20):11095-11103.

(251) Sanofi. Product Monograph: Zantac. 2017.

(252) Sarasola MP, Taquez Delgado MA, Nicoud MB, Medina VA. Histamine in cancer immunology and immunotherapy. Current status and new perspectives. *Pharmacol Res Perspect*. 2021;9(5):e00778.

(253) Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering.* Vol 2.2010.

(254) Schafer AI, Mitch W, Walewijk S, Munoz A, Teuten E, Reinhard M. Micropollutants in WaterRecycling: A Case Study of N-Nitrosodimethylamine(NDMA) Exposure from Water versus Food. In: *Sustainability Science and Engineering*. Vol 2.2010.

(255) Sen NP, Baddoo PA. Trends in the levels of residual nitrite in Canadian cured meat products over the past 25 years. *Journal of Agricultural and Food chemistry,.* 1997;45:4714-4718.

(256) Sender R, Fuchs S, Milo R. Revised Estimates for the Number of Human and Bacteria Cells in the Body. *PLoS Biol.* 2016;14(8):e1002533.

(257) Siddiqi M, Tricker AR, Preussmann R. Formation of N-nitroso compounds under simulated gastric conditions from Kashmir foodstuffs. *Cancer Lett.* 1988;39(3):259-265.

(258) Siegel JA, Pennington CW, Sacks B, Welsh JS. The Birth of the Illegitimate Linear No-Threshold Model: An Invalid Paradigm for Estimating Risk Following Low-dose Radiation Exposure. *Am J Clin Oncol.* 2018;41(2):173-177.

(259) Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol.* 2020;76(10):1437-1456.

(260) Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients*. 2015;7(12):9872-9895.

(261) Souliotis VL, Chhabra S, Anderson LM, Kyrtopoulos SA. Dosimetry of O6-methylguanine in rat DNA after low-dose, chronic exposure to N-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. *Carcinogenesis.* 1995;16(10):2381-2387.

(262) Souliotis VL, Henneman JR, Reed CD, et al. DNA adducts and liver DNA replication in rats during chronic exposure to N-nitrosodimethylamine (NDMA) and their relationships to the dose-dependence of NDMA hepatocarcinogenesis. *Mutat Res*. 2002;500(1-2):75-87.

(263) Souliotis VL, van Delft JH, Steenwinkel MJ, Baan RA, Kyrtopoulos SA. DNA adducts, mutant frequencies and mutation spectra in lambda lacZ transgenic mice treated with N-nitrosodimethylamine. *Carcinogenesis.* 1998;19(5):731-739.

(264) Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. *IARC Sci Publ.* 1982(41):443-449.

(265) Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med.* 2000;57(3):180-187.

(266) Streeter AJ, Nims RW, Sheffels PR, et al. Metabolic denitrosation of N-nitrosodimethylamine in vivo in the rat. *Cancer Res*. 1990;50(4):1144-1150.

(267) Streeter AJ, Nims RW, Wu PP, Logsdon DL. Toxicokinetics of N-nitrosodimethylamine in the Syrian golden hamster. *Arch Toxicol*. 1990;64(7):562-566.

(268) Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. *J Food Compost Anal.* 2009;22(Suppl 1):S42-S47.

(269) Suksawat M, Techasen A, Namwat N, et al. Upregulation of endothelial nitric oxide synthase (eNOS) and its upstream regulators in Opisthorchis viverrini associated cholangiocarcinoma and its clinical significance. *Parasitol Int.* 2017;66(4):486-493.

(270) Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. *Eur J Cancer Prev*. 2000;9(3):185-191.

(271) Sweet-Cordero EA, Biegel JA. The genomic landscape of pediatric cancers: Implications for diagnosis and treatment. *Science.* 2019;363(6432):1170-1175.

(272) Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. *Cancer Res*. 1991;51(23 Pt 2):6409-6414.

(273) Swenberg JA, Lu K, Moeller BC, et al. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. *Toxicol Sci.* 2011;120 Suppl 1:S130-145.

(274) Tannenbaum SR. A model for estimation of human exposure to endogenous N-nitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

(275) Tatsuguchi A, Hoshino S, Kawami N, et al. Influence of hypergastrinemia secondary to long-term proton pump inhibitor treatment on ECL cell tumorigenesis in human gastric mucosa. *Pathol Res Pract*. 2020;216(10):153113.

(276) TCEQ. Ethylene oxide carcinogenic dose-response assessment. May, 2020.

(277) Thomas AD, Jenkins GJ, Kaina B, et al. Influence of DNA repair on nonlinear dose-responses for mutation. *Toxicol Sci.* 2013;132(1):87-95.

(278) Thomas C, Madden F, Jehu D. Psychological effects of stomas--I. Psychosocial morbidity one year after surgery. *J Psychosom Res*. 1987;31(3):311-316.

(279) Thomas JM, Misiewicz JJ, Cook AR, et al. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. *Gut*. 1987;28(6):726-738.

(280) Thomas P, Fugmann R, Aranyi C, Barbera P, Gibbons R, Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicol Appl Pharmacol.* 1985;77(2):219-229.

(281) Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. *Regul Toxicol Pharmacol.* 1994;19(2):130-151.

(282) Tokunaga M, Land C, Tkuoka S, Nishimori I, Soda M, Akiba S. Incidence of female breast cancer among atomic bomb survivors, 1950-1985. *Radiation Research.* 1994;138:209-223.

(283) Tokunaga M, Land CE, Yamamoto T, et al. Incidence of female breast cancer among atomic bomb survivors, Hiroshima and Nagasaki, 1950-1980. *Radiat Res.* 1987;112(2):243-272.

(284) Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science.* 2017;355(6331):1330-1334.

(285) Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science.* 2015;347(6217):78-81.

(286) Tomasetti C, Vogelstein B. Cancer risk: role of environment-response. *Science.* 2015;347(6223):729-731.

(287) Tran KT, McMenamin UC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther.* 2018;48(1):55-64.

(288) Tricker AR, Mostafa MH, Spiegelhalder B, Preussmann R. Urinary excretion of nitrate, nitrite and N-nitroso compounds in Schistosomiasis and bilharzia bladder cancer patients. *Carcinogenesis.* 1989;10(3):547-552.

(289) Tricker AR, Pfundstein B, Theobald E, Preussmann R, Spiegelhalder B. Mean daily intake of volatile N-nitrosamines from foods and beverages in West Germany in 1989-1990. *Food Chem Toxicol.* 1991;29(11):729-732.

(290) Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. *Eur J Cancer Prev.* 1997;6(3):226-268.

(291) Valisure. Valisure citizen petition on ranitidine. 2019.

(292) van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. *Cancer Detect Prev.* 1998;22(3):204-212.

(293) Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. *Ann Epidemiol*. 2006;16(12):895-900.

(294) Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

(295) Verna L, Whysner J, Williams GM. N-nitrosodiethylamine mechanistic data and risk assessment: bioactivation, DNA-adduct formation, mutagenicity, and tumor initiation. *Pharmacol Ther.* 1996;71(1-2):57-81.

(296) Vila-Leahey A, Oldford SA, Marignani PA, Wang J, Haidl ID, Marshall JS. Ranitidine modifies myeloid cell populations and inhibits breast tumor development and spread in mice. *Oncoimmunology*. 2016;5(7):e1151591.

(297) Vogelstein B, Kinzler KW. Cancer genes and the pathways they control. *Nat Med.* 2004;10(8):789-799.

(298) Vogelstein B, Kinzler KW. The multistep nature of cancer. *Trends Genet.* 1993;9(4):138-141.

(299) Vogelstein B, Papadopoulos N, Velculescu VE, Zhou S, Diaz LA, Jr., Kinzler KW. Cancer genome landscapes. *Science.* 2013;339(6127):1546-1558.

(300) Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. *Arch Toxicol.* 2006;80(6):305-309.

(301) Waddell WJ. Comparisons of thresholds for carcinogenicity on linear and logarithmic dosage scales. *Hum Exp Toxicol.* 2005;24(6):325-332.

(302) Wade RS, Castro CE. Redox reactivity of iron(III) porphyrins and heme proteins with nitric oxide. Nitrosyl transfer to carbon, oxygen, nitrogen, and sulfur. *Chem Res Toxicol*. 1990;3(4):289-291.

(303) Waldum HL, Sordal OF, Mjones PG. The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology. *Int J Mol Sci*. 2019;20(10).

(304) Wang M, Cheng G, Villalta PW, Hecht SS. Development of liquid chromatography electrospray ionization tandem mass spectrometry methods for analysis of DNA adducts of formaldehyde and their application to rats treated with N-nitrosodimethylamine or 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Chem Res Toxicol*. 2007;20(8):1141-1148.

(305) Weinberg RA. *The Biology of Cancer.* 2nd ed: Garland Science; 2014.

(306) White CM, Hernandez AV. Ranitidine and Risk of N-Nitrosodimethylamine (NDMA) Formation. *JAMA.* 2021;326(3):225-227.

(307) White PA, Long AS, Johnson GE. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. *Environ Mol Mutagen.* 2020;61(1):66-83.

(308) Wolf T, Niehaus-Rolf C, Luepke NP. Investigating genotoxic and hematotoxic effects of N-nitrosodimethylamine, N-nitrosodiethylamine and N-nitrosodiethanolamine in the hen's egg-micronucleus test (HET-MN). *Food Chem Toxicol*. 2003;41(4):561-573.

(309) Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med.* 2021;10(1).

(310) Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci.* 2010;116(1):323-335.

(311) Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2016;37(6):625-634.

(312) Zeng T, Mitch WA. Retraction to: Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. *Carcinogenesis.* 2021;42(7):1008.

(313) Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis.* 2019;40(2):254-262.

(314) Zhou Q, McCraven S, Garcia J, Gasca M, Johnson TA, Motzer WE. Field evidence of biodegradation of N-Nitrosodimethylamine (NDMA) in groundwater with incidental and active recycled water recharge. *Water Res*. 2009;43(3):793-805.

(315) Plaintiffs' MDL Master Personal Injury Complaint

(316) Rule 26 Expert Report of Dipak Panigrahy, M.D.

(317) Rule 26 Expert Report of Paul J. Michaels, M.D.

(318) Rule 26 Expert Report of Anne McTiernan, M.D., Ph.D

(319) Rule 26 Expert Report of Ramin (Ron) Najafi, Ph.D

(320) Rule 26 Expert Report of Jennifer Le, Pharm.D, MAS, BCPS-ID, FIDSA, FCCP, FCSHP

(321) Rule 26 Expert Report of Andrew Gale Salmon, M.A., D.Phil., C.Chem., M.R.S.C

(322) Rule 26 Expert Report of Dipak Panigrahy, M.D. (In Re Valsartan, Losartan, and Irbesartan Products liability litigation, MDL No. 2875).

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 2

UNIVERSITY OF PENNSYLVANIA – SCHOOL OF MEDICINE
Curriculum Vitae

Date: October 20, 2021

Lewis A. Chodosh, M.D., Ph.D.

[redacted]

Office Address: 614 Biomedical Research Building II/III
421 Curie Boulevard
Philadelphia, PA 19104-6160

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
[redacted]

Education:

| | | |
|---|---|---|
| 1977-81 | B.S. | Yale University (Molecular Biophysics and Biochemistry) |
| 1981-89 | M.D. | Harvard Medical School |
| 1983-88 | Ph.D. | Massachusetts Institute of Technology (Biochemistry) Laboratory of Dr. Phillip Sharp |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1989-90 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1990-91 | Resident in Medicine, Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Endocrinology, Endocrine Division, Massachusetts General Hospital, Boston, MA |
| 1991-94 | Clinical Fellow in Medicine, Harvard Medical School, Boston, MA |
| 1992-94 | Research Fellow in Endocrinology, Endocrine Division, Massachusetts General Hospital, Boston, MA |
| 1992-94 | Research Fellow in Medicine, Harvard Medical School, Boston, MA |
| 1992-94 | Postdoctoral Research Fellowship, Department of Genetics, Harvard Medical School, Boston, MA Laboratory of Dr. Philip Leder |

Military Service

[none]

Faculty Appointments:

| | |
|---|---|
| 1994-2000 | Assistant Professor of Molecular and Cellular Engineering University of Pennsylvania School of Medicine |
| 1994-2000 | Assistant Professor of Medicine (secondary) Division of Endocrinology, Diabetes and Metabolism University of Pennsylvania School of Medicine |
| 2000-02 | Associate Professor with Tenure Department of Molecular and Cellular Engineering |

| | |
|---|---|
| | University of Pennsylvania School of Medicine |
| 2000-06 | Associate Professor with Tenure, Department of Medicine<br>Division of Endocrinology, Diabetes and Metabolism (secondary)<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure<br>Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Medicine (secondary)<br>Division of Endocrinology, Diabetes and Metabolism<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2007-08 | Interim Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2008-12 | J. Samuel Staub, M.D. Endowed Professor<br>University of Pennsylvania School of Medicine |
| 2008- | Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2018- | Perelman Professor in Cancer Biology (Endowed Chair)<br>University of Pennsylvania |

<u>Hospital and Administrative Appointments</u>:

| | |
|---|---|
| 1994- | Member, Abramson Cancer Center,<br>University of Pennsylvania School of Medicine |
| 1995- | Attending Staff Physician,<br>Hospital of the University of Pennsylvania |
| 2000- | Member, Center for Developmental Biology,<br>University of Pennsylvania School of Medicine |
| 2002- | Associate Investigator and Investigator, The Leonard and Madlyn Abramson Family Cancer Research Institute at the University of Pennsylvania Cancer Center |
| 2002-07 | Vice Chair, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2004-08 | Founding Co-Director, University of Pennsylvania Small Animal Imaging Facility |
| 2004- | Director, NCI-UPENN Mouse Models for Human Cancers Consortium |
| 2005-13 | Program co-Leader, Breast Cancer Program<br>Abramson Cancer Center |
| 2005-16 | Director, Cancer Genetics<br>Abramson Family Cancer Research Institute |
| 2016- | Director, Tumor Biology<br>Abramson Family Cancer Research Institute |
| 2005-10 | Director, UPENN DOD Breast Cancer Center of Excellence |
| 2005- | Executive Committee |

| | |
|---|---|
| | Abramson Family Cancer Research Institute |
| 2005- | Executive Committee, Abramson Cancer Center |
| 2006- | Associate Director for Basic Science, Abramson Cancer Center |
| 2007-08 | Interim Chairman, Department of Cancer Biology |
| 2008- | Chairman, Department of Cancer Biology |
| 2012- | Co-Director, 2-PREVENT Translational Center of Excellence |

Medical Licensure: Massachusetts and Pennsylvania

Specialty Certification:

| | |
|---|---|
| 1992-2002 | Diplomate in Internal Medicine, American Board of Internal Medicine |
| 1997-2007 | Diplomate in Endocrinology and Metabolism, American Board of Internal Medicine |

Awards, Honors and Membership in Honorary Societies:

| | |
|---|---|
| 1977 | National Merit Scholar |
| 1977 | Cornell Ingenuity in Mathematics and Science Award |
| 1977 | Harvard Book Prize |
| 1977 | Bausch and Lomb Honorary Science Award |
| 1981 | *Summa cum laude*, Yale University |
| 1981 | Phi Beta Kappa, Yale University |
| 1981 | Distinction in Molecular Biophysics and Biochemistry Yale University |
| 1981 | Emerson Tuttle Cup for Distinguished Academic Achievement Yale University |
| 1983-89 | Medical Scientist Training Program, Harvard Medical School |
| 1985 | Leland Fikes Foundation fellow |
| 1989 | Leon Reznick Memorial Prize for Excellence in Research Harvard Medical School |
| 1989 | Soma Weiss Research Assembly Award, Harvard Medical School |
| 1989 | *Magna cum laude*, Harvard Medical School |
| 1992-94 | Merck Research Laboratories MD-PhD Fellowship |
| 1996-99 | Charles E. Culpeper Foundation Scholarship in the Medical Sciences |
| 1998-2002 | U.S. Army Breast Cancer Research Program Career Development Award |
| 2002 | AACR-Sidney Kimmel Symposium for Cancer Research Scholar Award |
| 2002 | American Society for Clinical Investigation |
| 2005-10 | Director, DOD-UPENN Breast Cancer Center of Excellence |
| 2008 | Member, Interurban Clinical Club |
| 2008 | Association of American Physicians |
| 2009-12 | J. Samuel Staub, M.D. Endowed Professor |
| 2013 | Dept of Cancer Biology Award for Excellence in Teaching |
| 2017 | National Academy of Medicine |
| 2018 | Perelman Professor in Cancer Biology |

Memberships in Professional and Scientific Societies:

National Societies:

American Society for Clinical Investigation
Association of American Physicians
National Academy of Medicine
American College of Physicians
American Association for Cancer Research
Endocrine Society
American Association for the Advancement of Science
Society for Developmental Biology
American Society for Microbiology
FASEB

Local Societies:

Massachusetts Medical Society

National Scientific Committees:

Electorate Nominating Committee, American Association for the Advancement of Science (2020 - )

Scientific Committees:

Nurses' Health Study I and II, Harvard Medical School, Boston, MA
External Advisory Committee (1998-2016)
Breast Cancer Program Project Grant, Baylor College of Medicine
External Advisory Committee (2002-2007)
CNGI Center Grant, University of Alabama, Birmingham
External Advisory Committee (2002-2004)
Georgetown Cancer Center, Breast Cancer Program Project Grant
External Advisory Committee (2003-2004)
Fox Chase Cancer Center, Breast Cancer and Environmental Research Center, External Advisory Committee (2003-2007)
Dana Farber/Harvard Cancer Center Scientific Advisory Board (2013-present)

Editorial Positions:

| | |
|---|---|
| 1999-2000 | Editorial Board, *Breast Cancer Research* |
| 2001-2012 | Editorial Board, *Journal of Mammary Gland Biology and Neoplasia* |
| 2003-2014 | Associate Editor, *Cancer Biology & Therapy* |
| 2001-2004 | Deputy Editor, *Breast Cancer Research* |
| 2005-2008 | Senior Editor, *Breast Cancer Research* |
| 2008-present | Editor-in-Chief, *Breast Cancer Research* |
| 2010-2013 | Senior Editor, *Cancer Research* |
| | Ad Hoc Reviewer: *Nature, Cell, Science, New England Journal of Medicine, Nature Genetics, Nature Medicine, Cancer Cell, Science Translational Medicine, Molecular & Cellular Biology, Proceedings of the National Academy of Sciences USA, Lancet,* |

*Cancer Research, Development, Human Molecular Genetics*
*Developmental Biology, Molecular Endocrinology, Oncogene*

Peer Review Panels:

| | |
|---|---|
| 1995, 96, 98 | U.S. Army Breast Cancer Research Program - |
| 1997, 98, 2000 | Susan G. Komen Breast Cancer Foundation |
| 1998, 99 | Concert for the Cure |
| 2000 | Massachusetts Dept of Public Health Breast Cancer Research Program |
| 2001, 2004 | California Breast Cancer Research Program (Chair, 2004) |
| 2009-2012 | Cancer Prevention Research Institute of Texas (CPRIT) |
| 2015-2017 | AACR Breast Cancer Research Grants Scientific Review Committee |
| 2018 | Stand Up To Cancer Canada Metastatic Breast Cancer Peer Review Committee |
| 2019-2020 | AACR Outstanding Investigator Award Selection Committee |

Academic Committees at the University of Pennsylvania and Affiliated Hospitals:

| | |
|---|---|
| 1994-1996 | Internal Advisory Committee, Institute for Human Gene Therapy |
| 1994-1998 | Hematology/Immunology Faculty Search Committee, Institute for Human Gene Therapy |
| 1995-1996 | Departmental Review Committee - Department of Pediatrics |
| 1995- | Admissions Committee, Combined Degree Program |
| 1997-1998 | Departmental Review Committee, Department of Pathology and Laboratory Medicine |
| 1999-2000 | Short Term Experience in Research Advisory Committee |
| 1999 | Internal Advisory Committee, Cancer Clinical Epidemiology Training Grant, Clinical Center for Epidemiology and Biostatistics |
| 1999-2000 | Review Committee, Graduate Group in Neuroscience |
| 2000 | LCME Basic Science Task Force |
| 2000-present | Mentoring Program, Combined Degree Program |
| 2002-03 | Chair, Cancer Center Working Group on Animal Imaging |
| 2003-2005 | Committee on Academic Freedom and Responsibility |
| 2004-2005 | Faculty Search Committee for Chair Department of Radiation Oncology |
| 2004-2006 | Faculty Search Committee for Chief, Division of Nuclear Medicine |
| 2007 | Faculty Search Committee for Chair, Department of Medicine |
| 2008 | Faculty Search Committee for Chief, Division of Hematology/Oncology |
| 2010 | Faculty Search Committee for Director, Abramson Cancer Center |
| 2010 | Faculty Search Committee for Chair, Department of Pathology and Laboratory Medicine |
| 2010-2011 | Chair, Review Committee Department of Radiation Oncology |
| 2011-2012 | Faculty Search Committee for Chair, Department of Radiology |

| | |
|---|---|
| 2011-2012 | Chair, Faculty Search Committee for Director, Penn Institute for Immunology |
| 2015-2016 | Faculty Search Committee for Chair, Department of Biophysics and Biochemistry |
| 2016-2017 | Chair, Faculty Search Committee for Chair, Department of Systems Pharmacology and Translational Therapeutics |
| 2016 | President's Consultative Review Committee on the Reappointment of the Dean of the Perelman School of Medicine |
| 2016- | APAC, University of Pennsylvania |
| 2019- | Celgene, Joint Advisory Committee (Ben Garcia) |
| 2020- | Undergraduate Medical Education Committee Perelman School of Medicine, University of Pennsylvania |
| 2020- | Patent Policy Advisory Working Group University of Pennsylvania |

Major Teaching and Clinical Responsibilities at the University of Pennsylvania :

1. Attending Physician, Hospital of the University of Pennsylvania (1992-present)
   Endocrine consult service - one month per year (1996-2005)
2. Supervision of graduate students performing thesis research
   Heather Perry Gardner (1996-00)
   Celina D'Cruz (1996-00)
   Stephen Master (Combined Degree Program) (1995-01)
   Gerald Wertheim (Combined Degree Program) (1998-03)
   Susan Moody (Combined Degree Program) (1999-03)
   Robert Boxer (Combined Degree Program) (1999-03)
   Christopher Sarkisian (1998–04)
   Douglas Stairs (1998–04)
   Thomas Yang (1999-05)
   Collin Blakely (Combined Degree Program) (2002-05)
   Joanne Jang (Combined Degree Program) (2002-06)
   Zhandong Liu (2005-10)
   Dania Daye (Combined Degree Program) (2010-12)
   Jason Jung (2008-13)
   Samantha Eberle (2007-13)
   Daniel Abravanel (Combined Degree Program) (2009-13)
   Ania Payne (2010-14)
   Jason Ruth (2010-14)
   Lauren Smith Pferdehirt (2010-15)
   Sam Getchell (2010-16)
   Matthew Paul (2015-20)
   Takashi Nakamura (2016-21)
   Katherine Huang (2018- )
   Saisai Chen (Combined Degree Program) (2018- )
   Brian Benz (2019- )
   Emily Shea (Combined Degree Program) (2021- )
3. Supervision of postdoctoral trainees
   Man Wang, Ph.D. (1995-96)
   Edward Gunther, M.D. (1997-98; 1999-02)

L. Julie Huber, Ph.D. (1997-01)
Eunkyung A. Kauh, M.D., Ph.D. (1999-05)
Charles Bailey, M.D., Ph.D. (2002-07)
Min Wang, Ph.D. (2002-07)
Xiaoping Yang, Ph.D. (2003-07)
Suzanne Bakewell, Ph.D. (2005-09)
James Alvarez, Ph.D. (2005-09)
Chien-Chung Chen, Ph.D. (2004-09)
Elizabeth Yeh, Ph.D. (2006-13)
Yi Feng, Ph.D. (2006-14)
Ann Vernon-Grey, Ph.D. (2006-14)
Heather Martin, Ph.D. (2007-18)
Beth Chislock, Ph.D. (2014-19)
Brett Ecker, M.D. (2016-18)
Francesco Marino, Ph.D. (2017-20)
Matias Escobar, Ph.D. (2017-20)
Amulya Sreekumar, Ph.D. (2017- )
Adetutu Egunsola, Ph.D. (2018-20)

4. Supervision of undergraduate trainees
Alexander Golant (2001-02)
Lilangi Ediwickirema (2002-06)
Srujan Peddapaidi (2005-09)
Kristi Chakrabarti (2006-10)
Sanjee Baksh (2012-14)
Gabriella Puig (2013-16)
Joseph Kim (2015-17)
Aaron Solomon (2016-17)
Alice Zhou (2018-20)
John Koga (2019-21)
Michelle Lu (2019- )

5. Supervision of masters students
Alexander Stoddard (2000-01)
Congzhou Liu (2004-07)
Elise Giantomaso (2008-09)

6. Supervision of graduate students in laboratory rotations
1-2 students per semester

7. Supervision of undergraduate students in laboratory rotations
1-2 students per year

8. Thesis committee member:
Dongsheng Duan (Ph.D., 1997)
Hongbing Zhang (Ph.D., 1998)
Matthew Waterman (Ph.D., 1998)
Hongtao Zhang (Ph.D., 1999)
Christopher Wong (Ph.D., 2001)
Meredith Unger (Ph.D., 2002; Chair)
Oana Tomescu (Ph.D., 2002)
Joanna Sax (Ph.D., 2003)
Michael Keeley (Ph.D., 2005)
Andrew Gladden (Ph.D., 2005)

Phillip Le (Ph.D., 2005)
Rebekah O'Donnell (Ph.D., 2005)
Jagruti Patel (Ph.D., 2006)
Monica Buzzai (Chair; Ph.D., 2006)
Dara Ditsworth (Chair, Ph.D., 2008)
Karen Urtishak (Ph.D., 2009)
David Schoppy (Ph.D., 2011)
Derek Oldridge (Chair; Ph.D., 2016)
William Rothwell (Chair; Ph.D., 2017)
Emily Fernandez Garcia (Chair; )
Nicholas Perkins (Ph.D., 2020)
Chi-Yun Wu (Ph.D., )
Austin Pantel (M.S.T.R., 2020)

9. Preliminary examination committee member
Holly Kurzawa (1995)
Christopher Wong (1996)
Praveen Raju (1996)
Gregory Heuer (1998)
Hongbing Zhang (1996)
Michael Gee (1998)
Elizabeth Higbee (2014)
Heide Norton (2015)
Jessica Hsu (2016)
Sofya Osharovich (2017)
Hannah Richter (2017)
Alex Chan (2020)
Hau Truong (2021)

10. Continuing Medical Education
Sacred Heart Hospital, Allentown PA – 1995
Women's Health Research Conference – 1996, 1997
American College of Physicians, Philadelphia, PA

Teaching Lectures:

1995 Ethics in Biomedical Research (faculty facilitator)
1996 CAMB 605 Mammalian Differentiation and Development
Course co-director (12 classes)
1996 Mammary Development and Breast Cancer Risk
Wistar Institute Cancer Biology Training Course
1997 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Tumor Suppressor Gene Strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1997 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course

1998 Ethics in Biomedical Research (faculty facilitator)
1998 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1998 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1998 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
1999 The Molecular Basis of Epidemiological Observations
Center for Clinical Epidemiology Training Course
1999 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Tumor Suppressor Gene strategies for Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy (course co-director)
1999 Development and Cancer Susceptibility
CAMB 620 Developmental Biology
2000 Anatomy, Development and Physiology of the Breast
Module 1: Brain, Behavior, Endocrine/Reproduction
2000 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2000 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2000 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Breast Cancer Genetics and Genomics
CAMB 512 Cancer Genetics
2001 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2001 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2001 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2002 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development

2002 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2002 Breast Cancer
CAMB 512 Cancer Genetics
2002 Cancer Genomics
CAMB 512 Cancer Genetics
2002 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2002 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2002 Strategies for Cancer Gene Therapy
CAMB 610 Molecular Basis of Gene Therapy
2003 Mammary Development and Cancer: Part 1
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 2
CAMB 665 Cancer and Development
2003 Mammary Development and Cancer: Part 3
CAMB 665 Cancer and Development
2004 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2004 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2004 Oncogene Addiction and Targeted Therapies
CAMB 542 Topics in Molecular Medicine
2005 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2005 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2005 CML, BCR-ABL, and the Philadelphia Chromosome
FRO 514 Frontiers in Cancer Research
2005 Kinase Inhibition: A Paradigm for Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research
2006 Breast Cancer Genetics and Genomics: Part 1
CAMB 512 Cancer Genetics
2006 Breast Cancer Genetics and Genomics: Part 2
CAMB 512 Cancer Genetics
2006 Molecular Basis of Cancer: Part 1
CAMB 610 Molecular Basis of Gene Therapy
2006 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2006 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2006 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2006 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecular Basis of Cancer: Part 1

CAMB 610 Molecular Basis of Gene Therapy
2007 Molecular Basis of Cancer: Part 2
CAMB 610 Molecular Basis of Gene Therapy
2007 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2007 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2007 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2008 Personalized Medicine, Molecularly Targeted Therapies and Oncogene Addiction
Internal Medicine Core Clerkship
2008 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2008 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2008 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2009 Cancer: Part 1
BIO 015 Biology of Human Disease
2009 Cancer: Part 2
BIO 015 Biology of Human Disease
2009 Cancer: Part 3
BIO 015 Biology of Human Disease
2009 Cancer: Part 4
BIO 015 Biology of Human Disease
2009 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2009 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2009 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2010 Cancer: Part 1
BIO 015 Biology of Human Disease
2010 Cancer: Part 2
BIO 015 Biology of Human Disease
2010 Cancer: Part 3
BIO 015 Biology of Human Disease
2010 Cancer: Part 4
BIO 015 Biology of Human Disease
2010 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2010 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2010 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)

2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2010 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2011 Cancer: Part 1
BIO 015 Biology of Human Disease
2011 Cancer: Part 2
BIO 015 Biology of Human Disease
2011 Cancer: Part 3
BIO 015 Biology of Human Disease
2011 Cancer: Part 4
BIO 015 Biology of Human Disease
2011 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2011 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2011 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
BIOM 502 Mechanisms of Disease and Clinical Applications
2011 Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
BIOM 502 Mechanisms of Disease and Clinical Applications
2012 Cancer Biology
BIO 121 Molecular Biology of Life
2012 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2012 Cancer: Part 1
BIO 015 Biology of Human Disease
2012 Cancer: Part 2
BIO 015 Biology of Human Disease
2012 Cancer: Part 3
BIO 015 Biology of Human Disease
2012 Cancer: Part 4
BIO 015 Biology of Human Disease
2012 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2012 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2012 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2013 Cancer: Part 1
BIO 015 Biology of Human Disease
2013 Cancer: Part 2
BIO 015 Biology of Human Disease
2013 Cancer: Part 3

BIO 015 Biology of Human Disease
2013 Cancer: Part 4
BIO 015 Biology of Human Disease
2013 Cancer: Part 5
BIO 015 Biology of Human Disease
2013 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2013 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2013 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Epidemiology
BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2014 Cancer: Part 1
BIO 015 Biology of Human Disease
2014 Cancer: Part 2
BIO 015 Biology of Human Disease
2014 Cancer: Part 3
BIO 015 Biology of Human Disease
2014 Cancer: Part 4
BIO 015 Biology of Human Disease
2014 Cancer: Part 5
BIO 015 Biology of Human Disease
2014 Oncogene Addiction
FRO 514 Frontiers in Cancer Research (course director)
2014 Molecularly Targeted Therapies
FRO 514 Frontiers in Cancer Research (course director)
2014 Cancer Stem Cells
FRO 514 Frontiers in Cancer Research (course director)
2015 Cancer Epidemiology
Mechanisms of Disease and Therapeutic Intervention
2015 Cancer: Part 1
BIO 015 Biology of Human Disease
2015 Cancer: Part 2
BIO 015 Biology of Human Disease
2015 Cancer: Part 3
BIO 015 Biology of Human Disease
2015 Cancer: Part 4
BIO 015 Biology of Human Disease
2015 Cancer: Part 5
BIO 015 Biology of Human Disease
2015 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2015 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2015 CAMB 512: Cancer Biology and Genetics
Metastasis
2016 Cancer: Part 1
BIO 015 Biology of Human Disease

2016 Cancer: Part 2
BIO 015 Biology of Human Disease
2016 Cancer: Part 3
BIO 015 Biology of Human Disease
2016 Cancer: Part 4
BIO 015 Biology of Human Disease
2016 Cancer: Part 5
BIO 015 Biology of Human Disease
2016 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2016 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2017 Cancer: Part 1
BIO 015 Biology of Human Disease
2017 Cancer: Part 2
BIO 015 Biology of Human Disease
2017 Cancer: Part 3
BIO 015 Biology of Human Disease
2017 Cancer: Part 4
BIO 015 Biology of Human Disease
2017 Cancer: Part 5
BIO 015 Biology of Human Disease
2017 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2017 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2018 CAMB 512: Cancer Biology and Genetics
Metastasis
2018 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2018 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2019 Tissue Growth and Renewal
Medical Student Core Curriculum – Module 1
2019 Cell Cycle Control
Medical Student Core Curriculum – Module 1
2019 Director, Cancer Biology Module
Medical Student Core Curriculum – Module 1
2019 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2019 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2019 Cancer Cell Hallmarks, Heterogeneity and Metastasis
Medical Student Core Curriculum – Module 1
2019 Oncogenic Signaling Pathways: RAS and PI3K
Medical Student Core Curriculum – Module 1
2019 Cancer Cell Metabolism
Medical Student Core Curriculum – Module 1
2019 Molecular Basis of Targeted Therapies

Medical Student Core Curriculum – Module 1
2019 Other Hallmarks of Cancer and Role of Stromal Cells
Medical Student Core Curriculum – Module 1
2019 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2020 Tissue Growth and Renewal
Medical Student Core Curriculum – Module 1
2020 Cell Cycle Control
Medical Student Core Curriculum – Module 1
2020 Director, Cancer Biology Module
Medical Student Core Curriculum – Module 1
2020 Cancer Epidemiology
Medical Student Core Curriculum – Module 1
2020 Cancer Biology, Treatment and Natural History
Medical Student Core Curriculum – Module 1
2020 Cancer Cell Hallmarks, Heterogeneity and Metastasis
Medical Student Core Curriculum – Module 1
2020 Oncogenic Signaling Pathways: RAS and PI3K
Medical Student Core Curriculum – Module 1
2020 Cancer Cell Metabolism
Medical Student Core Curriculum – Module 1
2020 Molecular Basis of Targeted Therapies
Medical Student Core Curriculum – Module 1
2020 Other Hallmarks of Cancer and Role of Stromal Cells
Medical Student Core Curriculum – Module 1

Lectures by Invitation (past 9 years):

August, 2011 "Mechanisms of Breast Cancer Recurrence"
DOD Era of Hope, Orlando, FL
August, 2011 "Minimal Residual Disease and Mammary Stem Cells"
DOD Era of Hope, Orlando, FL
October, 2011 "Rewriting Cancer History"
TEDx Penn 2011, Philadelphia, PA
November, 2011 "Probing Tumor Dormancy and Recurrence"
American Physician Scientists Association 2011 Regional Meeting
Philadelphia, PA
November, 2012 "Modeling Breast Cancer Progression" Dana Farber Cancer Institute
Harvard Medical School, Boston, MA
December, 2012 "Mechanisms of Breast Cancer Dormancy and Recurrence"
San Antonio Breast Cancer Symposium, San Antonio, CA
December, 2012 "Molecular Imaging to Characterize Breast Cancer Models"
San Antonio Breast Cancer Symposium, San Antonio, CA
January, 2013 "Pathways in Tumor Dormancy and Recurrence" AACR Tumor Invasion and Metastasis Special Conference, San Diego, CA
February, 2013 "Mechanisms of Breast Cancer Recurrence" UMDNJ, Newark, NJ
March, 2013 "Mechanisms of Breast Cancer Progression" Duke University, Durham, NC

| | |
|---|---|
| March, 2013 | "Pathways in Tumor Dormancy and Recurrence" Medical University of South Carolina, Charleston, SC |
| April, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" AACR Annual Meeting, Washington, DC |
| June, 2013 | "Breast Cancer Recurrence via Escape from Par-4-dependent Multinucleation and Arrest" Mammary Gland Biology Gordon Research Conference, Stowe, VT |
| September, 2013 | "Dormant Tumor Cell Survival and Recurrence" International Symposium on Minimal Residual Disease, Paris, France |
| October, 2013 | "Mechanisms of Breast Cancer Dormancy and Recurrence" AACR Advances in Breast Cancer Research, San Diego, CA |
| October, 2013 | "Minimal Residual Disease and Breast Cancer Recurrence" Breast Cancer Research Foundation, New York, NY |
| November, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| December, 2013 | "Basic Science: The Year in Review" San Antonio Breast Cancer Symposium, San Antonio, CA |
| February, 2014 | "Tumor Initiating Cells and Minimal Residual Disease" Keystone Symposium on Stem Cells and Cancer, Banff, Alberta |
| June, 2014 | "Probing Tumor Dormancy and Recurrence" NCI Mouse Models for Human Cancers Consortium, Gaithersburg, MD |
| November, 2014 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" GlaxoSmithKline Delaware Valley Biology Day, Collegeville, PA |
| November, 2014 | "Tumor Dormancy and Breast Cancer Recurrence" Vanderbilt-Ingram Cancer Center, Nashville, TN |
| January, 2015 | "Tumor Dormancy and Recurrence" Breast Cancer Symposium, George Town, Cayman Islands |
| April, 2015 | "Tumor Dormancy and Recurrence" AACR Annual Meeting, Philadelphia, PA |
| August, 2015 | Keynote speaker 11th Annual Breast Cancer Research and Education Program, Baylor College of Medicine, Montgomery, TX |
| October, 2015 | "Tumor Dormancy and Recurrence" Fourth International AACR Conference on Frontiers in Basic Cancer Research, Philadelphia, PA |
| March, 2016 | "Impact of Obesity, Exercise and Caloric Restriction on Breast Cancer Recurrence in Mice" Transdisciplinary Research on Energetics and Cancer, National Cancer Institute, Rockville, MD |
| April, 2016 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" MD Anderson Cancer Center, Houston, TX |
| November, 2016 | "Breast Cancer Recurrence: When the Dragon Awakes" 2016 Jensen Symposium on Breast Cancer University of Cincinnati, Cincinnati, OH |
| June, 2017 | "Tumor Dormancy as a Window to Prevent Metastatic Recurrence" Gordon Research Conference on Mammary Gland Biology Stowe, VT |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence" University of Pittsburgh, Pittsburgh, PA |
| October, 2017 | "Tumor Dormancy and Breast Cancer Recurrence" Symposium on Biology of Cancer: Microenvironment and Metastasis" |

| | |
|---|---|
| | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| October, 2017 | "Breast Cancer Recurrence: Slaying the Sleeping Dragon"<br>Carol M. Baldwin Distinguished Lecture<br>SUNY Upstate Medical University, Syracuse, NY |
| October, 2017 | "Breast Cancer Recurrence: When the Dragon Awakes"<br>Symposium on Metastatic Breast Cancer<br>Jayne Koskinas Ted Giovanis Foundation for Health and Policy<br>Bethesda, MD |
| May, 2018 | "Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence"<br>11th International Symposium on Minimal Residual Cancer<br>Montpelier, France |
| November, 2018 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence"<br>5th Annual Metastatic Breast Cancer Conference<br>Johns Hopkins University, Baltimore, MD |
| December, 2018 | "Tumor Dormancy and Cancer Recurrence"<br>Salk Institute Cancer Symposium<br>Salk Institute, La Jolla, CA |
| December, 2018 | "Tumor Dormancy and Late Recurrence"<br>San Antonio Breast Cancer Symposium 2018<br>San Antonio, TX |
| April, 2019 | "Therapeutic Opportunities: Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence" AACR Annual Meeting, Atlanta, GA |
| June, 2019 | "Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence: Therapeutic Opportunities" Keynote Speaker, Annual Research Symposium, Karmanos Cancer Institute, Wayne State University, Detroit, MI |
| July, 2019 | "Tumor Dormancy and Metastatic Breast Cancer Recurrence" 34th Aspen Cancer Conference, Aspen, CO |
| October, 2019 | "Tumor Cell Dormancy and Breast Cancer Recurrence" British Association for Cancer Research, Newcastle Gateshead, UK |
| January, 2020 | "Tumor Cell Dormancy, Minimal Residual Disease and Breast Cancer Recurrence", Department of Medicine, Department Pediatrics, Division of Hematology/Oncology, Herman B. Wells Center for Pediatric Research, and Simon Cancer Center, Indiana University, Indianapolis, IN |
| January, 2020 | "When the Dragon Awakes: Preventing Breast Cancer Recurrence" Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN |
| March, 2020 | "Minimal Residual Disease and Breast Cancer Recurrence" Cold Spring Harbor Laboratory, Cold Spring Harbor, NY [cancelled due to COVID-19] |
| July, 2020 | "Detecting and Targeting Dormant Tumor Cells to Prevent Death from Recurrent Cancer" Emerson Collective Virtual Symposium |
| October, 2020 | "Changing the Paradigm to Prevent Breast Cancer Recurrence" Yale Alumni Health Network Virtual Symposium |
| December, 2020 | "Dormancy" San Antonio Breast Cancer Symposium<br>Educational Session |

Organizing Roles in Scientific Meetings:

| | |
|---|---|
| April, 2001 | Co-Chair, NCI Workshop on BRCA1 Function<br>National Cancer Institute, Bethesda, MD |
| October, 2003 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research, Huntington Beach, CA |
| June, 2004 | Chair, Scientific Symposium: "Preclinical Models and Molecular Therapeutics in Cancer" - 2004 ASCO Annual Meeting, New Orleans, LA |
| April, 2005 | "Stem Cells, Metastasis, and Residual Disease: Integrating New Findings in Breast Cancer Research" - Symposium Co-Chair, AACR 96th Annual Meeting, Anaheim, CA |
| September, 2005 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, La Jolla, CA |
| April, 2006 | Program Committee, Chair: Animal Models Subsection<br>AACR 97th Annual Meeting, Washington, DC |
| October, 2007 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| December, 2008 | SABCS Program Planning Committee, 2008 AACR-CRTC San Antonio Breast Cancer Meeting |
| October, 2009 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| November, 2012 | NCI Breast Cancer Models Summit, University of Pennsylvania, Philadelphia, PA |

Bibliography:

Research Publications, peer reviewed (print or other media):

Smith BL, Anisowicz A, Chodosh LA and Sager R. DNA transfer of focus- and tumor-forming ability into non-tumorigenic CHEF cells. *Proceedings of the National Academy of Sciences, USA* 79:1964-1968, 1982.

Carthew RW, Chodosh LA and Sharp PA. An RNA polymerase II transcription factor binds to an upstream element in the adenovirus major late promoter. *Cell* 43:439-448, 1985.

Chodosh LA, Carthew RW and Sharp PA. A single polypeptide possesses the binding and transcription activities of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 6:4723-4733, 1986.

Chodosh LA, Carthew RW, Morgan JG, Crabtree GR and Sharp PA. The adenovirus major late transcription factor activates the rat γ-fibrinogen promoter. *Science* 238:684-688, 1987.

Carthew RW, Chodosh LA and Sharp PA. The major late transcription factor binds to and activates the mouse metallothionein I promoter. *Genes and Development* 1:973-980, 1987.

Chodosh LA, Baldwin AS, Carthew RW and Sharp PA. Human CCAAT-binding proteins have heterologous subunits. *Cell* 53:11-24, 1988.

Chodosh LA, Olesen J, Hahn S, Baldwin AS, Guarente L and Sharp PA. A yeast and a human CCAAT-binding protein have heterologous subunits that are functionally interchangeable. *Cell* 53:25-35, 1988.

Morgan JG, Courtois G, Fourel G, Chodosh LA, Cambell L, Evans E and Crabtree GR. SP1, a CAAT-binding factor and the adenovirus major late transcription factor interact with functional regions of the γ-fibrinogen promoter. *Molecular and Cellular Biology* 8:2628-2637, 1988.

Chodosh LA, Buratowski S and Sharp PA. A yeast protein possesses the DNA-binding properties of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 9:820-822, 1989.

Chodosh LA, Fire A, Samuels M and Sharp PA. DRB inhibits elongation of transcription by RNA polymerase II in vitro. *Journal of Biological Chemistry* 264:2250-2257, 1989.

Chodosh LA, Lifson LE and Tabin C. On catching a ball skillfully. *Science*, 268:1682-1683, 1995.

Marquis ST, Rajan JV, Wynshaw-Boris A, Xu J, Yin G, Abel KJ, Weber BL and Chodosh LA. The developmental pattern of *Brca1* expression implies a role in differentiation of the breast and other tissues. *Nature Genetics* 11:17-26, 1995.

Rajan JV. Wang M, Marquis ST and Chodosh LA. *Brca2* is coordinately regulated with *Brca1* during proliferation and differentiation in mammary epithelial cells. *Proceedings of the National Academy of Sciences, USA* 93:13078-13083, 1996.

Rajan JV, Marquis ST, Gardner HP and Chodosh LA. Developmental expression of *Brca2* colocalizes with *Brca1* and is associated with proliferation and differentiation in multiple tissues. *Developmental Biology* 184:385-401, 1997.

Deckard-Janatpour K, Muller WJ, Chodosh LA, Gardner HP, Marquis ST, Coffey R and Cardiff RD. Differential expression of the *neu* transgene in murine mammary tissues. *International Journal of Oncology* 11:235-241, 1997.

Radice GL, Ferreira-Cornwell C, Robinson SD, Rayburn H, Chodosh LA, Takeichi M and Hynes RO. Precocious mammary gland development in P-cadherin-deficient mice. *Journal of Cell Biology* 139:1025-1032, 1997.

Jensen DE, Proctor M, Marquis ST, Gardner HP, Ha SI, Chodosh LA, Ishov AM, Tommerup N, Vissing H, Sekido Y, Minna J, Borodovsky A, Schultz DC, Wilkinson KD, Maul GG, Barlev N, Berger SL, Prendergast G and Rauscher FJ III. BAP1: A novel ubiquitin hydrolase which binds to the BRCA1 RING finger and enhances BRCA1-mediated tumor suppression. *Oncogene* 16:1097-1112, 1998.

Stairs DB, Gardner HP, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA and Chodosh LA. Cloning and characterization of *Krct*, a member of a novel subfamily of serine/threonine kinases. *Human Molecular Genetics* 7:2157-2166, 1998.

Chodosh LA, D'Cruz CM, Gardner HP, Ha SI, Marquis ST, Rajan JV, Stairs DB, Wang JY and Wang M. Mammary gland development, reproductive history and breast cancer risk. *Cancer Research* 59:1765s-1772s, 1999.

Gardner HP, Wertheim GB, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning and characterization of *Hunk,* a novel mammalian SNF1-related protein kinase. *Genomics* 63:46-59, 2000.

Gardner HP, Rajan JV, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA. Cloning, characterization, and chromosomal localization of *Pnck*, a calcium/calmodulin-dependent protein kinase. *Genomics* 63:279-288, 2000.

Chodosh LA*, Gardner HP, Rajan JV, Stairs DB, Marquis ST and Leder P. Protein kinase expression during murine mammary gland development. *Developmental Biology,* 219:259-276, 2000. (* corresponding author)

Gardner HP, Belka GK, Wertheim GBW, Hartman JL, Ha SI, Gimotty PA, Marquis ST and Chodosh LA. Developmental role of the SNF1-related kinase Hunk in pregnancy-induced changes in the mammary gland. *Development* 127:4493-4509, 2000.

Gardner HP, Ha SI, Reynolds C and Chodosh LA. The CaM kinase, *Pnck*, is spatially and temporally regulated during murine mammary gland development and may identify an epithelial cell subtype involved in breast cancer. *Cancer Research*, 60:5571-5577, 2000.

D'Cruz CM, Gunther EJ, Hartman J, Sintasath L, Moody SE, Boxer RB, Cox JD, Ha SI, Belka GK, Golant A, Cardiff RD and Chodosh LA. MYC induces mammary tumorigenesis by means of a preferred pathway involving spontaneous *Kras2* mutations. *Nature Medicine*, 7:235-239, 2001.

Huber LJ, Yang TW, Sarkisian CJ, Master SR, Deng CX and Chodosh LA. Impaired DNA damage response in cells expressing a naturally occurring murine Brca1 variant lacking exon 11. *Molecular & Cellular Biology*, 21:4005-4015, 2001.

Unger MA, Rishi M, Clemmer VB, Hartman JL, Keiper EA, Greshock JD, Chodosh LA, Liebman M and Weber BL. Characterization of adjacent breast tumors using oligonucleotide microarrays. *Breast Cancer Research*, 3:336-341, 2001.

Sarkisian CJ, Master SR, Huber LJ, Ha SI and Chodosh LA. Analysis of murine Brca2 reveals conservation of protein-protein interactions but differences in nuclear localization signals. *Journal of Biological Chemistry*, 276:37640-37648, 2001.

Gunther EJ, Belka GK, Wertheim GBW, Wang JY, Hartman JL, Boxer RB and Chodosh LA. A novel doxycycline-inducible system for the transgenic analysis of mammary gland biology. *FASEB Journal*, 16:283-292, 2002.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profiling of HeLa cells in G1 or G2 phases. *Oncogene*, 21:1934-1942, 2002.

Master SR, Hartman JL, D'Cruz CM, Moody SE, Keiper EA, Ha SI, Belka GK and Chodosh LA. Functional microarray analysis of mammary development reveals a novel role in adaptive thermogenesis. *Molecular Endocrinology*, 16:1185-1203, 2002.

Mullen AC, Hutchins AS, High FA, Lee HW, Sykes KJ, Chodosh LA and Reiner SL. Hlx is induced by and genetically interacts with T-bet to promote heritable $T_H1$ gene induction. *Nature Immunology*, 3:652-658, 2002.

Li C, Fox CJ, Master SR, Bindokas VP, Chodosh LA and Thompson CB. Bcl-$X_L$ affects $Ca^{2+}$ homeostasis by altering expression of inositol 1,4,5-triphosphate receptors. *Proceeding of the National Academy of Sciences, USA*, 99:9380-9385, 2002.

D'Cruz CM, Moody SE, Master SR, Hartman JL, Keiper EA, Imielinski MB, Cox JD, Wang JY, Ha SI, Keister BA and Chodosh LA. Persistent parity-induced changes in growth factors, TGF-ß3, and differentiation in the rodent mammary gland. *Molecular Endocrinology*, 16:2034-2051, 2002.

Moody SE, Sarkisian CJ, Hahn KT, Gunther EJ, Pickup S, Dugan KD, Innocent N, Cardiff RD, Schnall MD and Chodosh LA. Conditional activation of Neu in the mammary epithelium of transgenic mice results in reversible pulmonary metastasis. *Cancer Cell*, 2:451-461, 2002.

Carmody RJ, Hilliard B, Maguschak K, Chodosh LA and Chen YH. Genomic scale profiling of autoimmune inflammation in the central nervous system: The nervous response to inflammation. *Journal of Neuroimmunology*, 133:95-107, 2002.

Gunther EJ, Moody SE, Belka GK, Hahn KT, Innocent N, Dugan KD, Cardiff RD and Chodosh LA. Impact of *p53* loss on reversal and recurrence of

conditional Wnt-induced tumorigenesis. *Genes & Development*, 17:488-501, 2003.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ. Gene expression profile of human cells irradiated in G1 and G2 phases of the cell cycle. *Cancer Letters* 195:221-233, 2003.

Rylski M, Welch JJ, Chen YY, Letting DL, Diehl JA, Chodosh LA, Blobel GA and Weiss MJ. GATA-1-mediated proliferation arrest during erythroid maturation. *Molecular & Cellular Biology*, 23:5031-5042, 2003.

Sax JK, Stoddard A, Murphy ME, Chodosh LA and El-Deiry WS. Microarray expression profiling of p53-dependent transcriptional changes in an immortalized mouse embryo fibroblast cell line. *Cancer Biology & Therapy*. 2:416-430, 2003.

Fox CJ, Hammerman PS, Master SR, Chodosh LA and Thompson CB. The serine/threonine kinase PIM-2 is a transcriptionally-regulated apoptotic inhibitor. *Genes & Development*, 17:1841-1854, 2003.

Hu CJ, Wang LY, Chodosh LA, Keith B and Simon MC. Differential roles of HIF–1α and HIF–2α in hypoxic gene regulation. *Molecular & Cellular Biology*, 23:9361-9374, 2003.

Xu H, Lee SJ, Suzuki E, Dugan KD, Stoddard A, Li HS, Chodosh LA and Montell C. A lysosomal tetraspanin associated with retinal degeneration identified via a genome-wide screen. *EMBO J.*, 23:811-822, 2004.

Wang JW, Gamsby JJ, Highfill SL Mora LB, Bloom GC, Yeatman TJ, Pan TC, Ramne AL, Chodosh LA, Cress WD, Chen J and Kerr WG. Deregulated expression of LRBA facilitates cancer cell growth. *Oncogene,* 23:4089-97, 2004.

Welch JJ, Watts JA, Vakoc CR, Yao Y, Wang H, Hardison RC, Blobel GA, Chodosh LA and Weiss MJ. Global regulation of erythroid gene expression by transcription factor GATA-1. *Blood,* 104:3136-3147, 2004.

Kim SS, Cao L, Li C, Xu X, Huber LJ, Chodosh LA and Deng CX. Uterus hyperplasia and increased carcinogen induced tumorigenesis in mice carrying targeted mutation of Chk2 phosphorylation site in Brca1. *Molecular & Cellular Biology*, 24:9498-9507, 2004.

Sgagias MK, Wagner KU, Hamik B, Stoeger S, Spieker R, Huber LJ, Chodosh LA and Cowan KH. Brca1-deficient murine mammary epithelial cells have increased sensitivity to CDDP and MMS. *Cell Cycle*. 2004.

Boxer RB, Jang JW, Sintasath L and Chodosh LA. Lack of sustained regression of c–MYC-induced mammary adenocarcinomas following brief or prolonged MYC inactivation. *Cancer Cell*, 6:577-586, 2004.

Muraoka RS, Kurokawa H, Koh Y, Forbes JT, Roebuck LR, Barcellos-Hoff MH, Moody SE, Chodosh LA and Arteaga CL. Conditional overexpression of active transforming growth factor ß1 in vivo accelerates metastases of transgenic mammary tumors. *Cancer Research*, 64:9002-9011, 2004.

Frech MS, Halama ED, Tilli MT, Sing B, Gunther EJ, Chodosh LA, Flaws JA and Furth PA. Deregulated Estrogen Receptor alpha expression in mammary epithelial cells of transgenic mide results in the development of ductal carcinoma in situ. Cancer Research 65:681-685, 2005.

Master SR, Stoddard AJ, Bailey LC, Pan TC, Dugan KD and Chodosh LA. Genomic analysis of early murine mammary gland development using novel probe-level algorithms. *Genome Biology*, 6, 2005.

Blakely CM, Sintasath L, D'Cruz CM, Master SR, Hahn KT, Belka GK and Chodosh LA. Developmental stage determines the effects of c-MYC in the mammary epithelium. *Development*, 1132:1147-1160, 2005.

Huber LJ and Chodosh LA. Dynamics of DNA repair suggested by the subcellular localization of Brca1 and Brca2 proteins. *Journal of Cellular Biochemistry*, 96:47-55, 2005.

Moody SE, Perez D, Pan TC, Sarkisian CJ, Portocarrero C, Sterner CJ, Notorfrancesco K, Cardiff RD and Chodosh LA. The transcriptional repressor, Snail, promotes mammary tumor recurrence. *Cancer Cell* 8:197-209, 2005.

Stairs DB, Notarfrancesco KL and Chodosh LA. The serine/threonine kinase, Krct, affects endbud morphogenesis during murine mammary gland development. *Transgenic Research* 14:919-940, 2005.

Ponomareva ON, Ma H, Vock VM, Ellerton EL, Moody SE, Dakour R, Chodosh LA and Rimer M. Defective neuromuscular synaptogenesis in mice expressing constitutively active ErbB2 in skeletal muscle fibers. *Mol Cell Neurosci*, 31:334-345, 2005.

Hu CJ, Iyer S, Sataur A, Covello KL, Chodosh LA and Simon MC. Differential regulation of the transcriptional activities of Hypoxia-inducible Factor 1 Alpha (HIF-1$\alpha$) and HIF-2$\alpha$ in stem cells. *Molecular and Cellular Biology* 26:3514-3526, 2006.

Wang X, Bo J, Bridges T, Dugan KD, Pan TC, Chodosh LA and Montell DJ. Analysis of cell migration using whole-genome expression profiling of

migratory cells in the Drosophila ovary. *Developmental Cell* 10:483-495, 2006.

Vargo-Gogola T, Heckman BM, Gunther EJ, Chodosh LA and Rosen JM. P190-B RhoGAP overexpression disrupts ductal morphogenesis and induces hyperplastic lesions in the developing mammary gland. *Molecular Endocrinology*, 20:1391-1405, 2006.

Blakely CM, Stoddard AJ, Belka GK, Dugan KD, Notarfrancesco KL, Moody SE, D'Cruz CM and Chodosh LA. Hormone-induced protection against mammary tumorigenesis is conserved in multiple rat strains and identifies a core gene expression signature induced by pregnancy. *Cancer Research*, 66:6421-6431, 2006.

Shen Q, Zhang Y, Uray IP, Hill JL, Kim HT, Lu C, Young MR, Gunther EJ, Hilsenbeck SG, Chodosh LA, Colburn NH and Brown PH. The AP-1 transcription factor regulates postnatal mammary gland development. *Developmental Biology*, 295:589-603, 2006.

Hayworth CR, Moody SE, Chodosh LA, Krieg P, Rimer M and Thompson WJ. Induction of neuregulin signaling in mouse Schwann cells in vivo mimics responses to denervation. *Journal of Neuorscience*, 26:6873-6884, 2006.

Wang M, Master SR and Chodosh LA. Computational expression deconvolution in a complex mammalian organ. *BMC Bioinformatics*, 7:328-341, 2006.

Jang JW, Boxer RB and Chodosh LA. Isoform-specific Ras Activation and Oncogene Dependence in MYC and Wnt-induced Mammary Tumorigenesis. *Molecular and Cellular Biology*, 26:8109-8121, 2006.

Sutherland KD, Vaillant F, Alexander WS, Wintermantel TM, Forrest NC, Holroyd SL, McManus EJ, Schutz G, Watson CJ, Chodosh LA, Lindeman GJ and Visvader JE. c-myc as a mediator of accelerated apoptosis and involution in mammary glands lacking Socs3. *EMBO J.*, 25:5805-5815, 2006.

Boxer RB, Stairs DB, Dugan KD, Notarfrancesco KL, Portacarrero CP, Keister BA, Belka GK, Cho H, Rathmell J, Thompson CB, Birnbaum MJ and Chodosh LA. Isoform-specific requirement for Akt1 in the developmental regulation of cellular metabolism during lactation. *Cell Metabolism*, 4:475-490, 2006.

Jones RA, Campbell CI, Gunther EJ, Chodosh LA, Petrik JJ, Khokha R and Moorehead RA. Transgenic overexpression of IGF-IR disrupts mammary ductal morphogenesis and induces tumor formation. *Oncogene,* 26:1636-1644, 2007.

Sarkisian CJ, Keister BA, Stairs DB, Boxer RB, Moody SE and Chodosh LA. Dose-dependent oncogene-induced senescence *in vivo* and its evasion during mammary tumorigenesis. *Nature Cell Biology*, 9:493-505, 2007.

Cowling WH, D'Cruz CM, Chodosh LA and Cole MD. c-Myc transforms mammary epithelial cells through repression of the Wnt inhibitors DKK1 and SFRP1. *Molecular and Cellular Biology*, 27:5135-5146, 2007.

Whiteaker JR, Zhand H, Zhao L, Wang P, Kelly-Spratt KS, Ivey R, Piening BD, Feng LC, Kasarda E, Gurley KE, Eng JK, Chodosh LA, Kemp CJ, McIntosh MW and Paulovich AG. Integrated pipeline for mass spectrometry-based discovery and confirmation of biomarkers demonstrated in a mouse model of breast cancer. *Journal of Proteome Research*, 6:3962-3975, 2007

Debies MT, Gestl SA, Mathers JL, Mikse O, Leonard TL, Moody SE, Chodosh LA, Cardiff RD and Gunther EJ. Tumor escape in a Wnt1-dependent mouse breast cancer model is enabled by p19Arf/p53 pathway lesions but not p16 Ink4a loss. *Journal of Clinical Investigation*, 118:51-63, 2008.

Orwig KE, Ryu BY, Master S, Phillips BT, Mack M, Avarbock MR, Chodosh LA and Brinster RL. Genes involved in post-transcriptional regulation are overrepresented in stem/progenitor spermatogonia of cryptorchid mouse testes. *Stem Cells*, 26:927-938, 2008.

Oakes SR, Naylor MJ, Asselin-Labat ML, Blazek DK, Gardiner-Garden M, Hilton HN, Kazlauskas M, Pritchard MA, Chodosh LA, Pfeffer PL, Lindeman GJ, Visvader JE and Ormandy CJ. The Ets transcription factor Elf5 specifies alveolar cell fate. *Genes & Development*, 22:581-586, 2008.

Liu Z, Wang M, Alvarez JV, Bonney ME, Chen CC, D'Cruz C, Pan TC, Tadesse MG and Chodosh LA. Singular value decomposition-based regression identifies activation of endogenous signaling pathways in vivo. *Genome Biology*, 9:R180, 2008.

Shen Q, Uray IP, Li Y, Zhang Y, Hill J, Xu XC, Young MR, Gunther EJ, Hilsenbeck SG, Colburn NH, Chodosh LA and Brown PH. Targeting the activator protein 1 transcription factor for the prevention of estrogen receptor-negative mammary tumors. *Cancer Prev Res* 1:45-55, 2008.

Fiore F, Estebe B, Gibier P, Orsoni JC, Courbard JR, Chodosh LA, Birnbaum D and Delapeyrière O. Abnormal Mammary Gland Development in MMTV-CBLC Transgenic Mouse. *In Vivo* 23:225-228, 2009.

Muraoka-Cook RS, Sandahl MA, Strunk KE, Miraglia LC, Husted C, Hunter DM, Elenius K, Chodosh LA and Earp HS 3rd. ErbB4 splice variants Cyt1 and Cyt2 differ by sixteen amino acids and exert opposing effects on the mammary epithelium in vivo. *Molecular & Cellular Biology*, 18:4935-4848, 2009.

McCoy EL, Iwanaga R, Jedlicka P, Abbey NS, Chodosh LA, Heichman KA, Welm AL and Ford HL. Six1 expands the mammary stem/progenitor cell pool and

induces mammary tumors that undergo EMT. *Journal of Clinical Investigation*, 119:2663-2677, 2009.

Castilho RM, Squarize CH, Chodosh LA, Williams BO and Gutkind JS. mTOR mediates Wnt-induced epidermal stem cell exhaustion and aging. *Cell Stem Cell*, 5:279-289, 2009.

Wertheim GBW, Yang TW, Pan TC, Ramne A, Liu Z, Gardner HP, Dugan KD, Kristel P, Kreike B, Vijver MJ, Cardiff RD and Chodosh LA. The Snf1-related kinase, Hunk, is essential for mammary tumor metastasis. *Proceedings of the National Academy of Sciences USA*, 106:15855-60, 2009.

Hens J, Dann P, Hiremath M, Pan TC, Chodosh L and Wysolmerski J. Analysis of gene expression in PTHrP-/- mammary buds supports a role for BMP signaling and MMP2 in the initiation of ductal morphogenesis. *Developmental Dynamics*, 238:2713-2724, 2009.

Connelly L, Barham W, Pigg R, Saint-Jean L, Sherrill T, Cheng D-S, Chodosh LA, Blackwell TS and Yull FE. Activation of nuclear factor-kappa B in mammary epithelium promotes milk loss during mammary development and infection. *Journal of Cell Physiology*, 222:73-81, 2010.

Zeng X, Shaikh FY, Harrison MK, Adon AM, Trimboli AJ, Carroll KA, Sharma N, Timmers C, Chodosh LA, Leone G and Saavedra HI. The Ras oncogene signals centrosome amplification in mammary epithelial cells through cyclin D1/Cdk4 and Nek2. *Oncogene,* 29:5103-5112, 2010.

Mazumdar J, Hickey MM, Pant DK, Durham AC, Sweet-Cordero A, Vachani A, Jacks T, Chodosh LA, Kissil JL, Simon MC and Keith B. HIF-2{alpha} deletion promotes Kras-driven lung tumor development. *Proceedings of the National Academy of Sciences USA*, 107:14182-87, 2010.

Chen CC, Boxer RB, Stairs DB, Portocarrero CP, Horton RH, Alvarez JV, Birnbaum MJ and Chodosh LA. Akt is required for Stat5 activation and mammary differentiation. *Breast Cancer Research,* 12:R72, 2010.

McHenry PR, Sears JC, Herrick MP, Chang P, Heckman-Stoddard BM, Rybarczyk M, Chodosh LA, Gunther EJ, Hilsenbeck SG, Rosen JM and Vargo-Gogola T. P190B RhoGAP has pro-tumorigenic functions during MMTV-Neu mammary tumorigenesis and metastasis. *Breast Cancer Research*, 12:R73, 2010.

Connelly L, Barham W, Onishko HM, Sherrill T, Chodosh LA, Blackwell TS and Yull FE. Inhibition of NF-kappa B activity in mammary epithelium increases tumor latency and decreases tumor burden. *Oncogene*, 30:1402-1412, 2011.

Schoenherr R, Kelly-Spratt K, Lin C, Whiteaker J, Liu T, Holzman T, Coleman I, Feng LC, Lorentzen T, Krasnoselsky A, Wang P, Liu Y, Gurley K, Amon L, Schepmoes A, Moore R, Camp D, Chodosh L, Smith R, Nelson P, McIntosh M, Kemp C and Paulovich A. Proteome and transcriptome profiles of a Her2/Neu-driven mouse model of breast cancer. *Proteomics Clin Appl*, 5:179-188, 2011.

Brown RL, Reinke L, Damerow M, Perez D, Chodosh LA, Yang J and Cheng C. CD44 splice isoform switching is essential for epithelial-mesenchymal transition and breast cancer progression. *Journal of Clinical Investigation*, 121:1064-1074, 2011.

Yeh, ES, Yang TW, Jung JJ, Gardner HP, Cardiff RD and Chodosh LA. Hunk is required for HER2/neu-induced mammary tumorigenesis. *Journal of Clinical Investigation*, 121:866-879, 2011.

Pitteri SJ, Kelly-Spratt KS, Gurley KE, Kennedy J, Busald Buson T, Chin A, Wang H, Zhang Q, Wong CH, Chodosh LA, Nelson PS, Hanash SM and Kemp CJ. Tumor microenvironment-derived proteins dominate the plasma proteome response during breast cancer induction and progression. *Cancer Research*, 71:5090-5100, 2011.

Whiteaker JR, Lin C, Kennedy J, Hou L, Trute M, Sokal I, Yan P, Schoenherr RM, Zhao L, Voytovich UJ, Kelly-Spratt KS, Krasnoselsky A, Gafken PR, Hogan JM, Jones LA, Wang P, Amon L, Chodosh LA, Nelson PS, McIntosh MW, Kemp CJ and Paulovich AG. A targeted proteomics-based pipeline for verification of biomarkers in plasma. *Nature Biotechnology*, 29:625-34, 2011.

Yori JL, Seachrist DD, Johnson E, Lozada KL, Abdul-Karim FW, Chodosh LA, Schiemann WP and Keri RA. Krüppel-like Factor 4 Inhibits Tumorigenic Progression and Metastasis in a Mouse Model of Breast Cancer. *Neoplasia*, 13:601-10, 2011.

Markosyan N, Chen E, Ndong V, Yao Y, Sterner CJ, Chodosh LA, Lawson JA, Fitzgerald GA and Smyth EM. Deletion of cyclooxygenase 2 in mouse mammary epithelial cells delays breast cancer onset through augmentation of type 1 immune responses in tumors. *Carcinogenesis*, 32:1441-1449 2011.

Lieberman BP, Ploessl K, Wang L, Qu W, Zha Z, Wise DR, Seidel H, Belka G, Chodosh LA, Thompson CB and Kung HF. PET imaging of glutaminolysis in tumors by [18F]*(2S,4R)*4-fluoro-glutamine. *Journal of Nuclear Medicine*, 52:1947-1955, 2011.

Zhang XY, Pfeiffer HK, Mellert HS, Stanek TJ, Sussman RT, Kumari A, Yu D, Rigoutsos I, Thomas-Tikhonenko A, Seidel HE, Chodosh LA, Packham G, Baserga R and McMahon SB. Inhibition of the single downstream target

BAG1 activates the latent apoptotic potential of MYC. *Molecular and Cellular Biology*, 31:5037-5045, 2011

Qu W, Oya S, Lieberman BP, Ploessl K, Wang L, Wise DR, Divgi CR, Chodosh L, Thompson CB and Kung HF. Preparation and characterization of L-[5-11C]-Glutamine for metabolic imaging of tumors. *Journal of Nuclear Medicine,* 53:98-105, 2012.

Magnitsky S, Belka GK, Sterner C, Pickup S, Chodosh LA and Glickson JD. Lactate detection in inducible and orthotopic Her2/neu mammary gland tumours in mouse models. *NMR in Biomedicine,* 26:35-42, 2012.

Chen CC, Stairs DB, Boxer RB, Belka GK, Horseman ND, Alvarez JV and Chodosh LA. Autocrine prolactin induced by the Pten-Akt pathway is required for lactation initiation and provides a direct link between the Akt and Stat5 pathways. *Genes & Development*, 26:2154-2168, 2012.

Chitnis NS, Pytel D, Bobrovnikova-Marjon E, Pant D, Zheng H, Maas NL, Frederick B, Kushner JA, Chodosh LA, Koumenis C, Fuchs SY and Diehl JA. miR-211 is a prosurvival microRNA that regulates chop expression in a PERK-dependent manner. *Molecular Cell,* 48:353-364, 2012.

Theil AT, Feng Z, Pant DK, Chodosh LA and Hua X. The trithorax protein partner menin acts in tandem with EZH2 to suppress C/EBPα and differentiation in MLL-AF9 leukemia*.* *Haematologica*, 98:918-27, 2013.

Li LZ, Kadlececk S, Xu HN, Daye D, Pullinger B, Profka H, Chodosh LA and Rizi R. Ratiometric analysis in hyperpolarized NMR (I): test of the two-site exchange model and the quantification of reaction rate constants. *NMR in Biomedicine,* 26:1308-1320, 2013.

Patterson RE, Colditz GA, Hu FB, Schmitz KH, Ahima RS, Brownson RC, Carson KR, Chavarro JE, Chodosh LA, Gehlert S, Gill J, Glanz K, Haire-Joshu D, Herbst KL, Hoehner CM, Hovmand PS, Irwin ML, Jacobs LA, James AS, Jones LW, Kerr J, Kibel AS, King IB, Ligibel JA, Meyerhardt JA, Natarajan L, Neuhouser ML, Olefsky JM, Proctor EK, Redline S, Rock CL, Rosner B, Sarwer DB, Schwartz JS, Sears DD, Sesso HD, Stampfer MJ, Subramanian SV, Taveras EM, Tchou J, Thompson B, Troxel AB, Wessling-Resnick M, Wolin KY, Thornquist MD. The 2011-2016 Transdisciplinary Research on Energetics and Cancer (TREC) initiative: rationale and design. *Cancer Causes Control*, 4:695-704, 2013.

Yeh ES, Belka GK, Vernon AE, Chen CC, Jung JJ and Chodosh LA. Hunk negatively regulates c-myc to promote Akt-mediated cell survival and mammary tumorigenesis induced by loss of Pten. *Proceedings of the National Academy of Sciences USA,* 110:6103-6108, 2013.

Bean GR, Ganesan YT, Dong Y, Takeda S, Liu H, Chan PM, Huang Y, Chodosh LA, Zambetti GP, Hsieh JJ and Cheng EH. PUMA and BIM are required for

oncogene inactivation-induced apoptosis. *Science Signaling,* 6:ra20, 2013.

Alvarez JV, Pan TC, Ruth J, Feng Y, Zhou AY, Pant D, Grimley JS, Wandless TJ, DeMichele A, I-SPY 1 Trial Investigators and Chodosh LA. Par-4 down-regulation promotes breast cancer recurrence by preventing multinucleation following targeted therapy. *Cancer Cell*, 24:30-44, 2013.

Rao T, Ranger JJ, Smith HW, Lam SH, Chodosh L and Muller WJ. Inducible and coupled expression of the polyomavirus middle T antigen and Cre recombinase in transgenic mice: an in vivo model for synthetic viability in mammary tumour progression. *Breast Cancer Research* 16:R11, 2014.

Searleman AC, Iliuk AB, Collier TS, Chodosh LA, Tao WA and Bose R. Tissue phosphoproteomics with PolyMAC identifies potential therapeutic targets in a transgenic mouse model of HER2 positive breast cancer. *Electrophoresis* 2014.

Lee JV, Carrer A, Shah S, Snyder NW, Wei S, Venneti S, Worth AJ, Yuan ZF, Lim HW, Liu S, Jackson E, Aiello NM, Haas NB, Rebbeck TR, Judkins A, Won KJ, Chodosh LA, Garcia BA, Stanger BZ, Feldman MD, Blair IA and Wellen KE. Akt-dependent metabolic reprogramming regulates tumor cell histone acetylation. *Cell Metabolism* 20:306-319, 2014.

Feng Y, Pan TC, Chakrabarti KR, Perez D, Pant D and Chodosh LA. SPSB1 promotes breast cancer recurrence by potentiating c-MET signaling. *Cancer Discovery* 4:790-803, 2014.

Payne AW, Pant DK, Pan TC and Chodosh LA. Ceramide kinase promotes tumor cell survival and mammary tumor recurrence. *Can Res* 74:6352-6363, 2014.

Alvarez JV, Belka GK, Pan TC, Chen CC, Blankemeyer E, Alavi A, Karp JS and Chodosh LA. Oncogene pathway activation in mammary tumors dictates FDG-PET uptake. *Cancer Research* 74:7583-98, 2014.

Abravanel DL, Belka GK, Pan TC, Pant DK, Collins MA, Sterner CJ and Chodosh LA. Notch promotes recurrence of dormant tumor cells following HER2/neu-targeted therapy. *Journal of Clinical Investigation* 125:2484-2496, 2015.

Boulay PL, Mitchell L, Turpin J, Huot-Marchand JÉ, Lavoie C, Sanguin-Gendreau V, Jones L, Mitra S, Livingstone JM, Campbell S, Hallett M, Mills GB, Park M, Chodosh L, Strathdee D, Norman JC and Muller WJ. Rab11-FIP1C Is a Critical Negative Regulator in ErbB2-Mediated Mammary Tumor Progression. *Cancer Research* 76:2662-2674, 2016.

Turpin J, Ling C, Crosby EJ, Hartman ZC, Simond AM, Chodosh LA, Rennhack JP, Andrechek ER, Ozcelik J, Hallett M, Mills GB, Cardiff RD, Gray JW, Griffith OL and Muller WJ. The ErbB2ΔEx16 splice variant is a major

oncogenic driver in breast cancer that promotes a pro-metastatic tumor microenvironment. *Oncogene* 35:6053-6064, 2016.

Oran AR, Adams CM, Zhang XY, Gennaro VJ, Pfeiffer HK, Mellert HS, Seidel HE, Mascioli K, Kaplan J, Gaballa MR, Shen C, Rigoutsos I, King MP, Cotney JL, Arnold JJ, Sharma SD, Martinez-Outschoorn UE, Vakoc CR, Chodosh LA, Thompson JE, Bradner JE, Cameron CE, Shadel GS, Eischen CM, McMahon SB. Multi-focal control of mitochondrial gene expression by oncogenic MYC provides potential therapeutic targets in cancer. *Oncotarget* 7:72395-72414, 2016.

Yee SS, Lieberman DB, Blanchard T, Rader J, Zhao J, Troxel AB, DeSloover D, Fox AJ, Daber RD, Kakrecha B, Sukhadia S, Belka GK, DeMichele AM, Chodosh LA, Morrissette JJ, Carpenter EL. A novel approach for next-generation sequencing of circulating tumor cells. *Mol Genet Genomic Med* 4:395-406, 2016.

Maxwell KN, Soucier-Ernst D, Tahirovic E, Troxel AB, Clark C, Feldman M, Colameco C, Kakrecha B, Langer M, Lieberman D, Morrissette JJD, Paul MR, Pan TC, Yee S, Shih N, Carpenter E, Chodosh LA, DeMichele A. Comparative clinical utility of tumor genomic testing and cell-free DNA in metastatic breast cancer. *Breast Cancer Res Treat* 164:627-638, 2017.

Winkels RM, Sturgeon KM, Kallan MJ, Dean LT, Zhang Z, Evangelisti M, Brown JC, Sarwer DB, Troxel AB, Denlinger C, Laudermilk M, Fornash A, DeMichele A, Chodosh LA and Schmitz KH. The women in steady exercise research (WISER) survivor trial: The innovative transdisciplinary design of a randomized controlled trial of exercise and weight-loss interventions among breast cancer survivors with lymphedema. *Contemp Clin Trials* 61:63-72, 2017.

Sreekumar A, Toneff MJ, Toh E, Roarty K, Creighton CJ, Belka GK, Lee DK, Xu J, Chodosh LA, Richards JS and Rosen JM. Wnt-mediated regulation of FOXO1 constitutes a critical axis maintain pubertal mammary stem cell homeostasis. *Developmental Cell* 43:436-448, 2017.

Gatelli A, Gardia Sola ME, Roloff TC, Cardiff RD, Kordon EC, Chodosh LA and Hynes NE. Chronic expression of wild-type Ret receptor in the mammary gland induces luminal tumors that are sensitive to Ret inhibition. *Oncogene* 37:4046-4054, 2018.

Ecker BL, Lee JY, Sterner CJ, Solomon AC, Pant DK, Shen F, Peraza J, Vaught L, Mahendra S, Belka GK, Pan TC, Schmitz KH, Chodosh LA. Impact of obesity on breast cancer recurrence and minimal residual disease. *Breast Cancer Research*, 21:41, 2019. PMCID: PMC6416940

Schmitz KH, Troxel AB, Dean LT, DeMichele A, Brown JC, Sturgeon K, Zhang Z, Evangelisti M, Spinelli B, Kallan MJ, Denlinger C, Cheville A, Winkels RM, Chodosh LA and Sawyer DB. Effect of home-based exercise and

weight loss programs on breast cancer-related lymphedema outcomes among overweight breast cancer survivors: The WISER Survivor randomized clinical trial. *JAMA Oncol* 5:1605-1613, 2019. PMCID: 6696732

Tsao LC, Crosby EJ, Trotter TN, Agarwal P, Hwang BJ, Acharya C, Shuptrine CW, Wang T, Wei J, Yang X, Lei G, Liu CX, Rabiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC. CD47 blockade augmentation of Trastuzumab antitumor efficacy dependent upon antibody-dependent-cellular-phagocytosis. *JCI Insight* pii:131882, 2019. PMID: 31689243

Paul MR, Pan TC, Pant DK, Shih NN, Chen Y, Harvey KL, Solomon A, Lieberman D, Morrissette JJD, Soucier-Ernst D, Goodman NG, Stavropoulos SW, Maxwell KN, Clark C, Belka GK, Feldman M, DeMichele A and Chodosh LA. Genomic landscape of metastatic breast cancer identifies preferentially dysregulated pathways and targets. *Journal of Clinical Investigation* 130(8):4252-4265, 2020, doi.org/10.1172/JCI129941. PMCID: PMC7410083

Crosby EJ, Acharya CR, Haddad AF, Rabiola CA, Lei G, Wei JP, Yang XY, Wang T, Liu CX, Wagner KU, Muller WJ, Chodosh LA, Broadwater G, Hyslop T, Shepherd JH, Hollern DP, He X, Perou CM, Chai S, Ashby BK, Vincent BG, Snyder JC, Force J, Morse MA, Lyerly HK, Hartman ZC. Stimulation of Oncogene-Specific Tumor-Infiltrating T Cells through Combined Vaccine and αPD-1 Enable Sustained Antitumor Responses against Established HER2 Breast Cancer. *Clin Cancer Res* 26:4670-4681, 2020. PMCID: 483405

Ruth JR, Pant DK, Pan TC, Seidel HE, Baksh SC, Keister BA, Singh R, Sterner CJ, Bakewell SJ, Moody SE, Belka GK and Chodosh LA. Cellular dormancy in minimal residual disease following targeted therapy. *Breast Cancer Research* 23:63, 2021. doi: 10.1186/s13058-021-01416-9.

Research Publications, peer-reviewed reviews

Sharp PA, Carthew RW and Chodosh LA. Sequence-specific DNA-binding proteins and transcription in mammalian cells. In *RNA Polymerase and the Regulation of Transcription*. Reznikoff WS, ed. pp. 313-322, 1987.

Chodosh LA and Daniels GH. Addison's disease. *The Endocrinologist* 3:166-181, 1993.

Chodosh LA. *BRCA1* and *BRCA2* expression in normal and neoplastic cells. *Journal of Mammary Gland Biology and Neoplasia* 3:389-402, 1998.

Master SR and Chodosh LA. Large-scale transcriptional profiling of murine mammary development. *Breast Disease*, 19:47-57, 2004.

Contribution to peer-reviewed clinical research publications, participation cited but not by authorship:

[none]

Research Publications, non-peer reviewed:

[none]

Abstracts:

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

Chodosh LA. Science and the Secret of Life. *Prism* 2:13-18, 1984.

Chodosh LA. Mobility shift DNA-binding assay. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.2.1-12.2.10. John Wiley & Sons, 1988.

Chodosh LA. UV crosslinking of proteins to nucleic acids. In *Current Protocols in Molecular Biology*. Ausubel FM et al., eds. pp. 12.5.1-12.5.8. John Wiley & Sons, 1988.

Chodosh LA. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.6.1-12.6.9. John Wiley & Sons, 1988.

Chodosh LA and Buratowski S. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Protein Science*. Coligan JE. et al., eds. pp. 9.7.1-9.7.13. John Wiley & Sons, 1998.

Chodosh LA. My Life As a Dog: Chronicles of the M.D.-Ph.D. graduate. *Harvard Medical Alumni Bulletin* 71:38-45, 1998.

Chodosh LA. Breast cancer: Molecular genetics, pathogenesis, and therapeutics. *New England Journal of Medicine*. 341:1244, 1999.

Chodosh LA and Buratowski S. Mobility shift DNA-binding assay using gel electrophoresis. In *Current Protocols in Pharmacology*. Taylor G, ed. Unit 6.8. John Wiley & Sons, 2001.

Wysolmerski JJ and Chodosh LA. Endocrine influences on mammary development and breast cancer risk. *Journal of Mammary Gland Biology and Neoplasia*, 7:1-2, 2002.

Chodosh LA. The reciprocal dance between cancer and development. *New England Journal of Medicine* 347:134-136, 2002.

Master SR and Chodosh LA. Evolving views of involution. *Breast Cancer Research*, 6:89-92, 2004.

Chodosh LA. Modeling human cancers in mice. *Cancer Biology & Therapy,* 4:255-256, 2005.

Chodosh LA and Cardiff RD. In vivo imaging of the mammary gland: the shape of things to come. *Journal of Mammary Gland Biology and Neoplasia*, 11:101-102, 2006.

Alvarez JV, Perez D and Chodosh LA. mILC-ing the mouse mammary gland: a model for invasive lobular carcinoma. *Cancer Cell*, 10:347-349, 2006.

Vernon AE, Bakewell SJ and Chodosh LA. Deciphering the molecular basis of breast cancer metastasis with mouse models. *Reviews in Endocrine and Metabolic Disorders*, 8:199-213, 2007.

Alvarez JV, Yeh ES, Feng Y and Chodosh LA. Oncogene addiction: mouse models and clinical relevance for molecularly targeted therapies. In: *Genetically-engineered Mice for Cancer Research: design, analysis, pathways, validation and pre-clinical testing*, 2011.

Chodosh LA. Breast cancer: current state and future promise. *Breast Cancer Research*, 13:113, 2011.

Yeh ES, Vernon-Grey A, Martin H and Chodosh LA. Tetracyline-regulated mouse models of cancer. In: Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 8:125-142, 2014.

DeMichele A and Chodosh LA. "Braking" the cycle of resistance in endocrine therapy for breast cancer. *Clinical Cancer Research* 21:4999-5001, 2015.

<u>Books:</u>

Mouse Models of Cancer: A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 2014.

<u>Alternative Media:</u>

[none]

<u>Patents:</u>

Chodosh, LA: U.S. entitled: "Hormonally Up-Regulated, Neu-Tumor-Associated Kinase". Patent Nos.: 7,119,185 and 7,368,113.

Chodosh, LA: U.S. entitled: "Pregnancy, Up-Regulated Non-Ubiquitous CaM Kinase". Patent Nos.: 7,041,495 and 7,741,111.

Extramural Funding:

ACTIVE

2 R01 CA098371 (Chodosh, PI) 4/18/03 – 2/28/22
NIH/NCI $207,500 annual direct costs
In vivo oncogene-induced tumorigenesis and escape

2 R01 CA148774 (Chodosh, PI) 09/22/10-11/30/22
NIH/NCI $228,750 annual direct costs
Survival and recurrence of dormant cancer cells

2 R01 CA143296 (Chodosh, PI) 06/30/10-05/31/23
NIH/NCI $237,500 annual direct costs
Minimal residual disease and mechanisms of breast cancer recurrence

R01 CA208273 (Chodosh, PI; DeMichele, PI) 12/13/16-11/30/21
NIH/NCI $294,863 annual direct costs
Secondary prevention through surveillance and intervention

R01 CA223816 (Chodosh, PI; Kontos, PI) 07/03/18-5/31/23
NIH/NCI $282,418 annual direct costs
Radiogenomic biomarkers of breast cancer recurrence

W81XWH-17-1-0594 (Chodosh PI) 9/30/17-8/31/20
DOD $264,498 annual direct costs
Dynamic response of disseminated tumor cells and circulating tumor markers to targeted adjuvant therapy

BCRF-16-026 (Chodosh, PI) 10/01/04-9/30/21
Breast Cancer Research Foundation $145,833 annual direct costs
Pathways in breast cancer progression

W81XWH-20-1-0008 (Chodosh PI; DeMichele Partnering PI) 1/15/20-1/14/22
DOD $652,188 annual direct costs
Detecting and defining residual tumor cell subsets to enable recurrence prevention in early stage breast cancer patients

P30 CA016520 (Vonderheide) 12/01/10-11/30/20
NIH/NCI $30,890
University of Pennsylvania Cancer Center Core Grant

Contains Confidential Information – Subject to Protective Order

# ATTACHMENT 3

Contains Confidential Information – Subject to Protective Order

**Testimony List – Lewis A. Chodosh, M.D., Ph.D.**

**3/6/2018 – 3/7/2022**

1. Ingham et al. v. Johnson & Johnson et al. (MO) (deposition) – 4/27/2018

2. Deisher v. Secretary of Health and Human Services (US COFC) (sworn report) – 6/18/2018

3. Valsartan Products Liability Litigation, MDL 2875 (deposition) – 9/29/2021-9/30/2021

4. Valsartan Products Liability Litigation, Medical Monitoring Class Action Complaint (deposition) – 3/10/2022

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

# Report of Frederick Peter Guengerich, Ph.D.

Date: March 7, 2022

Frederick Peter Guengerich, Ph.D.

Contains Confidential Information – Subject to Protective Order

## Table of Contents

I. Qualifications and Background....1
A. Education and Experience....1
B. Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research....2
C. Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research....4
D. Compensation and Disclosures....5
II. Scope and Summary of Opinions....5
III. Introduction to Pharmacology....8
A. Introduction to Pharmacokinetics....8
B. Sites of Metabolism of Drugs and other Xenobiotic Chemicals....11
C. Metabolic Pathways....12
IV. Introduction to Toxicology and Consideration of Principles....13
A. Risk Estimation....13
B. Mechanisms of Chemical Carcinogenesis and Repair....14
C. Dose-Response and Thresholds for Genotoxic Chemicals....27
D. Study of Chemical Carcinogenesis....32
V. Introduction to Ranitidine....40
A. Ranitidine Approval & Therapeutic Action....40
B. Ranitidine Pharmacokinetics....43
VI. Introduction to *N*-Nitrosodimethylamine (NDMA)....46
A. NDMA Chemistry & Toxicokinetics....46
B. Exogenous Sources of NDMA....49
C. Endogenous Formation of NDMA....51
D. Potential Endogenous Formation of NDMA from Medications....57
E. Exogenous NDMA Impurity in Medications....64
VII. Introduction to Analytical Chemistry Methods....70
A. Principles of Analytical Chemistry....70
B. Techniques in Analytical Chemistry....72
C. Validation of Analytical Methodology....76
VIII. Ranitidine and Potential Exogenous Formation of NDMA....77
A. Summary on Ranitidine and Potential Exogenous Formation of NDMA....77
B. Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA....91

IX. NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure ................96

A. NDMA Metabolism & Mechanism of Mutagenicity ..................................................96

B. NDMA-Mediated DNA Damage ..............................................................................105

C. Repair of NDMA DNA Damage .............................................................................108

D. NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans ..........................................................................................................117

E. Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure ..........................................................................................................134

X. Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity ............................136

A. Ranitidine Long-Term & Carcinogenicity Animal Studies .......................................137

B. Ranitidine Genotoxicity & Mutagenicity Studies.....................................................143

C. Summary on Ranitidine Preclinical Toxicology Studies ..........................................153

XI. Ranitidine and Potential Endogenous Formation of NDMA.............................................155

A. *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid ............................155

B. Human Gastric Juice Studies....................................................................................183

C. Human Plasma and Urinary Excretion Studies ........................................................190

D. Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite 204

E. Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme ..........................................................................................................211

F. Summary on Ranitidine and Potential Endogenous Formation of NDMA ....................215

XII. Conclusions ..............................................................................................................216

# I. Qualifications and Background

## A. Education and Experience

I am the (tenured) Tadashi Inagami Professor of Biochemistry in the Department of Biochemistry at the Vanderbilt University School of Medicine.

I received a B.S. in Agricultural Science from the University of Illinois, Urbana, Illinois in 1970. I then obtained my Ph.D. in Biochemistry from Vanderbilt University in 1973 under the guidance of Professor H.P. Broquist. Following that, I was a Postdoctoral Scholar in the laboratory of Professor M.J. Coon in the Department of Biological Chemistry at the University of Michigan Medical School.

Subsequent to my postdoctoral work, in 1975 I started as an Assistant Professor of Biochemistry at the Vanderbilt University School of Medicine. In 1980 I was named a tenured Associate Professor of Biochemistry at the Vanderbilt University School of Medicine, and in 1983 I became a (tenured) Professor of Biochemistry at the Vanderbilt University School of Medicine. Since that time, I have held several endowed chair positions at Vanderbilt University School of Medicine, including: Harry Pearson Broquist Professor of Biochemistry (2007-2012), Stanford Moore Professor of Biochemistry (2013), and my current position as the Tadashi Inagami Professor of Biochemistry (2013-present). I served as Interim Chair of the Department of Biochemistry from 2010-2012.

During my career I have received a number of honors and distinguished lectureships, which are summarized in my curriculum vitae, attached as Exhibit A. I have published more than 750 original peer-reviewed scientific articles and more than 300 invited reviews and chapters during my career to date. I currently serve on the Editorial boards for *Chemistry and Biodiversity*, *Critical Reviews in Toxicology*, and *Drug Metabolism and Disposition*. I also serve as an Associate Editor


Contains Confidential Information – Subject to Protective Order

(since 2006) of *The Journal of Biological Chemistry*. I served as Deputy Editor from 2013-2021 and for two intervals as Interim Editor-in-Chief of the journal during that period.

I am a member of the American Chemical Society, including the Divisions of Biological Chemistry, Medicinal Chemistry, and Chemical Toxicology. I served as Chair of the latter Division from 2007-2008 and have held several other offices in the Division of Chemical Toxicology. In 2009, I was named as an American Chemical Society Fellow, in the inaugural class for that program. Since 2015 I have been a member of the Expert Panel of the Flavor and Extract Manufacturers' Association and review analytical chemistry and safety assessment in applications for permission to use food additives.

### B. Expertise in Toxicology, Chemistry, Pharmacology, & Cancer Research

My educational background, professional achievements, and qualifications as an expert in toxicology, chemistry, pharmacology, and chemical carcinogenesis are detailed in my curriculum vitae, which is attached as Exhibit A.

I have decades of experience studying and educating others about pharmacology and toxicology. Throughout my time at Vanderbilt, I have taught courses on multiple aspects of drug-drug interactions and pharmacokinetics to medical students, graduate students, and post-graduates (both Ph. D. and M. D.). I am currently teaching Enzyme Kinetics and Mechanisms. I am also currently teaching Drug Metabolism & Safety, part of a Master's degree class for postgraduate physicians. I have been teaching a graduate level toxicology course at Vanderbilt University (Biochemistry 8336) since 1980. I teach pharmacokinetics and toxicokinetics in that course. In addition, I created an online course for the Pharmacology Department dealing with pharmacokinetics of drug-drug interactions called Enzyme Kinetics for Drug Discovery & Development.


Contains Confidential Information – Subject to Protective Order

In 1980, I was named the Interim Director of the Center in Environmental Toxicology at Vanderbilt University, an interdepartmental program supported by a grant from the National Institute of Environmental Health Sciences (NIEHS). In 1981, I became Director of that Center (later renamed the Center in Molecular Toxicology). I held this position until 2011. I held the position of director of an NIEHS-sponsored core center grant for over 30 years, which at the time was longer than anyone else. During my entire tenure as director, the Center was financially supported by the NIEHS.

My research expertise covers numerous types of chemicals, including nitrosamines, vinyl halides, other vinyl monomers, epoxides, alkyl halides, polycyclic hydrocarbons, polychlorinated biphenyls, aryl amines, heterocyclic amines, aflatoxins, pyrrolizidine alkaloids, pesticides, reactive oxygen species, and various categories of drugs. As a part of my research, I have considerable expertise in analytical chemistry, including several types of chromatography and mass spectrometry. I have extensive experience in the fields of biochemistry and medicinal chemistry with an emphasis on mechanisms of activation and detoxication of drugs, chemical carcinogens, steroids, and toxicants and characterization of enzymes involved in these processes. I have consulted on matters of metabolism, toxicology, and safety assessment with chemical companies, pharmaceutical companies, and trade organizations.

From 1989-2017, I was an Associate Editor of the journal *Chemical Research in Toxicology*, a leading journal in its field, published by the American Chemical Society. In that position, I saw and supervised the review of approximately 100 toxicology manuscripts each year. I have authored/co-authored more research papers published in the journal *Chemical Research in Toxicology* than any other individual (American Chemical Society SciFinder search, January 2022).


Contains Confidential Information – Subject to Protective Order

I have also served as an Associate Editor of the journals *Toxicology and Applied Pharmacology*, *Molecular Pharmacology*, and *Cancer Research*. I have also served on the editorial boards of many journals, including the Scientific Advisory Board of *Nature Reviews in Drug Discovery* from 2001-2011.

I was the Institute for Scientific Information's 3rd most-cited author in Pharmacology and Toxicology from 1993-2003. These distinctions are based on the number of times other scientific publications cite my own publications. For work done in the 1990s, I was the 46th most highly cited biomedical scientist in the world.

I have been ranked first in the world for total citation score by Drug Metabolism Research since 2006. Based on citation metrics author database, my 2021 rank is 162nd of all world scientists and 5th in Biochemistry & Molecular Biology (out of 189,264 authors in that field) and 11th in Toxicology (Baas 2021).

### C. Major Awards in Toxicology, Chemistry, Pharmacology, & Cancer Research

I have received numerous awards over the years for work in several fields, including toxicology, chemistry, pharmacology, and cancer research.

- Society of Toxicology
  - *Achievement Award, 1982 (one given annually to an individual 35 years old or younger).*
  - *Burroughs-Wellcome Scholar in Toxicology, 1983 (5-year salary support, 1-2 awards given each year).*
  - *Merit Award, 2013 (one given annually for career-long contributions to toxicology, 1 per year).*
- Other Toxicology Awards (National Level)
  - *Kenneth Morgareidge Award, International Life Sciences Institute, 1986.*
  - *Founders' Award, Chemical Industry Institute for Toxicology, 1991.*
  - *George H. Scott Award, Toxicology Forum, 1994.*
  - *Founders' Award, Division of Chemical Toxicology, American Chemical Society, 2011.*


Contains Confidential Information – Subject to Protective Order

- Biochemistry and Chemistry
  - *William A. Rose Award, American Society for Biochemistry and Molecular Biology, 2005*
  - *ACS Fellow in Chemistry, inaugural class, American Chemical Society, 2009.*
  - *ASBMB Fellow, inaugural class, American Society for Biochemistry and Molecular Biology, 2021.*
- Pharmacology and Drug Metabolism
  - *John J. Abel Award, American Society for Pharmacology and Experimental Therapeutics (ASPET), 1984 (given annually to an individual 36 years old or younger, at that time)*
  - *Bernard B. Brodie Award in Drug Metabolism, ASPET, 1992 (for career-long contributions to drug metabolism, given once each two years)*
  - *North American Achievement Award, International Society for the Study of Xenobiotics (ISSX), 2003 (given once each three years)*
  - *Named one of the first two foreign Honorary Members of the Japanese Society for the Study of Xenobiotics (JSSX), 2007.*
  - *R. T. Williams Distinguished Scientific Award, ISSX, 2010. (given for career-long contributions to studies on xenobiotic metabolism, once each three years, entire world)*
  - *ASPET Fellow, inaugural class, American Society for Pharmacology and Experimental Therapeutics (ASPET), 2019.*
- Cancer Research
  - *(Third) Annual Award for Outstanding Achievement in Cancer Research, American Association for Cancer Research, 2009 (given for career-long contributions to chemical studies in cancer research)*

### D. Compensation and Disclosures

I have been retained to provide opinions on behalf of the Defendants (Boehringer Ingelheim, GlaxoSmithKline, Pfizer, and Patheon Manufacturing Services). I am being compensated at my customary rate of $650 per hour for work in connection with this proceeding. My compensation is in no way contingent upon the outcome of this proceeding or the specifics of my testimony. My prior testimony as an expert witness in the last four years is listed in Exhibit C.

## II. Scope and Summary of Opinions

I have been asked to provide an opinion on whether there is reliable non-epidemiological scientific evidence to support the conclusion that exposure to ranitidine (Zantac®) causes cancer. Plaintiffs in this litigation have alleged that ranitidine exposure causes five cancer types: bladder,

esophageal, gastric, liver, and pancreatic cancer. Plaintiffs' experts proposed mechanism of carcinogenesis from ranitidine is theorized to be due to *N*-nitrosodimethylamine (NDMA) exposure, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion.

As a basis for my opinions, I have reviewed, critically analyzed, and provided a discussion on the following topics in my report: (i) the principles of pharmacology and toxicology; (ii) a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for detection; (iii) the pharmacology of ranitidine; (iv) the preclinical toxicology studies on ranitidine and whether these studies demonstrate an increased risk of mutagenicity or cancer; (v) whether there is reliable scientific evidence to support endogenous formation of NDMA in the human body following ranitidine ingestion; and (vi) the potential exogenous formation of NDMA in ranitidine products and how these levels relate to a potential increased risk of cancer.

I hold all opinions stated in this report to a reasonable degree of scientific certainty. They are summarized as follows:

1. Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.
2. There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.
3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.


Contains Confidential Information – Subject to Protective Order

4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.
5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.
6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.

The scientific literature and other materials I have reviewed are listed in Exhibit B. I reserve the right to amend, edit, or supplement my opinions upon review of additional material.


Contains Confidential Information – Subject to Protective Order

## III. Introduction to Pharmacology

### A. Introduction to Pharmacokinetics

*Pharmacology* is the study of the interactions of drugs with the body. The response of the body to a drug is generally described in two aspects:

*Pharmacodynamics* is the study of what the drug does to the body and describes the dynamic interactions of a drug with its target(s) in the body, that is, how it is interacting with that site. For example, aspirin reduces the production of compounds called prostaglandins, which results in its therapeutic action of decreased inflammation, pain, and fever.

*Pharmacokinetics* is the study of the movement of a drug through the body and what the body does to a drug. It studies the absorption and bioavailability, distribution, metabolism, and excretion of the drug (ADME) (Fig. 1). These pharmacokinetic processes (ADME) determine the concentrations of the drug in the body, how much drug arrives at the target site, and how long an effective level will remain there.


Contains Confidential Information – Subject to Protective Order




Fig. 1. Pharmacokinetic (ADME) Principles (EUPATI 2021)

Because it is usually not possible to directly measure drug concentrations in most organs in humans, animals are often used as models in the laboratory. In humans, a major part of the analysis is done using the levels of a drug in plasma, which can be easily measured. One of the main parameters that is measured is the plasma half-life, i.e., the time needed for the drug concentration in the bloodstream to fall to one-half the initial value after a dose of the drug.

The human body has complex protection mechanisms for eliminating foreign compounds and environmental pollutants from the body (Silverman & Holladay 2014). Elimination of drugs and other chemicals from the body occurs through two processes: "direct excretion of the unchanged substance or biotransformation to a different chemical form which may then be excreted as a metabolite" (Eaton 2018). A metabolite is "often regarded as the immediate by-product of a metabolic process" (Biology Dictionary 2021; Silverman & Holladay 2014).

When a drug or other foreign chemical is administered, natural processes for eliminating foreign materials are set into motion, converting one chemical form to another through


Contains Confidential Information – Subject to Protective Order

biochemical modification. The body's ability to remove toxins is largely dependent on the physicochemical properties of the chemical (Eaton 2018). A general overall goal of drug metabolism is to transform lipid-soluble (hydrophobic) compounds into compounds that are excretable metabolites. These chemical reactions that alter drugs administered to patients are broadly referred to as "drug metabolism" or "drug biotransformation" (Taniguchi & Guengerich 2012).

Although the term "drug" is used here, the same principles apply to other chemicals that are not normally found in the body, termed "xenobiotics," such as industrial chemicals, pesticides, and pollutants. Metabolism can alter chemicals, including drugs, in four major ways (Taniguchi & Guengerich 2012):

1. By converting an active drug into an inactive drug;
2. By converting an active drug into an active or toxic metabolite;
3. By converting an inactive prodrug into an active drug;
4. By converting an unexcretable drug into an excretable metabolite.

These biochemical modifications are accomplished through chemical reactions catalyzed by a vast array of enzymes (Taniguchi & Guengerich 2012). Enzymes are most commonly proteins that are folded in a specific three-dimensional structure capable of binding to a compound or a portion of a compound, called a "substrate," and causing or accelerating a specific chemical reaction that changes the substrate into a different molecule or molecules, called the "products," and leaving the enzyme catalyzing the reaction unchanged (Kedderis 2018). Enzyme binding is highly specific based on factors such as shape, charge, and hydrophilic/phobic properties of the substrate (Kedderis 2018; Robinson 2006).


Contains Confidential Information – Subject to Protective Order

### B. Sites of Metabolism of Drugs and other Xenobiotic Chemicals

Hepatic Metabolism

The liver is the major site of metabolism for orally administered drugs and other chemicals (Taniguchi & Guengerich 2012). When a drug is ingested orally, the drug must first be absorbed during the digestive process through the stomach or the mucous membrane of the small intestine (Silverman & Holladay 2014). After a drug is absorbed through the gastrointestinal tract, it is typically transported to the liver via the portal vein (Sun & Zhao 2016). The liver then metabolizes the drug in a process referred to as "hepatic metabolism" (transforms it into a product).

Drugs and other chemicals are processed by a variety of enzymes, discussed in more detail below, located in a membranous structure called the endoplasmic reticulum of hepatocytes, specialized cells in the liver (Taniguchi & Guengerich 2012). In the liver hepatocytes, orally administered drugs that are lipophilic and water-insoluble (which facilitates absorption through the gastrointestinal tract) are usually rendered water-soluble via hepatic metabolism, after which they can more easily be excreted in the bile or filtered and excreted by the kidneys (renal filtration) (Taniguchi & Guengerich 2012; Silverman & Holladay 2014).

When liver cells (or other cells) are homogenized, the endoplasmic reticulum can be isolated (using instruments called centrifuges) in a form called "microsomes," which contain most of the cytochrome P450. These microsomes can be prepared from animals or humans and used in the laboratory in "*in vitro*" experiments, and the activities of the cytochrome P450 enzymes can be measured for drug metabolism. The information is valuable for predicting how a drug will behave in the human body.

Orally administered drugs and other chemicals undergo metabolism by the liver before entering the bloodstream, or "systemic circulation" (Silverman & Holladay 2014). This process


Contains Confidential Information – Subject to Protective Order

is commonly referred to as "first pass effect" (Taniguchi & Guengerich 2012)." If there is a large first pass effect, whether in the intestine or the liver, much less of the orally-administered drug will be in the circulation and reach intended targets.

Extrahepatic Metabolism

Though the liver is the major site of metabolism, other organs such as the intestine, kidneys, lungs, plasma, blood cells, placenta, skin, and brain may also play a role in the metabolism of certain chemicals, including drugs (Kwon 2002; Taniguchi & Guengerich 2012). While the vast majority of drug metabolism occurs in the liver, the extent of metabolism of drugs by extrahepatic drug-metabolizing organs such as the small intestine, kidney, and lung is approximately 10-20% of hepatic metabolism (Kwon 2002). This value will vary for different drugs and, of course, may vary for different routes of administration.

**C. Metabolic Pathways**

Generally speaking, metabolic reactions are divided into two categories: reactions that involve the addition or revealing of hydrophilic (water soluble) moieties to a compound (the oxidative and hydrolytic reactions, or the sometimes so-called "Phase I reactions"); and conjugative reactions that involve the conjugation of a compound with a hydrophilic endogenous substrate (the so-called "Phase II reactions") (Kwon 2002) (Fig. 2).




Fig. 2. Phase I and Phase II Metabolic Reactions


Contains Confidential Information – Subject to Protective Order

Cytochrome P450 ("CYP" or "P450") enzymes are considered the "most important metabolizing enzymes for xenobiotics" (Kwon 2002) and are "involved in the metabolism of approximately 75% of all drugs used today" (Taniguchi & Guengerich 2012). Cytochrome P450 enzymes constitute a superfamily of enzymes containing a heme cofactor (or, strictly speaking, containing a prosthetic group) but having structurally variable active sites that catalyze the same reaction on different substrates, for instance, the oxidation of steroids, fatty acids, and drugs (Silverman & Holladay 2014). Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. The oxidizing site in P450 enzymes is at the heme center, which oxidizes hydrophobic compounds (e.g., most drugs, water-insoluble) to hydrophilic or more polar metabolites for subsequent excretion (Taxak & Bharatam 2014). These enzymes catalyze the transfer of one atom of oxygen to a substrate (e.g., a drug), producing an oxidized substrate, i.e., product. Metabolites formed through oxidative/hydrolytic reactions "are often pharmacologically inactive and, without further modification, may be excreted" (Taniguchi & Guengerich 2012).

## IV. Introduction to Toxicology and Consideration of Principles

The basic principles of toxicology were established by the time of the discovery of ranitidine and are generally accepted by toxicologists today, regardless of their background, training, or specialty. In this part I provide some background principles of toxicology to provide context for my opinions.

### A. Risk Estimation

It is difficult to extrapolate the risk arising from chronic environmental exposure, at low doses, from studies of acute toxicity at high doses. All toxicologists are familiar with Paracelsus, a Swiss physician from 500 years ago, who coined the phrase (in German) roughly translated as

"the dose makes the poison," that is, all substances are safe at some dose and all are toxic at some dose; only the dose distinguishes a medicine from a poison.

The study of toxicology consists of two main inquiries:

i. Hazard identification. Will a chemical produce an adverse effect on an organism at some (high) dose, and what is the effect?

ii. Risk characterization. Is the chemical going to manifest this hazard(s) at a dose at which people (or animals) are expected to be exposed (generally, in the environmental or drug context, a low dose)? (Eaton & Gilbert 2013; Beck 2014).

For comprehensive and accurate risk characterization, dose-response relationships must be evaluated and exposure estimates must be made (National Research Council 1983). "Dose-response" refers to what degree varying amounts or concentrations of chemicals elicit biological responses. The estimated exposure (amount, frequency, duration, and route of exposure) for a given chemical is necessary to assess whether the exposure is likely to cause a toxic response, i.e., determine the theoretical risk of toxic effects. Almost always, the higher the exposure to a toxic chemical, the higher the risk of toxic effects. The lower the exposure to a toxic chemical, the lower the risk of toxic effects. Risk assessment involves a dose-response assessment, exposure assessment, and subsequent risk characterization.

### B. Mechanisms of Chemical Carcinogenesis and Repair

#### i. Mechanisms of DNA Damage

One of the major axioms of biology and biochemistry is the coding of DNA for proteins (Fig. 3), as developed in the middle of the 20th Century.




An individual's DNA constitutes the genome. This is replicated into an exact copy, as cells grow and divide. The message is the result of a pattern of four bases (Fig. 4) and is "transcribed" into RNA. DNA and RNA have four bases: adenine, cytosine, guanine, and thymine (in DNA; in RNA this latter one (thymine) lacks a methyl group and is called uracil). RNA is then translated into proteins, which have 20 different amino acids stitched together for specific purposes. Proteins are the building blocks of the body (e.g., parts of muscles), and many of these are enzymes that carry out all the metabolic and other functions in the body.

The correct coding depends on the pairing of the four DNA bases with each other (Fig. 4). Adenine (A) pairs with thymine (T), and guanine (G) pairs with cytosine (C) in the DNA chains.




Fig. 4. DNA pairing. The names of the base begin with capital letters; the names of the nucleosides (containing deoxyribose) are in small letters.

If one of the four bases is modified with a chemical addition, then the normal patterns of coding may change and a mistake can result, which could result in a miscoded DNA, a miscoded RNA, or a miscoded protein. If a protein contains a mistake in its amino acid chain, it may have no activity or may have unusual activity.


Contains Confidential Information – Subject to Protective Order

Many of the chemicals that cause cancer do not act directly. The chemicals themselves are too stable to react with DNA, which is the most common way of initiating cancer. Cytochrome P450 (P450, CYP) and other enzymes can oxidize those chemicals to new chemical species that are more reactive, which can (i) break down in water to harmless derivatives (without the aid of enzymes), (ii) be converted by certain enzymes (e.g., glutathione transferases) to harmless derivatives, or (iii) react with proteins, DNA, and RNA (Fig. 5).




Fig. 5. Drug metabolism and possible reactions.

A low level of reaction with proteins and RNA is generally not considered very harmful. Reaction with DNA is often more serious and usually occurs at many sites along the DNA strands and even at different atoms on a base (a building block of DNA). For instance, as shown later in Fig. 33 (section IX.A.), a methyl group ($CH_3$) can be added at the O6, N3, or N7 atom position of the DNA base guanine or the N3 position of the base adenine, as well as several more sites. This type of DNA damage is referred to as “DNA adducts” or “DNA lesions”; when a methyl group specifically is added, it is often referred to as “DNA methylation”. Reaction at certain atoms of a


Contains Confidential Information – Subject to Protective Order

base in the DNA, e.g., guanine, can yield differences in pathways that might eventually lead to mutations and cancer, although, as will be discussed in more detail, there are many repair processes along the way to prevent this progression.

Most relevant to the mechanism of NDMA-induced DNA damage is the addition of a methyl group at the O6 position of guanine, forming $O^6$-methyl guanine. If unrepaired, the modified base ($O^6$-methyl guanine) is deleterious in that it can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base cytosine (Fig. 6). This process can lead to a "misinsertion" or "mutation." During the next round of cell replication, if the adenine base is inserted opposite the thymine base, this can result in a guanine:cytosine (G:C) [correct bases] → adenine:thymine (A:T) [wrong bases] transition mutation. This can lead to the production of a protein that loses its control mechanism. If several more mutations occur in certain genes (segments of the DNA), the "initiation" of cancer may occur.




Fig. 6. Mechanism of $O^6$-methyl guanine mutations.

The above discussion mentions only methyl groups in terms of the genotoxic damage to DNA (DNA methylation) and the potential for mutations as this mechanism is most relevant for subsequent discussions on NDMA. However, the list of chemicals that damage DNA and the mechanisms by which this DNA damage occurs is very long and includes some industrial chemicals (e.g., benzene, vinyl chloride), natural products (e.g., aflatoxins (in moldy corn and peanuts) and aristolochic acid (found in weeds and dietary supplements)), some drugs used to treat cancer (e.g., melphalan, cyclophosphamide), soots and tars, many chemicals in tobacco smoke, and some metals (e.g., nickel, chromium). In addition, ionizing radiation and ultraviolet light can both severely damage DNA. Even if one avoids exposure to all of these chemicals and physical agents, there will be a finite amount of DNA damage and mutations for at least two reasons: (i) the enzymatic machinery that copies DNA (i.e., DNA polymerase enzymes) is prone to making a low but finite number of mistakes, and the processes that scan the genome for damage and repair are not error-free and make some mistakes. (ii) People live in an atmosphere where they breathe oxygen, and one price for this is incurring oxidative damage to DNA (and proteins and lipids as well). The list of types of oxygen damage to DNA is now at least 100, and the frequency of such bases present in DNA is higher than that experienced after exposure to some known carcinogens. The most common of these modified lesions is 7,8-dihydro-8-oxo guanine (8-oxo-G), which has been shown to miscode and cause mutations. In addition, reaction of lipids (particularly unsaturated fatty acids) with reactive oxygen species generates molecules (e.g., 4-hydroxynonenal) that damage DNA in a similar way, forming the so-called “etheno” (ε) and other DNA adducts.

Thus, no human (not even a newborn child) is free of DNA damage. As people age, the background (or “endogenous”) amount of DNA damage and mutations accumulate in the body. Thus, most cancers are recognized as age-related diseases and advanced age is a well-established


Contains Confidential Information – Subject to Protective Order

risk factor for adult cancers. In many cases, there may be no apparent cause of cancer other than aging and the natural accumulation of mutations that result from simply being alive and breathing oxygen (Ames & Gold 1991). The background rate of DNA damage is approximately 40,000 DNA lesions in every cell of the human body (Fig. 7) (Swenberg 2011). Exactly how much the different types of DNA damage contribute to human cancer is still unknown, but recent efforts have been made to map the mutations that are seen in cancers to known patterns of DNA damage in the Catalogue of Somatic Mutation in Cancer (COSMIC 2021). The causative agent may still not be identified from this research because many mutagens produce the same patterns of DNA damage (e.g., many types of chemicals alkylate bases). In other words, an $O^6$-methyl guanine DNA adduct arising from NDMA exposure from one exogenous source (e.g., medication) is indistinguishable from an $O^6$-methyl guanine DNA adduct arising from NDMA exposure via a different exogenous source (e.g., diet, environment, or other medications) or natural, endogenous production. It is also indistinguishable from other non-NDMA sources that produce the same effect.

**Steady-State Amounts of Selected endogenous DNA Damage**

| Endogenous DNA lesions | Number per cell |
|---|---|
| Abasic sites | 30,000 |
| N7-(2-Hydroxyethyl)guanine (7HEG) | 3000 |
| 8-Hydroxyguanine | 2400 |
| 7-(2-Oxoethyl)guanine | 1500 |
| Formaldehyde adducts | 960 |
| Acrolein-deoxyguanosine | 120 |
| Malondialdehyde-deoxyguanosine | 60 |
| $N^2$,3-Ethenoguanine (εG) | 36 |
| 1,$N^2$-Ethenodeoxyguanosine (1,$N^2$-εdG) | 30 |
| 1,$N^6$-Ethenodeoxyadenosine (1,$N^6$-εdA) | 12 |
| Total | 38,118 |

Fig. 7. Selected background (endogenous) DNA lesions per cell (Swenberg 2011).

In Fig. 7 above, Swenberg et al. (2011) expressed the number of adducts per cell but did not include $O^6$-methyl guanine because it was not on the list of adducts studied by the authors.


Contains Confidential Information – Subject to Protective Order

Using a value of 6 pg DNA/cell (Bäumer 2018) and reported human levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a background level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated.

As mentioned earlier, the cytochrome P450 enzymes are the major enzymes involved in the activation of chemicals to forms that react with DNA (Rendic 2012). The research area is complicated in that these same enzymes also detoxicate many of these chemical carcinogens, i.e., convert them to harmless products. Thus, there is a balance between "detoxication" and "bioactivation" reactions in the body (Fig. 8).




Fig. 8. Enzyme detoxication and bioactivation of chemicals.

Humans have 57 different cytochrome P450 enzymes, and different P450s have individual but sometimes shared functions. Some of these 57 cytochrome P450 enzymes have been implicated in the metabolism (bioactivation and detoxication) of individual chemical carcinogens that people may be exposed to (Rendic 2012). In experimental animals, it has been demonstrated that the amounts of individual cytochrome P450 enzymes can be altered by genetics or by treatment with various chemicals and even diets. These changes can dramatically alter the risk of cancer from chemical carcinogens in the animals (Guengerich 1988). These relationships,


Contains Confidential Information – Subject to Protective Order

however, have been much harder to demonstrate in humans, although there have been many efforts to relate cancer susceptibility to genetics over the past 3-4 decades.

### ii. Mechanisms of DNA Repair

Sunlight, food preservatives, charbroiled meat, smoke from grill coals, car exhaust, radon from rocks and soil—all these things, which people can expect to be exposed to during a typical summer day at the beach, routinely cause damage to DNA. In the absence of these environmental insults, the water and biological chemicals naturally present in human cells can react with and harm DNA. DNA strands break and mutations secondary to modifications like methylation occur all the time, sometimes spontaneously and sometimes in the course of cell replication (e.g., during skin cell renewal) (Chatterjee & Walker 2017). There is a baseline level of injury the human genome experiences that is inevitable.

What prevents cells from losing normal function, from dying on a massive scale, or from progressing to cancerous states despite all this genetic damage is in large part thanks to the following: At the same time that DNA damage occurs, the DNA damage response is initiated, whereby lesion-specific sensor proteins initiate a cascade of biochemical and molecular events that ultimately result in the effective removal of most lesions (Chatterjee & Walker 2017).

The body contains more than 100 enzymes and numerous proteins that enable processivity (uninterrupted functionality) involved in the repair of DNA, and the exact types of enzymes and proteins directed to the site of genomic damage depends on the type of modification that has occurred. Several types of systems exist, including (i) direct repair, (ii) base excision repair (BER), (iii) mismatch repair (MMR), and (iv) nucleotide excision repair (NER). The existence of numerous types of DNA repair systems ensures a protective redundancy so that should one system be overwhelmed (i.e., its respective enzymes and proteins are saturated and biochemical cofactors


Contains Confidential Information – Subject to Protective Order

are depleted), other systems that rely on different components and molecular mechanisms can take over. In 2015, the Nobel Prize in Chemistry was awarded to Drs. Sancar, Modrich, and Lindahl for their research on DNA repair.

As described above, some chemicals cause the addition and attachment of functional groups like methyl or ethyl groups (types of alkyl groups) to DNA bases to form what are referred to as DNA adducts, such as the $O^6$-methyl guanine adduct (Fig. 6). Direct DNA repair is performed by proteins like $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT) in a low-error manner (Chatterjee & Walker 2017; Muller 2009). These unwanted, added groups—the persistence of which can lead to mutations—can be cut at their site of attachment and removed by direct repair enzymes or proteins. BER requires single strand breaks in the DNA in order for a damaged base to be removed and replaced by an undamaged base. As in direct repair, damage from the addition of alkyl groups (alkylation) can be reversed. In MMR, the MutS protein binds to mismatched base pairs—such as the G:T mismatch that can arise due to presence of unrepaired $O^6$-methyl guanine adducts—and initiates a repair process that involves excision of the damaged base and resynthesis of the broken DNA strand with the correct base (Rye 2008). Thus, our DNA repair system, consisting of several, sometimes overlapping repair mechanisms, repairs low levels of DNA damage with high efficiency and a low error rate, preventing the progression to mutations. It is important to remember that mutations are what may lead to carcinogenesis, not the DNA damage in and of itself.

### iii. Mutagenesis and Carcinogenesis

A mutation is both "the process by which the sequence of base pairs in a DNA molecule is altered" and the ultimate alteration itself (Russell 2014). There are many types of mutations that


Contains Confidential Information – Subject to Protective Order

can occur, and within those types of mutations further classification can be made based on, for example, the outcome of the alterations.

The practical implication of mutations is that they can affect how genes are expressed, whether by upregulating gene expression, downregulating gene expression, stopping the expression of normally active genes, initiating the expression of normally inactive genes, or modifying genes so that they do not code for normal product molecules. Gene expression is the "production of an observable phenotype by a gene—usually by directing the synthesis of a protein" (Buccitelli & Selbach 2020). Proteins are fundamental molecules necessary for normal cellular as well as whole organism function, structure, development, metabolism, and more observable characteristics (the phenotype). Mutations can alter protein levels, structures, and function, which in turn can ultimately affect the phenotype of an organism and cause abnormalities or disease. Examples of very important proteins responsible for xenobiotic metabolism include the cytochrome P450 (CYP or P450), flavin monooxygenase (FMO), and glutathione (GSH) S-transferase enzymes; alterations in these proteins can affect how xenobiotics are absorbed, distributed, metabolized, and excreted in the body. More examples of proteins with distinct and crucial functions are DNA repair enzymes, antibodies, and insulin.

A possible effect of genetic—and downstream protein—dysregulation is the formation of neoplasms, i.e., tumors. Mutational activation of oncogenes can lead to translation (production) of oncoproteins like H- or K-ras, and mutational inactivation of tumor suppressor genes can stop translation of tumor suppressor proteins like p53. Mutations that activate oncogenes and inactivate tumor suppressor genes are called driver mutations and confer a selective growth advantage in the affected cells. The number of driver mutations necessary to convert normal cells to benign tumor cells and later to cancer cells is estimated to be around five or six, possibly much higher based on


Contains Confidential Information – Subject to Protective Order

recent somatic cell (non-reproductive cell) mutation data, and may vary depending on the type of cancer. In contrast with driver mutations, passenger mutations are mutations present in tumor cells that confer no selective growth advantage whatsoever and are therefore not oncogenic (do not contribute toward tumor formation); additionally, it is worth noting that some mutations in tumor cells in fact impair cell survival and therefore also do not contribute toward carcinogenesis (Stratton 2009).

#### iv. Chemical Carcinogenesis

Chemical carcinogenesis is the process by which chemicals cause cancer, and chemical carcinogens are cancer-causing chemicals that induce the formation of tumors. One of the first cases recognized was that by Dr. John Hill, a London physician who in 1761 associated tumors with the use of tobacco snuff (Hill 1761). Many known human carcinogens are occupational chemicals, some of which are complex mixtures.

There are both nongenotoxic carcinogens and genotoxic—also known as DNA-reactive—carcinogens (Klaunig 2013). Carcinogens can also be described as being either pro-carcinogens (indirect) or ultimate (direct) carcinogens. Pro-carcinogens are chemicals that require bioactivation into specific metabolites in order to cause cancer, whereas ultimate carcinogens are able to cause cancer in their existing chemical form. Some chemicals can have effects that do not cause cancer but modulate the course of tumor formation. For instance, some chemicals, including those in food or drugs, are protective against cancer development by preventing, inhibiting, or slowing down the process of cancer ("chemoprevention") (Klaunig 2013).

Carcinogenesis is a multistage process involving initiation, promotion, and progression (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). Chemicals that bind to DNA and form DNA damage (e.g., DNA adducts) that can lead to mutations are cancer "initiators." There are several


Contains Confidential Information – Subject to Protective Order

protective mechanisms preventing the initial DNA damage, such as limited uptake of the carcinogen, detoxication by enzymes, reaction with macromolecules other than DNA (e.g., RNA and protein), and upregulation of adaptation responses. Once the DNA damage is formed, there are extensive DNA repair systems (*vide supra)* to prevent the progression from DNA damage to a mutation ("initiation" stage). Initiated cells may remain quiescent (do not grow or divide) or undergo cell death (apoptosis due to, for instance, a mutation negatively affecting their ability to survive), in which case tumors do not form.




Fig. 9. Chemical carcinogenesis mechanisms and defenses.

"Promotion" is the second stage of the carcinogenesis process and involves the clonal expansion of initiated cells to produce a preneoplastic lesion (Fig. 9) (Kobets & Williams 2019;

Klaunig 2013). A chemical carcinogen may operate as a "complete carcinogen" in which the chemicals initiate cancer and then at repeated exposure and/or high doses allows for progression through all stages of the cancer process (Klaunig 2013). Alternatively, some chemicals can act solely as a "promoter" to enhance the formation of tumors (Fig. 10). Typically, chemicals that are tumor promoters are not tumor initiators (and vice versa) and promoters are not mutagenic, but rather promote cell proliferation through nongenotoxic mechanisms (Klaunig 2013; National Cancer Institute 2021). In the presence of promoters, initiated cells may eventually form tumors—or they may not. Promotion typically requires repeated, high dose exposure and may be reversible upon removal of the agent (Klaunig 2013).




Fig. 10. Tumor formation – initiation and promotion.

The last stage is "progression" from the benign preneoplastic lesion into a neoplastic cancer (Fig. 9) (Kobets & Williams 2019; Klaunig 2013). During this stage, additional genotoxic events may occur as the cells proliferate resulting in the shift into neoplastic cells and then eventually the formation of a tumor microenvironment. Hanahan and Weinberg (2011) proposed eight "hallmarks

of cancer" describing the intricate properties of neoplastic cells that contribute to their ability to independently grow and eventually metastasize: (i) sustaining cell proliferation, (ii) resisting cell death (apoptosis), (iii) inducing angiogenesis, (iv) enabling replicative immortality, (v) activating invasion and metastasis, (vi) evading growth suppressors, (vii) reprogramming of energy metabolism, and (viii) evading immune destruction (Klaunig 2013). Altogether, the carcinogenesis process is a complex, multistage process with many steps along the way for repair or damage control (Fig. 9). Thus, exposure to a carcinogen does not necessarily mean cancer will develop, even if the cancer-forming process has been initiated.

### C. Dose-Response and Thresholds for Genotoxic Chemicals

There is a classic statement made by Paracelsus, the "father of toxicology" (ca. 1500 A.D.), describing dose-response relationships, which translated and paraphrased is: "The dose makes the poison" (*vide supra*). It is easy to appreciate that almost all drugs are toxic at high doses. A good example is acetaminophen (Tylenol®), which many people use safely (23% of the population each week in the USA (Kaufman 2002)). Yet at very high doses, the same drug is responsible for half of drug-induced acute liver failure (Larson 2005). Another example is the drug warfarin (Coumadin®), which at low doses is a life-saving anticoagulant drug that is used to prevent heart attacks and strokes. However, warfarin first came on the U.S. market not as a human drug, but as rat poison (rodenticide) (Lim 2017). Large doses of warfarin will not only kill rats, but humans too (fatal bleeding is a black box warning in the label for this medication) (Coumadin Prescribing Information 2017).

Illustrative non-drug examples of thresholds that everyone is exposed to are sunlight and carbon dioxide. A small amount of sunlight is good and even beneficial in terms of forming vitamin D in the body, while too much sunlight may produce a sunburn or even skin cancer. Carbon dioxide ($CO_2$) is a naturally occurring gas found in the atmosphere that is produced by the human body (it


Contains Confidential Information – Subject to Protective Order

is a byproduct of cell metabolism and a component of exhaled breath), as well as other sources. We continuously breathe in $CO_2$ and it is minimally toxic at low doses. However, exposure to excess $CO_2$ levels may lead to rapid breathing and heart rate and even death by suffocation.

It is necessary to recognize that different chemicals elicit different toxic responses to different extents, and animal toxicology studies are designed to investigate and characterize these diverse relationships. Dose-response data from toxicology studies are often plotted on graphs and relationships can be described as linear, nonlinear, or nonmonotonic (hormetic). For certain chemicals, dose-dependent transitions, including thresholds, have been empirically and statistically proven (Calabrese 2014), and the evidence can be easily visualized (Fig. 11).




Fig. 11. The blue line shows a linear, non-threshold dose-response model for exposure to a theoretical carcinogen (dose) and cancer risk (response). The red curved line shows a nonlinear, threshold (low exposures have zero risk) dose-response model for exposure to a theoretical carcinogen and cancer risk.

The concept of thresholds is generally accepted by toxicologists. Regulatory agencies, using the "Precautionary Principle" of applying linearity in risk assessment, sometimes assume that thresholds do not exist, but this assumption is made out of an abundance of caution. The genesis of the non-threshold assumptions by regulators was in large part based on some of the data

on the effects of high-dose X-rays (not chemicals) on highly proliferating reproductive cells (not somatic cells like those in non-sex organs) (Calabrese 2014). There has been contention over whether thresholds exist for genotoxic chemicals, i.e., those that modify or damage DNA and cause cancer. Opponents of the threshold dose-response model have argued that a single modification in a single cell of 1 base pair out of the approximately 3,200,000,000 base pairs that make up a person's genome (their DNA make-up) could cause cancer. However, the probability is essentially zero because of DNA repair and other protective systems (*vide supra*) on the molecular, cellular, tissue, organ, and organismal level. The complex, multistage process of chemical carcinogenesis (Fig. 9) is in itself suggestive that the overall process has thresholds, since each step in the sequential process is subject to a dose-related threshold (Kobets & Williams 2019). As such, regulatory agencies have more recently been transitioning back to a framework of acknowledging thresholds for genotoxic chemicals (FDA/ICH M7 Guidance 2015, 2018 (R1)). Below are a few examples of thresholds for genotoxic chemicals.

Ethyl methanesulfonate (EMS), an impurity that had been found in Viracept tablets (an HIV medication), is a known animal mutagen and carcinogen with a threshold dose-response relationship for the endpoint of mutation (Fig. 12) (Muller 2009). Mouse studies showed increases in mutation frequency in various organ tissues were not observed unless sufficiently high doses of EMS were administered, demonstrating a clear threshold effect. Additionally, although there were increases in DNA adducts at lower doses, a threshold was seen for the number of DNA adducts that had to have accumulated below which there was also zero increase in mutations. The authors concluded: "EMS… follows a thresholded dose–response with error-free repair of DNA alkylations below the threshold." Notably, the very effective DNA repair system for EMS-induced DNA alkylations was by AGT, the same protein that repairs NDMA-induced DNA alkylations (as


Contains Confidential Information – Subject to Protective Order

will be discussed in further sections). When applying the animal data to a human risk assessment, a 450-fold safety margin was calculated between the threshold dose for mutagenic effects in mice (25 mg/kg/day) and the maximum human dose (0.055 mg/kg/day), demonstrating negligible genotoxic or carcinogenic risk from human exposure of the contaminated medication (Fig. 12) (Muller 2009).




Fig. 12. Threshold dose-response relationship between EMS exposure and genotoxic effect in mice and comparison to maximum human dose (Muller 2009).

Genotoxic chemicals are commonly found in the diet. One example to consider is methyl eugenol, a naturally occurring substance found in basil and many other herbs, spices, and fruits including the oils of rose, pimento, hyacinth, citronella, anise, allspice, nutmeg, mace, cinnamon leaves, pixuri seeds, black pepper, laurel fruits and leaves, blackberry essence, bananas, and bilberries (NTP 2016). This compound is particularly prominent in processed basil oil, which (along with basil leaf) is used as a flavor in cooking, in preparations as diverse as salads, soups, pizza, and sauces, especially pesto sauce. Methyl eugenol can cause liver tumors in mice and rats


Contains Confidential Information – Subject to Protective Order

(Miller 1983; Williams 2013; NTP 2016). Methyl eugenol DNA adducts have been found in all but one of 151 human liver samples analyzed (Herrmann 2013; Tremmel 2017). Further, methyl eugenol was detected in 98% of 206 human serum samples analyzed (NTP 2016). Waddell et al. (2004) have considered the issue of risk assessment with methyl eugenol and concluded that thresholds exist for both adduct formation and tumors in rats that are orders of magnitude greater than what humans are exposed to (Fig. 13), concluding “there should be no cause for concern for humans at current levels of exposure.”




Fig. 13. Threshold dose-response relationship between methyl eugenol exposure and liver tumors and DNA adducts in rats. A comparison is made to doses humans are exposed to in food (Waddell 2004).

Another type of threshold dose-response relationship is known as hormesis, in which a low dose of a chemical is associated with a significant protective effect for the toxic outcome (e.g., tumors) compared to controls and the toxic outcome is only observed at higher doses above the threshold (Fig. 14).


Contains Confidential Information – Subject to Protective Order




Fig. 14. Threshold and hormetic dose-response relationship for the genotoxic chemical 2-acetylaminofluorene (2-AAF) and bladder tumor incidence in mice. At low doses below the threshold, 2-AAF-treated mice had statistically significantly (*) fewer bladder tumors compared to control mice. (Figure from Calabrese 2014; data based on Bruce 1981)

Experimental evidence has shown that certain genotoxic chemicals exhibit a dose threshold below which there is no statistically significant increase in DNA adducts, mutations, and/or tumors above background. Beyond the threshold, the observed response, i.e., toxic effect, increases with increasing dose. The mechanistic basis for these observations has been explained previously and in part involves DNA repair and apoptosis.

**D. Study of Chemical Carcinogenesis**

The most informative data on whether a substance causes cancer in humans, and particularly at the doses humans are exposed to, is evidence on that substance in humans (i.e., epidemiology). In cases in which humans have been exposed to a particular chemical or mixture of chemicals (e.g., tobacco smoke), epidemiology studies can be done to determine the increased risk of a particular cancer (or, for that matter, any disease) in a population associated with a specific


Contains Confidential Information – Subject to Protective Order

exposure. Epidemiology is sometimes described as "observing a human experiment." This is often the only way to study whether a chemical really causes cancer in humans. For this approach to be useful, a "control" group (not exposed to the chemicals) must be compared. This type of research was used to show the association of lung cancer with cigarette smoking, for instance.

Most of the experimental cancer research is done in animals because it is not ethical to administer chemicals to humans for the purposes of studying whether a chemical can cause cancer. One of the principles of toxicology is the use of experimental animal models to predict both beneficial and adverse effects of chemicals (including drugs) in humans. The benefit-risk assessment is a cornerstone of the drug approval process in the United States by the Food and Drug Administration (FDA). Part of the preclinical testing of drugs by the FDA prior to market approval is extensive testing for their potential carcinogenicity. This is primarily conducted through short-term genotoxicity studies and long-term carcinogenicity studies in animals. There are internationally recognized standards for how studies investigating genotoxicity and animal carcinogenicity of marketed chemicals should be conducted, notably those formally published in the International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH) guidelines and Organisation for Economic Co-operation and Development (OECD) guidelines, both which have been incorporated into FDA guidances on preclinical testing of drugs.

**i. Short-Term Genotoxicity Studies**

Short-term genotoxicity studies are used to detect compounds that induce genetic damage and can be performed *in vivo* (i.e., in living animals) or *in vitro* (i.e., "in glass," that is, doing laboratory experiments outside living organisms such as cell studies in a petri dish). Genotoxicity is a "broad term that refers to any deleterious change in the genetic material regardless of the


Contains Confidential Information – Subject to Protective Order

mechanism by which the change is induced" (FDA/ICH S2(R1) Guidance 2012). Mutagenicity is a subset of genotoxicity that refers specifically to the induction of gene mutations (typically considered a permanent genetic change). While all mutagens are genotoxic, not all genotoxic substances are mutagenic.

There are many ways to measure genotoxicity. These may be divided into visible changes and invisible changes (i.e., to the eye). Visible changes are those that can be seen under microscopes. These are large changes, such as the rearrangement or breakage of chromosomes. Some of the tests that have been described in the literature relevant to this case include micronucleus formation and chromosomal aberrations. The most commonly measured invisible genotoxic events are mutations. Although these are invisible to the eye, they are technically much easier to detect, in that they lead to changes in the phenotypes of organisms.

The most widely used and first assays performed with a drug candidate or other chemical being tested for mutagenicity are usually done with DNA-repair deficient bacteria, particularly *Salmonella typhimurium*, in a test called the Ames test, named after its founder Dr. Bruce Ames. The Ames test uses bacterial strains that have a mutation in the histidine gene ($his^-$) and therefore cannot grow in a medium lacking the amino acid histidine (Fig. 15). If a chemical is studied in the Ames test that induces a mutation restoring function to the histidine gene ($his^+$), then the bacteria start to grow under conditions where they usually would not (i.e., absence of histidine). The mutant colonies that can synthesize histidine are referred to as "revertants" and are an indication that the chemical may be mutagenic at a certain dose.




Fig. 15. The Ames test.

The Ames test and other similar bacterial assays are *in vitro* assays. A primary limitation of such study is that because it takes place in a petri dish, and not a living organism, it does not fully consider the ADME (absorption, distribution, metabolism, and excretion) properties of a chemical that will occur *in vivo*. To overcome some of these limitations, liver extracts that contain cytochrome P450 enzymes (often referred to as "S9" fraction or mix) can be added to simulate *in vivo* metabolism. If the mutation occurs in the absence of liver enzymes, the chemical itself is considered directly mutagenic. However, many chemicals are indirectly mutagenic, meaning their metabolites are the causative agents and a positive response will only be observed in the presence of liver enzymes.

Additional invisible assays that have been done with the drug under consideration here include unscheduled DNA repair and DNA strand breakage. These are more complex genotoxicity assays and, as of today, are much less utilized in practice.

The FDA and ICH Guidance on "Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use" discusses that the "registration of pharmaceuticals requires a comprehensive assessment of their genotoxic potential" (FDA/ICH S2(R1) Guidance


Contains Confidential Information – Subject to Protective Order

2012). Extensive evidence has been presented that many chemicals that are mutagenic in the bacterial reverse mutation test (the Ames test) are carcinogens in rodents. The inclusion of *in vitro* mammalian tests (i.e., use of mammalian cells instead of bacteria) for genotoxicity increases the sensitivity of detection of rodent carcinogens by broadening the spectrum of genetic damage detected (i.e., non-mutagenic damage). On the other hand, it also decreases the specificity of prediction, that is, increases the incidence of positive results that do not correlate with rodent carcinogenicity (and are not relevant). The concept of a "battery" approach is used because no single test is capable of detecting all genotoxic mechanisms that are relevant in tumorigenesis. The standard test battery recommended by the FDA is (i) assessment of mutagenicity in a bacterial reverse gene mutation test, e.g., Ames test; and (ii) evaluation of genotoxicity in mammalian cells *in vitro* and/or *in vivo*.

Some of the systems available for *in vitro* mammalian cell testing are the chromosome aberration assay, the *in vitro* micronucleus assay, and the mouse lymphoma L5178Y cell TK (thymidine kinase) gene mutation assay. *In vivo* tests are included in the test battery because some agents are mutagenic *in vivo* but not *in vitro* and because of the advantage of including assays that account for ADME properties. Several additional *in vivo* assays can be used in the battery or as follow-up tests to develop an overall "weight of evidence" in assessing results of *in vitro* or *in vivo* assays. In general, *in vivo* results are considered more relevant than *in vitro*. Negative results in appropriate *in vivo* assays (usually two)–with adequate justification of endpoints considered, proper controls, and demonstration of drug exposure at the tissue site being analyzed–are generally considered sufficient to demonstrate the absence of a significant genotoxic risk.

As with any toxicology study, appropriate dose selection is critical. The use of very high doses can increase the chance of false positives and maximum doses are recommended for different


Contains Confidential Information – Subject to Protective Order

assays; for instance, the recommended maximal dose level in the bacterial mutagenicity assay is 5,000 µg (5 mg) per plate when not limited by solubility or cytotoxicity. While supratherapeutic doses and other non-physiologic conditions are often used in genotoxicity studies, positive results should always be interpreted in the context of biological and clinical relevance – i.e., the expected doses and conditions observed in humans. A positive genotoxicity assay does not preclude further advancement of a drug, but there should be an explanation of why the positive result is not an issue for cancer or clinically relevant to humans. For instance, the dose needed to induce mutations might be unusually high, or more extensive cancer assays in rodents might produce a negative result. Many of the "alkylating" drugs used to treat cancer are very mutagenic themselves and have been shown to predispose patients to the risk of other cancers later in life, but their benefit in treating the current cancer often outweighs their risk of a potential secondary cancer. It is imperative to recognize that genotoxicity studies can "generate both false negative and false positive results in relation to predicting rodent carcinogenicity" and most importantly, "a positive result in any assay for genotoxicity does not always mean that the test compound poses a genotoxic/carcinogenic hazard to humans" (FDA/ICH S2(R1) Guidance 2012).

**ii. Long-Term Animal Carcinogenicity Studies**

The FDA has also provided extensive guidelines on conducting animal carcinogenicity studies of pharmaceuticals, which incorporates similar principles of testing used for other chemicals (FDA/ICH S1A Guidance 1996; FDA/ICH S1B Guidance 1997; FDA/ICH S1C Guidance 1995, 1997 (R1), 2008(R2); Draft FDA Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001). The assessment of carcinogenic potential is conducted in long-term carcinogenicity studies (chronic bioassays) in rodents (rats or mice) over their lifespan (approximately two years).


Contains Confidential Information – Subject to Protective Order

There are many methodological aspects that should be considered to ensure a study is robust enough to generate meaningful information on whether a drug or chemical is likely to be carcinogenic in humans. Some of these factors include the species, strain, and sex of the animal, sample size, dose selection, route of administration, and study duration. Animals are tested using a range of doses determined from dose-ranging studies, including high doses that exceed the human therapeutic doses by many orders of magnitude.

There are two major assumptions in the use of animal models: (i) animals are appropriate models for humans and (ii) responses seen with high doses of chemicals (e.g., in the hazard identification stage) can be readily extrapolated to low doses, i.e., those encountered by humans. However, as I teach in my graduate toxicology course, there are many exceptions to both of these axioms. In many cases animals have physiological or metabolic peculiarities that render them unusually sensitive to certain maladies, often even in the absence of exposure to chemicals. For instance, I cite three well known examples: (i) Many strains of mice and rats have a high background incidence of liver tumors, although primary liver cancer is generally rare in humans in Western countries. (ii) Rats and mice readily develop liver tumors when treated with chemicals that induce peroxisome proliferation, but there is no evidence that this is an issue in humans, who have low levels of the relevant receptor ($PPAR_{\alpha}$). (iii) Male rats are sensitive to developing kidney tumors when exposed to a variety of chemicals (e.g., limonene (fragrant substance in orange peel), unleaded gasoline) but there is no evidence that humans are because, unlike male rats, they do not have a protein called $\alpha_{2u}$-globulin. The FDA cautions about the risk of false positives in animal carcinogenicity studies and has described that "many investigations have shown that it is possible to provoke a carcinogenic response in rodents by a diversity of experimental procedures, some of which are now considered to have little or no relevance for human risk assessment" (Draft FDA

Guidance on Statistical Aspects of Rodent Carcinogenicity Studies 2001; FDA/ICH S1B Guidance 1997).

Dose extrapolation is the other major issue, going from high doses needed to detect potential hazards down to the lower doses used in medical treatment. Many common, efficacious drugs are, not surprisingly, toxic at high doses (e.g., acetaminophen (Tylenol®)). As discussed in the prior section of this report, there are "threshold" doses below which no damage is observed, including cancer endpoints. This phenomenon is usually associated with the existence of enzymatic repair systems in the body that can remove low levels of damage but may become overwhelmed at higher doses. An additional concern with using very high doses is that it can greatly alter the physiology of the test species, making the findings less reflective of what would occur following human exposure.

Nonclinical toxicology testing is an essential component of establishing the safety and efficacy of a drug. However, there are still several issues in all *in vitro* and *in vivo* animal tests, in terms of reliably extrapolating to situations in which humans will use a drug. These include, but are not limited, to the following: (i) The doses used in the tests, both *in vitro* and *in vivo*, may be unusually higher than patients would ever experience, and positive results in the tests may be irrelevant to human experience. (ii) Some animals have peculiarities that may make them less relevant to humans, e.g., metabolic differences or being prone to certain physiological issues (i.e., rats have a forestomach but humans do not). (iii) Some conditions can be forced *in vitro* but are never possible under *in vivo* conditions. (iv) Different results can be obtained in different species due to lack of repair mechanisms.

Long-term animal carcinogenicity studies are also performed on non-drug chemicals, such as chemicals contained in consumer products or chemicals suspected of having potential adverse


Contains Confidential Information – Subject to Protective Order

human health effects. About half of all such chemicals administered chronically at the maximum tolerated dose (high dose just below intolerable doses where animals might experience significant weight loss or other forms of morbidity) have been found to be carcinogenic to rodents. This is due to cell-level effects that specifically occur at high doses (Ames & Gold 1991) and, as discussed for drugs, the human health relevance of these experimental doses found to be carcinogenic in animals depends on the exposure levels humans actually experience.

## V. Introduction to Ranitidine

### A. Ranitidine Approval & Therapeutic Action

Ranitidine (Zantac®) is a histamine H2 receptor antagonist, also commonly known as an H2RA or an H2 blocker. Ranitidine inhibits gastric acid secretion by reversibly competing with histamine for binding to the histamine H2 receptors of gastric parietal cells (Fig. 16) (Wallace & Sharkey 2011). Gastric acid secretion is an intricate process in which parietal cells secrete hydrochloric acid (HCl) into the lumen of the stomach. This process is primarily regulated by histamine, gastrin, and acetylcholine. Histamine is secreted from enterochromaffin-like (ECL) cells, binds to nearby histamine H2 receptors on the basolateral membrane of gastric parietal cells, and activates a cAMP-dependent pathway. This activates an $H^+/K^+$-ATPase (the proton pump), which pumps hydrogen ions ($H^+$) out to the gastric lumen and maintains the acidic environment of the stomach (~pH 1.5-3.5). The overall concentration of hydrogen ions is inversely related to the pH (↑ $H^+$, ↑ acidity, ↓ pH). As H2RAs block histamine binding to the H2 receptors and subsequent activation of the proton pump, the stomach becomes less acidic (i.e., the pH rises and becomes more basic). The decrease in stomach acidity reduces the development of ulcers and allows time for healing. It also reduces gastroesophageal reflux and allows for healing of erosive esophagitis.


Contains Confidential Information – Subject to Protective Order




**Figure 45–1.** *Physiological and pharmacological regulation of gastric secretion: the basis for therapy of acid-peptic disorders.* Shown are the interactions among an enterochromaffin-like (ECL) cell that secretes histamine, a ganglion cell of the enteric nervous system (ENS), a parietal cell that secretes acid, and a superficial epithelial cell that secretes mucus and bicarbonate. Physiological pathways, shown in solid black, may be stimulatory (+) or inhibitory (–). *1* and *3* indicate possible inputs from postganglionic cholinergic fibers; *2* shows neural input from the vagus nerve. Physiological agonists and their respective membrane receptors include acetylcholine (ACh), muscarinic (M), and nicotinic (N) receptors; gastrin, cholecystokinin receptor 2 ($CCK_2$); histamine (HIST), $H_2$ receptor; and prostaglandin $E_2$ ($PGE_2$), $EP_3$ receptor. A red ——| indicates targets of pharmacological antagonism. A light blue dashed arrow indicates a drug action that mimics or enhances a physiological pathway. Shown in red are drugs used to treat acid-peptic disorders. NSAIDs are nonsteroidal anti-inflammatory drugs, which can induce ulcers via inhibition of cyclooxygenase.

Fig. 16. Physiological and pharmacological regulation of gastric secretion (Wallace & Sharkey 2011)

The first three histamine H2 receptor antagonists developed for this purpose were burimamide, metiamide, and cimetidine (Brimblecombe 1978). Of these, only cimetidine (Tagamet®) was marketed and was introduced to the U.S. market in 1977. Ranitidine hydrochloride (HCl) (Zantac®) soon followed in 1983 and has several advantages, including 6- to 8-fold greater potency (on a molar basis) and less concern about drug-drug interactions (cytochrome P450 inhibition) and side effects (Richards 1983). Famotidine (Pepcid®) and nizatidine (Axid®) were subsequently approved in 1986 and 1988, respectively. In the mid-1990s,


Contains Confidential Information – Subject to Protective Order

ranitidine (1995) and the other H2RAs were approved for over-the-counter (OTC) use. Prescription ranitidine was available in several dosage forms (tablet, capsule, syrup, and injection) and was indicated to treat gastric ulcer, duodenal ulcer, gastroesophageal reflux disease (GERD), erosive esophagitis, and pathological hypersecretory conditions (Zantac Tablets Prescribing Information 2018). Short-term treatment doses typically range from 300-600 mg/day, while long-term (maintenance) doses range from 150-300 mg/day. OTC ranitidine tablets were indicated to treat and prevent heartburn, and the recommended dosage was 75-150 mg once or twice a day (Zantac OTC Consumer Package Insert 2019). An additional prescription ranitidine product, ranitidine bismuth citrate (Tritec®), was approved in 1998 to treat *Helicobacter pylori* (*H. pylori*). Ranitidine has consistently been the most frequently prescribed H2RA in the United States and it was the 41st-most commonly prescribed medication overall in the U.S. in 2018, with more than 18 million annual prescriptions (Kane 2020). Ranitidine is also on the WHO List of Essential Medicines (WHO 2021).

The chemical structures of the four H2RAs approved in the U.S. are shown in Fig. 17. All of the H2RAs are amine-containing drugs. Ranitidine and nizatidine are similar in that they both have a nitro group ($NO_2$) (red circle) at one terminal end and a tertiary amine group ($R_3N$), specifically a dimethylamino moiety (blue circle), at the other terminal end. Ranitidine, nizatidine, and cimetidine are all secondary amines ($R_2NH$) (guanidine or amidines) as well (green circle). Famotidine does not contain a secondary amine group but has guanidino amine groups (yellow circle).


Contains Confidential Information – Subject to Protective Order




Fig. 17. H2 Receptor Antagonist Chemical Structures.

## B. Ranitidine Pharmacokinetics

The absorption and bioavailability of ranitidine is about 50%, which means about 50% of an orally administered dose appears in the bloodstream and moves to tissues (Zantac Tablets Prescribing Information 2018). This determination is made by comparing the blood levels of ranitidine following an oral dose with a direct intravenous injection. Peak blood levels occur approximately 1-3 hours after oral administration (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Ranitidine has an elimination half-life of 2.5-3 hours in the body when administered orally. That is, the initial blood level drops by ½ every 2.5-3 hours following a dose.

The majority of ranitidine is excreted without modification in the urine within 24 hours (30% of the orally administrated dose or 60% of that absorbed dose). A minority of the drug is metabolized, and well-characterized metabolites are the *N*-oxide (4%), the *S*-oxide (1%), and mono-*N*-demethylated ranitidine (1%) (Fig. 18). The formation of the *N*-oxide and *S*-oxide are

both catalyzed by enzymes called flavin-containing monooxygenases (FMOs), and the *N*-demethylation reaction is catalyzed by cytochrome P450 enzymes, particularly 1A2, 2C19, and 2D6 (Chung 2000). The levels of these enzymes are strongly controlled by genetics (i.e., are "polymorphic") and may vary widely among humans, including different ethnic groups. The remainder of the administered dose is found in the stool. The pharmacokinetic properties of ranitidine were determined largely by using high performance liquid chromatography (HPLC) methods. A method called radioimmune assay (RIA) was also used in some studies to estimate the half-life of ranitidine (Roberts 1984).




Fig. 18. Metabolism of Ranitidine.
P450: cytochrome P450; FMO: flavin-containing monooxygenase; MAO, monoamine oxidase; $NH_3$, ammonia, $CH_3NH_2$, mono-methylamine; $(CH_3)_2NH$, dimethylamine.


Contains Confidential Information – Subject to Protective Order

In rats, mice, and rabbits, a small amount of a furoic acid product is also excreted (Carey 1984; Eddershaw 1996; Martin 1981a) and trace levels of the furoic acid derivative have also been detected in dogs (Eddershaw 1996). However, this furoic acid derivative has not been routinely detected in humans (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). A later study by GSK[1] using radiolabeled ranitidine, a technique used to enhance the characterization of metabolites, detected the furoic acid metabolite (as its methyl ester) in human urine of four participants, accounting for 0.8-2.2% of the administered dose (Broom 1986 (GSK Report WMH/85/013)).

The exact pathway of formation of the furoic acid metabolite has not been characterized (Fig 18). To enhance detection and identification of the furoic acid metabolite in the Broom study, the investigators radiolabeled a hydrogen in the ranitidine molecule that would be part of the furoic acid metabolite structure (Fig. 19) (Broom 1986 (GSK Report WMH/85/013)). This means the amine product that was released from the reaction was not radiolabeled or identified in this study. As indicated in Fig. 18, the formation of the various known metabolites of ranitidine and the furoic acid derivative can be ascribed to several different enzymes that are capable of performing similar reactions with other compounds. These include, P450, FMO, MAO, and dehydrogenases. The aldehyde precursor of the furoic acid derivative can be the product of three different precursors: ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine. Mono-*N*-desmethyl ranitidine is a known metabolite. The oxidation of the carbon adjacent to the amine nitrogen would yield dimethylamine, mono-methylamine, and ammonia ($NH_3$) from the tertiary, secondary, and primary amines, respectively (i.e., ranitidine, mono-*N*-desmethyl ranitidine, and *N*,*N*-desmethyl ranitidine). Discernment of the exact routes would require other analyses, probably *in vitro* studies.

[1] Zantac® was developed by Glaxo, which later became GlaxoSmithKline (GSK). For purposes of this report, references to GSK incorporates reference to its predecessor Glaxo.


Contains Confidential Information – Subject to Protective Order

The appearance of the furoic acid metabolite (in animals and possibly in human urine) does not define whether dimethylamine, mono-methylamine, or ammonia is a product.




Fig. 19. Radiolabeled ranitidine from the Broom 1986 study (GSK Report WMH/85/013). The position of the radiolabeled hydrogen is indicated by the asterisk (*) on the right side of the ranitidine molecule while the tertiary amino group (blue circle) is on the terminal left side of the molecule.

## VI. Introduction to *N*-Nitrosodimethylamine (NDMA)

Plaintiffs in this litigation have alleged that ranitidine exposure causes bladder, esophageal, gastric, liver, and pancreatic cancers. Their proposed mechanism of carcinogenesis is *N*-nitrosodimethylamine (NDMA) exposure from ranitidine, both through exogenous formation in the ranitidine product and endogenous formation in the body after ingestion. In order to understand subsequent sections on ranitidine, I have provided a primer on NDMA, including the chemistry, toxicokinetics, exogenous and endogenous sources of exposure, mutagenicity and animal carcinogenicity data, and analytical methods for NDMA detection.

### A. NDMA Chemistry & Toxicokinetics

Chemicals called *N*-nitrosamines (or often just "nitrosamines") can be formed by the reaction of secondary and tertiary amines with nitrite ($NO_2^-$, or more accurately, $HNO_2$, which is the protonated form of nitrite and goes by the name of nitrous acid; also relevant to reaction chemistry is $N_2O_3$, formed by the fusion of two molecules of $HNO_2$ and then loss of water ($-H_2O$)) (Fig. 20). Such amines are present in our food, as well as in cosmetics, alcoholic beverages, tobacco, and other compounds that can be consumed (i.e., "exogenous" sources or sources found


Contains Confidential Information – Subject to Protective Order

outside the body). Some amines are also of "endogenous" origin and part of the normal milieu of chemicals made in our bodies (e.g., some amino acids such as proline). Nitrites (and nitrite precursors) are also present in our food and can be formed in the body. Therefore, human exposure to nitrosamines can be from exogenous sources where the nitrosamine is preformed in the substance (e.g., food) or from endogenous formation in the body. Nitrosamines belong to a larger class of related compounds known as *N*-nitroso compounds (NOCs). There are hundreds of individual nitrosamine compounds, but the focus of this report will be *N*-nitrosodimethylamine (NDMA).[2] It is important to recognize that different nitrosamines have different chemical, kinetic, and toxicological properties and therefore should be evaluated individually. As shown in Figure 21 below, NDMA can form from the reaction of the secondary amine dimethylamine (DMA) and nitrite.




Fig. 20. How nitrosamines are formed.




Fig. 21. Formation of NDMA.

[2] In some publications, NDMA is referred to as dimethylnitrosamine and abbreviated as DMN or DMNA.


Contains Confidential Information – Subject to Protective Order




Fig. 22. Examples of nitrosamines derived from the essential amino acid proline, the nicotine in tobacco, and dimethylamine, respectively.

The pharmacokinetic properties of NDMA have been extensively studied. Although it is not possible to do many of these experiments in humans, this concept has long been established in studies with experimental animals. Following oral ingestion of exogenous NDMA or endogenous NDMA formation in the stomach, NDMA is rapidly and extensively absorbed from the gastrointestinal tract. Whereas NDMA is absorbed relatively slowly from the stomach, with a half-life of more than one hour, uptake of NDMA is very rapid from the small intestine, particularly the upper section (duodenum), with a half-life of less than 3 minutes in rats (Pegg 1980; Pegg 1981). Thus, absorption of NDMA (and other nitrosamines) occurs predominantly from the duodenum when NDMA is ingested in food or formed in the stomach or intestine (Pegg 1981). After being taken up in the intestine, NDMA enters the portal circulation and is delivered to the liver. NDMA undergoes very extensive metabolism in the liver by the enzyme cytochrome P450 2E1, with nearly all of the NDMA metabolized in a "first-pass" effect in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). The metabolic products of NDMA and their relation to its potential toxicological properties will be discussed in detail in subsequent sections but there are some important concepts to keep in mind. First, NDMA itself is a chemically inert molecule and so the presence of the NDMA molecule itself in any part of the body is not necessarily expected to be harmful. Second, while a DNA-reactive (mutagenic) metabolite can be formed from the metabolism of NDMA, this metabolism to a methyl derivative


Contains Confidential Information – Subject to Protective Order

(methyl diazohydroxide) that reacts with DNA and RNA is only expected to take place predominantly in the liver (the primary location for P450 2E1) and accounts for a minor fraction (substantially <1%) of the NDMA dose that passes through the body. Third, the body has extensive DNA repair processes to protect against most DNA damage that may be caused by NDMA.

### B. Exogenous Sources of NDMA

Although the detection of exogenously formed NDMA in several medications is a relatively recent discovery, the presence of NDMA in food and other exogenous sources has been known for over half a century (Gushgari & Halden 2018). NDMA contamination in the environment may be found in water, air, and soil (EPA 2017; WHO 2002). Exogenous NDMA exposure may occur through ingestion of foods and beverages that contain NDMA, use of cosmetic and toiletry products that contain NDMA, breathing or inhalation of cigarette smoke, and exposure to certain workplace environments and pesticides. NDMA may form in food through several methods, including food processing, preservation, and preparation (WHO 2002). Common examples include foods processed or preserved by curing, salting, smoking, drying, canning, or pickling, which is often seen in meat, fish, cheese, and vegetable products, as well as cooking certain foods at high temperatures (e.g., grilling or frying). Several of these exposures are also sources of exposure to other *N*-nitroso compounds. For instance, cigarette smoke and smokeless tobacco contain the tobacco-specific nitrosamines *N*-nitrosonornicotine (NNN) and 4-(nitrosomethylamino)-1-(3-pyridyl)-1-butanone (NNK), the only nitrosamines known to be human carcinogens.

Several studies have estimated the overall exposure of individuals to NDMA. As expected, this can greatly vary between individuals depending on food intake, lifestyle, water source, and other factors. In addition, most of the literature analyzing the NDMA content in exogenous sources was conducted in foreign countries in the 1970s and 1980s. Geographical differences, changes in


Contains Confidential Information – Subject to Protective Order

food processing and preservation techniques over time, and advances in analytical methodology may all contribute to the great variability of the reported level of NDMA in exogenous sources (WHO 2002).

In a recent study conducted in the U.S., the daily dietary exposure to NDMA was reported as a median of 545-1,038 ng/day (interquartile range 275-1,618 ng/day) (Stuff 2009).[3] An exogenous exposure range of 1,900-25,000 ng/day for total nitrosamines has also been published (Gushgari & Halden 2018). For comparative purposes, the current recommended FDA acceptable intake limit for exogenously formed NDMA in medications is 96 ng/day. As described in more detail in later sections, this is a highly conservative value and it is apparent that individuals are exposed to levels greater than this on a regular basis. There are also higher acceptable intake limits for NDMA from other sources, such as the WHO acceptable value for NDMA in drinking water of 100 ng/L (or 200 ng/day based on 2 liters of water/day) (WHO 2008).

Several studies have also reported the NDMA levels in individual food items. Stuff et al. developed an *N*-nitroso database for assessing dietary intake based on published data and reported the following NDMA levels per 100 grams or 3.5 ounces of food (visually this is about the same size as the palm of your hand or ½ a glass of water) (Table 1) (Stuff 2009a). I have also converted these values into typical serving sizes.

[3] For reference, 1 milligram (mg) = 1,000 micrograms (µg) = 1,000,000 nanograms (ng).


Contains Confidential Information – Subject to Protective Order

| Food Item | ng of NDMA / 100 g (3.5 oz) of food | ng of NDMA / approximate serving size of food[4] |
|---|---|---|
| Whole Milk | 14 | 32 ng / 1 cup (8 oz) |
| French Fries or Fried Potatoes | 24 | 24 ng / 100 g |
| White Wine | 25 | 36 ng / 5 oz |
| Margarine or Butter | 26 | 4 ng / 1 tbsp (15 g) |
| Refried or Pinto Beans | 33 | 43 ng / 0.5 cup (130 g) |
| Rolls, Buns, Muffins, or Bagels | 50 | 50 ng / 100 g bagel |
| Cottage Cheese | 76 | 86 ng / 0.5 cup (113 g) |
| Fried Fish | 169 | 169 ng / 3.5 oz |
| Beer | 202 | 923 ng / 1 pint (16 oz) |
| Hot Dogs or Franks | 221 | 111 ng / 1 hot dog (50 g) |
| Bacon | 454 | 123 ng / 3 bacon slices (27 g) |
| Ham | 490 | 350 ng / 2.5 oz |
| Sauerkraut | 660 | 198 ng / 2 tbsp (30 g) |
| Oysters | 1,139 | 976 ng / 3 oz |
| Sausage or Chorizo | 10,941 | 8,753 ng / 1 sausage link (80 g) |

Table 1. Dietary NDMA levels in food (Stuff 2009a).

Overall, individuals are exposed to NDMA on a daily basis from many exogenous sources.

## C. Endogenous Formation of NDMA

Endogenous formation of NDMA is overwhelmingly the major source of the total NDMA exposure in humans. Recent studies indicate that 97 to >99% of the total NDMA and nitrosamine load is endogenous in origin, i.e., arising within the body and not from ingestion of NDMA from outside exogenous sources (Fristachi & Rice 2007; Hrudey 2013; Gushgari & Halden 2018). Wide estimates on the total endogenous formation of NDMA have been published using various methods, ranging from 22,900 to 17,000,000 ng/day (Fristachi & Rice 2007; Hrudey 2013). Hrudey et al. conducted extensive modeling of endogenous NDMA formation based on three data sources: (i) steady-state blood levels of NDMA which provided a mean endogenous NDMA estimate of 900,000 ng/day and a range of 100,000 – 2,500,000 ng/day, (ii) levels of $O^6$-methyl

[4] Approximate serving sizes were estimated from nutritional food labels.


Contains Confidential Information – Subject to Protective Order

guanine DNA adducts in leukocytes which provided a mean endogenous NDMA estimate of 1,360,000 ng/day and a maximum of 17,000,000 ng/day, and (iii) urinary NDMA levels which provided an endogenous NDMA estimate of <250,000 to 6,400,000 ng/day. The authors calculated the likely range as 110,000 to 1,000,000 ng/day and discussed that "it seems clear that [endogenous] formation rates approaching 1 mg/day [1,000,000 ng/day] are usual and in some individuals such formation can be significantly greater" (Hrudey 2013). This is important to keep in mind as a small exposure from a particular exogenous substance, such as the FDA recommended acceptable limit of 96 ng/day in medications, will need to be viewed in the context of the background exposure to NDMA from (i) other exogenous sources such as the diet and (ii) endogenous sources, which may account for >99% of the total exposure. Using an endogenous NDMA estimate of 1,000,000 ng/day (the approximate mean calculated from the Hrudey 2013 study), the 96 ng acceptable daily limit for medications is 10,000 times lower than the amount our bodies naturally produce every day.

The primary site of endogenous NDMA formation is in the stomach via an acid-catalyzed mechanism (Tricker 1997; Brambilla 2007). Numerous studies have shown the optimal conditions for the chemical reaction to form NDMA occurs at an acidic pH of ~3 (Mirvish 1970; Krul 2004). The only part of the body that will have a pH this low is the stomach, which normally maintains a pH of ~1.5-3.5. In contrast, the rest of the body maintains a more neutral pH (~7), which is too basic to favorably promote the chemical reaction.

As shown above (Fig. 21), NDMA can form from the reaction of dimethylamine (DMA), a secondary amine, and nitrite. The rate of formation of a nitrosamine from a secondary amine is equal to $k$ (a "rate constant") × [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine]$[NO_2^-]^2$ (i.e., the square of the nitrite concentration) (Mirvish 1970; Mirvish 1975). In this


Contains Confidential Information – Subject to Protective Order

equation, the apparent rate constant (*k*) varies with pH. A slightly different equation can also be used in which the rate = *k* [amine][$HNO_2$]$^2$. In this alternative formula, *k* is independent of pH because the proportion of nitrite that is protonated ($HNO_2$) is directly related to pH (Mirvish 1970; Mirvish 1975). At a pH of 3.3, 50% of the nitrite will be protonated ($HNO_2$) and 50% will be unprotonated ($NO_2^-$) (Gao 2021). The proportion of nitrite that is protonated decreases at pH increases. Therefore, pH and nitrite are rate-limiting factors regulating the formation of NDMA, with an acidic environment and an excess concentration of nitrite relative to the amine required. About 20% of the nitrite in the stomach comes from nitrite ingested in the diet, while the other 80% comes from nitrate ($NO_3^-$) ingested in the diet, which can be reduced to nitrite ($NO_2^-$) by bacterial enzymes in the saliva (Brambilla 2007). Nitrite formation from nitrate-reducing bacteria may also occur in the stomach if the gastric pH is high enough (as most bacteria do not survive in acidic environments), which could occur with certain gastrointestinal diseases or medications. In this same scenario, NDMA may also be formed from bacterial-catalyzed nitrosation. However, intragastric nitrosation is a complicated picture and is highly dependent on pH; acid catalyzed nitrosation may occur at lower pH ($<3.5$) and bacterial-catalyzed nitrosation may occur at higher pH ($>6$), whereas an intermediate pH does not seem to promote either pathway (Houben 1996).

NDMA formation is also dependent on other external factors, including the presence of accelerators and inhibitors of nitrosation. For example, vitamin C (ascorbic acid) and vitamin E (α-tocopherol), which are essential components of the diet (e.g., fruits, vegetables, nuts) and additionally available as dietary supplements, may inhibit nitrosation by competing with amines for the reaction with nitrite. Thiocyanate, which is found in the saliva and may increase from external sources (e.g., vegetables, smoking), may accelerate nitrosation reactions under very acidic conditions. However, as with any chemical reaction, the effect is dependent on dose (of the amine,


Contains Confidential Information – Subject to Protective Order

nitrite, and the modulator) and other conditions (pH) and these reactions have been demonstrated to be more efficient in *in vitro* studies and *in vivo* animal studies at higher doses (Kamm 1973; Meier-Bratschi 1983; Krul 2004) than in human studies at lower, physiologic doses (Garland 1986; Vermeer 1998; Vermeer 1999). For instance, in a carefully controlled study, Garland et al. (1986) saw no effect of high vitamin C or E supplementation on the urinary excretion of NDMA in humans over a 3-week period.

The mean steady-state concentration of NDMA detected in the blood from several studies ranged from approximately 180-500 ng/L or 900-2,500 ng of NDMA in the blood of an adult (~5 liters) (Simenhoff 1982; Gough 1983; Dunn 1986; Hrudey 2013). The mean 24-hour urinary excretion of NDMA was lower, with a range of levels below detection to 385 ng/day across several studies (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Hrudey 2013; Florian 2021). These results demonstrate that the main mechanism of elimination (clearance) of NDMA from the body, including the NDMA circulating in the bloodstream due to endogenous formation, is metabolism by the liver, the primary site of P450 2E1 (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985).

As indicated in Fig. 23 (Hrudey 2013), there is a finite level of NDMA in human blood. In principle, most of the NDMA formed in the stomach or ingested from food should be absorbed in the small intestine, move to the liver, and be metabolized there. So the question can be raised of why some NDMA is present in the bloodstream and how it reaches peripheral tissues. One possibility is that a finite amount escapes first pass metabolism by cytochrome P450 2E1 in the liver and circulates in the blood, although studies have demonstrated this is likely a very small amount (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Alternatively, other possible sources are bacteria-catalyzed and cell-mediated nitrosation under


Contains Confidential Information – Subject to Protective Order

neutral pH conditions outside the stomach (Leaf 1989; Tricker 1997). Cell-mediated nitrosation occurs through the nitric oxide synthase (NOS) enzymes, which convert the amino acid arginine to nitric oxide (NO). There are three NOS enzymes: constitutive, inducible, and epithelial (Hrudey 2013; Tricker 1997). NO is unstable in biological systems, with a half-life of only 0.1 second (Tricker 1997), and breaks down to products that can lead to nitrosamine formation (Leaf 1989) (Fig. 24). Systemic nitrosamine formation from NO synthesis and bacteria is greatly influenced by certain pathophysiological conditions, particularly inflammatory and infectious diseases (Hrudey 2013). Furthermore, many of the studies evaluating these pathways have assessed nitrosamines other than NDMA. Therefore, the exact contribution of these (and possibly other) processes to the blood levels of NDMA in humans is unknown. Regardless of where NDMA forms in the body, the liver will still be the primary site of NDMA metabolism to its reactive form because that is the primary site for P450 2E1 expression (Human Protein Atlas 2021).


Contains Confidential Information – Subject to Protective Order




**Fig. 1.** Potential sources and mechanisms that contribute to endogenous *N*-nitrosamine formation in body compartments. Blood is the central compartment that distributes both ingested and endogenously formed *N*-nitrosamines to all tissues. Urinary concentrations of *N*-nitrosamine reflect the fraction of the nitrosamine that is formed and/or ingested that is cleared by urinary excretion. However, this concentration will be influenced much more by local formation of nitrosamines in the bladder (e.g., associated with bladder infection) than an equivalent amount formed in the stomach. ACN = acid-catalyzed nitrosation, BCN = biologically-catalyzed nitrosation, which can involve multiple intermediates, NO-SH = nitrosothiols, FeNO = iron-nitrosyls, NO-N = *N*-nitrosamines.

Fig. 23. Potential sources and mechanisms of endogenous nitrosamine formation (Hrudey 2013).




Fig. 24. Nitrosation by nitrogen oxides (adapted from Leaf 1989).

## D. Potential Endogenous Formation of NDMA from Medications

Research by Smith, Loeppky, Lijinsky, Mirvish, and others beginning in the late 1960s had shown that secondary amines and even tertiary amines can react with nitrite ($NO_2^-$) to form potentially carcinogenic *N*-nitrosamines (Fig. 20, section VI.A.). Smith and Loeppky (1967) found that the reaction of nitrite with a model tertiary amine only occurred under strong conditions (i.e., 90 °C = 194 °F). Lijinsky had shown that some drugs containing a tertiary amine group could react with nitrite to form *N*-nitrosamines under acidic conditions in *in vitro* experiments (Lijinsky 1974). While they reported a relatively high yield of nitrosamine formation with the analgesic drug aminopyrine, this was an exception and most of the drugs tested were rather sluggish in this regard and only did so under drastic, unrealistic conditions. In a comprehensive review, Mirvish summarizes: "[M]any… tertiary amines were nitrosated under extreme conditions, e.g., heating at 90 °C for several hours with high nitrite. Alternatively, nitrosation under milder conditions gave only minute yields of NO-compounds [*N*-nitroso compounds]… It remains to be established whether NO-compounds are a significant risk to human populations" (Mirvish 1975).


Contains Confidential Information – Subject to Protective Order

In 1978, the World Health Organization (WHO) held a symposium in Geneva, Switzerland on "the Potential Carcinogenicity of Nitrosatable Drugs" (Coulston & Dunne 1980). A number of leading investigators in this field were present and contributed to the monograph that developed. The symposium was held to address the recent research on the potential endogenous formation of nitrosamines, including NDMA, from amine drugs in the presence of nitrite in the stomach. Because researchers were examining this potential under different conditions, it was difficult to make valid comparisons. A key recommendation from this symposium was the development of a standardized *in vitro* method, known as the WHO nitrosation assay procedure (NAP) test, that could "rank orally-administered drugs on a reactivity scale according to their tendency to form N-nitroso derivatives." The recommendation was made that amine-containing drugs be tested for their potential for nitrosation using the NAP test controlled according to the following criteria: mixing a 10 mM concentration of drug with 40 mM nitrite in an acidic medium (pH 3-4) at temperature 37 °C for reaction times of 1 and 4 hours. Although no specific yield was suggested for a limit, the conclusion was made that "[a]lthough results obtained in the chemical test for nitrosatability (NAP test) cannot be extrapolated directly to *in vivo* conditions, drugs with amino groups that are readily nitrosated, and hence fall in the upper part of the reactivity scale, merit priority for further evaluation while those in the lowest part of the scale are of least concern." Further evaluation would mean testing for mutations and possibly for cancer in rodents.

The *in vitro* WHO NAP test was designed as a signal generation tool to determine the potential for endogenous formation of nitrosamines and to rank (i.e., stratify) potentially nitrosatable drugs in relationship to each other. However, this test uses non-physiological conditions that do not reliably predict nitrosamine formation in humans. The most obvious aspect is that this is an experiment testing a chemical reaction in a test tube. However, the human body is

much more complex and in this oversimplified system, the pharmacokinetic and pharmacodynamic properties of a drug are not taken into consideration. The concentrations of drug and nitrite used in the *in vitro* NAP assay (10 mM and 40 mM, respectively), particularly that of nitrite, is extremely high in the context of what would ever be found *in vivo* in humans. The basis for the WHO NAP concentrations were as follows: "The relative concentrations of the reactants provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (Coulston & Dunne 1980). Therefore, high starting concentrations were purposely used in order to generate a large enough nitrosamine product that could be measured with the analytical methods at the time, which had much lower sensitivity than the current methods available. Following a therapeutic oral dose of ranitidine 150 mg, the ranitidine concentration in the stomach ranges from approximately 1 mM (10-fold lower than the NAP test) when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested on an empty stomach (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985).

Furthermore, since nitrite is the rate limiting factor of this reaction, the NAP test "provide[d] an adequate excess of nitrite to promote the reaction." Several studies have measured the normal nitrite concentrations in the human stomach. Average nitrite concentrations in the human stomach under fasting conditions range from approximately < 0.001 to 0.01 mM in healthy subjects and individuals with peptic ulcers, and up to 0.03 mM in individuals with gastritis, which is about 1,000-40,000 times lower than in the NAP test (Ruddell 1976; Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Gillatt 1985; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Following a nitrite or nitrate rich meal, nitrite concentrations in the stomach reach a maximum of about 0.1-0.3 mM, which is at least 133 times


Contains Confidential Information – Subject to Protective Order

lower than in the NAP test (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mowat 1999; Brambilla 2007; Gao 2021). Note that these are the outlier maximum levels achieved from extreme dietary intake (e.g., the amount of nitrite in the meal from Walters 1976 was 64 times higher than the daily mean nitrite exposure from cured meat eaters using recent estimates) and the nitrite concentrations in the stomach following typical meals are usually much lower (Gao 2021). A comprehensive systematic review of published gastric nitrite levels was recently conducted by the FDA and they concluded the conservative upper bound for physiologic gastric fluid nitrite levels at a pH level of <6 was approximately 0.1 mM (Gao 2021).

Furthermore, the total nitrite levels found in the stomach are not equivalent to the nitrite levels available to contribute to the nitrosation reaction of amine drugs as some compounds and dietary sources may inhibit this reaction (*vide supra*). Additionally, as pH rises in conjunction with a meal or ranitidine therapy, the proportion of nitrite that is protonated and available to form NDMA decreases. Using the same example above from the Walters 1976 study, a rise in gastric nitrite concentration from 0.01 mM in fasting conditions to 0.3 mM after a nitrite rich meal also increased the pH from approximately 2.2 to 4.7 (Fig. 25). Due to this rise in pH after ingestion of a meal, the protonated nitrite ($HNO_2$) concentration was approximately the same as fasting levels before the meal even though the total nitrite concentration increased 30-fold.


Contains Confidential Information – Subject to Protective Order




Fig. 25. Effects of a nitrite rich meal on pH, measured total nitrite concentration [$NO_2$], and calculated protonated nitrite concentration [$HNO_2$] from the Walters 1976 study. With ingestion of a nitrite rich meal, the pH and total nitrite concentration both increase. However, the proportion of nitrite that is protonated substantially decreases with increasing pH such that when nitrite concentration is highest after the meal, the protonated nitrite concentration is approximately the same as fasting levels before the meal. Protonated nitrite is the reactive species necessary for NDMA to form from amines. (Figure adapted from Gao 2021).[5]

In addition to much lower concentrations, there are different molar ratios of nitrite to drug– which greatly affects the results. The nitrite-to-drug molar ratio in the NAP test is 4:1 (40 mM nitrite:10 mM drug). However, this is an incredibly unrealistic ratio, and in the human stomach, the nitrite concentration would be substantially lower, not higher, than the ranitidine concentration. The rate of formation of a nitrosamine from a secondary or tertiary amine is equal to *k* (a "rate constant") × [amine concentration] [nitrite concentration]$^2$, or rate = $k$ [amine][$NO_2^-$]$^2$ (i.e., the square of the nitrite concentration) (Mirvish 1975; Mirvish 1977) (*vide supra*). Using stomach

[5] To present concentration units in a more consistent manner throughout my report, figures were sometimes "adapted" to show mM concentrations of nitrite instead of µM concentrations of nitrite.

values of 1 mM ranitidine and 0.3 mM nitrite to represent prandial (during meal) conditions and 10 mM ranitidine and 0.01 mM nitrite to represent fasting conditions, one would expect that the rate of nitrosamine formation (if any) in the human stomach of someone who took ranitidine to be about 177,000 (10 × 133 × 133) to 16,000,000 (1 × 4000 × 4000) times slower than in the NAP test.[6]

Overall, the WHO NAP test is not a measure of the nitrosatability of a drug under human conditions and one cannot simply extrapolate results from this assay to real life. The conclusions from the WHO Symposium 1978 recognized the limitations of these experiments in extrapolating the results to humans, stating "the implications that such results might have for man are admittedly speculative" (Coulston & Dunne 1980). They further discuss: "Only a limited number of studies have involved nitrosation conditions simulating those found in the environment or in actual animal and human conditions. *In vitro* nitrosation data show that numerous amino compounds, especially the tertiary amines, were nitrosated under non-physiological conditions utilizing prolonged reaction times and high levels of precursor amino compounds and nitrate/ nitrite. Alternatively, the *in vitro* nitrosation of amines, amides, and amine drugs under milder conditions, simulating those found in biological systems or where low levels of precursor amino compounds and/or nitrite were utilized, resulted in minute yields or nondetectable levels of *N*-nitroso derivatives. The contribution of the *in vitro* nitrosation studies has been one of defining potential nitrosatable precursors and the conditions necessary for nitrosation. However, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body." This treatment can be understood in the context of the earlier material in this

[6] This calculation does not consider pH, so really the prandial conditions would likely be slower than what is calculated.


Contains Confidential Information – Subject to Protective Order

report about the two main features of toxicology, namely (i) hazard identification and (ii) risk characterization (Section IV.A).

Several investigators have made similar observations about the excess nitrite levels used in the WHO NAP test as not representing physiological conditions in the human stomach. (Gatehouse 1982; Gillatt 1985; Walters 1987; Brambilla 2007). Walters et al. compared results using the WHO NAP test to results using normal drug and nitrite concentrations expected in the human stomach for 25 drugs and concluded: "It is apparent from the 30,000-fold variation in the ratio of the percentage conversion to putative *N*-nitroso compounds under simulated gastric conditions to those related to the NAP test that the latter dose does not represent a valid criterion as a measure of the nitrosatability of a drug when a realistic dose is employed and the nitrite level is comparable with the range encountered *in vivo*" (Walters 1987). Gatehouse and Tweats (1982) concluded: "The concentrations of sodium nitrite recommended by the WHO were not intended to be physiologically realistic. Although this test may be valid for ranking nitrosatable drugs in relationship to each other, it should not be used as the final arbiter in any risk-benefit studies on orally administered amine containing drugs. Not only has the WHO nitrite level been exceeded by other investigators but the data generated have been misused in risk-benefit assessments."

It is also important to recognize that *in vitro* nitrosamine formation from drug-nitrite reactions is not uncommon. In an extensive review by Brambilla and Martelli in 2007, they reported they "found that 182 drugs, representing a wide variety of chemical structures and therapeutic activities, were examined in various experimental conditions for their ability to react with nitrite, and 173 (95%) of them were found to form NOC [*N*-nitroso compounds] or other reactive species. Moreover, 136 drugs were examined in short-term genotoxicity tests and/or in long-term carcinogenesis assays, either in combination with nitrite or using their nitrosation


Contains Confidential Information – Subject to Protective Order

product, in order to establish whether they produce genotoxic and carcinogenic effects; 112 (82.4%) of them have been found to give at least one positive response" (Brambilla 2007). Some common drug classes on this list include analgesics (e.g., acetaminophen (Tylenol®)), antihistamines (e.g., diphenhydramine (Benadryl®)), antibiotics (e.g., penicillin, doxycycline, erythromycin), vitamins (folic acid), antihypertensives (e.g., atenolol), antidepressants (e.g., amitriptyline) and H2 receptor antagonists (ranitidine, cimetidine, famotidine). Although the reaction could cause genotoxic damage under some non-physiological laboratory conditions, many of the drugs are important, are used commonly and have been for many years, and have not been associated with any cancer risk.

In conclusion, these studies, at most, show the potential for endogenous formation of nitrosamines. However, the excess concentrations of drug and nitrite used do not reliably predict endogenous formation in humans. Lastly, studies simulating potential endogenous formation in the stomach do not provide a signal or predict exogenous NDMA formation in the drug itself as an impurity, nor was it routine to test preformed nitrosamine levels in drugs based on the results of these types of experiments.

### E. Exogenous NDMA Impurity in Medications

Impurities in medications may arise in the "drug substance," which is the unformulated, active pharmaceutical ingredient (API), or in the formulated "drug product," which is the finished dosage form that is administered to patients. The FDA defines an impurity in the drug product as any component of the drug product that is not the drug substance or an excipient (formulation ingredient) in the drug product (FDA/ICH Q3B(R2) 2006). There are several mechanisms by which impurities may arise in drug substances or products, including from the manufacturing process, degradation during storage, reaction products (interactions with excipients, solvents, and


Contains Confidential Information – Subject to Protective Order

containers), and contamination. Impurities in medications are not uncommon, and in fact, "impurities reside in all drug substances and associated drug products" (FDA/ICH M7 Guidance 2015, 2018 (R1)). Degradation products are a type of impurity that can naturally occur in drugs over time. Similar to food products (e.g., milk), this is one of the reasons drugs have a shelf-life or expiration date. Impurity and stability testing are used to identify certain degradation products and related storage conditions that may affect their rate of formation (e.g., temperature, humidity, and light).

All drugs will have a defined set of "specifications," which is a list of acceptable quality standards a specific drug substance or product should conform to. Among these are purity and impurity specifications with corresponding acceptable levels. Because impurities may affect the quality, safety, and/or efficacy of the drug products, regulatory authorities have guidelines to address the testing, characterization, and potential control of different impurities. However, the complete prevention, elimination, or identification of impurities is not always possible, particularly when present at very minor, trace levels. The FDA, in accordance with the International Conference for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH), has published several guidelines on general impurities in drug substance and drug products (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)). Impurities are recommended to be reported, identified, and qualified when observed at levels above set thresholds. Table 2 below presents these threshold levels and the corresponding levels for ranitidine based on the recommended maximum daily dose.


Contains Confidential Information – Subject to Protective Order

| Drug Substance or Product | Thresholds for Impurities | Ranitidine 300 mg |
|---|---|---|
| Drug Substances (FDA/ICH Q3A) | Reporting: 0.05% | 0.15 mg (150,000 ng) |
| | Identification: 0.10% or 1 mg total daily intake (whichever is lower) | 0.3 mg (300,000 ng) |
| | Qualification: 0.15% or 1 mg total daily intake (whichever is lower) | 0.45 mg (450,000 ng) |
| Drug Products (FDA/ICH Q3B) | Reporting: 0.1% | 0.3 mg (300,000 ng) |
| | Identification: 0.2% or 2 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |
| | Qualification: 0.2% or 3 mg total daily intake (whichever is lower) | 0.6 mg (600,000 ng) |

Table 2. Thresholds for Impurities in Pharmaceuticals (FDA/ICH Q3A Guidance 1996, 2003(R1), 2008 (R2); FDA/ICH Q3B Guidance 1997, 2003(R1), 2006 (R2)).

In addition to general impurity guidelines, a draft FDA guidance on genotoxic and carcinogenic impurities was made available in 2008 and subsequently replaced in 2015 with the ICH M7 Guideline on "Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk" (Draft FDA Guidance 2008; FDA/ICH M7 Guidance 2015, 2018 (R1)). Lower threshold levels may be applied to genotoxic impurities. However, in order to determine if an impurity is genotoxic and should have a lower threshold, it must first be identified as a known or potential impurity of the drug product (e.g., those exceeding the identification thresholds outlined by ICH Q3A/Q3B).

While the potential endogenous formation of nitrosamines in the stomach from the interaction of amine-containing drugs and nitrite has been evaluated since the 1960s, the potential for exogenous formation of nitrosamines in the drug itself as an impurity is a relatively new issue. In July 2018, the FDA announced that NDMA was found as an impurity in some valsartan products, an angiotensin II receptor blocker (ARB) used to treat high blood pressure and heart failure (FDA Updates on ARBs 07/13/18). Other nitrosamines (e.g., *N*-nitrosodiethylamine (NDEA)) were eventually found in valsartan and several other ARB drugs (e.g., losartan,


Contains Confidential Information – Subject to Protective Order

irbesartan) and as a result, many of these medications were recalled. The discovery of nitrosamine impurities in ARB drugs led to an international investigation on nitrosamine impurities in other medications by regulatory agencies, drug manufacturers, and independent scientists. Following the ARB recalls, the FDA announced nitrosamine impurities detected in H2 receptor antagonists (ranitidine and nizatidine), diabetes drugs (metformin), tuberculosis drugs (rifampin and rifapentine), and smoking cessation drugs (varenicline) starting in 2019 (FDA Information about Nitrosamine Impurities in Medications 2021).

The FDA published interim acceptable intake (AI) levels for nitrosamine impurities in ARB drugs in December 2018, which were 96 ng/day for NDMA and 26.5 ng/day for NDEA (FDA Updates on ARBs 12/19/18). Nitrosamine levels in some ARB drugs exceeded these limits, with the maximum NDMA and NDEA levels reported by the FDA of 20,190 ng and 2,620 ng, respectively, per 320 mg dose of valsartan (FDA Updates on ARBs 05/02/19). These interim acceptable intake levels were extended to other drug products and introduced in an FDA guidance on “Control of Nitrosamine Impurities in Human Drugs” in September 2020. In the guidance, the FDA discussed root causes for the presence of nitrosamines impurities in drugs, which broadly fell into two categories: (i) formation during the manufacturing process and (ii) formation during storage. Furthermore, the FDA characterized nitrosamine impurities in drugs as a “recent unexpected finding.” Improved, more sensitive analytical methods were one of the reasons they attributed to the recent discovery of low levels of nitrosamines in medications.[7]

[7] FDA Information about Nitrosamine Impurities in Medications (last updated 02/24/21): “Today, we have better testing methods than ever before, and we know what to look for in products’ chemical structures and manufacturing processes that may increase the risk of forming low levels of nitrosamines. Improved technology enables us to detect even trace amounts of impurities in drug products and may be the reason why more products have been found to have low levels of nitrosamines.”

The acceptable intake values are based on theoretical calculations recommended in the ICH M7 guidance and estimates the daily lifetime exposure (i.e., 70 years) to a compound that approximates an acceptable increased cancer risk of 1 in 100,000 (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance discusses: "These risk levels represent a small theoretical increase in risk when compared to human overall lifetime incidence of developing any type of cancer, which is greater than 1 in 3…. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses (TTC [threshold of toxicological concern]) is a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk…. Exceeding the TTC is not necessarily associated with an increased cancer risk given the conservative assumptions employed in the derivation of the TTC value. The most likely increase in cancer incidence is actually much less than 1 in 100,000." As discussed by the guidance, this is a very small, theoretical increase in cancer risk that must be considered in relation to the background lifetime risk of developing cancer in the U.S., which is approximately 39% or 1 in 2.5 (American Cancer Society 2020). This background risk of cancer (which is 40,000 times higher than a 1 in 100,000 risk) is due to age, genetics, lifestyle risk factors (e.g., smoking, alcohol, obesity), co-morbidities, diet, and the hundreds of other exposures we are exposed to everyday. Known lifestyle risk factors attribute to a high proportion of cancer cases, with recent U.S. estimates of 19% of cancer cases attributable to smoking, 5.6% due to alcohol consumption, and 7.8% due to obesity (Islami 2018). In contrast, the theoretical increased cancer risk from a lifetime exposure to 96 ng/day of NDMA in a medication is 0.001%. Most people would agree that the odds of being struck by lightning in one's lifetime is miniscule. However, the lifetime risk of being struck by lightning, 1 in 16,550, is actually 6-fold greater than the theoretical increased cancer risk of 1 in 100,000 from a lifetime


Contains Confidential Information – Subject to Protective Order

exposure to 96 ng/day of NDMA (National Lightning Safety Council 2021; FDA/ICH M7 Guidance 2015, 2018 (R1)).

The guidance provides several calculations that could be used to determine the AI limits based on rodent carcinogenicity data. The 96 ng/day limit for NDMA is based on $TD_{50}$ methods "considered to be very conservative since they involve a simple linear extrapolation from the dose giving a 50% tumor incidence ($TD_{50}$) to a 1 in $10^6$ incidence, using $TD_{50}$ data for the most sensitive species and most sensitive site of tumor induction."[8] The 96 ng/day AI limit was calculated from the $TD_{50}$ value published by the now retired Carcinogenicity Potency Database, although it is important to note that there are other published $TD_{50}$ values for NDMA, including the updated Lhasa Carcinogenicity Database which calculates a $TD_{50}$ value twice as high (AI: 177 ng/day) (Lhasa Carcinogenicity Database 2021). However, since the $TD_{50}$ method is based on a linear extrapolation and does not account for the dose-response curve or a threshold, the reported values greatly overestimate the risk. Alternative methods available include the benchmark dose (BMD), which better accounts for the dose-response curve and the permissible daily exposure (PDE) limit which uses a non-linear, threshold approach and is now being used in regulatory decisions (FDA/ICH M7 Guidance 2015, 2018 (R1); EPA About Benchmark Dose Software 2021). Calculations using these other methods would increase the acceptable daily intake values, and a PDE value of 6,200 ng/day for NDMA (65 times higher than 96 ng/day) was recently published (Johnson 2021). However, even these higher AI levels would be considered conservative.

Furthermore, the AI levels are based on daily exposures over a lifetime (70 years), although ranitidine has been on the market for less than 40 years and it is unlikely that anyone has taken

[8] The $TD_{50}$ used for NDMA was 96,000 ng/kg/day (Carcinogenicity Potency Database), which is based on the dose in rats (most sensitive species) that showed a 50% (1 in 2) liver tumor incidence (most sensitive tumor site). A linear extrapolation to a 1 in 100,000 risk is performed by dividing the $TD_{50}$ by 50,000, giving a dose of 1.92 ng/kg/day. The guidance then uses an adult bodyweight of 50 kg (110 lbs.) and calculates an AI level of 96 ng/day.



Contains Confidential Information – Subject to Protective Order

ranitidine for the full duration it has been available. Lastly, the ICH M7 guidance discusses "higher acceptable intakes may be justified when human exposure to the impurity will be much greater from other sources, e.g., food, or endogenous metabolism." As previously discussed, this is the case for NDMA in which daily dietary exposure to NDMA often exceeds 96 ng/day (Stuff 2009; Stuff 2009a), and the endogenous formation of NDMA greatly exceeds this value with estimates greater than 1,000,0000 ng/day (Hrudey 2013). Overall, the acceptable intake values should be viewed in context of their intended purpose and their limitations – i.e., "a highly hypothetical concept that should not be regarded as a realistic indication of the actual risk" (FDA/ICH M7 Guidance 2015, 2018 (R1)).

## VII. Introduction to Analytical Chemistry Methods

### A. Principles of Analytical Chemistry

Analytical chemistry refers to a process used by chemists to separate, identify, quantify, and/or characterize a number of different compounds or substances. Analytical chemistry as a discipline is often limited both by the available technology and by researchers' technical expertise (i.e., the ability of the researcher to design studies with the available technology to achieve the goals of the study). In the case of ranitidine, the technology used to identify and quantify individual chemicals or impurities has developed considerably in the last 45 years since ranitidine was developed, as has researchers' understanding of analytical chemistry techniques.

The first step to analyzing a chemical, including NDMA, is to separate the chemical you want to analyze from all other chemicals. Separation is important for analysis because without separation, a piece of analytical equipment would have to simultaneously analyze multiple compounds; the analytical equipment may not differentiate between the multiple compounds and thus the result may be unreliable if compounds are analyzed together. Separation can be achieved,


Contains Confidential Information – Subject to Protective Order

in some circumstances, during sample preparation by a process called "extraction" or during the testing itself by a procedure called "chromatography." Note that methods for extraction rarely isolate a single substance, so even if a procedure uses an extraction method, the procedure is also likely to employ chromatography for further separation.

After separation, a chemist needs to be able to detect, identify, and quantify what these chemicals are. Detection simply refers to a basic question: "Can this device measure the compound at a given concentration?" Detection methods rely on the ability to observe physical characteristics of the compound being tested. These physical characteristics include, for example, how much light a compound absorbs at a given wavelength. For instance, if a chemist shines a light at a certain wavelength and finds that light is being absorbed, the chemist will know there is a chemical, or mixture of chemicals, present that absorbs light at this wavelength. This would not, however, identify what that compound is.

Identification answers the next question "What is this compound?" Identification often requires chemists to assimilate a variety of data to come to a conclusion based on a variety of testing, which standing alone, could not definitively identify a compound. For purposes of this discussion, however, I focus on identification methods using chromatography. During chromatography, identification occurs by reference to a "standard" (i.e., a compound that has a known identity). Then researchers can compare physical characteristics of the known standard with the unknown sample. The physical characteristics being compared are usually two things: (i) the length of time it takes for the compound to elute (i.e., exit) from the chromatography column (in other words, the time at which the compound's peak appears on the chromatogram), and (ii) the physical property being used by the detection method. If a sample and a standard match on


Contains Confidential Information – Subject to Protective Order

both qualities, a chemist would have some evidence that the sample may be the same compound as the standard.

If an analytical technique intends to quantify a compound, an analyst can compare the size of the chromatogram peaks between the known standard and the unknown sample. Since a standard is a known compound, a chemist can test various quantities of that compound and see how large a peak is for each quantity. From here, a chemist will know how to translate the quantity of the substance to the size of the peak. Then, when trying to quantify the amount of the unknown sample, a chemist goes in the reverse direction—the chemist will run the unknown sample and determine the peak size. Once the size of the peak is known, a chemist can back calculate the quantity of substance that must have been present to generate that peak.

Lastly, it is important to note that while the above paragraphs deal with separation, detection, identification, and quantification, there are additional analytical techniques which characterize the physical properties of a chemical that do not use chromatography.

### B. Techniques in Analytical Chemistry

Using the general principles of analytical methodology, I will discuss several analytical techniques that are used in testing in the current litigation.

Thin-layer chromatography ("TLC") is an analytical method to separate, detect, and potentially identify and quantify the substances in a compound. Although older, this method still has many uses and is often used in my own laboratory. This method first begins with chromatographic separation. A chemist applies the unknown sample being tested to the bottom of a plate. The bottom of this plate is then put into a solution which will travel up the plate. As the solution travels up the plate, the various substances in the sample will also travel up the plate depending on the substance's physical characteristics. Therefore, if a sample is a mixture of hypothetical compounds X, Y, and Z, each of those compounds should travel a different distance


Contains Confidential Information – Subject to Protective Order

up the plate—this is the separation. As for detection in TLC, chemists can stain the plate, which allows the chemist to see the substances with a naked eye—this is the detection.[9] A depiction of this is illustrated below (Fig. 26):




Fig. 26. Thin-layer chromatography (TLC).

Regarding identification and quantification using TLC, if a chemist also runs standards of various known concentrations on separate plates, then the chemist can compare the unknown spots on one plate with the known spots with known quantities on another plate. Since this is a visual comparison, exact values are not usually reported; rather, a chemist would round up and report that the substance is "less than" the next highest amount. For example, if a standard contained a small, medium, and large spot, but the size of the sample's spot was in-between the small and medium standards, the chemist would report that the substance is less than the quantity used to generate the medium spot. Although not precise, the method of quantification would only often overestimate the amount of the sample, so it is a reliable way to monitor for impurities.

[9] Note, however, that not all substances are visible under the same staining technique, so again, the analytical method should be validated for the substance one is trying to measure.


Contains Confidential Information – Subject to Protective Order

Gas chromatography (“GC”) (or more properly “gas-liquid chromatography”) is another method for separating chemicals which can be used with various detector systems to detect and potentially identify and quantify a substance. The general principle is that a sample is injected into a long column with hot gas which causes the various substances in the sample to move through the column at different speeds. The various substances elute (i.e., exit) the column at different times and are detected by the detection method being used. The diagram in Fig. 27 illustrates the basic principles of this separation, using hypothetical compounds x, y, and z.




Fig. 27. Gas chromatography (GC) [top] and liquid chromatography (LC) [bottom] coupled to a detector (e.g., mass spectrometer (MS)).

As for detection, there are a number of detectors that can be paired with gas chromatography, including flame ionization detectors, Coulson electrolytic detectors, Hall electrolytic conductivity detectors, nitrogen-phosphorus detectors, thermal energy analyzers, ultraviolet (UV) or infrared spectrophotometers, and mass spectrometers. The specific differences of each detector are likely of little consequence to the facts of this case other than the fact that some detection methods may group all *N*-nitrosamine compounds into one measurement (i.e., the detectors do not individually analyze NDMA). Additionally, as noted above, the technology of

these detection methods has greatly improved over the past forty years, so the ability to detect trace substances has improved as well.

High pressure liquid chromatography ("HPLC" or "LC")[10] is another method used for separation and can be paired with a detection method to potentially detect, identify, and quantify a substance. LC separates the various substances in a sample by injecting the sample into a liquid solvent which travels through the chromatography column. Depending on their physical characteristics, the substances will travel at different speeds and elute (i.e., exit) at different times. The methodology differs from GC in that the solvent pushing the sample through the column is a liquid instead of a gas. Consequently, LC uses much lower temperatures than GC. For instance, the temperature is usually between 23-50 °C (73-122 °F) in LC compared to 200-275 °C (392-527 °F) in GC. Like GC, the substances within the sample will travel at different rates and elute from the column at different times (Fig. 27).

With respect to detection methods that can be paired with LC, the current options largely mirror the same detection methods available for GC; however, this has not always been the case. In the 1970s and 1980s, researchers were trying to combine LC with mass spectrometry (MS), but this was difficult because the substances had to go from the liquid state during the LC portion to the gaseous state during the MS component. One solution for this problem was a "moving belt" system, where the compounds were collected in sample vials along a conveyor belt and dried before introduction into the mass spectrometer. This procedure was used in some early studies to analyze metabolites of ranitidine, namely ranitidine *N*-oxide, ranitidine *S*-oxide, and mono-*N*-desmethyl ranitidine (Fig. 18, section V.B.) (Martin 1981; Martin 1982), although this procedure

[10] One may see several variations of these abbreviations, including a related method (ultra performance LC or "UPLC"), but fundamentally, these technologies all utilize the same principles. For simplicity, I will refer to all these variations as "LC."


Contains Confidential Information – Subject to Protective Order

would not have worked for detecting volatile impurities such as NDMA. Moreover, combined LC-MS (i.e., directly on-line), the LC-MS method used today, was not developed until the invention of electrospray technology by the late Dr. John Fenn in the late 1980s and was first commercialized in 1989 (Pullen 2010). (Dr. Fenn shared the Nobel Prize in Chemistry for this research contribution.)

### C. Validation of Analytical Methodology

To ensure reliability, an analytical methodology should be properly validated. FDA notes that "[a]nalytical method validation is the process of demonstrating that an analytical procedure is suitable for its intended purpose" (FDA Guidance for Industry on Analytical Procedures and Methods Validation for Drugs and Biologics 2015). Without validation, an analytical procedure is considered experimental and may contain errors, among other things.

Validation of analytical methods is very important because of the need to accurately quantify materials and to rule out contributions of possible artifacts. Historically, this has been observed when analyzing NDMA under numerous conditions. One example is the use of GC for NDMA analysis when the precursors to form NDMA are contained in the chemical structure of the compound (e.g., drug) being tested. A limitation of GC methods is that chemicals must be volatile, and the use of high temperatures to vaporize chemicals in the injector port may degrade them prior to entering the column. This was observed in the 1970s when testing a herbicide sample (2,3,6-trichlorobenzoic acid dimethylamine salt) that had a precursor (dimethylamine) to form NDMA, which resulted in artificially high levels of NDMA when using GC methods, but not LC methods (Fan & Fine 1978). As will be discussed in the next section, this is very relevant to the ranitidine case. Some methods used for sample preparation and storage have also generated artificial NDMA, including the use of rubber stoppers that contained NDMA to seal test tubes of


Contains Confidential Information – Subject to Protective Order

samples (Lakritz & Kimoto 1980) and storing samples in acidic conditions prior to testing, which can promote NDMA formation (ATSDR 1989).

It is important to understand that if a method is validated to measure hypothetical impurity A from hypothetical drug Y, that same method is not also validated to measure hypothetical impurity A from drug hypothetical Z. In addition, if a method is validated to measure hypothetical impurities A, B, and C, that same method is not also validated to measure hypothetical impurity D. Some may see testing referred to as an "impurity assay," but there is no scientific way for analytical instruments to simply measure all impurities without knowing what to look for. Rather, analytical testing is generally only good for measuring the chemicals or properties it was intended to measure, although sometimes other compounds can be detected (but not identified or quantified) if present in sufficient quantity. Depending on the analytic method utilized, a scanning mode can be used to search for unknown components by molecular weight but is much less sensitive in this mode. There are two major issues in trace analysis, that is the analysis of samples for very small amounts of impurities. (i) One problem is that one is looking for very small amounts of materials, i.e., needles in a haystack, even though the technological ability to detect trace quantities has greatly improved over time. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack. Without running a standard for a known or anticipated impurity, it is not possible to accurately identify the presence of that impurity in a sample.

## VIII. Ranitidine and Potential Exogenous Formation of NDMA

### A. Summary on Ranitidine and Potential Exogenous Formation of NDMA

Routine testing for impurities and degradation products of ranitidine has been conducted for the last 40 years, and NDMA had not been detected in ranitidine drug substance or product


Contains Confidential Information – Subject to Protective Order

prior to 2019. On September 13, 2019, the online pharmacy Valisure filed a citizen petition with the FDA reporting very high levels of NDMA in ranitidine samples (Valisure Citizen Petition 2019). This testing was conducted following the discovery of NDMA in valsartan and other ARB drugs and used a headspace gas chromatography-mass spectrometry (headspace GC-MS) method similar to the one FDA published for analyzing NDMA in ARBs. Using headspace GC-MS, Valisure reported approximately 2,400,000 to 3,300,000 ng of NDMA in ranitidine 150 mg tablets. However, very high temperatures were used in the headspace GC-MS method, subjecting ranitidine samples to injector port temperatures of 220 °C (428 °F). Valisure also reported results from a lower temperature GC-MS method that subjected samples to 37 °C (99 °F) and found no NDMA detected in ranitidine tablets (lower limit of detection (LOD) of 100 ng).

The FDA released a statement on the same day as the Valisure citizen petition filing stating that their own preliminary tests showed NDMA was detected in some ranitidine products at "low levels" that "barely exceed amounts you might expect to find in common foods" (FDA Updates on Ranitidine 09/13/19). The FDA also responded to the high levels reported by Valisure, stating: "FDA observed [that] the testing method used by a third-party laboratory uses higher temperatures. The higher temperatures generated very high levels of NDMA from ranitidine products because of the test procedure. FDA published the method for testing angiotensin II receptor blockers (ARBs) for nitrosamine impurities. That method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). In a direct response to the Valisure Citizen Petition, the FDA declared they "found that the test method [Valisure] used in sampling ranitidine for NDMA was inappropriate and contributed to or caused the levels of NDMA to be artificially high…. This method utilizes a heat source, which leads to degradation of


Contains Confidential Information – Subject to Protective Order

ranitidine and produces these artificially high levels of NDMA." (FDA Response to Valisure Citizen Petition 04/01/20).

When the analysis of NDMA in ranitidine is performed by gas chromatography, the sample is heated to ~ 200 °C (390 °F) in the injection port to vaporize it before separation upon the column (Fig. 27, section VII.B.). The thermal degradation of ranitidine by the heat in the GC method likely causes an artificial and unusual reaction between the nitro group and dimethylamino group of ranitidine (Fig. 17, section V.A.) to form NDMA. Therefore, the NDMA levels measured are artificially created by the analytical method and do not reflect the actual levels in the sample tested. Based on documents produced in this litigation, Valisure was aware that the high levels obtained from the headspace-GC-MS method were an analytical artifact since at least April 2019, which was confirmed by another laboratory, Emery Pharma, but they still presented the inaccurate findings to the FDA and the public several months later (VAL 01202-01237). As this heating was shown by the FDA to produce NDMA artificially, the FDA recommended liquid chromatography-mass spectrometry (LC-MS)[11] as the analytical procedure for testing ranitidine, which does not require high temperatures (Fig. 27, section VII.B.). A subsequent publication confirmed the artificial levels generated by GC-MS and found NDMA levels in ranitidine measured by LC-MS were up to 850-fold lower than estimated by headspace GC-MS methods (Alshehri 2020). Accordingly, any measurements of NDMA in ranitidine samples made using certain GC methods are clearly too high and should not be considered valid, as emphasized by the FDA.[12]

---

[11] The FDA provided two validated LC-MS options for testing ranitidine: liquid chromatography-high resolution mass spectrometry (LC-HRMS) and liquid chromatography-tandem mass spectrometry (LC-MS/MS).

[12] An exception would be certain analytical methods that use extraction techniques to remove the drug prior to GC analysis, thus preventing the thermal degradation of ranitidine. This was demonstrated in ranitidine studies by Alshehri et al. (2020) and Lim et al. (2020) in which the use of a solid phase extraction step prior to GC resulted in NDMA levels near those seen with LC-MS methods. It should be noted that these extraction methods were not used by Valisure nor have they been approved or validated by the FDA.



Contains Confidential Information – Subject to Protective Order

The discovery of NDMA as an impurity in ranitidine led to subsequent testing and root cause analyses by regulatory agencies, drug manufacturers, and other scientists. Altogether, variable levels of NDMA were detected in ranitidine drug substance and product. While the levels detected are low, and substantially lower than the Valisure findings, some ranitidine samples have exceeded the 96 ng/day (0.32 ppm[13]) recommended limit. As of April 2020, the FDA has tested approximately 180 ranitidine samples (tablets, injectables, and syrups) across many prescription and OTC manufacturers and has reported a range of 3.9-891 ng of NDMA per 300 mg dose of ranitidine (0.013-2.97 ppm) (FDA Response to Valisure Citizen Petition 04/01/20). Ranitidine samples were purchased from the marketplace, received in response to information requests, or collected by FDA inspectors. The results of 41 of those ranitidine samples tested were published by the FDA in November 2019, stratified by manufacturer and dose (Table 3) (FDA Updates on Ranitidine 11/01/19). Importantly, they have put these levels in context of background exposures, asserting the "levels of NDMA in ranitidine are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats" (FDA Updates on Ranitidine 11/01/19).

[13] NDMA levels can also be expressed in parts per million (ppm). The FDA acceptable daily intake for ranitidine is 0.32 ppm, which equals 0.32 ng/mg or 96 ng/day for a maximum daily dose of 300 mg.


Contains Confidential Information – Subject to Protective Order

| Company | Ranitidine Product (n=lots tested) | NDMA level ppm | NDMA level ng/300 mg dose |
|---|---|---|---|
| Sanofi Pharmaceutical | 75 mg tablets (n=8) | 0.10-0.55 ppm | 30-165 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=8) | 0.07-2.38 ppm | 21-714 ng/300 mg dose |
| Sanofi Pharmaceutical | 150 mg tablets (n=3) | 0.08-2.17 ppm | 24-651 ng/300 mg dose |
| Cardinal Health | 150 mg tablets (n=1) | 1.02 ppm | 306 ng/300 mg dose |
| Novitium | 300 mg tablets (n=1) | 2.85 ppm | 855 ng/300 mg dose |
| Dr. Reddy's | 300 mg tablets (n=1) | 0.68 ppm | 204 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.11 ppm | 33 ng/300 mg dose |
| Strides Shasun Ltd. | 300 mg tablets (n=1) | 0.02 ppm | 6 ng/300 mg dose |
| Sandoz | 300 mg tablets (n=1) | 0.82 ppm | 246 ng/300 mg dose |
| Aurobindo | 300 mg tablets (n=1) | 1.86 ppm | 558 ng/300 mg dose |
| Ajanta Pharma USA Inc. | 300 mg tablets (n=1) | 0.23 ppm | 69 ng/300 mg dose |
| Amneal Pharmaceuticals | 300 mg tablets (n=7) | 0.52-2.17 ppm | 156-651 ng/300 mg dose |
| Silarx Pharma | 150 mg syrup (n=1) | 1.37 ppm | 411 ng/300 mg dose |
| Pharma Associates | 150 mg syrup (n=6) | 0.03-0.07 ppm | 9-21 ng/300 mg dose |

Table 3. NDMA levels in 41 ranitidine products tested by the U.S. FDA (FDA Updates on Ranitidine 11/01/19).

Similar levels were reported by other global regulatory agencies. Health Canada reported that the range of NDMA in 8 ranitidine samples tested was 16 – 143 ng per 300 mg dose of ranitidine (0.0526-0.4779 ppm), with only one sample exceeding 96 ng/300 mg (0.32 ppm) (Health Canada 08/24/20). The Australian Therapeutic Goods Administration (TGA) reported the range of NDMA in 135 ranitidine products tested was <30 ng to 4,200 ng per 300 mg dose of ranitidine (<0.1-14 ppm) (Fig. 28) (Australia TGA 10/22/19). The median NDMA level was 270 ng/300 mg ranitidine (0.9 ppm) and 70% of the levels fell below 360 ng/300 mg ranitidine (1.2 ppm), demonstrating that the upper end of the range was driven by a few outlier data points and most samples were on the lower end.


Contains Confidential Information – Subject to Protective Order




Fig. 28. NDMA levels in 135 ranitidine products tested by the Australia TGA (Australia TGA 10/22/19).[14]

With respect to the root cause analyses on ranitidine and NDMA, the most comprehensive evaluation I have reviewed to date was conducted by GSK. GSK undertook a root cause analysis to investigate the presence of NDMA in ranitidine using contemporaneous, highly sensitive analytical methodologies (King 2020; GSK Root Cause Analysis 06/15/20). An assessment of the manufacturing process revealed that NDMA is not formed as a synthetic impurity nor introduced as a contaminant during the manufacture of ranitidine. This conclusion was further supported by analytical evidence showing that NDMA was not detected in freshly prepared batches. GSK also assessed whether NDMA formation could have been reasonably predicted based on the molecular structure or the known and potential impurities and degradation products of ranitidine. Although ranitidine contains both a tertiary amine and a nitro group (Fig. 17, section V.A.), the nitro group is in a higher oxidation state (i.e., bound to a carbon atom) and thus not an obvious nitrosation

[14] NDMA levels <0.1 ppm (<30 ng/300 mg dose) and >3 ppm (>900 ng/300 mg dose) were below and above the limit of quantification, respectively. "NDMA values above 3 ppm are considered to be estimates only" and "there is greater uncertainty associated with these higher results."

source. The eleven impurities of ranitidine listed within the U.S. and European Pharmacopeia (USP and Ph. Eur.) are shown in Fig. 29, and published degradation pathways of ranitidine from hydrolysis and stability studies are shown in Fig. 30. A review of these structures shows that the dimethylamino (tertiary amine) group from ranitidine has not been liberated, emphasizing that the formation of NDMA is likely not a major impurity or degradation product of ranitidine. Taken together, the existing data did not reasonably predict NDMA formation in ranitidine products.




Fig. 29. Ph. Eur. and USP impurities for ranitidine hydrochloride (King 2020).



Fig. 30. Observed degradation pathways for ranitidine hydrochloride (King 2020 (citing Haywood 1987 and Teraoka 1993)).

One of the most elegant, but complex, experiments performed by GSK was an isotopically labeled study in which individual atoms in ranitidine were "labeled" or "tagged" with heavy isotopes to "track" them in the formation of NDMA in a heated stress test (Fig. 31). This experiment confirmed that NDMA can be formed from a slow degradation of the ranitidine molecule itself under these heated conditions. The degradation reaction occurs primarily in the solid state and without involvement of extraneous impurities. The results further demonstrated that NDMA is being formed from reaction between two neighboring ranitidine molecules (an "intermolecular" reaction). Several additional investigations were undertaken to understand the exact chemical mechanism by which this degradation occurs, although this pathway has yet to be fully elucidated (which is very difficult in that it is a very minor pathway).


Contains Confidential Information – Subject to Protective Order




Fig. 31. Proposed formation of NDMA from isotopically labeled ranitidine (King 2020).

GSK reported a wide variability in the NDMA levels of 230 tested ranitidine products, with a range of 72-2,280 ng/300 mg (0.24-7.6 ppm) (King 2020). A greater range of NDMA was detected in drug substance and it was observed that once the drug substance was formulated into drug product, the rate of NDMA formation decreased or ceased. There was also a general increase in NDMA content with the age of the batch ("storage time"), which is consistent with the mechanism of slow degradation. Likewise, even at the higher values, the levels of NDMA in ranitidine amount to only a very small percentage of the overall tablet. To put this into context, even the highest value cited above is less than 0.001% of the ranitidine product.

The NDMA data described thus far can be described as "baseline" testing data, referring to the testing of ranitidine products under non-stressed conditions. Note, that "baseline" testing is different from "day zero" testing (i.e., tested immediately after manufacture) in that "baseline" testing includes samples of varying ages and sources, many of which have been exposed to normal storage and transport conditions similar to samples a consumer might be exposed to. In addition to "baseline" testing data, there is also "stress" testing data. The purpose of "stress" testing is to elucidate pathways and factors that may affect the rate of formation of degradation products, like NDMA from ranitidine. "Stress" testing refers to samples that have been purposely subjected to exaggerated and harsh conditions (e.g., high temperature, humidity, light) that are not representative of real-life conditions but are conducted to obtain results in an accelerated manner.


Contains Confidential Information – Subject to Protective Order

For instance, evaluating a product's stability at room temperature (e.g., 20 °C to 25 °C) may take several months or years depending on the shelf-life of the product. Stress testing fast-tracks the study by subjecting the samples to much higher temperatures (e.g., 60 °C (140 °F)) for days or weeks to determine the effect of temperature. Furthermore, it is important to point out that when subjecting a compound to an extreme and unrealistic environment, chemical reactions may occur that would not otherwise occur under normal conditions. Therefore, it is imperative to view the results of stress testing in the context of elucidating potential mechanisms and not at face value. In other words, very high NDMA levels obtained through artificial stress conditions are not predictive of realistic baseline NDMA levels in the tablet itself. Moreover, the product labeling for ranitidine provided to consumers includes directions on storage conditions. The prescription label states to "[s]tore between 15° and 30°C (59° and 86°F) in a dry place" (Zantac Tablets Prescribing Information 2018). Similarly, the OTC label clearly states to "store at 20-25°C (68-77°F)" and "avoid excessive heat or humidity" (Zantac OTC Consumer Package Insert 2019).

Due to the observed variability in NDMA levels from baseline testing, GSK conducted extensive testing under stress conditions to elucidate factors that may affect the rate of NDMA formation. They concluded that elevated temperature and humidity were factors found to be associated with a faster rate of NDMA formation. Another observation made by GSK in the stress experiments of high temperature and humidity was that when NDMA levels reached their peak, samples substantially degraded (drug substance deliquesced and tablets lost their film coating) and the color turned dark brown. This illustrates a clear example of unrealistic conditions (i.e., these are samples a consumer would not ingest) and underscores the difference between baseline and stress testing results.


Contains Confidential Information – Subject to Protective Order

Although stress testing is not representative of real-world conditions, a research laboratory by the name of Emery Pharma has conducted various stress testing experiments on ranitidine – none of them having been peer-reviewed. Publication of scientific findings in a peer-reviewed journal, which entails review of the manuscript by independent researchers in similar scientific fields before publication, is an important first step, although certainly not the only step, in assessing the quality and validity of the work. On January 2, 2020, Emery Pharma filed a citizen petition that reported stress testing results for ranitidine and NDMA (Emery Pharma Citizen Petition 2020). Experiments conducted on ranitidine drug substance stored at room temperature (25 °C or 77 °F) for two weeks showed no appreciable change in NDMA levels. However, NDMA levels increased in ranitidine tablets from 19 ng to 70 ng and in ranitidine drug substance from 18 ng to 142 ng when subjected to 70 °C (158 °F) for approximately two weeks. The citizen petition claimed the elevated "temperatures are likely routinely achieved during product shipment and storage." However, this is an extremely high, unrealistic temperature over a prolonged period of time. Furthermore, it is likely that these products already went through storage and transport such that the "baseline" values incorporate this exposure. Finally, documents produced in this litigation show that Emery Pharma did not disclose all their initial data in the public citizen petition (some of which was included in drafts of the citizen petition but not the final), including data on ranitidine samples with lower baseline NDMA levels and stress testing data at 37 °C (98.6 °F) for 30 days, which showed no increase in NDMA levels (EMERY 0165-0170; EMERY 0574-0585).

Another factor determined by GSK to influence the rate of NDMA formation in the drug substance was the crystal morphology of ranitidine hydrochloride, with "columnar" crystals exhibiting a slower rate of degradation than "irregular" crystals (Fig. 32). The final step in the manufacturing process of the drug substance is the "crystallization" step, which generates the salt


Contains Confidential Information – Subject to Protective Order

form of ranitidine (ranitidine HCl) from ranitidine base. This step also determines physical properties of the substance, including crystal morphology, and differences may arise from slight variations in the crystallization process (e.g., solvent composition) employed by individual manufacturers. Differences in crystal morphology may result in variations in other physical properties (e.g., retention of moisture) that may contribute to the varied rate of NDMA formation in the drug substance.




Fig. 32. Ranitidine drug substance batches displaying columnar (top) and irregular (bottom) crystal morphology (King 2020).

The isotopically labeled study conducted by GSK (King 2020) confirmed the root cause of NDMA formation in ranitidine as a slow degradation of the molecule over time. Factors affecting the rate of NDMA formation, such as temperature, humidity, and intrinsic physical characteristics (e.g., crystal morphology) have been observed by other manufacturers, regulatory agencies, and researchers to varying degrees. On April 1, 2020, the FDA requested a withdrawal of all ranitidine products from the market since NDMA levels may increase over time and when stored at higher than room temperatures (FDA Updates on Ranitidine 04/01/20). Although the FDA "didn't observe unacceptable levels of NDMA in many of the samples that we[re] tested," there was a factor of uncertainty in the quality assurance of the product and the FDA requested additional

stability data from manufacturers adequately demonstrating quality control prior to subsequent remarketing decisions.

Despite the variability in the levels of NDMA detected in ranitidine products, the overall levels are very low and account for a very minor degradation reaction of ranitidine. The 96 ng FDA acceptable daily intake level of NDMA in a 300 mg (300,000,000 ng) ranitidine tablet is 0.32 ppm or 0.000032% of the total ranitidine product, which is a very low level (less than 1/1,000,000th of the ranitidine product by weight). To visualize how small 1 part per million (ppm) is on a larger scale, this is equivalent to approximately 3 drops in a standard bathtub that holds 42 gallons of water, 1 inch in 16 miles, or 1 car in bumper-to-bumper traffic from Cleveland to San Francisco (National Oceanic and Atmospheric Administration Global Monitoring Laboratory 2021). Using the FDA 04/01/20 testing results, the FDA found NDMA levels in 300 mg tablets ranged from 4-891 ng, which is a level of 0.000001-0.0003% (FDA Response to Valisure Citizen Petition 04/01/20). The minimum (<30 ng/300 mg dose), median (270 ng/300 mg dose), and maximum (4,200 ng/300 mg dose) values reported by the Australia TGA represent yields of <0.00001%, 0.00009%, and 0.001%, respectively (Australia TGA 10/22/19) (Fig. 28).

Ranitidine has an inherently high purity and characterizing very minor, trace impurities is difficult. As previously discussed, there are two major issues in trace analysis. (i) One is that an analyst is looking for very small amounts of materials, i.e., needles in a haystack. (ii) The other problem is that it is difficult to anticipate certain impurities in order to optimize the methods for looking for them. This is, you do not know what kind of needles (or pins, pieces of wire, or other things) to look for in the haystack, or in this case specifically, there was no signal to look for NDMA as an impurity (needle) in ranitidine products (haystack). Without a specific reason to look for NDMA, which necessitated optimization and validation of a method to detect NDMA in


Contains Confidential Information – Subject to Protective Order

ranitidine and running an NDMA standard in the assay, the trace amount of NDMA found in ranitidine products was unlikely to be detected in routing impurity testing. The issue is further compounded when considering the advances in analytical technology over the last half century. The significant improvements in the sensitivity of detection of trace level impurities means that these low levels may not have been readily identified earlier on.

The FDA/ICH Q3B Guidance on impurities in drug products defines the general thresholds for reporting, identifying, and qualifying impurities are impurities with yields greater than 0.1%, 0.2%, and 0.2%, respectively. The NDMA impurity yields in ranitidine products are significantly below these levels. Analysis of impurities is most generally defined in the context of specific impurities that one is looking for. To make an analogy with drug or steroid testing in athletes, the tests are focused on a relatively small number of common drugs and steroids that the analyst has concerns about. The tests are optimized to look for these. If an athlete uses a new performance-enhancing drug that would not be on the analyst's "radar," then it would probably evade detection.

Based on the historical impurity and degradation data for ranitidine, NDMA formation was not previously identified or predicted to form. Furthermore, comprehensive root cause analyses have recently been conducted on a global level by numerous scientists and the exact chemical mechanism by which NDMA forms in ranitidine products has *still* not been determined, despite rigorous efforts (e.g., King 2020). If this mechanism is not understood today with prospective investigations specifically designed to try to understand this mechanism, it could not have been reasonably predicted retrospectively and accordingly, there was no indication to specifically evaluate NDMA in ranitidine products. This type of chemistry, whatever the mechanism will prove to be, is complex today and still not understood.

As previously discussed, NDMA is a ubiquitous compound that individuals are exposed to on a daily basis. The levels found in ranitidine are low and are similar or below levels found in common foods and beverages (FDA Updates on Ranitidine 2019; Stuff 2009; Stuff 2009a). Furthermore, they are miniscule in comparison to the daily endogenous exposure of NDMA, with published estimates of approximately 1,000,000 ng/day (Hrudey 2013). As will be discussed in the next section, there is distinct evidence of an NDMA threshold for liver tumors in rats (Peto 1991; Peto 1991a), equating to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime (70 years) in a 70 kg human. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The ranges of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA were 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data. Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments and daily doses are often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least many people) have taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). As will be discussed in detail in the next section, the extrapolations from rodent data to humans are extremely conservative.

### B. Response to Plaintiffs' Experts on Ranitidine and Potential Exogenous Formation of NDMA

In addition to the Emery Pharma Citizen Petition described above, Emery Pharma's CEO, Dr. Najafi, presented new testing results for ranitidine in his expert report. As mentioned above, none of the testing performed by Emery Pharma has been peer-reviewed. In addition to the testing results presented in Dr. Najafi's report, subsequent files were produced following the submission


Contains Confidential Information – Subject to Protective Order

of his report that have additional results for some experiments. Since these materials were provided to me only shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials.

Overall, there is vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. In my opinion, files of scans of the Emery notebooks were substandard in terms of current guidelines for National Institutes of Health (NIH)-supported university research, industry-based research that might lead to drug approval applications and patents, and even the general instructions at the beginning of the commercial notebooks used here. Although Emery claims to be a GLP ("Good Laboratory Practices")/GMP ("Good Manufacturing Practices")-capable laboratory, this work would clearly not be acceptable under GLP or GMP standards. Instead of providing essential data (e.g., LC chromatograms), Emery provided undecipherable tables with line and bar graphs depicting conclusions (e.g., small PowerPoint slide figures printed, cropped, and pasted into lab notebooks with blurry text). Although some standard curves for NDMA were provided, the axes were not labeled and it was not possible to judge where the data points fell on the curves, what the limits of detection (LOD) really were, or what the signal-to-noise ratios were in the reported NDMA peaks in the chromatography. Based on the data that was provided, it is impossible to independently confirm the validity of Emery's results. Nevertheless, even assuming the results are accurate, the opinions drawn from them are facially invalid as described below.

Dr. Najafi conducted what he termed was "baseline" testing of NDMA, and other experts (such as Dr. Panigrahy) have further interpreted "baseline" to mean that these are the minimum levels of NDMA that would be in ranitidine products ingested by consumers. This testing and the conclusions drawn from it are significantly flawed. First, all of the samples tested by Dr. Najafi

were either expired or would expire within a year. The only justification for why older samples would be close to "baseline" levels of NDMA is based on three old records of products being delivered to a warehouse around 2007 when the product was sold from Pfizer to Boehringer-Ingelheim. Selecting three examples from 2007, when product was transferred between companies, does not support Dr. Najafi's use of *only* older samples many years later. For those same reasons, it is unreliable for Dr. Panigrahy to use these old samples as the starting levels of NDMA and extrapolate the assumptions over many years (up to 7.5 years, as discussed below). Lastly, it is important to note that even if I assumed Dr. Najafi's samples were representative of baseline levels, he reports a mean level of 1097 ng/tablet, although the median is much lower (603 ng/tablet) indicating that the mean value is driven higher by potential outliers. In any event, the range of potential doses proposed by Dr. Najafi is still orders of magnitude lower than the level of toxicological relevance (as discussed above and in further detail in the next section).

Dr. Najafi also presents additional stress testing conducted by Emery Pharma in his expert report and claims that it simulates what would happen if a consumer left ranitidine tablets in a hot car, hot and humid bathroom, or lived in certain climatic zones. The results themselves are variable and highly suspect, but what is even worse is that Dr. Najafi incorrectly relies on other published articles for the conditions of his experiment even though his conditions are not supported by the publications. For the hot car experiment, a review of the paper cited shows that the average levels of a closed car in Arizona during summer were far less severe than the conditions used in Dr. Najafi's experiment (Vanos 2018). The same goes for the shower experiment which used conditions that are not supported by the nonpeer-reviewed paper he cites (Aizawa 2006). Lastly, his climatic zone experiment appears to assume that one's medicine cabinet is outside or in a building with no air conditioning. He does not explain the relevance of testing at various climatic


Contains Confidential Information – Subject to Protective Order

zones, including many outside the product label specifications. In addition to the questionable conditions used, Dr. Najafi's protocols are undated and do not specify the exact timepoint to be measured or the exact products to be tested. Without this detail, Dr. Najafi could have tested more products than actually appear in his report. Given this, I consider Dr. Najafi's studies to be poorly designed and his report to be misleading and unreliable as a result of his selective omission of data that contradict his hypothesis.

Additionally, none of Dr. Najafi's testing considered whether his results were valid across products with different crystal morphologies. Dr. Najafi claims that there is no association between crystal morphology and low NDMA levels. To this end, he is inappropriately conflating rates of NDMA formation with the level of NDMA formation. Dr. Najafi appears to find select batches of columnar crystals have higher levels of NDMA, but he does not then consider the respective age between batches. Although he does not appear to refute the relative rate of NDMA formation at all, he then does not consider these differences when making broad conclusions regarding the results of his stability studies. Overall, there is at least preliminary evidence that differing crystal morphology is associated with differing rates of NDMA formation (King 2020), and Dr. Najafi's failure to account for this further undermines the conclusions he tried to broadly make about all ranitidine products after only testing a select few in any given stability study.

Likewise, two of Plaintiffs' other experts (Dr. Panigrahy and Dr. Salmon) draw unreliable conclusions from Dr. Najafi's data. In particular, they use Emery Pharma's data to calculate what a consumer would likely ingest in a single dose and then drastically multiply that average dose over a number of years. Since there are errors in Dr. Najafi's data, those errors are further exaggerated by these experts' extrapolations. For instance, Dr. Panigrahy uses a mean dose of 1097 ng NDMA per 150 mg dose (compared to 428 ng NDMA per 150 mg in the highest dose in


Contains Confidential Information – Subject to Protective Order

FDA's Nov. 1, 2019 announcement). Therefore, Dr. Panigrahy starts with an additional 669 ng more (per dose) than what FDA's data supports. He then multiples his baseline by two doses per day for seven and a half years. This exaggerates the difference in dose to approximately 3,662,775 ng more than the highest dose supported by FDA's Nov. 1, 2019 testing. Dr. Salmon conducts similar analyses using Emery Pharma's baseline and stress testing results. While one of Dr. Salmon's analyses appear to use FDA's maximum baseline of 435 ng NDMA/150 mg tablet, he then exaggerates it by multiplying every single dose by 2.5 based on Dr. Najafi's flawed stability data. This is further multiplied by 2 doses per day and over 10 years. By his own calculation, the difference of these assumptions result is a difference of 4,760,000 ng. The significant gap between the dose supported by FDA and the dose used by Plaintiffs' experts underscore that initial errors by Dr. Najafi are made worse by the other experts who rely on this data. Notably, any flawed assumption would render the whole analysis unreliable, but here, multiple assumptions are either flawed or unsupported, making the entire analysis invalid and unreliable.

In response to a proposed mechanism of formation, Plaintiffs' expert Dr. Marletta claims that the oxime impurity (compound 14 in Fig. 29 above) is a nitrosating agent responsible for the generation of NDMA in the tablet. However, he cites no support for the proposition that this compound is itself a nitrosating agent. In the GSK root cause analysis, GSK researchers theorized that the oxime impurity could react to further form a nitrosating agent and specifically tested whether adding additional oxime would generate additional NDMA. GSK found no trend between additional oxime and additional NDMA and concluded that "there was no evidence to implicate the presence of the oxime impurity in the formation of NDMA in ranitidine when ranitidine remained as a solid which is representative of an actual product" (GSK Root Cause Analysis 06/15/20). Another of Plaintiffs' experts, Dr. Najafi, appears to agree that this oxime is not likely

responsible for NDMA formation. Given that this is just Dr. Marletta's speculation and is refuted by the available scientific evidence and lack of chemical precedent (as well as another expert for the same side), I find there is insufficient support to even suggest that oxime could be a nitrosating agent in ranitidine, let alone determine that there is definitive proof.

## IX. NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure

### A. NDMA Metabolism & Mechanism of Mutagenicity

The metabolism of NDMA has been extensively studied, including in my own laboratory (e.g., Yoo 1988; Yamazaki 1992). One of the human cytochrome P450 enzymes termed P450 2E1 (or CYP2E1) is the most important in the metabolism of NDMA (Yoo 1988; Yamazaki 1992). This is also the case in animals, with the most similar cytochrome P450, which is also called 2E1 (Yoo 1988). The complex metabolic pathway of NDMA is outlined in Fig. 33 and involves many intermediate steps. In the metabolism of NDMA, about 15-20% is detoxicated to methylamine and nitric oxide (which then decomposes to nitrite) by cytochrome P450 2E1, representing a detoxication process (Fig. 33). This has been shown in microsomes prepared from rat liver (Lorr 1982) and appears to be valid for humans, as judged by *in vitro* experiments with human liver microsomes (Yoo 1988). As the concentration of NDMA increases, the proportion of NDMA that undergoes this detoxication pathway also increases (Yoo 1988). The other 80-85% of NDMA is oxidized by cytochrome P450 2E1 to form hydroxy NDMA (Fig. 33). Hydroxy NDMA is unstable and degrades to methyl diazohydroxide (releasing formaldehyde in the process), which is also very unstable. Almost all of the methyl diazohydroxide reacts with water to generate nitrogen gas ($N_2$) and methanol. A very minor amount (<1%) forms the methyl diazonium ion which reacts with DNA, RNA, or proteins to form methylated products. Therefore, NDMA does not react with DNA,

RNA, or proteins itself; only a downstream, minor metabolite of NDMA reacts to form methylated derivatives.




Fig 33. Metabolism of NDMA (Dutton 1956; Pegg 1977; Pegg 1978; Preussmann & Stewart 1984; Klaunig 2013).[15]

Much less than 1% of the original ingested or endogenously formed NDMA reacts with DNA, RNA, and proteins (Fig. 33). The fraction of methyl diazonium ion that reacts with RNA or

[15] See Appendix A for calculations.

proteins is not considered to be genotoxic or mutagenic, in that unlike DNA, these methylated derivatives are usually not copied into new strands to cause mutations and propagate errors. With regards to DNA methylation, several products may form, including $N^7$-methyl guanine (~65% of all DNA adducts formed), $O^6$-methyl guanine (~7%) and $N^3$-methyl adenine (~3%) (Fig. 33) (Pegg 1977; Preussmann & Stewart 1984; Klaunig 2013). The minor derivative formed on DNA called $O^6$-methyl guanine is the product that has the most potential to lead to mistakes in copying DNA, which may lead to mutations and eventually cancer. As will be described in more detail later, there are extensive DNA repair processes and other mechanisms that greatly mitigate this risk. The amount of DNA $O^6$-methyl guanine that may form from NDMA is very small. In rats administered 1 mg (1,000,000 ng) of NDMA per kg body weight, only 0.007% of the NDMA dose yields the DNA $O^6$-methyl guanine product (Fig. 33 and Appendix A) (Pegg 1977).

Cytochrome P450 2E1 is expressed almost exclusively in the liver as demonstrated in the Human Protein Atlas figures below (Fig. 34) (Human Protein Atlas 2021).[16] At low oral doses of NDMA, it is expected that nearly all of the exogenous NDMA will be metabolized by P450 2E1 in the liver on first pass, thus limiting systemic circulation in the blood to other organs. While I am not aware of oral bioavailability estimates (i.e., the fraction of the oral dose that reaches the systemic circulation) of NDMA in humans, a large range of oral NDMA doses have been tested in rodents, with doses up to at least 0.1 mg/kg (100,000 ng/kg) in rodents (equivalent to a dose of 7,000,000 ng in a 70 kg adult) undergoing nearly complete first pass metabolism in the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983). Studies by Mico et al. (1985) estimated the oral bioavailability of NDMA was 8% in rats (i.e., 92% undergoes first pass

[16] The Human Protein Atlas is a Swedish-based program aimed to map all the human proteins in cells, tissues, and organs using an integration of various omics technologies, including mass spectrometry-based proteomics, antibody-based imaging, transcriptomics, and systems biology.


Contains Confidential Information – Subject to Protective Order

metabolism) and also concluded that "… the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver." Gombar et al. reported that the bioavailability was greater in larger mammals (i.e., less undergoes first pass metabolism), with estimates of 49% in patas monkeys, 67% in pigs, and 93% in beagle dogs, respectively, although wide variability was noted between animals of the same species (Gombar 1987; Gombar 1988; Gombar 1990). However, these estimates in larger mammals were based on an extremely high NDMA dose of 1 mg/kg (1,000,000 ng/kg or 70,000,000 ng in a 70 kg adult), in which liver metabolism of NDMA by P450 2E1 was certainly being saturated. Indeed, oral doses of 5 mg/kg in pigs and dogs completely saturated liver metabolism (higher oral doses were not tested in patas monkeys). Thus, the bioavailability data from the Gombar et al. studies on larger mammals at very high doses cannot be used to predict bioavailability in humans at low doses because the extent of first pass metabolism by the liver is a function of dose. Furthermore, Gombar et al. (1990) noted that "there was not a uniformly predictable relationship between body weight and bioavailability."

While Gombar et al. (1990) did not use their animal data to predict human bioavailability, they were using it to predict drug clearance in humans. Historically, some scientists had used a method called "allometric scaling" to predict drug clearance based on body weight, i.e., higher clearance for larger animals and humans compared to rodents (Gombar 1990; Espie 2009). However, the size of animals is not the major factor driving the metabolism and clearance of chemicals, including drugs. It is now realized that such extrapolations may only be useful for the disposition of chemicals governed by "non-restrictive clearance," where the clearance of a compound from the body is limited by the rate of blood flow. Most chemicals (including drugs) are subject to "restrictive clearance," where the clearance is dependent upon metabolism by


Contains Confidential Information – Subject to Protective Order

enzymes. The enzymes, and their activities, are not predicted by body size but by a host of genetic, hormonal, and regulatory mechanisms. Accordingly, an approach termed physiologically-based pharmacokinetic (PBPK) modeling was developed for interspecies comparisons, utilizing both rates of metabolism (by enzymes) and physiological parameters such as blood flow and tissue diffusion, set to a series of mathematical equations. These approaches became popular in the 1980s and have been applied to many chemicals suspected of causing cancer by Drs. Andersen, Clewell, and Reitz and others (e.g., Reitz 1988 and the Andersen 1993 review). The advantages of using PBPK modeling over allometric scaling have been reviewed by Espie and colleagues (2009), and PBPK modeling software is commercially available (e.g., SimCyp). Consequently, allometric scaling has been largely displaced by PBPK models. In other words, comparison of (predicted) metabolism based on body size (of body size raised to a mathematical exponent) (*vide supra*) is not useful. Furthermore, the FDA does not use allometric scaling in its carcinogenicity extrapolations to humans. I am not aware of a publication on PBPK modeling human pharmacokinetics of NDMA.

Several studies have reported mean steady-state concentrations of NDMA in human blood indicating that (i) a finite amount of gastric NDMA (exogenous or endogenously formed) escapes first pass metabolism by P450 2E1 in the liver and circulates in the blood and/or (ii) a finite amount of endogenous NDMA forms outside the stomach via bacterial-catalyzed and cell-mediated nitrosation under neutral pH conditions (*vide supra*). While most NDMA circulating in the blood is still cleared from the body by metabolism in the liver (e.g., second pass metabolism), a small fraction of NDMA is eliminated in the urine as demonstrated by studies reporting mean 24-hour urinary excretions of NDMA of 10 to 385 ng/day (Garland 1986; van Maanen 1996; van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021). Further, some studies reported significant


Contains Confidential Information – Subject to Protective Order

increases in urinary NDMA excretion following an increase in exposure to exogenous food sources of nitrosamines or nitrosamine precursors (amines, nitrate, and nitrite) (van Maanen 1998; Vermeer 1998; Vermeer 1999; Florian 2021).

Although the Human Protein Atlas figures below show only expression of cytochrome P450 2E1 in the liver (Fig. 34), traces can be detected in the small intestine, kidney, adrenal gland, lung, brain, prostate, testis, uterus, and placenta, but the mRNA levels are all less than 1% of those in liver (Fig. 36) (Nishimura 2003). Further, it is important to note that mRNA expression levels are not always predictive of protein expression levels. In addition to P450 2E1, cytochrome P450 2A6, which is similarly expressed primarily in the liver (Fig. 35 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003), may also have the ability to activate NDMA, but at a fraction (<10%) of the capacity of P450 2E1 (Yamazaki 1992; Kushida 2000). Altogether, this signifies only a very minor amount of NDMA that may reach extrahepatic tissues will be metabolized there to a DNA reactive intermediate.


Contains Confidential Information – Subject to Protective Order



Fig. 34. Human cytochrome P450 2E1 RNA & protein tissue expression (Human Protein Atlas 2021).



Fig. 35. Human cytochrome P450 2A6 RNA & protein tissue expression (Human Protein Atlas 2021).


Contains Confidential Information – Subject to Protective Order

| Enzyme | Liver | Small Intestine | Kidney | Adrenal Gland | Lung | Brain | Prostate | Testis | Uterus | Placenta |
|---|---|---|---|---|---|---|---|---|---|---|
| P450 2E1 | 53.8 | 0.220 | 0.0115 | 0.0178 | 0.0173 | 0.0189 | 0.0280 | 0.0302 | 0.0318 | 0.00485 |
| P450 2A6 | 27.5 | <LOQ | <LOQ | <LOQ | 0.0708 | 0.00731 | <LOQ | <LOQ | 0.00447 | 0.000611 |

Fig. 36. Human cytochrome P450 2E1 and P450 2A6 mRNA tissue expression (Nishimura 2003). Data expressed as the ratio of CYP mRNA to glyceraldehyde 3-phosphate dehydrogenase (GAPDH, a reference marker) mRNA; <LOQ: below limit of quantification.

Therefore, most NDMA should be activated (and also detoxicated) in the liver, particularly at the low levels observed in ranitidine. The reaction product is too unstable to migrate away from the site at which it is formed before causing damage, and thus the most DNA damage from NDMA occurs in the liver (Pegg 1980). Accordingly, high doses of NDMA have primarily been associated with liver tumors in rats and mice (Peto 1991; Peto 1991a; Swenberg 1991). Other chemicals associated with cancer by producing $O^6$-methyl guanine in DNA that do not require activation by cytochrome P450 2E1 are associated with cancers in many tissues throughout the body in rodents because the action of cytochrome P450 2E1 in the liver is not required, e.g., *N*-nitrosomethylurea (a nitrosamide, which is another type of *N*-nitroso compound).

Furthermore, there is important interspecies variability in P450 2E1 expression. While P450 2E1 has little to no expression in human lung and kidney tissues (Fig. 34 – Human Protein Atlas 2021; Fig. 36 – Nishimura 2003; Fig. 37 – Choudhary 2005), it is expressed to a much greater degree in lung and kidney tissues of mice (Fig. 37 – Choudhary 2005; Emeigh Hart 1995) and rats (Zordoky 2008; Goasduff 1996). The P450 2E1 activity towards NDMA in rat liver is, on the average, twice as high as in human liver (Yoo 1988). Additional studies have demonstrated varying amount of P450 2E1 across several animal species (rodents and larger mammals) as compared to humans, underscoring the significance of interspecies variability (Court 1997).


Contains Confidential Information – Subject to Protective Order




Fig. 37. Comparison of relative mRNA expression of mouse and human CYP2E1 in eight adult tissues (Choudhary 2005).

In addition, the amount of the P450 2E1 enzyme in humans and animals varies with the consumption of ethanol (alcohol). Ethanol is both an inducer and inhibitor of the P450 2E1 enzyme, meaning it will increase the amount of the P450 2E1 enzyme; however, ethanol binds to P450 2E1 and decreases the fraction of the enzyme available for other substrates (e.g., NDMA) to bind. Thus, when alcohol is co-administered with high doses of NDMA, NDMA metabolism by P450 2E1 in the liver may be substantially inhibited, protecting the liver from higher DNA damage, but increasing systematic circulation of NDMA to other organs. However, since there is minimal to no P450 2E1 expressed in extrahepatic tissues (particularly in humans), this mostly results in increased renal clearance of NDMA in the urine.

This phenomenon was demonstrated in a study by Spiegelhalder et al. that measured the urinary excretion of NDMA in individuals following a large oral dose of 12,000-30,000 ng of NDMA via beer, orange juice, or orange juice with 6% ethanol added (Spiegelhalder 1982). When NDMA was administered with ethanol (i.e., beer or orange juice containing 6% ethanol), the


Contains Confidential Information – Subject to Protective Order

urinary excretion of NDMA in humans was between 0.5-2.4% of the NDMA ingested dose. In the absence of ethanol, no significant amount of NDMA was detected in the urine. With a limit of detection (LOD) in this study of 0.05 µg/L, the authors calculated the corresponding urinary excretion of NDMA as less than 0.05% of the ingested dose in the absence of alcohol. Since ethanol can inhibit the normal metabolism of NDMA by cytochrome P450 2E1 in the liver, this result may explain the higher urinary excretion observed with ethanol intake. While this study also demonstrates the large first pass metabolism of NDMA in the liver, the exact fraction of exogenous NDMA that is excreted in the urine is difficult to extrapolate from this study given the decreased sensitivity of older analytical technology. Although the analytical method was not described in detail in this study, a subsequent study by these authors showed that they were measuring urinary NDMA using gas chromatography with chemiluminescence detection (Spiegelhalder 1985), which is a less sensitive detection method than mass spectrometry. As described above, studies using GC-MS and LC-MS, including some with more sensitive LODs than 0.05 µg/L, have detected low urinary concentrations of NDMA in the absence of alcohol.

### B. NDMA-Mediated DNA Damage

NDMA is extensively transformed by the action of cytochrome P450 2E1 in the body and there is a balance of "bioactivation" and "detoxication" reactions both going on, as shown in Fig. 33 (Yoo 1988). It is known that most of the NDMA a human ingests is metabolized (Spiegelhalder 1982). An estimate can be made that ~ 99% of the dose is deactivated and only 0.007-0.25% is bioactivated and reacts with DNA (Yoo 1988; Pegg 1977; Munro 1969).

Several DNA methylation products can form as a result of the reaction of products of NDMA metabolism reacting at different sites (atoms) in DNA (Fig. 33). DNA methylation is not a mutation, per se, but may lead to a mutation during cell replication depending on (i) the specific


Contains Confidential Information – Subject to Protective Order

DNA methylation product and (ii) whether it has undergone repair or not. There is general agreement in the scientific literature that $O^6$-methyl guanine is the DNA modification of most concern in the tumors caused by NDMA in laboratory animals (O'Connor 1973; Swenberg 1991; WHO 2002; Johnson 2021). As previously shown in Fig. 6 (section IV.B.), the addition of a methyl group at the O6 position of guanine is deleterious, in that the modified base ($O^6$-methyl guanine) can trick the DNA polymerases (the enzymes that copy DNA) into inserting the wrong base (thymine) opposite to it instead of the normal base (cytosine) during cell replication, resulting in a mutation.

Swenberg (2011) and others have made comparisons (with several chemicals) of the amounts of DNA damage from "exogenous" (external) and "endogenous" (natural) damage and concluded that in many cases the bulk of the modifications are not from the exogenous sources. A dose of 1 mg (1,000,000 ng) NDMA per kg body weight for the rats in the studies by Pegg would correspond to 70 mg (70,000,000 ng) for a 70 kg human (154 pounds) (Pegg 1977; Pegg 1978a). This can be compared to the FDA recommended limit for medications of 96 ng per day for a human, which is 700,000 times lower. If the same numbers used in the Pegg rat experiments would apply to a human dosed with 1 mg (1,000,000 ng) of NDMA, then even without provision for faster repair in humans, it would be predicted by direct extrapolation that only 0.034 $O^6$-methyl guanines would be formed/$10^6$ guanines in DNA (Pegg 1978a). If a human was exogenously exposed to 96 ng of NDMA/day (the FDA recommended daily limit) or 4,200 ng of NDMA/day (the maximum value in the Australian TGA data), even with a linear extrapolation of the level of DNA adduct formation, then only 0.0000056 $O^6$-methyl guanines/$10^6$ guanines and 0.00025 $O^6$-methyl guanines/$10^6$ guanines in DNA, respectively, would be predicted to be formed (Pegg 1978a). For reference, a published level of "endogenous" $O^6$-methyl guanine in the DNA of human


Contains Confidential Information – Subject to Protective Order

liver (never knowingly exposed to NDMA) is 0.1-0.7 $O^6$-methyl guanines/$10^6$ guanines in DNA (De Bont 2004; Kang 1995). Using a value of 6 pg DNA/cell (Bäumer 2018) and levels of 0.1-0.7 $O^6$-methyl guanine/$10^6$ guanine bases (De Bont 2004; Kang 1995), a level of 270-1890 $O^6$-methyl guanine adducts/cell can be estimated. Other reports also identified $O^6$-methyl guanine in all human DNA samples, with even higher levels – 0.6-1.6 $O^6$-methyl guanine/$10^6$ guanines bases (Foiles 1988) and 0.026-23.2 $O^6$-methyl guanine/$10^6$ guanines (Povey and Cooper 1995). Thus, the endogenous level of this adduct is greater than what would be predicted to be added by the exogenous exposure to as much as 1 mg NDMA/day to a human and magnitudes greater than the NDMA levels expected from ranitidine exposure.

The oxidation of NDMA releases formaldehyde (HCHO) (Fig. 33), which may cause DNA damage. Formaldehyde is considered by the International Agency for Research on Cancer (IARC) to be a sinonasal, nasopharyngeal, and blood carcinogen in humans (IARC 2012), and Plaintiffs' experts claim that formaldehyde's carcinogenic potential should be considered concurrently with any toxicity that may be induced by NDMA. Formaldehyde itself is considered to be a carcinogen, at high exposures, but it is also present in the body due to *many* endogenous pathways of metabolism (e.g., generated from the metabolism of serine, glycine, methionine, and choline). Swenberg (2011) has reviewed the literature on formaldehyde, including his own studies on the use of isotopic labeling to distinguish the origins of the DNA adducts, and concluded that exposure to low-dose formaldehyde (even 10 ppm) to rats or non-human primates does not add much to the background load of these DNA adducts. It is also worth noting that many drugs on the market contain *N*- and *O*-methyl groups that are known to be released by P450 reactions to form formaldehyde, but these drugs have long been used without any evidence of causing cancer (e.g., amphetamines for ADHD, indomethacin for gout). Thus, the formaldehyde that may be released


Contains Confidential Information – Subject to Protective Order

from the breakdown of low quantities of NDMA and the little, if any, DNA damage it may theoretically cause at the site at which it would be formed is not a concern.

Furthermore, Plaintiffs' expert Dr. Le states in her report: "Mechanistically, NDMA directly activates the RAS oncogenes to induce cancer." I presume that Dr. Le is referring to the 12th codon of the *ras*-H (onco)gene when she refers to RAS activation. In a study by Zarbl et al. with another chemical that alkylates DNA, methylnitrosourea (without any need for bioactivation by P450 2E1 or other enzymes), the conclusion was reached that miscoding of the second base of codon 12 of the *ras*-H gene was involved in mouse mammary tumors, which could be consistent with $O^6$ alkylation of that G site (Zarbl 1985). This paper attracted considerable interest in the chemical carcinogenesis community when it was published. However, Zarbl et al. (Cha 1994) later published work indicating that a more likely explanation was that methylnitrosourea treatment selected for development of tumors from a preselected population of such *ras*-H mutants (codon 12) already present, unrelated to base modification. Therefore, the theory that NDMA is a direct carcinogen (i.e., does not have to be bioactivated by P450 2E1) is not supported by the current scientific evidence.

### C. Repair of NDMA DNA Damage

Humans have many systems to repair DNA damage, and so do animals and even bacteria. The main system for repairing the DNA damage caused by NDMA is a protein called $O^6$-alkylguanine-DNA alkyltransferase (AGT or MGMT), which has been studied in my own laboratory (e.g., Zang 2005). AGT repairs DNA $O^6$-methyl guanine by removing and transferring the methyl group on the DNA guanine base to its own molecule (Fig. 38) (Gerson 2004; Pegg 2011). The importance of this DNA repair system on cancer incidence has been demonstrated in genetically engineered mice (i) depleted of the AGT gene (cannot produce AGT) and (ii)


Contains Confidential Information – Subject to Protective Order

overexpressing the AGT gene (producing more AGT than normal) (Pegg 2011). Following administration of NDMA or other methylating agents, mice that are artificially depleted of the AGT gene are much more prone to cancer compared to wild type (normal) mice (Iwakuma 1997; Gerson 2004), while mice overexpressing the AGT gene are much less prone to cancer (Nakatsuru 1993; Gerson 2004). These studies underscore the role of $O^6$-methyl guanine as the driving mechanism of NDMA carcinogenicity and AGT repair as a primary factor contributing to its thresholded response.




Fig. 38. Repair of $O^6$-methyl guanine by AGT (adapted from Gerson 2004).
The green circles show the transfer of the methyl group ($CH_3$) from the DNA guanine base to the AGT protein by AGT, restoring the guanine base to normal.

The AGT protein is produced in most tissues, with the highest amount in the liver, and protects against damage caused by NDMA (Pegg 1978; Human Protein Atlas 2021). The amount of AGT activity present in extrahepatic tissues that can repair $O^6$-methyl guanine lesions greatly exceeds the amount of P450 2E1 activity present in those tissues that activate NDMA (Figs. 34, 39, and 40) (Human Protein Atlas 2021). Thus, most NDMA will be activated by cytochrome P450 2E1 mainly in the liver, cause damage (DNA methylation) in the liver, and be repaired by AGT in the liver. If any small amount of NDMA causes damage in other tissues, the amount of AGT


Contains Confidential Information – Subject to Protective Order

present should correct it since the AGT activity greatly exceeds the P450 2E1 activity present in extrahepatic tissues (Figs. 34, 39, and 40) (Human Protein Atlas 2021).




Fig. 39. Human $O^6$-alkylguanine-DNA alkyltransferase (AGT) RNA & protein tissue expression (Human Protein Atlas 2021).




Fig. 40. Comparison of human cytochrome P450 2E1 [top] and $O^6$-alkylguanine-DNA alkyltransferase (AGT) [bottom] protein tissue expression (Human Protein Atlas 2021).

The ability of AGT to repair $O^6$-methyl guanine adducts in DNA "represents an error-free DNA damage response that can mechanistically account for the manifestation of a dose-response threshold" for NDMA (Johnson 2021). If a low level of $O^6$-methyl guanine is formed in DNA from NDMA, the AGT system can repair it and prevent any subsequent damage (e.g., mutations and cancer) (Pegg 1977; Pegg 1978; Pegg 1978a; Pegg 1981). Pegg showed that following NDMA doses of 0.005-0.1 mg/kg (350,000-7,000,000 ng dose in a 70 kg adult), 56-64% of $O^6$-methyl guanine was removed from DNA in rat liver within 15 minutes of administration (oral or injection) (Pegg 1981). Additional studies by Pegg showed that more than 85% of the $O^6$-methyl guanine damage is removed in rat liver within 4 hours of a NDMA dose of 0.25 mg/kg or less and within

24 hours of a dose of 1 mg/kg or less (equivalent to a ≤17,500,500 ng and ≤70,000,000 ng dose, respectively, in a 70 kg adult), demonstrating almost complete repair within 1 day at these high doses (Pegg 1978a). These NDMA doses are orders of magnitude higher than the doses found in ranitidine products (Australia TGA 10/22/19: median: 270 ng/300 mg dose; range: <30 - 4,200 ng), thus illustrating the capacity of AGT to quickly and completely repair any potential DNA damage at exposure to the low doses in ranitidine.

Although the overall efficiency of $O^6$-methyl guanine removal (i.e., the percent removed) decreases with increasing NDMA dose, the reaction is not saturated even at extremely high doses of 20 mg/kg (1,400,000,000 ng in a 70 kg adult), with 44% of the $O^6$-methyl guanine repaired by 24 hours. Fig. 41 illustrates that as the dose of NDMA increases, the actual amount of $O^6$-methyl guanine removed also increases (Pegg 1978a). The speed at which AGT repairs $O^6$-methyl guanine lesions means that most of the DNA damage should be repaired before liver cell replication takes place, and thus before a mutation could potentially occur (Castellano 1978). Furthermore, while AGT is very effective in keeping the $O^6$-methyl guanine steady-state level down, it is not perfect, so there is a low but finite level of this adduct seen in all individuals.


Contains Confidential Information – Subject to Protective Order




Fig. 41. Removal of $O^6$-methyl guanine from liver DNA over a 24 hour period as a function of NDMA dose (Pegg 1978a).

The amount of $O^6$-methyl guanine formed in the DNA of rat liver is dose-dependent and occurs at a similar proportion irrespective of route of administration (oral or injection) (Pegg 1980; Pegg 1981). However, the amount of $O^6$-methyl guanine in the kidney of rats is highly dependent on both dose and route of administration, which is greatest following injection (Pegg 1980; Pegg 1981). Experiments by Pegg and Perry (1981) demonstrated that when NDMA was administered by iv injection to rats at doses of 0.001-10 mg/kg, the ratio of DNA methylation in the liver to kidney was 10:1 irrespective of dose. However, when the same doses were administered orally, the ratio decreased, with ratios ranging from >120:1 to 10:1, only reaching 10:1 at an oral dose > 1 mg/kg (>70,000,000 ng dose in a 70 kg adult). This difference reflects the large first pass metabolism by the liver (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982; Skipper 1983; Mico 1985). Pegg concluded that "[p]rovided that the dose is sufficiently low, the liver metabolizes virtually all of the [NDMA] in a 'first pass' clearance effect…" and "…orally ingested dialkylnitrosamines would appear in the systemic circulation only when the capacity of the liver


Contains Confidential Information – Subject to Protective Order

to metabolize them in a first pass effect is exceeded" (Pegg 1980). Similar results were observed in a rat experiment by Diaz Gomez et al. (1977) and the authors concluded that "…in a healthy man the metabolism and activation of dimethylnitrosamine in the diet would take place in the liver, and that the liver would remove the nitrosamine from the portal blood and prevent it from reaching other organs." These experiments have demonstrated that small oral doses of NDMA – <0.1 mg/kg in rats or approximately <7,000,000 ng dose in a 70 kg adult – are completely (or almost completely) metabolized by the liver, minimizing systemic circulation to other organs (Diaz Gomez 1977; Pegg 1980; Pegg 1981; Pegg 1982). Therefore, the trace levels of NDMA found in oral ranitidine products are expected to undergo complete first pass metabolism in the liver. In contrast, administration by injection bypasses first pass metabolism by the liver and very high oral doses may also in part escape first pass metabolism. However, studies have concluded that "[e]ven then the relatively small percentage of nitrosamine that escapes first-pass metabolism is expected to be predominantly metabolized in the liver" (Mico 1985). Additionally, NDMA that escapes first pass metabolism may also be excreted without metabolic activation, which results in no toxicological relevancy. Furthermore, even in the unlikely event that there is extrahepatic metabolism of NDMA, the amount of AGT present in extrahepatic tissues to repair any NDMA-induced DNA methylation greatly exceeds the amount of P450 2E1 capacity present to activate NDMA in these tissues, minimizing the progression to mutations and cancer in extrahepatic organs, even at the very high doses used in rodents (Figs. 34, 39, and 40).

Furthermore, the rate and capacity of AGT to repair $O^6$-methyl guanine is much greater in humans than rodents, in contrast to the situation with P450 2E1 (Yoo 1988). Pegg (1982) and Hall (1985) have demonstrated that the AGT repair capacity of the human liver is about 10 times greater than rat liver and that the level of $O^6$-methyl guanine damage falls much more rapidly in human


Contains Confidential Information – Subject to Protective Order

liver (Fig. 42). The AGT repair capacity of human and cynomolgus monkey livers are similar, although still greater in humans (Hall 1985). Furthermore, Pegg (1984) and Gerson (1986) showed that the AGT activity in repairing $O^6$-methyl guanine lesions is not only greater in the liver of humans compared to rats and mice, but also in all extrahepatic tissues measured as well (Fig. 43). Pegg (1984) described the AGT "activity found for human tissues was substantially greater than that for the equivalent rat tissues, with mean values of five to twenty times higher, depending on the tissue." Gerson et al. (1986) concluded: "These studies suggest that mouse and rat tissues should be more susceptible than human tissues to the carcinogenic action of agents whose mutagenic potential is mediated by formation of $O^6$-alkylguanine adducts. Although mouse and rat may be sensitive indicators for determining the carcinogenic potential of an agent, mutagenesis in human tissues is not likely to occur at the same dose level as in the mouse and rat since human tissues contain higher levels of $O^6$-alkylguanine-DNA alkyltransferase."

Table 1. Removal of MeGua from DNA upon incubation with human or rat liver fractions

| Protein added, mg | MeGua removed from DNA in 60 min | | | |
|---|---|---|---|---|
| | Human liver | | Rat liver | |
| | pmol | % | pmol | % |
| 0.78 | 0.71 ± 0.12 | 58 | <0.05 | |
| 1.56 | 0.91 ± 0.07 | 75 | <0.08 | |
| 3.12 | 1.06 ± 0.04 | 87 | 0.24 ± 0.01 | 20 |
| 6.25 | 1.11 ± 0.03 | 92 | 0.55 ± 0.19 | 45 |
| 12.50 | 1.15 | 95 | 0.86 ± 0.08 | 71 |
| 18.75 | 1.15 | 95 | 0.89 | 74 |
| 25.00 | 1.16 | 96 | 0.95 | 79 |

Results are shown as mean ± SEM. The percentage is the proportion removed relative to the total initially present.




Removal by human, monkey and rat liver extracts of $O^6$-methyl from alkylated DNA (150 µg) containing 0.33-0.39 pmol of $O^6$-methylguanine

Fig. 42. AGT removal of $O^6$-methyl guanine (MeGua) from DNA in human, monkey and rat liver tissues (Pegg 1982 [left]; Hall 1985 [right]).




Fig. 43. AGT removal of $O^6$-methyl guanine from DNA in human, rat and mouse liver and extrahepatic tissues (adapted from Pegg 1984 and Gerson 1986[17]).

The above studies demonstrate that the AGT repair system is exceedingly effective at repairing DNA methylation caused by NDMA exposure at a wide range of doses and that the repair mechanism is even more effective in humans compared to rodents. However, if a very large dose of NDMA is administered, the amount of $O^6$-methyl guanine may be large and overwhelm the AGT system, resulting in mutations (Swenberg 1991). A simple analogy is a shoe repair shop. The owner and other workers can handle a normal, low level of damaged shoes and repair them efficiently. If there is an overwhelming number of shoes brought in to be fixed, it may not be possible to keep up and damaged shoes will accumulate in the community. The above point about overwhelming the DNA repair system fits into the concept of "thresholds" and exposure limits with toxic chemicals. The general concept is that a low dose is tolerable and is not likely to be harmful if this threshold exposure is not exceeded. Even with $O^6$-methyl guanine, there is a

[17] Values reported for humans and rats in both Pegg 1984 and Gerson 1986 were averaged.


Contains Confidential Information – Subject to Protective Order

threshold observed in the work of Swenberg et al., which demonstrated the amount of $O^6$-methyl guanine that correlates with a significant increase in mutations in certain cell types (Sharma 2014).

Importantly, AGT repair is not the only line of defense in the many steps between NDMA-induced DNA methylation and NDMA-induced cancer. At very high doses of NDMA, even if the DNA escapes repair before cell division, more than one mutation is usually required for a cell to become a cancer cell. Furthermore, even if multiple mutations occur, there is a chance the cell dies (apoptosis) instead of forming cancer (Fig. 9, section IV.B.). For instance, Knudson's two-hit theory is able to explain diverse experimental situations and guide specific predictions, including some directly relevant to cancer prevention (Knudson 1971; Bellacosa 2003). The body has extensive repair mechanisms to continually fix or mitigate damage that may progress to cancer. Lastly, as discussed above, $O^6$-methyl guanine is the DNA modification of most concern in the cancers associated with NDMA in rodents. However, there are other repair systems present that repair other DNA methylations associated with NDMA. For instance, $N^7$-methyl guanine and $N^3$-methyl adenine adducts are both repaired by base excision repair (BER) (Gerson 2004).

### D. NDMA-Associated Carcinogenicity in Animals and Relevance to Ranitidine Exposure in Humans

#### i. NDMA-Associated Carcinogenicity

The crucial components in determining the types of cancer that may be associated with NDMA exposure are the: (i) dose, duration, and route of administration, (ii) metabolism of NDMA (both activation and detoxication) by CYP2E1 and the expression levels in various tissues, (iii) repair of DNA $O^6$-methyl guanine by AGT and the expression levels in various tissues, and (iv) interspecies variability. Several long-term carcinogenicity studies on NDMA have been conducted in numerous species and strains of rodents at various doses, durations, and routes of administration.


Contains Confidential Information – Subject to Protective Order

The largest and most comprehensive lifetime rodent carcinogenicity studies on NDMA (and NDEA) were conducted by the British Industrial Biological Research Association (BIBRA) (Peto 1991; Peto 1991a). One thousand, eight hundred rats were administered 15 different daily doses of NDMA in their drinking water (0.033-16.9 ppm[18]) over a lifetime (over two years) and the types of tumors and dose-response relationships were determined compared to 480 control rats. High doses of NDMA were associated with liver tumors, which is consistent with other rodent studies on NDMA and coherent with P450 2E1 expression primarily in the liver. Notably, NDMA was not associated with esophageal, gastric, pancreatic, or bladder tumors, even at the highest dose administered of 0.697 mg/kg/day in male rats and 1.224 mg/kg/day in female rats, which is equivalent to approximately 50 – 85 million nanograms per day for a lifetime in a 70 kg adult.

Although liver tumors are overwhelmingly the most frequently identified tumor following NDMA administration in rodents, instances of lung and kidney tumors have also been reported depending on the rodent species or strain used and the route of administration, dose, and duration of NDMA administration (Pegg 1980; NTP 2021). These other tumors require much higher doses of NDMA in order to overwhelm the liver's ability to metabolize NDMA. Furthermore, mice appear more susceptible to lung tumors (interspecies variability), while kidney tumors appear more prevalent following very high doses of NDMA by injection, which bypasses the first pass metabolism in the liver and demonstrates the importance of route of administration. As described in earlier sections, there are also important differences in the expression of P450 2E1 (NDMA metabolism) and AGT (NDMA DNA repair) across species. While humans have little to no P450 2E1 expression in lung and kidney tissues (Fig. 34), the enzyme is expressed to a much greater degree in lung and kidney tissues of rats and mice, suggesting greater NDMA metabolism to its

[18] Corresponding to approximately 0.001-0.697 mg/kg/day in male rats and 0.002-1.224 mg/kg/day in female rats.


Contains Confidential Information – Subject to Protective Order

reactive metabolite in these extrahepatic tissues of rodents (Human Protein Atlas 2021; Nishimura 2003; Choudhary 2005; Zordoky 2008; Emeigh Hart 1995; Goasduff 1996). On the other hand, humans have much greater AGT repair capacity in all tissues compared to rodents, indicating more extensive and rapid DNA damage repair in humans (Figs. 42 and 43) (Pegg 1982; Pegg 1984; Hall 1985; Gerson 1986). Altogether, this demonstrates that even after considering dose, one cannot simply extrapolate the results in rodents to humans due to extensive metabolism differences.

The National Cancer Institute conducted long-term carcinogenicity studies on nitrosamines in non-human primates (monkeys), which are expected to be more similar models for humans than rodents. Seven monkeys (cynomolgus and rhesus) treated intraperitoneally with 10 mg/kg NDMA (equivalent to a 700,000,000 ng dose in a 70 kg adult) every 2 weeks did not develop any liver or other tumors after long-term treatment, although they all died of liver toxicity (Adamson 1983; Adamson 1989; Thorgeirsson 1994). The average cumulative dose was 7 grams (7 billion ng) (range: 0.06-12.35 g) and the average observation period was 4.5 years (range: 8 months – 9.8 years). Other nitrosamines such as NDEA did produce tumors in these animals under the same conditions, although there was a clear threshold and dose-response relationship observed. As mentioned in the introductory material, animals and humans differ in many regards in terms of metabolism. Hall et al. (1985) found that human and cynomolgus monkey liver fractions have similar capacities in the repair of $O^6$-methyl guanine and are both 8- to 10-fold more active than rat liver fractions.

Differences can also be observed in individual strains of animals. Anderson et al. (1996) administered 0.1 mg/kg NDMA (7,000,000 ng dose in a 70 kg adult) by gavage to patas monkeys and measured $O^6$-methyl guanine DNA adducts in several tissues four hours after administration but did not determine if any went on to develop mutations or tumors. The short time frame between


Contains Confidential Information – Subject to Protective Order

administration of high doses of NDMA and measurement of *O*[6]-methyl guanine adducts also did not allow for complete repair of the adducts by AGT. Because of the difference in experimental design, it is not possible to compare these patas monkey results with the data from cynomolgus monkeys in Hall 1985. Furthermore, as described above, the presence of *O*[6]-methyl guanine DNA adducts does not indicate that tumors would have developed had these monkeys been followed up over an extended time because of extensive defense mechanisms that may prevent the development of cancer.

In conclusion, NDMA is not a "universal" carcinogen in animals, nor am I aware of any single chemical that can cause cancer in every single tissue. Rodent studies have demonstrated that high doses of NDMA are associated primarily with liver tumors, which is consistent with its mechanism of activation. Studies in non-human primates have not demonstrated carcinogenicity from NDMA. Scientific and regulatory organizations, including IARC, U.S. National Toxicology Program (NTP), and U.S. Environmental Protection Agency (EPA), have classified NDMA as a probable human carcinogen (IARC 1987; EPA 2002, 2017) or reasonably anticipated to be a human carcinogen (NTP 2021) based on the positive results observed with high doses in rodent studies.[19] Notably, this classification is based primarily on liver tumors in experimental animals at

---

[19] The classification categories for the three referenced organizations above are listed here; the category corresponding to the NDMA classification is underlined and the conclusions from those monographs on NDMA are included.
IARC: (1) Group 1: carcinogenic to humans; (2) <u>Group 2A: probably carcinogenic to humans</u>; (3) Group 2B: possibly carcinogenic to humans; Group 3: not classifiable as to its carcinogenicity to humans (IARC 1987, 2019). "There is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodimethylamine in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), *N*-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans" (IARC 1978).
NTP: (1) known to be a human carcinogen, (2) <u>reasonably anticipated to be a human carcinogen</u> (NTP 2021). "*N*-Nitrosodimethylamine is *reasonably anticipated to be a human carcinogen* based on sufficient evidence of carcinogenicity from studies in experimental animals" (NTP 2021).
EPA: (1) Group A: Carcinogenic to Humans; (2) <u>Group B – Probably Carcinogenic to Humans</u> (B1: limited human evidence; <u>B2: little or no human data</u>); (3) Group C: Possibly Carcinogenic to Humans; Group D: Not Classifiable as to Human Carcinogenicity; Group E: Evidence of Non-carcinogenicity for Humans (EPA 2021). Basis for NDMA's B2 classification: "Induction of tumors at multiple sites in both rodents and nonrodent mammals exposed by various routes " (EPA 2002).


Contains Confidential Information – Subject to Protective Order

high doses of NDMA. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach (IARC 1978; ATSDR 1989; Peto 1991; EPA 2002; NTP 2021). Most importantly, none of these agencies have classified NDMA as a known human carcinogen, acknowledging that there is insufficient evidence of carcinogenicity from studies in humans. Although the exact process of the scientific evaluations may differ among the respective organizations, one commonality is their assessment of hazard rather than risk. As discussed by IARC, "A cancer hazard is an agent that is capable of causing cancer, whereas a cancer risk is an estimate of the probability that cancer will occur given some level of exposure to a cancer hazard.… The distinction between hazard and risk is fundamental. The Monographs identify cancer hazards even when risks appear to be low in some exposure scenarios" (IARC 2019).

It is also noteworthy that humans are commonly exposed to many exposures in the highest category – known human carcinogens – determined by at least one of these organizations. For instance, IARC classifies many common exposures as Group 1 (carcinogenic to humans) including ultraviolet radiation (e.g., sunlight), X-rays, outdoor air pollution, alcohol consumption, certain medications (e.g., hormonal oral contraceptives and menopausal therapy, medications used to treat cancer [cyclophosphamide, melphalan]), and certain occupations and occupational exposures (e.g., painters, diesel engine exhaust, welding fumes, wood dust) (IARC 2021).

**ii. Evidence of a Threshold for NDMA-Associated Carcinogenicity in Rodents**

The lifetime carcinogenicity study by Peto et al. demonstrated a clear dose-response relationship between NDMA and liver tumors in rats at moderate to high doses (Peto 1991; Peto 1991a). However, at the lowest doses tested, there was no dose-response relationship and the incidence of liver tumors was similar to the background rate in the untreated controls (~8%), which

is indicative of a threshold.[20] As the Peto et al. (1991) data is the largest and most comprehensive lifetime rodent carcinogenicity study on NDMA to date, several subsequent publications have reanalyzed the Peto data and provided further evidence for a threshold for liver tumors. As detailed below, the results have been remarkably consistent, with numerous investigators demonstrating a threshold dose for liver tumors of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day in rats. For a 70 kg human, this would be an exposure of 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years), or a total lifetime NDMA dose of 54-143 billion ng.

In 2002, the World Health Organization (WHO) reviewed the evidence on NDMA and calculated the tumorigenic dose from the Peto et al. (1991; 1991a) study that causes a 5% increase in liver tumor incidence over the background incidence ($TD_{05}$) was approximately 0.05 mg/kg/day (range: 0.034 – 0.082 mg/kg/day depending on the sex and type of liver tumor). They concluded that "[a]n increased incidence of hepatic tumours was observed at doses as low as approximately 0.1 mg/kg body weight per day in rats" (WHO 2002). This is equivalent to daily lifetime doses of NDMA of approximately 2,400,000 – 7,000,000 ng/day in humans (0.034 – 0.1 mg/kg/day (34,000 – 100,000 ng/kg/day) in a 70 kg adult).

More recently, several investigators have calculated a $BMD_{10}$ value from the Peto et al. data, which is the estimated benchmark dose (BMD) associated with a 10% increase in lifetime tumors after correction for background incidence. It is calculated using a data fitting method

[20] It's important to note that while the Peto et al. authors discussed in the first paper (Peto 1991) that there was "no indication of any 'threshold'" for liver tumors, this appeared to be based on pooling results for (i) NDMA and NDEA together (in which the authors note that NDEA appears to be 2-3 times more potent), (ii) benign and malignant tumors together, and (iii) the lowest doses together, as well as the use of mathematical modeling to extrapolate to the lowest doses (in which the authors admit that "this could not be observed directly in any experiment of realistic size"). However, they importantly conclude in the second paper (Peto 1991a) "that no purely mathematical arguments can yield from these data reliable estimates of the effects of very low doses of nitrosamines." As will be described, more sophisticated modeling using benchmark doses has enabled a clearer depiction of the threshold observed in the Peto et al. study.

involving computer algorithms and currently a mixture of models is used and results are pooled. Although the fitting does not define a threshold value per se, it has advantages in that it accounts for dose-response relationships by using all of the data points and also provides estimates of uncertainty (95% confidence intervals (CI)). The risk for doses below the $BMDL_{10}$ (the 95% lower CI of the $BMD_{10}$) is considered negligible (i.e., a point of departure) and similar to a threshold dose. As demonstrated in Table 4 below, the WHO calculated $TD_{05}$ and the calculated $BMDL_{10}$ from several publications (Dybing 2008; Zeilmaker 2010; EC SCCS 2012; EMA 2019; Johnson 2021) are remarkedly consistent, providing an NDMA threshold of approximately 0.03-0.08 mg (30,000 - 80,000 ng)/kg/day, or 2,100,000 – 5,600,000 ng/day for a lifetime in a 70 kg human. The slight differences between the calculated estimates between studies can be attributed to the different models used and selection criteria for inclusion – e.g., malignant liver tumors vs. any liver tumor (malignant + benign), liver tumor incidence vs. mortality, and stratification vs. no stratification for sex and type of liver tumor. Irrespective of the exact selection criteria for the calculation, all estimates were within a similar order of magnitude. A clear illustration of the threshold response is further demonstrated in the dose-response plots provided by Zeilmaker et al. (2010) (Fig. 44) and Johnson et al. (2021) (Fig. 45).

| Citation | Liver Tumor Dose Levels | NDMA – mg/kg of body weight/day for a lifetime in rats (based on Peto 1991 and 1991a) | NDMA – ng/day for a lifetime in a 70 kg person |
|---|---|---|---|
| WHO 2002 | $TD_{05}$ | 0.034 – 0.082 mg/kg/day | 2,380,000 – 5,740,000 ng/day |
| Dybing 2008 | $BMDL_{10}$ | 0.062 – 0.081 mg/kg/day | 4,340,000 –5,670,000 ng/day |
| Zeilmaker 2010 | $BMDL_{10}$ | 0.029 mg/kg/day | 2,030,000 ng/day |
| EC SCCS 2012 | $BMDL_{10}$ | 0.027 – 0.041 mg/kg/day | 1,890,000 – 2,870,000 ng/day |
| EMA 2019 | $BMDL_{10}$ | 0.029 – 0.043 mg/kg/day | 2,030,000 – 3,010,000 ng/day |
| Johnson 2021 | $BMDL_{10}$ | 0.062 – 0.283 mg/kg/day | 4,340,000 – 19,810,000 ng/day |

Table 4. Published $TD_{05}$ and $BMDL_{10}$ values for liver tumors in rats using data from Peto et al. 1991. When a study provided more than one value (e.g., different values for male and female rats), the table shows the range of estimates. EC SCCS: European Commission Scientific Committee on Consumer Safety; EMA: European Medicines Agency.


Contains Confidential Information – Subject to Protective Order




Fig. 44. Dose-response relationship for total rat liver tumors after lifelong exposure to NDMA via drinking water (mg/kg/day) using data from Peto et al. (1991; 1991a). The horizontal dotted line indicates the 10% extra risk level (compared with the estimated background response of 7.3%), the two vertical dotted lines the associated doses (BMDs) for females (triangles) and males (circles). Extra risk is defined as additional risk divided by the non-affected fraction in the control. (adapted from Fig. 4 in Zeilmaker 2010).


Contains Confidential Information – Subject to Protective Order




Fig. 45. BMD analysis of malignant liver tumor data in male rats following exposure to NDMA (Peto 1991; 1991a) as analyzed by Johnson et al. (2021). The seven graphs were generated using different BMD models, an acceptable and common practice in risk assessment studies, and gave very similar results. (Fig. 2 from Johnson 2021)

In analyzing the rat liver tumor data from the Peto study, Johnson et al. (2021) described the "frequency of neoplasms observed at the lowest six doses was indistinguishable from that in the vehicle control animals," supporting the presence of a threshold. As previously described, the FDA acceptable intake (AI) limit for NDMA in pharmaceuticals is 96 ng/day, representing a theoretical acceptable increased cancer risk of 1 in 100,000 after daily exposure to this level over a lifetime (70 years). However, this is a very conservative calculation as the AI limit is based on

the $TD_{50}$ value that uses a linear no-threshold model to estimate a risk dose. The ICH M7 Guidance discusses the use of alternate approaches, including the BMD that accounts for dose-response relationships and thus considered a more realistic risk estimation (FDA/ICH M7 Guidance 2015, 2018 (R1)). The guidance also discusses the calculation of permissible daily exposure (PDE) limits as an alternative acceptable intake value that can be used for mutagenic impurities with evidence of a practical threshold, as is the case for NDMA. Although still considered a conservative value overall, Johnson et al. (2021) used the BMD to calculate a cancer PDE value of 6,200 ng NDMA/day,[21] which is 65-fold higher than the current FDA AI limit of 96 ng/day based on the $TD_{50}$ calculations that utilize a linear no-threshold model.

In addition to the Peto et al. (1991; 1991a) study, several additional rat studies showed a similar threshold for liver tumor incidence with long-term NDMA exposure. Terracini et al. (1967) administered 2-50 ppm of NDMA in the diet of rats for nearly a lifetime (~2 years) and low levels of NDMA treatment showed a threshold region for the incidence of liver tumors around the lowest dose of 2 ppm (2 mg (2,000,000 ng) NDMA/kg in food). While there was only a single tumor among 26 rats at the lowest NDMA dose of 2 ppm, there was clear non-linearity from the higher dose range 5-50 ppm. A similar study by Arai et al. (1979) administered 0.1, 1, and 10 ppm of NDMA in the diet of rats for 96 weeks. Liver tumors were found in rats dosed with 1 and 10 ppm of NDMA, but not in controls or rats dosed with 0.1 ppm of NDMA (Fig. 46). This is indicative of a threshold value between 0.1 ppm and < 1 ppm of NDMA in the diet, which correlates to 20,000 ng to < 200,000 ng NDMA/kg body weight/day or 1,400,000 ng to < 14,000,000 ng

[21] The PDE was calculated by multiplying the $BMDL_{50}$ by an adult bodyweight of 50 kg and dividing by uncertainty factors, which included species extrapolation, interindividual variability, exposure duration, severity of effect, and factors to compensate for database insufficiency.


Contains Confidential Information – Subject to Protective Order

NDMA/day for a 70 kg adult.[22] The authors conclude: "These results show that on long-term oral administration to rats, 1.0 ppm DMN [NDMA] is the minimum carcinogenic dose, while a level of about 0.1 ppm DMN [NDMA] is non-carcinogenic."




Fig. 46. Liver cancer incidence in rats as a function of NDMA dose (figure created from data from Arai 1979).

Fukushima et al. (2005) reported similar results with 450 rats administered NDMA (0.001-10 ppm) in their drinking water daily for 16 weeks (Fig. 47). The endpoint measured in this study was the "GST-P-positive foci," which are liver lesions that stain for glutathione *S*-transferase placental form (GST-P), an established early marker of liver cancer and indicator of the likelihood that these will progress to tumors. (This medium-term bioassay system is sometimes used to reduce the time (and expense) of monitoring rats for a lifetime to obtain actual tumor data.) As indicated in Fig. 47, the results are similar to those shown above and demonstrate a threshold for NDMA-induced liver lesions. If 1 ppm is accepted as the threshold (approximately 0.044 mg NDMA/kg body weight assuming the same ppm to mg/kg conversion in Peto et al. (1991; 1991a)), this would

[22] Calculations based on an average body weight of rats of 250 g and average amount of food consumed of 50 g/day based on figures 1-4 in Arai 1979.

correspond to 3,000,000 ng NDMA/day for a 70 kg human. I agree with the authors' conclusion that "the present finding of no-observed effect level on induction of GST-P-positive foci supports our hypothesis that a threshold, at least in practical terms, exists with regard carcinogenesis due to genotoxic agents."




Fig. 47. Induction of GST-P-positive foci (i.e., > 11 cells, size of smallest focus) in the livers of rats treated with NDMA [DMN] (0.001-10 ppm) in drinking water. **P*<0.01 (vs. non-treated control group). (Fukushima 2005)

From the existence of a very effective DNA repair system (AGT) to the rodent carcinogenicity studies, there is overwhelming evidence of a threshold for the hepatocarcinogenic effect of NDMA. In addition to an existing threshold for NDMA, a threshold has also been demonstrated for NDEA, a nitrosamine that has been shown to be more potent for liver tumor induction in various animal species, including non-human primates in which NDEA, but not NDMA, has been found to be carcinogenic. Both Waddell et al. (2006) and Kobets and Williams (2019) reanalyzed the NDEA data from several rodent studies. The Waddell (2006) replot (which

was further modified by Kobets & Williams 2019) of the Peto 1991 NDEA data, using a Rozman scale and expressing the dose in molecules of NDEA/kg body weight, shows a clear threshold for exposure, below which no tumors are observed (Fig. 48).




Fig. 48. Liver cell tumors in rats dosed with NDEA (data from Peto 1991 and Williams 1999) plotted on a Rozman scale, in terms of cumulative dose in molecules of NDEA/kg (Kobets and Williams 2019; modified from Waddell 2006). A similar plot was obtained for the actual daily dose (Waddell 2006). Also shown is the total human daily dose of NDEA from all sources estimated by Bartsch 1984 and Spiegelhalder 1983.

### iii. Comparison of the NDMA Threshold Dose in Rodents to Potential NDMA Exposure from Ranitidine in Humans

Lifetime studies in rats clearly demonstrate evidence of a threshold for liver tumors, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day (Peto 1991; Peto 1991a). This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA every day for a lifetime (70 years) in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA

was 3.9-891 ng (n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

Furthermore, no patient has taken ranitidine every day for a lifetime (70 years), as it has been on the market for less than 40 years. The intended time course of administration of ranitidine is variable and often used for short-term durations or as needed treatments, often below 300 mg. While it is also often taken for longer term or maintenance treatment, it is unlikely that anyone (or at least not many people) has taken ranitidine every day since it was marketed in the U.S. in 1983, which would be half a lifetime (~35 years). In addition, humans have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues than rats (*vide supra*), indicating that one cannot simply extrapolate the doses and results in rodent studies to humans due to extensive metabolic differences. In other words, it would be expected that higher equivalent doses in humans would be needed to produce the same results in rats, *if at all*, since NDMA is not a *known* carcinogen in humans according to regulatory agencies. The human body has extensive DNA repair processes (e.g., AGT) and other defense mechanisms to protect against DNA damage caused by NDMA and this system should effectively repair any potential damage associated with the low levels of NDMA found in ranitidine.

**iv. NDMA Tumor Initiation vs. Promotion**

As described previously, chemicals may be tumor initiators (initiate the process of changing normal cells to tumorigenic cells) or tumor promoters (promote existing tumorigenic cells to grow) (Fig. 10, section IV.B.). Typically, a chemical does not both initiate and promote tumor formation (Klaunig 2013; National Cancer Institute 2021). NDMA can be a "complete carcinogen" only when used at very high, repetitive doses in rodents (i.e., not requiring a promoter


Contains Confidential Information – Subject to Protective Order

to induce tumors). By definition, NDMA is an initiator and not a promoter, in that a promoter does not cause cancer if given without a previously administered initiator.

NDMA can act as an initiator through the breakdown product of its metabolite (hydroxy NDMA/methyl diazohydroxide) to the methyl diazonium ion, which is an electrophile, meaning it can bind to DNA and can cause DNA damage. According to Smith 2016, these are 2 out of 10 "key characteristics of carcinogens." Plaintiffs' experts point to these and 7 other "key characteristics" to opine that it is biologically plausible that NDMA is a human carcinogen. One of these other "key characteristics," the ability to alter DNA repair or cause genomic instability, is also related to tumor initiation. However, reliable data do not support the view that this is a characteristic of NDMA, including extensive early work by Pegg in the 1970s (*vide supra*). In his expert report, Dr. Panigrahy opined that NDMA alters DNA repair enzymes, though the studies he cited gave no indication of this and one study even noted that the DNA repair enzyme AGT was "rapidly replenished" after administration of high doses of NDMA (Souliotis 2004). Dr. Panigrahy also claimed that "[a] single dose of NDMA can induce the inability of the kidney to rapidly repair DNA methylation," I presume in reference to the potential to overwhelm DNA repair; however, this would only be relevant at extremely high doses of NDMA based on all of the work of Pegg and others. Interestingly, Dr. Panigrahy also discussed the prospect that NDMA can increase levels of alkyladenine DNA glycosylase, another kind of DNA repair enzyme, citing Dechakhamphu 2010. Induction of DNA repair enzymes, while certainly an alteration, is not a carcinogenic process and would actually be beneficial in protecting against genotoxicity.

Plaintiffs' experts have proposed several non-genotoxic mechanisms for NDMA carcinogenicity including epigenetic modification, oxidative stress, inflammation, immunosuppression, cell immortalization, and alteration of cell proliferation, cell death, and


Contains Confidential Information – Subject to Protective Order

nutrient supply. These correspond to 6 out of 10 of the "key characteristics of carcinogens" (Smith 2016). For one "key characteristic of carcinogens," the ability to modulate receptor-mediated effects, Plaintiffs' experts correctly acknowledge it is not present with NDMA. In essence, they use the aforementioned six mechanisms to advance an NDMA promoter theory that can be used to explain short latency periods between the time of initial exposure and diagnosis of cancer. I am not aware of any scientific evidence in which NDMA has ever been reported to work as a promoter, and the literature referenced in Plaintiffs' expert reports does not support this theory.

Plaintiffs' experts opine that NDMA has the "key characteristic" of being able to cause epigenetic alterations. This is a non-genotoxic mechanism that Dr. Panigrahy argues could contribute to both tumor initiation and promotion. In referring to this putative carcinogenic mechanism of NDMA, he incorrectly discussed genotoxic—not epigenetic—events (DNA alkylation). Epigenetic DNA methylation refers to phenomena such as histone modification and 5′-methylation of deoxycytidine (and the conversion of this methyl to a carbinol ($CH_2OH$) and an aldehyde (CHO) by the so-called "tet" enzymes) that are thought to be relevant to gene regulation (Smith 2016). There is no evidence that NDMA causes epigenetic DNA methylation or demethylation events.

Furthermore, the NDMA doses required to observe the other non-genotoxic effects in experimental studies are extremely high, toxic doses. For instance, in his argument that NDMA causes oxidative stress, Dr. Panigrahy cited Ahotupa 1987, where doses of 1 and 10 mg/kg NDMA were used, which are about 1 to 10 million times the FDA Acceptable Intake limit. Cell survival effects observed by Lin 2001 were at 1 mM NDMA, which is around 300,000 times the potential NDMA blood level in a human, with or without ranitidine (Florian 2021). Additional studies Dr. Panigrahy discussed regarding oxidative stress (Kiziltas 2017), inflammation (Dangtakot 2021;


Contains Confidential Information – Subject to Protective Order

Boonjaraspinyo 2011), immunosuppression (Desjardins 1992; Jeong 1998), and cell immortalization (Wang 2017) similarly used very high doses of NDMA. The $LD_{50}$ for NDMA in rats is 40 mg/kg (ASTDR 1989), and doses of similar magnitude are likely to cause general toxicity. Thus, these effects are most likely to be secondary to general toxicity and not contributing to a carcinogenic mechanism, based on numerous literature precedents, e.g., chloroform (Templin 1998). In addition, the parameters measured for oxidative stress are not the most appropriate ones to use (Kadiiska 2005). These toxic doses are magnitudes higher than the doses needed to induce tumors in rodents, which are already magnitudes higher than the NDMA levels observed in ranitidine products. Therefore, these processes are not informative to the mechanisms of NDMA carcinogenicity at doses less than the "maximum tolerated dose" and particularly near the threshold level, and certainly not relevant to the NDMA levels seen in ranitidine products. In one study in which lower NDMA levels were also used (Desjardins 1992), a threshold was observed for immune effects: "[n]o visible changes in immunological parameters were noted at the 1 ppm NDMA dose." There is overwhelming evidence, as I outlined above, that NDMA-induced liver tumors in rodents is largely a thresholded, genotoxicity issue related to the level of DNA $O^6$-methyl guanine adducts.

I also point out that many of the studies cited in reference to putative tumor-promoting characteristics of NDMA were *in vitro* studies. For instance, studies by Lin et al. (2001; 1999) — which are used by Dr. Panigrahy to argue NDMA alters cell proliferation, cell death, or nutrient supply — used a fibroblast cell line (a cell type derived from connective tissue, not organ tissue). Dr. Panigrahy also stated, without a reference, that NDMA caused increased levels of what he characterized as "pro-tumorigenic" proteins (TNF-α, IL-1, GM-CSF, and VEGF) in a bile duct cell line, though these proteins do not necessarily contribute to tumor formation and to my


Contains Confidential Information – Subject to Protective Order

knowledge are not generally referred to as "pro-tumorigenic." It is important here to note that cell lines were used. Cell lines are, by definition, genetically modified to exhibit characteristics consistent with several hallmarks of cancer, such as sustained proliferative signaling, resistance to cell death, and the ability to replicate almost indefinitely (immortality) (Hanahan 2011). Cell lines also almost always differ significantly from cells in the body in terms of metabolism, and most are derived from either cancer or fetal cells. For example, P450 2E1 levels or AGT levels may be much higher or much lower in immortalized cells. In sum, there appears to be little relevance of these *in vitro* cell line results to human health in this case.

Overall, none of these studies provide evidence that NDMA actually promotes tumor formation as a result of these observed non-genotoxic effects. More importantly, none of these proposed mechanisms are relevant to the NDMA levels seen in ranitidine products.

### E. Summary on NDMA Mutagenicity & Carcinogenicity and Relevance to Ranitidine Exposure

1. NDMA itself is a chemically inert molecule. NDMA is metabolized by P450 2E1, both activating and detoxicating NDMA.
2. P450 2E1 is expressed primarily in the liver, and oral NDMA up to at least 100,000 ng/kg in rodents, equivalent to up 7,000,000 ng in a 70 kg human and orders of magnitude higher than levels observed in ranitidine products, undergoes nearly complete first pass metabolism in the liver. This signifies that (i) very little (if any) orally ingested or intragastrically formed NDMA will enter systemic circulation, and (ii) only a fraction of the minor amounts that may enter systemic circulation will be activated in extrahepatic tissues as there is minimal P450 2E1 expression outside the liver.


Contains Confidential Information – Subject to Protective Order

3. Much less than 1% of ingested NDMA reacts with DNA in the liver and only a very minor amount (~0.007%) forms $O^6$-methyl guanine adducts, the DNA methylation product of most concern.
4. AGT rapidly repairs DNA $O^6$-methyl guanine, preventing subsequent damage (e.g., mutations and cancer) at low doses, including the very low doses observed in ranitidine products. AGT is produced throughout the body including in the liver, stomach, esophagus, pancreas, and bladder (with the highest amount in the liver). The AGT activity in extrahepatic tissues that can repair NDMA adducts greatly exceeds the P450 2E1 activity in those tissues that can activate NDMA. Even if the DNA escapes repair before cell division and a mutation occurs following very high doses of NDMA, there are extensive defensive mechanisms downstream to continually mitigate damage that may progress to cancer.
5. Liver cancer is the primary cancer observed in rodents administered very high doses of NDMA, which is consistent with P450 2E1 and AGT tissue expression. The experimental animal evidence does not support that NDMA, even at very high doses, causes tumors of the stomach, esophagus, pancreas, or bladder. There is clear evidence of a threshold for liver tumors in rats treated with lifetime doses of NDMA, with a threshold dose of approximately 30,000 – 80,000 ng/kg/day. This is equivalent to approximately 2,100,000 – 5,600,000 ng of NDMA/day for a lifetime in a 70 kg human, or a total lifetime NDMA dose of 54-143 billion ng. These NDMA levels are several orders of magnitude higher than levels ever reported in ranitidine products, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. The range of NDMA levels in ranitidine products for a 300 mg dose reported by the FDA and Australia TGA was 3.9-891 ng


Contains Confidential Information – Subject to Protective Order

(n=180) and <30-4,200 ng (n=135), respectively, with a median NDMA value of 270 ng from the Australian data.

6. There are also important interspecies differences that further limit the ability to extrapolate from animals to humans. Compared to mice and rats, humans on average have less P450 2E1 activity (NDMA activation) and greater AGT activity (NDMA repair) in liver and extrahepatic tissues, suggesting rodents are more susceptible to the mutagenic potential of NDMA and at lower equivalent doses than would be expected in humans. There is also interspecies variability in P450 2E1 and AGT activity between humans and larger mammals. Despite these differences, no carcinogenicity has been observed in long-term studies on NDMA in non-human primates, which are expected to be more similar models for humans than rodents. Lastly, no scientific or regulatory organization has classified NDMA as a known human carcinogen, underscoring the conclusion that there is insufficient evidence of carcinogenicity from studies in humans.

7. It is my opinion, to a reasonable degree of scientific certainty, that the scientific evidence does not support the conclusion that potential exposure to the low levels of NDMA from ranitidine ingestion causes any type of cancer.

## X. Ranitidine Preclinical Toxicology Studies Relevant to Carcinogenicity

Overall, there have been dozens of preclinical toxicology studies conducted on ranitidine and the evidence does not support a mutagenic or carcinogenic effect of ranitidine under physiologically relevant conditions. This is reflected in the FDA-approved labeling, which states: "There was no indication of tumorigenic or carcinogenic effects in life-span studies in mice and rats at dosages up to 2,000 mg/kg/day. Ranitidine was not mutagenic in standard bacterial tests (*Salmonella* [*typhimurium*], *Escherichia coli*) for mutagenicity at concentrations up to the


Contains Confidential Information – Subject to Protective Order

maximum recommended for these assays. In a dominant lethal assay, a single oral dose of 1,000 mg/kg to male rats was without effect on the outcome of 2 matings per week for the next 9 weeks" (Zantac Tablets Prescribing Information 2018).

### A. Ranitidine Long-Term & Carcinogenicity Animal Studies

Early safety assessment studies at GSK showed that there was no carcinogenicity observed in long-term studies in rats, mice, and dogs treated with ranitidine. As stated by the FDA in the approval for the initial Zantac NDA, a review of the "carcinogenicity studies did not give any indication that ranitidine was tumorigenic" (FDA Summary Basis of Approval for Zantac NDA 18-703).

The safety of ranitidine has been extensively tested in animals. I have reviewed the approximately one dozen studies with hundreds of rats, mice, and dogs — conducted over three decades — which all showed no evidence for cancer resulting from ranitidine. These were robust studies, involved both sexes of animals, and many were done under Good Laboratory Practices (GLP) guidelines. Ranitidine was administered for lifetime (rodents, 2 years) and long-term (dogs, 7 years) durations which is substantially longer than any equivalent exposure in humans. Nevertheless, the rodents did not develop cancer, suggesting whatever dose of NDMA was present was not sufficient to induce cancer in even a sensitive species. The strength of these findings is compelling because the studies are substantially longer than any equivalent exposure in humans. Furthermore, doses were much higher than human therapeutic doses, and in some studies the dose was as high as 2,000 mg ranitidine/kg body weight/day, which is 500-1,000 times higher than human doses (i.e., 150-300 mg ranitidine in a 70 kg adult or 2-4 mg/kg). Other long-term studies have been conducted on dogs which yield consistent results.

The only treatment-related effect observed with long term administration of high doses of ranitidine was gastric carcinoids in some female Sprague-Dawley rats (a species and sex


Contains Confidential Information – Subject to Protective Order

susceptible to this type of lesion) (GSK Report WPT/93/096; GSK Report WPT/94/381; Astra Study 610-184M; Astra Study 610-184S). Gastric carcinoids were also observed with famotidine (H2RA) and omeprazole (proton pump inhibitor (PPI)) treatment and at higher frequencies than seen with ranitidine. This lesion was attributed to prolonged hypergastrinemia, which is a result of the higher stomach pH afforded by all long-term acid suppressive treatments when administered at very high doses and prolonged durations; this also occurs with certain disease states associated with higher stomach pH. In addition to not being a unique consequence of ranitidine treatment, gastric carcinoids are not associated with NDMA carcinogenicity in rats (Peto 1991). In contrast, liver cancer is the primary cancer observed in rodents administered high doses of NDMA, but is not observed in animals administered high doses of ranitidine. In the long-term dog studies, there was no impairment of gastric secretory capacity.

Additionally, some of the ranitidine tablets were stored for 24 months before use in the dog studies, which is relevant to exogenous NDMA formation, with levels increasing over time (*vide supra)*. In many of the animal studies, ranitidine was administered in the diet and water along with nitrite and nitrate, and therefore the carcinogenicity of potential endogenous formation of nitrosamines from ranitidine was assessed in these studies. Furthermore, all of the rodent strains used in these studies are known to be sensitive to the potential carcinogenic effect of nitrosamines (GSK Report PATH/81/269; GSK Report PATH/80/247; Labuc 1982; Klaunig 1988). Table 5 summarizes the long-term animal studies on ranitidine; I have reviewed these files and concur with the conclusions.


Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| **Ranitidine Hydrochloride (Zantac®)** | | | |
| GSK Report PATH/81/269 (Study CAR 009) | C57BL Mice | Oral (diet)<br>200, 450 & 1000 mg/kg/day<br>104-106 weeks (2 years)<br>n=300 | • "No evidence was found to suggest that ranitidine hydrochloride is tumorigenic in mice: in particular, no gastric neoplasia was seen." |
| GSK Report PATH/80/247 (Study CAR 010) | C57BL Mice | Oral (diet)<br>100, 450 & 2000 mg/kg/day<br>114 weeks (2 years)<br>n=300 | • "No evidence was found to suggest that ranitidine HCl is tumorigenic in mice: in particular no gastric neoplasia was seen." |
| GSK Report A&H 88/801075 | Sprague-Dawley Rats | Oral (diet)<br>100, 450 & 2000 mg/kg/day<br>125-129 weeks (2 years)<br>n=300 | • "As a result of administering ranitidine orally to rats at levels of up to 2000 mg/kg/day for their normal lifespan, it was concluded that the compound is neither tumorigenic nor carcinogenic." |
| GSK Report WPT/94/381 (Study R13529) | Sprague-Dawley Rats (female) | Oral (gavage or diet)<br>11.25 & 2000 mg/kg/day<br>104 weeks (2 years)<br>n=160<br><br>[also administered famotidine & omeprazole to 160 rats each] | • Gastric carcinoids observed in ranitidine (0/60 low dose; 4/60 high dose), famotidine (0/60 low dose; 19/60 high dose), and omeprazole (1/60 low dose; 24/60 high dose) treated rats, although the increase was only statistically significant ($p<0.01$) for high dose famotidine and omeprazole.<br>• "This study confirms the association in the rat between acid suppression, hypergastrinaemia and gastric carcinoids. Carcinoids were induced at the low dose of omeprazole and at the high dosage with all three agents. As anticipated, the effects seen were related to the potency and the duration of action of the compounds, and to their method of administration." |
| Astra Study 610-184M [Havu 1990] | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage)<br>2000 mg/kg/day<br>107 weeks (2 years)<br>n=200 | • Gastric carcinoids: 32/200 ranitidine vs. 2/100 controls<br>• "In conclusion, the long-term treatment with ranitidine in rats showed the same ECL cell changes, inclusive carcinoids, as known for studies with other acid secretion inhibitors. It was also considered that these changes were a consequence of prolonged |

[23] In all studies except for GSK Report WPT/89/196, there was also a control group that received no ranitidine. The number treated in the chart reflects ranitidine treated animals and not the additional control group.


Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| | | | hypergastrinemia in an animal species predisposed to endocrine ECL cell changes." |
| Astra Study 610-184S | Sprague-Dawley Rats (female) | Oral (diet or diet/gavage)<br>2000 mg/kg/day<br>107 weeks (2 years)<br>n=220 | • Gastric carcinoids: 19/220 ranitidine vs. 0/160 controls<br>• "The present study show that treatment of rats for two years with ranitidine results in the development of gastric ECL-cell carcinoids. The results provide further support for the gastrin mechanism, i.e. that the development of ECL-cell carcinoids in the rat gastric mucosa is a consequence of prolonged hypergastrinaemia and is not a unique effect of any individual acid-inhibiting drug." |
| GSK Report WPT/89/196 (Study SAD098) [Spurling 1989] | Beagle Dogs | Oral (tablets)<br>50 mg/kg/day<br>397 weeks (7.6 years)<br>n=4 | • "No treatment related effects on the gastrointestinal tract were seen; indeed no findings of toxicological significance or tumours were seen in any organ…. No metaplastic or dysplastic changes were seen in any region of the stomach..." |
| GSK Report WPT/89/306 (Study SAD112) [Spurling 1989] | Beagle Dogs | Oral (tablets)<br>10 mg/kg/day<br>372 weeks (7 years)<br>n=12 | • Malignant tumors: 2/12 ranitidine vs. 4/12 controls<br>• "A number of non-neoplastic and neoplastic lesions were seen in treated and control dogs. These were not treatment related and were not unusual in view of the age of the animals…. No metaplastic or dysplastic changes were seen in any region of the stomach…" |
| **Ranitidine Bismuth Citrate (Tritec®)** | | | |
| GSK Report WPT/93/096 (Study R12404) | Sprague-Dawley Rats | Oral (diet)<br>80, 200 & 400-500 mg/kg/day<br>104 weeks (2 years)<br>n=360 | • "The only treatment related neoplasia was a single carcinoid in the fundic stomach in a high dose female. This is considered to be non-genotoxic in origin and to represent no undue hazard in the clinical use of GR122311X [ranitidine bismuth citrate]." |


Contains Confidential Information – Subject to Protective Order

| Study | Animal Species | Ranitidine Route, Dose, Duration & Number Treated[23] | Conclusions |
|---|---|---|---|
| GSK Report WPT/93/122 (Study M12403) | B6C3F1 Mice | Oral (diet)<br>160, 400 & 1000 mg/kg/day<br>104 weeks (2 years)<br>n=360 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed no effect on the type or incidence of neoplasia." |
| GSK Report WPT/93/201 (M13040) | B6C3F1 Mice | Oral (diet)<br>160, 400 & 1000 mg/kg/day<br>104 weeks (2 years)<br>n=306 | • "GR122311X [ranitidine bismuth citrate] was not oncogenic in mice…. Post mortem examination showed… no effect on the type or incidence of neoplasia." |

Table 5. Summary of Long-Term Animal Studies on Ranitidine.

Plaintiffs' experts have several criticisms of the long-term animal studies on ranitidine in an attempt to explain why carcinogenicity was not observed. For instance, they claim that the use of polymorph 1 form of ranitidine rather than the ultimately marketed polymorph 2 form of ranitidine is a limitation with respect to NDMA formation. In the solid state, ranitidine exists in more than one "polymorph" or "crystal form" based on certain intermolecular bonds. However, there is no evidence that polymorph 1 form has significantly different NDMA levels than polymorph 2 form. Moreover, polymorph 2 was found to be "thermodynamically more stable" than polymorph 1 (GSK Report WAP/86/006). Finally, the polymorphic form of ranitidine is not relevant to potential endogenous formation of NDMA, as the crystal form of a drug does not remain intact once dissolved in liquids such as saliva or gastric juice.

With respect to endogenous formation of NDMA, Plaintiffs' experts opine that because the vitamin E content in the diets of these studies was not taken into account, the potential for inhibition of nitrosamine formation was not considered. Plaintiffs' experts also claim that the vitamin E provided to the animals was especially high, though there is no indication that vitamin E was given in excess of what typically would have been given. Across these eight studies on


Contains Confidential Information – Subject to Protective Order

ranitidine hydrochloride, seven different diets were given. Around the time these studies took place, the recommended dietary level of α-tocopherol (one form of vitamin E) in experimental rat and mouse diets was determined by the Medical Research Council (a UK governmental body) to be 60 mg/kg (Clarke 1977). As these studies were conducted in the UK, I would expect that these various diets' vitamin E levels were formulated to provide about 60 mg/kg in order to prevent deficiencies. Dietary deficiencies in vitamin E would ideally be avoided as they may result in untoward effects, such as reproductive disorders in the rat (Clarke 1977), and potentially interfere with study results.

Because studies have shown that plasma levels of vitamin E in either rats administered 40-60 mg/kg of vitamin E or mice administered 20-30 mg/kg vitamin E do not differ from—or are lower than—the levels in humans (Jiang 2001), it is very unlikely that the mice and rats in the ranitidine carcinogenicity studies absorbed more vitamin E through their diet than a typical person does through his or hers. If vitamin E were inhibiting endogenous nitrosation and NDMA formation in the ranitidine carcinogenicity studies, this inhibition would similarly be occurring in the human body.

Also, in the context of endogenous nitrosation, Plaintiffs' experts discussed the rat carcinogenicity study in which 2.2 mg/kg of nitrite was measured in feed (GSK Report A&H 88/801075). Dr. Melnick used this single value to calculate that the rats—if hypothetically they had eaten an entire day's worth of feed in a single sitting—would achieve no more than 0.23 mM nitrite in their stomachs (note that this concentration is already in the upper range of physiologic nitrite in humans, which is 0.1-0.3 mM). This is inaccurate and would be an underestimation as it fails to take both dietary and drinking water nitrate into account, which Dr. Melnick himself stated can be transformed in the body to nitrite. Additionally, for one mouse carcinogenicity study, nitrite

content in food reached levels as high as 7.8 mg/kg (GSK Report PATH/81/269), almost 3-fold higher than this 2.2 mg/kg value Plaintiffs' experts selectively discussed. Thus, again, there is no reason to suspect that any theoretical *in vivo* nitrosation that may have occurred in these carcinogenicity studies would have been any different than what would occur in the human body.

GSK's long-term animal studies provided evidence that ranitidine is not carcinogenic. The studies were comprehensive, and the use of multiple species further ensured sensitivity in detecting tumors. The removal of vitamin E from feed or further addition of nitrate or nitrite to feed or water would not have provided any added value in terms of being informative of human cancer outcomes.

**B. Ranitidine Genotoxicity & Mutagenicity Studies**

A summary chart on the genotoxicity and mutagenicity results of ranitidine is included in Appendix B.

**i. Ranitidine**

Several studies have evaluated the mutagenicity of ranitidine, including a battery of tests performed as part of the FDA approval for the initial new drug application (NDA) 18-703. This included an *in vitro* bacterial mutagenicity assay known as the Ames test, which tested ranitidine at high concentrations, with and without metabolic activation, in several bacterial strains (GSK Study D1031/GSK Report PATH/80/240). Ranitidine was not mutagenic at concentrations of 0.09-30 mg/plate (i.e., 0.09-29 mM ranitidine) in *Salmonella typhimurium* strains TA98, TA100, TA1537, and TA1538 or 0.03-9 mg/plate (i.e., 0.03-9 mM ranitidine) in *Escherichia coli* strains WP2 and WP2 uvrA. All concentrations tested were in great excess of the peak blood concentrations of ranitidine (0.0017-0.0034 mM) obtained after a therapeutic 150-300 mg dose (Zantac Tablets Prescribing Information 2018). Inconsistent, weakly positive results were obtained in the Ames test in some experiments at 20-30 mg/plate in *S. typhimurium* TA1535 and at 9-30 mg/plate in *E. coli* WP67, although no mutagenicity was observed in either strain in the more


Contains Confidential Information – Subject to Protective Order

sensitive microtiter fluctuation assay. Sometimes false positives are seen in the Ames test, but the fluctuation test is known to be more accurate and is used to check the reliability in specialized cases.

GSK investigators concluded: "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug…. There is no reason to believe that ranitidine or any or its metabolites is mutagenic in a way that might be expected to lead to a toxic action of any kind in animals or man." This conclusion is similar to the FDA's in their Summary Basis of Approval: "In the Ames tests for mutagenicity weakly positive results were inconsistently obtained in *S. typhimurium* TA1535 and *E.coli* WP67 at concentrations of 20 to 30 mg/plate, which are in excess of recommended maximum concentrations for these assays (up to 5 mg/plate) and greatly in excess of any concentration that is possible in the human body at therapeutic doses. Also, there was no mutagenicity demonstrable in the more sensitive microtiter fluctuation test using either TA1535 or WP67. The metabolites of ranitidine were negative in the Ames test…" (FDA Summary Basis of Approval for Zantac NDA 18-703). FDA noted the recommended maximum concentrations for these assays is 5 mg/plate (a concentration in which no mutagenicity was observed in any strain), which is supported by FDA and international guidelines (FDA Guidance for Industry ICH S2A 1996 & ICH S2(R1) 2012; Gatehouse 1994). Concentrations > 5 mg can be toxic, and historically few if any compounds have been shown to be mutagenic at > 5 mg but not at the lower concentrations. Furthermore, the weakly positive results were observed in the absence of metabolic activation (S9 mix) and therefore could not be a consequence of NDMA, which requires metabolic activation for its mutagenic effect. In contrast to the ranitidine results, NDMA (in the presence of


Contains Confidential Information – Subject to Protective Order

metabolic activation) is strongly mutagenic in several strains in the Ames test (Bartsch 1976; Prival 1979; Araki 1984). Additional early studies by GSK found that high doses of ranitidine (up to 16-32 mM) were not mutagenic in several bacterial (Ames and fluctuation tests) and yeast mutagenicity assays (GSK Report PATH/77/153; GSK Report PATH/78/172).

Several additional *in vitro* studies on ranitidine have reported no genotoxic or mutagenic effect, including human cell-based genotoxicity assays (Hastwell 2009), bacterial mutagenicity assays (De Flora 1981 letter/De Flora 1983; Okumura 1984; Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation studies in Chinese hamster ovary cells (Maura 1983; Brambilla 1985), and an unscheduled DNA synthesis assay in rabbit gastric mucosa cells (Fryklund 1992). One study by Martelli et al. evaluated unscheduled DNA synthesis (UDS) in rat liver cell cultures and reported "[r]anitidine (3.3 mM) by itself was weakly positive only in one experiment" out of three experiments (Martelli 1983). The authors acknowledged there was substantial variability in results between experiments for all tested treatments and that this is often observed with this UDS test, which is a limitation of the assay. This highlights the importance of replication and that results must be considered in totality. In addition, the ranitidine concentration used (3.3 mM) was approximately 2,000-fold greater than the maximum blood concentration (0.0017 mM) obtained after a ranitidine 150 mg dose (Zantac Tablets Prescribing Information 2018). Furthermore, NDMA was used as the positive control in the study and had a substantially greater effect on UDS than ranitidine alone (32.3-50.7 grains/nucleus with NDMA vs. 3.0-8.6 grains/nucleus with ranitidine). Overall, this study neither demonstrates a genotoxic effect of ranitidine nor an indication that NDMA was a substantial impurity in ranitidine.


Contains Confidential Information – Subject to Protective Order

GSK also performed several *in vivo* animal mutagenicity and genotoxicity studies. These studies administered high doses of ranitidine to animals (up to 1,000 mg/kg) and subsequently performed genotoxicity assays in certain organ systems following treatment. No evidence of genotoxicity of ranitidine was found in an *in vivo* dominant lethal assay in male rats (GSK Report PATH/79/229), a bacterial mutagenicity assay (Ames test) of mouse urine (GSK Report PATH/80/240), a cytogenetic study in mouse spermatogonial cells (GSK Report WPT/83/037), a micronucleus test in mouse bone marrow cells (GSK Report WPT/83/056), an unscheduled DNA synthesis assay in rat gastric mucosa cells (GSK Report WPT/90/079 (Burlinson 1990)), or a sex-linked recessive lethal study in fruit flies (GSK Report WPT/86/029). Several other *in vivo* studies in mice and rats also demonstrated no genotoxic effect of ranitidine at high doses, including sister chromatid exchange (Brambilla 1983) and micronucleus tests (Okumura 1984) in mouse bone marrow cells and DNA fragmentation studies in rat liver and gastric mucosa cells (Brambilla 1983).

Three *in vivo* human studies have performed bacterial mutagenicity assays of human gastric juice or urine following ranitidine ingestion and have reported no mutagenic effect (GSK Report PATH/80/235; De Flora 1983; O'Connor 1987). In a study conducted by GSK, bacterial mutagenicity assays of gastric juice samples were negative following administration of ranitidine 150 mg to two healthy volunteers (GSK Report PATH/80/235). Urine samples from one of the volunteers was also assayed and showed no mutagenicity. De Flora et al. collected fasting human gastric juice samples from four individuals two hours after ingestion of ranitidine 150 mg tablets and from four untreated individuals (De Flora 1983). The Ames test was conducted using six *S. typhimurium* strains (TA97, TA98, TA100, TA1535, TA1537, and TA1538), with and without S9 mix, and "[g]astric juice samples from fasting individuals treated with ranitidine were devoid of


Contains Confidential Information – Subject to Protective Order

mutagenic activity." O'Connor et al. assessed mutagenicity in fasting gastric juice samples of 18 peptic ulcer patients before and during the final week of treatment with ranitidine 150 mg twice daily (n=10) or cimetidine 400 mg twice daily (n=8) (O'Connor 1987). Individuals were treated for an average of 8 weeks (range: 4-20 weeks) and mutagenicity was assessed using a modified fluctuation test (*S. typhimurium* strains TA98 and TA100) that incorporated stringent experimental procedures. "No significant change was detected in the mutagenic activity of fasting gastric juice following treatment for peptic ulceration with either cimetidine or ranitidine." The authors concluded: "These results provide no evidence that increased intragastric levels of genotoxic chemicals, such as N-nitroso compounds, occur during H2-receptor antagonist therapy." The advantage of the human studies is that they represent realistic conditions following therapeutic doses.

In conclusion, the mutagenicity testing on ranitidine has been extensive and the results do not support a mutagenic effect of ranitidine. Furthermore, because these findings demonstrate that ranitidine was not mutagenic, the studies would not have generated any signal that a mutagenic impurity, including NDMA, was present.

**ii. Ranitidine + Nitrite**

In addition to mutagenicity testing of ranitidine alone, several studies have evaluated the mutagenicity of ranitidine in the presence of nitrite. As part of the initial NDA, GSK evaluated the mutagenicity of ranitidine 10 mM incubated with nitrite 0.15-40 mM in acidic conditions (6% acetic acid, pH 2.6) under WHO Nitrosation Assay Procedure (NAP) standard (nitrite 40 mM) and modified (nitrite 0.15, 1.5, 7.5, and 15 mM) conditions (GSK Study D164 (Brittain 1981)). The WHO recognized that the nitrite levels used in the standard assay (40 mM) were in substantial excess of physiological gastric levels, and the lowest nitrite levels tested by GSK (0.15 mM)


Contains Confidential Information – Subject to Protective Order

represented the upper end of nitrite levels in the stomach after a nitrite rich meal (*vide supra*). The reaction solution of ranitidine 10 mM + nitrite 40 mM was not mutagenic in the Ames test in *S. typhimurium* TA1537 or *E. coli* WP67 and WP2 uvrA. In *S. typhimurium* TA1535 (the most sensitive strain to *N*-nitroso compounds), ranitidine 10 mM + nitrite 40 mM elicited a positive mutagenic response, both in the presence and absence of metabolic activation, at a reaction time of 1 hour, but not 4 hours. Furthermore, there was no mutagenicity observed at lower nitrite concentrations of 0.15-15 mM. When incubated in human gastric juice instead of 6% acetic acid, no mutagenicity was observed until both the ranitidine and nitrite concentrations were increased to 40 mM (GSK Report PATH/80/235).

Based on the results, GSK performed evaluations of the chemical reaction between ranitidine and nitrous acid in weakly acidic conditions and confirmed the chemical structures using X-ray crystallography and thin layer chromatography (GSK Study D164, BIO/80/11, & CR/368/81). At lower nitrous acid concentrations (≤1 molar equivalent), the reaction yielded an unstable nitrolic acid derivative (Fig. 49), which further decomposed to yield a basic furfuryl alcohol and a dihydrothiazine derivative. At excess nitrous acid concentrations, the reaction further yielded a *N*-nitroso nitrolic acid derivative, which was unstable except in the presence of excess nitrous acid and rapidly reverted back to the nitrolic acid. These four products of ranitidine nitrosation were then specially prepared in the laboratory and assayed for mutagenic activity by the Ames test in *S. typhimurium* TA1535 and TA1537. The only mutagenic product was the *N*-nitroso nitrolic acid derivative in *S. typhimurium* TA1535, which was mutagenic without metabolic activation at concentrations of 0.03-0.72 mg/plate but not at lower concentrations of 0.001-0.009 mg/plate.


Contains Confidential Information – Subject to Protective Order




Fig. 49. The reaction between ranitidine and nitrous acid (GSK Study D164; Brittain 1981).

NDMA was not identified as a nitrosation product in these studies. Even if NDMA had formed and was not detected, the positive results could not be contributed to NDMA because mutagenicity was observed in the absence of metabolic activation and further "metabolic activation with liver microsomal enzymes does not affect the result." Under standard WHO NAP conditions (ranitidine 10 mM + nitrite 40 mM for 1 hour) in *S. typhimurium* TA1535, there were 108 revertants (mutations)/plate without S9 mix and 79 revertants/plate with S9 mix (compared to the control of 19.7-23.3 revertants/plate), demonstrating the lack of an added effect of the liver enzymes (GSK Study D164). As described above, mutagenicity from NDMA is only observed in the presence of liver microsomal enzymes (e.g., S9 mix).

GSK concluded that the mutagenicity observed from the reaction of ranitidine 10 mM and excess nitrite 40 mM was attributable to the *N*-nitroso nitrolic acid derivative, which "cannot be formed under any probable physiological conditions" and therefore, "there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach." FDA's Summary Basis of Approval for ranitidine similarly states: "Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine. For this reason, and also because ranitidine was not carcinogenic in life-span studies in rodents, the in vitro nitrosation of ranitidine to a mutagenic nitrosamine does not seem to have practical clinical significance…. The reaction mixture was not mutagenic in *S. typhimurium* TA 1535 when the concentration of sodium nitrite was 15 mM or less… The concentration of 15 mM of sodium nitrite is 50 times the concentration achieved in the human stomach after ingestion of a dose of sodium nitrite six times the avg. daily consumption" (0.3 mM) (FDA Summary Basis of Approval for Zantac NDA 18-703). Overall, although this mutagenic nitrosated product of ranitidine was observed in laboratory settings, the FDA approved ranitidine, acknowledging the nitrite levels needed to generate this product were unrealistically large and clinically insignificant. As described in earlier sections of this report, this can be understood in the context of the two main features of toxicology: (i) hazard identification and (ii) risk characterization (section IV.A).

Several independent investigators have also evaluated the mutagenicity or genotoxicity of ranitidine combined with nitrite. De Flora et al. reported that mixing a high concentration of nitrite with ranitidine (or cimetidine) formed products, possibly *N*-nitrosamines, that produce mutations in the Ames test in some (but not all) *S. typhimurium* and *E. coli* bacterial tester strains (De Flora


Contains Confidential Information – Subject to Protective Order

1981 letter/De Flora 1983). Although the reaction products were not identified, the production of the mutations in the bacterial system did not require the addition of cytochrome P450 enzymes (e.g., liver S9 fraction), which is required if NDMA were the chemical causing the mutations. The authors discuss their results being inconsistent with the effect of NDMA, stating: "[p]reincubation with bacteria and S-9 mix, which is necessary for demonstrating the mutagenicity of dimethylnitrosamine [NDMA] did not influence the metabolic effects described" (De Flora 1981).

Brittain et al. responded, pointing out that the nitrite level used by De Flora (1981) "of 71 mmol/l [mM] is about 20,000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meal" (Brittain 1981). In the fully published study, De Flora et al. "agree[d] about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug" (De Flora 1983). They reported the "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine," but in the human stomach after a therapeutic dose of ranitidine and a nitrite rich meal, the molar concentration of nitrite (≤ 0.3 mM) would not be expected to exceed the ranitidine concentration (~ 1 mM). The authors also found their findings to be consistent with the presence of the *N*-nitroso nitrolic acid derivative (Fig. 49), shown only to exist following treatment of ranitidine with excess nitrous acid under non-physiological conditions. The De Flora studies on ranitidine also showed mutagenic effects from the reaction of cimetidine and famotidine with nitrite, further illustrating that NDMA was not the predicted product since the chemical structures of cimetidine and famotidine are different from ranitidine (Fig. 17, section V.A.) (De Flora 1981 letter; De Flora 1983; De Flora 1986).

As described above, the De Flora (1983) study also performed mutagenicity assays on samples of fasting gastric juice following ingestion of ranitidine 150 mg tablets in humans. The


Contains Confidential Information – Subject to Protective Order

authors reported: "Gastric juice samples from fasting individuals treated with ranitidine were devoid of mutagenic activity, and the addition of nitrite to these samples was also without a reproducible effect." On the other hand, nitrite itself in human gastric juice was found to be mutagenic in certain bacterial strains (*S. typhimurium* TA1537 and TA97) irrespective of ranitidine treatment, which has also been shown in other studies (Gatehouse 1982). This adds another layer of complexity to these studies because not only does the mutagenic effect of nitrite need to be isolated from that of the drug with nitrite, but also "the resulting risk should be related to the normal background of nitrosated compounds in the gastric environment, since potentially nitrosatable compounds are ubiquitous in the diet" (De Flora 1983).

Several other published studies on ranitidine combined with nitrite have reported mutagenic or genotoxic effects at supraphysiological nitrite concentrations, including *in vitro* bacterial mutagenicity assays (Franekic 1989), assays measuring bacterial response to genotoxicity (Ozhan 2003), yeast mutagenicity assays (Franekic 1989), DNA fragmentation in Chinese hamster ovary (CHO) cells (Maura 1983; Brambilla 1985), and unscheduled DNA synthesis in rat liver cells (Martelli 1983). Similar conclusions were made in *in vivo* studies assessing DNA fragmentation in rat liver and gastric mucosa cells and sister chromatid exchange in mouse bone marrow cells (Brambilla 1983). In contrast to the Ames bacterial mutagenicity test, these other assays measure less generally applied genotoxicity endpoints.

In the *in vitro* studies, genotoxicity of nitrosated ranitidine was largely observed in the absence of metabolic activation, arguing against NDMA as the causative agent. Other than the study conducted by GSK (GSK study D164/Brittain 1981), Maura et al. was the only other study to investigate the specific nitrosated ranitidine product generated (Maura 1983). Using thin layer chromatography (TLC), the authors concluded the nitrosation product formed was likely the *N*-


Contains Confidential Information – Subject to Protective Order

nitroso nitrolic acid derivative and that there was no evidence of NDMA formation. Furthermore, they discussed "the DNA fragmentation observed cannot be attributed to DMN [another abbreviation for NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells."

In addition to a lack of a signal for endogenous NDMA formation from these studies, the positive results were dependent on certain conditions, notably an acidic environment (~pH 2-3) and an excess molar ratio of nitrite-to-ranitidine. As the mechanism of action of ranitidine depends on its ability to raise the pH of the stomach, the gastric pH is likely to be higher in treated individuals. Most importantly though, the very high nitrite levels used in these studies, as well as the excess nitrite relative to the ranitidine dose, would not be observed in the human body and therefore the results are not clinically significant. Many of the investigators concluded that the nitrite concentrations used in their studies were substantially higher than physiological levels in the human stomach (on the order of hundreds to thousands) and therefore the nitrosamine formation from ranitidine, and any related mutagenicity, should be absent under therapeutic conditions (see Appendix B) (GSK study D164/Brittain 1981; Brambilla 1983; De Flora 1983; Maura 1983; Martelli 1983; De Flora 1986; Franekic 1989). This is in agreement with my opinion, as well as that of the FDA, who recently stated: "nonclinical mutagenicity studies with ranitidine from the early 1980s had used excessive nitrite concentrations, leading to questionable clinical relevance, as commented on by the authors of those studies" (Gao 2021).

### C. Summary on Ranitidine Preclinical Toxicology Studies

Overall, the preclinical toxicology testing on ranitidine was extensive and the evidence does not support a mutagenic or carcinogenic effect of ranitidine. Based on the recent evidence that NDMA can form from a slow degradation of the ranitidine molecule over time (King 2020), it is likely that NDMA contamination was present in at least some of the ranitidine samples used


Contains Confidential Information – Subject to Protective Order

in these studies. However, the level of NDMA was clearly too low to produce a mutagenic or carcinogenic effect, even in studies in which the animals were dosed for a lifetime with high doses of ranitidine (up to 2,000 mg/kg/day). This correlates with my opinion above that the levels of NDMA recently found in ranitidine products are orders of magnitude lower than the levels associated with liver tumors in rodents. The lack of an observed toxicological effect further adds to the existing data on why exogenous NDMA formation in ranitidine products was not reasonably foreseeable.

While a mutagenic effect was observed in genotoxicity studies on ranitidine with excess nitrite, (i) this only examines the potential endogenous formation of nitrosamines, not exogenous formation; (ii) the positive findings were largely observed in the absence of metabolic activation, implying NDMA could not be the causative agent; and (iii) the unrealistically large amount of nitrite used in these studies was substantially higher than physiological levels in the human stomach and thus not clinically relevant to therapeutic conditions. Furthermore, even if endogenous formation of NDMA were indeed occurring, the long-term animal studies using high ranitidine doses for lifetime durations demonstrate that this does not result in a carcinogenic effect.

It is worthwhile to note that no scientific or regulatory organization has evaluated and classified ranitidine as a known or probable carcinogen in any species (e.g., there is no IARC or NTP monograph on ranitidine) due to the repeated lack of mutagenic or carcinogenic effect observed since it was initially developed. It is my opinion, to a reasonably degree of scientific certainty, that the preclinical toxicology studies do not support the conclusion that clinically relevant doses of ranitidine cause mutations or cancer.


Contains Confidential Information – Subject to Protective Order

## XI. Ranitidine and Potential Endogenous Formation of NDMA

The potential endogenous formation of NDMA after ingestion of ranitidine has been studied in several *in vitro* and human studies. Overall, there is no reliable or consistent evidence that ranitidine can endogenously form NDMA in the human body.

### A. *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid

*In vitro* studies may be used to understand the *potential* for endogenous formation of NDMA in the stomach, "however, *in vitro* nitrosation studies cannot accurately define the conditions under which biological nitrosation takes place in the mammalian body" (WHO Symposium 1978). In simple terms, a test tube cannot be a substitute for the complexities of the human body. These studies often do not account for the pharmacokinetic (ADME) properties or pharmacodynamic interactions (e.g., interactions with other substances in the body that may compete, enhance, or inhibit reactions) of a chemical. They also often use non-physiological conditions, including excess drug and nitrite concentrations, excess nitrite relative to drug, and prolonged reaction times. The drug (10 mM) and nitrite (40 mM) concentrations recommended in the WHO nitrosation assay procedure (NAP) test were intentionally high in order to "provide an adequate excess of nitrite to promote the reaction, and the absolute concentrations are appropriate to the sensitivity of some available methods for quantitative estimation of resulting N-nitroso compounds" (WHO Symposium 1978). In other words, these concentrations were not attempting to simulate realistic conditions. The concentration of a therapeutic oral dose of 150 mg of ranitidine in the stomach is approximately 1 mM when ingested with a meal (gastric juice volume ~500 mL) to 10 mM when ingested during fasting conditions (gastric juice volume ~50 mL) (Tanner 1982 (GSK Report WBP/82/011); Gillatt 1985). Nitrite levels have been measured in human gastric juice and are in the range of 0.001-0.03 mM for fasting conditions and up to a maximum of 0.1-


Contains Confidential Information – Subject to Protective Order

0.3 mM following a nitrite or nitrate rich meal (Walters 1976; Brittain 1981; Gatehouse 1982; Eisenbrand 1984; Mueller 1986; Sobala 1991; Xu 1993; Mowat 1999; Brambilla 2007; Gao 2021). Nitrite levels following ranitidine ingestion (combined fasting/fed) have also been reported, with average concentrations of 0.003-0.03 mM and a range of <0.001-0.22 mM (Garcia del Risco 1984; Thomas 1987; Houben 1996). Therefore, the nitrite-to-ranitidine molar ratio expected in the human stomach after an oral 150 mg dose ranges from a low of 0.001 mM:10 mM in fasting conditions (i.e., 0.0001:1 or 1:10,000) to a conservative maximum of 0.3 mM:1 mM after a nitrite rich meal (i.e., 0.3:1 or 1:3). Thus, under realistic conditions, the nitrite concentrations are below the ranitidine concentrations on a molar basis and usually on the order of hundreds to thousands times lower (unlike the WHO NAP test where nitrite is 4x greater). Furthermore, the pH of the stomach increases following a meal. Thus, a nitrite or nitrate rich meal will raise the gastric pH in addition to the gastric nitrite concentration. As pH increases, the proportion of protonated nitrite ($HNO_2$) decreases, which is the nitrite species necessary for nitrosamines to form (*vide supra*) (Mirvish 1970; Mirvish 1975; Gao 2021). Simply put, a higher nitrite concentration in the setting of a higher pH does *not* mean more NDMA will form since there will be less protonated nitrite available. Lastly, the reaction times for these experiments range from 1-24 hours. Following an oral dose of ranitidine, peak blood levels occur within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). Therefore, most of the ranitidine is out of the stomach within a few hours. Even if some of ranitidine is in the stomach 1-3 hours after the dose, certainly the whole dose is not there (which is what these experiments are testing) as a drug is emptied from the stomach throughout the digestive period (Gao 2021).

**i. Tanner 1982**


Contains Confidential Information – Subject to Protective Order

As part of the mutagenicity testing for the initial NDA, GSK evaluated the mutagenicity of ranitidine (10 mM) + nitrite (0.15-40 mM) in acidic conditions and found a mutagenic effect only at the highest nitrite concentrations (40 mM) (*vide supra*) (GSK Study D164; Brittain 1981). Using X-ray crystallography, they determined the nitrosation product formed at the supraphysiological nitrite levels was the *N*-nitroso nitrolic acid derivative. A later independent study by Maura et al. came to the same conclusion regarding this nitrosation product using thin layer chromatography (Maura 1983).

In a subsequent study in 1982, GSK (Glaxo at the time) conducted an *in vitro* study specifically testing whether NDMA can be formed from the reaction of ranitidine with nitrite in acidic conditions (Tanner 1982 (GSK Report WBP/82/011)). This experiment was conducted as there was published literature on the formation of NDMA under certain conditions with nitrite and other drugs containing dimethylamino groups. Ranitidine was incubated with sodium nitrite ($NaNO_2$) in 10 mL of 6% acetic acid or gastric juice for 4 hours at 37 °C. Several concentrations of ranitidine and $NaNO_2$ were tested (Table 6). Control incubations without drug were also carried out with each experiment and NDMA content was determined by gas chromatography-mass spectrometry (GC-MS). The investigators reported: "NDMA was formed in 3.1% yield, based on ranitidine hydrochloride, in the WHO NAP test, (40 mM nitrite, 10 mM ranitidine, 6% acetic acid). The yield decreased to 0.74% when the test conditions were modified by increasing the drug concentration to 40 mM. Further in vitro incubations were carried out in gastric juice at pH 3 and in 6% acetic acid. These reactions simulated the concentrations of ranitidine (1 mM) and nitrite (0.3 mM) expected in the human stomach after oral administration of 150 mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a weak signal similar to that observed from a control incubation without drug."


Contains Confidential Information – Subject to Protective Order

| Conditions | Ranitidine + Sodium Nitrite | Medium | NDMA Formation |
|---|---|---|---|
| Physiological | 1 mM + 0.3 mM | Gastric Juice (pH 3) | Similar to control |
| | 1 mM + 0.3 mM | 6% Acetic Acid | Similar to control |
| Supraphysiological | 10 mM + 40 mM | 6% Acetic Acid | 232,000 ng (3.1% yield) |
| | 40 mM + 40 mM | 6% Acetic Acid | 219,000 ng (0.74% yield) |

Table 6. *In vitro* NDMA formation from different concentrations of ranitidine and nitrite (Tanner 1982 (GSK Report WBP/82/011))

As described earlier, the WHO NAP conditions intentionally use excess levels of both drug (10 mM) and nitrite (40 mM or at least 133-fold higher than the maximum levels after a nitrite rich meal). Even under these extreme conditions, NDMA was formed at a low yield of 3.1%. When the ranitidine concentration was increased to 40 mM, decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1, the NDMA yield decreased to 0.74% (based on drug). This demonstrates that not only are excess concentrations needed for the reaction to occur, but that an excess molar ratio of nitrite-to-ranitidine is required, which is not seen in physiological conditions. Furthermore, GC-MS was used to determine NDMA concentrations, so values presented are likely overestimated and cannot be accurately relied on (FDA 10/02/19 and 04/01/20; Alshehri 2020). Most importantly, this study found no increase in NDMA formation in simulated gastric conditions using physiological levels of both drug and nitrite.

Another interesting finding in the GSK 1981 Special Report to the Medicines Division was that when 1 mM ranitidine was mixed with 0.3 mM sodium nitrite, there was a loss of nitrite, more pronounced at lower pH. At pH 3, 92% of the nitrite had disappeared after 30 minutes. Thus, ranitidine appears to react very rapidly and irreversibly with nitrous acid below pH 4. The products of the reaction were not identified in this study but are expected to be the nitrolic acid derivative, which further breaks down to the furfuryl alcohol and a dihydrothiazine derivative (Fig. 49, section X.B.), which are all non-mutagenic products. The Tanner 1982 study supports the conclusion that


Contains Confidential Information – Subject to Protective Order

NDMA is not formed at these concentrations. As pointed out in the report, this reaction might be advantageous in terms of removing nitrite from the stomach and preventing its reaction with other amines.

The non-physiological WHO NAP conditions of 10 mM ranitidine + 40 mM nitrite in 6% acetic acid used in this study were the same conditions used in the prior GSK mutagenicity study (GSK Study D164). There are a few possible explanations for why NDMA was not detected in the prior study. First, it is now well established that the use of GC-MS for determining NDMA levels from ranitidine produces artificially high levels of NDMA, so the results from the Tanner 1982 study are unlikely to be accurate representations of the true NDMA levels. Second, if NDMA was present but at low concentrations, it may not have been detected due to less sensitivity of older technologies and/or because NDMA was not specifically looked for in the prior study (i.e., the needle in the haystack issue). However, even if NDMA had formed in the prior study, it could not be the contributor of the mutagenicity observed as an effect was seen in the absence of metabolic activation, which is required for the mutagenic effect of NDMA. In the Summary Basis of Approval for Zantac, the FDA stated: “Although N-nitroso-nitrolic acid was a potent mutagen, it is not likely to be formed in the stomach of a patient ingesting ranitidine, as an unrealistically large amount of nitrite needs to be present to form and maintain the nitrosamine” (FDA Summary Basis of Approval for Zantac NDA 18-703). This same unrealistically large amount of nitrite was needed for NDMA formation in the Tanner 1982 study and under realistic conditions, no NDMA was formed.

**ii. Darkin 1982**

A similar study using WHO NAP conditions was conducted by Smith Kline and French in 1982 (Darkin 1982). Different formulations of ranitidine (10 mM) were incubated with sodium


Contains Confidential Information – Subject to Protective Order

nitrite (40 mM) in an acidic solution (pH 3) at 37 °C for 1, 4, and 24 hours. The molar yield of NDMA detected from ranitidine was 1.3-1.8% at 1 hour, 2.4-2.7% at 4 hours, and 3.8-3.9% at 24 hours. NDMA was also formed under these conditions for other tertiary amine drugs tested (chlorpromazine and oxytetracycline). When the nitrite concentration was reduced to 10 mM (decreasing the nitrite-to-ranitidine molar ratio from 4:1 to 1:1), the NDMA molar yield from ranitidine decreased to 0.007%, 0.04%, and 0.12% at 1, 4, and 24 hours, respectively. All of the comments above about the supraphysiologic and unrealistic conditions of the WHO NAP test apply to this study as well. An incubation time of 24 hours is also unrealistic, particularly given the known pharmacokinetics of ranitidine. Lastly, NDMA was determined using gas chromatography-thermal energy analyzer (GC-TEA) analysis, so values presented for ranitidine are likely overestimated and cannot be accurately relied on since ranitidine is thermally degraded by the heat in the GC method (*vide supra*).

**iii. Gao 2021**

The FDA conducted *in vitro* simulated gastric fluid (SGF) and simulated intestinal fluid experiments to evaluate if ingestion of ranitidine forms NDMA endogenously in the stomach and intestine, respectively. The overall conclusions from the studies were released in 2019, in which the FDA reported the "results of these tests indicate that NDMA is not formed" in the stomach or small intestine (FDA 11/01/19).

The full methodology and results of the FDA study were published in a peer-reviewed journal in June 2021 (Gao 2021). Ranitidine 150 mg tablets were incubated in 50 mL or 250 mL of simulated gastric or intestinal fluid (ranitidine concentration of 9.5 mM and 1.9 mM, respectively) at a range of nitrite concentrations and pH levels for 2 hours at 37 °C. NDMA was analyzed using the FDA's validated LC-HRMS method. In the first set of experiments using


Contains Confidential Information – Subject to Protective Order

supraphysiological nitrite concentrations (10 mM), the level of NDMA formed in simulated gastric fluid decreased with increasing pH, from 11,822 ng at pH 1.2 to 222 ng at pH 5 (Fig. 50A). Even though excess nitrite was used (10 mM), no NDMA was detected in simulated intestinal fluid at a neutral pH of 6.8, which is concordant with the pH dependence of the reaction. Subsequent experiments were performed in simulated gastric fluid at pH 1.2 (the conditions associated with the highest NDMA formation) at varying physiological (0 and 0.1 mM) and supraphysiological (1, 5, and 10 mM) nitrite concentrations. NDMA was not formed until supraphysiological nitrite levels were added – e.g., when 10 mM of nitrite was added to 50 mL of simulated gastric fluid (9.5 mM ranitidine), 15,067 ng of NDMA was detected, and when 5-10 mM of nitrite was added to 250 mL of simulated gastric fluid (1.9 mM ranitidine), 7,353-23,453 ng of NDMA was detected (Fig. 50B).[24]




Fig. 50. *In vitro* NDMA formation from ranitidine with (A) supraphysiologic nitrite concentration (10 mM) and increasing pH (1.2-5.0) in 50 mL of simulated gastric fluid; and (B) pH 1.2 and increasing nitrite concentration (0-10 mM) in 50 mL or 250 mL of simulated gastric fluid (adapted from Gao 2021).

[24] In 50 mL of simulated gastric fluid, NDMA was detected at mean levels of 21-24 ng when 0-5 mM of nitrite was added, which was equivalent to the preformed NDMA amount present in the ranitidine tablets, thus not reflecting an additional endogenous formation. No NDMA was detected in 250 mL of simulated gastric fluid with <5 mM of nitrite. The limit of detection was 0.33 ng/mL.

Based on the known chemistry and kinetics of NDMA formation (*vide supra*), the results of this study are exactly what would be expected. Endogenous NDMA formation required a combination of all of the following factors: (i) an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine (≥ 1:1), (ii) supraphysiological nitrite levels (≥ 5 mM), and (iii) an acidic pH. Most importantly, this combination of factors would never occur in the human stomach. As described above, under therapeutic conditions, the nitrite concentration in the stomach is not expected to exceed the ranitidine concentration on a molar basis. One of the most notable aspects of the study was FDA's superior effort to systematically review and synthesize the data on nitrite concentrations in the stomach to establish levels that constitute physiologic and supraphysiologic levels at various pH values. Their summary included data from 26 clinical studies reporting simultaneous measurements of gastric pH and nitrite concentration from various patient populations with different disease states, receiving different medications, and tested in fasted and fed states. Many included studies were from the 1970s and 1980s and had patient populations that would be expected to have higher gastric nitrite concentrations than today since nitrite content in many foods was significantly higher then and there was a much higher rate of surgical treatment for ulcers, which resulted in higher gastric nitrite concentrations due to altered gastric anatomy and physiology.

Gao et al. (2021) concluded that the supraphysiological nitrite level (5 mM) needed to promote the reaction was at least 50-fold greater than the conservative upper bound for physiologic gastric nitrite levels (0.1 mM) at acidic pH (pH <6). However, since nitrite and pH levels directly correlate, 5 mM nitrite at pH 1.2 is more accurately at least 600-fold greater than the upper bound of physiologic gastric nitrite levels at pH <2 (<0.01 mM) (Fig. 51) (Gao 2021). Although at higher pH (expected after a meal or with ranitidine therapy) the nitrite levels may increase, they are still


Contains Confidential Information – Subject to Protective Order

at least 50-fold lower than needed to form NDMA based on experiments conducted at lower pH (Figs. 50B and 51). However, this reaction is much less favored (i.e., less NDMA is formed) at higher pH (Fig. 50A) because the percentage of total nitrite ($NO_2$) that is protonated ($HNO_2$) (i.e., the nitrite species required for nitrosation) decreases with increasing pH. In other words, even if the nitrite concentration increases in the stomach at higher pH, the concentration of protonated nitrite available may remain constant, or decrease below, the levels seen in acidic, fasting conditions (Figs. 25 (section VI.D.) and 52).




Fig. 51. Summary of nitrite concentration and pH in ranitidine simulated gastric fluid studies (Gao 2021; Zeng & Mitch 2016; Braunstein 2021) compared with clinical studies (Hall 1986; Milton-Thompson 1982; Xu & Reed 1993) (Figure adapted from Gao 2021). The light green shaded area represents the region where formation of NDMA was observed in simulated gastric fluid with supplemental nitrite across different pH values. This region is bounded at the bottom by a green dashed horizontal line, which indicates the lowest *in vitro* nitrite concentration (5 mM) with NDMA formation. The nitrite concentration needed to form NDMA is at least 50-fold greater compared to the maximum nitrite concentration found in clinical studies.
a = NDMA detected may be from background amounts in the ranitidine tablets used in the study by Braunstein et al. b = 0 mM nitrite. (Note that this plot is a logarithmic scale).


Contains Confidential Information – Subject to Protective Order




Fig. 52. pH dependence of measured nitrite ($NO_2$) and calculated protonated nitrite ($HNO_2$) concentration from the clinical study by Xu & Reed 1993, which included 457 patients undergoing upper endoscopy for various gastrointestinal conditions. The figure shows that at pH levels of less than 5, increases in total nitrite concentration are offset by the decreased amount of nitrite that is protonated, such that protonated nitrite remains approximately constant. With pH levels greater than 5, protonated nitrite concentration decreases rapidly as pH increases. (Figure adapted from Gao 2021).

As with any *in vitro* study, there is the intrinsic limitation that the study took place in a test tube and not the human body. However, the FDA conducted the Gao 2021 study in concert with a randomized clinical trial in humans (Florian 2021, discussed below) that further supports the conclusion that ranitidine does not form NDMA endogenously in the human body. The Gao 2021 study was a very well-conducted study and the only simulated gastric fluid study on ranitidine that properly considered the simultaneous effect of pH and nitrite on NDMA formation under physiological gastric conditions. While Plaintiffs' experts criticize this study for not considering certain conditions, such as chronic use of ranitidine or a nitrite-rich meal in an obese person with a stomach volume of 2 liters, these conditions would be associated with a higher gastric pH. As


Contains Confidential Information – Subject to Protective Order

described above, it is well established that less NDMA forms at higher pH. Any theoretical arguments Plaintiffs' experts make that this study did not consider potential accelerators of nitrosation (such as thiocyanate) can similarly be made about potential inhibitors of nitrosation (such as vitamins C and E, which they selectively argue were not considered in *in vivo* studies that do not support an increase in endogenous NDMA formation). At most, the potential effect of nitrosation modulators in the human body is hypothetical since much of this evidence is from experimental studies using supraphysiological concentrations (*vide supra*). In fact, the criticism that Gao should have considered accelerators of nitrosation are undermined by Dr. Najafi's own data which show that incubation of ranitidine with thiocyanate plus physiological levels of nitrite had no effect on NDMA levels, as discussed further below.

In summary, I concur with the FDA's conclusion that "[t]he results of this *in vitro* study suggest that ranitidine does not convert to NDMA in the human stomach or small intestine under physiological conditions." Additional *in vitro* simulated gastric fluid studies on ranitidine have been conducted recently. Overall, while these studies vastly differ in methodological rigor, the results are consistent with the FDA study in that NDMA is not formed unless supraphysiological levels of nitrite are added to the simulated gastric fluid, which would not be expected under human biological conditions.

**iv. Zeng & Mitch 2016**

Zeng and Mitch performed several *in vitro* nitrosation studies on ranitidine (Zeng & Mitch 2016). In the first experiment, the authors used the same conditions as Maura 1983 – a 2:1 nitrite-to-ranitidine molar ratio, pH <1 and incubation at 37 °C – and reaction products were detected using liquid chromatography-high-resolution mass spectrometry (LC-HRMS). Note, the Maura et al. study stated the "twofold molar amount of nitrite [was] a nitrite/ranitidine ratio about 1000

times that likely to occur in gastric juice of treated humans." However, even under these extreme conditions, NDMA was not formed.

Additional experiments were conducted under simulated gastric conditions at a constant ranitidine concentration of 5 mM in 10 mL reaction volume with varying pH (2.03-5.25) and nitrite-to-ranitidine molar ratios (0-10:1 molar ratio using $NaNO_2$ concentrations of 0-50 mM). Reaction mixtures were incubated at 37 °C for 24 hours and NDMA was analyzed using gas chromatography ion trap mass spectrometry (GC-IT-MS). At a constant 5:1 nitrite-to-ranitidine molar ratio (25 mM $NaNO_2$ (a supraphysiologic nitrite concentration) and 5 mM ranitidine), NDMA formation decreased with increasing pH, particularly above pH 3.5. At a constant pH 3.01, NDMA formation increased with increasing nitrite-to-ranitidine molar ratios. Based on the figure in the study, it appears NDMA was first detected at pH 3 at a nitrite-to-ranitidine molar ratio of >1:1 or when >5 mM nitrite was incubated with 5 mM ranitidine. As described above, this is consistent with the Gao 2021 study that found an excess (or at least an approximate equal) molar ratio of nitrite-to-ranitidine (≥ 1:1), supraphysiological nitrite concentrations (≥ 5 mM), and acidic pH were required for NDMA formation from ranitidine. Furthermore, the incubation period of 24 hours is completely unrealistic; not only is ranitidine not in the stomach for 24 hours, it would be completely eliminated from the entire body by 24 hours. Following an oral dose of ranitidine, peak blood levels are achieved within 1-3 hours and the elimination half-life is 2.5-3 hours (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984). In addition, NDMA was not formed at higher gastric pH levels (pH >3.5), which often occurs following ranitidine treatment and ingestion of a meal, which is when nitrite levels would be highest.

Finally, the NDMA levels reported are very likely artificially high because GC-MS was used in the latter experiments. As will be described in more detail in section XI.C., this article was


Contains Confidential Information – Subject to Protective Order

retracted by the authors on May 4, 2021, stating: "Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable." Gas chromatography was also used in the *in vitro* SGF experiment and the authors discussed in an internal communication that "the acid-nitrite tests might have been influenced in terms of NDMA yields if measured by GC/MS" (Email from Dr. Mitch to Dr. Zeng 10/26/20 [MITCH001204]). I agree that, on top of the unrealistic nitrite levels used, the use of GC methods may have further overestimated the reported NDMA levels. Overall, the Zeng & Mitch 2016 *in vitro* experiments do not provide any reliable evidence that NDMA forms in the human stomach following ranitidine ingestion. Furthermore, since the entire publication was retracted, none of the experiments conducted can be considered valid or reliable.

**v. Valisure**

In the 2019 Valisure Citizen Petition, Valisure conducted simulated gastric and intestinal fluid studies using their low temperature (37 °C) GC-MS methodology (Valisure Citizen Petition 2019). Ranitidine 150 mg tablets were incubated in 100 mL reaction volumes (ranitidine concentration of 4.8 mM) for 1 hour. No NDMA was detected when a 150 mg ranitidine tablet was incubated in simulated intestinal fluid, simulated gastric fluid, or simulated gastric fluid + 10 mM $NaNO_2$. Following incubation in simulated gastric fluid with 25 mM $NaNO_2$ and 50 mM $NaNO_2$, 23,600 ng and 304,500 ng of NDMA was formed, respectively. However, these nitrite levels are on the order of hundreds to thousands times higher than the amount of nitrite found in the human stomach (0.001-0.3 mM).


Contains Confidential Information – Subject to Protective Order

In 2021, Valisure and some researchers from Memorial Sloan Kettering performed additional simulated gastric fluid studies on ranitidine using LC-HRMS. Some of the results were published in a *JAMA Network Open* research letter, and additional results were made available on the medRxiv preprint server[25] (Braunstein 2021 *JAMA Network Open* letter; Braunstein 2021 medRxiv preprint manuscript). In the published letter, ranitidine 150 mg tablets were incubated in 100 mL (4.8 mM ranitidine) of simulated gastric fluid at 37 °C for 2 hours at varying nitrite concentrations (1-50 mM) and pH (1.2-5.5). NDMA formation increased with increasing nitrite levels and decreasing pH (Fig. 53). At 50 mM $NaNO_2$, maximum NDMA levels of 612,000 ng were formed at pH 2.5 and decreased to 3,310 ng at pH 5.5. At a constant pH of 2.5, NDMA levels increased from 947 ng at 1 mM $NaNO_2$ to 320,000 ng at 50 mM. In the Braunstein et al. medRxiv manuscript, additional experiments were performed at a constant pH of 1.2 and varying nitrite concentrations, which generated less NDMA than the experiment at pH 2.5, and at a constant pH of 2.5 with varying nitrite concentrations and incubation times (1-4 hours), which showed more NDMA with increasing time.




Fig. 53. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying (A) sodium nitrite concentrations of 1-50 mM (at pH 2.5) and (B) pH levels of 1.2-5.5 (at 50 mM $NaNO_2$) (Figure from Braunstein 2021 *JAMA Network Open* letter).

[25] medRxiv preprints are preliminary manuscripts that have not been evaluated by peer review.

Notably, unlike the other studies discussed so far, the Braunstein articles did not report any experiments at physiological nitrite concentrations (≤ 0.3 mM) despite claiming in their title the study used "physiologic conditions" (without providing a single reference for support). The FDA shared this same concern, stating: "None of the experiments in the study by Braunstein et al included physiological conditions" (Gao 2021). Even the lowest nitrite concentration of 1 mM was still 65-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (the only pH tested using 1 mM nitrite) (Fig. 51) (Gao 2021). Furthermore, as the pH increased over 2.5, which often occurs with ranitidine treatment, NDMA levels decreased.

However, early drafts of the Braunstein letter produced in this litigation show that 1 mM nitrite was not the lowest nitrite concentration tested (VAL-BI 00025-00039). The authors also ran experiments using 0, 0.005, 0.01, 0.025, 0.05, 0.25, and 0.5 mM nitrite, and many of these concentrations fall in the physiological range. These data show that the average amount of NDMA detected was approximately the same (~1000 ng) for the nine nitrite concentrations tested between 0-2.5 mM nitrite and that the NDMA levels did not increase until 5 mM of nitrite was added. As shown in Figure 54, when all the data is plotted using the same logarithmic scale utilized in Braunstein 2021 (Fig. 53A), a different picture emerges. This data demonstrates that the constant level of NDMA detected at 0-2.5 mM nitrite represents the background exogenous levels in the tablet and not additional endogenous formation, a fact that was predicted by the FDA (Gao 2021) and now confirmed.[26] Thus, NDMA was not formed until approximately 5 mM of nitrite was

[26] Additional raw data from this experiment produced in this litigation show that the exogenous levels in the Zantac Cool Mint tablets used in this experiment ranged from 1809-2608 ng (n=5), with a mean of 2079 ng (VAL-BI 00310). Based on a comparison between this document and the draft/final Braunstein 2021 *JAMA Network Open* paper, it appears the authors subtracted the mean exogenous levels from the simulated gastric fluid data, which is consistent with the methods they used in the medRxiv paper. However, the mean value does not take into consideration the large variability observed over the 5 samples tested (1809-2608 ng) and explains the ~1000 ng background exogenous levels observed in the experiments using 0-2.5 mM nitrite. This was noted in the medRxiv paper, but not the *JAMA Network*

added to the incubation, which is consistent with the FDA experiment (Gao 2021). A nitrite concentration of 5 mM is over 300-fold higher than the maximum nitrite levels (0.015 mM) detected in clinical studies at pH 2.5 (Gao 2021). The omission of this data from the publication and to the public is scientifically misleading and changes the interpretation of the findings.




Fig. 54. *In vitro* NDMA formation in simulated gastric fluid from ranitidine with varying sodium nitrite concentrations of 0-50 mM (at pH 2.5) (Figure created from Table 1.B. in VAL-BI 00025-00039).

### vi. Emery Pharma

Emery Pharma has conducted several simulated gastric fluid studies and WHO NAP tests on ranitidine. None of the results of these experiments are peer-reviewed; some of the results are publicly available as presentations, some are in a draft manuscript produced in this litigation, and some were newly presented in the report of Plaintiffs' expert Dr. Najafi (Emery Pharma's CEO).

*Open* paper, in which the authors stated due to high background NDMA levels in the Cool Mint (CM) tablets, "conditions resulting in relatively low NDMA formation in CM tablets display considerable quantification variability."


Contains Confidential Information – Subject to Protective Order

In publicly available presentations and a draft manuscript produced in this litigation, Emery Pharma presented the results of a simulated gastric fluid study on ranitidine (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021 [MITCH000424-447]). Ranitidine was incubated at 37 °C for 2 hours and NDMA levels were measured using ultra-high performance liquid chromatography-triple quadruple mass spectrometry (UHPLC-QqQ-MS). When ranitidine was incubated in water, 123 ng of NDMA/150 mg tablet (0.82 ng/mg) was detected, which represents the preformed NDMA levels in the tablet. When ranitidine was incubated in simulated gastric fluid without nitrite at pH 1.2, the amount of NDMA was similar (135 ng/tablet), indicating no additional NDMA formation in standard simulated gastric fluid conditions. However, NDMA levels increased to 602 ng/tablet (4 ng/mg or 479 ng/tablet formed when subtracting the preformed levels) when incubated in SGF + 50 mM $NaNO_2$, which is an exceptionally unrealistic nitrite concentration. Additional simulated gastric fluid experiments were conducted by Emery Pharma on other medications in this study (Emery Pharma Draft Manuscript 2021 [MITCH000424-447]). NDMA levels were detected in cimetidine incubated in both water and SGF + 50 mM $NaNO_2$ (similar amounts in each), and levels were notably higher than ranitidine at approximately 12 ng/mg or 9,600 ng/day for an 800 mg daily cimetidine dose. NDMA was also detected in several drugs with terminal dimethylamino groups under SGF + 50 mM $NaNO_2$ conditions only, including metformin (34.6 ng/mg), chlorpheniramine (1.6 ng/mg), venlafaxine (1.2 ng/mg), diphenhydramine (0.3 ng/mg), doxylamine (15.8 ng/mg), and doxepin (8.1 ng/mg). Again, many of these values were higher than observed for ranitidine, including metformin at 69,200 ng/day for a 2000 mg daily dose.

Results from additional studies conducted by Emery Pharma are presented in Dr. Najafi's expert report. As an overall comment, necessary information on methods and validation were


Contains Confidential Information – Subject to Protective Order

missing from his report for many of these experiments. Furthermore, not all of the results were included for all experiments. The lack of this information made interpreting these studies difficult, if not impossible. Following the submission of Dr. Najafi's report, subsequent files were produced in a rolling manner in relation to his report that had additional results for some experiments discussed in his report, as well as results for experiments not discussed in this report. Since these materials were provided to me shortly before the submission of my report, I reserve the right to supplement my opinions as I continue my review of these materials. As described above (section VIII.B.), there is still vital information missing that is necessary for proper analysis, including raw data, complete and dated protocols, proper validation, and further information on methodology. As will be discussed below, the overall lack of accepted scientific methodology, as well as the inconsistences in these documents, have provided overwhelming evidence of the unreliability of Emery Pharma/Dr. Najafi's data.

Dr. Najafi's report describes a WHO NAP test conducted by Emery Pharma that incubated a 10 mM concentration of ranitidine with 40 mM nitrite in acidic conditions (pH 3-4) at 37 °C for 1 and 4 hours. The molar yield of NDMA detected from ranitidine was 1.4-1.6% at 1 hour and 3.4-3.8% at 4 hours. Emery Pharma chose to do this experiment on ranitidine drug substance, rather than finished drug product, which was an unusual choice because the WHO NAP test relates to the potential for endogenous formation in the stomach; a patient never ingests unformulated drug substance. Given that peak blood levels occur approximately 1-3 hours after oral administration of a ranitidine tablet (Zantac Tablets Prescribing Information 2018; Richards 1983; Roberts 1984), the 4 hour incubation time in this experiment is even more unrealistic with drug substances that would dissolve in an acidic solution more quickly than a tablet. In addition, at least one of the samples was expired. Irrespective, the results from this experiment were similar to the prior WHO


Contains Confidential Information – Subject to Protective Order

NAP tests on ranitidine (Tanner 1982; Darkin 1982). As described above, the WHO NAP test was never intended to represent realistic conditions and the 40 mM nitrite concentration is extremely high and clinically irrelevant. Furthermore, it appears Emery Pharma ran additional experiments at lower concentrations – 1 mM ranitidine and 0.3 mM nitrite – similar to the Tanner 1982 study in order to simulate conditions closer to physiologic. This resulted in much lower molar yields: 0.02-0.04% at 1 hour and 0.09-0.10% at 4 hours. However, Dr. Najafi not only failed to report the results of this experiment in his expert report, but he also failed to mention that he even conducted it. Despite these much lower yields, many of the units of concentrations in this produced document are inconsistent, thus making it impossible to verify the actual NDMA levels found.[27]

As described in Dr. Najafi's expert report, Emery Pharma also conducted additional simulated gastric fluid studies that differ from the ones they presented publicly. In "initial SGF trials," they incubated ranitidine 150 mg tablets in SGF at various pH (1.2, 1.5, 2.0, 2.5, 3.0, 3.5, 4.5, and 5.5) and nitrite concentrations (0.001, 0.01, 0.05, 0.1, 0.3, 0.75, 1, 5, 10, 25, and 50 mM). Ranitidine pills were crushed to a powder prior to incubation. This does not "simulate" ingestion of ranitidine since tablets are swallowed whole and dissolve when they reach the stomach. Other SGF studies, including the FDA study (Gao 2021), place intact tablets directly into the SGF solution. Incubation time, number of samples, reaction volumes, baseline NDMA levels in the tablets, and expiration dates were not reported. Emery Pharma reported increasing NDMA levels with increasing nitrite concentrations and decreasing pH, with maximum NDMA formation at 50 mM nitrite and pH 2-2.5. Notably, Dr. Najafi only provided results for nitrite concentrations of 0.3, 0.75, 1, 5, 10, 25, and 50 mM, which largely represents supraphysiologic nitrite concentrations. While it was not clear why results were not presented, or even mentioned, for

[27] Najafi file titled "Data_Compiled_Tanner and NAP."


Contains Confidential Information – Subject to Protective Order

physiologic nitrite concentrations of 0.001, 0.01, 0.05, and 0.1 mM in Dr. Najafi's report, the additional produced files reported that NDMA levels were below the limit of detection (LOD) for these physiologic nitrite concentrations.[28] It is completely inappropriate to not present these findings, particularly since they are the most relevant to physiologic conditions. For the results reported in Dr. Najafi's report, there were no error bars on the figures so it is unclear if any of these experiments were replicated (and based on the produced documents, they do not appear to be replicated). Additionally, the NDMA levels were low for nitrite concentrations of 0.3, 0.75, and 1 mM and it would have been vital to know the baseline levels for those experiments to distinguish between exogenous and endogenous formation. Additional SGF experiments that were produced, but the complete results for which are not reported by Dr. Najafi in his expert report, included SGF experiments simulating those conducted by Gao et al. (2021) using 50 and 250 mL reaction volumes and 0, 0.1, 1, 5, and 10 mM nitrite concentrations. In these experiments, there was no appreciable increase in NDMA when incubated with physiologic nitrite concentrations at all time points.[29]

In subsequent SGF testing on ranitidine tablets, Emery Pharma used pH 2.5 with varying incubation times (0, 2, 4, and 8 hours) and nitrite concentrations (0, 0.05, 0.1, 0.5, 1, 5, and 25 mM). In Dr. Najafi's report, he reports more NDMA formation with 0 mM nitrite than 0.05 and 0.1 mM nitrite. This result does not make sense from a chemical standpoint and calls into question the methodology of the experiment. Further, this is inconsistent with Emery Pharma's prior SGF experiments with ranitidine in which no NDMA formed in SGF without nitrite (Emery Pharma 06/04/20 presentation, 07/14/20 presentation, and Draft Manuscript 2021), as well as experiments

[28] Najafi file titled "Data-SGF_pH_nitritetesting." Although the LOD is not defined, it appears to be a level < 45 ng/tablet based on the lowest reported level in that file.
[29] Najafi files titled "Development_Gao_50mL_250mL" and "Notebook No. 078-RC."


Contains Confidential Information – Subject to Protective Order

by other researchers (Gao 2021; Braunstein 2021). For the physiologic nitrite concentrations (0, 0.05, and 0.1 mM) at 2 hours (the most representative incubation time considering ranitidine's pharmacokinetic properties), the NDMA levels did not increase more than 35 ng over baseline levels, which likely represents quantification variability rather than a true increase. Finally, comparison of the average levels reported in Dr. Najafi's report to a produced document (which appears to correlate to this experiment) shows different results for many of the timepoints.[30] Thus, this experiment is completely unreliable and does not provide evidence of endogenous NDMA formation under physiologic conditions.

To investigate the role of potassium thiocyanate, a potential catalyst of nitrosation, Emery Pharma conducted experiments with 10 mM ranitidine HCl drug substance in 6% acetic acid (pH 3.5) with varying concentrations of nitrite (0.1 and 1 mM) and potassium thiocyanate (0, 0.5, and 1 mM). NDMA levels were analyzed at timepoints 0, 0.5, 1, 1.5, 2, and 3 hours. At supraphysiologic nitrite concentrations of 1 mM, NDMA formed only at one timepoint (1.5 hours) and only in the presence of potassium thiocyanate. However, there was no NDMA formation at physiologic nitrite concentrations of 0.1 mM, irrespective of the addition of potassium thiocyanate. These experiments demonstrate that modulation of nitrosation reactions (e.g., acceleration or inhibition) often occurs only at concentrations that are clinically irrelevant to the human body.

Emery Pharma also conducted an SGF study where they added single servings of pulverized, cooked store-bought meats containing different levels of nitrite—sausage, ham, bacon, and hot dogs—to SGF before or after addition of crushed ranitidine 150 mg tablets. Although Dr. Najafi's report states "one serving size of each food item was used," based on additionally

[30] Najafi file titled "Development-SGF_nitriteupto25000uM_8hours." Using 0 µM nitrite as an example, the produced file shows that the NDMA results for the 4 timepoints was 37.8 ng, 74.0 ng, 182.0 ng, and 515.1 ng, while Figure R in Dr. Najafi's report shows that the NDMA results for the 4 timepoints was 11.1 ng, 10.6 ng, 182.0 ng, and 515.1 ng. Thus, only the last two values are the same. There were similar discrepancies for other nitrite concentrations.


Contains Confidential Information – Subject to Protective Order

produced files, it appears more than one serving was used for all experiments except for ham.[31] "A reaction volume of 250 mL was used to mimic fed conditions in Gao et al."; notably, Dr. Najafi ignored his own criticism that "Gao et al. carefully avoided any discussion of stomach conditions… [in] obese individuals with a larger stomach capacity." The detection limit reported was not very sensitive, i.e., 2.5 ng/mL; thus, only NDMA levels of ≥ 625 ng could be detected in the 250 mL volume. The SGF testing conditions included 37 °C and pH 1.2 and NDMA levels were measured at various timepoints over 4 hours.[32] For each of the four meats, there were five reported experiments: (1) Zantac, then meat 30 minutes later; (2) meat, then Zantac 30 minutes later; (3) Zantac alone (control); (4) meat alone (control); and (5) meat + 500 ng/mL of spiked NDMA (control "for assessing NDMA recovery and stability in the complex meat matrix").

NDMA was detected from the mixture of meat + Zantac and there was no appreciable difference in NDMA levels due to the order of addition (meat then Zantac, or Zantac then meat). In the meat + Zantac mixtures, NDMA was not detected until 1.5 to 2.5 hours after incubation (depending on the specific meat product) and generally increased over time. Detected NDMA levels in 250 mL of SGF from the mixture of meat + Zantac mixtures ranged from 6,850 ng at 2 hours to 17,525 ng at 4 hours for sausage, 5,375 ng at 1.5 hours to 78,500 ng at 4 hours for ham, 6,725 ng at 2 hours to 10,750 ng at 4 hours for bacon, and 725 ng at 4 hours to 1,000 ng at 2.5 hours for hot dogs. NDMA levels were reported to be less than the LOD in experiments on meat alone or Zantac alone.

Overall, this study yielded results that are not informative with respect to the question of whether ranitidine will form NDMA in the human stomach when ingested with food. The methods

[31] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."
[32] The above referenced files show that the pH in these experiments remained between 1.2-1.4 throughout the 4-hour experiment.


Contains Confidential Information – Subject to Protective Order

used in Emery Pharma's SGF food study have not been validated by Emery Pharma or other researchers. Dr. Najafi describes that "each meat item was pulverized to mimic how the food would present in the stomach if chewed," which fails to account for the much more complex process of human digestion. There are accepted models for *in vitro* simulation of gastrointestinal food digestion, as outlined in standardized protocols written through international consensus, and it entails subjecting food to specific physical and chemical conditions meant to simulate the oral milieu, prior to adding food to SGF and specific conditions meant to mimic the gastric milieu (Brodkorb 2019; Mulet-Cabero 2020). Emery Pharma did not adhere to these generally agreed upon methods to simulate human digestion of foods. For example, food encounters different digestive enzymes (not pepsin only) and different pH conditions (not pH 1.2 only) in the mouth and the stomach. Food also gradually enters and empties from the stomach, and the gastric pH gradually changes over that time. There are numerous models available – static, semi-dynamic, and dynamic – with the dynamic models providing the most physiologically relevant conditions. Furthermore, there are published studies of an *in vitro* dynamic GI model specifically for determining intragastric formation of NDMA from food (Krul 2004). The Krul et al. (2004) study demonstrates the very complex formation of NDMA from food in the stomach and how different conditions yield different results. The authors importantly recognized that the pH in the stomach changes with food and started the experiments in the gastric compartment at pH 6.8 to simulate conditions immediately after ingestion of food. Over a three-hour period, they gradually decreased the pH and found that more NDMA formed when gastric pH rapidly decreased rather than slowly decreased. Not surprisingly, most of the NDMA only formed in the Krul study when gastric conditions were acidic (pH < 3). Since the stomach continuously empties and oral ranitidine reaches peak blood levels 1-3 hours after administration, neither the entirety of ranitidine nor food


Contains Confidential Information – Subject to Protective Order

would remain in the stomach for 4 hours. In summary, adding crushed ranitidine tablets and pulverized meat products to simulated gastric fluid in a test tube for 4 hours at pH 1.2 does not even come close to simulating the digestion of food and its interaction with ranitidine in the stomach.

There are a number of additional issues related to the methodology, findings, and interpretation of this Emery Pharma SGF study. The method of cooking was not reported; this is noteworthy because the method of cooking (and temperature) affect levels of NDMA detected in the meats (Li 2012). Additionally, it was not reported if any of the meats were seasoned, although produced documents show they were conducting experiments on "Prague salt" (a salt used in curing meats that is a rich source of nitrite), which increased NDMA levels.[33] Nitrite levels were measured from meat "following methods published by Hu, J. et al." In this reference, Hu and colleagues (2021) determined nitrite from pharmaceuticals, not in meat or any other kinds of foods. It was inappropriate for Emery Pharma to apply Hu and colleagues' method for nitrite determination in pharmaceuticals for nitrite determination in meats. Additionally, Dr. Najafi did not provide any evidence that they validated this method for meat products. An improper assay of nitrite levels could explain why they found that NDMA formation did not completely correlate with nitrite concentrations, which is known to occur. Furthermore, using their nitrite determination and the serving size of each type of meat, Dr. Najafi calculated the nitrite concentration in 250 mL of SGF. However, as demonstrated in Table 7 below, his calculations are incorrect by several orders of magnitude.

[33] Najafi file titled "Development-SGF_Prague Salt_Arugula."


Contains Confidential Information – Subject to Protective Order

| Food Product | Food Serving Size (g) | Emery Pharma Nitrite Determination (µg nitrite/g meat) | Emery Pharma Calculation of Nitrite Concentration in SGF (mM) | My Calculation of Nitrite Concentration in SGF (mM)[34] |
|---|---|---|---|---|
| Sausage | 46 [90] | 9.8 | 19.1 | 0.039 [0.077] |
| Ham | 84 | 46.1 | 84.1 | 0.336 |
| Bacon | 13 [28] | 12.2 | 7.4 | 0.014 [0.030] |
| Hot Dog | 50 [100] | 14.7 | 32 | 0.064 [0.128] |

Table 7. Baseline nitrite levels obtained for meat products used in SGF experiments by Emery Pharma. The values are from Table GG in Dr. Najafi's Expert Report, with the exception of (i) the bracketed values which are from the produced files and show a different serving size[35], and (ii) the blue shaded column which are my own calculations.

Dr. Najafi uses his incorrect calculations to conclude: "Considering a 250 mL reaction volume, these equate to 7,400 µM [7.4 mM] (bacon) – 84,100 µM [84.1 mM] (ham) nitrite in SGF, which is plausibly expected in real human stomach after intake of these meat product. Thus, Gao et al.'s suggestion that 1000 µM [1 mM] nitrite should be the absolute upper limit for physiological consideration is extremely conservative. Taken together, the results presented indicate that the interaction of ranitidine with a complex food matrix may not be adequately explained by simple variations of nitrite levels, as is the central premise in Gao et al. It is important to consider real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach." These conclusions are very mistaken. First, Gao 2021 recommended 0.1 mM, not 1 mM, as the upper limit for physiological gastric nitrite, based on their comprehensive review of the relevant scientific literature. Their "central premise" was also not nitrite levels alone; Gao et al. importantly considered the simultaneous effect of nitrite and pH,

[34] Using ham as an example, Dr. Najafi provides a ham serving size of 84 g and the Emery Pharma nitrite determination of 46.1 µg nitrite/g of ham. The molecular weight of nitrite is 46 g/mol (or µg/µmol). 84 g ham × 46.1 µg nitrite/g ham × 1 µmol/46 µg = 84 µmol nitrite in 250 mL of SGF = 336 µmol/L (µM) = 0.336 mM. The difference between my calculations and Dr. Najafi's are by a factor of 250 (using the values in the brackets), meaning his calculations appear to be derived using a 1 mL volume instead of a 250 mL volume. However, nowhere does it state a 1 mL volume was used for this calculation. In contrast, the expert report states in multiple places that the SGF experiment used a 250 mL reaction volume and as noted in the quotation below the table, Dr. Najafi specifically applies these nitrite concentrations incorrectly to the 250 mL volume.

[35] Najafi files titled "Data_SGF_bacon," "Data_SGF_ham," "Data_SGF_hot dog," and "Data_SGF_sausage."



Contains Confidential Information – Subject to Protective Order

which was not considered in the studies by Emery Pharma. Second, using the correct calculations, these nitrite concentrations are in line with Gao's recommendations. Furthermore, not all of the nitrite from a meal would be expected to be in the stomach all at once; it would gradually enter and empty over time. Third, the high gastric pH correlated with a meal would greatly diminish NDMA formation, however, the effect of pH was ignored in this study. Fourth, it is important to note that Dr. Najafi criticizes others for not assessing a "complex food matrix" and "real-life implication" when his own simulation assumes someone would eat *only* plain meat products with ranitidine. In fact, Dr. Najafi violates his own criticism by not testing what would occur on a more balanced human diet, including a diet with essential vitamins needed to sustain life. Thus, I completely disagree that Emery Pharma "consider[ed] real-life implications of food in the stomach to evaluate the propensity for NDMA formation from ranitidine in human stomach."

There were also several issues with their controls and the interpretation of the control data. Regarding the "meat alone" control, Emery Pharma reported that "none of the meat products evaluated inherently contained any detectable NDMA levels." To the contrary, there is vast literature on NDMA content in cured meats going back several decades; also see Table 1 (section VI.B.) in my report from the Stuff 2009a study. While this may have been a detection limit issue, not having adequate data on the controls fundamentally challenges the integrity of the study. Furthermore, additional data from produced documents show NDMA levels were detected in some meat products (e.g., ham and bacon) without ranitidine at an apparent lower limit of detection.[36] Results from the meat spiked with NDMA control showed NDMA levels were around 500 ng/mL at initial time points and decreased over time. Dr. Najafi claims "the observed instability of NDMA in meat suggests that the likely NDMA exposure to consumers is higher than what is apparent"

[36] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague Salt_Arugula."

from this study. However, this cannot be concluded from this experiment since a control with NDMA only (i.e., without meat) was not presented in the report. However, produced documents show that experiments on NDMA only were conducted and similarly showed NDMA levels decreased in SGF in the absence of meat indicating this was not due to the presence of meat.[37] As mechanistic support for this unfounded claim, Dr. Najafi cited a study by Beard & Swager 2021 stating "given the acidic condition, NDMA can undergo dehydration to lose a water molecule and form a highly reactive methyldiazonium salt." Not only is this possibility not even mentioned by Beard & Swager, there exists no basis for this statement from a chemical standpoint. It is simply impossible to lose water from NDMA itself, and Dr. Najafi cannot reliably provide a viable mechanism without changing the molecule first (i.e., the only oxygen atom is in the nitroso group and the only hydrogens are on the two methyl groups).

Dr. Najafi also states in his report: "Additionally, we considered several 'high-nitrate' food products, e.g., Arugula, but they did not influence NDMA formation from ranitidine. In connection with the SGF food studies, Emery Pharma also considered a possible correlation between NDMA and dimethylamine (DMA) in study samples, however, no obvious correlation was observed." Notably the data and results for these null experiments were not provided in his report. Additional experiments were conducted on smoked salmon, chicken sausage, beef sausage, and pork sausage that were not included in Dr. Najafi's report; many of these experiments reported lower NDMA levels particularly when nitrite was not added.[38]

In summary, neither the methods or results reported by Dr. Najafi for the SGF and NAP test experiments can be considered reliable or valid. Furthermore, he provides no proper validation for these experiments. In addition, researchers at Emery Pharma are the only researchers who have

---

[37] Najafi files titled "Development-SGF_NDMA_NDMAd6stability" and "Development-SGF_NDMAstability".
[38] Najafi files titled "Development-SGF_Ham_Salmon" and "Development-SGF_Prague Salt_Arugula."


Contains Confidential Information – Subject to Protective Order

performed the methods outlined above for this SGF food + ranitidine study and the only researchers who have come up with such findings. Proper scientific methodology requires that these experiments undergo the necessary peer-review and publication, and thereafter they would further need to be validated, replicated, and reproduced by other laboratories and the reliable evidence across studies would have to be consistent in order for them to be considered valid, true, and generally accepted – and certainly, this has not yet occurred. Finally, Dr. Najafi describes the "nitrite levels per Emery Pharma's tests in these meat products are in line with expected levels per Florian et al." As will be discussed below, the Florian 2021 study was a randomized controlled trial (conducted by the FDA) that administered ranitidine to the test subjects in conjunction with a cured meats diet – i.e., the same type of meat products used in this experiment – and found no increase in urinary excretion or plasma NDMA levels in the individuals given ranitidine.

#### vii. Summary on *In Vitro* Studies in Acidic Solutions and Simulated Gastric Fluid

In conclusion, the *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions (Fig. 51). NDMA only forms when supraphysiological concentrations of nitrite are added to the experiments (on the order of ten to thousands-fold higher). One of the fundamental principles of toxicology is the concept of dose, as discussed earlier in this report. Because a chemical reaction proceeds at a large dose, that does not mean it will occur at a lower, physiological dose at a meaningful rate, and these studies exemplify this concept. The FDA has reached a similar conclusion, cautioning: "As shown in this study and other work, because amine nitrosation reactions, which form nitrosamines, are very dependent on the chemical environment and the presence of a suitably reactive amine group, care should be taken in ascribing observed reactivity under nonphysiologic conditions as evidence for the potential of drugs such as ranitidine to form NDMA in humans…. Gillatt et al highlighted the

importance of the nitrite concentration and noted that reactivity at the higher concentration was not always predictive of nitrosamine formation at the lower concentration." (Gao 2021).

### B. Human Gastric Juice Studies

Several studies have measured nitrosamine levels in human gastric juice after ingestion of acid suppressive agents (H2 receptor antagonists and proton pump inhibitors), including ranitidine. These studies were designed to test a specific proposed hypothesis that acid suppression (irrespective of the particular agent) would increase pH levels and enhance intragastric bacterial growth. The presence of increased nitrate-reducing bacteria, which reduce nitrate ($NO_3^-$) to nitrite ($NO_2^-$), would increase nitrite levels and theoretically increase formation of nitrosamines in the stomach if there were secondary or tertiary amine sources present from an array of exogenous and endogenous sources. However, any endogenously formed NDMA in the stomach would still largely undergo first pass metabolism in the liver, thus limiting systemic circulation of NDMA in the blood to other organs and tissues.

#### i. Garcia del Risco 1984

Garcia del Risco et al. was a randomized, crossover study of four healthy subjects that each received one day treatments of ranitidine 150 mg twice a day and placebo (Garcia del Risco 1984). Treatments were administered at 8 am and 6:30 pm with standardized meals provided during the study and gastric juice samples were collected four times over the course of a 24-hour period at 10 am, 2:30 pm, 8 pm, and 7 am the following day. Volatile nitrosamines (e.g., NDMA) were measured by gas chromatography coupled to a thermal energy analyzer detector (GC-TEA) and non-volatile nitrosamines were assayed by chemiluminescence. The authors reported a significant increase in pH and total bacteria in the stomach following ranitidine treatment, but no significant


Contains Confidential Information – Subject to Protective Order

difference in nitrate-reducing bacteria, nitrate, nitrite, or non-volatile nitrosamine concentrations. There were insignificant quantities of volatile nitrosamines detected regardless of treatment.

**ii. Thomas 1987**

Thomas et al. was a study of 15 patients with peptic ulcer that underwent five 24-hour gastric juice studies: before ranitidine treatment (R1), after 6 weeks treatment with ranitidine 150 mg twice daily (R2), after 3 months (R3) and 9-12 months (R4) treatment with ranitidine 150 mg once nightly (at 9 pm), and 1 month after stopping ranitidine treatment (R5) (Thomas 1987). A comparator group of 11 patients that previously underwent surgical treatment (truncal vagotomy) for duodenal ulcer were also evaluated. Standardized meals were provided to patients on treatment days. *N*-Nitroso compounds were measured during all studies except for study R2 and assayed by measurement of nitrogen oxide (NO) using a chemiluminescence analyzer on samples that were collected hourly between 12 pm (noon) and 9 pm. During treatment with ranitidine, there was a significant increase in gastric pH, total bacteria, nitrate-reducing bacteria, and nitrite concentrations. However, no significant increase in the median concentration of *N*-nitroso compounds (NOC) or the percent of samples with NOC concentrations > 500 nmol/L was found following ranitidine ingestion. The median NOC concentrations before, during, and after ranitidine treatment were 395, 253-330, and 247 nmol/L (nM), respectively, while the percent of samples with NOC concentrations > 500 nmol/L was 43%, 13-40%, and 35%, respectively.

With regards to the nitrogen oxide assay used in the Thomas et al. study, the authors explain: "The assays were restricted to ranitidine free samples because the presence of ranitidine in gastric juice may result in falsely high concentrations of *N*-nitroso compounds being recorded. Unlike cimetidine, the ranitidine molecule contains a C-terminal nitro group (see Fig. 17 in section V.A.) which was shown in preliminary studies to liberate nitrogen oxide under conditions of the


Contains Confidential Information – Subject to Protective Order

assay, thus responding as if it were an N-nitroso compound." Simply put, the authors appropriately tested samples that did not contain ranitidine in order to prevent falsely high levels generated as an analytical artifact. Although gastric juice samples were not collected until 15 hours after ranitidine administration, this study was designed to test the chronic bacterial formation hypothesis – i.e., that increased nitrites produced from bacteria due to higher stomach pH (which requires ranitidine to leave the stomach, enter the bloodstream, and bind to the H2 receptor) may react with amines present in the stomach to produce nitrosamines, not necessarily that they would react acutely with ranitidine in the stomach. The authors concluded that an acid tide (temporary increase in acid) at some point in each 24-hour study period prevented persistent bacterial colonization of the stomach which would be necessary for this mechanism to occur. Lastly, exclusion of these samples would not be predicted to affect the overall results, as an inverse trend was generally observed with higher NOC levels at lower pH, and earlier samples shortly after ranitidine administration would be expected to have higher pH levels.

**iii. Houben 1996**

Houben et al. was a randomized, crossover, double-blind study of 16 healthy subjects that each received two week treatments of ranitidine 300 mg twice daily, omeprazole 20 mg once daily, omeprazole 40 mg once daily, and placebo (Houben 1996). Fasting gastric juice samples were collected on the morning of the last day of each treatment period and nitrosamines were analyzed by measurement of nitrogen oxide using thermal energy analysis with chemiluminescence detection. Following treatment with high doses of ranitidine or omeprazole, there was a significant increase in the intragastric pH and total bacteria, but no significant increase in the nitrate, nitrite, or total *N*-nitroso compound concentrations. The median NOC concentrations after treatment with ranitidine and placebo were 2,220 nmol/L and 1,950 nmol/L (nM), respectively. The authors


Contains Confidential Information – Subject to Protective Order

concluded that the ideal conditions for intragastric nitrosamine formation was likely at the two ends of the pH spectrum – low pH (<3.0) for chemical nitrosation and high pH (>6.0) for bacterial enzymatic nitrosation. However, both pathways appeared to be suppressed at the intermediate pH levels observed after acid suppressive treatment (median pH 3.7-5.5 for ranitidine and omeprazole).

**iv. Dallinga 1998**

Dallinga et al. was a study of 71 patients undergoing upper gastrointestinal endoscopy (Dallinga 1998). Patients were grouped into five categories based on gastrointestinal condition and treatment, and fasting gastric juice samples were analyzed for nitrosamines by (capillary) gas chromatography-mass spectrometry (GC-MS). In individuals with peptic diseases treated with H2 receptor antagonists (n=12), which included ranitidine, nizatidine, and cimetidine, the mean level of volatile nitrosamines in the gastric juice was 3.88 nmol/L. This was not significantly different compared to patients with untreated peptic diseases (4.19 nmol/L) or patients with no endoscopic findings (4.07 nmol/L) (5/16 patients in this latter group were on H2RAs or PPIs). Volatile nitrosamine concentrations were higher in patients with peptic diseases treated with PPIs (7.28 nmol/L) and those with gastric resections (7.84 nmol/L), although statistical significance was only reached for gastric resection patients for the individual nitrosamine *N*-nitrosodibutylamine (NDBA).

**v. Matsuda 1990**

Matsuda et al. was a study of 72 healthy subjects and 279 patients with gastric ulcer before and after treatment with H2 receptor blockers (51 treated with ranitidine) (Matsuda 1990). NDMA and NDEA were measured in fasting gastric juice samples by gas chromatography combined with a thermal energy analyzer (GC-TEA). Compared to healthy subjects, gastric ulcer patients


Contains Confidential Information – Subject to Protective Order

(irrespective of H2 receptor blocker treatment) had a higher level of NDMA in the stomach. The authors reported a significant increase in the fraction of individuals in which NDMA was detected in the gastric juice following treatment with any of four H2 receptor blockers, the change being an increase from 24.2% to 40.2%. NDMA was detected in 41.2%, 41.8%, 40.0%, and 39.1% of patients treated with ranitidine, famotidine, roxatidine, and cimetidine, respectively, and similar results were observed for NDEA (Fig. 55). The maximum NDMA concentration observed also increased in H2 blocker patients compared to untreated patients; however, this increase was only statistically significant for cimetidine users. The authors discussed that "each $H_2$-blocker showed similar intragastric NA [nitrosamine] levels, which indicated that the effects on gastric nitrosation were the same by regular dosages of these drugs". In addition, the total nitrosamine levels they reported (<20 ng/mL) were lower than reported in other cimetidine studies. The authors concluded that the "calculated maximum formation of NAs [nitrosamines] in human gastric juice are equivalent to 1/5000 of NDMA … which induced malignancies in rats" and "the amounts of NDMA… found in human gastric juice even when patients were given $H_2$-blockers seemed too small to produce carcinogenesis in a short time in man."

| $H_2$-blockers | Number of samples | N-Nitrosodimethylamine | | N-Nitrosodiethylamine | |
|---|---|---|---|---|---|
| | | % detected | maximum ng/ml | % detected | maximum ng/ml |
| Without $H_2$-blockers | 124 | 24.2 | 1.8 | 22.6 | 1.7 |
| Cimetidine | 115 | 39.1[a] | 7.9[c] | 40.9[b] | 9.8[c] |
| Roxatidine | 60 | 40.0[a] | 4.7 | 41.7[a] | 4.7[c] |
| Famotidine | 55 | 41.8[a] | 3.9 | 38.2[a] | 3.9[c] |
| Ranitidine | 51 | 41.2[a] | 6.7 | 37.5[a] | 6.8 |

a: $P<0.05$ and b: $P<0.01$ by $\chi^2$-test compared with patients without $H_2$-blockers.
c: $P<0.05$ by Mann-Whitney test compared with patients without $H_2$-blockers.

Fig. 55. Detection ratios and maximum concentrations of NDMA and NDEA in gastric juice of patients with gastric ulcer with respect to treatment with different H2 blockers (Table 5 in Matsuda 1990)


Contains Confidential Information – Subject to Protective Order

**vi. Krawczynski 2002**

Krawczynski et al. was a study of 30 children with chronic gastritis and *Helicobacter pylori* infection and 30 control children without gastroscopy findings (Krawczynski 2002). *H. pylori* was treated for 7 days with amoxicillin 50 mg/kg/day (an antibiotic with an amine group) and nitroimidazole 20 mg/kg/day (an antibiotic medication class containing a nitro group) and for 28 days with ranitidine 5 mg/kg/day. Nitrosamine concentrations in the gastric juice and urine were measured by gas chromatography before treatment and 4-6 weeks after the end of treatment. Nitrosamine levels were higher, although not significantly different, prior to *H. pylori* treatment (gastric juice: 74,000 ng/L; urine: 64,000 ng/L) compared to controls (gastric juice: 63,000 ng/L; urine: 29,000 ng/L). The authors reported a significant increase in total nitrosamine concentrations in both gastric juice (1,031,000 ng/L) and urine (602,000 ng/L) of children 4-6 weeks after *H. pylori* treatment was completed, particularly in boys. NDMA was one of four nitrosamines detected, however, values for individual nitrosamines were not provided so it is unclear if there was a significant increase for NDMA specifically.

It is difficult to interpret the meaning of the study or draw any reliable conclusions because the samples were not collected until 4-6 weeks after the end of treatment. As described previously, both ranitidine and NDMA are eliminated rapidly from the body; ranitidine has an elimination half-life of 2 hours in children (Zantac Tablets Prescribing Information 2018; Blumer 1985) and NDMA has an estimated half-life in humans of approximately 1 hour (Gombar 1987; Gombar 1988; Gombar 1990) (half-life of 23 minutes measured in monkeys, presumed to be similar for humans), meaning they are completely eliminated from the body within 24 hours. Therefore, it is highly implausible that the findings are a consequence of ranitidine treatment since ranitidine, or any potential nitrosamine formation from ranitidine, would have been cleared from the body at


Contains Confidential Information – Subject to Protective Order

least a month before the measurements occurred. To the extent that ranitidine was still in the biological fluids (e.g., possible continued use of the drug after *H. pylori* treatment), the use of GC would have overestimated nitrosamine levels by producing an analytical artifact. Furthermore, there was no control for diet or other nitrosamine sources in this study, which could explain the higher levels if there was an increase in nitrosamine exposure around the time of measurement after treatment. A study recently conducted by the FDA showed that a diet high in nitrates, nitrites, and NDMA was associated with a statistically significant increase in NDMA excretion in the urine compared to a diet low in nitrates, nitrites, and NDMA (Florian 2021).

**vii. Summary of Human Gastric Juice Studies**

Overall, the human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous nitrosamine formation from ranitidine ingestion (Table 8). Several studies have found no significant increase in intragastric nitrosamines (Garcia del Risco 1984; Thomas 1987; Houben 1996; Dallinga 1998). Significant limitations of the Krawczynski 2002 study, particularly the timing of the measurements after treatment, preclude any reliable interpretation of this study. Furthermore, the findings from the Matsuda 1990 study showing a similar increase in intragastric nitrosamines with each of the H2 receptor antagonists examined suggests a potential mechanism common to all acid suppressive agents (i.e., ↑ gastric pH → ↑ growth of nitrate-reducing bacteria → ↑ endogenous nitrosamine formation). Several other studies measuring only cimetidine or omeprazole have also reported significant increases in intragastric nitrosamines (Reed 1981; Stockbrugger 1982; Sharma 1984). Therefore, the mechanism proposed was not related to the unique chemical structure of ranitidine and there would have been no reason to predict exogenous NDMA formation in the ranitidine tablets themselves from these studies. Finally, these studies were testing a different hypothesis of general acid suppression, rather than


Contains Confidential Information – Subject to Protective Order

the hypothesis that ranitidine breaks down in the body and forms NDMA from its chemical structure. Thus, they were imperfectly designed to test the current hypothesis and suffer from various limitations, including the use of GC-based methods in several studies that may overestimate nitrosamine levels through the generation of an analytical artifact.

| Study | Analytical Method | Ranitidine vs. Comparator | NDMA / Nitrosamines in Human Gastric Juice |
|---|---|---|---|
| Garcia del Risco 1984 | GC-TEA | Ranitidine 150 mg twice daily × 1 day vs. placebo | Nitrosamines: NS |
| Thomas 1987 | Nitrogen oxide assay | Ranitidine 150 mg × 9-12 months vs. before treatment | N-nitroso compounds: NS |
| Matsuda 1990 | GC-TEA | Ranitidine (variable dose/ duration) vs. untreated gastric ulcer patients | NDMA – % detected: SS ↑*<br>NDMA – max ng/mL: NS |
| Houben 1996 | Nitrogen oxide assay | Ranitidine 300 mg twice daily × 2 weeks vs. placebo | N-nitroso compounds: NS |
| Dallinga 1998 | GC-MS | H2RAs including ranitidine (variable dose/duration) vs. untreated peptic disease & controls | Volatile nitrosamines: NS |
| Krawczynski 2002 | GC | Ranitidine 5 mg/kg/d × 28 days vs. before treatment & controls | Nitrosamines: SS ↑<br>[tested 4-6 weeks after treatment ended] |

Table 8. Summary of human gastric fluid studies on endogenous NDMA/nitrosamine formation from ranitidine. SS ↑: statistically significant increase; NS: not statistically significant; *similar increase with other individual H2RAs (famotidine, cimetidine, & roxatidine).

### C. Human Plasma and Urinary Excretion Studies

In addition to the gastric juice studies, several studies have evaluated nitrosamine levels in the urine following ranitidine treatment.

#### i. Krawczynski 2002

As described above, Krawczynski et al. reported an increase in total nitrosamine concentrations in both gastric juice and urine of children after treatment with ranitidine (Krawczynski 2002). However, it is not possible to interpret the meaning or implications of this study because the samples were not collected until 4-6 weeks after the end of treatment.


Contains Confidential Information – Subject to Protective Order

### ii. Mitch Studies (2015, 2016, and 2021)

Two studies were published by Zeng and Mitch and have since been corrected (Zeng & Mitch 2015; corrected 03/24/21) or retracted (Zeng & Mitch 2016; retracted 05/04/21) due to the use of gas chromatography (GC) methodology, which can produce artificially high NDMA levels from samples containing ranitidine. In my own extensive experience as a scientific journal editor, complete retraction of a published study (especially by the authors) is relatively rare and occurs when there is clear evidence that the findings are unreliable.

In the course of assays of NDMA in drinking water, Dr. Mitch's laboratory studied potential sources of nitrosamines that could be found in wastewater or precursors that could form NDMA upon wastewater treatment methods (e.g., chloramination). In a 2015 study, Zeng and Mitch reported on the contribution of *N*-nitrosamines and their precursors to domestic sewage by "greywaters" (i.e., water from laundry, showers, and kitchen sinks) and "blackwaters" (i.e., urine and feces) (Zeng & Mitch 2015). Among the various experiments they conducted was a study on ranitidine in which two subjects contributed first-voided morning urine and fecal samples before and after taking one dose of ranitidine 150 mg at bedtime. NDMA was measured by gas chromatography-mass spectrometry (GC-MS). The authors reported no difference in mean NDMA concentrations in fecal samples pre- and post-ranitidine intake (both < 2 ng/L), while mean NDMA concentrations in diluted urine samples increased from none detected to 40 ng/L (or approximately 720 ng/L for the undiluted value) after ranitidine ingestion. However, it is unclear if this was statistically significant as the authors did not present any statistical analysis.

In a subsequent study focusing on ranitidine, Zeng and Mitch repeated their urinary excretion experiment in 10 healthy subjects (Zeng & Mitch 2016). However, the mean NDMA concentrations reported were much higher, increasing from 90 ng/L to 44,750 ng/L following a

150 mg dose of ranitidine. The authors also reported a significant increase in the 24-hour urinary excreted mass of NDMA (110 ng to 47,600 ng). The reasons for the gross lack of agreement of levels between studies (720 ng/L vs. 44,750 ng/L) are unknown and surprisingly uncommented on, even though the second study was performed by the same two investigators and similar methods were used. The 2016 study appears to differ from the 2015 study in that 24-hour mean urine samples were used rather than first-voided samples which, if anything, should have resulted in lower overall concentrations, not higher, given the short half-life of ranitidine.

Irrespective of the differences between the two studies, the high NDMA levels obtained in both studies are a consequence of the GC technique used, which artificially generates very high NDMA levels due to pyrolysis (decomposition due to high temperatures) of ranitidine and the formation of NDMA in the injector port (see Fig. 27, section VII.B. - GC scheme). This phenomenon has been demonstrated in ranitidine studies comparing results obtained by both GC and LC-based methods (Alshehri 2020), and the FDA has repeatedly stated the GC-MS "method is not suitable for testing ranitidine because heating the sample generates NDMA" (FDA Updates on Ranitidine 10/02/19). The FDA has recently critiqued the Zeng and Mitch 2016 study, stating while the "analytical artifact was likely the primary factor; however, other factors could have contributed to falsely high NDMA levels" (Florian 2021). These factors include general study limitations (e.g., no placebo-controlled randomization), no information on control for dietary exposure to NDMA, nitrites, or nitrates, no information on NDMA content in the ranitidine tablet prior to administration, limited details on validation of analytical methods or sample handling, and questionable interpretations regarding DMA.

Because of concern about the accuracy of the NDMA measurements using GC-MS in his previous studies, Dr. Mitch recently collaborated with Emery Pharma to redo his study using LC-


Contains Confidential Information – Subject to Protective Order

MS methodology ("Mitch/Emery Pharma" study). In a February 2020 Institutional Review Board (IRB) study protocol submitted to Stanford University, Dr. Mitch discusses: "Questions have been raised as to whether the NDMA resulted from an analytical artifact associated with GC/MS. The purpose of this application is to obtain additional samples to confirm the occurrence of NDMA in urine after Zantac consumption using liquid chromatography-based analytical techniques that avoid this artifact" (EMERY 0977-1003). In an updated December 2020 protocol, Dr. Mitch informs Stanford University they "have found no NDMA in urine samples of participants before or after consumption of Zantac above the 5 μg/L method reporting limit" and that "the risk associated with Zantac consumption may be lower than previously supposed" (MITCH001548-1569). In a January 2021 draft manuscript authored by Dr. Mitch and Emery Pharma, they describe "all 8 volunteers did not demonstrate any detectable levels of NDMA following consumption of ranitidine throughout the 24-hour collection period" (MITCH000424-447). NDMA levels in 7/8 urinary samples were below the limit of detection (<1 ng/mL), while one sample had minor detectable levels that were below the limit of quantification (<5 ng/mL) (MITCH000283-284, 1204-1208). Based on preliminary findings of the first 4 samples, Dr. Mitch began considering a retraction of his prior study, stating: "I'm getting the sense that, with the exception of a few minor NDMA detections, there may be no strong evidence of a link between Zantac and NDMA excretion in urine. So unless there are startling differences in the results of the remaining samples, I'm planning to retract the 2016 article. Since there is a lot of angst among Zantac patients over this, it seems like we should try to get these results out there in some form to set the record straight" (MITCH001206-1207). Although the LC-MS results conducted by Dr. Mitch and Emery Pharma have not been published to date, the Zeng and Mitch 2015 and 2016 studies using GC-MS have now been officially corrected and retracted, respectively.


Contains Confidential Information – Subject to Protective Order

On March 24, 2021, a correction for the Zeng & Mitch 2015 study was published in *Environmental Science & Technology*, stating: "However, research has since identified the potential for an analytical artifact that could have contributed to the levels of NDMA measured in urine samples containing ranitidine in our study. Specifically, research has demonstrated that ranitidine is thermally unstable, and can convert to NDMA under high temperature conditions, such as might be encountered within GC injection ports. For our GC/MS method, the injection port temperature started at 37 °C but was ramped to 230 °C over the first 20 s after injection. Unfortunately, given the potential for this analytical artifact, our NDMA measurements within urine samples collected after consumption of ranitidine are not reliable, since NDMA could have been formed during the sample analysis from any ranitidine present in the urine. Although the detection of NDMA in these specific urine samples was not reliable, this does not affect the conclusions of the study, since we did not conclude that ranitidine consumption was associated with an important contribution of NDMA or its chloramine- or ozone-reactive precursors to sewage." Since there were many other non-ranitidine experiments in this study, the authors issued a correction for the ranitidine experiment, while the other experiments appeared unaffected and thus a full retraction of the study was not done.

On May 4, 2021, a complete retraction for the Zeng & Mitch 2016 study was published in *Carcinogenesis*, stating: "This article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable."


Contains Confidential Information – Subject to Protective Order

### iii. Florian 2021

The FDA has also recently completed a urinary excretion and plasma study on ranitidine and NDMA (Florian 2021). This study was a randomized, double-blind, placebo-controlled, four-period crossover study of 18 healthy subjects. Each subject received (1) ranitidine 300 mg + noncured meats (low nitrate/nitrite/NDMA) diet, (2) placebo + noncured meats diet, (3) ranitidine 300 mg + cured meats (high nitrite/nitrite/NDMA) diet, and (4) placebo + cured meats diet. The noncured meats diet consisted of a diet lower in nitrate, nitrite and NDMA, including noncured meats, organic vegetables/fruits, and distilled water. In contrast, the cured meats diet consisted of a diet higher in nitrate, nitrite and NDMA, including cured meats, conventional vegetables/fruits (likely to have higher nitrates than organic vegetables/fruits since "nitrate containing fertilizers are not used in organic farming"), and tap water ("to increase dietary intake of NDMA and nitrites" compared to distilled water). The experimental diets were devised in such a way that different conditions that may affect potential NDMA formation were accounted for. Subjects were randomized on treatment (ranitidine or placebo), although the noncured meats diet preceded the cured meats diet. There was one washout day between treatment days and the same diet was provided on washout days as the subsequent treatment day. On treatment days, participants received ranitidine or placebo at 0 hours after an overnight fast and began eating breakfast 1 minute later to maximize potential NDMA formation, which is dependent on both acidic conditions (highest during fasting) and nitrite (highest with a meal). The 24-hour urinary excretion and plasma concentration of NDMA, DMA, and ranitidine were measured on each treatment day. The analytical methods are described, using two recommended, validated LC-MS methods for detection of NDMA in biological fluids. The NDMA assays were very sensitive, with lower limits of detection (LOD) and quantification (LOQ) of 0.0078 ng/mL and 0.0156 ng/mL, respectively.


Contains Confidential Information – Subject to Protective Order

There was no statistically significant difference between ranitidine and placebo in 24-hour urinary excretion of NDMA with a noncured meats diet or a cured meats diet (Table 9 and Fig. 56). In contrast, there was a significantly higher 24-hour urinary excretion of NDMA following the cured meats diet compared with the noncured meats diet, irrespective of treatment with ranitidine or placebo. This demonstrates (i) the study design was sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion and (ii) the importance of controlling for diet in studies on NDMA urinary excretion, which no prior study has done.

| Outcome | Diet | Ranitidine | Placebo | *P*-value |
|---|---|---|---|---|
| NDMA 24-h urinary excretion (ng) | Noncured meats | 0.6 (0-29.7) | 10.5 (0-17.8) | 0.54 |
| | Cured meats | 11.9 (5.6-48.6) | 23.4 (8.6-36.7) | 0.71 |
| NDMA maximum plasma concentration (pg/mL or ng/L) | Noncured meats | 18.9 (0-25.7) | 20.3 (0-33.5) | 0.79 |
| | Cured meats | 29.0 (0-34.5) | 16.2 (0-27.4) | 0.23 |
| DMA 24-h urinary excretion (mg) | Noncured meats | 38.8 (38%) | 41.1 (33%) | 0.92 |
| | Cured meats | 40.7 (52%) | 43.1 (34%) | 0.74 |
| DMA maximum plasma concentration (µg/mL or mg/L) | Noncured meats | 1.51 (25%) | 1.48 (27%) | 0.26 |
| | Cured meats | 1.36 (27%) | 1.41 (26%) | 0.82 |

Table 9. Effect of ranitidine on NDMA and DMA urinary and plasma levels. NDMA values presented as the median (interquartile range) and DMA values presented as the geometric mean (coefficient of variation). *P*-value <0.05 was considered statistically significant.




Fig. 56. Effect of ranitidine [left] and diet [right] on cumulative excretion of NDMA in urine over 24 hours.

In addition, exploratory analyses showed there were no significant differences observed between ranitidine and placebo for NDMA in plasma or dimethylamine (DMA) in plasma or urine. Multiple participants (<50%) had no quantifiable NDMA in either the urine or plasma with either treatment or diet, although the proportion was similar in the two treatment groups. In sensitivity analyses performing different imputations for NDMA urine values below the LLOQ (e.g., assigning all samples below the LLOQ of 0.0156 ng/mL to 0.0156 ng/mL instead of 0 ng/mL), there was still no statistically significant difference in urinary excretion of NDMA with ranitidine. Another interesting point is that the maximum levels of plasma NDMA were ~ 30 ng/L. Using a general value of 5 L blood in a person, that gives a total NDMA level of ~ 150 ng even in placebo individuals eating a noncured meats diet, which is more than the current FDA guidelines allow for added NDMA in drugs. Overall, the FDA study was meticulously designed, utilizing a superior study design (randomized, double-blind, placebo-controlled, crossover study) and rigorous methodology (including validated LC-MS analytical methods, detailed sample handling procedures, and control for diet) to overcome limitations of previous studies.

In light of the null findings in the Florian 2021 study conducted by the FDA, Plaintiffs' experts have numerous criticisms, which I will address here. First, they claim using ranitidine tablets with low levels of baseline, exogenous NDMA affected the results. However, the study was conducted to evaluate whether ranitidine endogenously converts to NDMA in the body, which has nothing to do with the baseline levels in the tablet. As described above, exogenous formation of NDMA and endogenous formation of NDMA are two distinct processes. Furthermore, using tablets with high exogenous NDMA levels could have resulted in elevated levels of NDMA being detected and would have confounded the interpretation of whether the NDMA concentrations measured in the plasma and urine were of exogenous or endogenous origin.


Contains Confidential Information – Subject to Protective Order

Second, Plaintiffs' experts suggest that results may differ between the healthy volunteers enrolled in the study and patients with GERD, peptic ulcers, or other gastrointestinal conditions. The Florian authors also addressed this, stating: "However, the results support that ranitidine did not significantly increase levels of NDMA or DMA detected in plasma or urine using highly sensitive assays, and the accompanying in vitro gastric fluid study [Gao 2021] indicated that NDMA was not formed until nitrite concentrations were substantially higher than those seen in patients" with gastrointestinal conditions.

Third, Plaintiffs' experts claim that administering ranitidine on a full stomach with dinner, instead of an empty stomach immediately before breakfast, would have resulted in more NDMA formation. As explained above, and by the FDA, "[t]his was done because the formation of NDMA is dependent on having nitrite and acidic conditions. Because gastric acidity is highest in the fasting state and then decreases after eating, this sequence was selected to maximize the 2 factors." The pH and nitrite dependence for NDMA formation has been well established for a half a century and demonstrated in countless studies, including FDA's *in vitro* experiment on ranitidine (Gao 2021). Therefore, this sequence was the most logical method to maximize potential NDMA formation. Furthermore, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA, if a difference truly existed. Plaintiffs' experts further claim this administration schedule was inconsistent with the product labeling for ranitidine, stating incorrectly that dosing is usually once a day after dinner or before bedtime. Recommended dosing for prescription ranitidine is often twice daily; when recommended as a once daily treatment, it is usually recommended at bedtime, with only one indication (active duodenal ulcer) stating "evening meal or at bedtime" (Zantac Tablets Prescribing


Contains Confidential Information – Subject to Protective Order

Information 2018). Taking a medication at bedtime is not synonymous with taking a medication right after a meal. Furthermore, directions for the OTC product include administration at any time in the day to relieve current symptoms, or 30-60 minutes before eating or drinking beverages to prevent heartburn (Zantac OTC Consumer Package Insert 2019). Therefore, ranitidine administration is varied depending on the patient and can occur at any time of the day and in any sequence with meals. Nonetheless, the Florian study used a sequence that was purposely designed to maximize potential NDMA formation.

Fourth, Plaintiffs' experts question the utility of a urinary excretion study given the low excretion of NDMA in the urine. However, this study was primarily conducted to test the validity of the Zeng & Mitch 2016 urinary study, which reported high urinary excretion of NDMA in ranitidine patients in light of inappropriate analytical methods and other limitations. Using rigorous, validated methodology, the Florian study reassuringly found no increase in urinary NDMA excretion with ranitidine. While Plaintiffs' experts primarily rely on the Spiegelhalder 1982 study (*vide supra*) for the premise that NDMA is undetectable in the urine in the absence of alcohol, the methodology is different between the two studies in that Spiegelhalder used GC-chemiluminescence methods and Florian used LC-MS. In addition to the limit of detection for NDMA being 6-fold higher in the Spiegelhalder study (50 ng/L) compared to the Florian study (8 ng/L), the specificity for NDMA is undoubtedly much better in the Florian study, which was conducted nearly 40 years later with improved analytical instrumentation and techniques. Furthermore, a later study by Spiegelhalder (1985) demonstrated that endogenous formation of NDMA from a drug (aminopyrine) was detectable in the urine without alcohol, even despite less sensitive and specific methods. Additionally, this was demonstrated in Spiegelhalder 1985 using radishes as a source of nitrate (which was expected to be reduced to nitrite), whereas the Florian


Contains Confidential Information – Subject to Protective Order

study used a cured meats diet high in nitrite, nitrate, and NDMA. While most NDMA is metabolized in the liver, a small fraction of NDMA is eliminated in the urine as demonstrated by several studies. The Florian 2021 authors importantly discuss: "The 24-hour urinary excretion of NDMA with placebo in this study was within the range of previously reported results [citing Zeng & Mitch 2016; Garland 1986; van Maanen 1998; van Maanen 1996; Vermeer 1998]. While ranitidine did not have a significant effect on NDMA or DMA values, the cured-meats diet was associated with a significant increase in NDMA urinary excretion, suggesting that the study design and methods were sufficiently sensitive to detect the relatively small effect of diet on NDMA urinary excretion." In addition, urinary excretion of NDMA was not the only parameter assessed by the FDA; they also measured NDMA concentrations in plasma in the Florian study and in simulated gastric fluid in the accompanying Gao 2021 study and found no increase in NDMA formation from ranitidine in physiologic conditions.

Fifth, Plaintiffs' experts claim that the vitamin C (ascorbic acid) and vitamin E (α-tocopherol) content in the diets of participants would have inhibited any NDMA formation from ranitidine. However, this argument falls flat for several reasons:

(i) If it were true that a small amount of vitamin C or E in the diet completely inhibits formation of any endogenous NDMA from ranitidine (rather than the alternative that ranitidine does not form NDMA endogenously in the first place), this fact would be equally true in real-world conditions in which individuals (including those taking ranitidine) ingest vitamins C and E every day. Vitamins C and E are essential nutrients required to live and natural components of the diet. Furthermore, the vitamin intake in the diet of participants in the Florian study was not in excess of the amounts most individuals are exposed to on a daily basis. In addition to diet, sources of vitamins C and E for many people include multivitamins and other dietary supplements.


Contains Confidential Information – Subject to Protective Order

However, the Florian study excluded this additional source of vitamin intake since participants were not allowed to take any prescription, nonprescription, or alternative medications during or several weeks before the study, with the exception of contraceptives, acetaminophen, or if the study physician prescribed a medication.

(ii) Several studies have examined the effect of vitamins C and E on urinary excretion of NDMA in humans and demonstrated minimal or variable effects. Garland et al. (1986) measured NDMA in urine samples of 24 participants over a five-week period. Compared to the first two weeks with no vitamin supplementation, "[t]reatment of the volunteers with 600 mg of ascorbic acid and 100 IU of α-tocopherol 4 times a day for the final 3 wk of the study did not influence the urinary excretion of NDMA" (mean urinary NDMA excretion of 38.4 ng/day vs. 38.1 ng/day). Therefore, supplementation with high amounts of vitamin C (2,400 mg/day of ascorbic acid) and vitamin E (400 IU/day or ~200 mg/day of α-tocopherol) over a three-week period had no effect on urinary excretion of NDMA. In another study by Vermeer et al. (1999), urinary excretion of NDMA was measured over an 11-week period in 25 participants. Compared to a control diet low in NDMA precursors (low nitrate + no fish), urinary excretion of NDMA significantly increased with a diet high in NDMA precursors (high nitrate + fish rich in amines). When this nitrate- and amine-rich diet was further supplemented with vitamin C doses of 250 mg/day or 1,000 mg/day for one week, urinary excretion of NDMA decreased during days 4-7 of vitamin C supplementation, but not during days 1-3. Thus, this study showed a variable and delayed effect of vitamin C on urinary NDMA excretion. The authors concluded that the "observations [from other studies] and our results indicate that nitrosamine formation in humans is more complex than in vitro studies have shown..." Notably, in both these studies, the vitamin supplementation was in addition to baseline vitamin content participants were already receiving from their diet. Another


Contains Confidential Information – Subject to Protective Order

important point to make is that the same vegetables that are high in nitrates (precursor to NDMA formation) are also high in vitamins (potential inhibitors of NDMA formation) and thiocyanate (potential accelerator of NDMA formation), making the disentanglement of these factors in the real-world difficult. In another study by Vermeer and colleagues (1998), they discuss: "Vegetables contain vitamin C and other antioxidants that might prevent nitrosamine formation. In the present study, nitrosamine formation did increase during nitrate intake in combination with a fish meal, even though the volunteers consumed vegetables…. Thus, the amount of vitamin C and other antioxidants in these vegetables appeared insufficient to prevent nitrosamine formation." Furthermore, not even in *in vitro* experiments, when high concentrations are used and conditions can be more easily manipulated, are the effects of vitamins on ranitidine nitrosation predictable. In an *in vitro* mutagenicity study conducted by GSK on the formation of the *N*-nitroso nitrolic acid derivative from ranitidine with excess nitrite, nitrosation was inhibited by vitamin E and enhanced by vitamin C and potassium thiocyanate (GSK Report PATH/80/235). In other words, the exact opposite reaction of what was expected occurred with the addition of vitamin C. However, since supraphysiologic nitrite concentrations were required for the formation of the *N*-nitroso nitrolic acid derivative, as well supraphysiologic concentrations of the modulating agents in order to exert their effect, there is limited clinical significance of any of these *in vitro* reactions to the conditions in the human body.

(iii) Overall, the potential effect of vitamins C and E in the diet on the endogenous formation of NDMA in humans is complex. The advantage of a randomized, placebo-controlled study is that influence of potential confounding factors is minimized since both the ranitidine and placebo groups are receiving the same diet and in a randomized fashion. However, no difference in urinary NDMA excretion was observed with different treatments (ranitidine vs. placebo). In


Contains Confidential Information – Subject to Protective Order

contrast, the statistically significant difference in urinary NDMA between the cured and noncured meat diets demonstrates the vitamin content in the diet was not inhibiting endogenous NDMA formation with the cured meats diet; thus, this study design was adequate to enhance NDMA formation and detect a statistically significant difference in urinary excretion of NDMA if one truly existed.

(iv) Lastly, nitrosation must be occurring in order for an inhibitor to block it. One cannot claim there would have been endogenous NDMA formation from ranitidine in the absence of potential inhibitors without adequate evidence that this reaction is occurring in the human body under physiological conditions – in which the evidence is quite to the contrary.

It is noteworthy to mention that many of these criticisms were discussed by Plaintiffs' expert Dr. Najafi, CEO of Emery Pharma and co-author of the Mitch/Emery Pharma study. Incredibly, Dr. Najafi omits *any* discussion of his own urinary study, including the fact that he observed no increase in urinary NDMA excretion with ranitidine ingestion. It is scientifically unsound to only report study results that fit one's own hypothesis and ignore the null findings. Furthermore, in Dr. Najafi's criticisms of the Florian study, a study that was much more controlled, better designed, and larger than the Mitch/Emery Pharma study, he lists many of the same "weaknesses" of his own study (e.g., low baseline levels of NDMA, inadequate control for diet, use of healthy volunteers, small size, failure to consider NDMA metabolism). Clearly, if one thought that such a study design was inadequate or uninformative to endogenous formation of NDMA from ranitidine, one would not spend the time and resources to conduct a similar, less-controlled study.

#### iv. Summary on Human Plasma and Urinary Excretion Studies

In conclusion, the initial urinary excretion studies on ranitidine and NDMA are unreliable as they all use the flawed GC-based methodology, which is known to generate high levels of NDMA as an analytical artifact. Accordingly, the Zeng and Mitch 2015 study was corrected and the 2016 study was retracted for this reason. The Krawczynski 2002 study is clearly unreliable and uninterpretable because the urinary samples were not collected until 4-6 weeks after the end of treatment, long after ranitidine and any potentially formed NDMA would be eliminated from the body. As expected, when using the appropriate LC-MS methodology, there was no increase in urinary NDMA excretion after ingestion of ranitidine in the studies by the FDA (Florian 2021) and Mitch/Emery Pharma. Overall, there is no reliable or consistent human evidence that ranitidine endogenously forms NDMA in the stomach or elsewhere in the body, as confirmed by the two recent FDA studies (Florian 2021; Gao 2021). I concur with the FDA's conclusion that "[t]he findings suggested that prior reports had detected falsely high levels of NDMA in ranitidine drug products and human biological fluids" and that "[t]he combined findings from [FDA] CDER's *in vivo* clinical trial and *in vitro* experiments do not support the conclusion that ranitidine is converted to NDMA in humans" (FDA Ensuring the Rigor of Regulatory Science 07/02/21).

### D. Unproven Theory of Endogenous NDMA Formation from the Furoic Acid Metabolite

Plaintiffs' experts have proposed that the furoic acid metabolite of ranitidine is of interest as its formation might be expected to release the compound dimethylamine (DMA) (Fig. 18, section V.B.). DMA is a secondary amine (-NH- structure) and could potentially react with nitrite to generate NDMA at an acidic pH (~3) (Mirvish 1970). The furoic acid metabolite was detected at low levels in some animals (Carey 1984; Eddershaw 1996; Martin 1981a), but not in humans in

most studies (Carey 1981; Carey 1984; Martin 1981; Martin 1981a; Martin 1982; Roberts 1984). It was detected at low levels of 0.8-2.2% of the metabolized ranitidine in one GSK human study (as an ester derivative in the analysis) that used radiolabeling for further characterization (Broom 1986 (GSK Report WMH/85/013)). However, in considering the pathways shown in Fig. 18, it should be noted that the production of the furoic acid metabolite is not necessarily linked to the formation of DMA. If *N*-demethylation occurs, the putative P450-catalyzed *N*-demethylation steps would lead to the release of mono-methylamine or ammonia instead, neither of which can give rise to NDMA. Studies have not characterized the exact pathway in the formation of the furoic acid metabolite or the corresponding byproducts and, from a mechanistic standpoint, the release of mono-methylamine or ammonia must be considered just as likely as the release of dimethylamine.

Dimethylamine is a secondary amine that is normally found in the human body and its presence can be exogenous or endogenous in origin. Dimethylamine is naturally found in the diet, particularly in fish and frozen fish (Mitchell 2008; Smith 1994; Zhang 1995). In addition to DMA, the human diet contains choline, trimethylamine (TMA), and trimethylamine *N*-oxide (TMAO), which may serve as precursors for endogenous DMA formation (Figs. 57 and 58) (Mitchell 2008; Smith, 1994; Zhang 1995).


Contains Confidential Information – Subject to Protective Order




Fig. 57. Metabolism and excretion of methylamines (Smith 1994) (also Fig. 58 for structures). G. I.: gastrointestinal tract; DMA: dimethylamine; TMA: trimethylamine; TMAO: trimethylamine *N*-oxide; MMA: mono-methylamine.




Fig. 58. Structure and metabolism of methylamines (see also Fig. 57).

Zhang et al. studied the kinetic properties of dimethylamine in humans following oral administration of radiolabeled DMA to four volunteers (Zhang 1994). Of the radiolabeled dose,


Contains Confidential Information – Subject to Protective Order

98-99% was recovered; the primary route of excretion was the urine (~94.3%), with minor amounts found in the stool and expired air (~4%). Of the dose excreted in the urine, 95.6% was excreted as unchanged DMA, while 4.4% of DMA was metabolized (demethylated) to mono-methylamine. This study demonstrates that DMA is largely unchanged throughout the body, and the minor portion that is altered is by metabolism to mono-methylamine. Formation of NDMA from DMA was not detected in this study.

Several *in vitro* studies have attempted to estimate the potential NDMA formation in the stomach from dimethylamine exposure (Mirvish 1970; Krul 2004). These studies generally show that endogenous NDMA formation from DMA is dependent on an excess nitrite concentration and an acidic environment (pH ~3). Furthermore, they demonstrate the overall yield of NDMA formation in physiological conditions would be small. For example, Mirvish estimated that in an individual who eats a 300 g meal (~ 2/3 pound) containing 12 mg (12,000,000 ng) of dimethylamine and 60 mg (60,000,000 ng) of sodium nitrite, no more than 0.003 mg (3,000 ng) of NDMA might be formed intragastrically (Mirvish 1970). The chemical reaction was heavily dependent on pH, with an optimal pH of 3.0-3.4 and minimal formation at a pH > 5 (Fig. 59). This demonstrates that while the formation of NDMA from DMA and nitrite may occur in the acidic stomach (if the concentrations are high enough), it would not be expected to occur outside the stomach where the body maintains a neutral pH (~7). It is also important to note that while *in vitro* studies may help elucidate a chemical reaction that may potentially occur, the non-physiological conditions and concentrations used should be considered when making predictions of what will actually occur *in vivo*.


Contains Confidential Information – Subject to Protective Order




Fig. 59. Dependence on pH for NDMA [DMN] formation from DMA (0.02 M) + $NaNO_2$ (0.1 M) (Mirvish 1970)

High levels of DMA are routinely found in the saliva (180 ng/mL), gastric juice (870 ng/mL), blood (910 ng/mL), feces (410 ng/mL), and urine (15,900 ng/mL) of individuals (Hrudey 2013). In one large study of healthy subjects, high levels of DMA were normally excreted in the urine every day, with a mean of 17.4 mg/day (17,400,000 ng/day) and a range of 0.68-109.2 mg/day reported (Zhang 1995), which is in great contrast to NDMA (mean <385 ng/day) (Hrudey 2013). Furthermore, considerable variability in urinary DMA levels is expected, especially from dietary intake. A study investigating the effect of 46 different foods on the urinary DMA levels reported up to a 7-fold increase after consumption of fish, increasing from 6.67 mg (6,670,000 ng) to 48.62 mg (48,620,000 ng) over an 8 hour period (Mitchell 2008). The fact that large amounts of DMA are normally found in the urine is evidence of DMA that is *not* forming NDMA in the body.

Overall, numerous studies have demonstrated that dimethylamine is routinely found in biologic fluids in the body, including gastric juice, blood, and urine. However, the presence of DMA does not equate to formation of NDMA. A small yield of NDMA may be formed from DMA in the stomach in acidic conditions (pH ~3) with sufficient levels of nitrite, although minimal levels would be expected to form outside the stomach. Most NDMA formed in the stomach would still


Contains Confidential Information – Subject to Protective Order

go through first pass metabolism, indicating it would be metabolized in the liver rather than entering the systemic circulation. While the enzymatic reaction for the potential formation of the furoic acid metabolite from ranitidine has not been characterized, the liver is the major site of metabolism for drugs, including ranitidine. Surprisingly, the furoic acid metabolite of ranitidine (Fig. 18, section V.B.), previously reported to be a minor metabolite *in vivo* in rat and dog, was not detected in isolated hepatocyte (liver cell) incubations from either species (Cross 1995). This study does not preclude the possibility that the furoic acid metabolite may be formed in the liver, and it is possible it was not identified because of the minor amount formed and/or methodological limitations (it is apparent from studies in humans and animals that this metabolite is often not detected). Minor extrahepatic sites for drug metabolism include the intestine and kidney. This means any potential formation of DMA from this metabolite would be expected to occur after ranitidine has passed through the stomach where the pH conditions would be too basic to favorably promote the reaction to form NDMA. The possibility exists that the DMA (if formed from the furoic acid metabolite) could enter the bloodstream after exiting the liver and then be subject to nitrosation by nitrite formed from the breakdown of NO produced by the extrahepatic enzyme nitric oxide synthase (NOS) (Fig. 24, section VI.C., Leaf 1989), although the pH profile for nitrosation would strongly mitigate against this (Fig. 59, Mirvish 1970). The stomach is the only organ site acidic enough to make the nitrosation reaction very favorable.

Most importantly, the recent FDA randomized, placebo-controlled, crossover trial reported there were no significant differences observed in the level of plasma or urinary dimethylamine after ingestion of ranitidine (Table 9) (Florian 2021). Following the noncured meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 38.8 mg/day and 1,510 ng/mL after ranitidine and 41.1 mg/day and 1,480 ng/mL after placebo, respectively. Following the cured


Contains Confidential Information – Subject to Protective Order

meats diet, the mean 24-h urinary excretion and maximum plasma concentration was 40.7 mg/day and 1,360 ng/mL after ranitidine and 43.1 mg/day and 1,410 ng/mL after placebo, respectively. On the other hand, diet (irrespective of treatment with ranitidine or placebo) had a significant impact on plasma DMA concentrations, demonstrating the importance of controlling for diet in studies on DMA (as well as NDMA).

Although there is no evidence that ranitidine increases the levels of DMA, the question of the relevance of a hypothetical increased level of DMA to damage of DNA (methylation) should also be considered. In addition to forming $O^6$-methyl guanine, NDMA activation also yields other methylated DNA bases, one of which is $N^3$-methyl adenine (Fig. 33, section IX.A.). This modified base is separated from DNA by DNA repair enzymes and excreted in urine, so that measurements of urinary levels provide an estimate of DNA modification, including $O^6$-methyl guanine. Fay et al. studied humans who consume fresh or frozen fish that contained high levels of dimethylamine (up to 1890 µmol or 85 mg (85,000,000 ng) of DMA) (Fay 1997). Individuals also consumed 325 mg of sodium nitrate, which is converted to nitrite in the body and by bacteria in the saliva and gut. Even under these conditions, no increase in the level of $N^3$-methyl adenine in urine was observed, which "suggests that endogenous formation of NDMA from DMA is insignificant." For comparison, a cigarette smoker who smoked ½ pack of cigarettes per day had levels 3- to 8-fold higher. The authors concluded "…that consumption of high levels of DMA in fish does not result in detectable levels of NDMA formation and genetic damage…"

Overall, there is no reliable or consistent human evidence that NDMA endogenously forms in the body from ranitidine generally or that this is occurring through formation of the furoic acid metabolite specifically. The proposed pathway from the furoic acid metabolite to NDMA formation is completely theoretical, involving multiple unproven steps, and is not supported by

empirical evidence from the FDA's randomized controlled trial (Florian 2021). Furthermore, the furoic acid metabolite is detected in low levels in rats, mice, and dogs (Carey 1984; Eddershaw 1996; Martin 1981a). Therefore, even if a small proportion of the ranitidine dose (~1%) metabolized to the furoic acid derivative and released DMA, and an even smaller proportion of the DMA formed NDMA, an increased risk of cancer has not been observed in the lifetime animal carcinogenicity studies. These studies used larger ranitidine doses and for longer equivalent durations than humans would ever be exposed to.

### E. Unproven Theory of Endogenous NDMA Formation from Ranitidine via the DDAH-1 Enzyme

The Valisure Citizen Petition presents an unproven theory on endogenous NDMA formation from ranitidine that Plaintiffs' experts have adopted. Valisure theorizes that the enzyme dimethylarginine dimethylaminohydrolase-1 (DDAH-1) may liberate the "dimethylamine" group from ranitidine and that this could occur throughout the body. The liberated DMA could then form NDMA when exposed to nitrite. There are numerous scientifically invalid and inaccurate assumptions with this theory. First, the FDA randomized controlled trial demonstrated there were no differences observed in the level of plasma or urinary DMA after ingestion of ranitidine (Florian 2021). Second, even if there were an increase in DMA, the presence of DMA in the body does not equate to NDMA being formed (*vide supra*). Third, this theory is based solely on computational modeling and the scientific evidence available opposes this theory rather than supports this theory, as explained below.

The information in the Valisure Citizen Petition is only based on computational modeling, or "docking." Even if this approach were valid, it would only suggest a potential mechanism, in that enzymes must not only bind their substrates but also perform catalysis. By way of analogy, a


Contains Confidential Information – Subject to Protective Order

baseball pitcher has a glove with a "site" to fit the ball ("bind"), but the pitcher has to do something with the ball (other than catching the ball from the catcher) to be effective, i.e., take it out and pitch to a batter ("catalysis"). In my graduate course on enzyme kinetics and mechanism, I emphasize the distinction between binding and catalysis. In the hypothesis proposed by Valisure and Plaintiffs' experts, they are proposing that DDAH-1 not only binds to ranitidine but that a catalytic reaction takes place cleaving the dimethylamino group.

The difference between binding to a site in an enzyme and a catalytic reaction is exemplified in the search for new drugs, which are inhibitors of enzymes (bind) but not substrates (bind + catalytic reaction). If a structure of an enzyme is available, or even a model of the "active site," then computer-aided searches can be done for molecules to fill that space. Molecules that fit are synthesized and tested as inhibitors, i.e., as compounds that bind but are not modified (acted upon by the enzyme). One would not want to make a drug that was a substrate because it would be eliminated rapidly from the body. Figure 60 shows that both a substrate (S) and an inhibitor (I) have a "Velcro-like" surface that aids in binding to a spot in the enzyme. However, the substrate has a shape that allows interaction with the black dot called the "active site" to give a reaction (i.e., formation of the product P). The inhibitor (I) has the Velcro surface and can also bind (which would be seen in the computational exercise) but it has a different shape and is not poised to interact with the active site (•), so no product is formed.




Fig. 60. The difference between enzyme binding of a substrate vs. an inhibitor.

The matter of fitting chemical structures into models of enzyme is part of an overall approach of discovering and developing drugs (Silverman & Holladay 2014a). Many drugs have been developed because they are similar in size and shape to normal enzyme substrates but are resistant to biotransformation (e.g., 17α-ethynylestradiol, an oral contraceptive). In recent years, some software has become available that can predict which cytochrome P450 enzymes will oxidize a new molecule (Tian 2018). However, such software is based on machine learning with large data training sets (over 1600 known compounds in Tian 2018). As pointed out in a very relevant review article on cytochrome P450 enzymes and modeling, "…care must be taken to ensure that the predictive models are based on predicting enzyme-substrate interactions or enzyme-inhibitor interactions" (Tyzack 2018). An older example from my own research involves one of the cytochrome P450 enzymes, P450 2D6. The enzyme binds the drug quinidine very tightly as an inhibitor (Guengerich 1986), and quinidine fits very well into a computer-generated model (Strobl 1993). However, quinidine is not a substrate for P450 2D6, but instead is a substrate for another cytochrome P450 enzyme, P450 3A4 (Guengerich 1986).


Contains Confidential Information – Subject to Protective Order

With regard to DDAH-1, published catalytic reactions of the DDAH-1 enzyme show that the substrate is $N^G$,$N^G$-dimethylarginine (also termed $N^\gamma$,$N^\gamma$-dimethylarginine) and the products are dimethylamine and citrulline (Ogawa 1989). There have been many efforts to discover drugs that act by inhibiting the DDAH-1 enzyme (Kotthaus 2008; Lluis 2011; Murphy 2016; Burstein-Teitelbaum 2018). Numerous molecules have been prepared that fit into the active site and inhibit the enzyme, but none of these are substrates to my knowledge. Furthermore, there are no publications showing that ranitidine is an inhibitor of the DDAH-1 enzyme, let alone a substrate.

In addition to the theory presented in the final Valisure Citizen Petition, an *in vitro* experiment performed by Valisure was included in a draft version of the Citizen Petition (Draft Valisure Citizen Petition 07/30/19 [VAL 00749-765]). In the *in vitro* experiment, ranitidine was incubated with and without the DDAH-1 enzyme and similar levels of dimethylamine were observed in both experiments. In other words, DMA was formed irrespective of the DDAH-1 enzyme in this experiment. Valisure hypothesized that the methods used "for detection of DMA itself significantly degraded the ranitidine and formed very high levels of DMA." Although the methodology was not described, it is likely they used GC-MS to detect DMA, as they did in their NDMA experiments, generating artificially high results through thermal degradation. Additional information was lacking such as number of replicates and statistical analysis and Valisure stated in the draft that "further research and method development is recommended." However, the fact that Valisure took this experiment out of their final version of the Citizen Petition speaks for itself that even Valisure did not rely on these results and instead decided to omit data that did not support their theory.

Following the Valisure Citizen Petition, GSK conducted an *in vitro* study in 2020 investigating the metabolism of ranitidine by DDAH-1 (GSK Study 20DMW001). Ranitidine (50

and 460 ng/mL) was incubated in triplicate with recombinant human DDAH-1 (0.5 µM) at 37 °C for incubation periods of 0, 5, 15, 30, and 60 minutes. Ranitidine depletion and possible formation of DMA (detected as an isothiocyanate derivative) and NDMA was analyzed by UPLC-MS/MS. A positive control experiment was conducted with $N^G$,$N^G$-dimethylarginine (ADMA), the known endogenous substrate of the DDAH-1 enzyme. The investigators concluded: "Depletion of ranitidine, or formation of DMA or NDMA, was not observed at 50 or 460 ng/mL over the incubation period. Based on these results, ranitidine was not a substrate of recombinant human DDAH-1, *in vitro*." This *in vitro* experiment analyzing DMA and NDMA formation from ranitidine incubation with DDAH-1, in addition to the FDA's clinical trial analyzing *in vivo* formation of DMA and NDMA from ranitidine ingestion, both conducted using proper LC-MS methodology, provide consistent empirical support that the theorized metabolism of ranitidine by DDAH-1 is not occurring.

Overall, there is no empirical evidence that (i) the DDAH-1 enzyme binds to ranitidine releasing DMA or (ii) that the DMA liberated from this hypothetical reaction further forms NDMA anywhere in the human body. Furthermore, the DDAH-1 enzyme is also expressed in rats, mice, and dogs (Ogawa 1989; National Center for Biotechnology Information 2021) and therefore if this theoretical pathway was occurring, it has not resulted in an increase in cancer as demonstrated from the lifetime animal carcinogenicity studies.

### F. Summary on Ranitidine and Potential Endogenous Formation of NDMA

1. The *in vitro* simulated gastric fluid studies consistently show no valid NDMA formation under physiologically relevant gastric conditions.
2. The human gastric juice studies do not consistently or reliably demonstrate an increase in endogenous NDMA formation in the stomach from ranitidine ingestion.

3. The human urinary excretion studies do not reliably demonstrate an increase in endogenous NDMA formation from ranitidine ingestion. The initial studies used flawed methodology and as such, two of three studies have been retracted or corrected. The recent findings using appropriate LC-MS methodology show no increase in urinary excretion of NDMA following ranitidine ingestion.
4. The combined findings and conclusions from the FDA's *in vivo* clinical trial and *in vitro* experiment, which are the most thorough and rigorously performed studies on endogenous formation conducted to date, demonstrate there is no evidence that ranitidine is converted to NDMA in humans (Florian 2021; Gao 2021).
5. There is no scientific evidence that DMA or NDMA is endogenously formed in the body from either formation of the furoic acid metabolite of ranitidine or the DDAH-1 enzyme.
6. The long-term animal studies on ranitidine using large doses for lifetime durations demonstrate that even if endogenous formation of NDMA were occurring, it does not result in a carcinogenic effect.
7. Overall, there is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.

## XII. Conclusions

My opinions, held to a reasonable degree of scientific certainty, are summarized as follows:

1. Ranitidine is a commonly used drug that has been on the market for approximately 40 years. Its safety has been repeatedly demonstrated, including in preclinical toxicology studies that showed no evidence that ranitidine is carcinogenic or mutagenic.
2. There is no reliable or consistent scientific evidence that ranitidine can endogenously form NDMA in the human body.


Contains Confidential Information – Subject to Protective Order

3. The recently detected NDMA levels in ranitidine products are very low, particularly in relation to total NDMA exposure from other environmental sources and endogenous formation.
4. No scientific or regulatory organization has classified NDMA as a known human carcinogen. In rodents, very high doses of NDMA have primarily been associated with liver tumors. The experimental animal evidence does not support the claim that NDMA, even at very high doses, causes tumors of the bladder, pancreas, esophagus, or stomach. This organ site specificity is consistent with the metabolism of NDMA to its active form in the liver. However, even with respect to the liver, at low doses of NDMA, extensive DNA repair processes and other defense mechanisms protect against NDMA-associated DNA damage.
5. The trace levels of NDMA found in ranitidine products are several orders of magnitude lower than the lifetime NDMA doses associated with liver tumors in rodents, and exposure to potential NDMA in ranitidine has occurred for substantially less than a lifetime. Therefore, even if NDMA were an established human carcinogen, any achievable dose of NDMA from ranitidine use is too low to plausibly cause cancer because repair mechanisms will reverse any potential DNA damage from NDMA.
6. The non-epidemiological scientific evidence does not support the conclusion that exposure to ranitidine, or the potential exposure to NDMA from ingestion of ranitidine, causes any type of cancer, including bladder, esophageal, gastric, liver, and pancreatic cancers.

**References:**


1. Adamson RH, Sieber SM. Chemical carcinogenesis studies in nonhuman primates. Basic Life Sci. 1983;24:129-56.
2. Adamson RH. Induction of hepatocellular carcinoma in nonhuman primates by chemical carcinogens. Cancer Detect Prev. 1989;14(2):215-9.
3. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for N-Nitrosodimethylamine. 1989.
4. Agency for Toxic Substances and Disease Registry (ATSDR). What Are U.S. Standards and Regulations for Nitrates and Nitrites Exposure? https://www.atsdr.cdc.gov/csem/nitrate-nitrite/standards.html#:~:text=EPA%20has%20set%20an%20enforceable,to%20cause%20significant%20health%20problems. 2013. Accessed February 15, 2022.
5. Ahotupa M, Bussacchini-Griot V, Béréziat JC, Camus AM, Bartsch H. Rapid oxidative stress induced by N-nitrosamines. Biochemical and Biophysical Research Communications. 1987 Aug 14;146(3):1047-54.
6. Aizawa Y, Tanabe S, Amai H, Watanabe K, Yokoo K. Thermal Environment and Moisture Production in the Bathroom. Healthy Buildings: Creating a Healthy Indoor Environment for People, Proceedings (Conference Paper). 2006.
7. Alshehri YM, Alghamdi TS, Aldawsari FS. HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. J Pharm Biomed Anal. 2020 Nov 30;191:113582.
8. Ames BN, Gold LS. Endogenous mutagens and the causes of aging and cancer. Mutat Res. 1991 Sep-Oct;250(1-2):3-16.
9. American Cancer Society. Lifetime Risk of Developing or Dying From Cancer. https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html. Last revised January 13, 2020. Accessed August 24, 2021.
10. Andersen ME, Krewski D, Withey JR. Physiological pharmacokinetics and cancer risk assessment. Cancer Lett. 1993 Apr 15;69(1):1-14.
11. Anderson LM, Souliotis VL, Chhabra SK, Moskal TJ, Harbaugh SD, Kyrtopoulos SA. N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int J Cancer. 1996 Mar 28;66(1):130-4.
12. Arai M, Aoki Y, Nakanishi K, Miyata Y, Mori T, Ito N. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gan. 1979 Aug;70(4):549-558.
13. Araki A, Muramatsu M, Matsushima T. Comparison of mutagenicities of N-nitrosamines on *Salmonella typhimurium* TA100 and *Escherichia coli* WP2 uvrA/pKM101 using rat and hamster liver s9. Gan. 1984 Jan;75(1):8-16.
14. Astra Main Study No. 610-184M: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00000940-1970]
15. Astra Satellite Study No. 610-184S: Long-term study with H238/92 (ranitidine) in female rats. [MERCK_ZAN_00001971-3256]
16. Australia TGA. Contamination of ranitidine medicines with the nitrosamine NDMA - TGA laboratory testing. October 22, 2019. https://www.tga.gov.au/tga-laboratories-testing-ranitidine-medicines. Accessed May 25, 2021.
17. Baas J, Boyack K, Ioannidis JPA. August 2021 data-update for Updated science-wide author databases of standardized citation indicators. Mendeley Data, V3, doi: 10.17632/btchxktzyw.3. Published October 19, 2021. https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/3.

18. Bartsch H, Camus A, Malaveille C. Comparative mutagenicity of *N*-nitrosamines in a semi-solid and in a liquid incubation system in the presence of rat or human tissue fractions. Mutation Res. 1976; 37:149-162.
19. Bäumer C, Fisch E, Wedler H, Reinecke F, Korfhage C. Exploring DNA quality of single cells for genome analysis with simultaneous whole-genome amplification. Sci Rep. 2018;8(1):7476.
20. Beard JC, Swager TM. An Organic Chemist's Guide to N-Nitrosamines: Their Structure, Reactivity, and Role as Contaminants. J Org Chem. 2021;86(3):2037-2057.
21. Beck BD, Seeley M, Calabrese EJ. Chapter 2: Use of toxicology in the regulatory process. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds). 6th ed., CRC Press, Boca Raton, FL. 2014. pp 35-87.
22. Bellacosa A. Genetic hits and mutation rate in colorectal tumorigenesis: versatility of Knudson's theory and implications for cancer prevention. Genes Chromosomes Cancer. 2003 Dec;38(4):382-388.
23. Biology Dictionary. Metabolite. https://www.biology-online.org/dictionary/Metabolite. Accessed January 30, 2020.
24. Blumer JL, Rothstein FC, Kaplan BS, Yamashita TS, Eshelman FN, Myers CM, Reed MD. Pharmacokinetic determination of ranitidine pharmacodynamics in pediatric ulcer disease. J Pediatr. 1985 Aug;107(2):301-306.
25. Boonjaraspinyo S, Boonmars T, Aromdee C, Puapairoj A, Wu Z. Indirect effect of a turmeric diet: enhanced bile duct proliferation in Syrian hamsters with a combination of partial obstruction by Opisthorchis viverrini infection and inflammation by N-nitrosodimethylamine administration. Parasitology research. 2011 Jan;108(1):7-14.
26. Brambilla G, Cavanna M, Faggin P, Maura A, Pino A, Ricci R, Robbiano L. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis. 1983 Oct;4(10):1281-5.
27. Brambilla G, Cajelli E, Finollo R, Maura A, Pino A, Robbiano L. Formation of DNA-damaging nitroso compounds by interaction of drugs with nitrite. A preliminary screening for detecting potentially hazardous drugs. J Toxicol Environ Health. 1985;15(1):1-24.
28. Brambilla G, Martelli A. Genotoxic and carcinogenic risk to humans of drug-nitrite interaction products. Mutat Res. 2007 Jan-Feb;635(1):17-52.
29. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth AJ, Wu Q, Zenzola N, Light DY. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open. 2021 Jan 4;4(1):e2034766.
30. Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint. 2021.
31. Brimblecombe RW, Duncan WA, Durant GJ, Emmett JC, Ganellin CR, Leslie GB, Parsons ME. Characterization and development of cimetidine as a histamine H2-receptor antagonist. Gastroenterology. 1978 Feb;74(2 Pt 2):339-47.
32. Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ. Safety of ranitidine. Lancet. 1981 Nov 14;2(8255):1119.
33. Brodkorb A, Egger L, Alminger M, Alvito P, Assunção R, Ballance S, Bohn T, Bourlieu-Lacanal C, Boutrou R, Carrière F, Clemente A, Corredig M, Dupont D, Dufour C, Edwards C, Golding M, Karakaya S, Kirkhus B, Le Feunteun S, Lesmes U, Macierzanka A, Mackie AR, Martins C, Marze S, McClements DJ, Ménard O, Minekus M, Portmann R, Santos CN,


Contains Confidential Information – Subject to Protective Order

Souchon I, Singh RP, Vegarud GE, Wickham MSJ, Weitschies W, Recio I. INFOGEST static in vitro simulation of gastrointestinal food digestion. Nat Protoc. 2019 Apr;14(4):991-1014.
34. Buccitelli C, Selbach M. mRNAs, proteins and the emerging principles of gene expression control. Nature Reviews Genetics. 2020 Oct 1;21(10):630–644.
35. Burlinson B, Morriss SH, Gatehouse DG, Tweats DJ. Genotoxicity studies of gastric acid inhibiting drugs. Lancet. 1990 Feb 17;335(8686):419-20.
36. Burstein-Teitelbaum G, Er JAV, Monzingo AF, Tuley A, Fast W. Dissection, Optimization, and Structural Analysis of a Covalent Irreversible DDAH1 Inhibitor. Biochemistry. 2018 Jul 31;57(30):4574-4582.
37. Calabrese EJ. Chapter 3: Dose–Response: A Fundamental Concept in Toxicology. In: Hayes' Principles and Methods of Toxicology. Hayes AW, Kruger CL (Eds.) 6th Ed. 2014. 89-140.
38. Carey PF, Martin LE, Owen PE. Determination of ranitidine and its metabolites in human urine by reversed-phase ion-pair high-performance liquid chromatography. J Chromatogr. 1981 Sep 11;225(1):161-8.
39. Carey PF, Martin LE. High-Performance Liquid Chromatographic Methods for the Determination of Ranitidine and its Metabolites in Biological Fluids. Chromatographia. 1984;19:200-205.
40. Castellano TJ, Schiffman RL, Jacob MC, Loeb JN. Suppression of liver cell proliferation by glucocorticoid hormone: a comparison of normally growing and regenerating tissue in the immature rat. Endocrinology. 1978 Apr;102(4):1107-1112.
41. Cha R.S, Thilly WG, Zarbl H. *N*-Nitroso-*N*-methylurea-induced rat mammary tumors arise from cells with preexisting oncogenic H-*ras*1 gene mutations. Proceedings of the National Academy of Sciences of the United States of America. 1994;91: 3749-3753.
42. Chatterjee N, Walker GC. Mechanisms of DNA damage, repair, and mutagenesis. Environ Mol Mutagen. 2017 Jun;58(5):235-226.
43. Choudhary D, Jansson I, Stoilov I, Sarfarazi M, Schenkman JB. Expression patterns of mouse and human CYP orthologs (families 1-4) during development and in different adult tissues. Arch Biochem Biophys. 2005 Apr 1;436(1):50-61. doi: 10.1016/j.abb.2005.02.001. PMID: 15752708.
44. Chung WG, Park CS, Roh HK, Lee WK, Cha YN. Oxidation of ranitidine by isozymes of flavin-containing monooxygenase and cytochrome P450. Jpn J Pharmacol. 2000 Oct;84(2):213-220.
45. Clarke HE, Coates ME, Eva JK, Ford DJ, Milner CK, O'Donoghue PN, Scott PP, Ward RJ. Dietary standards for laboratory animals: report of the Laboratory Animals Centre Diets Advisory Committee. Laboratory animals. 1977 Jan 1;11(1):1-28.
46. COSMIC: Catalogue of Somatic Mutations in Cancer. https://cancer.sanger.ac.uk/cosmic. Accessed May 3, 2021.
47. Coulston F, Dunne JF. The Potential Carcinogenicity of Nitrosatable Drugs. WHO Symposium, Geneva, June 1978. 1980. 1-134.
48. Coumadin (warfarin sodium) Tablets Prescribing Information. Bristol-Myers Squibb. August 2017.
49. Court MH, Von Moltke LL, Shader RI, Greenblatt DJ. Biotransformation of chlorzoxazone by hepatic microsomes from humans and ten other mammalian species. Biopharm Drug Dispos. 1997 Apr;18(3):213-26.
50. Cross DM, Bell JA, Wilson K. Kinetics of ranitidine metabolism in dog and rat isolated hepatocytes. Xenobiotica. 1995 Apr;25(4):367-375.


Contains Confidential Information – Subject to Protective Order

51. Dallinga JW, Pachen DM, Lousberg AH, van Geel JA, Houben GM, Stockbrügger RW, van Maanen JM, Kleinjans JC. Volatile N-nitrosamines in gastric juice of patients with various conditions of the gastrointestinal tract determined by gas chromatography-mass spectrometry and related to intragastric pH and nitrate and nitrite levels. Cancer Lett. 1998 Feb 27;124(2):119-125.
52. Dangtakot R, Intuyod K, Chamgramol Y, Pairojkul C, Pinlaor S, Jantawong C, Pongking T, Haonon O, Ma N, Pinlaor P. CagA+ *Helicobacter pylori* infection and N-nitrosodimethylamine administration induce cholangiocarcinoma development in hamsters. Helicobacter. 2021 Aug;26(4):e12817.
53. De Bont R, van Larebeke N. Endogenous DNA damage in humans: a review of quantitative data. Mutagenesis. 2004 May;19(3):169-185.
54. De Flora S. Cimetidine, ranitidine, and their mutagenic nitroso derivatives. Lancet. 1981 Oct 31;2(8253):993-994.
55. De Flora S, Bennicelli C, Camoirano A, Zanacchi P. Genotoxicity of nitrosated ranitidine. Carcinogenesis. 1983;4(3):255-260.
56. De Flora S, Camoirano A, Basso C, Astengo M, Zanacchi P, Bennicelli C. Bacterial genotoxicity of nitrosated famotidine. Mutagenesis. 1986 Mar;1(2):125-130.
57. Dechakhamphu S, Pinlaor S, Sitthithaworn P, Bartsch H, Yongvanit P. Accumulation of miscoding etheno-DNA adducts and highly expressed DNA repair during liver fluke-induced cholangiocarcinogenesis in hamsters. Mutat Res. 2010 Sep 10;691(1-2):9-16.
58. Desjardins R, Fournier M, Denizeau F, Krzystyniak K. Immunosuppression by chronic exposure to N-nitrosodimethylamine (NDMA) in mice. Journal of Toxicology and Environmental Health, Part A Current Issues. 1992 Nov 1;37(3):351-61.
59. Diaz Gomez MI, Swann PF, Magee PN. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Implication for the possible hazard of dimethylnitrosamine in human food. Biochem J. 1977;164(3):497-500.
60. Dunn SR, Pensabene JW, Simenhoff ML. Analysis of human blood for volatile N-nitrosamines by gas chromatography-chemiluminescence detection. J Chromatogr. 1986 Apr 25;377:35-47.
61. Dutton AH, Heath DF. Demethylation of dimethylnitrosamine in rats and mice. Nature. 1956 Sep 22;178(4534):644.
62. Dybing E, O'Brien J, Renwick AG, Sanner T. Risk assessment of dietary exposures to compounds that are genotoxic and carcinogenic--an overview. Toxicol Lett. 2008 Aug 15;180(2):110-7.
63. Eaton DL, Gallagher EP, Vandivort TC. Chapter 1: General Overview of Toxicology. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 1-38.
64. Eaton DL, Gilbert SG. Chapter 2: Principles of Toxicology. In: Casarett and Doull’s Toxicology: The Basic Science of Poisons. Klaassen CR (Ed). 8th Ed. 2013. 13-48.
65. Eddershaw PJ, Chadwick AP, Higton DM, Fenwick SH, Linacre P, Jenner WN, Bell JA, Manchee GR. Absorption and disposition of ranitidine hydrochloride in rat and dog. Xenobiotica. 1996 Sep;26(9):947-956.
66. Eisenbrand G, Adam B, Peter M, Malfertheiner P, Schlag P. Formation of nitrite in gastric juice of patients with various gastric disorders after ingestion of a standard dose of nitrate--a possible risk factor in gastric carcinogenesis. IARC Sci Publ. 1984;(57):963-968.
67. Emeigh Hart SG, Cartun RW, Wyand DS, Khairallah EA, Cohen SD. Immunohistochemical localization of acetaminophen in target tissues of the CD-1 mouse: correspondence of covalent binding with toxicity. Fundam Appl Toxicol. 1995 Feb;24(2):260-274.

68. Emery Pharma Citizen Petition. January 2, 2020.
69. Emery Pharma 06/04/20 Slide Presentation – Nandita E, et al. Study of Ranitidine Stability: Quantification of N-Nitrosodimethylamine (NDMA), a Probable Carcinogen in Ranitidine Drug Products and Biological Matrices by UHPLC-MS/MS.
70. Emery Pharma 07/14/20 Slide Presentation – Najafi R. Where is NDMA Coming From? Root Cause Analysis.
71. EMERY 0165-0170
72. EMERY 0574-0585
73. EMERY 0977-1003
74. EPA. About Benchmark Dose Software (BDS). https://www.epa.gov/bmds/about-benchmark-dose-software-bmds#aboutbmds. Last Updated June 16, 2021. Accessed February 9. 2022.
75. EPA. Integrated Risk Information System (IRIS). N-Nitrosodimethylamine; CASRN 62-75-9. 2002. https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0045_summary.pdf.
76. EPA. Technical Fact Sheet – N-Nitroso-dimethylamine (NDMA). November 2017. https://www.epa.gov/sites/default/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf.
77. EPA. Risk Assessment for Carcinogenic Effects. Lasted Updated December 8, 2021. https://www.epa.gov/fera/risk-assessment-carcinogenic-effects. Accessed January 23, 2022.
78. Espie P, Tytgat D, Sargentini-Maier ML, Poggesi I, Watelet JB. Physiologically based pharmacokinetics (PBPK). Drug Metab Rev. 2009;41(3):391-407.
79. EUPATI. Pharmacokinetics. https://toolbox.eupati.eu/glossary/pharmacokinetics/. Accessed May 3, 2021.
80. European Commission Scientific Committee on Consumer Safety (EC SCCS). Opinion on Nitrosamines and Secondary Amines in Cosmetic Products. SCCS/1458/11. March 27, 2012. https://ec.europa.eu/health/scientific_committees/consumer_safety/docs/sccs_o_090.pdf.
81. European Medicines Agency (EMA) Committee for Medicinal Products for Human Use (CHMP) Assessment Report on Angiotensin-II-Receptor Antagonists (Sartans) Containing a Tetrazole Group. Procedure No. EMEA/H/A-31/1471. February 14, 2019. https://www.ema.europa.eu/en/documents/variation-report/angiotensin-ii-receptor-antagonists-sartans-article-31-referral-chmp-assessment-report_en.pdf.
82. Fan TY, Fine DH. Formation of N-nitrosodimethylamine in the injection port of a gas chromatograph: an artifact in nitrosamine analysis. J Agric Food Chem. 1978;26(6);1471–1472.
83. Fay LB, Leaf CD, Gremaud E, Aeschlimann JM, Steen C, Shuker DE, Turesky RJ. Urinary excretion of 3-methyladenine after consumption of fish containing high levels of dimethylamine. Carcinogenesis. 1997 May;18(5):1039-1044.
84. FDA Ensuring the Rigor of Regulatory Science: CDER Conducts Laboratory and Clinical Studies to Investigate Reports of NDMA Production from Ingested Ranitidine Products. https://www.fda.gov/drugs/news-events-human-drugs/ensuring-rigor-regulatory-science-cder-conducts-laboratory-and-clinical-studies-investigate-reports. July 2, 2021. Accessed July 7, 2021.
85. FDA Guidance for Industry: ICH Q3A Impurities in New Drug Substances. 1996, 2003 (R1), and 2008 (R2).
86. FDA Guidance for Industry: ICH Q3B Impurities in New Drug Products. 1997, 2003 (R1), and 2006 (R2).

87. FDA Guidance for Industry (Draft): Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches. 2008.
88. FDA Guidance for Industry: ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk. 2015 and 2018 (R1).
89. FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs. 2020 and 2021 (R1).
90. FDA Guidance for Industry: Analytical Procedures and Methods Validation for Drugs and Biologics. 2015.
91. FDA Guidance for Industry: ICH S1A The Need for Long-Term Rodent Carcinogenicity Studies of Pharmaceuticals. 1996.
92. FDA Guidance for Industry: ICH S1B Testing for Carcinogenicity of Pharmaceuticals. 1997.
93. FDA Guidance for Industry: ICH S1C Dose Selection for Carcinogenicity Studies for Pharmaceuticals. 1995, 1997 (R1), 2008 (R2).
94. FDA Guidance for Industry (Draft): Statistical Aspects of the Design, Analysis, and Interpretation of Chronic Rodent Carcinogenicity Studies of Pharmaceuticals. 2001.
95. FDA Guidance for Industry: ICH S2A Specific Aspects of Regulatory Genotoxicity Tests for Pharmaceuticals. 1996.
96. FDA Guidance for Industry: ICH S2 Genotoxicity Testing and Data Interpretation for Pharmaceuticals Intended for Human Use. 2012 (R1).
97. FDA Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Last Updated July 20, 2021. Accessed August 24, 2021.
98. FDA Response to Valisure Citizen Petition. April 1, 2020.
99. FDA Summary Basis of Approval for Zantac NDA 18-703. [GSKZAN0000012672-814]
100. FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan. Accessed April 4, 2021.
101. FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine. Accessed April 4, 2021.
102. Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG, Kim I, Yi S, Zhao L, Yoon M, Selaya S, Keire D, Korvick J, Strauss DG. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA. 2021 Jun:e219199.
103. Foiles PG, Miglietta LM, Akerkar SA, Everson RB, Hecht SS. Detection of O6-methyldeoxyguanosine in human placental DNA. Cancer Res. 1988 Aug 1;48(15):4184-8.
104. Franekić J, Skupnjak S, Matijasević Z. Genotoxicity of nitrosated ranitidine. Mutat Res. 1989 Sep;227(1):13-16.
105. Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-355.
106. Fryklund J, Falknäs AK, Helander HF. Omeprazole does not cause unscheduled DNA synthesis in rabbit parietal cells in vitro. Scand J Gastroenterol. 1992 Jun;27(6):521-8.
107. Fukushima S, Wanibuchi H, Morimura K, Nakae D, Tsuda H, Imaida K, Shirai T, Tatematsu M, Tsukamoto T, Hirose M, Furukawa F. Lack of potential of low dose N-

nitrosodimethylamine to induce preneoplastic lesions, glutathione S-transferase placental form-positive foci, in rat liver. Cancer Lett. 2005 May 10;222(1):11-5.

108. Gao Z, Karfunkle M, Ye W, Marzan TA, Yang J, Lex T, Sommers C, Rodriguez JD, Han X, Florian J, Strauss DG, Keire DA. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions. JAMA Netw Open. 2021 Jun;4(6):e2118253.
109. Garcia del Risco F, Rolin O, Farinotti R, Chau NP, Mourot J, Nguyen-Phuoc BK, Bergogne-Berezin E, Bonfils S. Influence of ranitidine during a 24-hour period on the level of nitrites, nitrates, nitrosamines and bacterial flora in the gastric juice of healthy subjects. Gastroenterol Clin Biol. 1984 Oct;8(10):749-53.
110. Garland WA, Kuenzig W, Rubio F, Kornychuk H, Norkus EP, Conney AH. Urinary excretion of nitrosodimethylamine and nitrosoproline in humans: interindividual and intraindividual differences and the effect of administered ascorbic acid and alpha-tocopherol. Cancer Res. 1986;46(10):5392-400.
111. Gatehouse DG, Tweats DJ. Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis. 1982;3(5):597-8.
112. Gatehouse D, Haworth S, Cebula T, Gocke E, Kier L, Matsushima T, Melcion C, Nohmi T, Ohta T, Venitt S, et al. Recommendations for the performance of bacterial mutation assays. Mutat Res. 1994 Jun;312(3):217-33.
113. Gerson SL, Trey JE, Miller K, Berger NA. Comparison of O6-alkylguanine-DNA alkyltransferase activity based on cellular DNA content in human, rat and mouse tissues. Carcinogenesis. 1986 May;7(5):745-9.
114. Gerson SL. MGMT: its role in cancer aetiology and cancer therapeutics. Nat Rev Cancer. 2004 Apr;4(4):296-307.
115. Gillatt PN, Palmer RC, Smith PL, Walters CL, Reed PI. Susceptibilities of drugs to nitrosation under simulated gastric conditions. Food Chem Toxicol. 1985 Sep;23(9):849-55.
116. Goasduff T, Bellec G, Amet Y, Dreano Y, Menez JF, Berthou F. P450 2E1 expression in liver, kidney, and lung of rats treated with single or combined inducers. Alcohol. 1996 May-Jun;13(3):301-308.
117. Gollapudi BB, Jackson KM, Stott WT. Hepatic lacI and cII mutation in transgenic (lambdaLIZ) rats treated with dimethylnitrosamine. Mutat Res. 1998 Nov 9;419(1-3):131-135.
118. Gombar CT, Pylypiw HM Jr, Harrington GW. Pharmacokinetics of N-nitrosodimethylamine in beagles. Cancer Res. 1987;47(2):343-7.
119. Gombar CT, Harrington GW, Pylypiw HM Jr, Bevill RF, Thurmon JC, Nelson DR, Magee PN. Pharmacokinetics of N-nitrosodimethylamine in swine. Carcinogenesis. 1988;9(8):1351-4.
120. Gombar CT, Harrington GW, Pylypiw HM Jr, Anderson LM, Palmer AE, Rice JM, Magee PN, Burak ES. Interspecies scaling of the pharmacokinetics of N-nitrosodimethylamine. Cancer Res. 1990;50(14):4366-4370.
121. Gough TA, Webb KS, Swann PF. An examination of human blood for the presence of volatile nitrosamines. Food Chem Toxicol. 1983 Apr;21(2):151-6.
122. GSK Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products. June 15, 2020. [GSKZAN0000051927-2018]



Contains Confidential Information – Subject to Protective Order

123. GSK: A special report to the medicines division on the potential carcinogenicity and mutagenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach. 1981. [GSKZAN0000084961-8]
124. GSK Study 20DMW001. An in vitro Investigation into the Metabolism of Ranitidine by Human Recombinant Dimethylarginine Dimethylaminohydrolase-1. [GSKZAN0002964352-381]
125. GSK Report WBP/82/01 (Tanner 1982). The Determination of N-Nitrosodimethylamine formed by the Reaction of Ranitidine Hydrochloride with Sodium Nitrite. [GSKZAN0000084994-5003]
126. GSK Report WMH/85/013 (Broom 1996). A Radioisotope Study to Investigate the Metabolic Disposition of Ranitidine in Man. [GSKZAN0000369313-42]
127. GSK Report PATH/77/153: Additional Mutagenicity Tests on Ranitidine [GSKZINDA0000001223-30]
128. GSK Report PATH/78/172: AH19065 (base) and its S-oxide AH20319 mutagenicity testing [GSKZNDAD0000001148-59]
129. GSK Report PATH/79/220. Mutagenicity studies on the nitrosation products of AH19065 and AH22216. (Liquid and agar assays). [GSKZAN0000292368-80]
130. GSK Report PATH/79/224: Nitrosation of H2 blockers (AH19065 and AH22216) - further evaluation of mutagenic effects, and screening of potential breakdown products. [GSKZAN0000917196-254]
131. GSK Report PATH/79/229 (Study TR21): Ranitidine hydrochloride: The effects of ranitidine hydrochloride in male germ cells – a dominant lethal assay (PATH/79/229) [NDA 18-703] [GSKZNDAA0000001825-8; GSKZNDAA0000015349-76]
132. GSK Report PATH/80/235. (III) Nitrosation of ranitidine: Further mutagenicity studies. [GSKZAN0000986964-97]
133. GSK Report PATH/80/240: Further mutagenicity studies on ranitidine (AH19065) and on its N-oxide (AH20199) and S-oxide (AH20319). [GSKZAN0000282822-62]
134. GSK Report WPT/83/037: A Cytogenetic Study in the Spermatogonial Cells of Mice following Oral Administration of Ranitidine. [GSKZAN0000931154-74]
135. GSK Report WAP/86/006: Review of the Standards Achieved in Glaxo Routine Production of Ranitidine Hydrochloride and the Zantac Range of Finished Products and a Comparison with the Standards of Competitor Products. [GSKZAN0001945403-610]
136. GSK Report WPT/83/056. In Vivo Cytogenetic Evaluation of AH 19065 (Ranitidine) Assays. [GSKZAN0000292401-16]
137. GSK Report WPT/86/029: Sex-Linked Recessive Lethal Study on AH19065 HC1 (Ranitidine) Using Drosophila Melanogaster. [GSKZAN0000931137-53]
138. GSK Report WPT/90/079: An evaluation of the potential genotoxicity of selected H2-antagonists (loxtidine, ranitidine, cimetidine) and omeprazole in an in vivo rat stomach UDS assay [GSKZNDAA0000205884-907]
139. GSK Report WPT/89/335 (Study R12011): GR122311X: Micronucleus test in the PVG rat after oral administration. [GSKZNDAL0000105522-52]
140. GSK Report WPT/90/290 (Study V11934). Microbial mutagenicity screen of GR1223117X. [GSKZNDAL0000105275-361]
141. GSK Report WPT/90/411 (Study V11765). GR122311X: Cytogenetic evaluation using cultured human lymphocytes. [GSKZNDAL0000105362-405]

142. GSK Report WPT/90/176 (Pilot Study Y12410). GR88502X (Bismuth Citrate): Cytogenetic evaluation using cultured human lymphocytes. [GSKZNDAL0000105406-33]
143. GSK Report WPT/90/407. GR122311X: In vivo Stomach UDS assay in male PVG rats. [GSKZNDAL0000105556-86]
144. GSK Report WPT/91/276 (Study V12784). GR122311X: Screen for mutagenic activity in the mouse lymphoma, L5178Y assay. [GSKZNDAL0000105434-94]
145. GSK Report A&H 88/801075: Ranitidine Hydrochloride: Potential Tumorigenicity of Ranitidine Hydrochloride in Long Term (Life Span) Dietary Administration to Rats. (125-129 Weeks) [NDA 18-703] [GSKZNDAA0000001725; GSKZNDAA0000013235-14731]
146. GSK Report PATH/81/269 (Study CAR-009): Ranitidine Hydrochloride: 2 Year Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001689-1701; GSKZNDAA0000012654-933]
147. GSK Report PATH/80/247 (Study CAR-010): Ranitidine Hydrochloride: 114 Week Oral Tumorigenicity Study in Mice. [NDA 18-703] [GSKZNDAA0000001702-14; GSKZNDAA0000012937-13231]
148. GSK Report PATH/81/287. Amendment to Report PATH/80/247. AH19065 Hydrochloride (Ranitidine): 114 Week Oral Tumorigenicity Study in Mice (CAR 010). Revised Statistical Analysis. [GSKZINDA0000011033-56]
149. GSK Report WPT/89/196 (Study SAD098): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, once daily, oral administration to Beagles, for 397 weeks, of doses equivalent to 50 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000000846 – 1057]
150. GSK Report WPT/89/306 (Study SAD112): Ranitidine hydrochloride (H2 receptor antagonist): The effects of repeated, twice daily, oral administration to Beagles for 372 weeks, of doses equivalent to 5 mg ranitidine/kg. [IND 23-073] [GSKZINDC0000001058 – 1582]
151. GSK Report WPT/94/381 (Study R13529): Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats. [IND 17-004] [GSKZINDA0000051942-52706]
152. GSK Study WPT/93/096 (Study R124040): GR122311X: Oral (dietary) oncogenicity study in rats [GSKZNDAL0000097436-100222]
153. GSK Study WPT/93/122 (Study M12403): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZNDAL0000091415-4480]
154. GSK Study WPT/93/201 (Study M13040): GR122311X: Oral (dietary) oncogenicity study in mice [GSKZAN0000368567-844; GSKZAN0000705948-6391; GSKZAN0000914868-6099; GSKZAN0000368845-9202]
155. GSK Study BIO/80/11. Nitrosation of ranitidine - Assessment of dinitrosated ranitidine formation in man. [GSKZAN0000369530-45]
156. GSK Study CR/368/81. Ranitidine Nitrosation. [GSKZAN0000290552-67]
157. GSK Study D1031: Testing of ranitidine hydrochloride and its metabolites for possible mutagenic activity [NDA 18-703] [GSKZNDAA0000001726-7; GSKZNDAA0000014733-71]
158. GSK Study D164: The reaction between ranitidine and nitrous acid and the mutagenic potential of the reaction products [NDA 18-703] [GSKZNDAA0000001728-30; GSKZNDAA0000014773-90]
159. Guengerich FP, Müller-Enoch D, Blair IA. Oxidation of quinidine by human liver cytochrome P-450. Mol Pharmacol. 1986 Sep;30(3):287-95.


Contains Confidential Information – Subject to Protective Order

160. Guengerich FP. Roles of cytochrome P-450 enzymes in chemical carcinogenesis and cancer chemotherapy. Cancer Res. 1988 Jun 1;48(11):2946-2954.
161. Gushgari AJ, Halden RU. Critical review of major sources of human exposure to N-nitrosamines. Chemosphere. 2018 Nov;210:1124-1136.
162. Hall J, Brésil H, Montesano R. O6-Alkylguanine DNA alkyltransferase activity in monkey, human and rat liver. Carcinogenesis. 1985 Feb;6(2):209-11.
163. Hall CN, Darkin D, Brimblecombe R, Cook AJ, Kirkham JS, Northfield TC. Evaluation of the nitrosamine hypothesis of gastric carcinogenesis in precancerous conditions. Gut. 1986 May;27(5):491-8.
164. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.
165. Hastwell PW, Webster TW, Tate M, Billinton N, Lynch AM, Harvey JS, Rees RW, Walmsley RM. Analysis of 75 marketed pharmaceuticals using the GADD45a-GFP 'GreenScreen HC' genotoxicity assay. Mutagenesis. 2009 Sep;24(5):455-63.
166. Havu N, Mattsson H, Ekman L, Carlsson E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion. 1990;45(4):189-95.
167. Haywood PA, Martin-Smith M, Cholerton TJ. Isolation and identification of the hydrolytic degradation products of ranitidine hydrochloride. J Chem Soc Perkin Trans. 1987;951-4.
168. Health Canada. Nitrosamine impurities in medications. https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/nitrosamine-impurities.html. Accessed December 30, 2021.
169. Herrmann K, Schumacher F, Engst W, Appel KE, Klein K, Zanger UM, Glatt H. Abundance of DNA adducts of methyleugenol, a rodent hepatocarcinogen, in human liver samples. Carcinogenesis. 2013;34(5):1025-1030.
170. Hill J. Cautions Against the Immoderate Use of Snuff. 2nd Ed. Baldwin R, Jackson J. London. 1761.
171. Houben GM, Hooi J, Brummer RJ, Stobberingh EE, Stockbrügger RW. Are intragastric N-nitroso compounds elevated after short-term acid suppression? Eur J Cancer Prev. 1996 Sep;5 Suppl 1:83-7.
172. Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal. 2013 Dec;33(12):2179-208. doi: 10.1111/risa.12070. Epub 2013 Jun 20. Erratum in: Risk Anal. 2014 Mar;34(3):598.
173. Hu J, Christison T, Rohrer J. Determination of dimethylamine and nitrite in pharmaceuticals by ion chromatography to assess the likelihood of nitrosamine formation. Heliyon. 2021 Feb 1;7(2):e06179.
174. Human Protein Atlas. https://www.proteinatlas.org/. Accessed April 4, 2021.
175. IARC. Chemical Agents and Related Occupations. Volume 100 F. A Review of Human Carcinogens. International Agency for Research on Cancer; 2012.
176. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Volume 17. Some N-Nitroso Compounds. N-Nitrosodimethylamine. Lyon, France: IARC; 1978.
177. International Agency for Research on Cancer (IARC). IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. Lyon, France: IARC; 1987.


Contains Confidential Information – Subject to Protective Order

178. International Agency for Research on Cancer (IARC). IARC Monographs on the Identification of Carcinogenic Hazards to Humans, Preamble. Lyon, France: World Health Organization; Amended January 2019. https://monographs.iarc.who.int/wp-content/uploads/2019/07/Preamble-2019.pdf. Accessed June 9, 2021.
179. International Agency for Research on Cancer (IARC). Agents classified by the IARC Monographs, Volumes 1–130. https://monographs.iarc.who.int/list-of-classifications. Last updated December 10, 2021. Accessed February 10, 2022.
180. Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin. 2018;68(1):31-54.
181. Iwakuma T, Sakumi K, Nakatsuru Y, Kawate H, Igarashi H, Shiraishi A, Tsuzuki T, Ishikawa T, Sekiguchi M. High incidence of nitrosamine-induced tumorigenesis in mice lacking DNA repair methyltransferase. Carcinogenesis. 1997 Aug;18(8):1631-5.
182. Jeong HG, Lee YW. Protective effects of diallyl sulfide on N-nitrosodimethylamine-induced immunosuppression in mice. Cancer letters. 1998 Dec 11;134(1):73-9.
183. Jiang Q, Christen S, Shigenaga MK, Ames BN. γ-Tocopherol, the major form of vitamin E in the US diet, deserves more attention. The American journal of clinical nutrition. 2001 Dec 1;74(6):714-22.
184. Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen. 2021;62:293-305.
185. Kadiiska MB, Gladen BC, Baird DD, Germolec D, Graham LB, Parker CE, Nyska A, Wachsman JT, Ames BN, Basu S, Brot N, Fitzgerald GA, Floyd RA, George M, Heinecke JW, Hatch GE, Hensley K, Lawson JA, Marnett LJ, Morrow JD, Murray DM, Plastaras J, Roberts LJ 2nd, Rokach J, Shigenaga MK, Sohal RS, Sun J, Tice RR, Van Thiel DH, Wellner D, Walter PB, Tomer KB, Mason RP, Barrett JC. Biomarkers of oxidative stress study II: are oxidation products of lipids, proteins, and DNA markers of CCl4 poisoning? Free Radic Biol Med. 2005 Mar 15;38(6):698-710.
186. Kamm JJ, Dashman T, Conney AH, Burns JJ. Protective effect of ascorbic acid on hepatotoxicity caused by sodium nitrite plus aminopyrine. Proceedings of the National Academy of Sciences United States of America. 1973 Mar 1;70(3):747-9.
187. Kane SP. Ranitidine, ClinCalc DrugStats Database, Version 21.1. ClinCalc: https://clincalc.com/DrugStats/Drugs/Ranitidine. Updated December 1, 2020. Accessed March 10, 2021.
188. Kang H, Konishi C, Kuroki T, Huh N. Detection of O6-methylguanine, O4-methylthymine and O4-ethylthymine in human liver and peripheral blood leukocyte DNA. Carcinogenesis. 1995 Jun;16(6):1277-80.
189. Kaufman DW, Kelly JP, Rosenberg L, Anderson TE, Mitchell AA. Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA. 2002;287(3):337-344.
190. Kedderis GL. Chapter 1.07: Toxicokinetics: Biotransformation of Toxicants. In: Comprehensive Toxicology. McQueen CA (Ed). 3rd Ed. 2018. 128-142.
191. King FJ, Searle AD, Urquhart MW. Ranitidine – Investigations into the Root Cause for the Presence of N-Nitroso-N,N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. Org Process Res Dev. 2020.


Contains Confidential Information – Subject to Protective Order

192. Kiziltas H, Ekin S, Bayramoglu M, Akbas E, Oto G, Yildirim S, Ozgokce F. Antioxidant properties of *Ferulago angulata* and its hepatoprotective effect against N-nitrosodimethylamine-induced oxidative stress in rats. Pharmaceutical Biology. 2017 Jan 1;55(1):888-97.
193. Klaunig JE, Weghorst CM, Pereira MA. Effect of phenobarbital on diethylnitrosamine and dimethylnitrosamine induced hepatocellular tumors in male B6C3F1 mice. Cancer Lett. 1988 Sep-Oct;42(1-2):133-139.
194. Klaunig JE. Chapter 8: Chemical Carcinogenesis. In: Casarett & Doull's Toxicology: The Basic Science of Poisons. 8th ed. McGraw-Hill Publishing; 2013. 393-443.
195. Knudson AG Jr. Mutation and cancer: statistical study of retinoblastoma. Proc Natl Acad Sci U S A. 1971 Apr;68(4):820-823.
196. Kobets T, Williams GM. Review of the evidence for thresholds for DNA-Reactive and epigenetic experimental chemical carcinogens. Chem Biol Interact. 2019 Mar 1;301:88-111.
197. Kotthaus J, Schade D, Muschick N, Beitz E, Clement B. Structure-activity relationship of novel and known inhibitors of human dimethylarginine dimethylaminohydrolase-1: alkenyl-amidines as new leads. Bioorg Med Chem. 2008 Dec 15;16(24):10205-9.
198. Krawczynski M, Ignys I, Borucki M. Nitrozamines in children with chronic gastritis. Pediatria Polska. 2002:77(3):217-224. [GSKZAN0000085209-19]
199. Krul CA, Zeilmaker MJ, Schothorst RC, Havenaar R. Intragastric formation and modulation of N-nitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol. 2004 Jan;42(1):51-63.
200. Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase. Carcinogenesis. 2000 Jun;21(6):1227-32.
201. Kwon Y. Chapter 8: Metabolism. In: Handbook of Essential Pharmacokinetics, Pharmacodynamics, and Drug Metabolism for Industrial Scientists. 2002. 121-168.
202. Labuc GE, Archer MC. Comparative tumor initiating activities of N-nitrosomethylbenzylamine and N-nitrosodimethylamine in rat liver. Carcinogenesis. 1982;3(5):519-523.
203. Lakritz L, Kimoto W. N-nitrosamines--contaminants in blood-collection tubes. Food Cosmet Toxicol. 1980;18(1):31-34.
204. Larson AM, Polson J, Fontana RJ, Davern TJ, Lalani E, Hynan LS, Reisch JS, Schiødt FV, Ostapowicz G, Shakil AO, Lee WM; Acute Liver Failure Study Group. Acetaminophen-induced acute liver failure: results of a United States multicenter, prospective study. Hepatology. 2005 Dec;42(6):1364-72.
205. Leaf CD, Wishnok JS, Tannenbaum SR. Mechanisms of endogenous nitrosation. Cancer Surv. 1989;8(2):323-34.
206. Lhasa Carcinogenicity Database. Nitrosodimethylamine. https://carcdb.lhasalimited.org/carcdb-frontend/. Accessed May 3, 2021.
207. Li L, Wang P, Xu X, Zhou G. Influence of various cooking methods on the concentrations of volatile N-nitrosamines and biogenic amines in dry-cured sausages. Journal of Food Science. 2012 May;77(5):C560-5.
208. Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. Cancer Res. 1974 Jan;34(1):255-8.


Contains Confidential Information – Subject to Protective Order

209. Lim GB. Milestone 2: Warfarin: from rat poison to clinical use. Nat Rev Cardiol. 2017 Dec 14.
210. Lim HH, Oh YS, Shin HS. Determination of N-nitrosodimethylamine and N-nitrosomethylethylamine in drug substances and products of sartans, metformin and ranitidine by precipitation and solid phase extraction and gas chromatography-tandem mass spectrometry. J Pharm Biomed Anal. 2020 Sep 10;189:113460.
211. Lin HL, Parsels LA, Maybaum J, Hollenberg PF. N-Nitrosodimethylamine-mediated cytotoxicity in a cell line expressing P450 2E1: evidence for apoptotic cell death. Toxicology and applied pharmacology. 1999 Jun 1;157(2):117-24.
212. Lin HL, Hollenberg PF. N-nitrosodimethylamine-mediated formation of oxidized and methylated DNA bases in a cytochrome P450 2E1 expressing cell line. Chemical research in toxicology. 2001 May 21;14(5):562-6.
213. Lluis M, Wang Y, Monzingo AF, Fast W, Robertus JD. Characterization of C-alkyl amidines as bioavailable covalent reversible inhibitors of human DDAH-1. ChemMedChem. 2011 Jan 3;6(1):81-8.
214. Lorr NA, Tu YY, Yang CS. The nature of nitrosamine denitrosation by rat liver microsomes. Carcinogenesis. 1982;3(9):1039-43.
215. Martelli A, Fugassa E, Voci A, Brambilla G. Unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes. Mutat Res. 1983 Dec;122(3-4):373-6.
216. Martin LE, Oxford J, Tanner RJ. The use of on-line high-performance liquid chromatography-mass spectrometry for the identification of ranitidine and its metabolites in urine. Xenobiotica. 1981 Dec;11(12):831-40.
217. Martin LE, Bell JA, Carey PF, Dallas FAA, Dixon GT, Jenner WN. A review of pharmacokinetics and metabolism of ranitidine in animals and man. Pharmacokinetics and Pharmacodynamics. 1981a;23-31.
218. Martin LE, Oxford J, Tanner RJ. Use of high-performance liquid chromatography-mass spectrometry for the study of the metabolism of ranitidine in man. J Chromatogr. 1982 Apr 9;251(2):215-24.
219. Matsuda J, Hinuma K, Tanida N, Tamura K, Ohno T, Kano M, Shimoyama T. N-nitrosamines in gastric juice of patients with gastric ulcer before and during treatment with histamine H2-receptor antagonists. Gastroenterol Jpn. 1990 Apr;25(2):162-8.
220. Maura A, Pino A, Robbiano L, Cajelli E, Finollo R, Cavanna M, Brambilla G. DNA damage induced by nitrosated ranitidine in cultured mammalian cells. Toxicol Lett. 1983 Aug;18(1-2):97-102.
221. Meier-Bratschi A, Lutz WK, Schlatter C. Methylation of liver DNA of rat and mouse by N-nitrosodimethylamine formed in vivo from dimethylamine and nitrite. Food and Chemical Toxicology. 1983 Jun 1;21(3):285-9.
222. Mico BA, Swagzdis JE, Hu HS, Keefer LK, Oldfield NF, Garland WA. Low-dose in vivo pharmacokinetic and deuterium isotope effect studies of N-nitrosodimethylamine in rats. Cancer Res. 1985;45(12 Pt 1):6280-6285.
223. Miller EC, Swanson AB, Phillips DH, Fletcher TL, Liem A, Miller JA. Structure-activity studies of the carcinogenicities in the mouse and rat of some naturally occurring and synthetic alkenylbenzene derivatives related to safrole and estragole. Cancer Res. 1983;43(3):1124-1134.

224. Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Bavin PM, Brimblecombe RW, Darkin DW, Moore PJ, Viney N. Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during, and after cimetidine treatment. Lancet. 1982 May 15;1(8281):1091-5.
225. Mirvish SS. Kinetics of dimethylamine nitrosation in relation to nitrosamine carcinogenesis. J Natl Cancer Inst. 1970 Mar;44(3):633-9.
226. Mirvish SS. Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol Appl Pharmacol. 1975 Mar;31(3):325-51.
227. Mirvish SS. N-nitroso compounds: their chemical and in vivo formation and possible importance as environmental carcinogens. J Toxicol Environ Health. 1977 Jul;2(6):1267-77.
228. MITCH000283-285
229. MITCH000424-447 (Emery Pharma Draft Manuscript 2021)
230. MITCH001204-1208
231. MITCH001548-1569
232. Mitchell SC, Zhang AQ, Smith RL. Dimethylamine and diet. Food Chem Toxicol. 2008 May;46(5):1734-8.
233. Mowat C, Carswell A, Wirz A, McColl KE. Omeprazole and dietary nitrate independently affect levels of vitamin C and nitrite in gastric juice. Gastroenterology. 1999 Apr;116(4):813-22.
234. Mueller RL, Hagel HJ, Wild H, Ruppin H, Domschke W. Nitrate and nitrite in normal gastric juice. Precursors of the endogenous N-nitroso compound synthesis. Oncology. 1986;43(1):50-3.
235. Mulet-Cabero AI , Egger L , Portmann R , Ménard O , Marze S , Minekus M , Le Feunteun S , Sarkar A , Grundy MM , Carrière F , Golding M , Dupont D , Recio I , Brodkorb A , Mackie A . A standardised semi-dynamic in vitro digestion method suitable for food - an international consensus. Food Funct. 2020;11(2):1702-1720.
236. Muller L, Gocke E, Lavé T, Pfister T. Ethyl methanesulfonate toxicity in Viracept--a comprehensive human risk assessment based on threshold data for genotoxicity. Toxicol Lett. 2009 Nov 12;190(3):317-329.
237. Munro HN, Gray JA. The nucleic acid content of skeletal muscle and liver in mammals of different body size. Comp Biochem Physiol. 1969 Feb;28(2):897-905.
238. Murphy RB, Tommasi S, Lewis BC, Mangoni AA. Inhibitors of the Hydrolytic Enzyme Dimethylarginine Dimethylaminohydrolase (DDAH): Discovery, Synthesis and Development. Molecules. 2016 May 11;21(5):615.
239. Nakatsuru Y, Matsukuma S, Nemoto N, Sugano H, Sekiguchi M, Ishikawa T. O6-methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc Natl Acad Sci U S A. 1993 Jul 15;90(14):6468-72.
240. National Cancer Institute (NCI). Tumor Promotion. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/tumor-promotion. Accessed May 2, 2021.
241. National Center for Biotechnology Information. DDAH1. https://www.ncbi.nlm.nih.gov/gene/23576. Accessed May 3, 2021.
242. National Lightning Safety Council. What are the odds of becoming a lightning victim? http://lightningsafetycouncil.org/Odds.pdf. Accessed August 24, 2021.
243. National Oceanic and Atmospheric Administration Global Monitoring Laboratory. Math Application Activity: Understanding ppm and ppb.



Contains Confidential Information – Subject to Protective Order

https://gml.noaa.gov/outreach/info_activities/pdfs/MAA_understanding_ppm_and_ppb.pdf. Accessed August 24, 2021.
244. National Research Council. Risk Assessment in the Federal Government: Managing the Process. Washington, DC: The National Academies Press. 1983.
245. National Toxicology Program (NTP). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services. 2021.
246. National Toxicology Program (NTP). Methyleugenol. Report on Carcinogens, 14th Ed. U.S. Department of Health and Human Services. 2016.
247. Nishimura M, Yaguti H, Yoshitsugu H, Naito S, Satoh T. Tissue distribution of mRNA expression of human cytochrome P450 isoforms assessed by high-sensitivity real-time reverse transcription PCR. Yakugaku Zasshi. 2003 May;123(5):369-75.
248. O'Connor PJ, Capps MJ, Craig AW. Comparative studies of the hepatocarcinogen N,N-dimethylnitrosamine in vivo: reaction sites in rat liver DNA and the significance of their relative stabilities. Br J Cancer. 1973 Feb;27(2):153-66.
249. O'Connor HJ, Riley SE, Axon AT, Garner RC. Effect of histamine H2-receptor antagonist therapy on the mutagenic activity of gastric juice. Mutat Res. 1987 Jul;188(3):201-8.
250. Ogawa T, Kimoto M, Sasaoka K. Purification and properties of a new enzyme, NG,NG-dimethylarginine dimethylaminohydrolase, from rat kidney. J Biol Chem. 1989 Jun 15;264(17):10205-9.
251. Okumura K, Morita T, Nagaki T, Watanabe Y, Tsuji H. Mutagenicity tests of ranitidine hydrochloride. Oyo Yakuri. 1984;28(1):163-169.
252. Ozhan G, Alpertunga B. Genotoxic activities of drug-nitrite interaction products. Drug Chem Toxicol. 2003 Nov;26(4):295-308.
253. Pegg AE. Alkylation of rat liver DNA by dimethylnitrosamine: effect of dosage on O6-methylguanine levels. J Natl Cancer Inst. 1977 Mar;58(3):681-7.
254. Pegg AE, Hui G. Removal of methylated purines from rat liver DNA after administration of dimethylnitrosamine. Cancer Res. 1978 Jul;38(7):2011-7.
255. Pegg AE, Hui G. Formation and subsequent removal of O6-methylguanine from deoxyribonucleic acid in rat liver and kidney after small doses of dimethylnitrosamine. Biochem J. 1978a;173(3):739-48.
256. Pegg AE. Metabolism of N-nitrosodimethylamine. IARC Sci Publ. 1980;(27):3-22.
257. Pegg AE, Perry W. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 1981 Aug;41(8):3128-32.
258. Pegg AE, Roberfroid M, von Bahr C, Foote RS, Mitra S, Bresil H, Likhachev A, Montesano R. Removal of O6-methylguanine from DNA by human liver fractions. Proc Natl Acad Sci U S A. 1982 Sep;79(17):5162-5.
259. Pegg AE. Properties of the O6-alkylguanine-DNA repair system of mammalian cells. IARC Sci Publ. 1984;(57):575-80.
260. Pegg AE. Multifaceted roles of alkyltransferase and related proteins in DNA repair, DNA damage, resistance to chemotherapy, and research tools. Chem Res Toxicol. 2011 May 16;24(5):618-39.
261. Peto R, Gray R, Brantom P, Grasso P. Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 1991;51(23 Pt 2):6415-51.


Contains Confidential Information – Subject to Protective Order

262. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res. 1991a;51(23 Pt 2):6452-69.
263. Povey AC, Cooper DP. The development, validation and application of a 32P-postlabelling assay to quantify O6-methylguanine in human DNA. Carcinogenesis. 1995 Jul;16(7):1665-9.
264. Preussmann R, Stewart BW. N-Nitroso Carcinogens. In: Chemical Carcinogens, Vol. 2. Searle CE, Ed. 2nd Ed. American Chemical Society, Wasington, D.C. 1984. pp 643-828.
265. Prival MJ, King VD, Sheldon AT Jr. The mutagenicity of dialkyl nitrosamines in the Salmonella plate assay. Environ Mutagen. 1979;1(2):95-104.
266. Pullen F. The fascinating history of the development of LC-MS; a personal perspective. Chromatography Today. 2010;3(1):4-6.
267. Reed PI, Smith PL, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet. 1981 Sep 12;2(8246):553-6.
268. Reitz RH, Mendrala AL, Park CN, Andersen ME, Guengerich FP. Incorporation of in vitro enzyme data into the physiologically-based pharmacokinetic (PB-PK) model for methylene chloride: implications for risk assessment. Toxicol Lett. 1988;43(1-3):97-116.
269. Rendic S, Guengerich FP. Contributions of human enzymes in carcinogen metabolism. Chem Res Toxicol. 2012 Jul 16;25(7):1316-1383.
270. Richards DA. Comparative pharmacodynamics and pharmacokinetics of cimetidine and ranitidine. J Clin Gastroenterol. 1983;5 Suppl 1:81-90.
271. Roberts CJ. Clinical pharmacokinetics of ranitidine. Clin Pharmacokinet. 1984 May-Jun;9(3):211-21.
272. Robinson R. What governs enzyme activity? For one enzyme, charge contributes only weakly. PLoS Biol. 2006 Apr;4(4):e133.
273. Ruddell WS, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric-juice nitrite. A risk factor for cancer in the hypochlorhydric stomach? Lancet. 1976 Nov 13;2(7994):1037-9.
274. Russell PJ. DNA Mutation, DNA Repair, and Transposable Elements. In: iGenetics: A Molecular Approach. 3rd Ed. 2014. 170-211.
275. Rye PT, Delaney JC, Netirojjanakul C, Sun DX, Liu JZ, Essigmann JM. Mismatch repair proteins collaborate with methyltransferases in the repair of O(6)-methylguanine. DNA Repair (Amst). 2008 Feb 1;7(2):170–176.
276. Sharma BK, Santana IA, Wood EC, Walt RP, Pereira M, Noone P, Smith PL, Walters CL, Pounder RE. Intragastric bacterial activity and nitrosation before, during, and after treatment with omeprazole. Br Med J (Clin Res Ed). 1984 Sep 22;289(6447):717-9.
277. Sharma V, Collins LB, Clement JM, Zhang Z, Nakamura J, Swenberg JA. Molecular dosimetry of endogenous and exogenous $O^6$-methyl-dG and $N^7$-methyl-G adducts following low dose [$D_3$]-methylnitrosourea exposures in cultured human cells. Chem Res Toxicol. 2014 Apr 21;27(4):480-2.
278. Silverman RB, Holladay MW. Chapter 1: Introduction. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014a, pp 1-17.
279. Silverman RB, Holladay MW. Chapter 8: Drug Metabolism. In: The Organic Chemistry of Drug Design and Drug Action. 3rd ed., Elsevier, New York. 2014, pp 357-422.
280. Simenhoff ML, Dunn SR, Kirkwood RG. Presence of nitrosamines in blood of normal and disease human subjects. In: Nitrosamines and Human Cancer. Magee PN (Ed). 1982. 283-296.


Contains Confidential Information – Subject to Protective Order

281. Skipper PL, Tomera JF, Wishnok JS, Brunengraber H, Tannenbaum SR. Pharmacokinetic model for N-nitrosodimethylamine based on Michaelis-Menten constants determined with the isolated perfused rat liver. Cancer Res. 1983;43(10):4786-4790.
282. Smith Kline and French Report (Darkin 1982). The Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs. [GSKZAN0003535392-5]
283. Smith PAS, Loeppky RN. Nitrosative Cleavage of Tertiary Amines. Journal of the American Chemical Society. 1967;89:1147-57.
284. Smith JL, Wishnok JS, Deen WM. Metabolism and excretion of methylamines in rats. Toxicol Appl Pharmacol. 1994 Apr;125(2):296-308.
285. Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, DeMarini DM, Caldwell JC, Kavlock RJ, Lambert PF, Hecht SS. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environmental Health Perspectives. 2016 Jun;124(6):713-21.
286. Sobala GM, Pignatelli B, Schorah CJ, Bartsch H, Sanderson M, Dixon MF, Shires S, King RF, Axon AT. Levels of nitrite, nitrate, N-nitroso compounds, ascorbic acid and total bile acids in gastric juice of patients with and without precancerous conditions of the stomach. Carcinogenesis. 1991 Feb;12(2):193-8.
287. Souliotis VL, Sfikakis PP, Anderson LM, Kyrtopoulos SA. Intra- and intercellular variations in the repair efficiency of O6-methylguanine, and their contribution to kinetic complexity. Mutat Res. 2004 Dec 21;568(2):155-70. Spiegelhalder B, Eisenbrand G, Preussmann R. Urinary excretion of N-nitrosamines in rats and humans. IARC Sci Publ. 1982;(41):443-9.
288. Spiegelhalder B, Preussmann R. In vivo nitrosation of amidopyrine in humans: use of 'ethanol effect' for biological monitoring of N-nitrosodimethylamine in urine. Carcinogenesis. 1985;6(4):545-8.
289. Spurling NW, Selway SA, Poynter D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol. 1989 Jan;8(1):23-32
290. Stockbrugger RW, Cotton PB, Eugenides N, Bartholomew BA, Hill MJ, Walters CL. Intragastric nitrites, nitrosamines, and bacterial overgrowth during cimetidine treatment. Gut. 1982 Dec;23(12):1048-54. doi: 10.1136/gut.23.12.1048.
291. Stratton MR, Campbell PJ, Futreal PA. The cancer genome. Nature. 2009 Apr 1;458(7239):719–24.
292. Strobl GR, von Kruedener S, Stöckigt J, Guengerich FP, Wolff T. Development of a pharmacophore for inhibition of human liver cytochrome P-450 2D6: molecular modeling and inhibition studies. J Med Chem. 1993 Apr 30;36(9):1136-45.
293. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. N-nitroso compounds: assessing agreement between food frequency questionnaires and 7-day food records. J Am Diet Assoc. 2009;109(7):1179-83.
294. Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal. 2009a;22(Suppl 1):S42-S47.
295. Sun H, Zhao H. Chapter 12: Drug Elimination and Hepatic Clearance. In: Applied Biopharmaceutics and Pharmacokinetic. Shargel L, Yu ABC (Eds.). 7th Ed. 2016. 309-356.
296. Swenberg JA, Hoel DG, Magee PN. Mechanistic and statistical insight into the large carcinogenesis bioassays on N-nitrosodiethylamine and N-nitrosodimethylamine. Cancer Res. 1991 Dec 1;51(23 Pt 2):6409-14.

297. Swenberg JA, Lu K, Moeller BC, Gao L, Upton PB, Nakamura J, Starr TB. Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. Toxicol Sci. 2011 Mar;120 Suppl 1(Suppl 1):S130-45.
298. Taniguchi C, Guengerich FP. Chapter 4: Drug Metabolism. In: Principles of Pharmacology: The Pathophysiologic Basis of Drug Therapy. Golan DE, Tashjian AH, Armstrong EJ, Armstrong A (Eds.). 3rd Ed. 2012. 43-55.
299. Taxak N, Bharatam PV. Drug Metabolism: A Fascinating Link Between Chemistry and Biology. *Reson.* 2014;19:259-282.
300. Templin MV, Constan AA, Wolf DC, Wong BA, Butterworth BE. Patterns of chloroform-induced regenerative cell proliferation in BDF1 mice correlate with organ specificity and dose-response of tumor formation. Carcinogenesis. 1998;19(1):187-193.
301. Teraoka R, Otsuka M, Matsuda Y. Effects of temperature and relative humidity on the solid-state chemical stability of ranitidine hydrochloride. J Pharm Sci. 1993 Jun;82(6):601-4.
302. Terracini B, Magee PN, Barnes JM. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine. Br J Cancer. 1967 Sep;21(3):559-565.
303. Thomas JM, Misiewicz JJ, Cook AR, Hill MJ, Smith PL, Walters CL, Forster JK, Martin LE, Woodings DF. Effects of one year's treatment with ranitidine and of truncal vagotomy on gastric contents. Gut. 1987 Jun;28(6):726-38.
304. Thorgeirsson UP, Dalgard DW, Reeves J, Adamson RH. Tumor incidence in a chemical carcinogenesis study of nonhuman primates. Regul Toxicol Pharmacol. 1994 Apr;19(2):130-51.
305. Tian S, Djoumbou-Feunang Y, Greiner R, Wishart DS. CypReact: A Software Tool for in Silico Reactant Prediction for Human Cytochrome P450 Enzymes. J Chem Inf Model. 2018 Jun 25;58(6):1282-1291.
306. Tremmel R, Herrmann K, Engst W, Meinl W, Klein K, Glatt H, Zanger UM. Methyleugenol DNA adducts in human liver are associated with SULT1A1 copy number variations and expression levels. Arch Toxicol. 2017;91(10):3329-3339.
307. Tricker AR. N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids. Eur J Cancer Prev. 1997 Jun;6(3):226-68.
308. Tyzack JD, Kirchmair J. Computational methods and tools to predict cytochrome P450 metabolism for drug discovery. Chem Biol Drug Des. 2019 Apr;93(4):377-386.
309. VAL 00749-00765
310. VAL 01202-01237
311. VAL-BI 00025-00039
312. VAL-BI 00310
313. Valisure Citizen Petition. September 2019.
314. van Maanen JM, Welle IJ, Hageman G, Dallinga JW, Mertens PL, Kleinjans JC. Nitrate contamination of drinking water: relationship with HPRT variant frequency in lymphocyte DNA and urinary excretion of N-nitrosamines. Environ Health Perspect. 1996;104(5):522-528.
315. van Maanen JM, Pachen DM, Dallinga JW, Kleinjans JC. Formation of nitrosamines during consumption of nitrate- and amine-rich foods, and the influence of the use of mouthwashes. Cancer Detect Prev. 1998;22(3):204-212.
316. Vanos JK, Middel A, Poletti MN, Selover NJ. Evaluating the impact of solar radiation on pediatric heat balance within enclosed, hot vehicles. Temperature (Austin). 2018;5(3):276-292.


Contains Confidential Information – Subject to Protective Order

317. Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ Health Perspect. 1998;106(8):459-463.
318. Vermeer IT, Moonen EJ, Dallinga JW, Kleinjans JC, van Maanen JM. Effect of ascorbic acid and green tea on endogenous formation of N-nitrosodimethylamine and N-nitrosopiperidine in humans. Mutat Res. 1999;428(1-2):353-361.
319. Waddell WJ, Crooks NH, Carmichael PL. Correlation of tumors with DNA adducts from methyl eugenol and tamoxifen in rats. Toxicol Sci. 2004;79(1):38-40.
320. Waddell WJ, Fukushima S, Williams GM. Concordance of thresholds for carcinogenicity of N-nitrosodiethylamine. Arch Toxicol. 2006 Jun;80(6):305-309.
321. Wallace JL, Sharkey KA. Chapter 45: Pharmacotherapy of Gastric Acidity, Peptic Ulcers, and Gastroesophageal Reflux Disease. In: Goodman & Gilman's The Pharmacological Basis of Therapeutics. Brunton LL (Ed.). 12th Ed. 2011. 1309-1322.
322. Walters CL, Dyke CS, Saxby MJ. Nitrosation of food amines under stomach conditions. In: Environmental N-Nitroso Compounds Analysis and Formation. Walker EA, et al. (Eds). IARC Sci Publ. 1976;14:181-193.
323. Walters CL, Gillatt PN, Palmer RC, Smith PL, Reed PI. Nitrosation of drugs under in-vivo conditions. IARC Sci Publ. 1987;(84):351-4.
324. Wang HY, Qin M, Dong L, Lv JY, Wang X. Genotoxicity of a low-dose nitrosamine mixture as drinking water disinfection byproducts in NIH3T3 cells. International journal of medical sciences. 2017;14(10):961.
325. Williams GM, Iatropoulos MJ, Jeffrey AM, Duan JD. Methyleugenol hepatocellular cancer initiating effects in rat liver. Food Chem Toxicol. 2013;53:187-196.
326. Wongsena W, Charoensuk L, Dangtakot R, Pinlaor P, Intuyod K, Pinlaor S. Melatonin suppresses eosinophils and Th17 cells in hamsters treated with a combination of human liver fluke infection and a chemical carcinogen. Pharmacological Reports. 2018 Feb 1;70(1):98-105.
327. World Health Organization (WHO). Concise International Chemical Assessment Document 38: N-Nitrosodimethylamine. 2002.
328. World Health Organization (WHO). Guidelines for Drinking-Water Quality, 3rd edition. 2008.
329. World Health Organization (WHO) Model List of Essential Medicines. 22nd List. 2021.
330. Xu GP, Reed PI. N-nitroso compounds in fresh gastric juice and their relation to intragastric pH and nitrite employing an improved analytical method. Carcinogenesis. 1993;14(12):2547-2551.
331. Yamazaki H, Inui Y, Yun C-H, Guengerich FP, Shimada T. Cytochrome P450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of N-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes. Carcinogenesis. 1992;13(10):1789-94.
332. Yoo JS, Guengerich FP, Yang CS. Metabolism of N-nitrosodialkylamines by human liver microsomes. Cancer Res. 1988 Mar 15;48(6):1499-504.
333. Zang H, Fang Q, Pegg AE, Guengerich FP. Kinetic analysis of steps in the repair of damaged DNA by human $O^6$-alkylguanine-DNA alkyltransferase. J Biol Chem. 2005 Sep 2;280(35):30873-30881.
334. Zantac Tablets Prescribing Information. GlaxoSmithKline. June 2018.
335. Zantac OTC Consumer Package Insert. Sanofi. 2019.


Contains Confidential Information – Subject to Protective Order

336. Zarbl H, Sukumar S, Arthur AV, Martin-Zanca D, Barbacid M. Direct mutagenesis of Ha-*ras*-1 oncogenes by *N*-nitroso-*N*-methylurea during initiation of mammary carcinogenesis in rats. Nature. 1985;315:382-385.
337. Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of N-nitrosodimethylamine formed endogenously after fish-with-vegetable meals. Toxicol Sci. 2010 Jul;116(1):323-35.
338. Zeng T, Mitch WA. Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage by Greywaters and Blackwaters. Environ Sci Technol. 2015 Nov 17;49(22):13158-67. 2021 March 24 Correction.
339. Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis. 2016 Jun;37(6):625-634. 2021 May 4 Retraction.
340. Zhang AQ, Mitchell SC, Barrett T, Ayesh R, Smith RL. Fate of dimethylamine in man. Xenobiotica. 1994 Apr;24(4):379-87.
341. Zhang AQ, Mitchell SC, Smith RL. Dimethylamine in human urine. Clin Chim Acta. 1995 Jan 16;233(1-2):81-8.
342. Zordoky BN, Aboutabl ME, El-Kadi AO. Modulation of cytochrome P450 gene expression and arachidonic acid metabolism during isoproterenol-induced cardiac hypertrophy in rats. Drug Metab Dispos. 2008 Nov;36(11):2277-86.


Contains Confidential Information – Subject to Protective Order

## APPENDIX A

**Calculations from Pegg 1977 for Figure 33 (Metabolism of NDMA)**

Pegg 1977: used 160 g (0.16 kg) rats

1 mg NDMA/kg body weight data used for calculations below.

0.16 mg NDMA x 1 µmol/0.074 mg = 2.16 µmol NDMA is the dose

A rat liver has 106 mg DNA/kg body wt and 300 mg RNA/kg body wt (Munro 1969, Table 2)

Therefore 17 mg DNA & 48 mg RNA in liver for 0.16 kg rat

NDMA DNA Methylation:

17 mg DNA × (~3 µmol DNA bases/mg DNA) x (¼ is guanine) = 12.8 µmol guanine

For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in DNA at 4 hours

12.8 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in DNA) = $154 \times 10^{-6}$ µmol = $1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine

**$1.54 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA = 0.0071% of dose is $O^6$-methyl guanine in DNA**

For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in DNA at 4 hours

12.8 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in DNA) = $384 \times 10^{-5}$ µmol = $3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine

**$3.84 \times 10^{-3}$ µmol $N^7$-methyl guanine/dose of 2.16 µmol = 0.18% of dose is $N^7$-methyl guanine in DNA**

NDMA RNA Methylation: *Assuming same level of modification of RNA as DNA*

48 mg RNA × (3 µmol RNA bases/mg RNA) × (¼ is guanine) = 36 µmol guanine

For a 1 mg/kg NDMA dose = ~ 12 $O^6$-methyl guanines/$10^6$ guanines in RNA

36 µmol guanine × (12 $O^6$-methyl guanines/$10^6$ guanines in RNA) = $432 \times 10^{-6}$ µmol = $4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine

**$4.32 \times 10^{-4}$ µmol $O^6$-methyl guanine/dose of 2.16 µmol NDMA dose = 0.02% of dose is $O^6$-methyl guanine in RNA**

For a 1 mg/kg NDMA dose = ~ 30 $N^7$-methyl guanines/$10^5$ guanines in RNA

36 µmol guanine × (30 $N^7$-methyl guanines/$10^5$ guanines in RNA) = $1080 \times 10^{-5}$ µmol = $1.08 \times 10^{-2}$ µmol $N^7$-methyl guanine


Contains Confidential Information – Subject to Protective Order

**1.08 x $10^{-2}$ µmol $N^7$-methyl guanine/ dose of 2.16 µmol NDMA = 0.5% of dose is $N^7$-methyl guanine in DNA**




TEXT-FIGURE 1.—7-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amounts of 7-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. Values for doses of DMN varying from 0.25 to 2.5 mg/kg body weight are shown in the main figure and for doses of 1–20 mg/kg in the insert. 7-Methylguanine levels are expressed as moles/$10^5$ moles of guanine.




TEXT-FIGURE 2.—$O^6$-Methylguanine levels in rat liver DNA after administration of various doses of DMN. Results are shown for the amount of $O^6$-methylguanine present at 4 hours (●——●) and 24 hours (■- - -■) after injection of DMN. The main figure shows results for DMN doses of 0.25–2.5 mg/kg body weight; *the insert* shows results for doses of 1.5–20 mg/kg body weight. $O^6$-Methylguanine levels are expressed as moles/$10^6$ moles of guanine.

Figure. Levels of $N^7$-methyl guanine [left] and $O^6$-methyl guanine [right] in rat liver DNA 4 and 24 hours after various doses of injected NDMA [DMN] (0.25-2.5 mg/kg body weight)


Contains Confidential Information – Subject to Protective Order

# APPENDIX B

## Genotoxicity and Mutagenicity Results on Ranitidine ± Nitrite

Results categorized as positive (+), weakly positive (±), negative (—), or equivocal (?).

**Ranitidine**:

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| **RANITIDINE HCl (ZANTAC®)** | | | | |
| ***In Vivo* Human Studies** | | | | |
| GSK Report PATH/80/235 | Ames test w/ *S. typhimurium* TA98, TA1535 & TA1537 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | • Dose: physiological |
| | Fluctuation test w/ *S. typhimurium* TA1535 of human gastric juice after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| | Ames test w/ *S. typhimurium* TA1535 of human urine after human ingestion of ranitidine | 150 mg × 1 (nasogastric tube) | — | |
| De Flora 1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | 150 mg × 1 (oral) | — | • Dose: physiological |
| O'Connor 1987 | Fluctuation test w/ *S. typhimurium* TA98 & TA100 of fasting human gastric juice after human ingestion of ranitidine | 150 mg twice daily × 4-20 weeks (oral) | — | • Dose: physiological |
| ***In Vivo* Animal Studies** | | | | |
| GSK Report PATH/79/229 (Study TR21) | Dominant lethal assay in rats | 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (250-500 times human therapeutic dose) |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report PATH/80/240 | Ames test w/ *S. typhimurium* TA98, TA100, TA1535 & TA1537 of mouse urine | 10, 30, & 100 mg/kg × 1 (IP[39] injection) | — | • Dose: supraphysiological (2.5-50 times human therapeutic dose) |
| GSK Report WPT/83/037 | Cytogenetic study in spermatogonial cells of mice | 100, 300, & 1000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (25-500 times human therapeutic dose) |
| GSK Report WPT/83/056 | Micronucleus test in mouse bone marrow | 3, 10, & 30 mg/kg × 2 (IP injection) | — | • Dose: supraphysiological, except lowest dose (0.75-15 times human therapeutic dose) |
| Okumura 1984 | Micronucleus test in mouse bone marrow | 132, 263, & 525 mg/kg × 1 or 2 (oral) | — | • Dose: supraphysiological (33-263 times human therapeutic dose) |
| Brambilla 1983 | Sister chromatid exchange in mouse bone marrow cells | 175 mg/kg × 1 (oral) | — | • Dose: supraphysiological (44-175 times human therapeutic dose) |
| | DNA fragmentation in rat liver and gastric mucosa cells | 175-350 mg/kg × 1 or 5 (oral) | — | |
| GSK Report WPT/86/029 | Sex-linked recessive lethal study in fruit flies (*Drosophila melanogaster*) | 0.5 & 5 mg/mL (1.6-16 mM) (oral) | — | • Dose: supraphysiological |
| GSK Report WPT/90/079 (Burlinson 1990) | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 50, 100, 200, & 215 mg/kg (oral) | — | • Dose: supraphysiological (12.5-108 times human therapeutic dose)<br>• "the largest oral dose represents approximately 100 times the single therapeutic dose" |
| ***In Vitro* Studies** | | | | |
| GSK Study D1031 (& GSK Report PATH/80/240) | Ames test w/ *S. typhimurium* TA98, TA100, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | — | • Dose: supraphysiological<br>• Inconsistent, weak positive results only observed in the Ames test for 2 of 8 bacterial strains tested and at very high ranitidine concentrations (≥ 9 mg/plate, 10 mM), which exceeds the FDA maximum recommended concentrations for these assays (5 mg/plate). No mutagenicity observed in |
| | Ames test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.03-30 mg/plate (0.03-29 mM) | ± Ames (≥ 9 mg/plate; TA1535 – S9; WP67 ± S9) | |

[39] IP: intraperitoneal


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | Fluctuation test w/ *S. typhimurium* TA1535 & *E. coli* WP67 (± S9 mix) | 0.5-2 mg/mL (1.4-5.7 mM) | — | the "more sensitive liquid Microtitre Fluctuation assay method."<br>• "The weak direct mutagenic effect of ranitidine is of no biological significance because of the relatively huge concentrations of drug involved, many thousands of times greater than that attained in human plasma after effective anti-secretory doses of the drug."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| GSK Report PATH/77/153 | Fluctuation test w/ *E. coli* WP2 uvrA (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| GSK Report PATH/78/172 | Ames test w/ *S. typhimurium* TA98, TA1537, TA1538 & *E. coli* CM611, WP2 uvrA, WP67 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | • Dose: supraphysiological |
| | Fluctuation test w/ *S. typhimurium* TA98 & E. *coli* WP2 (± metabolic activation) | 1.25-5 mg/mL (4-16 mM) | — | |
| | Forward mutation assay w/ *Saccharomyces cerevisiae* S9 yeast (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| | Gene conversion assay w/ *S. cerevisiae* D4 (± metabolic activation) | 2.5-10 mg/mL (8-32 mM) | — | |
| De Flora 1981 letter/1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | up to 40 mg/plate (≤ 114 mM) | — | • Dose: supraphysiological |
| | Selective lethality assays in DNA repair-deficient *E. coli* WP2, WP2 uvrA, WP67, CM871, TM1080 | up to 2.5 mg/plate (≤ 143 mM) | — | |
| Okumura 1984 | Ames test w/ *S. typhimurium* TA92, TA94, TA98, TA100, | 0.01-5 mg/plate (0.01-5.3 mM) | — | • Dose: supraphysiological |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| | TA1535, TA1537, TA1538 & *E. coli* WP2 uvrA (± S9 mix) | | | |
| | Rec assay w/ *B. subtilis* & *E. coli* | 0.025-2.5 mg/disc (1.4-143 mM) | — | |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix) | 0.1 & 3 mM | — | • Dose: supraphysiological |
| | Reverse mutation & gene conversion assays w/ *S. cerevisiae* yeast | 0.1 & 3 mM | — | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | 1.9 mM | — | • Dose: supraphysiological |
| Hastwell 2009 | GreenScreen HC assay in human lymphoblastoid TK6 cells | 3.0 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | 3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | 3.3 mM | — | • Dose: supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay |
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | 3.3 mM | ? | • Dose: supraphysiological<br>• ? = "weakly positive only in one experiment" out of three |
| Fryklund 1992 | Unscheduled DNA synthesis in rabbit gastric mucosa cells | 0.1-1 mM | — | • Dose: supraphysiological<br>• "[R]anitidine in concentrations 100 times the $IC_{50}$ value for inhibition of acid secretion in the parietal cells" |
| **RANITIDINE BISMUTH CITRATE (TRITEC®)** | | | | |
| ***In Vivo* Animal Studies** | | | | |
| GSK Report WPT/89/335 (Study R12011) | Micronucleus test in bone marrow of rats | 1000 & 2000 mg/kg × 1 (oral) | — | • Dose: supraphysiological (88-175 times human therapeutic daily dose) |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine Dose | Ranitidine Results | Comments |
|---|---|---|---|---|
| GSK Report WPT/90/407 | Unscheduled DNA synthesis assay in rat gastric mucosa cells | 100 & 250 mg/kg × 1 (oral) | — | • Dose: supraphysiological (8-22 times human therapeutic daily dose) |
| ***In Vitro* Studies** | | | | |
| GSK Report WPT/90/290 (Study V11934) | Ames test w/ *S. typhimurium* TA98, TA100, TA1535, TA1537 (± S9 mix) | 0.05-5 mg/plate (0.03-2.6 mM[40]) | — TA98, TA1535, TA1537 ? TA100 | • Dose: supraphysiological<br>• ? = TA100: "As the increases in the first two assays were only small, not dose-related and could not be consistently reproduced, they were considered to be of no biological significance." |
| | Fluctuation test w/ *E. coli* WP2, WP2 uvrA (pKM101), & 343/113 lys 60 (R46) (± S9 mix) | 0.025-1 mg/mL (0.04-1.4 mM) | — | |
| | Gene conversion assay w/ *S. cerevisiae* JD1 (- S9 mix) | 0.005-5 mg/mL (0.007-7 mM) | — | |
| GSK Report WPT/91/276 (Study V12784) | Mouse lymphoma L5178Y assay (± S9 mix) | 0.05-0.5 mg/mL (0.07-0.7 mM) | — | • Dose: supraphysiological |
| GSK Report WPT/90/411 (Study V11765) | Cytogenetic evaluation in cultured human lymphocytes | 0.03-0.3 mg/mL (0.04-0.4 mM) (-S9) | ± (≥200 µg/ml) | • Dose: supraphysiological<br>• Dose-dependent effect seen with both ranitidine bismuth citrate and bismuth citrate only (Report WPT/90/176 (Pilot Study Y12410)).<br>• "Clastogenic activity was seen *in vitro* using human cultured lymphocytes. Bismuth citrate also induced an equivalent clastogenic response in this test. Thus the weak clastogenic effect seen with GR122311X [ranitidine bismuth citrate] can be accounted for as an effect of a bismuth containing compound." |
| | | 0.1-1 mg/mL (0.14-1.4 mM) (+S9) | ? | |

**Ranitidine + Nitrite**:

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| ***In Vivo* Human Studies** | | | | |

[40] Assuming 2.7 mL of agar per plate.

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| De Flora 1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537 & TA1538 (± S9 mix) of fasting human gastric juice after human ingestion of ranitidine | R: 150 mg × 1<br>N: 1-5 mg added to 0.5 mL gastric juice (29-145 mM) | ?<br>"without a reproducible effect" | • Ranitidine dose (to humans): physiological<br>• Nitrite dose (to plate): supraphysiological<br>• ? = "In some assays, a slight increase of revertants or the appearance of toxic effects following preincubation with nitrite, was observed by testing the gastric juice samples from ranitidine-treated individuals in strains TA1535 and TA100 (with S-9 mix)… However, such effects were scanty and poorly reproducible and therefore these assays did not lead to any convincing conclusion." |
| ***In Vivo* Animal Studies** | | | | |
| Brambilla 1983 | DNA fragmentation in rat liver and gastric mucosa cells | 175 + 80 mg/kg (MR 1:2.32)<br>350 + 80 mg/kg (MR 1:1.16)<br>350 + 40 mg/kg (MR 1:0.58) | +<br>(high nitrite & low pH)<br>—<br>(lower nitrite & higher pH) | • Ranitidine & nitrite dose: supraphysiological<br>• Molar ratios (MR): supraphysiological (except 1:0.58 – physiological for nitrite rich meal)<br>• Positive results dependent on excess nitrite (high molar ratios) and low pH.<br>• "It remains to be established whether ranitidine nitrosation could represent a significant risk in humans. Undoubtedly, the situation of patients taking ranitidine is quite different from the experimental conditions forcefully employed to overcome the limits of sensitivity of the methods used. Firstly, therapeutic doses of ranitidine are on the body weight basis ~ 100 times lower; in second place, the final molar ratio ranitidine/nitrite can be considered in human gastric juice in the order of 500:1. As a consequence, predicting from experimental data until now available to what extent nitrosation of ranitidine could take place in the stomach of patients assuming therapeutic doses of this drug is impossible." |
| | Sister chromatid exchange in mouse bone marrow cells | 175 + 80 mg/kg (MR 1:2.32) | + | |
| ***In Vitro* Studies** | | | | |
| GSK Reports D164, PATH/79/220, PATH/79/224, | Ames test w/ *S. typhimurium* TA1537 & *E. coli* WP67, WP2 uvrA (± S9 mix) | 10 mM + 40 mM in 6% acetic acid | — | • Ranitidine dose: supraphysiological at higher doses (>10 mM)<br>• Nitrite dose: supraphysiological (except 0.15 mM – physiological for nitrite rich meal) |
| | Ames test w/ *S. typhimurium* TA1535 (± S9 mix) | 2-40 mM + 0.15-40 mM in 6% | — | |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| & PATH/80/235 (Brittain 1981) | | acetic acid or 30 mM HCl | (≤ 10 mM + <40 mM)<br><br>+<br>(10-40 mM + 40 mM; ± S9 mix) | • Molar ratio: supraphysiological<br>• D164:"Since [*N*-nitroso nitrolic acid] cannot be formed under any probable physiological conditions and since the other nitrosation products of ranitidine are not mutagenic in micro-organisms, there is no reason for supposing that ranitidine is likely to be mutagenic in animals or man as a consequence of its nitrosation in the stomach."<br>• PATH/80/235: "The nitrosation reaction does not occur to any great extent in human gastric juice "in vitro"… The nitrosation of ranitidine to the dinitroso product is unlikely to occur in the human stomach, where the pH and nitrite concentration are considerably less than optimum for such a reaction."<br>• Relevance to NDMA:<br>o X-ray crystallography: identified *N*-nitroso nitrolic acid derivative with excess nitrite, not NDMA<br>o Positive results w/o S9 mix cannot be due to NDMA |
| | Ames test w/ *S. typhimurium* TA1535 (no S9 mix) | 2-40 mM + 7.5-40 mM in basal or pentagastrin stimulated human gastric juice | —<br>(40 mM + 40 mM in pentagastrin; <40 + < 40 mM in basal or pentagastrin)<br><br>+<br>(40 mM + 40 mM in basal) | |
| De Flora 1981 letter/1983 | Ames test w/ *S. typhimurium* TA97, TA98, TA100, TA1535, TA1537, TA1538 & *E. coli* WP2, WP2 uvrA (± S9 mix) | 0-5 mg/plate + 5 mg/plate (0-14.3 mM + 72 mM) | — TA98, TA1537, TA1538<br><br>+ TA97, TA100, TA1535, WP2, WP2 uvrA (± S9 mix) | • Ranitidine dose: supraphysiological at higher doses<br>• Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological – "optimal reaction occurs in a molar excess (~ 10 to 20-fold) of nitrite over ranitidine"<br>• pH: optimal 2-3; negligible > 5<br>• Brittain 1981 re: De Flora 1981: "the nitrite concentration of 71 mmol/l is about 20 000 times that likely to be expected in fasting human juice and 300 times that after a nitrite rich meals..."<br>• De Flora 1983: "… we also agree about the requirement for a molar excess of nitrite over ranitidine to yield the mutagenic derivative, which appears to be an unrealistic situation in human stomach after administration of the drug."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA |
| | Selective lethality assays in DNA repair-deficient *E. coli* WP2, WP2 uvrA, WP67, CM871, TM1080 | 2.5 mg/plate + 2.5 mg/ plate (143 mM + 725 mM) | — WP2, WP2 uvrA, TM1080<br>± WP67<br>+ CM871 | |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| | | | | • Mutagenic effects with nitrite also observed for cimetidine. |
| De Flora 1986 | Ames test w/ *S. typhimurium* TA100, TA102 | 0.04-0.3 mg/plate + 5 mg/plate (0.23-1.8 mM + 145 mM) | + (± S9 mix) | • Nitrite dose: supraphysiological<br>• Molar ratio: supraphysiological<br>• De Flora 1986: "In comparison with the human situation, it should be noted that the nitrite concentrations used *in vitro* were far higher than those present in gastric juice."<br>• Relevance to NDMA: positive Ames test results w/o S9 mix cannot be due to NDMA<br>• Mutagenic effects with nitrite also observed for cimetidine and famotidine. |
| Franekic 1989 | Ames test w/ *S. typhimurium* TA98, TA100 (± S9 mix);<br><br>Reverse mutation & gene conversion assays w/ *S. cerevisiae* D7 yeast | 0.1 mM + 0.4 mM | — | • Nitrite dose: supraphysiological<br>• Molar ratio (1:4): supraphysiological<br>• "In comparison with doses used for humans, it should be noted that the nitrite concentrations used in this study were higher than those present in gastric juice. Consequently, because nitrosation of amines depends on the square of the concentration of nitrite in patients treated with this drug, the yield of nitroso derivatives should be minimal or even absent."<br>• Relevance to NDMA: positive results w/o S9 mix cannot be due to NDMA |
| | | 3 mM + 13 mM | + (± S9 mix) | |
| Ozhan 2003 | *umu*-test w/ *S. typhimurium* TA1535 (± S9) | Nitrosated product: 4-8 mg/mL | + (+S9)<br>— (-S9) | • Nitrosation reaction used 1.9 mM ranitidine + 0.13 mM nitrite<br>  ○ Doses: physiological (stomach/prandial)<br>  ○ Molar ratio (1:0.07): physiological (stomach/prandial)<br>• This assay does not report genotoxicity per se, but a response to genotoxicity in bacteria. |


Contains Confidential Information – Subject to Protective Order

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| | | | | • Relevance to NDMA: positive results only w/ S9 mix<br>• Positive response with nitrite observed for 22/28 drugs tested, including cimetidine. |
| Maura 1983 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.27-2.7 mM | + | • Nitrosation reaction used 250 mM ranitidine + 500 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:2): supraphysiological<br>• "Ranitidine… reacted under acid conditions with a twofold molar amount of nitrite (a nitrite/ranitidine ratio about 1000 times that likely to occur in gastric juice of treated humans)."<br>• "[B]ecause the rate of nitrosation is at least proportional to nitrite concentration, it must be emphasized that in human gastric juice the concentration of nitrite, although greatly variable, is several thousand times lower than that (0.5 M) used in our nitrosation procedure. Therefore, in therapeutic conditions nitrosation of ranitidine should be either minimal or absent."<br>• Relevance to NDMA:<br>  o Thin layer chromatography: NDMA not identified<br>  o "[T]he DNA fragmentation observed cannot be attributed to DMN [NDMA], known to be active only in the presence of a suitable metabolic activation system, which is absent in CHO cells." |
| Brambilla 1985 | DNA fragmentation in Chinese hamster ovary cells | Nitrosated product: 0.627 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>  o Doses: supraphysiological<br>  o Molar ratio (1:4): supraphysiological<br>• Relevance to NDMA: cannot test NDMA genotoxicity because no metabolic activation in assay<br>• Positive response with nitrite observed for 22/57 drugs tested. |

| Study | Assay | Ranitidine (R) + Nitrite (N) Dose | Ranitidine + Nitrite Results | Comments |
|---|---|---|---|---|
| Martelli 1983 | Unscheduled DNA synthesis in rat liver cells | Nitrosated product: 0.016-0.217 mM | + | • Nitrosation reaction used 50 mM ranitidine + 200 mM nitrite<br>o Doses: supraphysiological<br>o Molar ratio (1:4): supraphysiological<br>• "Obviously, the ratio nitrite/ranitidine presumably occurring in the human stomach is enormously lower than that used in our experimental conditions. Consequently, because the nitrosation rate of amines depends on the square of the concentration of nitrite, in patients treated with this drug the yield of *NO*-ranitidine should be minimal or even absent."<br>• Relevance to NDMA: "On a molar basis, *NO*-ranitidine was markedly more potent than *N*-nitrosodimethylamine". [NDMA used as a positive control] |

**References for Physiological Doses:**

| Study Type | Ranitidine HCl | Ranitidine Bismuth Citrate | Nitrite |
|---|---|---|---|
| ***In vivo* human studies** | 150-300 mg/day | 400 mg twice daily | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |
| ***In vivo* animal studies** | 150-300 mg/day in adults (~70 kg) = 2-4 mg/kg/day | 800 mg/day in adults (~70 kg) =<br>11.4 mg/kg | Acceptable daily dietary nitrite intake (ATSDR 2013): 0.07 mg/kg/day |
| ***In vitro* studies (ranitidine only)** | Peak blood levels:<br>0.0017 – 0.0034 mM (150 mg-300 mg) | Peak blood levels (400 mg dose):<br>0.0014 mM | |
| ***In vitro* studies (ranitidine + nitrite)** | Stomach levels:<br>Fasting: 10-20 mM (150 mg-300 mg in 50 mL gastric juice)<br>Prandial (with meal): 1-2 mM (150 mg-300 mg in 500 mL gastric juice) | | Stomach levels:<br>Fasting: 0.001-0.03 mM<br>Nitrite/nitrate rich meal: up to 0.1-0.3 mM |


Contains Confidential Information – Subject to Protective Order

# EXHIBIT

# 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**Supplemental Expert Report of Frederick Peter Guengerich, Ph.D.**

Date: June 3, 2022

Frederick Peter Guengerich, Ph.D.

On March 7, 2022, I provided an expert report, which included opinions on Emery Pharma's testing of ranitidine. For that report, I was not provided an opportunity to review any of Emery's chromatograms. Now, in the present supplement to my expert report, I provide my opinions based on the presently available information regarding Emery's ranitidine testing, including the contents of Agilent LC-MS/MS data files produced by Emery on a hard drive on May 3, 2022. These files were made available by chemists at NewFields who exported the data to PDF format.[1] It is my understanding that some of Emery's batch.bin data files are still missing and thus could not be exported to PDF. I will be commenting only on the reports of processed data files I was provided and reviewed.

**Data Transparency**

Dr. Ramin Najafi has not followed standard practices for sharing his results in any meaningful way with the scientific community, so his data is not reliable and could never be published in any peer-reviewed journal (peer-reviewers often require authors to share raw data as a requirement for publication). On several occasions, Dr. Najafi has insisted that LC-MS/MS data cannot be exported to common data formats, such as Adobe PDF or Microsoft Excel, which is simply not true. In his deposition, Dr. Najafi suggested that in order to view his chromatograms, one would need to visit Emery onsite which is typical for auditing scientific laboratories. Later, after a break, his testimony changed that one could also view via a video recording that screen-captures someone clicking through the system. I have never heard someone suggest sharing their raw data through video format. Transmitting a video recording of someone clicking through chromatograms would be meaningless because it would significantly hinder the

[1] For the present supplemental report, I also reviewed the Declaration of Dr. Mark Benotti, an analytical chemist at NewFields and the deposition of Dr. Najafi.

ability to review the data in detail, it would not provide appropriate resolution that comes with LC-MS/MS data, and it would not allow for any re-analysis should a reviewer disagree with any particular integration. The complete lack of transparency regarding Emery's chromatograms, and the fact that Dr. Najafi is proposing such outlandish suggestions and inaccurately claiming that his data cannot be exported is a significant red flag that should concern any scientific reviewer.

I have had extensive experience as a journal editor, having served as an Associate Editor for The Journal of Biological Chemistry from 2016 -2022, including time as Deputy Editor (2013-2021) and Interim Editor-in-Chief (2015-2016 and 2021). From 2015-2021 I oversaw the Journal's work on Data Integrity. Following is the Journal's statement in the Instructions to Authors:

> "Data Availability Statements are required for all submissions. These statements must indicate where the data described in the manuscript are located. If all data are contained within the manuscript, then the statement should indicate so. For datasets that were generated and deposited into a publicly accessible repository for submission, the location and identifying information must be provided. If data are to be shared upon request, then an individual along with their contact information must be indicated in the statement. The DOIs for any software code should be provided in this section.
> Any exceptions or limitations to the sharing of data, materials, and software should be described in this section."[2]

The submitted figures in all manuscripts are evaluated by journal staff again after tentative nominal acceptance of manuscripts. In cases where data are questioned, original data files are requested. Authors are also expected to save all data files for published papers, and published papers can be retracted after subsequent review in cases of impropriety. In my role at the Journal, this happened in some cases.

I also have experience with investigation of alleged research misconduct within my university.

[2] Data availability statements: https://www.asbmb.org/journals-news/editorial-policies#data_availability

**Traceability of Data**

Much of Emery's data lacks quality and traceability which is fundamental to ensuring the reliability of any analyses. Laboratory data should be traceable such that one could follow documentation related to a sample from the moment it is received by a laboratory through to its final analysis. Traceability is so important for establishing the reliability of laboratory work that is considered synonymous with reliability and validity (Valcarcel 1999). Emery made no attempt to prepare an inventory of individual samples but rather provided one-page bare bones "chain of custody" documents. They have no records of when samples were removed for testing, how many of each of the samples were taken, the identity of any of these samples, etc. Their laboratory notebooks do not provide the identity of any samples except after results are generated, which is inappropriate because it means that the testing cannot be verified or reproduced, which as Dr. Najafi himself testified, is the hallmark of valid scientific experiments.

Now, having reviewed their chromatographic data, I observed that no samples are properly labelled in the raw data files either. Because none of the individual sample data files are identified by lot number, it is difficult to readily link any of the samples' final NDMA concentrations with any of the values reported in Dr. Najafi's expert report or rebuttal report. The below screenshot illustrates that in Dr. Najafi's testing, he merely labels samples arbitrary names such as "_17_2" and there are no documents that link this identity to a particular sample.

Quantitative Analysis Results Summary Report — Agilent Trusted Answers

NDMA

| Data File | Type | RT | Resp. | Final Conc. | Exp. Conc. | Accuracy |
|---|---|---|---|---|---|---|
| _17_2.d | Sample | 1.819 | 80074 | 9085.4464 | | |
| _18_3.d | Sample | 1.809 | 14246 | 709.1737 | | |
| _19_4.d | Sample | 1.807 | 8783 | 431.6248 | | |
| _20_5.d | Sample | 1.804 | 7836 | 298.7297 | | |
| _21_6.d | Sample | 1.803 | 9097 | 396.1863 | | |
| _22_7.d | Sample | 1.806 | 4051 | 196.3629 | | |
| _23_8.d | Sample | 1.814 | 3135 | 131.0900 | | |
| _24_9.d | Sample | 1.807 | 10720 | 432.8015 | | |

Fig. 1.

In other words, there is no way to trace many samples back to ensure the appropriate results are associated with the appropriate samples. Instead, the only possible option is to dig through the final concentrations listed by Dr. Najafi in his report and appendixes and try to identify the same value and test date in raw data and take his word that the values are associated with the correct samples. Even with that information, it is not always possible to tie some of the results with the raw data files.

While some of Emery's data is not traceable at all, some data is "partially" traceable. By partially traceable, I mean I can find that identical values exist both in Dr. Najafi's report and in the raw data, however, there is still no way to trace the data back further through sample handling. The partial traceability is made possible because in some instances, Emery used descriptive names such as "Zantac then Ham", which is better than simply "_17_2" but still falls short of providing full sample identification. I discuss these results further below.

**Background on Agilent Reports**

To understand Emery's processed data and chromatograms, the following are essential to understanding regarding Agilent MassHunter reports.

- **Green Integration:** Green shading represents the area under the curve of a peak that was "integrated." Integration refers to how Emery identified a peak and area under a peak in a chromatogram as corresponding to NDMA in any given sample and is used to

determine the concentration of NDMA in the sample. The green shading is sometimes difficult to see in the PDFs and requires zooming-in to adequately view the integration. Absent the ability to zoom-in on the green shading, one can discern that a chromatogram was processed when there is a recorded final concentration of NDMA in the processed data file. Of note, many of the chromatograms show "manual integrations," meaning that the analyst changed the integration baseline generated by the analytical instrument. While it may sometimes be appropriate to make adjustments through manual integration, that should not be done in the absence of a laboratory-wide standard operating procedure (SOP) for integration establishing that the manual integration is justifiable (McDowall 2018).

- **Yellow Integration:** Yellow shading represents areas under the curve identified as peaks by the Agilent MassHunter software for potential integration which were not accepted by the analyst.
- **Asterisks:** Asterisks ("*") next to the retention time indicate that the peaks were manually integrated.
- **Internal Standards:** The chromatograms labeled with the text "NDMA-IS" represent levels of NDMA-d6, the internal standard. NewFields exported two copies of each sample injection—one with sample information only and one with internal standard information (Declaration of Dr. Mark Benotti).

**Scientific Standards in Integrating Chromatograms**

Proper integration requires that the chromatographic peaks are well resolved from any closely eluting peaks that appear in the same transition. Additionally, when determining what areas to integrate, a consistent and appropriate method must be used to determine the integration

parameters. Some chromatogram problems that should be resolved prior to any attempts at determining an analyte's final concentration include variable analyte retention times, loss of resolution, split peaks, tailing peaks, fronting peaks, baseline drift, baseline noise (which can be regular or irregular), and change in peak height (Sigma-Aldrich n.d.).

When integrating chromatograms, scientists must exercise judgment regarding the proper integration of peaks. Computer programs will automatically integrate peaks (termed "automatic integration") which is an idealized default to ensure that the analysts do not incorporate potential subjective biases to the results, although these methods are also suspect for noisy samples. I note that the peak shape is quite variable in the chromatograms, as well as the detection area (e.g., compare pages 743 and 744, p. 799, p. 819, p. 881, p. 956 and 957, p. 1562, p. 1566 of Benotti Exhibit C). Potential biases include integrating peaks which should not be considered valid as well as measurement errors.

Aside from automatic integration, scientists may have the option to manually integrate a peak. To do this, scientists manually select where peak integration should start and stop. While manual integration is less ideal than automatic integration, it can be justified if made according to established and consistent guidelines. That does not appear to be the case here.

**Exogenous Testing**

Emery used hydrophilic interaction chromatography (HILIC), to separate the ranitidine samples prior to analysis with multiple reaction monitoring (MRM) mode of mass spectrometry. Dr. Najafi did not fully validate the methods, but rather conducted a "fit-for-purpose" validation based on the parameters he thought appropriate (Deposition of Dr. Ramin Najafi).

Based on a review of Emery's chromatograms related to exogenous testing, I am concerned that the testing did not properly account for the need to separate NDMA from

ranitidine and ranitidine's other impurities from NDMA prior to the high-heat transition from liquid to gas phase (EMA - Official Medicines Control Laboratory 2019; Trudeau Lame 2020; Yamamoto 2020), which can result in an artificially high level of NDMA formation. I am aware that Dr. Najafi has responded to this concern with three arguments, which I respond to below.

First, Dr. Najafi argued that the amount of time needed to generate NDMA from ranitidine is longer than would occur during the vaporization from liquid to gas at the interface between the chromatograph and mass spectrometer. He discussed the point that the known GC-MS generation of NDMA from ranitidine required 10 minutes of heating, whereas vaporization only occurs for 20 milliseconds. This, however, ignores available peer reviewed literature. Researchers already know that artifactual formation of NDMA can occur rapidly, such as during liquid-injection gas chromatography (Alshehri 2020). The amount of time for liquid injection gas chromatography to generate artifactual NDMA formation is comparable to the amount of time at issue here. Therefore, Dr. Najafi's time argument is not supported by the available literature.

Second, Dr. Najafi argued that if artifactual NDMA formation was occurring then it would occur to a consistent extent across all samples. Again, this argument ignores the available literature. Alshehri (Alshehri 2020) found that artifactual NDMA formation may vary in magnitude from sample to sample. Therefore, the idea that one would expect a consistent magnitude of response is contradicted by the available literature.

Third, Dr. Najafi argued that Waters, a company that sells LC-MS/MS instruments, published an Application Note where the company supposedly investigated whether ranitidine will degrade to form NDMA during ionization prior to entering the mass spectrometer; Dr. Najafi claimed they found ranitidine did not degrade. Searching the company website, the only note I found actually suggests diverting ranitidine to avoid the issue that Dr. Najafi claims does

not occur. Dr. Najafi may be relying on Figure 10 of the Waters note, but that applies to a different ionization technique (APCI) (Trudeau Lame 2020) than Emery used (electrospray). It is Emery's responsibility to demonstrate that the method they used is validated, and that has not been demonstrated.

Lastly, it is important to note that Dr. Najafi has not proven separation of ranitidine (or its impurities) from NDMA via overlaid UV and MRM responses. FDA did this for their LC-MS/MS method (FDA 2019). Interestingly, Dr. Najafi claimed that this was not necessary because he used an internal standard (Deposition of Dr. Ramin Najafi). Reliance on an internal standard for this process makes no scientific sense—specifically, an internal standard can neither rule out artifactual NDMA formation nor prove sufficient separation of an unrelated molecule.

Thus, relying on peer-reviewed literature and reasoning by the scientific community, I find Dr. Najafi's responses unconvincing. For the reasons stated above, the HILIC methods used by Emery to quantify levels of NDMA have not been sufficiently validated and cannot support a valid scientific measurement. It is also worth noting that no US agencies, including the FDA, use HILIC methods to analyze NDMA in ranitidine.

**Endogenous Testing**

In addition to exogenous testing, I identified significant issues with the quality of chromatograms that underlying Emery's testing related to endogenous formation of NDMA. Specifically, Emery analysts manually integrated peaks in an arbitrary way, which resulted in an unreliable analysis of the data. For example, in Emery's meat incubation studies, when there was just meat present, Emery reported no detectable level of NDMA. However, when Zantac was present, the relevant part of the chromatogram looks nearly identical, yet Emery claims that

NDMA is now present at levels passing 70,000 ng NDMA. Examples of this issue are provided in the attached **Appendix A**.

Additionally, with respect to the bacon analysis, although internal standard concentrations are supposed to be the same for all samples, this was not always the case as seen in Emery's bacon chromatograms. In fact, the recovery of the internal standard decreased by two orders of magnitude, then increased by one order of magnitude, and then decreased by one order of magnitude again. There is no chemically plausible reason the haphazard recovery response for the internal standard, and the inconsistent results cast doubt on the reliability of the analysis. An example of this issue is provided in the attached **Appendix B**.

Likewise, the baseline responses for the bacon chromatograms differ considerably from the beginning of the experiment (time points 0 and 0.5 hours), the middle of the experiment (time points 1 and 1.5 hours), and the later portions of the experiment (time points 2, 2.5, 3, 3.5, and 4 hours). The high variability in baselines is highly unusual and would not be expected for NDMA measurements taken from the same SGF incubation container unless the incubation was forcing many unknown chemical reactions to occur. An example of this issue is also provided in the attached **Appendix B**.

**<u>Summary</u>**

There are significant problems related to Emery's testing of ranitidine which render their analyses completely invalid. Given the limited amount of time I had to review this late data and the unavailability of many of the batch files for review, I was not able to fully capture every mistake made by Dr. Najafi. For instance, I noticed that many of the data were incorrectly transposed from the raw data to Dr. Najafi's report. While these transcription errors also render Dr. Najafi's results unreliable, I do not feel the need to fully consider them since the data is

already invalid based on a review of the chromatograms themselves. This also renders any other Plaintiffs' expert reliance on Dr. Najafi's data invalid.

I hold all opinions to a reasonable degree of scientific certainty.

**References**

Declaration of Dr. Mark Benotti

Deposition Transcript of Dr. Ramin Najafi, Days 1 and 2

Alshehri, Y. M., Alghamdi, T. S., & Aldawsari, F. S. (2020). HS-SPME-GC-MS as an alternative method for NDMA analysis in ranitidine products. Journal of pharmaceutical and biomedical analysis, 191, 113582. https://doi.org/10.1016/j.jpba.2020.113582

EMA - Official Medicines Control Laboratory, Test method for the determination of NDMA by LC-MS/MS in Ranitidine Drug Substance and Film Coated Tablets, October 23, 2019. https://www.edqm.eu/documents/52006/71923/Ad-hoc-projects-OMCL-Network-cvua-ranitidine.pdf/e198028d-734c-0b92-10e9-083ee1094d8a?t=1628667918241

FDA. (2019). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product.

McDowall, B. (2018). Controlling Chromatographic Integration to Ensure Data Integrity. https://www.agilent.com/cs/library/articlereprints/public/executivesummary-controlling-chromatographic-integration-LCGC-openlab-agilent.pdf

Sigma-Aldrich. (n.d.). HPLC Troubleshooting Guide (Bulletin 826E). Sigma-Aldrich. https://www.sigmaaldrich.com/deepweb/assets/sigmaaldrich/marketing/global/documents/128/929/4497.pdf

Trudeau Lame, M. & Hatch, L. (2020). High Sensitivity Quantitation of Nitrosamine Genotoxic Impurities: LC-MS Analysis of Ranitidine Drug Product using the Waters ACQUITY UPLC I-Class/Xevo TQ-XS Tandem Quadrupole Mass Spectrometer. https://www.waters.com/content/dam/waters/en/app-notes/2020/720006899/720006899-en.pdf

Valcárcel, M., & Ríos, A. (1999). Traceability in chemical measurements for the end users. TrAC Trends in Analytical Chemistry, 18(9-10), 570-576

Yamamoto, E., Kan-No, H., Tomita, N., Ando, D., Miyazaki, T., & Izutsu, K. I. (2022). Isolation of N-nitrosodimethylamine from drug substances using solid-phase extraction liquid chromatography–tandem mass spectrometry. Journal of Pharmaceutical and Biomedical Analysis, 210, 114561.

# APPENDIX A

**Inconsistent Integration Practices Used by Emery Pharma**

**Ham Alone (4 Hours)**




Emery's Interpretation:

**No Detectable Level of NDMA**

**Zantac then Ham (4 Hours)**




Emery's Interpretation:

**73,707 ng NDMA**

**My Interpretation**

There is no valid scientific justification for the discrepant treatment between the two chromatograms. Both chromatograms demonstrate poorly resolved peaks that should indicate the method is inappropriate for the intended use. Thus, the results cannot be considered valid.

Even if one were to proceed with integration, both chromatograms demonstrate NDMA's ion transition at approximately the same retention time. Both chromatograms were manually manipulated by the analyst with no record as to why the manipulations were necessary. To claim NDMA is not detectable in the sample with ham alone while it is detectable in the sample that contains ranitidine is scientifically insupportable.

A review of the internal standards for each sample, blank samples, and remaining data support this conclusion.

## Inconsistent Integration Practices Used by Emery Pharma

**Zantac then Ham (1.5 Hours)**




Emery's Interpretation:
**7,298 ng NDMA**

**Zantac then Ham (4 Hours)**




Emery's Interpretation:
**73,707 ng NDMA**

### My Interpretation

Both chromatograms demonstrate poorly resolved peaks that should indicate the method is inappropriate for the intended use. Thus, the results cannot be considered valid. Even if one were to proceed with integration, there is no basis for the integration parameters used by Emery.

Additionally, the chromatograms demonstrate a significant amount of potential error associated with each measurement. This is likely caused by the method's insensitivity in combination with the dilution factor employed by Emery. Moreover, both chromatograms were manually integrated by the Emery analyst. Thus, small changes in the analysts' judgment can lead to results with a significant error.

A review of the internal standards for each sample, blank samples, and remaining data support this conclusion.

# APPENDIX B

| Variable Responses in Control (without Zantac) Samples Indicate Unreliability of Experimental Measure | | |
|---|---|---|
| **Bacon and NDMA (0 Hours)** | **Bacon and NDMA (1 Hour)** | **Bacon and NDMA (4 Hours)** |
| NDMA   | NDMA   | NDMA   |
| NDMA-IS   | NDMA-IS   | NDMA-IS   |
| Emery's Interpretation: 118,545 ng NDMA | Emery's Interpretation: 91,561 ng NDMA | Emery's Interpretation: No Detectable Level of NDMA |

**My Interpretation**

Emery spiked samples with known amounts of both NDMA and an internal standard (NDMA-d6). The purpose of spiking known amounts of NDMA into a bacon-matrix was to ensure that the experiment could reliably detect NDMA. The results indicate that the experiment does not reliably recover the internal standard, which casts doubts on the reliability of this method.

Additionally, the significant noise generated at the 1-hour timepoint is atypical but further casts doubts on the validity of these results. Under such circumstances, a researcher would need to improve the analytical method.

# EXHIBIT

# 4

Anne McTiernan

Addendum to Expert Report

5/27/22

In my Expert Report submitted January 23, 2022, I reviewed a study by Adami et al. on ranitidine use and risk for select gastrointestinal cancers. (Adami et al. 2021) That paper had been published in Cancer Epidemiology, Biomarkers, and Prevention as an online pre-print version on October 7, 2021. It was then published in the December 1, 2021 print and online journal.

During my deposition of April 28, 2022, I became aware of the large discrepancy between different versions of the Adami et al. paper on ranitidine use and risk of gastrointestinal cancers in terms of case numbers and hazard ratios.(Adami et al. 2021) It turns out that when I wrote and submitted my original report on January 23, 2022 , the Adami et al. paper included erroneous data in the Figure entitled, "Figure 1". The Adami et al. authors reported this on March 1, 2022 with a published correction and replacement of a new "Figure 1".(Adami et al. 2022) Note, the legend describing Figure 1 was unchanged between the original and "corrected" versions. Also note, there were no changes to the Results section of the abstract or Results section of the paper. It is not clear why the study authors and the journal's editor for this paper failed to notice this significant error for 5 months.

The numbers of cases of esophageal, stomach, liver (hepatocellular), and pancreas changed between the original and the "corrected paper", as I have detailed in the Table below.

Figure 1 was the only place in the original paper in which the hazard ratios (relative risks) for use of ranitidine associated with cancer risk were presented for all of the cancers for what the authors term their "primary analyses." This is not typical: usually, authors provide detailed information on results of analyses in the Results sections of both the abstract and the paper. In this case, I would have expected to see the calculated hazard ratios and confidence intervals for each of the cancer endpoints in the abstract Results and the paper Results sections.

In the original figure, the numbers of cases of cancer were much lower than indicated in the abstract and results. In the abstract, the authors stated, "We ascertained 276 newly diagnosed esophageal, 342 stomach, 133 hepatocellular, and 517 pancreatic cancers among ranitidine users during follow-up (median 14 years)." In the paper results, they stated, "During median follow-up of 14 years [interquartile range (IQR), 10–18] among ranitidine users, we ascertained a total of 276 esophageal, 342 stomach, 133 hepatocellular, and 517 pancreatic cancers (Table 1)." However, in the original Figure 1, which was referenced as "primary analyses," the numbers of cases presented were much lower than claimed: 65 esophageal, 75 stomach, 23 liver, 83 pancreas when analyzed comparing ranitidine users to other H2RB users, and 39

esophageal, 44 stomach, 20 liver, 51 pancreas when comparing to PPI users. Because of this discrepancy, I was concerned about the reliability of this paper.

After becoming aware that the "corrected figure" contained a larger number of cases, I re-reviewed the Adami et al. paper, in light of what I had written in my report. In doing so, I discovered additional discrepancies. The "corrected" paper did not change the total number of cancers observed among ranitidine users cited in the abstract Results and paper Results sections. In the "corrected" version, the numbers of cases shown in the comparison of ranitidine users to H2RB users are lower than stated in the abstract: 261 esophageal, 331 stomach, 127 liver, 498 pancreas. Furthermore, the numbers of cancer cases used for the analysis comparing ranitidine users to PPI users showed a higher numbers of cases for 3 of the 4 cancer types: 283 esophageal, 349 stomach, 153 liver, 511 pancreas.

In the legend to Figure 1, the authors state "Stabilized inverse-probability-of-treatment-weighted number of cancers per person-years of follow-up," which could explain the different case numbers in the abstract and paper results versus Figure 1. However, the authors do not state what exact variables were used to create the weighted numbers for the different analyses. (In the Statistical Analyses section of the paper, they state that "We used logistic regression, including all available covariates, to compute propensity scores for exposure to ranitidine. In the models, we included age and index dates as splines, along with use of PPIs in the previous two years when comparing with H2RBs and use of other H2RBs in the previous two years when comparing with PPIs. To control for potential confounding, we then used the propensity scores to compute stabilized inverse-probability-of-treatment (sIPT) weights." In their cited study describing propensity scoring and stabilized inverse probability of treatment weighting, this process is described as creating a "pseudo-population"(Brookhart et al. 2013), suggesting that the cases presented in Figure 1 are not the actual cited cases described in the abstract and results section of the paper.

In the analyses of ranitidine vs other H2RBs, it is not clear why all of the numbers of ranitidine cases decreased while the ranitidine person-years increased compared with crude data. It is also not clear why all of the "other H2RB" cases increased but the "other H2RB" person-years decreased.
The study did not have available risk factor variables (other than age, gender, and hospital-diagnosed gastrointestinal disease, some other comorbidities, and some medications) to include in the propensity scores for the included cancers. The reliability of these comorbidity data is questionable. For example, Table 1 of Adami states that the prevalence of Diabetes type 2 is 2% among ranitidine users, 1.3% in other H2RB users, and 2.5% in PPI users. However, the prevalence of diabetes in Denmark is 6.1% (https://cdn.who.int/media/docs/default-source/country-profiles/diabetes/dnk_en.pdf?sfvrsn=2a3b6ff5_36&download=true) , so there appears to be serious undercounting of diabetes diagnoses in the Adami et al. study data. Importantly, data on smoking and alcohol use, risk factors for several cancers, are not included as covariates.

Of note, on April 4, 2022, the journal published a letter to the editor concerning the Adami et al. study by Dr. Igor Karp, MD, PhD.(Karp 2022) Dr. Karp states:

> "While using active-comparator control in nonexperimental studies does help prevent confounding, it can hardly achieve this goal as well as a trial using not only active-comparator control but also randomization coupled with blinding. Thus, a nonexperimental study aiming to minimize confounding would, in addition, require an extremely thorough statistical confounding control. However, the authors seemed to have data on only a few cancer-risk determinants, while many others remained either unadjusted for or adjusted for "indirectly" by relying on data on their proxies (e.g., "alcohol-related disease" instead of alcohol-consumption history as such), with residual confounding being a likely consequence of this…. I believe the study does little to reduce concerns about carcinogenicity of contaminated ranitidine, as it provides no compelling evidence that its use (in particular, long-term use) does not increase the risk of gastrointestinal cancers."

Table: Data in the "original" and "corrected" Adami et al paper, with respect to numbers of cases among ranitidine users.

| Cancer Type | N cases original paper abstract/results | Figure 1 original N cases among ranitidine users (comparing to other H2RBs)(Adami et al. 2021) | Figure 1 original N cases among ranitidine users (comparing to PPIs)(Adami et al. 2021) | Figure 1 "corrected" N cases among ranitidine users (comparing to other H2RBs)(Adami et al. 2022) | Figure 1 "corrected" N cases among ranitidine users (comparing to PPIs)(Adami et al. 2022) | |
|---|---|---|---|---|---|---|
| Esophagus | 276 | 65 | 39 | 261 | 283 | |
| Stomach | 342 | 75 | 44 | 331 | 349 | |
| Liver | 133 | 23 | 20 | 127 | 153 | |
| Pancreas | 517 | 83 | 51 | 498 | 511 | |
| | | | | | | |

Adami, H. O., I. T. Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. T. Sørensen. 2022. 'Correction: Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*, 31: 692.

Adami, H. O., I. Trolle Andersen, U. Heide-Jørgensen, E. T. Chang, M. Nørgaard, and H. Toft Sorensen. 2021. 'Ranitidine Use and Risk of Upper Gastrointestinal Cancers', *Cancer Epidemiol Biomarkers Prev*.

Brookhart, M. A., R. Wyss, J. B. Layton, and T. Stürmer. 2013. 'Propensity score methods for confounding control in nonexperimental research', *Circ Cardiovasc Qual Outcomes*, 6: 604-11.

Karp, I. 2022. '"Ranitidine Use and Risk of Upper Gastrointestinal Cancers"-Letter', *Cancer Epidemiol Biomarkers Prev*, 31: 914.

# EXHIBIT

# 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

**Report of Michael P. Porter, MD, MS**

Date: March 7, 2022

Michael P. Porter, MD, MS

## 1. Introduction.

### 1A. Qualifications.

I am a urologist and a clinical expert in the treatment of urologic cancer with a subspecialty focus on bladder cancer. I received a B.A. from the University of Iowa in 1992 (major biology, minor chemistry) and a M.D. from the University of Iowa in 1997 (Iowa City, IA). I completed a 6-year residency in Urologic Surgery in 2003 at the University of Washington (Seattle, WA). During surgical residency I spent my research year obtaining a M.S. in epidemiology from the University of Washington School of Public Health and Community Medicine (2000). After residency I spent 2 years as a Robert Wood Johnson Clinical Scholar, a health services research fellowship which I completed in 2005. I joined the faculty at the University of Washington upon completion of my fellowship. During my tenure as a faculty member at the University of Washington, I served 2 terms as a National Cancer Institute (National Institute of Health) Bladder Cancer Task Force member (2010-2016), 10 years as a member of the National Comprehensive Cancer Network Bladder Cancer Guideline Panel (2010-2019), and currently serve on the Scientific Advisory Board of the Bladder Cancer Advocacy Network (2012-present).

I am currently a Professor of Urology and Adjunct Professor of Epidemiology at the University of Washington, and Chief of Urology at the VA Puget Sound Health Care System. My clinical practice focuses on surgical urologic oncology, with a focus on bladder, kidney, and prostate cancer.

### 1B. Summary of Opinions.

I was retained to provide opinions on behalf of the Defendants regarding the epidemiological evidence surrounding ranitidine exposure and the potential risk of bladder cancer and provide an expert report summarizing my findings. It is my opinion, to a high degree of medical and scientific certainty, that the existing epidemiological evidence does not support a true increased risk or causal association between ranitidine exposure and bladder cancer.

The opinions expressed in this report are based on my education, training, and experience (CV attached as Exhibit A), as well as the literature and materials I have reviewed (attached as Exhibit B). I reserve the right to amend or supplement my opinions upon review of additional materials. I am being compensated for my time at the rate of $700 per hour. This is the first time I have served as an expert witness.

## 2. Assessment of Ranitidine and the Risk of Bladder Cancer.

I was asked to review the epidemiological evidence surrounding ranitidine exposure and the potential risk of bladder cancer. Studies that directly examine exposure to ranitidine and subsequent risk of bladder cancer are most relevant to the question of whether ranitidine use causes bladder cancer and I have given the most weight to these studies.

In addition to studies on ranitidine, I have also evaluated studies that assessed H2 blockers combined, the medication class ranitidine belongs to. H2 blockers are a class of acid suppressive drugs used to treat heartburn, gastroesophageal reflux disease (GERD), and peptic ulcer disease (PUD). Review of these studies was included for completeness and because there are still some valuable insights to be gained from these studies. However, they represent a weaker level of evidence than studies specifically evaluating ranitidine.

Lastly, I reviewed studies on N-nitrosodimethylamine (NDMA) and the risk of bladder cancer, which included studies on non-ranitidine contaminated medication, dietary, and occupational exposure. These studies were evaluated because some of them were cited by Plaintiffs' experts, who claim that a purported association between ranitidine and bladder cancer may be mediated by alleged NDMA exposure from exogenous contamination in the medication and endogenous formation in the body. However, the relevant scientific inquiry in this litigation is whether ranitidine use increases the risk of bladder cancer and since these studies do not address ranitidine exposure, they constitute a considerably weaker level of evidence than the studies specifically on ranitidine.

NDMA is a type of nitrosamine that is commonly found in the environment and the diet, including in cured, smoked, and grilled meats and fish, dairy products, vegetables, and water (FDA 2021). The FDA has reported exogenous contamination (also known as an impurity) of NDMA and other nitrosamines in several medications since 2018, including medications to treat hypertension (valsartan, losartan, irbesartan), heartburn (ranitidine, nizatidine), diabetes (metformin), tuberculosis (rifampin, rifapentine), and for smoking cessation (varenicline). The FDA has reported the NDMA levels in ranitidine are low and similar to the levels expected from consumption of common foods. However, following manufacturer recalls, the FDA requested a withdrawal of ranitidine products from the U.S. market on April 1, 2020. It was found that the impurity in some ranitidine products may increase over time and when stored at higher temperatures and thus the quality control over the NDMA levels could not be assured. The FDA has indicated they may consider allowing ranitidine product back on the market if product stability with respect to NDMA levels can be demonstrated.

The FDA has also stated that the "FDA does not expect nitrosamines to cause harm when ingested at low levels. Nitrosamine impurities may increase the risk of cancer if people are exposed to them above acceptable levels and over long periods of time, but a person taking a drug that contains nitrosamines at, or below, the acceptable daily intake limits every day for 70 years is not expected to have an increased risk of cancer" (FDA 2021). NDMA has been classified by scientific and regulatory organizations as a probable human carcinogen (not a known human carcinogen), meaning high doses have been found to cause certain cancers in experimental animals, however, there is limited evidence of carcinogenicity from studies in humans (IARC 1987; NTP 2021).

It has also been proposed that ranitidine forms additional NDMA in the body following ingestion of the medication (endogenous formation). In 2016, Zeng and Mitch reported the results of a study of 10 healthy volunteers that measured the 24-hour urinary excretion of NDMA before and after ingestion of a ranitidine 150 mg tablet (Zeng and Mitch 2016). Based on gas

chromatography-mass spectrometry (GC/MS) analysis of urine samples obtained from the study subjects, the authors reported that the subjects who ingested ranitidine had 400x the levels of NDMA in their urine after, as compared to before, ingestion. However, it was found that the analytic method used created the high levels of NDMA; in other words, the high heat used in the GC method degrades ranitidine to form NDMA that was not in the original urine sample. The FDA subsequently recommended that all future ranitidine studies examining NDMA levels use liquid chromatography-mass spectrometry (LC/MS) (which uses lower temperatures) as an accurate analytic method. In 2021, Zeng and Mitch issued a formal retraction of their 2016 study stating "[g]iven this artifact, the… NDMA measurements are not reliable."

Furthermore, in 2021 the FDA performed a randomized controlled trial using the proper LC/MS analytic technique (Florian et al 2021). They recruited 18 healthy volunteers and randomized them to receive ranitidine 300 mg or placebo in a 4-period crossover study. They also randomized subjects in both the ranitidine and placebo groups to either low or high NDMA/nitrite/nitrate diets. Subjects were sequestered in a clinic for 10 days, and received either ranitidine or placebo on days 1, 3, 5, and 7 immediately after breakfast, and urine and plasma samples were collected over a 24-hour period. They found no significant difference between urine or plasma NDMA levels between the ranitidine and placebo groups. Importantly, a significantly higher level of urinary NDMA was found in those who consumed the high NDMA diet compared to the low NDMA diet, regardless of whether they received ranitidine or placebo, demonstrating the adequate design of the study to detect small, significant differences in urine NDMA and the importance of controlling for diet (which was not done in the Zeng and Mitch 2016 study). This remarkably well-conducted study provides robust evidence that users of ranitidine, compared to non-users, do not have elevated urinary NDMA levels. The retraction of the Zeng and Mitch 2016 study and the subsequent FDA 2021 study conclusively refute the proposed biologically plausible mechanism of an increased risk of bladder cancer with ranitidine as there is no reliable evidence showing an increase in urinary excretion of NDMA in persons taking ranitidine.

To the extent that Plaintiffs may posit other potential biologically plausible mechanisms, it is important to remember that epidemiological studies on ranitidine and bladder cancer intrinsically test any proposed mechanism of action (e.g., NDMA exposure). In other words, a biologically plausible mechanism of harm may be rejected where there is no evidence of harm in well-designed epidemiological data. Ultimately, to draw any conclusion on whether ranitidine causes bladder cancer in humans, epidemiological studies on ranitidine and bladder cancer are required.

### 3. Epidemiology.

### 3A. Epidemiologic Studies.

Epidemiology is the study of how disease is distributed in a population and of the factors that influence or determine this distribution. By its nature, epidemiology is based on observations of disease in populations of people. In cancer epidemiology, the focus is often on trying to

determine if certain exposures change the risk of developing a certain cancer. This is often accomplished by following a group of people (a cohort), measuring each individual's exposure to a suspected factor that is hypothesized to increase or decrease the risk of cancer (the exposure), and then determining if the risk of cancer (the outcome) varies over time between individuals who were or were not exposed (the risk estimate). The risk estimate is often expressed as a relative risk (RR). For example, if a certain exposure is associated with a 50% increased risk of cancer, this is expressed as a RR=1.5. If it is associated with triple the risk, this equates to a RR=3.0. Conversely, if a certain exposure is associated with a 50% decreased risk of cancer, this is expressed as a RR=0.50, and a three-fold decrease in associated risk is expressed as a RR=0.33. If an exposure has no effect, this is expressed as RR=1.0 (the "null"). However, not every RR above or below 1.0 reflects a true association. As will be discussed, chance, confounding, and bias must be ruled out to avoid false or spurious associations.

Depending on the study design, the risk estimate may also be expressed as an odds ratio (OR) or hazard ratio (HR). RRs are the product of cohort studies (as described above). Odds ratios are the product of a study design called a case-control study. Whereas a cohort study starts with the exposure and compares the subsequent risk of an outcome among those exposed and unexposed, a case-control study starts with the outcome and compares the frequency of a past exposure among those with the outcome (cases) and those without the outcome (controls). If derived from properly performed studies, the OR and RR have a similar interpretation. HRs also have a similar interpretation as RRs and are reported when a cohort study accounts for person-time at risk and uses a multivariate Cox proportional hazards model to adjust for potential confounding variables.

**3B. Sources of Study Bias.**

Epidemiologic studies are often observational because epidemiologists cannot randomize people to potentially harmful exposures (randomizing participants to a potential carcinogen, for example). As a result, there are often intrinsic differences between exposed and unexposed individuals in the population or cohort that is being studied that could produce a false result if not controlled for. Additionally, there may be difficulties in accurately measuring exposure and other factors that could influence the outcome. These issues are broadly defined as bias.

A major source of bias in observational epidemiologic studies, and perhaps the most difficult to control for, is confounding. This occurs when the exposure of interest is closely associated with another factor that is also a risk factor for the outcome of interest. For example, suppose you were studying a large cohort of people trying to determine if gum disease and tooth loss were associated with an increased risk of lung cancer. In such a study, you would want to try to adjust for any factors that may be associated with tooth loss and gum disease that could contribute to the risk of developing lung cancer, such as smoking. If you did not statistically adjust for smoking, it may appear that tooth loss and gum disease were associated with lung cancer, when in reality, the underlying factor creating this association was cigarette smoking (as smoking independently causes both tooth loss/gum disease and lung cancer). As another example, many studies have reported an increased risk of bladder cancer with coffee consumption, including a dose-response

relationship (Zhou et al 2012). However, smoking is independently associated with both coffee consumption (Bjorngaard et al 2017) and bladder cancer (Thun et al 2018), with smoking being a very strong risk factor for bladder cancer. Further analyses of prospective cohort studies showed that the association between coffee drinking and bladder cancer only remained in analyses of current smokers and studies that poorly adjusted for smoking (Dai et al 2019). In 2018, the International Agency for Research on Cancer (IARC) updated their 1991 assessment on coffee and bladder cancer in which they previously concluded that “coffee is possibly carcinogenic to the human urinary bladder (Group 2B)” (IARC 1991; IARC 2018). In their 2018 update, they found “higher-quality epidemiological studies of cancer of the bladder and coffee drinking… did not show a consistent association or a dose–response relationship. The Working Group judged that the positive associations between coffee drinking and cancer of the bladder observed in some studies were probably due to inadequate control for the confounding effects of tobacco smoking, a major risk factor for cancer of the bladder that is often strongly associated with coffee drinking” and ultimately “concluded that drinking coffee is not classifiable as to its carcinogenicity to humans (Group 3)” (IARC 2018). Thus, the potential influence of confounding in observational studies cannot be overlooked, particularly in relation to strong risk factors for bladder cancer such as smoking. Of course, to adequately adjust for smoking, you must measure it accurately. Smoking status may be unavailable or inadequately captured from studies utilizing medical records and health care administration databases. Similarly, in studies based on self-reported exposure, tobacco use, current or former, may be underreported due to social desirability bias or recall bias (Brigham et al 2010). It has also been documented in multiple studies that self-reported smoking status significantly underestimates the true prevalence of smoking, often by as much as 20-40% (Gorber et al 2009).

A common type of confounding in epidemiological studies of medications (also known as pharmacoepidemiology) is confounding by indication. Confounding by indication occurs when the underlying indication for a medication, or factors associated with the underlying indication, are the cause of the outcome, rather than the medication itself. For example, in a study evaluating whether a drug used to treat diabetes increases the risk of cancer, it would be important to control for the underlying indication (diabetes), which may itself independently increase the risk of cancer. Additionally, it would be important to control for factors associated with diabetes, such as obesity, that also may independently increase the risk of cancer. Without adequately controlling for these variables, a study may report a false association between the drug used to treat diabetes and cancer when one does not actually exist.

Statistical techniques can adjust for and minimize confounding, but all observational studies may be biased by so called residual confounding, i.e., factors that were not considered, or factors that were considered but were not accurately measured (misclassification) and therefore not completely adjusted for. The selection of the comparison group (i.e., those unexposed to the exposure of interest) can also minimize confounding. In pharmacoepidemiologic studies, the use of an active comparator inherently reduces the risk of confounding as a patient population that is exposed to a medication used to treat the same indication(s) is more likely to have similar baseline characteristics than a general population of nonusers. Active comparators for ranitidine include other H2 blockers and proton pump inhibitors (PPIs), with the former being the most

appropriate active comparator as the mechanism of action is the same (i.e., blocking the H2 receptor). Furthermore, indications and contraindications for choosing a PPI (a different class of acid suppressive agents that reduce stomach acid through a different mechanism) may differ from H2 blockers, and if the indications are related to another risk factor for the outcome of interest, this could introduce confounding. For example, PPIs have been reported to be associated with an increased risk of chronic kidney disease (CKD) and kidney disease progression (Xie et al 2016; Wijarnpreecha et al 2017), and smoking is a risk factor for CKD (Xia et al 2017). Thus, patients with CKD may be more likely to be prescribed an H2 blocker over a PPI, leading to a higher percentage of patients who are smokers taking ranitidine compared to PPIs. For these reasons, and since the allegation is that ranitidine causes cancer through a mechanism mediated by NDMA, and not by its action at the H2 receptor, other H2 blockers are ideal active comparators for ranitidine.[1]

Another major source of bias in epidemiologic studies is termed misclassification bias. Misclassification occurs when an exposure, an outcome, or any of the other variables that are being measured and adjusted for are not measured accurately. Misclassification bias can have varying effects on the results: sometimes resulting in a spurious finding that appears significant (i.e., bias away from the null value of 1.0), sometimes diluting findings that would be statistically significant if the misclassification had not occurred (i.e., bias toward the null), or sometimes having no overall effect on the risk estimate. Misclassification can be either differential or non-differential. Differential misclassification of exposure occurs when exposure is misclassified differentially based on the outcome. Differential misclassification of outcome occurs when outcomes are misclassified differentially based on the exposure. By contrast, non-differential misclassification of exposure occurs when the misclassification of exposure is not differential based on the outcome. Similarly, non-differential misclassification of outcome occurs when outcome misclassification is non-differential based on the exposure.

Differential misclassification can bias study results by changing the risk estimate either away from or toward the null if the misclassified variable is associated with the outcome. Recall bias is a type of differential misclassification bias that occurs in studies that use self-reporting. This is particularly problematic in retrospective case-control studies, as knowledge of the outcome at the time of reporting may influence recall and result in spurious associations.

In general, non-differential misclassification tends to move the risk estimates toward the null. However, this generalization does not always hold true. For example, in cases where the misclassified variable is polychotomous (a categorical variable with more than 2 categories), non-differential misclassification can bias the results either towards or away from the null. It is well recognized that non-differential misclassification of polychotomous variables in pharmacoepidemiologic, dietary, and occupational studies can create bias away from the null

---

[1] Of the other H2 blockers, only nizatidine has been found to also contain low levels of NDMA (FDA 2021). However, only one study on bladder cancer that compared ranitidine to other H2 blockers included nizatidine in the comparator group (Cardwell et al 2021). In this study, the other H2 blocker group largely consisted of cimetidine (93%), with famotidine and nizatidine making up the remaining 7%. Thus, inclusion of nizatidine in the comparator group in this study would have minimal impact.

and create non-existent associations (Funk et al 2014; Hornell et al 2017). In studies where there is misclassification of confounders, there is a higher likelihood of bias away from the null (Funk et al 2014). If you cannot accurately measure a confounder, you cannot accurately adjust for it. Thus, residual confounding can occur when confounders are misclassified. The magnitude of bias from misclassified confounders will be greatest when the confounder is strongly associated with the outcome in comparison to the study exposure. For example, smoking is the strongest and most common exogenous risk factor for bladder cancer and is commonly misclassified in studies irrespective of the data source (administrative databases, medical records, or self-reported use). Another potential source of non-differential misclassification in pharmacoepidemiology studies using administrative databases is the possibility that patients may fill a prescription medication but not take it. However, the likelihood of this bias is reduced in studies that evaluate long-term use and high number of filled prescriptions, as well as study designs relying on self-reported medication use. Since ranitidine was available as both a prescription and over-the-counter (OTC) drug, misclassification of OTC use may have occurred in studies using prescription databases. However, simulation studies have demonstrated that the magnitude of this bias is minimal if the overall prevalence of the medication exposure in the population is low (Yood et al 2007), as is the case for ranitidine (Kaufman et al 2002; Kantor et al 2015; Abrahami et al 2020; Danish Health Data Authority 2022). Finally, when an active comparator is used, particularly other H2 blockers that have similar patterns of use as ranitidine, any bias arising from non-differential misclassification is lessened both in likelihood and magnitude; additionally, the bias may go in either direction.

Protopathic bias is a bias that occurs in pharmacoepidemiologic studies when a medication is used to treat early symptoms of an undiagnosed outcome; in other words, the exposure takes place after the outcome has already occurred and cannot be the cause. Symptoms of undiagnosed bladder cancer include blood in the urine, pain and/or burning during urination, changes in urinary frequency (difficulty urinating or more frequent urination), lower abdominal pain and discomfort, and back pain. These symptoms also overlap with common bladder infections, including urinary tract infection, cystitis, and bladder stones. Thus, many physicians may initially treat early, undiagnosed symptoms of bladder cancer as one of these bladder conditions. Common treatments may include antibiotics for the presumed bladder infection and non-steroidal anti-inflammatory drugs (NSAIDs) for the pelvic, abdominal and/or back pain. Acid suppressants like ranitidine may also be prescribed for the treatment of the non-specific lower abdominal pain presenting as a symptom of bladder cancer and/or in combination with antibiotics and NSAIDs as both drug classes are known to be associated with gastrointestinal side effects. In this scenario, a study would erroneously consider the medication to precede the outcome when it really was used to treat the outcome that was not yet diagnosed. Therefore, protopathic bias may affect studies on H2 blockers and non-gastrointestinal cancers (Hsu et al 2013). One method to reduce protopathic bias in studies is the application of a lag period, which excludes the medication exposure in a certain time period (e.g., 1 year) prior to the cancer diagnosis.

Additional types of bias commonly encountered in epidemiologic studies include detection bias and selection bias. Detection bias arises when the frequency of a preventive or diagnostic test

for a disease differs between study groups, such that it may influence the likelihood of disease detection. For example, individuals that receive more preventive screenings or diagnostic exams may be medication users that require frequent doctor visits compared to non-medication users. Selection bias arises when the selection of the case group differs in an important way from the control group.

**3C. Statistical Significance and Chance.**

An important concept in all science is inference testing. This is a method used to determine if an observed result was more likely to be the result of the exposure (or intervention, if running an experiment) than random chance alone. A simple example is a coin toss. If you toss a coin once and get heads, you do not conclude that the coin is more likely to produce a heads result than a tails result. If you flipped it twice and came up with heads both times, you still would not conclude that the coin is more likely to produce a heads result by anything other than random chance. But what if you flipped the coin 100 times, and it came up heads in 60 of the flips? The cumulative probability of this occurring randomly (i.e., 60 or more heads results assuming a 50% probability of a head result with each toss) is 2.8%. Do you conclude the coin was imbalanced or rigged, or was this random chance? The answer depends on several factors.

The "p" value is the probability that the observed results in the study could have occurred solely due to chance in instances when there is truly no association between the exposure and outcome (i.e., the null hypothesis is true). In epidemiology (and most other clinical sciences), the threshold of 5% is generally agreed upon as the threshold for a finding being statistically significant. When the probability of an observed outcome occurring by chance alone (i.e., if the null hypothesis is true) is less than 5% ($p<0.05$), it is referred to as statistically significant. Simply put, this means that there is a greater than 95% chance that the observed outcome was related to something other than random chance, presumably the exposure of interest (absent bias or confounding). If a p-value is ≥0.05, chance cannot be excluded as a likely explanation for the observed results and the finding is considered not to be statistically significant. Another way to express this is with a 95% confidence interval (95% CI), which is closely related to the p-value and is used often when studies report results with RR, HR, or OR. If a 95% CI does not cross 1.0 (the null value where exposed and unexposed individuals have the same risk of the outcome of interest), the result is considered statistically significant. The confidence interval is usually shown in parentheses directly after the RR, HR, or OR. For example, a RR of 1.6 (1.2-1.8) is typically interpreted as: the exposure is associated with a 60% statistically significant increased risk of the outcome. On the other hand, a RR of 1.6 (0.9-2.3) is typically interpreted as no statistically significant association, even though the RR was the same in each example, because the 95% CI crosses 1.0 in the latter example, and therefore there is a >5% chance that the result was observed due to random chance.

So, in our coin toss example, 60 heads out of 100 tries is considered a statistically significant outcome ($p=0.028$), but does that mean we can conclude that the coin is weighted towards heads? The answer is complex and involves a concept known as causality.

**3D. Causal Inference: Association vs. Causality.**

An individual epidemiologic study examines the relationship between an exposure(s) and an outcome(s) and reports its results most often in terms of a RR, HR, or OR (depending on study type) with associated p-values or 95% CI. A single study often reports numerous analyses, yielding numerous risk estimates. If the analyses yield statistically significant findings, the investigators may conclude that exposure x is *associated* with an increased (or decreased) risk of outcome y. The key word is associated. A single epidemiologic study is almost never sufficient to determine if exposure x *causes* outcome y. There are several reasons for this. First, and as described above, there could be bias in the study through misclassification and confounding. Most researchers will acknowledge weaknesses in their study, including the possibility of misclassification and unmeasured confounding variables or inability to fully adjust for a suspected confounding variable due to imprecise measurement.

Secondly, science relies on replication, and it is common for a single study to identify a statistically significant association between an exposure and an outcome, but to not have this finding replicated by additional studies in similar patient populations. This can occur due to bias and/or confounding, as stated above, but can also occur through random chance. Remember, if a study reports a p=0.05, there is a 1 in 20 chance that this finding was the result of random chance, and not related to the exposure. This problem of "multiple comparisons" is particularly acute in studies that run numerous statistical analyses. The more analyses they perform, the higher the probability of finding a statistically significant association that occurred by chance. Based purely on the math of probability and the p-value being set at 0.05, a study that looks at 100 different exposures will find an average of 5 statistically significant associations as a result of chance alone (100 x 0.05 = 5). The lack of replication for many initial statistically significant associations is heightened by publication bias, in which studies reporting a statistically significant association are more likely to be published than those finding no association. In other words, a single study may report a false positive result, and follow-up studies not finding the same association may be less likely to be published. Because of the high rate of false positive results and to improve reproducibility of research, some scientists advocate for a more conservative p-value of < 0.005 for claims of discovery of new effects (Benjamin et al 2018), but this has yet to be broadly adopted by the scientific community. It is also important to note that if the same bias is present across multiple studies, then the same false association can occur across multiple studies as well, such as an association driven by inadequate control for smoking.

Finally, if there is a replicated, valid association between an exposure and outcome that is not likely the result of chance, bias, or confounding, causal criteria can be applied. Causal inference is a process that takes the totality of available information into account and relies on some commonly accepted principles that are referred to as the Bradford Hill Criteria, after being described by epidemiologist Sir Austin Bradford Hill in 1965. Notably, in 1964 a US Surgeon General committee appointed to create criteria for epidemiologic studies published very similar criteria to provide guidance for interpreting epidemiologic studies evaluating smoking and risk of lung cancer. They consist of the following (adapted from Gordis 2014):

1. **Temporality**: The outcome must occur after the exposure. Similarly, if there is an expected delay (latency period) between the exposure and outcome (as is typical in cancer), then the effect must occur after that delay.
2. **Consistency or reproducibility**: Consistent findings observed by different researchers, using different methods, in different study populations strengthens the likelihood that the exposure causes the outcome.
3. **Strength of association**: This is also known as effect size. The larger the association (e.g., HR=5.0), the more likely that it is causal. A small association (e.g., HR=1.2) does not mean that there is not a causal effect, but is more likely to be the result of chance, bias, or confounding.
4. **Consideration of alternate explanations**: When judging whether an association is causal, the extent to which alternative explanations (such as confounding) are taken into account and the extent to which such explanations have been ruled out are important considerations.
5. **Dose-response relationship:** Greater exposure (as measured by dose, number of prescriptions, and/or duration) should generally lead to a greater incidence/risk of the outcome.
6. **Specificity**: Causation is more likely if there is a very specific association at a specific site and disease with no other likely explanation. The more specific an association between an exposure and an outcome is, the more likely the relationship is causal. In general, specificity in cancer epidemiology is uncommon since cancer is a multifactorial disease.
7. **Biologic Plausibility:** A plausible mechanism explaining why the exposure leads to the outcome lends more credence to any observed association.
8. **Consistency with other knowledge**: A causal relationship is more likely if the findings are consistent with other data.
9. **Cessation of exposure**: If an exposure is a cause of a disease, then the risk of the disease should decline when exposure to the factor is reduced or eliminated. This data, however, is not always available, particularly for diseases that have long latency periods such as cancer.

The process of determining if the relationship between the exposure and the outcome is causal uses these criteria as a roadmap. The criteria are assessed together and weighed based on the strength of evidence. Not all the criteria are given equal weight and sometimes a causal relationship can exist in the absence of certain factors (such as cessation of exposure). Conversely, temporality is an absolute requirement, i.e., an exposure that occurs after development of a disease cannot be a cause of the disease. Consistency, strength of an association, and consideration of alternative explanations are also major causation criteria.

There is a reason that causal effects are inferred, rather than proven. In the science of epidemiology, researchers cannot perform experiments. In an experiment, such as a clinical trial evaluating the effect of a new drug, participants are randomized to receive the new drug or a placebo (or perhaps the older drug depending on the trial design). Participants and researchers are also blinded to the treatment assigned by randomization. This double blinded randomized experimental study design, if done correctly, eliminates confounding and most types of bias. If a

difference in outcomes is observed between the treatment group (experimental group receiving the new drug) and the placebo group (or group receiving the old drug), the only explanations are that the new drug influenced the outcome (whether positive or negative) compared to the placebo or that the observed effect occurred by random chance.

In observational epidemiology (e.g., cohort studies and case-control studies), there is no randomization and measurements of exposure and outcome may be imprecise. Because of this, observational studies are highly vulnerable to bias based on confounding, misclassification, and other biases as described above. Studies looking at the same question may enroll different populations of patients and measure potential confounding factors differently, yielding different results. It is only when enough studies have been performed, and there appears to be a consistent statistically significant association between an exposure and an outcome that is not likely a result of chance, bias, or confounding, that the evidence can be reviewed in the context of the Bradford Hill criteria. Based on this review, it may be possible to infer a causal relationship between the exposure and the outcome. This can be a much more laborious process than conducting a single large clinical trial (i.e., an experiment), but there is often no other way to answer questions about many types of environmental exposures and disease occurrence. As noted previously, you cannot ethically randomize participants to a smoking vs. non-smoking group to study the effects of smoking on cancer outcomes.

To go back to the coin toss example, admittedly an imperfect analogy, the null hypothesis would be that the coin is perfectly balanced (and therefore you expect a result of heads 50% of the time). You reject that null hypothesis because it produced 60% heads in a 100-toss trial (p=0.028). But before you infer that the coin is weighted towards heads, you could ask several questions before making this conclusion. Where did you acquire the coin – at a US mint or at a magic shop? Is the coin visibly damaged? Would flipping it 1000 times make you more certain, or should you try to replicate the results, perhaps with several 100 toss trials and different people tossing the coin? If you replicated the study 10 different times and only once found a statistically significant result favoring heads, what is your conclusion? If your initial trial led you to the hypothesis that all US pennies are biased towards a heads results, would you examine this hypothesis by replicating the trial with the same penny, or would you acquire different pennies for future trials?

**4. <u>Risk Factors for Bladder Cancer.</u>**

Bladder cancer is the 5th most common non-cutaneous malignancy in the United States. Urothelial carcinoma (also known as transitional cell carcinoma) is the most common type of bladder cancer, accounting for approximately 90% of all bladder cancers. Other types of bladder cancer include squamous cell carcinoma, adenocarcinoma, and small cell carcinoma. Bladder cancer may also be referred to as non-invasive or invasive, which describes whether the cancer is only in the inner surface of the bladder or has grown into the deeper layers of the bladder wall, respectively. Finally, urothelial carcinoma is classified as either high grade, or low grade. High grade tumors have a high propensity for invasion, while low grade tumors tend to be non-invasive. High grade invasive tumors cause the vast majority of mortality from bladder cancer.

Understanding of the known established risk factors for bladder cancer is important when evaluating the evidence surrounding ranitidine and its potential association with this malignancy. This allows the reviewer to draw conclusions as to whether any given study adequately adjusted its analysis to account for these known risk factors, thus allowing for more critical analysis and interpretation of the study results.

Risk factors for bladder cancer include, but are not limited to, advanced age, white race, male sex, cigarette smoking, recurrent urinary tract infections (UTI), and family history of bladder cancer (Lenis et al 2020; American Cancer Society 2021). Less common risk factors are hereditary conditions (e.g., Lynch Syndrome) and occupational exposures (e.g., benzene compounds found in petrochemical, rubber, and other industries). Men are approximately 3x more likely to be diagnosed with bladder cancer than women. According to the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR), smokers have 6x the risk of bladder cancer than those who have never smoked (WCRF/AICR 2018). It has been shown that approximately 50% of bladder cancer cases in the United States can be attributed directly to cigarette smoking, and smoking is widely considered to be the strongest risk factor for bladder cancer in the United States (Thun et al 2018). Importantly, the risk associated with smoking does not return to baseline even after smoking cessation (van Osch et al 2016). Any epidemiologic study that does not adequately account for smoking in its statistical analysis risks significant bias due to confounding. It should also be noted that the 2018 WCRF/AICR report on diet, nutrition, physical activity, and bladder cancer does not mention NDMA, and it describes meat and fried foods (tangentially related to NDMA exposure) as "limited evidence – no conclusion" (WCRF/AICR 2018).[2]

**5. <u>Epidemiologic Studies Evaluating Exposure to Ranitidine and Risk of Bladder Cancer.</u>**

Studies that directly examine exposure to ranitidine (as opposed to other exposures) and subsequent risk of bladder cancer are most relevant to the question of whether ranitidine use causes bladder cancer. However, the strength of the study design depends on several factors, including the study's ability to accurately (i) measure ranitidine use, (ii) ascertain a diagnosis of cancer, and (iii) account for potential confounding factors and other biases. The most important factors to adjust for are conditions or exposures that are risk factors for bladder cancer and are also risk factors for conditions for which ranitidine is indicated, such as peptic ulcer disease (PUD) and gastroesophageal reflux (GERD, aka chronic heartburn). The most obvious such factor is cigarette smoking, as it is a risk factor for bladder cancer as well as PUD and GERD. The best designed ranitidine studies used an active comparison group as an additional way to control for confounding factors, including smoking. Active comparators for ranitidine include other H2 blockers and proton pump inhibitors (PPIs), with the former representing a patient population

[2] The category of "limited evidence – no conclusion" is defined by the WCRF/AICR as: "Evidence is so limited that no firm conclusion can be made. This judgement represents an entry level and is intended to allow any exposure for which there are sufficient data to warrant Panel consideration, but where insufficient evidence exists to permit a more definitive grading." Based on this definition, it appears there was insufficient data on dietary NDMA to warrant an entry level Panel consideration.

most similar to ranitidine users. This study design was utilized in the most recent studies conducted to test the "NDMA hypothesis", which are the most informative studies in evaluating any purported risk through this mechanism. By contrast, studies that compare ranitidine users to non-users are subject to significant bias and confounding since those populations differ in important baseline characteristics.

**5A. Published Peer Reviewed Studies.**

***Habel LA et al (2000). Cimetidine Use and Risk of Breast, Prostate, and Other Cancers. Pharmicoepidem Drug Saf 9(2):149-155.***

The authors of this study assembled a cohort of subjects from the Northern California Kaiser Permanente administrative database using patients enrolled from 1982-1987 and followed until 1995. Patients with a previous cancer diagnosis were excluded from the analysis on that specific cancer type. Cimetidine exposure was the primary analysis, while ranitidine exposure was evaluated as a comparator; both medications were available only as prescription during the study period. They identified 10 subjects without a history of ranitidine or cimetidine use for each user of these agents matched on pharmacy database, gender, and age. Their final cohort included 4,125 cimetidine users, 922 ranitidine users, and 49,229 nonuser controls. They used Cox proportional hazards regression to calculate RR and to adjust for age, gender, and pharmacy data source.

For cimetidine users, the authors reported a combined kidney/bladder cancer RR=1.32 (0.90-1.96). For ranitidine users, they reported a combined kidney/bladder RR=1.56 (0.74-3.30), based on 7 exposed cases. None of these results were statistically significant, including the difference in cancer risk between cimetidine and ranitidine users. This latter analysis better controls for confounding and although the authors did not present the relative risk for this active comparator analysis, they described "none of the differences between cimetidine and ranitidine users were statistically significant."

This study has several important weaknesses. First, it should be noted that kidney and bladder cancers arise from distinct genetic and biologic alterations that result in carcinogenesis in the respective organ. For this reason, any causality assessment with respect to these two cancer types must be undertaken on a cancer by cancer basis. In other words, epidemiologic analyses that combine bladder and kidney cancers are not informative with respect to bladder cancer specifically. Second, the investigators did not adjust for health factors other than age, gender, and pharmacy, the most important of which is smoking. As noted previously, smoking is an established risk factor for bladder cancer, and is also a risk factor for peptic ulcer disease and gastroesophageal reflux, so not adjusting for smoking exposure almost guarantees residual confounding. Third, the sample size of the study was small, and the authors warn that the "[r]elative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users".

***Kantor ED et al (2021). Ranitidine use and cancer risk: Results from the UK Biobank. Gastroenterology 160(5):1856-1859.***

This study used the UK Biobank cohort, a prospective cohort of 502,493 men and women who were enrolled between 2006-2010, to evaluate the risk of cancer from ranitidine use based on the assumption that ranitidine contained NDMA contamination. All subjects received a baseline questionnaire regarding health habits and medications. Participant information was then linked to administrative health records and cancer registries to determine if they developed cancer. Individuals with a preexisting cancer diagnosis were excluded, and the final cohort contained 459,204 subjects between the ages of 38-73. The authors compared 8,844 regular ranitidine users to 26,959 regular omeprazole (PPI) users and 450,360 non-users. Regular use was defined as "most days of the week for the last 4 weeks" and included both prescription and OTC use. Follow-up was through 2015 (median 6.7 years) and the primary outcome was invasive cancer. Cox proportional hazards regression was used to estimate HRs and adjust for age, sex, race, household income, body mass index (BMI), smoking status, pack-years smoked, alcohol intake, physical activity, and diabetes.

The authors examined several different cancer outcomes, but germane to my analysis was the bladder cancer analysis. They reported a bladder cancer HR=1.22 (0.74-2.01) for ranitidine users vs. nonusers, and HR=1.30 (0.69-2.46) for ranitidine vs. omeprazole users. None of these findings show a statistically significant increased risk. The authors also found no risk for overall cancer and, in a sensitivity analysis, found that the overall cancer risk non-significantly decreased with longer follow-up.

There is an important point worth mentioning about this study – it included a comparison of ranitidine to omeprazole. As noted previously, this approach is a more methodologically valid way to investigate the association between ranitidine and cancers because both are medications that are prescribed for peptic ulcer disease and gastroesophageal reflux and it would be expected that the underlying patient populations would be more similar in baseline characteristics such as smoking (which can cause both PUD/GERD and cancer). Using omeprazole, an agent with a different mechanism of action than H2 blockers but with similar indications for prescribing, as the comparison group likely mitigates some of the effects of residual confounding from incomplete adjustment for smoking exposure. However, as stated in section 3B, it could be argued that the best active comparators to ranitidine are other H2 blockers such as famotidine, especially if the proposed biologic mechanism is NDMA contamination. The study also accounted for several other confounding factors. A weakness of the study was the lack of lag periods (which takes into account both latency periods and protopathic bias), although this limitation would likely only create falsely elevated risks.

***Yoon HJ et al (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10(1): 153.***

The aim of this cohort study was to examine ranitidine exposure and risk of cancer from presumed NDMA contamination. The authors used the HIRA database in South Korea (an administrative insurance claims database). Eligible subjects were aged 30-80 and were using prescription ranitidine or famotidine for at least 1 year between 2009-2011. They excluded subjects with previous cancer diagnosis, previous use of these drugs, and those who had overlapping use of these drugs during the study period. Subjects were matched on age, sex, cumulative duration of drug use, and diabetes in a 4:1 ratio of ranitidine (n=40,488) to famotidine (n=10,122) users. They ascertained cancer outcomes between 2012-2018 and used Cox proportional hazards regression to calculate HR.

Comparing ranitidine to famotidine, they reported a bladder cancer HR=1.41 (0.88-2.24) among 118 ranitidine exposed cases. This result is not statistically significant.

One important aspect of this study is that they compared ranitidine to famotidine, using famotidine as the reference group. As another H2 blocker, famotidine is perhaps the best suited active comparator. Although the study only controlled for a few confounding factors through matching, the use of an active comparator likely mitigates the effect of confounding by smoking and other variables and is a more valid comparison than comparing ranitidine use to nonuse when evaluating the risk of bladder cancer. That said, smoking was not directly controlled for and residual confounding may be contributing to the non statistically significant observed elevation in bladder cancer risk. The study also evaluated long-term use (≥ 1 year) and high cumulative doses (average 220,395 mg) of ranitidine, which strengthens the overall results as well as decreases the likelihood of exposure misclassification.

***Cardwell CR et al (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116(8):1612-1619.***

This study was performed as a follow-up study up based on the results of a hypothesis generating screening study with thousands of comparisons using the same data set by the same authors (McDowell 2021). Per the authors, the follow-up study on ranitidine and bladder cancer (rather than investigating one of the other 100+ associations reported in the McDowell study) was instigated based on the results in the Zeng and Mitch 2016 study, which reported elevated NDMA levels in the urine of subjects taking ranitidine. Cardwell et al used the Primary Care Clinical Information Unit Research (PCCIUR) database, an administrative dataset that captured general practice (GP) records for 3 million individuals in Scotland between 1993-2011. Using a nested case-control study design, they matched cases and controls in a 1:5 ratio based on practice, year of birth, sex, and year of registration into the database. Bladder cancer cases diagnosed between 1999-2011 were identified based on coding, and they excluded subjects if they had been previously diagnosed with cancer or diagnosed with another cancer of the same date of the bladder cancer diagnosis. Both cases and controls had 3 years of records available prior to the

index date (date of cancer diagnosis in cases and corresponding date in controls). Exposure status was determined from GP prescription records for ranitidine, PPIs, and other H2 blockers (cimetidine, famotidine, or nizatidine; 93% were cimetidine users). The final study group included 3,260 bladder cancer cases and 14,037 controls. Conditional logistic regression was used to generate odds ratios, and multiple sensitivity analyses and imputations were used to account for missing data (including smoking and alcohol use). Of note, there were significantly higher numbers of smokers and subjects with UTI/cystitis, diabetes, coronary heart disease (CHD), peripheral vascular disease (PVD), chronic obstructive pulmonary disease (COPD), and PUD among the bladder cancer case group compared to controls. This is notable because smoking and UTI are risk factors for bladder cancer, and diabetes, CHD, PVD, COPD, and PUD are smoking related diseases. The authors presented three estimates adjusting for age; age and comorbidities; and age, comorbidities, and smoking.

A statistically significant increased risk of bladder cancer was found for ranitidine users in the fully adjusted model compared to nonusers, OR=1.22 (1.06-1.40), and compared to PPIs, OR=1.20 (1.04–1.39). However, there was no significant association for ranitidine compared to other H2 blockers, OR=1.05 (0.86–1.28), the comparison group most similar to ranitidine. Similarly, dose-response relationships were found for ranitidine compared to the nonuser and PPI comparators, but not compared to the H2 blocker comparator. In sensitivity analyses increasing the lag period from 1 to 2 years, there was no longer a statistically significant dose-response relationship compared to nonusers (this latter analysis was not presented for the two active comparators).

It should also be noted that 20.5% of cases and 23.9% of controls had missing smoking data which increases the possibility of residual confounding based on incomplete smoking adjustment (which the authors acknowledge). Furthermore, it appears the authors only adjusted for smoking in the nonuser comparator, and not the two active comparator analyses. There is further evidence of insufficient adjustment for smoking if you examine the McDowell paper, which used the same dataset as the current study. In table 3 of that paper, the authors report an increased risk of bladder cancer (OR=1.26) among those who had ever been prescribed ranitidine after adjusting for comorbidities and smoking. However, in the same adjusted analysis, nicotine prescription was associated with an increased risk of bladder cancer (OR=1.54). The only medical indication that I am aware of for nicotine prescription is smoking cessation, so adequate adjustment for smoking should have removed nicotine prescription as a risk factor for bladder cancer. The only plausible explanation that nicotine prescription remained a risk factor for bladder cancer after adjustment for smoking and comorbidities is incomplete adjustment for smoking (i.e., residual confounding). Because the current study relied on the same data source and patient population as the McDowell study, residual confounding based on incomplete adjustment for smoking is almost certainly present in the current study. Further evidence of residual confounding by misclassified smoking status and comorbid conditions in the McDowell study is demonstrated with drugs associated with lung cancer. Several prescription drugs used to treat COPD remain associated with lung cancer after adjustment for comorbidities and smoking status. Smoking is the strongest risk factor for both COPD and lung cancer. The fact that COPD medications remain associated with lung cancer even after adjustment for COPD (and other smoking related illnesses) and smoking raises doubt about significant misclassification

leading to residual confounding in multiple variables in the dataset. Administrative datasets are prone to misclassification and thus residual confounding, and the above examples demonstrate how incomplete adjustment for smoking and comorbidities can lead to misleading findings.

The analysis best controlling for confounding in the Cardwell study was the comparison to other H2 blockers (as the most similar active comparators to ranitidine), which showed no increased risk for bladder cancer. As described by Norgaard et al 2021, smoking is "unlikely to be strongly related to choice of type of H2-blocker." Furthermore, the observation that longer term ranitidine use was associated with a higher risk of bladder cancer in the non H2 blocker comparator may just be a reflection of longer term smoking exposure that was poorly adjusted for (since PUD and GERD are smoking related diseases). Exposure misclassification from potential non-compliance is lessened since this study evaluated long-term use. Additionally, the potential bias from not capturing OTC use is minimal since both total ranitidine prevalence (<2%) and the proportion sold as OTC (10%) in this population was low (Yood et al 2007; Holyfield 2013; Abrahami et al 2020). Importantly, the authors also acknowledge the fact that this analysis is "not independent" of their screening analysis, which is perhaps the biggest flaw in this study. Typically, when an exploratory analysis shows a possible association between an exposure and an outcome, the study is then repeated in a different population of patients. The fact that it was performed using the exact same data set almost makes the outcome predetermined. And the fact that the exploratory study looked at thousands of possible associations (5,622 medication-cancer associations across 22 cancer sites) makes the risk of false positive results, based on random chance alone, highly plausible. Lastly, the Zeng and Mitch 2016 study the authors relied on for a biological plausible rationale was retracted several weeks prior to this publication as the high NDMA levels measured in the urine samples containing ranitidine were the result of an analytical artefact.

***Norgaard M et al (2021). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31(1):45-50.***

This cohort study utilized Danish population-based databases, including nationwide prescription, cancer, and patient registries. The aim of this cohort study was to examine ranitidine exposure and risk of bladder and kidney cancer from presumed NDMA contamination. The authors defined cohorts as ranitidine users (n=31,393), other H2 blocker users (famotidine or cimetidine; n=65,384), and PPI users (n=509,849) who started their prescription during the years 1996-2008 and had at least two filled prescriptions. They followed cohort members until 2018 and ascertained incident bladder and kidney cancer case data from the Danish cancer registry. Patients with a prior cancer diagnosis were excluded from the analysis, and median follow up time in the ranitidine cohort was 14 years. The authors obtained additional health information from a national patient registry and used this information to adjust the analysis for several disease diagnoses, including GERD, PUD, other upper gastrointestinal disease, urogenital disease, diabetes, chronic obstructive pulmonary disease, coronary artery disease, alcohol related diseases, and hypertension. They further adjusted for age, time between first and second prescription, calendar time, marital status, and several medications (thiazolidinedione, NSAIDs, low dose aspirin and other anti-platelet medication, and oral anticoagulants). They used logistic

regression to create propensity scores for exposure to ranitidine, other H2 blocker, and PPI. The propensity model was used to adjust risk estimates in their Cox proportional hazards analyses.

The main findings for ranitidine and risk of bladder cancer include a non-statistically significant adjusted HR=1.11 (0.95-1.29) compared to other H2 blockers (the best active comparator group) and a statistically significant adjusted HR=1.24 (1.04-1.48) compared to PPI users; this latter analysis translates into a 0.15% 10-year risk difference between ranitidine users and PPI users.

The authors performed a number of sensitivity analyses to assess the robustness of their results. First, subjects were included in the cohort if they received 2 prescriptions for the drugs being studied. In sub-analyses, the authors examined differing numbers of prescriptions (≥ 5 and ≥ 10 prescriptions) and did not identify a dose dependent effect on cancer risk, and in fact there appeared to be a trend towards decreased risk in the subjects who filled the largest number of prescriptions for ranitidine. This is the opposite of the trend that would be expected if a true causal relationship existed. Additionally, there was no association in sub-analyses on long follow-up (≥ 10 years) following high exposure (≥ 10 prescriptions) for bladder cancer (HR=0.75 (0.44-1.28) vs. other H2 blockers; HR=0.73 (0.46-1.15) vs. PPIs).

It is also notable that in the ranitidine vs. PPI analysis, the subgroup with the highest risk of developing bladder cancer was the group of most recent users, which is inconsistent with the long period of development for bladder cancer (initiated treatment in 1996-1999: HR=0.96 (0.74–1.24); initiated treatment in 2004-2008: HR=1.31 (1.01–1.68)). In the ranitidine vs. PPI analysis, the risk was also limited to non-invasive bladder cancer as there was no association in the subgroup of patients with invasive bladder cancer, HR=0.98 (0.79–1.22). These analyses, in addition to the lack of an association in dose-response analyses and with the other H2 blocker comparator, suggest that the small statistically significant increased risk in the main analysis for ranitidine vs. PPIs is a product of residual confounding. This is particularly the case as there was no information on smoking, the most important risk factor for bladder cancer. Given that smoking is such a strong risk factor for bladder cancer, even a small difference in smoking exposure between ranitidine and PPI users could create a falsely elevated risk estimate. As noted by the authors, “smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker; thus, the active comparator design likely averted potential confounding by these factors” in the analysis comparing ranitidine to other H2 blockers.

Finally, it should be noted that ranitidine, other H2 blockers, and PPIs were available as over-the-counter medications during most of the study period. Given that only 2 filled prescriptions were required to be entered into a cohort, it’s possible that over-the-counter use of these medications was not captured, resulting in misclassification of exposure. However, as described by the authors, the use of active compactor groups decreases this likelihood as they “would expect concomitant use of over-the-counter ranitidine to be low” in users of prescription PPIs or other H2 blockers. Second, there was no association in patients with higher prescription use (≥ 5 and ≥ 10 prescriptions), which may be an indicator of less over-the-counter use. This analysis also reduces concerns that patients may fill a prescription but not take it. Third, the proportion of ranitidine sold over-the-counter increased during the study period, however, there were no

associations in the sub-analysis of patients who initiated ranitidine treatment in the earliest period of 1996-1999 (all point estimates below 1.0), the analysis least affected by this potential bias. If there was a true association and misclassification bias was occurring for any of these reasons in the primary analysis, then the analyses least likely to be affected by misclassification (1996-1999 period and higher prescription use) would be expected to have the highest risk estimates, although they were actually the lowest in these analyses. In addition to not supporting a causal association, this also suggests non-differential misclassification is not a substantial bias in studies on ranitidine. Fourth, the potential bias on the risk estimate from not capturing OTC use is minimal since total ranitidine prevalence (<1%) in the Danish population was low (Yood et al 2007; Adami et al 2021; Danish Health Data Authority 2022). The likelihood of this bias was further minimized in the other H2 blocker comparator that had a similar proportion of OTC use as ranitidine users.

In summary, the authors conclude that this study "provided little evidence of any substantially increased risk of bladder or kidney cancer in ranitidine exposed individuals." Finally, it should be noted that in a separate screening study using the same Danish registries as a data source, no association was found between ranitidine use and bladder cancer (Pottegard 2016).

**5B. Non Peer Reviewed Studies.**

Studies that are not peer reviewed are typically presented at scientific meetings prior to publication or submission for publication. Another source of non peer reviewed studies are preprint servers, which are repositories for unpublished manuscripts that have yet to be accepted for publication. These represent a lower level of evidence as they have not undergone the peer review process. Additionally, the study methods and data sources are often not described in detail as the abstract format required by most scientific meetings limits space to several hundred words. These studies are included in my review for sake of completeness.

***Mohy-ud-din N et al (2020). Risk Cancer with Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults. Gastroenterology 158(6):S1073. Abstract/Poster presented at Digestive Disease Week (DDW), May 2020.***

The aim of this study was to examine exposure to ranitidine and risk of cancer from presumed NDMA contamination. The authors used the Explorys database which includes deidentified health records of 65 million Americans. They identified 1.62 million ranitidine users, 3.37 million famotidine users, and 59.63 million subjects that did not use either H2 blocker between 1999-2019. In their adjusted model, they found a statistically significant decreased risk of bladder cancer (OR=0.72 (0.70-0.76)) in users of ranitidine compared to famotidine. Of note, the authors found that ranitidine and famotidine users were more likely to have risk factors for cancer, including obesity, smoking, alcohol use, cirrhosis, and GERD, compared to nonusers. For example, approximately 75% of H2 blocker users were smokers compared to 28% of nonusers, demonstrating the importance of using an appropriate comparator group (i.e., other H2 blockers or PPIs) to reduce residual confounding. Based on ranitidine prevalence rates in the U.S. and the

use of an active comparator, any potential impact from not capturing OTC use should be minimal in this study (Kaufman et al 2002; Yood et al 2007; Kantor et al 2015).

***Braunstein LZ et al (2021). Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint.***

The authors of this unpublished, non-peer reviewed report present a lab-based analysis of ranitidine followed by a clinical analysis of cancer patients; the focus of this summary will be the clinical analysis. In the clinical analysis, they performed a cross sectional analysis by identifying 10,347 newly diagnosed cancer patients at a single institution, Memorial Sloan Kettering Cancer Center, between 2013 and 2019 who reported using ranitidine or an active comparator (other H2 blocker or PPI) around the time of their diagnosis. They then used logistic regression to calculate the odds of presenting with a specific cancer type compared to presenting with all other cancer types among users of ranitidine compared to other H2 blockers/PPIs. They adjusted for age, sex, race/ethnicity, and body mass index.

The authors report ranitidine use, compared to use of an active comparator, was associated with a significant increase in the odds of presenting with certain cancer types, including bladder, relative to other cancer types. The finding for bladder cancer was no longer significant when including only invasive cancers (i.e., excluding *in situ* cases). Several other cancer types were also analyzed, some showing a significant decrease in the odds of presenting with that cancer type, relative to other cancer types, among users of ranitidine versus active comparator.

This study is highly flawed for several reasons. First, taking ranitidine "about the time of initial cancer diagnosis" likely violates the principle of temporality noted above in section 3D. In carcinogenesis, exposure to a carcinogen almost always occurs years prior to the diagnosis, and usually involves sustained exposure. For this reason, many cancer studies use a lagged analysis excluding exposures around the time of cancer diagnosis, in contrast to this study that only looked at this timeframe. Second, several important confounding variables were not adjusted for, most notably smoking. Third, and perhaps most importantly, their clinical analysis was cross sectional and did not compare cancer cases to non-cancer controls. The observation that a bladder cancer patient has 1.6 times the odds of taking ranitidine proximate to diagnosis of cancer compared to an ovarian cancer patient says nothing about ranitidine exposure and risk of developing cancer. You cannot calculate risk of cancer from a specific exposure without including comparisons to patients without cancer – there is no circumstance in epidemiology where this is possible. The authors acknowledge this, concluding: "These associations reflect the odds of presenting with different cancers exclusively among an oncology population, and do not directly represent risk in a general population (as there were no cancer-free individuals in this study). Moreover, these exploratory analyses are to be viewed as hypothesis generating and should prompt analyses of larger cohorts with longer follow-up." At best, the most this study can conclude is that among newly diagnosed cancer patients, there are statistically significant differences in the types of GERD/PUD drugs being used by patients around the time of diagnosis with different cancer types. It is highly likely that you could replicate this study using any class of common medications (e.g., antihypertensives, diabetes medications) and find statistically

significant differences between proportions of patients using different active comparators of these medications and cancer types. If they compared the proportion of Yankees fans to Mets fans (active comparator) by cancer type among these same 10,000 patients and different cancer sites, they would likely find statistically significant differences as well, and it is impossible to argue that baseball loyalty to a certain team is a cause of one cancer and protective against another.

The fact that this study did not survive peer review, nor was it presented at a scientific meeting in abstract form, speaks to the weakness of the study design and conclusions.

**5C. Summary on Ranitidine and Risk of Bladder Cancer.**

In summary, there are six epidemiologic studies (5 published peer reviewed articles and 1 non peer reviewed scientific abstract) assessing the risk of bladder cancer with ranitidine use. The 2 studies/analyses that reported a statistically significant association between ranitidine and bladder cancer had significant methodologic flaws and/or a significant concern of residual confounding. Moreover, there was no association in these 2 studies when ranitidine was compared to other H2 blockers, which is the analysis that would be least affected by residual confounding. Furthermore, no statistically significant increased risks were found in the other 4 studies and one showed a statistically significant decreased risk.

**6. <u>Epidemiologic Studies Evaluating Exposure to H2 Blockers Combined and Risk of Bladder Cancer.</u>**

Though the studies in this section did not directly examine ranitidine use and risk of bladder malignancy, they evaluated the use of H2 blockers combined, which includes ranitidine. Review of these studies was included for completeness and because there are still some valuable insights to be gained from these studies. However, they represent a weaker level of evidence than studies specifically evaluating ranitidine.

**6A. Published Peer Reviewed Studies.**

***Michaud DS et al (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epid Biomarkers Prev 13(2):250-254.***

The goal of this study was to examine the association between peptic ulcer disease and bladder cancer risk. The authors used the Health Professionals Follow-Up Study cohort of 51,529 men (mostly white) between the ages of 40-75 at time of enrollment in 1986. The subjects received an initial, and then every other year, survey of health habits as well as annual assessments of collected health outcomes. Follow-up for bladder cancer was performed through 2000. They used a Cox proportional hazards regression model to calculate RR and to adjust for potentially confounding variables, including age, smoking, geographic region, and total fluid intake. They excluded subjects with a prior cancer diagnosis.

The authors report a bladder cancer RR=1.55 (1.03–2.33) for subjects with gastric ulcer, and a RR=0.97 (0.68–1.38) for subjects with duodenal ulcer. In a subanalysis, they found that subjects who were taking ranitidine or cimetidine in 1986 (only 20% of the entire cohort) had a bladder cancer RR=1.58 (0.93-2.69), and a RR=1.46 (0.85–2.50) following additional adjustment for gastric ulcer. The results for H2 blockers are not statistically significant.

There are two important considerations to take away from this study. First, the users of ranitidine or cimetidine all had peptic ulcer disease, and according to the study results, there may be an association between gastric ulcer and an increased risk of bladder cancer. Secondly, and perhaps more importantly, it should be noted that PUD (as well as GERD) and bladder cancer share a common risk factor in cigarette smoking. And since PUD and GERD are the main indications for taking H2 blockers, a study that does not adequately control for cigarette smoking is at risk of bias due to residual confounding. Cigarette smoking is difficult to control for because it is easily misclassified by recall bias and subject minimization of poor health habits (Brigham et al 2010).

***Oh H et al (2020). Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control 31(4): 383-391.***

The aim of this study was to examine the association between peptic ulcer disease, periodontal disease, and risk of bladder cancer. They used the Health Professional Follow-Up Study cohort, the same population that was used in the Michaud study discussed above, though they had an additional 16 years of follow up data through 2016. They used Cox proportional hazards regression models to calculate HR and to adjust for potential confounding variables, including several additional factors not adjusted for in the Michaud study.

They found a bladder cancer HR=1.22 (0.90-1.66) among subjects with peptic ulcer disease, HR=1.19 (0.98-1.46) among subjects with periodontal disease, and HR=1.52 (1.05-2.20) for subjects who had both. Importantly, they performed a second multivariate analysis adjusting for H2 blocker use and report that this did not affect the results. If H2 blockers were the mechanism by which peptic ulcer disease was associated with an increased risk of developing bladder cancer, it would be expected that adjusting for their use would attenuate the HR toward the null (i.e., 1.0).

Finally, it is also important to note that in the subanalyses that were performed, the authors found that the elevated risk of bladder cancer in subjects with peptic ulcer disease and periodontal disease was only statistically significant among the subgroup who were smokers. This is further evidence that smoking, a risk factor for peptic ulcer disease and bladder cancer, is likely the mechanism of carcinogenesis.

**6B. Summary on H2 blockers Combined and Risk of Bladder Cancer.**

In summary, epidemiologic studies evaluating H2 blockers combined and the risk of bladder cancer have found no statistically significant increased risks.

**7. Epidemiologic Studies Evaluating Exposure to NDMA and Risk of Bladder Cancers.**

These studies were evaluated as the proposed mechanism for ranitidine use and subsequent risk of developing bladder cancer was NDMA exposure, both from exogenous contamination in the medication and endogenous formation in the body. These studies do not directly address ranitidine exposure and risk of bladder cancer and are therefore a considerably weaker level of evidence than studies specifically on ranitidine, particularly the newer studies designed to address the NDMA mechanism by comparing ranitidine to other H2 blockers/PPIs. As described above, the original research paper that reported high urinary NDMA levels from volunteers who ingested ranitidine and suggested a biological plausible mechanism for bladder cancer was subsequently retracted (Zeng and Mitch 2016) and further refuted by the methodologically superior FDA study (Florian et al 2021). Furthermore, studies that rely on self-reported dietary questionnaires are prone to systemic bias (WCRF/AICR 2018).

**7A. Published Peer Reviewed Studies on NDMA Contaminated Medications.**

***Pottegard A et al (2018). Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362:K3851.***

The aim of this study was to examine exposure to NDMA contaminated valsartan (a hypertension medication) and risk of developing cancer. The authors used the Danish national health registry to identify subjects who were potentially exposed to the contaminated drug from certain manufacturing plants by using unique drug IDs. The final cohort contained 3,450 subjects exposed to NDMA contaminated valsartan, and a control group of 3,625 subjects who took non-contaminated valsartan from 2012-2018. They used the Danish cancer registry to ascertain cancer outcomes after building in a 1-year lag time. They used Cox proportional hazards regression to calculate HR and adjust for potentially confounding variables.

In the group exposed to NDMA contaminated valsartan (compared to non-contaminated valsartan), the bladder cancer HR=0.66 (0.15-2.89), which is not statistically significant.

This study design is perhaps the most methodologically sound in evaluating NDMA exposure and cancer risk, particularly regarding exposure from a medication. Studies that estimate exposure to NDMA through food frequency questionnaires are prone to recall bias and therefore misclassification of exposure, however, recall bias is absent in the current study design and the authors used a more systematic approach to determine potential NDMA exposure. The inclusion of only valsartan users, who differed on the random event of whether they received NDMA contaminated versus uncontaminated tablets, minimized residual confounding that greatly affects dietary and occupational studies on NDMA. At the same time, the study's findings are limited by a relatively short follow-up (median of 4.6 years).

***Gomm W et al (2021). N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int 118(21):357-362***.

This study was similarly designed to the Pottegard study and evaluated the risk of cancer from NDMA contaminated valsartan using a German health insurance database. 409,183 subjects potentially exposed to NDMA contaminated valsartan were compared to 371,688 subjects exposed to non-contaminated valsartan from 2012-2017. They used a 1-year lag time and Cox proportional hazards regression to calculate HR and adjust for potentially confounding variables. As with the Pottegard study, the length of follow-up was relatively short (median of 3.25 years).

The authors reported no statistically significant increased risk for bladder cancer (HR=1.02 (0.95-1.11)) in subjects exposed to potentially NDMA contaminated valsartan compared to non-contaminated valsartan.

**7B. Published Peer Reviewed Studies on Dietary NDMA.**

***Jakszyn P et al (2011). Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3):555-559.***

The aim of this study was to examine if exposure to red meat, dietary nitrosamines, or heme iron is associated with an increased risk of bladder cancer. Nitrosamines are a category of compounds that include NDMA and can be found in some red and processed meats. The authors used the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort of 500,000 patients that was assembled from centers in 10 European countries. They ascertained exposures using a food frequency questionnaire and cancer outcomes were ascertained by a combination of tumor registries, insurance records, and hospital registries. Mean follow up for the cohort was 8.7 years and the authors used Cox proportional hazards regression to calculate HR and adjust for potential confounding variables.

The authors found no statistically significant increased risk of bladder cancer across multiple analyses on dietary NDMA intake. The HR for the highest versus lowest quartile of dietary NDMA intake was HR=1.12 (0.88–1.44) (p-value for trend=0.49) and the HR in the continuous variable analysis was 0.98 (0.92–1.05). The lack of an association persisted in subanalyses stratified by sex, smoking status, occupational exposure risk, and bladder cancer progression risk.

***Ronco AL et al (2014). Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev 15(14):5805-9.***

The aim of this study was to examine the role of dietary meat and animal product consumption and the risk of bladder cancer. This was a case-control study comparing 225 bladder cancer cases to 1,510 controls with conditions unrelated to smoking and alcohol drinking. Cases and controls were identified from Uruguay hospitals between 1996-2004. A 64-item food frequency questionnaire was administered shortly after hospital admission to ascertain exposure to dietary

components, including NDMA. The authors note that the FFQ was not validated. Unconditional multiple logistic regression model was used to calculate OR and adjust for potential confounding factors.

The authors report a statistically significant association between dietary NDMA intake and bladder cancer. Compared to the lowest tertile of NDMA exposure, tertiles 2 (OR=2.16 (1.46-3.21)) and 3 (OR=2.14 (1.43-3.18)) were significantly elevated (p-value for trend=0.0002). Notably, many other food items were associated with statistically significantly increased risk for bladder cancer in this study including total meat, processed meat, hot dogs, ham, salted meat, barbequed meat, boiled meat, whole milk, boiled eggs, fried eggs, total eggs, cholesterol, sodium, and nitrate. Many of the associations do not make sense from a biological plausibility standpoint, such as the positive association for meat that is barbequed or boiled, but not fried. Cheese, on the other hand, was associated with a statistically significant decreased risk of bladder cancer.

As acknowledged by the authors, selection bias and recall bias are major limitations of dietary case-control studies. Selection bias arises when the selection of the case group differs in an important way from the control group. This was evident in this study by smoking status; there were significantly more smokers among bladder cancer cases compared to controls. This was likely driven by the fact that controls were only eligible for the study if they had a condition not related to smoking. In contrast, approximately half of all bladder cancer cases are directly attributable to smoking. In all dietary studies, potential exposure misclassification may occur through error in an individual's recall on the FFQ, as well as the published data used to estimate NDMA content in specific foods. This is further complicated by the fact that the NDMA content in foods has changed over time and a dietary assessment at one point in time may not accurately represent an individual's diet over a lifetime. However, while this type of exposure misclassification is usually non-differential in prospective cohort studies (i.e., does not differ among those with and without cancer), differential exposure misclassification often occurs in retrospective case-control studies through recall bias and results in spurious associations. Since the FFQs are completed after the individual already has cancer in case-control studies, knowledge of the cancer diagnosis can influence the self-reported dietary intake such that cases may tend to overreport unhealthy foods (e.g., processed meat that is high in NDMA) they think may have contributed to their cancer. Residual confounding is another issue in these studies as it is difficult to isolate the effects of a single dietary component from another or adequately control for smoking. Lastly, positive results arising from chance alone must also be considered in studies performing multiple statistical comparisons.

**7C. Published Peer Reviewed Studies on Occupational NDMA.**

***Hidajat M et al (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76(4): 250-258.***

The aim of this study was to examine workplace exposure to rubber dust, rubber fumes, and N-nitrosamine compounds and risk of dying from cancer. The authors obtained work place data

records on 36,441 rubber factory workers who were employed in the rubber industry in the United Kingdom in 1967 and who were at least 35 years of age. Exposure was estimated based on the job assignment of the employee in 1967 based on a database of measurements of compounds taken at rubber factories across Europe. Deaths from cancer were ascertained through 2015 through a national registry. They employed a statistical model to account for competing risk of death for other causes, but they adjusted only for age and not for other health factors (such as smoking).

The authors report a statistically significant increased risk of death for bladder cancer (along with many other cancers) with increasing exposure to rubber dust, rubber fumes, NDMA, N-nitrosomorphiline (another nitrosamine), and total nitrosamines. However, this study has some very important weaknesses. First, the authors assumed that workers remained in the same factory work area for their entire career based on their assignment in 1967. Second, the authors had no way of accurately measuring individual exposure. Third, NDMA exposure in this study was ambient and inhaled, not ingested. Fourth, as the authors acknowledge, workers in the rubber industry are exposed to many potentially, and some known, carcinogenic exposures (including other nitrosamines, rubber dust, rubber fumes, polycyclic aromatic hydrocarbons including phthalates, aromatic amines including β-naphthylamine and solvents including benzene). However, there was no attempt to control for these exposures in the analyses and even if there was, it is difficult to disentangle the many chemicals workers in the rubber industry are exposed to. Fifth, the inability to adjust for potentially confounding variables such as cigarette smoking (lung cancer accounted for 37% of the cancer cases in this cohort, suggesting a high prevalence of smoking) makes bias from confounding likely. Sixth, the risk for bladder cancer was not consistent with another study that evaluated rubber industry workers in the curing/vulcanizing department (the department with the highest potential nitrosamine exposure) from this same UK rubber factory cohort, raising further questions regarding the findings from the Hidajat study (McElvenny et al 2018; Sorahan 2019).

Though this study may provide limited evidence that working in the rubber industry beginning in the 1950s and 1960s may increase risk of cancer death (whether from industrial exposure or a culture of cigarette smoking), it is irrelevant to the question of whether ranitidine use or oral consumption of NDMA is associated with an increased the risk of bladder cancer.

**7D. Summary on NDMA and Risk of Bladder Cancer.**

In summary, two epidemiological studies on NDMA contaminated valsartan, two studies on dietary NDMA, and one study on occupational NDMA have evaluated the risk of bladder cancer. As a whole, these studies constitute a considerably weaker level of evidence than studies specifically on ranitidine, since these studies do not address ranitidine directly. The NDMA contaminated valsartan studies, which are more applicable to ranitidine and more methodically sound, found no association for bladder cancer. While the dietary and occupational studies are substantially less reliable and relevant to the risk from a medication, there was no association between NDMA and bladder cancer in the one dietary cohort study that was better designed and had fewer biases than the other studies.

**8. Summary on Ranitidine and Risk of Bladder Cancer.**

This expert report includes an analysis of the scientific literature that examines exposure to ranitidine, H2 blockers combined, and NDMA and the risk of bladder cancer. Since there is no reported association between ranitidine and bladder cancer that is not likely the result of chance, bias, or confounding, the application of a causal assessment is not warranted. However, I have applied the Bradford Hill criteria for sake of completeness and also because it can be a useful tool in summarizing the current evidence. Since studies specifically on ranitidine are the most relevant in answering this question, I have focused the Bradford Hill criteria discussion below on these studies. Nevertheless, my conclusion is the same even when considering all the data discussed in this report.

1. **Temporality:** In all reviewed studies on ranitidine and the potential risk of bladder cancer, exposure to ranitidine appeared to occur prior to the diagnosis of bladder cancer. However, cancer develops over a long period and may not be diagnosed immediately following onset. Therefore, it is possible that ranitidine exposure began after the onset of cancer, but before the diagnosis, particularly in studies that did not incorporate an adequate lag period. Therefore, temporality may not be guaranteed.

2. **Consistency or reproducibility:** Overall, studies examining ranitidine exposure showed no consistent statistically significant association between ranitidine and bladder cancer (Habel et al 2000; Kantor et al 2021; Yoon et al 2021; Cardwell et al 2021; Norgaard et al 2021; Mohy-ud-din et al 2020 abstract). The only reported associations with bladder cancer were in non-H2 blocker comparator groups (but not in the other H2 blocker comparator group) in the Cardwell et al 2021 and Norgaard et al 2021 studies. Studies such as these that show weak associations are most vulnerable to bias from residual confounding. Cardwell was flawed in that the initial finding was derived from a large screening study that demonstrates neither chance nor residual confounding from smoking can be ruled out, and Norgaard did not adjust for smoking. The fact that both associations were no longer significant when compared to other H2 blockers, the population most similar to ranitidine, further supports residual confounding as the likely explanation for the non-H2 blocker comparator analyses. Although Plaintiffs' epidemiology experts, Dr. Moorman and Dr. McTiernan, point to the weak, non-statistically significant findings from the other 2 higher quality studies that used an active comparator (Kantor et al 2021; Yoon et al 2021) and conclude that they show evidence that a consistent association exists between ranitidine and bladder cancer, this conclusion is scientifically inappropriate. Both studies had very large cohorts, and it is not scientifically accurate to assume that increased numbers of subjects will necessarily narrow confidence intervals and create a statistically significant finding. Furthermore, these studies were also vulnerable to residual confounding which likely resulted in the non-statistically significant risk estimates above 1. Yoon did not adjust for smoking, and though Kantor did, residual confounding is very likely given the difficulties in accurately classifying smoking exposure and smoking's strong causal association with bladder

cancer. Finally, because of random chance, it is unlikely for a completely null association to have a risk estimate of exactly 1.0 in every study (e.g., coin toss example in section 3). Overall, the consistency criterion is not met for ranitidine and bladder cancer risk.

3. **Strength of association:** There was not a single study that showed a strong association between exposure to ranitidine and risk of bladder cancer (all risk estimates were <1.5). Although it is established that weak or modest associations can be accepted as causal, in such cases, there is a much larger body of high-quality studies supporting the causal association (e.g., passive smoking and lung cancer risk >100 studies and radon exposure and lung cancer risk >20 studies). Furthermore, the other main causal criteria are fulfilled for these associations, including consistency, dose-response, consideration of alternative explanations, and a clear biologic mechanism, something that is absent in the studies examining an association between ranitidine and bladder cancer. In summary, the strength of association criterion is not met for ranitidine and bladder cancer risk.

4. **Consideration of alternate explanations:** Some of the studies reviewed did a poor job of accounting for confounding, especially confounding due to cigarette smoking. Smoking exposure is very difficult to accurately measure, and even minor misclassification of smoking exposure can result in residual confounding given how strong of a risk factor smoking is for bladder cancer. As noted previously, there is evidence that this occurred in the Cardwell study based on the results published in McDowell. And as noted in section 3B, misclassification of smoking status, even if non-differential, can bias results away from the null. Since smoking is a risk factor for GERD and PUD, the indications for which ranitidine is used, residual confounding from smoking is a substantial concern in non-active comparator studies. Even in active comparator analyses, not all active comparators are equal. As was also mentioned in section 3B, indications and contraindications for choosing PPIs may differ from H2 blockers. For example, ranitidine users may be more likely to be smokers given that smoking is a risk factor for chronic kidney disease (CKD) and some prescribers may favor H2 blockers over PPIs in patients with CKD based on the reported link between PPIs and CKD progression. In contrast, there were no increased risks observed in studies that used an active comparator group that most closely resembles ranitidine users (other H2 blockers), which is an effective tool to minimize residual confounding. Adequate consideration of alternative explanations has not been met in studies on ranitidine and bladder cancer risk.

5. **Dose-response relationship:** The only studies to address a dose-response relationship between ranitidine and bladder cancer were the Norgaard et al 2021 and Cardwell et al 2021 studies. Norgaard et al 2021 found no dose-response relationship between ranitidine and bladder cancer compared to either active comparator group (PPIs or other H2 blockers). In fact, the point estimates decreased in most analyses as the number of prescription fills increased. In the Cardwell et al 2021 study, while a dose-response relationship was found when ranitidine was compared to the general population or PPI users, no association was observed when ranitidine was compared to other H2 blocker users, the population most similar to ranitidine users and best suited to minimize

confounding. In addition to residual confounding, chance is also a likely explanation for the Cardwell findings as this study was part of a screening analysis that evaluated several thousand medication-cancer associations. It is also very possible that longer term ranitidine use was a marker for longer term smoking (and thus higher smoking exposure), which would bias the results in favor of ranitidine being associated with bladder cancer if not accurately controlled for. The other H2 blocker analysis in the Cardwell study likely reduced this residual confounding. In addition, there was no association between ranitidine and bladder cancer in the Yoon study, which only included long-term users (≥ 1 year of use). Studies assessing high doses or durations of use also decreased the likelihood of non-differential exposure misclassification. In summary, the dose-response relationship criterion is not met for ranitidine and bladder cancer risk.

6. **Specificity:** This criterion is rarely met because most diseases (including cancer) have many different causes.

7. **Biologic plausibility:** When a reliable association is observed in the epidemiological literature, a biologically plausible mechanism may provide additional credence to that association. However, in the absence of consistent, reliable epidemiological evidence, biological plausibility by itself cannot support or prove causation. Furthermore, the retraction of the Zeng and Mitch 2016 study and the subsequent methodologically superior FDA study refutes any proposed biological plausible mechanism of an increased risk of bladder cancer as there is no reliable evidence showing an increase in urinary excretion of NDMA in persons taking ranitidine. In addition, all 3 of the higher quality epidemiologic studies that were designed to examine the risk of bladder cancer from presumed NDMA contamination in ranitidine products did not find an association in the active comparator analyses that best controlled for confounding (Kantor et al 2021; Yoon et al 2021; Norgaard et al 2021). Lastly, there was no reliable or consistent association for bladder cancer in studies on NDMA exposure. Thus, the biologic plausibility criterion is not met for ranitidine and bladder cancer risk.

8. **Consistency with other knowledge:** A causal relationship is more likely if the findings are consistent with other data. For example, increased cigarette consumption has been found to track closely with increased incidence in lung cancer in both men and women. I am not aware of any comparable data for ranitidine use and bladder cancer.

9. **Cessation of exposure:** None of the existing epidemiologic studies examined this question.

## 9. Conclusion.

Epidemiological studies showed no consistent association between ranitidine and bladder cancer in analyses that best controlled for bias and confounding. The sporadic observed associations in certain analyses were inconsistent, weak, and did not adequately account for alternate explanations such as residual confounding; furthermore, they were not replicated within the same studies using a more appropriate comparator. Therefore, it is my opinion, to a high degree of medical and scientific certainty, that the existing epidemiological evidence does not support a true increased risk or causal association between ranitidine exposure and bladder cancer.

## References


1. Abrahami et al (2020). Trends in acid suppressant drug prescriptions in primary care in the UK: a population-based cross-sectional study. BMJ Open 10(12):e041529. PMID 33293322.
2. Adami et al (2021). Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev 30(12):2302-2308. Corrected online January 25, 2022. PMID 34620629.
3. American Cancer Society (2021). https://www.cancer.org/. Accessed September 9, 2021.
4. Benjamin DJ et al (2018). Redefine statistical significance. Nat Hum Behav 2(1):6-10. PMID: 30980045.
5. Bjørngaard JH et al (2017). Heavier smoking increases coffee consumption: findings from a Mendelian randomization analysis. Int J Epidemiol 46(6):1958-1967. PMID: 29025033.
6. Braunstein LZ et al (2021). Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv preprint. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1.
7. Brigham J et al (2010). Validity of recall of tobacco use in two prospective cohorts. Am J Epidemiol 172(7):828-35. PMID 20720099.
8. Cardwell CR et al (2021). Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116(8):1612-1619. PMID 34028367.
9. Dai et al (2019) Association between coffee consumption and risk of bladder cancer in a meta-analysis of 16 prospective studies. Nutr Metab (Lond) 16:66. PMID: 31528185.
10. Danish Health Data Authority (2022). Register of Medicinal Products Statistics. Available from: https://medstat.dk/. Accessed February 10, 2022.
11. FDA (2021). Information about Nitrosamine Impurities in Medications. https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications. Accessed September 9, 2021.
12. Florian J et al (2021). Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326(3):240-249. PMID 34180947.
13. Funk MJ, Landi SN (2014). Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. Curr Epidemiol Rep 1(4):175-185. PMID 26085977.
14. Gomm W et al (2021). N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer. Dtsch Arztebl Int 118(21):357-362. PMID 34247699.
15. Gorber SC et al (2009). The accuracy of self-reported smoking: a systematic review of the relationship between self-reported and cotinine-assessed smoking status. Nicotine Tob Res 11(1):12-24. PMID 19246437.
16. Gordis L (2014). Chapter 14: From Association to Causation: Deriving Inference from Epidemiologic Studies. In: Epidemiology. 5th Edition, Elsevier Saunders. pp 243-261.
17. Habel LA et al (2000). Cimetidine Use and Risk of Breast, Prostate, and Other Cancers. Pharmicoepidem Drug Saf 9(2):149-155. PMID 19025815.
18. Hidajat M et al (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76(4): 250-258. PMID 30772818.

19. Holyfield G (2013). Public Health Wales. Over the Counter (OTC) Summary Report for 2010 to 2012. http://www.primarycareone.wales.nhs.uk/sitesplus/documents/1191/Common%20Ailments%20Scheme%20Wales%20Update%20Report%202013.pdf. Accessed February 10, 2022.
20. Hornell A et al (2017). Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. Adv Nutr 8(5):652-678. PMID 28916567.
21. Hsu CL et al (2013). Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf 22(6):632-40. PMID 23576472.
22. International Agency for Research on Cancer (IARC) (1987). IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans, Supplement 7. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. World Health Organization. Lyon, France.
23. International Agency for Research on Cancer (IARC) (1991). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 51. Coffee, Tea, Mate, Methylxanthines, and Methylglyoxal. World Health Organization. Lyon, France.
24. International Agency for Research on Cancer (IARC) (2018). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 116. Drinking Coffee, Mate, and Very Hot Beverages. World Health Organization. Lyon, France.
25. Jakszyn P et al (2011). Red Meat, Dietary Nitrosamines, and Heme Iron and Risk of Bladder Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3):555-559. PMID 21239687.
26. Kantor et al (2015). Trends in Prescription Drug Use Among Adults in the United States From 1999-2012. JAMA 314(17):1818-31. PMID 26529160.
27. Kantor ED et al (2021). Ranitidine use and cancer risk: Results from the UK Biobank. Gastroenterology 160(5):1856-1859. PMID 33385434.
28. Kaufman et al (2002). Recent patterns of medication use in the ambulatory adult population of the United States: the Slone survey. JAMA 287(3):337-44. PMID 11790213.
29. Lenis AT et al (2020) Bladder Cancer: A Review. JAMA 324(19):1980-1991. PMID 33201207.
30. Loh YH et al (2011). *N*-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study. Am J Clin Nutr 93(5): 1053-61. PMID 21430112.
31. McDowell RD et al (2021). A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med 19(1):22. PMID 33494748.
32. McElvenny et al (2018). British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med 75(12):848-855. PMID 30269103.
33. Michaud DS et al (2004). Peptic Ulcer Disease and the Risk of Bladder Cancer in a Prospective Study of Male Health Professionals. Cancer Epid Biomarkers Prev 13(2):250-254. PMID 14973090.
34. Mohy-ud-din N et al (2020). Risk Cancer with Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults. Gastroenterology 158(6):S1073. Abstract/Poster presented at Digestive Disease Week (DDW), May 2020.

35. Norgaard M et al (2021). Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31(1):45-50. PMID 34649959.
36. Oh H et al (2020). Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. Cancer Causes Control 31(4): 383-391. PMID 32060837.
37. Pottegard A et al (2016). Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 2016 May;7:73-9. PMID 27322460.
38. Pottegard A et al (2018). Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362:K3851. PMID 30209057.
39. Ronco AL et al (2014). Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev 15(14):5805-9. PMID 25081704.
40. Sorahan T (2019). Conflicting findings from a rubber industry cohort study: what is the explanation? Occup Environ Med 76(10):780. PMID 31515444.
41. Thun MJ, Freedman ND (2018). Tobacco. In: Schottenfeld and Fraumeni Cancer Epidemiology and Prevention. Ed: Thun et al. 4th Edition, Oxford University Press. pp 185-211.
42. U.S. National Toxicology Program (NTP) (2021). N-Nitrosodimethylamine. Report on Carcinogens, 15th Ed. U.S. Department of Health and Human Services, Public Health Service: Research Triangle Park, NC, USA.
43. van Osch FH et al (2016). Quantified relations between exposure to tobacco smoking and bladder cancer risk: a meta-analysis of 89 observational studies. Int J Epidemiol. 45(3):857-70. PMID 27097748.
44. Xia J et al (2017). Cigarette smoking and chronic kidney disease in the general population: a systematic review and meta-analysis of prospective cohort studies. Nephrol Dial Transplant 32(3):475-487. PMID 28339863.
45. Xie Y et al (2016). Proton Pump Inhibitors and Risk of Incident CKD and Progression to ESRD. J Am Soc Nephrol 27(10):3153-3163. PMID 27080976.
46. Wijarnpreecha et al (2017). Associations of Proton-Pump Inhibitors and H2 Receptor Antagonists with Chronic Kidney Disease: A Meta-Analysis. Dig Dis Sci 62(10):2821-2827. PMID 28836158.
47. World Cancer Research Fund/ American Institute for Cancer Research (WCRF/AICR). Diet, Nutrition, Physical Activity and Cancer: A Global Perspective. Continuous Update Project. Third Expert Report 2018. https://www.wcrf.org/diet-and-cancer/.
48. Yood et al (2007). Using prescription claims data for drugs available over-the-counter (OTC). Pharmacoepidemiol Drug Saf 16(9):961-8. PMID 17654746.
49. Yoon HJ et al (2021). Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10(1): 153. PMID 33466237.
50. Zeng T, Mitch WA (2016). Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine. Carcinogenesis 37(6):625-634. PMID 26992900. Retraction in: Carcinogenesis 2021;42(7):1008. PMID 33942056.
51. Zhou Y et al (2012). A dose-response meta-analysis of coffee consumption and bladder cancer. Prev Med 55(1):14-22. PMID: 22564775.

# EXHIBIT

# 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

______________________________________

THIS DOCUMENT RELATES TO: ALL ACTIONS

# RULE 26 EXPERT REPORT OF MARY BETH TERRY, PH.D.

Dated: 3/7/2022

Mary Beth Terry

Mary Beth Terry, Ph.D.

# TABLE OF CONTENTS


I. Qualifications ........ 1
II. Scope and Summary of Opinions ........ 2
III. Epidemiology Overview ........ 3
A. Epidemiological Study Designs ........ 5
1. Case-control studies ........ 6
2. Cohort studies ........ 6
3. Nested case-controls studies ........ 7
4. Randomized Controlled Trials ........ 7
5. Case reports and other non-controlled clinical data ........ 8
6. Meta-Analyses ........ 8
B. Considerations in Assessing Epidemiology Studies ........ 9
1. Associational measures ........ 9
2. Statistical significance ........ 10
3. Confounding ........ 13
C. Other Biases in Epidemiology Studies ........ 13
1. Selection bias ........ 13
2. Information bias ........ 14
D. Special Considerations in Pharmacoepidemiology Cancer Studies ........ 14
1. Exposure measurement ........ 14
2. Confounding by indication ........ 17
3. Other confounding issues ........ 17
4. Internal versus external comparators ........ 18
5. Exposure-time related assumptions ........ 19
IV. Methodology of Causal Inference ........ 20
A. Evaluation of Bias ........ 21
B. Comparability ........ 22
C. Alternative Explanations and Application of Bradford-Hill Criteria ........ 22
V. Epidemiological Studies on Ranitidine & Cancer ........ 24
A. Early Studies Reporting on Cancer Outcomes in Ranitidine Users ........ 25
1. Penston 1990 ........ 26
2. Chow 1995 ........ 27
3. Habel 2000 ........ 28
4. Tan 2018 ........ 32




Contains Confidential Information - Subject to Protective Order

5. Tran 2018 .... 33
B. Studies Published Since 2019 .... 35
1. Liu 2020 .... 35
2. McDowell (2021) .... 37
3. Iwagami (2021) .... 38
4. Yoon (2021) .... 39
5. Kantor (2021) .... 40
6. Kumar (2021) .... 41
7. Cardwell (2021) .... 42
8. Kim Y (2021) .... 44
9. Adami (2021) .... 47
10. Kim S (2021) .... 51
11. Norgaard (2021) .... 52
C. Screening Studies .... 54
D. Abstracts .... 55
E. Overall Synthesis and Analysis by Type of Cancer .... 56
1. Overall Cancer .... 60
2. Bladder cancer .... 61
3. Esophageal Cancer .... 64
4. Gastric Cancer .... 66
5. Liver Cancer .... 67
6. Pancreatic Cancer .... 69
F. Conclusion on Ranitidine Cancer Epidemiology Studies .... 70
VI. Epidemiological Studies on H2RAs & Cancer .... 70
A. Gastric and Esophageal Cancer .... 71
B. Liver Cancer .... 72
C. Pancreatic Cancer .... 73
D. Bladder Cancer .... 73
E. Summary .... 73
VII. Epidemiological Studies on NDMA & Cancer .... 74
A. NDMA Contaminated Valsartan & Cancer .... 78
B. Dietary NDMA & Cancer .... 81
1. Bladder Cancer .... 85
2. Esophageal Cancer .... 87



Contains Confidential Information - Subject to Protective Order

3. Gastric Cancer ..... 90
4. Liver Cancer ..... 95
5. Pancreatic Cancer ..... 96
6. Cancers with No Associations ..... 97
7. Conclusion ..... 97
C. Occupational NDMA/Nitrosamines & Cancer ..... 97
VIII. Assessment of Causal Criteria ..... 100
A. Strength of Association ..... 100
B. Consistency ..... 101
C. Specificity ..... 101
D. Temporality ..... 101
E. Biological Gradient (dose-dependent relationship) ..... 102
F. Plausibility ..... 104
G. Coherence ..... 105
H. Experiment ..... 105
I. Analogy ..... 105
IX. Summary & Conclusions ..... 106
X. Table 1. Summary of Ranitidine Epidemiology Studies ..... 108



Contains Confidential Information - Subject to Protective Order

# I. Qualifications

I am a tenured Professor of Epidemiology at Columbia University's Mailman School of Public Health (MSPH). I joined the faculty in 1999 after completing my doctoral degree in cancer epidemiology at MSPH. I am the Leader of the Chronic Disease Unit in the Department of Epidemiology and also have various leadership positions at Columbia's Herbert Irving Comprehensive Cancer Center. As Chronic Disease Unit Leader, I oversee cancer epidemiology faculty and students studying many different cancer types as well as faculty and students studying other chronic diseases like heart disease. For over 20 years, I have led observational studies of cancer risk and outcomes after cancer diagnosis. In addition to my research, I teach introductory and advanced epidemiologic methods to MSPH students and introductory data science to Columbia undergraduate students. In addition to my PhD in epidemiology, I have a Master's Degree in Economics.

I have conducted research across many different areas of cancer epidemiology for different cancer types (including, for example, colorectal, esophageal, stomach, and breast cancer). Much of my research focuses on understanding the role that genetics, epigenetics, and other biomarkers play in modifying the effects of lifestyle and environmental exposures related to cancer development. Starting with my doctoral dissertation, which focuses on colorectal cancer, I have also focused across cancer types in understanding difference in cancer etiology across histology and molecular subtypes as well as methods to evaluate progression from *in situ* tumors. I have received supported from the National Institutes of Cancer, Environmental Health, the American Cancer Society and the Breast Cancer Research Foundation. Currently, I lead large family-based cohorts that integrate pedigree, clinical, genetic and epidemiologic data. I have served as the Principal Investigator (PI) for the New York site of the Breast Cancer Family Registry (BCFR) for over 15 years and I currently serve as Contact PI for the entire international BCFR. I also serve as the Contact PI of DNA Repair Phenotype: the missing link in Breast Cancer Risk Assessment. I am also leading several collaborative studies that are focused on reducing health disparities in multiple cancer types including liver, prostate, breast and colorectal cancers. For a list of current and past support, please see my curriculum vitae. I have published over 415 peer-reviewed articles in top clinical, cancer and epidemiology journals in the field, including Lancet Oncology, JAMA, Journal of the National Cancer Institute, Cancer Research, International Journal of Epidemiology, and the American Journal of Epidemiology.

I also Direct the Herbert Irving Comprehensive Cancer Center (HICCC) Office of Community Outreach and Engagement (COE). In addition to my research, I serve as a Multiple Principal Investigator (MPI) of the HICCC NCI Training grant in cancer epidemiology. In this role, I oversee community health educators and health communication specialist to help disseminate information about cancer risk factors, screening and treatment.

For over twenty years, I have also served as a grant reviewer for federal, state, foundation and international review panels (please see CV for full list). In addition, I



Contains Confidential Information - Subject to Protective Order

currently serve as an Editor of the International Journal of Epidemiology, one of the highest impact journals for epidemiological methods. I am also on the Editorial Board of the American Cancer Society's journal, *Cancer*, which is one of the oldest peer-reviewed scientific journals in oncology. I am currently the Cancer Epidemiology Section Editor for Current Epidemiology Reports and an Associate Editor for Breast Cancer Research. These editorial positions are in addition to the scientific peer review that I have done for over 23 years for individual papers. These grant review and editorial positions require me to use my expertise to evaluate research hypotheses and study design and analytic methods to provide a scientific judgment on the quality of the methodology and causal inferences. These positions and review experience have required me to evaluate cancer epidemiology and epidemiological methods for many different cancers including the five cancers that are the focus of this report.

I am also currently serving a three-year position on the National Cancer Institute's (NCI) Board of Scientific Counselors. I am also an invited member of the NCI's PDQ (Physician Data Query) Genetics Board for Breast and Gynecological Cancers. This position calls on me to evaluate intramural scientists and research programs at the National Cancer Institute including scientific work in molecular, nutritional and clinical epidemiology branches and including work in the five cancers described in this report.

In addition to my research, I have spent over two decades teaching and mentoring postdoctoral fellows, pre-doctoral fellows, medical, masters, and undergraduate students. In 2013, I received the Dean's inaugural award for mentoring. I also co-Direct the HICCC summer training program to increase diversity in cancer research through training programs for high school and undergraduate students in our local communities. My primary area of teaching is on epidemiological study design and applied statistical analysis, and I have taught over two thousand students study design and applied statistical methods. Prior to pursuing my PhD, I received a Master's Degree in Economics with a specialty in econometrics and worked as an econometrician conducting statistical analyses. Combined, I have 34 years of applied statistical analyses using the empirical methods discussed throughout this report.

A complete curriculum vitae detailing my qualifications and expertise is attached to this report as Exhibit A.

I am being compensated for my time at a rate of $500.00/hour. I have not testified as an expert in the past four years.

## II. Scope and Summary of Opinions

I have been retained to provide opinions on behalf of the Defendants to review the available epidemiologic literature to determine whether there is reliable epidemiologic evidence that ranitidine (Zantac®) exposure is associated with, or causes, any type of cancer. My understanding is that Plaintiffs' experts are alleging the ranitidine causes the following types of cancer: stomach/gastric, pancreatic, esophageal, liver, and bladder. While I have reviewed the totality of epidemiologic



Contains Confidential Information - Subject to Protective Order

literature relating to ranitidine and cancer outcomes, my focus in this report is on the various cancers alleged to have been caused by ranitidine exposure. I also discuss data relating to other cancers to illustrate the epidemiological principles discussed in my report.

My opinions are based on my education, training, and experience as a cancer epidemiologist, both as researcher and as teacher, and my review of the relevant scientific literature. In addition to my review and analysis of the totality of the epidemiologic literature on ranitidine and cancer outcomes, I also have reviewed and considered epidemiologic literature relating to other acid-suppressing therapies (histamine 2 receptor antagonists and proton pump inhibitors) and cancer outcomes, environmental/dietary and occupational exposure to NDMA and cancer outcomes, and other scientific literature. Additionally, I reviewed the reports of experts for Plaintiffs, with a focus on the reports of Drs. McTiernan and Moorman. A list of literature and other materials considered is attached as Exhibit B.

As detailed in this report, it is my opinion that the epidemiologic evidence does not support a reliable and valid association, much less a causal relationship, between ranitidine and any type of cancer, including the specific cancers alleged to have been caused by ranitidine. The ranitidine epidemiology studies are the only reliable source to assess whether the presence of NDMA in ranitidine has any clinical or operative effect on cancer because the studies of ranitidine and cancer outcomes inherently account for any NDMA impurity that may be present in ranitidine. Numerous large studies have been performed since NDMA was reported in ranitidine in 2019, and were designed specifically to assess whether NDMA in ranitidine increases cancer risk, including by comparing ranitidine to other acid-suppressing therapies. Those studies uniformly show no statistically significant association between ranitidine and increased risk of any cancer compared to H2RAs. Some statistically significant decreased risks of certain cancers are observed compared to famotidine or other H2RAs, including gastric cancer, esophageal cancer, liver cancer, colorectal cancer, and pancreatic cancer, although the results indicating reduced risk are inconsistently observed and may be explained by residual confounding. In reaching my opinions, I have also considered the sporadic, inconsistent findings of increased risk, particularly when ranitidine is compared to non-use, which is subject to confounding by indication. Overall, the epidemiological data clearly are not consistent with a causal relationship between ranitidine and any cancer, including esophageal, gastric, liver, pancreatic, and bladder cancers.

All of my opinions are held to a reasonable degree of scientific certainty and are based on my application of generally accepted epidemiological principles. I reserve the right to supplement my opinions should additional information become available.

## III. EPIDEMIOLOGY OVERVIEW

Epidemiology is a scientific discipline that measures the incidence, severity, and outcomes on a population level to understand the etiology (causes) of disease in humans, in order to reduce and control the burden of disease. As such, epidemiology is the science that informs public health, and the tools of epidemiology can be applied



Contains Confidential Information - Subject to Protective Order

across public health issues. For example, epidemiology is a discipline used to understand disease outbreaks/epidemics (e.g., Covid-19), and epidemiological methods also are used to understand chronic disease burdens and causes across the population, such as cardiovascular disease and cancer.

Epidemiology is a critical aspect of evidence-based medicine and is the only discipline that can produce answers directly measuring and quantifying the impact of exposures on human disease, as opposed to animal-based models of disease or bench science evaluating potential biological pathways. It has long been understood that, while animal models and other non-clinical data are useful to direct research and inform our understanding of disease processes, such areas of science are not designed to answer questions about causation in humans. In fact, the International Agency for Research on Cancer (IARC) classifies exposures as carcinogens based on the sufficiency of human data. Even if the animal data are compelling and deemed sufficient, the highest category of classification that IARC will use is "probable" when there are not sufficient data in humans (IARC 2019). Animal data alone are not sufficient to draw causal conclusions about human carcinogens. The need for human data before determining causality is well recognized by cancer researchers. For example, when asked about his cancer research based on his animal experiments, esteemed scientist Judah Folkman, widely recognized as the father of angiogenesis (a process that describes how blood flow can help feed a tumor), emphasized that until there are studies in humans we cannot say anything about relevance to humans: "even the drugs' discoverer, Dr. Judah Folkman, a cancer researcher at Children's Hospital in Boston, is cautious about the drugs' promise. Until patients take them, he said, it is dangerous to make predictions. All he knows, Dr. Folkman said, is that ''if you have cancer and you are a mouse, we can take good care of you" (Kolata 1998).

The area of cancer research contains many examples of exposures thought to modify cancer risk based on non-clinical data, but which, when tested clinically, did not have the predicted effect. For example, non-steroidal anti-inflammatory drugs (NSAIDs) increase the risk of colon cancer in mice (Yang 2001), but reduce the risk of colon cancer in humans (Thun 2002, Rothwell 2010). Further, there have been different reporting requirements for human and animal studies (Muhlhausler 2013), with important areas not required to be reported in animal studies even with the more systematic reporting requirements that have been observed in recent years. For example, the ARRIVE (Animal Research: Reporting In Vivo Experiments) guidelines for conduct and scientific reporting of animal studies, which were developed in 2010, did not require reporting if outcomes changed over the trial, nor subgroup specific analyses, unlike guidelines for human studies for clinical trials. It is important to note that guidelines are updated periodically, but evidence from older studies should be considered within the guidelines in place (if any) at the time of publication.

Thus, although non-human data can help guide research and can raise hypotheses about what impact a particular therapy or exposure may have on human disease, human data are necessary to draw conclusions, and human data provide the most reliable evidence base to address questions about causes of human disease. In other words, there is a hierarchy of scientific evidence when assessing human cancer



Contains Confidential Information - Subject to Protective Order

causation, with reliable and consistent human data (either randomized controlled trials or observational epidemiology studies) being required to show causation, while non-human data can help to direct research in humans and to understand findings from the human studies. As described below, evidence from studies not conducted in humans can be important for understanding biological plausibility. However, plausibility is not causality. Only when the human data are consistent and sufficient, and a rigorous evaluation of the sources of biases is conducted and the associations are reliable and valid, can causality be reliably inferred.

As a threshold consideration, appropriately defining the exposure of interest and the outcome of interest is of critical importance in assessing the relevant body of evidence to draw reliable inferences about associations. Here, the exposure of interest is ranitidine, because the concern is whether exposure to ranitidine (and NDMA that may result from ranitidine exposure) increases the risk of any specific type of cancer (the outcome, or outcomes, of interest). As explained below, studies looking at non-ranitidine exposures do not reliably inform whether exposure to ranitidine is associated with increased or decreased risk of cancer. With respect to ranitidine and cancer outcomes, we fortunately have a large and growing body of human epidemiological data. In particular, after n-nitrosodimethylamine (NDMA) was reported as a contaminant in ranitidine in 2019, numerous, large and well-designed epidemiologic studies were performed specifically to assess whether NDMA in ranitidine increases the risk of cancer (and if so, what type). The result of that body of research consistently shows no valid association between ranitidine and any type of cancer after potential confounding, bias, and chance findings are appropriately evaluated.

### A. Epidemiological Study Designs

The major types of study designs used in epidemiology include case-control studies, cohort studies, and randomized controlled trials. Most case-control and cohort studies are classified as **observational studies**, meaning that research participants are followed and observed passively, but exposures to participants are not manipulated by the study investigators. Prospective cohort studies that do intervene and assign the exposure to the research participants are referred to as randomized controlled trials ("RCTs"). It should be noted that most epidemiological studies of potential causes of cancer (e.g., smoking, viruses, alcohol) have been observational studies and that there are no randomized controlled studies designed to assess cancer outcomes after ranitidine or NDMA exposure. **Figure 1** summarizes the key methodological differences between case-control studies, retrospective cohort studies, and prospective cohort studies, based on when information on disease and exposure are collected. As noted in the figure, these study designs examine associations between exposures and outcomes. Associations cannot be established as causal until biases and other criteria are evaluated, and any one single study is not sufficient to determine causality. As described below, the methodological differences among the observational study designs lead to different considerations of factors that should be evaluated and that can impact the interpretation of study results.



Contains Confidential Information - Subject to Protective Order

*1. Case-control studies*

Case-control studies are an efficient study design to collect participants who already have the disease or outcome of interest, as they sample based on knowing the disease status. Cases are selected who have the disease (e.g., stomach cancer), and controls are selected who do not have the disease. Then each group is evaluated to see whether they had the exposure of interest (e.g., ranitidine). A case-control design can be statistically efficient, meaning it requires fewer people because investigators will sample based on known outcomes (which generally are rare). However, for diseases with a longer induction times (e.g., years) between the exposure and disease onset, such as cancer, case-control studies can be methodologically challenging. For example, exposures may be difficult for study subjects to remember accurately, and investigators may not have alternative measures of exposure (such as measures from biospecimens or medical records). Recall of past exposures may also be different based on whether someone has the disease or not, which is a type of information bias called recall bias (as discussed below) that can skew study results and lead to observed associations that are not valid. This is one reason why case-control studies of dietary and medication exposures in the context of cancer outcomes can be challenging to conduct, particularly where participants are asked to remember diets or other exposures that may have occurred years prior, or where assumptions need to be made about the consistency of diets or the content of diets over long periods of time. For these reasons and others, cohort studies generally are considered more reliable than case-control studies when assessing cancer outcomes.

*2. Cohort studies*

Cohort studies, as opposed to case-control studies, sample without knowing the disease status (i.e., they start with exposure status, not disease status). Thus, when people report their exposure, they do not know if they will have the disease in the future. Cohort studies can be prospective, following people into the future to see who gets the disease of interest, or retrospective, meaning information from the past such as medical records is used to classify exposure prior to diagnosis of disease. In both prospective and retrospective cohort studies, exposure classification happens before knowledge of the disease. The design of cohort studies attempts to ensure that the exposure of interest came before the disease onset. However, even cohort studies, and in particular cohort studies of cancer, cannot always ensure that exposure preceded disease onset, given that an undiagnosed cancer may be present prior to exposure.



Contains Confidential Information - Subject to Protective Order




**Figure 1. Comparison of Case-Control Studies vs. Cohort Studies**
Adapted from Schold, JD and Kim SJ. "Clinical Research Methods and Analysis in Organ Transplantation." Textbook of Organ Transplantation. (2014): 1607-1621.

*3. Nested case-controls studies*

Within a defined cohort, studies can be conducted that use all prospectively ascertained cases with the disease of interest, but only a random sample of the non-diseased cohort. These studies are called **nested case-control studies,** and they share some advantages of a cohort study, in that the exposure is assessed before knowing the outcome, as well as the advantage of statistical efficiency as with a traditional case-control study (not nested within a designated cohort study). Because nested case-control studies do not utilize the full cohort, careful consideration must be given to ensure appropriate matching of cases to controls at the time of the event of interest to guard against the introduction of bias. A similar design to the nested case-control design is the case-cohort design. The case-cohort design is also conducted within a larger cohort but the comparison group is a randomly selected cohort at the beginning. In the ranitidine epidemiology literature nested case-control studies are used but not case cohort designs.

*4. Randomized Controlled Trials*

Prospective cohort studies that do intervene and assign the exposure to the research participants are referred to as controlled trials. Controlled trials that randomly assign exposure are referred to as **randomized controlled trials**. RCTs are designed to be like experiments, insofar as randomization can make groups as much as possible


Contains Confidential Information - Subject to Protective Order

comparable to each other on all other factors (measured and unmeasured) except for the exposure of interest. For all epidemiological studies, whether interventional or not, the methodological goal is try to isolate the effect of the factor being studied (e.g., an exposure like ranitidine). For this main reason, RCTs are often viewed as the "gold standard" of epidemiological designs for assessing causal relationships. When the study is large enough, randomization ensures an "apples to apples" comparison that isolates the effect of the exposure of interest, so if there is an effect observed in the study (beneficial or harmful), the likelihood that the effect was caused by something other than the exposure of interest is minimized. Observational studies like case-control and cohort studies do not have randomization and so must take into account, and attempt to control for, differences between groups. Such differences are known as confounding factors (described more fully below).

It should be emphasized that while RCTs are often viewed at the top of the hierarchy of epidemiological designs, with certain diseases, like cancers, it is extremely challenging to conduct RCTs to understand disease etiology. This is because it is unethical to randomize exposures that may be related to increased risk of cancer. Further, even for exposures that can be randomized (e.g., pill based nutrients such as beta-carotene that have been evaluated in trials to potentially reduce the risk of lung cancer), the induction time for most cancers makes it very difficult to carry out the study, as RCTs need to follow individuals for a long time and/or recruit large numbers of very high risk individuals in order to have sufficient statistical power to draw reliable inferences. As a result, for most cancer prevention RCTs (e.g., like the hormone replacement therapy (HRT) trials in women's health), the dose, duration and age at initiation of medication may be very different than what is experienced in the general population.

*5. Case reports and other non-controlled clinical data*

Reports of events in individual patients (e.g., **case reports** or adverse event reports) or in series of patients (case series) are anecdotal and not generally considered a type of epidemiologic study, as there is no comparison group and there is no ability to rigorously assess factors necessary to evaluate potential associations or causal relationships. For example, finding that a high percent of adverse events are reported to have a certain exposure cannot be reliably interpreted unless we know what the prevalence of exposure is in non-cases and can reliably compare exposure and other factors between cases and non-cases.

*6. Meta-Analyses*

In addition to single studies (whether observational or RCT), multiple studies can be combined into a larger analysis. This is generally done though pooling the original study data across multiple studies, or combining the summary results from multiple studies without obtaining the original study data. This is known as a **meta-analysis**. Meta-analyses attempt to quantify one estimate of risk across combined studies. While meta-analyses may provide a statistical summary of a collection of studies, such analyses generally will favor the larger studies irrespective of the quality of the study,



Contains Confidential Information - Subject to Protective Order

and also are difficult to interpret when the individual studies are different (heterogeneous), meaning for example different populations, different designs, different adjustment factors, and different comparison groups. A metric to determine if the studies are different from each other and should not be combined into a meta-analysis is called the heterogeneity index. If this index is statistically significant, then the interpretation is that the individual studies are too different to combine and should not be pooled together into a meta-analysis with one overall summary estimate. Conducting meta-analyses on heterogeneous studies will not remove systematic biases. The increased size of a meta-analyses (because it is combining multiple studies) will necessarily provide greater statistical power and precision of a risk estimate, but cannot make up for differences across studies in comparison groups and/or how they control for other factors. On its face, the greater precision may look like greater certainty in the result. However, meta-analyses cannot remove biases that exist in the individual studies, and therefore meta-analyses of biased studies can be misleading and produce inaccurate results. In general, where there is a well-developed body of epidemiological literature across different populations and employing different study designs, a meta-analysis does not materially add to the interpretation of those studies and could accentuate biased estimates of risk.

For example, in a meta-analysis of dietary nitrates, nitrites and nitrosamines intake and the risk of gastric cancer (Song 2015), the 11 studies of dietary NDMA exposure that were included were determined to be heterogeneous based on the heterogeneity index. Specifically, there was no association between dietary NDMA and gastric cancer in the cohort studies, and a reported positive association in the case-control studies. This pattern of findings, as will be discussed more in Section VII, suggests that recall bias is the most likely explanation for the findings and that there is no causal association with exposure to dietary NDMA and gastric cancer. The combined estimate of heterogenous results cannot be used to establish causality, and the authors themselves concluded as such: “Due to the lack of uniformity for exposure assessment across studies, further prospective researches are warranted to verify these findings.”

### B. Considerations in Assessing Epidemiology Studies

As described above, the most important study designs for studying the causes of cancer etiology are observational study designs. Thus, it is important to understand how causal inference is made given the role of study design and assessing potential biases, confounding factors, and chance in interpreting study results. I describe these considerations below.

#### *1. Associational measures*

In epidemiology studies, outcomes are measured by risk (the probability of having the outcome for those at risk of the outcome), rate (number with the outcome divided by the total time at risk for the population), and odds (risk divided by 1-risk). Examining differences between rates or risk can be done on an absolute or additive scale through subtraction (i.e., the difference in risk between two groups). It is more



Contains Confidential Information - Subject to Protective Order

typical however, and is needed for certain study designs like case-control studies, to measure associations on a relative scale. That is, associations between exposures and diseases are expressed as a ratio between one group (e.g., subjects exposed to a drug like ranitidine) relative to another group (e.g., subjects taking a different acid-suppressing medication, but not exposed to ranitidine). The two groups are compared by dividing the observed risks/rates/odds of the outcome (e.g., some type of cancer). If the rates, risks or odds of disease are similar between the two groups, then the ratio will not be statistically different from 1.0, meaning that the data do not reliably demonstrate a statistical difference in risk of the outcome between the two groups. If the rate, risks or odds of disease are higher in the exposed group compared with the rate, risks or odds of disease in the unexposed group, then the ratio measure will be statistically higher than 1.0. If the rate, risks or odds of disease are lower in the exposed group compared with the rate, risks or odds or disease in the unexposed group, then the ratio measure will be statistically lower than 1.0. The specific names for these ratios are relative risk ("RR", when risks are compared), hazard ratio ("HR", when rates are compared also called a rate ratio when other methods are used to estimate it), and odds ratio ("OR", when odds are compared). In general, the RR, HR and OR are statistically similar to each other, and can be interpreted similarly, when the outcome of interest is rare (<10% prevalence in population) like individual cancers.

In addition to the RR, HR, and OR, other ratios measures can be used in epidemiology, particularly when comparing an exposed group to another group outside of the individual study. For example, standardized incidence ratios (SIR) are used to compare individual counts of people with disease to an outside standard. The interpretation of SIR is similar to other ratio measures based on examining whether the ratio is different from 1.0. However, studies using SIR typically have no internal control group and cannot evaluate or adjust for important factors that may influence disease outcomes. Thus, while such comparisons may be the only data available until more rigorous data are available, they offer limited value to draw inferences about potential associations between exposure/disease outcomes.

*2. Statistical significance*

As alluded to above in the discussion of risk estimates and associational measures, whether or not an observed "risk" represents a real difference between two groups must evaluated statistically. Epidemiological studies generally start with the "null hypothesis," meaning there is no true or real association between the exposure and the outcome, and then try to disprove the null hypothesis by providing affirmative evidence of an association between the exposure and outcome. In general, the null hypothesis is represented by a risk estimate of 1.0 (the risk of the outcome is the same in the exposed group and the unexposed group).

Statistics are used in order to draw conclusions about whether what we have observed is different than what we would expect to observe by chance. "Chance" is another name for statistical variability. As described above, when there is no real difference in risk between two groups (i.e., no association between the variable of interest and the outcome of interest), we expect the risk estimate to not differ



Contains Confidential Information - Subject to Protective Order

statistically from 1.0. However, there is almost always some degree of observed numerical "difference" between the groups being studied, because it is impossible to eliminate some degree of statistical variability or chance. We evaluate such variability with statistical methods to help inform our interpretation of observed results and to decide whether the results represent a statistical association between an exposure and an outcome. Such statistical tools and methods (e.g., p-values, confidence intervals, described below) are relevant to the concept of "statistical significance."

Whether a given association is determined to be statistically significant depends on various factors, including (1) the sample size of the study, (2) the magnitude of the observed association, (3) the variability of the association, and (4) the statistical testing criteria (level of certainty). With statistical significance testing, there are two types of error: Type 1 error, which is concluding that there is a difference between groups when in truth there is not, and Type 2 error, which is concluding that there is no difference, when in fact there is a difference. The statistical testing criteria that are generally used is a type 1 error of 0.05 and a type 2 error of 20%. Statistical power is based on 1 minus the type 2 error, and therefore is generally set at 80%. For a given sample size in a study, and assuming a type 1 error of 0.05 and a type 2 of 20%, statistical significance will be based the magnitude of the observed risk and the variability of the risk. The larger the magnitude of the association and the smaller the variability, the more likely an association will be statistically significant.

These generally accepted and commonly used testing criteria translate into using two statistical techniques that provide information about the role of chance in epidemiological studies. The first is the confidence interval ("CI"), which is a statistical boundary that helps to assess the random error/chance in a risk estimate (whether a relative risk, or odds ratio, etc.). Typically, epidemiologists use a 95% CI. The second, related concept, is the p-value, which provides information on the consistency of the observed risk estimate with the null hypothesis. Under generally used statistical criteria, we conclude an association is "statistically significant" on a relative scale if the upper and lower boundaries of the 95% CI do not include the null hypothesis of 1.0 (i.e., the width of the CI is entirely above, or entirely below, 1.0). If the 95% CI includes 1.0, then the association is not statistically significant based on a Type 1 error rate of 5%. Similarly, a result is not statistically significant unless the p-value is less than 0.05. Under either circumstance, where the results are not statistically significant, chance has not been ruled out as an explanation for the observed risk estimate (whether above or below 1.0). Because science does not, and cannot, "prove the negative," epidemiologists start with the null hypothesis and try the reject the null hypothesis through rigorous scientific studies that provide valid, reliable, affirmative and consistent evidence of an association. Without such evidence, although individual studies may report sporadic, statistically significant associations, there is no reliable basis establishing that an exposure in fact increases (or decreases) the risk of a particular disease. I disagree with Plaintiffs' expert's assertion that the American Statistical Association (ASA) advocates for abandoning the term "statistically significant." In 2019, the President of the ASA convened a Task Force to address these concerns. The Task Force explained, "P-values and significance tests are among the most studied and best understood statistical procedures in the statistics literature. They are important tools that



Contains Confidential Information - Subject to Protective Order

have advanced science through their proper application" (Benjamini 2021). Further, "P-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from the data" (Benjamini 2021).

When reviewing data across a body of epidemiological evidence it is essential that associations are observed in many different studies of different designs. For example, a pattern of results in case-control studies that is not replicated in cohort studies means that exposure misclassification and selection bias cannot be ruled out, and the overall body of data therefore does not demonstrate a valid association, let alone a causal association.

As discussed above, when many studies that are not statistically significant are analyzed in meta-analysis, the pooled associations may be statistically significant. What is crucial, however, is to make sure that the results are not heterogeneous and that the pattern of associations are seen in both case-control and cohort studies before drawing a conclusion that the association is not explained by the different biases in case-control compared to cohort studies. If the results of meta-analysis are only supported by one type of study (e.g., case-control) but not the other (e.g., cohort), even though the summary estimate of the meta-analysis may be statistically significant, the role of bias has not been ruled out.

Further, when one observes a series of estimates that may be higher than 1.0 (whether statistically significant or not), it is important to consider whether there is publication bias and that the associations below 1.0 were not published. If publication bias is present then that means that the overall true association is likely to be smaller than what is reported in the published literature. Publication bias may exist because investigators may not want to publish a finding that goes against their hypothesis or because peer reviewers and journal editors may reject the papers that do not support the hypothesis. However, in my experience both as a reviewer and journal editor, as long as the study is well designed and well powered, and the exposures, confounders and outcomes are validly measured, papers will be accepted even if the results are counter to the hypothesis. In evaluation of nutritional epidemiology, publication bias has been cited as a concern along with the need for stronger designs, measurement, analyses, execution and reporting (Satija 2015, Brown 2021).

It is also important to note that statistical significance is not equivalent to clinical or public health significance, as very large studies may have the statistical power to detect very small effects that are not clinically meaningful. Relatedly, it is known that, based on the error rates described above, for every 20 comparisons performed, a statistically significant association is likely to be observed by chance alone. In other words, if a study includes many endpoints or exposures, and therefore performs many different comparisons among exposures and outcomes, one would expect to see statistically significant results that arise merely because of the number of comparisons being performed. This is particularly true in genetic studies, where thousands of comparisons may be performed, and where often there is a statistical correction employed to limit the number of chance associations observed (such as a Bonferroni correction).



Contains Confidential Information - Subject to Protective Order

When analyzing associations across levels of exposure and the outcome, statistical tests of trend are often reported. These p values are specifically testing whether there is a linear association between the exposure and outcome and can sometimes be useful in formally testing dose-response associations. In evaluating tests for statistical trends, evaluation of bias across levels of exposure need to be considered, just as with the overall associations of exposure and outcome.

Finally, an evaluation of statistical significance, whether with confidence intervals or p-values, only assesses variability/chance and does not inform confounding or bias as explanations for any observed results. For example, risk estimates may be "statistically significant," but not valid, because they are likely the product of bias or confounding in the study. The critical concepts of confounding and bias are described below.

*3. Confounding*

As noted above, in observational studies, the exposures are not randomized. Therefore, it is important to measure and examine whether other factors that are related to exposure and disease may explain an observed association between the exposure and disease. These are known as "confounding factors." For example, in studies examining the effects of alcohol on cancer risk, we would need to examine whether smoking, which may be correlated with alcohol drinking and is known to cause some cancers, can explain an observed, statistically significant association between alcohol and cancer risk. That is, after considering the effects of smoking, does alcohol still have an independent effect on cancer risk? We can examine the impact of confounders through statistical adjustment (i.e., control) and also through appropriate study design (i.e., making sure the comparator populations are as similar as possible). When confounders are not included in a statistical model (either by design, or because the information was unavailable), and/or the included variables are measured with error, there is the possibility of the results having what is known as "residual" confounding, and therefore the results may remain biased. Confounding, if not appropriately evaluated and controlled, can lead to incorrect and invalid measures of association.

## C. Other Biases in Epidemiology Studies

In addition to confounding, the possibility of which is present in case-control and non-randomized cohort studies, two other key types of bias in epidemiological designs are "selection bias" and "information bias."

*1. Selection bias*

Selection bias refers to when the selection of subjects into a study are a biased sample of the population an investigator is using for inferences. In cohort studies, including RCTs, selection bias can occur when there is loss to follow up based on both the exposure and the outcome of interest. In case-control studies, selection bias can occur if the controls are a biased sample of individuals at risk for the disease. For example, in case-control studies, selection bias may occur if controls are selected such



Contains Confidential Information - Subject to Protective Order

that they are more likely or less likely to be exposed than the population at risk of disease. In the past, controls were often selected in a hospital setting using patients with other outcomes. However, if the control outcome was also related to exposure, then this selection would create a biased finding making the cases and controls more alike on exposure. In a cohort study, selection bias may occur if individuals with the exposure of interest are more (or less) likely to be followed over time. For example, in a medication study, people may be harder to follow if they no longer have connection to the same health care plan. If the people who drop out of the study are different than the people who stay in, this can create a bias that skews results.

*2. Information bias*

Information bias refers to whether the information collected on exposure or outcome is biased in the way it is collected or reported. For example, in a case-control study, exposure information is ascertained after individuals already know they have disease, so reporting of exposure may be different than individuals without disease (i.e., someone with pancreatic cancer may be more likely to recall all their exposures than someone who is healthy). This is known as “recall bias.” In cohort studies, if outcome information is collected differently based on exposure status, this is also a type of information bias. For example, in studies of medication effects, if individuals are more likely to see a doctor to have a prescription renewed, or if their underlying condition prompts more frequent doctor visits, they might be more likely to have a disease (like cancer) detected. In cohort studies, there may also be information bias on the exposure, which is likely higher for self-reported (questionnaire) than measured exposures (i.e., prescription records). Such information bias in cohort studies occurs without knowing the disease status, and therefore generally will be non-differential measurement error.

**D. Special Considerations in Pharmacoepidemiology Cancer Studies**

In addition to the general methodological considerations described above, there are several specific considerations that concern pharmacoepidemiological studies of cancer that merit additional discussion, including 1) exposure measurement; 2) confounding by indication; 3) other confounding issues specific to cancer; 4) internal versus external comparators; and 5) exposure-time related assumptions. I will describe each below.

*1. Exposure measurement*

Many exposures can be reliably recalled and self-reported based on questionnaires or interviews (e.g., smoking, reproductive history). Other exposures, including medications, may be harder to recall unless used on a regular basis or based on prescription. Over the counter (OTC) medications that are used sporadically, or for which there are other medications of a similar type, likely have measurement error (information bias), which can lead to differential misclassification in case-control studies (recall bias) and generally non-differential misclassification in cohort studies. Thus, case-control studies of self-reported medications should be followed up with cohort


Contains Confidential Information - Subject to Protective Order

studies to make sure that the finding is not based on differential recall. Pharmacoepidemiology studies that use medical records to measure and verify exposure are a more reliable way to assess exposure compared to self-report. In the studies of ranitidine and cancer described below, the use of OTC medication was different in different countries. It is important to note, and as I describe in more detail below, that the overall inferences and conclusions regarding ranitidine and cancer outcomes are unlikely to differ because of misclassification of use from OTC. Findings were similar, and do not demonstrate an association between ranitidine and increased risk of cancer, whether conducted in countries with higher prevalence of OTC versus lower prevalences. Further, studies that used questionnaires to assess OTC medication (e.g., UK Biobank) also did not find associations with OTC ranitidine. Simulation studies similarly have found that pharmacy databases without OTC information are likely to have little bias, particularly if the prevalence of the prescribed medication is less than a third of the population (Yood 2007). In some countries, like the UK, where a number of studies were conducted, the OTC use is likely to be quite low as OTC use is only available for short duration (e.g., 2 weeks). Thus, while it is always important to consider the impact of OTC medication, misclassification of exposure based on OTC is unlikely to change the overall inference regarding ranitidine and cancer risk, and it is not reliable to assume OTC use would materially change reported results. Importantly, studies that use medical and pharmacy records may undercount total use of the product when medications are used OTC, but such undercounting likely does not affect the relative comparisons across categories of medications within cohorts using the same methods to extract medication information.

Another important consideration in pharmacoepidemiology is whether intake can be proxied by prescription. Although it is true that, for any prescription, individuals may not take the medication, the misclassification from using prescription data is likely to be greatest for short-term fills and not for medications that are used for several months or years. Thus, studies of intensity (amount of prescription) and duration of prescriptions can help in making inferences. For example, while such misclassification may in theory result in some associations being biased towards the null, it is more scientifically plausible that the highest category is not biased towards the null and the middle categories may even be biased away from the null. Thus, we would expect for a given medication, even if there is misclassification based on prescription vs. intake, that such misclassification would actually not result in a bias towards the null for all categories, and we would expect that the top category would not be biased at all if there is a true association between the medication and the outcome.

In assessing exposure for purposes of determining potential causal effects, it is important to separate out specific medications even within a general class of medication, as different medications have different chemical structures and can have different effects. While drugs in the same class have the same on-target effect that is responsible for similar efficacious properties of the medication class, they differ in other pharmacological and molecular properties that makes each drug unique. Adverse drug effects may be due to the similar or dissimilar properties of the individual drugs in a class. When lumping together all drugs in a medication class, it is not possible to disentangle the individual characteristics of a particular drug, including impurity profiles.



Contains Confidential Information - Subject to Protective Order

Thus, it is critical from a methodological perspective to draw inferences about associations between a disease endpoint and a specific drug based on information specific to the drug of interest.

Ranitidine belongs to the class of medications known as histamine 2 receptor antagonists. This class is often abbreviated or alternatively called H2 blockers, H2 receptor antagonists, or H2RAs (I will refer to them as H2RAs in this report). Other drugs included in the H2RA class include cimetidine, famotidine, and nizatidine. The central question at issue is whether exposure to ranitidine causes specific cancers. Thus, the most reliable and relevant data is the data specific to ranitidine exposure and specific cancer outcomes. In fact, evaluating data specific to ranitidine exposure is the only way to reliably assess whether NDMA that may be present in ranitidine has any effect on cancer risk.

Plaintiffs' experts propose that ranitidine causes cancer via an effect of N-nitrosodimethylamine (NDMA), which has been detected in ranitidine. NDMA has also been detected in some nizatidine products, but to my understanding has not been detected in the other H2RAs, cimetidine or famotidine, or in proton pump inhibitors (PPIs), which is another class of acid suppressing agents (ASAs) (FDA 2019). Evaluating the class of H2RAs as a group on cancer endpoints does not reliably inform of the risk, if any, associated with NDMA that may be in ranitidine. However, studying the other H2RAs, as well as the PPIs, does have an advantage when evaluating them as a comparator group to ranitidine. If a similar cancer risk is observed across acid suppressing drugs (e.g., ranitidine, other H2RAs, and PPIs), it means that there is not any unique cancer risk that may be attributable to NDMA in ranitidine. Similar rates of a particular cancers in ranitidine-exposed patients compared to patients taking another acid-suppressing medication reflect the underlying cancer risk in a population requiring such therapies.

In pharmacoepidemiology studies, it is important to compare the characteristics of individuals taking different medications to examine whether there may be channeling bias which would render the groups not comparable. For example, if ranitidine users differ from users of other H2RAs or PPIs in terms of other cancer risk factors (e.g., age, smoking rates, obesity), then the groups may not be comparable unless these factors can be reliably adjusted for in the analyses. As shown in Table 1 of the appendix, many of the studies that compared ranitidine to H2RAs or to PPIs were able to control for other covariates that could differ between groups.

It also means that one must consider other explanations for reported associations between ranitidine and cancer endpoints. These other inferences include confounding and biases inherent in the study design that would similarly affect all ASAs (e.g., confounding, confounding by indication, and reverse causation, described more fully below), chance findings that may arise in the context of screening or hypothesis-generating studies, and/or that the findings are a result of acid suppression itself, the targeted result of any acid suppressing agent, and therefore not unique to any one agent. As described below, cancer studies evaluating H2RAs as a group, or studies of



Contains Confidential Information - Subject to Protective Order

other non-ranitidine acid-suppressing medications, highlight the need for close methodological consideration to address issues relating to confounding.

For the studies described and evaluated in this report, this means that studies that specifically address ranitidine are considered separately from studies that combine H2RAs as a group. It also means that studies using another acid suppressing drug as a comparator to ranitidine more reliably address potential confounding than studies comparing ranitidine users to non-users of any acid-suppressing therapy.

*2. Confounding by indication*

An important aspect of pharmacoepidemiology is to ensure that any relationship between the medication and the outcome is not due to another condition that increases the risk of the outcome and is the reason why the individual is taking the medication. One way of examining this issue is to have enough people with the condition that are not taking the medication of interest and to examine the association for that group to compare with the group with the same condition who are taking the medication of interest. In the case of ranitidine, as described below, some observed associations with specific cancers may relate to the underlying medical condition for which ranitidine is taken, and not the medication. For example, gastric esophageal reflux disorder (GERD) is a relatively common condition, affecting an estimated 20-30% of individuals in the United States (El-Serag *et al.* 2014). It is also a known risk factor for certain types of esophageal and gastric cancers. (Anderson *et al.* 2007; Chow *et al.* 1995; Cook *et al.* 2014; Derakhshan *et al.* 2008; Farrow *et al.* 2000; Garcia Rodriguez *et al.* 2006; Lagergren *et al.* 1999; National Cancer Institute 2021; Rubenstein *et al.* 2010; Wang *et al.* 2021; Whiteman *et al.* 2008; Wu *et al.* 2003; Ye *et al.* 2001). Ranitidine is commonly used by patients with GERD. Thus, this concept of confounding by indication is recognized repeatedly in the H2RA and ranitidine cancer epidemiology studies and is thoroughly addressed methodologically in numerous recent ranitidine studies.

*3. Other confounding issues*

A key consideration in evaluating a given medication with cancer risk overall is that each cancer type has different risk factors that contribute to the disease. For example, hormone replacement therapy (HRT) is a risk factor for breast cancer, but selected types of HRT have been shown to reduce risk of colorectal cancer in clinical trials. Cigarette smoke is a well-recognized risk factor for bladder cancer, but does not have a clear relationship with thyroid cancer. In other words, cancer is a very heterogeneous disease, and each cancer needs to be separately analyzed to reliably draw inferences about potential associations with purported risk factors. Pharmacoepidemiology studies that do not separately address confounding of each cancer type separately will likely still have some residual confounding or bias. Further, when addressing other potential confounders like co-morbidities and other medications that are used, adjustment needs to consider duration of these other factors, as incomplete control for confounders will lead to residual confounding. For instance, smoking is more common among patients with GERD compared to the general population without GERD. Thus, smoking is an important potential confounder in



Contains Confidential Information - Subject to Protective Order

studies of ranitidine and cancer and underscores why it is important to compare ranitidine users to a comparator population that requires acid-suppressive therapy. The more factors that need to be adjusted for, the larger the sample size should be so that the statistical estimates are precise. For example, with multivariable adjustment for statistical models that are controlling for many of the risk factors for a particular cancer, ideally we would want at least thirty individuals with the outcome for that subgroup. In the ranitidine studies that are reviewed below, some (e.g., see Habel et al. 200) conduct a number of subgroup analyses where there are insufficient number of individuals in the outcome group to draw reliable conclusions about associations.

*4. Internal versus external comparators*

A key challenge with pharmacoepidemiology studies is determining the best comparator groups. Any observation from a study needs to be interpreted in the context of what one would expect to see in the population under study. Sometimes, outside rates from registries (like cancer registries) are used to estimate what we would expect and an observed-to-expected ratio is calculated (often referred to as a standardized incidence ratio or SIR). As with other ratio measures, a finding that is not statistically different than 1.0 indicates that the observed incidence and the expected incidence are not different from each other (no association). The challenge with external comparators is that they often may differ on many other confounding factors including use of other medications and other comorbidities (e.g., see description of the Penston study below).

Active Comparators: Therefore, internal comparators in pharmacoepidemiology, particularly in studies that can compare different medications from the same general class of medication, are essential for interpretation. As noted previously, evidence from studies that separately examine ranitidine are the most relevant for evaluating any potential association between ranitidine and any type of cancer. Within those studies, the ones that compare ranitidine to other acid-suppressing drugs, and in particular the studies that compare ranitidine to H2RAs or to another specific H2RA, most reliably assess potential confounding factors.

The use of active comparators thus offers a much greater control for confounding than comparisons of non-medication users where the latter can only control for confounding through statistical adjustment. Use of active comparators provides robust inferences when there is confounding as the confounding is dealt with through the direct comparison of exposure groups and not through statistical adjustment (Sendor 2022). This is particularly important for confounders that are hard to measure and/or not measured at all (Franklin 2022). Particularly when there is a real possibility of confounding by indication, “active comparators are often effective practical solution to restrict the study population in this manner when indication cannot be measured accurately” (Sendor 2022). Use of an active comparator is also very powerful when studies may have few exposed cases making multivariable statistical adjustments subject to overfitting (e.g., see Kantor below for liver cancer analyses). Thus, use of an active comparator increases validity through the design and reduces the potential for residual confounding. The advantages of the active comparator group are clear such that Franklin and colleagues argued “Thus, if a nonuser comparator group is used, there



Contains Confidential Information - Subject to Protective Order

should be a strong justification for its necessity and extreme care taken to measure and balance all potential confounders" (Franklin 2022). In my analysis of the ranitidine epidemiology literature, no such justification can be made for use of the nonuser comparator as detailed below.

When using an active comparator it is important to consider whether the comparison medication can also increase the outcome of interest separate from the underlying conditions (Pottegård 2018). As I detailed below, there is no evidence to support that other H2RAs increase cancer risk, and therefore the argument of the Plaintiffs' experts that this is a possibility and that studies using an active comparator should be discounted is not valid. The most important feature of any comparison is the issue of comparability. As described below, ranitidine users differ greatly from non-users on many risk factors. The uneven distribution of risk factors between users of ranitidine and a population of non-users who do not require acid-suppressive therapy leads to biased estimates of risk that do not represent valid associations. As I will detail below with empirical examples, in the case of ranitidine epidemiology, the use of active comparator is essential to reduce the much greater biases from confounding. Active comparator designs are essential for developing valid inferences of whether NDMA in ranitidine actually increases cancer risk above the baseline risk present in a population of patients with GERD or peptic ulcer disease. Thus, one needs to carefully review all of the evidence including the evidence comparing ranitidine to individuals not using any medication, associations, which are likely biased away from the null, and make a careful decision regarding the role of bias when evaluating causality. As summarized below by cancer type, the evidence supports the benefit of using an active comparator in these studies to remove much of the bias from confounding.

*5. Exposure-time related assumptions*

Given the long induction time of many specific cancer types (sometimes a decade or more), it is very important to examine whether the medication has only recently been used or has been used for a longer duration prior to cancer diagnosis. In a case-control study, this can be done if information on initiation and duration are available. Sometimes, researchers will not count use for at least one year or more prior to cancer diagnoses. In cohort studies, which typically measure current use at baseline but may also have historical data on use, researchers may not count cancers that are diagnosed within at least a year or two of baseline. The reason that cancers diagnosed close in time to medication initiation are not counted is to account for the likelihood that symptoms from the undiagnosed cancer may have be the reason for the medication use. This is known as a "protopathic bias" or reverse causation.

Some exposures can operate as both cancer initiators and cancer promoters. If the association is stronger for individuals who take the medication close to diagnosis and dissipates or is no longer observed as exposure duration increases, whether this pattern is due to cancer promoting effects or related to reverse causation needs to be considered. Again, here is where replication across study designs of different types is very useful. As reviewed below, if ranitidine was a tumor promoter for the cancers considered here, the effect would be observed in the cohort studies after the first few


Contains Confidential Information - Subject to Protective Order

years of follow-up as well as the case-control studies with use in the few years closest to diagnosis. No such pattern is evident as will be further discussed below. Unless a study has sufficient data analyzing trends by time before diagnosis as well as data on common precursor conditions that are associated with the cancer and may be the reason for taking the medication (e.g., GERD), it is often hard to distinguish confounding by indication and protopathic bias. It is important, however, to distinguish between not counting exposure during defined periods (e.g., 1 year before diagnosis) and examining windows of exposures (e.g., use within 1-2 years, 2-5 years, 5-10 years) to determine whether longer exposure periods support a causal inference. Under both techniques, there is no reliable, consistent evidence that ranitidine increases the risk of specific cancers.

In case-control studies, a history of medication use can be queried and/or collected through linkage to medical records. Case-control studies that are not nested within cohort studies are also not analyzed with the concept of person time. In general, cohort studies have the advantage of knowing that the exposure came before the diagnosis of the outcome but have an added challenge of counting person-time correctly. For example, many epidemiological studies still analyze exposures as “fixed effects,” which often results in counting all of the person time towards the exposed group even if the exposed individuals were not exposed the full time. This can create methodological issues, if the time prior to taking a medication is counted towards the time exposed and the individual is cancer free, with what is known as “immortal” time bias. In reality, as individuals can go on and off medications, and if these patterns can be accounted for in the way the data are collected, then the more valid way to analyze the data is through time-varying covariate analyses. Time-varying covariate analyses count the time when someone is on the medication as contributing time to the exposure and the time when they are off the medication as time to the unexposed (e.g., see discussion of the Pottegard study below). In cohort studies without repeated measures of exposure (e.g., see discussion of the Tran study and the Kantor study below), they do not have immortal person time bias if they start the follow-up at baseline when current use is measured. These studies assume that the baseline measures proxy for usual and regular use and cannot address if use is discontinued after baseline.

## IV. METHODOLOGY OF CAUSAL INFERENCE

Given the considerations around conducting RCTs described above, the evidence in support of almost all causes of cancer that we know about today, including factors that are behavioral (e.g., tobacco use), environmental (e.g., asbestos and radiation exposure) and infections (e.g., human papilloma and hepatitis viruses), have come from observational, non-randomized studies. For potential carcinogenic effects of a medication, determining causality requires reviewing the totality of the epidemiological evidence, determining the quality of the individual studies to assess the validity of any reported associations, and application of causal criteria after a valid association based on the epidemiologic evidence is determined. All observational studies will have some degree of confounding, information and selection bias (i.e., there is no “perfect” observational study).



Contains Confidential Information - Subject to Protective Order

Key to establishing a reliable association from the totality of observational data is a detailed analysis on the role that bias (including confounding, selection bias and information bias) may play in influencing the observed association. Two critical pieces of this analysis involve:

1) an evaluation of the role of bias given the magnitude of the observed association, the likelihood of potential biases, and the likelihood that potential biases may explain an observed association; and

2) an evaluation of comparability of the groups being compared. Without an "apples to apples" comparison (i.e., ensuring that the baseline, pre-exposure risk of cancer in the ranitidine group is similar to the baseline risk of cancer in the comparator group), then one cannot reliably isolate and evaluate the potential impact, if any, of NDMA present in ranitidine.

After careful consideration and evaluation of bias and comparability, and a determination that the epidemiologic data show an association that is not likely the product of chance, bias, or confounding (i.e., a "valid" association), it is useful to consider causal criteria to evaluate whether the association is a causal association.

**A. Evaluation of Bias**

Formal evaluation of statistical biases very much depend on the magnitude of the association and whether it is plausible that the biases could exist of the same magnitude to explain the association. The size of association is critical, because for associations that are large, it is not likely that uncontrolled confounding (including residual confounding), selection and information biases would explain a large magnitude association. For example, the association between smoking and lung cancer is over 10-fold; even if a study is conducted with substantial information, selection or confounding biases, it is very unlikely that the "true" risk would be 1.0 on a relative scale (no association). When relative associations are more modest (e.g., < 2.0), it is much easier for the actual risk to be influenced by uncontrolled confounders or biases. It is true that when exposures are analyzed as continuous variables rather than categorical variables (e.g., weight in kg vs categories of body mass index, respectively) that effect estimates may be small and close to 1.0 as they represent the effect of a single unit change of X on Y. Thus, a small magnitude of effect may still be important if the exposure is continuous. However, with few exceptions, most all of the studies discussed below examine categories of exposure (e.g., exposed vs. non-exposed; different quartiles of exposure, etc.), rather than continuous variables.

When we evaluate the size of an association, we also need to ensure that there is sufficient sample size so that the size of the association is not due to "over-fitting" of the model. For example, when there are very few individuals with an outcome, and there are many factors in the statistical model, it is possible for the model to produce large parameter estimates that cannot be replicated in larger studies. As a general rule, as noted above, we would like at least 30 people for each exposure(s) and disease combination when running statistical regression models.


Contains Confidential Information - Subject to Protective Order

When the magnitude of association is not large, we may still be able to rule out information bias and selection bias as likely drivers of the association, if findings between case-control and cohort studies consistently report the same observations. For example, the magnitude of the association between oral contraceptive use and breast cancer is modest (e.g., RR = 1.3-1.5), but the consistency in the association between case-control studies and cohorts studies provided strong evidence against the association being able to be explained away by bias. Information and selection bias operate differently in case-control and cohort studies, so consistency across study designs is helpful to evaluate the potential for these biases in the absence of large associations. Therefore, it is essential not to draw inferences about causality when there are inconsistencies between case-control and cohort studies and the mostly plausible reason for these inconsistencies is likely because of bias. For example, case control studies of many dietary exposures are often not replicated in cohort studies, making it extremely difficult to rule out recall bias as a plausible explanation for observed associations in the case-control studies.

**B. Comparability**

Comparability can be evaluated both by the study design, by evaluating the choice of comparison group and whether the comparison group is internal or external to the study itself, as well as the analyses and the way the investigators measured and adjusted for confounders of interest. In this context, epidemiologists often use the framework of comparability based on potential outcomes. For robust analyses of ranitidine, this would mean that high quality studies have, either through design or through analyses, ensured that the group unexposed to ranitidine is comparable on other factors that affect cancer risk for the cancer of interest, for example underlying conditions like GERD, and risk factors like smoking or obesity. As noted above, and as employed in numerous recent studies, the best design feature to ensure comparability is to use an active-comparator control population, such as a non-ranitidine H2RA group.

**C. Alternative Explanations and Application of Bradford-Hill Criteria**

One of the bedrock principles of epidemiology is that association is not causation. That is why each study is interrogated to see if the findings could have been due to chance or bias, including confounding, as discussed above. Thus, epidemiological evaluation involves interrogating the findings to rule out the role of chance, information bias, selection bias and confounding biases as alternative explanations. Only once these alternative explanations are ruled out, do we consider the study contributing to epidemiological evidence regarding causality.

If the epidemiological data in total reliably show an association after the considerations outlined above, causal criteria are applied to determine whether the observed association is causal. Evidence from studies not conducted in humans can be important for understanding biological plausibility. However, plausibility is not causality. Where the human data are consistent and a rigorous evaluation of the sources of biases is conducted and the associations are reliable and valid, a causal assessment should then be applied to the observed association.



Contains Confidential Information - Subject to Protective Order

A generally accepted framework for assessing whether associations are causal are laid out in the Bradford-Hill Criteria:

1) Strength of Association (size or magnitude of the association),

2) Specificity (between exposure and outcome),

3) Consistency of Findings (replicated, consistent findings for specific cancers in studies of different designs and populations),

4) Temporality (exposure before outcome),

5) Dose-Response Relationship (the greater the exposure, the higher the risk of disease),

6) Biological Plausibility (understanding the mechanism by which the exposure contributes to the disease process),

7) Coherence (how well the evidence of different types supports the association),

8) Experiment (if RCTs are available), and

9) Analogy (have similar associations been observed to support the context).

In addition to these criteria, in population science, if changes at a population level are observed when an exposure is reduced (e.g., as in smoking cessation over time), this can be strong evidence of causality if other confounding factors have not substantially changed over the same time. For example, population-level reductions in the use of hormone replacement therapy occurred after the Women's Health Initiative findings were released on the observed association between HRT and breast cancer. The subsequent declining incidence of breast cancer provided another line of evidence in supporting that HRT therapy influenced breast cancer risk.

While the only absolutely necessary criteria for causality is temporality, each factor should be examined in the context of a valid association shown in the epidemiological literature. This methodology, as it applies to cancer outcomes, incorporates important considerations about interpreting evidence in the hierarchy to which it pertains. In other words, to draw conclusions about the effect of a medication in humans, the most important and reliable evidence comes from studies of humans. For common disease endpoints such as cancer, it is critical that the human epidemiological evidence establish an association between ranitidine and a specific cancer before any reliable conclusion about causation can be inferred. To my knowledge, there is no such thing as a "ranitidine cancer." That is, liver cancer in a patient who took ranitidine presumably looks the same as liver cancer in a patient who did not take ranitidine. This is in contrast to other circumstances where, for example, a genetic signature is present to help determine the cause of the cancer (e.g., breast cancer in the context of a BRCA1 mutation). Because there is no "signature" from ranitidine, and given the



Contains Confidential Information - Subject to Protective Order

common cancers that are alleged to be caused by ranitidine, only cancer outcome studies of ranitidine can reliably address potential increased risk.

For all the reasons described above, for my analysis, I focused on studies that attempt to ensure temporality, where the findings are large enough to reliably assess selection, information, and other biases (and/or there is consistency across designs of different types to help assess such factors), and which have sufficiently compared ranitidine users to a group of non-ranitidine users to ensure comparability and reliably assess confounding factors. Given the importance of establishing temporality as well as the challenge of recalling exposures associated with NDMA, prospective studies including cohort studies and nested case-control studies, have higher validity than retrospective case-control studies for this topic.

## V. Epidemiological Studies on Ranitidine & Cancer

As noted above, in evaluating the question of whether ranitidine exposure is associated with, or causes, cancer in humans, the most relevant and reliable data is the human epidemiologic data on ranitidine and cancer. Simply put, where there exists a large body of data on the exposure of interest (in this instance ranitidine), there is no scientific reason to try to extrapolate from data relating to other exposures to draw inferences about ranitidine. As of the date of this report, there are numerous, large epidemiological studies that evaluate ranitidine and cancer outcomes, with many studies covering multiple cancer sites (see **Appendix Table 1** for summary). Of note, the majority of these studies (n=11) were published after NDMA was reported to be detected in ranitidine in 2019. In other words, because NDMA has been classified as a potential cause of cancer in humans, researchers set out specifically to evaluate whether NDMA in ranitidine increased the risk of cancer. These cancer researchers incorporated into their studies many of the methodological considerations I have outlined above, including comparing cancer rates in patients taking ranitidine to cancer rates in patients taking another H2RA. My discussion below proceeds chronologically in order of publication date rather than by cancer type, as many of the studies specifically addressing ranitidine and cancer risk evaluate more than one cancer type. Although the plaintiffs' experts allege that ranitidine causes 5 different types of cancer (gastric/stomach, liver, esophageal, pancreatic and bladder cancer), I discuss the evidence relating to additional cancers in the context of individual studies.[1] After my chronological discussion of the epidemiological studies, I evaluate and summarize the epidemiological evidence for ranitidine and each cancer specifically alleged to be caused by ranitidine, and provide a description of other cancers for context where appropriate. As described below, it is my opinion that the body of literature relating to ranitidine and cancer outcomes does not demonstrate that ranitidine increases the risk

[1] I note that Plaintiffs' epidemiologist, Dr. McTiernan, concluded that "the evidence was not sufficient to support an opinion that the use of ranitidine can cause breast, prostate, kidney, lung or colorectal cancer."



Contains Confidential Information - Subject to Protective Order

of, or is associated with, cancer outcomes of any type, including those alleged by plaintiffs.[2]

### A. Early Studies Reporting on Cancer Outcomes in Ranitidine Users

From the 1990s to 2018, a limited number of publications in the peer-reviewed literature evaluated cancer outcomes in patients with ranitidine use. The studies were relatively small and generally did not use active comparator groups. As discussed above, use of an active comparator group is useful particularly to address confounding by indication as well as confounding in general. For example, individuals may take H2RAs or PPIs for precursor conditions like GERD and ulcers. While such precursor conditions may be more common in esophageal and gastric cancers, use of an active comparator is also useful for controlling for other confounders like use of alcohol, tobacco and obesity that are more similar across H2RA and PPI users than non-users (Funk 2014, Sendor 2022). Thus, use of an active comparator is a robust way to ensure greater comparability among exposure groups defined by medication and is particularly important when confounders are measured with error or not measured at all. Substantial data supports this greater comparability across users of H2RAs compared to non-users when comparing cancer risk factors (e.g., see Iwagami, Yoon, Kantor). Thus, an active comparator analysis permits tighter control of confounding and the ability to draw evidence about whether the medication itself is related to different cancers. Two additional studies were published in 2018, both designed primarily to evaluate PPIs and H2RAs, but which included data relating to ranitidine. These publications are discussed below.

I note that none of the ranitidine cancer epidemiology studies quantify NDMA content directly in ranitidine. However, it is my understanding that ranitidine can degrade to form NDMA prior to ingestion (exogenous formation) (King 2020) and that

---

[2] Please note that I reviewed and evaluated descriptive studies using data from the US FDA Adverse Events Report System (e.g., McGwin 2021, Cohen Sedgh 2021). Such surveillance data is heterogeneous in reporting source and does not represent a valid epidemiologic approach to determine associations between exposures and outcomes, let alone causality. Because such reporting data is readily available from FDA, its analysis may be useful as a first step towards identifying potential associations that warrant further investigation with more reliable epidemiologic designs. When a large body of epidemiological data exist, as it does here, adverse event surveillance data are of no scientific value to draw inferences about associations. In fact, FDA warns against use of adverse event report data for such purposes, noting that such studies are "inherently exploratory or hypothesis generating" in nature, and that the practice "is not a tool for establishing causal attributions between products and adverse events." FDA Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, at 8 and 9 (March 2005). Further, there are many other factors that can cause stimulated reporting. As explained by Cohen Sedgh and colleagues, the "sudden and transient increase in neoplasms reported through the Food and Drug Administration adverse event reporting system after the [recalls of angiotensin receptor blockers considered as part of the main analysis] likely represent false cancer signals temporally associated with the Food and Drug Administration recall/warnings and subsequent extensive media coverage."



Contains Confidential Information - Subject to Protective Order

plaintiffs' experts further allege that NDMA can be formed from ranitidine after ingestion (endogenous formation. Endogenous formation has been studied by the FDA in a clinical trial and experimentally, and FDA did not find evidence that NDMA would form from ranitidine after ingestion (Florian 2021, Gao 2021). Irrespective of NDMA formation from ranitidine, the epidemiology studies of ranitidine and cancer represent patient use of ranitidine, and thus account for the presence of NDMA and whether any NDMA exposure that may result from use of ranitidine increases the risk of specific types of cancer.

1. *Penston 1990*

Penston 1990 is a cohort study evaluating medical events in 436 patients (62.8% male, 37.2% female) receiving maintenance ranitidine treatment for duodenal ulcer disease at Ninewells Hospital in Scotland. Ranitidine treatment ranged from less than 1 year to greater than 9 years (total of 2175 patient-years). Ranitidine use and medical events, including malignancies, were ascertained from medical record review. Among the 436 ranitidine-treated patients, 13 new cases of malignant disease were detected in 12 patients. The 12 patients presented with various types of cancers: carcinoma of the stomach (n=1), carcinoma of the rectum (n=1), carcinoma of the lung (n=1), carcinoma of the bladder (n=1), carcinoma of the prostate (n=1), malignant lymphoma (n=1), basal cell carcinoma (n=3), carcinoma of the large bowel (n=2), and carcinoma of the large bowel + malignant melanoma of the skin (n=1). The duration of ranitidine treatment in patients who developed malignant disease ranged from 3-9 years. There was no internal comparison group in this study, so Penston compared the observed number of malignant cases to the expected number in the general population (based on the 1984 Scotland cancer registration rates) according to the age distributions of patient-years in the study. The observed versus expected number of cases for all malignancies, carcinoma of the stomach, and carcinoma of the large intestine (colon + rectum) was 13 vs. 15.5, 1 vs. 0.8, and 4 vs. 1.8, respectively. Statistical analysis was presented for carcinoma of the large intestine, and there was no statistically significant difference between observed and expected rates ($p>0.05$). The authors concluded there is no evidence of an increased risk of malignant disease in general, or for the target organ of the drug in patients receiving long-term treatment with ranitidine, and "it must be emphasized that there is no evidence of a causal relationship between ranitidine and colonic cancer since other factors possibly associated with large-intestinal malignancy were present in at least three of these patients."

While this study did not detect a signal for any type of cancer with ranitidine use, it is a small study with significant limitations. A key challenge to making inferences from this study is that it only has an external comparison group, and therefore cannot adjust for confounders that may affect the associations between ranitidine use and cancer risk. Although the author compared the numbers observed to those expected based on cancer registration rates in Scotland, this comparison was not presented for all the cancer subtypes. In addition to a general population comparison group, a comparison group of patients with untreated duodenal ulcer disease would have been better to assess potential confounding by indication. Furthermore, frequent clinic visits due to an underlying condition that requires maintenance pharmaceutical treatment may lead to



Contains Confidential Information - Subject to Protective Order

increased detection rates of cancer in this population, a type of information bias, as described above, that could potentially bias the study toward identification of cancers in users of ranitidine compared to the general population. Overall, Penston et al. provides no evidence of increased risk of cancer associated with ranitidine use. However, given its size and methodologic weaknesses, it has little inferential value, particularly given much larger and methodologically rigorous studies that have more recently been conducted.

*2. Chow 1995*

Chow *et al.* 1995 is a medical record based case-control study examining the relationship of gastroesophageal disorders and their treatment on the risk of adenocarcinomas of the esophagus and gastric cardia (AEC). Although it is recognized that cancer is a heterogeneous disease, it is not uncommon for the specific subtypes of esophageal and gastric cancers evaluated in this study to be studied together as they have a similar etiologic, epidemiologic, and histologic profile. Utilizing the Southern California Kaiser Foundation Health Plan, 196 cases newly diagnosed with histologically confirmed AEC from 1986-1992 were compared to 196 controls matched for sex, year of birth, membership in the California Kaiser Foundation Health Plan at time of the case's diagnosis, and duration of membership. Information on prescription medications for gastroesophageal disorders, medical history, and lifestyle factors were ascertained through medical record review using a structured medical abstract form. Medication use was defined as a chart record of a prescription, refill, or notation suggesting its use or discontinuation. Patients first prescribed the medication within one year of AEC diagnosis (or corresponding interval for controls) were classified as nonusers. Odds ratios (OR) were adjusted (aOR) for race, smoking, and body mass index (BMI). In addition, the authors conducted analyses that further adjusted for number of composite gastroesophageal conditions in the medication analyses and number of H2RA prescriptions in the gastroesophageal conditions analyses.

Several gastroesophageal conditions were associated with a statistically significant increased risk of AEC, including esophageal reflux (aOR 2.1 (1.3-3.5)), hiatal hernia (aOR 4.0 (2.1-7.7)), esophagitis/esophageal ulcer (aOR 5.2 (1.7-15.7)), and difficulty swallowing (aOR 2.2 (1.2-4.2)), and the risks increased with increasing number of conditions. Further adjustment for number of H2RA prescriptions did not materially affect the risk estimates, indicating H2RAs were not a confounder in these analyses. Importantly, as the H2RA medication data was from medical records and not self-reported, these data provide some of the first evidence that the conditions requiring treatment with an H2RA, rather than the medication taken by people with the conditions, are the driver of AEC cancer risk. The overall use of H2RAs combined was associated with a non-significant decreased risk for AEC: aOR 0.6 (0.3-1.3). The authors further reported that "[f]indings for the individual drugs, cimetidine and ranitidine, were similar to those for the combined group of $H_2$ antagonists (data not shown)." Although the individual data on ranitidine was not presented in the study, per the authors there does not appear to be any association between ranitidine and AEC. For H2RAs combined, there were also no significant increased risks in the fully adjusted model for any of the subgroup analyses performed: number of prescriptions, years since first use, and years


Contains Confidential Information - Subject to Protective Order

since last use. The authors reported a four-fold statistically significant increased risk in patients with ≥ 4 H2RA prescriptions in the non-fully adjusted model (aOR 4.0 (1.3-12.4)), that was largely reduced and no longer statistically significant when adjusting for predisposing gastroesophageal conditions (aOR 1.8 (0.5-6.7)). Further, there were only 16 cases and 4 controls who reported four or more prescriptions. Additional sensitivity analyses showed that there was no increased risk for H2RA users who did not have a gastroesophageal condition, regardless of the number of prescriptions, while those with a gastroesophageal condition had an increased risk irrespective of medication use. The authors concluded: “In our study, risk of AEC was not related to use of $H_2$ antagonists but was linked instead to long-term gastroesophageal reflux and related conditions. In particular, no excess risk was observed among users of $H_2$ antagonists who did not have a predisposing condition.”

This was a well-conducted study that controlled for confounding by indication and did not rely on self-report for medical conditions or medication exposures. Through different adjustment models and sensitivity analyses, the authors consistently showed an association between adenocarcinomas of the esophagus and gastric cardia and gastroesophageal conditions, but not with use of H2RAs. The substantial decrease in risk in the analysis of ≥ 4 H2RA prescriptions when adjusting for underlying gastroesophageal conditions underscores the significant role confounding by indication plays in analyses of H2RAs and gastrointestinal cancers. This same effect was confirmed in subsequent studies (described below), indicating that it is critical that confounding by indication be appropriately controlled when evaluating a potential effect of ranitidine on cancer outcomes. Although the authors did not present the data for ranitidine specifically, an analysis of ranitidine was performed and was reported to be similar to all H2RAs combined, which showed no association. As this was a medical record based case-control study and the abstractor was blinded to the case-control status, this study minimized the potential for information bias in measuring the exposure, which is also referred to as recall bias in case-control studies. The authors appropriately did not consider patients who had first started H2RAs in the year before AEC diagnosis as users in order to account for reverse causation (i.e., using the medication for symptoms of early undiagnosed cancer). Limitations of the study include a relatively small sample size, which can lead to statistically imprecise estimates of risk. Despite the small sample size, the risk estimate for the medical conditions on AEC was generally above 2.0 and statistically significant. This study does not support that NDMA in ranitidine causes esophageal or gastric cancer.

*3. Habel 2000*

Habel *et al.* 2000 is a matched cohort study of a health maintenance organization in California. The study was conducted to examine the association between cimetidine and different types of cancer, and ranitidine was analyzed separately from cimetidine. The study was designed to specifically examine whether cimetidine users had a higher risk of hormonal cancers given the anti-androgenic effects of cimetidine. Patients receiving a ranitidine or cimetidine prescription were identified from two pharmacy databases at Northern California Kaiser Permanente from 1982-1987. The cohort was comprised of a 1% sample of medications dispensed at all Northern California Kaiser



Contains Confidential Information - Subject to Protective Order

Permanente pharmacies from 1982-1985 and in 1987, and a complete file of medications dispensed from one Kaiser Permanente pharmacy for a one year period from 1984-1985. Each patient with a ranitidine (n=922) or cimetidine prescription (n=4,125) was matched to ten individuals without a prescription for either H2RA according to pharmacy database, gender, and birth year (n=49,229). Individuals were excluded if they received prescriptions for both ranitidine and cimetidine (n=131, a large proportion compared with the ranitidine only users). Outcomes of newly diagnosed cancer were identified through the Kaiser Permanente Medical Care Program and the Northern California Cancer Center operated Surveillance, Epidemiology and End Results (SEER) Program. Outcome follow-up began at the date of the first ranitidine or cimetidine prescription (or first prescription of any medication for those unexposed) and ended at diagnosis of cancer, departure from the Kaiser Permanente Medical Care Program, or on December 31, 1995. Eleven different types of cancer were evaluated, as well as all cancer sites combined. Additional subgroup analyses (lagged analysis and age analysis) was performed for breast and prostate cancers, as emphasis was placed on these cancers due to cimetidine's influence on hormone levels. Relative risks were adjusted for age, gender, and pharmacy data source. When calculating each risk estimate, individuals with a history of that specific cancer prior to their index prescription were excluded from that analysis.

In this study, there were a total of 81, 336, and 3,700 cancers diagnosed among the ranitidine users, cimetidine users, and non-users, respectively. The 81 cancers in the subcohort of 922 ranitidine users were compared to all non-users, which based on the study design would be skewed towards the matching characteristics based on gender and birth year of the cimetidine group as there were 4125 cimetidine users compared to the 922 ranitidine users. Although the breakdown by gender appears very similar in the report, it is unclear if the age distribution would affect the observed results. Compared to non-users, the authors reported a statistically significant association between ranitidine and all cancer sites combined, esophagus/stomach cancer, and pancreatic cancer, and no statistically significant association for prostate, breast, uterine, ovarian, lung/bronchus, colon/rectum, kidney/bladder, melanoma, and lymphoma/myeloma/leukemia cancers (see Table 1 below). Specifically, the esophagus/stomach findings and pancreas findings were based on only 6 and 5 cases, respectively. As the authors note, "[r]elative risk estimates were often unstable due to the small number of cancer cases among cimetidine and ranitidine users." A similar, statistically significant association was observed between cimetidine and esophagus/stomach cancer (RR 1.98; 1.27-3.07).

<u>Table 1: Adjusted Relative Risks of Cancer Associated with Ranitidine and Cimetidine Use (Habel 2000)</u>

| | Ranitidine | Cimetidine |
|---|---|---|
| All Cancer Sites | aRR 1.26 (1.01-1.58); n=81 | aRR 1.09 (0.97-1.22) n=336 |
| Prostate | aRR 1.57 (1.00-2.48), n=19 | aRR 1.01 (077-1.32) n=58 |



Contains Confidential Information - Subject to Protective Order

| | | |
|---|---|---|
| Breast | aRR 0.92 (0.49-1.71); n=10 | aRR 1.09 (0.83-1.43) n=58 |
| Uterine | aRR 0.52 (0.07-3.73); n=1 | aRR 0.73 (0.34-1.56) n=7 |
| Ovarian | aRR 0.77 (0.11-5.55); n=1 | aRR 0.64 (0.23-1.75) n=4 |
| Lung/Bronchus | aRR 1.50 (0.90-2.51); n=15 | aRR 1.24 (0.94-1.62) n=58 |
| Colon/Rectum | aRR 0.82 (0.39-1.74); n=7 | aRR 1.12 (0.82-1.520 n=45 |
| Esophagus/Stomach | aRR 2.42 (1.07-5.49); n=6 | aRR 1.98 (1.27-3.07) n=23 |
| Pancreas | aRR 2.60 (1.06-6.38); n=5 | aRR 1.10 (0.57-2.10) n=10 |
| Kidney/Bladder | aRR 1.56 (0.74-3.30); n=7 | aRR 1.32 (0.90-1.96) n=28 |
| Melanoma | aRR 0.67 (0.17-2.69); n=2 | aRR = 0.94 (0.55-1.63) n=14 |
| Lymphoma/Myeloma/Leukemia | aRR 0.91 (0.38-2.19); n=5 | aRR = 1.09 (0.74-1.61) n=28 |

There were no associations between ranitidine and either prostate or breast cancer in the lagged analyses (0-11, 12-47, 48-83, & 84+ months following first prescription). In the age stratified analyses (≤59, 60-69, 70-79, & 80+ years at diagnosis), the authors reported an increased risk for ranitidine and prostate cancer in patients diagnosed at younger ages (≤59 and 60-69 years old), but not older ages (70-79 years and 80+ years), and for breast cancer in patients diagnosed at older ages (80+ years old), but not for the younger age groups. These sporadic findings were based on very few cases and are inconsistent with a true association between ranitidine and increased risk of prostate or breast cancer. There does not appear to be any compelling reason why an association would be observed only in certain age groups, but it could be a reflection of the very small cell counts in the stratified results. It is also important to consider these analyses in the context of multiple comparisons as the more statistical comparisons that are performed, the greater the likelihood of significant findings by chance alone.

Habel *et al.* also performed a lagged analysis for esophagus/stomach cancer as there was an increased risk reported for both ranitidine and cimetidine in the main analysis. The authors discuss: "An elevation in cancer risk among cimetidine and ranitidine users might reflect the use of either of these drugs for early symptoms of cancer. This was suggested by a lagged analysis of cancer of the esophagus or stomach; relative risks associated with cimetidine use and ranitidine use were only significantly elevated during the first 12 months after prescription date." Specifically, the relative risk of esophageal/stomach cancer with cimetidine was 17.58 (95% CI 6.26-49.4) during the first 12 months, 1.45 (95% CI 0.58-3.69) for the period 1-4 years, and 0.94 (95% CI 0.29-3.06) for the period 4-7 years following prescription date. Although


Contains Confidential Information - Subject to Protective Order

direct comparisons between cimetidine and ranitidine are not presented, the authors note that “none of the differences between cimetidine and ranitidine users were statistically significant.”

As the authors suggest, the lagged analysis is indicative of reverse causation, rather than a true association, since the association was limited to the first 12 months after the first prescription. The symptoms of early gastrointestinal cancers are difficult to distinguish from the conditions H2RAs are used to treat, thus these cancer symptoms may lead to the use of H2RAs. In addition, an association between cancer and a medication started in the year before diagnosis does not account for the latency period in which cancer develops, which can take 10-30 years for esophageal and gastric cancers (den Hoed 2011; Umar 2012; Nadler 2014). This type of lagged analysis is vital to perform in studies that do not otherwise account for this type of protopathic bias (e.g., excluding this period altogether), and it would have been valuable if the authors had performed this lagged analysis for pancreatic cancer as well, which shares some of the same overlapping symptoms and may also be subject to reverse causation (Hicks 2018).

A strength of this study is their ascertainment of exposure, which was based on Kaiser Permanente prescription databases. In addition, the Surveillance, Epidemiology, and End Results Program (SEER) program was used as one of their sources of outcome identification, which is one of the most commonly used cancer databases in the U.S. One potential limitation is that SEER relies on being able to match patients to a SEER site. If patients have moved and are no longer accounted for by one of the SEER sites, their cancers may be missed and it is possible that this could have occurred differentially based on the individuals taking medications selected for the comparison group.

There are also other limitations of this study. As discussed earlier, cancer is a heterogeneous disease and cannot be studied as a single entity to address a causal relationship. Even different subtypes of the same cancer can have different contributing factors and causes. The “all cancer” combined analysis does not reliably inform about specific types of cancer, particularly as it does not allow for consideration of different confounding factors for different cancer types. In addition, the grouping of some of the individual cancer types is questionable for purposes of drawing inferences about specific types of cancer. It is not clear from the methods if these cancer groupings were predefined or were used to compensate for the small number of exposed cancer cases. There is a lack of information and control for potential confounders. The study did not provide a table or description of baseline characteristics of ranitidine and cimetidine users compared to non-users, including a basic descriptor of age, which may affect the comparisons given the matching (see above). In any study, it is important to know how ranitidine users differ from the comparison group and to appropriately account for those differences. For instance, another U.S. study abstract reported that ranitidine users may be more likely to have several risk factors for cancer compared to the general population, including smoking, alcohol use, obesity, chronic conditions, and family history of cancer (Mohy-ud-din 2020). The Habel authors adjusted only for age, gender and pharmacy data source and acknowledged their “estimates may be confounded”



Contains Confidential Information - Subject to Protective Order

since information on other known risk factors were unavailable. Likewise, the authors also recognized that “[a]n association of cimetidine and ranitidine with some cancers may also result from a sharing of risk factors with peptic ulcer disease, dyspepsia, or GERD (the conditions for which these drugs are taken). For example, smoking is related to an increased risk of lung, esophageal, and bladder cancer, as well as peptic ulcer disease.” The underlying gastroesophageal conditions themselves have also been reported to be associated with a number of different cancer types, including esophageal cancer as was observed by Chow and colleagues (described above) using the same Kaiser cohort, but there was no attempt to control for confounding by indication.

The fact that risks were similar between users of ranitidine and cimetidine, two drugs used to treat the same conditions but which have different chemical structures and potentially different off-target effects, suggests a baseline risk factor common to H2RA use as likely driving the observed associations reported in Habel, and does not support the hypothesis that NDMA contamination in ranitidine causes cancer. The two key limitations of Habel are the lack of control for underlying conditions and the small sample size for each individual cancer. Furthermore, as this was the first study evaluating the risk of most cancers with the use of ranitidine, any reported associations should be considered hypothesis-generating and require replication in additional studies evaluating the specific cancers with a much larger sample size, and which are more reliably able to rule out the potential for spurious findings, a conclusion the authors drew as well for cimetidine which was what the study was designed to evaluate: “The potential effect of cimetidine on risk of cancer, especially those that are hormone-related, should continue to be monitored, preferably in larger study populations.” As described below, larger studies of ranitidine, with better designs and control of confounding factors, are inconsistent with the observed associations reported in Habel.[3]

*4. Tan 2018*

Tan *et al.* 2018 is a nested case-control study conducted among a cohort of male patients with Barrett’s esophagus in the national Veterans Affairs Corporate Data Warehouse from 2004-2009. Barrett’s esophagus is a known precursor to esophageal adenocarcinoma (EAC) and may arise as a complication of GERD. As H2RAs and PPIs are used to treat GERD, this study was performed to examine their potential <u>protective</u> effect on the risk of EAC in patients with Barrett’s esophagus. In a cohort of 29,536 patients with Barrett’s esophagus, 300 cases with a subsequent diagnosis of incident EAC (identified through 2011) were compared to 798 controls without EAC, matched by incidence density sampling on birth year and Barrett’s diagnosis date. EAC cases were identified by ICD-9 codes for esophageal or gastric cancer and further confirmed by medical record review. Pharmacy data was used to ascertain dispensed prescription medications from 1 year prior to Barrett’s diagnosis to 3 months prior to EAC diagnosis. Prescriptions filled within 3 months of EAC diagnosis were excluded to control for

---

[3] Mathes et al. 2008 is a case-control study evaluating the relationship between H2RA use and the risk of two types of breast cancer: invasive ductal carcinoma (IDC) and invasive lobular (ILC) carcinoma. I reviewed this study, but given that there is no allegation that ranitidine causes breast cancer, I am not discussing or relying on Mathes in my report.

reverse causation. However, as discussed above, based on induction times of most cancers, 3 months is likely too short a window to account for such protopathic bias. Odds ratios were adjusted for age at Barrett's diagnosis, smoking, body mass index (BMI), number of esophagogastroduodenoscopies (EGDs) after Barrett's diagnosis, use of statins, NSAIDs and aspirin, and PPI use (in the H2RA analysis) or H2RA use (in the PPI analysis). The simultaneous adjustment for the different medications allowed analyses of specific medications after accounting for the effects of the others.

An independent statistically significant reduced risk of esophageal adenocarcinoma was reported in Barrett's esophagus patients using H2RAs (aOR 0.70 (0.50-0.99); n=59) and PPIs (aOR 0.59 (0.35-0.99); n=270) compared to non-users. The large majority of H2RA users were ranitidine users, and a borderline significant decreased risk of EAC was observed with ranitidine (aOR 0.71 (0.50-1.00); n=58 cases). Dose-response analyses showed an increased risk with lower doses of ranitidine (DDD ≤150 mg: aOR 3.00 (1.84-4.90); n=47 cases) and a decreased risk with higher doses of ranitidine (DDD >150 mg: aOR 0.17 (0.09-0.32); n=11 cases). A similar dose-response was observed for the PPI omeprazole, and the authors hypothesized that lower doses, which may represent inconsistent use or inadequate control of acid reflux, may not have the same protective effect as higher doses.

This was a well-powered study (e.g., 300 cases of the same cancer type). Due to the study's time-matched, nested case-control design, the study was free of immortal time bias, which is a common bias encountered in pharmacoepidemiological cohort studies of cancer. Furthermore, the authors adequately controlled for a number of confounders, including chemopreventive medications. Medication use was based on filled prescriptions, which has greater accuracy than studies relying on self-reported use. Exposure misclassification could occur if individuals classified as unexposed were taking the OTC form of these medications, however, the authors discuss that VA pharmacies often cover OTC medications, likely reducing this type of bias in this patient cohort. Lastly, most patients using H2RAs were concomitantly using PPIs; only 6/59 exposed cases and 15/205 exposed controls were exclusive H2RA users. While H2RA risk estimates were adjusted for PPI use to account for independent medication effects, further analyses showed a non-significant decreased risk among exclusive H2RA users. This study does not support that NDMA in ranitidine causes esophageal cancer.

*5. Tran 2018*

Tran *et al.* is a single publication on two separate population-based studies examining the association between liver cancer and the use of H2RAs and PPIs. The first study is a nested case-control study within the Primary Care Clinical Informatics Unit (PCCIU) database in Scotland. This electronic primary care dataset of computerized medical records contains information on demographics, clinical diagnoses, and prescriptions from general practitioners (GP). Cases with a first diagnosis of primary liver cancer between 1999-2011 (n=434) were matched to up to 5 controls each (n=2103) on birth year, sex, and GP practice. Medication exposure accounted for potential effects of reverse causation (end of the exposure period was 1 year prior to the index date). The risk period for exposure was the same for the



Contains Confidential Information - Subject to Protective Order

members of the matched set based on the shorter duration for the case. Odds ratios were adjusted for obesity, comorbidities (diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, peptic ulcer disease, liver disease (cirrhosis, alcoholic and non-alcoholic fatty liver, and hepatitis)), other medication use (statins, aspirin), alcohol, and smoking.

The second study is a prospective cohort study of 471,669 participants within the UK Biobank. Data was collected at baseline (2006-2010) on lifestyle, medical history and physical measures; medication use was self-reported (touchscreen questionnaire followed by verification during a verbal nurse interview). Liver cancer diagnoses (n=182) were ascertained from cancer registry records from 1 year after baseline through 2014. Participants were excluded if they had cancer diagnosis prior to, or in the year after, baseline. Hazard ratios were adjusted for age at baseline, gender, deprivation, BMI, alcohol, smoking, comorbidities at baseline (GERD, peptic ulcer disease, cirrhosis, hepatitis and diabetes) and other medication use at baseline (statins, aspirin).

No statistically significant association was observed for ranitidine users and liver cancer in either the PCCIU study (aOR 1.41 (0.91-2.15); n=45) or the UK Biobank study (aHR 1.82 (0.87-3.79); n=8). Similarly, no association with liver cancer was found for H2RAs combined in either the PCCIU study (aOR 1.21 (0.84-1.76); n=63) or the UK Biobank study (aHR 1.70 (0.82-3.53); n=8). Additional sensitivity analyses were conducted for H2RAs combined in the two studies and were generally consistent with the main analyses. In the PCCIU study, there was no evidence of a dose-response relationship. In the UK Biobank study, no association was found for two different liver cancer subtypes, hepatocellular carcinoma or intrahepatic bile duct carcinoma. Increasing the lag period slightly attenuated the point estimate in the PCCIU study, but not in the UK Biobank study. When additionally adjusting for PPI use, an association was reported for H2RAs combined in the UK Biobank study (aHR 2.10 (1.03-4.31)), but not in the PCCIU study (aOR 1.06 (0.72-1.55)). Both studies reported a statistically significant association between PPI use and liver cancer (PCCIU: aOR 1.80 (1.34-2.41); UK Biobank: aHR 1.99 (1.34-2.94)) and this association remained significant with further adjustment for H2RA use.

Overall, these were well-done studies that independently found no association between ranitidine and liver cancer. These studies differed in study design (nested case-control vs. cohort) and exposure ascertainment (prescription records vs. self-reported use). With regard to exposure, the PCCIU study more accurately captured prescription use, had information on dose and duration, and accounted for time-varying exposure, although unlike the UK Biobank study, OTC use would not be captured in this dataset. Both studies accounted for reverse causation and extended the lag periods in additional sensitivity analyses. Although both studies adjusted for potential confounders, residual confounding could be present. The PCCIU more comprehensively controlled for liver disease, a known risk factor for liver cancer, by adjusting for cirrhosis, hepatitis, alcoholic fatty liver, and non-alcoholic fatty liver, while the UK Biobank study only adjusted for cirrhosis and hepatitis. The authors also discuss that confounding by indication may be present. The significant finding for H2RAs combined in a single



Contains Confidential Information - Subject to Protective Order

sensitivity analysis should also be evaluated in the context of multiple comparisons and the likelihood of chance given the many sub-analyses performed in these two studies with over 30 different sensitivity analyses. It should be noted that as the UK Biobank only had 8 cases that were exposed, it is possible that some of the elevated associations were from over-fitting of the regression model. The authors conclude that their analyses provide some evidence of an association between PPI use and risk of liver cancer, but caution that their observed findings require confirmation in other studies due to the possibility of residual confounding and reverse causation. This study does not support that NDMA in ranitidine causes liver cancer.

### B. Studies Published Since 2019

Following the discovery of NDMA in ranitidine in 2019, twelve additional studies have been published to assess the risk of cancer in ranitidine users. In many instances, cancer researchers specifically investigated the potential cancer risk from NDMA in ranitidine, and designed studies to assess whether ranitidine exposure increases the risk of various cancers. The results of the studies published after 2019 are discussed below, and I note where investigators specifically designed studies to assess potential cancer risk from NDMA in ranitidine.

#### *1. Liu 2020*

Liu *et al.* is a single publication on two independent population-based studies examining the association between gastric cancer and the use of H2RAs and PPIs. It was not designed specifically to assess whether NDMA in ranitidine increases the risk of gastric cancer, but provides valuable insight into the role of bias in studies of acid-suppressing drugs and gastric cancer risk. The authors conducted a nested case-control study using the Scottish PCCIU database and a prospective cohort study using the UK Biobank dataset, which are the same databases and study designs utilized by Tran 2018 (described above). The PCCIU comprised of 1,119 gastric cancer cases diagnosed between 1999–2011 and 5,394 controls matched on age, sex, and GP practice. Medication use was determined from GP prescription records and accounted for the effects of time-varying exposure and reverse causation through the use of various lag periods. Odds ratios were adjusted for obesity, comorbidities (diabetes, coronary heart disease, myocardial infarction, heart failure, peripheral vascular disease, cerebrovascular disease, cerebrovascular accident, chronic obstructive pulmonary disease, mental illness, liver disease, peptic ulcer and esophagitis), other medication use (statins and aspirin), alcohol and smoking. The UK Biobank cohort study consisted of 471,779 participants. Medication use in the UK Biobank was self-reported at baseline (2006–2010) and gastric cancer cases (n=250) were ascertained from cancer registries from 1 year after baseline through 2014. Hazard ratios were adjusted for age at baseline, sex, socioeconomic status, alcohol, smoking, BMI, comorbidities (diabetes, GERD, esophagitis and peptic ulcer) and other medication use (statins and aspirin).

In the PCCIU database, the individual H2RAs ranitidine and cimetidine were evaluated in addition to all H2RAs combined, and PPIs. The analyses do not support that NDMA contamination in ranitidine causes gastric cancer. A statistically significant



Contains Confidential Information - Subject to Protective Order

association was reported for ranitidine use and gastric cancer in the analysis utilizing a 1 year lag period (aOR 1.42 (1.10-1.85); n=128), however, the association was attenuated and no longer significant when extending the lag period to 2 years (aOR 1.22 (0.89-1.67)) or 3 years (aOR 1.17 (0.81-1.68)). The same pattern — a significant association using a 1 year lag period that was diminished and non-significant with longer lag periods — was observed for cimetidine, H2RAs combined, and PPIs. Further analysis of H2RA use in specific periods prior to diagnosis showed that H2RAs were more commonly used in gastric cancer cases compared with controls in the 1 year prior to cancer diagnosis. As the number of years increased between exposure and diagnosis, the association was dramatically reduced and no longer statistically significant (OR 3.07 and OR 1.29 for H2RA use 0-1 year and 4-5 years before diagnosis, respectively). Moreover, gastric cancer cases were more often new users of H2RAs in the year immediately before diagnosis compared with controls, which suggests a new indication or reason for their use (aOR 9.87; 6.04-16.15). All of these analyses strongly support the role of reverse causation. The risk for H2RAs combined also substantially decreased and was not significant when compared to PPI users (aOR 0.86 (0.60-1.24)) instead of the unexposed general population (aOR 1.44 (1.16-1.80)). This analysis, along with the fact that similar patterns were observed for PPI users, strongly suggests confounding by indication.

In the UK Biobank cohort study, no association was observed for H2RA use and gastric cancer (aHR 0.49 (0.16-1.56); n=4). This analysis utilized a 1 year lag period. Further analyses, including individual H2RAs, were not evaluated in the cohort study due to the small number of H2RA users.

These are well-done analyses that independently evaluated the risk of gastric cancer in two separate studies with different designs. The authors concluded that the associations they observed for gastric cancer with the use of H2RAs and PPIs "were sensitive to the duration of lag time used in the analysis. [These] results revealed a marked increase in the prescription of acid suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation." The role of reverse causation was confirmed through the use of several different type of analyses: varying the duration of the lag periods, investigating medication use in one year intervals before the gastric cancer diagnosis, and conducting analyses on new medication users in the year before diagnosis. The authors aptly discuss the importance of conducting the lagged analyses using a range of time periods, stating: "Lag times are recommended in studies of drug–cancer associations because (a) cancer, including gastric cancer, develops over a prolonged period of time, and medications newly prescribed in the short period before cancer diagnosis are unlikely to be causative; (b) medications prescribed immediately before cancer diagnosis could reflect reverse causality, as pre-diagnostic cancer symptoms may lead to the prescription of medications. Relatively short lags are thought to be sufficient to avoid bias from reverse causation, but the relevant lag time to address the induction and latency period is unclear, and it is therefore recommended that a range of lags are used." In addition, confounding by indication should be considered. Some important underlying conditions that are also risk factors for gastric cancer were not measured; the PCCIU study did not adjust for GERD, and neither study adjusted for *H. pylori*. The role of confounding by indication is also supported by the



Contains Confidential Information - Subject to Protective Order

analysis comparing H2RA users to PPI users, in which the risk substantially decreased and the point estimate fell below the null value of 1.0. Using a reference group of patients taking a different acid suppression medication allows for a more comparable population to those taking H2RAs, not just from the standpoint of the underlying condition, but also (as described above) other potential confounding factors that may be more likely in this patient population. Liu *et al.* does not support that NDMA in ranitidine causes gastric cancer.

*2. McDowell (2021)*

McDowell and colleagues conducted a nested case-control study of pancreatic cancer (n=1,069 cases, n=4,729 controls) using a Primary Care Clinical Informatics Database in Scotland. The authors note that inflammation is a potential pathway involved in the development of certain cancers, including pancreatic cancer, because of the potential for cell mutation and proliferation as the body responds to tissue damage. Thus, the authors evaluated numerous medications that may be associated with pancreatitis (inflammation of the pancreas) and pancreatic cancer risk. The authors evaluated 13 commonly prescribed medications.

Cases of pancreatic cancer were diagnosed between 1999 and 2011. Controls were matched to cases based on age, sex, GP practice and date of registration, and up to 5 controls were identified per case. The authors reported an association with any ranitidine use compared with never use (aOR=1.37, 95%CI = 1.10-1.70). While lower use of ranitidine (1-5 prescriptions) was associated with pancreatic cancer (aOR 1.49; 1.12-1.99), there was no evidence that higher ranitidine use (> 6 prescriptions) was associated with pancreatic cancer risk (aOR 1.24; 0.91-1.69). The authors were able to adjust for many comorbidities, but were unable to control for BMI or potential genetic risk factors, and they did not compare ranitidine to another acid suppressing medication. As described above and noted in other studies, comparing ranitidine to another acid suppressing medication is a critical design feature to control for potential known (and unknown) confounders. The authors also analyzed many different medications (13 different types) increasing the likelihood of a spurious finding arising by chance alone, because no adjustment was performed to account for the many comparisons performed. For the two medications that did have a positive association with pancreatic cancer risk (ranitidine and metronidazole), there was only an association with low use but not with high use, which does not suggest a causal role and is inconsistent with the theory that NDMA contamination in ranitidine causes pancreatic cancer. The authors noted that there was no “strong evidence of an exposure-response relationship with cancer risk” and recommended that “further studies of the association between ranitidine and pancreatic cancer risk take place over time frames and/or in countries where ranitidine was only available on prescription.” This study was not designed to assess whether NDMA in ranitidine increases the risk of cancer, as the authors themselves acknowledge they were interested in assessing inflammation across many different drugs exposures. Consequently, the study does not reliably address the potential for protopathic bias, which may be present with pancreatic cancer (Hicks 2018). This study also appears to overlap with a screening study conducted by the same authors, using the same database, where multiple medications and multiple



Contains Confidential Information - Subject to Protective Order

cancers were evaluated (described in the section on screening studies, below) and so should not be considered independent of the original screening analysis. Moreover, as described below, there is no consistent evidence that ranitidine increases the risk of pancreatic cancer. This study does not support that NDMA in ranitidine causes any type of cancer.

*3. Iwagami (2021)*

Iwagami and colleagues conducted a cohort study evaluating the risk of cancer among patients receiving ranitidine or nizatidine compared to other H2RAs (cimetidine, famotidine, roxatidine, and lafutidine) in Japan, specifically to assess whether NDMA in ranitidine/nizatidine increased the risk of various cancers. Reflecting the recognized concern regarding confounding by indication, the authors chose to use other H2RAs as the comparator group because "we considered that the main confounding factor was an indication for an H2 blocker." Ranitidine and nizatidine were evaluated together since NDMA levels have been detected in these two H2RAs, but not other H2RAs. The Japan Medical Data claims database was used to identify new users of H2RAs from 2005-2018. A time-varying exposure model was used such that if new users of other H2RAs subsequently received ranitidine/nizatidine, they were censored from the comparison group and regarded as new users of ranitidine/nizatidine from that time point forward.

This is a large cohort study, including 113,745 new users of ranitidine/nizatidine compared to 503,982 new users of other H2RAs. The median follow-up in the two groups was 2.4 years (IQR 1.1-4.5) and 2.3 years (IQR 0.9-4.2), respectively. Overall, there was no statistically significant increased risk of cancer with ranitidine/nizatidine compared to other H2RAs (aHR 1.02 (0.98-1.07); n=2,289). Given the relatively short median follow-up period, the authors also evaluated longer duration since first prescription and higher cumulative dosing, to assess whether more exposure was associated with greater risk. The risk estimates did not support any duration response effect (≤5 y: aHR 1.03 (0.98-1.08); >5 y: aHR 0.97 (0.85-1.11)), nor any effect with higher cumulative doses (≤180 DDD: aHR 1.03 (0.98-1.08); 181 to 365 DDD: aHR 1.00 (0.73-1.39), 366 to 730 DDD: aHR 0.95 (0.61-1.48), and > 730 DDD: aHR 0.83(0.45-1.55)). Thus, the lack of dose response and duration response does not support that higher ranitidine exposure increases the risk of cancer. For the individual cancers evaluated, there was no association for colon cancer (aHR 1.02 (0.91-1.15), n=334), breast cancer (aHR 1.04 (0.92-1.17), n=338), or gastric cancer (aHR 1.09 (0.96-1.24), n=263) among ranitidine/nizatidine users compared to other H2RA users. Although the authors only report the adjusted findings for these cancers in Table 2, they report the percentage of other cancers for users of ranitidine or nizatidine compared to other H2 blockers, respectively: Pancreatic Cancer (4.1 vs 4.8%), Lung Cancer (6.8 vs 7.2%), Malignant melanoma (0.3 vs 0.6%), Uterine Cancer (4.1 vs 3.9%), Prostate cancer (5.1 vs 5.4%), Kidney Cancer (2.4 vs 2.1%), Bladder Cancer (2.3 vs 2.4%), and other cancers (34.2 vs 34.3%). These statistics reflect similar distribution of cancers across users of H2RAs, which does not support any effect from exposure to ranitidine. The combined analysis of ranitidine and nizatidine demonstrates the lack of association between H2RAs potentially contaminated with NDMA and development of cancer. The authors also analyzed ranitidine users separately, with similar results compared to other



Contains Confidential Information - Subject to Protective Order

H2 blockers (aHR 1.01; 0.95-1.08). The use of a reference group of other H2RAs allows for comparison of two similar patient populations and, as described previously, is the most reliable way to account for confounding by indication. The relatively short period of follow up is a limitation, given the latency period for the cancers studied. The authors attempted to address greater exposure periods and greater dose exposures, as discussed, and found no evidence supporting a causal relationship. The authors concluded that “we found no evidence that ranitidine/nizatidine is associated with an increased risk of cancer, although further studies with more accurate measurement of exposure, inclusion of older people, and longer follow-up may be needed.” Iwagami *et al.* does not support that NDMA in ranitidine causes any type of cancer.

*4. Yoon (2021)*

Yoon and colleagues conducted a cohort study comparing 40,488 ranitidine users with 10,122 famotidine users in the Health Insurance Review and Assessment database in South Korea. Exposure data was based on medical records. The groups were matched on sex, age, diabetes mellitus, and cumulative exposure. The authors noted that NDMA was recently detected in ranitidine, and that their study was designed to assess the risk of cancer in ranitidine users. In particular, the authors included cancers where they noted evidence of carcinogenicity from NDMA animal models, such as lung, liver, kidney, and biliary tract.

There was no difference in overall cancer (HR=0.99, 95% CI = 0.91-1.07), nor in 11 separate cancers studied: liver HR=0.85, 95% CI = 0.69-1.05, n=400, colorectal HR=0.98, 95% CI = 0.78-1.23, n=359, biliary HR=1.22, 95% CI = 0.75-2.00, n=93, stomach HR=1.06, 95% CI = 0.86-1.31, n=450, lung HR=0.99, 95% CI = 0.81-1.21, n=473, prostate HR=1.01, 95% CI = 0.72-1.40, n=173, kidney HR=0.78, 95% CI = 0.49-1.25, n=72, bladder HR=1.41, 95% CI = 0.88-2.24, n=118, uterine HR=1.15, 95% CI = 0.58-2.28, n=46, breast HR=0.82, 95% CI = 0.55-1.21, n=108 and thyroid HR=1.07, 95% CI = 0.75-1.54, n=159.

There are a number of strengths and limitations to this study, including that individuals needed to be on the medication for at least a year between January 2009 and December 2011 and selected based on cumulative dose exceeding 10,800 mg and 14,400 mg for ranitidine and famotidine, respectively.[4] They excluded users of these medications if they had prior use in 2007-2008 and/or if they used both medications during the period of 2009-2011. The overall cohort was followed for 7 years, which the authors noted may not be sufficient to assess the onset of cancer. The authors use an active comparator (famotidine), which they note is suitable as a control because famotidine lacks NDMA but has the same clinical function and “the clinical indications of ranitidine and famotidine are almost identical,” and “as all co-variates cannot be

[4] The cumulative dose of ranitidine stated in Yoon 2021 appears to have been an error. The authors note that the defined daily dose (DDD) was calculated as the assumed average maintenance dose per day for the main indication. A DDD of 300 mg for ranitidine corresponds with a cumulative total of 108,000 mg over 360 days. The cumulative dose selected for famotidine users, 14,400 mg, appropriately corresponds with a DDD of 40 mg for 360 days.



Contains Confidential Information - Subject to Protective Order

adjusted, a control group using a similar indication drug is more appropriate than the general population." This, again, expresses the idea of confounding by indication. Even in studies where the authors may adjust for known variables, using an active comparator population rather than a general population is a more reliable way to account for unknown variables that may be present in a population of patients who require acid-suppressing medication. The authors observed that when they compared the standardized incidence ratio for all cancers combined (SIR, adjusted for age and sex) for ranitidine and famotidine to the general population, they observed a statistically significant increased risk (SIR 1.23 and 1.31 for ranitidine and famotidine, respectively). The authors noted that "because of the protopathic bias, cancer incidence is higher than that of the general population," which underscores the need to compare ranitidine to another H2RA to reliably estimate cancer incidence with ranitidine and to attempt to isolate any effect from NDMA in ranitidine. Limitations include that the authors were not able to specifically quantify NDMA content, and medication compliance was not known.

Yoon *et al.* does not support that NDMA in ranitidine causes any type of cancer.

*5. Kantor (2021)*

Kantor and colleagues 2021 analyzed 459,204 individuals who participated in the UK Biobank. The large cohort study used self-reported medication measured at baseline based on regular use (defined as answering yes to using most days of the week for the last 4 weeks). Exposure was defined two ways: (1) a binary yes/no where ranitidine was compared to non-use, and (2) binary yes/no with ranitidine compared to another medication (omeprazole) with similar indications of use. The design of the study ensured temporality and they also had an appropriate internal comparator by comparing ranitidine users with users of the proton pump inhibitor (PPI) omeprazole. The investigators counted follow up time from baseline and therefore did not have immortal time bias. However, they are unable to account for change in medication use if that occurred after baseline. Given the size of the study, they were able to examine associations for separate strata based on sex, age, BMI, and smoking status, and further adjusted for variables specific to individual cancers. They also stratified based on follow-up time (first 5 years of follow up, and after 5 years of follow up).

In the cohort, 1.9% reported use of ranitidine (n=8,844) and 5.9% reported use of omeprazole (n=26,959). Compared to non-use, there was no association observed for cancer overall (HR= 1.01, 95% CI=0.93-1.09). Compared to omeprazole, there was no association for cancer overall (0.94, 95%CI = 0.85-1.04). Compared to non-use, there was no association observed for the primary outcomes of breast (HR= 1.04, 95% CI=0.86-1.26, n=110), prostate (HR= 1.01, 95% CI=0.82-1.23, n=97), lung (HR= 0.96, 95% CI=0.72-1.27, n=50), colorectal cancer (HR= 1.12, 95% CI=0.88-1.44, n=64). Compared to omeprazole, there was no association observed for the primary outcomes of breast (HR= 1.08, 95% CI=0.86-1.35), prostate (HR= 1.02, 95% CI=0.80-1.30), lung (HR= 0.76, 95% CI=0.55-1.06), colorectal cancer (HR= 1.25, 95% CI=0.92-1.69). Four cancer sites were considered exploratory: liver, kidney, bladder and ovary. Compared to non-use, no statistically significant association was observed for kidney cancer (HR= 0.53, 95% CI=0.27-1.02, n=9), bladder cancer (HR 1.22; 0.74-2.01), or ovarian cancer



Contains Confidential Information - Subject to Protective Order

(HR 1.11; 0.61-2.02). Compared to omeprazole, there was no association observed for bladder cancer (HR 1.30; 0.69-2.46), or ovarian cancer (HR 1.08; 0.54-2.15) and an association with reduced risk for kidney cancer (HR= 0.39, 95%CI = 0.19-0.82).

They authors reported a statistically significant association with increased risk of liver cancer (HR= 1.91, 95% CI=1.09-3.36), which was only observed when compared to non-users, but not when ranitidine was compared to users of omeprazole (HR= 1.15, 95%CI= 0.58-2.26). The liver cancer findings were based on only 13 cases (11 cases in the comparator analyses) and viewed by the authors as exploratory. As discussed above, when there are few individuals with the outcome, it is very challenging to make conclusions from multivariable analyses, which may be over-fitted. Body mass index, age, sex, and smoking status did not modify the results. When they examined the association with time, the HRs for cancer overall with ranitidine were below 1.0 with longer follow-up (more than 5 years of follow-up). The authors interpret their results as showing “no association between ranitidine use and cancers of the breast, prostate, lung, or colorectum.” The authors also note that the reported positive finding for liver cancer compared to non-use, and the negative finding for kidney cancer compared to omeprazole, “are compelling for hypothesis generation, and study findings merit confirmation in other populations.” This study does not support that NDMA in ranitidine causes any type of cancer.

*6. Kumar (2021)*

Kumar *et al*. 2021 is a cohort study on patients treated for *Helicobacter pylori* (HP) with long-term acid suppression drugs using records from the Veterans Health Administration (VHA). Patient information was taken from the VHA Corporate Data Warehouse, which includes medical records from all VHA facilities. The authors identified HP patients that received prescription acid suppressants for at least 30 days between May 1, 1998, and December 31, 2018. The outcome measured was diagnosis with nonproximal gastric adenocarcinoma (GC). The authors followed the patients until one of the following events occurred: GC diagnosis, death, switching to a different acid suppressant treatment, or December 1, 2018. Patients diagnosed with other types of gastric cancer were excluded from the analysis. The risk of developing GC was determined based on the type of long-term treatment the patients received. Long term treatments were grouped based on ranitidine (n=69,157), non-ranitidine H2RAs (n=6,559) (cimetidine, nizatidine, famotidine), or PPI (n=203,789) (esomeprazole, dexlansoprazole, lansoprazole, omeprazole, pantoprazole, rabeprazole). Median follow-up was 4.4 years (IQR 1.7-9.2 years). Over the period of follow-up, gastric cancer developed in 367 (0.53%) of ranitidine users, 49 (0.75%) of other H2RA users, and 1108 (0.54%) of PPI users.

As compared to ranitidine, non-ranitidine H2RA users were more likely to develop GC cancer (HR 1.83, 95% CI 1.36–2.48). Thus, comparing ranitidine to non-ranitidine H2RA users, there was a statistically significant decreased risk of GC (HR =



Contains Confidential Information - Subject to Protective Order

0.54, 95% CI = 0.40-0.73).[5] There was no significant difference in the risk of GC between ranitidine and PPI users (HR 0.92, 95% CI 0.82–1.04 for PPI compared to ranitidine). Among the subset of patients with a positive diagnostic test for HP, considering treatment and eradication status, the authors observed a 4-fold increased risk of gastric cancer comparing non-ranitidine H2RA users to ranitidine users (HR 3.97; 95% CI 1.36-11.65). The authors concluded: "we demonstrate that there is no demonstrable association of ranitidine use and future GC. . . . [Our results] demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine."

The study is particularly strong due to the nature of the cohort, as the authors note that "controlling for HP status is of utmost importance in determining the association of ranitidine and GC," because HP is a well-recognized cause of GC. Although predominately male, the cohort contained granular data and a large number of cases. The authors noted that there may be some inpatients who were prescribed non-ranitidine H2RAs, because 97.4% of ranitidine users who switched medications switched to PPI, while 52.2% of non-ranitidine H2RA users who switched medications switched to a PPI. Non-ranitidine H2RA users also were less likely to be diagnosed by endoscopic pathology, and less likely to have documented racial and ethnic categories, and potentially some smoking misclassification. Thus, the finding of increased risk of GC in other H2RA users compared to ranitidine in this cohort may represent confounding by indication. The authors note that despite the potential for confounding, "our findings only strengthen the evidence for the lack of association of ranitidine and GC." This study does not support that NDMA in ranitidine causes gastric cancer.

*7. Cardwell (2021)*

Cardwell and colleagues conducted a nested case-control study of bladder cancer (n=3,260 cases, n=14,037 controls) using a Primary Care Clinical Informatics Database in Scotland. The cases were diagnosed between 1999 and 2011. Controls were matched to cases based on age, sex, GP practice and date of registration and up to 5 controls were identified per case. The exposure period ended one year before the index date (cancer diagnosis date in cases) to reduce the risk of reverse causality. The primary comparison was ranitidine compared to non-use, and sensitivity analyses were performed comparing ranitidine to users of other H2RA medications and comparing ranitidine to users of PPIs. The comparison to other H2RAs was done to assess "the specificity of any association to ranitidine." The median exposure period was 8.4 years (IQR 5.7-11.1). A greater proportion of cases compared to controls were former or current smokers.

The authors reported an association between ranitidine use and bladder cancer compared to non-use (OR=1.22, 95%CI = 1.06-1.40). This association compared to

---

[5] Because the authors presented data comparing non-ranitidine H2RA users to ranitidine users, I calculated the inverse of the hazard ratio, to better compare the results of Kumar across different studies.



Contains Confidential Information - Subject to Protective Order

non-use appeared stronger when they considered the highest estimated defined daily doses (DDDs) of ranitidine use (> 1,095 DDD) (OR=1.43, 95%CI=1.05-1.94). Defined daily dose (DDD) as defined by the World Health Organization is 300 mg/day for ranitidine. No significant association was reported for use of 1-182 DDDs ranitidine compared to non-use (OR 1.18; 0.98-1.42), 182-365 DDDs (OR1.24; 0.85-1.79), or 365-1095 DDDs (OR 1.17; 0.89-1.54). The observed bladder cancer risk with highest use (>1,095 DDDs) of non-ranitidine H2RA medications was a similar magnitude, but not statistically significant (OR=1.33, 95%C = 0.83-2.15). The authors did not observe an association with PPI use compared to non-use (OR 0.98; 0.88-1.11), nor with DDDs greater than 1095 of PPI use compared to non-use (OR 0.98; 0.80-1.20). The authors noted that "the association [with ranitidine] was largely attenuated when comparing ranitidine users with ranitidine nonusers who used other histamine-2 receptor agonists (adjusted OR 1.05; 95% CI 0.86-1.28), but remained when comparing ranitidine users with ranitidine nonusers who used PPIs (adjusted OR 1.20; 95% CI 1.04-1.39." The authors suggest that the lack of association when comparing ranitidine to other H2RAs may be due to "a reduction in power, a class effect of histamine 2 receptor antagonists or that the association could be explained by confounding by indications for histamine 2 receptor antagonists." As the overall design was a case-control study, most of the cases and controls did not use either ranitidine or H2RAs. However, the statistical power for the comparison of ranitidine to non-users and the comparison of other H2RAs and non-users had similar statistical power.

A strength of this study is that they were able to adjust for multiple comorbidities, although information on smoking and alcohol use was incomplete. Smoking may be associated with conditions for which ranitidine is prescribed, like GERD (Kohata 2016), which illustrates the importance of comparing ranitidine to another H2RA. The authors were able to compare ranitidine to non-use, to PPI use, and to other H2RA use, as recommended to assess confounding by indication. Of note, the Cardwell study uses the same set of cases and controls that were previously identified in a screening study conducted by the same authors (McDowell 2021 – described below).

McDowell and colleagues (2021) published a study screening medications and cancer risk using the Primary Care Clinical Informatics Unit (PCCIU) that was utilized for their specific study on pancreatic cancer risk (described above) and for the Cardwell bladder cancer study. This screening exercise examined 5,622 medication-cancer potential associations, and as the authors describe, these associations are used for hypothesis generation. In essence, this is a type of datamining exercise done to generate hypotheses and not to test hypotheses about specific drug/cancer questions. Over 20 different cancer types were examined in different nested case-control studies, and the only association with ranitidine that was found after adjusting for other comorbidities and smoking was with bladder cancer (OR=1.28). However, it should be noted that this same nested case-control study found a positive association between Celecoxib and bladder cancer (OR=1.78), which is inconsistent with the literature that supports a reduced risk of bladder cancer from nonsteroidal anti-inflammatories like Celecoxib.



Contains Confidential Information - Subject to Protective Order

This anomaly may be because the PCCIU study did not have data on stage of bladder cancer. It is important to note that, unlike many other cancers, a large percentage of bladder tumors are diagnosed before the tumor is invasive. In situ cancers are not malignant. It has been estimated that approximately half of all bladder cancers are found when the tumor is non-invasive or in situ (American Cancer Society 2022). Thus, the lack of exclusion of Stage 0 (in situ) cancers from these studies may result in an inflated estimate of both celecoxib and ranitidine as individuals who are getting frequent refills may be more likely to be diagnosed with Stage 0 bladder cancer leading to an inflated estimate of risk.

Cardwell reported using read code B49 to select the bladder cancer cases. Cardwell and colleagues also report in their discussion that “we did not have access to stage or grade of the bladder cancer diagnosis to allow for investigation of high risk disease.” The B49 code, however, includes invasive urinary bladder carcinoma as well as superficial (disorder) carcinoma as well as categories of malignant tumors. Thus, it is likely that the Cardwell study included carcinoma in situ as they were unable to exclude Stage 0.

Further, the incomplete information on smoking history may have impacted the study’s findings. Smoking is a known risk factor, estimated to account for approximately 50% of bladder cancer cases in adults (Islami 2018). In McDowell 2021, the authors screened nicotine replacement therapy for bladder cancer risk and reported an OR of 2.04 (95% CI, 1.65-2.51), adjusted for comorbidities. When adjusted for comorbidities and smoking, the OR was 1.54 (95% CI, 1.23-1.94), indicating the association was related to smoking itself, which could not be fully adjusted. This further demonstrates the significance of information on smoking history.

Given the many thousands of comparisons performed in the screening study, it is unsurprising that some associations, irrespective of validity, would be produced. While signal generating studies can be a useful first step, they need to be followed up with independent studies specifically designed to test the signal that has been generated.

The Cardwell authors acknowledge that their data was generated in the screening study, and as such “there remains the risk of type 1 error, and the observed association is not independent from the association seen in our screening study.” The authors note that “further studies are necessary to attempt to replicate this finding.” The Cardwell findings are inconsistent (i.e., associations reported for comparison to non-use and PPI, but not compared to other H2RAs) and are not independent of the original screening study. Cardwell does not reliably demonstrate an association between ranitidine use and increased risk of bladder cancer.

*8. Kim Y (2021)*

Kim *et al*. 2021 is a cohort study using the U.S. IBM Explorys database, which is an aggregated, deidentified electronic medical record registry. From the Explorys registry, they selected three groups of patients based on exclusive use of one of the following three medications: famotidine, ranitidine, and omeprazole. Patients with prior



Contains Confidential Information - Subject to Protective Order

GI malignancies or using more than one reflux medication, or who developed cancer within a year of medication initiation, were excluded. The study evaluated new incidence of gastrointestinal (GI) cancers (oesophagus, stomach, liver, pancreas, and colorectal cancers) in 1-year intervals following ranitidine initiation (following patients for up to 10 years). Ranitidine users were compared to users of famotidine (another H2RA) or omeprazole (a PPI), which decreases the likelihood of confounding by indication. Adjusted odds ratios were calculated by multivariable logistic regression analysis accounting for three common risk factors, depending on the specific cancer studied (e.g., for pancreatic cancer, the risk factors were tobacco use, diabetes mellitus, and obesity; for liver cancer, the risk factors were cirrhosis, obesity, and chronic viral hepatitis). A separate multivariable logistic regression analysis was performed adjusting for age, gender, race, and the highest weighted risk factor for each cancer. A Bonferroni correction was used to correct for multiple comparisons.

A total of 581,028 patients were prescribed ranitidine, 909,970 were prescribed famotidine, and 2,179,048 were prescribed omeprazole. Across the cohorts, combined incidences of new GI malignancies were highest in the 1-2 years after starting anti-reflux therapy and consistently decreased throughout the study period. When adjusted for common risk factors, compared to famotidine, ranitidine use was associated with a statistically significant decreased risk of all five GI cancers evaluated: oesophageal (OR 0.51 (0.43-0.60); n=180), gastric (OR 0.43 (0.36-0.51); n=170), hepatocellular (OR 0.39 (0.36-0.41); n=880), pancreatic (OR 0.54 (0.49-0.62); n=320), and colorectal (OR 0.46 (0.43-0.49); n=1370) cancer. Similar results (all statistically significant decreased risks) were obtained when ranitidine was compared to omeprazole, with oesophageal (OR 0.62 (0.52-0.72)), gastric (OR 0.58 (0.49-0.68)), hepatocellular (OR 0.81 (0.76-0.86)), pancreatic (OR 0.68 (0.60-0.76)), and colorectal (OR 0.66 (0.62-0.70)) cancer. When adjusted for demographic factors and the highest weighted risk factors for each cancer, the statistically significant reduction in risk remained for all five cancers comparing ranitidine to famotidine. When compared to omeprazole, the statistically significant reduction remained for oesophageal and pancreatic cancers, but the reduction in risk was no longer significant for stomach, liver, or colorectal cancers. The distribution of the five GI cancers were similar among the three medications. Furthermore, as illustrated in Figure 2, the same pattern was observed for the three exposure groups, in that the GI cancer incidence was highest in the 1-2 years following initiation of acid suppression medication, and gradually decreased to under 1.0 for ranitidine by 3 years, to under 1.0 for omeprazole by 5-6 years and to under 1.0 for famotidine by 7-8 years with greater time between initiation and diagnosis.


Contains Confidential Information - Subject to Protective Order




**FIGURE 2** Combined incidences of all GI malignancies for ranitidine, famotidine, and omeprazole queried over a 10-year period

These analyses are compatible with those conducted by Liu *et al.* and supports the role of reverse causation and confounding by indication in studies examining the association between H2RAs and GI cancers. When cancer diagnoses decrease over time after exposure, this supports that the exposure does not act as a cancer initiator. However, because they selected patients who continued use until the initial diagnosis of GI cancers, the pattern is also not consistent with ranitidine acting as a tumor promoter. When a medication acts as a tumor promoter, we would expect the risk to remain elevated for the duration that the individuals is on the medication. Thus, the best explanation of the pattern of data observed in this study is that the cancer diagnoses observed shortly after the initiation of ranitidine, famotidine, and omeprazole support reverse causation and are not an effect of the medications.

The authors note that the reduction in GI cancers associated with ranitidine was unexpected, and that one potential explanation is that the ranitidine cohort displayed a lower prevalence of common risk factors, and that by adjusting for every potential risk factor (which the study did not do), the ORs for the ranitidine cohort could increase. The authors interpreted the data to show that the incidence of GI malignancies is low in patients taking ranitidine, famotidine, or omeprazole, and that the odds of developing GI cancers while taking ranitidine are not elevated. This study does not support that NDMA in ranitidine causes GI cancers.



Contains Confidential Information - Subject to Protective Order

*9. Adami (2021)*

Adami *et al.* 2021 is a cohort study utilizing the Danish Prescription Registry, Danish National Patient Registry, and Danish Cancer Registry. The Danish Prescription Registry has complete data on all prescriptions dispensed from community pharmacies (not hospital pharmacies) since 1995. The Danish National Patient Registry records all inpatient admissions (since 1977) and all hospital outpatient clinic and emergency room visits (since 1995). The Danish Cancer Registry has recorded cancer diagnoses since 1943. All Danish adults who had a first prescription of ranitidine, other H2RA drugs, or PPIs were identified between 1996 and 2008, and were followed through 2018 for incidence of esophageal, stomach, liver and pancreatic cancers.

The authors recognized that NDMA was identified in ranitidine in 2019 and that NDMA is classified based on animal data as a "probable human carcinogen" by IARC. They also recognized that "while NDMA is an animal carcinogen, decades of research have not documented a causal association with any human cancer site or type." This is consistent with my own review of the NDMA epidemiology (described in this report below). Given this uncertainty, the authors designed their study to evaluate whether NDMA in ranitidine had any carcinogenic effect.

First-time users of ranitidine were defined as those adults who redeemed their first prescription for ranitidine between 1996 and 2008 and had no previous prescription for nizatidine.

The active comparator group of other H2RAs was defined as adults who redeemed a prescription for cimetidine or famotidine between 1996 and 2008, and who had no previous prescriptions for ranitidine or famotidine. A second active comparator group was similarly identified and defined for those adults taking PPIs. The authors note that use of the nationwide medical registry allowed long and virtually complete follow-up, and enabled use of an active comparator design including other H2-blockers and PPIs as reference groups "to minimize confounding by indication as these drugs are used for similar indications as ranitidine." The authors did not include a comparison group of non-users (i.e., those not taking either H2RAs or PPIs) "since comparisons with such a group would be strongly biased due to confounding by indication and reverse causality."

The index date was defined as the date of first prescription. Ranitidine users who later redeemed prescriptions for other H2RAs or PPIs remained in the ranitidine exposed group (a sensitivity analysis was performed censoring such patients), while users of other H2RAs or PPIs who later redeemed a prescription for ranitidine were censored.

The authors followed members of the three cohorts (ranitidine, other H2RA, and PPI) starting one year after the index date to account for reverse causality. Any subject with a cancer diagnosis recorded before the start of follow-up (other than non-melanoma skin cancer) was excluded. As noted above, the outcomes were esophageal cancer, stomach cancer, liver cancer, and pancreatic cancer. The authors also identified



Contains Confidential Information - Subject to Protective Order

deaths due to cancer (via the Danish Register of Causes of Death) and included cancer-specific deaths in the outcomes if the cancer was not identified via the Cancer Registry.

Table 1 of Adami indicates that the baseline characteristics of ranitidine users more closely resemble the baseline characteristics of users of other H2 blockers than those of PPI users. To control for potential confounding, the authors used stabilized inverse probability of treatment weights (sIPT). This method is used to make the treatment groups as similar as possible based on the available covariate data. The authors compared the 10 year cumulative risk for each of the cancer outcomes in the ranitidine cohort to the other two active comparator cohorts. To evaluate treatment duration, the authors conducted analyses of subjects who redeemed at least 10 prescriptions within each cohort (starting follow up one year after the 5th prescription, or one year after the 10th prescription). To identify subjects with the highest exposure and longest follow-up, the authors also identified those who redeemed at least 10 prescriptions and evaluated the first 10 years of follow-up and after 10 years of follow-up.

The median follow-up for the ranitidine cohort was 14 years (IQR 10-18), during which 276 esophageal, 342 stomach, 133 liver, and 517 pancreatic cancers were ascertained. For the primary analysis (i.e., at least one prescription), there were no statistically significant associations observed for overall esophageal cancer, stomach cancer, liver (hepatocellular) cancer, or pancreatic cancer, comparing ranitidine to either other H2RAs or PPIs. Compared with other H2RAs, there was no association for stomach (HR=0.98, 95% CI=0.84-1.14), liver (HR=0.89, 95% CI=0.72-1.10), esophageal (HR=1.09, 95% CI=0.91-1.29), or pancreatic (HR=0.97, 95% CI=0.87-1.10). Compared with PPIs, there was no association for stomach (HR= 1.03, 95% CI = 0.92-1.16), liver (HR=0.86, 95% CI=0.71-1.05), or pancreatic (HR=0.99, 95% CI=0.89-1.09).

When specific subtypes were evaluated, a statistically significant increased risk of esophageal adenocarcinoma was observed comparing ranitidine to other H2RAs (HR 1.30; 1.01-1.68), and compared to PPIs (HR 1.27; 1.04-1.56). A statistically significant decreased risk was observed for distal stomach cancer comparing ranitidine to other H2RAs (HR 0.72; 0.54-0.97), and for esophageal squamous cell carcinoma comparing ranitidine to PPIs (HR 0.76; 0.60-0.96). A representation of the data from the study appears below.



Contains Confidential Information - Subject to Protective Order



| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 261/1,522,653 | 398/2,534,090 | 1.09 (0.91–1.29) |
| Adenocarcinoma | 105/1,522,808 | 133/2,534,288 | 1.30 (1.01–1.68) |
| Squamous cell carcinoma | 73/1,522,905 | 113/2,534,393 | 1.07 (0.80–1.44) |
| Stomach cancer | 331/1,522,485 | 564/2,533,517 | 0.98 (0.84–1.14) |
| Proximal | 149/1,522,796 | 257/2,534,075 | 0.96 (0.76–1.21) |
| Distal | 65/1,522,863 | 151/2,534,155 | 0.72 (0.54–0.97) |
| Unknown/several regions | 191/1,522,846 | 283/2,534,330 | 1.13 (0.93–1.36) |
| Hepatocellular carcinoma | 127/1,522,856 | 235/2,534,285 | 0.89 (0.72–1.10) |
| Pancreatic cancer | 498/1,522,599 | 850/2,533,886 | 0.97 (0.87–1.10) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 283/1,290,801 | 2,074/9,629,278 | 1.01 (0.90–1.14) |
| Adenocarcinoma | 123/1,290,945 | 716/9,630,580 | 1.27 (1.04–1.56) |
| Squamous cell carcinoma | 68/1,291,076 | 669/9,630,798 | 0.76 (0.60–0.96) |
| Stomach cancer | 349/1,290,655 | 2,533/9,627,031 | 1.03 (0.92–1.16) |
| Proximal | 158/1,290,974 | 1,146/9,629,693 | 1.02 (0.86–1.22) |
| Distal | 74/1,291,000 | 570/9,630,314 | 0.98 (0.77–1.24) |
| Unknown/several regions | 196/1,291,024 | 1,297/9,630,522 | 1.13 (0.96–1.33) |
| Hepatocellular carcinoma | 153/1,291,005 | 1,311/9,630,519 | 0.86 (0.71–1.05) |
| Pancreatic cancer | 511/1,290,806 | 3,861/9,628,916 | 0.99 (0.89–1.09) |



Figure 2: Adami *et al.* 2021

When follow up was restricted to those who had at least 10 prescriptions (i.e., the most exposure to ranitidine), the only statistically significant association observed was a reduction in the risk of pancreatic cancer comparing ranitidine to PPIs (HR 0.66; 0.50-0.86). Of note, there was no longer any increased risk observed with esophageal adenocarcinoma, with a borderline decreased risk observed when ranitidine was compared to PPIs (HR 0.97; 0.53-1.76 compared to other H2RAs; HR 0.62; 0.38-1.00 compared to PPIs). A representation of the data appears below. In supplementary analyses, similar results (i.e., the only statistically significant association was for decreased risk of pancreatic cancer comparing ranitidine to PPIs) was reported for subjects restricted to at least 5 prescriptions.



Contains Confidential Information - Subject to Protective Order



| Ranitidine vs. Other H2RBs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 65/159,816 | 45/130,515 | 1.16 (0.80–1.69) |
| Adenocarcinoma | 22/159,856 | 19/130,537 | 0.97 (0.53–1.76) |
| Squamous cell carcinoma | 17/159,863 | 8/130,556 | 1.71 (0.70–4.15) |
| Stomach cancer | 75/159,814 | 54/130,475 | 1.13 (0.77–1.65) |
| Proximal | 48/159,829 | 31/130,507 | 1.25 (0.73–2.13) |
| Distal | 5/159,886 | 12/130,547 | 0.32 (0.09–1.16) |
| Unknown/several regions | 38/159,886 | 21/130,548 | 1.44 (0.88–2.38) |
| Hepatocellular carcinoma | 23/159,871 | 24/130,529 | 0.79 (0.43–1.44) |
| Pancreatic cancer | 83/159,811 | 83/130,527 | 0.81 (0.60–1.09) |

| Ranitidine vs. PPIs | Ranitidine Events/Person years | Comparison Events/Person years | Hazard ratio (95% CI) |
|---|---|---|---|
| Esophageal cancer | 39/125,594 | 859/2,343,948 | 0.84 (0.61–1.15) |
| Adenocarcinoma | 12/125,608 | 355/2,344,316 | 0.62 (0.38–1.00) |
| Squamous cell carcinoma | 12/125,622 | 217/2,344,680 | 1.06 (0.49–2.28) |
| Stomach cancer | 44/125,588 | 887/2,343,541 | 0.92 (0.68–1.23) |
| Proximal | 26/125,598 | 454/2,344,150 | 1.05 (0.73–1.51) |
| Distal | 3/125,625 | 176/2,344,564 | 0.37 (0.05–2.60) |
| Unknown/several regions | 22/125,625 | 423/2,344,642 | 0.97 (0.63–1.50) |
| Hepatocellular carcinoma | 20/125,616 | 602/2,344,420 | 0.61 (0.35–1.08) |
| Pancreatic cancer | 51/125,582 | 1,447/2,344,003 | 0.66 (0.50–0.86) |



Figure 3: Adami *et al.* 2021

In the analysis that stratified subjects with a least 10 prescriptions by 1 to < 10 years, and after 10 years, statistically significant reductions in risk were observed for pancreatic cancer comparing ranitidine to other H2RAs after 10 years (HR 0.46; 0.24-0.88), pancreatic cancer comparing ranitidine to PPIs within 10 years (HR 0.66; 0.48-0.91), and hepatocellular cancer comparing ranitidine to PPIs within 10 years (HR 0.47; 0.24-0.93).

Adami does not support an association between ranitidine and increased risk (or decreased risk) of any of the cancers studied. Given the number of comparisons performed, there is a possibility that the statistically significant results observed may be chance findings. More importantly, as the authors noted, if a causal association existed, one would expect to see stronger associations with greater numbers of ranitidine prescriptions and follow-up time. As described above, the data do not support increased risk with greater exposure and follow-up time, which is inconsistent with a causal relationship between ranitidine and the cancers studied.



Contains Confidential Information - Subject to Protective Order

The Adami publication is a large study, utilizing a countrywide database with accurate prescription exposure and cancer diagnoses. The use of propensity scores is a reliable method to ensure the groups being compared have similar baseline risks of cancer. In addition, the active comparator design and use of lag time is the best method to protect against confounding by indication, reverse causation, and potential residual confounding for unmeasured variables. As noted by the authors, some cancers my take a longer time to develop and be diagnosed. Thus, the study is limited by the number of participants with long-term follow up. Nonetheless, the analyses evaluating participants with the longest follow up and the greatest exposure to ranitidine provide no evidence of increased risk of any cancer. The study was limited to prescription use, and OTC use could have resulted in exposure misclassification. Overall, this is a well-done study that utilized appropriate methods. This study does not support that NDMA in ranitidine causes upper gastrointestinal cancers.

*10. Kim S (2021)*

Kim *et al*. 2021 is a cohort study utilizing the National Sample Cohort of the Korea National Health Insurance Service (KNHIS). The cohort is comprised of 1,025,340 representative random subjects with data collected from 2002-2013. Of that cohort, the authors identified all subjects who were prescribed ranitidine or nizatidine (also reported to be contaminated with NDMA), or other H2RAs, for more than 30 days between January 2002 and December 2008. Patients were followed until 2013, and patients with gastric cancer were identified. Patients prescribed PPIs were excluded due to concern that hypergastrinemia, gastric atrophy, and bacterial overgrowth could increase gastric cancer risk. Other exclusion criteria included patients under 20, those who died before 2009, subjects diagnosed with any malignancy between 2002-2008, and those diagnosed with other malignancies before the diagnosis of gastric cancer.

The authors used 1:1 propensity score matching according to age, sex, residential area, household income, disability, NSAID dose, and history of smoking and alcohol use. They used a Cox proportional hazard regression model to calculate hazard ratios, adjusting for other predictor variables. The final study population included 13,629 subjects in each group (ranitidine/nizatidine, other H2RA, non-use), including slightly more than 67,000 person-years in each group. The groups were well-matched on demographic variables.

The incidence of gastric cancer was related to male sex, age, household income, disability, and current smoking status. There was no evidence for any association between ranitidine exposure and development of gastric cancer (aHR 1.01; 0.86-1.18). The authors note that “consistent with previous studies, we found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine).”

This is a large, well-matched cohort study, with reliable exposure and outcome data that included a population of patients exposed to other H2RA drugs (i.e., not ranitidine or nizatidine, which potentially contain NDMA above regulatory limits). The authors did not have information on H. pylori status, BMI, lipid profiles, or other chemical


Contains Confidential Information - Subject to Protective Order

exposures. The follow-up time was 5 years, which limits inferences about development of gastric cancer. Kim *et al.* interpret their data to suggest that "the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

This study does not support that NDMA in ranitidine causes gastric cancer.

*11. Norgaard (2021)*

Norgaard *et al.* 2021 is a cohort study using the Danish National Prescription Registry and the Danish Cancer Registry. The study identified three study cohorts: first time users of ranitidine, first time users of non-ranitidine H2-blockers (cimetidine or famotidine), and first time users of PPIs. "First-time users" was defined as subjects who redeemed at least two prescriptions of the same study drug category between 1996-2008, with no prescription of the drug in 1995. The index date was defined as the date of the second prescription. Subjects less than 18 years old were excluded, as were subjects who redeemed a prescription for one of the other drug categories between the first prescription and index date. All individuals who redeemed a prescription for ranitidine bismuth citrate or for nizatidine were excluded.

The outcomes studies were bladder cancer and kidney cancer. Baseline variables were measured at the index date, and propensity scores were developed to compute stabilized inverse probability of treatment weights to ensure the cohorts were matched on covariates that potentially could influence cancer risk. Patients were followed from the index date to the date of bladder or kidney cancer diagnosis, diagnosis of any other cancer except non-melanoma skin cancer, death, emigration, a prescription of nizatidine or ranitidine bismuth citrate, or the end of the study period (December 31, 2018). If subjects in the non-ranitidine cohorts redeemed a prescription for ranitidine, they were censored. Various subgroup analyses were performed, including subjects who required at least 10 prescriptions and 10 years of follow-up after the 10th prescription, "to focus on those with high exposure and long follow-up."

The investigators identified 31,393 initiators of ranitidine, 65,384 initiators of other H2-blockers, and 509,849 initiators of PPIs. Ranitidine subjects were followed for a median of 14 years (IQR 9-18). During follow-up, 270 bladder cancer diagnoses and 107 kidney cancer diagnoses were identified in the ranitidine cohort.

In the primary analysis, no statistically significant association for bladder cancer or kidney cancer was identified comparing ranitidine to other H2 blockers (HR 1.11; 0.95-1.29; HR 0.89; 0.72-1.10, respectively). Compared to PPIs, there was a statistically significant increased risk of bladder cancer, but not kidney cancer (HR 1.24; 1.04-1.48; HR 0.87; 0.67-1.13, respectively). When the authors restricted the analysis to patients who redeemed at least 5 or at least 10 prescriptions (to identify those patients with more exposure), no associations were observed for bladder cancer compared to H2 blockers (HR 0.99; 0.76-1.28 after the 5th prescription; HR 0.73; 0.53-1.01 after the 10th prescription). The same analysis also showed no association with bladder cancer compared to PPI use (HR 1.06; 0.77-1.44 after the 5th prescription; HR



Contains Confidential Information - Subject to Protective Order

0.84; 0.56-1.27 after the 10th prescription). There also was no association with kidney cancer when restricted to either 5 or 10 prescriptions, either compared to other H2 blockers or to PPIs. The authors commented that they "found no dose response association when restricting to persons who redeemed at least five and persons who redeemed at least 10 prescriptions."

To assess the subjects who redeemed the most ranitidine prescriptions and were followed the longest, the authors evaluated those who were followed for 10 years after the 10th prescription. In that analysis, there was no association with bladder cancer compared to H2 blockers or PPIs (aHR 0.75; 0.44-1.28 compared to other H2 blockers; HR 0.73; 0.46-1.15). Of note, when subjects were followed for 10 years after the index date (irrespective of the number of prescriptions) there was a statistically significant association observed with bladder cancer comparing ranitidine to other H2 blockers (HR 1.26; 1.02-1.56), but not compared to PPIs (HR 1.24; 0.96-1.60). The association reported comparing ranitidine to other H2 blockers is inconsistent with the lack of association observed when patients with the most prescriptions were followed. In other words, one would expect, if a causal association existed, to see a stronger association with subjects exposed to the most ranitidine for the longest period of time. The observation that the reported association with bladder cancer 10 years after the index date was reversed in the population followed for 10 years after the 10th prescription of ranitidine is inconsistent with a valid association between ranitidine and increased risk of bladder cancer. There also was no association observed between ranitidine and bladder cancer for patients who initiated treatment in the earliest time period (1996-1999), and therefore had the longest period for which NDMA to act if it indeed increased bladder cancer risk, which is contrary to what one would expect if ranitidine causes bladder cancer.

Finally, when the authors restricted their analysis to invasive bladder cancer, no association with ranitidine use was observed compared to other H2 blockers or compared to PPIs (HR 1.05; 0.84-1.31; HR 0.98; 0.79-1.22, respectively). As described above, this is particularly important as approximately half of all bladder cancers are non-malignant carcinoma in situ.

Similar to Adami, Norgaard *et al.* is large, well-conducted cohort study that was able to account for numerous covariates and that used appropriate active control comparator populations. The authors noted that because OTC medication is more expensive than prescription medication in Denmark, they would not anticipate concomitant use of OTC medications in their cohorts. The authors did not have access to information on smoking status or BMI, but given the design of the study such variables were unlikely to bias the results. The authors interpret their results to suggest that "the N-nitrosodimethylamine contamination found in ranitidine did not substantially impact bladder or kidney cancer occurrence in our population."

Norgaard *et al.* does not provide evidence of a valid association between ranitidine and either bladder or kidney cancer.



Contains Confidential Information - Subject to Protective Order

### C. Screening Studies

In addition to the specific studies designed to examine ranitidine, there have been other epidemiologic studies examining associations between ranitidine and cancer. These studies were screening studies that examined many medications at the same time. Therefore, these studies are hypothesis generating but are not considered along with the studies specifically designed to investigate whether there are valid or causal associations between ranitidine and cancers.

Pottegård and colleagues (2016) conducted screening study with a large number of comparisons. The study used a case-control design to identify associations between prescribed drugs and the risk of various cancer types using data from Danish health registries. The authors investigated 22,125 drug-cancer pairs in 278,485 cases of cancer diagnosed between 2000 and 2012. Of those pairs, the authors identified 1,020 signals, defined as drug-cancer associations with an OR of greater than 1.5 or less than 0.67, or a lower limit of the 95% confidence interval above 1.2 or a higher limit below 0.83. Among the 1,020 drug-cancer pairs that met the authors' criteria for a signal, three were reported as to ranitidine – increased risks for stomach adenocarcinoma (aOR 1.87, 95% CI, 1.43-2.46) and lung carcinoid (aOR 2.18, 95% CI, 1.18-4.04) and decreased risk for esophageal squamous cell carcinoma (aOR 0.62, 95% CI, 0.31-1.23).

The authors recognized that some of the purported signals could be attributed to confounding by indication. For example, the strongest association reported by drug class was between squamous cell carcinoma of the lung and drugs used to treat obstructive airway disease. Chronic obstructive airway disease is caused primarily by smoking. The study was not able to adjust for potential confounding related to lifestyle factors, including smoking. Further, the authors note that approximately 1,100 false positive associations would be expected due to the number of comparisons (22,125). As with other screening studies, Pottegård 2016 should be considered hypothesis generating and not a basis on which to draw conclusions as to causal relationships.

McDowell and colleagues (2021) published a series of nested case-control studies screening medications and cancer risk using the Primary Care Clinical Informatics Unit (PCCIUR) described above for their specific study on pancreatic cancer risk and another study on bladder cancer (see separate descriptions of McDowell and Cardwell, above). As these series of case-control studies examined 5,622 medication cancer associations, and as the authors describe, these associations are used for hypothesis generation. Over 20 different cancer types were examined in different nested case-control studies, and the only association that was found after adjusting for other comorbidities and smoking was with bladder cancer (OR=1.28). However, it should be noted that this same nested case-control study found a positive association between Celecoxib and bladder cancer (OR=1.78), which is inconsistent with the literature which supports a reduced risk of bladder cancer from nonsteroidal anti-inflammatories like Celecoxib. Thus, these signal generating studies can be a useful first step but need to be followed up with other studies specifically designed to test the



Contains Confidential Information - Subject to Protective Order

medication, like the other studies discussed above, as signal generation studies may report spurious findings given the number of comparisons.

## D. Abstracts

In addition to the peer-reviewed published literature discussed above, several abstracts have investigated the potential association between ranitidine use and cancer. Although I summarize the abstract findings below, I have not relied on abstracts for my opinions expressed in this report for several reasons. First, although abstracts are often reviewed by peers for acceptance at meetings, the acceptance is based on only partial information and has not been subject to the full peer-review process required of full articles, which is a critical step (but certainly not the only step) in assessing the validity of the research. Second, abstracts are typically short summaries that don't provide detailed information on methodology needed to evaluate the strengths and limitations of the study. Third, abstracts often present preliminary findings and the results reported in the final, peer-reviewed publication, if ultimately published, may differ. Fourth, there is no systematic approach to identify all the abstracts available on a given subject as only some meeting abstracts are published and indexed in public databases. Because of these reasons, it is not appropriate to rely on abstracts for a causal assessment.

Mohy-ud-din *et al.* 2020 is a cohort study evaluating ranitidine use and the risk of different types of cancer using the IBM Explorys database (same database as the Kim 2020 abstract). This database, which collects health information from electronic medical records, comprised over 65 million patients from 1999-2019, including 1.62 million ranitidine users, and is the largest study on ranitidine and cancer conducted to date. Ranitidine use was compared to two referent groups: patients using famotidine (n=3.37 million) and the general population that did not use either H2RA (n=59.63). Risk factors for cancer were more prevalent in ranitidine and famotidine users compared to the general population, and in famotidine users compared to ranitidine, including older age, smoking, obesity, cirrhosis, alcohol use, and family history of cancer.

While the study was originally published as an abstract and reported no significant results, a subsequent poster discussing the study clarified that the abstract results were not adjusted for risk factors. The poster's adjusted results showed that, compared to famotidine, there was no statistically significant association between ranitidine use and the following cancers: bladder (aOR 0.72, 95% CI, 0.7-0.76), breast (aOR 0.71, 95% CI, 0.69-0.72), liver (aOR 0.64, 95% CI, 0.61-0.66), lung (aOR 0.72, 95% CI, 0.7-0.74), pancreatic (aOR 0.74, 95% CI, 0.7-0.78), prostate (aOR 0.89, 95% CI, 0.87-0.92), and uterine (aOR 0.9, 95% CI, 0.88-0.92) cancers. The authors reported a significant increase in post-adjusted risk ratios for colorectal cancer (aOR 1.08, 95% CI, 1.07-1.1) and melanoma (aOR 1.19, 95% CI, 1.13-1.24).

The significant increased risk in colorectal cancer may be attributable to bias, as the authors did not use lag periods to control for bias. Similar to other studies described above, the use of a reference group of another H2RA medication allows for comparison of two similar patient populations to account for confounding by indication.



Contains Confidential Information - Subject to Protective Order

Joung et al. 2021 is a population-based cohort study evaluating the overall cancer risk of new ranitidine users compared to new users of other H2 blocker drugs (cimetidine, lafutidine, nizatidine, famotidine, or roxatidine) using patient data from the South Korean National Health Insurance Service–National Sample Cohort (the same database used by Kim S. 2021). The study cohort included any individual who used an H2 blocker drug between January 1, 2004 and December 31, 2015 and were at least age 40 on January 1, 2004. The authors further excluded individuals who received a prior cancer diagnosis two years before cohort entry, individuals who used any H2 blocker drug two years before cohort entry, and individuals who used more than one H2 blocker drug at the index date. A total of 87,960 individuals met these criteria.

Of the 87,960 individuals, 18,666 were new users of ranitidine and 69,294 were new users of another H2 blocker. Differences in cancer rates were calculated between the two groups overall (18,666 ranitidine vs. 69,294 other H2 blocker, 1-to-3 ratio) and using a matched propensity score (12,680 ranitidine vs. 12,680 other H2 blocker, c-statistic=0.542). The cancer rate hazard ratios were controlled for age, sex, type of health insurance, income level, region, year of index entry, COPD, alcohol related disorders, hypertension, diabetes, severe liver disease, and obesity.

No differences in overall cancer rates for were observed between new users of ranitidine and new users of other H2 blockers in the overall group comparison (aHR 0.95, 95% CI, 0.83-1.09; n=244) or in the comparison between propensity score-matched cohorts (aHR 0.98, 95% CI, 0.81-1.20; n=205). While the authors did not express which cancer types were included in the comparison, they noted that no differences were observed for any individual cancer type. They further noted that a longer, 6-year lag period did not affect the results.

I am also aware of Braunstein *et al.* 2021, an unpublished, cross-sectional study of cancer patients presenting to Memorial Sloan Kettering Center (MSK), which investigated cancer diagnoses in patients with ranitidine exposure compared to patients with exposure to an active comparator. The study is available online from MedRxiv, and like other abstracts discussed here, was not peer-reviewed by the research community. The study has numerous limitations, including the fact that the entire study population was made up of patients with cancer diagnoses. Dr. Lior Braunstein was deposed in this litigation and discussed the 2021 cross-sectional study. I have reviewed that transcript, and I agree with Dr. Braunstein's testimony that her 2021 study "cannot draw a causal link between Zantac and any specific cancer" (Dep., 67-68) and "does not provide any evidence of increased risk, much less causation" (Dep., 81).

### E. Overall Synthesis and Analysis by Type of Cancer

There is no reliable or consistent association between ranitidine and any type of cancer. I will address each of the alleged cancers below. Forest plots of primary findings are also provided. I have not attempted to illustrate every risk estimate across every study, as there are many sub-analyses. Rather, I focus on the primary, overall results for individual cancers, and important analyses relating to a potential causal relationship (e.g., lag times, comparisons to active controls, and dose/duration analyses). Please


Contains Confidential Information - Subject to Protective Order

note that, in the forest plots, 14 of the 16 studies are shown as point estimates with confidence limits. Two of the earlier studies were not included for the following reasons: Penston 1990, no confidence limits provided; and Chow 1995, ranitidine separate analyses described in report but numerical estimates not provided in tables. These two studies are included below where appropriate for completeness. The methods, characteristics, results, and conclusions of each study are described above.

In my opinion, the most methodologically sound design to assess whether NDMA in ranitidine increases the risk of cancer (either overall or of any particular type) involves comparison to another acid-suppressing medication, and in particular comparison to H2RA, which would most closely resemble the population of ranitidine users. In the descriptive plots represented below, the studies using active comparators are placed at the top. Note, as described above, the use of active comparators in pharmacoepidemiology can provide a more valid comparison as the two groups are more comparable on measured and unmeasured confounding factors, including underlying conditions leading to the use the medication.

Drs. Moorman and McTiernan argue that the active control comparisons are not informative because the active controls themselves may increase the risk of cancer. I disagree. In the case of ranitidine and risk of different cancers, it is my conclusion that the benefit of using the active comparator far outweighs any potential bias from the possibility of the active comparator independently increasing cancer risk. First, there is a large body of literature on H2RAs and the cancers considered in this report, which I have reviewed (see below). These studies overwhelmingly support that it is the underlying conditions and not the H2RAs that are associated with the selected cancer; and these studies have remained overwhelmingly consistent since one of the earliest studies by Chow 1995 as summarized above. This conclusion has been supported both from studies that have individuals with the underlying condition who have not been on medication as well as statistical analyses that can adjust for both the underlying condition and the use of medication. The literature on PPI and cancer risk is smaller and inconsistent, and does not demonstrate that PPI use increases the risk of any particular cancer, including the cancers alleged to be caused by ranitidine. However, even assuming for the sake of argument that long-term use of PPIs increases the risk of selected cancers, there is no evidence based on the substantial data that already exists examining the alleged association between ranitidine and selected cancers that the conclusions regarding potential cancer risks from ranitidine would be any different. The table below summarizes key risk factors for each cancer type in column 2. Many of these risk factors including tobacco exposure, viral exposures and environmental exposures are very strongly related to the cancers and/or challenging to measure in an epidemiological study. An active comparator analysis through design can more closely control for measured and unmeasured confounders rather than by statistical adjustment. The argument against an active comparator analysis by the plaintiffs' experts is that there might be a bias towards the null. As column 4 in the table below shows, the evidence of a bias towards the null by using an active comparator group is minimal at best and has a much smaller, if any, quantitative effect on the overall conclusion.



Contains Confidential Information - Subject to Protective Order

| | **Key Risk Factors (National Cancer Institute 2022)** | **Studies that used multiple comparison groups** | **Quantitative Impact of the different comparison groups on overall findings** | **Conclusion re use of non-use vs. active comparator** |
|---|---|---|---|---|
| Bladder | Smoking<br><br>Occupational and environmental | Cardwell, Kantor, Norgaard | Non-use vs. H2RA 1.16 (Cardwell) Non-use and PPI (1.02, 0.94 Cardwell and Kantor, respectively) H2RA vs PPI 1.07 (Norgaard) | Magnitude of known risk large (e.g., smoking 3-4 fold) (Saginala 2000), also many known risk factors harder to measure (e.g., environmental pollution Burger 2013) supports using active comparator for better control of confounding. Even for studies that had multiple groups, findings support very small differences based on comparison groups. |
| Esophageal | Smoking<br><br>Alcohol<br><br>GI reflux<br>Barrett's<br>Obesity | N/A | N/A | Magnitude of known risk factors large (e.g., smoking) supports using active comparator for better control of confounding.<br>Even for the Tan study, which used non-medication group, finding was 0.7. |
| Gastric | Smoking<br>H. pylori infection<br>Overweight | N/A | N/A | Magnitude of known risk factors large (smoking and H pylori); supports using active comparator for better control of confounding.<br>Even for the studies that used non-medication group as reference - Kim and Liu – they did not support association. |
| Liver | Hepatitis B and C<br>Cirrhosis<br>Alcohol<br>Tobacco<br>Diabetes<br>Environmental factors including aflatoxin | Kim, Adami, Kantor | Kim both H2RA and PPI findings far below 1.0, Adami supports no difference between H2RA findings and PPI findings; Kantor reports differences based on Non-medication group compared to PPI | Magnitude of known risk factors large (Hepatitis B and C), also many known risk factors harder to measure (e.g., environmental exposures) supports using active comparator for better control of confounding. Magnitude of known risk factors also much larger than any reported study with ranitidine (including |



Contains Confidential Information - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| | | | | 1.4 -1.9 for Tran and Kantor) supports use of active comparator for better control of confounding.<br>No evidence that PPI and H2RA result in different conclusion from Adami, |
| Pancreatic | Tobacco<br><br>Overweight/obesity<br>Chemicals and environmental exposures,<br>Diabetes | Adami<br>Kim | Kim both H2RA and PPI findings far below 1.0, Adami supports no difference between H2RA findings and PPI findings | Magnitude of known risk factors larger (e.g., smoking), also many known risk factors harder to measure (e.g., environmental chemicals) supports using active comparator for better control of confounding.<br>Magnitude of known risk factors much larger than any reported study with ranitidine (including 1.37 for McDowell) supports use of active comparator for better control of confounding. |

The Plaintiffs' experts' argument that the overall summary that the results of using the active comparator are biased is clearly not supported. Particularly given the large magnitude of association for many of the established risk factors for these cancers, the importance of valid methods of control of these factors through active comparators methodologically outweighs any use of non-medication group for comparison to draw reliable inferences about the risk of cancer.

Further there is no consistent, epidemiological evidence that supports the proposition that ranitidine is operating as a cancer initiator or as a cancer promoter. As detailed above and summarized below and in Table 1 of the Appendix, there are very large studies with sufficient follow-up time in order to draw conclusions about cancer risk. For example, Norgaard (n=65,384 ranitidine users) followed individuals for 14 years (IQR range of 9-18 years). Similarly, Adami (n=1,093,787) followed individuals for 14 years (IQR 10-18) years.

There are also many large studies that do not support the proposition that ranitidine is operating as a promoter based on either shorter follow-up time and/or specific analyses based on time since initiation of mediation. For example, S Kim (n=1,025,340) followed individuals on average for 5 years and also illustrates the cumulative hazard in Figure 1. If there were any evidence of a promotion effect with gastric cancer it would be seen by a higher curve for ranitidine during the first few years. No such pattern was observed. The large study by Y Kim (n=581,028 ranitidine users) found higher risks earlier on for ranitidine but much higher risk for famotidine and omeprazole earlier meaning that ranitidine was not associated with GI cancer promotion (esophageal, stomach, liver, pancreas, and colorectal) when compared with an active


Contains Confidential Information - Subject to Protective Order

comparator. The large study by Kumar (n=69,157 users of ranitidine) had a median follow-up of 4.4 years and did not find an association with gastric cancer also providing support against the tumor promotion hypothesis. The large Adami study (n=1,093,787) also did not observe stronger associations for esophageal, stomach, liver, or pancreatic cancers within the first 10 years and therefore does not offer support for tumor promotion. Iwagami (n=113,745) also followed individuals on average of 2.4 years (IQR 1.1-4.5) and did not find any associations with bladder, pancreas, and gastric cancer, lending even more support that ranitidine is not operating as a tumor promoter.

*1. Overall Cancer*

While cancer is not one disease, and it is not methodologically sound to draw causal conclusions about individual cancers based on aggregated cancer data, if ranitidine actually caused the numerous types of cancer being alleged, one would also expect to see increased risk of overall cancer in the ranitidine cancer studies. As described above, Habel 2000 reports an increased risk of cancer overall, but Habel is a small study that did not include an active comparator design and had limited ability to adjust for potential confounding variables. Three much larger, recently published studies that were undertaken to assess any effect of NDMA in ranitidine (Iwagami 2021, Yoon 2021, and Kantor 2021) reported no increased risk of overall cancer. Of note, even if one were to argue that active comparator analyses may be biased towards the null, the larger Kantor study (565 cancer cases compared to 81 with Habel) clearly does not support any association with ranitidine exposure and overall cancer group. As described above Habel was unable to adjust for confounding factors (other than age and gender) where all of the other studies were, whether through comparison with an active comparator and/or statistical adjustments in the regression model.



Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and overall cancer. Graphic does not include every sub-analysis and sensitivity analysis reported.*

As seen above, the findings from the largest, most methodologically rigorous studies provide no evidence that ranitidine increases the risk of cancer. These findings are inconsistent with the hypothesis that NDMA in ranitidine increases the risk of, or causes, cancer.

*2. Bladder cancer*

There are five published studies reporting data on ranitidine and bladder cancer risk: Habel 2000, Kantor 2021, Cardwell 2021, Yoon 2021, and Norgaard 2021. Please note that the Habel 2000 study combined bladder and kidney cancer together and the results only reflect 7 cases of both bladder and kidney cancers. Further, the Kantor study only had 16 bladder cancer cases that were exposed, 13 of which were used in the active comparator analyses, and the Yoon study only had 21 exposed cases in the comparison group. As described, when there are few cases in either group that are exposed, it is challenging to estimate associations with precision and over-fitting of models is possible.

The most reliable studies either employed lag-time analyses, active comparator analyses, or both to address protopathic bias and residual confounding respectively.


Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and bladder cancer.*

There is no reliable or consistent evidence of an association between ranitidine and increased risk of bladder cancer, nor a causal relationship. Cardwell, Norgaard, and Yoon reported no association between ranitidine and bladder cancer compared to other H2RA medications, which as described above is the most methodologically rigorous comparison to address residual confounding generally as well as the potential of confounding by indication. In Cardwell, non-ranitidine H2RAs compared to non-use reported a similar magnitude risk of bladder cancer with increased doses, supporting that the association observed in the ranitidine comparison to non-use may be due to



Contains Confidential Information - Subject to Protective Order

confounding. While Cardwell reported that longer duration of exposure may be related to bladder cancer risk when ranitidine was compared to non-users and compared to PPI users, this association was not seen when ranitidine was compared with other H2Ras. By contrast, Kantor found no association when ranitidine was compared to omeprazole, and Norgaard reported no evidence of a dose/duration response with bladder cancer when ranitidine was compared to PPI use. Moreover, the association observed in Norgaard when comparing ranitidine to PPIs was no longer present when the authors evaluated invasive bladder cancer.

It is important to note that unlike many other cancers, a large percentage of bladder tumors are diagnosed before the tumor is invasive. In situ cancers are not malignant. It has been estimated that approximately half of all bladder cancers are found when the tumor is non-invasive or in situ (American Cancer Society 2022). The table below summarizes staging for selected cancers for comparison (National Cancer Institute n.d.).

| | Bladder | Esophageal Cancer | Gastric Cancer | Liver Cancer | Pancreas |
|---|---|---|---|---|---|
| In Situ | 51% | | | | |
| Invasive - Localized | 34% | 17% | 28% | 45% | 11% |
| Invasive - Regional | 7% | 34% | 26% | 26% | 30% |
| Invasive - Distant | 5% | 39% | 36% | 18% | 52% |
| Unknown | 3% | 10% | 10% | 11% | 7% |

Norgaard present results separately for invasive bladder cancer cases (which were 50% of all bladder cancers in the study similar to the table above), and their study supports no association with ranitidine and either active comparator group when focusing on invasive cancer. Yoon also reports only counting malignant neoplasm of any site in the bladder.

In contrast, however, Cardwell does not show analyses separately for malignant bladder cancer and they reported using read code B49 to select the bladder cancer cases. Cardwell and colleagues also report in their discussion that "we did not have access to stage or grade of the bladder cancer diagnosis to allow for investigation of high risk disease". The B49 code, however, includes invasive urinary bladder carcinoma as well as superficial (disorder) carcinoma as well as categories of malignant tumors. Thus, it is likely that the Cardwell study included carcinoma in situ as they were unable to exclude Stage 0. If the same pattern with PPI was observed for Cardwell as


Contains Confidential Information - Subject to Protective Order

in Norgaard, one would expect that the entire association between ranitidine and bladder cancer in Cardwell (OR = 1.20) would be removed (Norgaard reduction = 1.24/0.98 when removing in situ tumors) when applying the similar reduction to Cardwell. Further, Plaintiffs' experts' argument that a PPI comparator is biased toward the null is clearly not seen in Cardwell, which reported a similar finding for PPI (1.2) and for non-medication group (1.22). Given the similarity between the PPI and non-medication group, we could expect a similar reduction to 1.0 if in situ cancers were excluded.

While data regarding ranitidine and bladder cancer consistently show no association when ranitidine is compared to users of non-ranitidine H2RAs, the data regarding comparisons to PPIs and non-users are inconsistent, but best explained by the inclusion/exclusion of in situ tumors or residual confounding, and not indicative of a causal association. Of note, however, there is no association compared to PPI when only invasive or Stage 1+ bladder cancer is considered, as in the Norgaard study. The study authors of Cardwell and Norgaard cautiously interpret their results, recognize that no association between ranitidine and bladder cancer is established in their studies, and call for further studies.

*3. Esophageal Cancer*

There are five published studies reporting data on ranitidine and esophageal cancer risk: Chow 1995, Habel 2000, Tan 2018, Kim YD 2021, and Adami 2021.


Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and esophageal cancer.*

While Habel 2000 reported a statistically significant increased risk of stomach and esophageal cancer combined (not specific to esophageal cancer and therefore should not be used to draw conclusions about esophageal cancer), the conclusion was based on only 6 cases, and thus may be from over-fitting of the multivariable model. Additionally, Tan 2018 reported a borderline significant reduction in the risk of esophageal cancer in patients with Barrett's esophagus, and Kim YD 2021 and Adami 2021, both of which employed active control comparator designs, either reported statistically significant decreased risk of esophageal cancer with ranitidine use, or no association at all. Adami 2021 did report an increase in risk for esophageal adenocarcinoma when compared to H2RAs (HR 1.30; 95% CI 1.01-1.68)) and PPIs (HR 1.27; 95% CI 1.04-1.56), but in subjects with more than 10 prescriptions there was no association compared to H2RAs (HR 0.97; 95% CI 0.53-1.76) and a borderline significant reduced risk compared to PPIs (HR 0.62; 95% CI 0.38-1.00). There were no associations observed with greater duration of ranitidine use. Thus, there is no reliable


Contains Confidential Information - Subject to Protective Order

or consistent evidence of any association between ranitidine and increased risk of esophageal cancer.

*4. Gastric Cancer*

There are numerous published studies reporting data on ranitidine and stomach/gastric cancer risk: Penston 1990, Habel 2000, Liu 2020, Kim SM 2021, Iwagami 2021, Adami 2021, Yoon 2021, Kim YD 2021, and Kumar 2021. The most reliable studies either employed lag time analyses, active comparators, or both in order to address confounding by indication and protopathic bias, which are the most important methodological considerations to assess any relationship between ranitidine and cancer. Those studies found no association between ranitidine and increased risk of gastric cancer, and some reported decreased risk. The studies that reported a statistically significant increased risk (Habel 2000 (esophageal and stomach cancer combined) and Liu 2020) found that the results were driven by protopathic bias, as was shown in analyses performed by the investigators using lagged time periods.


Contains Confidential Information - Subject to Protective Order




*Forest plot of primary findings for ranitidine and gastric/stomach cancer for studies that reported risk ratios and confidence intervals.*

There is no reliable or consistent evidence of any association between ranitidine and increased risk of gastric/stomach cancer.

*5. Liver Cancer*

There are five publications with six separate studies reporting data on ranitidine and liver cancer risk: Tran 2018 (a and b), Kantor 2021, Adami 2021, Yoon 2021, and Kim YD 2021. The only statistically significant positive association between ranitidine and liver cancer was in the Kantor study when comparing with non-users (HR= 1.91, 95%CI = 1.09-3.36). Note that both Tran 2018 and Kantor 2021 used the UK Biobank so cannot be viewed as independent studies. There were very few exposed cases (8 and 13, respectively), and, therefore, the multivariable models are more susceptible to over-fitting. Further, the Kantor finding was no longer statistically significant when



Contains Confidential Information - Subject to Protective Order

comparing ranitidine with other H2RAs (HR= 1.15, 95%CI = 0.58-2.26). Kantor and colleague conclude that "this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly related factor)." Additionally, Kim YD 2021 reported statistically significant decreased risks of liver cancer comparing ranitidine to famotidine and comparing ranitidine to omeprazole.

The most reliable studies, most notably Kim and Adami, had many more cases of liver cancer than the study by Kantor, were not examining liver cancer as an exploratory analysis, compared ranitidine to an active control, and provide robust evidence of no association between ranitidine and liver cancer.




*Forest plot of primary findings for ranitidine and liver cancer.*



Contains Confidential Information - Subject to Protective Order

Of note, the Tran and Kantor analyses of the UK Biobank examine overlapping populations, and so cannot be considered as separate studies or populations. There is no reliable or consistent evidence of any association between ranitidine and increased risk of liver cancer.

*6. Pancreatic Cancer*

There are four published studies reporting data on ranitidine and pancreatic cancer risk: Habel 2000, McDowell 2021, Kim YD 2021, and Adami 2021.




*Forest plot of primary findings for ranitidine and pancreatic cancer.*

There is no reliable or consistent evidence of any association between ranitidine and increased risk of pancreatic cancer. The positive associations reported in the McDowell study and the Habel study did not employ active comparators, which limits the ability of those studies to methodologically address confounding by indication. Further, findings from the McDowell study should be interpreted with caution, as it originated as a screening study and, therefore, is subject to the potential for chance



Contains Confidential Information - Subject to Protective Order

findings due to multiple comparisons. The McDowell study also did not observe a dose-response association. Accordingly, the McDowell authors recognize that whether an association between ranitidine and pancreatic cancer exists is “yet to be determined” and note that, given controversies concerning NDMA, there should be further studies of ranitidine and pancreatic cancer risk. Moreover, the studies that employed active comparator designs either reported no association or reported statistically significant decreased risk of pancreatic cancer (Kim YD, Adami).

### F. Conclusion on Ranitidine Cancer Epidemiology Studies

As described above, there is no consistent, reliable epidemiological support establishing that ranitidine is associated with increased risk of cancer overall or any specific type of cancer, including the various cancers Plaintiffs’ experts allege to be caused by ranitidine. Thus, there is no reliable epidemiological basis supporting that ranitidine causes such cancers. Because only the studies of ranitidine and cancer outcomes inherently account for any NDMA impurity that may be present in ranitidine, the ranitidine epidemiology studies are the only reliable source to assess whether the presence of NDMA in ranitidine has any clinical or operative effect on cancer. Numerous large studies have been performed since NDMA was reported in ranitidine in 2019, and were designed specifically to assess whether NDMA in ranitidine increases cancer risk, including by comparing ranitidine to other H2RAs or PPIs to account for confounding by indication and reverse causation. Those studies uniformly show no statistically significant association between ranitidine and increased risk of any cancer compared to H2RAs. Some statistically significant decreased risks of certain cancers are observed compared to famotidine or other H2RAs, including gastric cancer, esophageal cancer, liver cancer, colorectal cancer, and pancreatic cancer, although the results indicating reduced risk are inconsistently observed and may be explained by residual confounding. As described above, there also are sporadic, inconsistent findings of increased risk, particularly when ranitidine is compared to non-use, which is subject to confounding by indication. Overall, the epidemiological data clearly are not consistent with a causal relationship between ranitidine and any cancer.

## VI. EPIDEMIOLOGICAL STUDIES ON H2RAS & CANCER

I have also reviewed and considered epidemiologic findings on H2RAs (as a group) and cancer risk. I have briefly summarized the findings by cancer type, below. Although I summarize the findings on H2RAs and cancer risk, it is my opinion that studies on ranitidine and cancer risk are the most informative to the question of whether ranitidine causes cancer. Although studies evaluating either cancer outcomes for a different H2RA (e.g., cimetidine) or that group H2RAs together are not a reliable basis to assess the risk of ranitidine and cancer, such studies are informative regarding epidemiologic concepts I describe above, such as confounding by indication and reverse causation.



Contains Confidential Information - Subject to Protective Order

### A. Gastric and Esophageal Cancer

Several studies have been conducted related to risk from H2RAs and gastric and/or esophageal cancers.[6] As some of these studies examined specific histology of gastric cancer include gastric cardia cancers which may be similar in etiology to esophageal adenocarcinomas, gastric and esophageal cancers are discussed together in this section. The studies vary greatly in their design and quality. I have not attempted to describe each study, but rather illustrate common themes across the studies.

La Vecchia *et al.* 1992[7] was a case-control study of gastric cancer which reported a statistically significant association between H2RA use (ranitidine or cimetidine) and gastric cancer (aRR 2.1 (1.4-3.1)); the association was limited to individuals who first started using H2RAs less than 5 years before cancer diagnosis and not for longer duration supporting the role of reverse causation. The same investigators (Fioretti *et al.* 1997) found no association between H2RA use and esophageal cancer (aOR 0.5 (0.2-1.0)). Other case-control studies published in this same time period also found similar to La Vecchia *et al.*, associations with H2RAs and gastric cancer were limited to use 2-4 years before cancer diagnosis but not for longer duration (e.g., Johnson *et al.* 1996). Chow *et al.* 1995 is a medical record based case-control study (*see Section V for details*), which reported no association (aOR 0.6 (0.3-1.3)) between H2RAs combined and adenocarcinomas of the esophagus and gastric cardia (AEC). This study reported significantly increased risks for AEC and several gastroesophageal conditions, independent of H2RA use, which demonstrates the importance of considering confounding by indication in all of these studies. The finding that the underlying condition and not the medication by Chow and colleagues was supported by several case control studies including Birgisson *et al.* 1997, Farrow *et al*. 2000, and Crane *et al.* 2007, Pandeya *et al.* 2010. For example, Birgisson *et al.* 1997, concluded, "The more frequent use of H2RAs and PPIs in patients with adenocarcinoma is not an independent risk factor associated with adenocarcinoma but may reflect the increased frequency of gastroesophageal symptoms and Barrett's esophagus in these patients. This is supported by results of a recent study of Chow *et al.* showing that gastroesophageal reflux, but not H2RAs, is a risk factor for adenocarcinoma of the esophagus." Further support that any associations were limited to the time near cancer diagnosis (reverse causation) and not seen when considering different time periods for esophageal adenocarcinoma and gastric cardia was seen in Suleiman *et al.* 2000.

---

[6] Studies that report findings on H2RAs and gastric cancer include La Vecchia 1990/1992, Chow 1995, Johnson 1996, Farrow 2000, Suleiman 2000, Garcia Rodriguez 2006, Crane 2007, Tamim 2008, Duan 2009, Poulsen 2009, Ahn 2013, Brusselaers 2017, Wennerstrom 2017, Cheung 2018/2019, Niikura 2018, Peng 2019, Lai 2019, Liu 2020, Song 2020, Shin 2021, and Abrahami 2022. Studies that report findings on H2RAs and esophageal cancer include Chow 1995, Birgisson 1997, Fioretti 1997, Farrow 2000, Suleman 2000, El-Serag 2004, Garcia Rodriguez 2006, Crane 2007, Duan 2009, Nguyen 2010, Pandeya 2010, Whiteman 2010, Tan 2018, Kastelein 2013, Thota 2017, Brusselaers 2018, Song 2020, and Seo 2021. Xie 2019 reports findings on upper gastrointestinal cancers.

[7] This study is an update and overlaps with an earlier study by La Vecchia et al. 1990 (1985-1989), which presented similar findings.



Contains Confidential Information - Subject to Protective Order

Other respective case-control studies did not report associations between H2RAs and gastric cancer (e.g., Duan *et al.* 2009).

In addition to the retrospective case-control data, prospective cohort data and prospective nested case-control data also supports that the associations between H2RAs and esophageal adenocarcinoma and/or gastric cardia cancers are explained by confounding by indication as the associations with the GERD is much stronger than any associations with H2RAs (e.g., García Rodriguez *et al.* 2006)

Some prospective studies also support similar effects, where they exist, for both H2RAs and PPI use, which also supports that the most plausible explanation for the association is the underlying condition and not the medication as these classes of medications are very different molecularly (e.g., Tamim *et al*. 2008. Poulsen *et al.* 2009, Liu *et al.* 2020 Shin *et al*. 2021). Other cohort studies, however, found associations with PPIs but not H2RAs for gastric cancer Brusselaers *et al.* 2017, Cheung *et al.* 2018, Niikura *et al.* 2018) and esophageal cancer (Brusselaers *et al.* 2018) and upper GI mortality (Xie *et al.* 2019). A large cohort study (Wennerstrom *et al.* 2017), assessing whether associations between H2RAs and gastric cancer were specific to gastric location, did not find that their hypothesis was supported: "Given their frequent prescription for premonitory symptoms of stomach cancer and the consequent confounding by indication, our analysis focused upon comparing associations with these drugs across anatomic subsites. *A priori*, distal cancers would be equally likely to be preceded by indications for treatment, whereas any additional increase in proximal cancers would support an interpretation that the association is causative. Our findings in general did not support this hypothesis."

Based on the epidemiological evidence to date, it is my opinion that the body of literature on H2RAs and gastric and esophageal cancer (despite its larger relative size) suffers from the same types of biases that affects the literature on ranitidine specifically, including confounding by indication, incomplete measurement of exposure, and reverse causation. There is no reliable and consistent evidence that H2RAs as a group, or any specific H2RAs, cause esophageal cancer.

### B. Liver Cancer

Seven publications address H2RAs and liver cancer.[8] No association for H2RAs was observed in well-conducted studies in the U.S. (Li 2018) and the U.K. (Tran 2018 - PCCIU; Tran 2018 - UK Biobank). In addition, studies from Taiwan found no association between H2RAs and hepatocellular carcinoma (Lin 2020) and cholangiocarcinoma (Peng 2018) in patients with gastroesophageal conditions. Although two other studies from Taiwan reported a significant increased risk of hepatocellular carcinoma among H2RA users (Lai 2013; Shao 2018), neither study was designed to study H2RAs as a primary exposure and assessed H2RAs only as a covariate. The lag periods applied to PPIs in those studies were not applied to H2RAs and these studies did not control for

[8] Studies that report findings on H2RAs and liver cancer include Lai 2013, Li 2018, Peng 2018, Tran 2018, Shao 2018, Lin 2020, and Song 2020.



Contains Confidential Information - Subject to Protective Order

the confounding or confounding by indication to the same extent as Lin 2020, which analyzed the same outcome using the same Taiwan national database and found no association. The epidemiological evidence does not support a reliable, consistent association, let alone a causal association, between H2RAs and liver cancer.

### C. Pancreatic Cancer

Nine publications address H2RAs and pancreatic cancer.[9] Overall, the epidemiologic evidence consistently shows no association between H2RAs as a group and pancreatic cancer (Bao 2010; Bradley 2012; Bosetti 2013; Peng 2018; Hicks 2018; Brusselaers 2020). Although an increased risk was reported in the Lai 2014 study, it is important to consider the limitations of this study in evaluating the true association with H2RAs, as this study only investigated H2RAs as a covariate. Furthermore, there was inadequate control for indication and protopathic bias and confounding. There is no reliable or consistent evidence that H2RAs are associated with, or cause, pancreatic cancer.

### D. Bladder Cancer

Only two studies report findings on H2RAs and bladder cancer. Michaud *et al.* 2004 is a prospective cohort study on peptic ulcer disease and bladder cancer in the U.S. Health Professionals Follow-Up Study. The authors assessed the independent risk of H2RA use in 1986 (at baseline) and found no statistically significant association for bladder cancer (aRR 1.46 (0.85-2.50)). Oh *et al.* 2020 is follow-up study to the Michaud 2004 study extending the follow-up of the Health Professionals Follow-Up Study an additional 16 years (30 years total) from 1986-2016. An independent evaluation of the association between H2RA use and bladder cancer was not performed, however, an additional multivariable analysis was performed further adjusting for the use of H2RAs. The authors explained, “Additional adjustment for H2 blocker, a potential mediator, did not change the results materially.” In other words, H2RA use did not alter the risk of bladder cancer in this cohort.

Overall, there have been no statistically significant increased risks of bladder cancer reported with the use of H2RAs and no reliable evidence that H2RAs increase the risk of, or cause, bladder cancer.

### E. Summary

Overall, the epidemiological data relating to the class of H2RAs and cancer outcomes supports that reverse causation and confounding by indication are critical methodological issues that must be properly accounted for to determine whether an acid-suppressing medication like ranitidine increases the risk of cancer.

---

[9] Studies that report findings on H2RAs and pancreatic cancer include Bao 2010, Bradley 2012, Bosetti 2013, Lai 2014, Hicks 2018, Peng 2018, Brusselaers 2020, Laoveeravat 2020, and Song 2020. Chien 2016 reports findings on periampullary cancers.



Contains Confidential Information - Subject to Protective Order

## VII. EPIDEMIOLOGICAL STUDIES ON NDMA & CANCER

Plaintiffs' experts rely on epidemiological studies of N-nitrosodimethylamine (NDMA) and cancer outcomes to support the theory that NDMA in ranitidine causes various types of cancer. By way of background, NDMA is a type of nitrosamine found in a number of sources, including certain foods and beverages, water, toiletry products, cigarettes, and workplace environments (EPA Technical Fact Sheet - NDMA 2017). Plaintiffs' experts also include the larger literature of dietary and occupational studies of nitrates and nitrites and red meat consumption. Nitrates and nitrites are nitrogen-oxygen chemical units that naturally occur in soil, water, and some foods. When taken into the body by drinking water and through other dietary sources, nitrate and nitrite can react with amines and amides to form N-nitroso compounds. I have considered but do not address the dietary and occupational studies on nitrates and nitrites here, as these studies are challenging for inference and they do not address medication exposure directly. Importantly there is no direct way to infer NDMA exposure from the studies reporting overall nitrate or nitrite exposure. Accordingly, such studies are simply irrelevant and uninformative regarding any cancer risk from ranitidine use.

It also has been well established that nutrient intake through dietary supplements can have very different effects that dietary exposures in carcinogenesis. Large randomized controlled trials (RCTs) of dietary supplements for cancer prevention have resulted in findings that have been very different from studies of dietary intake, which underscores that estimates if dietary exposures should be interpreted cautiously and should not be extrapolated to other settings. For example, RCTs of beta-carotene and selenium supplements have not been associated with reduced incidence of cancer, even though higher dietary sources of these nutrients have been shown to reduce risk of some cancers. The Table below summarizes a few of these well-established and very large RCTs that were not in line with what was expected based studies of dietary intake.

| **Prospective study or RCT** | **Number of people** | **Finding** |
|---|---|---|
| SELECT Trial (Vitamin E and selenium) | >35,000 men age 50+ at start | Trial stopped early as supplements did not show benefit of reducing prostate cancer and in fact follow-up supported an increase in risk in supplement group (Lippman 2009) |
| CARET Trial (beta-carotene and retinyl palmitate) | >18,000 | Supplementation increased lung cancer risk even though dietary sources of beta carotene had been shown to decrease lung cancer risk |
| ATBC (alpha-tocopherol beta carotene trial) (Myung 2010) | >29,000 | Did not reduce lung, gastric, pancreatic cancer, colorectal cancer, upper aerodigestive track cancer – effect seen for alpha-tocopherol and reduced prostate but not for beta-carotene |
| WHS (Vitamin E, aspirin) (Myung 2010) | >39,000 | No effect seen for overall cancers |
| PHS (beta carotene) (Myung 2010) | >22,000 | No effect seen for overall cancers |
| HPSG (Vitamins E, C, and beta carotene) (Myung 2010) | >20,000 | No effect seen in overall cancers |



Contains Confidential Information - Subject to Protective Order

As a result of these trials, among other evidence, the World Cancer Research Fund and American Institute for Cancer Research has recommended against using dietary supplements for cancer prevention even though they recommend a diet high in fruits and vegetables for cancer prevention. Thus, there is ample evidence to support that extrapolation from dietary studies to understand the impact of medications is not reliable. The lack of transportability may be for many reasons, including differences in exposure levels and induction time, but also likely stem from the fact that ingestion of pills versus dietary intake of similar nutrients cannot be compared directly in understanding carcinogenesis.

Another clear example of the lack of transportability between medication exposures and dietary NDMA is a randomized controlled trial conducted by FDA investigators and published in the Journal of the American Medical Association (Florian 2021). The study investigators randomized 18 individuals to receive ranitidine vs placebo with a non-cured and cured meat diet using a cross-over design, which allowed for within-person control. The individuals were monitored and given ranitidine or placebo with non-cured and cured meat diets during a 10-day period. There were no differences in urinary NDMA based on ranitidine exposure compared to placebo whether or not they were on the cured meat or non-cured meat diet: the median 24-hour NDMA urinary excretion values for ranitidine and placebo were 0.6 ng (IQR, 0 to 29.7) and 10.5 ng (IQR, 0 to 17.8), respectively, with a noncured-meats diet and 11.9 ng (IQR, 5.6 to 48.6) and 23.4 ng (IQR, 8.6 to 36.7), respectively, with a cured-meats diet.

There was no statistically significant difference between ranitidine and placebo in 24-hour urinary excretion of NDMA with a noncured-meats diet (median of the paired differences, 0 [IQR, -6.9 to 0] ng; P = .54) or a cured-meats diet (median of the paired differences, -1.1 [IQR, -9.1 to 11.5] ng; P = .71). There also was no impact of ranitidine on plasma NDMA or on DMA urinary or plasma concentrations. Importantly, the lack of transportability is illustrated by the very strong effect of diet on urinary NDMA and the absence of an effect from ranitidine on urinary NDMA with urinary NDMA 22 and 2 times higher when on the cured meat versus noncured meats, for ranitidine and placebo respectively. Thus, dietary NDMA exposure is clearly a different exposure construct than NDMA that may be present in ranitidine.

**Table 2. Effect of Ranitidine on NDMA and DMA 24-Hour Urinary Excretion and Plasma Measurements (Primary and Exploratory Outcomes)**

| Outcome | Diet | Ranitidine, median (IQR) | Placebo, median (IQR) | Paired differences, median (IQR)[a] | *P* value[b] |
|---|---|---|---|---|---|
| No. | 17 | | | | |
| Primary outcome | | | | | |
| NDMA 24-h urinary excretion, ng | Noncured meats | 0.6 (0-29.7) | 10.5 (0-17.8) | 0 (−6.9 to 0) | .54 |
| | Cured meats | 11.9 (5.6-48.6) | 23.4 (8.6-36.7) | −1.1 (−9.1 to 11.5) | .71 |

Because dietary and occupational exposures are so different in terms of duration and amount of exposure across the life course, medications need to be examined separately in assessing risk. Including all of the potential indirect sources of NDMA would be similar to including dietary and occupational sources of hormone exposures when evaluating causality for hormone replace therapy and breast cancer.



Contains Confidential Information - Subject to Protective Order

Methodologically, such conflation of exposures leads to erroneous inferences about the effects of exposures.

For completeness, however, I have reviewed and will discuss the occupational and dietary studies that attempted to measure NDMA exposure directly, rather than overall nitrate or nitrite exposure. As summarized below, the methodology of these studies, particularly given the duration and measurement of the exposures are not informative in understanding whether ranitidine causes cancers. As reviewed above, there are sufficient number of studies evaluating ranitidine directly to assess whether ranitidine increases the risk of cancer.

NDMA is a recognized animal carcinogen, and has been classified by the International Agency for Cancer Research (IARC) in Group 2A, "probably carcinogenic to humans." Of note, probably carcinogenic as defined by the IARC Preamble (2019, pg. 34) is as follows: "The terms probably carcinogenic and possibly carcinogenic have no quantitative significance and are used as descriptors of different strengths of evidence of carcinogenicity in humans; probably carcinogenic signifies a greater strength of evidence than possibly carcinogenic." As I noted previously, it is not reliable to conclude, based on studies in animals, that an exposure will have the same effect in humans. IARC also includes a categorization (Group 1) for exposures where the evidence shows that the exposure is "carcinogenic to humans," a category for exposures that are "possibly carcinogenic to humans' (Group 2B) and a category for exposures that are not classifiable as to carcinogenicity (Group 3).[10] For context, alcoholic products, helicobacter pylori infection, menopausal hormone therapy, hepatitis B and C viruses, Human Immunodeficiency Virus, certain human papillomaviruses, outdoor air pollution, processed meats, tobacco smoking and over another 100 exposures are classified in Group 1. Over 75 exposures are in Group 2A, including anabolic steroids, night shift work, very hot beverages (above 65 degrees Celsius), and consumption of red meat.

It is important to note that Group 2A is summarized by IARC as having limited or inadequate evidence in humans, whereas Group 1 has sufficient evidence in humans (IARC 2019).

Through its classification, IARC has determined that NDMA has only limited or inadequate evidence of cancer in humans. Thus, IARC has determined that the epidemiological data on NDMA are not sufficient to say NDMA causes cancer in humans.

Ranitidine is not included in any of the classification categories, but was assessed by IARC in 1999 in connection with an expert Working Group evaluating

---

[10] Per IARC, the classifications relate to hazard identification, which is distinct from risk assessment. Hazard identification as conducted within the IARC monograph refers to the strength of evidence that an agent is carcinogenic (yes/no in some system at some dose, such as high doses in animals), whereas risk assessment is used to estimate whether a hazard poses a cancer risk for a given scenario and level of exposure. (Samet et al. 2020).



Contains Confidential Information - Subject to Protective Order

studies on gastric cancer in humans in relation to the use of anti-ulcer drugs. The Working Group noted that “a major problem in the assessment of the role of anti-ulcer drugs in gastric carcinogenesis is that the early symptoms of gastric cancer are often difficult to distinguish from those of benign peptic ulcer” (La Vecchia 2003). They recognize that in epidemiological studies, “selective prescription of anti-ulcer drugs for early symptoms of gastric cancer represents a major and unavoidable indication bias in observational (cohort and case-control) studies, which can be addressed only by careful analysis of the time-risk relationship.” This is the problem of reverse causation I described above. The authors also recognize that “assessment of the long-term effects of H2 receptor antagonists on gastric carcinogenesis has, however, been hampered by the fact that the most common indications for use of these drugs (particularly chronic gastritis) are themselves associated with risk for gastric cancer.” This is the problem of indication bias I described above. Moreover, the Working Group recognized the potential contribution of acid suppressing therapy to the generation of carcinogenic N-nitroso derivatives that could provide a theoretical mechanism for carcinogenesis, and to address that hypothesis evaluated the extant epidemiological literature.[11] After review of the epidemiological data, they concluded that “the findings of analytical epidemiological studies are thus consistent with the absence of a causal association between H2-receptor antagonist use and risk for gastric cancer.” The process of the IARC Working Group in 1999 is the same process the scientific community undertook after NDMA was reported to be present in ranitidine: the scientific community evaluated (and in many cases designed and conducted) epidemiologic studies evaluating whether exposure to ranitidine increases the risk of any particular cancer.

The primary type of epidemiological studies on NDMA are dietary studies and occupational studies, which assess the cancer risk based on the estimated exposure to NDMA in the diet or workplace environment, respectively. In addition, there are three studies assessing the potential cancer risk from valsartan, a blood pressure medication reported to be contaminated with NDMA. The valsartan studies are informative insofar as they attempt to assess whether NDMA contamination in a medication results in increased risk of cancer to patients exposed to the contaminated medicine.

While Plaintiffs’ experts allege that it is the NDMA impurity found in ranitidine products that causes cancer, rather than ranitidine itself, that does not negate the importance of the epidemiological studies on ranitidine, or make the epidemiological studies on NDMA dietary or occupational exposure more relevant to ranitidine exposure and potential cancer risk. As NDMA levels have been found in most of the ranitidine products tested to date (FDA 11/01/19), the epidemiological studies on ranitidine inherently account for the exposure to the NDMA impurity. In other words, if the amount of NDMA found in ranitidine products were causing cancer, this would be reflected in the substantial body of epidemiological studies assessing ranitidine and cancer that I

[11] In other words, identifying a potential mechanism is not sufficient to conclude that the mechanism, in fact, has an operative effect in humans. Particularly here, where various levels of NDMA in ranitidine products have been reported by FDA (from undetectable levels to levels well above the regulatory limit), the only way to assess whether the NDMA in ranitidine actually increases the risk of cancer it to evaluate the epidemiological literature on ranitidine and cancer.



Contains Confidential Information - Subject to Protective Order

described above. There simply is no reliable, consistent epidemiological evidence that NDMA in ranitidine increases the risk of any particular type of cancer. Moreover, as will be described in more detail below, there are a number of limitations with the dietary and occupational NDMA studies that hinder the interpretation of their results generally, as well as preclude any reliable extrapolation from NDMA in the diet or workplace environment to NDMA exposure from ranitidine. Finally, even the NDMA occupational and dietary exposure studies are insufficient to conclude that NDMA exposure through the diet or otherwise is associated with increased risk of cancer. While there are animal studies of NDMA showing that at high enough doses of NDMA are capable of having a carcinogenic effect in certain animal species, the human data do not establish a real-world increased risk of cancer from NDMA exposure. This likely is why IARC classifies NDMA as a "probable" human carcinogen rather than a known human carcinogen. While I evaluate and describe the results from the studies on dietary and occupational NDMA exposure and cancer, I do not believe they are useful to draw reliable inferences regarding cancer risk from ranitidine.

### A. NDMA Contaminated Valsartan & Cancer

Pottegard *et al.* 2018, Gomm *et al.* 2021 and Chan *et al.* 2022 evaluate the risk of cancer after exposure to an NDMA-contaminated medication, valsartan, an anti-hypertensive medication.

Pottegard *et al.* 2018 is a nationwide cohort study in Denmark assessing the risk of cancer in patients exposed to valsartan potentially contaminated with NDMA compared to non-contaminated valsartan. The study included 5,150 patients without a prior history of cancer using valsartan between January 2012 and June 2017. Participants were followed from one year after cohort entry (lag time period) until experiencing a cancer outcome, death, migration, or end of study period (June 2018), with a median follow-up of 4.6 years. Information on valsartan use, cancer outcomes, and other patient characteristics were ascertained from four Danish registries: the Danish Cancer Registry, the National Prescription Registry, the National Patient Register, and the Civil Registration System. NDMA contamination of valsartan was specific to drug products manufactured by Zhejiang Huahai Pharmaceuticals (ZHP) in China between the years 2012-2018. In this study, each patient's exposure to NDMA contaminated valsartan was determined using the unique drug ID recorded in the National Prescription Registry, which identifies the valsartan product dispensed and its manufacturer. Of the valsartan prescriptions filled between 2012-2018, 18% were classified as "probably contaminated with NDMA" (manufactured using an active pharmaceutical ingredient (API) from ZHP), 26% as "possibly contaminated with NDMA" (contained an API from both ZHP and from other companies), and 55% as "unlikely to be contaminated with NDMA" (no API from ZHP). Immortal time bias was avoided as NDMA exposure was assessed as a time-varying exposure, meaning individuals contributed follow-up to the non-contaminated cohort until filling their first prescription for a potentially NDMA contaminated product. Compared to exposure to non-contaminated valsartan products, exposure to valsartan products potentially (probably or possibly) contaminated with NDMA was not associated with an increased risk of all cancers (aHR 1.09 (0.85-1.41), n=198), and there was no evidence of a dose-response



Contains Confidential Information - Subject to Protective Order

relationship (p=0.70). Furthermore, there was no statistically significant association for any individual type of cancer evaluated: bladder (aHR 0.66 (0.15-2.89)), breast (aHR 0.85 (0.42-1.73)), colorectal (aHR 1.46 (0.79-2.73)), kidney (aHR 1.00 (0.22-4.65)), lung (aHR 0.94 (0.47-1.91)), melanoma (aHR 1.34 (0.46-3.85)), pancreatic (aHR 0.71 (0.21-2.44)), prostate (aHR 1.33 (0.68-2.62)), and uterine (aHR 1.81 (0.55-5.90)). Sensitivity analyses were consistent with the primary results and remained non-significant.

Overall, this was a well-done study that found no significant association between NDMA contamination in valsartan and any type of cancer. Strengths of the study include ascertainment of data from nationwide health registries, accounting for time-varying exposure, and adjusting for a number of potential confounders. In particular, counting for the time-varying nature of the medication is a robust way to ensure that person time is accurately counted for the exposure and unexposed time periods as individuals may go off and on medications. However, certain important cancer risk factors were not controlled for, including family history of cancer, smoking, alcohol use, and BMI. The presence of residual confounding may falsely elevate findings for risk factors that are both positively related to the exposure and outcome of interest. Another limitation of the study is the relatively short follow-up. Despite limitations, the lack of an association between NDMA contamination in a medication and any type of cancer in the Pottegard 2018 study is consistent with the lack of association reported in the ranitidine epidemiological literature. Moreover, the levels of NDMA in contaminated valsartan were reported to be much higher than the levels of NDMA in ranitidine reported by the FDA (per the authors, the concentrations of NDMA in contaminated valsartan were up to 22 ug in 320 mg tablets, and up to 10 ug in 160 mg tablets). The authors appropriately conclude that “the results do not imply a markedly increased short-term overall risk of cancer in users of valsartan contaminated with NDMA.”

Gomm *et al.* 2021 is a cohort study in Germany based on a German statutory health insurance provider (AOK) assessing the risk of cancer in patients potentially exposed to NDMA-contaminated valsartan compared to individuals who were not potentially exposed to NDMA-contaminated valsartan. The study included 780,871 persons that filled a valsartan prescription during the period 2012–2017, were at least 40-years-old in 2012, and were not diagnosed with cancer between 2009-2013 so that newly incident cancers could be evaluated rather than reoccurrences of existing cancers. Participants were followed from one year after cohort entry (lag time period) until experiencing a cancer outcome, with a median follow-up of 3.25 years. Patient information was taken from the AOK, a German health insurance database that has records of around 25 million persons for the years 2012 to 2017. The AOK data included information, updated quarterly, on patients’ age, gender, outpatient and inpatient diagnoses, and filled drug prescriptions. Valsartan use was determined from records of filled prescriptions, and potential exposure to NDMA-contaminated valsartan was determined from the pharmaceutical registration number (PZN) as product identifier and information on valsartan drug products from marketing authorization holders.

Of the 780,871 individuals selected, 409,183 were classified as “ever” and 371,688 as “never” exposed to potentially NDMA-contaminated valsartan. After adjusting for comorbidities, no association was found for bladder cancer (HR 1.02 [0.95;



Contains Confidential Information - Subject to Protective Order

1.11], n=1491), breast cancer (HR 1.02 [0.96; 1.08], n=2736), colorectal cancer (HR 0.99 [0.94; 1.05], n=2866), kidney cancer (HR 0.96 [0.87; 1.05), n=1091), lung cancer (HR 0.97 [0.91; 1.03], n=2279), malignant melanoma (HR 0.94 [0.85; 1.03], n=983), pancreatic cancer (HR 0.93 [0.84; 1.02], n=967), prostate cancer (HR 1.00 [0.94; 1.06], n=2379), or uterine cancer (HR 1.08 [0.96; 1.21], n=759). No association was observed for all cancer outcomes combined (HR 1.00 [0.98; 1.02], n=24,752), but an increased risk was observed for liver cancer (HR 1.16 [1.03; 1.31], n=736). Further analysis on liver cancer outcomes was performed, and the risk of liver cancer was not statistically significant for long-term (3-years) users of potentially NDMA-contaminated valsartan (aHR=1.22 [0.80; 1.89], n=130). There were no observed differences when liver cancer outcomes were stratified by dose or lag-time.

Overall, Gomm 2021 was a well-done study that was much larger than Pottegard 2018. Like Pottegard, the strengths of Gomm 2021 include the large cohort size and quality sample data. The weaknesses of Pottegard are also the same for Gomm 2021: certain important cancer risk factors were not controlled for, including family history of cancer, smoking, alcohol use, and BMI. The presence of residual confounding may falsely elevate findings when the omitted variables are positively associated with the exposure and outcome of interest. Another limitation of the study is the relatively short follow-up. Overall, Gomm 2021 found no significant association between NDMA contamination in a medication and any type of cancer except liver cancer, and that increased risk was no longer statistically significant when considering longer term use, which is inconsistent with the theory that NDMA contaminated valsartan increases the risk of liver cancer.

Chan *et al.* 2022 is a population-based retrospective cohort study conducted within the Clinical Data Analysis and Reporting System of the Hong Kong Hospital Authority. The cohort was define based on prescriptions of valsartan (n=5,023) or amlodipine (control medication, n=3,692) from January 1 2003 to June 30 2010. After a median follow-up time of 10.97 and 12.12 years for valsartan and amlodipine, respectively the adjusted cancer rate ratio was 0.94, 95% CI = 0.88-1.01) for cancer overall. Of the 7 different cancer types assessed (colorectal, lung, breast, prostate, liver, stomach, and Non-Hodgkin lymphoma) only breast cancer rates were statistically significantly different (decreased) between the two groups (RR = 0.63, 95%CI= 0.46-0.86 for valsartan vs. amlodipine, respectively).

This study had a key advantage of long follow-up time, comprehensive coverage of inpatient records (80%) over a region of 7 million people. The coverage for outpatient records however was only approximately 30%. The electronic medical record also allowed the investigators to adjust for the Charlson Comorbidity but as with other medical record studies, did not have accurate capture of body mass index or smoking and alcohol history.

Together, the Pottegard, Gomm and Chan study are consistent with each other, and do not support any increase in cancer risk from valsartan.



Contains Confidential Information - Subject to Protective Order

## B. Dietary NDMA & Cancer

Nutritional epidemiology is a branch of epidemiology that investigates the relationship between diet and disease. There are unique aspects and challenges to nutritional epidemiology as the diet is a complex exposure comprised of thousands of nutrients and other dietary components. Isolating a single dietary component is difficult, and the effect of a dietary constituent may differ depending on how it is processed and prepared, and through its interaction with other nutrients. For example, even epidemiologists conducting such studies have written that “it remains difficult to attribute the etiology of cancer to a single nutrient” (Song 2015). As dietary constituents tend to be clustered within foods, it makes adequate control of other dietary components particularly important in studying the effect of a single food or food substance. Measurement of dietary intake is also complicated and usually based on self-report. In studies on dietary NDMA and cancer, ascertainment of dietary NDMA levels is a two-step process: participants complete a dietary or food-frequency questionnaire recording their usual dietary intakes over a certain period of time (often one year) and then the NDMA levels in various foods are estimated from published literature or databases. This methodology increases the likelihood of exposure misclassification, as there is potential for error in the dietary recall or the extent the current diet accurately reflects past or future diet. In case-control studies this exposure misclassification of dietary exposures is likely to be differential misclassification meaning that individuals without cancer may be more likely to underreport dietary exposures than individuals with cancer leading to overestimates. Given this known likelihood of bias in case-control studies of diet and cancer, any findings from case-control studies must be replicated in cohort studies when individuals are reporting their diet without knowing their future disease outcomes. There is also potential measurement error in the published data on NDMA content in food as this data is limited for many food items and the NDMA levels vary over time, across countries, and depending on the methods used in food processing, preservation, and preparation (Keszei 2013). Because most people are exposed to some level of a dietary component, including NDMA, dietary studies assess exposure as a continuous or categorical variable across quantiles of exposure (e.g., quartiles 1-4, with 1 being the lowest level of exposure and 4 being the highest), rather than a dichotomous exposure (e.g., ever vs. never exposure). There are many foods that contain NDMA, including processed, grilled, cured, and smoked meat and fish products, pickled vegetables, cheese, and alcoholic beverages. When evaluating the effect of NDMA from the diet, it is extremely difficult to separate out the effect of NDMA from other dietary components. For example, processed meats containing NDMA may also contain high amounts of salt, fat, and heme iron, and cooking meats at high temperatures may result in the formation of heterocyclic amines and polycyclic aromatic hydrocarbons, all which may contribute to a carcinogenic effect (WCRF/AICR 2018).

As with the pharmacoepidemiology studies previously discussed, the two main types of observational nutritional epidemiology studies are cohort and case-control studies. Cohort studies obtain information on diet at baseline and prospectively follow-up on the outcome of cancer, while case-control studies retrospectively assess diet after cancer is already diagnosed. It is well established that prospective cohort studies are superior and more reliable than retrospective case-control studies in nutritional



Contains Confidential Information - Subject to Protective Order

epidemiology as they reduce differential information bias seen in case-control studies and ensure temporality (McCullough 2018; Satija 2015; WCRF/AICR 2018). The World Cancer Research Fund/American Institute for Cancer Research report on "Diet, Nutrition, Physical Activity and Cancer: a Global Perspective" describes "[t]he hierarchy of epidemiological evidence places cohort studies above case-control studies" (WCRF/AICR 2018). There are a number of diet-cancer associations reported in early case-control studies that have not been replicated or confirmed in subsequent large, well-designed cohort studies (McCullough 2018; Satija 2015; WCRF/AICR 2018). A notable example is the relationship between dietary fat and breast cancer, in which a positive association was reported over several decades in animal, ecological, and case-control studies, however, the association has not been adequately replicated in large prospective cohort studies as well as the Women's Health Initiative, a large randomized trial assessing dietary fat and breast cancer risk. As such, the National Cancer Institute (NCI) and WCRF/AICR consider there to be limited evidence for the role of dietary fat in the etiology of breast cancer (WCRF/AICR 2018).

As cohort studies are prospective in nature, many of the biases affecting case-control studies are minimized or absent in cohort studies, including selection bias based on control selection and recall bias based on exposure misclassification (Kelemen 2007; McCullough 2018; Satija 2015). In case-control studies, selection bias may occur as participation rates are often higher among cancer cases than controls, and controls that do participate in dietary studies may be more likely to be overly health conscious. Recall bias, a type of differential exposure misclassification, occurs in case-control studies when the knowledge of the cancer diagnosis influences the self-reported diet such that cases recall their diet differently than controls and may over-report foods they think may have contributed to their cancer. Both of these biases may overestimate the true association of a positive finding. While exposure misclassification may also occur in cohort studies because of dietary measurement error from the questionnaires or databases used (as described above), this type of exposure misclassification is often non-differential, meaning it affects participants irrespective of disease outcome. Non-differential exposure misclassification, particularly in dietary studies that use polytomous categorizations (e.g., quartiles of exposure) rather than a dichotomous scale (e.g., ever vs. never exposure), may bias the association in either direction (Hornell 2017). Going back to the example on dietary fat and breast cancer, a study by the Nurses' Health Study assessed diet before (prospective cohort study) and after (retrospective case-control study) diagnosis of breast cancer within the same group of women (Giovannucci 1993). The age-adjusted odds ratio for dietary fat and breast cancer was 0.87 in the cohort study compared to 1.43 in the case-control study, and the authors concluded their study "illustrates the effect of both selection and recall bias" in retrospective case-control studies on diet.

Overall, there are many limitations to these studies and in general, bias, confounding, and chance cannot be ruled out as likely explanations for the findings for the inconsistent, statistically significant associations reported in some dietary studies of NDMA and cancer outcomes. As described below, the authors of some of the studies themselves recognize this issue. For example, Keszei *et al.* noted, "It is difficult, however, to estimate the N-nitrosodimethylamine intake of individuals based on



Contains Confidential Information - Subject to Protective Order

questionnaire and published data on N-nitrosodimethylamine contents of food. The nitrosamine contents of food vary across countries and over time, because of changes in methods of food processing, and available data are limited for some food items… food-frequency questionnaires are prone to the misclassification of dietary intake…" (Keszei 2013).

Several studies discuss that the presence of residual confounding cannot be excluded in many dietary studies, and that important confounders were not accounted for. For example, one study (De Stefani 1998) reported a statistically significant association between dietary NDMA and gastric cancer. However, in a follow-up study in the same population, but subsequent years (De Stefani 2001), the authors repeated the analysis and found the association was no longer significant when adjusting for additional confounding factors (total energy intake and intake of proteins and total fat). Confounding in nutritional epidemiology is particularly a problem given the number of dietary components in each food item and the diet in general. Finally, most of these studies are evaluating a variety of dietary risk factors (not just NDMA), thus multiple comparisons could result in significant associations by chance alone.

Plaintiffs' experts assert that dietary studies of nitrates, nitrites, and meat consumption should be considered in addition to the dietary studies of NDMA specifically. To provide context why these additional dietary exposures are not relevant, I report the conclusion based on the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) continuous update project by cancer type. (WCRF/AICR 2018). It is important to note that this update in 2018 includes the more recent data particularly from cohort studies, which do not support an association with dietary nitrates, nitrites, or nitrosamines as detailed below. It is essential that the evaluation of the dietary studies include the more recent studies as previous summaries and evaluations that included mainly case-control studies are inconclusive given the numerous biases described above including recall bias. To draw conclusions about causality particularly for exposures that have substantial information bias require confirmation and replication in cohort and case-control studies. For example, in a systematic review published in 2022 (Abasse 2022) examining the potential association between dietary nitrate, nitrite and 13 different cancer types reported the following pooled ORs:

| Pooled ORs (high to low) | Nitrate | Nitrite | Comments |
|---|---|---|---|
| Pancreatic | 0.96, 95% CI = 0.84-1.09) | 0.87, 95% CI = 0.76-0.97 | Evidence of publication bias for nitrite |
| Bladder | 0.94, 95% CI= 0.84-1.04 | 1.07, 95% CI=0.94-1.19 | |
| Esophageal | 0.75, 95% CI =0.57-0.94 | 1.01, 95% CI=0.78-1.23 | |



Contains Confidential Information - Subject to Protective Order

| | | | |
|---|---|---|---|
| Stomach | 0.81, 95% CI= 070-0.92 | 1.06, 95% CI=0.92-1.20 | Evidence of publication bias for nitrate |

The WCRF AICR conclusions are based on a panel review of scientific experts in the field of diet, nutrition and physical activity reached consensus on the scientific evidence present in the Table below and as presented directly from their report summary.

| WCRF-AICR | Bladder (2018) | Esophagus (2018) | Gastric (2018) | Liver (2018) | Pancreas (2018) |
|---|---|---|---|---|---|
| Strong evidence - convincing | | Body fatness | | Aflatoxins, alcohol, body fatness | Body fatness |
| Strong Evidence – Probable | Arsenic in drinking water | | Body fatness (cardia), alcoholic drinks, food preserved by salting | Coffee (decreases) | Adult attained height |
| Limited - suggestive | Vegetables and fruit (decreases) Tea (decreases) | Vegetables (decreases), physical activity (decreases) | Citrus fruit (decreases), processed meat (non-cardia), grilled or BBQ meat and fish, low fruit | Fish (decreases), physical activity (decreases) | Red meat, processed meat, alcoholic drinks, foods and beverages containing fructose, foods containing saturated fatty acids |
| Limited no conclusion | Many dietary factors including meat | Many dietary factors including processed meat, total meat, smoked and cured foods, nitrates and nitrites, frying, grilling, BBQing | Many dietary factors including processed meat (cardia), NDMA | Many dietary factors including meat | Many dietary factors, physical activity |
| Other established factors not in report | Smoking, infection (worms), occupational exposures | Smoking, HPV, reflux disease | Smoking, H pylori, chemical exposure | Cirrhosis, steroid hormone medications, hepatitis, smoking | |

Of note, there is no convincing or even probable evidence that NDMA, nitrosamines generally, nitrites or nitrates in the diet cause cancers of the bladder, pancreas, liver, stomach or esophagus. Further, in addition to the expert review of the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) continuous update summarized in the table above, a systematic review and meta-analysis examining the association between dietary nitrate, nitrite intake, and site-specific cancer risk published in 2021 found the following after reviewing 41 peer-reviewed studies on 13 different cancer types:

1) No association between dietary nitrates and increased risk of any of the five cancers alleged by Plaintiffs' experts
2) No association between dietary nitrites and increased risk of any of the five cancers alleged by Plaintiffs' experts


Contains Confidential Information - Subject to Protective Order

Further, in a recent meta-analysis of red and processed meat intake and cancer incidence and mortality using cohort data from more than 6 million people, concluded that "the possible absolute effects of red and processed meat consumption on cancer mortality and incidence are very small, and the certainty of evidence is low to very low" (Han 2019). Thus, the data based on epidemiological studies of dietary nitrates, nitrites, and red meat does not support an association for the five cancers considered even if one were to accept the premise that dietary intake could be extrapolated to medication exposure which are very different constructs as described above. Thus, the inclusion of dietary studies of nitrates, nitrites, and red meat consumption and cancer risk by Plaintiff's experts to support a causal link between NDMA and selected cancers is entirely at odds with the most recent synthesis of the evidence by experts in cancer epidemiology.

For completeness, I discuss the dietary NDMA studies here, but, for all of the reasons described below, I do not believe that the dietary NDMA data are relevant for assessing whether the association between ranitidine and specific cancers is causal. Below is a description of the overall results of studies assessing the potential association between dietary NDMA and selected cancer sites, including bladder, esophageal, stomach, liver, and pancreas. As discussed above, with few exceptions, most associations were based on categorization of dietary exposures and not continuous measure, so the small magnitude of association that are seen are subject to bias. Also, as discussed above, the small magnitude of effect is not as much a concern if there is consistency across case-control and cohort studies. But as will be clear below, particularly for the large meta-analysis of NDMA and gastric cancer, the case-control studies are not consistent with the cohort studies, and therefore recall bias cannot be ruled out as an explanation for the findings. As noted above, cohort studies are considered more reliable study designs when assessing the effect of diet on cancer risk as there is substantial agreement across the cancer epidemiology community that dietary exposures are subject to recall bias (Slimani 2002, Han 2019). That is why for the last 20 years, cancer epidemiologists have focused on cohort studies of diet and cancer including pooled analyses of individual cohorts to estimate associations between dietary factors and cancer risk. Of note and as summarized below, most of the evidence prior to 2000 regarding diet and cancer was primarily based on case-control studies.

*1. Bladder Cancer*

Ronco 2014 was a retrospective case-control study that examined NDMA exposure estimated from meat consumption and the risk of bladder cancer. The cases were microscopically confirmed transitional-cell carcinoma of the urinary bladder in men. There was no information provided about stage, which is important particularly if carcinoma in situ tumors were included. Cases were from the time period of 1996 to 2005 and were drawn from the four major hospitals in Montevideo, Uruguay. The controls were identified from the same time period and were men afflicted with non-neoplastic conditions not related to smoking and alcohol consumption. By specifically selecting controls based on conditions not related to smoking and alcohol, the



Contains Confidential Information - Subject to Protective Order

investigators created a distortion in the exposure odds for the controls likely leading to a gross inflation of the estimates. The cases were more likely to have been smokers based on overall pack years (p=0.01) and mate drinkers (p <.0001) compared with controls. All the cases and controls were administered a questionnaire by trained social workers shortly after being admitted to the hospital. The questionnaire included information regarding sociodemographics, height, weight five years prior to the interview, family history of bladder cancer, occupational history, smoking history, alcohol consumption, history of beverage consumed, and a food-frequency questionnaire (FFQ) with 64 food items. The FFQ recorded the consumption of food in servings/years and the corresponding portion size per food. Based on this data, the researchers were able to determine the consumption of food in grams per day. The nutrients, including NDMA, were calculated from a table of chemical consumption of the foods. Although the primary analysis of the authors was to compare the odds ratio with various meats, they did calculate the odds ratio for NDMA consumption. The NDMA data were divided into tertiles with the lowest tertile used as the reference. The odds ratio were adjusted for age, residence, education, BMI, smoking, alcohol, mate (stimulating drink containing caffeine and tannins) consumption, and total vegetable and fruit intake. The authors reported positive, statistically significant associations between bladder cancer and total eggs, total meat, salted meat, hot dogs, processed meat, barbequed meat, cholesterol, sodium, nitrate (but not nitrite) and NDMA. The authors also reported a statistically significant decreased association with cheese. Given the case-control design, this study in addition to selection bias based on the control selection likely suffered from recall bias which also would result in inflated estimates.

Jakszyn 2011 studied the association between red meat, dietary nitrosamines, and heme iron with the risk of bladder cancer. The researchers used participants of the European Prospective Investigation into Cancer and Nutrition (EPIC). There were 481,419 participants recruited from 10 European countries. A questionnaire was used to collect information on sociodemographics, lifestyle factors, and medical history. The dietary data was collected by country-specific questionnaires recording the usual diet over the previous 12 months to estimate the intake of red meat. NDMA was estimated through previous estimations in the EPIC-EURGAST study. There were 1,049 bladder cases identified with a mean follow-up of 8.7 years. Participants were excluded if there was an absence of dietary or nondietary information as well as individuals with implausible dietary information or implausible hemi iron intake. After the exclusion, there were 481,419 subjects and 1,001 subjects developed primary bladder cancer. Proportional hazards were used to estimate the association between NDMA and bladder cancer risk. The NDMA data was divided into quartiles and compared to the lowest quartile for purposes of calculating the hazard ratio. The hazard ratios were adjusted and the data was as follows: HRQ4v1: 1.12: 0.88-1.44; HRQ3v1: 1.07: 0.85-1.34; HRQ2v1: 1.14: 0.91-1.42. Overall, the authors found no association between NDMA and bladder cancer risk. The authors of this study cite a previous paper regarding methods of case-ascertainment, and the earlier article reports that carcinoma in situ cases were included (Büchner 2009). None of the findings for dietary NDMA were statistically significant and the authors conclude that “our findings do not support an effect of red meat intake, nitrosamines (endogenous or exogenous) or heme iron



Contains Confidential Information - Subject to Protective Order

intake on bladder cancer risk". In the Plaintiffs' expert report, they cite the relative risk estimates as evidence supporting causality even though the estimates were not statistically significant. Jakszyn and colleagues present the results stratified by high risk versus low risk bladder cancer and comparing Q4 to Q1 for high and low risk was HR = 0.99 (95% CI = 0.72-1.36) and 1.16 (95%CI = 0.83-1.63), respectively.

The different reported results between Ronco 2014 and Jakszyn 2011 regarding a potential association between estimated NDMA exposure and risk of bladder cancer illustrate why cancer researchers look for consistency and replication across different study designs and populations, particularly as positive case-control studies of diet and cancers are not often replicated in cohort studies as seen here. Such failure to replicate dietary associations in cohort studies gives strong support to the argument that recall bias may have be the main reason for the positive findings in the case control studies. There is no consistent or reliable association observed between estimated dietary exposure to NDMA and increased risk of bladder cancer.

*2. Esophageal Cancer*

There are 4 studies of estimated dietary intake of NDMA and esophageal cancer, with no consistent association with increased risk observed.

Rogers *et al.* 1995 is a population-based case-control study from Western Washington State that evaluated 645 cases of newly diagnosed upper aerodigestive tract cancer (169 laryngeal, 125 esophageal, and 351 oral cavity) compared to 458 controls without a history of cancer (frequency matched by age and gender). Cases were identified using the Cancer Surveillance System, part of the Surveillance, Epidemiology, and End Results Program. All of the participants were newly diagnosed with laryngeal, esophageal, or oral cavity cancers (ICD: 140-141.9, 143.0-146.9, 148.0-150.0, and 161.0-161.9) between September 1983 and February 1987. Participants completed a food frequency questionnaire (125 foods and beverages) indicating their usual eating habits 10 years prior to the interview. Amounts of NDMA were estimated using data from the National Academy of Sciences and surveys of NDMA content in meats and fish. Eligible cases were individuals with cancers of epithelial origin, no prior history of cancer, had a residential telephone and had no AIDS diagnosis. NDMA exposure was estimated using data from the National Academy of Sciences and surveys of NDMA content in meat and fish. Of the 125 foods and beverages, 18 of them were estimated to contain NDMA. Odds ratios were adjusted for age, gender, pack-years of cigarettes, drink-years of alcohol, energy intake, ascorbic intake, BMI, and level of education. The data was divided into tertile groups based on daily consumption of NDMA. The lowest tertile (<0.06 μg/day) was used as the control group. A statistically significant association with all upper aerodigestive tract cancers was observed comparing highest estimated NDMA dietary intake (>0.179 μ/day) to lowest estimated intake (OR 1.79, p for trend 0.037), but not for esophageal cancer specifically (p for trend = 0.063). Individuals that consumed the highest amount of NDMA had no association with developing esophageal cancer (OR 1.86: 0.87-3.95). Additionally, the middle tertile (0.06-0.179 μg/day) also showed no association with developing esophageal cancer (OR 1.31: 0.60-2.85). A sub analysis was performed on 33


Contains Confidential Information - Subject to Protective Order

individuals (31 men/2 women) that developed esophageal adenocarcinomas. The crude associations for NDMA were similar to those for esophageal squamous carcinomas; however, the small number of cases prohibited further adjustments. The authors also analyzed their data to account for ascorbic acid and tea intake. Tea and ascorbic acid have shown to inhibit N-nitrosation. The authors noted that there was a reduction in the odds ratio for the three sites combined. When the cancers were analyzed separately, the authors noted, "the reduction in the odds ratio with increasing ascorbic acid intake was evident for each cancer site, although the test for trend was only statistically significant for esophageal cancer (P<0.001 for trend) and laryngeal cancer (P=0.024 for trend) but not oral cancer (P=0.103 for trend). The data suggested that individuals with a high NDMA intake and low ascorbic acid intake are at an increased risk of developing aerodigestive cancers. When adjusted for covariates, there was no evidence that more frequent tea drinking modified the esophageal cancer risk from NDMA intake.

Loh *et al.* 2011 is a prospective cohort study evaluating the relationship between dietary *N*-nitroso compounds and cancer incidence in the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk, UK study. The study included 23,363 men and women aged 40-79 years (mean: 58.6 y), recruited in 1993-1997, with a mean follow-up of 11.4 years. There were 3268 incident cancer cases (ICD-10 C00-C97, excluding C44 (non-melanoma skin cancer). Detailed health and lifestyle questionnaire was completed and blood samples were collected at baseline. Dietary NDMA data was estimated from a food frequency questionnaire (131 food items) on the average consumption of foods during the preceding year. NDMA consumptions were estimated by matching FFQ food items with a food database of potential carcinogens (Jakszyn 2004). When available, the NDMA values for country-specific food items were used. If a food item did not have an estimated value, the value of the closest available food was selected. Subjects were excluded who had cancer at baseline or who had missing dietary data from FFQs. Hazard ratios were adjusted for age, sex, BMI, cigarette smoking status, alcohol intake, energy intake, physical activity status, educational level, and menopausal status (in women). The Loh *et al.* investigators noted that "the lack of food-content information is one of the main difficulties in the assessment of effects of dietary nitrosamines… The unavailability of a complete food-composition table for the NOC content in foods probably led to the use of individual food sources as a proxy measure in previous studies. These foods may be sources of other compounds that may play a role in cancer risk." This highlights the methodological difficulties in trying to assess the potential role of NDMA dietary exposure via FFQs, where there is not only variation of NDMA content across foods/drinks and across time, but also an inability to control for other potential carcinogenic exposures. However, because this was a prospective study, and the dietary assessment was conducted before the diagnosis of cancer, the potential for recall bias and reverse causation was minimized. Loh *et al*. reported a statistically significant association for cancer of the rectum (HR 1.46: 1.16, 1.84), but not colon (HR 0.99: 0.83, 1.18), esophageal (HR 1.13: 0.77. 1.68), or stomach (HR 1.13: 0.87, 1.57). Additionally, cancers of the prostate (HR 1.01: 0.90, 1.13) and lung (HR 1.05: 0.88, 1.24) showed no increased association with NDMA consumption. The authors noted that men had an estimated NDMA intake (~0.08 µg/d) that was approximately double that of women (~0.04 µg/d). The authors postulate



Contains Confidential Information - Subject to Protective Order

that the increased NDMA intake for men is associated with increased consumption of cured meats and beer. The authors did not however perform a sex-specific analysis for individual cancers. Given the many comparisons performed, the possibility that reported significant associations for rectal cancer arose by chance cannot be excluded.

De Stefani et al. 2012 is a hospital-based case-control study from Uruguay (1996-2004) that examined 234 cases of newly diagnosed and microscopically examined esophageal squamous cell carcinoma (ESCC). 2020 subjects with conditions not related to tobacco smoking or alcohol drinking and without recent changes to their diets (frequency matched on residence and other sociodemographic variables) were used as controls. Dietary intake of NDMA was collected by food-frequency questionnaire (64 food items) and referred to food consumption in the 5 years before the interview. Odds ratios were adjusted for age, gender, residence, education, BMI, smoking, alcohol drinking, maté consumption, total energy intake, total vegetables and fruits, total grains, nonmeat fatty foods, and different types of meat. The study reported statistically significant, positive associations with the risk of ESCC for lamb meat, fried red meat, barbecued red meat, boiled red meat, salted meat, heterocyclic amines (PhIP), and NDMA. The authors note that “selection bias is probably almost unavoidable… Recall bias, which is avoided in prospective studies, is a major threat for case-referent studies… Since the items in the questionnaire referred to consumption 5 yr before the date of the interview, it is not possible to exclude nondifferential misclassification of the exposure, that is, results closer to the null.” They further cautioned that “some authors have suggested that the Helicobacter pylori infection could be co-carcinogenic in ESCC. Unfortunately, we did not have samples and could not evaluate the role of this bacterium in the present study.”

Keszei 2013 is a prospective cohort study out of the Netherlands involving 120,852 men and women aged 55-69 years. Self-administered questionnaire was completed at baseline on dietary habits and other risk factors for cancer. The baseline questionnaire included 150 items on food and beverage consumption during the year before the start of the study and was validated against a 9-d diet record. NDMA estimated values in food items were extracted from publications on NDMA content in food in the 1970s and 1980s. Subjects were followed for 16.3 years. 924 incident, microscopically confirmed cancer cases identified: 110 esophageal squamous cell carcinoma (ESCC), 151 esophageal adenocarcinoma, 166 gastric cardia adenocarcinoma, and 497 gastric noncardia adenocarcinoma (GNCA). Individuals with prevalent cancer (except skin cancer) at baseline, and those with incomplete and/or inconsistent dietary data were excluded. Hazard ratios were adjusted for age, smoking status, years of cigarette smoking, number of cigarettes smoked per day, total energy intake, BMI, alcoholic beverages not including beer, vegetable intake, fruit intake, level of education, and nonoccupational physical activity. The HR for esophageal adenocarcinoma additionally adjusted for use of lower esophageal sphincter-relaxing medications. A statistically significant association was reported between estimated dietary intake of NDMA and ESCC, but not esophageal adenocarcinoma or other gastric cancer subtypes. They reported results based on a continuous measure of NDMA (per .1 microgram per day) as well as tertiles.


Contains Confidential Information - Subject to Protective Order

Overall, the results were inconsistent between the two cohort studies and also inconsistent across case-control and cohort designs.

*3. Gastric Cancer*

*Case-control studies: Overall summary.* Three hospital-based case-control studies in France (Pobel 1995), northern Italy (La Vecchia 1995), and Uruguay (De Stefani 1998) reported statistically significant associations between dietary NDMA and gastric cancer. However, subsequent studies in central Italy (Palli 2001) and Uruguay (De Stefani 2001) did not report an association. Particularly, De Stefani 2001 was a follow-up study of De Stefani 1998 that was conducted to specifically adjust for additional confounders, including total energy intake, and there was no longer an association between NDMA and gastric cancer in the setting of better control for confounding. A population-based case-control study in Canada also did not find an association between dietary NDMA and gastric cancer (Risch 1985).

Pobel 1995 is a case-control study looking at the association between gastric cancer and diet. The study was conducted with cases from Marseille, France, identified via the departments of gastroenterological surgery of 8 centers for gastric surgery in Marseille. There were 92 patients that were histologically confirmed with adenocarcinoma and 128 controls. Both cases and controls were identified between 1985 and 1988. The controls were group matched to cases by sex and age. Only French citizens who had lived in France for at least 20 years were considered. Interviews were conducted by a trained dietician. The dietary patterns were identified by a diet history questionnaire which included the primary dietary sources of nitrate, nitrite and nitrosamines, including NDMA. The food items were described by the subjects in terms of their usual portion size and average frequency of consumption for the year preceding the first symptoms of disease. Values of nitrate, nitrite, and NDMA were estimated based on a table from available literature. The odds ratios were calculated between stomach cancer risk and dietary variables with adjustments made for total calorie intake. Each dietary variable, including NDMA, was subdivided into tertiles defined by daily intake. The lowest tertile was used as the reference. The authors noted that NDMA intake was significantly higher for cases rather than controls. They observed an increased risk of gastric cancer for the high levels of NDMA intake (OR2: 4.13; 0.93-18.27; OR3 7.00; 1.85-26.46). They also confirmed the association and found a linear increased risk of gastric cancer with increasing NDMA intake of NDMA ($p=0.04$). The authors noted that their study NDMA could be a marker for overall intake of foods rich in nitroso compounds and poor in protective factors that could contribute to different stages of carcinogenesis.

La Vecchia 1995 is a hospital-based case-control study conducted in Northern Italy between 1985 and 1993. The cases and controls were identified through a network of hospitals in the Greater Milan area. Trained interviewers administered a questionnaire with questions on sociodemographic and anthropometric characteristics, smoking habit, the frequency of intake of 29 foods, alcohol and coffee consumption, and family history of cancers. There were 746 cases with histologically confirmed stomach cancer that were diagnosed no longer than one year prior to the interview. There were



Contains Confidential Information - Subject to Protective Order

2,053 controls identified through the same hospital network. The estimates of NDMA intake were derived from the food content values in the survey. The NDMA intake was divided into tertiles. The authors noted a moderate but significant association between NDMA intake and gastric cancer with the association being observed over across sex and age. When controlled for age, sex, education, family history of gastric cancer, combined food score index, intake of beta carotein, vitamin C, total calories, and nitrate and nitrite intake, the adjusted odds ratio were (OR2v1: 1.11; 0.9-1.4 and OR3v1: 1.37; 1.1-1.7). The authors identified that their data was based on a single n-nitrosamine identified in a select few food items. The authors also noted several limitations of their study. Several of the food items in their questionnaire that contributed to the estimated NDMA intake are not frequently consumed, so there may have been some misclassification of intake. Additionally, they noted that their questionnaire had not been validated, and they had no available data on the nitrate content of the water in the region. Lastly, they added that there was a lack of information on the other nitrosamines, which could lead to a systematic underestimation of true association.

De Stefani 1998 is another hospital-based case-control study. Between 1993 and 1996, newly diagnosed and microscopically confirmed gastric cancer patients admitted to the four major hospitals in Montevideo, Uruguay, were identified. There were 340 patients with gastric cancer. The controls were selected from the same hospitals during the same period with an inclusion criteria of 25-84 years old, free of digestive tract disorders or nutritional disorders, and free of alcohol or tobacco-related conditions. Overall 698 controls were identified. Cases and controls were interviewed. The questionnaires contained sections related to sociodemographics, tobacco history, alcohol history, and a food-frequency questionnaire. The authors noted that the food frequency questionnaire is rather limited; however, it detailed concerning meat items. The frequency of each food was multiplied by the nutrient content of a standard average portion to determine the intake of micronutrients and chemicals, including NDMA. The NDMA values were obtained from sources from other populations. With the data the researchers estimated the relative risks of stomach cancer from the odds ratio. When the researchers divided the NDMA intake into quartiles, the odds ratio of their data was: ORQ4vQ1: 3.62; 2.38-5.51; ORQ3vQ1: 3.23; 2.13-4.89; ORQ2vQ1: 2.07; 1.36-3.18. From their data the authors concluded that there was an increased risk of gastric cancer from NDMA dietary exposure in the Uruguayan diet.

Palli 2001 is a population-based case-control study looking at dietary intake and gastric cancer risk. Gastric cancer cases were identified between 1985 and 1987 in central Italy. The cancer cases were histologically confirmed. Controls were generated from a random computerized list of residents. Overall, the researchers identified 382 gastric cancer cases and 561 controls. Participants answered a questionnaire to record information on demographics, anthropometric, socioeconomic, residential, occupational, smoking, medical, family, and dietary information. The researchers compiled dietary information by asking about consumption frequency for 181 food and beverage items. Nutrient, including NDMA, and energy for each food were estimated from Italian food composition tables. The nutrients were divided into tertiles and the odds ratio were computed. The second and third tertiles were compared to the first tertile. For NDMA,



Contains Confidential Information - Subject to Protective Order

the researcher noted no relationship between estimated intake for either tertile ($OR_{Q3vQ1}$: 1.1: 0.8-1.5; $OR_{Q2vQ1}$: 1.1: 0.8-1.6) with a p-value of 0.7.

De Stefani 2001 is a follow-up study to their analysis on meat consumption and stomach cancer risk that was published in 1998, discussed above. De Stefani et al. noted that they did not control for energy intake in the 1998 study. Because of this, they conducted another case-control study of diet and stomach cancer in Uruguay. The researchers identified 123 cases of stomach cancer that were histologically confirmed and diagnosed in one of the four major hospitals in Montevideo, Uruguay. Cases and controls were both identified between September 1997 and August 1999. The researchers identified 264 eligible controls with nonneoplastic diseases from the same four hospitals as the cases. Both the cases and controls were interviewed by trained social workers shortly after being admitted to the hospital. The questionnaire included sections on sociodemographics, tobacco smoking, alcohol, history of mate (local herbal tea), occupational history, family history of cancer, anthropometric measures, and a food-frequency questionnaire. The FFQ detailed the weight and food consumption of 64 dietary items and their intake for five years prior to onset of symptoms or the interview. Food item intake was calculated by multiplying portion size by consumption frequency. To calculate NDMA, the researchers used tables developed by Cornee and coworkers. The foods and nutrients were adjusted for total energy intake by the residuals method. The odds ratios and confidence intervals were calculated after terms for age, gender, residence, and urban/rural status were included. NDMA intake was divided into tertiles for odds ratio analyses, and the higher tertiles were compared to the lowest. Before adjustment for total energy intake, the authors noted a statistically significant association between high NDMA intake and gastric cancer risk (ORQ3vQ1: 2.2: 1.2-4.1) however, after the adjustment for energy intake the odds ratios of NDMA intake were $OR_{Q3vQ1}$: 1.5: 0.9-2.8 and $OR_{Q2vQ1}$: 0.8: 0.4-1.6. The authors note that the findings replicate their earlier results, however, the effect of NDMA intake was no longer significant after controlling for energy intake. The authors added that the lower exposure to salted meat in this study could account for the modest increase in risk in the 1998 study.

Risch 1985 is population-based case-control study that examined dietary factors and the incidence of stomach cancer. The cases and controls were identified between 1979 and 1982 in Canada. The researchers identified 246 individuals with newly diagnosed gastric cancer aged between 35 and 79 years old. Controls were identified through household surveys and door-to-door identification. The controls were matched to cases on sex, birth year, and province residence. After exclusions and interviews, there were 246 controls. The patients filled out two questionnaires. The first questionnaire covered family, medical, and occupational history as well as socioeconomic factors and changes in diet during adulthood. The second questionnaire was a dietary questionnaire with questions related to amount and frequency of an unspecified number of food items. The dietary information collected was converted into estimated intake of calories and 35 different nutrients. The researchers accounted for simultaneous effects of multiple exposure factors, which may act to confound each other by employing conditional logistic regression techniques. The odds ratio and confidence interval for dimethylnitrosamine (NDMA) was OR: 0.94: 0.14-6.13 with a p


Contains Confidential Information - Subject to Protective Order

value that was labelled not significant. The authors noted that NDMA intake showed little effect on gastric cancer risk.

*Cohort studies: Overall summary.* Six cohort studies have investigated the relationship between dietary NDMA and gastric cancer in the U.S. and Europe (Chyou 1990; Knekt 1999; Jakszyn 2006; Larsson 2006; Loh 2011; Keszei 2013) and most of them have reported no association. A cohort study in Sweden reported a significant association between gastric cancer and the highest quintile of dietary NDMA exposure (Larsson 2006). A cohort study in the Netherlands reported no significant increased risk of gastric adenocarcinoma (either cardia or noncardia) in individuals exposed to the highest tertile of dietary NDMA compared to the lowest tertile, nor was there a dose-response relationship (Keszei 2013). However, when NDMA exposure was evaluated as a continuous variable of 0.1 mcg/day increments, there was a weak, but statistically significant increased risk of gastric noncardia adenocarcinoma in men only. Cohort studies in Hawaii (Chyou 1990), Finland (Knekt 1999), and the European Prospective Investigation into Cancer and Nutrition (EPIC) studies (Jakszyn 2006 [10 European countries]; Loh 2011 [Norfolk, UK]) reported no association between NDMA and gastric cancer. A meta-analysis on dietary NDMA and gastric cancer reported an overall statistically significant association (RR 1.34 (1.02-1.76)), however, the association was significant only in case-control studies (RR 2.05 (1.14-3.67)) and not cohort studies (RR 1.09 (0.89-1.33)) (Song 2015). As discussed above, cohort studies provide a more reliable assessment of diet-cancer associations. Furthermore, the authors did not include two case-control studies that found no association -- Risch 1985 and De Stefani 2001 (including instead the less adjusted De Stefani 1998) – therefore, skewing the results upwards.

Chyou 1990 is a case-cohort study, as described by the authors, examining diet and stomach cancer. The controls were determined to be cancer free, which is not typical of a case-cohort design. If the cancer-free status was at the end of the overall period, the authors used cumulative sampling rather than incidence sampling. In either event, given the low rate of loss to follow-up and the completeness of the cancer registry, it is unlikely to affect the interpretation of the ratio measures. Between 1965 and 1968, 8006 Hawaiian men of Japanese ancestry were interviewed. The men were born between 1900 and 1919. The researchers performed continuous surveillance of the major hospitals in Oahu for 18 years and identified 111 incident stomach cancer cases. For the controls, a random sample of 361 cancer-free men were chosen. The cases and controls were given a 24-h dietary recall questionnaire. Consumption frequencies of predefined units of 54 common food items were tallied by nutritionists. Food items were grouped on the questionnaire based on similar macronutrient composition. For items not on the questionnaire, the nutritionists calculated the nutrients by hand. The authors stated that the nutrient data bank included information on calories, carbohydrates, fat, protein, cholesterol and sodium. As part of their analyses, the researchers looked at the intake of nitrate-related compounds, including dimethylnitrosamine (NDMA). The authors noted that there was not a great difference in the consumption of NDMA between cases and controls (cases: mean of 0.8 µg/day; controls mean of 0.6 µg/day) with a P value of 0.10. The authors adjusted for age at time of examination to compare the mean values.



Contains Confidential Information - Subject to Protective Order

Knekt 1999 is a cohort study examining the relationship between colorectal and gastrointestinal cancers with exposure to nitrate, nitrite, and n-nitroso compounds. The study was on subjects in several regions of Finland between 1966 and 1972. The researchers acquired detailed dietary information from 9,985 individuals. The subjects were questioned on their food items and dishes that they consumed during the prior year. The mean daily intake of nitrates and nitrites were estimated from a previous report. The researchers estimated levels of dietary NDMA from the reported information on salted fish and cured meats and sausages. They noted that the mean daily intake of NDMA from diet was 0.052 µg and beer 0.071 µg. The NDMA date was divided into quartiles with the higher quartiles being compared to the lowest quartile to determine the relative risk for three cancers: head and neck, stomach, and colorectum cancer. After adjustments for sex, age, municipality, smoking and energy intake the relative risks are as follows: head and neck ($RR_{Q4vQ1}$: 1.37: 0.50-3.74; $RR_{Q3vQ1}$: 1.95: 0.73-5.17; $RR_{Q2vQ1}$: 2.82: 1.11-1.17; p value: 0.43), stomach ($RR_{Q4vQ1}$: 0.75: 0.37-1.51; $RR_{Q3vQ1}$: 0.78: 0.39-1.56; $RR_{Q2vQ1}$: 1.03: 0.55-1.95; p value: 0.39), and stomach cancer ($RR_{Q4vQ1}$: 2.12: 1.04-4.33; $RR_{Q3vQ1}$: 1.95: 0.95-3.99; $RR_{Q2vQ1}$: 1.47: 0.69-3.11; p value: 0.0.47). The authors collected dietary NDMA from beer for a subpopulation. When the NDMA from beer was included in their analysis of total NDMA intake the relative risks were as follows: head and neck cancer: RR: 1.95: 0.62-6.15; stomach cancer: RR: 0.70: 0.30-1.64; and colorectal cancer: RR: 2.23: 1.02-4.86. Overall, the authors noted an increased risk of colorectal cancer among individuals with high intake of NDMA, but there was no association between NDMA intake and stomach cancer or cancers of the head and neck. The authors noted that the nitrosamine intake is difficult to calculate because nitrosamine content is affected by environmental factors with varying concentrations being detected in similar foods. Additionally, the nitrosamine content of certain meats has reduced over time due to changes in processing.

Jakszyn 2006 is a study from the European Prospective Investigation into Cancer and Nutrition (EPIC) study. The EPIC cohort consists of 521,457 individuals from 10 European countries. The individuals are between 35 and 70 years old and were recruited between 1992 and 1998. The researchers used the cohort to examine the exposure of dietary intake of and endogenous formation of n-nitroso compounds and the risk of gastric cancer. Overall, 314 individual cases of gastric cancer were identified from the EPIC cohort for their analysis. The authors used a diet and lifestyle questionnaire to determine the usual diet over the previous 12 months prior to study recruitment. The lifestyle questionnaire included questions on education, smoking, alcohol, occupation, reproductive history, and use of hormones. Dietary NDMA intake was estimated from matching foods with a food database with potential carcinogens. When available country-specific food items were selected. The researchers noted that the mean intake of NDMA was 0.26 µg/day for cases and 0.19 µg/day for controls. NDMA intake was divided into tertiles for purposes of calculating the hazard ratios. The ratios were adjusted by sex, height, weight, education level, tobacco smoking, work and leisure activity, citrus and non-citrus fruit intake, vegetable intake, energy intake, and nitrites. After adjustments, there was no increase in risk related to NDMA intake for stomach cancer or for the carda or non-cardia analyses. The hazard ratios for NDMA are $HR_{Q3vQ1}$: 0.99: 0.69-1.41; $HR_{Q2vQ1}$: HR: 0.87: 0.64-1.2. In addition, there was a continuous analysis that also showed no increase in risk with NDMA intake. The



Contains Confidential Information - Subject to Protective Order

authors reported a strength of their study was that their results were from one of the largest cohorts specifically designed to investigate diet and cancer.

Larsson 2006 is a population-based cohort study using data from the Swedish Mammography Cohort on 61,433 women. The authors assessed associations between intake of processed meat and NDMA and the risk of stomach cancer using information provided in a food-frequency questionnaire at baseline (between 1987 and 1990) and updated in 1997. NDMA intake was calculated by multiplying the average frequency of consumption of each food item by the NDMA content of age-specific portion sizes. When women in the top quintile of NDMA intake was compared to women in the bottom quintile, the authors reported a statistically significant association with the risk of stomach cancer (HR 1.96, 95% CI, 1.08-3.58). The authors noted the potential for misclassification of meat and NDMA intake and the limited information on smoking and *Helicobacter pylori* infection.

As described above, Loh 2011, a prospective cohort study in the UK, found no association between dietary NDMA exposure and the risk of gastric cancer.

Keszei 2013, also described above, was a prospective cohort study in the Netherlands, which investigated the relationship between dietary NDMA intake and gastric and esophageal cancer. They reported results based on a continuous measure of NDMA (per .1 microgram per day) as well as tertiles. The authors reported a statistically significant association between estimated dietary intake of NDMA and esophageal squamous cell carcinoma (ESCC), however, the authors found no statistically significant association between dietary NDMA intake and esophageal adenocarcinoma or other gastric cancer subtypes.

*Meta-analysis:* In a meta-analysis of dietary nitrates, nitrites and nitrosamines intake and the risk of gastric cancer (Song 2015), the 11 studies of dietary NDMA exposure that were included were determined to be heterogeneous based on the heterogeneity index. Specifically, there was no association between dietary NDMA and gastric cancer in the cohort studies and a positive association in the case-control studies. Given the differences between the cohort studies and the case-control studies, recall bias is the most likely explanation for the findings and there is no causal association with dietary NDMA and gastric cancer. The combined estimate of heterogeneous results cannot be used to establish causality, and the authors themselves concluded as such: “Due to the lack of uniformity for exposure assessment across studies, further prospective researches are warranted to verify these findings.”

*4. Liver Cancer*

There is a single case control study by Zheng *et al.* 2021 that studies dietary N-nitroso compounds, including NDMA, and the risk of hepatocellular cancer (HCC). The researchers used a large, hospital-based case-control study to investigate the potential association. There were 827 HCC cases that were identified pathologically or radiologically, and there were 1,013 controls. The cases were identified through the University of Texas MD Anderson Cancer Center’s gastrointestinal medical oncology



Contains Confidential Information - Subject to Protective Order

and surgical oncology outpatient clinics. The control cases were free of cancer at recruitment and were acquaintances of cancer patients. Cases and controls were recruited between January 2004 and December 2018. Cases and controls were excluded based upon implausible total energy intake, and subjects that left more than half of the food items blank in the FFQ. The researchers calculated n-nitroso compound (NOC) intake by linking answers to a food frequency questionnaire-derived dietary data with a database of NOC concentrations. The FFQ was designed to collect usual dietary intake from the previous year. There were two questionnaires administered that covered 84 and 131 food items, respectively. To calculate a participant's dietary NOC intake, the researchers linked the data from the FFQ to a database with data on 21 NOCs, nitrite, and nitrate in 500 foods. To estimate the dietary intake of NOCs, the portion size was translated to weight and multiplied by the weights of the intake frequency. The dietary intake of total NOCs was divided into quartiles with the lowest quartile used as the reference group. The higher quartiles were compared to the lowest quartiles while adjusting for confounding factors such as total calorie intake, age, sex, race, education level, BMI, alcohol, history of diabetes, smoking status, and family history of liver cancer. To control between plant and animal food sources, total dietary intake of red and processed meat was adjusted for in the analysis of NOCs from plant sources and dietary sources of plant sources were controlled for in the in the animal foods analysis. The researchers did not see a significant sex difference in the NOCs and HCC associations, so all analyses were performed with men and women combined. The main analyses were restricted to individuals without a history of diabetes, HBV, and/or HCV infection. The highest versus lowest quartile of NDMA from plant sources ($OR_{Q4}$ vs $OR_{Q1}$=1.54; 1.01-2.34). Because of this odds ratio observation, the researchers concluded that greater intake of NDMA from plant sources was associated with a higher risk of HCC. The authors noted that the positive association between NDMA from plant sources and HCC should be further investigated in a prospective cohort study. There was no association found between animal sources of NDMA and HCC ($OR_{Q4}$ vs $OR_{Q1}$=1.26; 0.83-1.91).

### 5. *Pancreatic Cancer*

There is a single case-control study by Zheng *et al.* 2019 using data from a hospital-based case-control study to measure association between total dietary NDMA and pancreatic cancer (Zheng 2019). The researchers identified 957 pathologically confirmed pancreatic ductal cancer patients from the University of Texas MD Anderson cancer center. There were 938 frequency-matched control cases that were acquaintances of non-pancreatic cancer patients. Cases and controls were simultaneously recruited between January 2002 and June 2009. The individuals were interviewed with two versions of a food frequency questionnaire. The questionnaires covered 84 and 131 food items. Portion size was specified on both questionnaires as well as frequency of intake. A N-nitroso database consisting of 21 different NOCs, nitrate, and nitrite was used to calculate NOCs, nitrate, and nitrite values in the study. Individuals were removed with improbable dietary intake and those that left more than half of the food items blank. The data was divided into quartiles based on NOC intake (0.28, 0.45, 0.58. 0.99 µg per 1000 kcal/day of NDMA) and stratified by dietary source (plant and animal). Prior to stratification there was no association between NDMA


Contains Confidential Information - Subject to Protective Order

intake and pancreatic cancer ($OR_{Q4vsQ1}$: 1.03; 0.78-1.37; $OR_{Q3vsQ1}$: 1.03; 0.78-1.37; $OR_{Q2vsQ1}$: 0.99; 0.75-1.31). After stratification by dietary source, there was a significant association for NDMA from plant sources for the top quartile ($OR_{Q4\ vs\ Q1}$: 1.93; 1.42-2.61; $OR_{Q3vsQ1}$: 1.97; 1.48-2.64; $OR_{Q2vsQ1}$: 1.48; 1.10-1.99: $P_{Trend}$: <0.0001). When NDMA from animal sources was examined, there was no statistically significant association ($OR_{Q4\ vs\ Q1}$:1.17; 0.89-1.54; $OR_{Q3vsQ1}$: 0.87; 0.65-1.15; $OR_{Q2vsQ1}$: 0.97; 0.74-1.28; $P_{Trend}$: 0.26). NDMA from animal sources was the primary source of NDMA in this study. From a causation standpoint, it is not clear why there would be an association with NDMA from one dietary source and not another, and it is more likely that the results from the subanalysis are explained by underlying confounding.

*6. Cancers with No Associations*

There has been no statistically significant associations reported between dietary NDMA and the following cancers: breast (Loh 2011), ovarian (Loh 2011), and prostate (Loh 2011; Jakszyn 2012). Notably, these studies were all well-designed cohort studies conducted by the European Prospective Investigation into Cancer and Nutrition (EPIC) which is a cohort study of almost half a million individuals from countries with varying diets across Europe (n=481,419).

*7. Conclusion*

Overall, the results on dietary NDMA and cancer risk is inconsistent for most cancer types, while there are no reported associations for other cancer types. For the cancer types that have reported varying results, the significant associations were often reported in case-control studies, without adequate replication in cohort studies. The dietary NDMA studies do not establish a reliable and valid association between dietary intake of NDMA and increased risk of any particular type of cancer. Due to the overall limitations of dietary studies and the questionable extrapolation of the findings from cancer studies on dietary NDMA exposure to draw conclusions about cancer risk with ranitidine exposure, these studies do not provide evidence of a valid association between ranitidine and any specific cancer.

## C. Occupational NDMA/Nitrosamines & Cancer

Plaintiffs' experts also rely on studies relating to occupational exposure to NDMA and nitrosamines to draw conclusions about ranitidine. The main issue is the extrapolation and relevance of occupational studies to NDMA exposure from medication, where estimated dose, estimated duration, and route of exposure are different and often not comparable. Like the dietary studies of NDMA, occupational exposure studies often rely on numerous assumptions relating to dose and duration of exposure that are significantly limited and cannot be extrapolated reliably to medication exposures is methodologically unsound to use data relating to occupational exposures to NDMA to draw conclusions about potential NDMA exposure in ranitidine. For example, confounding is a major issue in these studies, particularly the fact that many studies did not adjust for other occupational exposures that may be associated with cancer, including many of the Group 1 chemicals that IARC classifies as known to be



Contains Confidential Information - Subject to Protective Order

carcinogenic to humans. For example, rubber workers like those evaluated in the Hidajat study (described below) are exposed to a variety of harmful substances, some of which are known to cause cancer. IARC (2012) concluded that there is sufficient evidence in humans for the carcinogenicity of occupational exposures in the rubber-manufacturing industry, and notes that "The rubber-manufacturing industry has used and still uses a wide variety of substances that belong to many different chemical categories, e.g., carbon black, aromatic amines, PAH, N-nitrosamines, mineral oils, other volatile organic compounds from curing fumes, trace amounts of monomers from synthetic rubber like 1,3-butadiene, acetonitrile, styrene, vinyl chloride, ethylene oxide, etc. For this reason, it has been difficult to relate the observed cancer hazards in the rubber-manufacturing industry to exposure to specific chemical." Like studies on diet, it is vital to separate out concomitant co-exposures, otherwise the validity of the results are significantly threatened. For these reasons and others, studies on occupational exposures to nitrosamines are not informative regarding whether ranitidine is causally related to cancer. Nevertheless, I summarize the results below, since Plaintiffs' experts discuss these studies.

The primary studies Plaintiffs' experts have relied on for assessing occupational exposure to NDMA and nitrosamines are two occupational studies in the rubber industry on cancer mortality in the UK (Hidajat 2019) and Germany (Straif 2000)[12]. The plaintiffs' experts also rely on occupational studies of nitrates and nitrites, but for the same reasons argued above, including these more indirect assessments of NDMA exposure from occupational sources makes the overall assessment more heterogenous and not comparable. For example, they rely on at least five occupational studies of fertilizer workers who are exposed to many different carcinogens, and therefore not useful for making any specific conclusion about occupational exposures to NDMA, let alone drawing any informative conclusion about use of ranitidine and risk of cancer.

Hidajat 2019 reported a significant association for NDMA and nitrosamines as group and mortality for most cancers examined. They also reported significant associations for mortality across almost all cancer subtypes from exposure to rubber dust and rubber fumes, however, there it was unclear whether they simultaneously considered adjustment in the NDMA/nitrosamine analyses for rubber dust and rubber fumes, which are known carcinogenic exposures. As they based assessments for rubber dust, rubber fumes, and nitrosamines based on job classification in a single year in 1967, it is likely that the relationship between the constructs could not be mutually adjusted as they would be a linear combination based on the look up table. The

[12] Straif 2000 reported a statistically significant association between occupational exposure to nitrosamines generally and mortality from esophageal cancer and lip/oral cavity/pharynx cancers combined, but no significant associations for mortality from other cancer subtypes, including genitourinary and other gastrointestinal cancers. It should be noted that there were only a small number of cancer deaths for each of the cancer sites: 21 bladder, 21 colon, 19 rectum, 13 esophagus, 9 liver, 15 pancreas, 44 gastric. The overall cohort size was small (n=8,933) and most analyses were likely underpowered. Notably, Straif reported only exposure to nitrosamines as a group, not NDMA specifically. Given the design of Straif, it is irrelevant to whether ranitidine increase the risk of any cancer.



Contains Confidential Information - Subject to Protective Order

analyses assumed all subjects remained in the same factory department throughout their careers and were employed until retirement at age 70, death or emigration. Birth year appears to be the only variable adjusted for in this study. The fact that almost every analysis in the Hidajat study resulted in a significant finding regardless of exposure or cancer mortality subtype questions the internal validity and methodology of the study and may reflect residual confounding due to the inability to adjust for potentially carcinogenic exposures. The Hidajat cohort was larger (n=36.441) but like Straif only assessed cancer mortality and not incidence.

There are numerous limitations to the Hidajat analysis. The primary analyses assumed all subjects remained in the same factory department (i.e., not necessarily in the same job) throughout their careers and were employed until retirement at age 70, death or emigration. Job information was available only for one year (1967) of the study, and exposure estimates were based on the area in the factory the person worked that year. The measurements that served as the basis for estimated exposure only covered 1977–2002. The exposure between 1915 and 1977 and between 2002 and 2015 was derived from mathematical modeling. Moreover, exposure estimates were based on a database of European rubber factories, which may not represent the facility where the subjects worked. The Hidajat exposure was estimated airborne NDMA exposure, which is different from oral exposure reading metabolic pathways, digestion, clearance, and tissue exposure. The authors had no information on smoking or other important cancer risk factors in this cohort of rubber workers, such as work in other industries, exposure to asbestos, or diet.

The NDMA exposure in Hidajat has 4 quartiles: quartile I: <3.12 year µg/m3 (407 378.9 person years); quartile II: 3.12–5.96 year µg/m3 (210 818.3 person years); quartile III: 5.96–9.67 year µg/m3 (133 681.9 person years); and quartile IV: >9.67 year µg/m3 (128 914.5 person years). These quartile values are the sum of estimated NDMA exposure levels from the start year of employment to the end year of employment.[13]

Of note, a study of the same cohort by McElvenny *et al.* (2018) provides seemingly inconsistent results. For example, the authors note that bladder cancer exhibited a strong decreasing SMR trend across decade (p=0.015) and only demonstrated a significantly increased SMR for those starting employment before 1930 (n=36) (1.89, 95% CI 1.37 to 2.63). Bladder cancer was the only a priori selected end point that was increased in workers starting before 1949 (n=170) (1.33, 95% CI 1.15 to 1.55), but not during or after 1949 (n=247) (1.06, 95% CI 0.94 to 1.20) (see online supplementary table 2). SMRs were significantly increased for bladder cancer only among those who worked in factories that used 1-naphthylamine and 2-naphthylamine prior to 1949 (n=156) (1.32, 95% CI 1.13 to 1.54). No increase was evident for those who started work in such factories after 1949 (n=165) (1.07, 95% CI 0.92 to 1.25), nor in facilities in which those substances had never been used (n=96) (1.10, 95% CI 0.90 to 1.34). Hidajat reported a significant dose-relationship with bladder cancer mortality and



Contains Confidential Information - Subject to Protective Order

cumulative NDMA exposure, but did not adjust for 1-naphthylamine or 2-naphthylamine, which the authors had previously reported may be a driver of bladder cancer risk in this cohort.[14]

## VIII. Assessment of Causal Criteria

As discussed above, the Bradford Hill framework is a commonly used framework to evaluate scientific evidence, with human data being the most reliable basis for understanding causation in humans.[15] If reliable, human epidemiological data demonstrate an association, the Bradford-Hill framework is useful to understand causation, however, it is not a checklist by which causation is established.

Because there is no reliable basis establishing a true/valid association between use of ranitidine and increased risk of cancer, there is no basis to apply causal criteria (i.e., there is no association that needs to be interrogated to determine whether it is a causal association). Nonetheless, for completeness, I have considered the Bradford-Hill criteria, and, in my opinion, they do not support a causal relationship between exposure to ranitidine and development of cancer, including cancers of the stomach, esophagus, liver, bladder, or pancreas. The analysis described below applies to each of the cancer types at issue.

### A. Strength of Association

Bradford Hill's strength criteria simply states that larger associations between exposure and disease are more likely to evidence a causal relationship than small associations. As I discuss above, bias and confounding are present and unavoidable to some extent in observational study designs. This is why the more recent evaluations of ranitidine and cancer incorporate design features to address the methodological issues relating to confounding by indication and reverse causation. In Bradford Hill's pragmatic

---

[14] Additional studies have investigated the association between occupational exposure to nitrosamines generally (not NDMA specific, and therefore even further removed from any purported relevance to NDMA exposure that may occur with ranitidine) and reported no association with pancreatic cancer (Fritschi 2015), gastric cancer (Cocco 1994; Krstev 2005), or gastric cancer mortality (Blum 1979; Cocco 1998; Cocco 1999). Overall, the findings on occupational nitrosamine exposure and cancer are inconsistent and do not provide any valuable or reliable insight on potential cancer risk with use of ranitidine. As noted previously, only studies of ranitidine exposure and cancer outcomes account for NDMA exposure that may occur in connection with use of ranitidine. The robust body of epidemiologic literature evaluating cancer outcomes in patients prescribed ranitidine does not support that ranitidine increases the risk of any particular type of cancer.

[15] Bradford Hill himself noted that a causal analysis proceeds after there is "an association between two variables, perfectly clear cut and beyond what we would care to attribute to the play of chance," and that "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and non can be required as a sine qua non." HILL, A B. "The Environment and Disease: Association or Causation?." Proceedings of the Royal Society of Medicine vol. 58,5 (1965): 295-300.



Contains Confidential Information - Subject to Protective Order

view of epidemiology as it was in the 1960's, the stronger an association is, the less likely it is due to underlying contributors (Hill used the example of chimney sweeps having a 200x risk of developing scrotal cancer). In other words, bias and confounding were less likely explanations for large associations, especially when limited to the study methodology present in Hill's era. Statistical significance has become the benchmark of the strength criteria.

As described above, no strong association has been observed between ranitidine and any cancer type. Moreover, observed associations generally either are minimized and lose significance (and, in some instances, are reversed) when ranitidine is compared to another acid-suppressing medication. There are no reported associations that are not likely to be the product of chance, bias or confounding. This criterion is not supported.

**B. Consistency**

To satisfy the consistency criterion, the association should be observed in multiple, well-designed epidemiological studies of different designs and in different populations. As described above, there are few, sporadic, statistically significant associations between ranitidine and increased risk of some cancers, typically when ranitidine is compared to non-use. There are no statistically significant increased risks when ranitidine is compared to another H2RA. There also are sporadic statistically significant associations between ranitidine and decreased risk of some cancers, particularly where ranitidine is compared to another acid-suppressing medication. In fact, there are numerically more reported statistically significant decreased risks in the ranitidine epidemiology studies than there are statistically significant increased risks. While determining whether the epidemiological data support a valid association involves much more than just counting up reported associations, there clearly is no consistent association between ranitidine and increased risk of any cancer. This criterion is not supported.

**C. Specificity**

Specificity refers to the concept that an association is more likely to be causal if the studied exposure, in this case ranitidine, produces a single effect or disease. Cancer, however, is not a single disease. Rather, there are significant pathological and clinical differences in various types of cancers. This is especially true for the types of cancers that Plaintiffs' experts claim are caused by ranitidine use, which include five different types of cancer. As discussed above, the published literature does not reliably demonstrate an association between ranitidine and any specific cancer type. Thus, the specificity criterion is not supported.

**D. Temporality**

At a basic level, the temporality criterion requires that, in order for an association to be causal, the exposure must precede the disease. The analysis is more complex


Contains Confidential Information - Subject to Protective Order

when assessing causal associations between exposures and cancer outcomes. Not only should an exposure precede the cancer outcome, but it should occur at a biologically relevant time, depending on the precise cancer type and the expected induction and latency period. As discussed above, studies using appropriate lag periods when assessing the risk of specific types of cancer following ranitidine use call into question the validity of certain studies reporting positive associations. Consequently, the temporality criterion weighs against causal inference.

### E. Biological Gradient (dose-dependent relationship)

Bradford Hill considered dose-dependent relationships an important aspect of causality. If the risk of the disease becomes higher with greater exposure levels and decreases with lower exposure levels, then the relationship is more likely to be causal. The available evidence on the dose-dependent relationship between cancer and ranitidine exposure is limited, but the available evidence does not support the existence of a dose-dependent relationship between ranitidine and any type of cancer. Another way to evaluate whether NDMA in ranitidine has an effect on cancer is to look at duration of use, or duration to diagnosis following first prescription. While not an estimate of "dose," it informs the idea that the longer one has been exposed to a carcinogen, the more likely a cancer may develop.

Iwagami 2021 analyzed the dose-dependent relationship between ranitidine and nizatidine use and cancer risk by grouping users by "defined daily doses" (DDDs), then comparing each group to non-users. The authors defined the "dose" of ranitidine and nizatidine as 300 mg, and the total number of doses was divided by the 365-day period of observation to determine the "defined daily dose." For example, an individual who ingested 300 mg of ranitidine 365 times over the period of 365 days would have a DDD score of 365. The authors observed that cancer risk numerically decreased with higher use of ranitidine and nizatidine, which is inconsistent with a causal effect of ranitidine on cancer:

| | | | | | |
|---|---|---|---|---|---|
| 1-180 DDDs | aHR | 1.03 | 0.98 | 1.08 | [n=77, vs 216 controls] |
| 181-365 DDDs | aHR | 1 | 0.73 | 1.39 | [n=77, vs 216 controls] |
| 366-730 DDDs | aHR | 0.95 | 0.61 | 1.48 | [n=77, vs 216 controls] |
| >730 DDDs | aHR | 0.83 | 0.45 | 1.55 | [n=77, vs 216 controls] |

Other studies on ranitidine's dose-dependent relationship with cancer analyze specific cancers. Like Iwagami 2021, no dose-dependent relationships are consistently observed in these studies.

McDowell 2021 examined a potential dose-dependent relationship with the risk of pancreatic cancer by grouping ranitidine users by the number of ranitidine prescriptions they filled. An individual was grouped into the "lower usage" if they filled 1-5 prescriptions and "higher usage" if they filled 6 or more prescriptions. The groups were each compared to individuals that did not receive any prescription ranitidine, and then


Contains Confidential Information - Subject to Protective Order

the higher use group was compared to the lower use group. The authors' findings do not show a dose-dependent relationship between ranitidine and pancreatic cancer:

| | | | | | |
|---|---|---|---|---|---|
| Lower usage vs never use (1-5 prescriptions) | aOR | 1.49 | 1.12 | 1.99 | [n=79, vs 230 controls] |
| Higher usage vs never use (6+ prescriptions) | aOR | 1.24 | 0.91 | 1.69 | [n=64, vs 212 controls] |
| Higher usage vs lower usage (1 year lag) | aOR | 1.20 | 0.88 | 1.63 | [n=64, vs 212 controls] |

Tran 2018 examined ranitidine's dose-dependent relationship with the risk of esophageal cancer by DDD. The authors' findings do not show a dose-dependent relationship:

| | | | | | |
|---|---|---|---|---|---|
| DDD ≤ 150 mg vs non-use | aOR | 3 | 1.84 | 4.9 | [n=47, vs 44 controls] |
| DDD > 150 mg vs non-use | aOR | 0.17 | 0.09 | 0.32 | [n=11, vs 157 controls] |

Cardwell 2021 examined whether higher ranitidine use led to a higher risk of bladder cancer by grouping ranitidine users by DDD. While a statistically significant trend was observed when no lag period was applied, no dose-dependent relationship was observed with a two-year lag:

| | | | | | |
|---|---|---|---|---|---|
| 1–182 DDDs vs non-use (2yr lag) | aOR | 1.26 | 1.07 | 1.49 | [n=214, vs 758 controls] |
| 182–365 DDDs vs non-use (2yr lag) | aOR | 1 | 0.72 | 1.4 | [n=58, vs 208 controls] |
| 365–1,095 DDDs vs non-use (2yr lag) | aOR | 1.26 | 0.98 | 1.62 | [n=106, vs 347 controls] |
| >1,095 DDDs vs non-use (2yr lag) | aOR | 1.29 | 0.94 | 1.77 | [n=77, vs 216 controls] |

Adami et al, evaluated upper gastrointestinal cancers, including esophageal, stomach, liver, and pancreatic cancers, and performed sensitivity analyses looking only at patients with at least 5 prescriptions, at least 10 prescriptions, and also those patients with 10 prescriptions and followed for at least 10 years (to identify patients who had to most exposure and were followed the longest). They found "no evidence of an increase in risk with a larger number of prescriptions," and "no evidence of a higher risk for esophageal, stomach or pancreatic cancer in association with long-term use of ranitidine vs. other H2RAs or PPIs." The liver cancer cases had insufficient numbers for the analysis of greater than 10 years of follow-up. Norgaard performed similar analyses on bladder and kidney cancer, and found "no dose response association when restricting to persons who redeemed at least five and persons who redeemed at least ten prescriptions." Overall, the available evidence does not support a dose-dependent relationship between ranitidine and cancer risk of any type. The criterion of dose-response is not supported.


Contains Confidential Information - Subject to Protective Order

***Dose Dependency Assessment in Valsartan Studies***

The valsartan epidemiology studies also support the lack of any dose-dependent relationship between using NDMA-contaminated medications and the risk of developing cancer. Both Pottegard 2018 and Gomm 2021 analyzed the dose-dependent relationship between the use of NDMA-contaminated valsartan and cancer risk.

Pottegard 2018 examined the dose-dependent relationship between cancer risk and consumption of NDMA-contaminated valsartan and found no dose-dependent relationship.

| | | | | | |
|---|---|---|---|---|---|
| < 20,000 mg | aHR | 1.15 | 0.83 | 1.59 | [n=3776] |
| 20,000-49k mg | aHR | 0.99 | 0.69 | 1.43 | [n=2836] |
| ≥ 50,000 mg | aHR | 1.11 | 0.82 | 1.5 | [n=5308] |

Gomm 2021 also examined the dose-dependent relationship between cancer risk (overall and of liver cancer specifically) and consumption of NDMA-contaminated valsartan. Higher exposure had no effect on cancer risk.

**"Potentially contaminated" valsartan and all cancer**

| | | **Overall** | | **Among Long-term valsartan users (use in at least 9 quarters within first 3 years of study period)** |
|---|---|---|---|---|
| 0-90 DDDs | aOR | 1.00 | (95% CI = 0.98-1.03) | 1.00 (95% CI = 0.86-1.17) |
| 90-170 DDDs | aOR | 1.01 | (95%CI = 0.99-1.04) | 1.03 (95% CI = 0.89-1.18) |
| 170+ DDDs | aOR | 0.98 | (95% CI = 0.95-1.00) | 0.91 (95% CI = 0.83-1.01) |

**"Potentially contaminated" valsartan and liver cancer**

| | | | | | |
|---|---|---|---|---|---|
| 0-90 DDDs | aOR | 1.15 | 0.98 | 1.34 | [n=122,479] |
| 90-170 DDDs | aOR | 1.19 | 1.02 | 1.4 | [n=136,734] |
| 170+ DDDs | aOR | 1.13 | 0.97 | 1.33 | [n=125,954] |

## F. Plausibility

The plausibility criterion requires the existence of a biologically plausible mechanism by which the studied exposure could cause the disease. This criterion, however, is necessarily limited by existing scientific knowledge about the etiology of the disease. Plausibility is akin to a hypothesis. Thus, the existence of a plausible mechanism is not determinative of causation. As discussed above, any discussion of plausibility is only relevant after the human data have been shown to be sufficient.


Contains Confidential Information - Subject to Protective Order

I have reviewed the FDA report that evaluated the question of whether ranitidine forms NDMA in the human body after ingestion (so-called endogenous formation) and that did not find any evidence that ranitidine contributes to endogenous NDMA. While NDMA may be present in some ranitidine drug products at an amount that exceeds regulatory thresholds as reported by FDA, the ranitidine epidemiology studies indicate that whatever amount of NDA may be present, it does not result in any operative effect to cause cancer. Thus, while a mechanism for NDMA to cause cancer in humans can be theorized based on animal data and *in vitro* experiments, the cancer outcomes data with ranitidine does not support that any such theoretical mechanism is actually happening with therapeutic use of ranitidine.

### G. Coherence

Coherence refers to the tendency of the association to be logically consistent with available scientific knowledge about the disease. Without a scientifically sound, biologically plausible mechanism or reliable data demonstrating an association, it is difficult to assess coherence in the context of the purported relationship between ranitidine use and cancer. The lack of any consistent increased risk of cancer in the ranitidine epidemiology studies, and the existence of numerous statistically significant decreased risks of particular cancers, is not a coherent picture of ranitidine as a cancer causing exposure. Accordingly, this criterion is not supported.

### H. Experiment

This criterion relates to the use of experimental evidence in assessing causation. Given the nature of the outcome of interest here, there is no experimental evidence (prospective, randomized trials) available. Thus, this criterion is not informative in assessing the causal relationship between ranitidine use and cancer. As discussed in the introduction, most of the causes of cancer were determined through observational, non-experimental studies. Thus, if there was consistent causal associations between ranitidine and different cancer types, we still would be able to evaluate it from the large number of studies that have been published on this topic.

### I. Analogy

Analogy is the consideration of an association between a similar exposure and the outcome of interest. In pharmacoepidemiology, this criterion provides limited value, as drugs differ in important pharmacological and molecular properties. Nonetheless, I am not aware of reliable associations established for any other relevant exposures that supports a causal relationship between ranitidine and cancer. Moreover, the literature relating to other acid suppressing medicines and NDMA exposure generally does not demonstrate an increased risk of cancer in humans. Thus, the analogy criterion is not met. What is analogous, however, is the presence of confounding by indication in the studies of ranitidine and other acid suppressing medicines.


Contains Confidential Information - Subject to Protective Order

## IX. Summary & Conclusions

Based on my disciplinary background and experience in study design and analyses in cancer epidemiology, the existing epidemiologic data do not support an association, let alone a causal relationship, between ranitidine and cancer risk for any cancer, including the cancers alleged to be caused by ranitidine.

Further, as described above, the epidemiological data on dietary NDMA and cancer risk cannot reliably inform cancer risk with ranitidine for several important reasons, including: 1) the dietary studies do not examine exposure to ranitidine; 2) evidence suggests that diets higher in NDMA increase endogenous levels of NDMA, whereas ranitidine exposure does not; 3) evidence from many landmark trials suggests that dietary exposure cannot be equated to medication exposure in carcinogenesis; 4) the dietary studies do not adequately control for bias and confounding, as evidenced by the disparate results from case-control and cohort studies; and 5) even if the dietary data could be informative regarding ranitidine (which they are not), what data exists does not support a causal association between cancer and dietary nitrite, nitrate, or NDMA.

In reviewing the totality of the human evidence, which is necessary in order to determine causality, it is very clear the positive associations between ranitidine and risk of selected cancers that have been reported are sporadic, inconsistent, and due to a number of inherent biases, including confounding by indication, confounding generally, and reverse causation. These biases are best illustrated when initial findings become much weaker after considering the precursor underlying condition and/or lag time between medication use and cancer diagnosis. These biases are also further informed by the literature on the class of H2RA medications, which also provides evidence of confounding by indication. This underscores why it is critical that cancer risk with ranitidine is most reliably assessed by comparing ranitidine to another H2RA, or to another acid-suppressing medication, which has now been done in numerous large studies, across different databases and populations.

Another concern, particularly with some of the earlier studies, was the small number of cases examined and the number of comparisons performed, making it likely that some results may have resulted from chance and/or over-fitting the statistical model. Importantly, much larger studies have been published in recent years with better control of confounding and biases, and these studies overwhelmingly support no association between ranitidine and cancer overall, or any specific cancer. In connection with its review of ranitidine epidemiology, FDA came to a similar conclusion, noting that "when considering all cancer types, while each study had limitations (e.g., confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk." (Florian 2021).

In conclusion, it is my opinion, that the epidemiologic evidence does not support a reliable association, much less a causal relationship, between ranitidine and any type of cancer, including gastric, esophageal, liver, pancreatic, and bladder cancers.



Contains Confidential Information - Subject to Protective Order

If additional information becomes available, I reserve the right to supplement or update my opinions.

Dated: March 7, 2022


Contains Confidential Information - Subject to Protective Order

## X. TABLE 1. SUMMARY OF RANITIDINE EPIDEMIOLOGY STUDIES

| Study | Study Design | Years of Diagnosis | Average Follow-up Time | Exposure Assessment | H2RA Comparator | Assumptions about time | Analyses by intensity or duration? | Confounders Assessed | Cancers Assessed[16] |
|---|---|---|---|---|---|---|---|---|---|
| A. Penston 1990 | 436 patients, 13 with cancer | Up to 1990 | 1-9 years (2175 patient years) | Medical records of patients receiving maintenance ranitidine treatment for duodenal ulcer disease, before OTC use was available, average of 3-9 years exposure | No | | | | Multiple cancers, 13 total cancers in 12 patients |
| B. Chow 1995 | Case-control study with 196 cases and 196 controls within Kaiser | 1986-1992 | | Medical records for prescriptions and refills prior to 1 year before cancer diagnosis, analyzed underlying conditions separately, before OTC | Combined with H2RAs – did not report ranitidine separately in tables but refer to separate analyses in text | Examined years since last use and years since first use | 30% used H2RAs for 6 or more years | Controls matched for sex, year of birth, membership in plan; Abstracted other information from chart, including gastroesophageal disorders, medical history and lifestyle factors. | Esophageal, Gastric |
| C. Habel (2000) | Matched cohort, 1:10 matching<br>922 with ranitidine, 4,125 with cimetidine, and 49,229 matched unexposed | 1982-1987 dispensed, cancers followed until 1995 | 8-13 years | Medical records using Kaiser system data, dispensed medication, OTC not available during the time widow of data collection | Cimetidine in paper but results were published vs non-use, excluded the 131 individuals who were prescribed both | For breast and prostate reported risk for 0-11, 12-47, 48-83, and 84+ months following first prescription | Dose response analysis did not support stronger association with higher dose | Matching based on gender, birth year | Cases among ranitidine exposed - Bladder and kidney combined (n=7), colorectal (n=7), esophageal and gastric (n=6), pancreatic (n=5) |

16 This summary focuses on the following types of cancer: stomach/gastric, pancreatic, esophageal, liver, and bladder, as well as overall cancer.



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D. Tan (2018) | Nested case-control study, VA<br>29.536 cohort with Barrett's esophagus<br>300 cases with esophageal adenocarcinoma (EAC), 798 controls selected from full cohort with at least 1 year of VA care and at least 1 VA visit per year of follow-up | 2004-2009 for cohort identification up to 2011 for cancer diagnosis | 2-7 years but includes use prior to enrollment | Medical records, dispensed, OTC not included but more likely for cost to have the prescriptions filled within VA<br>Use was 1 year prior to Barrett's esophagus diagnosis up to 3 months prior to cancer diagnosis | H2 and PPIs, could have joint prescriptions, most common PPI was omeprazole, most common H2RA was ranitidine, mutual adjustment for PPI and H2RA and interactions with medications | Examined sensitivity analyses of use before Barrett's diagnosis, matched case-controls by time | Examined intensity, defined daily dose (DDD), and duration | Other medications smoking, BMI, sociodemographic and clinical characteristics, including history of GERD, adjusted for propensity for screening | Esophageal (n=300) |
| E. Tran (2018)a | Nested case-control study within Primary Care Clinical Informatics Unit (PCCIU), Scotland<br>434 cases, matched 1:5 2,103 controls | 1999-2011 cases diagnosed, prescriptions 1996 to 1 year before diagnosis | 5.6 years, range 1-8.6 years | Medical records, prescribed, OTC not included. Excluded subjects with less than 3 years of prescription records | H2RAs also examined and no association found, examined simultaneously | Only included exposures at least 1 year prior to index date | Calculated DDD based on WHO | Matched on birth year, sex, GP practice, obesity, comorbidities, including liver disease, medication use | Liver (n=434) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E. Tran (2018)b | Cohort UK Biobank<br>471,669<br>182 liver cancer cases, 8 exposed | Baseline data collection 2006-2010, liver cancer cases assessed up until 2014 | 4-8 years | Self-reported by questionnaire and verified during verbal interview - includes OTC with median exposure year 5.5 (2-13 years) | Other H2RAs and PPIs also examined | Counted time from baseline, fixed effects | Did not show results by intensity or duration | Lifestyle, medical history, physical measures, medication , given only 8 exposed cases, model is subject to overfitting | Liver (n=182) |
| F. Liu (2020)a | Nested case-control study using Scottish PCCIU<br>database<br>1,119 cases<br>excluded individuals who had less than n3 years of records prior to index date<br>5,394 controls | 1999-2011 | Median 5 years (2-14) | Medical records prescribed - full database 1993-2011 but electronic database complete 1996 so started 1996, exposure period ended 1 year prior to index date, 1/3 of gastric cancer cases newly used PPI in year before diagnosis, 8% of cases used H2RA in year before diagnosis | H2RAs and PPIs, considered simultaneously | Compared 1, 2 and 3 year lag, also compared use within 1 year of diagnosis and 4-5 years before diagnosis | Examined intensity, defined daily dose DDD | Matched on age, sex, GP practice, adjusted for obesity, comorbidities, other medication use, alcohol and smoking | Gastric (n=1,119) |
| F. Liu (2020)b | UK Biobank, 471,779 cohort | Baseline 2006-2010;<br>Cancer diagnosis through record linkage 1 year after baseline through 2014 | 4.6 (IQR = 3.9-5.3) | Self-reported included OTC | PPIs and H2RAs | Applied 1 and 2 year lag | Did not show results by intensity or duration | Adjusted for age, sex, socioeconomic status, alcohol, smoking, BMI, comorbidities and other medication use | Gastric (n=250) |
| G. McDowell (2021) | Nested case-control study within PCCIU database<br>1,069 cases<br>4,729 controls | 1999-2011 cases diagnosed | 8.9 (6-11.7) length of exposure period | Medical record prescribed starting 1993 forward, no OTC but OTC in the UK is low - according to authors: "Ranitidine, for example, was licensed for OTC purchase in the UK January 1995…, but is only available OTC | Examined different medications but did not directly compare one to the other | Conducted sensitivity analyses using 2 and 1 year lag | Compared 6 or more prescriptions to lower usage, only the lower usage was statistically significantly associated with pancreatic cancer | Matched based on age, sex, GP practice, and date of registration<br>Other comorbidities using Charlson Comorbidity index, smoking status | Pancreatic (1069) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | for short-term use (less than 2 weeks), at low doses (75 mg) and for limited indications” | | | | | |
| H. Iwagami (2021) | Cohort 113,745 users of ranitidine and nizatidine compared to 503,982 users of other H2RAs | 2005-2018 | 2.4 years of follow-up, IQR (1.1-4.5) years | Claims database comprising employed workers and family members < 75 years, examining ranitidine and nizatidine, prescribed and dispensed, no OTC, excluded prevalent users during first 6 months of registration | Compared vs other H2RAs (cimetidine, famotidine, roxatidine, and lafutidine) | Censored individuals who used other H2RAs when they started using ranitidine or nizatidine, 3.5% crossed over | Examined duration and dose | Age, sex, comorbidities, Charlson index, characteristics of the H2RA groups were similar to each other with the exception of esophagitis | Any cancer (n=11,327)<br>Gastric (n=1,274), bladder (n=265), pancreas (n=525) |
| I. Yoon (2021) | 40,488 compared to 10,122 famotidine users cohort<br>excluded users of both medication | 2009-2011(exposure) to 2012-2018 (outcomes) | 7 years | Health Insurance database, Users needed to be on for one year exposure period – prescribed | Compared ranitidine users with famotidine | Counted time from first prescription, excluded joint users | Examined DDD and duration | Matched to famotidine group on sex, age, diabetes, and cumulative exposure | Overall cancer (3,783), liver (n=517), stomach (n=556), kidney (n=95), bladder (n=139) |
| J. Kantor (2021) | 459,204 cohort, UK Biobank | Baseline 2006-2010; Follow-up until 10/31/15 | 5-9 years, median follow-up time 6.7 years | Self-reported, regular use, most days for at least 4 weeks, OTC included, excluded users of both ranitidine and omeprazole for active comparator analyses, less than 1% of cohort reported use of both (n=820) | Comparison with omeprazole (PPI) as well as non-use | Compared effects within 5 years of follw-up and post follow-up | did not have data on duration | Compared effects based on strata of sex, age, BMI, and smoking status only 13 exposed cases so model may have been over-fitted | Overall cancer (n=26,230)<br>Secondary sites: liver (n=262), Kidney (n=700), bladder (n=554) |
| K. Kumar (2021) | Cohort of patients treated for Helicobacter pylori<br>Veterans Health Administration | 1998-2018, cancers until 2018<br>367 cancers in ranitidine group | Median follow-up of 4.4 years range IQR(1.7-9.2) | Medical records, receiving prescriptions for at least 30 days - did not include OTC but VA provides discount reduces likelihood of OTC outside of VA | Compared to H2RAs and PPI - ranitidine was the referent so association is the inverse | Excluded those who had medication initiated within 3 months of total follow-up time | In supplemental tables reported outcomes by time period quartiles | Age, sex, race/ethnicity, smoking, poverty level | Gastric Adenocarcinoma (n= 1,524) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 69,157 ranitidine, other H2RAs 6,559, PPI 203,789 | | | | | | | | |
| L. Cardwell (2021) | Nested case-control study within PCCIU database | Diagnosed between 1999-2011 | Median exposure was 8.4 years | Prescribed, OTC not included but only 10% of ranitidine purchased OTC in UK, exposure period began on January 1993 or most recent GP registration data if after Jan 1993 | Compared to H2RAs and PPI , non-use was specific to non-use of the main medication being compared | Excluded use within 1 year of diagnosis/index date for controls, also did sensitivity analyses based on removing use within 2 years of index - results did not change | Considered defined daily dose as defined by WHO, no dose response when considering H2RA comparator | Matched based on age, sex, GP practice and date of registration, adjusted for multiple comorbidities, conducted sensitivity analyses for control of alcohol and tobacco | Bladder (n=3,260) |
| | 3,260 cases 14,037 controls | | | | | | | | |
| | cases and controls were required to have at least 3 year of primary care records with same GP before index date | | | | | | | | |
| M. Kim Y (2021) | Cohort | Defined cohorts based on concurrent use up until diagnosis | cancers: esophageal, gastric, hepatocellular, pancreatic, and colorectal - 2009-2018, counted cancers if at least 1 year following initiation, supplement reported procedures for outcome validation | Medical records prescribed no OTC, concurrent users only | Compared with famotidine and omeprazole separately | Showed absolute incidence rates using person time comparing rates based on time until diagnosis up to 10 years but used logistic regression for comparisons across medications. | Examined incidence rates using person time by time until diagnosis of new malignancy | Different adjustments for each cancer site included where relevant tobacco use, diabetes, obesity, cirrhosis, viral hepatitis, age, gender, race | Esophageal (n=1990) |
| | | | | | | | | | Stomach (n=2000) |
| | | | | | | | | | Liver (n=10,840) |
| | US IBM electronic medical record registry | | | | | | | | Pancreas (n=3500) |
| | 581.028 ranitidine | | | | | | | | |
| | 909,970 famotidine | | | | | | | | |
| | 2,170,048 omeprazole | | | | | | | | |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N. Adami (2021) | Cohort<br>Danish Prescription Registry<br>1,093,787 | 1996-2008 exposure period – cancer through 2018 using Danish Cancer Registry | Median 14 years IQR range (10-18) | Medical Records - examined 5+ prescriptions and 10+ prescriptions dispensed | Compared to cimetidine and famotidine<br>Also compared to PPIs | Lag of 1 year | Conducted analyses restricting to those with at least 5 or 10 prescriptions, also report results separately for subcohort with at least 10 years of follow-up | Propensity Score weighting and inverse probability weighting used | Multiple<br>Esophageal (n=276)<br>Stomach(n=342)<br>Liver (n=133)<br>Pancreatic (n=517) |
| O. Kim S (2021) | Korean Health Insurance Data (n=1,025,340) of whom 40,887 selected based on H2RA and matched non-users, 13,629 per group | 2002-2013, 2002-2008 exposure window, 2009-forward cancer diagnoses, excluded users of PPIs | ~ 5 years based on person year calculations (4.95 years) | Medical records prescribed no OTC, selected individuals using H2RAs for more than 30 days between 2002-2008 (exposure window) | Compared to non-users and other H2RAs (cimetidine, famotidine, roxatidine, lafutidine) | Considered any exposure between 2002-2008 and cancer incidence only starting in 2009 | Did not examine duration | Propensity Score Matching based on age, sex, residential area, household income, disability, NSAID dose, history of smoking and alcohol use | Gastric (n=906) |



Contains Confidential Information - Subject to Protective Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P. Norgaard (2021) | Cohort using the Danish National Prescription Registry linked with the Danish Cancer Registry, three groups compared, first time users of ranitidine, first time users of other H2RA, and first time users of PPIs. 31,393 initiators of ranitidine, 65,384 initiators of other H2RAs and 509,849 initiating PPI | 1996-2008, Cancer Follow-up through 2018 | 14 years IQR range 9-18 years for ranitidine, 15 years (IQR 7-19) for other H2RA, and 11 yeas (IQR 5-16) for PPI | Medical records prescribed no OTC, individuals selected who redeemed at least two prescriptions of same drug in 1996-2008 and had no prescriptions in 1995, excluded individuals who redeemed a prescription of one of the other drug categories before index date (second prescription), or between first and second | Compared to other H2RA and PPI | Started counting cancers at the date of the second prescription (index); also compared results by calendar period of treatment initiation | Conducted separate analyses for patients who filled 5 and 10 prescriptions rather than 2 and then based exclusion criteria using revised index date; also combined high exposure (10 prescriptions) and at least 10 years of follow-up after the 10th prescription | Did not have BMI or smoking but had an active comparator and considered age, date of study entry, comorbidities within the 10 years prior to index date; also used propensity score methods | Bladder (n=270 any bladder tumor in ranitidine users), conducted separate analyses for invasive only; kidney (n=107) |



Contains Confidential Information - Subject to Protective Order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

MARY BETH TERRY, PH.D.

# Exhibit A
# Curriculum Vitae

# CURRICULUM VITAE

## Mary Beth Terry, PhD

**Date of Preparation of CV:** March 1, 2022

**Present Title and Affiliation**
Professor
Department of Epidemiology
Columbia University
Mailman School of Public Health
722 West 168th Street, Room 1607
New York, New York 10032
mt146@columbia.edu
(212) 305-4915

**Academic Training**

1994 - 1999 PhD, Epidemiology
Columbia University
Graduate School of Arts and Sciences
New York, New York
Thesis: Smoking and Colorectal Adenoma Carcinoma Sequence: Methodologic issues involved in studying intermediate lesions. Advisor: Dr. Alfred Neugut.

1988 - 1990 MA, Economics, Field: Econometrics
University of Washington
Seattle, Washington

1985 – 1988 BA, International Affairs, *Magna cum laude*, *Phi Beta Kappa*
George Washington University
Washington, DC

**Academic Appointments**

2013– present Professor (with tenure)
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

2009 – 2013 Associate Professor (with tenure)
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

2006-2009 Associate Professor
Mailman School of Public Health

Department of Epidemiology
Columbia University
New York, NY

1999 - 2006 Assistant Professor
Mailman School of Public Health
Department of Epidemiology
Columbia University
New York, NY

1997 - 1999 Adjunct Faculty
Robert F. Wagner Graduate School of Public Service
Department of Epidemiology and Health Economics
New York University
New York, NY

**Traineeships**

Predoctoral fellowship award, National Cancer Institute (NCI) NRSA T32 Cancer Epidemiology Training Grant, Department of Epidemiology, Mailman School of Public Health, Columbia University (1994-1999)

National Cancer Institute (NCI) K07 Cancer Prevention Career Development Award, Department of Epidemiology, Mailman School of Public Health, Columbia University (2001-2006); funded first round, score 118.

American Cancer Society (ACS) Clinical Research Training Award for Junior Faculty, Department of Epidemiology, Mailman School of Public Health, Columbia University (2001-2003); funded first round.

**Professional Organizations and Societies with Positions Held**

American Association for Cancer Research
Member, Annual Meeting Educational Committee 2020
Member, Frontiers Program Committee 2012, Annual Meeting October 2012
Full member (2001-present)
Member, Molecular Epidemiology Group (2001-present)

American Epidemiological Association
Elected member, 2016 - present

American Society for Preventive Oncology
Program Committee Chair 2017-2018, Annual Meeting March 2018
Executive Board Member (2007-2014), Elected 2007
Program Committee, 2013-2014
Program Committee Chair 2010-2011, Annual Meeting March 2011
Screening Interest Group Chair, 2007-2014

Selection Committee for ASPO Board, 2009
*Founding committee member*, ASPO Junior Members Committee (1999-2005)
Member, Annual Meeting Program Committee 2001
Faculty, Student Workshop 2003

Society for Epidemiologic Research
Member (2002 – present)
Faculty, Student Dissertation Workshop 2012
Member, SER Planning Committee for Junior Members activities, June 2001

**Honors**

| | |
|---|---|
| 2018 | Susan Bulkeley Leadership Award, International Breast Cancer Network |
| 2015 | Provost's Leadership Fellows Award |
| 2013 | MSPH Dean's Excellence in Mentoring Award |
| 2011 | Nominated as a finalist for the Mailman School Teaching Excellence Award |
| 2010 | Glenda Garvey Teaching Academy, Columbia University |
| 2000 | Scholarship recipient, the Genetics Workshop, Jackson Laboratory, Maine |
| 1996 | Selected participant, Japan Summer Institute, National Science Foundation |
| 1996 | Awardee, the New Investigator's Workshop, American Society for Preventative Oncology, Bethesda, Maryland |
| 1995 | Scholarship recipient, the Histopathobiology of Neoplasia Workshop, American Association for Cancer Research, Keystone, Colorado |
| 1993 | SRA Staff Achievement Award (3 awardees out of 900 employees |
| 1992 | Systems Research Application (SRA) Project Team Excellence Award |
| 1988 - 1990 | Tamaki Fellowship for Graduate Study, University of Washington |
| 1988 | *Phi Beta Kappa,* George Washington University |
| 1988 | Wilbur J. Carr Award for Academic Achievement, George Washington University |

**Fellowship and grant support (Completed and in order of awarded)**

1. *p53* protein overexpression and intermediate colorectal neoplasia
   (Terry MB, PI)
   Type: Herbert I. Irving Cancer Center Pilot Award
   Period: 1999-2000
   $50,000 Total Direct Costs

2. *ADH3* genotype, alcohol intake and breast cancer risk among high-risk women
   (Terry MB, PI)
   Type: Herbert I. Irving Cancer Center Pilot Award
   Period: 2000-2001
   $50,000 Total Direct Costs

3. Folate Intake, Genetic Susceptibility and Risk of Breast Cancer

(Chen J, PI; Terry MB, Subcontract PI)
Type: Department of Defense Breast Cancer Research Program Idea Award

Period: 3/1/2000-2/28/2003
$300,000 Total Costs; $60,000 subcontract

4. Early Determinants of Adult Health
   (Susser E, PI; Terry MB, Project PI)
   Type: NICHD P01 Program Project
   Period: 12/1/2000-11/30/2005
   $3,601,291 Total Costs

5. R25 MBRS Initiative for Minority Student Development (IMSD)
   (Abraido-Lanza A, PI; Terry MB, co-investigator)
   IMSD at Columbia University's Mailman School of Public Health
   Period: 1/1/2001-12/31/2004
   $466,790 Total Direct Costs

6. Alcohol intake, metabolism and breast and esophageal cancer risk
   Terry MB, Principal Investigator (PI)
   Type: American Cancer Society Clinical Research Training Award for Junior Faculty
   Period: 1/1/2001 – 12/31/2003
   $272,253 Total Costs; $217,802 Total Direct Costs

7. Early Determinants of Breast Cancer Risk
   (Terry MB, PI)
   Type: NCI K07
   Period: 5/1/2001 – 4/30/2006
   Total costs: 615,532, Total Direct Costs: 569,937

8. Early Life Factors and Breast Cancer Risk
   (Terry MB, PI)
   Type: Army Idea Award
   Period: 1/1/2002-8/31/2006
   Total costs: 490,500, Total Direct Costs 300,000

9. Training Program in Cancer Epidemiology, Biostatistics and Environmental Health Sciences
   (Neugut AI, PI; Terry MB, Co-investigator)
   Type: NIH/NCI T32
   Period : 8/16/2002-7/31/2013 $1,936,098 Total Costs

10. Early Life risk factors and breast cancer risk among African Americans
    (Terry MB, PI)
    Type: Jean Sindab Foundation Pilot Award
    Period: 2002-2003
    $50,000 Total Direct Costs

11. Ethnic Variations in Factors Influencing Breast Cancer Risk
    (Borrell L, PI; Terry MB, Co-PI)
    Type: NIH P20 Pilot Award
    Period: 7/1/2002-6/30/2003
    $53,894 Total Costs

12. Racial differences in mammographic density
    (Terry MB, PI)
    Type: Jean Sindab Foundation Pilot Award
    Period: 2003-2004
    $50,000 Total Direct Costs

13. Early Determinants of Mammographic Density
    (Terry MB, PI)
    Type: NCI R01
    Period: 8/01/2004 – 5/31/2011
    $2,059,095 Total Direct Costs

14. Potential modification of the effect of alcohol on breast cancer risk
    (Terry MB, PI)
    Type: Robert Wood Johnson Foundation Award
    Period: 9/1/2004-6/30/2005
    $99,171 Total Costs, $90,983 Total Direct Costs

15. In Utero Organochlorine Exposure and Breast Density
    (Cohn B, PI; Terry MB, subcontract PI)
    Type: NCI RO1
    Period: 12/01/2005-11/31/2010
    $221,628 Subcontract Total Costs

16. Use of Hormone-containing hair products and mammographic density
    (Terry MB, PI)
    Type: Jean Sindab Foundation Pilot Award
    Period: 2005-2007
    $25,000 Total Direct Costs

17. Adherence to Breast Cancer Screening among different ethnic groups
    (Kudadjie-Gyamfi E, PI; Terry MB, Co-PI)
    Type: NIH P20 Pilot Award
    Period: 2005-2006
    $50,000 Total Costs

18. Metropolitan New York Registry of Breast Cancer Families
    (MB Terry, PI)
    Type: NCI U01

Period: 7/01/2006-06/30/2011
452,832 Total Direct Costs per year

19. Mammographic Density among Afro-Caribbean Women
(PI Mary Beth Terry)
Type U54 Pilot
Period 9/1/06-8/30/08
Total Costs $160,000

20. Dietary modification, calcium/vitamin D supplementation, and change in breast density
(Rohan T, PI; Terry MB, Co-investigator)
Type: Albert Einstein Pilot Award
Period: 10/1/2006-9/30/2007

21.Energy Balance and Breast Cancer Risk, Junior Faculty Training Grant
(Primary Mentor, Mary Beth Terry, Fang Fang Zhang, awardee)
Type: Susan B Koman Junior Faculty Training Grant
Period 9/1/08-8/30/10

22.Fundamental Causes of Social Disparities in Cancer Survival
(Mentor, Mary Beth Terry, Parisa Tehranifar, awardee)
Type: Lance Armstrong Foundation
Period 1/1/09-12/30/10
$109,984 Total Costs

23.Establishing a Columbia Medical Center Biobank
(Chung W, PI, Terry MB Coinvestigator)
Type: NIH CTSA Award
Period: 2009-2010

24. Exploring Persistent Epigenetic Changes After Prenatal Famine Exposure in Humans.
(Lumey L, PI, Terry MB co-PI)
Type: NIH RC1 Challenge Grant
Period: 9/01/09-8/31/11
600,000 Direct Costs

25. BFIT: Cancer Prevention Pilot Study
(Crew K PI, Terry MB Co-PI Greenlee H Co-PI)
Type: NIH CTSA Award
Period: 2011-2013

26. Determinants of Mammographic breast density in Hispanic, African American and White women (Tehranifar P PI, Primary Mentor, Terry MB)
Type: Susan B Komen Career Catalyst Award
Period: 5/1/11-4/30/14

27. Epigenetic, Molecular Markers and Breast and Ovarian Cancer
    (Genkinger J PI, Terry MB co-investigator)
    Type: Women at Risk Pilot Award
    Period 2012-13

28. Epigenetics and Breast and Ovarian Cancer in High Risk Women
    (Genkinger J PI, Terry MB co-investigator)
    Type: NIEHS Center Pilot Award
    Period 2012-13

29. PEDIGREE: Prenatal Environmental Determinants of Inter-Generational Risk
    (Multiple PI: Contact PI: Cohn B, PI; Terry MB, PI)
    Type: NIEHS R01
    Period: 1/01/2011 – 4/30/2015
    $1,498,995

30. Multilevel Determinants of Breast Cancer Risk: Translating Research into Intervention
    (Tehranifar P PI, Primary Mentor, Terry MB)
    Type: NCI 1K07CA151777-01A1
    Period 2011-2016

31. Legacy: A Cohort of Youth from Families from The Breast Cancer Family Registry
    (Terry MB, PI)
    Type: NCI R01
    Period: 1/01/2011 – 12/31/2016
    $3,153,830 Total Direct Costs

32. Genes, Environment, and Breast Cancer Risk: the 15 year Followup of Prof-SC
    (Multiple PI: Contact PI: Terry MB; Hopper J, PI)
    Type: NCI R01
    Period: 7/1/2011-6/30/2018
    $ 8,907,569 Total Direct Costs

33. Breast Cancer Family Registry Cohort
    (Multiple PI: Terry MB, Hopper J, Andrulis I, Daly M, John E (contact))
    Type: NCI U01
    Period: 2012-18
    $2,723,075 FY Total Costs

34. DNA Repair, DNA methylation, and Breast Cancer Risk
    (Santella RM, PI; Terry MB Co-PI)
    Type: The Breast Cancer Research Foundation)
    Period: 10/1/2004-9/30/2018
    $200,000 Total Costs per year

35. Host epigenetic and mitochondrial function in HIV-infected children
(Kuhn L PI, Terry MB co-I)
Type: NICHD R01
Period: 2012-17

36. Increasing breast cancer chemoprevention in the primary care setting
(Crew K PI, Terry MB co-I)
Type: NCI R01
Period: 2014-2019

37. Risk and penetrance of mutations from breast cancer testing panels
(Couch, Goldgar, Nathanson, Terry MB co-I)
Type: NCI P30
Period: 2014-2019

38. Epigenetics, Modifiable Factors and Ovarian Cancer Risk
(Genkinger J PI, Terry MB co-I)
Type: NCI R01
Period: 2015-2021

39. Pregnancy and Prenatal PAHs and other Environmental Exposures and Breast Cancer
(Terry MB PI, Miller R PI)
Type: NIEHS U01
Period: 2015-2021

40. Impact of breast density information disclosure in racially diverse populations
(Tehranifar P PI, Terry MB co-I)
Type: NIMHHD R01
Period: 2016-2021

41. Integrating Mammograms in Analyses of Genes and Environment in Sisters (IMAGES)
(Tehranifar P PI, Terry MB co-I)
Type: NCI U01
Period: 2017-2021

42. Modeling the dynamics of young onset colorectal cancer using big population data
(Yang W PI, Terry MB co-I)
Type: Data Science Institute SEED Pilot
Period: 2020-2021

**Fellowship and grant support (Active)**

43. Quantile Analysis Tools for Sequcencing and EQTL Studies.
(Wei Y PI, Terry MB co-I)

Type: NHI/NHGRI
Period: 2016-2022

44. Herbert Irving Comprehensive Cancer Center
(Rutsgi A, PI, Director Schwartz G, Deputy Director,
Terry MB, Associate Director for Population Science and Community Outreach and Engagement
Type: NIH/NCI P30 CA13696
Period: 07/01/03-06/30/25

45. Training Program in Cancer-Related Population Sciences
(Neugut AI, Terry MB MPI)
Type: NCI T32
Period 2017-22

46. Breast Cancer Family Registry Cohort
(Multiple PI: Terry MB (contact), Hopper J, Andrulis I, Daly M, Buys S, John E)
Type: NCI U01
Period: 2018-2023

47. DNA Repair Phenotype the Missing Link in Breast Cancer Risk Asessment
(Multiple PI: Terry MB (contact), Brenner, Wu)
Type: NCI U01
Period: 2018-2023

48. Environmental Exposures, Epigenetics and Breast Cancer Risk
(Santella PI, Terry MB co-PI)
Type: The Breast Cancer Research Foundation, No award number
Period 2004-2022

49. Polycyclic Aromatic Hydrocarbons (PAH) and Breast Cancer Risk
(Byrne C PI, Terry MB Partnering PI)
Type: DOD Breakthrough Award
Period: 2020-2024

50. EHR-based Genomic Risk Assessment and Management for Diverse Populations
(Multiple PI: Weng, Hripcsak, Kiryluk, Chung, Terry MB co-I)
Type: NHGRI U01
Period: 2020-2025

51. Clinical and Translational Science Award
(Reilly PI, Terry MB co-I)
Type: NCATS/NIH UL1
Period: 2016-2023

52. Data Science Institute, Course Development Grant for Designing New Undergraduate Course in Data Science and Heath Equity in New York City (2020-2022)

53. DISRUPT: Diversity & Inclusion in Scientific Research Underpinning Prevention & Therapeutic Trials
(Terry MB PI)
Type: StandUp to Cancer, No award number
Period: 2021-2025

54. UNCOVER: Underlying novel causes of onset of very early cancer research
(Yang PI, Terry MB co-I)
Type: NCI R01
Period: 2021-2026

55. Data Science Institute, Course Development Grant for Designing New Medical School Course in Data Science and Heath Equity (2021-2023)

56. Center to Improve Chronic disease Outcomes through Multi-level and Multi-generational approaches Unifying Novel Interventions and Training for health EquitY (The COMMUNITY Center)
(Multiple PI: Terry MB (contact), Shimbo, Williams, Phillips, Cohn, Hershman)
Type: NIHMD
Period: 2021-2026

**University and Departmental Leadership and Committees**

*University-wide Committees and Service: Columbia University*
Tenure Review Advisory Committee (2014-2017)
Provost Leadership Fellows Program (2015- 2017)

*Medical Center-wide Committees and Service: Columbia University Medical Center*
Associate Director for Population Science and Community Outreach and Engagement (2019- present) Herbert Irving Comprehensive Cancer Center (HICCC)
Associate Director for Education, HICCC (2012-2019)
Co-Leader, Cancer Population Sciences, HICCC (2019-present)
Co-Leader, Cancer Epidemiology, HICCC (2007-2019)
Co-Chair, CUIMC Committee on Adddressing Structural Racism, Community Outreach Working Group
CUIMC Academy for Communnity Service (2019-present)
Co-Chair, HICCC annual symposium (2010-2011)
Faculty reviewer, K12 program, Irving Center CTSA (2011-present)
Faculty reviewer, T35 program, CUMC (2012-present)
Faculty reviewer, Irving Institute/CTO Application Review 2012-present)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2016-2017)
Member, Herbert Irving Comprehensive Cancer Center, Population Science Search

Committee (2007-2010, Chair: Alfred Neugut)
Member, Herbert Irving Comprehensive Cancer Center, Biostatistics Core Resource Faculty Search Committee (2008-2009, Chair: Venkatraman E. Seshan)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2007, Chair of Standing Committee: Stephan Goff)
Member, Columbia University Medical Center, Inquiry Committee, Ad-hoc, Investigating Research Misconduct Inquiry (2016)

*School-wide Service: Mailman School of Public Health*
Co-Chair MSPH Community Action Corps (2020-2021)
Member, Interdisciplinary Research Task force (2017-2018)
Member, Precision-Medicine Task Force (2014-2015)
Member, Biostatistics Chair Search Committee (2012, Chairs: Sandro Galea, Wafaa El-Sadr)
Member, Sociomedical Science Chair Search Committee (2010-2011, Chairs: Michael Sparer, Ruth Ottman)
Member, Curriculum Renewal Task Force (2010-2011, Chair: Sandro Galea)
Chair, Ongoing Curricular Review Committee (2010-2011).
Member, Core Curriculum Development Committee (2010-2012)

*Departmental Service: Department of Epidemiology, Mailman School of Public Health*
Director, Chronic Disease Faculty Unit (2013-present)
Co-Chair, Epidemiology Search Committee (2017-present)
Member, Chair's Leadership Group (2013-present)
Chair, Methodology Examination Committee (2004-2013)
Certificate Lead: Advanced Epidemiologic Methods (2012-2014)
Doctoral Steering Committee (2011-2013)
Steering Committee, IMPRINTS Center (2006-present)
Member, Methodology Examination Committee (1999-2013)
Member, Curriculum Committee (1999-2012)
Member, Diversity Committee (2001-2009)
Member, Masters' Committee (1999-2001)

**External Collaborative Positions Held**
Deputy Chair, Followup Working Group, Breast Cancer Family Registry (2007-present)
Chair, Publications Committee, Breast Cancer Family Registry (2006- 2015)

**Boards**
NCI Board of Scientific Counselors, DCEG, 2018-present
External Advisory Board, UC Davis Cancer Center, 2019-present
External Advisor, University of Maryland Cancer Center, Population Science Program, 2019-present
External Advisor, Johns Hopkins Cancer Epidemiology Training Grant, 2021-present
External Advisor, Georgetown University Cancer Epidemiology Training Grant, 2021-present
External Advisor, Moffit Cancer Center Cancer Epidemiology Training Grant 2020-

present
Cancer Genetics Editorial Board PDQ, National Cancer Institute, 2014-present
Elected Member, ASPO Executive Board, American Society for Preventive Oncology, 2007-2012
Elected Member, Alumni Executive Board, Mailman School of Public Health, Columbia University, New York, NY, 2001-2010
Member Advisory Board, The Arkansas Women's Health Cohort (Spit for the Cure), University of Arkansas Medical Center, 2009-2015
Invited Member, Advisory Board for the Patient-Oriented Research Master's Program (MS/POR) of the Mailman School of Public Health, 2009-present
Invited Member, Scientific Advisory Council, City University of New York, School of Public Health, 2009 – 2015
External Advisory Board Keystone Program, Fox Chase Cancer Center, 2011-2012

**Teaching experience and responsibilities**

Courses taught

Data Science for Health Equity (Undergraduate course), Course Professor, Columbia University, Fall 2020, Fall 2021

Epidemiology III, Course Professor, Columbia University
(third required methodology course for graduate students)
Enrollment (110 students in Fall Semester, 25-40- in summer session)
Fall 2000, Fall 2001, Fall 2003, Summer 2004, Summer 2005, Summer 2006, Summer 2007, Summer 2008, Fall 2008, Summer 2009, Fall 2009, Summer 2010, Fall 2010, Fall 2011, Fall 2012, Fall 2013, Summer 2014, Fall 2017, Summer 2018, Summer 2019, Summer 2020

Epidemiology I, Advanced Course for Medical Fellows, Summer 2009, Summer 2010, Summer 2011, Summer 2012, Summer 2013, Summer 2014

Data Visualization, Course Professsor, Columbia University, 2016 (Executive Format)

Reach for the First, CTSA course on writing the First R01, twice a year in the Fall and Spring Semesters consecutively taught from 2009-2020

Advanced Epidemiologic Methods, Course professor, French School of Advanced Studies in Public Health (EHESP), Winter 2009, Winter 2010, Winter 2011, Winter 2012, Winter 2013, Winter 2014, Winter 2015, Winter 2016, Winter 2017, Winter 2018, Fall 2018, Winter 2019, Fall 2019, Winter 2020, Fall 2020, Winter 2021, Winter 2022

Epidemiology Core Course: Fall 1999, Course Director, Columbia University
Enrollment (> 225)

Guest lecturer for the following courses: Genetics of Aging, Topics in Nutrition, Cancer Epidemiology and Public Health, Chronic Disease Epidemiology, Molecular Epidemiology, Perinatal Epidemiology, Field Methods

Epidemiology and Health Economics, NYU, 1997-1998

Courses taught for Lay Community

Cancer Prevention, High School and CURE programs, 2018-present, New York City
Cancer Prevention, Community Settings, Washington Heights
Project Lead, Era of Hope Faculty, 2011. Breast Cancer Epidemiology: Update on Findings and review of Methods

Students Mentored (All students based at Columbia University unless noted*)

Postdoctoral fellows

1) Jonine Figeroa, PhD, 2004-2005, tenure-track investigator NCI, currently Chancellor's Fellow, Deanery of Molecular, Genetic and Population Health Sciences, Usher Institute, Centre for Population Health Sciences, Scotland
2) Jing Shen, MD, 2003-2006, Research Faculty Rutgers (co-mentor with Dr. Regina Santella).
3) Parisa Tehranifar, 2006-2009, Associate Professor, Columbia University, Dept of Epidemiology.
4) Hui Chen Wu, 2009-2011, Assistant Professor, Environmental Sciences, Columbia University, Dept of Environmental Health Sciences.
5) Jasmine McDonald, 2011-2014, Assistant Professor, Columbia University, tenure track.
6) Lissette Delgado-Cruzato, 2011-2012, Co-Mentor with Dr. Regina Santella, Associate Professor, John Jay College.
7) Tomi Akinyemiju, 2012-2014, Co-Mentor with Dr. Parisa Tehranifar, Associate Professor, Duke University
8) Lauren Houghton, 2014- 2018, Assistant Professor, Columbia University, tenure track.
9) Nur Zeinomar, 2015- 2020, Assistant Professor, Rutgers
10) Rebecca Kehm, 2017-2020, Associate Research Scientists, Columbia University

Predoctoral fellows (dissertation sponsor)

1) Fang Fang Zhang (sponsor), 2001-2006, Folate Metabolism and Stomach Cancer Risk, Dissertation awarded Distinction. Current Position: Associate Professor, Tufts University
2) Tamarra James (sponsor), 2002-2008, Hair Products and Breast Cancer Risk, Current Position: Research Faculty, Harvard School of Public Health
3) Heba Tawfik (sponsor), 2006- 2011, Prenatal and Early Life Exposures and Timing of Menopause

4) Heidi Mochari (sponsor), 2008- 2010, Family-level intervention on Chronic Disease Risk factors, Associate Research Scientist, Columbia University, Department of Medicine.
5) Megan Work (sponsor), 2010-2018, Tumor heterogeneity and breast cancer risk among high-risk women, Bayer Global Oncology
6) Laura Reimers (sponsor), 2012-2017, Benign Breast Disease and Epigenetic Markers, Pfizer
7) Mandy Goldberg (sponsor), 2016-2019, Early-life Origins of Breast Development, Current Position, Postdoctoral Fellow, NIEHS
8) Sabine Oskar (sponsor), 2018-2021, Environmental Exposures and Adolescent Breast Development, Merck Research Analyst

Predoctoral fellows (second reader, thesis committee)

1) Sybil Eng, 1999-2002, Body Size, Physical Activity and Breast Cancer Risk, Past Position, Epidemiologist, Pfizer, Current Position, Associate Research Scientist, Columbia University.
2) Lydia Zablotska, 2000-2001, Radiation Exposure and Cancer Risk, Current position, Assistant Professor UCSF.
3) Jamie Geier, 2003-2006, Comorbidity of IBS and depression, Epidemiologist, Pfizer.
4) George Friedman-Jimenez, 2011-2012, Mortality Experience of Nuclear Submariners in the U.S. Navy, Professor of Epidemiology, NYU.
5) Mary Kilty, 2012-2015. Early childhood height growth and depression and depression and working memory outcomes in middle age adults.
6) Nicole Leoce, 2014-2016. Risk Models with Competing Risks.
7) Ayana April-Sanders, 2018-2021, ACE and pubertal development

Predoctoral fellows (Chair, thesis committee)

1) Heidi Jones, 2009-2010, Use of Mathematical Modeling for Cervical Cancer Screening.
2) Steven Markowitz, 2010-2012, Asbestos, Asbestosis, Smoking and Lung Cancer.
3) Samantha Garbers, 2010-2012, Randomized Controlled Trial of a Low Literacy Computer Module to Improve Contraceptive Method Choice
4) Jennifer Ferris, 2012-2018, Epigenetics and Ovarian Cancer Risk

Predoctoral fellows (thesis committee)

1) Denise Esserman, 2003-2006, Frailty Models, (Biostatistics), Current Position, Postdoctoral Research Scientist, University of North Carolina.
2) Nancy Niguilda, 2001-2006, 4-ABP-DNA Adducts, Polymorphisms of Metabolizing Enzymes and *p53* Mutations in Breast Tissue (Environmental Science), Current Position, Science Writer.
3) Jennifer Zipprich, 2004-2007, Oxidative Stress and Breast Cancer Risk (Environmental Health Science), Current Position: CDC EIS officer.

4) Juan Wisnivesky, 2007-2009, Use of Instrumental Variables for Examining Treatment Effects (Biostatistics). Assistant Professor, Mount Sinai Medical School
5) *Xinran Xu, 2009, A Population-Based Study of One-carbon Metabolism and Breast Cancer, Mount Sinai School of Medicine.
6) Wenfei Zhang, 2009- present, Use Quantile Based Methods for Survival Analyses (Biostatistics)
7) Sha Nanshi, 2009- 2011, Investigating Change Points in Quantile Regression Models (Biostatistics)
8) Maya Kappil, 2011-2013, DNA repair phenotype in high risk women (Environmental Health Sciences)
9) Emily Zabor, 2016- present. Statistical methods for the study of etiologic heterogeneity (Biostatistics)
10) Stephanie Shiao, 2014-2017. Perinatal transmission of HIV and its effect on outcomes and biomarkers (Epidemiology).

*Dissertation defended at outside institution.

Masters Thesis Sponsor (primary)

1) Julia Meurling (2006)
2) Megan Work (2006)
3) Jennifer Ferris (2006)
4) Adey Tsega (2005)
5) Julie Flom (2008)
6) Sujata Naranyan (2006)
8) Summer White (2007)
9) Tara Kalra (2008)
10) Carmen Guerra (2009)
11) Ann Johnston (2010)
12) Risa Roppongi (2011)
13) Laxmi Modeli (2011)
14) Abhishek Goyal (2012)
15) Tarik Makiti (2012)
16) Kristina Astone (2012)
17) Neomi Kornhouser (2013)
18) Xialing Wang (2013)
19) Ashley Tsai (2013)
20) Kelsey Kirkwood (2014)
21) Annabel Acs (2014)
22) Lauren Young (2014)
23) Jessica Kan (2015)
24) Muxing Guo (2015)
25) Dina Oluwaseyi (2016)
26) Kathleen Tatem (2016)
27) Jaclyn Pierce (2017)
28) Kelsey Monson (2017-2018)
29) Shamin Sahebzada (2017-2018)

30) Sarah Lima (2019)
31) Julie Paone (2019)
32) Talar Habeshian (2019)
32) Lauren Carlson (2020)
33) Naveen Qureshi (2020)
34) Amanda Howeth (2020)
35) Narges Ghoroubi (2020)
36) Nicole Rutishauser (2020) EHESP
37) Sara Elsayed (2020) EHESP
38) Matreja, Priyal (2021)
39) Pratik Pokharel (2021) EHESP
40) Hayley Kunde (2022) EHESP
41) Sandra Godoy (2022) EHESP
42) Conall O Deasmhunaigh (2022) EHESP
43) Christina Zettler (2022) EHESP

Masters Thesis Sponsor (secondary)

1) Nicola Meyer
2) Andrea Dierlein
3) Abigail Hunt
4) Lisa Rosenblatt
5) Shobana Ramachandran
6) Melissa Carlson
7) Yin Cao
8)Hoda Elmasry
9) Cristina Valdovinos
10) Kelly Piersanti

Other mentoring activities

Co-Director, NCI CURE 2015- present. Oversee cohort of 12 students every year and match students to laboratory mentors, Summer 2020, 2021 online summer enrichment program daily programming for over 100 students.

Mentor, NCI CURE program to foster interest in cancer research among minority high-school and college students; supervised two summer internships for minority students

Mentor, Initiative Minority Student Development (IMSD) program to foster interest in public health among minority graduate students; supervised one student

Mentor, Bronx Science High School, Ocean Side High School, and Montclaire High School Research Track (2010-2012)

**Other Professional Activities: Peer Review Panels**

International Panels:

Member, Scientific Review Panel, National Cancer Institute of Canada (February 2007)

Member, Scientific Review Panel, National Cancer Institute of Canada (February 2008)
Member, Medical Research Council (UK) Ad-hoc Review Committee, 2009
Member, Scientific Review Panel, National Cancer Institute of Canada (February 2010)
Chair, Scientific Review Panel, National Cancer Institute of Canada (February 2011)
Member, Medical Research Council (UK) Ad-hoc Review Committee, 2016
Reviewer, Breast Cancer Now (UK) Ad-hoc Review Committee, 2017

NIH panels:
Member, Scientific Review Group (EDC2), NCI/NIH (February 2001)
Member, Scientific Review Group (EDC2), NCI/NIH (June 2003)
Member, Scientific Review Group (ZRG 1HOP N02), NCI/NIH (July 2004)
Member, Scientific Review Group (ZRG 1HOP N03), NCI/NIH (November 2006)
Member, Scientific Review Group (ZRG 1HOP N03 M), NCI/NIH (November 2007)
Standing Member, Scientific Review Group (NCI-F), Nominated 2008, Term from January 2009- January 2012, Committee to Review Training Grant Applications and Career Development Awards.
Member, Scientific Review Group (NIH/EPIC Member CF SEP) NCI/NIH (June 2009)
Member, National Heart Lung Blood Institute, NIH Women's Health Initiative Contract Renewal (May 2010)
Member, Site-Visit Team, Minnesota Cancer Comprehensive Center (June 2013)
Member, NCI K22 Scientific Review Committee (NCI ZCA1 RTRB) (April 2014)
Member, Site-Visit Team, Minnesota Comprehensive Cancer Center (June 2015)
Member, Site-Visit Team, UC Davis Comprehensive Cancer Center (February 2016)
Member, Ad-hoc NCI, P01 Program Review committee (October 2016)

Other Governmental Panels:
Member, Molecular Biology and Genetics Panel 2, Department of Defense, Breast Cancer Research Program (August 2006)
Member, Review Committee for the NCI Nutritional Epidemiology Branch, May 2009
Member, Review Committee for the NCI Hormonal Branch, October 2014
Member, NCI Site-Visit Team, Epidemiology and Biostistics Program Office (October 2017)
Member, NCI Branch Review, Metabolomics Branch (June 2018)
Member, NCI Board of Scientific Counselors, DCEG (2018-2021)

State Panels:
Member, Prostate Cancer Review Panel, Massachusetts State Department of Health (November 2000)
Member, Breast Cancer Review Panel, Massachusetts State Department of Health (September 2001)
Member, Ohio State University and Cancer Center, Population Science Review Committee (2012-present)

**Editorial and Peer-review Service**

Editor: International Journal of Epidemiology 2011-present
Editorial Advisory Board, Cancer, 2012- present
Cancer Epidemiology Section Editor, Current Epidemilogy Reports 2019- present
Editorial Board, Cancer Causes and Control, 2021-present
Editorial Board, Breast Cancer Research, 2020-present
Editorial Board, International Journal of Environmental Research and Public Health, 2021-present

**Other journal review service:**

American Journal of Epidemiology
Annals of Internal Medicine
Annals of Epidemiology
Biomed Central
Birth Defects Research: Clinical and Molecular Teratology
Cancer
Cancer Causes and Control
Cancer Detection and Prevention
Cancer Epidemiology Biomarkers and Prevention
Cancer Research
Carcinogenesis
Clinical Cancer Genetics
Epidemiology
European Journal of Cancer
International Journal of Cancer
International Journal of Epidemiology
Journal of the American Medical Association
Journal of the National Cancer Institute
Journal of Urban Health
Journal of Women's Health
Nature Genetics
New England Journal of Medicine

**Abstract Review Committee – Invited Reviewer**

American Association for Cancer Research, Cancer Prevention 2008 Annual Meeting
American Society for Preventive Oncology, 2008 Annual Meeting
American Society for Preventive Oncology, 2010 Annual Meeting
American Society for Preventive Oncology, 2011 Annual Meeting
American Association for Cancer Research, Science of Health Disparities, 2014 Annual Meeting

**Publications**
*** Denotes Lead or Senior Author**

A. Original Peer-Reviewed Journal Articles


1. ***Terry MB**, Skovron ML, Garbers S, Sonnenschein E, and Toniolo P. Frequency of cosmetic breast augmentation among U.S. women, 1963-1988. Am J Publ Health 1995; 85(8): 1122-24.

2. Gammon MD, Wolff MS, Neugut AI, **Terry MB**, Britton JA, Greenebaum E, Hibshoosh H, Levin B, Wang Q, and Santella R. Treatment for breast cancer and blood levels of chlorinated hydrocarbons. Cancer Epidemiol Biomarkers Prev 1996; 5:467-471.

3. Neugut AI, Horvath K, Whelan RL, **Terry MB**, Garbowski GC, Bertram A, Forde K, Treat MR, and Waye J. The effect of calcium and vitamin supplements on recurrence and incidence rates of colorectal adenomatous polyps. Cancer 1996; 78:723-8.

4. Neugut AI, **Terry MB**, Hocking G, Mosca L, Garbowski GC, Forde KA, Treat MR, and Waye J. Leisure and occupational and physical activity and risk of colorectal adenomatous polyps. Int J Cancer 1996; 68:744-8.

5. Allendorf JDF, Bessler M, Whelan RL, Trokel M, Laird DA, **Terry MB**, Treat MR: Better preservation of immune function after laparoscopic-assisted versus open bowel resection in a murine model. Dis Col Rect 39 (10 Suppl) S 67-72, 1996.

6. Gammon MD, Wolff MS, Neugut AI, **Terry MB**, Papadopoulos K, Levin B, Wang Q, Santella RM. Temporal variation in chlorinated hydrocarbons in healthy women. Cancer Epidemiol Biomarkers Prev 1997; 6:327-332.

7. Allendorf JDF, Bessler M, Whelan RL, Trokel M, Laird DA, **Terry MB**, Treat MR: Postoperative immune function varies inversely with the degree of surgical trauma in a murine model. Surgical Endoscopy 1997; 11(5): 427-30.

8. Garbers S, **Terry MB**, Toniolo P. Accuracy of self-report of breast implants. Plastic and Reconstructive Surgery 1998; 101:1773-6.

9. ***Terry MB**, Neugut AI. Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1998; 147(10): 1-8.

10. Bose S, Wang SI, **Terry MB**, Hibshoosh H, Parsons R. Allelic loss of chromosome 10q23 is associated with invasion in breast carcinoma. Oncogene 1998; 17 (1): 123-7.

11. Gammon MD, Hibshoosh H, **Terry MB**, Shikha Bose, Schoenberg JA, Brinton LA, Bernstein JL, Thompson WD. Cigarette smoking and other risk factors in relation to p53

expression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev 1999; 8:255-263.

12. Nastiuk KL, Mansukhani M, **Terry MB**, Kularatne P, Rubin MA, Melamed J, Gammon MD, Ittmann M, Krolewski JJ. Common mutations in BRCA1 and BRCA2 do not contribute to early prostate cancer in Jewish men. The Prostate, 1999: 40:172-177.

13. Gammon MD, Hibshoosh H, **Terry MB**, Shikha Bose, Schoenberg JA, Brinton LA, Bernstein JL, Thompson WD. Oral contraceptive use and HER-2/*neu* positive breast cancer among young women. Cancer Epidemiol Biomarkers Prev 1999; 8: 413-19.

14. Sonnenschein E, Toniolo P, **Terry MB**, Bruning PF, Kato I, Koenig KL, Shore RE. Body fat distribution and obesity in pre- and postmenopausal breast cancer. Int J Epidemiol 1999; 28(6):1026-31.

15. ***Terry MB**, Neugut AI, Schwartz S, Susser E. Risk factors for a causal intermediate and an endpoint: reconciling differences. Am J Epidemiol 2000; 151(4): 339-345.

16. Santella RM, Gammon MD, Zhang YJ, Motykiewicz G, Young TL, Hayes SC, **Terry MB**, Schoenberg JB, Brinton LA, Bose S, Teitelbaum SL, Hibshoosh H. Immunohistochemical analysis of polycyclic aromatic hydrocarbon-DNA adducts in breast tumor tissue. Cancer Lett 2000;154(2):143-149.

17. Huang EH, Whelan RL, Gleason NR, Maeda JS, **Terry MB**, Lee SW, Neugut AI, Forde KA. Increased incidence of colorectal adenomas in follow-up evaluation of patients with newly diagnosed hyperplastic polyps. Surgical Endoscopy 2001; 15(7): 646-8.

18. Lan Q, Feng Z, Tian D, He X, Rothman N, Tian L, Lu X, **Terry MB**, Mumford JL. p53 gene expression in relation to indoor exposure to unvented coal smoke in Xuan Wei, China. J Occup Environ Med 2001;43(3):226-30.

19. ***Terry MB**, Desvarieux M, Short M. Temporal trends in tuberculosis hospitalization rates before and after directly observed therapy implementation: New York City 1988-1995. Infection Control and Hospital Epidemiology 2002; 23(4): 221-3.

20. ***Terry MB**, Neugut AI, Bostick RM, Sandler RS, Haile R, Jacobson JS, Fenoglio-Preiser C, Potter JD. Risk factors for advanced colorectal adenomas: a pooled analysis. Cancer Epidemiol Biomarkers Prev 2002; 11: 622-629.

21. ***Terry MB**, Neugut AI, Bostick RM, Potter JD, Haile R, Fenoglio-Preiser C. Reliability in the classification of Advanced colorectal Adenomas. Cancer Epidemiol Biomarkers Prev 2002; 11: 660-663.

22. Gammon MD, Neugut AI, Santella RM, Teitelbaum SL, Britton JA, **Terry MB**, Eng SM, Wolff MS, Stellman SD, Kabat GC, Levin B, Bradlow HL, Hatch M, Beyea J, Camann D, Trent M, Senie R, Garbowski G, Maffeo C, Montalvan P, Berkowitz G, Kemeny M,

Citron C, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Collman GW, Obrams GI. The Long Island Breast Cancer Study Project: Description of a multi-institutional collaboration to identify environmental risk factors for breast cancer. Breast Cancer Research and Treatment 2002; 74:235-254.

23. Gammon MD, Santella RM, Neugut AI, Eng SM, Teitelbaum SL, Paykin A, Levin B, **Terry MB**, Young TL, Wang LW, Wang Q, Britton JA, Wolff MS, Stellman SD, Hatch M, Kabat GC, Senie R, Garbowski G, Maffeo C, Berkowitz G, Kemeny M, Citron M, Schuss A, Hajdu S, Vinceguerra V. Environmental toxins and breast cancer on Long Island. I. Polycyclic aromatic hydrocarbon (PAH)-DNA adducts. Cancer Epidemiology, Biomarkers and Prevention 2002;11: 677-85.

24. Gammon MD, Wolff MS, Neugut AI, Eng SM, Teitelbaum SL, Britton JA, **Terry MB**, Levin B, Stellman SD, Kabat GC, Hatch M, Senie R, Berkowitz G, Bradlow HL, Garbowski G, Maffeo C, Montalvan P, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Santella RM. Environmental toxins and breast cancer on Long Island. II. Organochlorine compounds in blood. Cancer Epidemiology, Biomarkers and Prevention 2002; 11: 686-97.

25. ***Terry MB**, Gammon MD, Schoenberg JB, Brinton LA, Arber N, Hibshoosh H. Oral Contraceptive use and Cyclin D1 overexpression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev 2002; 11: 1100-3.

26. Motykiewicz G, Faraglia B, Wang L, **Terry MB**, Senie RT, Santella RM. DNA repair capacity in lymphoblasts from sisters discordant for breast cancer. Environ Mol Mutagen 2002; 40: 93-100.

27. ***Terry MB**, Neugut AI, Mansukhani M, Waye JD, Harpaz N, Hibshoosh H.Tobacco, Alcohol, and p53 Overexpression in Early Colorectal Neoplasia. BMC Cancer. 2003; 3:29.

28. Narayan G, Arias-Pulido H, Koul S, Vargas H, Zhang FF, Villella J, Schneider A, **Terry MB**, Mansukhani M, Murty VV. Frequent Promoter Methylation of CDH1, DAPK, RARB, and HIC1 Genes in Carcinoma of Cervix Uteri: Its Relationship to Clinical Outcome. Mol Cancer. 2003;2-24.

29. Narayan G, Pulido HA, Koul S, Lu XY, Harris CP, Yeh YA, Vargas H, Posso H, **Terry MB**, Gissmann L, Schneider A, Mansukhani M, Rao PH, Murty VV. Genetic analysis identifies putative tumor suppressor sites at 2q35-q36.1 and 2q36.3-q37.1 involved in cervical cancer progression. Oncogene. 2003;22(22):3489-99.

30. Chang S, Buist DS, Reid M, **Terry MB**, Trentham-Dietz A. The characteristics and training of professionals in cancer prevention and control: a survey of theAmerican Society for Preventive Oncology. Cancer Epidemiol Biomarkers Prev. 2004;13(7):1094-8.

31. Gammon MD, **Terry MB**, Arber N, Chow WH, Risch HA, Vaughan TL, Schoenberg JB, Mayne ST, Stanford JL, Dubrow R, Rotterdam H, West AB, Fraumeni JF Jr, Weinstein IB, Hibshoosh H. Nonsteroidal anti-inflammatory drug use associated with reduced incidence of adenocarcinomas of the esophagus and gastric cardia that overexpress cyclin D1: a population-based study. Cancer Epidemiol Biomarkers Prev. 2004;13(1):34-9.

32. Gaudet MM, Britton JA, Kabat GC, Steck-Scott S, Eng SM, Teitelbaum SL, **Terry MB**, Neugut AI, Gammon MD. Fruits, vegetables, and micronutrients in relation to breast cancer modified by menopause and hormone receptor status. Cancer Epidemiol Biomarkers Prev. 2004;13(9):1485-94.

33. Rao PH, Arias-Pulido H, Lu XY, Harris CP, Vargas H, Zhang FF, Narayan G, Schneider A, **Terry MB**, Murty VV. Chromosomal amplifications, 3q gain and deletions of 2q33-q37 are the frequent genetic changes in cervical carcinoma. BMC Cancer. 2004;4(1):5.

34. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Josephy PD, Ambrosone CB. Myeloperoxidase genotype, fruit and vegetable consumption, and breast cancer risk. Cancer Res. 2004; 64(20):7634-9.

35. ***Terry MB**, Gammon MD, Zhang FF, Tawfik H, Teitelbaum SL, Britton JA, Subbaramaiah K, Dannenberg AJ, Neugut AI. Association of frequency and duration of aspirin use and hormone receptor status with breast cancer risk. JAMA. 2004; 291(20):2433-40.

36. ***Terry MB**, Gammon MD, Zhang FF, Eng SM, Sagiv SK, Paykin AB, Wang Q, Hayes S, Teitelbaum SL, Neugut AI, Santella RM. Polymorphism in the DNA repair gene XPD, polycyclic aromatic hydrocarbon-DNA adducts, cigarette smoking, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2004; 13(12):2053-8.

37. Gammon MD, Sagiv SK, Eng SM, Shantakumar S, Gaudet MM, Teitelbaum SL, Britton JA, **Terry MB,** Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Kabat GC, Wolff MS, Levin B, Neugut AI, Santella RM. Polycyclic aromatic hydrocarbon-DNA adducts and breast cancer: a pooled analysis. Arch Environ Health. 2004; 59(12):640-9.

38. *Shen J, **Terry MB**, Gammon MD, Gaudet MM, Teitelbaum SL, Eng SM, Sagiv SK, Neugut AI, Santella RM. MGMT genotype modulates the associations between cigarette smoking, dietary antioxidants and breast cancer risk. Carcinogenesis. 2005; 26(12):2131-7.

39. Eng SM, Gammon MD, **Terry MB**, Kushi LH, Teitelbaum SL, Britton JA, Neugut AI. Body Size Changes in Relation to Postmenopausal Breast Cancer among Women on Long Island, New York. Am J Epidemiol. 2005;162(3):229-37.

40. Shantakumar S, Gammon MD, Eng SM, Sagiv SK, Gaudet MM, Teitelbaum SL, Britton JA, **Terry MB**, Paykin A, Young TL, Wang LW, Wang Q, Stellman SD, Beyea J, Hatch M, Camann D, Prokopczyk B, Kabat GC, Levin B, Neugut AI, Santella RM. Residential

environmental exposures and other characteristics associated with detectable PAH-DNA adducts in peripheral mononuclear cells in a population-based sample of adult females. J Expo Anal Environ Epidemiol 2005; 65(4): 1606-14.

41. Chen J, Gammon MD, Chan W, Palomeque C, Wetmur JG, Kabat GC, Teitelbaum SL, Britton JA, **Terry MB**, Neugut AI, Santella RM. One-carbon metabolism, MTHFR polymorphisms, and risk of breast cancer. Cancer Res. 2005; 65(4):1606-14.

42. Shen J, Gammon MD, **Terry MB**, Wang L, Wang Q, Zhang F, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM. Polymorphisms in XRCC1 modify the association between polycyclic aromatic hydrocarbon-DNA adducts, cigarette smoking, dietary antioxidants, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2005;14(2):336-42.

43. Kennedy DO, Agrawal M, Shen J, **Terry MB**, Zhang FF, Senie RT, Motykiewicz G, Santella RM. DNA repair capacity of lymphoblastoid cell lines from sisters discordant for breast cancer. J Natl Cancer Inst. 2005; 97(2):127-32.

44. Gaudet MM, Gammon MD, Santella RM, Britton JA, Teitelbaum SL, Eng SM, **Terry MB,** Bensen JT, Schroeder J, Olshan AF, Neugut AI, Ambrosone CB. MnSOD Val-9Ala Genotype, Pro- and Anti-oxidant Environmental Modifiers, and Breast Cancer Among Women on Long Island, New York. Cancer Causes Control. 2005; 16 (10):1225-34.

45. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Ambrosone CB. No association between glutathione peroxidase Pro198Leu polymorphism and breast cancer risk. Cancer Epidemiol Biomarkers Prev 2005; 10:2459-61.

46. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Nowell S, Davis W, Garza C, Neugut AI, Ambrosone CB. Associations between Breast Cancer Risk and the Catalase Genotype, Fruit and Vegetable Consumption, and Supplement Use. Am J Epidemiol. 2005; 162(10): 943-52.

47. Santella RM, Gammon M, **Terry M**, Senie R, Shen J, Kennedy D, Agrawal M, Faraglia B, Zhang F. DNA adducts, DNA repair genotype/phenotype and cancer risk. Mutat Res. 2005; 592 (1-2): 29-35.

48. Krop I, Parker MT, Bloushtain-Qimron N, Porter D, Gelman R, Sasaki H, Maurer M, **Terry MB,** Parsons R, Polyak K. HIN-1, an inhibitor of cell growth, invasion, and AKT activation. Cancer Res. 2005; 65(21):9659-69.

49. Stevens RG, Cohen RD, **Terry MB**, Lasley BL, Siiteri P, Cohn BA. Alcohol consumption and serum hormone levels during pregnancy. Alcohol. 2005; 36(1):47-53.

50. *__Terry MB__, Gammon MD, Zhang FF, Britton JA, Teitelbaum SL, Neugut AI, Kabat.

Lifetime Alcohol intake and breast cancer risk. Annals of Epidemiology 2006; 16(3):230-40.

51. *Shen J, **Terry MB**, Gammon MD, Gaudet MM, Teitelbaum SL, Eng SM, Sagiv SK, Neugut AI, Santella RM. IGHMBP2 Thr671Ala polymorphism might be a modifier for the effects of cigarette smoking and PAH-DNA adducts to breast cancer risk. Breast Cancer Res Treat. 2006; 99(1):1-7 (listed incorrectly in Medline as Beth Terry M)

52. ***Terry MB**, Gammon M, Zhang F, Knight JA, Wang Q, Britton J, Teitelbaum S, Neugut A, Santella R. *ADH3* genotype, alcohol intake, and breast cancer risk. Carcinogenesis 2006; 4:840-7

53. *Rossner P Jr, **Terry MB**, Gammon MD, Zhang FF, Teitelbaum SL, Eng SM, Sagiv SK, Gaudet MM, Neugut AI, Santella RM. OGG1 polymorphisms and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2006;15(4):811-5.

54. Rossner P Jr, Gammon MD, **Terry MB**, Agrawal M, Zhang FF, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM. Relationship between urinary 15-F2t-isoprostane and 8-oxodeoxyguanosine levels and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2006;15(4):639-44.

55. Kabat GC, O'Leary ES, Gammon MD, Sepkovic DW, Teitelbaum SL, Britton JA, **Terry MB**, Neugut AI, Bradlow HL. Estrogen metabolism and breast cancer. Epidemiology. 2006;17(1):80-8.

56. Cleveland RJ, Gammon MD, Edmiston SN, Teitelbaum SL, Britton JA, **Terry MB**, Eng SM, Neugut AI, Santella RM, Conway K. IGF1 CA repeat polymorphisms, lifestyle factors and breast cancer risk in the Long Island Breast Cancer Study Project. Carcinogenesis. 2006; 27(4):758-65.

57. *Shen J, Desai M, Agrawal M, Kennedy DO, Senie RT, Santella RM, **Terry MB**. Polymorphisms in nucleotide excision repair genes and DNA repair capacity phenotype in sisters discordant for breast cancer. Cancer Epidemiol Biomarkers Prev. 2006; 15(9):1614-9.

58. McGuire V, John EM, Felberg A, Haile RW, Boyd NF, Thomas DC, Jenkins MA, Milne RL, Daly MB, Ward J, **Terry MB,** Andrulis IL, Knight JA, Godwin AK, Giles GG, Southey M, West DW, Hopper JL, Whittemore AS; kConFab Investigators. No increased risk of breast cancer associated with alcohol consumption among carriers of BRCA1 and BRCA2 mutations ages <50 years. Cancer Epidemiol Biomarkers Prev. 2006; 15(8):1565-7.

59. Buist DS, Kanetsky PA, Studts JL, Li L, **Terry MB**, Trentham-Dietz A, Chang S; American Society of Preventive Oncology Junior Members Interest Group. Recruiting and training leadership through professional societies: a report from the American

Society of Preventive Oncology Junior Members Interest Group. Cancer Epidemiol Biomarkers Prev. 2006; 15(7):1422-4.

60. Borrell LN, Castor D, Conway FP, **Terry MB**. Influence of nativity status on breast cancer risk among US black women. J Urban Health. 2006; 83(2):211-20.

61. Ahn J, Gammon MD, Santella RM, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Eng SM, Zhang Y, Garza C, Ambrosone CB. Effects of glutathione S-transferase A1 (GSTA1) genotype and potential modifiers on breast cancer risk. Carcinogenesis. 2006; 27(9):1876-82.

62. Gaudet MM, Bensen JT, Schroeder J, Olshan AF, **Terry MB**, Eng SM, Teitelbaum SL, Britton JA, Lehman TA, Neugut AI, Ambrosone CB, Santella RM, Gammon MD. Catechol-O-methyltransferase haplotypes and breast cancer among women on Long Island, New York. Breast Cancer Res Treat. 2006; 99(2):235-40.

63. Shen J, Gammon MD, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in the cyclooxygenase-2 gene, use of nonsteroidal anti-inflammatory drugs, and breast cancer risk. Breast Cancer Res. 2006;8(6):R71.

64. Shantakumar S, **Terry MB**, Teitelbaum SL, Britton JA, Millikan RC, Moorman PG, Neugut AI, Gammon MD. Reproductive factors and breast cancer risk among older women. Breast Cancer Res Treat. 2007; 102 (3) 365-74.

65. Shantakumar S, **Terry MB**, Paykin A, Teitelbaum SL, Britton JA, Moorman PG, Kritchevsky SB, Neugut AI, Gammon MD. Age and Menopausal Effects of Hormonal Birth Control and Hormone Replacement Therapy in Relation to Breast Cancer Risk. Am J Epidemiol. 2007; 165(10): 1187-98.

66. ***Terry MB,** Perrin M, Salafia CM, Zhang FF, Neugut AI, Teitelbaum SL, Britton J, Gammon MD. Preeclampsia, Pregnancy-related Hypertension, and Breast Cancer Risk. Am J Epidemiol. 2007; 165 (10): 1187-98.

67. ***Terry MB**, Knight JA, Zablotska L, Wang Q, John EM, Andrulis IL, Senie RT, Daly M, Ozcelik H, Briollais L, Santella RM. Alcohol metabolism, alcohol intake, and breast cancer risk: a sister-set analysis using the Breast Cancer Family Registry. Breast Cancer Res Treat. 2007; 106 (2): 281-8.

68. *Zhang FF, **Terry MB**, Hou L, Chen J, Lissowska J, Yeager M, Zatonski W, Chanock S, Morabia A, Chow WH. Genetic polymorphisms in folate metabolism and the risk of stomach cancer. Cancer Epidemiol Biomarkers Prev. 2007; 16(1):115-21.

69. Harlap S, Paltiel O, Friedlander Y, Calderon-Margalit R, Deutsch L, Kleinhaus KR, Manor O, Neugut AI, Opler M, Perrin MC, **Terry MB**, Tiram E, Yanetz R. Prostate cancer in fathers with fewer male offspring: the Jerusalem Perinatal Study cohort. J Natl Cancer Inst. 2007; 99(1):77-81.

70. *Shen J, **Terry MB**, Gurvich I, Liao Y, Senie RT, Santella RM. Short telomere length and breast cancer risk: a study in sister sets. Cancer Res. 2007; 67(11):5538-44.

71. Perrin MC, **Terry MB**, Kleinhaus K, Deutsch L, Yanetz R, Tiram E, Calderon-Margalit R, Friedlander Y, Paltiel O, Harlap S. Gestational diabetes and the risk of breast cancer among women in the Jerusalem Perinatal Study. Breast Cancer Res Treat. 2008; 108(1): 129-35.

72. ***Terry MB**, Wei Y, Esserman D. Maternal, Birth, and Early-Life Influences on Adult Body Size in Women. Am J Epidemiol. 2007; 166(1): 5-13.

73. Rossner P Jr, **Terry MB**, Gammon MD, Agrawal M, Zhang FF, Ferris JS, Teitelbaum SL, Eng SM, Gaudet MM, Neugut AI, Santella RM. Plasma protein carbonyl levels and breast cancer risk. J Cell Mol Med. 2007;11(5):1138-48.

74. Crew KD, Gammon MD, **Terry MB**, Zhang FF, Agrawal M, Eng SM, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in the apoptosis-associated genes FAS and FASL and breast cancer risk. Carcinogenesis. 2007; 28(12):2548-51.

75. Crew KD, Gammon MD, **Terry MB**, Zhang FF, Zablotska LB, Agrawal M, Shen J, Long CM, Eng SM, Sagiv SK, Teitelbaum SL, Neugut AI, Santella RM. Polymorphisms in nucleotide excision repair genes, polycyclic aromatic hydrocarbon-DNA adducts, and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2007; 16(10):2033-41.

76. Perrin MC, **Terry MB**, Kleinhaus K, Deutsch L, Yanetz R, Tiram E, Calderon R, Friedlander Y, Paltiel O, Harlap S. Gestational diabetes as a risk factor for pancreatic cancer: a prospective cohort study. BMC Med. 2007; 5:25.

77. Steck SE, Gaudet MM, Britton JA, Teitelbaum SL, **Terry MB**, Neugut AI, Santella RM, Gammon MD. Interactions among GSTM1, GSTT1 and GSTP1 polymorphisms, cruciferous vegetable intake and breast cancer risk. Carcinogenesis. 2007; 28(9):1954-9.

78. Zhang FF, Hou L, **Terry MB**, Lissowska J, Morabia A, Chen J, Yeager M, Zatonski W, Chanock S, Chow WH. Genetic polymorphisms in alcohol metabolism, alcohol intake and the risk of stomach cancer in Warsaw, Poland. Int J Cancer. 2007; 121(9):2060-4.

79. Harlap S, Davies AM, Deutsch L, Calderon-Margalit R, Manor O, Paltiel O, Tiram E, Yanetz R, Perrin MC, **Terry MB**, Malaspina D, Friedlander Y. The Jerusalem Perinatal Study cohort, 1964-2005: methods and a review of the main results. Paediatr Perinat Epidemiol. 2007; 21(3):256-73.

80. ***Terry MB**, Gammon MD, Zhang FF, Vaughan TL, Chow WH, Risch HA, Schoenberg JB, Mayne ST, Stanford JL, West AB, Rotterdam H, Blot WJ, Fraumeni JF Jr, Santella

RM. Alcohol dehydrogenase 3 and risk of esophageal and gastric adenocarcinomas. Cancer Causes Control. 2007;18(9):1039-46.

81. Shen J, Gammon MD, **Terry MB**, Teitelbaum SL, Eng SM, Neugut AI, Santella RM. Xeroderma pigmentosum complementation group C genotypes/diplotypes play no independent or interaction role with polycyclic aromatic hydrocarbons-DNA adducts for breast cancer risk. Eur J Cancer. 2008. 44(5): 710-7. PMCID: PMC2390906

82. Chen Y, Gammon MD, Teitelbaum SL, Britton JA, **Terry MB**, Shantakumar S, Eng SM, Wang Q, Gurvich I, Neugut AI, Santella RM, Ahsan H. Estrogen-biosynthesis Gene CYP17 and Its Interactions with Reproductive, Hormonal and Lifestyle Factors in Breast Cancer Risk: Results from from the Long Island Breast Cancer Study Project. Carcinogenesis. 2008; 29(4): 766-71.

83. ***Terry MB**, Buist DSM, Trentham-Dietz AT, James-Todd TM, Liao Y. Nonsteroidal Anti-inflammatory Drugs and Change in Mammographic Density: A Cohort Study using Pharmacy Records on Over 29,000 Postmenopausal Women. Cancer Epidemiol Biomark Prev. Cancer Epidemiol Biomarkers Prev. 2008; 17(5):1088-95.

84. Neuhausen SL, Ozcelik H, Southey MC, John EM, Godwin AK, Chung W, Iriondo-Perez J, Miron A, Santella RM, Whittemore A, Andrulis IL, Buys SS, Daly MB, Hopper JL, Seminara D, Senie RT, **Terry MB**; Breast Cancer Family Registry.BRCA1 and BRCA2 mutation carriers in the Breast Cancer Family Registry: an open resource for collaborative research.Breast Cancer Res Treat. 2009; 116(2): 379-86. PMCID: PMC2775077

85. *Machella N, **Terry MB**, Zipprich J, Gurvich I, Liao Y, Senie RT, Kennedy DO, Santella RM. Double-strand breaks repair in lymphoblastoid cell lines from sisters discordant for breast cancer from the New York site of the BCFR. Carcinogenesis. 2008;29(7):1367-72.

86. ***Terry MB**, Ferris J, Pilsner R, Flom J, Santella RM, Gamble MV, Susser E. Genomic DNA methylation among women in a multiethnic New York City birth cohort. Cancer Epidemiol Biomarkers Prev 2008.17(9):2306-10.

87. Sprague BL, Trentham-Dietz A, **Terry MB**, Nichols HB, Bersch AJ, Buist DS. Fertility drug use and mammographic breast density in a mammography screening cohort of premenopausal women. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3128-33. PMCID: PMC2621442

88. Breast Cancer Family Registry; Kathleen Cuningham Consortium for Research into Familial Breast Cancer (Australasia); Ontario Cancer Genetics Network (Canada). Smoking and risk of breast cancer in carriers of mutations in BRCA1 or BRCA2 aged less than 50 years. Breast Cancer Res Treat. 2008;109(1):67-75.

89. Shen J, Gammon MD, **Terry MB**, Wang Q, Bradshaw P, Teitelbaum SL, Neugut AI, Santella RM. Telomere length, oxidative damage, antioxidants and breast cancer risk. Int J Cancer. 2009; 124(7): 1637-43. PMCID: PMC2727686

90. *Figueroa JD, **Terry MB**, Gammon MD, Vaughan TL, Risch HA, Zhang FF, Kleiner DE, Bennett WP, Howe CL, Dubrow R, Mayne ST, Fraumeni JF Jr, Chow WH. Cigarette smoking, body mass index, gastro-esophageal reflux disease, and non-steroidal anti-inflammatory drug use and risk of subtypes of esophageal and gastric cancers by P53 overexpression. Cancer Causes Control 2009; 20(3): 361-8. PMCID: PMC2726999

91. ***Terry MB,** Howe G, Preston-Martin S, Pogoda JM, Zhang FF, Ahlbom A, Choi WN, Giles GG, Little J, Lubin F, Menegoz F, Ryan P, Schlehofer B. An international case-control study of adult diet and brain tumor risk: a histology-specific analysis by food group. Annals of Epidemiology 2009; 19(3): 161-71.

92. *Tehranifar P, Liao Y, Ferris J, **Terry MB**. Life course Socioeconomic Conditions, Passive Tobacco Exposure and Adult Women's Cigarette Smoking Status. Cancer Causes and Control 2009; 20(6): 867-76.

93. ***Terry, MB,** Tehranifar P, Flom J, Susser E. Studying the Role of Early Life on Women's Health: The New York Women's Birth Cohort. Pediatric and Perinatal Epidemiology 2009; 23(5): 431-45.

94. ***Terry MB**, Ferris J, Wei Y, Flom J, Tehranifar P. Birthweight, Postnatal Growth, and Age at Menarche. American Journal of Epidemiology 2009; 170(1): 72-9. PMCID: PMC2733039

95. *Flom J, Ferris J, Tehranifar P, **Terry MB**. Lifetime Alcohol Intake and Mammographic Density. Breast Cancer Research and Treatment 2009; 117(3): 643-51.

96. *Zipperich J, **Terry MB**, Machella N, Liao Y, Senie RT, Santella R. Plasma Protein Carbonyls, Urinary 8-oxodG and Breast Cancer Risk in Sisters Discordant for Breast Cancer from the New York Site of the BCFR Cancer Research 2009; 69(7) 2966-72. PMCID: PMC2666943.

97. *Tehranifar P, Liao Y, Flom J, and **Terry MB**. Validity of Self-reported Birthweight by Adult Women: Sociodemographic Influences and Implications for Lifecourse Studies. American Journal of Epidemiology 2009; 170(7): 910-7. PMCID: PMC2765356

98. Maurer M, Su T, Saal LH, Koujak S, Hopkins BD, Barkley CR, Wu J, Nandula S, Dutta B, Xie Y, Chin YR, Kim DI, Ferris JS, Gruvberger-Saal SK, Laakso M, Wang X, Memeo L, Rojtman A, Matos T, Yu JS, Cordon-Cardo C, Isola J, **Terry MB**, Toker A, Mills GB, Zhao JJ, Murty VV, Hibshoosh H, Parsons R. 3-Phosphoinositide-Dependent Kinase 1 Potentiates Upstream Lesions on the Phosphatidylinositol 3-Kinase Pathway in Breast Carcinoma. Cancer Res 2009; 69(15): 6299-306. PMCID: PMC2727605

99. Rossner P Jr, Gammon MD, Zhang YJ, **Terry MB**, Hibshoosh H, Memeo L, Mansukhani M, Long CM, Garbowski G, Agrawal M, Kalra TS, Gaudet MM, Teitelbaum SL, Neugut AI, Santella RM. Mutations in p53, p53 protein overexpression and breast cancer survival. J Cell Mol Med. 2008 Oct 16.

100. Greenlee H, Gammon MD, Abrahamson PE, Gaudet MM, **Terry MB**, Hershman DL, Desai M, Teitelbaum SL, Neugut AI, Jacobson JS. Prevalence and predictors of antioxidant supplement use during breast cancer treatment: the Long Island Breast Cancer Study Project. Cancer. 2009 Jul 15;115(14):3271-82. PMCID: PMC2763503

101. Crew KD, Gammon MD, Steck SE, Hershman DL, Cremers S, Dworakowski E, Shane E, **Terry MB**, Desai M, Teitelbaum SL, Neugut AI, Santella RM. Association between plasma 25-hydroxyvitamin D and breast cancer risk. Cancer Prev Res. 2009;2(6):598-604.

102. Antoniou AC, Sinilnikova OM, McGuffog L, Healey S, Nevanlinna H, Heikkinen T, Simard J, Spurdle AB, Beesley J, Chen X; Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer, Neuhausen SL, Ding YC, Couch FJ, Wang X, Fredericksen Z, Peterlongo P, Peissel B, Bonanni B, Viel A, Bernard L, Radice P, Szabo CI, Foretova L, Zikan M, Claes K, Greene MH, Mai PL, Rennert G, Lejbkowicz F, Andrulis IL, Ozcelik H, Glendon G; OCGN, Gerdes AM, Thomassen M, Sunde L, Caligo MA, Laitman Y, Kontorovich T, Cohen S, Kaufman B, Dagan E, Baruch RG, Friedman E, Harbst K, Barbany-Bustinza G, Rantala J, Ehrencrona H, Karlsson P, Domchek SM, Nathanson KL, Osorio A, Blanco I, Lasa A, Benítez J, Hamann U, Hogervorst FB, Rookus MA, Collee JM, Devilee P, Ligtenberg MJ, van der Luijt RB, Aalfs CM, Waisfisz Q, Wijnen J, van Roozendaal CE; HEBON, Peock S, Cook M, Frost D, Oliver C, Platte R, Evans DG, Lalloo F, Eeles R, Izatt L, Davidson R, Chu C, Eccles D, Cole T, Hodgson S; EMBRACE, Godwin AK, Stoppa-Lyonnet D, Buecher B, Léoné M, Bressac-de Paillerets B, Remenieras A, Caron O, Lenoir GM, Sevenet N, Longy M, Ferrer SF, Prieur F; GEMO, Goldgar D, Miron A, John EM, Buys SS, Daly MB, Hopper JL, **Terry MB**, Yassin Y; Breast Cancer Family Registry, Singer C, Gschwantler-Kaulich D, Staudigl C, Hansen TO, Barkardottir RB, Kirchhoff T, Pal P, Kosarin K, Offit K, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov EN, Allavena A, Schmutzler RK, Versmold B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Deissler H, Fiebig B, Suttner C, Schönbuchner I, Gadzicki D, Caldes T, de la Hoya M, Pooley KA, Easton DF, Chenevix-Trench G; CIMBA. Common variants in LSP1, 2q35 and 8q24 and breast cancer risk for BRCA1 and BRCA2 mutation carriers. Hum Mol Genet. 2009 Nov 15;18(22):4442-56. PMCID: PMC2782243

103. Yazici H, Zipprich J, Peng T, Akisik EZ, Tigli H, Isin M, Akisik EE, **Terry MB**, Senie RT, Li L, Peng M, Liu Z, Dalay N, Santella RM. Investigation of the miR16-1 (C > T) + 7 Substitution in Seven Different Types of Cancer from Three Ethnic Groups. J Oncol. 2009; 2009:827532. PMCID: PMC2766826

104. *Tehranifar P, Neugut AI, Phelan JC, Link BG, Liao Y, Desai M, **Terry MB**. Medical advances and racial/ethnic disparities in cancer survival. Cancer Epidemiol Biomarkers Prev. 2009 Oct;18(10):2701-8.

105. *Yazici H, **Terry MB**, Cho YH, Senie RT, Liao Y, Andrulis I, Santella RM. Aberrant methylation of RASSF1A in plasma DNA before breast cancer diagnosis in the Breast Cancer Family Registry. Cancer Epidemiol Biomarkers Prev. 2009 Oct;18(10):2723-5.

107. Mordukhovich I, Rossner Jr P Jr, **Terry MB**, Santella RM, Zhang YJ, Hibshoosh H, Memeo L, Mansukhani M, Long CM, Garbowski G, Agrawal M, Gaudet MM, Steck SE, Sagiv SK, Eng SM, Teitelbaum SL, Neugut AI, Conway-Dorsey K, Gammon MD. Associations between Polycyclic Aromatic Hydrocarbon-Related Exposures and p53 Mutations in Breast Tumors. Environ Health Perspect. 2010 Apr;118(4):511-8. PMID: 20064791

108. Osorio A, Milne RL, Pita G, Peterlongo P, Heikkinen T, Simard J, Chenevix-Trench G, Spurdle AB, Beesley J, Chen X, Healey S; KConFab, Neuhausen SL, Ding YC, Couch FJ, Wang X, Lindor N, Manoukian S, Barile M, Viel A, Tizzoni L, Szabo CI, Foretova L, Zikan M, Claes K, Greene MH, Mai P, Rennert G, Lejbkowicz F, Barnett-Griness O, Andrulis IL, Ozcelik H, Weerasooriya N; OCGN, Gerdes AM, Thomassen M, Cruger DG, Caligo MA, Friedman E, Kaufman B, Laitman Y, Cohen S, Kontorovich T, Gershoni-Baruch R, Dagan E, Jernström H, Askmalm MS, Arver B, Malmer B; SWE-BRCA, Domchek SM, Nathanson KL, Brunet J, Ramón Y Cajal T, Yannoukakos D, Hamann U; HEBON, Hogervorst FB, Verhoef S, Gómez García EB, Wijnen JT, van den Ouweland A; EMBRACE, Easton DF, Peock S, Cook M, Oliver CT, Frost D, Luccarini C, Evans DG, Lalloo F, Eeles R, Pichert G, Cook J, Hodgson S, Morrison PJ, Douglas F, Godwin AK; GEMO, Sinilnikova OM, Barjhoux L, Stoppa-Lyonnet D, Moncoutier V, Giraud S, Cassini C, Olivier-Faivre L, Révillion F, Peyrat JP, Muller D, Fricker JP, Lynch HT, John EM, Buys S, Daly M, Hopper JL, **Terry MB**, Miron A, Yassin Y, Goldgar D; Breast Cancer Family Registry, Singer CF, Gschwantler-Kaulich D, Pfeiler G, Spiess AC, Hansen TV, Johannsson OT, Kirchhoff T, Offit K, Kosarin K, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov EN, Allavena A, Schmutzler RK, Versmold B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Deissler H, Fiebig B, Varon-Mateeva R, Schaefer D, Froster UG, Caldes T, de la Hoya M, McGuffog L, Antoniou AC, Nevanlinna H, Radice P, Benítez J; CMBA. Evaluation of a candidate breast cancer associated SNP in ERCC4 as a risk modifier in BRCA1 and BRCA2 mutation carriers. Results from the Consortium of Investigators of Modifiers of BRCA1/BRCA2 (CIMBA).Br J Cancer. 2009 Dec 15;101(12):2048-54. Epub 2009 Nov 17. PMCID: PMC2795432.

110. Shen J, Gammon MD, Wu HC, **Terry MB**, Wang Q, Bradshaw PT, Teitelbaum SL, Neugut AI, Santella RM. Multiple genetic variants in telomere pathway genes and breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2010 Jan;19(1):219-28. PMID: 20056641

111. *Patrick-Miller L, Bradbury AR, **Terry MB**. Controversies in communication of genetic screening results for cancer: a report from the American Society of Preventive Oncology's Screening Special Interest Group (ASPO's 33rd Annual Meeting, March 8 to 10, 2009, Tampa, Florida). Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):624-7. PMID: 20142257

112. Antoniou AC, Beesley J, McGuffog L, Sinilnikova OM, Healey S, Neuhausen SL, Ding YC, Rebbeck TR, Weitzel JN, Lynch HT, Isaacs C, Ganz PA, Tomlinson G, Olopade OI, Couch FJ, Wang X, Lindor NM, Pankratz VS, Radice P, Manoukian S, Peissel B, Zaffaroni D, Barile M, Viel A, Allavena A, Dall'olio V, Peterlongo P, Szabo CI, Zikan M, Claes K, Poppe B, Foretova L, Mai PL, Greene MH, Rennert G, Lejbkowicz F, Glendon G, Ozcelik H, Andrulis IL; for the Ontario Cancer Genetics Network, Thomassen M, Gerdes AM, Sunde L, Cruger D, Birk Jensen U, Caligo M, Friedman E, Kaufman B, Laitman Y, Milgrom R, Dubrovsky M, Cohen S, Borg A, Jernström H, Lindblom A, Rantala J, Stenmark-Askmalm M, Melin B; for SWE-BRCA, Nathanson K, Domchek S, Jakubowska A, Lubinski J, Huzarski T, Osorio A, Lasa A, Durán M, Tejada MI, Godino J, Benitez J, Hamann U, Kriege M, Hoogerbrugge N, van der Luijt RB, Asperen CJ, Devilee P, Meijers-Heijboer EJ, Blok MJ, Aalfs CM, Hogervorst F, Rookus M; for HEBON, Cook M, Oliver C, Frost D, Conroy D, Evans DG, Lalloo F, Pichert G, Davidson R, Cole T, Cook J, Paterson J, Hodgson S, Morrison PJ, Porteous ME, Walker L, Kennedy MJ, Dorkins H, Peock S; for EMBRACE, Godwin AK, Stoppa-Lyonnet D, de Pauw A, Mazoyer S, Bonadona V, Lasset C, Dreyfus H, Leroux D, Hardouin A, Berthet P, Faivre L; for GEMO, Loustalot C, Noguchi T, Sobol H, Rouleau E, Nogues C, Frénay M, Vénat-Bouvet L; for GEMO, Hopper JL, Daly MB, **Terry MB**, John EM, Buys SS, Yassin Y, Miron A, Goldgar D; for the Breast Cancer Family Registry, Singer CF, Dressler AC, Gschwantler-Kaulich D, Pfeiler G, Hansen TV, Jønson L, Agnarsson BA, Kirchhoff T, Offit K, Devlin V, Dutra-Clarke A, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Schwartz PE, Blank SV, Toland AE, Montagna M, Casella C, Imyanitov E, Tihomirova L, Blanco I, Lazaro C, Ramus SJ, Sucheston L, Karlan BY, Gross J, Schmutzler R, Wappenschmidt B, Engel C, Meindl A, Lochmann M, Arnold N, Heidemann S, Varon-Mateeva R, Niederacher D, Sutter C, Deissler H, Gadzicki D, Preisler-Adams S, Kast K, Schönbuchner I, Caldes T, de la Hoya M, Aittomäki K, Nevanlinna H, Simard J, Spurdle AB, Holland H, Chen X; for kConFab, Platte R, Chenevix-Trench G, Easton DF; on behalf of CIMBA. Common Breast Cancer Susceptibility Alleles and the Risk of Breast Cancer for BRCA1 and BRCA2 Mutation Carriers: Implications for Risk Prediction. Cancer Res. 2010 Dec 1;70(23):9742-9754. Epub 2010 Nov 30.PMID: 21118973

113. Gaudet MM, Kirchhoff T, Green T, Vijai J, Korn JM, Guiducci C, Segrè AV, McGee K, McGuffog L, Kartsonaki C, Morrison J, Healey S, Sinilnikova OM, Stoppa-Lyonnet D, Mazoyer S, Gauthier-Villars M, Sobol H, Longy M, Frenay M, GEMO Study Collaborators, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Roozendaal KE; HEBON Study Collaborators, Piedmonte M, Rubinstein W, Nerenstone S, Van Le L, Blank SV, Caldés T, de la Hoya M, Nevanlinna H, Aittomäki K, Lazaro C, Blanco I, Arason A, Johannsson OT, Barkardottir RB, Devilee P, Olopade OI, Neuhausen SL, Wang X, Fredericksen ZS, Peterlongo P, Manoukian S, Barile M, Viel A, Radice P,

Phelan CM, Narod S, Rennert G, Lejbkowicz F, Flugelman A, Andrulis IL, Glendon G, Ozcelik H; OCGN, Toland AE, Montagna M, D'Andrea E, Friedman E, Laitman Y, Borg A, Beattie M, Ramus SJ, Domchek SM, Nathanson KL, Rebbeck T, Spurdle AB, Chen X, Holland H; kConFab, John EM, Hopper JL, Buys SS, Daly MB, Southey MC, **Terry MB**, Tung N, Overeem Hansen TV, Nielsen FC, Greene MI, Mai PL, Osorio A, Durán M, Andres R, Benítez J, Weitzel JN, Garber J, Hamann U, Peock S, Cook M, Oliver C, Frost D, Platte R, Evans DG, Lalloo F, Eeles R, Izatt L, Walker L, Eason J, Barwell J, Godwin AK, Schmutzler RK, Wappenschmidt B, Engert S, Arnold N, Gadzicki D, Dean M, Gold B, Klein RJ, Couch FJ, Chenevix-Trench G, Easton DF, Daly MJ, Antoniou AC, Altshuler DM, Offit K, Sinilnikova OM, Stoppa-Lyonnet D, Mazoyer S, Gauthier-Villars M, Sobol H, Longy M, Frenay M, Sinilnikova O, Barjhoux L, Giraud S, Léone M, Mazoyer S, Stoppa-Lyonnet D, Gauthier-Villars M, Houdayer C, Moncoutier V, Belotti M, de Pauw A, Bressac-de-Paillerets B, Remenieras A, Byrde V, Caron O, Lenoir G, Bignon YJ, Uhrhammer N, Lasset C, Bonadona V, Hardouin A, Berthet P, Sobol H, Bourdon V, Noguchi T, Eisinger F, Coulet F, Colas C, Soubrier F, Coupier I, Peyrat JP, Fournier J, Révillion F, Vennin P, Adenis C, Rouleau E, Lidereau R, Demange L, Nogues C, Muller D, Fricker JP, Longy M, Sevenet N, Toulas C, Guimbaud R, Gladieff L, Feillel V, Leroux D, Dreyfus H, Rebischung C, Cassini C, Faivre L, Prieur F, Ferrer SF, Frénay M, Vénat-Bouvet L, Lynch HT, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Roozendaal KE, Hogervorst FB, Verhoef S, Verheus M, van 't Veer LJ, van Leeuwen FE, Rookus MA, Collée M, van den Ouweland AM, Jager A, Hooning MJ, Tilanus-Linthorst MM, Seynaeve C, van Asperen CJ, Wijnen JT, Vreeswijk MP, Tollenaar RA, Devilee P, Ligtenberg MJ, Hoogerbrugge N, Ausems MG, van der Luijt RB, Aalfs CM, van Os TA, Gille JJ, Waisfisz Q, Meijers-Heijboer H, Gomez-Garcia EB, van Roozendaal CE, Blok MJ, Oosterwijk JC, van der Hout AH, Mourits MJ, Vasen HF, Spurdle AB, Chenevix-Trench G. Common genetic variants and modification of penetrance of BRCA2-associated breast cancer. PLoS Genet. 2010 Oct 28;6(10):e1001183.PMID: 21060860

114. *Ferris JS, Flom JD, Tehranifar P, Mayne ST, **Terry MB**. Prenatal and childhood environmental tobacco smoke exposure and age at menarche. Paediatr Perinat Epidemiol. 2010 Nov;24(6):515-23. doi: 10.1111/j.1365-3016.2010.01154.x. Epub 2010 Aug 24.PMID: 20955229

115. *James-Todd T, Tehranifar P, Rich-Edwards J, Titievsky L, **Terry MB**. The impact of socioeconomic status across early life on age at menarche among a racially diverse population of girls. Ann Epidemiol. 2010 Nov;20(11):836-42.PMID: 20933190.

116. Antoniou AC, Wang X, Fredericksen ZS, McGuffog L, Tarrell R, Sinilnikova OM, Healey S, Morrison J, Kartsonaki C, Lesnick T, Ghoussaini M, Barrowdale D; EMBRACE, Peock S, Cook M, Oliver C, Frost D, Eccles D, Evans DG, Eeles R, Izatt L, Chu C, Douglas F, Paterson J, Stoppa-Lyonnet D, Houdayer C, Mazoyer S, Giraud S, Lasset C, Remenieras A, Caron O, Hardouin A, Berthet P; GEMO Study Collaborators, Hogervorst FB, Rookus MA, Jager A, van den Ouweland A, Hoogerbrugge N, van der Luijt RB, Meijers-Heijboer H, Gómez García EB; HEBON, Devilee P, Vreeswijk MP, Lubinski J, Jakubowska A, Gronwald J, Huzarski T, Byrski T, Górski B, Cybulski C,

Spurdle AB, Holland H; kConFab, Goldgar DE, John EM, Hopper JL, Southey M, Buys SS, Daly MB, **Terry MB**, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Preisler-Adams S, Arnold N, Niederacher D, Sutter C, Domchek SM, Nathanson KL, Rebbeck T, Blum JL, Piedmonte M, Rodriguez GC, Wakeley K, Boggess JF, Basil J, Blank SV, Friedman E, Kaufman B, Laitman Y, Milgrom R, Andrulis IL, Glendon G, Ozcelik H, Kirchhoff T, Vijai J, Gaudet MM, Altshuler D, Guiducci C; SWE-BRCA, Loman N, Harbst K, Rantala J, Ehrencrona H, Gerdes AM, Thomassen M, Sunde L, Peterlongo P, Manoukian S, Bonanni B, Viel A, Radice P, Caldes T, de la Hoya M, Singer CF, Fink-Retter A, Greene MH, Mai PL, Loud JT, Guidugli L, Lindor NM, Hansen TV, Nielsen FC, Blanco I, Lazaro C, Garber J, Ramus SJ, Gayther SA, Phelan C, Narod S, Szabo CI; MOD SQUAD, Benitez J, Osorio A, Nevanlinna H, Heikkinen T, Caligo MA, Beattie MS, Hamann U, Godwin AK, Montagna M, Casella C, Neuhausen SL, Karlan BY, Tung N, Toland AE, Weitzel J, Olopade O, Simard J, Soucy P, Rubinstein WS, Arason A, Rennert G, Martin NG, Montgomery GW, Chang-Claude J, Flesch-Janys D, Brauch H; GENICA, Severi G, Baglietto L, Cox A, Cross SS, Miron P, Gerty SM, Tapper W, Yannoukakos D, Fountzilas G, Fasching PA, Beckmann MW, Dos Santos Silva I, Peto J, Lambrechts D, Paridaens R, Rüdiger T, Försti A, Winqvist R, Pylkäs K, Diasio RB, Lee AM, Eckel-Passow J, Vachon C, Blows F, Driver K, Dunning A, Pharoah PP, Offit K, Pankratz VS, Hakonarson H, Chenevix-Trench G, Easton DF, Couch FJ. A locus on 19p13 modifies risk of breast cancer in BRCA1 mutation carriers and is associated with hormone receptor-negative breast cancer in the general population. Nat Genet. 2010 Oct;42(10):885-92. Epub 2010 Sep 19. PMID: 20852631

117. Cho YH, Yazici H, Wu HC, **Terry MB**, Gonzalez K, Qu M, Dalay N, Santella RM. Aberrant promoter hypermethylation and genomic hypomethylation in tumor, adjacent normal tissues and blood from breast cancer patients. Anticancer Res. 2010 Jul;30(7):2489-96.PMID: 20682973 [PubMed - indexed for MEDLINE]

118. Mochari-Greenberger H, **Terry MB**, Mosca L. Does stage of change modify the effectiveness of an educational intervention to improve diet among family members of hospitalized cardiovascular disease patients? J Am Diet Assoc. 2010 Jul;110(7):1027-35.PMID: 20630159

119. Zipprich J, **Terry MB**, Brandt-Rauf P, Freyer GA, Liao Y, Agrawal M, Gurvich I, Senie R, Santella RM. XRCC1 polymorphisms and breast cancer risk from the New York Site of the Breast Cancer Family Registry: A family-based case-control study. J Carcinog. 2010 Apr 16;9:4.

120. Schrader KA, Masciari S, Boyd N, Salamanca C, Senz J, Saunders DN, Yorida E, Maines-Bandiera S, Kaurah P, Tung N, Robson ME, Ryan PD, Olopade OI, Domchek SM, Ford J, Isaacs C, Brown P, Balmana J, Razzak AR, Miron P, Coffey K, **Terry MB**, John EM, Andrulis IL, Knight JA, O'Malley FP, Daly M, Bender P; kConFab, Moore R, Southey MC, Hopper JL, Garber JE, Huntsman DG. Germline mutations in CDH1 are infrequent in women with early-onset or familial lobular breast cancers. J Med Genet. 2011 Jan;48(1):64-8. Epub 2010 Oct 4. PMID: 2092102.

121. *Wu HC, Delgado-Cruzata L, Flom JD, Kappil M, Ferris JS, Liao Y, Santella RM, **Terry MB**. Global methylation profiles in DNA from different blood cell types. Epigenetics. 2011 Jan 1;6(1):76-85. Epub 2011 Jan 1. PMID: 20890131

122. *Wu HC, John EM, Ferris JS, Keegan TH, Chung WK, Andrulis I, Delgado-Cruzata L, Kappil M, Gonzalez K, Santella RM, **Terry MB*** Global DNA methylation levels in girls with and without a family history of breast cancer. Epigenetics. 2011 Jan 1;6(1):29-33. Epub 2011 Jan 1. PMID: 20930546.

123. Ramus SJ, Kartsonaki C, Gayther SA, Pharoah PD, Sinilnikova OM, Beesley J, Chen X, McGuffog L, Healey S, Couch FJ, Wang X, Fredericksen Z, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Roversi G, Barile M, Viel A, Allavena A, Ottini L, Papi L, Gismondi V, Capra F, Radice P, Greene MH, Mai PL, Andrulis IL, Glendon G, Ozcelik H; OCGN, Thomassen M, Gerdes AM, Kruse TA, Cruger D, Jensen UB, Caligo MA, Olsson H, Kristoffersson U, Lindblom A, Arver B, Karlsson P, Stenmark Askmalm M, Borg A, Neuhausen SL, Ding YC, Nathanson KL, Domchek SM, Jakubowska A, Lubiński J, Huzarski T, Byrski T, Gronwald J, Górski B, Cybulski C, Dębniak T, Osorio A, Durán M, Tejada MI, Benítez J, Hamann U, Rookus MA, Verhoef S, Tilanus-Linthorst MA, Vreeswijk MP, Bodmer D, Ausems MG, van Os TA, Asperen CJ, Blok MJ, Meijers-Heijboer HE; HEBON; EMBRACE, Peock S, Cook M, Oliver C, Frost D, Dunning AM, Evans DG, Eeles R, Pichert G, Cole T, Hodgson S, Brewer C, Morrison PJ, Porteous M, Kennedy MJ, Rogers MT, Side LE, Donaldson A, Gregory H, Godwin A, Stoppa-Lyonnet D, Moncoutier V, Castera L, Mazoyer S, Barjhoux L, Bonadona V, Leroux D, Faivre L, Lidereau R, Nogues C, Bignon YJ, Prieur F, Collonge-Rame MA, Venat-Bouvet L, Fert-Ferrer S; GEMO Study Collaborators, Miron A, Buys SS, Hopper JL, Daly MB, John EM, **Terry MB**, Goldgar D; BCFR, Hansen TO, Jønson L, Ejlertsen B, Agnarsson BA, Offit K, Kirchhoff T, Vijai J, Dutra-Clarke AV, Przybylo JA, Montagna M, Casella C, Imyanitov EN, Janavicius R, Blanco I, Lázaro C, Moysich KB, Karlan BY, Gross J, Beattie MS, Schmutzler R, Wappenschmidt B, Meindl A, Ruehl I, Fiebig B, Sutter C, Arnold N, Deissler H, Varon-Mateeva R, Kast K, Niederacher D, Gadzicki D, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Simard J, Soucy P; kConFab Investigators, Spurdle AB, Holland H, Chenevix-Trench G, Easton DF, Antoniou AC; Consortium of Investigators of Modifiers of BRCA1/2. Genetic variation at 9p22.2 and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2011 Jan 19;103(2):105-16. Epub 2010 Dec 17. PMID: 21169536 [PubMed - indexed for MEDLINE]

124. ***Terry MB,** Wei Y, Esserman D, McKeague I, Susser E. Pre- and Postnatal Determinants of Childhood Body Size. Journal of the Developmental Origins of Health and Disease. Journal of Developmental Origins of Health and Disease (2011), 2(2), 99–111.

125. *Tehranifar P, Reynolds D, Flom JD, Fulton L, Liao Y, Kudadjie-Gyamfie E, **Terry MB**. Reproductive and Menstrual Factors and Mammographic Density in African American,

Caribbean and White Women. Cancer Causes Control. 2011 Apr;22(4):599-610. Epub 2011 Feb 17.

126. Smith LD, Tesoriero AA, Wong EM, Ramus SJ, O'Malley FP, Mulligan AM, **Terry MB**, Senie RT, Santella RM, John EM, Andrulis IL, Ozcelik H, Daly MB, Godwin AK, Buys SS, Fox S, Goldgar DE, Giles GG, Hopper JL, Southey MC. Contribution of large genomic BRCA1 alterations to early-onset breast cancer selected for family history and tumour morphology: a report from The Breast Cancer Family Registry. Breast Cancer Res. 2011 Jan 31;13(1):R14. [Epub ahead of print] PMID: 21281505.

127. James-Todd T, **Terry MB**, Rich-Edwards J, Deierlein A, Senie R. Childhood hair product use and earlier age at menarche in a racially diverse study population: a pilot study. Ann Epidemiol. 2011 Jun;21(6):461-5. Epub 2011 Mar 21. PMID: 21421329

128. *Flom JD, Ferris JS, Liao Y, Tehranifar P, Belessiotis Richards C, Cho YH, Gonzalez K, Santella RM, **Terry MB**. Prenatal Smoke Exposure and Genomic DNA Methylation in a Multi-ethnic Urban Birth Cohort. Cancer Epidemiol Biomarkers Prev. 2011 Oct 12. [Epub ahead of print] PMID: 21994404.

129. *Desai M, Esserman DA, Gammon MD, **Terry MB**. The use of complete-case and multiple imputation-based analyses in molecular epidemiology studies that assess interaction effects. Epidemiol Perspect Innov. 2011 Oct 6;8(1):5. [Epub ahead of print] PMID: 21978450

130. Mochari-Greenberger H, **Terry MB**, Mosca L. Sex, Age, and Race/Ethnicity Do Not Modify the Effectiveness of a Diet Intervention among Family Members of Hospitalized Cardiovascular Disease Patients. J Nutr Educ Behav. 2011 Sep-Oct;43(5):366-73. PMID: 21906549

131. Cox DG, Simard J, Sinnett D, Hamdi Y, Soucy P, Ouimet M, Barjhoux L, Verny-Pierre C, McGuffog L, Healey S, Szabo C, Greene MH, Mai PL, Andrulis IL; Ontario Cancer Genetics Network, Thomassen M, Gerdes AM, Caligo MA, Friedman E, Laitman Y, Kaufman B, Paluch SS, Borg A, Karlsson P, Stenmark Askmalm M, Barbany Bustinza G; SWE-BRCA Collaborators, Nathanson KL, Domchek SM, Rebbeck TR, Benítez J, Hamann U, Rookus MA, van den Ouweland AM, Ausems MG, Aalfs CM, van Asperen CJ, Devilee P, Gille HJ; HEBON; EMBRACE, Peock S, Frost D, Evans DG, Eeles R, Izatt L, Adlard J, Paterson J, Eason J, Godwin AK, Remon MA, Moncoutier V, Gauthier-Villars M, Lasset C, Giraud S, Hardouin A, Berthet P, Sobol H, Eisinger F, Bressac de Paillerets B, Caron O, Delnatte C; GEMO Study Collaborators, Goldgar D, Miron A, Ozcelik H, Buys S, Southey MC, **Terry MB**; The Breast Cancer Family Registry, Singer CF, Dressler AC, Tea MK, Hansen TV, Johannsson O, Piedmonte M, Rodriguez GC, Basil JB, Blank S, Toland AE, Montagna M, Isaacs C, Blanco I, Gayther SA, Moysich KB, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Niederacher D, Sutter C, Gadzicki D, Fiebig B, Caldes T, Laframboise R, Nevanlinna H, Chen X, Beesley J, Spurdle AB, Neuhausen SL, Ding YC, Couch FJ, Wang X, Peterlongo P, Manoukian S, Bernard L, Radice P, Easton DF, Chenevix-Trench G,

Antoniou AC, Stoppa-Lyonnet D, Mazoyer S, Sinilnikova OM; on behalf of the Consortium of Investigators of Modifiers of BRCA1/2. Common variants of the BRCA1 wild-type allele modify the risk of breast cancer in BRCA1 mutation carriers. Hum Mol Genet. 2011 Sep 16. [Epub ahead of print] PMID: 21890493 [PubMed - as supplied by publisher]

132. Goldgar DE, Healey S, Dowty JG, Da Silva L, Chen X, Spurdle AB, **Terry MB**, Daly MJ, Buys SM, Southey MC, Andrulis I, John EM; BCFR; kConFab, Khanna KK, Hopper JL, Oefner PJ, Lakhani S, Chenevix-Trench G. Rare variants in the ATM gene and risk of breast cancer. Breast Cancer Res. 2011 Jul 25;13(4):R73. [Epub ahead of print]. PMID: 21787400.

133. *Desai M, Kubo J, Esserman D, **Terry MB**. The handling of missing data in molecular epidemiology studies. Cancer Epidemiol Biomarkers Prev. 2011 Aug;20(8):1571-9. Epub 2011 Jul 12.PMID: 21750174

134. ***Terry MB**, Delgado-Cruzata L, Vin-Raviv N, Wu HC, Santella RM. DNA methylation in white blood cells: association with risk factors in epidemiologic studies.. Epigenetics. 2011 Jul;6(7):828-37. Epub 2011 Jul 1. PMID: 21636973 [PubMed - in process]

135. *James-Todd T, Senie R, **Terry MB**. Racial/Ethnic Differences in Hormonally-Active Hair Product Use: A Plausible Risk Factor for Health Disparities. J Immigr Minor Health. 2011 May 31. [Epub ahead of print] PMID: 21626298

136. Im KM, Kirchhoff T, Wang X, Green T, Chow CY, Vijai J, Korn J, Gaudet MM, Fredericksen Z, Shane Pankratz V, Guiducci C, Crenshaw A, McGuffog L, Kartsonaki C, Morrison J, Healey S, Sinilnikova OM, Mai PL, Greene MH, Piedmonte M, Rubinstein WS; HEBON, Hogervorst FB, Rookus MA, Collée JM, Hoogerbrugge N, van Asperen CJ, Meijers-Heijboer HE, Van Roozendaal CE, Caldes T, Perez-Segura P, Jakubowska A, Lubinski J, Huzarski T, Blecharz P, Nevanlinna H, Aittomäki K, Lazaro C, Blanco I, Barkardottir RB, Montagna M, D'Andrea E; kConFab, Devilee P, Olopade OI, Neuhausen SL, Peissel B, Bonanni B, Peterlongo P, Singer CF, Rennert G, Lejbkowicz F, Andrulis IL, Glendon G, Ozcelik H; Ontario Cancer Genetics Network, Toland AE, Caligo MA; SWE-BRCA, Beattie MS, Chan S; UKFOCR, Domchek SM, Nathanson KL, Rebbeck TR, Phelan C, Narod S, John EM, Hopper JL, Buys SS, Daly MB, Southey MC, **Terry MB**, Tung N, Hansen TV, Osorio A, Benitez J, Durán M, Weitzel JN, Garber J, Hamann U; EMBRACE, Peock S, Cook M, Oliver CT, Frost D, Platte R, Evans DG, Eeles R, Izatt L, Paterson J, Brewer C, Hodgson S, Morrison PJ, Porteous M, Walker L, Rogers MT, Side LE, Godwin AK, Schmutzler RK, Wappenschmidt B, Laitman Y, Meindl A, Deissler H, Varon-Mateeva R, Preisler-Adams S, Kast K, Venat-Bouvet L, Stoppa-Lyonnet D, Chenevix-Trench G, Easton DF, Klein RJ, Daly MJ, Friedman E, Dean M, Clark AG, Altshuler DM, Antoniou AC, Couch FJ, Offit K, Gold B. Haplotype structure in Ashkenazi Jewish BRCA1 and BRCA2 mutation carriers. Hum Genet. 2011 Nov;130(5):685-99. Epub 2011 May 20. PMID: 21597964

137. Antoniou AC, Kartsonaki C, Sinilnikova OM, Soucy P, McGuffog L, Healey S, Lee A,

Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Cattaneo E, Barile M, Pensotti V, Pasini B, Dolcetti R, Giannini G, Putignano AL, Varesco L, Radice P, Mai PL, Greene MH, Andrulis IL, Glendon G, Ozcelik H, Thomassen M, Gerdes AM, Kruse TA, Birk Jensen U, Crüger DG, Caligo MA, Laitman Y, Milgrom R, Kaufman B, Paluch-Shimon S, Friedman E, Loman N, Harbst K, Lindblom A, Arver B, Ehrencrona H, Melin B; SWE-BRCA, Nathanson KL, Domchek SM, Rebbeck T, Jakubowska A, Lubinski J, Gronwald J, Huzarski T, Byrski T, Cybulski C, Gorski B, Osorio A, Ramón y Cajal T, Fostira F, Andrés R, Benitez J, Hamann U, Hogervorst FB, Rookus MA, Hooning MJ, Nelen MR, van der Luijt RB, van Os TA, van Asperen CJ, Devilee P, Meijers-Heijboer HE, Garcia EB; HEBON, Peock S, Cook M, Frost D, Platte R, Leyland J, Evans DG, Lalloo F, Eeles R, Izatt L, Adlard J, Davidson R, Eccles D, Ong KR, Cook J, Douglas F, Paterson J, Kennedy MJ, Miedzybrodzka Z; EMBRACE, Godwin A, Stoppa-Lyonnet D, Buecher B, Belotti M, Tirapo C, Mazoyer S, Barjhoux L, Lasset C, Leroux D, Faivre L, Bronner M, Prieur F, Nogues C, Rouleau E, Pujol P, Coupier I, Frénay M; CEMO Study Collaborators, Hopper JL, Daly MB, **Terry MB**, John EM, Buys SS, Yassin Y, Miron A, Goldgar D; Breast Cancer Family Registry, Singer CF, Tea MK, Pfeiler G, Dressler AC, Hansen TO, Jønson L, Ejlertsen B, Barkardottir RB, Kirchhoff T, Offit K, Piedmonte M, Rodriguez G, Small L, Boggess J, Blank S, Basil J, Azodi M, Toland AE, Montagna M, Tognazzo S, Agata S, Imyanitov E, Janavicius R, Lazaro C, Blanco I, Pharoah PD, Sucheston L, Karlan BY, Walsh CS, Olah E, Bozsik A, Teo SH, Seldon JL, Beattie MS, van Rensburg EJ, Sluiter MD, Diez O, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ruehl I, Varon-Mateeva R, Kast K, Deissler H, Niederacher D, Arnold N, Gadzicki D, Schönbuchner I, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Dumont M, Chiquette J, Tischkowitz M, Chen X, Beesley J, Spurdle AB; kConFab investigators, Neuhausen SL, Chun Ding Y, Fredericksen Z, Wang X, Pankratz VS, Couch F, Simard J, Easton DF, Chenevix-Trench G; CIMBA. Common alleles at 6q25.1 and 1p11.2 are associated with breast cancer risk for BRCA1 and BRCA2 mutation carriers. Hum Mol Genet. 2011 Aug 15;20(16):3304-21. Epub 2011 May 18. PMID: 21593217 .

138. Mulligan AM, Couch FJ, Barrowdale D, Domchek SM, Eccles D, Nevanlinna H, Ramus SJ, Robson M, Sherman M, Spurdle AB, Wappenschmidt B, Lee A, McGuffog L, Healey S, Sinilnikova OM, Janavicius R, Hansen TV, Nielsen FC, Ejlertsen B, Osorio A, Munoz-Repeto I, Duran M, Godino J, Pertesi M, Benitez J, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Cattaneo E, Bonanni B, Viel A, Pasini B, Papi L, Ottini L, Savarese A, Bernard L, Radice P, Hamann U, Verheus M, Meijers-Heijboer HE, Wijnen J, Gomez Garcia EB, Nelen MR, Kets CM, Seynaeve C, Tilanus-Linthorst MM, van der Luijt RB, van Os T, Rookus M, Frost D, Jones JL, Evans DG, Lalloo F, Eeles R, Izatt L, Adlard J, Davidson R, Cook J, Donaldson A, Dorkins H, Gregory H, Eason J, Houghton C, Barwell J, Side LE, McCann E, Murray A, Peock S, Godwin A, Schmutzler RK, Rhiem K, Engel C, Meindl A, Ruehl I, Arnold N, Niederacher D, Sutter C, Deissler H, Gadzicki D, Kast K, Preisler-Adams S, Varon-Mateeva R, Schoenbuchner I, Fiebig B, Heinritz W, Schafer D, Gevensleben H, Caux-Moncoutier V, Fassy-Colcombet M, Cornelis F, Mazoyer S, Leone M, Boutry-Kryza N, Hardouin A, Berthet P, Muller D, Fricker JP, Mortemousque I, Pujol P, Coupier I, Lebrun M, Kientz C, Longy M, Sevenet N, Stoppa-Lyonnet D, Isaacs C, Caldes T, de Al Hoya M, Heikkinen T, Aittomaki K,

Blanco I, Lazaro C, Barkardottir RB, Soucy P, Dumont M, Simard J, Montagna M, Tognazzo S, D'Andrea E, Fox S, Yan M, Rebbeck TR, Olopade OI, Weitzel JN, Lynch HT, Ganz PA, Tomlinson GE, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Szabo C, Offit K, Sakr R, Gaudet M, Bhatia J, Kauff N, Singer CF, Tea MK, Gschwantler-Kaulich D, Fink-Retter A, Mai PL, Greene MH, Imyanitov E, O'Malley FP, Ozcelik H, Glendon G, Toland AE, Gerdes AM, Thomassen M, Kruse TA, Birk Jensen U, Skytte AB, Caligo MA, Soller M, Henriksson K, von Wachenfeldt A, Arver B, Stenmark-Askmalm M, Karlsson P, Ding YC, Neuhausen SL, Beattie M, Pharoah PD, Moysich KB, Nathanson KL, Karlan BY, Gross J, John EM, Daly MB, Buys SM, Southey MC, Hopper JL, **Terry MB**, Chung W, Miron AF, Goldgar D, Chenevix-Trench G, Easton DF, Andrulis IL, Antoniou AC, Family Registry BC, Embrace, Collaborators GS, Hebon, Network OC, Swe-Brca, Cimba. Common breast cancer susceptibility alleles are associated with tumor subtypes in BRCA1 and BRCA2 mutation carriers: results from the Consortium of Investigators of Modifiers of BRCA1/2. Breast Cancer Res. 2011 Nov 2;13(6):R110. [Epub ahead of print] PMID:22053997

139. Xu X, Gammon MD, Jefferson E, Zhang Y, Cho YH, Wetmur JG, Teitelbaum SL, Bradshaw PT, **Terry MB**, Garbowski G, Hibshoosh H, Neugut AI, Santella RM, Chen J. The influence of one-carbon metabolism on gene promoter methylation in a population-based breast cancer study. Epigenetics. 2011 Nov 1;6(11). [Epub ahead of print] PMID:22048254

140. ***Terry MB**, Knight JA. STROBE-ME - Illuminating methodological issues for the reporting of molecular epidemiology data. Prev Med. 2011 Dec 1;53(6):388-9. Epub 2011 Oct 15. PMID:22024220

141. Susser E, S. Buka S, Schaefer CA, Andrews H, Cirillo PM, Factor-Litvak P, Gillman M, Goldstein JM, Ivey Henry P, Lumey LH, McKeague IW, Michels KB, Terry MB, Cohn B for the EDAH Team. The Early Determinants of Adult Health Study. Journal of Developmental Origins of Health and Disease 2011, 2(6), 311–321.

142. ***Terry MB**, Schaefer CA, Flom JD, Wei Y, Tehranifar P, Liao Y, Buka S, Michels KB. Prenatal smoke exposure and mammographic density in mid-life. Journal of Developmental Origins of Health and Disease 2011, 2(6), 340–352.

143. Lumey LH, **Terry MB**, Delgado-Cruzata L, Wang Q, Susser E, McKeague I, Santella RM. Adult global DNA methylation in relation to pre-natal nutrition. International Journal of Epidemiology 2012 Feb;41(1):116-23. doi: 10.1093/ije/dyr137. Epub 2011 Sep 29.2011.

144. Mavaddat N, Barrowdale D, Andrulis IL, Domchek SM, Eccles D, Nevanlinna H, Ramus SJ, Spurdle A, Robson M, Sherman M, Mulligan AM, Couch FJ, Engel C, McGuffog L, Healey S, Sinilnikova OM, Southey MC, **Terry MB**, Goldgar D, O'Malley F, John EM, Janavicius R, Tihomirova L, Hansen TV, Nielsen FC, Osorio A, Stavropoulou A, Benítez J, Manoukian S, Peissel B, Barile M, Volorio S, Pasini B, Dolcetti R, Putignano AL, Ottini L, Radice P, Hamann U, Rashid MU, Hogervorst FB, Kriege M, van der Luijt RB;

for HEBON, Peock S, Frost D, Evans DG, Brewer C, Walker L, Rogers MT, Side LE, Houghton C; for EMBRACE, Weaver J, Godwin AK, Schmutzler RK, Wappenschmidt B, Meindl A, Kast K, Arnold N, Niederacher D, Sutter C, Deissler H, Gadzicki D, Preisler-Adams S, Varon-Mateeva R, Schönbuchner I, Gevensleben H, Stoppa-Lyonnet D, Belotti M, Barjhoux L; for GEMO Study Collaborators, Isaacs C, Peshkin BN, Caldes T, de Al Hoya M, Cañadas C, Heikkinen T, Heikkilä P, Aittomäki K, Blanco I, Lazaro C, Brunet J, Agnarsson BA, Arason A, Barkardottir RB, Dumont M, Simard J, Montagna M, Agata S, D'Andrea E, Yan M, Fox S; for kConFab Investigators, Rebbeck TR, Rubinstein W, Tung N, Garber JE, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Szabo C, Offit K, Sakr R, Gaudet MM, Singer CF, Tea MK, Rappaport C, Mai PL, Greene MH, Sokolenko A, Imyanitov E, Toland AE, Senter L, Sweet K, Thomassen M, Gerdes AM, Kruse T, Caligo M, Aretini P, Rantala J, von Wachenfeld A, Henriksson K; for SWE-BRCA Collaborators, Steele L, Neuhausen SL, Nussbaum R, Beattie M, Odunsi K, Sucheston L, Gayther SA, Nathanson K, Gross J, Walsh C, Karlan B, Chenevix-Trench G, Easton DF, Antoniou AC; for the Consortium of Investigators of Modifiers of BRCA1/2. Pathology of Breast and Ovarian Cancers among BRCA1 and BRCA2 Mutation Carriers: Results from the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). Cancer Epidemiol Biomarkers Prev. 2012 Jan;21(1):134-47.

145. Park DJ, Lesueur F, Nguyen-Dumont T, Pertesi M, Odefrey F, Hammet F, Neuhausen SL, John EM, Andrulis IL, **Terry MB**, Daly M, Buys S, Le Calvez-Kelm F, Lonie A, Pope BJ, Tsimiklis H, Voegele C, Hilbers FM, Hoogerbrugge N, Barroso A, Osorio A; the Breast Cancer Family Registry; the Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer, Giles GG, Devilee P, Benitez J, Hopper JL, Tavtigian SV, Goldgar DE, Southey MC. Rare Mutations in XRCC2 Increase the Risk of Breast Cancer. Am J Hum Genet. 2012 Apr 6;90(4):734-739. Epub 2012 Mar 29.

146. Ramus SJ, Antoniou AC, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, McGuffog L, Sinilnikova OM, Healey S, Barrowdale D, Lee A, Thomassen M, Gerdes AM, Kruse TA, Jensen UB, Skytte AB, Caligo MA, Liljegren A, Lindblom A, Olsson H, Kristoffersson U, Stenmark-Askmalm M, Melin B; SWE-BRCA, Domchek SM, Nathanson KL, Rebbeck TR, Jakubowska A, Lubinski J, Jaworska K, Durda K, Złowocka E, Gronwald J, Huzarski T, Byrski T, Cybulski C, Toloczko-Grabarek A, Osorio A, Benitez J, Duran M, Tejada MI, Hamann U, Rookus M, van Leeuwen FE, Aalfs CM, Meijers-Heijboer HE, van Asperen CJ, van Roozendaal KE, Hoogerbrugge N, Collée JM, Kriege M, van der Luijt RB; HEBON; EMBRACE, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Jacobs C, Eeles R, Adlard J, Davidson R, Eccles D, Cole T, Cook J, Paterson J, Douglas F, Brewer C, Hodgson S, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Pathak H, Godwin AK, Stoppa-Lyonnet D, Caux-Moncoutier V, de Pauw A, Gauthier-Villars M, Mazoyer S, Léoné M, Calender A, Lasset C, Bonadona V, Hardouin A, Berthet P, Bignon YJ, Uhrhammer N, Faivre L, Loustalot C; GEMO, Buys S, Daly M, Miron A, **Terry MB**, Chung WK, John EM, Southey M, Goldgar D, Singer CF, Tea MK, Pfeiler G, Fink-Retter A, Hansen Tv, Ejlertsen B, Johannsson OT, Offit K, Kirchhoff T, Gaudet MM, Vijai J, Robson M, Piedmonte M, Phillips KA, Van Le L, Hoffman JS, Ewart Toland A, Montagna M, Tognazzo S, Imyanitov E, Issacs C, Janavicius R, Lazaro C, Blanco I, Tornero E, Navarro M, Moysich KB, Karlan BY,

Gross J, Olah E, Vaszko T, Teo SH, Ganz PA, Beattie MS, Dorfling CM, van Rensburg EJ, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Fiebig B, Schäfer D, Caldes T, de la Hoya M, Nevanlinna H, Aittomäki K, Plante M, Spurdle AB; kConFab, Neuhausen SL, Ding YC, Wang X, Lindor N, Fredericksen Z, Pankratz VS, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Bonanni B, Bernard L, Dolcetti R, Papi L, Ottini L, Radice P, Greene MH, Mai PL, Andrulis IL, Glendon G, Ozcelik H; OCGN, Pharoah PD, Gayther SA, Simard J, Easton DF, Couch FJ, Chenevix-Trench G; Consortium of Investigators of Modifiers of BRCA1/2. Ovarian cancer susceptibility alleles and risk of ovarian cancer in BRCA1 and BRCA2 mutation carriers. Hum Mutat. 2012 Apr;33(4):690-702. doi: 10.1002/humu.22025. Epub 2012 Feb 14.

147. Livaudais JC, Li C, John EM, **Terry MB**, Daly M, Buys SS, Habel L, Thompson B, Yanez ND, Coronado GD. Patterns of Adjuvant Hormonal Therapy Use in the Northern California Breast Cancer Family Registry. J Womens Health (Larchmt). 2012 Jun 25. [Epub ahead of print] PMID: 22731764

148. Ding YC, McGuffog L, Healey S, Friedman E, Laitman Y, Shimon-Paluch S, Kaufman B, Liljegren A, Lindblom A, Olsson H, Kristoffersson U, Stenmark Askmalm M, Melin B, Domchek SM, Nathanson KL, Rebbeck TR, Jakubowska A, Lubinski J, Jaworska K, Durda K, Gronwald J, Huzarski T, Cybulski C, Byrski T, Osorio A, Ramony Cajal T, Stavropoulou AV, Benítez J, Hamann U, Rookus MA, Aalfs CM, de Lange J, Meijers-Heijboer HE, Oosterwijk JC, van Asperen CJ, Gomez-Garcia EB, Hoogerbrugge N, Jager A, van der Luijt RB, Easton DF, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Izatt L, Eeles RA, Adlard J, Davidson R, Eccles DM, Cole T, Cook J, Brewer C, Tischkowitz M, Godwin AK, Pathak HB, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Barjhoux L, Leone M, Gauthier-Villars M, Caux-Moncoutier V, de Pauw A, Hardouin A, Berthet P, Dreyfus H, Fert Ferrer S, Collonge-Rame MA, Sokolowska J, Buys SS, Daly MB, Miron A, **Terry MB**, Chung WK, John EM, Southey MC, Goldgar DE, Singer CF, Tea Maria MK, Gschwantler-Kaulich D, Fink-Retter A, Hansen TV, Ejlertsen B, Johannsson OT, Offit K, Sarrel K, Gaudet MM, Vijai J, Robson ME, Piedmonte M, Andrews L, Cohn DE, Demars LR, Disilvestro P, Rodriguez GC, Toland AE, Montagna M, Agata S, Imyanitov EN, Isaacs C, Janavicius R, Lazaro C, Blanco I, Ramus SJ, Sucheston LE, Karlan BY, Gross J, Ganz PA, Beattie MS, Schmutzler RK, Wappenschmidt B, Meindl A, Arnold N, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Nevanlinna H, Aittomäki K, Simard J, Spurdle AB, Beesley J, Chen X, Tomlinson GE, Weitzel JN, Garber JE, Olopade FI, Rubinstein WS, Tung N, Blum JL, Narod SA, Brummel S, Gillen DL, Lindor NM, Fredericksen Z, Pankratz VS, Couch FJ, Radice P, Peterlongo P, Greene MH, Loud JT, Mai PL, Andrulis IL, Glendon G, Ozcelik H, Gerdes AM, Thomassen M, Jensen UB, Skytte AB, Caligo MA, Lee A, Chenevix-Trench G, Antoniou AC, Neuhausen SL. A non-synonymous polymorphism in IRS1 modifies risk of developing breast and ovarian cancers in BRCA1 and ovarian cancer in BRCA2 mutation carriers. Cancer Epidemiol Biomarkers Prev. 2012 Jun 26. [Epub ahead of print] PMID: 22729394

149. Shen J, Gammon MD, **Terry MB**, Bradshaw PT, Wang Q, Teitelbaum SL, Neugut AI, Santella RM. Genetic polymorphisms in telomere pathway genes, telomere length, and breast cancer survival. Breast Cancer Res Treat. 2012 Apr 12. [Epub ahead of print].

150. *Work ME, Andrulis IL, John EM, Hopper JL, Liao Y, Zhang FF, Knight JA, West DW, Milne L, Giles GG, Longacre TA, O'Malley F, Mulligan AM, Southey MC, Hibshoosh H, **Terry MB.** Risk factors for uncommon histologic subtypes of breast cancer using centralized pathology review in the Breast Cancer Family Registry. Breast Cancer Res Treat. 2012 Apr 25.

151. *Wu HC, Wang Q, Delgado-Cruzata L, Santella RM, **Terry MB**. Genomic methylation changes over time in peripheral blood mononuclear cell DNA: Differences by Assay Type and Baseline Values. Cancer Epidemiol Biomarkers Prev. 2012 Jun 4. [Epub ahead of print] PMID:22665578

152. *Wu HC, Wang Q, Delgado-Cruzata L, Flom JD, Perrin M, Liao Y, Ferris JS, Santella RM, **Terry MB**. Repetitive element DNA methylation levels in white blood cell DNA from sisters discordant for breast cancer from the New York site of the Breast Cancer Family Registry. Carcinogenesis. 2012 Jun 7. [Epub ahead of print] PMID: 22678115

153. Couch FJ, Gaudet MM, Antoniou AC, Ramus SJ, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, Wang X, Kirchhoff T, McGuffog L, Barrowdale D, Lee A, Healey S, Sinilnikova OM, Andrulis IL; OCGN, Ozcelik H, Mulligan AM, Thomassen M, Gerdes AM, Jensen UB, Skytte AB, Kruse TA, Caligo MA, von Wachenfeldt A, Barbany-Bustinza G, Loman N, Soller M, Ehrencrona H, Karlsson P; SWE-BRCA, Nathanson KL, Rebbeck TR, Domchek SM, Jakubowska A, Lubinski J, Jaworska K, Durda K, Zlowocka E, Huzarski T, Byrski T, Gronwald J, Cybulski C, Górski B, Osorio A, Durán M, Tejada MI, Benitez J, Hamann U, Hogervorst FB; HEBON, van Os TA, van Leeuwen FE, Meijers-Heijboer HE, Wijnen J, Blok MJ, Kets M, Hooning MJ, Oldenburg RA, Ausems MG, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Jacobs C, Eeles RA, Adlard J, Davidson R, Eccles DM, Cole T, Cook J, Paterson J, Brewer C, Douglas F, Hodgson SV, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Side LE; EMBRACE, Bove B, Godwin AK, Stoppa-Lyonnet D; GEMO Study Collaborators, Fassy-Colcombet M, Castera L, Cornelis F, Mazoyer S, Léoné M, Boutry-Kryza N, Bressac-de Paillerets B, Caron O, Pujol P, Coupier I, Delnatte C, Akloul L, Lynch HT, Snyder CL, Buys SS, Daly MB, **Terry M**, Chung WK, John EM, Miron A, Southey MC, Hopper JL, Goldgar DE, Singer CF, Rappaport C, Tea MK, Fink-Retter A, Hansen TV, Nielsen FC, Arason A, Vijai J, Shah S, Sarrel K, Robson ME, Piedmonte M, Phillips K, Basil J, Rubinstein WS, Boggess J, Wakeley K, Ewart-Toland A, Montagna M, Agata S, Imyanitov EN, Isaacs C, Janavicius R, Lazaro C, Blanco I, Feliubadalo L, Brunet J, Gayther SA, Pharoah PP, Odunsi KO, Karlan BY, Walsh CS, Olah E, Teo SH, Ganz PA, Beattie MS, van Rensburg EJ, Dorfling CM, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C,

Kast K, Fiebig B, Heinritz W, Caldes T, de la Hoya M, Muranen TA, Nevanlinna H, Tischkowitz MD, Spurdle AB, Neuhausen SL, Ding YC, Lindor NM, Fredericksen Z, Pankratz VS, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Barile M, Bernard L, Viel A, Giannini G, Varesco L, Radice P, Greene MH, Mai PL, Easton DF, Chenevix-Trench G; kConFab investigators, Offit K, Simard J; Consortium of Investigators of Modifiers of BRCA1/2. Common variants at the 19p13.1 and ZNF365 loci are associated with ER subtypes of breast cancer and ovarian cancer risk in BRCA1 and BRCA2 mutation carriers. Cancer Epidemiol Biomarkers Prev. 2012 Apr;21(4):645-57. doi: 10.1158/1055-9965.EPI-11-0888. Epub 2012 Feb 20.

154. Antoniou AC, Kuchenbaecker KB, Soucy P, Beesley J, Chen X, McGuffog L, Lee A, Barrowdale D, Healey S, Sinilnikova OM, Caligo MA, Loman N, Harbst K, Lindblom A, Arver B, Rosenquist R, Karlsson P, Nathanson K, Domchek S, Rebbeck T, Jakubowska A, Lubinski J, Jaworska K, Durda K, Złowowcka-Perłowska E, Osorio A, Durán M, Andrés R, Benítez J, Hamann U, Hogervorst FB, van Os TA, Verhoef S, Meijers-Heijboer HE, Wijnen J, Gómez Garcia EB, Ligtenberg MJ, Kriege M, Collée JM, Ausems MG, Oosterwijk JC, Peock S, Frost D, Ellis SD, Platte R, Fineberg E, Evans DG, Lalloo F, Jacobs C, Eeles R, Adlard J, Davidson R, Cole T, Cook J, Paterson J, Douglas F, Brewer C, Hodgson S, Morrison PJ, Walker L, Rogers MT, Donaldson A, Dorkins H, Godwin AK, Bove B, Stoppa-Lyonnet D, Houdayer C, Buecher B, de Pauw A, Mazoyer S, Calender A, Léoné M, Bressac-de Paillerets B, Caron O, Sobol H, Frenay M, Prieur F, Ferrer SU, Mortemousque I, Buys S, Daly M, Miron A, **Terry M**, Hopper JL, John EM, Southey M, Goldgar D, Singer CF, Fink-Retter A, Tea MK, Kaulich DU, Hansen TV, Nielsen FC, Barkardottir RB, Gaudet M, Kirchhoff T, Joseph V, Dutra-Clarke A, Offit K, Piedmonte M, Kirk J, Cohn D, Hurteau J, Byron J, Fiorica J, Toland AE, Montagna M, Oliani C, Imyanitov E, Isaacs C, Tihomirova L, Blanco I, Lazaro C, Teulé A, Valle JD, Gayther SA, Odunsi K, Gross J, Karlan BY, Olah E, Teo SH, Ganz PA, Beattie MS, Dorfling CM, van Rensburg EU, Diez O, Kwong A, Schmutzler RK, Wappenschmidt B, Engel C, Meindl A, Ditsch N, Arnold N, Heidemann S, Niederacher D, Preisler-Adams S, Gadzicki D, Varon-Mateeva R, Deissler H, Gehrig A, Sutter C, Kast K, Fiebig B, Schäfer D, Caldes T, de la Hoya M, Nevanlinna H, Muranen TA, Lespérance B, Spurdle AB, Neuhausen SL, Ding YC, Wang X, Fredericksen Z, Pankratz VS, Lindor NM, Peterlongo P, Manoukian S, Peissel B, Zaffaroni D, Bonanni B, Bernard L, Dolcetti R, Papi L, Ottini L, Radice P, Greene MH, Loud JT, Andrulis IL, Ozcelik H, Mulligan AU, Glendon G, Thomassen M, Gerdes AM, Jensen UB, Skytte AB, Kruse TA, Chenevix-Trench G, Couch FJ, Simard J, Easton DF; CIMBA, SWE-BRCA; HEBON; EMBRACE; GEMO Collaborators Study; kConFab Investigators. Common variants at 12p11, 12q24, 9p21, 9q31.2 and in ZNF365 are associated with breast cancer risk for BRCA1 and/or BRCA2 mutation carriers. Breast Cancer Res. 2012 Feb 20;14(1):R33. PMID: 22348646

155. *Delgado-Cruzata L, Wu HC, Wang Q, Perrin M, Liao Y, Kappil M, Ferris JS, Flom JD, Yazici H, Santella RM, **Terry MB**. Global DNA methylation levels in white blood cell DNA from sisters discordant for breast cancer from the New York site of the Breast Cancer Family Registry. Epigenetics. 2012. 2012 Aug 1;7(8).

156. Crew KD, Brown P, Greenlee H, Bevers TB, Arun B, Hudis C, McArthur HL, Chang J,

Rimawi M, Vornik L, Cornelison TL, Wang A, Hibshoosh H, Ahmed A, **Terry MB**, Santella RM, Lippman SM, Hershman DL. Phase IB Randomized, Double-Blinded, Placebo-Controlled, Dose Escalation Study of Polyphenon E in Women with Hormone Receptor-Negative Breast Cancer. Cancer Prev Res (Phila). 2012 Sep;5(9):1144-54. Epub 2012 Jul 24.

157. Cohn BA, **Terry MB**, Plumb M, Cirillo PM. Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. Breast Cancer Res Treat. 2012 Nov;136(1):267-75. doi: 10.1007/s10549-012-2257-4. Epub 2012 Sep 28. PMID: 23053646

158. Shen J, **Terry MB**, Liao Y, Gurvich I, Wang Q, Senie RT, Santella RM. Genetic variation in telomere maintenance genes, telomere length and breast cancer risk. PLoS One. 2012;7(9):e44308. doi: 10.1371/journal.pone.0044308. Epub 2012 Sep 6. PMID: 22970196.

159. *Quante AS, Whittemore AS, Shriver T, Strauch K, **Terry MB**. Breast cancer risk assessment across the risk continuum: genetic and nongenetic risk factors contributing to differential model performance. Breast Cancer Res. 2012 Nov 5;14(6):R144. [Epub ahead of print] PMID: 23127309

160. Couch FJ, Wang X, McGuffog L, Lee A, Olswold C, Kuchenbaecker KB, Soucy P, Fredericksen Z, Barrowdale D, Dennis J, Gaudet MM, Dicks E, Kosel M, Healey S, Sinilnikova OM, Lee A, Bacot F, Vincent D, Hogervorst FB, Peock S, Stoppa-Lyonnet D, Jakubowska A; kConFab Investigators, Radice P, Schmutzler RK; SWE-BRCA, Domchek SM, Piedmonte M, Singer CF, Friedman E, Thomassen M; Ontario Cancer Genetics Network, Hansen TV, Neuhausen SL, Szabo CI, Blanco I, Greene MH, Karlan BY, Garber J, Phelan CM, Weitzel JN, Montagna M, Olah E, Andrulis IL, Godwin AK, Yannoukakos D, Goldgar DE, Caldes T, Nevanlinna H, Osorio A, **Terry MB**, Daly MB, van Rensburg EJ, Hamann U, Ramus SJ, Toland AE, Caligo MA, Olopade OI, Tung N, Claes K, Beattie MS, Southey MC, Imyanitov EN, Tischkowitz M, Janavicius R, John EM, Kwong A, Diez O, Balmaña J, Barkardottir RB, Arun BK, Rennert G, Teo SH, Ganz PA, Campbell I, van der Hout AH, van Deurzen CH, Seynaeve C, Gómez Garcia EB, van Leeuwen FE, Meijers-Heijboer HE, Gille JJ, Ausems MG, Blok MJ, Ligtenberg MJ, Rookus MA, Devilee P, Verhoef S, van Os TA, Wijnen JT; HEBON; EMBRACE, Frost D, Ellis S, Fineberg E, Platte R, Evans DG, Izatt L, Eeles RA, Adlard J, Eccles DM, Cook J, Brewer C, Douglas F, Hodgson S, Morrison PJ, Side LE, Donaldson A, Houghton C, Rogers MT, Dorkins H, Eason J, Gregory H, McCann E, Murray A, Calender A, Hardouin A, Berthet P, Delnatte C, Nogues C, Lasset C, Houdayer C, Leroux D, Rouleau E, Prieur F, Damiola F, Sobol H, Coupier I, Venat-Bouvet L, Castera L, Gauthier-Villars M, Léoné M, Pujol P, Mazoyer S, Bignon YJ; GEMO Study Collaborators, Złowocka-Perłowska E, Gronwald J, Lubinski J, Durda K, Jaworska K, Huzarski T, Spurdle AB, Viel A, Peissel B, Bonanni B, Melloni G, Ottini L, Papi L, Varesco L, Tibiletti MG, Peterlongo P, Volorio S, Manoukian S, Pensotti V, Arnold N, Engel C, Deissler H, Gadzicki D, Gehrig A, Kast K, Rhiem K, Meindl A, Niederacher D, Ditsch N, Plendl H, Preisler-Adams S, Engert S, Sutter C, Varon-Mateeva R,

Wappenschmidt B, Weber BH, Arver B, Stenmark-Askmalm M, Loman N, Rosenquist R, Einbeigi Z, Nathanson KL, Rebbeck TR, Blank SV, Cohn DE, Rodriguez GC, Small L, Friedlander M, Bae-Jump VL, Fink-Retter A, Rappaport C, Gschwantler-Kaulich D, Pfeiler G, Tea MK, Lindor NM, Kaufman B, Shimon Paluch S, Laitman Y, Skytte AB, Gerdes AM, Pedersen IS, Moeller ST, Kruse TA, Jensen UB, Vijai J, Sarrel K, Robson M, Kauff N, Mulligan AM, Glendon G, Ozcelik H, Ejlertsen B, Nielsen FC, Jønson L, Andersen MK, Ding YC, Steele L, Foretova L, Teulé A, Lazaro C, Brunet J, Pujana MA, Mai PL, Loud JT, Walsh C, Lester J, Orsulic S, Narod SA, Herzog J, Sand SR, Tognazzo S, Agata S, Vaszko T, Weaver J, Stavropoulou AV, Buys SS, Romero A, de la Hoya M, Aittomäki K, Muranen TA, Duran M, Chung WK, Lasa A, Dorfling CM, Miron A; BCFR, Benitez J, Senter L, Huo D, Chan SB, Sokolenko AP, Chiquette J, Tihomirova L, Friebel TM, Agnarsson BA, Lu KH, Lejbkowicz F, James PA, Hall P, Dunning AM, Tessier D, Cunningham J, Slager SL, Wang C, Hart S, Stevens K, Simard J, Pastinen T, Pankratz VS, Offit K, Easton DF, Chenevix-Trench G, Antoniou AC; CIMBA. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013 Mar;9(3):e1003212. doi: 10.1371/journal.pgen.1003212. Epub 2013 Mar 27. PMID: 23544013 [PubMed - in process]

161. Rinella ES, Shao Y, Yackowski L, Pramanik S, Oratz R, Schnabel F, Guha S, Leduc C, Campbell CL, Klugman SD, **Terry MB**, Senie RT, Andrulis IL, Daly M, John EM, Roses D, Chung WK, Ostrer H. Genetic variants associated with breast cancer risk for Ashkenazi Jewish women with strong family histories but no identifiable BRCA1/2 mutation. Hum Genet. 2013 May;132(5):523-36. doi: 10.1007/s00439-013-1269-4. Epub 2013 Jan 25. PMID: 23354978 [PubMed - in process]

162. *Zhang FF, John EM, Knight JA, Kaur M, Daly M, Buys S, Andrulis IL, Stearman B, West D, **Terry MB**. Total energy intake and breast cancer risk in sisters: the Breast Cancer Family Registry. Breast Cancer Res Treat. 2013 Jan;137(2):541-51. doi: 10.1007/s10549-012-2342-8. Epub 2012 Dec 6. PMID: 23225141 [PubMed - in process]

163. *Tehranifar P, Wu HC, Fan X, Flom JD, Ferris JS, Cho YH, Gonzalez K, Santella RM, **Terry MB**. Early life socioeconomic factors and genomic DNA methylation in mid-life. Epigenetics. 2013 Jan;8(1):23-7. doi: 10.4161/epi.22989. Epub 2012 Nov 29. PMID: 23196856 [PubMed - in process] Free PMC Article

164. La Merrill M, Cirillo PM, **Terry MB**, Krigbaum NY, Flom JD, Cohn BA. Prenatal Exposure to the Pesticide DDT and Hypertension Diagnosed in Women before Age 50: A Longitudinal Birth Cohort Study. Environ Health Perspect. 2013 May;121(5):594-9. doi: 10.1289/ehp.1205921. Epub 2013 Mar 7. PMID: 23591545 [PubMed - in process]

165. Link AR, Gammon MD, Jacobson JS, Abrahamson P, Bradshaw PT, **Terry MB**, Teitelbaum S, Neugut A, Greenlee H. Use of Self-Care and Practitioner-Based Forms of Complementary and Alternative Medicine before and after a Diagnosis of Breast Cancer. Evid Based Complement Alternat Med. 2013;2013:301549. doi: 10.1155/2013/301549. Epub 2013 Aug 12. PMID: 23997792 [PubMed]

166. Macinnis RJ, Bickerstaffe A, Apicella C, Dite GS, Dowty JG, Aujard K, Phillips KA, Weideman P, Lee A, **Terry MB**, Giles GG, Southey MC, Antoniou AC, Hopper JL. Prospective validation of the breast cancer risk prediction model BOADICEA and a batch-mode version BOADICEACentre. Br J Cancer. 2013 Sep 3;109(5):1296-301. doi: 10.1038/bjc.2013.382. Epub 2013 Aug 13. PMID: 23942072 [PubMed - in process]

167. Phillips KA, Milne RL, Rookus MA, Daly MB, Antoniou AC, Peock S, Frost D, Easton DF, Ellis S, Friedlander ML, Buys SS, Andrieu N, Noguès C, Stoppa-Lyonnet D, Bonadona V, Pujol P, McLachlan SA, John EM, Hooning MJ, Seynaeve C, Tollenaar RA, Goldgar DE, **Terry MB**, Caldes T, Weideman PC, Andrulis IL, Singer CF, Birch K, Simard J, Southey MC, Olsson HL, Jakubowska A, Olah E, Gerdes AM, Foretova L, Hopper JL. Tamoxifen and Risk of Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. J Clin Oncol. 2013 Sep 1;31(25):3091-3099. Epub 2013 Aug 5. PMID: 23918944

168. Goyal A, **Terry MB**, Siegel AB. Serum Antioxidant Nutrients, Vitamin A, and Mortality in US Adults. Cancer Epidemiol Biomarkers Prev. 2013 Aug 8. [Epub ahead of print] PMID: 23897583 [PubMed - as supplied by publisher]

169. John EM, McGuire V, Thomas D, Haile R, Ozcelik H, Milne RL, Felberg A, West DW, Miron A, Knight JA, **Terry MB**, Daly M, Buys SS, Andrulis IL, Hopper JL, Southey MC, Giles GG, Apicella C, Thorne H; for the Kathleen Cuningham Foundation Consortium for Research into Familial Breast Cancer (kConFab), Whittemore AS. Diagnostic Chest X-Rays and Breast Cancer Risk before Age 50 Years for BRCA1 and BRCA2 Mutation Carriers. Cancer Epidemiol Biomarkers Prev. 2013 Aug 15. PMID: 23853209

170. McCullough LE, Santella RM, Cleveland RJ, Millikan RC, Olshan AF, North KE, Bradshaw PT, Eng SM, **Terry MB**, Shen J, Crew KD, Rossner P Jr, Teitelbaum SL, Neugut AI, Gammon MD. Polymorphisms in DNA repair genes, recreational physical activity and breast cancer risk. Int J Cancer. 2013 Jul 13. doi: 10.1002/ijc.28383. [Epub ahead of print] PMID: 23852586 [PubMed - as supplied by publisher]

171. Teo ZL, Provenzano E, Dite GS, Park DJ, Apicella C, Sawyer SD, James PA, Mitchell G, Trainer AH, Lindeman GJ, Shackleton K, Cicciarelli L; kConFab, Buys SS, Andrulis IL, Mulligan AM, Glendon G, John EM, **Terry MB**, Daly M, Odefrey FA, Nguyen-Dumont T, Giles GG, Dowty JG, Winship I, Goldgar DE, Hopper JL, Southey MC. Tumour morphology predicts PALB2 germline mutation status. Br J Cancer. 2013 Jul 9;109(1):154-63. doi: 10.1038/bjc.2013.295. Epub 2013 Jun 20. PMID: 23787919 [PubMed - in process]

172. *Delgado-Cruzata L, Wu HC, Liao Y, Santella RM, **Terry MB**. Changes in DNA methylation by extent of breast cancer family history in unaffected women. Epigenetics. 2013 Oct 29;9(2). [Epub ahead of print] PMID: 24172832

174. *Wu HC, Delgado-Cruzata L, Machella N, Wang Q, Santella RM, **Terry MB.** DNA double-strand break repair genotype and phenotype and breast cancer risk within sisters from the New York site of the Breast Cancer Family Registry (BCFR). Cancer Causes Control. 2013 Dec;24(12):2157-68. doi: 10.1007/s10552-013-0292-z. Epub 2013 Sep 24.

175. *Work ME, John EM, Andrulis IL, Knight JA, Liao Y, Mulligan AM, Southey MC, Giles GG, Dite GS, Apicella C, Hibshoosh H, Hopper JL, **Terry MB**. Reproductive risk factors and oestrogen/progesterone receptor-negative breast cancer in the Breast Cancer Family Registry. Br J Cancer. 2014 Feb 18. doi: 10.1038/bjc.2013.807. [Epub ahead of print] PMID: 24548865 [PubMed - as supplied by publisher]

176. *Ferris JS, Daly MB, Buys SS, Genkinger JM, Liao Y, **Terry MB**. Oral contraceptive and reproductive risk factors for ovarian cancer within sisters in the breast cancer family registry. Br J Cancer. 2014 Feb 18;110(4):1074-80. doi: 10.1038/bjc.2013.803. Epub 2014 Jan 7. PMID: 24398512 [PubMed - in process]

177. McDonald JA, **Terry MB**, Tehranifar P. Racial and gender discrimination, early life factors, and chronic physical health conditions in midlife. Womens Health Issues. 2014 Jan-Feb;24(1):e53-9. doi: 10.1016/j.whi.2013.09.006. Epub 2013 Dec 15. PMID: 24345610 [PubMed - in process]

178. Khankari NK, Bradshaw PT, McCullough LE, Teitelbaum SL, Steck SE, Fink BN, Xu X, Ahn J, Ambrosone CB, Crew KD, **Terry MB**, Neugut AI, Chen J, Santella RM, Gammon MD. Genetic variation in multiple biologic pathways, flavonoid intake, and breast cancer. Cancer Causes Control. 2014 Feb;25(2):215-26. doi: 10.1007/s10552-013-0324-8. Epub 2013 Nov 27. PMID: 24281852 [PubMed - in process]

179. Park DJ, Tao K, Le Calvez-Kelm F, Nguyen-Dumont T, Robinot N, Hammet F, Odefrey F, Tsimiklis H, Teo ZL, Thingholm LB, Young EL, Voegele C, Lonie A, Pope BJ, Roane TC, Bell R, Hu H, Shankaracharya, Huff CD, Ellis J, Li J, Makunin IV, John EM, Andrulis IL, **Terry MB**, Daly M, Buys SS, Snyder C, Lynch HT, Devilee P, Giles GG, Hopper JL, Feng BJ, Lesueur F, Tavtigian SV, Southey MC, Golgar DE. Rare Mutations in RINT1 Predispose Carriers to Breast and Lynch Syndrome-Spectrum Cancers. Cancer Discov. 2014 Jul;4(7):804-15. doi: 10.1158/2159-8290.CD-14-0212. Epub 2014 May 2. PMID: 25050558 [PubMed – in process]

180. Duggan C, Xiao L, **Terry MB**, McTiernan A. No effect of weight loss on LINE-1 methylation levels in peripheral blood leukocytes from postmenopausal overweight women. Obesity (Silver Spring). 2014 Jun 13. doi: 10.1002/oby.20806. [Epub ahead of print] PMID: 24930817 [PubMed - as supplied by publisher]

181. Goyal A, **Terry MB**, Jin Z, Siegel AB. C-reactive protein and colorectal cancer mortality in U.S. Adults. Cancer Epidemiol Biomarkers Prev. 2014 Aug;23(8):1609-18. doi: 10.1158/1055-9965.EPI-13-0577. Epub 2014 May 27. PMID: 24867266 [PubMed - in process]

182. Harris D, Patrick-Miller L, Schwartz L, Lantos J, Daugherty C, Daly M, Andrulis IL, Buys SS, Chung WK, Frost CJ, John EM, Keegan TH, Knight JA, **Terry MB**, Bradbury AR. Human Subjects Protection: An Event Monitoring Committee for Research Studies of Girls From Breast Cancer Families. J Adolesc Health. 2014 May 17. pii: S1054-139X(14)00145-1. doi: 10.1016/j.jadohealth.2014.03.007. [Epub ahead of print] PMID: 24845866 [PubMed - as supplied by publisher]

183. Elmasry H, Goodwin RD, **Terry MB**, Tehranifar P. Early Life Exposure to Cigarette Smoke and Depressive Symptoms Among Women in Midlife. Nicotine Tob Res. 2014 Apr 28. [Epub ahead of print] PMID: 24776377 [PubMed - as supplied by publisher]

184. *Wu HC, Wang Q, Chung WK, Andrulis IL, Daly MB, John EM, Keegan TH, Knight J, Bradbury AR, Kappil MA, Gurvich I, Santella RM, **Terry MB**. Correlation of DNA methylation levels in blood and saliva DNA in young girls of the LEGACY study. Epigenetics. 2014 Apr 22;9(7). [Epub ahead of print]. PMID: 24756002 [PubMed - as supplied by publisher]

185. Gong G, Quante AS, **Terry MB**, Whittemore AS. Assessing the goodness of fit of personal risk models. Stat Med. 2014 Aug 15;33(18):3179-90. doi: 10.1002/sim.6176. Epub 2014 Apr 22. PMID: 24753038 [PubMed - in process]

186. *Crew KD, Campbell J, Reynolds D, Fulton L, Flom JD, Liao Y, Tehranifar P, **Terry MB**. Mammographic density and serum 25-hydroxyvitamin D levels. Nutr Metab (Lond). 2014 Apr 17;11:18. doi: 10.1186/1743-7075-11-18. eCollection 2014. PMID: 24742098 [PubMed]

187. Osorio A, Milne RL, Kuchenbaecker K, Vaclová T, Pita G, Alonso R, Peterlongo P, Blanco I, de la Hoya M, Duran M, Díez O, Ramón Y Cajal T, Konstantopoulou I, Martínez-Bouzas C, Andrés Conejero R, Soucy P, McGuffog L, Barrowdale D, Lee A, Swe-Brca, Arver B, Rantala J, Loman N, Ehrencrona H, Olopade OI, Beattie MS, Domchek SM, Nathanson K, Rebbeck TR, Arun BK, Karlan BY, Walsh C, Lester J, John EM, Whittemore AS, Daly MB, Southey M, Hopper J, **Terry MB**, Buys SS, Janavicius R, Dorfling CM, van Rensburg EJ, Steele L, Neuhausen SL, Ding YC, Hansen TV, Jønson L, Ejlertsen B, Gerdes AM, Infante M, Herráez B, Moreno LT, Weitzel JN, Herzog J, Weeman K, Manoukian S, Peissel B, Zaffaroni D, Scuvera G, Bonanni B, Mariette F, Volorio S, Viel A, Varesco L, Papi L, Ottini L, Tibiletti MG, Radice P, Yannoukakos D, Garber J, Ellis S, Frost D, Platte R, Fineberg E, Evans G, Lalloo F, Izatt L, Eeles R, Adlard J, Davidson R, Cole T, Eccles D, Cook J, Hodgson S, Brewer C, Tischkowitz M, Douglas F, Porteous M, Side L, Walker L, Morrison P, Donaldson A, Kennedy J, Foo C, Godwin AK, Schmutzler RK, Wappenschmidt B, Rhiem K, Engel C, Meindl A, Ditsch N, Arnold N, Plendl HJ, Niederacher D, Sutter C, Wang-Gohrke S, Steinemann D, Preisler-Adams S, Kast K, Varon-Mateeva R, Gehrig A, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Damiola F, Poppe B, Claes K, Piedmonte M, Tucker K, Backes F, Rodríguez G, Brewster W, Wakeley K, Rutherford T, Caldés T, Nevanlinna H, Aittomäki K, Rookus MA, van Os TA, van der Kolk L, de Lange JL, Meijers-Heijboer

HE, van der Hout AH, van Asperen CJ, Gómez Garcia EB, Hoogerbrugge N, Collée JM, van Deurzen CH, van der Luijt RB, Devilee P, Hebon, Olah E, Lázaro C, Teulé A, Menéndez M, Jakubowska A, Cybulski C, Gronwald J, Lubinski J, Durda K, Jaworska-Bieniek K, Johannsson OT, Maugard C, Montagna M, Tognazzo S, Teixeira MR, Healey S, Investigators K, Olswold C, Guidugli L, Lindor N, Slager S, Szabo CI, Vijai J, Robson M, Kauff N, Zhang L, Rau-Murthy R, Fink-Retter A, Singer CF, Rappaport C, Geschwantler Kaulich D, Pfeiler G, Tea MK, Berger A, Phelan CM, Greene MH, Mai PL, Lejbkowicz F, Andrulis I, Mulligan AM, Glendon G, Toland AE, Bojesen A, Pedersen IS, Sunde L, Thomassen M, Kruse TA, Jensen UB, Friedman E, Laitman Y, Shimon SP, Simard J, Easton DF, Offit K, Couch FJ, Chenevix-Trench G, Antoniou AC, Benitez J. DNA glycosylases involved in base excision repair may be associated with cancer risk in BRCA1 and BRCA2 mutation carriers. PLoS Genet. 2014 Apr 3;10(4):e1004256. doi: 10.1371/journal.pgen.1004256. eCollection 2014 Apr. PMID: 24698998 [PubMed - in process] Free PMC Article

188. *Tehranifar P, Reynolds D, Fan X, Boden-Albala B, Engmann NJ, Flom JD, **Terry MB**. Multiple metabolic risk factors and mammographic breast density. Ann Epidemiol. 2014 Jun;24(6):479-83. doi: 10.1016/j.annepidem.2014.02.011. Epub 2014 Mar 3. PMID: 24698111

189. * Work ME, Reimers LL, Quante AS, Crew KD, Whiffen A, **Terry MB**. Changes in mammographic density over time in breast cancer cases and women at high risk for breast cancer. Int J Cancer. 2014 Oct 1;135(7):1740-4. doi: 10.1002/ijc.28825. Epub 2014 Mar 17. PMID: 24599445 [PubMed - in process]

190. Reimers LL, Crew KD, Bradshaw PT, Santella RM, Steck SE, Sirosh I, **Terry MB**, Hershman DL, Shane E, Cremers S, Dworakowski E, Teitelbaum SL, Neugut AI, Gammon MD. Vitamin D-related gene polymorphisms, plasma 25-hydroxyvitamin D, and breast cancer risk. Cancer Causes Control. 2014 Nov 25. [Epub ahead of print]

191. Nguyen-Dumont T, Hammet F, Mahmoodi M, Tsimiklis H, Teo ZL, Li R, Pope BJ, **Terry MB**, Buys SS, Daly M, Hopper JL, Winship I, Goldgar DE, Park DJ, Southey MC. Mutation screening of PALB2 in clinically ascertained families from the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jan;149(2):547-54. doi: 10.1007/s10549-014-3260-8. Epub 2015 Jan 10. PMID: 25575445 [PubMed - in process].

192. *Tehranifar P, Wu HC, Shriver T, Cloud AJ, **Terry MB.** Validation of family cancer history data in high-risk families: the influence of cancer site, ethnicity, kinship degree, and multiple family reporters. Am J Epidemiol. 2015 Feb 1;181(3):204-12. doi: 10.1093/aje/kwu258. Epub 2015 Jan 7. PMID: 25568166 [PubMed - in process]

193. *Delgado-Cruzata L, Vin-Raviv N, Tehranifar P, Flom J, Reynolds D, Gonzalez K, Santella RM, **Terry MB**. Correlations in global DNA methylation measures in peripheral blood mononuclear cells and granulocytes.Epigenetics. 2014;9(11):1504-10. doi: 10

194. *Cloud AJ, Thai A, Liao Y, **Terry MB**. The impact of cancer prevention guideline adherence on overall mortality in a high-risk cohort of women from the New York site of the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jan;149(2):537-46. doi: 10.1007/s10549-014-3234-x. Epub 2015 Jan 21. PMID: 25604794 [PubMed - in process].

195. Kuchenbaecker KB, Ramus SJ, Tyrer J, Lee A, Shen HC, Beesley J, Lawrenson K, McGuffog L, Healey S, Lee JM, Spindler TJ, Lin YG, Pejovic T, Bean Y, Li Q, Coetzee S, Hazelett D, Miron A, Southey M, **Terry MB**, Goldgar DE, Buys SS, Janavicius R, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ding YC, Hansen TV, Jønson L, Gerdes AM, Ejlertsen B, Barrowdale D, Dennis J, Benitez J, Osorio A, Garcia MJ, Komenaka I, Weitzel JN, Ganschow P, Peterlongo P, Bernard L, Viel A, Bonanni B, Peissel B, Manoukian S, Radice P, Papi L, Ottini L, Fostira F, Konstantopoulou I, Garber J, Frost D, Perkins J, Platte R, Ellis S; EMBRACE, Godwin AK, Schmutzler RK, Meindl A, Engel C, Sutter C, Sinilnikova OM; GEMO Study Collaborators, Damiola F, Mazoyer S, Stoppa-Lyonnet D, Claes K, De Leeneer K, Kirk J, Rodriguez GC, Piedmonte M, O'Malley DM, de la Hoya M, Caldes T, Aittomäki K, Nevanlinna H, Collée JM, Rookus MA, Oosterwijk JC; Breast Cancer Family Registry, Tihomirova L, Tung N, Hamann U, Isaccs C, Tischkowitz M, Imyanitov EN, Caligo MA, Campbell IG, Hogervorst FB; HEBON, Olah E, Diez O, Blanco I, Brunet J, Lazaro C, Pujana MA, Jakubowska A, Gronwald J, Lubinski J, Sukiennicki G, Barkardottir RB, Plante M, Simard J, Soucy P, Montagna M, Tognazzo S, Teixeira MR; KConFab Investigators, Pankratz VS, Wang X, Lindor N, Szabo CI, Kauff N, Vijai J, Aghajanian CA, Pfeiler G, Berger A, Singer CF, Tea MK, Phelan CM, Greene MH, Mai PL, Rennert G, Mulligan AM, Tchatchou S, Andrulis IL, Glendon G, Toland AE, Jensen UB, Kruse TA, Thomassen M, Bojesen A, Zidan J, Friedman E, Laitman Y, Soller M, Liljegren A, Arver B, Einbeigi Z, Stenmark-Askmalm M, Olopade OI, Nussbaum RL, Rebbeck TR, Nathanson KL, Domchek SM, Lu KH, Karlan BY, Walsh C, Lester J; Australian Cancer Study (Ovarian Cancer Investigators); Australian Ovarian Cancer Study Group, Hein A, Ekici AB, Beckmann MW, Fasching PA, Lambrechts D, Van Nieuwenhuysen E, Vergote I, Lambrechts S, Dicks E, Doherty JA, Wicklund KG, Rossing MA, Rudolph A, Chang-Claude J, Wang-Gohrke S, Eilber U, Moysich KB, Odunsi K, Sucheston L, Lele S, Wilkens LR, Goodman MT, Thompson PJ, Shvetsov YB, Runnebaum IB, Dürst M, Hillemanns P, Dörk T, Antonenkova N, Bogdanova N, Leminen A, Pelttari LM, Butzow R, Modugno F, Kelley JL, Edwards RP, Ness RB, du Bois A, Heitz F, Schwaab I, Harter P, Matsuo K, Hosono S, Orsulic S, Jensen A, Kjaer SK, Hogdall E, Hasmad HN, Azmi MA, Teo SH, Woo YL, Fridley BL, Goode EL, Cunningham JM, Vierkant RA, Bruinsma F, Giles GG, Liang D, Hildebrandt MA, Wu X, Levine DA, Bisogna M, Berchuck A, Iversen ES, Schildkraut JM, Concannon P, Weber RP, Cramer DW, Terry KL, Poole EM, Tworoger SS, Bandera EV, Orlow I, Olson SH, Krakstad C, Salvesen HB, Tangen IL, Bjorge L, van Altena AM, Aben KK, Kiemeney LA, Massuger LF, Kellar M, Brooks-Wilson A, Kelemen LE, Cook LS, Le ND, Cybulski C, Yang H, Lissowska J, Brinton LA, Wentzensen N, Hogdall C, Lundvall L, Nedergaard L, Baker H, Song H, Eccles D, McNeish I, Paul J, Carty K, Siddiqui N, Glasspool R, Whittemore AS, Rothstein JH, McGuire V, Sieh W, Ji BT, Zheng W, Shu XO, Gao YT, Rosen B, Risch HA,

McLaughlin JR, Narod SA, Monteiro AN, Chen A, Lin HY, Permuth-Wey J, Sellers TA, Tsai YY, Chen Z, Ziogas A, Anton-Culver H, Gentry-Maharaj A, Menon U, Harrington P, Lee AW, Wu AH, Pearce CL, Coetzee G, Pike MC, Dansonka-Mieszkowska A, Timorek A, Rzepecka IK, Kupryjanczyk J, Freedman M, Noushmehr H, Easton DF, Offit K, Couch FJ, Gayther S, Pharoah PP, Antoniou AC, Chenevix-Trench G; Consortium of Investigators of Modifiers of BRCA1 and BRCA2. Identification of six new susceptibility loci for invasive epithelial ovarian cancer. Nat Genet. 2015 Feb;47(2):164-71. doi: 10.1038/ng.3185. Epub 2015 Jan 12.

196. McCullough LE, Eng SM, Bradshaw PT, Cleveland RJ, Steck SE, **Terry MB**, Shen J, Crew KD, Rossner P Jr, Ahn J, Ambrosone CB, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Genetic polymorphisms in DNA repair and oxidative stress pathways may modify the association between body size and postmenopausal breast cancer. Ann Epidemiol. 2015 Apr;25(4):263-9. doi: 10.1016/j.annepidem.2015.01.009.

197. Quandt Z, Flom JD, Tehranifar P, Reynolds D, **Terry MB**, McDonald JA. The association of alcohol consumption with mammographic density in a multiethnic urban population. BMC Cancer. 2015;15:1094. doi: 10.1186/s12885-015-1094-3. Epub 2015 Mar 14.

198. *Tawfik H, Kline J, Jacobson J, Tehranifar P, Protacio A, Flom JD, Cirillo P, Cohn BA, **Terry MB**. Life course exposure to smoke and early menopause and menopausal transition. Menopause. 2015 Oct;22(10):1076-83. doi: 10.1097/GME.0000000000000444.

199. Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Ahn J, Chen Y, Ahsan H, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Dietary intake of fish, polyunsaturated fatty acids, and survival after breast cancer: A population-based follow-up study on Long Island, New York. Cancer. 2015 Mar 24. doi: 10.1002/cncr.29329.

200. Blanco I, Kuchenbaecker K, Cuadras D, Wang X, Barrowdale D, de Garibay GR, Librado P, Sánchez-Gracia A, Rozas J, Bonifaci N, McGuffog L, Pankratz VS, Islam A, Mateo F, Berenguer A, Petit A, Català I, Brunet J, Feliubadaló L, Tornero E, Benítez J, Osorio A, Ramón y Cajal T, Nevanlinna H, Aittomäki K, Arun BK, Toland AE, Karlan BY, Walsh C, Lester J, Greene MH, Mai PL, Nussbaum RL, Andrulis IL, Domchek SM, Nathanson KL, Rebbeck TR, Barkardottir RB, Jakubowska A, Lubinski J, Durda K, Jaworska-Bieniek K, Claes K, Van Maerken T, Díez O, Hansen TV, Jønson L, Gerdes AM, Ejlertsen B, de la Hoya M, Caldés T, Dunning AM, Oliver C, Fineberg E, Cook M, Peock S, McCann E, Murray A, Jacobs C, Pichert G, Lalloo F, Chu C, Dorkins H, Paterson J, Ong KR, Teixeira MR; Teixeira, Hogervorst FB, van der Hout AH, Seynaeve C, van der Luijt RB, Ligtenberg MJ, Devilee P, Wijnen JT, Rookus MA, Meijers-Heijboer HE, Blok MJ, van den Ouweland AM, Aalfs CM, Rodriguez GC, Phillips KA, Piedmonte M, Nerenstone SR, Bae-Jump VL, O'Malley DM, Ratner ES, Schmutzler RK, Wappenschmidt B, Rhiem K, Engel C, Meindl A, Ditsch N, Arnold N, Plendl HJ, Niederacher D, Sutter C, Wang-Gohrke S, Steinemann D, Preisler-Adams S, Kast K,

Varon-Mateeva R, Gehrig A, Bojesen A, Pedersen IS, Sunde L, Jensen UB, Thomassen M, Kruse TA, Foretova L, Peterlongo P, Bernard L, Peissel B, Scuvera G, Manoukian S, Radice P, Ottini L, Montagna M, Agata S, Maugard C, Simard J, Soucy P, Berger A, Fink-Retter A, Singer CF, Rappaport C, Geschwantler-Kaulich D, Tea MK, Pfeiler G; BCFR, John EM, Miron A, Neuhausen SL, **Terry MB**, Chung WK, Daly MB, Goldgar DE, Janavicius R, Dorfling CM, van Rensburg EJ, Fostira F, Konstantopoulou I, Garber J, Godwin AK, Olah E, Narod SA, Rennert G, Paluch SS, Laitman Y, Friedman E; SWE-BRCA, Liljegren A, Rantala J, Stenmark-Askmalm M, Loman N, Imyanitov EN, Hamann U; kConFab Investigators, Spurdle AB, Healey S, Weitzel JN, Herzog J, Margileth D, Gorrini C, Esteller M, Gómez A, Sayols S, Vidal E, Heyn H; GEMO, Stoppa-Lyonnet D, Léoné M, Barjhoux L, Fassy-Colcombet M, de Pauw A, Lasset C, Ferrer SF, Castera L, Berthet P, Cornelis F, Bignon YJ, Damiola F, Mazoyer S, Sinilnikova OM, Maxwell CA, Vijai J, Robson M, Kauff N, Corines MJ, Villano D, Cunningham J, Lee A, Lindor N, Lázaro C, Easton DF, Offit K, Chenevix-Trench G, Couch FJ, Antoniou AC, Pujana MA. Assessing associations between the AURKA-HMMR-TPX2-TUBG1 functional module and breast cancer risk in BRCA1/2 mutation carriers. PLoS One. 2015 Apr 1;10(4):e0120020. doi: 10.1371/journal.pone.0120020. eCollection 2015

201. Rebbeck TR, Mitra N, Wan F, Sinilnikova OM, Healey S, McGuffog L, Mazoyer S, Chenevix-Trench G, Easton DF, Antoniou AC, Nathanson KL; CIMBA Consortium, Laitman Y, Kushnir A, Paluch-Shimon S, Berger R, Zidan J, Friedman E, Ehrencrona H, Stenmark-Askmalm M, Einbeigi Z, Loman N, Harbst K, Rantala J, Melin B, Huo D, Olopade OI, Seldon J, Ganz PA, Nussbaum RL, Chan SB, Odunsi K, Gayther SA, Domchek SM, Arun BK, Lu KH, Mitchell G, Karlan BY, Walsh C, Lester J, Godwin AK, Pathak H, Ross E, Daly MB, Whittemore AS, John EM, Miron A, **Terry MB**, Chung WK, Goldgar DE, Buys SS, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Steele L, Neuhausen SL, Ding YC, Ejlertsen B, Gerdes AM, Hansen Tv, Ramón y Cajal T, Osorio A, Benitez J, Godino J, Tejada MI, Duran M, Weitzel JN, Bobolis KA, Sand SR, Fontaine A, Savarese A, Pasini B, Peissel B, Bonanni B, Zaffaroni D, Vignolo-Lutati F, Scuvera G, Giannini G, Bernard L, Genuardi M, Radice P, Dolcetti R, Manoukian S, Pensotti V, Gismondi V, Yannoukakos D, Fostira F, Garber J, Torres D, Rashid MU, Hamann U, Peock S, Frost D, Platte R, Evans DG, Eeles R, Davidson R, Eccles D, Cole T, Cook J, Brewer C, Hodgson S, Morrison PJ, Walker L, Porteous ME, Kennedy MJ, Izatt L, Adlard J, Donaldson A, Ellis S, Sharma P, Schmutzler RK, Wappenschmidt B, Becker A, Rhiem K, Hahnen E, Engel C, Meindl A, Engert S, Ditsch N, Arnold N, Plendl HJ, Mundhenke C, Niederacher D, Fleisch M, Sutter C, Bartram CR, Dikow N, Wang-Gohrke S, Gadzicki D, Steinemann D, Kast K, Beer M, Varon-Mateeva R, Gehrig A, Weber BH, Stoppa-Lyonnet D, Sinilnikova OM, Mazoyer S, Houdayer C, Belotti M, Gauthier-Villars M, Damiola F, Boutry-Kryza N, Lasset C, Sobol H, Peyrat JP, Muller D, Fricker JP, Collonge-Rame MA, Mortemousque I, Nogues C, Rouleau E, Isaacs C, De Paepe A, Poppe B, Claes K, De Leeneer K, Piedmonte M, Rodriguez G, Wakely K, Boggess J, Blank SV, Basil J, Azodi M, Phillips KA, Caldes T, de la Hoya M, Romero A, Nevanlinna H, Aittomäki K, van der Hout AH, Hogervorst FB, Verhoef S, Collée JM, Seynaeve C, Oosterwijk JC, Gille JJ, Wijnen JT, Gómez Garcia EB, Kets CM, Ausems MG, Aalfs CM, Devilee P, Mensenkamp AR, Kwong A, Olah E, Papp J,

Diez O, Lazaro C, Darder E, Blanco I, Salinas M, Jakubowska A, Lubinski J, Gronwald J, Jaworska-Bieniek K, Durda K, Sukiennicki G, Huzarski T, Byrski T, Cybulski C, Toloczko-Grabarek A, Złowocka-Perłowska E, Menkiszak J, Arason A, Barkardottir RB, Simard J, Laframboise R, Montagna M, Agata S, Alducci E, Peixoto A, Teixeira MR, Spurdle AB, Lee MH, Park SK, Kim SW, Friebel TM, Couch FJ, Lindor NM, Pankratz VS, Guidugli L, Wang X, Tischkowitz M, Foretova L, Vijai J, Offit K, Robson M, Rau-Murthy R, Kauff N, Fink-Retter A, Singer CF, Rappaport C, Gschwantler-Kaulich D, Pfeiler G, Tea MK, Berger A, Greene MH, Mai PL, Imyanitov EN, Toland AE, Senter L, Bojesen A, Pedersen IS, Skytte AB, Sunde L, Thomassen M, Moeller ST, Kruse TA, Jensen UB, Caligo MA, Aretini P, Teo SH, Selkirk CG, Hulick PJ, Andrulis I. Association of type and location of BRCA1 and BRCA2 mutations with risk of breast and ovarian cancer. JAMA. 2015 Apr 7;313(13):1347-61. doi: 10.1001/jama.2014.5985.

202. Reimers LL, Sivasubramanian PS, Hershman D, **Terry MB**, Greenlee H, Campbell J, Kalinsky K, Maurer M, Jayasena R, Sandoval R, Alvarez M, Crew KD. Breast Cancer Chemoprevention among High-risk Women and those with Ductal Carcinoma In Situ. Breast J. 2015 Jul-Aug;21(4):377-86. doi: 10.1111/tbj.12418. Epub 2015 Apr 16.

203. Blein S, Bardel C, Danjean V, McGuffog L, Healey S, Barrowdale D, Lee A, Dennis J, Kuchenbaecker KB, Soucy P, **Terry MB**, Chung WK, Goldgar DE, Buys SS; Breast Cancer Family Registry, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ding YC, Gerdes AM, Ejlertsen B, Nielsen FC, Hansen TV, Osorio A, Benitez J, Conejero RA, Segota E, Weitzel JN, Thelander M, Peterlongo P, Radice P, Pensotti V, Dolcetti R, Bonanni B, Peissel B, Zaffaroni D, Scuvera G, Manoukian S, Varesco L, Capone GL, Papi L, Ottini L, Yannoukakos D, Konstantopoulou I, Garber J, Hamann U, Donaldson A, Brady A, Brewer C, Foo C, Evans DG, Frost D, Eccles D; EMBRACE, Douglas F, Cook J, Adlard J, Barwell J, Walker L, Izatt L, Side LE, Kennedy MJ, Tischkowitz M, Rogers MT, Porteous ME, Morrison PJ, Platte R, Eeles R, Davidson R, Hodgson S, Cole T, Godwin AK, Isaacs C, Claes K, De Leeneer K, Meindl A, Gehrig A, Wappenschmidt B, Sutter C, Engel C, Niederacher D, Steinemann D, Plendl H, Kast K, Rhiem K, Ditsch N, Arnold N, Varon-Mateeva R, Schmutzler RK, Preisler-Adams S, Markov NB, Wang-Gohrke S, de Pauw A, Lefol C, Lasset C, Leroux D, Rouleau E, Damiola F; GEMO Study Collaborators, Dreyfus H, Barjhoux L, Golmard L, Uhrhammer N, Bonadona V, Sornin V, Bignon YJ, Carter J, Van Le L, Piedmonte M, DiSilvestro PA, de la Hoya M, Caldes T, Nevanlinna H, Aittomäki K, Jager A, van den Ouweland AM, Kets CM, Aalfs CM, van Leeuwen FE, Hogervorst FB, Meijers-Heijboer HE; HEBON, Oosterwijk JC, van Roozendaal KE, Rookus MA, Devilee P, van der Luijt RB, Olah E, Diez O, Teulé A, Lazaro C, Blanco I, Del Valle J, Jakubowska A, Sukiennicki G, Gronwald J, Lubinski J, Durda K, Jaworska-Bieniek K, Agnarsson BA, Maugard C, Amadori A, Montagna M, Teixeira MR, Spurdle AB, Foulkes W, Olswold C, Lindor NM, Pankratz VS, Szabo CI, Lincoln A, Jacobs L, Corines M, Robson M, Vijai J, Berger A, Fink-Retter A, Singer CF, Rappaport C, Kaulich DG, Pfeiler G, Tea MK, Greene MH, Mai PL, Rennert G, Imyanitov EN, Mulligan AM, Glendon G, Andrulis IL, Tchatchou S, Toland AE, Pedersen IS, Thomassen M, Kruse TA, Jensen UB, Caligo MA, Friedman E, Zidan J, Laitman Y, Lindblom A, Melin B, Arver B, Loman N, Rosenquist R, Olopade OI, Nussbaum RL,

Ramus SJ, Nathanson KL, Domchek SM, Rebbeck TR, Arun BK, Mitchell G, Karlan BY, Lester J, Orsulic S, Stoppa-Lyonnet D, Thomas G, Simard J, Couch FJ, Offit K, Easton DF, Chenevix-Trench G, Antoniou AC, Mazoyer S, Phelan CM, Sinilnikova OM, Cox DG. An original phylogenetic approach identified mitochondrial haplogroup T1a1 as inversely associated with breast cancer risk in BRCA2 mutation carriers. Breast Cancer Res. 2015 Apr 25;17:61. doi: 10.1186/s13058-015-0567-2.

204. Ovarian Cancer Association Consortium, Breast Cancer Association Consortium, and Consortium of Modifiers of BRCA1 and BRCA2, Hollestelle A, van der Baan FH, Berchuck A, Johnatty SE, Aben KK, Agnarsson BA, Aittomäki K, Alducci E, Andrulis IL, Anton-Culver H, Antonenkova NN, Antoniou AC, Apicella C, Arndt V, Arnold N, Arun BK, Arver B, Ashworth A; Australian Ovarian Cancer Study Group, Baglietto L, Balleine R, Bandera EV, Barrowdale D, Bean YT, Beckmann L, Beckmann MW, Benitez J, Berger A, Berger R, Beuselinck B, Bisogna M, Bjorge L, Blomqvist C, Bogdanova NV, Bojesen A, Bojesen SE, Bolla MK, Bonanni B, Brand JS, Brauch H; Breast Cancer Family Register, Brenner H, Brinton L, Brooks-Wilson A, Bruinsma F, Brunet J, Brüning T, Budzilowska A, Bunker CH, Burwinkel B, Butzow R, Buys SS, Caligo MA, Campbell I, Carter J, Chang-Claude J, Chanock SJ, Claes KB, Collée JM, Cook LS, Couch FJ, Cox A, Cramer D, Cross SS, Cunningham JM, Cybulski C, Czene K, Damiola F, Dansonka-Mieszkowska A, Darabi H, de la Hoya M, deFazio A, Dennis J, Devilee P, Dicks EM, Diez O, Doherty JA, Domchek SM, Dorfling CM, Dörk T, Silva ID, du Bois A, Dumont M, Dunning AM, Duran M, Easton DF, Eccles D, Edwards RP, Ehrencrona H, Ejlertsen B, Ekici AB, Ellis SD; EMBRACE, Engel C, Eriksson M, Fasching PA, Feliubadalo L, Figueroa J, Flesch-Janys D, Fletcher O, Fontaine A, Fortuzzi S, Fostira F, Fridley BL, Friebel T, Friedman E, Friel G, Frost D, Garber J, García-Closas M, Gayther SA; GEMO Study Collaborators; GENICA Network, Gentry-Maharaj A, Gerdes AM, Giles GG, Glasspool R, Glendon G, Godwin AK, Goodman MT, Gore M, Greene MH, Grip M, Gronwald J, Gschwantler Kaulich D, Guénel P, Guzman SR, Haeberle L, Haiman CA, Hall P, Halverson SL, Hamann U, Hansen TV, Harter P, Hartikainen JM, Healey S; HEBON, Hein A, Heitz F, Henderson BE, Herzog J, T Hildebrandt MA, Høgdall CK, Høgdall E, Hogervorst FB, Hopper JL, Humphreys K, Huzarski T, Imyanitov EN, Isaacs C, Jakubowska A, Janavicius R, Jaworska K, Jensen A, Jensen UB, Johnson N, Jukkola-Vuorinen A, Kabisch M, Karlan BY, Kataja V, Kauff N; KConFab Investigators, Kelemen LE, Kerin MJ, Kiemeney LA, Kjaer SK, Knight JA, Knol-Bout JP, Konstantopoulou I, Kosma VM, Krakstad C, Kristensen V, Kuchenbaecker KB, Kupryjanczyk J, Laitman Y, Lambrechts D, Lambrechts S, Larson MC, Lasa A, Laurent-Puig P, Lazaro C, Le ND, Le Marchand L, Leminen A, Lester J, Levine DA, Li J, Liang D, Lindblom A, Lindor N, Lissowska J, Long J, Lu KH, Lubinski J, Lundvall L, Lurie G, Mai PL, Mannermaa A, Margolin S, Mariette F, Marme F, Martens JW, Massuger LF, Maugard C, Mazoyer S, McGuffog L, McGuire V, McLean C, McNeish I, Meindl A, Menegaux F, Menéndez P, Menkiszak J, Menon U, Mensenkamp AR, Miller N, Milne RL, Modugno F, Montagna M, Moysich KB, Müller H, Mulligan AM, Muranen TA, Narod SA, Nathanson KL, Ness RB, Neuhausen SL, Nevanlinna H, Neven P, Nielsen FC, Nielsen SF, Nordestgaard BG, Nussbaum RL, Odunsi K, Offit K, Olah E, Olopade OI, Olson JE, Olson SH, Oosterwijk JC, Orlow I, Orr N, Orsulic S, Osorio A, Ottini L, Paul J, Pearce CL, Pedersen IS, Peissel B, Pejovic T, Pelttari LM, Perkins J, Permuth-

Wey J, Peterlongo P, Peto J, Phelan CM, Phillips KA, Piedmonte M, Pike MC, Platte R, Plisiecka-Halasa J, Poole EM, Poppe B, Pylkäs K, Radice P, Ramus SJ, Rebbeck TR, Reed MW, Rennert G, Risch HA, Robson M, Rodriguez GC, Romero A, Rossing MA, Rothstein JH, Rudolph A, Runnebaum I, Salani R, Salvesen HB, Sawyer EJ, Schildkraut JM, Schmidt MK, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schrauder MG, Schumacher F, Schwaab I, Scuvera G, Sellers TA, Severi G, Seynaeve CM, Shah M, Shrubsole M, Siddiqui N, Sieh W, Simard J, Singer CF, Sinilnikova OM, Smeets D, Sohn C, Soller M, Song H, Soucy P, Southey MC, Stegmaier C, Stoppa-Lyonnet D, Sucheston L; SWE-BRCA, Swerdlow A, Tangen IL, Tea MK, Teixeira MR, Terry KL, **Terry MB**, Thomassen M, Thompson PJ, Tihomirova L, Tischkowitz M, Toland AE, Tollenaar RA, Tomlinson I, Torres D, Truong T, Tsimiklis H, Tung N, Tworoger SS, Tyrer JP, Vachon CM, Van 't Veer LJ, van Altena AM, Van Asperen CJ, van den Berg D, van den Ouweland AM, van Doorn HC, Van Nieuwenhuysen E, van Rensburg EJ, Vergote I, Verhoef S, Vierkant RA, Vijai J, Vitonis AF, von Wachenfeldt A, Walsh C, Wang Q, Wang-Gohrke S, Wappenschmidt B, Weischer M, Weitzel JN, Weltens C, Wentzensen N, Whittemore AS, Wilkens LR, Winqvist R, Wu AH, Wu X, Yang HP, Zaffaroni D, Pilar Zamora M, Zheng W, Ziogas A, Chenevix-Trench G, Pharoah PD, Rookus MA, Hooning MJ, Goode EL. No clinical utility of KRAS variant rs61764370 for ovarian or breast cancer. Gynecol Oncol. 2015 May 2. pii: S0090-8258(15)00863-X. doi: 10.1016/j.ygyno.2015.04.034.

205. *Quante AS, Whittemore AS, Shriver T, Hopper JL, Strauch K, **Terry MB**. Practical problems with clinical guidelines for breast cancer prevention based on remaining lifetime risk. J Natl Cancer Inst. 2015 May 8;107(7). pii: djv124. doi: 10.1093/jnci/djv124. Print 2015 Jul.

206. Menes TS, **Terry MB**, Goldgar D, Andrulis IL, Knight JA, John EM, Liao Y, Southey M, Miron A, Chung W, Buys SS. Second primary breast cancer in BRCA1 and BRCA2 mutation carriers: 10-year cumulative incidence in the Breast Cancer Family Registry. Breast Cancer Res Treat. 2015 Jun;151(3):653-60. doi: 10.1007/s10549-015-3419-y. Epub 2015 May 15.

207. McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, **Terry MB**, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Global DNA Methylation, Measured by the Luminometric Methylation Assay (LUMA), Associates with Postmenopausal Breast Cancer in Non-Obese and Physically Active Women. J Cancer. 2015 May 1;6(6):548-54. doi: 10.7150/jca.11359.

208. McCullough LE, Chen J, White AJ, Xu X, Cho YH, Bradshaw PT, Eng SM, Teitelbaum SL, **Terry MB**, Garbowski G, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Gene-Specific Promoter Methylation Status in Hormone-Receptor-Positive Breast Cancer Associates with Postmenopausal Body Size and Recreational Physical Activity. Int J Cancer Clin Res. 2015;2(1). pii: 013.

209. *Quante AS, Herz J, Whittemore AS, Fischer C, Strauch K, **Terry MB**. Assessing absolute changes in breast cancer risk due to modifiable risk factors. Breast Cancer Res

Treat. 2015 Jul;152(1):193-7. doi: 10.1007/s10549-015-3411-6. Epub 2015 May 27.

210. Chang CW, Wu HC, **Terry MB**, Santella RM. microRNA Expression in Prospectively Collected Blood as a Potential Biomarker of Breast Cancer Risk in the BCFR. Anticancer Res. 2015 Jul;35(7):3969-77.

211. *Tehranifar P, Protacio A, Schmitt KM, Desperito E, Oskar S, Potter AJ, Engmann NJ, **Terry MB**. The metabolic syndrome and mammographic breast density in a racially diverse and predominantly immigrant sample of women. Cancer Causes Control. 2015 Oct;26(10):1393-403. doi: 10.1007/s10552-015-0630-4. Epub 2015 Jul 14.

212. ***Terry MB**, Phillips KA, Daly MB, John EM, Andrulis IL, Buys SS, Goldgar DE, Knight JA, Whittemore AS, Chung WK, Apicella C, Hopper JL. Cohort Profile: The Breast Cancer Prospective Family Study Cohort (ProF-SC). Int J Epidemiol. 2015 Jul 13. pii: dyv118. PMID: 26174520

213. White AJ, Chen J, McCullough LE, Xu X, Cho YH, Teitelbaum SL, Neugut AI, **Terry MB**, Hibshoosh H, Santella RM, Gammon MD. Polycyclic aromatic hydrocarbon (PAH)-DNA adducts and breast cancer: modification by gene promoter methylation in a population-based study. Cancer Causes Control. 2015 Dec;26(12):1791-802. doi: 10.1007/s10552-015-0672-7. Epub 2015 Sep 25.

214. Khankari NK, Bradshaw PT, Steck SE, He K, Olshan AF, Shen J, Ahn J, Chen Y, Ahsan H, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Gammon MD. Polyunsaturated fatty acid interactions and breast cancer incidence: a population-based case-control study on Long Island, New York. Ann Epidemiol. 2015 Dec;25(12):929-35. doi: 10.1016/j.annepidem.2015.09.003. Epub 2015 Sep 14.

215. Bradbury AR, Patrick-Miller L, Schwartz L, Egleston B, Sands CB, Chung WK, Glendon G, McDonald JA, Moore C, Rauch P, Tuchman L, Andrulis IL, Buys SS, Frost CJ, Keegan TH, Knight JA, **Terry MB**, John EM, Daly MB. Psychosocial Adjustment in School-age Girls with a Family History of Breast Cancer. Pediatrics. 2015 Nov;136(5):927-37. doi: 10.1542/peds.2015-0498. Epub 2015 Oct 19.

216. Strizich G, Gammon MD, Jacobson JS, Wall M, Abrahamson P, Bradshaw PT, **Terry MB**, Teitelbaum S, Neugut AI, Greenlee H. Latent class analysis suggests four distinct classes of complementary medicine users among women with breast cancer. BMC Complement Altern Med. 2015 Nov 19;15(1):411. doi: 10.1186/s12906-015-0937-4

217. Meeks HD, Song H, Michailidou K, Bolla MK, Dennis J, Wang Q, Barrowdale D, Frost D; EMBRACE, McGuffog L, Ellis S, Feng B, Buys SS, Hopper JL, Southey MC, Tesoriero A; kConFab Investigators, James PA, Bruinsma F, Campbell IG; Australia Ovarian Cancer Study Group, Broeks A, Schmidt MK, Hogervorst FB; HEBON, Beckman MW, Fasching PA, Fletcher O, Johnson N, Sawyer EJ, Riboli E, Banerjee S, Menon U, Tomlinson I, Burwinkel B, Hamann U, Marme F, Rudolph A, Janavicius R, Tihomirova L, Tung N, Garber J, Cramer D, Terry KL, Poole EM, Tworoger SS,

Dorfling CM, van Rensburg EJ, Godwin AK, Guénel P, Truong T; GEMO Study Collaborators, Stoppa-Lyonnet D, Damiola F, Mazoyer S, Sinilnikova OM, Isaacs C, Maugard C, Bojesen SE, Flyger H, Gerdes AM, Hansen TV, Jensen A, Kjaer SK, Hogdall C, Hogdall E, Pedersen IS, Thomassen M, Benitez J, González-Neira A, Osorio A, Hoya Mde L, Segura PP, Diez O, Lazaro C, Brunet J, Anton-Culver H, Eunjung L, John EM, Neuhausen SL, Ding YC, Castillo D, Weitzel JN, Ganz PA, Nussbaum RL, Chan SB, Karlan BY, Lester J, Wu A, Gayther S, Ramus SJ, Sieh W, Whittermore AS, Monteiro AN, Phelan CM, **Terry MB**, Piedmonte M, Offit K, Robson M, Levine D, Moysich KB, Cannioto R, Olson SH, Daly MB, Nathanson KL, Domchek SM, Lu KH, Liang D, Hildebrant MA, Ness R, Modugno F, Pearce L, Goodman MT, Thompson PJ, Brenner H, Butterbach K, Meindl A, Hahnen E, Wappenschmidt B, Brauch H, Brüning T, Blomqvist C, Khan S, Nevanlinna H, Pelttari LM, Aittomäki K, Butzow R, Bogdanova NV, Dörk T, Lindblom A, Margolin S, Rantala J, Kosma VM, Mannermaa A, Lambrechts D, Neven P, Claes KB, Maerken TV, Chang-Claude J, Flesch-Janys D, Heitz F, Varon-Mateeva R, Peterlongo P, Radice P, Viel A, Barile M, Peissel B, Manoukian S, Montagna M, Oliani C, Peixoto A, Teixeira MR, Collavoli A, Hallberg E, Olson JE, Goode EL, Hart SN, Shimelis H, Cunningham JM, Giles GG, Milne RL, Healey S, Tucker K, Haiman CA, Henderson BE, Goldberg MS, Tischkowitz M, Simard J, Soucy P, Eccles DM, Le N, Borresen-Dale AL, Kristensen V, Salvesen HB, Bjorge L, Bandera EV, Risch H, Zheng W, Beeghly-Fadiel A, Cai H, Pylkäs K, Tollenaar RA, Ouweland AM, Andrulis IL, Knight JA; OCGN, Narod S, Devilee P, Winqvist R, Figueroa J, Greene MH, Mai PL, Loud JT, García-Closas M, Schoemaker MJ, Czene K, Darabi H, McNeish I, Siddiquil N, Glasspool R, Kwong A, Park SK, Teo SH, Yoon SY, Matsuo K, Hosono S, Woo YL, Gao YT, Foretova L, Singer CF, Rappaport-Feurhauser C, Friedman E, Laitman Y, Rennert G, Imyanitov EN, Hulick PJ, Olopade OI, Senter L, Olah E, Doherty JA, Schildkraut J, Koppert LB, Kiemeney LA, Massuger LF, Cook LS, Pejovic T, Li J, Borg A, Öfverholm A, Rossing MA, Wentzensen N, Henriksson K, Cox A, Cross SS, Pasini BJ, Shah M, Kabisch M, Torres D, Jakubowska A, Lubinski J, Gronwald J, Agnarsson BA, Kupryjanczyk J, Moes-Sosnowska J, Fostira F, Konstantopoulou I, Slager S, Jones M; PRostate cancer AssoCiation group To Investigate Cancer Associated alterations in the genome, Antoniou AC, Berchuck A, Swerdlow A, Chenevix-Trench G, Dunning AM, Pharoah PD, Hall P, Easton DF, Couch FJ, Spurdle AB, Goldgar DE. BRCA2 Polymorphic Stop Codon K3326X and the Risk of Breast, Prostate, and Ovarian Cancers. J Natl Cancer Inst. 2015 Nov 19;108(2). pii: djv315. doi: 10.1093/jnci/djv315. Print 2016 Feb.

218. White AJ, Chen J, Teitelbaum SL, McCullough LE, Xu X, Hee Cho Y, Conway K, Beyea J, Stellman SD, Steck SE, Mordukhovich I, Eng SM, **Terry MB**, Engel LS, Hatch M, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Sources of polycyclic aromatic hydrocarbons are associated with gene-specific promoter methylation in women with breast cancer. Environ Res. 2016 Feb;145:93-100. doi: 10.1016/j.envres.2015.11.033. Epub 2015 Dec 6. PMID: 26671626

219. Dite GS, MacInnis RJ, Bickerstaffe A, Dowty JG, Allman R, Apicella C, Milne RL, Tsimiklis H, Phillips KA, Giles GG, **Terry MB**, Southey MC, Hopper JL. Breast Cancer Risk Prediction Using Clinical Models and 77 Independent Risk-Associated SNPs for

Women Aged Under 50 Years: Australian Breast Cancer Family Registry. Cancer Epidemiol Biomarkers Prev. 2016 Feb;25(2):359-65. doi: 10.1158/1055-9965.EPI-15-0838. Epub 2015 Dec 16. PMID: 26677205

220. *McDonald JA, Michels KB, Cohn BA, Flom JD, Tehranifar P, **Terry MB**. Alcohol intake from early adulthood to midlife and mammographic density. Cancer Causes Control. 2016 Apr;27(4):493-502. doi: 10.1007/s10552-016-0723-8. Epub 2016 Feb 1. PMID: 26830901

221. Silvestri V, Barrowdale D, Mulligan AM, Neuhausen SL, Fox S, Karlan BY, Mitchell G, James P, Thull DL, Zorn KK, Carter NJ, Nathanson KL, Domchek SM, Rebbeck TR, Ramus SJ, Nussbaum RL, Olopade OI, Rantala J, Yoon SY, Caligo MA, Spugnesi L, Bojesen A, Pedersen IS, Thomassen M, Jensen UB, Toland AE, Senter L, Andrulis IL, Glendon G, Hulick PJ, Imyanitov EN, Greene MH, Mai PL, Singer CF, Rappaport-Fuerhauser C, Kramer G, Vijai J, Offit K, Robson M, Lincoln A, Jacobs L, Machackova E, Foretova L, Navratilova M, Vasickova P, Couch FJ, Hallberg E, Ruddy KJ, Sharma P, Kim SW; kConFab Investigators, Teixeira MR, Pinto P, Montagna M, Matricardi L, Arason A, Johannsson OT, Barkardottir RB, Jakubowska A, Lubinski J, Izquierdo A, Pujana MA, Balmaña J, Diez O, Ivady G, Papp J, Olah E, Kwong A; Hereditary Breast and Ovarian Cancer Research Group Netherlands (HEBON), Nevanlinna H, Aittomäki K, Perez Segura P, Caldes T, Van Maerken T, Poppe B, Claes KB, Isaacs C, Elan C, Lasset C, Stoppa-Lyonnet D, Barjhoux L, Belotti M, Meindl A, Gehrig A, Sutter C, Engel C, Niederacher D, Steinemann D, Hahnen E, Kast K, Arnold N, Varon-Mateeva R, Wand D, Godwin AK, Evans DG, Frost D, Perkins J, Adlard J, Izatt L, Platte R, Eeles R, Ellis S; EMBRACE, Hamann U, Garber J, Fostira F, Fountzilas G, Pasini B, Giannini G, Rizzolo P, Russo A, Cortesi L, Papi L, Varesco L, Palli D, Zanna I, Savarese A, Radice P, Manoukian S, Peissel B, Barile M, Bonanni B, Viel A, Pensotti V, Tommasi S, Peterlongo P, Weitzel JN, Osorio A, Benitez J, McGuffog L, Healey S, Gerdes AM, Ejlertsen B, Hansen TV, Steele L, Ding YC, Tung N, Janavicius R, Goldgar DE, Buys SS, Daly MB, Bane A, **Terry MB**, John EM, Southey M, Easton DF, Chenevix-Trench G, Antoniou AC, Ottini L. Male breast cancer in BRCA1 and BRCA2 mutation carriers: pathology data from the Consortium of Investigators of Modifiers of BRCA1/2. Breast Cancer Res. 2016 Feb 9;18(1):15. doi: 10.1186/s13058-016-0671-y. PMID: 26857456

222. *Houghton LC, Ester WA, Lumey LH, Michels KB, Wei Y, Cohn BA, Susser E, **Terry MB**. Maternal weight gain in excess of pregnancy guidelines is related to daughters being overweight 40 years later. Am J Obstet Gynecol. 2016 Feb 18. pii: S0002-9378(16)00334-3. doi: 10.1016/j.ajog.2016.02.034. [Epub ahead of print] PMID: 26901274

223. McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Garbowski G, Teitelbaum SL, **Terry MB**, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. DNA methylation modifies the association between obesity and survival after breast cancer diagnosis. Breast Cancer Res Treat. 2016 Feb;156(1):183-94. doi: 10.1007/s10549-016-3724-0. Epub 2016 Mar 5. PMID: 26945992

224. Dunning AM, Michailidou K, Kuchenbaecker KB, Thompson D, French JD, Beesley J, Healey CS, Kar S, Pooley KA, Lopez-Knowles E, Dicks E, Barrowdale D, Sinnott-Armstrong NA, Sallari RC, Hillman KM, Kaufmann S, Sivakumaran H, Moradi Marjaneh M, Lee JS, Hills M, Jarosz M, Drury S, Canisius S, Bolla MK, Dennis J, Wang Q, Hopper JL, Southey MC, Broeks A, Schmidt MK, Lophatananon A, Muir K, Beckmann MW, Fasching PA, Dos-Santos-Silva I, Peto J, Sawyer EJ, Tomlinson I, Burwinkel B, Marme F, Guénel P, Truong T, Bojesen SE, Flyger H, González-Neira A, Perez JI, Anton-Culver H, Eunjung L, Arndt V, Brenner H, Meindl A, Schmutzler RK, Brauch H, Hamann U, Aittomäki K, Blomqvist C, Ito H, Matsuo K, Bogdanova N, Dörk T, Lindblom A, Margolin S, Kosma VM, Mannermaa A, Tseng CC, Wu AH, Lambrechts D, Wildiers H, Chang-Claude J, Rudolph A, Peterlongo P, Radice P, Olson JE, Giles GG, Milne RL, Haiman CA, Henderson BE, Goldberg MS, Teo SH, Yip CH, Nord S, Borresen-Dale AL, Kristensen V, Long J, Zheng W, Pylkäs K, Winqvist R, Andrulis IL, Knight JA, Devilee P, Seynaeve C, Figueroa J, Sherman ME, Czene K, Darabi H, Hollestelle A, van den Ouweland AM, Humphreys K, Gao YT, Shu XO, Cox A, Cross SS, Blot W, Cai Q, Ghoussaini M, Perkins BJ, Shah M, Choi JY, Kang D, Lee SC, Hartman M, Kabisch M, Torres D, Jakubowska A, Lubinski J, Brennan P, Sangrajrang S, Ambrosone CB, Toland AE, Shen CY, Wu PE, Orr N, Swerdlow A, McGuffog L, Healey S, Lee A, Kapuscinski M, John EM, **Terry MB**, Daly MB, Goldgar DE, Buys SS, Janavicius R, Tihomirova L, Tung N, Dorfling CM, van Rensburg EJ, Neuhausen SL, Ejlertsen B, Hansen TV, Osorio A, Benitez J, Rando R, Weitzel JN, Bonanni B, Peissel B, Manoukian S, Papi L, Ottini L, Konstantopoulou I, Apostolou P, Garber J, Rashid MU, Frost D; EMBRACE, Izatt L, Ellis S, Godwin AK, Arnold N, Niederacher D, Rhiem K, Bogdanova-Markov N, Sagne C, Stoppa-Lyonnet D, Damiola F; GEMO Study Collaborators, Sinilnikova OM, Mazoyer S, Isaacs C, Claes KB, De Leeneer K, de la Hoya M, Caldes T, Nevanlinna H, Khan S, Mensenkamp AR; HEBON, Hooning MJ, Rookus MA, Kwong A, Olah E, Diez O, Brunet J, Pujana MA, Gronwald J, Huzarski T, Barkardottir RB, Laframboise R, Soucy P, Montagna M, Agata S, Teixeira MR; kConFab Investigators, Park SK, Lindor N, Couch FJ, Tischkowitz M, Foretova L, Vijai J, Offit K, Singer CF, Rappaport C, Phelan CM, Greene MH, Mai PL, Rennert G, Imyanitov EN, Hulick PJ, Phillips KA, Piedmonte M, Mulligan AM, Glendon G, Bojesen A, Thomassen M, Caligo MA, Yoon SY, Friedman E, Laitman Y, Borg A, von Wachenfeldt A, Ehrencrona H, Rantala J, Olopade OI, Ganz PA, Nussbaum RL, Gayther SA, Nathanson KL, Domchek SM, Arun BK, Mitchell G, Karlan BY, Lester J, Maskarinec G, Woolcott C, Scott C, Stone J, Apicella C, Tamimi R, Luben R, Khaw KT, Helland Å, Haakensen V, Dowsett M, Pharoah PD, Simard J, Hall P, García-Closas M, Vachon C, Chenevix-Trench G, Antoniou AC, Easton DF, Edwards SL. Breast cancer risk variants at 6q25 display different phenotype associations and regulate ESR1, RMND1 and CCDC170. Nat Genet. 2016 Apr;48(4):374-86. doi: 10.1038/ng.3521. Epub 2016 Feb 29. PMID: 26928228

225. *Tehranifar P, Goyal A, Phelan JC, Link BG, Liao Y, Fan X, Desai M, **Terry MB**. Age at cancer diagnosis, amenability to medical interventions, and racial/ethnic disparities in cancer mortality. Cancer Causes Control. 2016 Apr;27(4):553-60. doi: 10.1007/s10552-016-0729-2. Epub 2016 Mar 12. PMID: 26970741

226. John EM, **Terry MB**, Keegan TH, Bradbury AR, Knight JA, Chung WK, Frost CJ, Lilge L, Patrick-Miller L, Schwartz LA, Whittemore AS, Buys SS, Daly MB, Andrulis IL. The LEGACY Girls Study: Growth and Development in the Context of Breast Cancer Family History. Epidemiology. 2016 May;27(3):438-48. doi: 10.1097/EDE.0000000000000456. PMID: 26829160

227. Li H, Feng B, Miron A, Chen X, Beesley J, Bimeh E, Barrowdale D, John EM, Daly MB, Andrulis IL, Buys SS, Kraft P; kConFab investigators., Thorne H, Chenevix-Trench G, Southey MC, Antoniou AC, James PA, **Terry MB**, Phillips KA, Hopper JL, Mitchell G, Goldgar DE. Breast cancer risk prediction using a polygenic risk score in the familial setting: a prospective study from the Breast Cancer Family Registry and kConFab. Genet Med. 2017 Jan;19(1):30-35. doi: 10.1038/gim.2016.43. Epub 2016 May 12. PMID: 27171545

228. ***Terry MB**, Goldberg M, Schechter S, Houghton LC, White ML, O'Toole K, Chung WK, Daly MB, Keegan TH, Andrulis IL, Bradbury AR, Schwartz L, Knight JA, John EM, Buys SS. Comparison of Clinical, Maternal, and Self Pubertal Assessments: Implications for Health Studies. Pediatrics. 2016 Jul;138(1). pii: e20154571. doi: 10.1542/peds.2015-4571. Epub 2016 Jun 8. PMID: 27279647

229. Zeng C, Guo X, Long J, Kuchenbaecker KB, Droit A, Michailidou K, Ghoussaini M, Kar S, Freeman A, Hopper JL, Milne RL, Bolla MK, Wang Q, Dennis J, Agata S, Ahmed S, Aittomäki K, Andrulis IL, Anton-Culver H, Antonenkova NN, Arason A, Arndt V, Arun BK, Arver B, Bacot F, Barrowdale D, Baynes C, Beeghly-Fadiel A, Benitez J, Bermisheva M, Blomqvist C, Blot WJ, Bogdanova NV, Bojesen SE, Bonanni B, Borresen-Dale AL, Brand JS, Brauch H, Brennan P, Brenner H, Broeks A, Brüning T, Burwinkel B, Buys SS, Cai Q, Caldes T, Campbell I, Carpenter J, Chang-Claude J, Choi JY, Claes KB, Clarke C, Cox A, Cross SS, Czene K, Daly MB, de la Hoya M, De Leeneer K, Devilee P, Diez O, Domchek SM, Doody M, Dorfling CM, Dörk T, Dos-Santos-Silva I, Dumont M, Dwek M, Dworniczak B, Egan K, Eilber U, Einbeigi Z, Ejlertsen B, Ellis S, Frost D, Lalloo F; EMBRACE., Fasching PA, Figueroa J, Flyger H, Friedlander M, Friedman E, Gambino G, Gao YT, Garber J, García-Closas M, Gehrig A, Damiola F, Lesueur F, Mazoyer S, Stoppa-Lyonnet D; behalf of GEMO Study Collaborators., Giles GG, Godwin AK, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Haiman CA, Hallberg E, Hamann U, Hansen TV, Hart S, Hartikainen JM, Hartman M, Hassan N, Healey S, Hogervorst FB, Verhoef S; HEBON., Hendricks CB, Hillemanns P, Hollestelle A, Hulick PJ, Hunter DJ, Imyanitov EN, Isaacs C, Ito H, Jakubowska A, Janavicius R, Jaworska-Bieniek K, Jensen UB, John EM, Joly Beauparlant C, Jones M, Kabisch M, Kang D, Karlan BY, Kauppila S, Kerin MJ, Khan S, Khusnutdinova E, Knight JA, Konstantopoulou I, Kraft P, Kwong A, Laitman Y, Lambrechts D, Lazaro C, Le Marchand L, Lee CN, Lee MH, Lester J, Li J, Liljegren A, Lindblom A, Lophatananon A, Lubinski J, Mai PL, Mannermaa A, Manoukian S, Margolin S, Marme F, Matsuo K, McGuffog L, Meindl A, Menegaux F, Montagna M, Muir K, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Newcomb PA, Nord S, Nussbaum RL, Offit K, Olah E, Olopade OI, Olswold C, Osorio A, Papi L, Park-Simon TW, Paulsson-Karlsson Y, Peeters S, Peissel B, Peterlongo P, Peto J, Pfeiler G,

Phelan CM, Presneau N, Radice P, Rahman N, Ramus SJ, Rashid MU, Rennert G, Rhiem K, Rudolph A, Salani R, Sangrajrang S, Sawyer EJ, Schmidt MK, Schmutzler RK, Schoemaker MJ, Schürmann P, Seynaeve C, Shen CY, Shrubsole MJ, Shu XO, Sigurdson A, Singer CF, Slager S, Soucy P, Southey M, Steinemann D, Swerdlow A, Szabo CI, Tchatchou S, Teixeira MR, Teo SH, **Terry MB**, Tessier DC, Teulé A, Thomassen M, Tihomirova L, Tischkowitz M, Toland AE, Tung N, Turnbull C, van den Ouweland AM, van Rensburg EJ, Ven den Berg D, Vijai J, Wang-Gohrke S, Weitzel JN, Whittemore AS, Winqvist R, Wong TY, Wu AH, Yannoukakos D, Yu JC, Pharoah PD, Hall P, Chenevix-Trench G; KConFab.; AOCS Investigators., Dunning AM, Simard J, Couch FJ, Antoniou AC, Easton DF, Zheng W. Identification of independent association signals and putative functional variants for breast cancer risk through fine-scale mapping of the 12p11 locus. Breast Cancer Res. 2016 Jun 21;18(1):64. doi: 10.1186/s13058-016-0718-0. PMID: 27459855

230. *Akinyemiju TF, Tehranifar P, Flom JD, Liao Y, Wei Y, **Terry MB**. Early life growth, socioeconomic status, and mammographic breast density in an urban US birth cohort. Ann Epidemiol. 2016 Aug;26(8):540-545.e2. doi: 10.1016/j.annepidem.2016.06.011. Epub 2016 Jul 18. PMID: 27497679

231. Vigorito E, Kuchenbaecker KB, Beesley J, Adlard J, Agnarsson BA, Andrulis IL, Arun BK, Barjhoux L, Belotti M, Benitez J, Berger A, Bojesen A, Bonanni B, Brewer C, Caldes T, Caligo MA, Campbell I, Chan SB, Claes KB, Cohn DE, Cook J, Daly MB, Damiola F, Davidson R, Pauw Ad, Delnatte C, Diez O, Domchek SM, Dumont M, Durda K, Dworniczak B, Easton DF, Eccles D, Edwinsdotter Ardnor C, Eeles R, Ejlertsen B, Ellis S, Evans DG, Feliubadalo L, Fostira F, Foulkes WD, Friedman E, Frost D, Gaddam P, Ganz PA, Garber J, Garcia-Barberan V, Gauthier-Villars M, Gehrig A, Gerdes AM, Giraud S, Godwin AK, Goldgar DE, Hake CR, Hansen TV, Healey S, Hodgson S, Hogervorst FB, Houdayer C, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jacobs L, Jakubowska A, Janavicius R, Jaworska-Bieniek K, Jensen UB, John EM, Vijai J, Karlan BY, Kast K, Investigators K, Khan S, Kwong A, Laitman Y, Lester J, Lesueur F, Liljegren A, Lubinski J, Mai PL, Manoukian S, Mazoyer S, Meindl A, Mensenkamp AR, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Niederacher D, Olah E, Olopade OI, Ong KR, Osorio A, Park SK, Paulsson-Karlsson Y, Pedersen IS, Peissel B, Peterlongo P, Pfeiler G, Phelan CM, Piedmonte M, Poppe B, Pujana MA, Radice P, Rennert G, Rodriguez GC, Rookus MA, Ross EA, Schmutzler RK, Simard J, Singer CF, Slavin TP, Soucy P, Southey M, Steinemann D, Stoppa-Lyonnet D, Sukiennicki G, Sutter C, Szabo CI, Tea MK, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Tibiletti MG, Tihomirova L, Tognazzo S, van Rensburg EJ, Varesco L, Varon-Mateeva R, Vratimos A, Weitzel JN, McGuffog L, Kirk J, Toland AE, Hamann U, Lindor N, Ramus SJ, Greene MH, Couch FJ, Offit K, Pharoah PD, Chenevix-Trench G, Antoniou AC. Fine-Scale Mapping at 9p22.2 Identifies Candidate Causal Variants That Modify Ovarian Cancer Risk in BRCA1 and BRCA2 Mutation Carriers. PLoS One. 2016 Jul 27;11(7):e0158801. doi: 10.1371/journal.pone.0158801. eCollection 2016 Jul 27. PMID: 27463617

232. Kappil MA, Liao Y, **Terry MB**, Santella RM. DNA Repair Gene Expression Levels as Indicators of Breast Cancer in the Breast Cancer Family Registry. Anticancer Res. 2016

Aug;36(8):4039-44. PMID: 27466510

233. Kappil M, **Terry MB**, Delgado-Cruzata L, Liao Y, Santella RM. Mismatch Repair Polymorphisms as Markers of Breast Cancer Prevalence in the Breast Cancer Family Registry. Anticancer Res. 2016 Sep;36(9):4437-41. PMID: 27630279

234. Lawrenson K, Kar S, McCue K, Kuchenbaeker K, Michailidou K, Tyrer J, Beesley J, Ramus SJ, Li Q, Delgado MK, Lee JM, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arun BK, Arver B, Bandera EV, Barile M, Barkardottir RB, Barrowdale D, Beckmann MW, Benitez J, Berchuck A, Bisogna M, Bjorge L, Blomqvist C, Blot W, Bogdanova N, Bojesen A, Bojesen SE, Bolla MK, Bonanni B, Børresen-Dale AL, Brauch H, Brennan P, Brenner H, Bruinsma F, Brunet J, Buhari SA, Burwinkel B, Butzow R, Buys SS, Cai Q, Caldes T, Campbell I, Canniotto R, Chang-Claude J, Chiquette J, Choi JY, Claes KB; GEMO Study Collaborators., Cook LS, Cox A, Cramer DW, Cross SS, Cybulski C, Czene K, Daly MB, Damiola F, Dansonka-Mieszkowska A, Darabi H, Dennis J, Devilee P, Diez O, Doherty JA, Domchek SM, Dorfling CM, Dörk T, Dumont M, Ehrencrona H, Ejlertsen B, Ellis S; EMBRACE., Engel C, Lee E, Evans DG, Fasching PA, Feliubadalo L, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Foretova L, Fostira F, Foulkes WD, Fridley BL, Friedman E, Frost D, Gambino G, Ganz PA, Garber J, García-Closas M, Gentry-Maharaj A, Ghoussaini M, Giles GG, Glasspool R, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Goode EL, Goodman MT, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hallberg E, Hamann U, Hansen TV, Harrington PA, Hartman M, Hassan N, Healey S; Hereditary Breast and Ovarian Cancer Research Group Netherlands (HEBON)., Heitz F, Herzog J, Høgdall E, Høgdall CK, Hogervorst FB, Hollestelle A, Hopper JL, Hulick PJ, Huzarski T, Imyanitov EN; KConFab Investigators.; Australian Ovarian Cancer Study Group., Isaacs C, Ito H, Jakubowska A, Janavicius R, Jensen A, John EM, Johnson N, Kabisch M, Kang D, Kapuscinski M, Karlan BY, Khan S, Kiemeney LA, Kjaer SK, Knight JA, Konstantopoulou I, Kosma VM, Kristensen V, Kupryjanczyk J, Kwong A, de la Hoya M, Laitman Y, Lambrechts D, Le N, De Leeneer K, Lester J, Levine DA, Li J, Lindblom A, Long J, Lophatananon A, Loud JT, Lu K, Lubinski J, Mannermaa A, Manoukian S, Le Marchand L, Margolin S, Marme F, Massuger LF, Matsuo K, Mazoyer S, McGuffog L, McLean C, McNeish I, Meindl A, Menon U, Mensenkamp AR, Milne RL, Montagna M, Moysich KB, Muir K, Mulligan AM, Nathanson KL, Ness RB, Neuhausen SL, Nevanlinna H, Nord S, Nussbaum RL, Odunsi K, Offit K, Olah E, Olopade OI, Olson JE, Olswold C, O'Malley D, Orlow I, Orr N, Osorio A, Park SK, Pearce CL, Pejovic T, Peterlongo P, Pfeiler G, Phelan CM, Poole EM, Pylkäs K, Radice P, Rantala J, Rashid MU, Rennert G, Rhenius V, Rhiem K, Risch HA, Rodriguez G, Rossing MA, Rudolph A, Salvesen HB, Sangrajrang S, Sawyer EJ, Schildkraut JM, Schmidt MK, Schmutzler RK, Sellers TA, Seynaeve C, Shah M, Shen CY, Shu XO, Sieh W, Singer CF, Sinilnikova OM, Slager S, Song H, Soucy P, Southey MC, Stenmark-Askmalm M, Stoppa-Lyonnet D, Sutter C, Swerdlow A, Tchatchou S, Teixeira MR, Teo SH, Terry KL, **Terry MB**, Thomassen M, Tibiletti MG, Tihomirova L, Tognazzo S, Toland AE, Tomlinson I, Torres D, Truong T, Tseng CC, Tung N, Tworoger SS, Vachon C, van den Ouweland AM, van Doorn HC, van Rensburg EJ, Van't Veer LJ, Vanderstichele A, Vergote I, Vijai J, Wang Q, Wang-Gohrke S, Weitzel JN, Wentzensen N, Whittemore AS, Wildiers H,

Winqvist R, Wu AH, Yannoukakos D, Yoon SY, Yu JC, Zheng W, Zheng Y, Khanna KK, Simard J, Monteiro AN, French JD, Couch FJ, Freedman ML, Easton DF, Dunning AM, Pharoah PD, Edwards SL, Chenevix-Trench G, Antoniou AC, Gayther SA. Functional mechanisms underlying pleiotropic risk alleles at the 19p13.1 breast-ovarian cancer susceptibility locus. Nat Commun. 2016 Sep 7;7:12675. doi: 10.1038/ncomms12675. PMID: 27601076

235. Wong EM, Joo JE, McLean CA, Baglietto L, English DR, Severi G, Wu HC, **Terry MB**, Hopper JL, Milne RL, Giles GG, Southey MC. Analysis of the breast cancer methylome using formalin-fixed paraffin-embedded tumour. Breast Cancer Res Treat. 2016 Nov;160(1):173-180. Epub 2016 Sep 7. PMID: 27604360

236. Cohn BA, **Terry MB**, Plumb M, Cirillo PM. Erratum to: Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. Breast Cancer Res Treat. 2016 Oct;159(3):591-592. PMID: 27581126

237. Hamdi Y, Soucy P, Kuchenbaeker KB, Pastinen T, Droit A, Lemaçon A, Adlard J, Aittomäki K, Andrulis IL, Arason A, Arnold N, Arun BK, Azzollini J, Bane A, Barjhoux L, Barrowdale D, Benitez J, Berthet P, Blok MJ, Bobolis K, Bonadona V, Bonanni B, Bradbury AR, Brewer C, Buecher B, Buys SS, Caligo MA, Chiquette J, Chung WK, Claes KB, Daly MB, Damiola F, Davidson R, De la Hoya M, De Leeneer K, Diez O, Ding YC, Dolcetti R, Domchek SM, Dorfling CM, Eccles D, Eeles R, Einbeigi Z, Ejlertsen B; EMBRACE., Engel C, Gareth Evans D, Feliubadalo L, Foretova L, Fostira F, Foulkes WD, Fountzilas G, Friedman E, Frost D, Ganschow P, Ganz PA, Garber J, Gayther SA; GEMO Study Collaborators., Gerdes AM, Glendon G, Godwin AK, Goldgar DE, Greene MH, Gronwald J, Hahnen E, Hamann U, Hansen TV, Hart S, Hays JL; HEBON., Hogervorst FB, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Jakubowska A, James P, Janavicius R, Jensen UB, John EM, Joseph V, Just W, Kaczmarek K, Karlan BY; KConFab Investigators., Kets CM, Kirk J, Kriege M, Laitman Y, Laurent M, Lazaro C, Leslie G, Lester J, Lesueur F, Liljegren A, Loman N, Loud JT, Manoukian S, Mariani M, Mazoyer S, McGuffog L, Meijers-Heijboer HE, Meindl A, Miller A, Montagna M, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Nussbaum RL, Olah E, Olopade OI, Ong KR, Oosterwijk JC, Osorio A, Papi L, Park SK, Pedersen IS, Peissel B, Segura PP, Peterlongo P, Phelan CM, Radice P, Rantala J, Rappaport-Fuerhauser C, Rennert G, Richardson A, Robson M, Rodriguez GC, Rookus MA, Schmutzler RK, Sevenet N, Shah PD, Singer CF, Slavin TP, Snape K, Sokolowska J, Sønderstrup IM, Southey M, Spurdle AB, Stadler Z, Stoppa-Lyonnet D, Sukiennicki G, Sutter C, Tan Y, Tea MK, Teixeira MR, Teulé A, Teo SH, **Terry MB**, Thomassen M, Tihomirova L, Tischkowitz M, Tognazzo S, Toland AE, Tung N, van den Ouweland AM, van der Luijt RB, van Engelen K, van Rensburg EJ, Varon-Mateeva R, Wappenschmidt B, Wijnen JT, Rebbeck T, Chenevix-Trench G, Offit K, Couch FJ, Nord S, Easton DF, Antoniou AC, Simard J. Association of breast cancer risk in BRCA1 and BRCA2 mutation carriers with genetic variants showing differential allelic expression: identification of a modifier of breast cancer risk at locus 11q22.3. Breast Cancer Res Treat. 2017 Jan;161(1):117-134. doi: 10.1007/s10549-016-4018-2. Epub 2016 Oct 28. PMID: 27796716

238. *Michels KB, Cohn BA, Goldberg M, Flom JD, Dougan M, **Terry MB**. Maternal Anthropometry and Mammographic Density in Adult Daughters. Pediatrics. 2016 Nov;138(Suppl 1):S34-S41. PMID: 27940975

239. Rebbeck TR, Friebel TM, Mitra N, Wan F, Chen S, Andrulis IL, Apostolou P, Arnold N, Arun BK, Barrowdale D, Benitez J, Berger R, Berthet P, Borg A, Buys SS, Caldes T, Carter J, Chiquette J, Claes KB, Couch FJ, Cybulski C, Daly MB, de la Hoya M, Diez O, Domchek SM, Nathanson KL, Durda K, Ellis S; EMBRACE., Evans DG, Foretova L, Friedman E, Frost D, Ganz PA, Garber J, Glendon G, Godwin AK, Greene MH, Gronwald J, Hahnen E, Hallberg E, Hamann U, Hansen TV; HEBON., Imyanitov EN, Isaacs C, Jakubowska A, Janavicius R, Jaworska-Bieniek K, John EM, Karlan BY, Kaufman B, Investigators K, Kwong A, Laitman Y, Lasset C, Lazaro C, Lester J, Loman N, Lubinski J, Manoukian S, Mitchell G, Montagna M, Neuhausen SL, Nevanlinna H, Niederacher D, Nussbaum RL, Offit K, Olah E, Olopade OI, Park SK, Piedmonte M, Radice P, Rappaport-Fuerhauser C, Rookus MA, Seynaeve C, Simard J, Singer CF, Soucy P, Southey M, Stoppa-Lyonnet D, Sukiennicki G, Szabo CI, Tancredi M, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Tihomirova L, Tischkowitz M, Toland AE, Toloczko-Grabarek A, Tung N, van Rensburg EJ, Villano D, Wang-Gohrke S, Wappenschmidt B, Weitzel JN, Zidan J, Zorn KK, McGuffog L, Easton D, Chenevix-Trench G, Antoniou AC, Ramus SJ. Inheritance of deleterious mutations at both BRCA1 and BRCA2 in an international sample of 32,295 women. Breast Cancer Res. 2016 Nov 11;18(1):112. PMID: 27836010

240. *Tehranifar P, Cohn BA, Flom JD, Protacio A, Cirillo P, Lumey LH, Michels KB, **Terry MB**. Early life socioeconomic environment and mammographic breast density. BMC Cancer. 2017 Jan 10;17(1):41. doi: 10.1186/s12885-016-3010-x. PMID: 28068940

241. *Flom JD, Cohn BA, Tehranifar P, Houghton LC, Wei Y, Protacio A, Cirillo P, Michels KB, **Terry MB**. Earlier age at menarche in girls with rapid early life growth: cohort and within sibling analyses. Ann Epidemiol. 2017 Mar;27(3):187-193.e2. doi: 10.1016/j.annepidem.2017.01.004. Epub 2017 Jan 19. PMID: 28215584

242. *Wu HC, Southey MC, Hibshoosh H, Santella RM, **Terry MB**. DNA Methylation in Breast Tumor from High-risk Women in the Breast Cancer Family Registry. Anticancer Res. 2017 Feb;37(2):659-664. PMID: 28179314

243. *Lilge L, **Terry MB**, Walter J, Pinnaduwage D, Glendon G, Hanna D, Tammemagi ML, Bradbury A, Buys S, Daly M, John EM, Knight JA, Andrulis IL. Non-invasive optical spectroscopic monitoring of breast development during puberty. Breast Cancer Res. 2017 Feb 6;19(1):12. doi: 10.1186/s13058-017-0805-x. PMID: 28166807

244. *Ester WA, Houghton LC, Lumey LH, Michels KB, Hoek HW, Wei Y, Susser ES, Cohn BA, **Terry MB**. Maternal and Early Childhood Determinants of Women's Body Size in Midlife: Overall Cohort and Sibling Analyses. Am J Epidemiol. 2017 Feb 15:1-10. doi: 10.1093/aje/kww222. [Epub ahead of print] PMID: 28200097

245. McCullough LE, Chen J, Cho YH, Khankari NK, Bradshaw PT, White AJ, Teitelbaum SL, **Terry MB**, Neugut AI, Hibshoosh H, Santella RM, Gammon MD. Modification of the association between recreational physical activity and survival after breast cancer by promoter methylation in breast cancer-related genes. Breast Cancer Res. 2017 Feb 21;19(1):19. doi: 10.1186/s13058-017-0811-z. PMID: 28222775

246. Zhang FF, Haslam DE, **Terry MB**, Knight JA, Andrulis IL, Daly MB, Buys SS, John EM. Dietary isoflavone intake and all-cause mortality in breast cancer survivors: The Breast Cancer Family Registry. Cancer. 2017 Mar 6. doi: 10.1002/cncr.30615. [Epub ahead of print] PMID: 28263368

247. *Shen J, Liao Y, Hopper JL, Goldberg M, Santella RM, **Terry MB**. Dependence of cancer risk from environmental exposures on underlying genetic susceptibility: an illustration with polycyclic aromatic hydrocarbons and breast cancer. Br J Cancer. 2017 Mar 28. doi: 10.1038/bjc.2017.81. [Epub ahead of print] PMID: 28350789

248. Kuchenbaecker KB, Hopper JL, Barnes DR, Phillips KA, Mooij TM, Roos-Blom MJ, Jervis S, van Leeuwen FE, Milne RL, Andrieu N, Goldgar DE, **Terry MB**, Rookus MA, Easton DF, Antoniou AC, BRCA1 and BRCA2 Cohort Consortium, McGuffog L, Evans DG, Barrowdale D, Frost D, Adlard J, Ong KR, Izatt L, Tischkowitz M, Eeles R, Davidson R, Hodgson S, Ellis S, Nogues C, Lasset C, Stoppa-Lyonnet D, Fricker JP, Faivre L, Berthet P, Hooning MJ, van der Kolk LE, Kets CM, Adank MA, John EM, Chung WK, Andrulis IL, Southey M, Daly MB, Buys SS, Osorio A, Engel C, Kast K, Schmutzler RK, Caldes T, Jakubowska A, Simard J, Friedlander ML, McLachlan SA, Machackova E, Foretova L, Tan YY, Singer CF, Olah E, Gerdes AM, Arver B, Olsson H. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA. 2017 Jun 20;317(23):2402-2416. doi: 10.1001/jama.2017.7112. PMID: 28632866

249. ***Terry MB**, Keegan THM, Houghton LC, Goldberg M, Andrulis IL, Daly MB, Buys SS, Wei Y, Whittemore AS, Protacio A, Bradbury AR, Chung WK, Knight JA, John EM. Pubertal development in girls by breast cancer family history: the LEGACY girls cohort. Breast Cancer Res. 2017 Jun 8;19(1):69. doi: 10.1186/s13058-017-0849-y. PMID: 28595647

250. *Tehranifar P, Wu HC, McDonald JA, Jasmine F, Santella RM, Gurvich I, Flom JD, **Terry MB**. Maternal cigarette smoking during pregnancy and offspring DNA methylation in midlife. Epigenetics. 2017 May 11:0. doi: 10.1080/15592294.2017.1325065. [Epub ahead of print] PMID:28494218

251. Dite GS, MacInnis RJ, Bickerstaffe A, Dowty JG, Milne RL, Antoniou AC, Weideman P, Apicella C, Giles GG, Southey MC, Jenkins MA, Phillips KA, Win AK, **Terry MB**, Hopper JL. Testing for Gene-Environment Interactions Using a Prospective Family Cohort Design: Body Mass Index in Early and Later Adulthood and Risk of Breast Cancer. Am J Epidemiol. 2017 Mar 15;185(6):487-500. doi: 10.1093/aje/kww241.

PMID: 28399571

252. Kuchenbaecker KB, McGuffog L, Barrowdale D, Lee A, Soucy P, Dennis J, Domchek SM, Robson M, Spurdle AB, Ramus SJ, Mavaddat N, **Terry MB**, Neuhausen SL, Schmutzler RK, Simard J, Pharoah PDP, Offit K, Couch FJ, Chenevix-Trench G, Easton DF, Antoniou AC. Evaluation of Polygenic Risk Scores for Breast and Ovarian Cancer Risk Prediction in BRCA1 and BRCA2 Mutation Carriers. J Natl Cancer Inst. 2017 Jul 1;109(7). doi: 10.1093/jnci/djw302. PMID: 28376175

253. Scannell Bryan M, Argo M, Andrulis IL, Hopper JL, Chang-Claude J, Malone K, John EM, Gammon MD, Daly M, **Terry MB**, Buys SS, Huo D, Olopade O, Genkinger JM, Jasmine F, Kibriya MG, Chen L, Ahsan H. Limited influence of germline genetic variation on all-cause mortality in women with early onset breast cancer: evidence from gene-based tests, single-marker regression, and whole-genome prediction. Breast Cancer Res Treat. 2017 Aug;164(3):707-717. doi: 10.1007/s10549-017-4287-4. PMID: 28503721

254. McClain KM, McCullough LE, Bradshaw PT, Shantakumar S, **Terry MB**, Neugut AI, Gammon MD. Age-Specific Indicators of a Healthy Lifestyle and Postmenopausal Breast Cancer. J Womens Health (Larchmt). 2017 Nov;26(11):1176-1184. doi: 10.1089/jwh.2016.6028. PMID: 28384095

255. Milne RL, Kuchenbaecker KB, Michailidou K, Beesley J, Kar S, Lindström S, Hui S, Lemaçon A, Soucy P, Dennis J, Jiang X, Rostamianfar A, Finucane H, Bolla MK, McGuffog L, Wang Q, Aalfs CM; ABCTB Investigators, Adams M, Adlard J, Agata S, Ahmed S, Ahsan H, Aittomäki K, Al-Ejeh F, Allen J, Ambrosone CB, Amos CI, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Auber B, Auer PL, Ausems MGEM, Azzollini J, Bacot F, Balmaña J, Barile M, Barjhoux L, Barkardottir RB, Barrdahl M, Barnes D, Barrowdale D, Baynes C, Beckmann MW, Benitez J, Bermisheva M, Bernstein L, Bignon YJ, Blazer KR, Blok MJ, Blomqvist C, Blot W, Bobolis K, Boeckx B, Bogdanova NV, Bojesen A, Bojesen SE, Bonanni B, Børresen-Dale AL, Bozsik A, Bradbury AR, Brand JS, Brauch H, Brenner H, Bressac-de Paillerets B, Brewer C, Brinton L, Broberg P, Brooks-Wilson A, Brunet J, Brüning T, Burwinkel B, Buys SS, Byun J, Cai Q, Caldés T, Caligo MA, Campbell I, Canzian F, Caron O, Carracedo A, Carter BD, Castelao JE, Castera L, Caux-Moncoutier V, Chan SB, Chang-Claude J, Chanock SJ, Chen X, Cheng TD, Chiquette J, Christiansen H, Claes KBM, Clarke CL, Conner T, Conroy DM, Cook J, Cordina-Duverger E, Cornelissen S, Coupier I, Cox A, Cox DG, Cross SS, Cuk K, Cunningham JM, Czene K, Daly MB, Damiola F, Darabi H, Davidson R, De Leeneer K, Devilee P, Dicks E, Diez O, Ding YC, Ditsch N, Doheny KF, Domchek SM, Dorfling CM, Dörk T, Dos-Santos-Silva I, Dubois S, Dugué PA, Dumont M, Dunning AM, Durcan L, Dwek M, Dworniczak B, Eccles D, Eeles R, Ehrencrona H, Eilber U, Ejlertsen B, Ekici AB, Eliassen AH; EMBRACE, Engel C, Eriksson M, Fachal L, Faivre L, Fasching PA, Faust U, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Foulkes WD, Friedman E, Fritschi L, Frost D, Gabrielson M, Gaddam P, Gammon MD, Ganz PA, Gapstur SM, Garber J, Garcia-Barberan V, García-Sáenz JA, Gaudet MM, Gauthier-Villars M, Gehrig A; GEMO Study Collaborators,

Georgoulias V, Gerdes AM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Goodfellow P, Greene MH, Alnæs GIG, Grip M, Gronwald J, Grundy A, Gschwantler-Kaulich D, Guénel P, Guo Q, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hallberg E, Hamann U, Hamel N, Hankinson S, Hansen TVO, Harrington P, Hart SN, Hartikainen JM, Healey CS; HEBON, Hein A, Helbig S, Henderson A, Heyworth J, Hicks B, Hillemanns P, Hodgson S, Hogervorst FB, Hollestelle A, Hooning MJ, Hoover B, Hopper JL, Hu C, Huang G, Hulick PJ, Humphreys K, Hunter DJ, Imyanitov EN, Isaacs C, Iwasaki M, Izatt L, Jakubowska A, James P, Janavicius R, Janni W, Jensen UB, John EM, Johnson N, Jones K, Jones M, Jukkola-Vuorinen A, Kaaks R, Kabisch M, Kaczmarek K, Kang D, Kast K; kConFab/AOCS Investigators, Keeman R, Kerin MJ, Kets CM, Keupers M, Khan S, Khusnutdinova E, Kiiski JI, Kim SW, Knight JA, Konstantopoulou I, Kosma VM, Kristensen VN, Kruse TA, Kwong A, Lænkholm AV, Laitman Y, Lalloo F, Lambrechts D, Landsman K, Lasset C, Lazaro C, Le Marchand L, Lecarpentier J, Lee A, Lee E, Lee JW, Lee MH, Lejbkowicz F, Lesueur F, Li J, Lilyquist J, Lincoln A, Lindblom A, Lissowska J, Lo WY, Loibl S, Long J, Loud JT, Lubinski J, Luccarini C, Lush M, MacInnis RJ, Maishman T, Makalic E, Kostovska IM, Malone KE, Manoukian S, Manson JE, Margolin S, Martens JWM, Martinez ME, Matsuo K, Mavroudis D, Mazoyer S, McLean C, Meijers-Heijboer H, Menéndez P, Meyer J, Miao H, Miller A, Miller N, Mitchell G, Montagna M, Muir K, Mulligan AM, Mulot C, Nadesan S, Nathanson KL; NBSC Collaborators, Neuhausen SL, Nevanlinna H, Nevelsteen I, Niederacher D, Nielsen SF, Nordestgaard BG, Norman A, Nussbaum RL, Olah E, Olopade OI, Olson JE, Olswold C, Ong KR, Oosterwijk JC, Orr N, Osorio A, Pankratz VS, Papi L, Park-Simon TW, Paulsson-Karlsson Y, Lloyd R, Pedersen IS, Peissel B, Peixoto A, Perez JIA, Peterlongo P, Peto J, Pfeiler G, Phelan CM, Pinchev M, Plaseska-Karanfilska D, Poppe B, Porteous ME, Prentice R, Presneau N, Prokofieva D, Pugh E, Pujana MA, Pylkäs K, Rack B, Radice P, Rahman N, Rantala J, Rappaport-Fuerhauser C, Rennert G, Rennert HS, Rhenius V, Rhiem K, Richardson A, Rodriguez GC, Romero A, Romm J, Rookus MA, Rudolph A, Ruediger T, Saloustros E, Sanders J, Sandler DP, Sangrajrang S, Sawyer EJ, Schmidt DF, Schoemaker MJ, Schumacher F, Schürmann P, Schwentner L, Scott C, Scott RJ, Seal S, Senter L, Seynaeve C, Shah M, Sharma P, Shen CY, Sheng X, Shimelis H, Shrubsole MJ, Shu XO, Side LE, Singer CF, Sohn C, Southey MC, Spinelli JJ, Spurdle AB, Stegmaier C, Stoppa-Lyonnet D, Sukiennicki G, Surowy H, Sutter C, Swerdlow A, Szabo CI, Tamimi RM, Tan YY, Taylor JA, Tejada MI, Tengström M, Teo SH, **Terry MB**, Tessier DC, Teulé A, Thöne K, Thull DL, Tibiletti MG, Tihomirova L, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Tong L, Torres D, Tranchant M, Truong T, Tucker K, Tung N, Tyrer J, Ulmer HU, Vachon C, van Asperen CJ, Van Den Berg D, van den Ouweland AMW, van Rensburg EJ, Varesco L, Varon-Mateeva R, Vega A, Viel A, Vijai J, Vincent D, Vollenweider J, Walker L, Wang Z, Wang-Gohrke S, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wesseling J, Whittemore AS, Wijnen JT, Willett W, Winqvist R, Wolk A, Wu AH, Xia L, Yang XR, Yannoukakos D, Zaffaroni D, Zheng W, Zhu B, Ziogas A, Ziv E, Zorn KK, Gago-Dominguez M, Mannermaa A, Olsson H, Teixeira MR, Stone J, Offit K, Ottini L, Park SK, Thomassen M, Hall P, Meindl A, Schmutzler RK, Droit A, Bader GD, Pharoah PDP, Couch FJ, Easton DF, Kraft P, Chenevix-Trench G, García-Closas M, Schmidt MK, Antoniou AC, Simard J. Identification of ten variants associated with risk of estrogen-receptor-negative

breast cancer. Nat Genet. 2017 Dec;49(12):1767-1778. doi: 10.1038/ng.3785. PMID: 29058716

256. *Zeinomar N, Thai A, Cloud AJ, McDonald JA, Liao Y, **Terry MB**. Alcohol consumption and breast cancer-specific and all-cause mortality in women diagnosed with breast cancer at the New York site of the Breast Cancer Family Registry. PLoS One. 2017 Dec 15;12(12):e0189118. doi: 10.1371/journal.pone.0189118. PMID: 29244822

257. McDonald JA, Tehranifar P, Flom JD, **Terry MB**, James-Todd T. Hair product use, age at menarche and mammographic breast density in multiethnic urban women. Environ Health. 2018 Jan 4;17(1):1. doi: 10.1186/s12940-017-0345-y. PMID: 29301538

258. Roberts ME, Jackson SA, Susswein LR, Zeinomar N, Ma X, Marshall ML, Stettner AR, Milewski B, Xu Z, Solomon BD, **Terry MB**, Hruska KS, Klein RT, Chung WK. MSH6 and PMS2 germ-line pathogenic variants implicated in Lynch syndrome are associated with breast cancer. Genet Med. 2018 Jan 18. doi: 10.1038/gim.2017.254. PMID: 29345684

259. *Wu HC, Do C, Andrulis IL, John EM, Daly MB, Buys SS, Chung WK, Knight JA, Bradbury AR, Keegan THM, Schwartz L, Krupska I, Miller RL, Santella RM, Tycko B, **Terry MB**. Breast Cancer Family History and Allele-Specific DNA Methylation in the Legacy Girls Study. Epigenetics. 2018 Feb 13:1-23. doi: 10.1080/15592294.2018.1435243. PMID: 29436922

260. Rebbeck TR, Friebel TM, Friedman E, Hamann U, Huo D, Kwong A, Olah E, Olopade OI, Solano AR, Teo SH, Thomassen M, Weitzel JN, Chan TL, Couch FJ, Goldgar DE, Kruse TA, Palmero EI, Park SK, Torres D, van Rensburg EJ, McGuffog L, Parsons MT, Leslie G, Aalfs CM, Abugattas J, Adlard J, Agata S, Aittomäki K, Andrews L, Andrulis IL, Arason A, Arnold N, Arun BK, Asseryanis E, Auerbach L, Azzollini J, Balmaña J, Barile M, Barkardottir RB, Barrowdale D, Benitez J, Berger A, Berger R, Blanco AM, Blazer KR, Blok MJ, Bonadona V, Bonanni B, Bradbury AR, Brewer C, Buecher B, Buys SS, Caldes T, Caliebe A, Caligo MA, Campbell I, Caputo SM, Chiquette J, Chung WK, Claes KBM, Collée JM, Cook J, Davidson R, de la Hoya M, De Leeneer K, de Pauw A, Delnatte C, Diez O, Ding YC, Ditsch N, Domchek SM, Dorfling CM, Velazquez C, Dworniczak B, Eason J, Easton DF, Eeles R, Ehrencrona H, Ejlertsen B; EMBRACE, Engel C, Engert S, Evans DG, Faivre L, Feliubadaló L, Ferrer SF, Foretova L, Fowler J, Frost D, Galvão HCR, Ganz PA, Garber J, Gauthier-Villars M, Gehrig A; GEMO Study Collaborators, Gerdes AM, Gesta P, Giannini G, Giraud S, Glendon G, Godwin AK, Greene MH, Gronwald J, Gutierrez-Barrera A, Hahnen E, Hauke J; HEBON, Henderson A, Hentschel J, Hogervorst FBL, Honisch E, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jakubowska A, James P, Janavicius R, Jensen UB, John EM, Vijai J, Kaczmarek K, Karlan BY, Kast K, Investigators K, Kim SW, Konstantopoulou I, Korach J, Laitman Y, Lasa A, Lasset C, Lázaro C, Lee A, Lee MH, Lester J, Lesueur F, Liljegren A, Lindor NM, Longy M, Loud JT, Lu KH, Lubinski J, Machackova E, Manoukian S, Mari V, Martínez-Bouzas C, Matrai Z, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Mensenkamp AR, Mickys U, Miller A, Montagna M, Moysich KB, Mulligan AM, Musinsky J, Neuhausen SL, Nevanlinna H, Ngeow J, Nguyen HP,

Niederacher D, Nielsen HR, Nielsen FC, Nussbaum RL, Offit K, Öfverholm A, Ong KR, Osorio A, Papi L, Papp J, Pasini B, Pedersen IS, Peixoto A, Peruga N, Peterlongo P, Pohl E, Pradhan N, Prajzendanc K, Prieur F, Pujol P, Radice P, Ramus SJ, Rantala J, Rashid MU, Rhiem K, Robson M, Rodriguez GC, Rogers MT, Rudaitis V, Schmidt AY, Schmutzler RK, Senter L, Shah PD, Sharma P, Side LE, Simard J, Singer CF, Skytte AB, Slavin TP, Snape K, Sobol H, Southey M, Steele L, Steinemann D, Sukiennicki G, Sutter C, Szabo CI, Tan YY, Teixeira MR, **Terry MB**, Teulé A, Thomas A, Thull DL, Tischkowitz M, Tognazzo S, Toland AE, Topka S, Trainer AH, Tung N, van Asperen CJ, van der Hout AH, van der Kolk LE, van der Luijt RB, Van Heetvelde M, Varesco L, Varon-Mateeva R, Vega A, Villarreal-Garza C, von Wachenfeldt A, Walker L, Wang-Gohrke S, Wappenschmidt B, Weber BHF, Yannoukakos D, Yoon SY, Zanzottera C, Zidan J, Zorn KK, Hutten Selkirk CG, Hulick PJ, Chenevix-Trench G, Spurdle AB, Antoniou AC, Nathanson KL. Mutational spectrum in a worldwide study of 29,700 families with BRCA1 or BRCA2 mutations. Hum Mutat. 2018 May;39(5):593-620. doi: 10.1002/humu.23406. Epub 2018 Mar 12. PMID: 29446198

261. *Houghton LC, Goldberg M, Wei Y, Cirillo PM, Cohn BA, Michels KB, **Terry MB**. Why do studies show different associations between intrauterine exposure to maternal smoking and age at menarche? Ann Epidemiol. 2018 Mar;28(3):197-203. doi: 10.1016/j.annepidem.2018.01.004. Epub 2018 Jan 10. PMID: 29482744

262. Wang T, Parada H, McClain KM, Bradshaw PT, **Terry MB**, Teitelbaum SL, Neugut AI, Gammon MD. Pre-diagnostic aspirin use and mortality after breast cancer. Cancer Causes Control. 2018 May;29(4-5):417-425. doi: 10.1007/s10552-018-1020-5. Epub 2018 Mar 7. PMID: 29516320

263. *Houghton LC, Knight JA, De Souza MJ, Goldberg M, White ML, O'Toole K, Chung WK, Bradbury AR, Daly MB, Andrulis IL, John EM, Buys SS, **Terry MB**. Comparison of methods to assess onset of breast development in the LEGACY Girls Study: methodological considerations for studies of breast cancer. Breast Cancer Res. 2018 Apr 18;20(1):33. doi: 10.1186/s13058-018-0943-9. PMID: 29669587

264. Shiau S, Strehlau R, Shen J, Violari A, Patel F, Liberty A, Foca M, Wang S, **Terry MB**, Yin MT, Coovadia A, Abrams EJ, Arpadi SM, Kuhn L. Biomarkers of aging in HIV-infected children on suppressive antiretroviral therapy. J Acquir Immune Defic Syndr. 2018 Apr 27. doi: 10.1097/QAI.0000000000001714. [Epub ahead of print] PMID: 29771780

265. Frost CJ, Andrulis IL, Buys SS, Hopper JL, John EM, **Terry MB**, Bradbury A, Chung WK, Colbath K, Quintana N, Gamarra E, Egleston B, Galpern N, Bealin L, Glendon G, Miller LP, Daly MB. Assessing patient readiness for personalized genomic medicine. J Community Genet. 2018 May 26. doi: 10.1007/s12687-018-0365-5. [Epub ahead of print] PMID: 29804257

266. Scannell Bryan M, Argos M, Andrulis IL, Hopper JL, Chang-Claude J, Malone KE, John EM, Gammon MD, Daly MB, **Terry MB**, Buys SS, Huo D, Olopade OI, Genkinger JM,

Whittemore AS, Jasmine F, Kibriya MG, Chen LS, Ahsan H. Germline variation and breast cancer incidence: A gene-based association study and whole-genome prediction of early onset breast cancer. Cancer Epidemiol Biomarkers Prev. 2018 Jun 13. pii: cebp.1185.2018. doi: 10.1158/1055-9965.EPI-17-1185. [Epub ahead of print] PMID: 29898891

267. Lo LL, Milne RL, Liao Y, Cuzick J, **Terry MB**, Phillips KA. Validation of the IBIS breast cancer risk evaluator for women with lobular carcinoma in-situ. Br J Cancer. 2018 Jun 21. doi: 10.1038/s41416-018-0120-z. [Epub ahead of print] PMID: 29925933

268. *Bellanger M, Zeinomar N, Tehranifar P, **Terry MB**. Are Global Breast Cancer Incidence and Mortality Patterns Related to Country-Specific Economic Development and Prevention Strategies? J Glob Oncol. 2018 Jul; (4):1-16. doi: 10.1200/JGO.17.00207. PMID: 30085889

269. Qian F, Wang S, Mitchell J, McGuffog L, Barrowdale D, Leslie G, Oosterwijk JC, Chung WK, Evans DG, Engel C, Kast K, Aalfs CM, Adank MA, Adlard J, Agnarsson BA, Aittomaki K, Alducci E, Andrulis IL, Arun BK, Ausems M, Azzollini J, Barouk-Simonet E, Barwell J, Belotti M, Benitez J, Berger A, Borg A, Bradbury AR, Brunet J, Buys SS, Caldes T, Caligo MA, Campbell I, Caputo SM, Chiquette J, Claes KBM, Margriet Collee J, Couch FJ, Coupier I, Daly MB, Davidson R, Diez O, Domchek SM, Donaldson A, Dorfling CM, Eeles R, Feliubadalo L, Foretova L, Fowler J, Friedman E, Frost D, Ganz PA, Garber J, Garcia-Barberan V, Glendon G, Godwin AK, Gomez Garcia EB, Gronwald J, Hahnen E, Hamann U, Henderson A, Hendricks CB, Hopper JL, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Izquierdo A, Jakubowska A, Kaczmarek K, Kang E, Karlan BY, Kets CM, Kim SW, Kim Z, Kwong A, Laitman Y, Lasset C, Hyuk Lee M, Won Lee J, Lee J, Lester J, Lesueur F, Loud JT, Lubinski J, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Miller A, Montagna M, Mooij TM, Morrison PJ, Mouret-Fourme E, Nathanson KL, Neuhausen SL, Nevanlinna H, Niederacher D, Nielsen FC, Nussbaum RL, Offit K, Olah E, Ong KR, Ottini L, Park SK, Peterlongo P, Pfeiler G, Phelan CM, Poppe B, Pradhan N, Radice P, Ramus SJ, Rantala J, Robson M, Rodriguez GC, Schmutzler RK, Hutten Selkirk CG, Shah PD, Simard J, Singer CF, Sokolowska J, Stoppa-Lyonnet D, Sutter C, Yen Tan Y, Teixeira RM, Teo SH, **Terry MB**, Thomassen M, Tischkowitz M, Toland AE, Tucker KM, Tung N, van Asperen CJ, van Engelen K, van Rensburg EJ, Wang-Gohrke S, Wappenschmidt B, Weitzel JN, Yannoukakos D, Collaborators GS, Hebon, Embrace, Greene MH, Rookus MA, Easton DF, Chenevix-Trench G, Antoniou AC, Goldgar DE, Olopade OI, Rebbeck TR and Huo D. Height and Body Mass Index as Modifiers of Breast Cancer Risk in BRCA1/2 Mutation Carriers: A Mendelian Randomization Study. Journal of the National Cancer Institute. 2018. doi: 10.1093/jnci/djy132. PubMed PMID: 30312457.

270. Athilat S, Joe C, Rodriguez CB, **Terry MB**, Tehranifar P. Childhood body size and midlife mammographic breast density in foreign-born and U.S.-born women in New York City. Annals of epidemiology. 2018;28(10):710-6. doi: 10.1016/j.annepidem.2018.08.002. PubMed PMID: 30172558; PubMed Central PMCID: PMC6162146.

271. *Hopper JL, Dite GS, MacInnis RJ, Liao Y, Zeinomar N, Knight JA, Southey MC, Milne RL, Chung WK, Giles GG, Genkinger JM, McLachlan SA, Friedlander ML, Antoniou AC, Weideman PC, Glendon G, Nesci S, kConFab I, Andrulis IL, Buys SS, Daly MB, John EM, Phillips KA and **Terry MB**. Age-specific breast cancer risk by body mass index and famili]al risk: prospective family study cohort (ProF-SC). Breast cancer research : BCR. 2018;20(1):132. doi: 10.1186/s13058-018-1056-1. PubMed PMID: 30390716.

272. ***Terry MB**, Daly MB, Phillips KA, Ma X, Zeinomar N, Leoce N, Dite GS, MacInnis RJ, Chung WK, Knight JA, Southey MC, Milne RL, Goldgar D, Giles GG, Weideman PC, Glendon G; kConFab Investigators, Buchsbaum R, Andrulis IL, John EM, Buys SS, Hopper JL. Risk-Reducing Oophorectomy and Breast Cancer Risk Across the Spectrum of Familial Risk. J Natl Cancer Inst.2019 Mar 1;111(3):331-334.. doi: 10.1093/jnci/djy182. PubMed PMID: 30496449.

273. Cohn BA, Cirillo PM and **Terry MB**. DDT and Breast Cancer: Prospective Study of Induction Time and Susceptibility Windows. J Natl Cancer Inst. 2019 Feb 13; DOI: 10.1093/jnci/djy198. PubMed PMID: 30759253.

274. Escala-Garcia M, Guo Q, Dork T, Canisius S, Keeman R, Dennis J, Beesley J, Lecarpentier J, Bolla MK, Wang Q, Abraham J, Andrulis IL, Anton-Culver H, Arndt V, Auer PL, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bernstein L, Blomqvist C, Boeckx B, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Brenner H, Brentnall A, Brinton L, Broberg P, Brock IW, Brucker SY, Burwinkel B, Caldas C, Caldes T, Campa D, Canzian F, Carracedo A, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Cheng TD, Chin SF, Clarke CL, Collaborators N, Cordina-Duverger E, Couch FJ, Cox DG, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dunn JA, Dunning AM, Durcan L, Dwek M, Earl HM, Ekici AB, Eliassen AH, Ellberg C, Engel C, Eriksson M, Evans DG, Figueroa J, Flesch-Janys D, Flyger H, Gabrielson M, Gago-Dominguez M, Galle E, Gapstur SM, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, George A, Georgoulias V, Giles GG, Glendon G, Goldgar DE, Gonzalez-Neira A, Alnaes GIG, Grip M, Guenel P, Haeberle L, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Hankinson S, Harkness EF, Harrington PA, Hart SN, Hartikainen JM, Hein A, Hillemanns P, Hiller L, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huang G, Humphreys K, Hunter DJ, Janni W, John EM, Jones ME, Jukkola-Vuorinen A, Jung A, Kaaks R, Kabisch M, Kaczmarek K, Kerin MJ, Khan S, Khusnutdinova E, Kiiski JI, Kitahara CM, Knight JA, Ko YD, Koppert LB, Kosma VM, Kraft P, Kristensen VN, Kruger U, Kuhl T, Lambrechts D, Le Marchand L, Lee E, Lejbkowicz F, Li L, Lindblom A, Lindstrom S, Linet M, Lissowska J, Lo WY, Loibl S, Lubinski J, Lux MP, MacInnis RJ, Maierthaler M, Maishman T, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Mavroudis D, McLean C, Meindl A, Middha P, Miller N, Milne RL, Moreno F, Mulligan AM, Mulot C, Nassir R, Neuhausen SL, Newman WT, Nielsen SF, Nordestgaard BG, Norman A, Olsson H, Orr N, Pankratz VS, Park-Simon TW, Perez JIA, Perez-Barrios C, Peterlongo P, Petridis C, Pinchev M, Prajzendanc K, Prentice R, Presneau N, Prokofieva D, Pylkas K, Rack B, Radice P, Ramachandran D, Rennert G, Rennert HS, Rhenius V,

Romero A, Roylance R, Saloustros E, Sawyer EJ, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schumacher F, Schwentner L, Scott RJ, Scott C, Seynaeve C, Shah M, Simard J, Smeets A, Sohn C, Southey MC, Swerdlow AJ, Talhouk A, Tamimi RM, Tapper WJ, Teixeira MR, Tengstrom M, **Terry MB**, Thone K, Tollenaar R, Tomlinson I, Torres D, Truong T, Turman C, Turnbull C, Ulmer HU, Untch M, Vachon C, van Asperen CJ, van den Ouweland AMW, van Veen EM, Wendt C, Whittemore AS, Willett W, Winqvist R, Wolk A, Yang XR, Zhang Y, Easton DF, Fasching PA, Nevanlinna H, Eccles DM, Pharoah PDP and Schmidt MK. Genome-wide association study of germline variants and breast cancer-specific mortality. Br J Cancer. 2019. DOI: 10.1038/s41416-019-0393-x. PubMed PMID: 30787463.

275. *Goldberg M, Tawfik H, Kline J, Michels KB, Wei Y, Cirillo P, Cohn BA and **Terry MB**. Body size at birth, early-life growth and the timing of the menopausal transition and natural menopause. Reprod Toxicol. 2019 Mar 1. pii: S0890-6238(18)30526-4. doi: 10.1016/j.reprotox.2019.02.013. PubMed PMID: 30831215.

276. *Houghton LC, Knight JA, Wei Y, Romeo RD, Goldberg M, Andrulis IL, Bradbury AR, Buys SS, Daly MB, John EM, Chung WK, Santella RM, Stanczyk FZ and **Terry MB**. Association of Prepubertal and Adolescent Androgen Concentrations With Timing of Breast Development and Family History of Breast Cancer. JAMA Netw Open. 2019 Feb 1; 2(2)e190083. DOI: 10.1001/jamanetworkopen.2019.0083. PubMed PMID: 30794303.

277. Jiang X, Finucane HK, Schumacher FR, Schmit SL, Tyrer JP, Han Y, Michailidou K, Lesseur C, Kuchenbaecker KB, Dennis J, Conti DV, Casey G, Gaudet MM, Huyghe JR, Albanes D, Aldrich MC, Andrew AS, Andrulis IL, Anton-Culver H, Antoniou AC, Antonenkova NN, Arnold SM, Aronson KJ, Arun BK, Bandera EV, Barkardottir RB, Barnes DR, Batra J, Beckmann MW, Benitez J, Benlloch S, Berchuck A, Berndt SI, Bickeboller H, Bien SA, Blomqvist C, Boccia S, Bogdanova NV, Bojesen SE, Bolla MK, Brauch H, Brenner H, Brenton JD, Brook MN, Brunet J, Brunnstrom H, Buchanan DD, Burwinkel B, Butzow R, Cadoni G, Caldes T, Caligo MA, Campbell I, Campbell PT, Cancel-Tassin G, Cannon-Albright L, Campa D, Caporaso N, Carvalho AL, Chan AT, Chang-Claude J, Chanock SJ, Chen C, Christiani DC, Claes KBM, Claessens F, Clements J, Collee JM, Correa MC, Couch FJ, Cox A, Cunningham JM, Cybulski C, Czene K, Daly MB, deFazio A, Devilee P, Diez O, Gago-Dominguez M, Donovan JL, Dork T, Duell EJ, Dunning AM, Dwek M, Eccles DM, Edlund CK, Edwards DRV, Ellberg C, Evans DG, Fasching PA, Ferris RL, Liloglou T, Figueiredo JC, Fletcher O, Fortner RT, Fostira F, Franceschi S, Friedman E, Gallinger SJ, Ganz PA, Garber J, Garcia-Saenz JA, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, Goode EL, Goodman MT, Goodman G, Grankvist K, Greene MH, Gronberg H, Gronwald J, Guenel P, Hakansson N, Hall P, Hamann U, Hamdy FC, Hamilton RJ, Hampe J, Haugen A, Heitz F, Herrero R, Hillemanns P, Hoffmeister M, Hogdall E, Hong YC, Hopper JL, Houlston R, Hulick PJ, Hunter DJ, Huntsman DG, Idos G, Imyanitov EN, Ingles SA, Isaacs C, Jakubowska A, James P, Jenkins MA, Johansson M, Johansson M, John EM, Joshi AD, Kaneva R, Karlan BY, Kelemen LE, Kuhl T, Khaw KT, Khusnutdinova E, Kibel AS, Kiemeney LA, Kim J, Kjaer SK, Knight JA, Kogevinas M, Kote-Jarai Z, Koutros S, Kristensen VN, Kupryjanczyk J, Lacko M, Lam S, Lambrechts

D, Landi MT, Lazarus P, Le ND, Lee E, Lejbkowicz F, Lenz HJ, Leslie G, Lessel D, Lester J, Levine DA, Li L, Li CI, Lindblom A, Lindor NM, Liu G, Loupakis F, Lubinski J, Maehle L, Maier C, Mannermaa A, Marchand LL, Margolin S, May T, McGuffog L, Meindl A, Middha P, Miller A, Milne RL, MacInnis RJ, Modugno F, Montagna M, Moreno V, Moysich KB, Mucci L, Muir K, Mulligan AM, Nathanson KL, Neal DE, Ness AR, Neuhausen SL, Nevanlinna H, Newcomb PA, Newcomb LF, Nielsen FC, Nikitina-Zake L, Nordestgaard BG, Nussbaum RL, Offit K, Olah E, Olama AAA, Olopade OI, Olshan AF, Olsson H, Osorio A, Pandha H, Park JY, Pashayan N, Parsons MT, Pejovic T, Penney KL, Peters WHM, Phelan CM, Phipps AI, Plaseska-Karanfilska D, Pring M, Prokofyeva D, Radice P, Stefansson K, Ramus SJ, Raskin L, Rennert G, Rennert HS, van Rensburg EJ, Riggan MJ, Risch HA, Risch A, Roobol MJ, Rosenstein BS, Rossing MA, De Ruyck K, Saloustros E, Sandler DP, Sawyer EJ, Schabath MB, Schleutker J, Schmidt MK, Setiawan VW, Shen H, Siegel EM, Sieh W, Singer CF, Slattery ML, Sorensen KD, Southey MC, Spurdle AB, Stanford JL, Stevens VL, Stintzing S, Stone J, Sundfeldt K, Sutphen R, Swerdlow AJ, Tajara EH, Tangen CM, Tardon A, Taylor JA, Teare MD, Teixeira MR, **Terry MB**, Terry KL, Thibodeau SN, Thomassen M, Bjorge L, Tischkowitz M, Toland AE, Torres D, Townsend PA, Travis RC, Tung N, Tworoger SS, Ulrich CM, Usmani N, Vachon CM, Van Nieuwenhuysen E, Vega A, Aguado-Barrera ME, Wang Q, Webb PM, Weinberg CR, Weinstein S, Weissler MC, Weitzel JN, West CML, White E, Whittemore AS, Wichmann HE, Wiklund F, Winqvist R, Wolk A, Woll P, Woods M, Wu AH, Wu X, Yannoukakos D, Zheng W, Zienolddiny S, Ziogas A, Zorn KK, Lane JM, Saxena R, Thomas D, Hung RJ, Diergaarde B, McKay J, Peters U, Hsu L, Garcia-Closas M, Eeles RA, Chenevix-Trench G, Brennan PJ, Haiman CA, Simard J, Easton DF, Gruber SB, Pharoah PDP, Price AL, Pasaniuc B, Amos CI, Kraft P and Lindstrom S. Shared heritability and functional enrichment across six solid cancers. Nat Commun. 2019 Jan 25; 10(1)431. DOI: 10.1038/s41467-018-08054-4. PubMed PMID: 30683880 PMCID6347624.

278. Mavaddat N, Michailidou K, Dennis J, Lush M, Fachal L, Lee A, Tyrer JP, Chen TH, Wang Q, Bolla MK, Yang X, Adank MA, Ahearn T, Aittomaki K, Allen J, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Auer PL, Auvinen P, Barrdahl M, Beane Freeman LE, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bernstein L, Blomqvist C, Bogdanova NV, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Bremer M, Brenner H, Brentnall A, Brock IW, Brooks-Wilson A, Brucker SY, Bruning T, Burwinkel B, Campa D, Carter BD, Castelao JE, Chanock SJ, Chlebowski R, Christiansen H, Clarke CL, Collee JM, Cordina-Duverger E, Cornelissen S, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dos-Santos-Silva I, Dumont M, Durcan L, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Ellberg C, Engel C, Eriksson M, Evans DG, Fasching PA, Figueroa J, Fletcher O, Flyger H, Forsti A, Fritschi L, Gabrielson M, Gago-Dominguez M, Gapstur SM, Garcia-Saenz JA, Gaudet MM, Georgoulias V, Giles GG, Gilyazova IR, Glendon G, Goldberg MS, Goldgar DE, Gonzalez-Neira A, Grenaker Alnaes GI, Grip M, Gronwald J, Grundy A, Guenel P, Haeberle L, Hahnen E, Haiman CA, Hakansson N, Hamann U, Hankinson SE, Harkness EF, Hart SN, He W, Hein A, Heyworth J, Hillemanns P, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huang G, Humphreys K, Hunter DJ, Jakimovska M, Jakubowska A, Janni W, John EM, Johnson N, Jones ME, Jukkola-Vuorinen A, Jung A,

Kaaks R, Kaczmarek K, Kataja V, Keeman R, Kerin MJ, Khusnutdinova E, Kiiski JI, Knight JA, Ko YD, Kosma VM, Koutros S, Kristensen VN, Kruger U, Kuhl T, Lambrechts D, Le Marchand L, Lee E, Lejbkowicz F, Lilyquist J, Lindblom A, Lindstrom S, Lissowska J, Lo WY, Loibl S, Long J, Lubinski J, Lux MP, MacInnis RJ, Maishman T, Makalic E, Maleva Kostovska I, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Martinez ME, Mavroudis D, McLean C, Meindl A, Menon U, Middha P, Miller N, Moreno F, Mulligan AM, Mulot C, Munoz-Garzon VM, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Nielsen SF, Nordestgaard BG, Norman A, Offit K, Olson JE, Olsson H, Orr N, Pankratz VS, Park-Simon TW, Perez JIA, Perez-Barrios C, Peterlongo P, Peto J, Pinchev M, Plaseska-Karanfilska D, Polley EC, Prentice R, Presneau N, Prokofyeva D, Purrington K, Pylkas K, Rack B, Radice P, Rau-Murthy R, Rennert G, Rennert HS, Rhenius V, Robson M, Romero A, Ruddy KJ, Ruebner M, Saloustros E, Sandler DP, Sawyer EJ, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schumacher F, Schurmann P, Schwentner L, Scott C, Scott RJ, Seynaeve C, Shah M, Sherman ME, Shrubsole MJ, Shu XO, Slager S, Smeets A, Sohn C, Soucy P, Southey MC, Spinelli JJ, Stegmaier C, Stone J, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Thone K, Tollenaar R, Tomlinson I, Truong T, Tzardi M, Ulmer HU, Untch M, Vachon CM, van Veen EM, Vijai J, Weinberg CR, Wendt C, Whittemore AS, Wildiers H, Willett W, Winqvist R, Wolk A, Yang XR, Yannoukakos D, Zhang Y, Zheng W, Ziogas A, Investigators A, kConFab AI, Collaborators N, Dunning AM, Thompson DJ, Chenevix-Trench G, Chang-Claude J, Schmidt MK, Hall P, Milne RL, Pharoah PDP, Antoniou AC, Chatterjee N, Kraft P, Garcia-Closas M, Simard J and Easton DF. Polygenic Risk Scores for Prediction of Breast Cancer and Breast Cancer Subtypes. Am J Hum Genet. 2019 Jan 3; 104(1)21-34. DOI: 10.1016/j.ajhg.2018.11.002. PubMed PMID: 30554720 PMCID6323553.

279. ***Terry MB**, Liao Y, Kast K, Antoniou AC, Mcdonald JA, Mooij TM, Engel C, Nogues C, Buecher B, Mari V, Moretta-Serra J, Gladieff L, Luporsi E, Barrowdale D, Frost D, Henderson A, Brewer C, Evans DG, Eccles D, Cook J, Ong KR, Izatt L, Ahmed M, Morrison PJ, Dommering CJ, Oosterwijk JC, Ausems M, Kriege M, Buys SS, Andrulis IL, John EM, Daly M, Friedlander M, Mclachlan SA, Osorio A, Caldes T, Jakubowska A, Simard J, Singer CF, Tan Y, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Arver B, Olsson H, Schmutzler RK, Hopper JL, Van Leeuwen FE, Goldgar D, Milne RL, Easton DF, Rookus MA and Andrieu N. The Influence of Number and Timing of Pregnancies on Breast Cancer Risk for Women With BRCA1 or BRCA2 Mutations. JNCI Cancer Spectr. 2018 Dec; 2(4)pky078. DOI: 10.1093/jncics/pky078. PubMed ID PMID:30873510; PMC6405439.

280. Wu L, Shi W, Long J, Guo X, Michailidou K, Beesley J, Bolla MK, Shu XO, Lu Y, Cai Q, Al-Ejeh F, Rozali E, Wang Q, Dennis J, Li B, Zeng C, Feng H, Gusev A, Barfield RT, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Auer PL, Barrdahl M, Baynes C, Beckmann MW, Benitez J, Bermisheva M, Blomqvist C, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Brinton L, Broberg P, Brucker SY, Burwinkel B, Caldes T, Canzian F, Carter BD, Castelao JE, Chang-Claude J, Chen X, Cheng TD, Christiansen H, Clarke CL, Collee M, Cornelissen S, Couch FJ, Cox D, Cox A, Cross SS, Cunningham JM, Czene K, Daly MB, Devilee P, Doheny KF, Dork T, Dos-Santos-Silva I, Dumont M,

Dwek M, Eccles DM, Eilber U, Eliassen AH, Engel C, Eriksson M, Fachal L, Fasching PA, Figueroa J, Flesch-Janys D, Fletcher O, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, Gapstur SM, Garcia-Closas M, Gaudet MM, Ghoussaini M, Giles GG, Goldberg MS, Goldgar DE, Gonzalez-Neira A, Guenel P, Hahnen E, Haiman CA, Hakansson N, Hall P, Hallberg E, Hamann U, Harrington P, Hein A, Hicks B, Hillemanns P, Hollestelle A, Hoover RN, Hopper JL, Huang G, Humphreys K, Hunter DJ, Jakubowska A, Janni W, John EM, Johnson N, Jones K, Jones ME, Jung A, Kaaks R, Kerin MJ, Khusnutdinova E, Kosma VM, Kristensen VN, Lambrechts D, Le Marchand L, Li J, Lindstrom S, Lissowska J, Lo WY, Loibl S, Lubinski J, Luccarini C, Lux MP, Macinnis RJ, Maishman T, Kostovska IM, Mannermaa A, Manson JE, Margolin S, Mavroudis D, Meijers-Heijboer H, Meindl A, Menon U, Meyer J, Mulligan AM, Neuhausen SL, Nevanlinna H, Neven P, Nielsen SF, Nordestgaard BG, Olopade OI, Olson JE, Olsson H, Peterlongo P, Peto J, Plaseska-Karanfilska D, Prentice R, Presneau N, Pylkas K, Rack B, Radice P, Rahman N, Rennert G, Rennert HS, Rhenius V, Romero A, Romm J, Rudolph A, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Schneeweiss A, Scott RJ, Scott CG, Seal S, Shah M, Shrubsole MJ, Smeets A, Southey MC, Spinelli JJ, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper W, Taylor JA, **Terry MB**, Tessier DC, Thomas A, Thone K, Tollenaar R, Torres D, Truong T, Untch M, Vachon C, Van Den Berg D, Vincent D, Waisfisz Q, Weinberg CR, Wendt C, Whittemore AS, Wildiers H, Willett WC, Winqvist R, Wolk A, Xia L, Yang XR, Ziogas A, Ziv E, Dunning AM, Pharoah PDP, Simard J, Milne RL, Edwards SL, Kraft P, Easton DF, Chenevix-Trench G and Zheng W. A transcriptome-wide association study of 229,000 women identifies new candidate susceptibility genes for breast cancer. Nat Genet. 2018 Jul; 50(7)968-978. DOI: 10.1038/s41588-018-0132-x. PubMed ID PMID:29915430; PMC6314198.

281. ***Terry MB**, Cohn BA, Goldberg M, Flom JD, Wei Y, Houghton LC, Tehranifar P, Mcdonald JA, Protacio A, Cirillo P and Michels KB. Do Birth Weight and Weight Gain During Infancy and Early Childhood Explain Variation in Mammographic Density in Women in Midlife? Results From Cohort and Sibling Analyses. Am J Epidemiol. 2019 Feb 1; 188(2)294-304. DOI: 10.1093/aje/kwy229. PubMed ID PMID:30383202; PMC6357809.

282. *Zeinomar N, Phillips KA, Daly MB, Milne RL, Dite GS, Macinnis RJ, Liao Y, Kehm RD, Knight JA, Southey MC, Chung WK, Giles GG, Mclachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, Buys SS, John EM, Hopper JL and **Terry MB**. Benign breast disease increases breast cancer risk independent of underlying familial risk profile: Findings from a Prospective Family Study Cohort. *Int J Cancer.* 2019 Feb 6. DOI: 10.1002/ijc.3211210.1002/ijc.32112. PubMed ID PMID:30725480.

283. ***Terry MB**, Liao Y, Whittemore AS, Leoce N, Buchsbaum R, Zeinomar N, Dite GS, Chung WK, Knight JA, Southey MC, Milne RL, Goldgar D, Giles GG, Mclachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, John EM, Phillips KA, Daly MB, Buys SS, Hopper JL and Macinnis RJ. 10-year performance of four models of breast cancer risk: a validation study. Lancet Oncol. 2019 Feb 21. DOI:10.1016/s1470-2045(18)30902-110.1016/s1470-2045(18)30902-1. PubMed ID PMID:30799262.

284. *Wu HC, Cohn BA, Cirillo PM, Santella RM and **Terry MB**. DDT exposure during pregnancy and DNA methylation alterations in female offspring in the Child Health and Development Study. Reprod Toxicol. 2019 Feb 26. DOI:10.1016/j.reprotox.2019.02.01010.1016/j.reprotox.2019.02.010. PubMed ID PMID:30822522.

285. Ferreira MA, Gamazon ER, Al-Ejeh F, Aittomäki K, Andrulis IL, Anton-Culver H, Arason A, Arndt V, Aronson KJ, Arun BK, Asseryanis E, Azzollini J, Balmaña J, Barnes DR, Barrowdale D, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Białkowska K, Blomqvist C, Bogdanova NV, Bojesen SE, Bolla MK, Borg A, Brauch H, Brenner H, Broeks A, Burwinkel B, Caldés T, Caligo MA, Campa D, Campbell I, Canzian F, Carter J, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Christiansen H, Chung WK, Claes KBM, Clarke CL; EMBRACE Collaborators; GC-HBOC Study Collaborators; GEMO Study Collaborators, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, de la Hoya M, Dennis J, Devilee P, Diez O, Dörk T, Dunning AM, Dwek M, Eccles DM, Ejlertsen B, Ellberg C, Engel C, Eriksson M, Fasching PA, Fletcher O, Flyger H, Friedman E, Frost D, Gabrielson M, Gago-Dominguez M, Ganz PA, Gapstur SM, Garber J, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hamann U, He W, Heyworth J, Hogervorst FBL, Hollestelle A, Hoover RN, Hopper JL, Hulick PJ, Humphreys K, Imyanitov EN; ABCTB Investigators; HEBON Investigators; BCFR Investigators, Isaacs C, Jakimovska M, Jakubowska A, James PA, Janavicius R, Jankowitz RC, John EM, Johnson N, Joseph V, Karlan BY, Khusnutdinova E, Kiiski JI, Ko YD, Jones ME, Konstantopoulou I, Kristensen VN, Laitman Y, Lambrechts D, Lazaro C, Leslie G, Lester J, Lesueur F, Lindström S, Long J, Loud JT, Lubiński J, Makalic E, Mannermaa A, Manoochehri M, Margolin S, Maurer T, Mavroudis D, McGuffog L, Meindl A, Menon U, Michailidou K, Miller A, Montagna M, Moreno F, Moserle L, Mulligan AM, Nathanson KL, Neuhausen SL, Nevanlinna H, Nevelsteen I, Nielsen FC, Nikitina-Zake L, Nussbaum RL, Offit K, Olah E, Olopade OI, Olsson H, Osorio A, Papp J, Park-Simon TW, Parsons MT, Pedersen IS, Peixoto A, Peterlongo P, Pharoah PDP, Plaseska-Karanfilska D, Poppe B, Presneau N, Radice P, Rantala J, Rennert G, Risch HA, Saloustros E, Sanden K, Sawyer EJ, Schmidt MK, Schmutzler RK, Sharma P, Shu XO, Simard J, Singer CF, Soucy P, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Swerdlow AJ, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Teulé A, Thomassen M, Thöne K, Thull DL, Tischkowitz M, Toland AE, Torres D, Truong T, Tung N, Vachon CM, van Asperen CJ, van den Ouweland AMW, van Rensburg EJ, Vega A, Viel A, Wang Q, Wappenschmidt B, Weitzel JN, Wendt C, Winqvist R, Yang XR, Yannoukakos D, Ziogas A, Kraft P, Antoniou AC, Zheng W, Easton DF, Milne RL, Beesley J, Chenevix-Trench G. Genome-wide association and transcriptome studies identify target genes and risk loci for breast cancer. Nat Commun. 2019 Apr 15;10(1):1741. doi: 10.1038/s41467-018-08053-5. PMID: 30988301

286. *Kehm RD, Hopper JL, John EM, Phillips KA, MacInnis RJ, Dite GS, Milne RL, Liao Y, Zeinomar N, Knight JA, Southey MC, Vahdat L, Kornhauser N, Cigler T, Chung WK, Giles GG, McLachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S;

kConFab Investigators, Andrulis IL, Buys SS, Daly MB, **Terry MB**. Regular use of aspirin and other non-steroidal anti-inflammatory drugs and breast cancer risk for women at familial or genetic risk: a cohort study. Breast Cancer Res. 2019 Apr 18;21(1):52. doi: 10.1186/s13058-019-1135-y. PMID: 30999962

287. Sahay D, **Terry MB**, Miller R. Is breast cancer a result of epigenetic responses to traffic-related air pollution? A review of the latest evidence. *Epigenomics.* 2019 May 1;11(6):701-714. doi: 10.2217/epi-2018-0158. Epub 2019 May 9.

288. Crew KD, Anderson GL, Hershman DL, **Terry MB**, Tehranifar P, Lew DL, Yee M, Brown EA, Kairouz SS, Kuwajerwala N, Bevers T, Doster JE, Zarwan C, Kruper L, Minasian LM, Ford L, Arun B, Neuhouser M, Goodman GE, Brown PH. Randomized Double-Blind Placebo-Controlled Biomarker Modulation Study of Vitamin D Supplementation in Premenopausal Women at High Risk for Breast Cancer (SWOG S0812). Cancer Prev Res (Phila). 2019 Jul;12(7):481-490. doi: 10.1158/1940-6207.CAPR-18-0444. 2019 May 30. PMID: 31138522

289. Qian F, Rookus MA, Leslie G, Risch HA, Greene MH, Aalfs CM, Adank MA, Adlard J, Agnarsson BA, Ahmed M, Aittomäki K, Andrulis IL, Arnold N, Arun BK, Ausems MGEM, Azzollini J, Barrowdale D, Barwell J, Benitez J, Białkowska K, Bonadona V, Borde J, Borg A, Bradbury AR, Brunet J, Buys SS, Caldés T, Caligo MA, Campbell I, Carter J, Chiquette J, Chung WK, Claes KBM, Collée JM, Collonge-Rame MA, Couch FJ, Daly MB, Delnatte C, Diez O, Domchek SM, Dorfling CM, Eason J, Easton DF, Eeles R, Engel C, Evans DG, Faivre L, Feliubadaló L, Foretova L, Friedman E, Frost D, Ganz PA, Garber J, Garcia-Barberan V, Gehrig A, Glendon G, Godwin AK, Gómez Garcia EB, Hamann U, Hauke J, Hopper JL, Hulick PJ, Imyanitov EN, Isaacs C, Izatt L, Jakubowska A, Janavicius R, John EM, Karlan BY, Kets CM, Laitman Y, Lázaro C, Leroux D, Lester J, Lesueur F, Loud JT, Lubiński J, Łukomska A, McGuffog L, Mebirouk N, Meijers-Heijboer HEJ, Meindl A, Miller A, Montagna M, Mooij TM, Mouret-Fourme E, Nathanson KL, Nehoray B, Neuhausen SL, Nevanlinna H, Nielsen FC, Offit K, Olah E, Ong KR, Oosterwijk JC, Ottini L, Parsons MT, Peterlongo P, Pfeiler G, Pradhan N, Radice P, Ramus SJ, Rantala J, Rennert G, Robson M, Rodriguez GC, Salani R, Scheuner MT, Schmutzler RK, Shah PD, Side LE, Simard J, Singer CF, Steinemann D, Stoppa-Lyonnet D, Tan YY, Teixeira MR, **Terry MB**, Thomassen M, Tischkowitz M, Tognazzo S, Toland AE, Tung N, van Asperen CJ, van Engelen K, van Rensburg EJ, Venat-Bouvet L, Vierstraete J, Wagner G, Walker L, Weitzel JN, Yannoukakos D; KConFab Investigators; HEBON Investigators; GEMO Study Collaborators; EMBRACE Collaborators, Antoniou AC, Goldgar DE, Olopade OI, Chenevix-Trench G, Rebbeck TR, Huo D; CIMBA. Mendelian randomisation study of height and body mass index as modifiers of ovarian cancer risk in 22,588 BRCA1 and BRCA2 mutation carriers. Br J Cancer. 2019 Jul;121(2):180-192. doi: 10.1038/s41416-019-0492-8. 2019 Jul 20. PMID: 31213659

290. Shiau S, Strehlau R, Wang S, Violari A, Do C, Patel F, Liberty A, Krupska I, Arpadi SM, Foca M, Coovadia A, Abrams EJ, Tycko B, **Terry MB**, Kuhn L. Distinct epigenetic profiles in children with perinatally-acquired HIV on antiretroviral therapy. Sci Rep.

2019 Jul 19;9(1):10495. doi: 10.1038/s41598-019-46930-1. PMID: 31324826

291. *McDonald JA, Cirillo PM, Tehranifar P, Krigbaum NY, Engmann NJ, Cohn BA, **Terry MB**. In utero DDT exposure and breast density in early menopause by maternal history of breast cancer. Reprod Toxicol. 2019. Epub 2019/08/20. doi: 10.1016/j.reprotox.2019.08.009. PubMed PMID: 31421228.

292. ***Terry MB**, Michels KB, Brody JG, Byrne C, Chen S, Jerry DJ, Malecki KMC, Martin MB, Miller RL, Neuhausen SL, Silk K, Trentham-Dietz A. Environmental exposures during windows of susceptibility for breast cancer: a framework for prevention research. Breast Cancer Res. 2019;21(1):96. Epub 2019/08/21. doi: 10.1186/s13058-019-1168-2. PubMed PMID: 31429809; PMCID: PMC6701090.

293. Dork T, Peterlongo P, Mannermaa A, Bolla MK, Wang Q, Dennis J, Ahearn T, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Augustinsson A, Freeman LEB, Beckmann MW, Beeghly-Fadiel A, Behrens S, Bermisheva M, Blomqvist C, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Burwinkel B, Canzian F, Chan TL, Chang-Claude J, Chanock SJ, Choi JY, Christiansen H, Clarke CL, Couch FJ, Czene K, Daly MB, Dos-Santos-Silva I, Dwek M, Eccles DM, Ekici AB, Eriksson M, Evans DG, Fasching PA, Figueroa J, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, Gao C, Gapstur SM, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Giles GG, Goldberg MS, Goldgar DE, Guenel P, Haeberle L, Haiman CA, Hakansson N, Hall P, Hamann U, Hartman M, Hauke J, Hein A, Hillemanns P, Hogervorst FBL, Hooning MJ, Hopper JL, Howell T, Huo D, Ito H, Iwasaki M, Jakubowska A, Janni W, John EM, Jung A, Kaaks R, Kang D, Kapoor PM, Khusnutdinova E, Kim SW, Kitahara CM, Koutros S, Kraft P, Kristensen VN, Kwong A, Lambrechts D, Marchand LL, Li J, Lindstrom S, Linet M, Lo WY, Long J, Lophatananon A, Lubinski J, Manoochehri M, Manoukian S, Margolin S, Martinez E, Matsuo K, Mavroudis D, Meindl A, Menon U, Milne RL, Mohd Taib NA, Muir K, Mulligan AM, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Offit K, Olopade OI, Olshan AF, Olson JE, Olsson H, Park SK, Park-Simon TW, Peto J, Plaseska-Karanfilska D, Pohl-Rescigno E, Presneau N, Rack B, Radice P, Rashid MU, Rennert G, Rennert HS, Romero A, Ruebner M, Saloustros E, Schmidt MK, Schmutzler RK, Schneider MO, Schoemaker MJ, Scott C, Shen CY, Shu XO, Simard J, Slager S, Smichkoska S, Southey MC, Spinelli JJ, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Teo SH, **Terry MB**, Toland AE, Tollenaar R, Torres D, Torres-Mejia G, Troester MA, Truong T, Tsugane S, Untch M, Vachon CM, Ouweland A, Veen EMV, Vijai J, Wendt C, Wolk A, Yu JC, Zheng W, Ziogas A, Ziv E, Dunning AM, Pharoah PDP, Schindler D, Devilee P, Easton DF. Two truncating variants in FANCC and breast cancer risk. Sci Rep. 2019;9(1):12524. Epub 2019/08/31. doi: 10.1038/s41598-019-48804-y. PubMed PMID: 31467304; PMCID: PMC6715680.

294. *Kehm RD, Yang W, Tehranifar P, **Terry MB**. 40 Years of Change in Age- and Stage-Specific Cancer Incidence Rates in US Women and Men. JNCI Cancer Spectr. 2019;3(3):pkz038. Epub 2019/08/16. doi: 10.1093/jncics/pkz038. PubMed PMID: 31414075; PMCID: PMC6686848.

295. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Wang et al. Genet Med. 2019;21(9):2158. Epub 2019/03/03. doi: 10.1038/s41436-019-0469-2. PubMed PMID: 30824819.

296. *Goldberg M, Cohn BA, Houghton LC, Flom JD, Wei Y, Cirillo P, Michels KB, **Terry MB**. Early-Life Growth and Benign Breast Disease. Am J Epidemiol. 2019;188(9):1646-54. Epub 2019/05/21. doi: 10.1093/aje/kwz126. PubMed PMID: 31107507; PMCID: PMC6736448.

297. McCullough LE, Collin LJ, Conway K, White AJ, Cho YH, Shantakumar S, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Chen J, Gammon MD. Reproductive characteristics are associated with gene-specific promoter methylation status in breast cancer. BMC Cancer. 2019;19(1):926. Epub 2019/09/20. doi: 10.1186/s12885-019-6120-4. PubMed PMID: 31533668; PMCID: PMC6749688.

298. Jiang X, Finucane HK, Schumacher FR, Schmit SL, Tyrer JP, Han Y, Michailidou K, Lesseur C, Kuchenbaecker KB, Dennis J, Conti DV, Casey G, Gaudet MM, Huyghe JR, Albanes D, Aldrich MC, Andrew AS, Andrulis IL, Anton-Culver H, Antoniou AC, Antonenkova NN, Arnold SM, Aronson KJ, Arun BK, Bandera EV, Barkardottir RB, Barnes DR, Batra J, Beckmann MW, Benitez J, Benlloch S, Berchuck A, Berndt SI, Bickeboller H, Bien SA, Blomqvist C, Boccia S, Bogdanova NV, Bojesen SE, Bolla MK, Brauch H, Brenner H, Brenton JD, Brook MN, Brunet J, Brunnstrom H, Buchanan DD, Burwinkel B, Butzow R, Cadoni G, Caldes T, Caligo MA, Campbell I, Campbell PT, Cancel-Tassin G, Cannon-Albright L, Campa D, Caporaso N, Carvalho AL, Chan AT, Chang-Claude J, Chanock SJ, Chen C, Christiani DC, Claes KBM, Claessens F, Clements J, Collee JM, Correa MC, Couch FJ, Cox A, Cunningham JM, Cybulski C, Czene K, Daly MB, deFazio A, Devilee P, Diez O, Gago-Dominguez M, Donovan JL, Dork T, Duell EJ, Dunning AM, Dwek M, Eccles DM, Edlund CK, Edwards DRV, Ellberg C, Evans DG, Fasching PA, Ferris RL, Liloglou T, Figueiredo JC, Fletcher O, Fortner RT, Fostira F, Franceschi S, Friedman E, Gallinger SJ, Ganz PA, Garber J, Garcia-Saenz JA, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, Goode EL, Goodman MT, Goodman G, Grankvist K, Greene MH, Gronberg H, Gronwald J, Guenel P, Hakansson N, Hall P, Hamann U, Hamdy FC, Hamilton RJ, Hampe J, Haugen A, Heitz F, Herrero R, Hillemanns P, Hoffmeister M, Hogdall E, Hong YC, Hopper JL, Houlston R, Hulick PJ, Hunter DJ, Huntsman DG, Idos G, Imyanitov EN, Ingles SA, Isaacs C, Jakubowska A, James P, Jenkins MA, Johansson M, Johansson M, John EM, Joshi AD, Kaneva R, Karlan BY, Kelemen LE, Kuhl T, Khaw KT, Khusnutdinova E, Kibel AS, Kiemeney LA, Kim J, Kjaer SK, Knight JA, Kogevinas M, Kote-Jarai Z, Koutros S, Kristensen VN, Kupryjanczyk J, Lacko M, Lam S, Lambrechts D, Landi MT, Lazarus P, Le ND, Lee E, Lejbkowicz F, Lenz HJ, Leslie G, Lessel D, Lester J, Levine DA, Li L, Li CI, Lindblom A, Lindor NM, Liu G, Loupakis F, Lubinski J, Maehle L, Maier C, Mannermaa A, Marchand LL, Margolin S, May T, McGuffog L, Meindl A, Middha P, Miller A, Milne RL, MacInnis RJ, Modugno F, Montagna M, Moreno V, Moysich KB, Mucci L, Muir K, Mulligan AM, Nathanson KL, Neal DE, Ness AR, Neuhausen SL, Nevanlinna H, Newcomb PA, Newcomb LF, Nielsen FC, Nikitina-Zake L, Nordestgaard BG, Nussbaum RL, Offit K, Olah E, Olama AAA, Olopade OI,

Olshan AF, Olsson H, Osorio A, Pandha H, Park JY, Pashayan N, Parsons MT, Pejovic T, Penney KL, Peters WHM, Phelan CM, Phipps AI, Plaseska-Karanfilska D, Pring M, Prokofyeva D, Radice P, Stefansson K, Ramus SJ, Raskin L, Rennert G, Rennert HS, van Rensburg EJ, Riggan MJ, Risch HA, Risch A, Roobol MJ, Rosenstein BS, Rossing MA, De Ruyck K, Saloustros E, Sandler DP, Sawyer EJ, Schabath MB, Schleutker J, Schmidt MK, Setiawan VW, Shen H, Siegel EM, Sieh W, Singer CF, Slattery ML, Sorensen KD, Southey MC, Spurdle AB, Stanford JL, Stevens VL, Stintzing S, Stone J, Sundfeldt K, Sutphen R, Swerdlow AJ, Tajara EH, Tangen CM, Tardon A, Taylor JA, Teare MD, Teixeira MR, **Terry MB**, Terry KL, Thibodeau SN, Thomassen M, Bjorge L, Tischkowitz M, Toland AE, Torres D, Townsend PA, Travis RC, Tung N, Tworoger SS, Ulrich CM, Usmani N, Vachon CM, Van Nieuwenhuysen E, Vega A, Aguado-Barrera ME, Wang Q, Webb PM, Weinberg CR, Weinstein S, Weissler MC, Weitzel JN, West CML, White E, Whittemore AS, Wichmann HE, Wiklund F, Winqvist R, Wolk A, Woll P, Woods M, Wu AH, Wu X, Yannoukakos D, Zheng W, Zienolddiny S, Ziogas A, Zorn KK, Lane JM, Saxena R, Thomas D, Hung RJ, Diergaarde B, McKay J, Peters U, Hsu L, Garcia-Closas M, Eeles RA, Chenevix-Trench G, Brennan PJ, Haiman CA, Simard J, Easton DF, Gruber SB, Pharoah PDP, Price AL, Pasaniuc B, Amos CI, Kraft P, Lindstrom S. Publisher Correction: Shared heritability and functional enrichment across six solid cancers. Nat Commun. 2019;10(1):4386. Epub 2019/09/25. doi:

299. *MacInnis RJ, Liao Y, Knight JA, Milne RL, Whittemore AS, Chung WK, Leoce N, Buchsbaum R, Zeinomar N, Dite GS, Southey MC, Goldgar D, Giles GG, McLachlan SA, Weideman PC, Nesci S, Friedlander ML, Glendon G, Andrulis IL, John EM, Daly MB, Buys SS, Phillips KA, Hopper JL, **Terry MB**. Considerations when using breast cancer risk models for women with negative BRCA1/BRCA2 mutation results. J Natl Cancer Inst. 2019. Epub 2019/10/05. doi: 10.1093/jnci/djz194. PubMed PMID: 31584660.

300. Wang T, McCullough LE, White AJ, Bradshaw PT, Xu X, Cho YH, **Terry MB**, Teitelbaum SL, Neugut AI, Santella RM, Chen J, Gammon MD. Prediagnosis aspirin use, DNA methylation, and mortality after breast cancer: A population-based study. Cancer. 2019;125(21):3836-44. Epub 2019/08/14. doi: 10.1002/cncr.32364. PubMed PMID: 31402456.

301. Krigbaum NY, Cirillo PM, Flom JD, McDonald JA, **Terry MB**, Cohn BA. In utero DDT exposure and breast density before age 50. Reprod Toxicol. 2019. Epub 2019/11/13. doi: 10.1016/j.reprotox.2019.11.002. PubMed PMID: 31711904.

302. *Cohn BA, Cirillo PM, Krigbaum NY, Zimmermann LM, Flom JD, **Terry MB**. Placental morphometry in relation to daughters' percent mammographic breast density at midlife. Reprod Toxicol. 2019. Epub 2019/11/13. doi: 10.1016/j.reprotox.2019.11.001. PubMed PMID: 31715261.

303. Figlioli G, Bogliolo M, Catucci I, Caleca L, Lasheras SV, Pujol R, Kiiski JI, Muranen TA, Barnes DR, Dennis J, Michailidou K, Bolla MK, Leslie G, Aalfs CM, Adank MA, Adlard J, Agata S, Cadoo K, Agnarsson BA, Ahearn T, Aittomaki K, Ambrosone CB,

Andrews L, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Arun BK, Asseryanis E, Auber B, Auvinen P, Azzollini J, Balmana J, Barkardottir RB, Barrowdale D, Barwell J, Beane Freeman LE, Beauparlant CJ, Beckmann MW, Behrens S, Benitez J, Berger R, Bermisheva M, Blanco AM, Blomqvist C, Bogdanova NV, Bojesen A, Bojesen SE, Bonanni B, Borg A, Brady AF, Brauch H, Brenner H, Bruning T, Burwinkel B, Buys SS, Caldes T, Caliebe A, Caligo MA, Campa D, Campbell IG, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Claes KBM, Clarke CL, Collavoli A, Conner TA, Cox DG, Cybulski C, Czene K, Daly MB, de la Hoya M, Devilee P, Diez O, Ding YC, Dite GS, Ditsch N, Domchek SM, Dorfling CM, Dos-Santos-Silva I, Durda K, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Ellberg C, Eriksson M, Evans DG, Fasching PA, Figueroa J, Flyger H, Foulkes WD, Friebel TM, Friedman E, Gabrielson M, Gaddam P, Gago-Dominguez M, Gao C, Gapstur SM, Garber J, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Gayther SA, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, Guenel P, Gutierrez-Barrera AM, Haeberle L, Haiman CA, Hakansson N, Hall P, Hamann U, Harrington PA, Hein A, Heyworth J, Hillemanns P, Hollestelle A, Hopper JL, Hosgood HD, 3rd, Howell A, Hu C, Hulick PJ, Hunter DJ, Imyanitov EN, Isaacs C, Jakimovska M, Jakubowska A, James P, Janavicius R, Janni W, John EM, Jones ME, Jung A, Kaaks R, Karlan BY, Khusnutdinova E, Kitahara CM, Konstantopoulou I, Koutros S, Kraft P, Lambrechts D, Lazaro C, Le Marchand L, Lester J, Lesueur F, Lilyquist J, Loud JT, Lu KH, Luben RN, Lubinski J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martens JWM, Maurer T, Mavroudis D, Mebirouk N, Meindl A, Menon U, Miller A, Montagna M, Nathanson KL, Neuhausen SL, Newman WG, Nguyen-Dumont T, Nielsen FC, Nielsen S, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Olshan AF, Olson JE, Olsson H, Osorio A, Ottini L, Peissel B, Peixoto A, Peto J, Plaseska-Karanfilska D, Pocza T, Presneau N, Pujana MA, Punie K, Rack B, Rantala J, Rashid MU, Rau-Murthy R, Rennert G, Lejbkowicz F, Rhenius V, Romero A, Rookus MA, Ross EA, Rossing M, Rudaitis V, Ruebner M, Saloustros E, Sanden K, Santamarina M, Scheuner MT, Schmutzler RK, Schneider M, Scott C, Senter L, Shah M, Sharma P, Shu XO, Simard J, Singer CF, Sohn C, Soucy P, Southey MC, Spinelli JJ, Steele L, Stoppa-Lyonnet D, Tapper WJ, Teixeira MR, **Terry MB**, Thomassen M, Thompson J, Thull DL, Tischkowitz M, Tollenaar R, Torres D, Troester MA, Truong T, Tung N, Untch M, Vachon CM, van Rensburg EJ, van Veen EM, Vega A, Viel A, Wappenschmidt B, Weitzel JN, Wendt C, Wieme G, Wolk A, Yang XR, Zheng W, Ziogas A, Zorn KK, Dunning AM, Lush M, Wang Q, McGuffog L, Parsons MT, Pharoah PDP, Fostira F, Toland AE, Andrulis IL, Ramus SJ, Swerdlow AJ, Greene MH, Chung WK, Milne RL, Chenevix-Trench G, Dork T, Schmidt MK, Easton DF, Radice P, Hahnen E, Antoniou AC, Couch FJ, Nevanlinna H, Surralles J, Peterlongo P. The FANCM:p.Arg658* truncating variant is associated with risk of triple-negative breast cancer. NPJ Breast Cancer. 2019;5:38. Epub 2019/11/09. doi: 10.1038/s41523-019-0127-5. PubMed PMID: 31700994; PMCID: PMC6825205.

304. *Zeinomar N, Knight JA, Genkinger JM, Phillips KA, Daly MB, Milne RL, Dite GS, Kehm RD, Liao Y, Southey MC, Chung WK, Giles GG, McLachlan SA, Friedlander ML, Weideman PC, Glendon G, Nesci S, Andrulis IL, Buys SS, John EM, MacInnis RJ, Hopper JL, **Terry MB**. Alcohol consumption, cigarette smoking, and familial breast cancer risk: findings from the Prospective Family Study Cohort (ProF-SC). Breast Cancer

Res. 2019;21(1):128. Epub 2019/11/30. doi: 10.1186/s13058-019-1213-1. PubMed PMID: 31779655; PMCID: PMC6883541.

305. Crew KD, Silverman TB, Vanegas A, Trivedi MS, Dimond J, Mata J, Sin M, Jones T, **Terry MB**, Tsai WY, Kukafka R. Study protocol: Randomized controlled trial of web-based decision support tools for high-risk women and healthcare providers to increase breast cancer chemoprevention. Contemp Clin Trials Commun. 2019;16:100433. Epub 2019/09/10. doi: 10.1016/j.conctc.2019.100433. PubMed PMID: 31497674; PMCID: PMC6722284.

306. *Phillips KA, Liao Y, Milne RL, MacInnis RJ, Collins IM, Buchsbaum R, Weideman PC, Bickerstaffe A, Nesci S, Chung WK, Southey MC, Knight JA, Whittemore AS, Dite GS, Goldgar D, Giles GG, Glendon G, Cuzick J, Antoniou AC, Andrulis IL, John EM, Daly MB, Buys SS, Hopper JL, **Terry MB**. Accuracy of Risk Estimates from the iPrevent Breast Cancer Risk Assessment and Management Tool. JNCI Cancer Spectr. 2019;3(4):pkz066. Epub 2019/12/20. doi: 10.1093/jncics/pkz066. PubMed PMID: 31853515; PMCID: PMC6901082.

307. Li H, **Terry MB**, Antoniou AC, Phillips KA, Kast K, Mooij TM, Engel C, Nogues C, Stoppa-Lyonnet D, Lasset C, Berthet P, Mari V, Caron O, Barrowdale D, Frost D, Brewer C, Evans DG, Izatt L, Side L, Walker L, Tischkowitz M, Rogers MT, Porteous ME, Meijers-Heijboer HEJ, Gille JJ, Blok MJ, Hoogerbrugge N, Daly MB, Andrulis IL, Buys SS, John EM, McLachlan SA, Friedlander M, Tan YY, Osorio A, Caldes T, Jakubowska A, Simard J, Singer CF, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Arver B, Olsson H, Schmutzler RK, Hopper JL, Milne RL, Easton DF, Van Leeuwen FE, Rookus MA, Andrieu N, Goldgar DE. Alcohol consumption, cigarette smoking, and risk of breast cancer for BRCA1 and BRCA2 mutation carriers: results from The BRCA1 and BRCA2 Cohort Consortium. Cancer Epidemiol Biomarkers Prev. 2019. Epub 2019/12/04. doi: 10.1158/1055-9965.Epi-19-0546. PubMed PMID: 31792088.

308. Jayasekara H, MacInnis RJ, Chamberlain JA, Dite GS, Leoce NM, Dowty JG, Bickerstaffe A, Win AK, Milne RL, Giles GG, **Terry MB**, Eccles DM, Southey MC, Hopper JL. Mortality after breast cancer as a function of time since diagnosis by estrogen receptor status and age at diagnosis. Int J Cancer. 2019;145(12):3207-17. Epub 2019/02/17. doi: 10.1002/ijc.32214. PubMed PMID: 30771221; PMCID: PMC6697632.

309. *Kehm RD, Genkinger JM, MacInnis RJ, John EM, Phillips KA, Dite GS, Milne RL, Zeinomar N, Liao Y, Knight JA, Southey MC, Chung WK, Giles GG, McLachlan SA, Whitaker KD, Friedlander M, Weideman PC, Glendon G, Nesci S, Investigators K, Andrulis IL, Buys SS, Daly MB, Hopper JL, **Terry MB**. Recreational Physical Activity Is Associated with Reduced Breast Cancer Risk in Adult Women at High Risk for Breast Cancer: A Cohort Study of Women Selected for Familial and Genetic Risk. Cancer Res. 2020 Jan 1;80(1):116-125. doi: 10.1158/0008-5472.CAN-19-1847. PubMed PMID: 31578201.

310. Fachal L, Aschard H, Beesley J, Barnes DR, Allen J, Kar S, Pooley KA, Dennis J, Michailidou K, Turman C, Soucy P, Lemaçon A, Lush M, Tyrer JP, Ghoussaini M, Moradi Marjaneh M, Jiang X, Agata S, Aittomäki K, Alonso MR, Andrulis IL, Anton-Culver H, Antonenkova NN, Arason A, Arndt V, Aronson KJ, Arun BK, Auber B, Auer PL, Azzollini J, Balmaña J, Barkardottir RB, Barrowdale D, Beeghly-Fadiel A, Benitez J, Bermisheva M, Białkowska K, Blanco AM, Blomqvist C, Blot W, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Borg A, Bosse K, Brauch H, Brenner H, Briceno I, Brock IW, Brooks-Wilson A, Brüning T, Burwinkel B, Buys SS, Cai Q, Caldés T, Caligo MA, Camp NJ, Campbell I, Canzian F, Carroll JS, Carter BD, Castelao JE, Chiquette J, Christiansen H, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Cornelissen S, Couch FJ, Cox A, Cross SS, Cybulski C, Czene K, Daly MB, de la Hoya M, Devilee P, Diez O, Ding YC, Dite GS, Domchek SM, Dörk T, Dos-Santos-Silva I, Droit A, Dubois S, Dumont M, Duran M, Durcan L, Dwek M, Eccles DM, Engel C, Eriksson M, Evans DG, Fasching PA, Fletcher O, Floris G, Flyger H, Foretova L, Foulkes WD, Friedman E, Fritschi L, Frost D, Gabrielson M, Gago-Dominguez M, Gambino G, Ganz PA, Gapstur SM, Garber J, García-Sáenz JA, Gaudet MM, Georgoulias V, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Tibiletti MG, Greene MH, Grip M, Gronwald J, Grundy A, Guénel P, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hartikainen JM, Hartman M, He W, Healey CS, Heemskerk-Gerritsen BAM, Heyworth J, Hillemanns P, Hogervorst FBL, Hollestelle A, Hooning MJ, Hopper JL, Howell A, Huang G, Hulick PJ, Imyanitov EN; KConFab Investigators; HEBON Investigators; ABCTB Investigators, Isaacs C, Iwasaki M, Jager A, Jakimovska M, Jakubowska A, James PA, Janavicius R, Jankowitz RC, John EM, Johnson N, Jones ME, Jukkola-Vuorinen A, Jung A, Kaaks R, Kang D, Kapoor PM, Karlan BY, Keeman R, Kerin MJ, Khusnutdinova E, Kiiski JI, Kirk J, Kitahara CM, Ko YD, Konstantopoulou I, Kosma VM, Koutros S, Kubelka-Sabit K, Kwong A, Kyriacou K, Laitman Y, Lambrechts D, Lee E, Leslie G, Lester J, Lesueur F, Lindblom A, Lo WY, Long J, Lophatananon A, Loud JT, Lubiński J, MacInnis RJ, Maishman T, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Matsuo K, Maurer T, Mavroudis D, Mayes R, McGuffog L, McLean C, Mebirouk N, Meindl A, Miller A, Miller N, Montagna M, Moreno F, Muir K, Mulligan AM, Muñoz-Garzon VM, Muranen TA, Narod SA, Nassir R, Nathanson KL, Neuhausen SL, Nevanlinna H, Neven P, Nielsen FC, Nikitina-Zake L, Norman A, Offit K, Olah E, Olopade OI, Olsson H, Orr N, Osorio A, Pankratz VS, Papp J, Park SK, Park-Simon TW, Parsons MT, Paul J, Pedersen IS, Peissel B, Peshkin B, Peterlongo P, Peto J, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Presneau N, Prokofyeva D, Pujana MA, Pylkäs K, Radice P, Ramus SJ, Rantala J, Rau-Murthy R, Rennert G, Risch HA, Robson M, Romero A, Rossing M, Saloustros E, Sánchez-Herrero E, Sandler DP, Santamariña M, Saunders C, Sawyer EJ, Scheuner MT, Schmidt DF, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schöttker B, Schürmann P, Scott C, Scott RJ, Senter L, Seynaeve CM, Shah M, Sharma P, Shen CY, Shu XO, Singer CF, Slavin TP, Smichkoska S, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Stoppa-Lyonnet D, Sutter C, Swerdlow AJ, Tamimi

RM, Tan YY, Tapper WJ, Taylor JA, Teixeira MR, Tengström M, Teo SH, **Terry MB**, Teulé A, Thomassen M, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Torres D, Torres-Mejía G, Troester MA, Truong T, Tung N, Tzardi M, Ulmer HU, Vachon CM, van Asperen CJ, van der Kolk LE, van Rensburg EJ, Vega A, Viel A, Vijai J, Vogel MJ, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wildiers H, Winqvist R, Wolk A, Wu AH, Yannoukakos D, Zhang Y, Zheng W, Hunter D, Pharoah PDP, Chang-Claude J, García-Closas M, Schmidt MK, Milne RL, Kristensen VN, French JD, Edwards SL, Antoniou AC, Chenevix-Trench G, Simard J, Easton DF, Kraft P, Dunning AM. Fine-mapping of 150 breast cancer risk regions identifies 191 likely target genes. Nat Genet. 2020 Jan;52(1):56-73. doi: 10.1038/s41588-019-0537-1. Epub 2020 Jan 7. PubMed PMID:31911677

311. Mavaddat N, Antoniou AC, Mooij TM, Hooning MJ, Heemskerk-Gerritsen BA; GENEPSO, Noguès C, Gauthier-Villars M, Caron O, Gesta P, Pujol P, Lortholary A; EMBRACE, Barrowdale D, Frost D, Evans DG, Izatt L, Adlard J, Eeles R, Brewer C, Tischkowitz M, Henderson A, Cook J, Eccles D; HEBON, van Engelen K, Mourits MJE, Ausems MGEM, Koppert LB, Hopper JL, John EM, Chung WK, Andrulis IL, Daly MB, Buys SS; kConFab Investigators, Benitez J, Caldes T, Jakubowska A, Simard J, Singer CF, Tan Y, Olah E, Navratilova M, Foretova L, Gerdes AM, Roos-Blom MJ, Van Leeuwen FE, Arver B, Olsson H, Schmutzler RK, Engel C, Kast K, Phillips KA, **Terry MB**, Milne RL, Goldgar DE, Rookus MA, Andrieu N, Easton DF; IBCCS; kConFab; BCFR. Risk-reducing salpingo-oophorectomy, natural menopause, and breast cancer risk: an international prospective cohort of BRCA1 and BRCA2 mutation carriers. Breast Cancer Res. 2020 Jan 16;22(1):8. doi: 10.1186/s13058-020-1247-4.

312. Escala-Garcia M, Abraham J, Andrulis IL, Anton-Culver H, Arndt V, Ashworth A, Auer PL, Auvinen P, Beckmann MW, Beesley J, Behrens S, Benitez J, Bermisheva M, Blomqvist C, Blot W, Bogdanova NV, Bojesen SE, Bolla MK, Børresen-Dale AL, Brauch H, Brenner H, Brucker SY, Burwinkel B, Caldas C, Canzian F, Chang-Claude J, Chanock SJ, Chin SF, Clarke CL, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Dennis J, Devilee P, Dunn JA, Dunning AM, Dwek M, Earl HM, Eccles DM, Eliassen AH, Ellberg C, Evans DG, Fasching PA, Figueroa J, Flyger H, Gago-Dominguez M, Gapstur SM, García-Closas M, García-Sáenz JA, Gaudet MM, George A, Giles GG, Goldgar DE, González-Neira A, Grip M, Guénel P, Guo Q, Haiman CA, Håkansson N, Hamann U, Harrington PA, Hiller L, Hooning MJ, Hopper JL, Howell A, Huang CS, Huang G, Hunter DJ, Jakubowska A, John EM, Kaaks R, Kapoor PM, Keeman R, Kitahara CM, Koppert LB, Kraft P, Kristensen VN, Lambrechts D, Le Marchand L, Lejbkowicz F, Lindblom A, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Maurer T, Mavroudis D, Meindl A, Milne RL, Mulligan AM, Neuhausen SL, Nevanlinna H, Newman WG, Olshan AF, Olson JE, Olsson H, Orr N, Peterlongo P, Petridis C, Prentice RL, Presneau N, Punie K, Ramachandran D, Rennert G, Romero A, Sachchithananthan M, Saloustros E, Sawyer EJ, Schmutzler RK, Schwentner L, Scott C, Simard J, Sohn C, Southey MC, Swerdlow AJ, Tamimi RM, Tapper WJ, Teixeira MR, **Terry MB**, Thorne H, Tollenaar RAEM, Tomlinson I, Troester

MA, Truong T, Turnbull C, Vachon CM, van der Kolk LE, Wang Q, Winqvist R, Wolk A, Yang XR, Ziogas A, Pharoah PDP, Hall P, Wessels LFA, Chenevix-Trench G, Bader GD, Dörk T, Easton DF, Canisius S, Schmidt MK. A network analysis to identify mediators of germline-driven differences in breast cancer prognosis. Nat Commun. 2020 Jan 16;11(1):312. doi: 10.1038/s41467-019-14100-6. PubMed PMID:31949161.

313. Hillyer GC, Beauchemin M, Hershman DL, Kelsen M, Brogan FL, Sandoval R, Schmitt KM, Reyes A, **Terry MB**, Lassman AB, Schwartz GK. Discordant attitudes and beliefs about cancer clinical trial participation between physicians, research staff, and cancer patients. Clin Trials. 2020 Feb 3:1740774520901514. doi: 10.1177/1740774520901514. [Epub ahead of print] PubMed PMID: 32009456.

314. *Yang W, Kehm RD, **Terry MB**. Survival model methods for analyses of cancer incidence trends in young adults. Stat Med. 2020 Mar 30;39(7):1011-1024. doi: 10.1002/sim.8458. Epub 2020 Feb 5. PubMed PMID:32022306.

315. *Wong EM, Southey MC, **Terry MB**. Integrating DNA methylation measures to improve clinical risk assessment: are we there yet? The case of BRCA1 methylation marks to improve clinical risk assessment of breast cancer. Br J Cancer. 2020 Apr;122(8):1133-1140. doi: 10.1038/s41416-019-0720-2. Epub 2020 Feb 18. Review. PubMed PMID:32066913.

316. Feng H, Gusev A, Pasaniuc B, Wu L, Long J, Abu-Full Z, Aittomäki K, Andrulis IL, Anton-Culver H, Antoniou AC, Arason A, Arndt V, Aronson KJ, Arun BK, Asseryanis E, Auer PL, Azzollini J, Balmaña J, Barkardottir RB, Barnes DR, Barrowdale D, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Białkowska K, Blanco A, Blomqvist C, Boeckx B, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Borg A, Brauch H, Brenner H, Briceno I, Broeks A, Brüning T, Burwinkel B, Cai Q, Caldés T, Caligo MA, Campbell I, Canisius S, Campa D, Carter BD, Carter J, Castelao JE, Chang-Claude J, Chanock SJ, Christiansen H, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators; GC-HBOC study Collaborators, Couch FJ, Cox A, Cross SS, Cybulski C, Czene K, Daly MB, de la Hoya M, De Leeneer K, Dennis J, Devilee P, Diez O, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Ejlertsen B, Ellberg C, Engel C, Eriksson M, Fasching PA, Fletcher O, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gabrielson M, Ganz PA, Gapstur SM, Garber J, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Glendon G, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Haiman CA, Hall P, Hamann U, Hake C, He W, Heyworth J, Hogervorst FBL, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Huang G, Hulick PJ, Humphreys K, Imyanitov EN; ABCTB Investigators; HEBON Investigators; BCFR Investigators; OCGN Investigators, Isaacs C, Jakimovska M, Jakubowska A, James P, Janavicius R, Jankowitz RC, John EM, Johnson N, Joseph V, Jung A, Karlan BY, Khusnutdinova E, Kiiski JI, Konstantopoulou I, Kristensen VN, Laitman Y, Lambrechts D, Lazaro C, Leroux D, Leslie G, Lester J, Lesueur F, Lindor N, Lindström S, Lo WY, Loud JT, Lubiński J, Makalic E, Mannermaa A, Manoochehri M, Manoukian S, Margolin

S, Martens JWM, Martinez ME, Matricardi L, Maurer T, Mavroudis D, McGuffog L, Meindl A, Menon U, Michailidou K, Kapoor PM, Miller A, Montagna M, Moreno F, Moserle L, Mulligan AM, Muranen TA, Nathanson KL, Neuhausen SL, Nevanlinna H, Nevelsteen I, Nielsen FC, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Olsson H, Osorio A, Papp J, Park-Simon TW, Parsons MT, Pedersen IS, Peixoto A, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Plaseska-Karanfilska D, Poppe B, Pradhan N, Prajzendanc K, Presneau N, Punie K, Pylkäs K, Radice P, Rantala J, Rashid MU, Rennert G, Risch HA, Robson M, Romero A, Saloustros E, Sandler DP, Santos C, Sawyer EJ, Schmidt MK, Schmidt DF, Schmutzler RK, Schoemaker MJ, Scott RJ, Sharma P, Shu XO, Simard J, Singer CF, Skytte AB, Soucy P, Southey MC, Spinelli JJ, Spurdle AB, Stone J, Swerdlow AJ, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Teulé A, Thomassen M, Thöne K, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Torres D, Truong T, Tung N, Vachon CM, van Asperen CJ, van den Ouweland AMW, van Rensburg EJ, Vega A, Viel A, Vieiro-Balo P, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Winqvist R, Yang XR, Yannoukakos D, Ziogas A, Milne RL, Easton DF, Chenevix-Trench G, Zheng W, Kraft P, Jiang X. Transcriptome-wide association study of breast cancer risk by estrogen-receptor status. Genet Epidemiol. 2020 Mar 1. doi: 10.1002/gepi.22288. [Epub ahead of print] PubMed PMID:32115800.

317. Hillyer GC, Schmitt KM, Reyes A, Cruz A, Lizardo M, Schwartz GK, **Terry MB**. Community education to enhance the more equitable use of precision medicine in Northern Manhattan. J Genet Couns. 2020 Apr;29(2):247-258. doi: 10.1002/jgc4.1244. Epub 2020 Mar 10. PubMed PMID:32157769.

318. *Lima SM, Kehm RD, Swett K, Gonsalves L, **Terry MB**. Trends in Parity and Breast Cancer Incidence in US Women Younger Than 40 Years From 1935 to 2015. JAMA Netw Open. 2020 Mar 2;3(3):e200929. doi: 10.1001/jamanetworkopen.2020.0929. PubMed PMID:32167569.

319. *Yang W, **Terry MB**. Do temporal trends in cancer incidence reveal organ system connections for cancer etiology? Epidemiology. 2020 Mar 25. doi: 10.1097/EDE.0000000000001192. [Epub ahead of print] PubMed PMID:32221269.

320. Krigel A, Zhou M, **Terry MB**, Kastrinos F, Lebwohl B. Symptoms and demographic factors associated with early-onset colorectal neoplasia among individuals undergoing diagnostic colonoscopy. Eur J Gastroenterol Hepatol. 2020 Mar 20. doi: 10.1097/MEG.0000000000001720. [Epub ahead of print] PubMed PMID:32243343.

321. Rodriguez CB, Wei Y, **Terry MB**, Wyka K, Athilat S, Albrecht SS, Tehranifar P. Associations of Nativity, Age at Migration, and Percent of Life in the U.S. with Midlife Body Mass Index and Waist Size in New York City Latinas. Int J Environ Res Public Health. 2020 Apr 3;17(7). pii: E2436. doi: 10.3390/ijerph17072436. PubMed PMID:32260163.

322. Wang T, Nichols HB, Nyante SJ, Bradshaw PT, Moorman PG, Kabat GC, Parada H Jr, Khankari NK, Teitelbaum SL, **Terry MB**, Santella RM, Neugut AI, Gammon MD.

Urinary Estrogen Metabolites and Long-Term Mortality Following Breast Cancer. JNCI Cancer Spectr. 2020 Mar 2;4(3):pkaa014. doi: 10.1093/jncics/pkaa014. eCollection 2020 Jun. PMID: 32455334.

323. Zhang H, Ahearn TU, Lecarpentier J, Barnes D, Beesley J, Qi G, Jiang X, O'Mara TA, Zhao N, Bolla MK, Dunning AM, Dennis J, Wang Q, Ful ZA, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Arun BK, Auer PL, Azzollini J, Barrowdale D, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bialkowska K, Blanco A, Blomqvist C, Bogdanova NV, Bojesen SE, Bonanni B, Bondavalli D, Borg A, Brauch H, Brenner H, Briceno I, Broeks A, Brucker SY, Brüning T, Burwinkel B, Buys SS, Byers H, Caldés T, Caligo MA, Calvello M, Campa D, Castelao JE, Chang-Claude J, Chanock SJ, Christiaens M, Christiansen H, Chung WK, Claes KBM, Clarke CL, Cornelissen S, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Diez O, Domchek SM, Dörk T, Dwek M, Eccles DM, Ekici AB, Evans DG, Fasching PA, Figueroa J, Foretova L, Fostira F, Friedman E, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, García-Sáenz JA, Gaudet MM, Gayther SA, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Gronwald J, Guénel P, Häberle L, Hahnen E, Haiman CA, Hake CR, Hall P, Hamann U, Harkness EF, Heemskerk-Gerritsen BAM, Hillemanns P, Hogervorst FBL, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Huebner H, Hulick PJ, Imyanitov EN, kConFab Investigators; ABCTB Investigators; Isaacs C, Izatt L, Jager A, Jakimovska M, Jakubowska A, James P, Janavicius R, Janni W, John EM, Jones ME, Jung A, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khan S, Khusnutdinova E, Kitahara CM, Ko YD, Konstantopoulou I, Koppert LB, Koutros A , Kristensen VN, Laenkholm AV, Lambrechts D, Larsson SC, Laurent-Puig P, Lazaro C, Lazarova E, Lejbkowicz F, Leslie G, Lesueur F, Lindblom A, Lissowska J, Lo WY, Loud JT, Lubinski J, Lukomska A, MacInnis RJ, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Martinez ME, Matricardi L, McGuffog L, McLean C, Mebirouk N, Meindl A, Menon U, Miller A, Mingazheva E, Montagna M, Mulligan AM, Mulot C, Muranen TA, Nathanson KL, Neuhausen SL, Nevanlinna H, Neven P, Newman WG, Nielsen FC, Nikitina-Zake L, Nodora J, Offit K, Olah E, Olopade OI, Olsson H, Orr N, Papi L, Papp J, Park-Simon TW, Parsons MT, Peissel B, Peixoto A, Peshkin B, Peterlongo P, Peto J, Phillips KA, Piedmonte M, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Prokofyeva D, Rack B, Radice P, Ramus SJ, Rantala J, Rashid MU, Rennert G, Rennert HS, Risch HA, Romero A, Rookus MA , Rübner M, Rüdiger T, Saloustros E, Sampson S, Sandler DP, Sawyer EJ, Scheuner MT, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Schöttker B, Schürmann P, Senter L, Sharma P, Sherman ME, Shu XO, Singer CF, Smichkoska S, Soucy P, Southey MC, Spinelli JJ, Stone J, Stoppa-Lyonnet D, EMBRACE Study; GEMO Study Collaborators; Swerdlow AJ, Szabo CI, Tamimi RM, Tapper WJ, Taylor JA, Teixeira MR, **Terry MB**, Thomassen M, Thull DL, Tischkowitz M, Toland AE, Tollenaar RAEM, Tomlinson I, Torres D, Troester MA, Truong T, Tung N, Untch M, Vachon CM, van den Ouweland AMW, van der Kolk LE, van Veen EM, vanRensburg EJ, Vega A, Wappenschmidt B, Weinberg CR, Weitzel JN, Wildiers H, Winqvist R, Wolk A, Yang XR, Yannoukakos D, Zheng W, Zorn

KK, Milne RL, Kraft P, Simard J, Pharoah PD, Michailidou K, Antoniou AC, Schmidt MK, Chenevix-Trench G, Easton DF, Chatterjee N, García-Closas M. Genome-wide association study identifies 32 novel breast cancer susceptibility loci from overall and subtype-specific analyses. Nat Genet. 2020 Jun;52(6):572-581. doi: 10.1038/s41588-020-0609-2. Epub 2020 May 18. PMID: 32424353.

324. Liu J, Prager-van der Smissen WJC, Collée JM, Bolla MK, Wang Q, Michailidou K, Dennis J, Ahearn TU, Aittomäki K, Ambrosone CB, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Arnold N, Aronson KJ, Augustinsson A, Auvinen P, Becher H, Beckmann MW, Behrens S, Bermisheva M, Bernstein L, Bogdanova NV, Bogdanova-Markov N, Bojesen SE, Brauch H, Brenner H, Briceno I, Brucker SY, Brüning T, Burwinkel B, Cai Q, Cai H, Campa D, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Choi JY, Christiaens M, Clarke CL, NBCS Collaborators; Couch FJ, Czene K, Daly MB, Devilee P, Dos-Santos-Silva I, Dwek M, Eccles DM, Eliassen AH, Fasching PA, Figueroa J, Flyger H, Fritschi L, Gago-Dominguez M, Gapstur SM, García-Closas M, García-Sáenz JA, Gaudet MM, Giles GG, Goldberg MS, Goldgar DE, Guénel P, Haiman CA, Håkansson N, Hall P, Harrington PA, Hart SN, Hartman M, Hillemanns P, Hopper JL, Hou MF, Hunter DJ, Huo D, ABCTB Investigators; Ito H, Iwasaki M, Jakimovska M, Jakubowska A, John EM, Rudolf Kaaks R, Kang D, Keeman R, Khusnutdinova E, Kim SW, Kraft P, Kristensen VN, Kurian AW, Marchand LL, Li J, Lindblom A, Lophatananon A, Luben RN, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Mariapun S, Matsuo K, Maurer T, Mavroudis D, Meindl A, Menon U, Milne RL, Muir K, Mulligan AM, Neuhausen SL, Nevanlinna H, Offit K, Olopade OI, Olson JE, Olsson H, Orr M, Park SK, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Rack B, Rau-Murthy R, Rennert G, Rennert HS, Rhenius V, Romero A, Ruebner M, Saloustros E, Schmutzler RK, Schneeweiss A, Scott C, Shah M, Shen CY, Shu XO, Simard J, Sohn C, Southey MC, Spinelli JJ, Tamimi RM, Tapper WJ, Teo SH, **Terry MB**, Torres D, Truong T, Untch M, Vachon CM, van Asperen CJ, Wolk A, Yamaji T, Zheng W, Ziogas A, Ziv E, Torres-Mejía G, Dörk T, Swerdlow AJ, Hamann U, Schmidt MK, Dunning AM, Pharoah PDP, Easton DF, Hooning MJ, Martens JWM, Hollestelle A. Germline HOXB13 mutations p.G84E and p.R217C do not confer an increased breast cancer risk. Sci Rep. 2020 Jun 16;10(1):9688. doi: 10.1038/s41598-020-65665-y. PMID: 32546843.

325. Wang T, Bradshaw PT, Moorman PG, Nyante SJ, Nichols HB, Shantakumar S, Parada H Jr, Khankari NK, **Terry MB**, Teitelbaum SL, Neugut AI, Gammon MD. Menopausal hormone therapy use and long-term all-cause and cause-specific mortality in the Long Island Breast Cancer Study Project. Int J Cancer. 2020 Jun 25. doi: 10.1002/ijc.33174. [Epub ahead of print]. PMID: 32588422.

326. Silvestri V, Leslie G, Barnes DR; and the CIMBA Group, Agnarsson BA, Aittomäki K, Alducci E, Andrulis IL, Barkardottir RB, Barroso A, Barrowdale D, Benitez J, Bonanni B, Borg A, Buys SS, Caldés T, Caligo MA, Capalbo C, Campbell I, Chung WK, Claes KBM, Colonna SV, Cortesi L, Couch FJ, de la Hoya M,Diez O, Ding YC, Domchek S, Easton DF, Ejlertsen B, Engel C, Evans DG, Feliubadalo L, Foretova L, Fostira F, Geczi

L, Gerdes AM, Glendon G, Godwin AK, Goldgar DE, Hahnen E, Hogervorst FBL, Hopper JL, Hulick PJ, Isaacs C, Izquierdo A, James PA, Janavicius R, Jensen UB, John EM, Joseph V, Konstantopoulou I, Kurian AW, Kwong A, Landucci E, Lesueur F, Loud JT, Machackova E, Mai PL, Majidzadeh AK, Manoukian S, Montagna M, Moserle L, Mulligan AM, Nathanson KL, Nevanlinna H, Ngeow Yuen Ye J, Nikitina-Zake L, Offit K, Olah E, Olopade OI, Osorio A, Papi L, Park SK, Pedersen IS, Perez-Segura P, Petersen AH, Pinto P, Porfirio B, Pujana MA, Radice P, Rantala J, Rashid MU, Rosenzweig B, Rossing M, Santamarina M, Schmutzler RK, Senter L, Simard J, Singer CF, Solano AR, Southey MC, Steele L, Steinsnyder Z, Stoppa-Lyonnet D, Tan YY, Teixeira MR, Teo SH, **Terry MB**, Thomassen M, Toland AE, Torres-Esquius S, Tung N, van Asperen CJ, Vega A, Viel A, Vierstraete J, Wappenschmidt B, Weitzel JN, Wieme G, Yoon SY, Zorn KK, McGuffog L, Parsons MT, Hamann U, Greene MH, Kirk JA, Neuhausen SL, Rebbeck TR,Tischkowitz M,Chenevix-Trench G,Antoniou AC,Friedman E, Ottini L. Characterization of the Cancer Spectrum in Men With Germline BRCA1 and BRCA2 Pathogenic Variants: Results From the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). JAMA Oncol. 2020 Jul 2. doi: 10.1001/jamaoncol.2020.2134. [Epub ahead of print] PMID: 32614418.

327. *Wu HC, Brennan LA, Goldberg M, Chung WK, Wei Y, Santella RM, **Terry MB**. Influence of Pubertal Development on Urinary Oxidative Stress Biomarkers in Adolescent Girls in the New York LEGACY Cohort. Free Radic Res. 2020 Jul 19:1-24. doi: 10.1080/10715762.2020.1798001. [Epub ahead of print]. PMID: 32686531.

328. Lelièvre SA, Bellanger M, Seewaldt V, Talhouk RS, **Terry MB.** Editorial: Perspectives in Primary Prevention Research for Breast Cancer: A Focus on Gene-Environment Interactions. Front Med (Lausanne). 2020 Dec 11;7:621959. doi: 10.3389/fmed.2020.621959. PMID: 33363192; PMCID: PMC7759559.

329. *Zeinomar N, Oskar S, Kehm RD, Sahebzeda S, **Terry MB**. Environmental exposures and breast cancer risk in the context of underlying susceptibility: A systematic review of the epidemiological literature. Environ Res. 2020 Aug;187:109346. doi: 10.1016/j.envres.2020.109346. Epub 2020 Mar 12. PMID: 32445942; PMCID: PMC7314105.

330. *Kehm RD, McDonald JA, Fenton SE, Kavanaugh-Lynch M, Leung KA, McKenzie KE, Mandelblatt JS, **Terry MB.** Inflammatory Biomarkers and Breast Cancer Risk: A Systematic Review of the Evidence and Future Potential for Intervention Research. Int J Environ Res Public Health. 2020 Jul 28;17(15):5445. doi: 10.3390/ijerph17155445. PMID: 32731638; PMCID: PMC7432395.

331. Acheampong T, Kehm RD, **Terry MB**, Argov EL, Tehranifar P. Incidence Trends of Breast Cancer Molecular Subtypes by Age and Race/Ethnicity in the US From 2010 to 2016. JAMA Netw Open. 2020 Aug 3;3(8):e2013226. doi: 10.1001/jamanetworkopen.2020.13226. PMID: 32804214; PMCID: PMC7431997.

332. Lee Argov EJ, Acheampong T, **Terry MB**, Rodriguez CB, Agovino M, Wei Y, Athilat S, Tehranifar P. Independent and joint cross-sectional associations of statin and metformin

use with mammographic breast density. Breast Cancer Res. 2020 Sep 15;22(1):99. doi: 10.1186/s13058-020-01336-0. PMID: 32933550; PMCID: PMC7493153.

333. *Houghton LC, Howland RE, Wei Y, Ma X, Kehm RD, Chung WK, Genkinger JM, Santella RM, Hartmann MF, Wudy SA, **Terry MB**. The Steroid Metabolome and Breast Cancer Risk in Women with a Family History of Breast Cancer: The Novel Role of Adrenal Androgens and Glucocorticoids. Cancer Epidemiol Biomarkers Prev. 2021 Jan;30(1):89-96. doi: 10.1158/1055-9965.EPI-20-0471. Epub 2020 Sep 30. PMID: 32998947; PMCID: PMC7855281.

334. Kramer I, Hooning MJ, Mavaddat N, Hauptmann M, Keeman R, Steyerberg EW, Giardiello D, Antoniou AC, Pharoah PDP, Canisius S, Abu-Ful Z, Andrulis IL, Anton-Culver H, Aronson KJ, Augustinsson A, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Bolla MK, Bonanni B, Brauch H, Bremer M, Brucker SY, Burwinkel B, Castelao JE, Chan TL, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Choi JY, Clarke CL; NBCS Collaborators, Collée JM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Evans DG, Fasching PA, Flyger H, Gago-Dominguez M, García-Closas M, García-Sáenz JA, Giles GG, Goldgar DE, González-Neira A, Haiman CA, Håkansson N, Hamann U, Hartman M, Heemskerk-Gerritsen BAM, Hollestelle A, Hopper JL, Hou MF, Howell A; ABCTB Investigators; kConFab Investigators, Ito H, Jakimovska M, Jakubowska A, Janni W, John EM, Jung A, Kang D, Kets CM, Khusnutdinova E, Ko YD, Kristensen VN, Kurian AW, Kwong A, Lambrechts D, Le Marchand L, Li J, Lindblom A, Lubiński J, Mannermaa A, Manoochehri M, Margolin S, Matsuo K, Mavroudis D, Meindl A, Milne RL, Mulligan AM, Muranen TA, Neuhausen SL, Nevanlinna H, Newman WG, Olshan AF, Olson JE, Olsson H, Park-Simon TW, Peto J, Petridis C, Plaseska-Karanfilska D, Presneau N, Pylkäs K, Radice P, Rennert G, Romero A, Roylance R, Saloustros E, Sawyer EJ, Schmutzler RK, Schwentner L, Scott C, See MH, Shah M, Shen CY, Shu XO, Siesling S, Slager S, Sohn C, Southey MC, Spinelli JJ, Stone J, Tapper WJ, Tengström M, Teo SH, **Terry MB,** Tollenaar RAEM, Tomlinson I, Troester MA, Vachon CM, van Ongeval C, van Veen EM, Winqvist R, Wolk A, Zheng W, Ziogas A, Easton DF, Hall P, Schmidt MK. Breast Cancer Polygenic Risk Score and Contralateral Breast Cancer Risk. Am J Hum Genet. 2020 Nov 5;107(5):837-848. doi: 10.1016/j.ajhg.2020.09.001. Epub 2020 Oct 5. PMID: 33022221; PMCID: PMC7675034.

335. *Monson KR, Goldberg M, Wu HC, Santella RM, Chung WK, **Terry MB**. Circulating growth factor concentrations and breast cancer risk: a nested case-control study of IGF-1, IGFBP-3, and breast cancer in a family-based cohort. Breast Cancer Res. 2020 Oct 22;22(1):109. doi: 10.1186/s13058-020-01352-0. PMID: 33092613; PMCID: PMC7579807.

336. *Kehm RD, Oskar S, Tehranifar P, Zeinomar N, Rundle AG, Herbstman JB, Perera F, Miller RL, **Terry MB**. Associations of prenatal exposure to polycyclic aromatic hydrocarbons with pubertal timing and body composition in adolescent girls:

Implications for breast cancer risk. Environ Res. 2021 May;196:110369. doi: 10.1016/j.envres.2020.110369. Epub 2020 Oct 22. PMID: 33131678.

337. Schrijver LH, Antoniou AC, Olsson H, Mooij TM, Roos-Blom MJ, Azarang L, Adlard J, Ahmed M, Barrowdale D, Davidson R, Donaldson A, Eeles R, Evans DG, Frost D, Henderson A, Izatt L, Ong KR, Bonadona V, Coupier I, Faivre L, Fricker JP, Gesta P, van Engelen K, Jager A, Menko FH, Mourits MJE, Singer CF, Tan YY, Foretova L, Navratilova M, Schmutzler RK, Ellberg C, Gerdes AM, Caldes T, Simard J, Olah E, Jakubowska A, Rantala J, Osorio A, Hopper JL, Phillips KA, Milne RL, **Terry MB,** Noguès C, Engel C, Kast K, Goldgar DE, van Leeuwen FE, Easton DF, Andrieu N, Rookus MA; Epidemiological Study of Familial Breast Cancer, Gene Etude Prospective Sein Ovaire Sein, Hereditary Breast and Ovarian Cancer Research Group Netherlands, and International BRCA1/2 Carrier Cohort Study. Oral contraceptive use and ovarian cancer risk for BRCA1/2 mutation carriers: an international cohort study. Am J Obstet Gynecol. 2021 Jul;225(1):51.e1-51.e17. doi: 10.1016/j.ajog.2021.01.014. Epub 2021 Jan 22. PMID: 33493488; PMCID: PMC8278569.

338. Knight JA, Kehm RD, Schwartz L, Frost CJ, Chung WK, Colonna S, Keegan THM, Goldberg M, Houghton LC, Hanna D, Glendon G, Daly MB, Buys SS, Andrulis IL, John EM, Bradbury AR, **Terry MB**. Prepubertal Internalizing Symptoms and Timing of Puberty Onset in Girls. Am J Epidemiol. 2021 Feb 1;190(3):431-438. doi: 10.1093/aje/kwaa223. PMID: 33057572; PMCID: PMC8086416.

339. *Zeinomar N, Grant-Alfieri A, Burke KR, de Hoz M, Tehranifar P, Walker DAH, Morton T, Shepard P, Herbstman JB, Miller RL, Perera F, **Terry MB**. Cancer Risk Reduction Through Education of Adolescents: Development of a Tailored Cancer Risk-Reduction Educational Tool. J Cancer Educ. 2021 Feb 1. doi: 10.1007/s13187-020-01943-7. Epub ahead of print. PMID: 33523407.

340. Coignard J, Lush M, Beesley J, O'Mara TA, Dennis J, Tyrer JP, Barnes DR, McGuffog L, Leslie G, Bolla MK, Adank MA, Agata S, Ahearn T, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arnold N, Aronson KJ, Arun BK, Augustinsson A, Azzollini J, Barrowdale D, Baynes C, Becher H, Bermisheva M, Bernstein L, Białkowska K, Blomqvist C, Bojesen SE, Bonanni B, Borg A, Brauch H, Brenner H, Burwinkel B, Buys SS, Caldés T, Caligo MA, Campa D, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Conroy DM, Czene K, Daly MB, Devilee P, Diez O, Ding YC, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, Garcia-Barberan V, García-Closas M, García-Sáenz JA, Gaudet MM, Gayther SA, Gehrig A, Georgoulias V, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hart SN, He W, Hogervorst FBL, Hollestelle A, Hopper JL, Horcasitas DJ, Hulick PJ, Hunter DJ, Imyanitov EN; KConFab Investigators; HEBON Investigators;

ABCTB Investigators, Jager A, Jakubowska A, James PA, Jensen UB, John EM, Jones ME, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khusnutdinova E, Kiiski JI, Ko YD, Kosma VM, Kraft P, Kurian AW, Laitman Y, Lambrechts D, Le Marchand L, Lester J, Lesueur F, Lindstrom T, Lopez-Fernández A, Loud JT, Luccarini C, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Mebirouk N, Meindl A, Miller A, Milne RL, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Nielsen FC, O'Brien KM, Olopade OI, Olson JE, Olsson H, Osorio A, Ottini L, Park-Simon TW, Parsons MT, Pedersen IS, Peshkin B, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Polley EC, Poppe B, Presneau N, Pujana MA, Punie K, Radice P, Rantala J, Rashid MU, Rennert G, Rennert HS, Robson M, Romero A, Rossing M, Saloustros E, Sandler DP, Santella R, Scheuner MT, Schmidt MK, Schmidt G, Scott C, Sharma P, Soucy P, Southey MC, Spinelli JJ, Steinsnyder Z, Stone J, Stoppa-Lyonnet D, Swerdlow A, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Teulé A, Thull DL, Tischkowitz M, Toland AE, Torres D, Trainer AH, Truong T, Tung N, Vachon CM, Vega A, Vijai J, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wolk A, Yadav S, Yang XR, Yannoukakos D, Zheng W, Ziogas A, Zorn KK, Park SK, Thomassen M, Offit K, Schmutzler RK, Couch FJ, Simard J, Chenevix-Trench G, Easton DF, Andrieu N, Antoniou AC. A case-only study to identify genetic modifiers of breast cancer risk for BRCA1/BRCA2 mutation carriers. Nat Commun. 2021 Feb 17;12(1):1078. doi: 10.1038/s41467-020-20496-3. Erratum in: Nat Commun. 2021 May 14;12(1):2986. PMID: 33597508; PMCID: PMC7890067.

341. Domingo-Relloso A, Huan T, Haack K, Riffo-Campos AL, Levy D, Fallin MD, **Terry MB**, Zhang Y, Rhoades DA, Herreros-Martinez M, Garcia-Esquinas E, Cole SA, Tellez-Plaza M, Navas-Acien A. DNA methylation and cancer incidence: lymphatic-hematopoietic versus solid cancers in the Strong Heart Study. Clin Epigenetics. 2021 Feb 25;13(1):43. doi: 10.1186/s13148-021-01030-8. PMID: 33632303; PMCID: PMC7908806.

342. Li SX, Milne RL, Nguyen-Dumont T, Wang X, English DR, Giles GG, Southey MC, Antoniou AC, Lee A, Li S, Winship I, Hopper JL, **Terry MB**, MacInnis RJ. Prospective Evaluation of the Addition of Polygenic Risk Scores to Breast Cancer Risk Models. JNCI Cancer Spectr. 2021 Mar 2;5(3):pkab021. doi: 10.1093/jncics/pkab021. PMID: 33977228; PMCID: PMC8099999.

343. Sahay D, Lloyd SE, Rivera JA, Jezioro J, McDonald JD, Pitiranggon M, Yan B, Szabolcs M, **Terry MB**, Miller RL. Prenatal polycyclic aromatic hydrocarbons, altered ERα pathway-related methylation and expression, and mammary epithelial cell proliferation in offspring and grandoffspring adult mice. Environ Res. 2021 May;196:110961. doi: 10.1016/j.envres.2021.110961. Epub 2021 Mar 4. PMID: 33675803; PMCID: PMC8119355.

344. Prada D, Baccarelli AA, **Terry MB**, Valdéz L, Cabrera P, Just A, Kloog I, Caro H, García-Cuellar C, Sánchez-Pérez Y, Cruz R, Diaz-Chávez J, Cortés C, Pérez D, Meneses-García A, Cantú-de-León D, Herrera LA, Bargalló E. Long-term $PM_{2.5}$ exposure before

diagnosis is associated with worse outcome in breast cancer. Breast Cancer Res Treat. 2021 Jul;188(2):525-533. doi: 10.1007/s10549-021-06167-x. Epub 2021 Mar 8. PMID: 33683522; PMCID: PMC8263474.

345. Choi YH, **Terry MB**, Daly MB, MacInnis RJ, Hopper JL, Colonna S, Buys SS, Andrulis IL, John EM, Kurian AW, Briollais L. Association of Risk-Reducing Salpingo-Oophorectomy With Breast Cancer Risk in Women With BRCA1 and BRCA2 Pathogenic Variants. JAMA Oncol. 2021 Apr 1;7(4):585-592. doi: 10.1001/jamaoncol.2020.7995. PMID: 33630024; PMCID: PMC7907985.

346. *Reimers LL, Goldberg M, Tehranifar P, Michels KB, Cohn BA, Flom JD, Wei Y, Cirillo P, **Terry MB**. Benign breast disease and changes in mammographic breast density. Breast Cancer Res. 2021 Apr 26;23(1):49. doi: 10.1186/s13058-021-01426-7. PMID: 33902651; PMCID: PMC8074418.

347. *McDonald JA, Cherubin S, Goldberg M, Wei Y, Chung WK, Schwartz LA, Knight JA, Schooling CM, Santella RM, Bradbury AR, Buys SS, Andrulis IL, John EM, Daly MB, **Terry MB.** Common Childhood Viruses and Pubertal Timing: The LEGACY Girls Study. Am J Epidemiol. 2021 May 4;190(5):766-778. doi: 10.1093/aje/kwaa240. PMID: 33128063; PMCID: PMC8096486.

348. Coignard J, Lush M, Beesley J, O'Mara TA, Dennis J, Tyrer JP, Barnes DR, McGuffog L, Leslie G, Bolla MK, Adank MA, Agata S, Ahearn T, Aittomäki K, Andrulis IL, Anton-Culver H, Arndt V, Arnold N, Aronson KJ, Arun BK, Augustinsson A, Azzollini J, Barrowdale D, Baynes C, Becher H, Bermisheva M, Bernstein L, Białkowska K, Blomqvist C, Bojesen SE, Bonanni B, Borg A, Brauch H, Brenner H, Burwinkel B, Buys SS, Caldés T, Caligo MA, Campa D, Carter BD, Castelao JE, Chang-Claude J, Chanock SJ, Chung WK, Claes KBM, Clarke CL; GEMO Study Collaborators; EMBRACE Collaborators, Collée JM, Conroy DM, Czene K, Daly MB, Devilee P, Diez O, Ding YC, Domchek SM, Dörk T, Dos-Santos-Silva I, Dunning AM, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fostira F, Friedman E, Fritschi L, Frost D, Gago-Dominguez M, Gapstur SM, Garber J, Garcia-Barberan V, García-Closas M, García-Sáenz JA, Gaudet MM, Gayther SA, Gehrig A, Georgoulias V, Giles GG, Godwin AK, Goldberg MS, Goldgar DE, González-Neira A, Greene MH, Guénel P, Haeberle L, Hahnen E, Haiman CA, Håkansson N, Hall P, Hamann U, Harrington PA, Hart SN, He W, Hogervorst FBL, Hollestelle A, Hopper JL, Horcasitas DJ, Hulick PJ, Hunter DJ, Imyanitov EN; KConFab Investigators; HEBON Investigators; ABCTB Investigators, Jager A, Jakubowska A, James PA, Jensen UB, John EM, Jones ME, Kaaks R, Kapoor PM, Karlan BY, Keeman R, Khusnutdinova E, Kiiski JI, Ko YD, Kosma VM, Kraft P, Kurian AW, Laitman Y, Lambrechts D, Le Marchand L, Lester J, Lesueur F, Lindstrom T, Lopez-Fernández A, Loud JT, Luccarini C, Mannermaa A, Manoukian S, Margolin S, Martens JWM, Mebirouk N, Meindl A, Miller A, Milne RL, Montagna M, Nathanson KL, Neuhausen SL, Nevanlinna H, Nielsen FC, O'Brien KM, Olopade OI, Olson JE, Olsson H, Osorio A, Ottini L, Park-Simon TW, Parsons MT, Pedersen IS, Peshkin B, Peterlongo P, Peto J, Pharoah PDP, Phillips KA, Polley EC,

Poppe B, Presneau N, Pujana MA, Punie K, Radice P, Rantala J, Rashid MU, Rennert G, Rennert HS, Robson M, Romero A, Rossing M, Saloustros E, Sandler DP, Santella R, Scheuner MT, Schmidt MK, Schmidt G, Scott C, Sharma P, Soucy P, Southey MC, Spinelli JJ, Steinsnyder Z, Stone J, Stoppa-Lyonnet D, Swerdlow A, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Teulé A, Thull DL, Tischkowitz M, Toland AE, Torres D, Trainer AH, Truong T, Tung N, Vachon CM, Vega A, Vijai J, Wang Q, Wappenschmidt B, Weinberg CR, Weitzel JN, Wendt C, Wolk A, Yadav S, Yang XR, Yannoukakos D, Zheng W, Ziogas A, Zorn KK, Park SK, Thomassen M, Offit K, Schmutzler RK, Couch FJ, Simard J, Chenevix-Trench G, Easton DF, Andrieu N, Antoniou AC. Author Correction: A case-only study to identify genetic modifiers of breast cancer risk for BRCA1/BRCA2 mutation carriers. Nat Commun. 2021 May 14;12(1):2986. doi: 10.1038/s41467-021-23162-4. Erratum for: Nat Commun. 2021 Feb 17;12(1):1078. PMID: 33990587; PMCID: PMC8121813.

349. *Bellanger M, Lima SM, Cowppli-Bony A, Molinié F, **Terry MB**. Effects of fertility on breast cancer incidence trends: comparing France and US. Cancer Causes Control. 2021 Aug;32(8):903-910. doi: 10.1007/s10552-021-01440-2. Epub 2021 May 27. PMID: 34041643.

350. *Kehm RD, Lima SM, Swett K, Mueller L, Yang W, Gonsalves L, **Terry MB**. Age-specific Trends in Colorectal Cancer Incidence for Women and Men, 1935-2017. Gastroenterology. 2021 May 28:S0016-5085(21)03072-9. doi: 10.1053/j.gastro.2021.05.050. Epub ahead of print. PMID: 34058214.

351. *MacInnis RJ, Knight JA, Chung WK, Milne RL, Whittemore AS, Buchsbaum R, Liao Y, Zeinomar N, Dite GS, Southey MC, Goldgar D, Giles GG, Kurian AW; kConFab Investigators, Andrulis IL, John EM, Daly MB, Buys SS, Phillips KA, Hopper JL, **Terry MB**. Comparing 5-Year and Lifetime Risks of Breast Cancer using the Prospective Family Study Cohort. J Natl Cancer Inst. 2021 Jun 1;113(6):785-791. doi: 10.1093/jnci/djaa178. PMID: 33301022; PMCID: PMC8168075.

352. Baxter JS, Johnson N, Tomczyk K, Gillespie A, Maguire S, Brough R, Fachal L, Michailidou K, Bolla MK, Wang Q, Dennis J, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Augustinsson A, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brenner H, Brucker SY, Cai Q, Campa D, Canzian F, Castelao JE, Chan TL, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Choi JY, Clarke CL; NBCS Collaborators, Colonna S, Conroy DM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dörk T, Dossus L, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Engel C, Fasching PA, Figueroa J, Flyger H, Gago-Dominguez M, Gao C, García-Closas M, García-Sáenz JA, Ghoussaini M, Giles GG, Goldberg MS, González-Neira A, Guénel P, Gündert M, Haeberle L, Hahnen E, Haiman CA, Hall P, Hamann U, Hartman M, Hatse S, Hauke J, Hollestelle A, Hoppe R, Hopper JL, Hou MF; kConFab Investigators; ABCTB Investigators, Ito H, Iwasaki M, Jager A, Jakubowska A, Janni W, John EM, Joseph V, Jung A, Kaaks R, Kang D, Keeman R, Khusnutdinova E, Kim SW, Kosma VM, Kraft P, Kristensen VN, Kubelka-Sabit K,

Kurian AW, Kwong A, Lacey JV, Lambrechts D, Larson NL, Larsson SC, Le Marchand L, Lejbkowicz F, Li J, Long J, Lophatananon A, Lubiński J, Mannermaa A, Manoochehri M, Manoukian S, Margolin S, Matsuo K, Mavroudis D, Mayes R, Menon U, Milne RL, Mohd Taib NA, Muir K, Muranen TA, Murphy RA, Nevanlinna H, O'Brien KM, Offit K, Olson JE, Olsson H, Park SK, Park-Simon TW, Patel AV, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Pylkäs K, Rack B, Rennert G, Romero A, Ruebner M, Rüdiger T, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Schneeweiss A, Schoemaker MJ, Shah M, Shen CY, Shu XO, Simard J, Southey MC, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, Teo SH, Teras LR, **Terry MB**, Toland AE, Tomlinson I, Truong T, Tseng CC, Untch M, Vachon CM, van den Ouweland AMW, Wang SS, Weinberg CR, Wendt C, Winham SJ, Winqvist R, Wolk A, Wu AH, Yamaji T, Zheng W, Ziogas A, Pharoah PDP, Dunning AM, Easton DF, Pettitt SJ, Lord CJ, Haider S, Orr N, Fletcher O. Functional annotation of the 2q35 breast cancer risk locus implicates a structural variant in influencing activity of a long-range enhancer element. Am J Hum Genet. 2021 Jul 1;108(7):1190-1203. doi: 10.1016/j.ajhg.2021.05.013. Epub 2021 Jun 18. PMID: 34146516.

353. Choi YH, **Terry MB**, Briollais L. Bilateral Salpingo-Oophorectomy to Reduce Breast Cancer Risk in Women With Germline BRCA1 or BRCA2 Pathogenic Variants JAMA Oncol. 2021 Jul 1. doi: 10.1001/jamaoncol.2021.2040. Epub ahead of print. PMID: 34196652.

354. Choi YH, Jung H, Buys S, Daly M, John EM, Hopper J, Andrulis I, **Terry MB**, Briollais L. A competing risks model with binary time varying covariates for estimation of breast cancer risks in *BRCA1* families. Stat Methods Med Res. 2021 Jul 7:9622802211008945. doi: 10.1177/09622802211008945. Epub ahead of print. PMID: 34232831.

355. *Lima SM, Kehm RD, **Terry MB**. Global breast cancer incidence and mortality trends by region, age-groups, and fertility patterns. EClinicalMedicine. 2021 Jul 7;38:100985. doi: 10.1016/j.eclinm.2021.100985. PMID: 34278281; PMCID: PMC8271114.

356. *Wu HC, Yang HI, Lin PH, Chen CJ, Santella RM, **Terry MB**. Reproductive and environmental exposures and the breast cancer risk in Taiwanese women. Sci Rep. 2021;11(1):15656. Epub 2021/08/04. doi: 10.1038/s41598-021-95290-2. PubMed PMID: 34341437; PMCID: PMC8329069.

357. Park HA, Neumeyer S, Michailidou K, Bolla MK, Wang Q, Dennis J, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Augustinsson A, Baten A, Beane Freeman LE, Becher H, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brauch H, Brenner H, Brucker SY, Burwinkel B, Campa D, Canzian F, Castelao JE, Chanock SJ, Chenevix-Trench G, Clarke CL, Collaborators N, Conroy DM, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dos-Santos-Silva I, Dwek M, Eccles DM, Eliassen AH, Engel C, Eriksson M, Evans DG, Fasching PA, Flyger H, Fritschi L, Garcia-Closas M, Garcia-Saenz JA, Gaudet MM, Giles GG, Glendon G, Goldberg MS, Goldgar DE, Gonzalez-

Neira A, Grip M, Guenel P, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Han S, Harkness EF, Hart SN, He W, Heemskerk-Gerritsen BAM, Hopper JL, Hunter DJ, Investigators A, kConFab I, Jager A, Jakubowska A, John EM, Jung A, Kaaks R, Kapoor PM, Keeman R, Khusnutdinova E, Kitahara CM, Koppert LB, Koutros S, Kristensen VN, Kurian AW, Lacey J, Lambrechts D, Le Marchand L, Lo WY, Lubinski J, Mannermaa A, Manoochehri M, Margolin S, Martinez ME, Mavroudis D, Meindl A, Menon U, Milne RL, Muranen TA, Nevanlinna H, Newman WG, Nordestgaard BG, Offit K, Olshan AF, Olsson H, Park-Simon TW, Peterlongo P, Peto J, Plaseska-Karanfilska D, Presneau N, Radice P, Rennert G, Rennert HS, Romero A, Saloustros E, Sawyer EJ, Schmidt MK, Schmutzler RK, Schoemaker MJ, Schwentner L, Scott C, Shah M, Shu XO, Simard J, Smeets A, Southey MC, Spinelli JJ, Stevens V, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, **Terry MB**, Tomlinson I, Troester MA, Truong T, Vachon CM, van Veen EM, Vijai J, Wang S, Wendt C, Winqvist R, Wolk A, Ziogas A, Dunning AM, Pharoah PDP, Easton DF, Zheng W, Kraft P, Chang-Claude J. Mendelian randomisation study of smoking exposure in relation to breast cancer risk. Br J Cancer. 2021;125(8):1135-45. Epub 2021/08/04. doi: 10.1038/s41416-021-01432-8. PubMed PMID: 34341517; PMCID: PMC8505411.

358. Liu C, Zeinomar N, Chung WK, Kiryluk K, Gharavi AG, Hripcsak G, Crew KD, Shang N, Khan A, Fasel D, Manolio TA, Jarvik GP, Rowley R, Justice AE, Rahm AK, Fullerton SM, Smoller JW, Larson EB, Crane PK, Dikilitas O, Wiesner GL, Bick AG, **Terry MB**, Weng C. Generalizability of Polygenic Risk Scores for Breast Cancer Among Women With European, African, and Latinx Ancestry. JAMA Netw Open. 2021;4(8):e2119084. Epub 2021/08/05. doi: 10.1001/jamanetworkopen.2021.19084. PubMed PMID: 34347061; PMCID: PMC8339934.

359. Austin JD, Agovino M, Rodriguez CB, **Terry MB**, Shelton RC, Wei Y, Desperito E, Schmitt KM, Kukafka R, Tehranifar P. Breast Density Awareness and Knowledge in a Mammography Screening Cohort of Predominantly Hispanic Women: Does Breast Density Notification Matter? Cancer Epidemiol Biomarkers Prev. 2021;30(10):1913-20. Epub 2021/08/06. doi: 10.1158/1055-9965.EPI-21-0172. PubMed PMID: 34348958; PMCID: PMC8492494.

360. Morra A, Escala-Garcia M, Beesley J, Keeman R, Canisius S, Ahearn TU, Andrulis IL, Anton-Culver H, Arndt V, Auer PL, Augustinsson A, Beane Freeman LE, Becher H, Beckmann MW, Behrens S, Bojesen SE, Bolla MK, Brenner H, Bruning T, Buys SS, Caan B, Campa D, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Cheng TD, Clarke CL, Collaborators N, Colonna SV, Couch FJ, Cox A, Cross SS, Czene K, Daly MB, Dennis J, Dork T, Dossus L, Dunning AM, Dwek M, Eccles DM, Ekici AB, Eliassen AH, Eriksson M, Evans DG, Fasching PA, Flyger H, Fritschi L, Gago-Dominguez M, Garcia-Saenz JA, Giles GG, Grip M, Guenel P, Gundert M, Hahnen E, Haiman CA, Hakansson N, Hall P, Hamann U, Hart SN, Hartikainen JM, Hartmann A, He W, Hooning MJ, Hoppe R, Hopper JL, Howell A, Hunter DJ, Investigators A, kConFab I, Jager A, Jakubowska A, Janni W, John EM, Jung AY, Kaaks R, Keupers M,

Kitahara CM, Koutros S, Kraft P, Kristensen VN, Kurian AW, Lacey JV, Lambrechts D, Le Marchand L, Lindblom A, Linet M, Luben RN, Lubinski J, Lush M, Mannermaa A, Manoochehri M, Margolin S, Martens JWM, Martinez ME, Mavroudis D, Michailidou K, Milne RL, Mulligan AM, Muranen TA, Nevanlinna H, Newman WG, Nielsen SF, Nordestgaard BG, Olshan AF, Olsson H, Orr N, Park-Simon TW, Patel AV, Peissel B, Peterlongo P, Plaseska-Karanfilska D, Prajzendanc K, Prentice R, Presneau N, Rack B, Rennert G, Rennert HS, Rhenius V, Romero A, Roylance R, Ruebner M, Saloustros E, Sawyer EJ, Schmutzler RK, Schneeweiss A, Scott C, Shah M, Smichkoska S, Southey MC, Stone J, Surowy H, Swerdlow AJ, Tamimi RM, Tapper WJ, Teras LR, **Terry MB**, Tollenaar R, Tomlinson I, Troester MA, Truong T, Vachon CM, Wang Q, Hurson AN, Winqvist R, Wolk A, Ziogas A, Brauch H, Garcia-Closas M, Pharoah PDP, Easton DF, Chenevix-Trench G, Schmidt MK. Association of germline genetic variants with breast cancer-specific survival in patient subgroups defined by clinic-pathological variables related to tumor biology and type of systemic treatment. Breast Cancer Res. 2021;23(1):86. Epub 2021/08/20. doi: 10.1186/s13058-021-01450-7. PubMed PMID: 34407845; PMCID: PMC8371820.

361. *Hillyer GC, Nazareth M, Lima S, Schmitt KM, Reyes A, Fleck E, Schwartz GK, **Terry MB**. E-cigarette Use Among Young Adult Patients: The Opportunity to Intervene on Risky Lifestyle Behaviors to Reduce Cancer Risk. J Community Health. 2021. Epub 2021/08/29. doi: 10.1007/s10900-021-01027-7. PubMed PMID: 34453225.

362. *Leoce NM, Jin Z, Kehm RD, Roh JM, Laurent CA, Kushi LH, **Terry MB**. Modeling risks of cardiovascular and cancer mortality following a diagnosis of loco-regional breast cancer. Breast Cancer Res. 2021;23(1):91. Epub 2021/09/29. doi: 10.1186/s13058-021-01469-w. PubMed PMID: 34579765; PMCID: PMC8474887.

363. Li SX, Milne RL, Nguyen-Dumont T, English DR, Giles GG, Southey MC, Antoniou AC, Lee A, Winship I, Hopper JL, **Terry MB**, MacInnis RJ. Prospective Evaluation over 15 Years of Six Breast Cancer Risk Models. Cancers (Basel). 2021;13(20). Epub 2021/10/24. doi: 10.3390/cancers13205194. PubMed PMID: 34680343; PMCID: PMC8534072.

364. Matsumoto H, Larson EL, Warren SI, Hammoor BT, Bonsignore-Opp L, Troy MJ, Barrett KK, Striano BM, Li G, **Terry MB**, Roye BD, Lenke LG, Skaggs DL, Glotzbecker MP, Flynn JM, Roye DP, Vitale MG. A Clinical Risk Model for Surgical Site Infection Following Pediatric Spine Deformity Surgery. J Bone Joint Surg Am. 2021. Epub 2021/12/02. doi: 10.2106/JBJS.21.00751. PubMed PMID: 34851324.

365. John EM, Koo J, Ingles SA, Keegan TH, Nguyen JT, Thomsen C, **Terry MB**, Santella RM, Nguyen K, Yan B. Predictors of urinary polycyclic aromatic hydrocarbon metabolites in girls from the San Francisco Bay Area. Environ Res. 2021;205:112534. Epub 2021/12/14. doi: 10.1016/j.envres.2021.112534. PubMed PMID: 34896321.

366. Li H, Engel C, de la Hoya M, Peterlongo P, Yannoukakos D, Livraghi L, Radice P, Thomassen M, Hansen TVO, Gerdes AM, Nielsen HR, Caputo SM, Zambelli A, Borg A,

Solano A, Thomas A, Parsons MT, Antoniou AC, Leslie G, Yang X, Chenevix-Trench G, Caldes T, Kwong A, Pedersen IS, Lautrup CK, John EM, **Terry MB**, Hopper JL, Southey MC, Andrulis IL, Tischkowitz M, Janavicius R, Boonen SE, Kroeldrup L, Varesco L, Hamann U, Vega A, Palmero EI, Garber J, Montagna M, Van Asperen CJ, Foretova L, Greene MH, Selkirk T, Moller P, Toland AE, Domchek SM, James PA, Thorne H, Eccles DM, Nielsen SM, Manoukian S, Pasini B, Caligo MA, Lazaro C, Kirk J, Wappenschmidt B, Spurdle AB, Couch FJ, Schmutzler R, Goldgar DE, Consortium E, Consortium C. Risks of breast and ovarian cancer for women harboring pathogenic missense variants in BRCA1 and BRCA2 compared with those harboring protein truncating variants. Genet Med. 2021. Epub 2021/12/16. Doi: 10.1016/j.gim.2021.08.016. PubMed PMID: 34906479.

367. Niehoff NM, **Terry MB**, Bookwalter DB, Kaufman JD, O'Brien KM, Sandler DP, White AJ. Air pollution and breast cancer: an examination of modification by underlying familial breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2021. Epub 2021/12/16. doi: 10.1158/1055-9965.EPI-21-1140. PubMed PMID: 34906967.

368. *Kehm RD, MacInnis RJ, John EM, Liao Y, Kurian AW, Genkinger JM, Knight JA, Colonna SV, Chung WK, Milne R, Zeinomar N, Dite GS, Southey MC, Giles GG, McLachlan SA, Whitaker KD, Friedlander ML, Weideman PC, Glendon G, Nesci S, kConFab I, Phillips KA, Andrulis IL, Buys SS, Daly MB, Hopper JL, **Terry MB.** Recreational Physical Activity and Outcomes After Breast Cancer in Women at High Familial Risk. JNCI Cancer Spectr. 2021;5(6):pkab090. Epub 2021/12/25. Doi: 10.1093/jncics/pkab090. PubMed PMID: 34950851; PMCID: PMC8692829.

369. Ye Z, Li S, Dite GS, Nguyen TL, MacInnis RJ, Andrulis IL, Buys SS, Daly MB, John EM, Kurian AW, Genkinger JM, Chung WK, Phillips KA, Thorne H, Winship IM, Milne RL, Dugue PA, Southey MC, Giles GG, **Terry MB**, Hopper JL. Weight is more informative than body mass index for predicting post-menopausal breast cancer risk: Prospective Family Study Cohort (ProF-SC). Cancer Prev Res (Phila). 2021. Epub 2021/12/31. doi: 10.1158/1940-6207.CAPR-21-0164. PubMed PMID: 34965921.

370. Ahearn TU, Zhang H, Michailidou K, Milne RL, Bolla MK, Dennis J, Dunning AM, Lush M, Wang Q, Andrulis IL, Anton-Culver H, Arndt V, Aronson KJ, Auer PL, Augustinsson A, Baten A, Becher H, Behrens S, Benitez J, Bermisheva M, Blomqvist C, Bojesen SE, Bonanni B, Borresen-Dale AL, Brauch H, Brenner H, Brooks-Wilson A, Bruning T, Burwinkel B, Buys SS, Canzian F, Castelao JE, Chang-Claude J, Chanock SJ, Chenevix-Trench G, Clarke CL, Collaborators N, Collee JM, Cox A, Cross SS, Czene K, Daly MB, Devilee P, Dork T, Dwek M, Eccles DM, Evans DG, Fasching PA, Figueroa J, Floris G, Gago-Dominguez M, Gapstur SM, Garcia-Saenz JA, Gaudet MM, Giles GG, Goldberg MS, Gonzalez-Neira A, Alnaes GIG, Grip M, Guenel P, Haiman CA, Hall P, Hamann U, Harkness EF, Heemskerk-Gerritsen BAM, Holleczek B, Hollestelle A, Hooning MJ, Hoover RN, Hopper JL, Howell A, Investigators A, kConFab AI, Jakimovska M, Jakubowska A, John EM, Jones ME, Jung A, Kaaks R, Kauppila S, Keeman R, Khusnutdinova E, Kitahara CM, Ko YD, Koutros S, Kristensen VN, Kruger

U, Kubelka-Sabit K, Kurian AW, Kyriacou K, Lambrechts D, Lee DG, Lindblom A, Linet M, Lissowska J, Llaneza A, Lo WY, MacInnis RJ, Mannermaa A, Manoochehri M, Margolin S, Martinez ME, McLean C, Meindl A, Menon U, Nevanlinna H, Newman WG, Nodora J, Offit K, Olsson H, Orr N, Park-Simon TW, Patel AV, Peto J, Pita G, Plaseska-Karanfilska D, Prentice R, Punie K, Pylkas K, Radice P, Rennert G, Romero A, Rudiger T, Saloustros E, Sampson S, Sandler DP, Sawyer EJ, Schmutzler RK, Schoemaker MJ, Schottker B, Sherman ME, Shu XO, Smichkoska S, Southey MC, Spinelli JJ, Swerdlow AJ, Tamimi RM, Tapper WJ, Taylor JA, Teras LR, **Terry MB**, Torres D, Troester MA, Vachon CM, van Deurzen CHM, van Veen EM, Wagner P, Weinberg CR, Wendt C, Wesseling J, Winqvist R, Wolk A, Yang XR, Zheng W, Couch FJ, Simard J, Kraft P, Easton DF, Pharoah PDP, Schmidt MK, Garcia-Closas M, Chatterjee N. Common variants in breast cancer risk loci predispose to distinct tumor subtypes. Breast Cancer Res. 2022;24(1):2. Epub 2022/01/06. doi: 10.1186/s13058-021-01484-x. PubMed PMID: 34983606; PMCID: PMC8725568.

371. Dennis J, Tyrer JP, Walker LC, Michailidou K, Dorling L, Bolla MK, Wang Q, Ahearn TU, Andrulis IL, Anton-Culver H, Antonenkova NN, Arndt V, Aronson KJ, Freeman LEB, Beckmann MW, Behrens S, Benitez J, Bermisheva M, Bogdanova NV, Bojesen SE, Brenner H, Castelao JE, Chang-Claude J, Chenevix-Trench G, Clarke CL; NBCS Collaborators, Collée JM; CTS Consortium, Couch FJ, Cox A, Cross SS, Czene K, Devilee P, Dörk T, Dossus L, Eliassen AH, Eriksson M, Evans DG, Fasching PA, Figueroa J, Fletcher O, Flyger H, Fritschi L, Gabrielson M, Gago-Dominguez M, García-Closas M, Giles GG, González-Neira A, Guénel P, Hahnen E, Haiman CA, Hall P, Hollestelle A, Hoppe R, Hopper JL, Howell A; ABCTB Investigators; kConFab/AOCS Investigators, Jager A, Jakubowska A, John EM, Johnson N, Jones ME, Jung A, Kaaks R, Keeman R, Khusnutdinova E, Kitahara CM, Ko YD, Kosma VM, Koutros S, Kraft P, Kristensen VN, Kubelka-Sabit K, Kurian AW, Lacey JV, Lambrechts D, Larson NL, Linet M, Ogrodniczak A, Mannermaa A, Manoukian S, Margolin S, Mavroudis D, Milne RL, Muranen TA, Murphy RA, Nevanlinna H, Olson JE, Olsson H, Park-Simon TW, Perou CM, Peterlongo P, Plaseska-Karanfilska D, Pylkäs K, Rennert G, Saloustros E, Sandler DP, Sawyer EJ, Schmidt MK, Schmutzler RK, Shibli R, Smeets A, Soucy P, Southey MC, Swerdlow AJ, Tamimi RM, Taylor JA, Teras LR, **Terry MB**, Tomlinson I, Troester MA, Truong T, Vachon CM, Wendt C, Winqvist R, Wolk A, Yang XR, Zheng W, Ziogas A, Simard J, Dunning AM, Pharoah PDP, Easton DF. Rare germline copy number variants (CNVs) and breast cancer risk. Commun Biol. 2022 Jan 18;5(1):65. doi: 10.1038/s42003-021-02990-6. PMID: 35042965.

372. Dareng EO, Tyrer JP, Barnes DR, Jones MR, Yang X, Aben KKH, Adank MA, Agata S, Andrulis IL, Anton-Culver H, Antonenkova NN, Aravantinos G, Arun BK, Augustinsson A, Balmaña J, Bandera EV, Barkardottir RB, Barrowdale D, Beckmann MW, Beeghly-Fadiel A, Benitez J, Bermisheva M, Bernardini MQ, Bjorge L, Black A, Bogdanova NV, Bonanni B, Borg A, Brenton JD, Budzilowska A, Butzow R, Buys SS, Cai H, Caligo MA, Campbell I, Cannioto R, Cassingham H, Chang-Claude J, Chanock SJ, Chen K, Chiew YE, Chung WK, Claes KBM, Colonna S; GEMO Study Collaborators; GC-HBOC Study Collaborators; EMBRACE Collaborators, Cook LS, Couch FJ, Daly MB, Dao F, Davies E, de la Hoya M, de Putter R, Dennis J, DePersia A, Devilee P, Diez O, Ding YC,

Doherty JA, Domchek SM, Dörk T, du Bois A, Dürst M, Eccles DM, Eliassen HA, Engel C, Evans GD, Fasching PA, Flanagan JM, Fortner RT, Machackova E, Friedman E, Ganz PA, Garber J, Gensini F, Giles GG, Glendon G, Godwin AK, Goodman MT, Greene MH, Gronwald J; OPAL Study Group; AOCS Group, Hahnen E, Haiman CA, Håkansson N, Hamann U, Hansen TVO, Harris HR, Hartman M, Heitz F, Hildebrandt MAT, Høgdall E, Høgdall CK, Hopper JL, Huang RY, Huff C, Hulick PJ, Huntsman DG, Imyanitov EN; KConFab Investigators; HEBON Investigators, Isaacs C, Jakubowska A, James PA, Janavicius R, Jensen A, Johannsson OT, John EM, Jones ME, Kang D, Karlan BY, Karnezis A, Kelemen LE, Khusnutdinova E, Kiemeney LA, Kim BG, Kjaer SK, Komenaka I, Kupryjanczyk J, Kurian AW, Kwong A, Lambrechts D, Larson MC, Lazaro C, Le ND, Leslie G, Lester J, Lesueur F, Levine DA, Li L, Li J, Loud JT, Lu KH, Lubiński J, Mai PL, Manoukian S, Marks JR, Matsuno RK, Matsuo K, May T, McGuffog L, McLaughlin JR, McNeish IA, Mebirouk N, Menon U, Miller A, Milne RL, Minlikeeva A, Modugno F, Montagna M, Moysich KB, Munro E, Nathanson KL, Neuhausen SL, Nevanlinna H, Yie JNY, Nielsen HR, Nielsen FC, Nikitina-Zake L, Odunsi K, Offit K, Olah E, Olbrecht S, Olopade OI, Olson SH, Olsson H, Osorio A, Papi L, Park SK, Parsons MT, Pathak H, Pedersen IS, Peixoto A, Pejovic T, Perez-Segura P, Permuth JB, Peshkin B, Peterlongo P, Piskorz A, Prokofyeva D, Radice P, Rantala J, Riggan MJ, Risch HA, Rodriguez-Antona C, Ross E, Rossing MA, Runnebaum I, Sandler DP, Santamariña M, Soucy P, Schmutzler RK, Setiawan VW, Shan K, Sieh W, Simard J, Singer CF, Sokolenko AP, Song H, Southey MC, Steed H, Stoppa-Lyonnet D, Sutphen R, Swerdlow AJ, Tan YY, Teixeira MR, Teo SH, Terry KL, **Terry MB**; OCAC Consortium; CIMBA Consortium, Thomassen M, Thompson PJ, Thomsen LCV, Thull DL, Tischkowitz M, Titus L, Toland AE, Torres D, Trabert B, Travis R, Tung N, Tworoger SS, Valen E, van Altena AM, van der Hout AH, Van Nieuwenhuysen E, van Rensburg EJ, Vega A, Edwards DV, Vierkant RA, Wang F, Wappenschmidt B, Webb PM, Weinberg CR, Weitzel JN, Wentzensen N, White E, Whittemore AS, Winham SJ, Wolk A, Woo YL, Wu AH, Yan L, Yannoukakos D, Zavaglia KM, Zheng W, Ziogas A, Zorn KK, Kleibl Z, Easton D, Lawrenson K, DeFazio A, Sellers TA, Ramus SJ, Pearce CL, Monteiro AN, Cunningham J, Goode EL, Schildkraut JM, Berchuck A, Chenevix-Trench G, Gayther SA, Antoniou AC, Pharoah PDP. Polygenic risk modeling for prediction of epithelial ovarian cancer risk. Eur J Hum Genet. 2022 Jan 14. doi: 10.1038/s41431-021-00987-7. Online ahead of print. PMID: 35027648

373. Schrijver LH, Mooij TM, Pijpe A, Sonke GS, Mourits MJE, Andrieu N, Antoniou AC, Easton DF, Engel C, Goldgar D, John EM, Kast K, Milne RL, Olsson H, Phillips KA, **Terry MB,** Hopper JL, van Leeuwen FE, Rookus MA. Oral Contraceptive Use in BRCA1 and BRCA2 Mutation Carriers: Absolute Cancer Risks and Benefits. J Natl Cancer Inst. 2022 Jan 20:djac004. doi: 10.1093/jnci/djac004. Online ahead of print. PMID: 35048954

374. Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk. Niehoff NM, **Terry MB**, Bookwalter DB, Kaufman JD, O'Brien KM, Sandler DP, White AJ. Air Pollution and Breast Cancer: An Examination of Modification By Underlying Familial Breast Cancer Risk. Cancer Epidemiol Biomarkers Prev. 2022 Feb;31(2):422-429. doi: 10.1158/1055-9965.EPI-21-1140. Epub 2021 Dec 14.

PMID: 34906967

375. *Hillyer GC, Nazareth M, Lima S, Schmitt KM, Reyes A, Fleck E, Schwartz GK, **Terry MB**. E-cigarette Use Among Young Adult Patients: The Opportunity to Intervene on Risky Lifestyle Behaviors to Reduce Cancer Risk. J Community Health. 2022 Feb;47(1):94-100. doi: 10.1007/s10900-021-01027-7. Epub 2021 Aug 27. PMID: 34453225

376. Li S, Silvestri V, Leslie G, Rebbeck TR, Neuhausen SL, Hopper JL, Nielsen HR, Lee A, Yang X, McGuffog L, Parsons MT, Andrulis IL, Arnold N, Belotti M, Borg Å, Buecher B, Buys SS, Caputo SM, Chung WK, Colas C, Colonna SV, Cook J, Daly MB, de la Hoya M, de Pauw A, Delhomelle H, Eason J, Engel C, Evans DG, Faust U, Fehm TN, Fostira F, Fountzilas G, Frone M, Garcia-Barberan V, Garre P, Gauthier-Villars M, Gehrig A, Glendon G, Goldgar DE, Golmard L, Greene MH, Hahnen E, Hamann U, Hanson H, Hassan T, Hentschel J, Horvath J, Izatt L, Janavicius R, Jiao Y, John EM, Karlan BY, Kim SW, Konstantopoulou I, Kwong A, Laugé A, Lee JW, Lesueur F, Mebirouk N, Meindl A, Mouret-Fourme E, Musgrave H, Ngeow Yuen Yie J, Niederacher D, Park SK, Pedersen IS, Ramser J, Ramus SJ, Rantala J, Rashid MU, Reichl F, Ritter J, Rump A, Santamariña M, Saule C, Schmidt G, Schmutzler RK, Senter L, Shariff S, Singer CF, Southey MC, Stoppa-Lyonnet D, Sutter C, Tan Y, Teo SH, **Terry MB**, Thomassen M, Tischkowitz M, Toland AE, Torres D, Vega A, Wagner SA, Wang-Gohrke S, Wappenschmidt B, Weber BHF, Yannoukakos D, Spurdle AB, Easton DF, Chenevix-Trench G, Ottini L, Antoniou AC. Cancer Risks Associated With BRCA1 and BRCA2 Pathogenic Variants. J Clin Oncol. 2022 Jan 25:JCO2102112. doi: 10.1200/JCO.21.02112. Online ahead of print. PMID: 35077220

377. *Houghton LC, Wei Y, Wang T, Goldberg M, Paniagua-Avila A, Sweeden RL, Bradbury A, Daly M, Schwartz LA, Keegan T, John EM, Knight JA, Andrulis IL, Buys SS, Frost CJ, O'Toole K, White ML, Chung WK, **Terry MB**. Body mass index rebound and pubertal timing in girls with and without a family history of breast cancer: the LEGACY girls study. Int J Epidemiol. 2022 Feb 14:dyac021. doi: 10.1093/ije/dyac021. Online ahead of print. PMID: 35157067

378. Matsumoto H, Larson EL, Warren SI, Hammoor BT, Bonsignore-Opp L, Troy MJ, Barrett KK, Striano BM, Li G, **Terry MB**, Roye BD, Lenke LG, Skaggs DL, Glotzbecker MP, Flynn JM, Roye DP, Vitale MG. A Clinical Risk Model for Surgical Site Infection Following Pediatric Spine Deformity Surgery. J Bone Joint Surg Am. 2022 Feb 16;104(4):364-375. doi: 10.2106/JBJS.21.00751. PMID: 34851324

379. Acheampong T, Lee Argov EJ, **Terry MB**, Rodriguez CB, Agovino M, Wei Y, Alithat S, Tehranifar P. Current regular aspirin use and mammographic breast density: a cross-sectional analysis considering concurrent statin and metformin use. Cancer Causes Control. 2022 Mar;33(3):363-371. doi: 10.1007/s10552-021-01530-1. Epub 2022 Jan 13. PMID: 35022893

380. Nguyen K, Pitiranggon M, Wu HC, John EM, Santella RM, **Terry MB**, Yan B.

Improvement on recovery and reproducibility for quantifying urinary mono-hydroxylated polycyclic aromatic hydrocarbons (OH-PAHs). J Chromatogr B Analyt Technol Biomed Life Sci. 2022 Mar 1;1192:123113. doi: 10.1016/j.jchromb.2022.123113. Epub 2022 Jan 17. PMID: 35114472

381. *Wu HC, Kehm R, Santella RM, Brenner DJ, **Terry MB**. DNA repair phenotype and cancer risk: a systematic review and meta-analysis of 55 case-control studies. Sci Rep. 2022 Mar 1;12(1):3405. doi: 10.1038/s41598-022-07256-7. PMID: 35233009

382. John EM, Koo J, Ingles SA, Keegan TH, Nguyen JT, Thomsen C, **Terry MB**, Santella RM, Nguyen K, Yan B. Predictors of urinary polycyclic aromatic hydrocarbon metabolites in girls from the San Francisco Bay Area. Environ Res. 2022 Apr 1;205:112534. doi: 10.1016/j.envres.2021.112534. Epub 2021 Dec 10. PMID: 34896321

B. Reviews, Chapters, Editorials and Commentaries

1. Gammon MD, Bertin JE, and **Terry MB**. Abortion and the risk of breast cancer risk: Is there a believable association. JAMA 1996; 275(4): 321-322.

2. Susser ES, **Terry MB**, Matte T. The birth cohorts grow up: New opportunities for epidemiology. Paediatr Perinat Epidemiol. 2000; 14(2):98-100.

3. Neugut AI, **Terry MB**. Cigarette smoking and microsatellite instability: causal pathway or marker-defined subset of colon tumors? J Nat Can Inst 2000; 92(22): 1791-2.

4. ***Terry MB**, Susser E. Commentary: the impact of fetal and infant exposures along the life course. Int J Epi 2001; 30(1):95-96.

5. ***Terry MB,** Gaudet MM, Gammon MD. The Epidemiology of Gastric Cancer. Semin Radiat Oncol 2002; 12(2): 111-27.

6. Susser E, **Terry MB.** A conception-to-death cohort. Lancet 2003. 361: 797-8

7. ***Terry MB,** Wei Y, Esserman D. Re: Maternal, Birth, and Early Life Influences on Adult Body Size in Women. American Journal of Epidemiology 2007; 166:17-18.

8. Abrams J, **Terry MB**, Neugut AI. Cigarette Smoking and the Colorectal Adenoma-Carcinoma Sequence. Gastroenterology 2008; 134:617-631

9. ***Terry MB**, Tehranifar P. Hormone Replacement Therapy and Breast Cancer Risk: More Evidence for Risk Stratification? J Natl Cancer Inst. 2013 Sep 3. [Epub ahead of print] PMID: 24003038 [PubMed - as supplied by publisher]

10. *McDonald JA, Goyal A, **Terry MB**. Alcohol Intake and Breast Cancer Risk: Weighing the Overall Evidence. Curr Breast Cancer Rep. 2013 Sep;5(3). doi: 10.1007/s12609-013-0114-z. PMID: 24265860 [PubMed]

11. *Genkinger JM, **Terry MB**. Commentary: Towards a definite coherent heterogeneity in meta-analyses. Int J Epidemiol. 2014 Aug;43(4):1236-9. doi: 10.1093/ije/dyu136. Epub 2014 Jul 4. No abstract available. PMID: 24997208 [PubMed - in process]

12. ***Terry MB**, McDonald JA, Wu HC, Eng S, Santella RM. Epigenetic Biomarkers of Breast Cancer Risk: Across the Breast Cancer Prevention Continuum.Adv Exp Med Biol. 2016;882:33-68. doi: 10.1007/978-3-319-22909-6_2. PMID: 26987530

13. ***Terry MB**, Bradbury A. Family-based Breast Cancer Prevention Efforts in Adolescence. Pediatrics. 2016 Nov;138(Suppl 1):S78-S80. PMID: 27940980

14. ***Terry MB**, Forman MR. Empowering Pediatricians to Prevent Chronic Disease Across Generations. Pediatrics. 2016 Nov;138(Suppl 1):S92-S94. PMID: 27940982

15. Schooling CM, Houghton LC, **Terry MB**. Potential Intervention Targets in Utero and Early Life for Prevention of Hormone Related Cancers. Pediatrics. 2016 Nov;138(Suppl 1):S22-S33. PMID: 27940974

16. Do C, Shearer A, Suzuki M, **Terry MB**, Gelernter J, Greally JM, Tycko B. Genetic-epigenetic interactions in cis: a major focus in the post-GWAS era. Genome Biol. 2017 Jun 19;18(1):120. doi: 10.1186/s13059-017-1250-y. Review.

17. Nagel ZD, Engelward BP, Brenner DJ, Begley TJ, Sobol RW, Bielas JH, Stambrook PJ, Wei Q, Hu JJ, **Terry MB**, Dilworth C, McAllister KA, Reinlib L, Worth L, Shaughnessy DT. Towards precision prevention: Technologies for identifying healthy individuals with high risk of disease. Mutat Res. 2017 Apr 6;800-802:14-28. doi: 10.1016/j.mrfmmm.2017.03.007. [Epub ahead of print] PMID: 28458064

18. **Terry MB**. Consistency, now what? Breast Cancer Res. 2017 Jul 21;19(1):85. doi: 10.1186/s13058-017-0869-7

19. Cohn BA, **Terry MB**. Environmental Influences on Mammographic Breast Density in California: A Strategy to Reduce Breast Cancer Risk. Int J Environ Res Public Health. 2019;16(23). Epub 2019/12/01. doi: 10.3390/ijerph16234731. PubMed PMID: 31783496; PMCID: PMC6926682.

20. **Terry MB**. No multiplicative GXE interactions for breast cancer risk: Have we reached a verdict or is the jury still out? Int J Epidemiol. 2019. Epub 2020/01/01. doi: 10.1093/ije/dyz258. PubMed PMID: 31891385.

21. **Terry MB.** Translate but validate: necessary steps in improving the use and utility of cancer risk models. Cancer Causes Control. 2020 Jun;31(6):537-540. doi: 10.1007/s10552-020-01293-1. No abstract available. PMID: 32277326

22. **Terry MB**. Commentary: No multiplicative GXE interactions for breast cancer risk: Have we reached a verdict or is the jury still out? Int J Epidemiol. 2020 Feb 1;49(1):231-232. doi: 10.1093/ije/dyz258. PMID: 31891385

23. *Kehm RD, McDonald JA, Fenton SE, Kavanaugh-Lynch M, Leung KA, McKenzie KE, Mandelblatt JS, **Terry MB**. Inflammatory Biomarkers and Breast Cancer Risk: A Systematic Review of the Evidence and Future Potential for Intervention Research. Int J Environ Res Public Health. 2020 Jul 28;17(15). pii: E5445. doi: 10.3390/ijerph17155445. Review. PMID: 32731638.

24. *Zeinomar N, Oskar S, Kehm RD, Sahebzeda S, **Terry MB**. Environmental exposures and breast cancer risk in the context of underlying susceptibility: A systematic review of the epidemiological literature. Environ Res. 2020 Aug;187:109346. doi: 10.1016/j.envres.2020.109346. Epub 2020 Mar 12. Review. PMID: 32445942.

25. *McDonald JA, Rao R, Gibbons M, Janardhanan R, Jaswal S, Mehrotra R, Pandey M, Radhakrishnan V, Ramakant P, Verma N, **Terry MB**. Symposium report: breast cancer in India-trends, environmental exposures and clinical implications. Cancer Causes Control. 2021 Jun;32(6):567-575. doi: 10.1007/s10552-021-01428-y. Epub 2021 Apr 28. PMID: 33909208; PMCID: PMC8089075.

26. Strebel J, **Terry MB**. Alcohol, Binge Drinking, and Cancer Risk: Accelerating Public Health Messaging Through Countermarketing. Am J Public Health. 2021 May;111(5):812-814. doi: 10.2105/AJPH.2021.306233. PMID: 33826398; PMCID:

27. Tehranifar P, Wei Y, **Terry MB**. Less Is More-Ways to Move Forward for Improved Breast Cancer Risk Stratification. Cancer Epidemiol Biomarkers Prev. 2021 Apr;30(4):587-589. doi: 10.1158/1055-9965.EPI-20-1627. PMID: 33811169.

28. *Oskar S, Kehm R, **Terry MB**. Breast Tissue Composition-Why It Matters and How Can We Measure It More Accurately in Epidemiology Studies. Cancer Epidemiol Biomarkers Prev. 2021 Apr;30(4):590-592. doi: 10.1158/1055-9965.EPI-20-1807. PMID: 33811170.

29. Walker DAH, **Terry MB**. Is it 'cancer prevention' or 'risk reduction'? #Wordsmatter. Cancer Causes Control. 2021;32(9):919-22. Epub 2021/07/22. doi: 10.1007/s10552-021-01470-w. PubMed PMID: 34287740; PMCID: PMC8310470.

<u>C. Letters</u>

1. ***Terry MB**, Garbers S, Skovron ML, Sonnenschein E, and Toniolo P. Reply to: Frequency of cosmetic breast augmentation among U.S. women, 1963-1988. Am J Publ Health 1996; 86(6):892.

2. Gammon MD, **Terry MB**, and Bertin JE. Abortion and the risk of breast cancer. Int J Cancer 1995; 63: 761.

3. *__Terry MB__, Gammon MD, Ng-Mak D, Thompson WD. Re:"p53 protein overexpression in relation to risk factors for breast cancer". Am J Epidemiol 1998;147(5): 511-512.

4. Gammon MD, **Terry MB**, Teitelbaum SL, Britton JA, Levin B. Re: "Plasma organochlorine levels and the risk of breast cancer". New Engl J Med 1998; 338(14): 989.

5. *__Terry MB__, Neugut AI. Reply to: Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1999; 149(8): 788.

6. *__Terry MB__, Neugut AI. Reply to: Smoking and the colorectal adenoma-carcinoma sequence: A hypothesis to Explain the Paradox. Am J Epidemiol 1999; 150(5): 542-543.

7. *__Terry MB.__ Birth weight and breast cancer. N Engl J Med. 2005 Jan 20;352(3):304

8. *Tehranifar P, Akinyemiju TF, **Terry MB**. Incidence rate of breast cancer in young women. JAMA. 2013 Jun 19;309(23):2433-4. doi: 10.1001/jama.2013.6461. No abstract available. PMID: 23780448 \

9. * Wei Y, **Terry MB.** Re: "Quantile regression—opportunities and challenges from a user's perspective". Am J Epidemiol. 2015 Jan 15;181(2):152-3. doi: 10.1093/aje/kwu346. Epub 2014 Dec 19. No abstract available.

10. *Reimers LL, Crew KD, **Terry MB**. Atypical hyperplasia of the breast. N Engl J Med. 2015 Mar 26;372(13):1270-1. doi: 10.1056/NEJMc1501046#SA2.

11. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to ten Broeke et al. Genet Med. 2018 May 24. doi: 10.1038/s41436-018-0031-7. [Epub ahead of print] PMID: 29795440

12. *Goldberg M, **Terry MB**. Re: "Growth Trajectories, Breast Size, and Breast-Tissue Composition in a British Pre-Birth Cohort of Young Women". Am J Epidemiol. 2018 May 23. doi: 10.1093/aje/kwy107. [Epub ahead of print] PMID: 29796640

13. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Wange et al. *Genet Med*. 2019 Mar 1. doi: 10.1038/s41436-019-0469-2. [Epub ahead of print] No abstract available. PMID: 30824819

14. *__Terry MB__, Liao Y, Hopper JL, MacInnis RJ. Performance of BCRAT in high-risk patients with breast cancer - Authors' reply. *Lancet Oncol.* 2019 Jun;20(6):e286. doi: 10.1016/S1470-2045(19)30311-0. No abstract available. PMID: 31162093

15. Roberts ME, Zeinomar N, Solomon BD, **Terry MB**, Chung WK. Response to Evans et al. Genet Med. 2019;21(8):1880-1. Epub 2018/12/20. doi: 10.1038/s41436-018-0400-2. PubMed PMID: 30563985.

16. *__Terry MB__, Zeinomar N. Response to Lee et al 2019: Essential to frame study

implications within the context of prior findings from enriched cohorts for underlying familial risk of breast cancer. *Occup Environ Med.* 2019 Aug;76(8):592. doi: 10.1136/oemed-2019-105936. No abstract available. PMID: 31300563

**Invited Lectures and Seminars**

1998 Invited lecture, International Agency Research Cancer, World Health Organization, Lyon, France

1999 Invited lecture, "Intermediate Markers and Colorectal Neoplasia," Memorial Sloan Kettering Cancer Center, New York, New York

2003 Invited lecture to K07 recipients, ASPO 2003 Meeting, "Advice on submitting K applications," Bethesda, MD

2003 Invited lecture, "Role of Molecular Markers in Cancer Epidemiology and Public Health" Cancer Prevention and Control Colloquia Series, Division of Cancer Prevention, National Cancer Institute, National Institutes of Health, Bethesda, MD

2004 Invited lecture, "What do we know about the causes of breast cancer," NIEHS Center for Environmental Health in Northern Manhattan, New York, New York

2004 Invited lecture, "The role of aspirin in breast cancer risk", Board of Directors, Mailman School of Public Health, Columbia University, New York, New York

2005 Invited lecture, "The role of mammographic density," Breast Cancer in Women of Color, Columbia University and New York Presbyterian, New York, New York

2005 Invited lecture, Lectureship series, "Early life risk factors and breast cancer risk – what we know," The Maurer Foundation for Breast Health Education, Port Washington, New York

2006 Invited lecture, "Alcohol and beverage type and breast cancer risk" Invited panelist to the ISBRA conference, Sydney Australia

2006 Invited lecture "Breast Cancer Risk along the Life course", University of Illinois, Department of Public Health Policy, Chicago, Illinois

2007 Invited lecture "The Breast Cancer Family Registry, Description of Resource and Applications", Cornell Medical Center, New York, New York

2007 Invited lecture "Breast Cancer Risk along the Life course", Lehman College Biology Seminar Series, Bronx, New York

2007 Invited seminar "Use of Intermediate Markers in Breast Cancer Risk". Memorial Sloan Kettering, New York, New York

2007 Invited talk "When Breast Cancer Susceptibility Begins" Society for Epidemiologic Research, Boston, MA

2007 Invited talk "Cancer Epidemiology Program", Health Sciences Advisory Council, Columbia University, New York, New York

2008 Invited seminar "Studying Pathways to Breast Cancer: The Role of Timing, Intermediate Markers, and Phenotype". University of Toronto, Ontario, Canada

2008 Invited lecture "Use of Intermediate Markers to Understand Early Life Events in Breast Cancer Risk", Columbia Medical Center, Breast Conference.

2008 Invited seminar "Relationship between Breast Density and Tumor Phenotype", Columbia Medical Center, Medical Oncology and Hematology Grand Rounds.

2008 Invited talk "Use of Mammographic Density in Breast Cancer Epidemiology" New York Roentgen Society

2008 Invited Symposium Presentation "DNA methylation and Breast Cancer Risk" Era of Hope Symposia, DoD Breast Cancer Meeting, Baltimore, MD

2008 Invited Faculty Discussant, American Society for Clinical Oncology, Annual Meeting, "Breast Cancer-Local Regional and Adjuvant Therapy", Chicago, IL

2008 Invited lecture "Early life factors and Breast Cancer Risk", Columbia Medical Center, Cancer Center.

2008 Invited lecture, New York University, Oncology Fellows. "Advances in Cancer Prevention"

2009 Invited lecture, "DNA Methylation Patterns across the Lifecourse" National Institutes for Environmental Health Sciences Center Retreat

2009 Invited talk, "Reducing Breast Cancer in High-Risk Families", Columbia University, Breast Conference

2009 Invited talk, "Transitioning from K to Independence", American Society for Preventive Oncology", Annual Meeting.

2009 Invited Symposium, "Beyond Standard Design and Analyses", Society for Epidemiologic Research Annual Meeting

2010 Invited Lecture, "Pathologic Subtypes and Family-Based Designs" Pathology Department Grand Rounds.

2010 Invited Lecture "Epigenetic Mechanisms and Disease Risk", Estee Lauder Research Campus.

2010 Invited Talk: Environmental Causes of Breast Cancer: Review of Evidence, Institute of Medicine Panel

2011 Invited talk: Why Families (and their histories) still matter for Breast Cancer Risk Prediction. Ohio State Cancer Center Population Science Program.

2011 Invited talk: Risk Prediction Modeling in High-risk Families. University of Chicago.

2011 Invited panelist: Early life factors and Mammographic Density. Era of Hope Conference, Orlando Florida

2011 Invited talk: DNA methylation and Breast Cancer Risk. University of Melbourne.

2011 Invited talk: Predicting cancer risks and mutation status: Evidence to Shape Best Practice. Kingscliff, New South Wales.

2011 Invited talk: DNA methylation in risk prediction within high-risk families. International Breast Cancer Network, Rennes France

2011 Invited talk: Breast Cancer Management 2012. Breast Cancer Epidemiology. CME Accredited Course. Columbia University Medical Center

2012 The influence of prenatal and early life environment on breast cancer susceptibility. Department of Psychiatry Monthly Seminars, Columbia University.

2012 Invited talk: Reconsidering the Role of Family-Based Designs in Understanding and Predicting Cancer Risk. Institute for Translational Epidemiology. Mount Sinai School of Medicine, New York.

2012 Invited talk: Breast Cancer Risk Assessment across the Prevention Continuum. Dubin Breast Center, Mount Sinai School of Medicine, New York.

2012 Invited talk: Family-based designs for Lifecourse studies. Imprints Center and the Lifecourse Cluster, Columbia University Mailman School of Public Health.

2012 Invited talk: Breast Cancer Risk Assessment across the Risk Continuum. American Association for Cancer Research Annual Prevention Meeting.

2013 Invited talk: Grand Rounds: Breast and Ovarian Cancer: Epidemiology and Risk Identification, Mount Sinai School of Medicine, New York, New York.

2013 Invited talk: Using family-based studies to understand the role of the environment in breast cancer risk. National Institutes of Environmental Health Sciences.

2013 Invited talk: Accuracy versus discrimination, improving clinical risk prediction and targeted cancer prevention. Helmholtz Zentrum München - German Research Center for Environmental Health, Neuherberg, Germany Annual Conference. Keynote speaker.

2014 Invited talk: Towards personalized prevention for breast cancer; University of Alabama at Birmingham Cancer Center.

2014 Invited talk: Personalized Prevention: Can Breast Cancer Prevention Efforts be Better Targeted? INSERM, Paris France.

2014 Invited talk: Breast Cancer Prevention: What we can learn from Families. International Breast Cancer and Nutrition Conference, Purdue, USA.

2015 Invited talk: Breast Cancer Prevention: A story of lifetime exposures, genetics and epigenetics. Huntsman Cancer Center, Utah.

2015 Invited talk: Breast Cancer Prevention: Biomarkers of Risk and Integration into Risk assessment. Rutgers Cancer Institute.

2016 Departmental Grand Rounds: Breast Cancer Prevention: A story of lifetime exposures, genetics and epigenetics. Columbia University.

2016 Blood-based Biomarkers to improve Breast Cancer Risk Assessment, ASPO annual meeting

2016 Columbia University Series on the Future of Epidemiology: When Population-basedapproaches are insufficient and inefficient. Columbia University

2016 Breast Cancer Susceptibility and the Environment, University of Connecticut

2017 Comparison of risk model recommendations for women at high-risk of breast cancer based on clinical thresholds, AACR and ASPO annual conferences

2017 Inferring causality in observational epidemiology: Breast Cancer Risk as an Example, National Academy of Sciences

2017 The Robert Millikan Memorial Lecture: When Population-based approaches are insufficient and inefficient, University of North Carolina

2017 Enriched Designs for Studying Environmental Exposures: PAH and Breast Cancer risk. Breast Cancer Environment Research Program Integration Meeting

2017 Risk Reducing Surgery and Breast Cancer Risk: Association or Bias? Familial Aspects of Breast Cancer: Research and Practice. kConFab, Australia

2017 Intergenerational Study Designs for Chronic Disease Prevention. Purdue Science Center.

2017 Environmental Exposures, Cancer Susceptibility and Cancer Health Disparities. AACR Cancer Health Disparities Conference, Atlanta GA

2017 Global Breast Cancer Prevention, IBCN meeting, Montevideo Uruguay

2017 Air Pollution and Breast Cancer Risk, Impact of Environment on Women's Health, Lucknow, India

2017 Putting the E back into GXE, breast cancer risk assessment, and cancer prevention, University of California Davis Cancer Center

2018Breast Cancer Risk Assessment, Prospective Evidence and Validation, Munich Germany

2018 Wag the Dog – Should Cancer Prevention and Public Health Really be Afraid of the Precision Medicine Tail? Roswell Park Cancer Center

2018 Precision Prevention. University of Michigan, Annual Cancer Symposium.

2018 Use of Family-based Studies to improve Clinical Risk Prediction, the Susan BukeleyMemorial Lecture, International Breast Cancer Network (IBCN) Annual Meeting.

2018 Optimizing Family Designs to enhance Cancer Prevention. Dave E Rogers Health Policy Colloquium, Cornell University

2018 Environmental exposures during windows of susceptibility, American College of Epidemiology Annual Meeting, Cincinnati, Ohio

2018 Breast Cancer Prevention in Young Women Less (Family) Hisotry More Forecasting, Susan Bulkeley Leadership Award, International Breast Cancer Network

2018 Is Tribalism Killing Us, MSPH Grand Rounds, Columbia University

2018 Does Breast Cancer Prevention need an 18th Ammendment. New Data on Alcohol and Breast Cancer. CME credit Course. SABCS, San Antonio, Texas

2018 Using Family-based Studies for Prevention. Institute for Cancer Research. London England.

2019 Cascade Prevention: On the use of non population-based methods to augment Cancer Prevention. BU-BMC Cancer Center, Boston University

2019 PAH and Adolescent Breast Development, Breast Cancer Research and the Environment Program Annual Meeting, Atlanta Georgia

2019 Air Pollution and Breast Cancer Risk, International Workshop on Environment and Breast Cancer, Columbia Global Center, Mumbai India.

2020 Alcohol and Cancer, Evaluating the evidence for Breast Cancer, National Cancer Institute

2021 Environment and Cancer, Evaluating the evidence for Windows of Susceptibility, National Cancer Insitute

2021 Addressing Gaps in Risk Models for Early Onset Breast Cancer, National Cancer Institute, Cohort Consortia meeting

2021 On the need to focus on Environmental Chemical Exposuress to understand the Global Breast Cancer Risk, International Breast Cancer and Nutrition Annual Meeting, ICO, Nantes France

2021 DNA Repair Phenotype: The missing link in Breast cancer Risk Assessment, National Institute of Environmental Health Symposia

2022 Precision Prevention: G&E Interactions: PAHS and the Breast Cancer Family Cohort, Cancer & Environment Forum 2022: What does new science say about chemicals and cancer? Lessons from Public Health & Environmental Medicine, Mass General Brigham, February.

2022 Reducing The Breast Cancer Burden, City College of New York (CCNY), February

2022 Confronting the Global Increase in Breast Cancer, March, International Agency for Research on Cancer (IARC)

2022 The Science of Science Communication, Consortium of Universities for Global Health

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924
JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO: ALL ACTIONS

**RULE 26 EXPERT REPORT**

**MARY BETH TERRY, PH.D.**

# Exhibit B
# Materials Considered

*In Re: Zantac (Ranitidine) Products Liability Litigation*
*MDL No. 2924*

**MARY BETH TERRY, PH.D.**
**LIST OF MATERIALS CONSIDERED**

## Literature and Public Sources


| | |
|---|---|
| 1. | Abasse KS, Essien EE, Abbas M, Yu X, Xie W, Sun J, Akter L, Cote A. Association between Dietary Nitrate, Nitrite Intake, and Site-Specific Cancer Risk: A Systematic Review and Meta-Analysis. *Nutrients*. 2022; 14(3):666. https://doi.org/10.3390/nu14030666 |
| 2. | Abrahami D, McDonald EG, Schnitzer ME, Barkun AN, Suissa S, Azoulay L. Proton pump inhibitors and risk of gastric cancer: population-based cohort study. Gut. 2022;71(1):16-24. |
| 3. | Adami HO, Trolle Andersen I, Heide-Jørgensen U, Chang ET, Nørgaard M, Sørensen HT. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiol Biomarkers Prev*. 2021;30(12):2302-2308. doi:10.1158/1055-9965.EPI-21-0831 |
| 4. | Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. *World J Gastroenterol*. 2013;19(16):2560-2568. doi:10.3748/wjg.v19.i16.2560 |
| 5. | Amarnath S, Starr A, Abureesh M, Elfiky A, Aqsa A, Singh C, Gurala D, Polavarapu A, Weerasinghe C, Demissie S, Deeb L, Terjanian T. The Association Between Gastroesophageal Reflux Disease and Non-Small Cell Lung Cancer: A Retrospective Case Control Study. [ACG 2020 Abstract P0872 (S0398)] |
| 6. | American Cancer Society. Cancer Facts & Figures – 2021. Available at https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2021/cancer-facts-and-figures-2021.pdf |
| 7. | American Cancer Society. Key Statistics for Bladder Cancer. 2022. Available at https://www.cancer.org/cancer/bladder-cancer/about/key-statistics.html |
| 8. | Anderson, L. A., Watson, R. G., Murphy, S. J., Johnston, B. T., Comber, H., Mc Guigan, J., Reynolds, J. V., & Murray, L. J. (2007). Risk factors for Barrett's oesophagus and oesophageal adenocarcinoma: results from the FINBAR study. *World journal of gastroenterology*, *13*(10), 1585–1594. https://doi.org/10.3748/wjg.v13.i10.1585 |

| | |
|---|---|
| 9. | Babic A, Zhang X, Morales-Oyarvide V, et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer*. 2020;123(5):844-851. doi:10.1038/s41416-020-0939-y |
| 10. | Bao Y, Spiegelman D, Li R, Giovannucci E, Fuchs CS, Michaud DS. History of peptic ulcer disease and pancreatic cancer risk in men. *Gastroenterology*. 2010;138(2):541-549. doi:10.1053/j.gastro.2009.09.059 |
| 11. | Beiderbeck AB, Holly EA, Sturkenboom MC, Coebergh JW, Stricker BH, Leufkens HG. Prescription medications associated with a decreased risk of non-Hodgkin's lymphoma. *Am J Epidemiol*. 2003;157(6):510-516. doi:10.1093/aje/kwg004 |
| 12. | Benjamini Y, De Veaux RD, Efron B, Evans S, Glickman M, Graubard BI, He X, Meng X-L, Reid N, Stigler SM, Vardeman SB, Wikle CK, Wright T, Young LJ, Kafadar K. The ASA President's Task Force Statement on Statistical Significance and Replicability. *Annals of Applied Statistics*, 2021;15(3):1084-1085. |
| 13. | Birgisson S, Rice TW, Easley KA, Richter JE. The lack of association between adenocarcinoma of the esophagus and gastric surgery: a retrospective study. *Am J Gastroenterol*. 1997;92(2):216-221. |
| 14. | Blum S, Arp EW, Smith AH, Tyroler HA. Stomach Cancer Among Rubber Workers: An Epidemiologic Investigation. In: *Dusts and Disease*. (Lemen R & Dement JM, Eds.) Park Forest South, IL: Pathotox Publishers; 1979:325-334. |
| 15. | Boeing H, Schlehofer B, Blettner M, Wahrendorf J. Dietary carcinogens and the risk for glioma and meningioma in Germany. *Int J Cancer*. 1993;53(4):561-565. doi:10.1002/ijc.2910530406 |
| 16. | Bosetti C, Lucenteforte E, Bracci PM, et al. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). *Ann Oncol*. 2013;24(11):2903-2910. doi:10.1093/annonc/mdt336 |
| 17. | Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. *Br J Cancer*. 2012;106(1):233-239. doi:10.1038/bjc.2011.511 |
| 18. | Braunstein LZ, Kantor ED, O'Connell K, Hudspeth A, Kucera K, Wu Q, Light DY. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv Preprint. 2021. https://www.medrxiv.org/content/10.1101/2021.01.27.21250656v1 |
| 19. | Brown AW, Aslibekyan S, Bier D, et al. Toward more rigorous and informative nutritional epidemiology: The rational space between dismissal and defense of the status quo [published online ahead of print, 2021 Oct 22]. *Crit Rev Food Sci Nutr*. 2021;1-18. doi:10.1080/10408398.2021.1985427 |

| | |
|---|---|
| 20. | Brusselaers N, Engstrand L, Lagergren J. Maintenance proton pump inhibition therapy and risk of oesophageal cancer. *Cancer Epidemiol*. 2018;53:172-177. doi:10.1016/j.canep.2018.02.004 |
| 21. | Brusselaers N, Sadr-Azodi O, Engstrand L. Long-term proton pump inhibitor usage and the association with pancreatic cancer in Sweden. *J Gastroenterol*. 2020;55(4):453-461. doi:10.1007/s00535-019-01652-z |
| 22. | Brusselaers N, Wahlin K, Engstrand L, Lagergren J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. *BMJ Open*. 2017;7(10):e017739. Published 2017 Oct 30. doi:10.1136/bmjopen-2017-017739 |
| 23. | Büchner FL, Bueno-de-Mesquita HB, Ros MM, et al. Consumption of vegetables and fruit and the risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition. *Int J Cancer*. 2009;125(11):2643-2651. doi:10.1002/ijc.24582 |
| 24. | Bunin GR, Kuijten RR, Boesel CP, Buckley JD, Meadows AT. Maternal diet and risk of astrocytic glioma in children: a report from the Childrens Cancer Group (United States and Canada). *Cancer Causes Control*. 1994;5(2):177-187. doi:10.1007/BF01830264 |
| 25. | Bunin GR, Kuijten RR, Buckley JD, Rorke LB, Meadows AT. Relation between maternal diet and subsequent primitive neuroectodermal brain tumors in young children. *N Engl J Med*. 1993;329(8):536-541. doi:10.1056/NEJM199308193290804 |
| 26. | Burger M, Catto JW, Dalbagni G, et al. Epidemiology and risk factors of urothelial bladder cancer. *Eur Urol*. 2013;63(2):234-241. doi:10.1016/j.eururo.2012.07.033 |
| 27. | Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol*. 2021;116(8):1612-1619. doi:10.14309/ajg.0000000000001310 |
| 28. | Hon Chan, T., Fung Tsoi, M., & Yung Cheung, B. M. (2022). Cancer Risk of Angiotensin II Receptor Blocker Valsartan: Population-based Study. *Journal of cardiovascular pharmacology*, 10.1097/FJC.0000000000001217. Advance online publication. https://doi.org/10.1097/FJC.0000000000001217 |
| 29. | Cheung KS, Leung WK. Response to letter to the editor by Moayyedi *et al*. *Gut*. 2019;68(9):1721-1722. doi:10.1136/gutjnl-2018-317127 |
| 30. | Cheung KS, Chan EW, Wong AYS, Chen L, Wong ICK, Leung WK. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for *Helicobacter pylori*: a population-based study. *Gut*. 2018;67(1):28-35. doi:10.1136/gutjnl-2017-314605 |

| | |
|---|---|
| 31. | Chien LN, Huang YJ, Shao YH, et al. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. *Int J Cancer*. 2016;138(6):1401-1409. doi:10.1002/ijc.29896 |
| 32. | Choi NW, Miller AB, Fodor JG, et al. Consumption of precursors of N-nitroso compounds and human gastric cancer. *IARC Sci Publ*. 1987;(84):492-496. |
| 33. | Chow WH, Finkle WD, McLaughlin JK, Frankl H, Ziel HK, Fraumeni JF Jr. The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. *JAMA*. 1995;274(6):474-477. |
| 34. | Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. *Pharmacoepidemiol Drug Saf*. 2009;18(7):540-544. doi:10.1002/pds.1749 |
| 35. | Chyou PH, Nomura AM, Hankin JH, Stemmermann GN. A case-cohort study of diet and stomach cancer. *Cancer Res*. 1990;50(23):7501-7504. |
| 36. | Cocco P, Palli D, Buiatti E, Cipriani F, DeCarli A, Manca P, Ward MH, Blot WJ, Fraumeni JF Jr. Occupational exposures as risk factors for gastric cancer in Italy. *Cancer Causes Control*. 1994 May;5(3):241-8. doi: 10.1007/BF01830243. PMID: 8061172. |
| 37. | Cocco P, Ward MH, Dosemeci M. Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. *J Occup Environ Med*. 1998;40(10):855-861. doi:10.1097/00043764-199810000-00004 |
| 38. | Cocco P, Ward MH, Dosemeci M. Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. *Occup Environ Med*. 1999;56(11):781-787. doi:10.1136/oem.56.11.781 |
| 39. | Cohen Sedgh R, Moon J, Jackevicius CA. Neoplasm Reports in Food and Drug Administration Adverse Event Reporting System Following Angiotensin Receptor Blocker Recalls. *Circ Cardiovasc Qual Outcomes*. 2021;14(8):e007476. doi:10.1161/CIRCOUTCOMES.120.007476 |
| 40. | Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2005;14(4):1012-1015. doi:10.1158/1055-9965.EPI-04-0547 |
| 41. | Cook MB, Corley DA, Murray LJ, et al. Gastroesophageal reflux in relation to adenocarcinomas of the esophagus: a pooled analysis from the Barrett's and Esophageal Adenocarcinoma Consortium (BEACON). *PLoS One*. 2014;9(7):e103508. Published 2014 Jul 30. doi:10.1371/journal.pone.0103508 |

| | |
|---|---|
| 42. | Crane SJ, Locke GR 3rd, Harmsen WS, et al. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. *Am J Gastroenterol*. 2007;102(8):1596-1602. doi:10.1111/j.1572-0241.2007.01234.x |
| 43. | De Stefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. *Cancer Epidemiol Biomarkers Prev*. 1996;5(9):679-682. |
| 44. | De Stefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. *Nutr Cancer*. 1998;30(2):158-162. doi:10.1080/01635589809514656 |
| 45. | De Stefani E, Ronco A, Brennan P, Boffetta P. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. *Nutr Cancer*. 2001;40(2):103-107. doi:10.1207/S15327914NC402_5 |
| 46. | De Stefani E, Deneo-Pellegrini H, Ronco AL, et al. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. *Nutr Cancer*. 2012;64(2):294-299. doi:10.1080/01635581.2012.648299 |
| 47. | Derakhshan MH, Malekzadeh R, Watabe H, et al. Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer. *Gut*. 2008;57(3):298-305. doi:10.1136/gut.2007.137364 |
| 48. | Duan L, Wu AH, Sullivan-Halley J, Bernstein L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. *Cancer Epidemiol Biomarkers Prev*. 2009;18(2):526-533. doi:10.1158/1055-9965.EPI-08-0764 |
| 49. | El-Serag, H. B., Aguirre, T. V., Davis, S., Kuebeler, M., Bhattacharyya, A., & Sampliner, R. E. (2004). Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. *The American journal of gastroenterology*, *99*(10), 1877–1883. https://doi.org/10.1111/j.1572-0241.2004.30228.x |
| 50. | Emery Pharma. (2020, January 2). Emery Pharma Citizen Petition (Docket No. FDA-2020-P-0042). |
| 51. | Environmental Protection Agency. (2017, November). Technical Fact Sheet - N-Nitroso-dimethylamine (NDMA) |
| 52. | Farrow DC, Vaughan TL, Sweeney C, et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control*. 2000;11(3):231-238. doi:10.1023/a:1008913828105 |
| 53. | Food and Drug Administration. (2005, March). Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, at 8 and 9. Available at https://www.fda.gov/media/71546/download |

| | |
|---|---|
| 54. | Food and Drug Administration. (2019, September 13). Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product. Available at https://www.fda.gov/media/130801/download |
| 55. | Food and Drug Administration. (2019, September 13). Statement alerting patients and health care professionals of NDMA found in samples of ranitidine. Available at https://www.fda.gov/news-events/press-announcements/statement-alerting-patients-and-health-care-professionals-ndma-found-samples-ranitidine |
| 56. | Food and Drug Administration. (2019, October 17). Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Method for the Determination of NDMA in Ranitidine Drug Substance and Solid Dosage Drug Product. Available at https://www.fda.gov/media/131868/download |
| 57. | Food and Drug Administration. (2019, November 1). Statement on new testing results, including low levels of impurities in ranitidine drugs. Available at https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs |
| 58. | Food and Drug Administration. (2019, November 1). Laboratory analysis of ranitidine and nizatidine products. Available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine |
| 59. | Food and Drug Administration. (2020, April 1). All Ranitidine Products (Zantac): Press Release – FDA Requests Removal. Available at https://www.fda.gov/safety/medical-product-safety-information/all-ranitidine-products-zantac-press-release-fda-requests-removal |
| 60. | Food and Drug Administration. (2020, April 1). Questions and Answers: NDMA impurities in ranitidine (commonly known as Zantac). Available at https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| 61. | Food and Drug Administration. (2020, April 1). Media Briefing on FDA's Request for the Removal of All Ranitidine Products (Zantac) from the Market [Transcript]. Available at https://www.fda.gov/media/136672/download |
| 62. | Food and Drug Administration. (2020, April 1). Response to Emery Pharma (Docket No. FDA-2020-P-0042) |
| 63. | Food and Drug Administration. (2020, April 1). Response to Valisure, LLC (Docket No. FDA-2019-P-4281) |
| 64. | Food and Drug Administration. (2020, April 16). FDA Updates and Press Announcements on NDMA in Zantac (ranitidine). Available at |

| | |
|---|---|
| | https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine |
| 65. | Food and Drug Administration. (2020, May 21). Clinical Study to Investigate the Urinary Excretion of N-nitrosodimethylamine (NDMA) After Ranitidine Administration. Available at https://clinicaltrials.gov/ct2/show/NCT04397445 |
| 66. | Food and Drug Administration. (2021). Information about Nitrosamine Impurities in Medications. Available at https://www.fda.gov/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications#nitrosamine-impurities |
| 67. | Fioretti F, Tavani A, La Vecchia C, Franceschi S. Histamine-2-receptor antagonists and oesophageal cancer. *Eur J Cancer Prev*. 1997;6(2):143-146. |
| 68. | Florian J, Matta MK, DePalma R, et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA*. 2021;326(3):240-249. doi:10.1001/jama.2021.9199 |
| 69. | Franklin JM, Platt R, Dreyer NA, et al. When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments?. *Clin Pharmacol Ther*. 2022;111(1):108-115. doi:10.1002/cpt.2255 |
| 70. | Friedman GD, Udaltsova N, Chan J, Quesenberry CP Jr, Habel LA. Screening pharmaceuticals for possible carcinogenic effects: initial positive results for drugs not previously screened. *Cancer Causes Control*. 2009;20(10):1821-1835. doi:10.1007/s10552-009-9375-2 |
| 71. | Fritschi L, Benke G, Risch HA, et al. Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer. *Occup Environ Med*. 2015;72(9):678-683. doi:10.1136/oemed-2014-102522 |
| 72. | Funk MJ, Landi SN. Misclassification in administrative claims data: quantifying the impact on treatment effect estimates. *Curr Epidemiol Rep*. 2014;1(4):175-185. doi:10.1007/s40471-014-0027-z |
| 73. | Gao Z, Karfunkle M, Ye W, et al. In Vitro Analysis of N-Nitrosodimethylamine (NDMA) Formation From Ranitidine Under Simulated Gastrointestinal Conditions [published correction appears in JAMA Netw Open. 2021 Jul 1;4(7):e2123189]. *JAMA Netw Open*. 2021;4(6):e2118253. Published 2021 Jun 1. doi:10.1001/jamanetworkopen.2021.18253 |
| 74. | García Rodríguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. *Gut*. 2006;55(11):1538-1544. doi:10.1136/gut.2005.086579 |

| | |
|---|---|
| 75. | Giles GG, McNeil JJ, Donnan G, et al. Dietary factors and the risk of glioma in adults: results of a case-control study in Melbourne, Australia. *Int J Cancer*. 1994;59(3):357-362. doi:10.1002/ijc.2910590311 |
| 76. | Giovannucci E, Stampfer MJ, Colditz GA, et al. A comparison of prospective and retrospective assessments of diet in the study of breast cancer. *Am J Epidemiol*. 1993;137(5):502-511. doi:10.1093/oxfordjournals.aje.a116703 |
| 77. | Gomm W, Röthlein C, Schüssel K, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. *Dtsch Arztebl Int*. 2021;118(21):357-362. doi:10.3238/arztebl.m2021.0129 |
| 78. | González CA, Riboli E, Badosa J, et al. Nutritional factors and gastric cancer in Spain. *Am J Epidemiol*. 1994;139(5):466-473. doi:10.1093/oxfordjournals.aje.a117029 |
| 79. | Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. High-fat foods and the risk of lung cancer. *Epidemiology*. 1992;3(4):288-299. doi:10.1097/00001648-199207000-00004 |
| 80. | Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf*. 2000;9(2):149-155. doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 |
| 81. | Han MA, Zeraatkar D, Guyatt GH, et al. Reduction of Red and Processed Meat Intake and Cancer Mortality and Incidence: A Systematic Review and Meta-analysis of Cohort Studies. *Ann Intern Med*. 2019;171(10):711-720. doi:10.7326/M19-0699 |
| 82. | Hicks B, Friis S, Pottegård A. Use of proton pump inhibitors and risk of pancreatic cancer. *Pharmacoepidemiol Drug Saf*. 2018;27(8):926-930. doi:10.1002/pds.4576 |
| 83. | Hidajat M, McElvenny DM, Mueller W, et al. Job-exposure matrix for historical exposures to rubber dust, rubber fumes and n-Nitrosamines in the British rubber industry. *Occup Environ Med*. 2019;76(4):259-267. doi:10.1136/oemed-2018-105182 |
| 84. | Hill AB. The Environment and Disease: association or Causation? *Proc R Soc Med*. 1965;58(5):295-300. |
| 85. | Hörnell A, Berg C, Forsum E, et al. Perspective: An Extension of the STROBE Statement for Observational Studies in Nutritional Epidemiology (STROBE-nut): Explanation and Elaboration. *Adv Nutr*. 2017;8(5):652-678. Published 2017 Sep 15. doi:10.3945/an.117.015941 |
| 86. | Holly EA, Lele C, Bracci PM, McGrath MS. Case-control study of non-Hodgkin's lymphoma among women and heterosexual men in the San Francisco Bay Area, California. *Am J Epidemiol*. 1999;150(4):375-389. doi:10.1093/oxfordjournals.aje.a010017 |

| | |
|---|---|
| 87. | Hsu CL, Chang CH, Lin JW, Wu LC, Chuang LM, Lai MS. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. *Pharmacoepidemiol Drug Saf*. 2013;22(6):632-640. doi:10.1002/pds.3441 |
| 88. | Hvid-Jensen F, Pedersen L, Drewes AM, Sørensen HT, Funch-Jensen P. Incidence of adenocarcinoma among patients with Barrett's esophagus. *N Engl J Med*. 2011;365(15):1375-1383. doi:10.1056/NEJMoa1103042 |
| 89. | International Agency for Research on Cancer. (2012). Monographs on the Evaluation of Carcinogenic Risks to Humans. A Review of Human Carcinogens. Volume 100F. |
| 90. | International Agency for Research on Cancer. (amended 2019, January). Preamble to the IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Retrieved from https://monographs.iarc.fr/wp-content/uploads/2019/01/Preamble-2019.pdf |
| 91. | Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, McCullough ML, Patel AV, Ma J, Soerjomataram I, Flanders WD, Brawley OW, Gapstur SM, Jemal A. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. *CA Cancer J Clin*. 2018;68(1):31-54. |
| 92. | Iwagami, M. et al. (2020). Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the Japan medical data center claims database. [ICPE abstract PO-3925] |
| 93. | Iwagami, M. et al. (2020). Cancer risk of ranitidine and nizatidine versus other H2 blockers: an analysis of the Japan medical data center claims database. [ICPE poster PO-3925] |
| 94. | Iwagami M, Kumazawa R, Miyamoto Y, et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf*. 2021;44(3):361-371. doi:10.1007/s40264-020-01024-0 |
| 95. | Jakszyn P, Agudo A, Ibáñez R, et al. Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. *J Nutr*. 2004;134(8):2011-2014. doi:10.1093/jn/134.8.2011 |
| 96. | Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis*. 2006;27(7):1497-1501. doi:10.1093/carcin/bgl019 |
| 97. | Jakszyn P, González CA, Luján-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into |

| | |
|---|---|
| | Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev*. 2011;20(3):555-559. doi:10.1158/1055-9965.EPI-10-0971 |
| 98. | Jakszyn PG, Allen NE, Lujan-Barroso L, et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. *Cancer Epidemiol Biomarkers Prev*. 2012;21(3):547-551. doi:10.1158/1055-9965.EPI-11-1181 |
| 99. | Johnson AG, Jick SS, Perera DR, Jick H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology*. 1996;7(4):434-436. doi:10.1097/00001648-199607000-00016 |
| 100. | Joung, K.I. et al. (2021) Use of ranitidine with potential NDMA impurities and risk of cancer: A nationwide propensity score-matched cohort study. [ICPE poster]. |
| 101. | Kamal H, Sadr-Azodi O, Engstrand L, Brusselaers N. Association Between Proton Pump Inhibitor Use and Biliary Tract Cancer Risk: A Swedish Population-Based Cohort Study. *Hepatology*. 2021;74(4):2021-2031. doi:10.1002/hep.31914 |
| 102. | Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology*. 2021;160(5):1856-1859.e5. doi:10.1053/j.gastro.2020.12.037 |
| 103. | Kastelein F, Spaander MC, Steyerberg EW, et al. Proton pump inhibitors reduce the risk of neoplastic progression in patients with Barrett's esophagus. *Clin Gastroenterol Hepatol*. 2013;11(4):382-388. doi:10.1016/j.cgh.2012.11.014 |
| 104. | Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr*. 2013;97(1):135-146. doi:10.3945/ajcn.112.043885 |
| 105. | Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)*. 2021;9(8):1071. Published 2021 Aug 20. doi:10.3390/healthcare9081071 |
| 106. | Kim Y.D. et al. (2020) Is chronic use of ranitidine associated with an increased risk of developing gastrointestinal malignancies? Digestive Disease Week. May 2, 2020. [Poster] http://scientificposters.com. |
| 107. | Kim YD, Wang J, Fass R. Is chronic use of raniditine associated with an increased risk of developing gastrointestinal malignancies? AGA Abstracts 2020;S33. |
| 108. | Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther*. 2021;54(5):606-615. doi:10.1111/apt.16464 |

| | |
|---|---|
| 109. | King FJ, Searle AD, Urquhart MW. Ranitidine – Investigations into the Root Cause for the Presence of N-Nitroso-N, N-dimethylamine in Ranitidine Hydrochloride Drug Substances and Associated Drug Products. *Organic Process Research & Development* 2020 *24* (12), 2915-2926. DOI: 10.1021/acs.oprd.0c00462 |
| 110. | Klein EA, Thompson IM Jr, Tangen CM, et al. Vitamin E and the risk of prostate cancer: the Selenium and Vitamin E Cancer Prevention Trial (SELECT). *JAMA*. 2011;306(14):1549-1556. doi:10.1001/jama.2011.1437 |
| 111. | Kohata Y, Fujiwara Y, Watanabe T et al. Long-Term Benefits of Smoking Cessation on Gastroesophageal Reflux Disease and Health-Related Quality of Life, *PLoS ONE* 2016, 11(2):e0147860. |
| 112. | Kolata, G. (1998, May 3). Hope in the Lab: A Special Report; A Cautious Awe Greets Drugs that Eradicate Tumors in Mice. *New York Times*. https://www.nytimes.com/1998/05/03/us/hope-lab-special-report-cautious-awe-greets-drugs-that-eradicate-tumors-mice.html |
| 113. | Knekt P, Järvinen R, Dich J, Hakulinen T. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer*. 1999;80(6):852-856. doi:10.1002/(sici)1097-0215(19990315)80:6<852::aid-ijc9>3.0.co;2-s |
| 114. | Krstev S, Dosemeci M, Lissowska J, Chow WH, Zatonski W, Ward MH. Occupation and risk of stomach cancer in Poland. *Occup Environ Med*. 2005;62(5):318-324. doi:10.1136/oem.2004.015883 |
| 115. | Kumar S, Goldberg DS, Kaplan DE. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori [published online ahead of print, 2021 Apr 15]. *Dig Dis Sci*. 2021;10.1007/s10620-021-06972-w. doi:10.1007/s10620-021-06972-w |
| 116. | La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet*. 1990;336(8711):355-357. doi:10.1016/0140-6736(90)91888-h |
| 117. | La Vecchia C, Negri E, Franceschi S, D'Avanzo B. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition*. 1992;8(3):177-181. |
| 118. | La Vecchia C, D'Avanzo B, Negri E, Franceschi S, Boyle P. Gastrectomy and subsequent risk of oesophageal cancer in Milan. *J Epidemiol Community Health*. 1994;48(3):310-312. doi:10.1136/jech.48.3.310 |
| 119. | La Vecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. Nitrosamine intake and gastric cancer risk. *Eur J Cancer Prev*. 1995;4(6):469-474. doi:10.1097/00008469-199512000-00005 |

| | |
|---|---|
| 120. | La Vecchia C, Tavani A. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev*. 2002;11(2):117-123. doi:10.1097/00008469-200204000-00002 |
| 121. | La Vecchia C, Tavani A. Studies on Cancer in Humans in Relation to the Use of Anti-Ulcer Drugs. *Predictive Value of Rodent Forestomach and Gastric Neuroendocrine Tumours in Evaluating Carcinogenic Risks to Humans : Views and Expert Opinions of an IARC Working Group, Lyon, 29 November-1 December 1999*. International Agency For Research On Cancer, World Health Organization; 2003. |
| 122. | Lacey JV Jr, Sherman ME, Hartge P, Schatzkin A, Schairer C. Medication use and risk of ovarian carcinoma: a prospective study. *Int J Cancer*. 2004;108(2):281-286. doi:10.1002/ijc.11538 |
| 123. | Lagergren J, Bergström R, Lindgren A, Nyrén O. Symptomatic gastroesophageal reflux as a risk factor for esophageal adenocarcinoma. *N Engl J Med*. 1999;340(11):825-831. doi:10.1056/NEJM199903183401101 |
| 124. | Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. *Acta Gastroenterol Belg*. 2013;76(3):348-350. |
| 125. | Lai SW, Liao KF, Lai HC, Lin CL, Sung FC. Use of proton pump inhibitors correlates with increased risk of colorectal cancer in Taiwan. *Asia Pac J Clin Oncol*. 2013;9(2):192-193. doi:10.1111/ajco.12054 |
| 126. | Lai SW, Sung FC, Lin CL, Liao KF. Use of proton pump inhibitors correlates with increased risk of pancreatic cancer: a case-control study in Taiwan. *Kuwait Med J*. 2014:46(1), 44-8. |
| 127. | Laoveeravat P, Thavaraputta S, Vutthikraivit W, et al. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM*. 2020;113(2):100-107. doi:10.1093/qjmed/hcz234 |
| 128. | Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer*. 2006;119(4):915-919. doi:10.1002/ijc.21925 |
| 129. | Li DK, Yan P, Abou-Samra AB, Chung RT, Butt AA. Proton pump inhibitors are associated with accelerated development of cirrhosis, hepatic decompensation and hepatocellular carcinoma in noncirrhotic patients with chronic hepatitis C infection: results from ERCHIVES. *Aliment Pharmacol Ther*. 2018;47(2):246-258. doi:10.1111/apt.14391 |
| 130. | Lin HC, Hsu HY, Lin HL, Uang YS, Ho Y, Wang LH. Association Between Acid-Suppressive Agents' Use and Risk of Hepatocellular Carcinoma. *Dose Response*. |

| | |
|---|---|
| | 2020;18(2):1559325820907530. Published 2020 Apr 13. doi:10.1177/1559325820907530 |
| 131. | Lippman SM, Klein EA, Goodman PJ, et al. Effect of selenium and vitamin E on risk of prostate cancer and other cancers: the Selenium and Vitamin E Cancer Prevention Trial (SELECT). *JAMA*. 2009;301(1):39-51. doi:10.1001/jama.2008.864 |
| 132. | Liteplo RG, Meek ME. Concise International Chemical Assessment Document 38: N-nitrosodimethylamine. World Health Organization; 2002. |
| 133. | Liu P, McMenamin ÚC, Johnston BT, et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer*. 2020;123(2):307-315. doi:10.1038/s41416-020-0860-4 |
| 134. | Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr*. 2011;93(5):1053-1061. doi:10.3945/ajcn.111.012377 |
| 135. | Loomans-Kropp H.A. et al. (2020) Proton pump inhibitor and statin use decrease risk of esophageal adenocarcinoma among individuals with Barrett's esophagus: a seer-medicare analysis. Digestive Disease Week. May 3, 2020. [Poster] http://scientificposters.com. |
| 136. | Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2008;17(1):67-72. doi:10.1158/1055-9965.EPI-07-0765 |
| 137. | McCullough, Marjorie L. and Walter C. Willett. Chapter 19 Diet and Nutrition. |
| 138. | McDowell RD, Hughes CM, Murchie P, Cardwell CR. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol. 2021a Apr;71(Pt A):101880. |
| 139. | McDowell RD, Hughes C, Murchie P, Cardwell C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med. 2021b;19(1):22. |
| 140. | McGwin G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2021;13(1):24 |
| 141. | Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. *Cancer Epidemiol Biomarkers Prev*. 2004;13(2):250-254. doi:10.1158/1055-9965.epi-03-0174 |

| | |
|---|---|
| 142. | Michaud DS, Holick CN, Batchelor TT, Giovannucci E, Hunter DJ. Prospective study of meat intake and dietary nitrates, nitrites, and nitrosamines and risk of adult glioma. *Am J Clin Nutr*. 2009;90(3):570-577. doi:10.3945/ajcn.2008.27199 |
| 143. | Miller, A. B., Choi, B. C., Howe, G. R., Burch, J. D., & Sherman, G. J. (1984). Epidemiological assessment of risk to humans from exposure to nitrosamines. IARC scientific publications, (57), 929-936. |
| 144. | Mohy-ud-din N, Mohy-ud-din GR, Syed A, Desai SM, Thakker S. Risk Cancer With Use of Ranitidine: Results Of A Cohort Study Of 65 Million US Adults. Digestive Disease Week. 2020. [Poster] |
| 145. | Mohy-un-din N, Mohy-ud-din GR, Syed A, Desai SM, Thakkar S. Risk of cancer with use of ranitidine: results of a cohort study of 65 million US adults. AGA Abstracts 2020;S1073. |
| 146. | Muhlhausler BS, Bloomfield FH, Gillman MW. Whole animal experiments should be more like human randomized controlled trials. *PLoS Biol*. 2013;11(2):e1001481. doi:10.1371/journal.pbio.1001481 |
| 147. | Myung SK, Kim Y, Ju W, Choi HJ, Bae WK. Effects of antioxidant supplements on cancer prevention: meta-analysis of randomized controlled trials. *Ann Oncol*. 2010;21(1):166-179. doi:10.1093/annonc/mdp286 |
| 148. | National Cancer Institute. (2021). Esophageal Cancer Prevention (PDQ) – Health Professional Version. Available at https://www.cancer.gov/types/esophageal/hp/esophageal-prevention-pdq |
| 149. | National Cancer Institute. (2022). Cancer Prevention Overview (PDQ) – Health Professional Version. Available at https://www.cancer.gov/about-cancer/causes-prevention/hp-prevention-overview-pdq |
| 150. | National Cancer Institute. Surveillance, Epidemiology, and End Results Program. (n.d.) Available at https://seer.cancer.gov/statfacts |
| 151. | Nguyen DM, Richardson P, El-Serag HB. Medications (NSAIDs, statins, proton pump inhibitors) and the risk of esophageal adenocarcinoma in patients with Barrett's esophagus. *Gastroenterology*. 2010;138(7):2260-2266. doi:10.1053/j.gastro.2010.02.045 |
| 152. | Niikura R, Hayakawa Y, Hirata Y, Yamada A, Fujishiro M, Koike K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for *Helicobacter pylori*: a retrospective cohort analysis. *Gut*. 2018;67(10):1908-1910. doi:10.1136/gutjnl-2017-315710 |
| 153. | Nørgaard M. (2020) Use of ranitidine and risk of bladder cancer. [ICPE abstract PO-4168] |

| | |
|---|---|
| 154. | Nørgaard M. (2020) Use of ranitidine and risk of bladder cancer. [ICPE poster PO-4168] |
| 155. | Nørgaard M, Andersen IT, Heide-Jørgensen U, et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev*. 2022;31(1):45-50. doi:10.1158/1055-9965.EPI-21-0737 |
| 156. | Oh H, Lee DH, Giovannucci EL, Keum N. Gastric and duodenal ulcers, periodontal disease, and risk of bladder cancer in the Health Professionals Follow-up Study. *Cancer Causes Control*. 2020;31(4):383-391. doi:10.1007/s10552-020-01274-4 |
| 157. | Palli D, Russo A, Decarli A. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. *Cancer Causes Control*. 2001;12(2):163-172. doi:10.1023/a:1008970310963 |
| 158. | Pandeya N, Webb PM, Sadeghi S, Green AC, Whiteman DC; Australian Cancer Study. Gastro-oesophageal reflux symptoms and the risks of oesophageal cancer: are the effects modified by smoking, NSAIDs or acid suppressants?. *Gut*. 2010;59(1):31-38. doi:10.1136/gut.2009.190827 |
| 159. | Peng YC, Lin CL, Hsu WY, et al. Association Between Cholangiocarcinoma and Proton Pump Inhibitors Use: A Nested Case-Control Study. *Front Pharmacol*. 2018;9:718. Published 2018 Jul 3. doi:10.3389/fphar.2018.00718 |
| 160. | Peng YC, Lin CL, Hsu WY, et al. Proton Pump Inhibitor Use is Associated With Risk of Pancreatic Cancer: A Nested Case-Control Study. *Dose Response*. 2018;16(4):1559325818803283. Published 2018 Oct 1. doi:10.1177/1559325818803283 |
| 161. | Peng YC, Huang LR, Lin CL, et al. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. *Gut*. 2019;68(2):374-376. doi:10.1136/gutjnl-2018-316057 |
| 162. | Penston JG. 10. Medical Events Occurring in Patients with Duodenal Ulcer Disease during Maintenance Treatment with Ranitidine, *Scandinavian J Gastroenterology*, 1990;25:sup177, 87-97, DOI: 10.3109/00365529009094501 |
| 163. | Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. *Eur J Epidemiol*. 1995;11(1):67-73. doi:10.1007/BF01719947 |
| 164. | Pottegård A, Friis S, Christensen Rd, Habel LA, Gagne JJ, Hallas J. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. *EBioMedicine*. 2016;7:73-79. doi:10.1016/j.ebiom.2016.03.018 |
| 165. | Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: |

| | |
|---|---|
| | Danish nationwide cohort study. *BMJ*. 2018;362:k3851. Published 2018 Sep 12. doi:10.1136/bmj.k3851 |
| 166. | Pottegård A, Friis S, Stürmer T, Hallas J, Bahmanyar S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. *Basic Clin Pharmacol Toxicol*. 2018;122(5):451-459. doi:10.1111/bcpt.12946 |
| 167. | Poulsen AH, Christensen S, McLaughlin JK, et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. *Br J Cancer*. 2009;100(9):1503-1507. doi:10.1038/sj.bjc.6605024 |
| 168. | Risch HA, Jain M, Choi NW, et al. Dietary factors and the incidence of cancer of the stomach. *Am J Epidemiol*. 1985;122(6):947-959. doi:10.1093/oxfordjournals.aje.a114199 |
| 169. | Robertson DJ, Burke CA, Schwender BJ, et al. Histamine receptor antagonists and incident colorectal adenomas. *Aliment Pharmacol Ther*. 2005;22(2):123-128. doi:10.1111/j.1365-2036.2005.02529.x |
| 170. | Rogers MA, Vaughan TL, Davis S, Thomas DB. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. *Cancer Epidemiol Biomarkers Prev*. 1995;4(1):29-36. |
| 171. | Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. Cimetidine use and risk of prostate and breast cancer. *Cancer Epidemiol Biomarkers Prev*. 2000;9(3):319-323. |
| 172. | Rothwell PM, Wilson M, Elwin CE, Norrving B, Algra A, Warlow CP, et al. Long-term effect of aspirin on colorectal cancer incidence and mortality: 20-year follow-up of five randomised trials. Lancet. 2010;376:1741–50. doi: 10.1016/S0140-6736(10)61543-7 |
| 173. | Rubenstein JH, Taylor JB. Meta-analysis: the association of oesophageal adenocarcinoma with symptoms of gastro-oesophageal reflux. *Aliment Pharmacol Ther*. 2010;32(10):1222-1227. doi:10.1111/j.1365-2036.2010.04471.x |
| 174. | Saginala K, Barsouk A, Aluru JS, Rawla P, Padala SA, Barsouk A. Epidemiology of Bladder Cancer. *Med Sci (Basel)*. 2020;8(1):15. Published 2020 Mar 13. doi:10.3390/medsci8010015 |
| 175. | Samet JM, Chiu WA, Cogliano V, et al. The IARC Monographs: Updated Procedures for Modern and Transparent Evidence Synthesis in Cancer Hazard Identification. *J Natl Cancer Inst*. 2020;112(1):30-37. doi:10.1093/jnci/djz169 |
| 176. | Sanghi V. et al. (2020) Do proton pump inhibitors decrease the risk of respiratory tract cancers in patients with Barrett's Esophagus? Digestive Disease Week. May 2, 2020. [Poster] http://scientificposters.com. |

| | |
|---|---|
| 177. | Satija A, Yu E, Willett WC, Hu FB. Understanding nutritional epidemiology and its role in policy. *Adv Nutr*. 2015;6(1):5-18. Published 2015 Jan 15. doi:10.3945/an.114.007492 |
| 178. | Schumacher MC, Jick SS, Jick H, Feld AD. Cimetidine use and gastric cancer. *Epidemiology*. 1990;1(3):251-254. doi:10.1097/00001648-199005000-00012 |
| 179. | Scott D, Reuben M, Zampighi G, Sachs G. Cell isolation and genotoxicity assessment in gastric mucosa. *Dig Dis Sci*. 1990;35(10):1217-1225. doi:10.1007/BF01536410 |
| 180. | Sendor R, Stürmer T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. *Pharmacoepidemiol Drug Saf*. 2022;31(3):261-269. doi:10.1002/pds.5407 |
| 181. | Seo SI, Park CH, You SC, et al. Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea. *Gut*. 2021;70(11):2066-2075. doi:10.1136/gutjnl-2020-323845 |
| 182. | Shao YJ, Chan TS, Tsai K, Wu SY. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. *Aliment Pharmacol Ther*. 2018;48(4):460-468. doi:10.1111/apt.14835 |
| 183. | Shin GY, Park JM, Hong J, Cho YK, Yim HW, Choi MG. Use of Proton Pump Inhibitors vs Histamine 2 Receptor Antagonists for the Risk of Gastric Cancer: Population-Based Cohort Study. *Am J Gastroenterol*. 2021;116(6):1211-1219. doi:10.14309/ajg.0000000000001167 |
| 184. | Singh S, Garg SK, Singh PP, Iyer PG, El-Serag HB. Acid-suppressive medications and risk of oesophageal adenocarcinoma in patients with Barrett's oesophagus: a systematic review and meta-analysis. *Gut*. 2014;63(8):1229-1237. doi:10.1136/gutjnl-2013-305997 |
| 185. | Slimani N, Kaaks R, Ferrari P, et al. European Prospective Investigation into Cancer and Nutrition (EPIC) calibration study: rationale, design and population characteristics. *Public Health Nutr*. 2002;5(6B):1125-1145. doi:10.1079/PHN2002395 |
| 186. | Song HJ, Jeon N, Squires P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol*. 2020;76(10):1437-1456. doi:10.1007/s00228-020-02927-8 |
| 187. | Song P, Wu L, Guan W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients*. 2015;7(12):9872-9895. Published 2015 Dec 1. doi:10.3390/nu7125505 |
| 188. | Straif K, Weiland SK, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers. *Occup Environ Med*. 2000;57(3):180-187. doi:10.1136/oem.57.3.180 |

| | |
|---|---|
| 189. | Støer NC, Botteri E, Thoresen GH, et al. Drug Use and Cancer Risk: A Drug-Wide Association Study (DWAS) in Norway. *Cancer Epidemiol Biomarkers Prev*. 2021;30(4):682-689. doi:10.1158/1055-9965.EPI-20-1028 |
| 190. | Suleiman UL, Harrison M, Britton A, McPherson K, Bates T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. *Eur J Cancer Prev*. 2000;9(3):185-191. |
| 191. | Tamim H, Duranceau A, Chen LQ, Lelorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. *Drug Saf*. 2008;31(8):675-684. doi:10.2165/00002018-200831080-00004 |
| 192. | Tan MC, El-Serag HB, Yu X, Thrift AP. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther*. 2018;48(4):469-477. doi:10.1111/apt.14895 |
| 193. | Thota PN, Hajifathalian K, Benjamin T, Runkana A, Lopez R, Sanaka MR. Lack of incremental effect of histamine receptor antagonists over proton pump inhibitors on the risk of neoplastic progression in patients with Barrett's esophagus: a cohort study. *J Dig Dis*. 2017;18(3):143-150. doi:10.1111/1751-2980.12457 |
| 194. | Thun MJ, Henley J, Patrono C. Nonsteroidal anti-inflammatory drugs as anticancer agents: mechanistic, pharmacologic, and clinical issues. J Natl Cancer Inst. 2002;94:252–266 |
| 195. | Tran KT, McMenamin ÚC, Hicks B, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther*. 2018;48(1):55-64. doi:10.1111/apt.14796 |
| 196. | Valisure. (2019, September 9). Valisure Citizen Petition on Ranitidine (Docket No. FDA-2019-P-4281). |
| 197. | van Soest EM, van Rossum LG, Dieleman JP, et al. Proton pump inhibitors and the risk of colorectal cancer. *Am J Gastroenterol*. 2008;103(4):966-973. doi:10.1111/j.1572-0241.2007.01665.x |
| 198. | Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. *Ann Epidemiol*. 2006;16(12):895-900. doi:10.1016/j.annepidem.2006.03.003 |
| 199. | Wang SM, Katki HA, Graubard BI, et al. Population Attributable Risks of Subtypes of Esophageal and Gastric Cancers in the United States. *Am J Gastroenterol*. 2021;116(9):1844-1852. doi:10.14309/ajg.0000000000001355 |
| 200. | Wasserstein RL, Schirm AL, Lazar NA. Moving to a World Beyond "p < 0.05". *Am Stat*. 2019;73:1-19. |

| | |
|---|---|
| 201. | Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. *Br J Cancer*. 2017;116(9):1234-1238. doi:10.1038/bjc.2017.84 |
| 202. | Whiteman DC, Sadeghi S, Pandeya N, et al. Combined effects of obesity, acid reflux and smoking on the risk of adenocarcinomas of the oesophagus. *Gut*. 2008;57(2):173-180. doi:10.1136/gut.2007.131375 |
| 203. | Whiteman DC, Parmar P, Fahey P, et al. Association of Helicobacter pylori infection with reduced risk for esophageal cancer is independent of environmental and genetic modifiers. *Gastroenterology*. 2010;139(1):73-e12. doi:10.1053/j.gastro.2010.04.009 |
| 204. | World Cancer Research Fund/American Institute for Cancer Research. Summary of Third Expert Report. 2018. |
| 205. | Wu AH, Tseng CC, Bernstein L. Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma. *Cancer*. 2003;98(5):940-948. doi:10.1002/cncr.11568 |
| 206. | Xie Y, Bowe B, Yan Y, Xian H, Li T, Al-Aly Z. Estimates of all cause mortality and cause specific mortality associated with proton pump inhibitors among US veterans: cohort study. *BMJ*. 2019;365:l1580. Published 2019 May 29. doi:10.1136/bmj.l1580 |
| 207. | Yang K, Fan K, Lia M, Edelmann W, Augenlicht LH, Lubet R, Kopelovich L, Kucherlapati R, Lipkin M. Sulindac Increases Tumor Development in the Colon of Mice with Mlh1 +/− Mutation. Proc AACR. 2001;42:1423. |
| 208. | Yang YX, Hennessy S, Propert K, Hwang WT, Sedarat A, Lewis JD. Chronic proton pump inhibitor therapy and the risk of colorectal cancer. *Gastroenterology*. 2007;133(3):748-754. doi:10.1053/j.gastro.2007.06.022 |
| 209. | Ye W, Chow WH, Lagergren J, Yin L, Nyrén O. Risk of adenocarcinomas of the esophagus and gastric cardia in patients with gastroesophageal reflux diseases and after antireflux surgery. *Gastroenterology*. 2001;121(6):1286-1293. doi:10.1053/gast.2001.29569 |
| 210. | Yood, M.U., Campbell, U. B., Rothman, K. J., et al. (2007). Using prescription claims data for drugs available over-the-counter (OTC). *Pharmacoepidemiology and Drug Safety, 16*(9), 961–968. https://doi.org/10.1002/pds.1454 |
| 211. | Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med*. 2021;10(1):153. Published 2021 Jan 5. doi:10.3390/jcm10010153 |

| | |
|---|---|
| 212. | Zeng T, Mitch WA. Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine [retracted in: Carcinogenesis. 2021 Jul 16;42(7):1008]. *Carcinogenesis*. 2016;37(6):625-634. doi:10.1093/carcin/bgw034 |
| 213. | Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. *Carcinogenesis*. 2019;40(2):254-262. doi:10.1093/carcin/bgy169 |
| 214. | Zheng J, Daniel CR, Hatia RI, et al. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. *Hepatology*. 2021;74(6):3161-3173. doi:10.1002/hep.32046 |
| 215. | Zhu Y, Wang PP, Zhao J, et al. Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada. *Br J Nutr*. 2014;111(6):1109-1117. doi:10.1017/S0007114513003462 |


**Other Materials**

| | |
|---|---|
| 216. | Deposition of Lior Braunstein (October 25, 2021) |
| 217. | Expert report of Dr. Salmon (January 24, 2022) |
| 218. | Expert report of Dr. McTiernan (January 24, 2022) |
| 219. | Expert report of Dr. Najafi (January 24, 2022) |
| 220. | Expert report of Dr. Panigraphy (January 24, 2022) |
| 221. | Expert report of Dr. Moorman (January 24, 2022) |

# EXHIBIT 7

# Expert Report

John S. Witte

## EXECUTIVE SUMMARY

I am a Professor and Vice Chair of Epidemiology and Population Health at Stanford University. I have over 20 years of experience undertaking epidemiologic studies of cancer and have over 250 peer-reviewed publications. I provide here a detailed report on the observational studies investigating the potential association between the use of the histamine type-2 receptor antagonist (H2RA) ranitidine (also known as Zantac) and cancer. I have been retained on behalf of GSK, Pfizer, BI, Sanofi, and Patheon Manufacturing Services. I developed my opinion after performing an independent search and review of the literature and reviewing material provided to me. A complete list of the material I considered contemporaneously with this report is attached. *See* Attachment A. Counsel provided any material I asked for, in addition requested that I also conduct my own independent searches of scientific literature, and did not ask me to make any assumptions about the data. I hold each opinion expressed in this report to a reasonable degree of scientific certainty. In reaching my opinions, I employed the same methods and reasoning that I use in my ordinary scientific work. My main findings are summarized as follows.

- To date, 16 observational studies have published results from analyses of the potential association between ranitidine and one or more of the following five cancers: esophageal, gastric, bladder, liver, or pancreatic.[1-16] Many of those studies were performed over the past two years in direct response to the issues raised in this matter, undertaken by 68 researchers in study populations from 6 countries, using the most reliable methodologies such as active comparators and dose and duration response analysis. Based on these studies, there is no reliable evidence of association between ranitidine and these cancers. No major medical or scientific organization has added prior ranitidine use to the list of cancer risk factors.

- As several of these scientists noted in their publications, if studies are not designed properly, there is a potential for invalid associations (i.e., those due to confounding, bias, or chance) between ranitidine and cancer due to confounding or reverse causality. This is because ranitidine and other heartburn medications are used to treat cancer symptoms or cancer risk factors, potentially creating a spurious association between ranitidine use and cancer, when in fact the ranitidine use was independent of the cancer risk. For example, ranitidine can be used to treat gastroesophageal reflux disease (GERD) or ulcers, which are separately associated with esophageal and gastric cancer. Confounding bias may also occur due to the separate association between use of these drugs and other cancer risk factors (e.g., smoking). As these authors note, due to the overlap of the reasons for taking ranitidine and the independent relationship between those reasons and cancer, it is essential to control for bias and confounding in studies of ranitidine and other heartburn medications to avoid detecting false associations between ranitidine and cancer.

- To address the potential for bias, for each of the five cancers at least one study compared use of ranitidine versus use of other H2RAs (i.e., other drugs in the same class that are used for the same reasons in the same population but are not alleged to contain NDMA).[1-7] In other words, comparing ranitidine users to other H2RA users creates an "apples to apples" comparison that isolates the exposure in question, ranitidine, while keeping the other characteristics of the two populations being compared as similar as possible.[1-7] While these drugs may be used to treat the same underlying symptoms or indications, only ranitidine should be positively associated if uniquely causal for cancer. Based on my review of the literature, I concur with the conclusion of FDA researchers that, "studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk."[17]

- Other studies comparing cancer outcomes among individuals who used ranitidine versus those who used other classes of drugs (i.e., proton pump inhibitors (PPIs))[8] or who did not use H2RAs[9-16] did not demonstrate consistent or valid associations. Many results indicated no association or attenuated associations when considering longer lag times or dose-response. Furthermore, as many of the authors noted, any associations in these studies could reflect reverse causality, confounding, bias, or chance. Not controlling for and addressing these issues can result in false or invalid associations between ranitidine use and cancer.

- In sum, the body of evidence from human studies indicates to a high degree of scientific certainty that there is no valid association between ranitidine and cancer. The most appropriate active comparison of ranitidine versus other H2RAs indicates no consistent association across the five cancers evaluated here. Any associations in the non-active comparator studies most likely reflect issues with reverse causation, confounding, or chance, not a valid association (i.e., an association not due to chance, bias, or confounding). My conclusion agrees with the scientific community; the scientists who undertook studies of ranitidine and cancer have not concluded that a valid, consistent, reliable association exists, much less causality as highlighted by the statements in their publications:

    - Adami et al.[1] "If a causal association existed, we would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."
    - Cardwell et al.[2] "[T]here was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."
    - Habel et al.[9] "An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer [i.e., reverse causation]."
    - Iwagami et al.[3] "Our findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]"
    - Kantor et al.[8] "Ranitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum). . . . Compared to non-use, ranitidine use was positively associated with liver cancer; however, this association was attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor)."
    - Kim S. et al.[10] "We found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."
    - Kumar et al.[5] "[O]ur results . . . demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP (*H. pylori*) is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine . . . . In time-specific analyses, there was no period in which ranitidine was associated with future GC [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time."
    - Liu et al.[16] "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."
    - Norgaard et al.[6] "[W]e did not observe any consistent or substantial increase in risks of bladder cancer and we consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users."

## QUALIFICATIONS

I received an undergraduate Bachelor of Science degree in mathematical sciences (with honors) from the University of California, Santa Barbara, a Master of Science degree in engineering from the University of California, Berkeley, and a doctoral degree in epidemiology from the University of California, Los Angeles. At UCLA I received the Ruth F. Richards outstanding student award. Next, I undertook post-doctoral training in biostatistics at the University of Southern California. Then I worked as an assistant and associate professor of Epidemiology and Biostatistics at Case Western Reserve University in Cleveland, Ohio, where I was awarded tenure and named a Glennan Fellow for innovation in education. I was recruited to UCSF in 2003 with tenure, as a full professor of Epidemiology and Biostatistics. At UCSF I was the Head of the Division of Cancer Epidemiology, the Vice Chair of the Department of Epidemiology and Biostatistics, and the co-Leader of the Molecular Oncology Program. I directed a National Cancer Institute (NCI) supported UCSF post-doctoral training program for 16 years, and recently received the Stephen B. Hulley Award for excellence in teaching.

In 2021, I was recruited to Stanford University as a tenured professor in the Department of Epidemiology and Population Health (where I also serve as Vice Chair), the Department of Biomedical Data Science, and as a full member of the Stanford Cancer Institute. I am a senior editor of the journal Cancer Epidemiology, Biomarkers & Prevention and have been a member (and chair) of multiple National Institutes of Health (NIH) study sections, providing peer review of other scientists' research proposals. I am a member of the NCI Board of Scientific Counselors – Clinical Sciences and Epidemiology, which reviews and evaluates the NCI intramural scientific program. I have published over 250 peer-reviewed scientific articles that have been cited in scientific literature over 22,000 times total, and I am an internationally recognized expert in genetics and cancer epidemiology. I have co-authored a widely used textbook on Statistics,[18] which was cited in a Supreme Court Opinion.[19]

My research is a combination of applied observational studies—such as the studies reviewed here—and the development of new statistical approaches for analyzing such studies. The goal of my work is to determine which factors increase or decrease the risk of cancer and other diseases. This will help clarify why some people get sick, and also improve prevention, screening, and treatment for deadly diseases such as cancer. Much of my work is focused on studying how individuals' genetics affect their risk of disease and their response to medical treatment. I have also studied the effects of extrinsic factors such as diet and medication use on cancer. For example, I am currently working on a project evaluating the potential relationship between tumor necrosis factor inhibitors and cancer.

Over 20 years ago, I launched a series of observational epidemiologic studies of prostate and other cancers. This includes multiple studies of the genetic and non-genetic risk factors for prostate cancer, and most recently a large-scale project simultaneously evaluating the shared risk factors across all cancers. In other projects, I have focused on developing new statistical methods and tools, including software, for the efficient and appropriate design and analysis of observational studies. My research program has been continuously supported by peer-reviewed funding from the NIH, and I have a 100% success rate for receipt of NIH grants on which I am the principal investigator. I have provided a copy of my full CV with this report. *See* Attachment B.

## OPINIONS

## I. INTERPRETATION OF SCIENTIFIC EVIDENCE

### I.A. Key Statistical Concepts

Before discussing the evidence regarding a potential relationship between ranitidine use and cancer, it is important to first consider the key statistical concepts that scientists, physicians, and others use to help interpret such evidence.

An initial step in interpreting scientific evidence is to identify the key question of interest. Here, the key question is whether there is reliable evidence from human studies to indicate that ranitidine use can cause specific cancer(s). The next step is to identify all evidence relevant to this question. Once that has been done, the evidence is carefully reviewed. This includes consideration of the study design, data sources, methods, results, and conclusions. As explained below, certain types of studies and methods typically provide more reliable evidence than others. It is not appropriate to combine all data and reach a conclusion without first assessing the strengths and limitations of various studies and available data.

After evaluating the quality of the available data, it is then appropriate to evaluate and interpret the summary measures or outcomes of interest reported using these data. These are often measures of association—the statistical dependence between two factors—sometimes referred to as correlation. Association reflects whether two events occur together more or less frequently than expected. An association can be real, whereby the two events are related (though not necessarily causally), or spurious, resulting from chance, confounding, bias, and measurement errors.

To evaluate the evidence in support of a potential association, researchers often consider (1) the magnitude of the association (e.g., the relative risk (RR)), (2) the corresponding 95% confidence interval (CI), and (3) the p-value obtained from a statistical test of the null hypothesis of no association. The RR estimates approximately how much an exposure might increase or decrease disease risk. For example, a RR=2 suggests that exposed individuals have an approximately two-fold higher risk than unexposed individuals, assuming no confounding, bias, or chance, and use of the correct statistical model. RR=1 suggests that exposed individuals have no higher risk of an outcome than unexposed individuals (i.e., RR=1 supports the null hypothesis that the exposure has no effect).

The uncertainty in a RR estimate can be estimated from the 95% CI. A 95% CI represents the range of values that contains the true RR 95% of the time if the experiment were repeated an unlimited number of times, again assuming no bias and use of the correct statistical model.[20] That is, if one calculates 95% CIs from many studies, 95% of these intervals would contain the true RR on average (if the assumptions used to compute the intervals are correct). The width of the 95% CI reflects the precision of estimates: a narrower CI generally indicates more certainty about where a true RR lies, and a wider one generally indicates less certainty about the true RR.

A small p-value indicates that an RR estimate is unlikely under the null hypothesis of no association (i.e., RR=1). More formally, the p-value gives the probability that a test statistic is greater than or equal to its observed value, assuming that the test hypothesis (e.g., RR=1) is correct and that the study has no source of bias.[20] Thus, a p-value is a measure of how compatible the observed data are with a hypothesis. Conventionally, a statistically significant result is one that has a p-value less than 0.05, which is also indicated by a 95% CI not including the null RR=1. In general, this approach is best applied to studies of a single outcome, as studies with multiple comparisons have a higher risk of false

positives and thus require greater scrutiny. Some studies, such as drug screening studies such as McDowell et al. (a)[11] often use a lower p value to minimize the potential for false positives.

In practice, scientists consider all information when interpreting scientific evidence: the magnitude and consistency of RRs, the width of 95% CIs across studies, and the p-values. Scientists also consider potential explanations for results, including confounding and bias (discussed below). Many findings are not replicated with further research. In fact, concerns with potential false positive results prompted the journal Nature to recently publish a special multi-paper issue "Challenges in irreproducible research," in which it notes "[t]here is growing alarm about results that cannot be reproduced."[21] This concern was also highlighted by the ASA President's Task Force, which noted that "[d]ealing with replicability and uncertainty lies at the heart of statistical science."[22] They continued, "[s]elective reporting, even the highlighting of a few persuasive results among those reported, may lead to a distorted view of the evidence."[22] This can lead to an improper conclusion that an association exists where there is none. (Note, chance and irreproducibility are a separate problem from confounding and bias, discussed below, which can create false positive results in multiple studies if the bias is not properly controlled in each.)

The potential for such invalid, anomalous results may be further magnified when a study undertakes many different comparisons—which increases the likelihood of detecting small p-values by chance—but uses a statistical significance threshold assuming that one or very few comparisons have been undertaken. For example, one study discussed in greater detail below evaluated the association between 250 commonly prescribed medications and 22 cancers (5,622 comparisons total) without fully taking into consideration the impact of the multiple comparisons.[11] Thereafter, using the same multi-comparison data, the authors published further papers focused on ranitidine and individual cancers as though they had only undertaken individual comparisons.[2,12,15,16] In addition to issues of multiple comparisons, results from studies of the same exposure/outcome relationship in the same population should not be treated as providing independent confirmatory findings. Thus, it is important to consider the totality of the data when interpreting results from research studies.

**I.B. Confounding and Bias**

Even if an association is reported, one must also investigate whether alternative explanations exist for the observed result. RR estimates usually do not equal the true effect of exposure on disease due to a number of factors. These factors include confounding and other sources of bias, which are types of systematic errors that may result in an incorrect estimate of the association between exposure and risk of disease. A valid association is one not due to chance, bias, or confounding.

Confounding bias occurs when the observed association for a potential risk factor is due to another factor that is associated with both the exposure and outcome of interest, and that does not mediate the relationship between the exposure and outcome. A classic example of confounding is the potential relationship between coffee drinking and pancreatic cancer. An initial study detected an association between increased coffee intake and pancreatic cancer.[23] This prompted widespread concern about the dangers of coffee, and an opinion in the *New York Times* stated that the finding gained "credence from its publication in the eminent *New England Journal of Medicine* and from the reputation of the study team" from Harvard University.[24] Subsequent research, however, concluded that the apparent association may be due to confounding by smoking: coffee drinkers are more likely to smoke,[25] and smoking is associated with a higher risk of pancreatic cancer.[26] Further studies that more adequately accounted for smoking did not observe an association between coffee intake and pancreatic cancer risk.[26] There are numerous other examples where early observational studies suggested a strong statistical association that further research found was not causal, in part due to uncontrolled and/or

residual confounding (e.g., initial associations between antioxidants (beta-carotene) and cancer arising from confounding by lifestyle factors such as smoking).[27-29]

Regarding the question at hand—whether ranitidine is associated with cancer—confounding may occur if risk factors for cancer are also indications for ranitidine use (i.e., confounding by indication) or prompt their use. For example, ulcers and GERD are associated with gastric and esophageal cancer, but have also been treated with (i.e., are indications for) ranitidine and other H2RAs. As another example, smoking is a risk factor for the cancers considered here and is associated with the use of H2RAs. Therefore, there could be a statistical correlation between ranitidine and cancer that simply reflects the use of this drug in response to other indications or risk factors for cancer, creating a false association.

In a similar manner, any proposed association between ranitidine use and cancer could be false due to reverse causality. Reverse causality may occur if underlying (e.g., pre-diagnosis) symptoms of cancer prompted use of an H2RA. For example, if early symptoms of gastrointestinal cancer cause heartburn, indigestion, or chest discomfort that prompted the use of ranitidine, this could result in reverse causality because the use of the medication began before the cancer diagnosis, but not before the cancer developed. Similarly, if early symptoms of cancer prompted use of painkillers, and these lead to gastrointestinal discomfort—a known side effect—this could in turn result in prescription of H2RAs; which would result in indirect reverse causality.

**Figure 1.** Potential confounding and bias of hypothetical association between ranitidine use and cancer.




If one is unable to properly assess and control for potential confounding bias and reverse causality, the result could be a spurious association between ranitidine use and cancer. And even if one has attempted to assess and control for these issues, there may remain residual and unmeasured bias that results in false positive, invalid associations from observational studies. For example, in Figure 1, even if one adjusts for indications or risk factors, there may remain a biased association between ranitidine use and cancer due to residual confounding arising from imperfect measurement of those factors. Thus, the validity of results from any observational study hinges on the assumption that no residual or unmeasured confounding or reverse causality is present. One approach to try and address these issues is to look at cancer associations arising from the comparison of ranitidine to other H2RAs (active comparators), since these drugs may have similar patterns of use. Active comparator studies are discussed in detail below.

### I.C. Hierarchy of Scientific Research Studies

With this background, we can now discuss why certain types of studies have different strengths and weaknesses when evaluating relationships between an exposure and outcome. The two main types of human (clinical) studies are randomized controlled trials and observational studies. In randomized controlled trials, individuals are randomized to receive different exposures or interventions. For example, one might undertake a controlled trial that randomizes half the study participants to receive ranitidine and the other half to receive a placebo, and then follow the participants over time to

determine who does or does not develop cancer. Randomization helps limit any systematic differences in who is exposed versus non-exposed and ensures groups are fairly similar with respect to underlying disease risk factors. Randomizing the groups creates a comparison of two similar populations ("apples to apples") who vary only by the exposure of interest (here, ranitidine). This design helps isolate any effect of ranitidine by minimizing potential biases and confounding. For this reason, randomized controlled trials are considered the gold standard for providing scientific evidence. However, controlled trials can require long periods of follow up until a sufficient number of events have occurred. Clinical trials without randomization or without a control group are much less useful for assessing a potential causal relationship, because they do not allow a comparison between groups that should be relatively similar apart from the intervention.

To generate hypotheses and identify potential associations more quickly, one can instead use an observational study design. These are termed 'observational studies' because they do not have an investigator-initiated intervention or experimental control for potential confounding. Instead, in observational studies, exposures and outcomes are generally obtained from self-reported questionnaires, medical or pharmacy records, registries, or other measurements—which can have varying levels of completeness. There are two main types of observational studies: cohort studies and case-control studies. The strengths and weaknesses of each are discussed in section III.A below.

Unlike controlled trials, observational studies do not randomize individuals to receive a particular exposure or treatment (e.g., ranitidine or placebo). This leaves observational studies more susceptible than controlled trials to biased findings (e.g., there may exist systematic differences between exposed and unexposed individuals). For example, individuals who take ranitidine (outside a clinical trial) may have different health factors, ages or other demographic characteristics, and different risk factors for diseases such as cancer, than people who do not take ranitidine. Researchers undertaking observational studies attempt to address this issue through certain study designs or by statistically adjusting estimates of association for potential confounders. Nevertheless, challenges in study design or in accurately measuring potential confounders can leave observational studies susceptible to residual confounding and biased results. In reality it is virtually impossible to collect data or plan a study for all the potential confounding factors or baseline differences between populations. It is also often difficult to measure exposure, dose, or real-life use of medications in a population of users in non-clinical studies. To address these potential issues, active comparator studies are preferred over non-active comparator studies (discussed below).

Results from observational studies are generally considered less reliable than those from well-conducted randomized controlled trials. Observational studies are helpful for exploring potential associations, but only rarely can one conclude from observational studies that a causal relationship exists between an exposure and outcome. For example, observational studies were able to demonstrate that smoking causes lung cancer because the association was strong (RR ~7) and was replicated across many studies. Weaker potential associations, however, may simply reflect confounding and bias. This has led to the realization that many published results from observational studies will not be replicated by future studies and do not reflect causal relationships.[30-32]

Another category of data, anecdotal reports, involve small numbers of patients where there is no control group—such as case series, individual case reports, or post-marketing adverse event reports. These are less reliable than controlled clinical trials or observational studies because they lack a way to calculate the incidence of the adverse event observed, let alone a control group against which to compare the observed incidence. Consequently, adverse event reports may be useful for generating hypotheses, but are very rarely useful for assessing a causal relationship. Moreover, where an adverse event—like cancer—occurs in the background population of patients who are not exposed to a drug or other substance (as cancer does), anecdotal reports almost never can be used to establish causation.

Lastly, in the hierarchy of evidence, preclinical studies—tests performed on human or animal cells in a test tube (known as *in vitro* tests) or in living animals (known as *in vivo* tests)—fall below appropriately designed clinical trials and observational studies for assessing causal relationships in humans. This is so because animal physiology differs from human physiology in important ways and *in vitro* studies typically measure only one or two biological mechanisms at a time, rather than the net effect of multiple biological processes in a living organism.

### I.D. Active Comparator Studies

Active comparator observational studies are a methodologically important approach that provides an avenue for controlling potential sources of bias, even if these are not directly measured (e.g., unmeasured confounders).[33] This approach attempts to mimic a randomized controlled trial by limiting differences between the exposed and unexposed groups and is especially valuable when there is a concern with potential confounding by indication.[33]

Active comparator studies are strongly preferred over non-user comparisons; as noted by Franklin et al.[34]

> [F]ocusing on active treatment comparator(s) with similar indications and similar treatment modality as the treatment of interest can greatly mitigate the risk of unmeasured confounding.[35-37] Nonuser comparator groups are highly suspect, as patients who are receiving treatment are often very different with respect to their disease severity and risk of adverse events compared with patients who are not receiving treatment for the same disease.

Yoshida et al.[38] also points out there are "[t]hree main advantages that the active-comparator design provides []: (1) increase[ed] similarity in measured [patient] characteristics between the [treatment] groups; (2) reduc[ed] potential for unmeasured confounding; and (3) possibly improving [the clinical relevance of] the research question."

Because the active comparator approach helps avoid bias, it "is regarded as the standard for pharmacoepidemiology, to be implemented whenever possible."[39] Several formal guidelines recommend the use of active comparators in observational studies,[40] including the US Food and Drug Administration's (FDA) "Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data,"[41] the Patient-Centered Outcomes Research Institute's (PCORI) "Standards for Causal Inference in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research,"[42] the Good Research for Comparative Effectiveness (GRACE) principles,[43] and the Agency for Healthcare Research and Quality's (AHRQ) "Developing a Protocol for Observational Comparative Effectiveness Research."[44]

Examples of active comparator studies include evaluating the potential association between: the use of thiazide-like diuretics and skin cancer (active comparator: calcium channel blockers);[45] the use of the insulin analog glargine and cancer (active comparator: insulin human isophane);[46] statin use and cancer (active comparator: glaucoma medications);[47] and use of cyclooxygenase 2 inhibitors and nonsteroidal anti-inflammatory drugs and myocardial infarction or ischemic stroke (active comparator: thyroid hormone or a medication for glaucoma)[48] (Table 1). These active comparators were used for similar disease indications or patient populations as the drug under study. Similarly, when evaluating ranitidine and cancer, the existence of other H2RAs—drugs from the same class with similar patterns of use—are the clear choice of active comparator to most fully account for potential bias and reverse causality.

**Table 1.** Examples of active comparator studies, highlighting reasons for their use.

| Study | Drug/Drug Class of Interest | Active Comparator | Reason for Selecting Active Comparator |
|---|---|---|---|
| Schneider[45] | Thiazides and thiazide-like diuretics (TZs) | Calcium channel blockers (CCBs) | Same disease indication.<br><br>"We conducted an observational cohort study using data from a UK primary-care database to quantify absolute and relative risks of skin cancer in new users of different TZs compared with patients exposed to CCBs, another first-line antihypertensive drug group." |
| Sturmer[46] | Insulin analog glargine | Neutral Protamine Hagedorn insulin | Similar indications and clinical effects.<br><br>NPH is a "nonanalog form of insulin with similar indications and clinical effects[.]" |
| Setoguchi[47] | Statins | Glaucoma drugs | Similar patient population.<br><br>"Glaucoma drugs are another type of preventive drug, and their users are likely to have characteristics similar to those of statin users with regard to health-seeking behavior and adherence to other preventive procedures." |
| Solomon[48] | Cyclooxygenase 2 inhibitors (coxibs) and nonselective nonsteroidal anti-inflammatory drugs (NSAIDs) | Thyroid hormone; glaucoma medication | Similar health care system utilization by patients.<br><br>"A similar definition was applied to the reference group; however, these subjects were required to have initiated use of a thyroid hormone or a medication for glaucoma. We required use of these other agents to ensure similar health care system use between the active drug users and the reference group." |

As discussed in detail below, active comparator studies using H2RAs have been undertaken for all of the cancers at issue here, and the primary results show no consistent association between ranitidine and cancer. Another active comparator would be to compare ranitidine to other acid-suppressive medications, such as PPIs. Comparing ranitidine to PPIs might not provide the same control for potential bias or reverse causality as comparing ranitidine to other H2RAs due to different patterns and indications of use and potential hypotheses regarding PPIs and cancer. But comparing ranitidine use with PPI use is preferable to comparing ranitidine use with non-users of ranitidine, since the latter is even more susceptible to reverse causality or confounding bias (i.e., comparing people who need an antacid versus the general population). Thus, in this report I prioritize comparisons of ranitidine to other H2RAs, followed by ranitidine to PPIs, and then ranitidine to non-use.

The decision to prioritize active comparator analyses due to their ability to best address potential reverse causality or confounding bias is also supported by authors of some of the recent observational studies investigating the potential association between ranitidine and cancer. In particular, Yoon et al.[7] states:

> "The selection of famotidine users as controls is suitable because . . . Famotidine is comparatively more potent than ranitidine at gastric acid suppression. However, proton pump inhibitors are much more potent than H2RA and are widely used for gastric acid suppression.[49] Therefore, the clinical indications of ranitidine and famotidine are almost identical,[50] and as all co-variates cannot be adjusted, a control group using a similar indication drug is more appropriate than the general population."

Similarly, Norgaard et al.[6] notes that "…smoking and other lifestyle factors are unlikely to be strongly related to choice of type of H2-blocker thus the active comparator-design likely averted potential confounding by these."

### I.E. Factors Considered in Exploring Causation

Bradford Hill noted that before exploring causation one must first determine whether any potential association is already "perfectly clear-cut and beyond what we would care to attribute to the play of chance" or bias or confounding.[51] This includes assessing whether an observed statistical association may be a spurious finding in light of potential alternative explanations (discussed above in Section I.B).

Following detection of a "clear-cut" or what I term a "valid" association, additional factors must also generally be present to conclude that a causal relationship exists. One set of factors is Hill's nine criteria for causality.[51] These are: strength of association, consistency, specificity, temporality, biological gradient (also referred to as dose response), plausibility, coherence, experiment, and analogy. The importance of these factors for assessing causality varies substantially. But temporality is essential for causality: the exposure must precede the disease. Some of the criteria can be supportive of causality (e.g., strength of association, dose response, and consistency), while others may have limited value.

Hill's criteria not only have varying importance but are also susceptible to subjective interpretation. Using the same data, experts can emphasize and interpret the criteria in different ways to reach conflicting opinions about causality. Considering these limitations, many modern epidemiologists—and Bradford Hill himself—argue that these criteria cannot be used as a checklist to confirm causality.[20,51,52] Instead, Hill's criteria can be used to provide a more general framework for interpreting results of observational studies and to consider potential alternative explanations for observed associations.[20,51,52] While my review of the literature on ranitidine and cancer does not find any "clear-cut" associations such that a Bradford Hill analysis is even warranted, for the sake of completeness, I end this report with consideration of the Bradford Hill causality criteria.

### I.F. Important Considerations for Cancer Studies

There are some unique aspects of observational studies of cancer that can impact assessment of both exposure and disease. These aspects merit consideration when interpreting those types of studies. First, there can be a long interval between exposure to a substance and development of detectable cancers. This latency period can make it difficult to obtain accurate measures of exposures and potential confounders within the most appropriate time periods. Moreover, this latency period increases the potential for an exposure occurring in response to an early cancer symptom or indication for use, either of which could result in reverse causality or potential confounding. In addition, the latency period requires sufficient follow-up time for cancer outcomes to develop. While the optimal time frame for addressing latency period is unknown and will vary according to individuals, the exposure, and the cancer being studied,[53] the range of follow-up times across observational studies of ranitidine (~6-24 years) has been sufficiently long to detect associations for other exposures believed to initiate the cancers under consideration here. For example, similar or slightly shorter follow-up times (~5-20 years) were sufficient for observational studies of red meat—which the International Agency for Research on Cancer (IARC) has classified as a probable carcinogen (Group 2A)—to detect associations with cancers of the colon, pancreas, and prostate.[54] Because Plaintiffs in this litigation allege a cancer promotion theory as well as an initiation theory, an even shorter follow-up period may be sufficient.

Second, cancer is a heterogeneous disease, and for this reason, observational studies generally do not collapse cancers together into a single 'any cancer' outcome. One does not expect a risk factor for a particular cancer to act as a wide-spread carcinogen across different organs or tissues.[53] For example, even strong risk factors for certain cancers such as tobacco smoke are not universally carcinogenic throughout the human body.[53] Moreover, if one does collapse cancers together, any associations between an exposure and 'any cancer' will be driven by the most common—or most commonly

studied—cancer. Therefore, studies generally present results for specific cancers. A small number of ranitidine studies collapsed all cancers, so for the sake of completeness I nevertheless discuss these results before presenting findings for specific cancers.

### I.G. Determining Exposures for Study

When evaluating the potential association between an exposure and an outcome, scientists focus on studies looking directly at that exposure. For example, when considering processed meats and cancer, scientific bodies consider studies of processed meats (WCRF, IARC). If associations are detected, the potential underlying mechanisms are further discussed (e.g., whether it is biologically plausible that processed meats could cause cancer). Moreover, observational studies of potential carcinogens focus on exposures that can be ascertained from available information. For example, studies of smoking and lung cancer evaluate self-reported cigarette use because this can be determined from observational data. Direct evaluation of tobacco smoke byproducts is uncommon because the required biospecimens are usually not available, especially from the appropriate pre-cancer time period. Moreover, studying cigarette use instead of individual byproducts allows for assessing the overall effect of smoking on cancer.

Similarly, n-nitrosodimethylamine (NDMA), the proposed mechanism between ranitidine and cancer outcomes in this litigation, is not easily measured or readily available in observational studies. Although IARC has classified NDMA as a probable carcinogen (group 2A),[55,56] this designation is based largely on *in vivo* animal studies, with limited evidence on the potential effect of NDMA on cancer in humans. The latter is in part due to challenges with assessing NDMA exposure levels in observational studies. Most observational studies have approximated NDMA levels from dietary intake or occupational exposures and then correlated these estimates with cancer outcomes. But these studies have shown mixed results, as discussed further below in responses to the plaintiffs' expert's reports.

One could hypothetically use a similar approach to approximate NDMA levels in ranitidine. However, instead of attempting to make such approximations, the observational studies undertaken by the scientific community following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself. This is because the exposure of concern is ranitidine, which includes any consequential or incidental exposure to NDMA from ingestion of the drug. Looking at NDMA alone does not account for the real-world net effects of NDMA in ranitidine, nor does looking at NDMA alone reflect the actual doses or patterns of use of exposure to NDMA through ranitidine use by actual patients in real world settings. Extrapolating from NDMA studies requires speculation, whereas studying ranitidine reflects the effects, if any, of the actual question here – NDMA in ranitidine. Moreover, ranitidine can be directly queried from study participants or pharmacy records. Thus, in accord with the larger scientific community, I too focus predominantly here on studies of ranitidine use and cancer as the proper methodology for testing any relationship between NDMA in ranitidine and cancer.

## II. CLINICAL TRIAL DATA

Ranitidine has been studied in randomized, controlled trials.[57-59] Clinical trials have limitations in that they were generally of short duration and were not designed to study cancer outcomes (other than as a standard event captured in pharmaceutical trials). Nevertheless, they did not detect an increased risk between ranitidine and any of the five cancers under consideration here.

## III. OBSERVATIONAL STUDY DATA

### III.A. Overview of Observational Study Designs

All published reports of the potential associations between ranitidine use and cancer are from observational studies. The most commonly used observational study designs are cohort and case-control studies. Cohort studies measure exposures within a group of individuals and follow them for disease outcomes. A key facet of these studies is obtaining information on exposures before disease occurrence. If exposure data are of sufficient quality, this study design can avoid issues of temporal ambiguity with regard to when exposure was measured relative to disease occurrence.

Case-control studies examine individuals with and without the disease of interest (e.g., cancer) and assess pre-diagnostic exposures (e.g., ranitidine use). A common criticism of some case-control studies is that exposure information may be collected after the disease has been diagnosed. However, case-control studies can be nested within cohorts whereby exposure is assessed before disease and cases are prospectively recruited as they develop the disease of interest. Case-control studies can also assess exposures using records and databases that are not subject to recall bias.

### III.B. Observational Studies Relating to Ranitidine and Cancer

I independently searched the literature for observational studies that address the question of interest here: Is there a potential association between ranitidine use and cancer. I followed the *a priori* specified Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) checklist. This included undertaking searches of PubMed (https://www.ncbi.nlm.nih.gov/pubmed), EMBASE, and the Cochrane Library using the following criteria. For exposure: “ranitidine”, “Zantac”, “H2RA”, “histamine receptor antagonist”, “H2 receptor antagonist,” “histamine H2 antagonist,” and “H2 blocker”. For outcome: “cancer,” “neoplasm,” “tumor,” “adenoma,” and specific cancer types. I then searched through the bibliography of each relevant article identified by the above search to determine potential additional studies of interest. From these searches, I obtained studies presenting results from evaluating the association between ranitidine use and: all cancers combined, esophageal, gastric, bladder, liver, or pancreatic cancers.

To date, this literature search has found 16 peer-reviewed publications presenting original results from epidemiologic studies of ranitidine and these five cancers. [1-16] Some publications evaluated multiple cancer outcomes, and two of the studies screened large numbers of drugs for signals of potential association with many different cancers.[11,13] Eight of the 16 publications contrasted ranitidine use with an active comparator (e.g., other H2RAs),[1-8] and eight compared ranitidine use to non-use.[9-16] I prioritize ranitidine active comparator analyses since, as noted above, these can better address potential reverse causality and confounding bias.

Below I summarize and interpret results from the ranitidine studies. Tables with ranitidine-specific results are organized based on the comparison group: active comparators (other H2RA or PPI) or non-use. Where the study reported results using an H2RA and PPIs as comparators, I used the most reliable active comparator reported: the H2RA comparison. For completeness I have reported other study results in the footnotes. The studies are ordered from largest to smallest number of exposed cases, which impacts a study’s ability to estimate associations accurately and validly. I also present findings from investigations of different lag times or dose- / duration-response trends. Appendix 1 gives further specific details from each study, organized by the comparison made (e.g., ranitidine versus active comparator) and alphabetically by the first author’s last name. Appendix 1 also summarizes each study’s design, analysis, results, and gives a brief discussion of strengths, weaknesses, and conclusions.

### *III.B.1 Results from Observational Studies of ALL CANCERS Combined*

**Summary.** Three large active comparator studies detected no association between ranitidine use and cancers combined.[3,7,8] In contrast, a smaller study without an active comparator or control for key potential confounders (e.g., smoking), reported an RR=1.26 (95% CI=1.01-1.58) when comparing ranitidine to non-use, which may be subject to potential reverse causality and confounding bias.[9] There were no associations with longer lag times or potential dose-response. These studies do not support the existence of an association between use of ranitidine and cancer.

**Ranitidine vs Active Comparator.** Three recently published large studies evaluated the potential association between ranitidine versus active comparators and cancer overall.[3,7,8] Yoon et al.[7] and Iwagami et al.[3] compared ranitidine to other H2RAs while Kantor et al.[8] compared ranitidine to the PPI omeprazole. All three of these studies found no association between ranitidine use and cancer: RR=0.99 (95% CI=0.91-1.07);[7] RR=1.01 (95% CI=0.95-1.08);[3] and RR=0.94 (95% CI=0.85-1.04)[8] (Table 2.1). Results presented in Iwagami et al.[3] (here and below) are for ranitidine or nizatidine (a less common H2RA also alleged to be capable of forming NDMA); the authors reported that "the results were similar when…ranitidine and nizatidine users were separately compared with the other H2 blockers group." These comparisons provide a direct control for potential bias since indications or early symptoms of cancer may be treated with these drugs. The importance of this control is highlighted in an additional analysis undertaken by Yoon et al.[7] who compared the standardized incidence of all cancer among different H2RA users to the general population and found RR=1.23 for ranitidine but an even larger RR=1.31 for famotidine—which is not associated with NDMA. This suggests that comparing ranitidine users to non-users may result in invalid associations arising from reverse causality or confounding, and that a better comparison is of ranitidine to other H2RAs or, to a lesser extent, PPIs.

**Ranitidine vs Non-Use.** Habel et al.[9] investigated the potential association between ranitidine use versus non-use. Comparing individuals who received a ranitidine prescription to those with no prescription gave a RR=1.26 (95% CI=1.01-1.58)[9] (Table 2.1). The lack of agreement between, on the one hand, the three recent studies,[3,7,8] and on the other, the older Habel et al.[9] study could reflect several important limitations of the older study. While the three newer studies all used active comparators, as noted by Habel et al.,[9] by comparing ranitidine users to non-users, any RR>1 might reflect the use of these drugs for early symptoms of cancer (reverse causality). Moreover, Habel et al.[9] was substantially smaller than the newer studies and had essentially no information on potential confounders (e.g., smoking or BMI) and thus was not able to control for these in its analyses. For these same reasons, we would also expect the potentially biased, false positive result in Habel et al.[9] to be evidenced in some of their cancer-specific analyses (as described below).[9]

**Lag Time and Dose-Response Analyses.** Two of the recent active comparator studies also looked at the potential association within shorter versus longer lag time.[3,8] These analyses require a certain amount of time to pass between ranitidine exposure and development of cancer. This lag time allows for considering exposures in the most relevant time period for cancer risk, which can be many years prior to diagnosis due to the slow-growing nature of some cancers. Moreover, by excluding recent exposures, a lag time analysis helps address potential reverse causality or confounding bias. Some studies restrict to exposures with a particular lag time (or longer), while other studies restrict to exposures within a particular time range (e.g., 1 year). Iwagami et al.[3] detected no clear difference while Kantor et al.[8] found a lower RR=0.86 (95% CI=0.73-1.01) with increasing lag time (Table 2.2). Iwagami[3] et al. also considered the potential dose-response between ranitidine use and all cancer and did not observe a positive trend with increasing dose (Table 2.3). If ranitidine had a true association with cancer, one would expect increasing dose to have larger relative risks, which was not seen here.

**Table 2.1 All cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period[2] | Total N | N Exposed Cases | Comparison[3] | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Yoon | 2009-2018 | 50,610 | 3018 | R vs F (>1 year) | 0.99 | (0.91-1.07) |
| Iwagami[4] | 2005-2018 | 550,758 | 945 | R, N vs C, F | 1.01 | (0.95-1.08) |
| ***R vs PPIs*** | | | | | | |
| Kantor[5] | 2006-2015 | 36,579 | 509 | R vs Omeprazole | 0.94 | (0.85-1.04) |
| **Ranitidine vs Non-Use** | | | | | | |
| Habel[6] | 1982-1995 | 10,142 | 81 | Use vs none | 1.26 | (1.01-1.58) |

[1] Appendix 1 gives study details.
[2] Year range between first drug use measurement and final cancer outcomes.
[3] R=Ranitidine; C=Cimetidine; F=Famotidine; N=Nizatidine.
[4] The authors report that "The results were similar when…ranitidine and nizatidine users were separately compared with the other H2 blockers group."
[5] Comparing ranitidine to non-use gave RR=1.01 (95% CI=0.93-1.09).
[6] Total N estimated from the 922 individuals prescribed ranitidine and 10:1 matching with 'unexposed' (non-ranitidine or cimetidine users). This N used in below tables as well.

**Table 2.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between ranitidine exposure and all cancer outcomes.

| Study | Cancer | Lag Category 1 RR (95% CI) | Lag Category 2 RR (95% CI) |
|---|---|---|---|
| ***R vs Other H2RAs*** | | | |
| Iwagami | All | None<br>1.02 (0.98-1.07) | 1 yr<br>1.00 (0.94-1.06) |
| ***R vs PPI*** | | | |
| Kantor | All | 1st 5 yrs follow-up<br>0.99 (0.88-1.11) | After 5 yrs follow-up<br>0.86 (0.73-1.01) |

**Table 2.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose--response trends for all cancers.

| Study | RR (95% CI) 1-180 DDDs | 181-365 DDDs | 366-730 DDDs | >730 DDDs |
|---|---|---|---|---|
| ***R Other H2RAs*** | | | | |
| Iwagami | 1.03 (0.98-1.08) | 1.00 (0.73-1.39) | 0.95 (0.61-1.48) | 0.83 (0.45-1.55) |

### *III.B.2. Results from Observational Studies of ESOPHAGEAL CANCER*

**Summary.** None of the six studies demonstrated a valid association between ranitidine use and esophageal cancer overall.[1,4,11,13,14] The RR were below or around the null (RR=1), or subject to bias, confounding, or chance. For example, a study by Habel et al. compared ranitidine to non-use for esophageal and gastric cancer combined based on just six exposed cases.[9] There were no valid associations with potential dose-response. Taken together, the results from these studies do not support an association between use of ranitidine and esophageal cancer.

**Ranitidine vs Active Comparator.** There were two active comparator studies for esophageal cancer (Table 3.1). Adami et al.[1] compared ranitidine use to other H2RA use and found RR= 1.09 (95% CI=0.91-1.29). Adami et al. undertook further subgroup analyses, and for esophageal adenocarcinoma they reported a RR=1.30 (95% CI=1.01-1.68) and for esophageal squamous cell carcinoma a RR=1.07 (95% CI=0.80-1.44). When restricting to those individuals with at least 10 prescriptions, the results for esophageal, esophageal adenocarcinoma, and esophageal squamous cell carcinoma were RR=1.16 (95% CI=0.80-1.69), RR=0.97 (95% CI=0.53-1.76), and RR=1.71 (95% CI=0.70-4.15), respectively (where the latter was based on only 8 exposed cases) (Table 3.2).[1] The lack of association for esophageal adenocarcinoma when looking at dose-response supports the authors conclusion that the esophageal adenocarcinoma subgroup result was likely spurious due to multiple comparisons. Kim Y et al.[4] compared ranitidine to famotidine use in the Explorys database and found RR=0.51 (95% CI=0.43-0.60).

**Ranitidine vs Non-Use.** Three studies evaluated the relationship between ranitidine use versus non-use and esophageal cancer: McDowell (a) et al.[11] found RR=1.00 (95% CI=0.84-1.19); and Tan et al.[14] undertook a study of individuals diagnosed with Barrett's esophagus and reported RR=0.71 (95% CI=0.50-1.00); and Pottegard et al. found (for squamous cell carcinoma) a RR=0.62 (95% CI=0.31-1.23) (Table 3.1). Furthermore, Tan et al. found RR=3.00 (95% CI=1.84-4.90) in a lower dose category (i.e., for < 150mg defined daily dose (DDD), defined as mean dosage per day of medication), but RR=0.17 (0.09-0.32) in a higher dose category, which is the opposite of what one would expect if ranitidine were validly associated with esophageal cancer (Table 3.2). A fourth study, Habel et al.[9] looked at esophageal or gastric cancer combined and reported a RR=2.42 (95% CI=1.07-5.49). This result was based on only six ranitidine exposed cases, and as noted above this study has several serious issues that raise concerns with its results. In fact, Habel et al. noted that in their time lagged analysis RRs "were only significantly elevated during the first 12 months after prescription date," suggesting that their results were biased (e.g., due to reverse causality or confounding).

**Table 3.1 Esophageal cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period[2] | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Adami[3] | 1996-2018 | 286,062 | 261 | R vs C or F | 1.09 | (0.91-1.29) |
| Kim Y | 2009-2018 | 1,490,998 | 180 | R vs F | 0.51 | (0.43-0.60) |
| **Ranitidine vs Non-Use** | | | | | | |
| McDowell (a) | 1993-2011 | 9,939 | 240 | Use vs none | 1.00 | (0.84-1.19) |
| Tan | 2003-2011 | 1,098 | 58 | Use vs none | 0.71 | (0.50-1.00) |
| Pottegard[4] | 1995-2012 | 20,434 | 9 | Use vs none | 0.62 | (0.31-1.23) |
| Habel[5] | 1982-1995 | 10,142 | 6 | Use vs none | 2.42 | (1.07-5.49) |

[1] Appendix 1 gives study details.
[2] Year range between measurement of first drug use (exposure) and final cancer (outcome).
[3] R vs PPIs gave RR=1.01 (0.90-1.14).
[4] Esophageal squamous cell carcinoma.
[5] Esophageal or gastric cancer combined.

**Table 3.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose.

| Study | Cancer | Category 1 RR (95% CI) | Category 2 RR (95% CI) |
|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | |
| Adami | Esophageal | >=5 Rxs<br>1.09 (0.78-1.52) | >=10 Rxs<br>1.16 (0.80-1.69) |
| **Ranitidine vs Non-Use** | | | |
| Tan | Esophageal | < 150mg DDD<br>3.00 (1.84-4.90) | >150mg DDD<br>0.17 (0.09-0.32) |

### *III.B.3. Results from Observational Studies of GASTRIC CANCER*

**Summary.** All five active comparator studies reported no valid association between ranitidine use and gastric cancer.[1,3-5,7] When comparing ranitidine to non-use for gastric cancer, two studies gave null results,[10,11] two studies reported findings that suggest reverse causality,[13,16] and one was the limited Habel et al. result for gastric and esophageal cancer combined noted above.[9] There were no valid associations with increasing lag times or doses. The results from these studies do not support an association between use of ranitidine and gastric cancer.

**Ranitidine vs Active Comparator.** Five studies compared ranitidine use to other H2RA use and gastric cancer and found no consistent associations (Table 4.1). Yoon et al.[7] reported a RR=1.06 (95% CI=0.86-1.31); Kumar et al.[5] found an inverse RR=0.55 (95% CI=0.40-0.74); Adami et al.[1] reported RR=0.98 (95% CI=0.84-1.14) and no dose-response (Table 4.2); Iwagami et al.[3] gave a RR=1.09 (95% CI=0.96-1.24); and Kim Y et al.[4] found a RR=0.43 (95% CI=0.36-0.51).

**Ranitidine vs Non-Use.** Five studies compared ranitidine use versus non-use for gastric cancer (Table 4.1). Pottegard et al.[13] reported a RR=1.87 (95% CI=1.43-2.46), Kim S et al.[10] found RR=1.01 (95% CI=0.86-1.18), Liu et al.[16] reported a RR=1.42 (95% CI=1.10-1.85), and McDowell (a) et al.[11] found RR=1.00 (95% CI=0.81-1.23). As noted above, Habel et al.[9] looked at esophageal or gastric cancer combined and reported a RR=2.42 (95% CI=1.07-5.49). Pottegard et al.[13] also reported that when comparing all H2RA versus non-use, the RR=1.52 (95% CI=1.31-1.76), and when looking at a linear dose-response among ever users, the RR was larger for all H2RA users than for ranitidine users (RR=1.09 (p<0.01) vs 1.07 (p=0.03)). This suggests an overall H2RA association (i.e., not just ranitidine) with gastric cancer that is likely due to reverse causality or confounding bias.

The Liu et al.[16] and McDowell (a) et al.[11] papers were from the same research group using data from the same Scottish Primary Care Clinical Informatics Unit (PCCIU) study population, but gave conflicting results. These discrepancies may reflect uncontrolled confounding or reverse causality. McDowell (a) et al. controlled for some potential confounders not included in Liu et al. (e.g., *H. pylori* infection).[11,16] Moreover, while both studies adjusted for smoking, only Liu et al. also adjusted for alcohol use, which was missing in almost 30% of the study subjects.[11,16] These subjects were removed from the analysis (or had their alcohol values imputed in sensitivity analyses). When Liu et al. did not adjust for smoking and alcohol—and thus did not remove individuals with missing values for these variables—they found a smaller ranitidine - gastric cancer RR=1.10 (0.94-1.29) for the comparison with non-use.[16] Furthermore, the fully adjusted Liu et al. result (RR=1.42) was primarily driven by increased ranitidine use shortly before cancer diagnosis; when removing prescriptions in the 2 or 3 years prior to diagnosis, the Lui et al. results declined to an RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68), respectively (Table 4.2). Lui et al. also reported an apparent threshold effect with increasing dose, which presumably was also driven by recent use. In fact, Liu et al. found that gastric cancer patients were ~7-times more likely to newly use ranitidine in the year prior to diagnosis than controls, which strongly suggests that any RR>1 may be due to reverse causality.

**Table 4.1. Gastric cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs. Other H2RAs*** | | | | | | |
| Yoon | 2009-2018 | 50,610 | 450 | R vs F (>1 year) | 1.06 | (0.86-1.31) |
| Kumar | 1998-2018 | 75,716 | 367 | Other H2RA | 0.55 | (0.40-0.74) |
| Adami[2] | 1996-2018 | 286,062 | 331 | R vs C or F | 0.98 | (0.84-1.14) |
| Iwagami | 2005-2018 | 617,727 | 288 | R, N vs C, F | 1.09 | (0.96-1.24) |
| Kim Y | 2009-2018 | 1,490,998 | 170 | R vs F | 0.43 | (0.36-0.51) |
| **Ranitidine vs Non-Use** | | | | | | |
| Pottegard[3] | 1995-2012 | 51,544 | 387 | Use vs none | 1.87 | (1.43-2.46) |
| Kim S | 2002-2013 | 27,258 | 306 | Use vs none | 1.01 | (0.86-1.18) |
| Liu (PCCIU)[4] | 1996-2011 | 6,513 | 199 | Use vs none | 1.42 | (1.10-1.85) |
| McDowell (a) | 1993-2011 | 6,014 | 165 | Use vs none | 1.00 | (0.81-1.23) |
| Habel[5] | 1982-1995 | 10,142 | 6 | Use vs none | 2.42 | (1.07-5.49) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=1.03 (0.92-1.16).
[3] H2RA overall vs non-use gave RR=1.52 (1.31-1.76).
[4] The RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68) when removing prescriptions in the 2 or 3 years prior to diagnosis, respectively.
[5] Esophageal and gastric cancer combined.

**Table 4.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between H2RA exposure and cancer outcomes.

| Study | Cancer | Subgroup | Lag Category 1<br>RR (95% CI) | Lag Category 2<br>RR (95% CI) | Lag Category 3<br>RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Non-Use** | | | | | |
| Liu (PCCIU) | Gastric | NA | >1 yr<br>1.42 (1.10-1.85) | >2 yrs<br>1.22 (0.89-1.67) | >3 yrs<br>1.17 (0.81-1.68) |

**Table 4.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) | Category 3<br>RR (95% CI) | Category 4<br>RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | | |
| Adami | Gastric | >=5 Rxs<br>1.14 (0.86-1.52) | >=10 Rxs<br>1.13 (0.77-1.65) | | |
| **Ranitidine vs Non-Use[1]** | | | | | |
| Liu (PCCIU) | Gastric | 1-183 DDDs<br>1.40 (1.05-1.85) | 184-365 DDDs<br>1.42 (0.77-2.60) | 366-1095 DDDs<br>1.50 (0.99-2.29) | >=1096 DDDs<br>1.62 (0.86-3.05) |

[1] Pottegard looked at a potential linear dose-response between increasing prescriptions and gastric cancer among ever users and found for ranitidine a RR=1.07 (p=0.03) and for H2RAs overall a RR=1.09 (p<0.01).

### *III.B.4. Results from Observational Studies of BLADDER CANCER*

**Summary.** The four active comparator studies did not report a valid association between ranitidine use and bladder cancer.[2,6-8] One of those studies (Cardwell et al.[2]) undertook both active comparator and non-active comparator analyses and obtained conflicting results, highlighting the importance of using active comparators to control as much as possible for potential confounding (e.g., by smoking); nevertheless, there can still remain uncontrolled confounding even with these studies. There were also no consistent dose-response relationships. Another study (Kantor et al.[8]) looked at both active comparator and non-active comparator analyses and found no valid association in either. Findings from these studies do not support a consistent association between ranitidine and bladder cancer.

**Ranitidine vs Active Comparator.** Three studies compared ranitidine use to other H2RA use for bladder cancer (Table 5.1). Cardwell et al.[2] compared ranitidine to any other H2RA in the PCCIU cohort and found RR=1.05 (95% CI=0.86-1.28). Norgaard et al.[6] compared ranitidine use to use of other H2RAs and found RR=1.11 (95% CI= 0.95-1.29). Yoon et al.[7] compared ranitidine use to famotidine use and reported a RR=1.41 (95% CI=0.88-2.24). When comparing ranitidine to PPI, Cardwell et al.[2] found RR= 1.20 (95% CI=1.04-1.39), Norgaard et al.[6] found RR=1.24 (95% CI=1.04–1.48), and Kantor et al.[8] found RR=1.30 (95% CI=0.69-2.46).

**Ranitidine vs Non-Use.** Cardwell et al.[2] also compared ranitidine use to non-use for bladder cancer and found RR=1.22 (95% CI 1.06-1.40). This finding was previously published by the same research team in the same cohort (RR=1.26; 95% CI=1.10-1.44).[11] Kantor et al.[8] also compared ranitidine to non-use and found RR=1.22 (95% CI=0.74-2.01). Habel et al.[9] reported a RR=1.56 (95% CI=0.74-3.3) (for kidney and bladder cancer combined).

The contrast in results for bladder cancer from studies that undertook analyses of active comparators and non-active comparators highlights the importance of using an active comparator study design to address potential confounding (discussed above in Section I.D). This is especially the case here considering the potential confounding of any association between ranitidine and bladder cancer by smoking since smoking is the strongest known risk factor for bladder cancer (RR = 3 to 4)[60] and smoking is associated with heartburn and GERD, which may prompt use of ranitidine or other H2RAs. While the Cardwell team's active comparator analysis of ranitidine versus other H2RAs found RR=1.05 (95% CI=0.86-1.28),[2] their non-active comparator analyses of ranitidine versus non-use gave RR=1.22 (95% CI 1.06-1.40)[2] and RR=1.26 (95% CI=1.10-1.44).[11] In other words, when more closely controlling

for potential measured and unmeasured confounding (e.g., by smoking) with the active comparator analysis, there is no valid association between ranitidine and bladder cancer.

The variability in bladder cancer results also highlights the importance of using the most appropriate active comparator to control for potential confounding. Using other H2RAs as the comparator group should provide more control for confounding than using PPIs because they have more similar use patterns (and are from the same class of drugs). That is, individuals who use ranitidine or other H2RAs may be more similar in their potential confounders (e.g., smoking) than those who use PPIs.[61] As noted above, Cardwell et al.'s[2] active comparator analysis of ranitidine to other H2RAs found RR=1.05 (95% CI=0.86-1.28), whereas their comparison of ranitidine to PPIs gave RR=1.20 (95% CI=1.04-1.39). Similarly, while Norgaard et al.'s active comparator analysis of ranitidine to other H2RAs found RR=1.11 (95% CI= 0.95-1.29), their comparison of ranitidine to PPIs found RR=1.24 (95% CI=1.04-1.48).[6] Thus, when more fully controlling for potential confounding with an active comparison group of the same class of drugs (other H2RAs), there is no valid association between ranitidine and bladder cancer.

**Time Lag and Dose-Response.** When looking at a 10-year lag time in comparing ranitidine to other H2RAs, Norgaard et al.[6] observed RR=1.26 (95% CI=1.02-1.56); but when restricting to individuals with at least 10 years of follow-up after their 10th drug prescription, Norgaard et al.[6] found RR=0.75 (0.44-1.28). Similarly, when comparing ranitidine to PPIs in individuals with at least 10 years of follow-up after their 10th drug prescription, Norgaard et al.[6] found RR=0.73 (0.46-1.15). (Table 5.2). And when looking at dose-response for ranitidine versus other H2RAs, starting follow-up when individuals took >=5 or >=10 prescriptions, Norgaard et al.[6] observed RR=0.99 (95% CI 0.76-1.28) and RR=0.73 (95% CI 0.53-1.01), respectively. Cardwell et al.[2] found that users of the highest DDDs of ranitidine (>1,095 DDDs) had RR=1.27 (95% CI=0.91-1.75) as compared to other-H2RA users; lower doses gave values close to the null of 1.0. McDowell (a) et al.[11] observed no material differences in associations when looking at different lag times and dose-response (Table 5.3).

**Table 5.1 Bladder cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Cardwell[2] | 1993-2011 | 2,879 | 455 | R vs other H2RAs | 1.05 | (0.86-1.28) |
| Norgaard[3] | 1996-2008 | 96,777 | 251 | R vs other H2RAs | 1.11 | (0.95-1.29) |
| Yoon | 2009-2018 | 50,610 | 118 | R vs F (>1 year) | 1.41 | (0.88-2.24) |
| ***R vs PPIs*** | | | | | | |
| Kantor[4] | 2006-2015 | 34,163 | 13 | R vs Omeprazole | 1.30 | (0.69-2.46) |
| **Ranitidine vs Non-Use** | | | | | | |
| Habel[5] | 1982-1995 | 10,142 | 7 | Use vs none | 1.56 | (0.74-3.3) |

[1] Appendix 1 gives study details.
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). Cardwell presents results from active comparator analyses. Cardwell and McDowell (a) also present results from non-active comparator analyses. In addition to comparing ranitidine vs other H2RAs, Cardwell compared ranitidine vs PPI (RR=1.20; 95% CI=1.04-1.39), and ranitidine vs non-use (RR=1.22; 95% CI 1.06-1.40). McDowell (a) compared ranitidine vs non-use (RR=1.26; 95% CI 1.10-1.44).
[3] Comparing Ranitidine vs PPI gave RR=1.24 (95% CI=1.04–1.48).
[4] Comparing Ranitidine vs non-use gave RR=1.22 (95% CI=0.74-2.01).
[5] Kidney and bladder cancer combined.

**Table 5.2.** Relative risk estimates (and 95% CIs) from observational studies undertaking analyses using different lag times between H2RA exposure and cancer outcomes.

| Study | Cancer | Lag Category 1<br>RR (95% CI) | Lag Category 2<br>RR (95% CI) | Lag Category 3<br>RR (95% CI) |
|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | |
| Norgaard | Bladder | 1 yr<br>1.09 (0.93-1.28) | 5 yrs<br>1.12 (0.93-1.35) | 10 yrs[1]<br>1.26 (1.02-1.56) |
| **Ranitidine vs Non-Use** | | | | |
| Cardwell[2] | Bladder | >=1 yr<br>1.20 (1.06-1.36) | >=2 yrs<br>1.23 (1.08-1.39) | |

[1] When restricted to 10 yrs after the 10th prescription, RR=0.75 (0.44-1.28) for ranitidine versus other H2RAs and RR=0.73 (0.46-1.15) for ranitidine versus PPIs.
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). In McDowell (a), with a >=1yr lag the RR=1.26 (1.10-1.44) and with a >=2yr lag the RR=1.31 (1.13-1.51) (supplemental tables).

**Table 5.3.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose- and duration-response trends. Categories indicate increasing dose or duration.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) | Category 3<br>RR (95% CI) | Category 4<br>RR (95% CI) |
|---|---|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | | | |
| **Dose-response** | | | | | |
| Cardwell[1,2] | Bladder | 1-182 DDDs<br>1.02 (0.81-1.28) | 182-365 DDDs<br>0.94 (0.66-1.33) | 365-1,095 DDDs<br>1.05 (0.79-1.39) | >1,095 DDDs<br>1.27 (0.91-1.75) |
| Norgaard[3] | Bladder | >=2 Prescription<br>1.11 (0.95–1.29) | >=5 Prescriptions<br>0.99 (0.76-1.28) | >=10 Prescriptions<br>0.73 (0.53-1.01) | |

[1] Comparing ranitidine to PPIs gave for increasing categories:
RR=1.17 (0.97-1.41); RR=1.08 (0.78-1.49); RR=1.20 (0.93-1.53); and RR=1.45 (1.08-1.94).
Comparing ranitidine to non-use gave for increasing categories:
RR=1.18 (0.98-1.42); RR=1.24 (0.85-1.79); RR=1.17 (0.89-1.54); and RR=1.43 (1.05-1.94).
Comparing other H2RAs (non-ranitidine) to non-use gave for increasing categories:
RR=0.95 (0.75-1.19); RR=0.89 (0.55-1.45); RR=1.35 (0.91-2.00); and RR=1.33 (0.83-2.15).
[2] The subjects included in Cardwell overlap with those previously published in McDowell (a). In McDowell (a), for < Median Rxs the RR=1.20 (1.00-1.44) and for >= Median Rxs the RR=1.32 (1.09-1.59) (supplemental tables).
[3] Restricted to those with >= the number of prescriptions. Follow-up started after the number of prescriptions was reached. Comparing ranitidine to PPIs gave for increasing categories: RR=1.24 (1.04-1.48); RR=1.06 (0.77-1.44); and RR=0.84 (0.56-1.27).

### *III.B.5. Results from Observational Studies of LIVER CANCER*

**Summary.** None of the six studies demonstrated a valid association between ranitidine use and liver cancer overall.[1,4,7,8] The RR were below or around the null (RR=1), or subject to bias, confounding, or chance. When comparing ranitidine to non-use for liver cancer, two studies by one research team using the same data gave conflicting results,[11,15] and another study was based on 8 exposed cases.[15] There was no clear dose response.[1] The observational studies of liver cancer do not support a valid association with ranitidine.

**Ranitidine vs Active Comparator.** Three studies compared ranitidine use to other H2RA use and detected no RR>1 with liver cancer (Table 6.1). Kim Y et al.[4] and Yoon et al.[7] compared ranitidine to famotidine use and reported RR=0.39 (95% CI=0.36-0.41) and RR=0.85 (95% CI=0.69-1.05), respectively. Adami et al.[1] compared ranitidine to other H2RAs and found a RR=0.89 (95% CI=0.72-1.10); in a dose-response analysis Adami et al. did not find an increasing risk with higher intake of ranitidine (Table 6.2). A fourth study, Kantor et al.[8] compared ranitidine to omeprazole use and found RR=1.15 (95% CI=0.58-2.26).

**Ranitidine vs Non-Use.** Two publications compared ranitidine use to non-use for liver cancer (Table 6.1). McDowell (a) et al.[11] reported a RR=0.76 (95% CI=0.52-1.12) from the PCCIU study population. Tran et al.[15] also obtained data from the PCCIU and found that comparing ranitidine use to non-use gave a RR=1.41 (95% CI=0.91-2.15). The difference in results from the PCCIU cohort between McDowell (a) et al.[11] and Tran et al.[15] parallels the conflicting results discussed above for McDowell (a) et al.[11] and Liu et al.[4] for gastric cancer—the same senior investigator's study team looked at the same study population but found different results. Key differences in the study design that might explain the varying results were that McDowell (a) et al. had a longer period of follow-up and thus a larger sample

size, and while both studies adjusted for smoking, only Tran et al. also adjusted for alcohol use, which was missing in almost 30% of the study subjects (who were removed from the analysis (or had their alcohol values imputed in sensitivity analyses)). Tran et al. further reported a RR=1.82 (95% CI=0.87-3.79) in the UK Biobank population; comparing any H2RA vs non-use gave RR=1.70 (95% CI=0.82-3.53) and comparing omeprazole to non-use gave RR=1.78 (95% CI=1.12-2.83), which agrees with the active comparator results in the UK Biobank from Kantor et al.[8] showing no valid association. Kantor et al.[8] also looked at ranitidine use versus non-use and found RR=1.91 (95% CI=1.09-3.36), which, when contrasted with their result when comparing to the active comparator PPI (RR=1.15; 95% CI=0.58-2.26), suggests reverse causality or confounding bias.

**Table 6.1 Liver cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| Study[1] | Time Period | Total N | N Exposed Cases | Comparison | Relative Risk | 95% Confidence Interval |
|---|---|---|---|---|---|---|
| **<u>Ranitidine vs Active Comparator</u>** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Kim Y | 2009-2018 | 1,490,998 | 880 | R vs F | 0.39 | (0.36-0.41) |
| Yoon | 2009-2018 | 50,610 | 400 | R vs F (>1 year) | 0.85 | (0.69-1.05) |
| Adami[2] | 1996-2018 | 286,062 | 127 | R vs C or F | 0.89 | (0.72-1.10) |
| ***R vs PPIs*** | | | | | | |
| Kantor[3] | 2006-2015 | 34,163 | 11 | R vs Omeprazole | 1.15 | (0.58-2.26) |
| **<u>Ranitidine vs Non-Use</u>** | | | | | | |
| McDowell (a) | 1993-2011 | 2,370 | 68 | Use vs none | 0.76 | (0.52-1.12) |
| Tran (PCCIU) | 1996-2011 | 1,533 | 45 | Use vs none | 1.41 | (0.91-2.15) |
| Tran (UKB)[4] | 2006-2014 | 471,851 | 8 | Use vs none | 1.82 | (0.87-3.79) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=0.86 (0.71-1.05).
[3] R vs non-use gave RR=1.91 (1.09-3.36).
[4] Any H2RA vs non-use gave RR=1.70 (0.82-3.53).

**Table 6.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends

| Study | Cancer | <u>Category 1</u> RR (95% CI) | <u>Category 2</u> RR (95% CI) |
|---|---|---|---|
| **<u>Ranitidine vs Active Comparator (Other H2RAs)</u>** | | | |
| Adami | Liver | <u>>=5 Rxs</u> 1.09 (0.70-1.69) | <u>>=10 Rxs</u> 0.79 (0.43-1.44) |

### *III.B.5. Results from Observational Studies of PANCREATIC CANCER*

**Summary.** Both active comparator studies reported RR<1 for ranitidine use and pancreatic cancer.[1,4] When comparing ranitidine to non-use for pancreatic cancer, two studies by one research team using the same data gave results driven by the low dose group, which is opposite of what one would expect if ranitidine were validly associated with pancreatic cancer,[11,12] and another study was based on five exposed cases.[15] Overall, results from these studies do not support an association between ranitidine and pancreatic cancer.

**Ranitidine vs Active Comparator.** Two studies compared ranitidine use to other H2RA use and found RR<1 for pancreatic cancer (Table 7.1). Kim Y et al.[4] compared ranitidine to famotidine and found RR=0.54 (95% CI=0.49-0.62). Adami et al.[1] compared ranitidine use to other H2RA use and found RR=0.97 (95% CI=0.87-1.10), and a lower risk for higher intake (Table 7.2).

**Ranitidine vs Non-Use.** Two duplicative publications reported results from comparing ranitidine use to non-use in the PCCIU cohort: McDowell (a) et al.[11] and McDowell (b) et al.[12] (Table 7.1). McDowell (a) et al. reported a RR=1.36 (95% CI=1.06-1.73) for pancreatic cancer. This result was from one of 5,622 medicine-cancer associations evaluated in a broad drug screening study, and thus, as noted by the authors, may have been simply a false-positive chance finding due to undertaking multiple comparisons without appropriate statistical control. Nevertheless, the same research team reported this same finding in a second paper—an almost identical RR=1.37 (95% CI=1.10-1.70),[12] obscuring the potential chance finding of the original result by making it appear as if a specific hypothesis was being test a priori. Moreover, the McDowell (b) et al.[12] result was primarily driven by those in the lower dose group, whereas among individuals who received >=6 prescriptions the RR=1.20 (95% CI=0.88-1.63) (Table 7.2), which is the opposite of what one would expect if ranitidine were validly associated with pancreatic cancer. Habel et al.[9] reported a RR=2.60 (95% CI=1.06-6.38) for pancreatic cancer based on only five exposed cases.

**Table 7.1 Pancreatic cancer.** Results from observational studies evaluating the association between ranitidine use versus active comparators (H2RA or PPI) or non-use and cancer.

| **Study**[1] | **Time Period** | **Total N** | **N Exposed Cases** | **Comparison** | **Relative Risk** | **95% Confidence Interval** |
|---|---|---|---|---|---|---|
| **<u>Ranitidine vs Active Comparator</u>** | | | | | | |
| ***R vs Other H2RAs*** | | | | | | |
| Kim Y | 2009-2018 | 1,490,998 | 320 | R vs F | 0.54 | (0.49-0.62) |
| Adami[2] | 1996-2018 | 286,062 | 498 | R vs C or F | 0.97 | (0.87-1.10) |
| **<u>Ranitidine vs Non-Use</u>** | | | | | | |
| McDowell (b)[3] | 1993-2011 | 5,798 | 143 | Use vs none | 1.37 | (1.10-1.70) |
| Habel | 1982-1995 | 10,142 | 5 | Use vs none | 2.60 | (1.06-6.38) |

[1] Appendix 1 gives study details.
[2] R vs PPIs gave RR=0.99 (95% CI=0.89-1.09).
[3] The results in McDowell (b) were previously published in McDowell (a), so these studies provide the same information and represent a single result (i.e., the findings are not from two independent studies). McDowell (a) reported RR=1.36 (95% CI=1.06-1.73).

**Table 7.2.** Relative risk estimates (and 95% CIs) from observational studies evaluating potential dose-response trends. Categories indicate increasing dose or duration.

| Study | Cancer | Category 1<br>RR (95% CI) | Category 2<br>RR (95% CI) |
|---|---|---|---|
| **Ranitidine vs Active Comparator (Other H2RAs)** | | | |
| Adami | Pancreatic | >=5 Rxs<br>0.85 (0.67-1.06) | >=10 Rxs<br>0.81 (0.60-1.09) |
| **Ranitidine vs Non-Use** | | | |
| McDowell (b) | Pancreatic | <6 Rxs<br>1.49 (1.12-1.99) | >=6 Rxs<br>1.20 (0.88-1.63) |

**III.C. Summary and Evaluation of Results from the Primary Observational Studies**

Most of the observational studies have given null or negative results for the potential statistical association between ranitidine use and cancers. When comparing ranitidine to other H2RAs or PPIs (active comparator), there were no valid associations with cancer. When comparing ranitidine use to non-use (i.e., no active comparator) there were inconsistent results. The differences in the active comparator versus non-active comparator results and the lack of clear associations with longer lag times or potential dose- or duration-response suggests that any RRs > 1 likely reflect underlying biases within some of the non-active comparator studies, meaning they should not be considered to be valid associations. Taken together, the studies do not support a true association, much less a causal relationship, between ranitidine use and cancer, as many of the authors themselves noted.

**Control for Reverse Causality or Potential Bias Limits Associations**. Some of the studies investigated whether ranitidine was associated with cancers in comparison with use of other H2RAs or PPIs. These analyses may help address potential reverse causality or confounding of ranitidine-cancer associations because different H2RAs may be used in response to similar cancer symptoms, indications, or risk factors. If ranitidine were uniquely causal for cancer, one would expect users of this drug to have a higher risk of cancer than individuals taking other H2RAs. These active comparator studies consistently indicated no valid association between ranitidine and cancer.[1] In contrast, some studies comparing ranitidine versus non-use reported RRs > 1, suggesting reverse causality or confounding bias. Moreover, one research team led by Cardwell published five papers from the same dataset using overlapping subjects.[2,11,12,15,16] These results indicate how using an active comparator study may control for a confounded association (i.e., for bladder cancer) and how the same team can report different results from the same dataset depending on how confounding is controlled (e.g., for gastric and liver cancer).

**Lack of Association with Longer Lag Time**. For those studies that included varying lag times in their analyses, the RRs for associations between ranitidine and cancer were often closer to the null (RR=1) the longer the lag. In fact, the statistically significant associations between ranitidine use and some cancers were most often observed when restricting data to the shortest (or no) lag time, or among individuals who started taking the drug in the time period closest to cancer diagnosis. For individuals who started taking ranitidine with a longer lag time prior to cancer diagnosis, those relationships diminished. This is important because if the association is causal, one would expect to see this relationship across longer lag times. Instead, the findings suggest that cancer symptoms or related

diagnoses may lead to use of ranitidine and that the association for the near cancer-term use of ranitidine results from reverse causality or confounding bias.

**Lack of Dose-Response**. Some of the observational studies also looked at the potential dose- or duration-response association between the amount of ranitidine used, or time period of use, and cancer. This is important because if there were a valid association, one expects increased ranitidine use to result in a higher risk of cancer. No consistent overall dose- and duration-response relationships or trends were detected across the studies, and the RRs generally shifted up and down with increasing drug levels. Note that when assessing dose-response it is inappropriate to make multiple comparisons across numerous dose categories and then select and report findings from a single category without an overall global evaluation.

Taken together, across the observational studies the totality of reliable data indicate no valid association, much less a causal relationship between ranitidine and cancer. The active comparator studies consistently show no valid associations. Any associations in the non-active comparator studies most likely reflect issues with reverse causation or confounding. In agreement with this assessment, none of the observational studies concluded that there was an association between ranitidine use and cancer.

### III.D Summary of Observational Studies

Considering that most results were null associations, and any positive results were susceptible to reverse causality or confounding bias, none of the observational studies concluded that there was a causal association between ranitidine use and cancer. In fact, many of the authors expressly stated that their studies do not support or establish causation (quotes given above in my executive summary). I am in full agreement with this assessment.

I also agree with the noteworthy editorial by Walker[62] that the association between H2RAs overall and gastric cancer observed by Johnson et al.[63] is likely due to confounding by indication. Walker further explains:

> "Confounding by indication, unfortunately, is only partly amenable to these standard solutions [of confounder control], because each of them requires full information on the prognostic factors that also affect treatment choice."

In other words, with observational studies, it is extremely difficult to address one of the key potential confounding biases of concern here when comparing ranitidine versus non-users. If such confounding bias cannot be adequately controlled, one may observe a spurious association between ranitidine use and cancer. Even if one has attempted to assess and control for potential confounders in observational studies, there may remain residual and unmeasured confounding that results in biased estimates of association. One valuable approach to addressing such concerns is undertaking active comparator studies of ranitidine versus other H2RAs, which have indicated no valid association with cancer.

The lack of consistency in the statistical associations observed here between ranitidine use and cancer is not an unusual scenario in medical and scientific research. Many findings in observational studies or other scientific research have poor replication, especially if based on a small number of observations. In fact, there is currently a widespread concern that a substantial percentage of published scientific results are false positive findings that do not replicate in follow-up studies.[30] As noted above, the importance of this concern prompted the journal Nature to recently publish a special multi-paper issue "Challenges in irreproducible research," in which they note "[t]here is growing alarm about results that cannot be reproduced."[21]

## IV. BRADFORD HILL CAUSALITY ANALYSIS

A general requirement for undertaking a causality analysis is the detection of a valid association, because if there is no valid association between an exposure and an outcome, there cannot be a causal relationship between the exposure and outcome. As noted above, the human studies of ranitidine and cancer do not report such an association, which means there is no need to conduct a causality analysis. Nevertheless, for the sake of completeness I provide here an analysis of the Bradford Hill causality criteria.[51] These criteria are: temporality, biological gradient (also referred to as dose response), consistency, strength of association, specificity, plausibility, coherence, experiment, and analogy. The importance of the criteria for assessing causality varies substantially. Of these, temporality, biological gradient, consistency, and strength of association are the most important factors, while the others are much less useful.

**Temporality** designates that an exposure precedes the disease outcome. This is the one criterion required (but not sufficient) for causality under the Bradford Hill framework. Many of the observational studies assessed ranitidine intake prior to a formal cancer diagnosis. Some studies also used lag times to try and remove from their analysis ranitidine exposure occurring just before diagnosis, but found that the RRs for associations between ranitidine and cancer were often weaker the longer the lag. Because many cancers are slow growing, we cannot be assured that ranitidine use began after cancer initiation. Instead, ranitidine may have been used in response to early cancer symptoms. This would suggest the existence of reverse causality, and the key criterion of temporality may not be fulfilled here.

**Biologic gradient** refers to the presence of a dose-response whereby increasing levels of the exposure results in larger RRs for the outcome. The observational studies do not find that increasing levels—or duration—of ranitidine use results in higher RRs for cancer. The lack of a dose-response undermines the hypothesis that ranitidine is causal for cancer.

**Consistency** indicates that results should be similar across different studies. For ranitidine we see that the RRs substantially vary with some being below, equal, or greater than 1. The lack of reproducible results across the observational studies does not support a causal relationship between ranitidine and cancer.

**Strength of association** implies that larger magnitude estimates of effect (e.g., RRs) between an exposure and outcome provide support for a causal relationship. This is in part because larger associations may be less likely fully explained by potential confounding or other sources of bias. For ranitidine and cancer many of the RRs were close to the null value of 1.0 (or negative). The number of RR>1 were generally of modest magnitude and likely due to bias.

**Specificity** indicates that a cause is more likely if an exposure results in a single disease or affects a specific population. Cancer is not a single disease, and individual cancer types have different etiologies. Based on the observational studies, ranitidine does not appear specifically associated with any particular cancer.

**Plausibility** refers to biological evidence supporting the existence of an exposure-outcome relationship. The biological plausibility of ranitidine causing cancer hinges on the existence of NDMA in ranitidine and the biological effect, if any, of that level of exposure in humans. Both of these are discussed in other expert reports. NDMA has been classified as a probable carcinogen, with limited evidence of carcinogenicity in humans and sufficient evidence of carcinogenicity in animal studies, at certain doses in certain species.[55,64] The results from animal studies are relevant to the very narrow laboratory

conditions under which experiments were undertaken and may or may not hold for human exposure levels. This distinction between animal experiments and real-world human use is amplified by the fact that animal studies generally use very high NDMA doses. If there exist potential human exposures via ranitidine, these may be at a much lower level or overshadowed by NDMA exposure from dietary or other sources (e.g., natural endogenous NDMA formation).[65]

**Coherence** indicates that a potential association should not conflict with other substantive knowledge about the exposure or disease. That is, there should be agreement among different studies and sources of data (e.g., epidemiologic and animal studies). The epidemiologic studies show no consistent associations and include several results at or below the null, suggesting that this criterion for causality is not fulfilled.

**Experiment** may refer to several different types of investigations, including laboratory experiments, interventional removal of an exposure, or clinical trials. There are findings from animal studies of NDMA (see plausibility above), but little or no information from ranitidine intervention studies or clinical trials. The latter provide the highest hierarchy of scientific evidence, and the clinical trial data does not support a relationship between ranitidine and cancer.

**Analogy** reflects the existence of a similar established relationship to support the potential exposure-disease association under study. For ranitidine and cancer, there is little evidence of a clear analogous relationship. This criterion may have limited value since it can be applied in a speculative manner.

## V. SUMMARY OF TOTALITY OF THE SCIENTIFIC EVIDENCE

In this report I have undertaken an extensive analysis of the human studies investigating the potential association between ranitidine use and cancer. Based on the available scientific literature, there does not exist reliable evidence that ranitidine is associated with, much less causes, cancer. The most appropriate comparisons of ranitidine versus other H2RAs indicate no valid association across the five cancers evaluated here. The few statistical correlations arising when comparing ranitidine to non-use appear to reflect reverse causality, uncontrolled biases, and chance—not a true association or relationship. For example, Liu et al.[16] observed that gastric cancer patients were almost 10 times more likely to newly use ranitidine in the year prior to diagnosis than controls,[16] suggesting reverse causality whereby symptoms of cancer led to ranitidine use. Such factors could result in a confounded, invalid association between ranitidine use and cancer. Authors of the numerous peer-reviewed published observational studies agree, as none of their studies showed that ranitidine use causes cancer. I agree with these authors and with the body of evidence from human studies to date which suggests that to a high degree of scientific certainty the current epidemiologic evidence does not support a causal relationship between ranitidine use and cancer.

## VI. RESPONSE TO PLAINTIFFS' EXPERT REPORTS OF DR. MOORMAN AND DR. MCTIERNAN

In contrast with the authors of the observational studies of ranitidine, the Plaintiffs' epidemiology experts, Dr. Moorman and Dr. McTiernan concluded that there was a causal association between ranitidine use and esophageal, gastric, bladder, liver, or pancreatic cancer. This conclusion was based on the below interpretations of the evidence highlighted in their reports and analysis of the Bradford Hill criteria. However, as described below, each of these is based on faulty methodology that does not reflect standard epidemiologic practice. The Plaintiffs' experts used a non-accepted 'anything goes' approach that considered all relative risks as indicating an association, and selectively interpreted results and studies to fit their narrative of a causal relationship between ranitidine and cancer. They

dismissed findings of no valid association from recent peer-reviewed manuscripts that used the widely accepted active comparator study design comparing ranitidine users to users of other H2RAs to control for potential confounding. After incorrectly discrediting essentially all studies looking specifically at ranitidine, Dr. Moorman and Dr. McTiernan extrapolated information from non-ranitidine studies to support their claim of causality. This approach differs from how any scientist or agency would evaluate the potential carcinogenicity of an exposure. The studies used for the basis of their assessment look at the approximate exposure to NDMA in foods and certain occupations, which have limited relevance to ranitidine use or exposure to NDMA in ranitidine under the actual patterns and conditions of ranitidine use. Taken together, the flawed methodology explains the discrepancy between their conclusions and those reached by the larger scientific community in the published, peer-reviewed observational studies looking at ranitidine and cancer, including over ten studies since 2020.

**VI.A. Non-Standard Interpretation of Results**

Dr. McTiernan and Dr. Moorman use non-accepted methodology when considering the magnitude and consistency of potential associations between ranitidine and other exposures and cancer. Dr. McTiernan assumes that “[a]ny relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk” (P. 28). This unique view is not accepted by the field.

In particular, the American Statistical Association’s President’s Task Force recently published their unanimous view that “p-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data.”[22] In other words, properly applied and interpreted p-values and significance tests bolster a study’s findings. The Task Force also highlighted that statistical significance “[t]hresholds are helpful when actions are required” (e.g., in courts of law).[22,66] While some other statisticians have argued that one should not assess associations using statistical significance testing,[67,68] they also are “not advocating for an anything goes situation, in which weak evidence suddenly becomes credible.”[69]

In contrast, Dr. McTiernan takes such an ‘anything goes’ approach, incorrectly assuming that weak evidence is credible throughout her report. She states that “there is no level of relative risk other than 1.0 that indicates lack of association” (P. 107), and simply counts the number of studies with RR>1.0 regardless of the magnitude of association and width of 95% confidence intervals when considering consistency of potential associations with cancer.

As one example of this ‘anything goes’ approach, Dr. McTiernan interprets results from Rademacher et al.[70] as indicating that “Risk of stomach cancer was increased by 50% (relative risk 1.5, 95% CI [0].12 - 18.25) in those whose municipal water nitrate level was > 10 mg/L and there was no evidence of dose-response.” (Table 1 reproduced from Rademacher here). The small number of discordant pairs (10 total) and enormous confidence interval indicates that this association is extremely imprecise and essentially uninformative. In contrast with Dr. McTiernan’s incorrect conclusion of a 50% increase in risk, Rademacher et al. correctly interpreted “[t]hese results did not indicate an increased risk of gastric cancer at any level.”[70]

**Table 1.—Estimated Odds Ratios Obtained through Matched-Pair Analysis**

| Exposure* | Discordant pairs† | OR(MP) | 95% CI |
|---|---|---|---|
| > 0.5 | 207/226 | 0.92 | (0.75, 1.12) |
| > 2.5 | 113/117 | 0.97 | (0.74, 1.35) |
| > 5.0 | 25/29 | 0.86 | (0.69, 1.08) |
| > 10.0 | 6/4 | 1.50 | (0.12, 18.25) |
| Private well | 120/100 | 1.09 | (0.82, 1.47) |

*Expressed in mg/l $NO_3$-N.
†Number of matched pairs for which control was exposure-negative and case was exposure-positive/number of pairs for which control was exposure-positive and case was exposure-negative.

The plaintiffs’ experts also claim that the key issue with not detecting statistically significant

associations is only small sample sizes. For example, regarding a study that reported a standardized incidence ratio <1.0,[71] Dr. McTiernan states "The main drawback was that the small study produced only 15 cases of stomach cancer, and therefore the study had low power to detect statistically significant associations between exposure and cancer risk." (P. 266). Such power and statistical significance statements are repeated throughout the report when interpreting weak evidence and essentially non-informative or null results. But one cannot rely on weak or uncertain results by assuming they would be confirmed by larger studies – if that were true, there would be no need for larger studies or greater certainty. Plaintiffs' experts incorrectly assume that speculative interpretations of imprecise RR estimates will be affirmed with an increasing sample size, ignoring the potential impact of random or systematic error on the unstable RR estimate. As an analogy, if a quarter is tossed 10 times and randomly shows 7 heads, one could not conclude that 1,000 tosses will produce 700 heads. In reality, we know the larger study would likely confirm that the smaller study's findings merely reflected chance. Finally, the impact of any systematic unmeasured or uncontrolled confounding on putative associations would not be overcome by simply increasing sample size.

### VI.B. Selective Weighting of Results

Dr. Moorman and Dr. McTiernan selectively weighted and reported findings in support of their narrative, while excluding other non-supportive details and results. This "cherry picking" of data is not proper scientific methodology and does not produce reliable results.

For example, when considering putative dose-effects, Dr. McTiernan only reports results when RR>1.05, which gives an incomplete view of the findings. In particular, Dr. McTiernan states "In this review, I abstracted information on dose of NDMA presented in individual studies for studies that found relative risks of 1.05 or greater (indicating a 5% increased risk or greater with a given dose of NDMA[)]." (P 292). This results in a biased view of the findings. Below are a few specific examples of Dr. McTiernan's selective reporting:

- Incorrectly combined a crude (unadjusted) result for one dose (from supplemental table) and adjusted results for a higher dose from another table. (P. 289) (Adami et al.[1]).
- Selectively reported one finding "[e]sophageal RR 3.0 at DDD ≤ 150 mg" (P.288), but ignored the fact that RR<1 for higher daily doses (Tan et al.[14]).

Dr. McTiernan also subjectively weighted the results with RR>1 to be more important than results with RR<1. Regarding Yoon et al.[7] she states, "[b]ecause of its bias toward the null, I gave less weight to the relative risks that were not greater than 1.0, and put more weight on relative risks that were greater than 1.0." (P. 145, 149). Discussing Kantor et al.[8], Dr. Moorman says, "While findings of increased risk may provide a signal of increased risk for a particular cancer site, findings of no increased risk are not strong evidence for a lack of association with use of ranitidine or other acid-suppressing drugs." (P. 68). By down weighting results close to the null of RR=1, Dr. Moorman and Dr. McTiernan give a skewed view of the findings and incorrectly conclude that studies focused on ranitidine provide little or no information regarding the potential association between ranitidine and cancer.

In another example of selective weighting, Dr. McTiernan and Dr. Moorman each give high weight to the papers by the Cardwell group, specifically praising their methodology. Dr. McTiernan states, "[b]ecause of the strong methodology in these Scottish studies, I found these studies to be most informative of the ranitidine studies" (P. 147). Dr. Moorman describes Cardwell et al.[2] as an "excellent study," noting "[a]nalyses were conducted that compared ranitidine users to non-users and ranitidine users to other H2-blocker users and PPI users" and concluding that "[o]verall, this was a very well-

designed study with many notable strengths." (P. 62-63). Yet despite praising Cardwell's design, Dr. Moorman and Dr. McTiernan each selectively excluded from their analyses Cardwell's active comparator results showing no valid association and relying only on the non-user comparisons. By selectively embracing some but not all of Cardwell's findings, Dr. Moorman and Dr. McTiernan ignore Cardwell's own observation that "there was little evidence of difference in bladder cancer risk when directly comparing ranitidine users with users of non-ranitidine histamine-2 receptor agonists."[2]

### VI.D. Dismissing Active Comparator Studies and Results

Both Plaintiffs' experts excluded most active comparator study results, which did not support an association between ranitidine and cancer. They used tenuous arguments to conclude that the active comparator studies are inferior to non-active comparator studies (or only relevant to gastric or esophageal cancer).

As shown, the active comparator approach "is regarded as the standard for pharmacoepidemiology, to be implemented whenever possible."[39] And several formal guidelines recommend their use.[40, 41, 42, 43, 44] The active comparator approach is valuable because it can directly address confounding by indication and unmeasured or residual confounding, which several authors have noted is of particular concern for studies involving ranitidine given the baseline risk factors of the population using heartburn medication. In fact, Dr. Moorman uses the existence of active comparator studies as part of her criterion to judge the 'importance' of a study. In discussing Cardwell et al.,[2] Dr. Moorman states that "analyses were conducted that compared ranitidine users to non-users and ranitidine users to other H2-blocker users and PPI users," and that, "[o]verall, this was a very well-designed study with many notable strengths." (P. 62-63). As shown, numerous recent peer-reviewed, published studies in direct response to this question of ranitidine and NDMA have used active comparator designs to reduce bias and confounding.

In contradiction to these generally accepted principles, Dr. Moorman and Dr. McTiernan essentially disqualify and ignore results from the active comparator analyses. Both experts argue that active comparator studies give incorrect null results (RR ~ 1.0) because users of the other (non-ranitidine) H2RAs or PPIs have an increased risk of cancer. But this argument is specious. As shown, H2RAs are the most appropriate active comparator. Any alleged baseline risk attributable to H2RAs or H2RA users as a class would be the same in both active comparator groups. The Plaintiffs' theory here is that ranitidine is uniquely causal of cancer due to a specific NDMA-mediated mechanism. Thus, active comparator studies would hold constant any baseline risk purported by Plaintiffs and isolate the effect of ranitidine, if any. And those studies have shown no effect of NDMA in ranitidine. Moreover, there is no reliable evidence that Plaintiffs' assumption is even true that other H2RAs cause cancer. Instead, like ranitidine, other H2RAs are used to treat indications for cancer, which may arise from known cancer risk factors (e.g., smoking), resulting in potentially invalid RR>1 that reflect confounding. Controlling for such potential biases is extremely challenging without an active comparator design. Therefore, many of the most recent studies of ranitidine and cancer have used an active comparator design. Instead of assuming that the active comparator studies give biased results, an alternative explanation is that the non-active comparator studies give biased results due to unmeasured and uncontrolled confounding. This is reflected in the choice by the larger scientific community to endorse active comparators in the published ranitidine literature. None have endorsed Plaintiffs' experts concerns stated here.

Dr. Moorman correctly notes that the active comparison approach is valid, but incorrectly argues that this holds only for gastric or esophageal cancer:

"A typical approach to addressing confounding by indication is to use an active comparator approach, in which the risk for cancer with the exposure of interest (ranitidine in this case) is calculated relative to the risk for cancer with use of the comparator drugs (other acid-suppressing drugs). In regard to acid-suppressing drugs, there is evidence that the indications for the drugs (i.e., the reason the people take the drug), including conditions such as gastroesophageal reflux or H. pylori infection, are risk factors for gastric and esophageal cancer.[43]. However, based on the established risk factors listed on the American Cancer Society website for the other cancers being evaluated in this report, conditions treated with acid-suppressing drugs are not generally recognized risk factors for the other cancers being evaluated in this report. . . . Therefore, active comparator studies are an appropriate study design for gastric and esophageal cancer (and possibly liver cancer) to address confounding by indication, but for the other cancers listed in the table confounding by indication is not an important concern because the indications for use of acid-suppressant drugs are not risk factors for these cancers." (P. 25, 26)

This is methodologically incorrect, because the indication may be caused by another risk factor for other cancers. In this case, smoking is a strong risk factor for all five cancers (and is listed in Table 2 of Dr. Moorman's Report, P. 26). Moreover, smoking leads to gastroesophageal reflux: nicotine relaxes the lower esophageal sphincter, which can allow reflux into the esophagus and cause heartburn. Therefore, active comparator studies are valuable for any cancer for which smoking is a risk factor. Lastly, active comparator studies can directly address concerns with what is the most appropriate lag time for cancer studies.




**VI.E. Assuming that Confounding and Exposure Misclassification Result in Underestimated Associations and Non-Informative Findings**

A theme throughout Dr. Moorman and Dr. McTiernan's reports is that the results presented in observational ranitidine studies underestimate the potential association. They focus on explaining why measurement error leads to results that are biased toward the null of no association (RR=1), with a limited consideration of the magnitude of potential bias away from the null (RR>1) due to confounding or misclassification.

Dr. McTiernan argues that positive confounders could bias the association either toward or away from

the null: "the lack of adjustment for potential confounding variables that could be related both to cancer risk and to use of ranitidine, such as smoking, alcohol, and obesity could have biased the relative risks in either a positive or negative direction[.]" (P. 184). This is methodologically incorrect regarding the potential confounding under consideration. If the putative association is positive, and the confounder is positively associated with the exposure and outcome, then failing to account for the potential confounder will result in an increased association (i.e., biased away from the null value). For example, smoking is associated with ranitidine use and is also a primary risk factor for bladder cancer. Incomplete control for confounding by smoking will result in estimated RRs that are further from the null (RR=1) than the true value. Thus, the estimated RRs may be >1 simply due to confounding by smoking. This is especially relevant considering the large RR between smoking and bladder cancer.

Dr. Moorman and Dr. McTiernan speculate that there is so much misclassification of ranitidine use (single point in time, cross-over of drug use, etc.) that these studies provide no information. Dr. Moorman and Dr. McTiernan do not support this claim by assessing how severe the potential misclassification might be or what specific impact it would have on the results. This concern with misclassification also exists for the diet and occupational epidemiology studies extensively cited by the Plaintiffs' experts (discussed below). Dr. Moorman and Dr. McTiernan note that errors in the measurement of ranitidine use will always bias the estimated RR toward the null. While this is generally the case for non-differential measurement error, there are several scenarios whereby non-differential misclassification can result in bias away from the null (e.g., when considering more than two exposure categories as in dose-response or dietary studies). Moreover, the potential impact of any such misclassification may be reduced by using an active comparator study because of similarities in measurement between the comparators (i.e., ranitidine and other H2RAs).[1,6] As noted by Adami et al.[1] while "over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs . . . [t]he potential direction of bias in HR estimates is unclear, but the magnitude of any bias would be limited in the comparison between users of ranitidine and other H2RBs, since all major H2RBs were similarly impacted by over-the-counter use over time." In addition, there is methodological inconsistency in speculating about misclassification in active comparator studies while seemingly minimizing the apparent issue of bias/confounding in uncontrolled non-comparator studies. In contrast, the authors of the observational studies of ranitidine note substantive concerns with confounding.

**VI.F. Assuming That Ranitidine Studies Provide Limited Information and Cannot Assess Causality**

Dr. Moorman and Dr. McTiernan agree that the most appropriate exposure to consider is ranitidine but argue that these studies are unable to guide an assessment of causality. Dr. McTiernan states that "[w]hile the studies of ranitidine and cancer risk would have the highest validity in assessing the causal role of ranitidine and cancer in humans, many of the existing epidemiologic studies are missing key epidemiologic elements that preclude them from being definitive or informative." (P. 37). Dr. Moorman notes "[a]s will be described in this report, there are a limited number of studies that have directly addressed the risk of cancer due to ranitidine use, and many of them had important methodological limitations, which limit the conclusions which can be drawn from those studies." (P. 40). Dr. Moorman further states "Also, it was impossible for these studies to estimate the amount of NDMA in the ranitidine products consumed." (P. 98). But ranitidine studies measure the effect of whatever amount of NDMA was in the ranitidine products consumed; if these studies truly provide little or no information and one cannot assess NDMA in ranitidine, then there is insufficient evidence to establish causation. This does not provide license to rely on lower categories of evidence that do not evaluate the exposure in question and instead require speculative leaps regarding the applicability of rubber factories or diet

surveys unrelated to ranitidine use. Nor has any published, peer-reviewed paper addressing this question endorsed such an approach.

One of the key claims raised by Dr. Moorman and Dr. McTiernan is that the follow-up times were insufficient to detect associations in ranitidine studies. However, observational studies of cancer commonly have less than 20 years of follow-up and are still able to detect associations when they truly exist. This is because there can be a broad range of cancer latency periods within a population. Moreover, one may expect to see evidence of dose-response trends across such varying latency periods. In contrast with the Plaintiffs' experts' criticism of follow-up time in ranitidine studies, they cite nutritional epidemiology studies that did detect associations that had follow-up times similar or even shorter than those used in studies of ranitidine. For example, this length of time was sufficient to detect associations between processed / red meat and colorectal cancer.[54] Plaintiffs' experts' are inconsistent in their methodology when they claim those studies are relevant to the present question, then dismiss the ranitidine studies of similar or longer length as too short. Plaintiffs allege NDMA levels in ranitidine similar to or greater than dietary levels. Thus, a consistent approach would dictate that the time periods used in the ranitidine studies are sufficient to show an association with cancer if ranitidine caused cancer. Moreover, Dr. McTiernan and Dr. Moorman both discuss the potential for NDMA or ranitidine to be a promotor of cancer, which would limit any concern with follow-up times.

### VI.G. Extrapolation of Dietary and Occupational Studies to Ranitidine

In assessing the potential association between ranitidine and the five cancers, Dr. Moorman and Dr. McTiernan's reports rely heavily on observational studies of potential diet and occupational exposures to NDMA. These studies have substantial limitations, give mixed results, and do not inform the question at hand about ranitidine and the cancers of interest. When evaluating potential associations, scientists and agencies (e.g., IARC) do not undertake this sort of extrapolation from one exposure to another. In fact, the totality of the observational studies undertaken following detection of NDMA in ranitidine have focused directly on use of ranitidine. That is, all scientists investigating the question about the potential association between ranitidine and cancer with observational studies have looked at the drug itself.

As an example of how agencies focus on specific exposures, when evaluating processed meat, IARC concluded that "[o]verall, the Working Group classified consumption of processed meat as "carcinogenic to humans" (Group 1) on the basis of sufficient evidence for colorectal cancer."[54,72] That 'sufficient evidence' was largely from observational studies of processed meat and colorectal cancer, not based on studies of constituents within processed meats. Furthermore, IARC did not conclude that other foods containing overlapping potential carcinogens caused cancer, nor that their findings indicated the same evidence for other cancers. (Nevertheless, Dr. McTiernan reported this result in a general manner for overall cancer risk, failing to mention the specific relevance to colorectal cancer (P. 19), a cancer Plaintiffs are no longer asserting in this case.)

Even if one used Dr. Moorman and Dr. McTiernan's non-standard approach of extrapolating results, dietary and occupational studies of NDMA have numerous weaknesses. These studies are subject to confounding and biases that are often challenging to measure or control, whereas the ranitidine studies employed active comparators to reduce confounding and bias. Dietary studies also rely on recalled approximations of foods eaten over a historical period and estimates of the amounts of NDMA within those foods.[73-76] As noted by Dr. McTiernan, "The time-span participants are asked to recall varies (could be weeks, months, years). However, research indicates that regardless of the time period asked of participants, most individuals fill out food frequency questionnaires with their current dietary patterns in mind." (P. 292). Similarly, occupational studies rely on self-reported or employment records of an individual's job history and estimates of NDMA exposure for a given position (which can be due to

different modes of exposure than ranitidine (e.g., inhalation)). Here, studies may simply use a job title from a single point in time to approximate exposure history across a long time period. In contrast, most ranitidine studies used more objective measures of exposure by querying electronic databases for prescriptions.

Regardless of these limitations, Dr. Moorman and Dr. McTiernan give these studies substantial weight when considering the potential association between ranitidine and cancer. Setting aside their inapplicability to the present question, observational diet studies give somewhat mixed results regarding any potential association between meats or NDMA and the five cancers of interest.[55,77-84] For example, Dr. Moorman and Dr. McTiernan cite the large-scale European Prospective Investigation into Cancer and Nutrition (EPIC), which found no association between estimated dietary NDMA intake and bladder cancer (RR=0.98; 95% CI=0.92-1.05),[80] or gastric cancer (RR=1.01; 95% CI=0.90-1.12).[77] As another example, Dr. McTiernan extensively cites the EPIC-Norfolk study[78] as supporting an association with dietary NDMA, stating that in this study "there is some evidence that daily intake of just 47 nanograms of NDMA from foods is enough to elevate risk of cancer" (P. 15) and "each 47 nanograms increase in dietary NDMA intake increased risk for gastrointestinal cancers by 13%." (P. 18). However, as the study authors noted, their key finding was not driven by 'cancer' or 'gastrointestinal cancers,' but rather "[i]n conclusion, our results suggested that there was a positive association between NDMA intake and gastrointestinal cancer risk, specifically of rectal cancer"[78], again, a cancer no longer asserted in this case. Dr. McTiernan ignored this fact, and instead selectively reported results from analyses that were driven by rectal cancer as though they pertained to other cancers.

Similarly, Dr. McTiernan ignored the fact that results from the World Cancer Research Fund regarding diet and cancer are also driven by colorectal cancer. Dr. McTiernan states that "[t]he epidemiologic data, unsurprisingly, show much larger associations between processed meats and risk for several cancers than do vegetables or fruits. The risk of processed meats is high enough that the World Cancer Research Fund recommends that individuals avoid intake of processed meat. (https://www.wcrf.org/diet-and-cancer/cancer-prevention-recommendations/) (accessed 7/13/21)." (P. 54). She does not, however, note that that website she cited states "[o]ne of our Cancer Prevention Recommendations is to eat no more than moderate amounts of red meat, such as beef, pork and lamb, and eat little, if any, processed meat. There is strong evidence that consumption of either red or processed meat are both **causes of colorectal cancer**." The World Cancer Research Fund found limited evidence for processed meat increasing the risk of non-cardia gastric cancer and notes that NDMA is one of many exposures where "[e]vidence is so limited that no firm conclusion can be made."[85] Moreover, the World Cancer Research Fund does not even mention NDMA for any of the other cancers reported, including esophageal, bladder, pancreatic, and liver cancers.[85]

Dr. Moorman and Dr. McTiernan also extrapolate findings from studies evaluating occupational NDMA exposures (e.g., via inhalation) and cancer to their assessment of ranitidine.[86-88] One of these studies evaluated the potential association between N-nitrosamine exposures (i.e., NDMA and N-nitrosomorphiline (NMor)) and cancer mortality among individuals working in the British rubber industry.[86] Both NDMA and NMor were positively associated with bladder and stomach cancer,[86] highlighting challenges in separating out what specific exposures may be directly associated with cancer versus simply being correlated with an associated exposure. Moreover, in this study, job information was only available in a single year (1967), requiring an assumption that all subjects remained in the same factory department until they retired at age 70, died, or emigrated.[86] That is, the exposures are inferred from a single year of employment across an individual's working life; the study also did not have information on important potential confounders (e.g., smoking). This study conflicted with a publication using the same data published a year earlier by the same authors that compared

rubber industry employees to the general population and did not find associations,[89,90] although this may be due to the healthy worker effect.[91]

### VI.H Rely on Methodologically Flawed Studies that Support their Narrative

Dr. Moorman and Dr. McTiernan include in their analyses results from two studies with fatal methodological flaws. The first is a recent paper by McGwin[92] investigating reported adverse events among users of ranitidine and other H2RAs or PPIs using data from the FDA Adverse Events Reporting System (FAERS). The second is an unpublished pre-print by Braunstein et al.,[93] which presents results from a cross-sectional comparison of the prevalence of ranitidine use versus other H2RA or PPI use at diagnosis among cancer cases. The flaws in these studies may incorrectly suggest invalid RR>1 for the association between ranitidine and cancers.

Regarding McGwin,[92] FDA explicitly notes the following limitations with the FAERS that preclude its use for calculating the incidence of an adverse event or undertaking observational studies.[94] First, there is a lack of certainty that a reported adverse event (e.g., cancer) is due to the product (e.g., ranitidine), and reports often contain insufficient information to fully evaluate an event. Second, not all adverse events are reported to FDA and what is reported depends on the time a product has been on the market and publicity surrounding a product. For example, media coverage, advertising, and social media posts about potential adverse events may prompt additional reporting to the FAERS. Third, there can be duplicate reports of the same outcome (i.e., by someone taking a product and by the sponsor). For these reasons, FDA cautions that FAERS data alone cannot be used to establish rates of events, evaluate a change in event rates over time, or compare event rates between drug products.

FDA limitations aside, McGwin[92] calculated the proportional reporting ratio (PRR), which is the proportion of cancer-related spontaneous reports for a given drug (i.e., ranitidine) that are linked to a specific adverse outcome (i.e., 10 gastrointestinal cancers), divided by the corresponding proportion for other drugs (i.e., other H2RAs or PPIs). The author reported positive PRRs when comparing adverse events reported by users of ranitidine versus other H2RAs or PPIs for any gastrointestinal system cancer (PRR=3.66; 95% CI=3.19-4.20). McGwin also reported statistically significant positive PRRs for esophageal, stomach, liver, and pancreatic cancers. The author concludes that ‘the study results support the hypothesis that NDMA-contaminated ranitidine increases the risk of cancer…”

However, in addition to issues with using the FAERS for observational research, it is well known that the PRR has serious limitations and is not an appropriate measure to assess association.[95] The proportions in the PRR are not risks, but instead are the number of gastrointestinal-cancer-associated adverse events divided by the total number of adverse events (i.e., among individuals taking either ranitidine vs other H2RAs or PPIs). That is, the denominators of each proportion in the PRR are not the number of individuals at risk of gastrointestinal cancers, but rather adverse events among those at risk. The proportions in the PRR calculated by McGwin can be written as:

$$PRR = \frac{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ ranitidine}{\#\ All\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ All\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}\right)}$$

Any factors that distort these proportions can result in a positive PRR that does not reflect a true association. The adverse events in McGwin included those reported following publicity and litigation surrounding the use of ranitidine, during which time the number of reports has steadily increased. This

could stimulate increased reporting of gastrointestinal cancers among users, inflating the numerator of the top proportion and resulting in a false positive PRR.

Even if there is no difference in adverse event reporting of gastrointestinal cancers between users of ranitidine versus other H2RAs or PPIs, an increase in non-gastrointestinal cancer adverse events reported for the non-ranitidine drugs (e.g., due to increased concerns of litigation over different adverse events surrounding PPI use) would incorrectly suggest an invalid RR>1 for the association between ranitidine and gastrointestinal cancers. That is, if there are a disproportionate number of non-cancer adverse events among users of other H2RAs or PPIs, the PRR would be inflated, leading to a false positive result. This potential bias due to increased reporting of other adverse events is seen if we rearrange the PRR as follows.

$$PRR = \frac{\left(\frac{\#\ All\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ All\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}{\left(\frac{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ other\ H2RAs\ or\ PPIs}{\#\ GI\ cancer\ adverse\ events\ reported\ due\ to\ ranitidine}\right)}$$

This view of the PRR formula highlights how publicity-driven reports over PPI litigation can skew the PRR for ranitidine.

Regarding Braunstein et al.,[93] while not a peer-reviewed publication, this pre-print has been cited in the literature as showing that "[r]anitidine use was associated with a significant increase in the odds of presenting with breast, testicular, thyroid, and kidney cancer,"[96] even though the results were removed from a different manuscript prior to publication.[97] (Notably, none of these cancers are still alleged in this litigation.) Braunstein et al.[93] use a similar approach as presented above for McGwin's[92] PRR, effectively calculating the proportion of all cancer cases, those who took ranitidine and had specific cancers, divided by the corresponding proportion for other H2RAs. As discussed above, such an analysis has serious limitations and should not be used to assess associations.

A critical issue is that the paper compared prevalent ranitidine use and individual cancer types (i.e., the 'cases') to all other cancers (i.e., the 'controls'). That is, for each cancer comparison, the 'control' group included individuals with all other cancers. This resulted in each of the 'control' groups containing largely overlapping sets of cancer cases using H2RA or PPI at diagnoses, with a prevalence of ranitidine use between approximately 8-9% (or 7% when restricted to men) (Table 2[93]). The prevalence of ranitidine use for each cancer was effectively compared to 'all other cancer' prevalence. By definition, when the individual cancer prevalence was similar, lower, or higher than the 'all other cancer' prevalence, the RR would be ~1, <1, and >1, respectively. The first three entries in Braunstein et al.'s Table 2 show each of these scenarios (for lung, colorectal, and thyroid cancers).[93] First, the prevalence of ranitidine use among lung cancer cases was 7.1%—similar to all other cancers—so RR=0.80 (95% CI=0.60-1.03). Second, the prevalence of ranitidine use among colorectal cancers was lower (4.3%) than for all other cancers, resulting in RR=0.48 (95% CI=0.30-0.74). Third, the prevalence of ranitidine use among thyroid cancer cases was higher at 14.5%, with RR=1.89 (95% CI=1.18-2.92). The other results follow a similar pattern: depending on the prevalence of ranitidine use among cases, some RR are ~1, others <1, and others >1.

This pattern of associations is guaranteed by the study design. By iteratively comparing each cancer to all other cancers, any observed increased ranitidine prevalence for one cancer must be offset by decreased prevalence for other cancers. In other words, because each comparison is to the overall mean prevalence of ~8-9%, if a cancer has a higher prevalence (and thus RR>1), there must be other cancers with a lower prevalence (and thus RR<1). Therefore, this study provides no clear evidence for positive or negative associations between ranitidine and cancer. Moreover, esophageal and gastric

cancers were excluded from Braunstein et al.'s presented results "due to the potential for reverse causality and confounding by indication," indicating the authors agreement that any association may reflect reverse causality and confounding bias. Finally, the conclusion that they detected some RR>1 but that "[u]nexplained inverse (negative) associations were observed"[93] is illogical because, due to their study design, the former assured the latter.

## VII. CONCLUSION

In summary, the body of evidence from human studies to date suggests that to a high degree of scientific certainty the current epidemiologic evidence does not support a valid association, much less a causal relationship between ranitidine use and esophageal, gastric, bladder, liver, or pancreatic cancer. Most of the observational studies give null or negative results for the potential statistical association between ranitidine use and the five cancers. The most appropriate active comparison of ranitidine versus other H2RAs indicates no association across the five cancers evaluated here. When comparing ranitidine use to non-use (i.e., no active comparator) there were inconsistent results and no valid associations. The differences in the active comparator versus non-active comparator results and the attenuation of associations with longer lag times or potential dose- or duration-response suggests that any RR>1 likely reflect underlying biases within some of the non-active comparator studies. Taken together, the studies do not support a causal relationship between use of ranitidine and esophageal, gastric, bladder, liver, or pancreatic cancer. The Plaintiffs' experts use non-accepted methodology to reach an opposite conclusion, including selective interpretation, reporting, and use of results. In contrast with the Plaintiffs' experts, my opinion agrees with the scientists who undertook the studies of ranitidine, none of whom concluded that there was a causal association between ranitidine and cancer.

**THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK**

I hold these opinions to a reasonable degree of scientific certainty. I reserve the right to supplement this report if new information becomes available and to respond to opinions offered by the Plaintiffs' experts in their testimony or otherwise. My fee for consulting in this litigation, including reviewing the scientific and medical literature, drafting this report, and sitting for deposition or court testimony is $700 per hour. I have provided expert deposition testimony one time in the last four years, in the case *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*, Case No. 16-md-02691-RS (M.D. Cal.).

John S. Witte _______________ March 7, 2022

John S. Witte, Ph.D. Date

Contains Confidential Information – Subject to Protective Order

## REFERENCES


1 Adami, H. O. *et al.* Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiol Biomarkers Prev* **30**, 2302-2308, doi:10.1158/1055-9965.EPI-21-0831 (2021).

2 Cardwell, C. R., McDowell, R. D., Hughes, C. M., Hicks, B. & Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol* **116**, 1612-1619, doi:10.14309/ajg.0000000000001310 (2021).

3 Iwagami, M. *et al.* Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf* **44**, 361-371, doi:10.1007/s40264-020-01024-0 (2021).

4 Kim, Y. D. *et al.* No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther* **54**, 606-615, doi:10.1111/apt.16464 (2021).

5 Kumar, S., Goldberg, D. S. & Kaplan, D. E. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci*, doi:10.1007/s10620-021-06972-w (2021).

6 Norgaard, M. *et al.* Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev* **31**, 45-50, doi:10.1158/1055-9965.EPI-21-0737 (2022).

7 Yoon, H. J., Kim, J. H., Seo, G. H. & Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med* **10**, doi:10.3390/jcm10010153 (2021).

8 Kantor, E. D. *et al.* Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology* **160**, 1856-1859 e1855, doi:10.1053/j.gastro.2020.12.037 (2021).

9 Habel, L. A., Levin, T. R. & Friedman, G. D. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf* **9**, 149-155, doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 (2000).

10 Kim, S. *et al.* Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)* **9**, doi:10.3390/healthcare9081071 (2021).

11 McDowell, R. D., Hughes, C., Murchie, P. & Cardwell, C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med* **19**, 22, doi:10.1186/s12916-020-01891-5 (2021).

12 McDowell, R. D., Hughes, C. M., Murchie, P. & Cardwell, C. R. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol* **71**, 101880, doi:10.1016/j.canep.2020.101880 (2021).

13 Pottegard, A. *et al.* Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. *EBioMedicine* **7**, 73-79, doi:10.1016/j.ebiom.2016.03.018 (2016).

14 Tan, M. C., El-Serag, H. B., Yu, X. & Thrift, A. P. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther* **48**, 469-477, doi:10.1111/apt.14895 (2018).

15 Tran, K. T. *et al.* Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther* **48**, 55-64, doi:10.1111/apt.14796 (2018).

16 Liu, P. *et al.* Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer* **123**, 307-315, doi:10.1038/s41416-020-0860-4 (2020).

17 Florian, J. *et al.* Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* **326**, 240-249, doi:10.1001/jama.2021.9199 (2021).

18 Witte, R. S. & Witte, J. S. *Statistics*. Eleventh edition. edn, (Wiley, 2017).

19 Supreme Court of the United States No. 15-1262.

https://www.supremecourt.gov/opinions/16pdf/15-1262_db8e.pdf (2016).
20 Lash, T. L., VanderWeele, T. J., Haneuse, S. & Rothman, K. J. *Modern epidemiology*. 4th edn, (Wolters Kluwer Health/Lippincott Williams & Wilkins, 2021).
21 Nature. Challenges in irreproducible research. http://www.nature.com/news/reproducibility-1.17552 (2018).
22 Benjamini, Y. *et al.* The ASA president's task force statement on statistical significance and replicability. *The Annals of Applied Statistics* **15**, 1084-1085, 1082 (2021).
23 MacMahon, B., Yen, S., Trichopoulos, D., Warren, K. & Nardi, G. Coffee and cancer of the pancreas. *N Engl J Med* **304**, 630-633, doi:10.1056/NEJM198103123041102 (1981).
24 Opinion: Coffee and Cancer. www.nytimes.com/1981/03/14/opinion/coffee-and-cancer.html (1981).
25 Nilsson, L. M., Johansson, I., Lenner, P., Lindahl, B. & Van Guelpen, B. Consumption of filtered and boiled coffee and the risk of incident cancer: a prospective cohort study. *Cancer Causes Control* **21**, 1533-1544, doi:10.1007/s10552-010-9582-x (2010).
26 Maisonneuve, P. & Lowenfels, A. B. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. *Int J Epidemiol* **44**, 186-198, doi:10.1093/ije/dyu240 (2015).
27 Hennekens, C. H. *et al.* Lack of effect of long-term supplementation with beta carotene on the incidence of malignant neoplasms and cardiovascular disease. *N Engl J Med* **334**, 1145-1149, doi:10.1056/NEJM199605023341801 (1996).
28 Smith, G. D. & Ebrahim, S. Data dredging, bias, or confounding. *BMJ* **325**, 1437-1438 (2002).
29 Stram, D. O., Huberman, M. & Wu, A. H. Is residual confounding a reasonable explanation for the apparent protective effects of beta-carotene found in epidemiologic studies of lung cancer in smokers? *Am J Epidemiol* **155**, 622-628 (2002).
30 Baker, M. 1,500 scientists lift the lid on reproducibility. *Nature* **533**, 452-454, doi:10.1038/533452a (2016).
31 Goodman, S. & Greenland, S. Why most published research findings are false: problems in the analysis. *PLoS Med* **4**, e168, doi:10.1371/journal.pmed.0040168 (2007).
32 Ioannidis, J. P. Why most published research findings are false. *PLoS Med* **2**, e124, doi:10.1371/journal.pmed.0020124 (2005).
33 Sendor, R. & Sturmer, T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. *Pharmacoepidemiol Drug Saf*, doi:10.1002/pds.5407 (2022).
34 Franklin, J. M. *et al.* When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments? *Clin Pharmacol Ther* **111**, 108-115, doi:10.1002/cpt.2255 (2022).
35 Glynn, R. J., Knight, E. L., Levin, R. & Avorn, J. Paradoxical relations of drug treatment with mortality in older persons. *Epidemiology* **12**, 682-689, doi:10.1097/00001648-200111000-00017 (2001).
36 Matthews, K. A., Kuller, L. H., Wing, R. R., Meilahn, E. N. & Plantinga, P. Prior to use of estrogen replacement therapy, are users healthier than nonusers? *Am J Epidemiol* **143**, 971-978, doi:10.1093/oxfordjournals.aje.a008678 (1996).
37 Setoguchi, S. *et al.* Influence of healthy candidate bias in assessing clinical effectiveness for implantable cardioverter-defibrillators: cohort study of older patients with heart failure. *BMJ* **348**, g2866, doi:10.1136/bmj.g2866 (2014).
38 Yoshida, K., Solomon, D. H. & Kim, S. C. Active-comparator design and new-user design in observational studies. *Nat Rev Rheumatol* **11**, 437-441, doi:10.1038/nrrheum.2015.30 (2015).
39 Lund, J. L., Richardson, D. B. & Sturmer, T. The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application. *Curr Epidemiol Rep* **2**, 221-228, doi:10.1007/s40471-015-0053-5 (2015).
40 Huitfeldt, A., Hernan, M. A., Kalager, M. & Robins, J. M. Comparative Effectiveness Research Using Observational Data: Active Comparators to Emulate Target Trials with Inactive Comparators. *EGEMS (Wash DC)* **4**, 1234, doi:10.13063/2327-9214.1234 (2016).

41 Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data. *U.S. Department of Health and Human Services Food and Drug Administration* (2013).

42 Gagne, J. J., Polinski, J. M., Avorn, J., Glynn, R. J. & Seeger, J. D. Standards for Causal Inference Methods in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research *Patient-Centered Outcome Research Institute Methodology Committee* (2012).

43 Dreyer, N. A. *et al.* GRACE principles: recognizing high-quality observational studies of comparative effectiveness. *Am J Manag Care* **16**, 467-471 (2010).

44 Setoguchi, S. & Gerhard, T. Comparator Selection. *In: Velentgas P, Dreyer NA, Nourjah P, et al., editors. Developing a Protocol for Observational Comparative Effectiveness Research: A User's Guide. Rockville (MD): Agency for Healthcare Research and Quality (US)* **Chapter 5** (2013).

45 Schneider, R. *et al.* Risk of skin cancer in new users of thiazides and thiazide-like diuretics: a cohort study using an active comparator group. *Br J Dermatol* **185**, 343-352, doi:10.1111/bjd.19880 (2021).

46 Sturmer, T. *et al.* Cancer incidence among those initiating insulin therapy with glargine versus human NPH insulin. *Diabetes Care* **36**, 3517-3525, doi:10.2337/dc13-0263 (2013).

47 Setoguchi, S., Glynn, R. J., Avorn, J., Mogun, H. & Schneeweiss, S. Statins and the risk of lung, breast, and colorectal cancer in the elderly. *Circulation* **115**, 27-33, doi:10.1161/CIRCULATIONAHA.106.650176 (2007).

48 Solomon, D. H. *et al.* Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. *Arthritis Rheum* **54**, 1378-1389, doi:10.1002/art.21887 (2006).

49 Ducrotté, P. *et al.* Comparison of omeprazole and famotidine on esophageal pH in patients with moderate to severe esophagitis: a cross-over study. *Am J Gastroenterol* **89**, 717-721 (1994).

50 Lipsy, R. J., Fennerty, B. & Fagan, T. C. Clinical review of histamine2 receptor antagonists. *Arch Intern Med* **150**, 745-751 (1990).

51 Hill, A. B. The Environment and Disease: Association or Causation? *Proc R Soc Med* **58**, 295-300 (1965).

52 Phillips, C. V. & Goodman, K. J. The missed lessons of Sir Austin Bradford Hill. *Epidemiol Perspect Innov* **1**, 3, doi:10.1186/1742-5573-1-3 (2004).

53 Pottegard, A., Friis, S., Sturmer, T., Hallas, J. & Bahmanyar, S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. *Basic Clin Pharmacol Toxicol* **122**, 451-459, doi:10.1111/bcpt.12946 (2018).

54 IARC. Red Meat and Processed Meat. *IARC monographs on the evaluation of carcinogenic risks to humans* **114** (2018).

55 IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds. *IARC Monogr Eval Carcinog Risk Chem Man* **17**, 1-349 (1978).

56 Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl* **7**, 1-440 (1987).

57 Richter, J. E., Campbell, D. R., Kahrilas, P. J., Huang, B. & Fludas, C. Lansoprazole compared with ranitidine for the treatment of nonerosive gastroesophageal reflux disease. *Arch Intern Med* **160**, 1803-1809, doi:10.1001/archinte.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 (2000).

58 Peura, D. A., Riff, D. S., Snoddy, A. M. & Fennerty, M. B. Clinical trial: lansoprazole 15 or 30 mg once daily vs. placebo for treatment of frequent nighttime heartburn in self-treating subjects. *Aliment Pharmacol Ther* **30**, 459-468, doi:10.1111/j.1365-2036.2009.04064.x (2009).

59 Mills, J. G. *et al.* The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther* **11**, 129-137, doi:10.1046/j.1365-2036.1997.136312000.x (1997).

60 Freedman, N. D., Silverman, D. T., Hollenbeck, A. R., Schatzkin, A. & Abnet, C. C. Association between smoking and risk of bladder cancer among men and women. *JAMA* **306**, 737-745,

Contains Confidential Information – Subject to Protective Order

doi:10.1001/jama.2011.1142 (2011).
61 Brown, J. P. *et al.* Proton pump inhibitors and risk of all-cause and cause-specific mortality: A cohort study. *Br J Clin Pharmacol* **87**, 3150-3161, doi:10.1111/bcp.14728 (2021).
62 Walker, A. M. Confounding by indication. *Epidemiology* **7**, 335-336 (1996).
63 Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology* **7**, 434-436, doi:10.1097/00001648-199607000-00016 (1996).
64 Pottegård, A. *et al.* Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ* **362**, k3851, doi:10.1136/bmj.k3851 (2018).
65 Hrudey, S. E., Bull, R. J., Cotruvo, J. A., Paoli, G. & Wilson, M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal* **33**, 2179-2208, doi:10.1111/risa.12070 (2013).
66 Kafadar, K. <i>EDITORIAL</i>: Statistical significance, <i>P</i>-values, and replicability. *The Annals of Applied Statistics* **15**, 1081-1083, 1083 (2021).
67 Wasserstein, R. L. & Lazar, N. A. The ASA's Statement on p-Values: Context, Process, and Purpose. *The American Statistician* **70**, 129-133, doi:10.1080/00031305.2016.1154108 (2016).
68 Wasserstein, R. L., Schirm, A. L. & Lazar, N. A. Moving to a World Beyond "p < 0.05". *Am Stat* **73**, 1-19, doi:10.1080/00031305.2019.1583913 (2019).
69 Amrhein, V., Greenland, S. & McShane, B. Scientists rise up against statistical significance. *Nature* **567**, 305-307, doi:10.1038/d41586-019-00857-9 (2019).
70 Rademacher, J. J., Young, T. B. & Kanarek, M. S. Gastric cancer mortality and nitrate levels in Wisconsin drinking water. *Arch Environ Health* **47**, 292-294, doi:10.1080/00039896.1992.9938364 (1992).
71 Fandrem, S. I., Kjuus, H., Andersen, A. & Amlie, E. Incidence of cancer among workers in a Norwegian nitrate fertiliser plant. *Br J Ind Med* **50**, 647-652, doi:10.1136/oem.50.7.647 (1993).
72 Bouvard, V. *et al.* Carcinogenicity of consumption of red and processed meat. *Lancet Oncol* **16**, 1599-1600, doi:10.1016/S1470-2045(15)00444-1 (2015).
73 Park, J. E., Seo, J. E., Lee, J. Y. & Kwon, H. Distribution of Seven N-Nitrosamines in Food. *Toxicol Res* **31**, 279-288, doi:10.5487/TR.2015.31.3.279 (2015).
74 Lijinsky, W. N-Nitroso compounds in the diet. *Mutat Res* **443**, 129-138, doi:10.1016/s1383-5742(99)00015-0 (1999).
75 Willett, W. C. Nutritional epidemiology issues in chronic disease at the turn of the century. *Epidemiol Rev* **22**, 82-86, doi:10.1093/oxfordjournals.epirev.a018029 (2000).
76 Jakszyn, P. *et al.* Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. *J Nutr* **134**, 2011-2014, doi:10.1093/jn/134.8.2011 (2004).
77 Jakszyn, P. *et al.* Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. *Carcinogenesis* **27**, 1497-1501, doi:10.1093/carcin/bgl019 (2006).
78 Loh, Y. H. *et al.* N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. *Am J Clin Nutr* **93**, 1053-1061, doi:10.3945/ajcn.111.012377 (2011).
79 Risch, H. A. *et al.* Dietary factors and the incidence of cancer of the stomach. *Am J Epidemiol* **122**, 947-959, doi:10.1093/oxfordjournals.aje.a114199 (1985).
80 Jakszyn, P. *et al.* Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Epidemiol Biomarkers Prev* **20**, 555-559, doi:10.1158/1055-9965.EPI-10-0971 (2011).
81 Song, P., Wu, L. & Guan, W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients* **7**, 9872-9895, doi:10.3390/nu7125505 (2015).
82 Xie, L. *et al.* Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies. *Oncotarget* **7**, 56915-56932, doi:10.18632/oncotarget.10917 (2016).

83 Farvid, M. S. *et al.* Consumption of red meat and processed meat and cancer incidence: a systematic review and meta-analysis of prospective studies. *Eur J Epidemiol* **36**, 937-951, doi:10.1007/s10654-021-00741-9 (2021).

84 Crippa, A., Larsson, S. C., Discacciati, A., Wolk, A. & Orsini, N. Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies. *Eur J Nutr* **57**, 689-701, doi:10.1007/s00394-016-1356-0 (2018).

85 World Cancer Research Fund Continuous Update Project. Meat, fish and dairy products and the risk of cancer. *https://www.wcrf.org/wp-content/uploads/2021/02/Meat-fish-and-dairy-products.pdf* (2018).

86 Hidajat, M. *et al.* Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. *Occup Environ Med* **76**, 250-258, doi:10.1136/oemed-2018-105181 (2019).

87 de Vocht, F. *et al.* Occupational exposure to NDMA and NMor in the European rubber industry. *J Environ Monit* **9**, 253-259, doi:10.1039/b615472g (2007).

88 Vlaanderen, J. *et al.* Extended cancer mortality follow-up of a German rubber industry cohort. *J Occup Environ Med* **55**, 966-972, doi:10.1097/JOM.0b013e31829540f4 (2013).

89 McElvenny, D. M. *et al.* British rubber and cable industry cohort: 49-year mortality follow-up. *Occup Environ Med* **75**, 848-855, doi:10.1136/oemed-2017-104834 (2018).

90 Sorahan, T. Conflicting findings from a rubber industry cohort study: what is the explanation? *Occupational and Environmental Medicine* **76**, 780, doi:http://dx.doi.org/10.1136/oemed-2019-105841 (2019).

91 Hidajat, M. *et al.* Healthy worker effects explain differences in internal and external comparisons in a rubber industry cohort study. *Occup Environ Med* **76**, 781, doi:10.1136/oemed-2019-106083 (2019).

92 McGwin, G. The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)* **13**, doi:10.3390/cancers13010024 (2020).

93 Braunstein, L. Z. *et al.* Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. *medRxiv*, 2021.2001.2027.21250656, doi:10.1101/2021.01.27.21250656 (2021).

94 FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). *https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers* (2018).

95 Rothman, K. J., Lanes, S. & Sacks, S. T. The reporting odds ratio and its advantages over the proportional reporting ratio. *Pharmacoepidemiol Drug Saf* **13**, 519-523, doi:10.1002/pds.1001 (2004).

96 Adamson, R. H. & Chabner, B. A. The Finding of N-Nitrosodimethylamine in Common Medicines. *Oncologist* **25**, 460-462, doi:10.1634/theoncologist.2020-0142 (2020).

97 Braunstein, L. Z. *et al.* Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. *JAMA Netw Open* **4**, e2034766, doi:10.1001/jamanetworkopen.2020.34766 (2021).

98 Wang, Y. & Gadalla, S. M. Drug-Wide Association Study (DWAS): Challenges and Opportunities. *Cancer Epidemiol Biomarkers Prev* **30**, 597-599, doi:10.1158/1055-9965.EPI-20-1612 (2021).

## Appendix 1. Specific Details from Peer-Reviewed Observational Studies of Ranitidine and Cancers

Below I provide a detailed summary of each peer-reviewed published observational study found in my search of the literature and included in this report. The publications are organized by studies of ranitidine use (separated by whether there was an active comparator or just non-use), followed by studies looking at H2RAs overall (i.e., combining ranitidine with other H2RAs). Within these groupings the papers are organized alphabetically for ease of reference. Each paper's summary is organized by: cancers studied, study design, analysis, results, and discussion. Information on the design includes the population studied, how ranitidine or H2RA use is assessed, and the primary cancer outcome(s). The analysis section describes the statistical approach and how potential confounders are controlled. The results provide the primary associations observed between H2RA and cancer (e.g., RR estimates and 95% CIs). The discussion presents strengths, weaknesses, and conclusions from the studies.

### A.1.1 Active Comparator Studies

***Ranitidine vs Other H2RAs***
(Adami, Cardwell, Iwagami, Kim Y, Kumar, Norgaard, Yoon)

***Adami et al. (2021)***[1]
- Cancer. Esophageal, stomach, liver, pancreatic.
- Design. Cohort study, with comparison groups including users of ranitidine, other H2RAs, and PPIs. Includes all Danish residents aged 18 years or older with a first prescription of ranitidine, other H2RAs or PPIs in 1996 through 2008, as recorded within the nationwide Danish Prescription Registry. A one-year time lag between initial drug prescription and cancer diagnosis was used. Cancer diagnoses were obtained from the Danish cancer registry.
- Analysis. Cox proportional hazards models, with propensity-score weighting (i.e., using covariates) to calculate hazard ratios and 10-year cumulative risk comparing ranitidine use versus other H2RA or PPIs. Analyses were also undertaken restricting to persons who obtained at least 10 prescriptions of one of the three drugs or with longer treatment duration.
- Results. When comparing ranitidine to other H2RAs, the authors found the following results. For esophageal adenocarcinoma: RR=1.30 (95% CI=1.01-1.68); this was RR=0.97 (95% CI=0.53-1.76) when restricting to those with at least 10 prescriptions. For squamous cell carcinoma: RR=0.76 (95% CI=0.60-0.96). For stomach cancer: RR=0.98 (95% CI=0.84-1.14). For liver cancer: RR=0.89 (95% CI=0.72-1.10). For pancreatic cancer: RR=0.97 (95% CI=0.87-1.10). For the results other than esophageal adenocarcinoma, similar findings were observed when restricting to those with more prescriptions or longer follow-up.
- Discussion. Strengths included: (1) comparing ranitidine to other H2RAs or PPIs, (2) using a population-based cohort with prescription and cancer registry information, (3) restriction to new users of the drugs, and (4) use of propensity scores to adjust for potential confounding. Limitations include a decreasing proportion of H2RAs sold by prescription, whereas almost all PPIs were consistently sold by prescription over the study time period. Other limitations were the number of subjects followed-up for a long time period. Importantly, the authors noted that "[i]f a causal association existed, [they] would expect to observe stronger associations with a larger number of prescriptions and, most likely, with longer follow-up, yet such patterns were not evident."

***Cardwell et al. (2021)***[2]
- Cancer. Bladder.
- Design. Nested case-control studies using the Scotland Primary Care Clinical Informatics Unit (PCCIU) database. Cancer cases diagnosed between 1999 and 2011 were matched to up to five

controls on age, gender, GP practice and date of registration (N=3,260 cases total and 14,037 controls). Ranitidine and other H2RAs and PPIs were evaluated for association with cancer. A one-year lag time was used.
- Analysis. Conditional logistic regression of any versus no prescription, adjusting for comorbidities (and then also for smoking).
- Results. For any ranitidine use versus non-use and bladder cancer the RR=1.22; (95% CI=1.06-1.40). When comparing ranitidine use to use of other H2RAs, the bladder cancer RR=1.05 (0.86-1.28). When looking at dose-response in the active comparator analyses, there was no clear trend; users of the highest DDDs (>1,095 DDDs) had RR=1.27 (0.91-1.75).
- Discussion. Strengths of this study include a very large sample size and detailed information on prescribed medicines. Weaknesses include that this paper was based on selection of one statistically significant result from another project[11] looking at a very large number of drug-cancer comparisons in the same PICCU dataset (5,622 total associations evaluated). With so many comparisons there are likely many false, invalid associations and nonsensical results.[98] In fact, 214 drug-cancer combinations had p-values < 0.01. Also, there was extensive missing information on smoking, suggesting that there may have been residual confounding.

***Iwagami et al. (2021)***[3]
- Cancers. All, gastric, breast, colorectal.
- Design. Cohort study using information from the Japan Medical Data Center claims database (employee-based). Study subjects were those individuals with a new H2RA prescription, using a 6-month lag of no H2RA prescription prior to registration in the database. Individuals were classified into two groups: those receiving ranitidine/nizatidine (exposed, n=114,106), and those receiving other H2RA—cimetidine, famotidine, roxatidine, or lafutidine (unexposed, n=502,803).
- Analysis. Cox regression analyses for incident cancer diagnosis, overall and by follow-up length, cumulative dose, and cancer site. Models were adjusted for age, sex, co-medications, comorbidities, and the Charlson Comorbidity Index.
- Results. Comparing ranitidine/nizatidine versus other H2RA gave the following: overall cancer (RR=1.02; 95% CI=0.98-1.07), gastric cancer (RR=1.09; 95% CI=0.96-1.24), colorectal cancer (RR=1.02; 95% CI=0.91-1.15), or breast cancer (RR=1.04; 95% CI=0.92-1.17). Comparing individuals who only took ranitidine to those taking other H2RA gave for all cancers RR=1.01 (95% CI=0.95-1.08). When using a one-year lag time, the association for ranitidine/nizatidine was RR=1.00 (95% CI=0.94-1.06). The RRs for a potential association decreased with increasing defined daily doses (DDDs): for 1-180 DDDs, RR=1.03 (95% CI=0.98-1.08); for 181-365 DDDs, RR=1.00 (95% CI=0.73-1.39); for 366-730 DDDs, RR=0.95 (95% CI=0.61-1.48); and for >730 DDDs, RR=0.83 (95% CI=0.45-1.55).
- Discussion. Strengths of the study include (1) the large sample size from a database of routinely collected information, (2) using a comparator group design (to help address potential confounding bias), (3) undertaking an analysis restricted to ranitidine vs other H2RAs, and (4) looking at dose-response. Limitations of the study include a younger and higher socio-economic population than the general population of Japan, use of claims data for exposure and outcome information, and lack of information on numerous potential confounders (e.g., lifestyle factors) and over the counter drugs. Based on the results from the study the authors concluded that their "findings may provide reassurance to people concerned about the potential risk of cancer in association with ranitidine/nizatidine use[.]"

***Kim Y et al. (2021)***[4]
- Cancers. Esophageal, gastric, pancreatic, liver, colorectal.
- Design. Cohort study using EHR information from the Explorys database. Outcome events were new diagnoses of any of five gastrointestinal cancers (i.e., stomach, esophageal, liver, pancreas, colorectal). Three exposure groups: ranitidine, famotidine, and the PPI omeprazole.

- Analysis. Odds ratios calculated, assuming a one-year lag time and within a 1 to 10-year window.
- Results. There were inverse associations between taking ranitidine and cancers considered here, in comparison to taking famotidine or omeprazole. In comparison to famotidine, the ranitidine associations were as follows: esophageal cancer (RR=0.51; 95% CI=0.43-0.60); gastric cancer (RR=0.43; 95% CI=0.36-0.51); pancreatic cancer (RR=0.54; 95% CI=0.49-0.62); liver cancer (RR=0.39; 95% CI=0.36-0.41); and colorectal cancer (RR=0.46; 95% CI=0.43-0.49). Similar inverse associations were found when comparing ranitidine to omeprazole.
- Discussion. The highest cancer incidence was generally in the 1 to 2-year period following the start of drug use, which linearly decreased over time; ranitidine users had a lower cancer incidence than users of the other drugs up to 7-8 years. Ranitidine users also had a lower prevalence of conventional risk factors (i.e., tobacco/alcohol use, viral hepatitis, cirrhosis, inflammatory bowel disease, atrophic gastritis, Barrett's esophagus, diabetes mellitus, and obesity). Limitations of the study include lack of information on medication compliance and on over the counter drugs. Additionally, the analyses adjusted for age, gender, race and the three most common risk factors for each drug.

***Kumar et al. (2021)***[5]
- Cancer. Gastric
- Design. Cohort study in the Veterans Health Administration Corporate Data Warehouse, which includes data from electronic medical records from all VHA facilities from 1994 to the present. Study subjects (N=279,505) were individuals with *Helicobacter pylori* (HP) who were prescribed acid suppression medication for at least 30 days (ranitidine, other non-ranitidine H2RAs, or PPIs). The earliest medication used within 15 years of the last follow-up was determined. The primary outcome was non-proximal gastric adenocarcinomas. Study subjects were followed until the earliest of the following: gastric cancer diagnosis, switching to a different acid suppressant category, December 1, 2018, or death.
- Analysis. Cox proportional hazards model; adjusting for race, ethnicity, smoking, age, HP treatment, HP eradication. zip code-level poverty
- Results. Comparing non-ranitidine users to ranitidine users gave gastric cancer RR=1.83 (95%CI=1.36-2.48). This is equivalent to users of ranitidine having a RR=0.55 for gastric cancer in comparison to non-users. There was no difference between ranitidine and PPI users (RR=0.92, 95% CI=0.82-1.04).
- Discussion. Strengths of this study include a large sample size and medication use information from electronic medical records. Limitations include assuming that study subjects remained on the earliest reported acid suppression medication. Ranitidine users who switched most likely changed to PPIs, while only ~50% of the non-Ranitidine H2RA users who switched changed to PPIs. The authors concluded that “[their] results . . . demonstrate that the true gastric carcinogenic impact of NDMA-containing ranitidine in persons in the US with HP is likely minimal to nonexistent, providing reassurance to those who have taken ranitidine.” They further noted that “[i]n time-specific analyses, there was no period in which ranitidine was associated with future [gastric cancer], suggesting there is no discernable difference in formulation of the medication over time.”

***Norgaard et al. (2021)***[6]
- Cancers. Bladder and Kidney.
- Design. Danish nationwide cohort study. Compared new users of ranitidine who redeemed at least two prescriptions for ranitidine (n=31,393) to new users of other H2RAs (n=65,384) and to new users of PPI (n=509,849). Drug use was determined from the Danish National Prescription Registry between 1996 and 2008. The outcomes were incident diagnosis of bladder or kidney cancer, as determined from the Danish Cancer Registry.
- Analysis. First, logistic regression was used to compute propensity scores for exposure to ranitidine compared to other H2-blockers and PPI separately where the models included age, time

between first and second prescription, and calendar time, marital status, underlying gastrointestinal diseases, urogenital diseases, other comorbidities, and use of the included medicine. Then these scores were used to compute stabilized inverse probability of treatment weights, which were then included in cox-proportional hazards models. Lag times of 1, 5, and 10 years were used, along with looking at 5 or 10 prescriptions.

- Results. Comparing ranitidine use versus use of other H2RAs gave for bladder cancer an adjusted RR=1.11 (95% CI=0.95-1.29), and for kidney cancer a RR=0.89 (95% CI=0.72-1.10). Comparing ranitidine use versus use of PPIs gave for bladder cancer a RR=1.24 (95% CI=1.04-1.48) and for kidney cancer RR=0.87 (95% CI=0.67-1.13).
- Discussion. Strengths of this study include an active comparator group, and using a nationwide registry of individuals, cancers, and drug use. Limitations include using only prescription drug information. The authors "did not observe any consistent or substantial increase in risks of bladder cancer and [they] consistently across sub-analyses observed no increased risk [of] kidney cancer in ranitidine users." They further noted that their "findings suggest that the [NDMA] contamination found in ranitidine did not substantially impact bladder or kidney cancer occurrence in [their] population."

***Yoon et al. (2021)***[7]

- Cancers. All, gastric, liver, colorectal, kidney, bladder, breast, prostate, lung.
- Design. Cohort study using information from the Health Insurance Review and Assessment database in South Korea. Study subjects were those individuals using for at least one year ranitidine (N=40,488) or for comparison, famotidine (N=10,122). The ranitidine users were matched to famotidine users with a 4:1 ratio on age, sex, diabetes mellitus, and cumulative exposure to drug.
- Analysis. Cox regression analyses for cancer diagnosis. Models were adjusted for age, sex, co-medications, comorbidities, and the Charlson Comorbidity Index
- Results. Comparing ranitidine versus famotidine gave for: bladder cancer RR=1.41 (95% CI=0.88-2.24); overall cancer: RR=0.99 (95% CI=0.91-1.07); gastric cancer: RR=1.06 (95% CI=0.86-1.31); liver cancer: RR=0.85 (95% CI=0.69-1.05); colorectal cancer: RR=0.98 (95% CI=0.78-1.23); kidney cancer: RR=0.78 (95% CI=0.49-1.25); breast cancer: RR=0.82 (95% CI=0.55-1.21); prostate cancer: RR=1.01 (95% CI=0.72-1.40); and lung cancer: RR=0.99 (95% CI=0.81-1.21). The authors also noted that there was "no difference in the overall cancer risk" when looking at cumulative duration of use (results not shown).
- Discussion. Strengths include a large population-based study and comparing ranitidine use to famotidine to help control for potential reverse causation or confounding bias. As stated by the authors, "the clinical indications of ranitidine and famotidine are almost identical." Limitations include a follow-up period of only 7 years, and lack of information about some potential confounders (e.g., lifestyle factors). In comparison to the general population, the authors found increased age- and sex-standardized incidence ratios for any cancer in those using ranitidine (RR=1.23) or famotidine (RR=1.31). The higher RR among the famotidine users suggests a non-causal association for ranitidine. Or, as the authors concluded, "[b]ecause of the protopathic bias, cancer incidence is higher than that of the overall population."

***Ranitidine vs. PPIs***

***Kantor et al. (2020)***[8]

- Cancers. All, colorectal, lung, breast, prostate, liver, kidney, bladder.
- Design. Cohort study in the UK Biobank (N=459,204; excluded individuals with prior history of invasive cancer). The baseline questionnaire asked study participants about regular use of "ranitidine (e.g., Zantac)" where regular use was "most days of the week for the last 4 weeks."

Regular use was compared to non-use, as well as to use of the PPI omeprazole. Participants were followed until cancer diagnosis, death, loss-to follow-up, or end of study.

- Analysis. Cox proportional hazards regression model; for overall cancer stratifying by sex, median age, BMI, and smoking.
- Results. Comparing ranitidine to non-use for overall cancer gave RR=1.01 (95% CI=0.93-1.09), and with a 5-year time lag gave RR=0.86 (95% CI=0.73-1.01). This comparison also gave the following results for different cancers: colorectal (RR=1.12; 95% CI=0.88-1.44), lung (RR=0.96; 95% CI=0.72-1.27), breast (RR=1.04; 95% CI=0.86-1.26), or prostate cancer (RR=1.01; 95% CI=0.82-1.23) (primary analyses). In an exploratory analysis for bladder cancer RR=1.22 (95% CI=0.74-2.01). Comparing ranitidine to non-use for liver cancer gave RR=1.91 (95% CI=1.09-3.36), although comparing ranitidine to omeprazole gave RR=1.15 (95% CI=0.58-2.26). For kidney cancer, ranitidine use versus non-use gave RR=0.53 (95% CI=0.27-1.02), while comparing ranitidine use versus omeprazole gave RR=0.39 (95% CI=0.19-0.82).
- Discussion. Strengths of this study include a very large cohort study looking at ranitidine exposure followed by incident cancer diagnosis. Limitations include self-report of ranitidine use measured at a single time point precluding dose or duration response comparisons. The authors concluded that "[r]anitidine use was not associated with overall cancer risk . . . [or] with risk of common cancers (lung, breast, prostate, and colorectum)." They further stated that "[c]ompared to non-use, ranitidine use was positively associated with liver cancer; however, this association attenuated when directly compared to omeprazole, which may reflect residual confounding by indication (or another jointly-related factor)."

**A.1.2 Ranitidine Use Versus Non-Use (i.e., no active comparator)**
(Habel, Kim S, Liu (PCCIU), McDowell (a), McDowell (b), Tan, Tran)

***Habel et al. (2000)[9]***

- Cancers. All, esophageal / gastric, pancreatic, colorectal, kidney / bladder, breast, prostate, lung.
- Design. Cohort study of Northern California Kaiser Permanente health plan members. Exposed individuals were those who were prescribed ranitidine or cimetidine between 1982 and 1985 or in 1987 (1% sample of medications dispensed), and a complete file of medications dispensed at Kaiser Oakland in 1984/85. Individuals with and without cimetidine or ranitidine prescriptions were identified from the computerized pharmacy databases. Each individual with at least one prescription of cimetidine or ranitidine was matched to 10 people who did not have a prescription of either of these two medications. Matching criteria included pharmacy database, sex, and birth year (within 5 years). All study subjects were followed through December 1995 for new diagnoses of any cancer.
- Analysis. Cox regression modeling was used to estimate relative risks of cancer associated with use of cimetidine or ranitidine, which were adjusted for birth year, sex, and source of pharmacy data. Non-users of cimetidine and ranitidine were the referent group for all analyses.
- Results. Comparing ranitidine use versus non-use gave for: cancer overall (RR=1.26; 95% CI=1.01-1.58), esophagus / stomach cancer (RR=2.42; 95% CI=1.07-5.49), pancreatic cancer (RR=2.6; 95% CI=1.06-6.38), prostate cancer (RR=1.57; 95% CI=1.00-2.48), lung / bronchus cancer (RR=1.50; 95% CI=0.90-2.51), and kidney/bladder (RR=1.56; 95% CI=0.74-3.30). There were no valid associations for colorectal, kidney / bladder, or breast cancers. The cancer-specific results were based on small numbers of cases exposed to ranitidine (e.g., 6 for esophageal / stomach cancer, 5 for pancreatic cancer, 7 for kidney / bladder cancer). A lagged analysis indicated that the association between ranitidine and esophageal / stomach cancer were primarily observed in the year following their prescription (data not shown for ranitidine alone). For prostate cancer, the lagged analysis suggested an increased risk among those men with the shortest or longest time since their prescription.
- Discussion. Strengths of the study include being undertaken within a large health maintenance organization (Kaiser) with health and pharmacy records. Limitations include measuring ranitidine use at a single time period in the 1980s, lack of information on dose or duration of use, sampling a small percentage of individuals from pharmacy records, lack of information on potential confounders (e.g., the authors were unable to control for smoking or BMI), censoring subjects if they left the Kaiser system, the small number of cases, and the multiple comparisons made across many different cancers. The authors noted that, in light of the lagged analysis results, “An elevation in cancer risk among cimetidine or ranitidine users might reflect the use of either of these drugs for early symptoms of cancer.”

***Kim S et al. (2021)[10]***

- Cancer. Gastric.
- Design. Cohort study using data from the Korean National Health Insurance Service (N=13,629). Outcome was new diagnosis of gastric cancer. Three exposure groups: unexposed, ranitidine, and other H2RAs. Drug use was determined from prescription records, and entailed having been prescribed one of the H2RAs for >30 days between January 2002 and December 2008. Study subjects were selected with 1:1 propensity score matching across the three exposure groups according to the following sociodemographic factors: age, sex, residential area, household income, disability, NSAID dose, and history of smoking and alcohol use.
- Analysis. Cox proportional hazard regression model.
- Results. Comparing ranitidine to non-use for gastric cancer gave RR=1.01 (95% CI=0.86-1.18). Similarly, comparing other H2RAs to non-use for gastric cancer gave RR=0.98 (95% CI=0.84-1.15). The drugs were not compared to each other (i.e., no active comparator analysis).

- Discussion. Strengths of the study include subjects recruited from a nation-wide database, and propensity score matching. Limitations include not taking into consideration *H. pylori* infection, not controlling for additional potential confounders (e.g, body mass index), and only five years of follow-up. The authors concluded that "[w]e found no significant difference in terms of gastric cancer development among the three study groups (control, other histamine-2 blockers, and ranitidine), suggesting that the intake of ranitidine, even if it contains NDMA, may not be associated with an increased risk of developing gastric cancer."

***Liu et al. (2020)***[16]

- Cancer. Gastric.
- Design. Two different studies are reported in this paper. The first is a case-control study from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database. The second is a cohort study from the UK Biobank (UKB). In the PCCIU, individuals with newly diagnosed primary gastric cancer between January 1, 1999 and April 30, 2011 were identified as cases. Up to five controls were matched to each case on age, sex and GP practice. H2RA use in PCCIU was assessed by questionnaire, and includes cimetidine, famotidine, nizatidine, or ranitidine; analyses restricted to ranitidine were undertaken. In the UK Biobank, medications were self-reported at cohort entry 2006-2010 using a touchscreen questionnaire: Q. No L6C: "Do you regularly take any of the following? 04 Ranitidine (eg: Zantac)". This was verified in a verbal interview with a UK Biobank nurse. Gastric cancer was ascertained from cancer registries until 2014.
- Analysis. For the PCCIU, logistic conditional regression on the matched set was used to evaluate the potential association between H2RA use and gastric cancer. Cox regression was used in the UKB.
- Results. For the PCCIU study, ranitidine use with a 1 year time lag gave for gastric cancer RR=1.42 (95% CI=1.10-1.85). But this result was primarily driven by increased H2RA use shortly before cancer diagnosis; when removing prescriptions in 2 or 3 years prior to diagnosis: RR=1.22 (95% CI=0.89-1.67) and RR=1.17 (95% CI=0.81-1.68), respectively. Dose-response analyses suggested slightly increasing effect sizes across increasing prescriptions, although this was restricted only to the 1-year time lag group ($p_{trend}$=0.003). Moreover, gastric cancer patients were almost 10-times more likely to newly use H2RA in the year prior to diagnosis than controls (RR=9.87, 95% CI=6.04-16.15). For the UK Biobank, H2RA use for gastric cancer gave RR=0.49 (95% CI=0.16-1.56); however, this analysis was based on very small numbers of cases.
- Discussion. Strengths include two independent population-based studies, and the ability to adjust for numerous potential confounders. Limitations include self-report of medication use in the UK Biobank, not being able to adjust for *H. pylori*, which is an important risk factor for gastric cancer and could confound by indication the association observed in the PCCIU. The authors concluded, "Our results revealed a marked increase in the prescription of acid-suppression medications immediately before gastric cancer diagnosis suggesting the role of reverse causation."

***McDowell et al. (2021a)***[11]

- Cancer. 22 cancer sites.
- Design. Series of nested case-control studies using Scotland's Primary Care Clinical Information Unit Research (PCCIUR) database. Cancer cases diagnosed between 1999 and 2011 were matched to up to five controls on age, gender, GP practice, and date of registration (N=62,109 cases total and 276,580 controls). The most commonly prescribed medicines were evaluated, for a total of 5,622 medication and cancer associations. A one-year lag time was used.
- Analysis. Conditional logistic regression of any versus no prescription, adjusting for comorbidities (and then also for smoking).
- Results. The paper presented full results for associations between medicine use and specific cancers that had 0.80>RR>1.25, p<0.01, and the RR comparing low to none is smaller than RR comparing high to none. The supplementary figures also gave qualitative assessments of the

potential association between any medicine use and numerous other cancers with non-statistically significant associations. The figures did not give specific RRs and 95% CIs. Instead, they indicated whether the RR was greater than ('+' for RR>1) or less than ('-' for RR<1) the null value of 1.0. The figures also plotted the p-values, indicating with a dashed line whether p>0.05 or 0.01. In the 'Availability of data and materials' section of the paper the authors noted, "[a]ccess to results for medicines not published in this paper should be directed to the corresponding author: Dr. Chris Cardwell.' I contacted Dr. Cardwell (Appendix 2 provides our email correspondence) and he shared with me an excel spreadsheet containing all results from this study for any medication use (filename: 'PCCIUR FINAL RESULTS FOR CIRCULATION ON REQUEST.xls'). In the comorbidity adjusted analyses, for any ranitidine use and bladder cancer (RR=1.24; 95% CI=1.10-1.40). Similar results for smoking adjusted models were seen when using a two-year lag (RR=1.31; 95% CI=1.13-1.51), and when comparing low use (<= median) versus no use (RR=1.20; 95% CI=1.00-1.44) or high use (> median) versus no use (RR=1.32; 95% CI=1.09-1.59). Similar results were also observed when restricting the exposed group to those with >= 6 prescriptions. From the fully adjusted models (also including smoking), ranitidine use and pancreatic cancer gave RR=1.36 (95% CI=1.06-1.73; reported in McDowell et al. 2021b) and for lung cancer RR=1.15 (95% CI=1.06-1.25). However, for any cimetidine use and lung cancer the RR=1.35 (95% CI=1.22-1.50). Ranitidine use gave for gastric (RR=1.00; 95% CI=0.81-1.23); esophageal (RR=1.00; 95% CI=0.84-1.19); liver (RR=0.76; 95% CI=0.52-1.12); kidney (RR=0.99; 95% CI=0.79-1.23); colorectal (RR=1.03; 95% CI=0.94-1.13); breast (RR=1.04; 95% CI=0.96-1.13); and prostate (RR=1.07; 95% CI=0.97-1.18).

- Discussion. Strengths of this study include a very large sample size and detailed information on prescribed medicines. Weaknesses include the enormous number of drug-cancer comparisons undertaken (5,622 total associations evaluated). With so many comparisons there are likely many false invalid associations and nonsensical results.[98] In fact, 214 drug-cancer combinations had p-values < 0.01. According to Dr. Cardwell this concern helps explain why the authors did not include details on their full results. When sending me the full results Dr. Cardwell noted, "[i]n accordance with the funding panels wishes, I am keen to avoid patients being unnecessarily worried about increased risks based upon a non-sensible interpretation of the results." (See Appendix 2). Even with these concerns, four other papers looking at ranitidine and individual cancers (i.e., liver, gastric, bladder, and pancreatic) using the same data from the PICCU/PCCIUR have been published by Dr. Cardwell and colleagues (Tran et al.;[15] Liu et al.;[16] Cardwell et al.;[2] and McDowell et al. (b)[12])

***McDowell et al. (2021b)[12]***

- Cancer. Pancreatic.
- Design. Nested case-control study using information from the Scotland Primary Care Clinical Informatics Unit Research (PCCIUR) database. 1,069 pancreatic cancer cases were matched with up to five controls on age, gender, GP practice, and date of registration (4,729 controls). Ranitidine and 12 other medicines in the highest category of evidence for drug induced pancreatitis (DIP) used by more than 2% of controls were identified.
- Analysis. Conditional logistic regression, adjusting for comorbidities. Thirteen medicines in the highest category of evidence for DIP were investigated.
- Results. For ranitidine use and pancreatic cancer the RR=1.37 (95% CI=1.10-1.70). This result was primarily driven by individuals with lower usage: for those with <6 prescriptions the RR=1.49 (95% CI=1.12-1.99), while for those with >=6 prescriptions the RR=1.24 (95% CI=0.91-1.69). When using a 1-year lag time for >=6 prescriptions the RR=1.20 (95% CI=0.88-1.63).
- Discussion. This result was also published in McDowell (a).[11] Strengths of the study include the national representation of the PCCUI/PCCIUR database and approximately 9 years of follow-up. Limitations include lack of information on secondary care prescriptions or over the counter drug use. Based on the results, the authors concluded, "[t]here is little evidence that commonly-

prescribed medicines associated with inflammation of the pancreas are also associated with pancreatic cancer. These findings should provide reassurance to patients and prescribing clinicians."

***Pottegard et al. (2016)***[13]

- Cancers. 34 cancer sites (99 cancer types).
- Design. Danish nationwide case-control study. Incident cancer cases diagnosed between 2000–2012 were indexed from the Danish Cancer Registry (n = 278,485). Each case was matched to 10 randomly selected controls from all Danish citizens on birthyear and sex (applying the same exclusion criteria as cases). Drug use was determined from the Danish National Prescription Registry from 1995 on. Drugs were selected if there were 10 observed or expected cases with long-term drug use.
- Analysis. Drug classes and individual drugs were evaluated with a two-phased approach. First assessed associations across 22,125 drug-cancer pairs using conditional logistic regression comparing long-term use (>=8 prescription fills) to non-use. In addition to matching variables, further adjusted for Charlson Comorbidity Index and years of schooling. Defined 'signals' as those with RR>1.5 or RR<0.67, or lower bound of 95% confidence interval >1.6 or higher bound below 0.83. Second, to evaluate 'signal' specificity, the authors calculated the ratio of RRs for drug-cancer associations to the RRs for the same drug and cancer overall (i.e., based on the hypothesis that drugs should not be associated with cancer overall). Ratios outside 0.83-1.20 were deemed specific. In addition, dose-response for increasing prescriptions among ever users of a 'signal' drug and cancer were assessed.
- Results. Of 4,561 initial drug-cancer associations from the first phase, 1,020 met the second phase criterion (510 involving the use of single drugs). For ranitidine and squamous cell esophageal cancer the authors reported a RR=0.62 (95% CI=0.31-1.23). In contrast, for dose-response they reported RR=1.07 (p=0.04); since this analysis was restricted to ever users, it suggests that a comparison of low prescription users to non-users would also indicate a RR<1.0. For ranitidine and gastric cancer the authors report a RR=1.87 (95% CI=1.43-2.46). However, for any H2RA the gastric cancer result was RR=1.52 (95% CI=1.31-1.76). While the RR point estimate for ranitidine was higher than for H2RAs overall, the dose-response for ever users of ranitidine was lower than for H2RAs (RR=1.09 vs 1.07). This suggests an overall H2RA association due to reverse causality or confounding bias (the authors note that "[s]ome of the identified signals can be attributed to confounding by indication"). No results were presented for ranitidine and overall esophageal, liver, pancreas, or bladder cancer, indicating that any potential associations between ranitidine and these cancers did not meet "criteria for strength of association."[13]
- Discussion. Strengths of the study include using large-scale nationwide health registries, prescription history of up to 17 years, and high ascertainment of cancer cases. Weaknesses include the potential for false-positive associations due to making 22,125 comparisons, and the lack of information on potential confounders (e.g., smoking). Regarding the cancers evaluated but not included in their results (esophageal overall, liver, pancreas, and bladder), the authors note that "neutral associations have important value by reassuring prescribers and patients of the safety of drugs, which will promote their appropriate use."

***Tan et al. (2018)***[14]

- Cancer. Esophageal.
- Design. Case-control study of 300 cases and 798 controls, nested within the Veterans Affairs Corporate Data Warehouse. All subjects were diagnosed with Barrett's esophagus, and subjects who progressed to incident cases of esophageal cancer were identified. Controls were matched to cases on age and Barrett's esophagus diagnosis data. Ranitidine use was determined from information on dispensed prescriptions.

- Analysis. Conditional logistic regression, adjusting for age, race, BMI, smoking, number of esophagogastroduodenoscopies after Barrett's esophagus diagnosis, statin use, NSAID use, aspirin use, and PPI and H2RA use.
- Results. Ranitidine use versus non-use and esophageal cancer gave RR=0.71 (95% CI=0.50 - 1.00). When looking at defined daily dose, lower dose (≤150 mg vs none) of ranitidine gave for esophageal cancer (RR=3.00; 95% CI=1.84-4.90), while a higher dose (>150 mg vs none) gave RR=0.17 (95% CI=0.09-0.32).
- Discussion. Strengths of this study include case-control matching with incidence density sampling and confirmation of disease status by manual review of electronic health care (EHR) information. Limitations include lack of information on over-the-counter drug use, potential exposure misclassification, and lack of information on Barrett's esophagus symptom control.

***Tran et al. (2018)***[15]
- Cancer. Liver.
- Design. Two studies reported on in the manuscript. The first is a case-control study from the Scottish Primary Care Clinical Informatics Unit (PCCIU) database; 434 cases diagnosed between 1999 and 2011, and 2,103 controls matched on year of birth, sex, and general practitioners practice. H2RA use was determined from general practitioner prescription records. The second is a cohort study from the UK Biobank; 475,768 participants, of which 182 developed liver cancer. H2RA use was estimated from self-report, including a question asking specifically about ranitidine use.
- Analysis. For the PCCIU data, conditional logistic regression, accounting for matching factors and adjusting for comorbidities, obesity, aspirin and statin use, smoking, and alcohol. For the UK Biobank data, Cox proportional hazards model, adjusting for age, sex, deprivation, BMI, alcohol, smoking, comorbidities, and aspirin and statin use.
- Results. Ranitidine use versus non-use gave for liver cancer in the PCCIU study RR=1.41 (95% CI=0.91-2.15) and in the UK Biobank study RR=1.82 (95% CI=0.87-3.79). In the PCCIU study there was no clear dose-response trend with increasing H2RA use, and using a 2- or 4-year lag substantially weakened the association between H2RA and liver cancer. In the UK Biobank, using a 2- or 4- year lag did not materially change the results for H2RAs.
- Discussion. Strengths include two independent population-based studies, and the ability to adjust for numerous potential confounders. Limitations include self-report of medication use in the UK Biobank, not being able to adjust for many potential confounders.

**Appendix 2.** Email correspondence with Dr. Cardwell requesting the additional data offered in the paper McDowell (a) et al. (2021)[11] "A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies."

---

**From:** Witte, John <JWitte@ucsf.edu>
**Sent:** 09 March 2021 15:17
**To:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Subject:** McDowell et al. request

Dear Dr. Cardwell,

I read with interest your paper 'A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies'. Would you mind sharing the complete set of non-published results that you referenced in your paper (i.e., 'Access to results for medicines not published in this paper should be directed to the corresponding author: Dr. Chris Cardwell, Senior Lecturer in Medical Statistics, Centre for Public Health, Queen's University Belfast, email: c.cardwell@qub.ac.uk')?

Thanks,

John

John Witte, PhD
Professor and Vice Chair
Department of Epidemiology and Biostatistics
Head, Division of Cancer Epidemiology
Co-leader, Program in Molecular Oncology
University of California, San Francisco
http://wittelab.ucsf.edu/

---

**From:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Date:** Tuesday, March 9, 2021 at 7:50 AM
**To:** Witte, John <JWitte@ucsf.edu>
**Subject:** RE: McDowell et al. request

Dear John,

Sure, I can send you these. The funding panel was nervous about us making all results public. So, before I send them, can you agree not to publish the results or circulate them?

If anyone wants a copy, I am happy to let them have them, assuming they are bonafide researchers, but can you get them to email me directly.

If there is anything in particular you are interested in, we still have the data and I could potentially dig out some more information.

Best wishes,

Chris

---

Contains Confidential Information – Subject to Protective Order

**From:** Witte, John <JWitte@ucsf.edu>
**Sent:** 29 March 2021 23:23
**To:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Subject:** Re: McDowell et al. request

Chris,

Thanks for your reply. I noted that some of the tables in the paper were truncated based on p-values, so I was just hoping to see the complete set of results. I agree not to publish any results or share them publicly. However, I have been asked to evaluate ranitidine and cancer in a legal case for a manufacturer here in the US and there is a slight possibility that non-published results could eventually be disclosed in a report to counsel for the parties, through discovery requests, or potentially in a public court hearing at some point in the future. I understand if that impacts your decision to share the full set of results. If you are still willing to share the results references in your article, I simply would be interested in the complete results tables for the full set of pharmaceutical products that your team studied.

Thanks,

John

---

**From:** Christopher Cardwell <c.cardwell@qub.ac.uk>
**Date:** Tuesday, March 30, 2021 at 2:45 AM
**To:** Witte, John <JWitte@ucsf.edu>
**Subject:** RE: McDowell et al. request

Thanks John,

I attach what we are circulating.  In accordance with the funding panels wishes, I am keen to avoid patients being unnecessarily worried about increased risks based upon a non-sensible interpretation of the results.

Using this GP dataset, we have already published more detailed analysis of h2ras and/or ranitidine for the following cancers:
a) Liver cancer (Aliment Pharmacol Ther. 2018 Jul;48(1):55-64.)
b) Gastric cancer (Br J Cancer. 2020 Jul;123(2):307-315.).

We also have a more detailed analysis of ranitidine and bladder cancer from this dataset which is under review but I hope to be accepted soon.

Hope this helps,

Chris

## Attachment A

## List of Materials Considered


(1) Adami, H. O. et al. Ranitidine Use and Risk of Upper Gastrointestinal Cancers. Cancer Epidemiol Biomarkers Prev 30, 2302-2308, doi:10.1158/1055-9965.EPI-21-0831 (2021).

(2) Cardwell, C. R., McDowell, R. D., Hughes, C. M., Hicks, B. & Murchie, P. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116, 1612-1619, doi:10.14309/ajg.0000000000001310 (2021).

(3) Iwagami, M. et al. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf 44, 361-371, doi:10.1007/s40264-020-01024-0 (2021).

(4) Kim, Y. D. et al. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther 54, 606-615, doi:10.1111/apt.16464 (2021).

(5) Kumar, S., Goldberg, D. S. & Kaplan, D. E. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci, doi:10.1007/s10620-021-06972-w (2021).

(6) Norgaard, M. et al. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31, 45-50, doi:10.1158/1055-9965.EPI-21-0737 (2022).

(7) Yoon, H. J., Kim, J. H., Seo, G. H. & Park, H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10, doi:10.3390/jcm10010153 (2021).

(8) Kantor, E. D. et al. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology 160, 1856-1859 e1855, doi:10.1053/j.gastro.2020.12.037 (2021).

(9) Habel, L. A., Levin, T. R. & Friedman, G. D. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 9, 149-155, doi:10.1002/(SICI)1099-1557(200003/04)9:2<149::AID-PDS481>3.0.CO;2-1 (2000).

(10) Kim, S. et al. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel) 9, doi:10.3390/healthcare9081071 (2021).

(11) McDowell, R. D., Hughes, C., Murchie, P. & Cardwell, C. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med 19, 22, doi:10.1186/s12916-020-01891-5 (2021).

(12) McDowell, R. D., Hughes, C. M., Murchie, P. & Cardwell, C. R. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol 71, 101880, doi:10.1016/j.canep.2020.101880 (2021).

(13) Pottegard, A. et al. Identification of Associations Between Prescribed Medications and Cancer: A Nationwide Screening Study. EBioMedicine 7, 73-79, doi:10.1016/j.ebiom.2016.03.018 (2016).

(14) Tan, M. C., El-Serag, H. B., Yu, X. & Thrift, A. P. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 48, 469-477, doi:10.1111/apt.14895 (2018).

(15) Tran, K. T. et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 48, 55-64, doi:10.1111/apt.14796 (2018).

(16) Liu, P. et al. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer 123, 307-315, doi:10.1038/s41416-020-0860-4 (2020).

(17) Florian, J. et al. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326, 240-249, doi:10.1001/jama.2021.9199 (2021).

(18) Witte, R. S. & Witte, J. S. Statistics. Eleventh edition. (Wiley, 2017).

(19) *Cooper v. Harris*, 137 S. Ct. 1455, 1495 (2017), https://www.supremecourt.gov/opinions/16pdf/15-1262_db8e.pdf.

(20) Lash, T. L., VanderWeele, T. J., Haneuse, S. & Rothman, K. J. Modern epidemiology. 4th edn, (Wolters Kluwer Health/Lippincott Williams & Wilkins, 2021).

(21) Nature. Challenges in irreproducible research. http://www.nature.com/news/reproducibility-1.17552 (2018).

(22) Benjamini, Y. et al. The ASA president's task force statement on statistical significance and replicability. The Annals of Applied Statistics 15, 1084-1085, 1082 (2021).

(23) MacMahon, B., Yen, S., Trichopoulos, D., Warren, K. & Nardi, G. Coffee and cancer of the pancreas. N Engl J Med 304, 630-633, doi:10.1056/NEJM198103123041102 (1981).

(24) Opinion: Coffee and Cancer. www.nytimes.com/1981/03/14/opinion/coffee-and-cancer.html (1981).

(25) Nilsson, L. M., Johansson, I., Lenner, P., Lindahl, B. & Van Guelpen, B. Consumption of filtered and boiled coffee and the risk of incident cancer: a prospective cohort study. Cancer Causes Control 21, 1533-1544, doi:10.1007/s10552-010-9582-x (2010).
(26) Maisonneuve, P. & Lowenfels, A. B. Risk factors for pancreatic cancer: a summary review of meta-analytical studies. Int J Epidemiol 44, 186-198, doi:10.1093/ije/dyu240 (2015).

(27) Hennekens, C. H. et al. Lack of effect of long-term supplementation with beta carotene on the incidence of malignant neoplasms and cardiovascular disease. N Engl J Med 334, 1145-1149, doi:10.1056/NEJM199605023341801 (1996).

(28) Smith, G. D. & Ebrahim, S. Data dredging, bias, or confounding. BMJ 325, 1437-1438 (2002).

Contains Confidential Information – Subject to Protective Order

(29) Stram, D. O., Huberman, M. & Wu, A. H. Is residual confounding a reasonable explanation for the apparent protective effects of beta-carotene found in epidemiologic studies of lung cancer in smokers? Am J Epidemiol 155, 622-628 (2002).

(30) Baker, M. 1,500 scientists lift the lid on reproducibility. Nature 533, 452-454, doi:10.1038/533452a (2016).

(31) Goodman, S. & Greenland, S. Why most published research findings are false: problems in the analysis. PLoS Med 4, e168, doi:10.1371/journal.pmed.0040168 (2007).

(32) Ioannidis, J. P. Why most published research findings are false. PLoS Med 2, e124, doi:10.1371/journal.pmed.0020124 (2005).

(33) Sendor, R. & Sturmer, T. Core concepts in pharmacoepidemiology: Confounding by indication and the role of active comparators. Pharmacoepidemiol Drug Saf, doi:10.1002/pds.5407 (2022).

(34) Franklin, J. M. et al. When Can Nonrandomized Studies Support Valid Inference Regarding Effectiveness or Safety of New Medical Treatments? Clin Pharmacol Ther 111, 108-115, doi:10.1002/cpt.2255 (2022).

(35) Glynn, R. J., Knight, E. L., Levin, R. & Avorn, J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiology 12, 682-689, doi:10.1097/00001648-200111000-00017 (2001).

(36) Matthews, K. A., Kuller, L. H., Wing, R. R., Meilahn, E. N. & Plantinga, P. Prior to use of estrogen replacement therapy, are users healthier than nonusers? Am J Epidemiol 143, 971-978, doi:10.1093/oxfordjournals.aje.a008678 (1996).

(37) Setoguchi, S. et al. Influence of healthy candidate bias in assessing clinical effectiveness for implantable cardioverter-defibrillators: cohort study of older patients with heart failure. BMJ 348, g2866, doi:10.1136/bmj.g2866 (2014).

(38) Yoshida, K., Solomon, D. H. & Kim, S. C. Active-comparator design and new-user design in observational studies. Nat Rev Rheumatol 11, 437-441, doi:10.1038/nrrheum.2015.30 (2015).

(39) Lund, J. L., Richardson, D. B. & Sturmer, T. The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application. Curr Epidemiol Rep 2, 221-228, doi:10.1007/s40471-015-0053-5 (2015).

(40) Huitfeldt, A., Hernan, M. A., Kalager, M. & Robins, J. M. Comparative Effectiveness Research Using Observational Data: Active Comparators to Emulate Target Trials with Inactive Comparators. EGEMS (Wash DC) 4, 1234, doi:10.13063/2327-9214.1234 (2016).

(41) Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data. U.S. Department of Health and Human Services Food and Drug Administration (2013).

(42) Gagne, J. J., Polinski, J. M., Avorn, J., Glynn, R. J. & Seeger, J. D. Standards for Causal Inference Methods in Analyses of Data from Observational and Experimental Studies in Patient-Centered Outcomes Research Patient-Centered Outcome Research Institute

Methodology Committee (2012).

(43) Dreyer, N. A. et al. GRACE principles: recognizing high-quality observational studies of comparative effectiveness. Am J Manag Care 16, 467-471 (2010).

(44) Setoguchi, S. & Gerhard, T. Comparator Selection. In: Velentgas P, Dreyer NA, Nourjah P, et al., editors. Developing a Protocol for Observational Comparative Effectiveness Research: A User's Guide. Rockville (MD): Agency for Healthcare Research and Quality (US) Chapter 5 (2013).

(45) Schneider, R. et al. Risk of skin cancer in new users of thiazides and thiazide-like diuretics: a cohort study using an active comparator group. Br J Dermatol 185, 343-352, doi:10.1111/bjd.19880 (2021).

(46) Sturmer, T. et al. Cancer incidence among those initiating insulin therapy with glargine versus human NPH insulin. Diabetes Care 36, 3517-3525, doi:10.2337/dc13-0263 (2013).

(47) Setoguchi, S., Glynn, R. J., Avorn, J., Mogun, H. & Schneeweiss, S. Statins and the risk of lung, breast, and colorectal cancer in the elderly. Circulation 115, 27-33, doi:10.1161/CIRCULATIONAHA.106.650176 (2007).

(48) Solomon, D. H. et al. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 54, 1378-1389, doi:10.1002/art.21887 (2006).

(49) Ducrotté, P. et al. Comparison of omeprazole and famotidine on esophageal pH in patients with moderate to severe esophagitis: a cross-over study. Am J Gastroenterol 89, 717-721 (1994).

(50) Lipsy, R. J., Fennerty, B. & Fagan, T. C. Clinical review of histamine2 receptor antagonists. Arch Intern Med 150, 745-751 (1990).

(51) Hill, A. B. The Environment and Disease: Association or Causation? Proc R Soc Med 58, 295-300 (1965).

(52) Phillips, C. V. & Goodman, K. J. The missed lessons of Sir Austin Bradford Hill. Epidemiol Perspect Innov 1, 3, doi:10.1186/1742-5573-1-3 (2004).

(53) Pottegard, A., Friis, S., Sturmer, T., Hallas, J. & Bahmanyar, S. Considerations for Pharmacoepidemiological Studies of Drug-Cancer Associations. Basic Clin Pharmacol Toxicol 122, 451-459, doi:10.1111/bcpt.12946 (2018).

(54) IARC. Red Meat and Processed Meat. IARC monographs on the evaluation of carcinogenic risks to humans 114 (2018).

(55) IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: some N-nitroso compounds. IARC Monogr Eval Carcinog Risk Chem Man 17, 1-349 (1978).

(56) Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. IARC Monogr Eval Carcinog Risks Hum Suppl 7, 1-440 (1987).

Contains Confidential Information – Subject to Protective Order

(57) Richter, J. E., Campbell, D. R., Kahrilas, P. J., Huang, B. & Fludas, C. Lansoprazole compared with ranitidine for the treatment of nonerosive gastroesophageal reflux disease. Arch Intern Med 160, 1803-1809, doi:10.1001/archinte.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 (2000).

(58) Peura, D. A., Riff, D. S., Snoddy, A. M. & Fennerty, M. B. Clinical trial: lansoprazole 15 or 30 mg once daily vs. placebo for treatment of frequent nighttime heartburn in self-treating subjects. Aliment Pharmacol Ther 30, 459-468, doi:10.1111/j.1365-2036.2009.04064.x (2009).

(59) Mills, J. G. et al. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther 11, 129-137, doi:10.1046/j.1365-2036.1997.136312000.x (1997).

(60) Freedman, N. D., Silverman, D. T., Hollenbeck, A. R., Schatzkin, A. & Abnet, C. C. Association between smoking and risk of bladder cancer among men and women. JAMA 306, 737-745, doi:10.1001/jama.2011.1142 (2011).

(61) Brown, J. P. et al. Proton pump inhibitors and risk of all-cause and cause-specific mortality: A cohort study. Br J Clin Pharmacol 87, 3150-3161, doi:10.1111/bcp.14728 (2021).

(62) Walker, A. M. Confounding by indication. Epidemiology 7, 335-336 (1996).

(63) Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 7, 434-436, doi:10.1097/00001648-199607000-00016 (1996).

(64) Pottegård, A. et al. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ 362, k3851, doi:10.1136/bmj.k3851 (2018).

(65) Hrudey, S. E., Bull, R. J., Cotruvo, J. A., Paoli, G. & Wilson, M. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. Risk Anal 33, 2179-2208, doi:10.1111/risa.12070 (2013).

(66) Kafadar, K. <i>EDITORIAL</i>: Statistical significance, <i>P</i>-values, and replicability. The Annals of Applied Statistics 15, 1081-1083, 1083 (2021).

(67) Wasserstein, R. L. & Lazar, N. A. The ASA's Statement on p-Values: Context, Process, and Purpose. The American Statistician 70, 129-133, doi:10.1080/00031305.2016.1154108 (2016).

(68) Wasserstein, R. L., Schirm, A. L. & Lazar, N. A. Moving to a World Beyond "p < 0.05". Am Stat 73, 1-19, doi:10.1080/00031305.2019.1583913 (2019).

(69) Amrhein, V., Greenland, S. & McShane, B. Scientists rise up against statistical significance. Nature 567, 305-307, doi:10.1038/d41586-019-00857-9 (2019).

(70) Rademacher, J. J., Young, T. B. & Kanarek, M. S. Gastric cancer mortality and nitrate levels in Wisconsin drinking water. Arch Environ Health 47, 292-294, doi:10.1080/00039896.1992.9938364 (1992).

(71) Fandrem, S. I., Kjuus, H., Andersen, A. & Amlie, E. Incidence of cancer among workers in a Norwegian nitrate fertiliser plant. Br J Ind Med 50, 647-652, doi:10.1136/oem.50.7.647 (1993).

(72) Bouvard, V. et al. Carcinogenicity of consumption of red and processed meat. Lancet Oncol 16, 1599-1600, doi:10.1016/S1470-2045(15)00444-1 (2015).

(73) Park, J. E., Seo, J. E., Lee, J. Y. & Kwon, H. Distribution of Seven N-Nitrosamines in Food. Toxicol Res 31, 279-288, doi:10.5487/TR.2015.31.3.279 (2015).

(74) Lijinsky, W. N-Nitroso compounds in the diet. Mutat Res 443, 129-138, doi:10.1016/s1383-5742(99)00015-0 (1999).

(75) Willett, W. C. Nutritional epidemiology issues in chronic disease at the turn of the century. Epidemiol Rev 22, 82-86, doi:10.1093/oxfordjournals.epirev.a018029 (2000).

(76) Jakszyn, P. et al. Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. J Nutr 134, 2011-2014, doi:10.1093/jn/134.8.2011 (2004).

(77) Jakszyn, P. et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27, 1497-1501, doi:10.1093/carcin/bgl019 (2006).

(78) Loh, Y. H. et al. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr 93, 1053-1061, doi:10.3945/ajcn.111.012377 (2011).

(79) Risch, H. A. et al. Dietary factors and the incidence of cancer of the stomach. Am J Epidemiol 122, 947-959, doi:10.1093/oxfordjournals.aje.a114199 (1985).

(80) Jakszyn, P. et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20, 555-559, doi:10.1158/1055-9965.EPI-10-0971 (2011).

(81) Song, P., Wu, L. & Guan, W. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients 7, 9872-9895, doi:10.3390/nu7125505 (2015).

(82) Xie, L. et al. Association between dietary nitrate and nitrite intake and sitespecific cancer risk: evidence from observational studies. Oncotarget 7, 56915-56932, doi:10.18632/oncotarget.10917 (2016).

(83) Farvid, M. S. et al. Consumption of red meat and processed meat and cancer incidence: a systematic review and meta-analysis of prospective studies. Eur J Epidemiol 36, 937-951, doi:10.1007/s10654-021-00741-9 (2021).

(84) Crippa, A., Larsson, S. C., Discacciati, A., Wolk, A. & Orsini, N. Red and processed meat consumption and risk of bladder cancer: a dose-response meta-analysis of epidemiological studies. Eur J Nutr 57, 689-701, doi:10.1007/s00394-016-1356-0 (2018).

(85) World Cancer Research Fund Continuous Update Project. Meat, fish and dairy products and the risk of cancer. https://www.wcrf.org/wp-content/uploads/2021/02/Meat-fish-and-dairy-products.pdf (2018).

(86) Hidajat, M. et al. Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76, 250-258, doi:10.1136/oemed-2018-105181 (2019).

Contains Confidential Information – Subject to Protective Order

(87) de Vocht, F. et al. Occupational exposure to NDMA and NMor in the European rubber industry. J Environ Monit 9, 253-259, doi:10.1039/b615472g (2007).

(88) Vlaanderen, J. et al. Extended cancer mortality follow-up of a German rubber industry cohort. J Occup Environ Med 55, 966-972, doi:10.1097/JOM.0b013e31829540f4 (2013).

(89) McElvenny, D. M. et al. British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med 75, 848-855, doi:10.1136/oemed-2017-104834 (2018).

(90) Sorahan, T. Conflicting findings from a rubber industry cohort study: what is the explanation? Occupational and Environmental Medicine 76, 780, doi:http://dx.doi.org/10.1136/oemed-2019-105841 (2019).

(91) Hidajat, M. et al. Healthy worker effects explain differences in internal and external comparisons in a rubber industry cohort study. Occup Environ Med 76, 781, doi:10.1136/oemed-2019-106083 (2019).

(92) McGwin, G. The Association between Ranitidine Use and Gastrointestinal Cancers. Cancers (Basel) 13, doi:10.3390/cancers13010024 (2020).

(93) Braunstein, L. Z. et al. Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses. medRxiv, 2021.2001.2027.21250656, doi:10.1101/2021.01.27.21250656 (2021).

(94) FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). https://www.fda.gov/drugs/surveillance/questions-and-answers-fdas-adverse-event-reporting-system-faers (2018).

(95) Rothman, K. J., Lanes, S. & Sacks, S. T. The reporting odds ratio and its advantages over the proportional reporting ratio. Pharmacoepidemiol Drug Saf 13, 519-523, doi:10.1002/pds.1001 (2004).

(96) Adamson, R. H. & Chabner, B. A. The Finding of N-Nitrosodimethylamine in Common Medicines. Oncologist 25, 460-462, doi:10.1634/theoncologist.2020-0142 (2020).

(97) Braunstein, L. Z. et al. Analysis of Ranitidine-Associated N-Nitrosodimethylamine Production Under Simulated Physiologic Conditions. JAMA Netw Open 4, e2034766, doi:10.1001/jamanetworkopen.2020.34766 (2021).

(98) Wang, Y. & Gadalla, S. M. Drug-Wide Association Study (DWAS): Challenges and Opportunities. Cancer Epidemiol Biomarkers Prev 30, 597-599, doi:10.1158/1055-9965.EPI-20-1612 (2021).

(99) Spurling, N. W., Selway, S. A. & Poynter, D. An evaluation of the safety of ranitidine during seven years daily oral administration to beagle dogs. Hum Toxicol 8, 23-32, doi:10.1177/096032718900800105 (1989).

(100) Havu, N., Mattsson, H., Ekman, L. & Carlsson, E. Enterochromaffin-like cell carcinoids in the rat gastric mucosa following long-term administration of ranitidine. Digestion 45, 189-195, doi:10.1159/000200245 (1990).

(101) Brambilla, G. et al. Genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite. Carcinogenesis 4, 1281-1285, doi:10.1093/carcin/4.10.1281 (1983).

(102) Bossa, R., Benvenuti, C., Cantoni, V. & Galatulas, I. H2 antagonists and therapy of rodent tumours. Cancer Lett 20, 231-234, doi:10.1016/0304-3835(83)90053-8 (1983).

(103) Babic, A. et al. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer 123, 844-851, doi:10.1038/s41416-020-0939-y (2020).

(104) Bradley, M. C., Murray, L. J., Cantwell, M. M. & Hughes, C. M. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer 106, 233-239, doi:10.1038/bjc.2011.511 (2012).

(105) Cheung, K. S. et al. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut 67, 28-35, doi:10.1136/gutjnl-2017-314605 (2018).

(106) Chow, W. H. *et al.* The relation of gastroesophageal reflux disease and its treatment to adenocarcinomas of the esophagus and gastric cardia. *JAMA* **274**, 474-477 (1995).

(107) Chubak, J., Boudreau, D. M., Rulyak, S. J. & Mandelson, M. T. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiol Drug Saf 18, 540-544, doi:10.1002/pds.1749 (2009).

(108) Coogan, P. F., Zhang, Y., Palmer, J. R., Strom, B. L. & Rosenberg, L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomarkers Prev 14, 1012-1015, doi:10.1158/1055-9965.EPI-04-0547 (2005).

(109) Duan, L., Wu, A. H., Sullivan-Halley, J. & Bernstein, L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. Cancer Epidemiol Biomarkers Prev 18, 526-533, doi:10.1158/1055-9965.EPI-08-0764 (2009).

(110) Farrow, D. C. et al. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control 11, 231-238, doi:10.1023/a:1008913828105 (2000).

(111) Garcia Rodriguez, L. A., Lagergren, J. & Lindblad, M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut 55, 1538-1544, doi:10.1136/gut.2005.086579 (2006).

(112) Hsu, C. L. et al. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients - an exploratory analysis. Pharmacoepidemiol Drug Saf 22, 632-640, doi:10.1002/pds.3441 (2013).

(113) Johnson, A. G., Jick, S. S., Perera, D. R. & Jick, H. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 7, 434-436, doi:10.1097/00001648-199607000-00016 (1996).

(114) La Vecchia, C., Negri, E., D'Avanzo, B. & Franceschi, S. Histamine-2-receptor antagonists and gastric cancer risk. Lancet 336, 355-357, doi:10.1016/0140-6736(90)91888-h (1990).

(115) Lai, S. W., Liao, K. F., Lai, H. C., Lin, C. L. & Sung, F. C. Proton pump inhibitors and risk of hepatocellular carcinoma: a case-control study in Taiwan. Acta Gastroenterol Belg 76, 348-350 (2013).

(116) Lai, S. W., Sung, F. C., Lin, C. L. & Liao, K. F. Use of Proton Pump Inhibitors Correlates with Increased Risk of Pancreatic Cancer: A Case-Control Study in Taiwan. Kuwait Medical Journal 46, 44-48 (2014).

(117) Lin, C. H. et al. Association between acid suppressive agents' use and risk of hepatocellular carcinoma. Dose-Response: An International Journal, 1-8 (2020).

(118) Michaud, D. S., Mysliwiec, P. A., Aldoori, W., Willett, W. C. & Giovannucci, E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomarkers Prev 13, 250-254, doi:10.1158/1055-9965.epi-03-0174 (2004).

(119) Niikura, R. et al. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut 67, 1908-1910, doi:10.1136/gutjnl-2017-315710 (2018).

(120) Poulsen, A. H. et al. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer 100, 1503-1507, doi:10.1038/sj.bjc.6605024 (2009).

(121) Shao, Y. J., Chan, T. S., Tsai, K. & Wu, S. Y. Association between proton pump inhibitors and the risk of hepatocellular carcinoma. Aliment Pharmacol Ther 48, 460-468, doi:10.1111/apt.14835 (2018).

(122) Stoer, N. C. et al. Drug Use and Cancer Risk: A Drug-Wide Association Study (DWAS) in Norway. Cancer Epidemiol Biomarkers Prev 30, 682-689, doi:10.1158/1055-9965.EPI-20-1028 (2021).

(123) Suleiman, U. L., Harrison, M., Britton, A., McPherson, K. & Bates, T. H2-receptor antagonists may increase the risk of cardio-oesophageal adenocarcinoma: a case-control study. Eur J Cancer Prev 9, 185-191 (2000).

(124) Tamim, H., Duranceau, A., Chen, L. Q. & Lelorier, J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Saf 31, 675-684, doi:10.2165/00002018-200831080-00004 (2008).

(125) Velicer, C. M., Dublin, S. & White, E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. Ann Epidemiol 16, 895-900, doi:10.1016/j.annepidem.2006.03.003 (2006).

(126) Wennerstrom, E. C. M., Simonsen, J., Camargo, M. C. & Rabkin, C. S. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer 116, 1234-1238, doi:10.1038/bjc.2017.84 (2017).

(127) Yang, Y. X. et al. Chronic proton pump inhibitor therapy and the risk of colorectal cancer. Gastroenterology 133, 748-754, doi:10.1053/j.gastro.2007.06.022 (2007).

(128) Ahn, J. S., Eom, C. S., Jeon, C. Y. & Park, S. M. Acid suppressive drugs and gastric cancer: a meta-analysis of observational studies. World J Gastroenterol 19, 2560-2568, doi:10.3748/wjg.v19.i16.2560 (2013).

(129) Song, H. J., Jeon, N. & Squires, P. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol 76, 1437-1456, doi:10.1007/s00228-020-02927-8 (2020).

(130) Mathes, R. W., Malone, K. E., Daling, J. R., Porter, P. L. & Li, C. I. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomarkers Prev 17, 67-72, doi:10.1158/1055-9965.EPI-07-0765 (2008).

(131) Rossing, M. A., Scholes, D., Cushing-Haugen, K. L. & Voigt, L. F. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomarkers Prev 9, 319-323 (2000).

(132) European Medicines Agency (EMA). Opinion of the Committee for Medicinal Products for Human Use pursuant to Article 31of Directive 2001/83/EC following re-examination, for ranitidine. September 17, 2020.

(133) Plaintiffs' MDL Master Personal Injury Complaint.

(134) Rule 26 Expert Report of Anne McTiernan, M.D., Ph.D.

(135) Rule 26 Expert Report of Patricia G. Moorman, MSPH, Ph.D.

**Attachment B**

# CURRICULUM VITAE

## John S. Witte

## I. PERSONAL INFORMATION

| | |
|---|---|
| **Current Positions** | ***Professor***, Departments of Epidemiology & Population Health, Biomedical Data Science, Genetics (by courtesy)<br>***Vice Chair***, Department of Epidemiology & Population Health<br><br>School of Medicine<br>Stanford University |
| **Contact Information** | jswitte@stanford.edu<br>https://med.stanford.edu/wittelab<br>@johnwitte / @wittelab |

## II. EDUCATIONAL BACKGROUND

| | | | | |
|---|---|---|---|---|
| 09/82 – 06/86 | University of California, Santa Barbara | BS | Mathematical Sciences | |
| 08/87 – 05/88 | University of California, Berkeley | MS | Industrial Engineering and Operations Research | |
| 09/89 – 04/94 | University of California, Los Angeles | PhD | Epidemiology (minor Biostatistics) | |
| 05/94 – 10/95 | University of Southern California | Post-doc | Biostatistics | Supervisor: Duncan Thomas |

## III. PROFESSIONAL APPOINTMENTS

| | | | |
|---|---|---|---|
| 11/95 – 11/99 | Case Western Reserve University (CWRU) | Assistant Professor | Epidemiology & Biostatistics |
| 11/99 – 09/03 | CWRU | Associate Professor | Epidemiology & Biostatistics |
| 09/03 – 06/21 | UCSF | Professor | Epidemiology & Biostatistics |
| 07/21 - present | Stanford University | Professor | Epidemiology & Population Health, Biomedical Data Science, Genetics (by courtesy) |

**Other Positions held Concurrently**

| | | | |
|---|---|---|---|
| 1997 - 1997 | University of Melbourne, Australia | Visiting Research Fellow | Genetic Epidemiology |
| 1997 - 2003 | Cleveland Clinic Foundation | Adjunct Staff | Biostatistics & Epidemiology |
| 2001 - 2003 | CWRU | Leader | Cancer Center, Genetic Epidemiology Program |
| 2002 - 2003 | International Agency for Research on Cancer, Lyon, France | Visiting Scientist | Genetic Epidemiology |
| 2003 - 2021 | UCSF | Professor | Department of Urology |
| 2004 - 2021 | UCSF | Co-Leader | Cancer Center, Cancer Genetics (now Molecular Oncology) Program |
| 2005 - 2012 | UCSF | Associate Director | Institute for Human Genetics |
| 2008 - 2021 | UCSF | Head | Division of Cancer Epidemiology |
| 2013 - 2013 | University of Queensland, Brisbane, Australia | Visiting Academic | Quantitative Genetics |
| 2018 - 2021 | UCSF | Vice Chair for Faculty Development | Epidemiology and Biostatistics |
| 2021 - present | UCSF | Adjunct Professor | Epidemiology and Biostatistics |
| 2021 - present | Stanford University | Vice Chair | Epidemiology & Population Health |
| 2022 - present | Stanford University | Member | Stanford Cancer Institute |

## IV. HONORS AND AWARDS

| | | |
|---|---|---|
| 1986 | Undergraduate Honors | University of California, Santa Barbara |
| 1990 | National Research Service Award | National Institutes of Health (NIH) |
| 1994 | Ruth F. Richards Outstanding Student Award | University of California, Los Angeles |
| 2000 | Glennan Fellow Award for Innovative Teaching | CWRU Center for Innovation in Teaching and Education |
| 2003 | Visiting Scientist Award | International Agency for Research on Cancer, Lyon, France |
| 2010 | Directors Invited Lecture | NHGRI / NIH |

| | | |
|---|---|---|
| 2011 | Stephen B. Hulley Award for Excellence in Teaching | UCSF, Training in Clinical Research |
| 2016 | Up for a Challenge Grand Prize | National Cancer Institute |
| 2017 | Robert Millikan Symposium Memorial Lecture | Univ North Carolina Lineberger Comprehensive Cancer Center |
| 2018 | Leadership Award | International Genetic Epidemiology Society |

## V. SCHOLARLY PUBLICATIONS

### V.A Peer Reviewed Original Research (235 publications)

1. **Witte JS**, Greenland S, Haile RW, Bird CL. Hierarchical regression analysis applied to a study of multiple dietary exposures and breast cancer. Epidemiology 1994;5:612-621.
2. Gauderman WJ, **Witte JS**, Faucett CL, Morrison J, Thomas DC. Genetic epidemiologic analysis of quantitative phenotypes using Gibbs sampling. Genetic Epidemiology 1995;12:753-758.
3. Bird CL, Swendseid ME, **Witte JS**, Shikany JM, Hunt IF, Frankl HD, Lee ER, Longnecker MP, Haile RW. Red cell and plasma folate, folate consumption, and the risk of colorectal adenomatous polyps. Cancer Epidemiology, Biomarkers & Prevention 1995;4:709-714.
4. **Witte JS**, Greenland S. Simulation study of hierarchical regression. Statistics in Medicine 1996;15:1161-1170.
5. Haile RW, **Witte JS**, Ursin G, Siemiatycki J, Bertolli J, Thompson WD, Paganini-Hill A. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Research and Treatment 1996;37:49-56.
6. Olson JM, **Witte JS**, Elston RC. Association within twin pairs for a dichotomous trait. Genetic Epidemiology 1996;13:489-499.
7. Bird CL, **Witte JS**, Swendseid ME, Shikany JM, Hunt IF, Frankl HD, Lee ER, Longnecker MP, Haile RW. Plasma ferritin, iron intake, and the risk of colorectal polyps. American Journal of Epidemiology 1996;144:34-41.
8. **Witte JS**, Haile RW. The agreement between alcohol consumption measured by two different questionnaires. Journal of Studies on Alcohol 1996;57:406-409.
9. **Witte JS**, Longnecker MP, Bird CL, Frankl HD, Lee ER, Haile RW. Relation of vegetable, fruit, and grain consumption to colorectal adenomatous polyps (with commentary). American Journal of Epidemiology 1996;144:1015-1025.
10. **Witte JS**, Ursin G, Siemiatycki J, Thompson WD, Paganini-Hill A, Haile RW. Diet and premenopausal bilateral breast cancer: a case-control study. Breast Cancer Research and Treatment 1997;42:243-251.
11. Kupelian PA, Kupelian VA, **Witte JS**, Macklis R, Klein EA. Family history of prostate cancer in patients with localized prostate cancer: an independent predictor of treatment outcome. Journal of Clinical Oncology 1997;15:1478-1480.
12. **Witte JS**, Greenland S. A nested approach to evaluating dose-response and trend. Annals of Epidemiology 1997;7:188-193.
13. Shikany JM, **Witte JS**, Swendseid ME, Bird CL, Frankl HD, Lee ER, Haile RW. Plasma carotenoids and the prevalence of adenomatous polyps of the colon and rectum. American Journal of Epidemiology 1997;145:552-557.
14. Probst-Hensch N, Sinha R, Longnecker MP, **Witte JS**, Ingles SA, Frankl HD, Lee ER, Haile RW. Meat preparation and colorectal adenomas in a large sigmoidoscopy-based case-control study. Cancer Causes and Control 1997;8:175-183.
15. Kupelian PA, Klein EA, **Witte JS**, Kupelian VA, Suh J. Familial prostate cancer: a different disease? Journal of Urology 1997:158;2197-2201.

Contains Confidential Information – Subject to Protective Order

16. **Witte JS**. Genetic analysis with hierarchical modeling. Genetic Epidemiology 1997;14:1137-1142.

17. Schnell A, Karunaratne PM, **Witte JS**, Dawson DV, Elston RC. Modeling age of onset and residual familial correlations for the linkage analysis of bipolar disorder. Genetic Epidemiology 1997;14:675-680.

18. Haile RW, **Witte JS**, Longnecker MP, Probst-Hensch N, Chen M-J, Frankl HD, Lee ER. A sigmoidoscopy-based case-control study of polyps: macronutrients, fiber, and meat consumption. International Journal of Cancer 1997;73: 497-502.

19. Fijal B, **Witte JS**. Evaluating the performance of a genetic test using information from previous studies in place of a gold standard. Medical Care 1998;36:AS46-AS56.

20. **Witte JS**, Greenland S, Kim L-L. Software for hierarchical modeling of epidemiologic data. Epidemiology 1998;9:563-566.

21. Lin, HJ, Probst-Hensch NM, Louie AD, Kau IH, **Witte JS**, Ingles SA, Frankl HD, Lee ER, Haile RW. Glutathione transferase null genotype, broccoli, and lower prevalence of colorectal adenomas. Cancer Epidemiology, Biomarkers & Prevention 1998;7:647-652.

22. Klein EA, Kupelian PA, **Witte JS**. Does a family history of prostate cancer result in more aggressive disease? Prostate Cancer and Prostatic Diseases 1998;1:297-300.

23. **Witte JS**, Carlin JB, Hopper JL. A likelihood-based approach to estimating twin concordance for dichotomous traits. Genetic Epidemiology 1999;16:290-304.

24. **Witte JS**, Gauderman WJ, Thomas DC. Bias and efficiency in case-control studies of candidate genes and gene-environment interactions: Basic family designs. American Journal of Epidemiology 1999;149:693-705.

25. Haile RW, **Witte JS**, Gold M, Cressey R, McGee C, Millikan RC, Glasser A, Harawa N, Ervin C, Harmon P, Harper J, Dermand J, Alamillo J, Barrett K, Nides M, Wang G. The health effects of swimming in ocean water contaminated by storm drain runoff (with commentary). Epidemiology; 1999;10:355-363.

26. Olson JM, **Witte JS**, Elston RC. Genetic mapping of complex traits. Statistics in Medicine 1999;18:2961-2981.

27. Paris PL, Kupelian PA, Hall JM, Williams TL, Levin H, Klein EA, Casey GC, **Witte JS**. Association between a CYP3A4 genetic variant and clinical presentation in African American prostate cancer patients. Cancer Epidemiology, Biomarkers & Prevention 1999; 8:901-906.

28. Jacobs KB, Wedig GC, Schnell AH, **Witte JS**, Elston RC. Model-based and model-free multipoint genome-wide linkage analysis of alcoholism. Genetic Epidemiology 1999;17:S175-S180.

29. Gauderman WJ, **Witte JS**, Thomas DC. Family-based association studies. Journal of the National Cancer Institute Monograph 1999;26:31-37.

30. Goddard KAB, Hopkins PJ, Hall JM, **Witte JS**. Linkage disequilibrium and allele frequency distributions for 114 single nucleotide polymorphisms in five populations. American Journal of Human Genetics 2000;66:216-234.

31. **Witte JS**, Elston RC, Cardon LR. On the relative sample size required for multiple comparisons. Statistics in Medicine 2000;19:369-372.

32. Fijal B, Hall JM, **Witte JS**. Clinical trials in the genomic era: effects of protective genotypes on sample sizes and duration of trial. Controlled Clinical Trials 2000;21:7-20.

33. Suarez BK, Lin J, Burmester JK, Broman K, Weber JL, Banerjee TK, Goddard KA, **Witte JS**, Elston RC, Catalona WJ. A genome screen of multiplex sibships with prostate cancer. American Journal of Human Genetics 2000;66:933-944.

34. Shikany JM, **Witte JS**. Correlations of individual plasma carotenoid concentrations in free-living older adults. Nutrition Reviews 2000;20:955-966.

35. **Witte JS**, Goddard KAB, Conti DV, Elston RC, Lin J, Suarez BK, Broman KW, Burmester JK, Weber JL, Catalona WJ. Genome-wide scan for prostate cancer aggressiveness loci. American Journal of Human Genetics 2000;67:92-99.

36. Wandel C, **Witte JS**, Hall JM, Stein CM, Wood AJJ, Wilkinson GR. CYP3A activity in African American and European American men: population differences and functional effect of CYP3A41B 5'-promoter region polymorphism. Clinical Pharmacology and Therapeutics 2000;68:82-91.

37. Paris PL, **Witte JS**, Kupelian PA, Levin H, Klein EA, Catalona WJ, Casey G. Identification and fine mapping of a region showing a high frequency of allelic imbalance on chromosome 16q23.2 that corresponds to a prostate cancer susceptibility locus. Cancer Research 2000;60:3645-3649.

38. Cardon LR, Idury R, Harris TJR, **Witte JS**, Elston RC. Testing drug response in the presence of genetic information. Pharmacogenetics 2000;10:503-510.

39. Suarez BK, Lin J, **Witte JS**, Conti DV, Resnick MI, Klein EA, Burmester JK, Vaske DA, Banerjee TK, Catalona WJ. Replication linkage study for prostate cancer susceptibility genes. Prostate 2000;45:106-114.

40. **Witte JS**, Greenland S, Kim L-L, Arab L. Multilevel modeling in epidemiology with GLIMMIX. Epidemiology 2000;11:684-688.

41. Goddard KAB, **Witte JS**, Suarez BK, Catalona WJ, Olson JM. Model-free linkage analysis with covariates confirms linkage of prostate cancer to chromosomes 1 and 4. American Journal of Human Genetics 2001;68:1197-1206.

42. Fijal BA, Kim L-L, Buxbaum SG, **Witte JS**. Predicting quantitative trait levels by modeling single nucleotide polymorphism interaction data. Genetic Epidemiology 2001;21:S608-S613.

43. Kim L-L, Fijal BA, **Witte JS**. Hierarchical modeling of the relation between sequence variants and a quantitative trait: addressing multiple comparison and population stratification issues. Genetic Epidemiology 2001;21:S668-S673.

44. Mosley J, Conti DV, Elston RC, **Witte JS**. Impact of preadjusting a quantitative phenotype prior to sib-pair linkage analysis when there is gene-environment interaction. Genetic Epidemiology 2001;21:S837-S842.

45. Neville PJ, Conti DV, Paris PL, Levin H, Catalona WJ, Suarez BK, **Witte JS**, Casey G. Prostate cancer aggressiveness locus on chromosome 7q32-q33 identified by linkage and allelic imbalance studies. Neoplasia 2002;4:424-431.

46. **Witte JS**, Palmer LJ, O'Connor RD, Hopkins PJ, Hall JM. Relation between tumor necrosis factor polymorphism TNFa-308 and asthma. European Journal of Human Genetics 2002;10:82-85.

47. Nelson K, **Witte JS**. Androgen receptor CAG repeats and prostate cancer. American Journal of Epidemiology 2002;155:883-890.

48. Fijal BA, Idury RI, **Witte JS**. Analysis of mutational spectra: locating hotspots and clusters of mutations using recursive partitioning. Statistics in Medicine 2002;21:1867-1885.

49. Casey GC, Neville PJ, Plummer SJ, Krumroy LM, Wand Z, Catalona WJ, Carpten J, Trent J, Silverman R, **Witte JS**. RNASEL R462Q variant is implicated in up to 13% of prostate cancer cases. Nature Genetics 2002;32:581-583.

50. Plummer SJ, Conti DV, Paris PL, Curran AP, Casey G, **Witte JS**. CYP3A4 and CYP3A5 genotypes, haplotypes and risk of prostate cancer. Cancer Epidemiol Biomarkers Prev 2003;12 928-932.

51. Conti DV, **Witte JS**. Hierarchical modeling of linkage disequilibrium: genetic structure and spatial relations. American Journal of Human Genetics 2003;72:351-363.

52. Neville PJ, Conti DV, Krumroy LM, Catalona WJ, Suarez BK, **Witte JS**, Casey G. Prostate cancer aggressiveness locus on chromosome 19q13.1 identified by linkage and allelic imbalance studies. Genes Chromosomes Cancer 2003;36:332-339.

53. **Witte JS**, Suarez BK, Thiel B, Lin J, Yu A, Banerjee TK, Burmester JK, Casey G, Catalona WJ. Genome-wide scan of brothers: replication and fine mapping of prostate cancer susceptibility and aggressiveness loci. The Prostate 2003;57: 298-308.

54. Thompson D, Goldgar D, Stram D, **Witte JS**. Design issues in using haplotype tagging SNPs for association studies. Human Heredity 2003;56:48-55.

55. Li L, Yu H, Schumacher F, Casey G, **Witte JS**. Relation of serum insulin-like growth factor-I (IGF-I) and IGF binding protein-3 to risk of prostate cancer. Cancer Causes and Control 2003;14: 721-726.

56. Xing C, Schumacher FR, Conti DV, Nock NL, Li L, **Witte JS**. Comparison of missing data approaches in linkage analysis. BioMed Central Genetics 2003;4:S44.

57. Rybicki BA, Conti DV, Moreira A, Casey G, **Witte JS**. DNA repair gene XRCC1 and XPD polymorphisms and risk of prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:23-29.

58. Loukola A, Chadha M, Penn DG, Rank D, Thiel B, Cicek M, Conti DV, Thompson D, Love B, Jonsson J, Brinne A, Chen W, Ji Y, Loder RT, Yang Q, Jiang Y, Dains K, Hanzel DK, Paris PL, Casey G, **Witte JS**. Comprehensive evaluation of the association between prostate cancer and genotypes / haplotypes in CYP17, CYP3A4, SRD5A2, and the Androgen Receptor. European Journal of Human Genetics 2004;12:321-332.

59. Li L, Cicek M, Casey G, **Witte JS**. No association between genetic polymorphisms in IGF-I and IGFBP-3 and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13: 497-498.

60. Cicek M, Conti DV, Paris PL, Neville PJ, Casey G, **Witte JS**. SRD5A2, the Androgen Receptor, and CYP17 gene polymorphisms and prostate cancer risk and aggressiveness. Prostate 2004;59:69-76.

61. Singer JB, Hill AE, Burrage LC, Olszens KR, Song J, Justice M, O'Brien WE, Conti DV, **Witte JS**, Lander ES, Nadeau JH. Genetic dissection of complex traits with chromosome substitution strains of mice. Science 2004;304:445-448.

62. Hung RJ, Brennan P, Malaveille C, Porru S, Donato F, Boffetta P, **Witte JS**. Using hierarchical modeling in genetic association studies with multiple markers: application to a case-control study of bladder cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:1013-1021.

63. Cicek M, Nock NL, Li L, Conti DV, Casey G **Witte JS**. Relation of Methylenetetrahydrofolate reductase C677T and A1298C genotypes and haplotypes to prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2004;13:1331-1336.

64. Thompson D, **Witte JS**, Slattery M, Goldgar D. Increased power for case-control studies of single nucleotide polymorphisms through incorporation of family history and genetic constraints. Genetic Epidemiology 2004;27:215-224.

65. Li L, Cicek M, Casey G, **Witte JS**. No association between a tetranucleotide repeat polymorphism of CYP19 and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2004;13:2280-2281.

66. Cicek M, Liu X, Casey G, **Witte JS**. Role of androgen metabolism genes CYP1B1, PSA/KLK3, and CYP11-B in prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2005;14:2173-2177.

67. Liu X, Rybicki B, Casey G, **Witte JS**. Relation between body size and prostate cancer in a sibling-based case-control study. Journal of Urology 2005;174:2169-2173.

68. Li L, Cicek MS, Casey G, **Witte JS**. No Association between Genetic Polymorphisms in Insulin (INS) and Insulin Receptor Substrate-1 (IRS1) and prostate cancer. Cancer Epidemiology, Biomarkers & Prevention 2005;14:2462-2463.

69. Liu X, Jorgenson E, **Witte JS**. Evaluation of hierarchical modeling for association studies. BioMed Central Genetics 2005;6:S104.

70. Tung JY, Rosen MP, Nelson LM, Turek PJ, **Witte JS**, Cramer DW, Reijo Pera RA. Variants in Deleted in AZoospermia-Like (DAZL) are correlated with reproductive parameters in men and women. Human Genetics 2006;118:730-740.

71. Nock NL, Liu X, Cicek MS, Li L, Macarie F, Rybicki BA, Plummer SJ, MacLennan GT, Casey G, **Witte JS**. Polymorphisms in PAH metabolism and conjugation genes, interactions with smoking and prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2006;15:756-61.

72. Casey G, Neville PJ, Cicek MS, Plummer SJ, Krumroy LM, Curran AP, Martin MR, Liu X, Catalona WJ, **Witte JS**. Association between Podocalyxin variants and prostate cancer risk and tumor aggressiveness. Human Molecular Genetics 2006;15:735-741.

73. Jorgenson E, **Witte JS**. Coverage and power in genomewide association studies. American Journal of Human Genetics 2006;78:884-888.

74. Nock NL, Cicek MS, Li L, Liu X, Rybicki BA, Moreira A, Plummer SJ, Casey G, **Witte JS**. Polymorphisms in estrogen bioactivation, detoxification and oxidative DNA base excision repair genes and prostate cancer risk. Carcinogenesis 2006;27:1842-1848.

75. Sapru A, Wiemels JL, **Witte JS**, Ware WB, Matthay MA. Acute Lung Injury and the Coagulation pathway: Potential role of gene polymorphisms in the protein C and fibrinolytic pathways. Intensive Care Medicine 2006;32:1293-1303.

76. Cicek M, Liu X, Schumacher F, Casey G, **Witte JS**. Vitamin D receptor genotypes / haplotypes and prostate cancer risk and aggressiveness. Cancer Epidemiology, Biomarkers & Prevention 2006;15:2549-2552.

77. Liu X, Plummer S, Casey G, **Witte JS**. Nonsteroidal anti-inflammatory drugs and advanced prostate cancer: modification by LTA+80. American Journal of Epidemiology 2006;164:984-989.

78. Tung JY, Rosen MP, Nelson LM, Turek PJ, **Witte JS**, Cramer DW, Cedars MI, Reijo Pera RA. Novel missense mutations of the Deleted-in-AZoospermia-Like (DAZL) gene in infertile women and men. Reproductive Biology and Endocrinology 2006;4:40.

79. Jorgenson E, **Witte JS**. A gene-centric approach to genomewide association studies. Nature Reviews Genetics 2006,7:885-891.

80. Liu X, Cicek MS, Plummer SJ, Jorgenson E, Casey G, **Witte JS**. Association of testis derived transcript gene variants and prostate cancer risk. J Urol. 2007;177:894-898.

81. Cheng I, Plummer S, Casey GC, **Witte JS**. Toll-like Receptor 4 (TLR4) genetic variation and advanced prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2007;16:352-355.

82. Liu X, Schumacher FR, Plummer SJ, Jorgenson E, Casey G, **Witte JS**. Trans fatty acid intake and increased risk of advanced prostate cancer: modification by RNASEL R462Q variant. Carcinogenesis 2007;28:1232-1236.

83. Cheng I, Plummer S, Krumroy L, Casey GC, **Witte JS**. MIC1 and IL1RN genetic variation and advanced prostate cancer risk. Cancer Epidemiology, Biomarkers & Prevention 2007;16:352-355.

84. Jorgenson E, Deitcher SR, Cicek M, Liu X, Casey G, **Witte JS**. Plasminogen activator inhibitor type-1 (PAI-1) polymorphism 4G/5G is associated with prostate cancer among men with a positive family history. Prostate 2007;67:172-177.

85. Jorgenson EJ, **Witte JS**. Genome-wide association studies of cancer. Future Oncology 2007;3:419-427.

86. Chen GK, **Witte JS**. Enriching the analysis of genome-wide association studies with hierarchical modeling. American Journal of Human Genetics 2007;81:397-404.

87. Cheng I, Liu X, Plummer S, Krumroy LM, Casey GC, **Witte JS**. COX2 genetic variation, NSAIDs, and advanced prostate cancer risk. British Journal of Cancer 2007;97:557-61.

88. Chen GK, Jorgenson E, **Witte JS**. An empirical evaluation of the common disease / common variant hypothesis. BMC Proceedings 2007;1:S5.

89. Chen GK, Tien Z, **Witte JS**, Goode EL. Genome-wide association analyses of expression phenotypes. Genetic Epidemiology 2007;31:S7-S11.

90. Cheng I, Plummer S, Jorgenson E, Casey G, **Witte JS**. 8q24 and prostate cancer: associated with advanced disease and meta-analysis. European Journal of Human Genetics 2008;16:496-505.

91. Cheng I, **Witte JS**. Toll-like receptor 4 and prostate cancer risk. Expert Opinion on Medical Diagnostics 2008;2:143-149.

Contains Confidential Information – Subject to Protective Order

92. Carmichael SL, **Witte JS**, Shaw G. Nutrient pathways and neural tube defects: A semi-Bayesian hierarchical analysis. Epidemiology 2009;20:67-73.

93. Jorgenson E, Kvale M, **Witte JS**. VALID: Visualization of Association study results and linkage disequilibrium. Genetic Epidemiology 2009;33:599-603.

94. Ross PL, Cheng I, Liu X, Cicek MS, Carroll PR, Casey G, **Witte JS**. Carboxypeptidase 4 gene variants and early-onset intermediate-to-high risk prostate cancer. BMC Cancer 2009; 9:69.

95. Fradet V, Cheng I, Casey G, **Witte JS**. Dietary omega-3 fatty acids, COX-2 genetic variation, and aggressive prostate cancer risk. Clinical Cancer Research 2009;15:2559-66..

96. Reese AC, Fradet V, **Witte JS**. Omega-3 fatty acids, genetic variants in COX-2 and prostate cancer. J Nutrigenetics and Nutrigemonics 2009;2:149-58.

97. Cheng I, **Witte JS**, John EM, Cockburn MG, Clarke CA. Socioeconomic status and prostate cancer incidence and mortality rates among the diverse population of California. Cancer Causes & Control 2009;20:1431-40.

98. Tai YC, Kvale M, **Witte JS**. Segmentation and estimation for SNP microarrays: a Bayesian multiple change point approach. Biometrics 2010;66:675-83.

99. **Witte JS**. Genome-wide association studies and beyond. Annual Reviews of Public Health 2010;31:9-20.

100. Cheng I, **Witte JS**, Jacobsen SJ, Haque R, Quinn VP, Quesenberry CP, Caan BJ, Van Den Eeden. Prostatitis, sexually transmitted diseases, and prostate cancer: The California Men's Health Study. PLoS One 2010;5:e8736.

101. Cheng, I, Plummer SJ, Neslund-Dudas C, Klein EA, Casey G, Rybicki BA, **Witte JS**. Prostate cancer susceptibility variants confer increased risk of disease progression. Cancer Epidemiology Biomarkers, Prevention 2010;19:2124-32.

102. Hoffmann TJ, Marini N, **Witte JS**. Comprehensive approach to analyzing rare variants. PLoS One 2010; 5:e13584.

103. Reese A, Hardin J, Cheng I, Casey G, **Witte JS**. Anti-inflammatory drugs, variation in inflammatory genes, and advanced prostate cancer. Pharmaceuticals 2010;3:3127-3142.

104. Liu X, Cheng I, Plummer SJ, Suarez B, Casey G, Catalona B, **Witte JS**. Fine mapping of prostate cancer aggressiveness loci on chromosome 7q22-35. The Prostate 2011; 71:682-689.

105. Chang BL, Spangler E, Gallagher S, Haiman CA, Henderson B, Isaacs W, Benford ML, Kidd LR, Cooney K, Strom S, Ingles SA, Stern MC, Corral R, Joshi AD, Xu J, Giri VN, Rybicki B, Neslund-Dudas C, Kibel AS, Thompson IM, Leach RJ, Ostrander EA, Stanford JL, **Witte J**, Casey G, Eeles R, Hsing AW, Chanock S, Hu JJ, John EM, Park J, Stefflova K, Zeigler-Johnson C, Rebbeck TR. Validation of genome-wide prostate cancer associations in men of African descent. Cancer Epidemiol Biomarkers Prev. 2011;20:23-32.

106. Kompass KS, **Witte JS**. Co-regulatory expression quantitative trait loci mapping: method and application to endometrial cancer. BMC Medical Genomics 2011;4:6.

107. Hardin J, Cheng I, **Witte JS**. Impact of vegetable, fruit, and grain consumption on aggressive prostate cancer risk. Nutrition and Cancer 2011;63:860-72. PMCID: PMC3209415.

108. **Witte JS**, Hoffmann TJ. Polygenic modeling of genome-wide association studies: an application to prostate and breast cancer. OMICS. 2011;3:e13584.

109. Kompass KS, Hoffmann TJ, **Witte JS**. Parallel biocomputing. Source Code for Biology and Medicine 2011;6:4.

110. Haiman CA, Chen GK, Blot WJ, Strom SS, Berndt SI, Kittles RA, Rybicki BA, Isaacs W, Ingles SA, Stanford JL, Diver WR, **Witte JS**, Chanock SJ, Kolb S, Signorello LB, Yamamura Y, Neslund-Dudas C, Thun MJ, Murphy A, Casey G, Sheng X, Wan P1, Pooler LC, Monroe KR, Waters L, Le Marchand L, Kolonel LN, Stram DO, Henderson BE. Characterizing genetic risk at known prostate cancer susceptibility loci in African Americans. PLoS Genetics 2011;7:e1001387.

111. Punnen S, Hardin J, Cheng I, Klein EA, **Witte JS**. Impact of meat consumption, preparation, and mutagens on aggressive prostate cancer. PLoS One. 2011;6:e27711. PMCID: PMC3223211.

112. Haiman CA, Chen GK, Blot WJ, Strom SS, Berndt SI, Kittles RA, Rybicki BA, Isaacs W, Ingles SA, Stanford JL, Diver WR, **Witte JS** Ann W Hsing, Barbara Nemesure, Timothy R Rebbeck, Kathleen A Cooney, Jianfeng Xu, Adam S Kibel, Jennifer J Hu, Esther M John, Serigne M Gueye, Stephen Watya, Lisa B Signorello, Richard B Hayes, Zhaoming Wang, Edward Yeboah, Yao Tettey, Qiuyin Cai, Suzanne Kolb, Elaine A Ostrander, Charnita Zeigler-Johnson, Yuko Yamamura, Christine Neslund-Dudas, Jennifer Haslag-Minoff, William Wu, Venetta Thomas, Glenn O Allen, Adam Murphy, Bao-Li Chang, S Lilly Zheng, M Cristina Leske, Suh-Yuh Wu, Anna M Ray, Anselm J M Hennis, Michael J Thun, John Carpten, Graham Casey, Erin N Carter, Edder R Duarte, Lucy Y Xia, Xin Sheng, Peggy Wan, Loreall C Pooler, Iona Cheng, Kristine R Monroe, Fredrick Schumacher, Loic Le Marchand, Laurence N Kolonel, Stephen J Chanock, David Van Den Berg, Daniel O Stram, Brian E Henderson. Genome-wide association study of prostate cancer in men of African ancestry identifies a susceptibility locus at 17q21. Nature Genetics, 2011;43:570-3. PMCID: PMC3102788.

113. Choi JH, Yee SW, Ramirez AH, Morrissey KM, Jang GH, Joski PJ, Mefford JA, Hesselson SE, Schlessinger A, Jenkins G, Castro RA, Johns SJ, Stryke D, Sali A, Ferrin TE, **Witte JS**, Kwok PY, Roden DM, Wilke RA, McCarty CA, Davis RL, Giacomini KM. A common 5'-UTR variant in MATE2-K is associated with poor response to metformin. Clin Pharmacol Ther. 2011;90:674-84.

114. Hinch AG, Tandon A, Patterson N, Song Y, Rohland N, Palmer CD, Chen GK, Wang K, Buxbaum SG, Akylbekova EL, Aldrich MC, Ambrosone CB, Amos C, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Bock CH, Boerwinkle E, Cai Q, Caporaso N, Casey G, Cupples LA, Deming SL, Diver WR, Divers J, Fornage M, Gillanders EM, Glessner J, Harris CC, Hu JJ, Ingles SA, Isaacs W, John EM, Kao WH, Keating B, Kittles RA, Kolonel LN, Larkin E, Le Marchand L, McNeill LH, Millikan RC, Murphy A, Musani S, Neslund-Dudas C, Nyante S, Papanicolaou GJ, Press MF, Psaty BM, Reiner AP, Rich SS, Rodriguez-Gil JL, Rotter JI, Rybicki BA, Schwartz AG, Signorello LB, Spitz M, Strom SS, Thun MJ, Tucker MA, Wang Z, Wiencke JK, **Witte JS**, Wrensch M, Wu X, Yamamura Y, Zanetti KA, Zheng W, Ziegler RG, Zhu X, Redline S, Hirschhorn JN, Henderson BE, Taylor HA Jr, Price AL, Hakonarson H, Chanock SJ, Haiman CA, Wilson JG, Reich D, Myers SR. Myers. The Landscape of Recombination in African Americans. Nature 2011;476:170-175. PMCID: PMC3154982.

115. Marini NJ, Hoffmann TJ, Lammer EJ, Hardin J, Lazaruk K, Stein JB, Gilbert DA, Wright C, Lipzen A, Pennacchio LA, Carmichael SL, **Witte JS**, Shaw GM, Rine J. A Genetic Signature of Spina Bifida Risk from Pathway-Informed Comprehensive Gene-Variant Analysis. PloS One 2011;6:e28408.

116. N'Diaye A, Chen GK, Palmer CD, Ge B, Tayo B, Mathias RA, Ding J, Nalls MA, Adeyemo A, Adoue V, Ambrosone CB, Atwood L, Bandera EV, Becker LC, Berndt SI, Bernstein L, Blot WJ,

Boerwinkle E, Britton A, Casey G, Chanock SJ, Demerath E, Deming SL, Diver WR, Fox C, Harris TB, Hernandez DG, Hu JJ, Ingles SA, John EM, Johnson C, Keating B, Kittles RA, Kolonel LN, Kritchevsky SB, Le Marchand L, Lohman K, Liu J, Millikan RC, Murphy A, Musani S, Neslund-Dudas C, North KE, Nyante S, Ogunniyi A, Ostrander EA, Papanicolaou G, Patel S, Pettaway CA, Press MF, Redline S, Rodriguez-Gil JL, Rotimi C, Rybicki BA, Salako B, Schreiner PJ, Signorello LB, Singleton AB, Stanford JL, Stram AH, Stram DO, Strom SS, Suktitipat B, Thun MJ, **Witte JS**, Yanek LR, Ziegler RG, Zheng W, Zhu X, Zmuda JM, Zonderman AB, Evans MK, Liu Y, Becker DM, Cooper RS, Pastinen T, Henderson BE, Hirschhorn JN, Lettre G, Haiman CA. Identification, replication, and fine-mapping of Loci associated with adult height in individuals of african ancestry. PLoS Genet. 2011 Oct;7(10):e1002298. PMCID: PMC3188544.

117. Kazma R, Hoffmann TJ, **Witte JS**. Use of principal components to aggregate rare variants in case-control and family-based association studies in the presence of multiple covariates. BMC Proc. 2011; 5 Suppl 9:S29. PMID: 22373382.

118. Cheng I, Levin AM, Tai YC, Plummer S, Chen GK, Neslund-Dudas C, Casey G, Rybicki BA, **Witte JS**. Copy number alterations in prostate tumors and disease aggressiveness. Genes Chromosomes Cancer. 2012 Jan;51:66-76. PMCID: PMC3209417.

119. D'Agostino R, DeMets D, Friedewald W, Goodman S, **Witte J**, Geller NL. The future of clinical trials: A panel discussion. Stat Med. 2012 Nov 10; 31(25):3068-72. PMID: 22806631.

120. Seu L, Burt TD, **Witte JS**, Martin JN, Deeks SG, McCune JM. Variations in the heme oxygenase-1 microsatellite polymorphism are associated with plasma CD14 and viral load in HIV-infected African-Americans. Genes Immun. 2012 Apr; 13(3):258-67. PMID: 22048453.

121. Cardin NJ, Mefford JA, **Witte JS**. Joint association testing of common and rare genetic variants using hierarchical modeling. Genet Epidemiol. 2012 Sep; 36(6):642-51. PMID: 22807252.

122. **Witte JS**. Rare genetic variants and treatment response: sample size and analysis issues. Stat Med. 2012 Nov 10; 31(25):3041-50.

123. Kangelaris KN, Sapru A, Calfee CS, Liu KD, Pawlikowska L, **Witte JS**, Vittinghoff E, Zhuo H, Auerbach AD, Ziv E, Matthay MA. The association between a Darc gene polymorphism and clinical outcomes in African American patients with acute lung injury. Chest. 2012 May; 141(5):1160-9. PMID: 22207676.

124. Dubois SG, Goldsby R, Segal M, Woo J, Copren K, Kane JP, Pullinger CR, Matthay KK, **Witte J**, Lessnick SL, Robison LL, Bhatia S, Strong LC. Evaluation of polymorphisms in EWSR1 and risk of Ewing sarcoma: A report from the childhood cancer survivor study. Pediatr Blood Cancer. 2012 Jul 15; 59(1):52-6.

125. Baldwin RM, Owzar K, Zembutsu H, Chhibber A, Kubo M, Jiang C, Watson D, Eclov RJ, Mefford J, McLeod HL, Friedman PN, Hudis CA, Winer EP, Jorgenson EM, **Witte JS**, Shulman LN, Nakamura Y, Ratain MJ, Kroetz DL. A genome-wide association study identifies novel loci for paclitaxel-induced sensory peripheral neuropathy in CALGB 40101. Clin Cancer Res. 2012 Sep 15; 18(18):5099-109. PMID: 22843789.

126. Kazma R, Mefford JA, Cheng I, Plummer SJ, Levin AM, Rybicki BA, Casey G, **Witte JS**. Association of the innate immunity and inflammation pathway with advanced prostate cancer risk. PLoS One. 2012; 7(12):e51680.

Contains Confidential Information – Subject to Protective Order

127. David SP, Hamidovic A, Chen GK, Bergen AW, Wessel J, Kasberger JL, Brown WM, Petruzella S, Thacker EL, Kim Y, Nalls MA, Tranah GJ, Sung YJ, Ambrosone CB, Arnett D, Bandera EV, Becker DM, Becker L, Berndt SI, Bernstein L, Blot WJ, Broeckel U, Buxbaum SG, Caporaso N, Casey G, Chanock SJ, Deming SL, Diver WR, Eaton CB, Evans DS, Evans MK, Fornage M, Franceschini N, Harris TB, Henderson BE, Hernandez DG, Hitsman B, Hu JJ, Hunt SC, Ingles SA, John EM, Kittles R, Kolb S, Kolonel LN, Le Marchand L, Liu Y, Lohman KK, McKnight B, Millikan RC, Murphy A, Neslund-Dudas C, Nyante S, Press M, Psaty BM, Rao DC, Redline S, Rodriguez-Gil JL, Rybicki BA, Signorello LB, Singleton AB, Smoller J, Snively B, Spring B, Stanford JL, Strom SS, Swan GE, Taylor KD, Thun MJ, Wilson AF, **Witte JS**, Yamamura Y, Yanek LR, Yu K, Zheng W, Ziegler RG, Zonderman AB, Jorgenson E, Haiman CA, Furberg H. Genome-wide meta-analyses of smoking behaviors in African Americans. Transl Psychiatry. 2012 Feb 21; 2:e119.

128. Kazma R, Cardin NJ, **Witte JS**. Does Accounting for Gene-Environment Interactions Help Uncover Association between Rare Variants and Complex Diseases? Hum Hered. 2012; 74(3-4):205-14.

129. Carmichael SL, Mohammed N, Ma C, Iovannisci D, Choudhry S, Baskin LS, **Witte JS**, Shaw GM, Lammer EJ. Diacylglycerol kinase k variants impact hypospadias in a California study population. J Urol. 2013 Jan; 189(1):305-11.

130. Brenner DR, Brennan P, Boffetta P, Amos CI, Spitz MR, Chen C, Goodman G, Heinrich J, Bickeböller H, Rosenberger A, Risch A, Muley T, McLaughlin JR, Benhamou S, Bouchardy C, Lewinger JP, **Witte JS**, Chen G, Bull S, Hung RJ. Hierarchical modeling identifies novel lung cancer susceptibility variants in inflammation pathways among 10,140 cases and 11,012 controls. Hum Genet. 2013 May; 132(5):579-89.

131. Monda KL, Chen GK, Taylor KC, Palmer C, Edwards TL, Lange LA, Ng MC, Adeyemo AA, Allison MA, Bielak LF, Chen G, Graff M, Irvin MR, Rhie SK, Li G, Liu Y, Liu Y, Lu Y, Nalls MA, Sun YV, Wojczynski MK, Yanek LR, Aldrich MC, Ademola A, Amos CI, Bandera EV, Bock CH, Britton A, Broeckel U, Cai Q, Caporaso NE, Carlson CS, Carpten J, Casey G, Chen WM, Chen F, Chen YD, Chiang CW, Coetzee GA, Demerath E, Deming-Halverson SL, Driver RW, Dubbert P, Feitosa MF, Feng Y, Freedman BI, Gillanders EM, Gottesman O, Guo X, Haritunians T, Harris T, Harris CC, Hennis AJ, Hernandez DG, McNeill LH, Howard TD, Howard BV, Howard VJ, Johnson KC, Kang SJ, Keating BJ, Kolb S, Kuller LH, Kutlar A, Langefeld CD, Lettre G, Lohman K, Lotay V, Lyon H, Manson JE, Maixner W, Meng YA, Monroe KR, Morhason-Bello I, Murphy AB, Mychaleckyj JC, Nadukuru R, Nathanson KL, Nayak U, N'diaye A, Nemesure B, Wu SY, Leske MC, Neslund-Dudas C, Neuhouser M, Nyante S, Ochs-Balcom H, Ogunniyi A, Ogundiran TO, Ojengbede O, Olopade OI, Palmer JR, Ruiz-Narvaez EA, Palmer ND, Press MF, Rampersaud E, Rasmussen-Torvik LJ, Rodriguez-Gil JL, Salako B, Schadt EE, Schwartz AG, Shriner DA, Siscovick D, Smith SB, Wassertheil-Smoller S, Speliotes EK, Spitz MR, Sucheston L, Taylor H, Tayo BO, Tucker MA, Van Den Berg DJ, Edwards DR, Wang Z, Wiencke JK, Winkler TW, **Witte JS**, Wrensch M, Wu X, Yang JJ, Levin AM, Young TR, Zakai NA, Cushman M, Zanetti KA, Zhao JH, Zhao W, Zheng Y, Zhou J, Ziegler RG, Zmuda JM, Fernandes JK, Gilkeson GS, Kamen DL, Hunt KJ, Spruill IJ, Ambrosone CB, Ambs S, Arnett DK, Atwood L, Becker DM, Berndt SI, Bernstein L, Blot WJ, Borecki IB, Bottinger EP, Bowden DW, Burke G, Chanock SJ, Cooper RS, Ding J, Duggan D, Evans MK, Fox C, Garvey WT, Bradfield JP, Hakonarson H, Grant SF, Hsing A, Chu L, Hu JJ, Huo D, Ingles SA, John EM, Jordan JM, Kabagambe EK, Kardia SL, Kittles RA, Goodman PJ, Klein EA, Kolonel LN, Le Marchand L, Liu S, McKnight B, Millikan RC, Mosley TH, Padhukasahasram B, Williams LK, Patel SR, Peters U, Pettaway CA, Peyser PA, Psaty BM, Redline S, Rotimi CN, Rybicki BA, Sale MM, Schreiner PJ, Signorello LB, Singleton AB,

Stanford JL, Strom SS, Thun MJ, Vitolins M, Zheng W, Moore JH, Williams SM, Ketkar S, Zhu X, Zonderman AB. A meta-analysis identifies new loci associated with body mass index in individuals of African ancestry. Nat Genet. 2013 Apr 14; 45(6):690-6. PMID: 23583978

132. **Witte JS**, Mefford J, Plummer SJ, Liu J, Cheng I, Klein EA, Rybicki BA, Casey G. HOXB13 Mutation and Prostate Cancer: Studies of Siblings and Aggressive Disease. Cancer Epidemiol Biomarkers Prev. 2013 Apr; 22(4):675-80.

133. Yee SW, Mefford JA, Singh N, Percival ME, Stecula A, Yang K, **Witte JS**, Takahashi A, Kubo M, Matsuda K, Giacomini KM, Andreadis C. Impact of polymorphisms in drug pathway genes on disease-free survival in adults with acute myeloid leukemia. J Hum Genet. 2013 Jun; 58(6):353-61. PMID: 23677058

134. Rebbeck TR, Devesa SS, Chang BL, Bunker CH, Cheng I, Cooney K, Eeles R, Fernandez P, Giri VN, Gueye SM, Haiman CA, Henderson BE, Heyns CF, Hu JJ, Ingles SA, Isaacs W, Jalloh M, John EM, Kibel AS, Kidd LR, Layne P, Leach RJ, Neslund-Dudas C, Okobia MN, Ostrander EA, Park JY, Patrick AL, Phelan CM, Ragin C, Roberts RA, Rybicki BA, Stanford JL, Strom S, Thompson IM, **Witte J**, Xu J, Yeboah E, Hsing AW, Zeigler-Johnson CM. Global patterns of prostate cancer incidence, aggressiveness, and mortality in men of African descent. Prostate Cancer. 2013; 2013:560857.

135. Carmichael SL, Ma C, Choudhry S, Lammer EJ, **Witte JS**, Shaw GM. Hypospadias and genes related to genital tubercle and early urethral development. J Urol. 2013 Nov; 190(5):1884-92. PMID: 23727413

136. Lindquist KJ, Jorgenson E, Hoffmann TJ, **Witte JS**. The impact of improved microarray coverage and larger sample sizes on future genome-wide association studies. Genet Epidemiol. 2013 May; 37(4):383-92.

137. Markova SM, De Marco T, Bendjilali N, Kobashigawa EA, Mefford J, Sodhi J, Le H, Zhang C, Halladay J, Rettie AE, Khojasteh C, McGlothlin D, Wu AH, Hsueh WC, **Witte JS**, Schwartz JB, Kroetz DL. Association of CYP2C9*2 With Bosentan-Induced Liver Injury. Clin Pharmacol Ther. 2013 Dec; 94(6):678-86. PMID: 23863877

138. Wang H, St Julien KR, Stevenson DK, Hoffmann TJ, **Witte JS**, Lazzeroni LC, Krasnow MA, Quaintance CC, Oehlert JW, Jelliffe-Pawlowski LL, Gould JB, Shaw GM, O'Brodovich HM. A Genome-Wide Association Study (GWAS) for Bronchopulmonary Dysplasia. Pediatrics. 2013 Aug; 132(2):290-7. PMID: 23897914

139. Cross-Disorder Group of the Psychiatric Genomics Consortium, Lee SH, Ripke S, Neale BM, Faraone SV, Purcell SM, Perlis RH, Mowry BJ, Thapar A, Goddard ME, **Witte JS**, Absher D, Agartz I, Akil H, Amin F, Andreassen OA, Anjorin A, Anney R, Anttila V, Arking DE, Asherson P, Azevedo MH, Backlund L, Badner JA, Bailey AJ, Banaschewski T, Barchas JD, Barnes MR, Barrett TB, Bass N, Battaglia A, Bauer M, Bayés M, Bellivier F, Bergen SE, Berrettini W, Betancur C, Bettecken T, Biederman J, Binder EB, Black DW, Blackwood DH, Bloss CS, Boehnke M, Boomsma DI, Breen G, Breuer R, Bruggeman R, Cormican P, Buccola NG, Buitelaar JK, Bunney WE, Buxbaum JD, Byerley WF, Byrne EM, Caesar S, Cahn W, Cantor RM, Casas M, Chakravarti A, Chambert K, Choudhury K, Cichon S, Cloninger CR, Collier DA, Cook EH, Coon H, Cormand B, Corvin A, Coryell WH, Craig DW, Craig IW, Crosbie J, Cuccaro ML, Curtis D, Czamara D, Datta S, Dawson G, Day R, De Geus EJ, Degenhardt F, Djurovic S, Donohoe GJ, Doyle AE, Duan J, Dudbridge F, Duketis E, Ebstein RP, Edenberg HJ, Elia J, Ennis S, Etain B, Fanous A, Farmer AE, Ferrier IN, Flickinger M, Fombonne E, Foroud T, Frank J, Franke B, Fraser C, Freedman R, Freimer NB, Freitag CM, Friedl M, Frisén L, Gallagher L, Gejman PV, Georgieva L, Gershon ES, Geschwind DH, Giegling I, Gill M, Gordon

SD, Gordon-Smith K, Green EK, Greenwood TA, Grice DE, Gross M, Grozeva D, Guan W, Gurling H, De Haan L, Haines JL, Hakonarson H, Hallmayer J, Hamilton SP, Hamshere ML, Hansen TF, Hartmann AM, Hautzinger M, Heath AC, Henders AK, Herms S, Hickie IB, Hipolito M, Hoefels S, Holmans PA, Holsboer F, Hoogendijk WJ, Hottenga JJ, Hultman CM, Hus V, Ingason A, Ising M, Jamain S, Jones EG, Jones I, Jones L, Tzeng JY, Kähler AK, Kahn RS, Kandaswamy R, Keller MC, Kennedy JL, Kenny E, Kent L, Kim Y, Kirov GK, Klauck SM, Klei L, Knowles JA, Kohli MA, Koller DL, Konte B, Korszun A, Krabbendam L, Krasucki R, Kuntsi J, Kwan P, Landén M, Långström N, Lathrop M, Lawrence J, Lawson WB, Leboyer M, Ledbetter DH, Lee PH, Lencz T, Lesch KP, Levinson DF, Lewis CM, Li J, Lichtenstein P, Lieberman JA, Lin DY, Linszen DH, Liu C, Lohoff FW, Loo SK, Lord C, Lowe JK, Lucae S, MacIntyre DJ, Madden PA, Maestrini E, Magnusson PK, Mahon PB, Maier W, Malhotra AK, Mane SM, Martin CL, Martin NG, Mattheisen M, Matthews K, Mattingsdal M, McCarroll SA, McGhee KA, McGough JJ, McGrath PJ, McGuffin P, McInnis MG, McIntosh A, McKinney R, McLean AW, McMahon FJ, McMahon WM, McQuillin A, Medeiros H, Medland SE, Meier S, Melle I, Meng F, Meyer J, Middeldorp CM, Middleton L, Milanova V, Miranda A, Monaco AP, Montgomery GW, Moran JL, Moreno-De-Luca D, Morken G, Morris DW, Morrow EM, Moskvina V, Muglia P, Mühleisen TW, Muir WJ, Müller-Myhsok B, Murtha M, Myers RM, Myin-Germeys I, Neale MC, Nelson SF, Nievergelt CM, Nikolov I, Nimgaonkar V, Nolen WA, Nöthen MM, Nurnberger JI, Nwulia EA, Nyholt DR, O'Dushlaine C, Oades RD, Olincy A, Oliveira G, Olsen L, Ophoff RA, Osby U, Owen MJ, Palotie A, Parr JR, Paterson AD, Pato CN, Pato MT, Penninx BW, Pergadia ML, Pericak-Vance MA, Pickard BS, Pimm J, Piven J, Posthuma D, Potash JB, Poustka F, Propping P, Puri V, Quested DJ, Quinn EM, Ramos-Quiroga JA, Rasmussen HB, Raychaudhuri S, Rehnström K, Reif A, Ribasés M, Rice JP, Rietschel M, Roeder K, Roeyers H, Rossin L, Rothenberger A, Rouleau G, Ruderfer D, Rujescu D, Sanders AR, Sanders SJ, Santangelo SL, Sergeant JA, Schachar R, Schalling M, Schatzberg AF, Scheftner WA, Schellenberg GD, Scherer SW, Schork NJ, Schulze TG, Schumacher J, Schwarz M, Scolnick E, Scott LJ, Shi J, Shilling PD, Shyn SI, Silverman JM, Slager SL, Smalley SL, Smit JH, Smith EN, Sonuga-Barke EJ, St Clair D, State M, Steffens M, Steinhausen HC, Strauss JS, Strohmaier J, Stroup TS, Sutcliffe JS, Szatmari P, Szelinger S, Thirumalai S, Thompson RC, Todorov AA, Tozzi F, Treutlein J, Uhr M, van den Oord EJ, Van Grootheest G, Van Os J, Vicente AM, Vieland VJ, Vincent JB, Visscher PM, Walsh CA, Wassink TH, Watson SJ, Weissman MM, Werge T, Wienker TF, Wijsman EM, Willemsen G, Williams N, Willsey AJ, Witt SH, Xu W, Young AH, Yu TW, Zammit S, Zandi PP, Zhang P, Zitman FG, Zöllner S, Devlin B, Kelsoe JR, Sklar P, Daly MJ, O'Donovan MC, Craddock N, Sullivan PF, Smoller JW, Kendler KS, Wray NR; International Inflammatory Bowel Disease Genetics Consortium (IIBDGC). Genetic relationship between five psychiatric disorders estimated from genome-wide SNPs. Nat Genet. 2013 Aug 28; 45(9):984-94. PMID: 23933821

140. Bauer SR, Richman EL, Sosa E, Weinberg V, Song X, **Witte JS**, Carroll PR, Chan JM. Antioxidant and vitamin E transport genes and risk of high-grade prostate cancer and prostate cancer recurrence. Prostate. 2013 Dec; 73(16):1786-95. PMID: 24038157

141. Hutter CM, Mechanic LE, Chatterjee N, Kraft P, Gillanders EM; NCI Gene-Environment Think Tank: Abnet CC, Amos C, Balshaw D, Bickeböller H, Bierut LJ, Boffetta P, Bondy M, Chanock S, Chen H-S, Cox N, De Vivo I, Divi R, Dupuis J, Ellison G, Fallin MD, Gauderman WJ, Haiman C, Hutter C, Simonds NI, Iversen W, Khoury MJ, Le Marchand L. Lin D, McAllister K, Mechanic L, Peters U, Prentice R, Rebbeck T, Reedy J, Rothman N, Schully S, Seminara D, Shaughnessy D, Shete S, Spiegelman D, Stram DO, Thomas D, Wang M, Wang W, Winn DM, **Witte JS**. Gene-environment interactions in cancer epidemiology: a National Cancer Institute Think Tank Report. Genet Epidemiol. 2013 Nov;37(7):643-57.

142. Mosley JD, Van Driest SL, Larkin EK, Weeke PE, **Witte JS**, Wells QS, Karnes JH, Guo Y, Bastarache L, Olson LM, McCarty CA, Pacheco JA, Jarvik GP, Carrell DS, Larson EB, Crosslin DR, Kullo IJ, Tromp G, Kuivaniemi H, Carey DJ, Ritchie MD, Denny JC, Roden DM. Mechanistic Phenotypes: An Aggregative Phenotyping Strategy to Identify Disease Mechanisms Using GWAS Data. PLoS One. 2013; 8(12):e81503. PMID: 24349080

143. Carmichael SL, **Witte JS**, Ma C, Lammer EJ, Shaw GM. Hypospadias and variants in genes related to sex hormone biosynthesis and metabolism. Andrology. 2014 Jan; 2(1):130-7. PMID: 24281767

144. **Witte JS**, Visscher PM, Wray NR. The contribution of genetic variants to disease depends on the ruler. Nat Rev Genet. 2014 Nov; 15(11):765-76. PMID: 25223781.

145. Bhatia G, Tandon A, Patterson N, Aldrich MC, Ambrosone CB, Amos C, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Bock CH, Caporaso N, Casey G, Deming SL, Diver WR, Gapstur SM, Gillanders EM, Harris CC, Henderson BE, Ingles SA, Isaacs W, De Jager PL, John EM, Kittles RA, Larkin E, McNeill LH, Millikan RC, Murphy A, Neslund-Dudas C, Nyante S, Press MF, Rodriguez-Gil JL, Rybicki BA, Schwartz AG, Signorello LB, Spitz M, Strom SS, Tucker MA, Wiencke JK, **Witte JS**, Wu X, Yamamura Y, Zanetti KA, Zheng W, Ziegler RG, Chanock SJ, Haiman CA, Reich D, Price AL. Genome-wide Scan of 29,141 African Americans Finds No Evidence of Directional Selection since Admixture. Am J Hum Genet. 2014 Oct 2; 95(4):437-44. PMID: 25242497.

146. Jenkins MM, Reefhuis J, Gallagher ML, Mulle JG, Hoffmann TJ, Koontz DA, Sturchio C, Rasmussen SA, **Witte JS**, Richter P, Honein MA. Maternal smoking, xenobiotic metabolizing enzyme gene variants, and gastroschisis risk. Am J Med Genet A. 2014 Jun; 164(6):1454-63. PMID: 24668907.

147. Van Blarigan EL, Ma J, Kenfield SA, Stampfer MJ, Sesso HD, Giovannucci EL, **Witte JS**, Erdman JW, Chan JM, Penney KL. Plasma Antioxidants, Genetic Variation in SOD2, CAT, GPX1, GPX4, and Prostate Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2014 Jun; 23(6):1037-46. PMID: 24711484.

148. Hoffmann TJ, Shaw GM, Stevenson DK, Wang H, Quaintance CC, Oehlert J, Jelliffe-Pawlowski LL, Gould JB, **Witte JS**, O'Brodovich HM. Copy number variation in bronchopulmonary dysplasia. Am J Med Genet A. 2014 Jun 26. PMID: 24975634.

149. Rosenstein BS, West CM, Bentzen SM, Alsner J, Andreassen CN, Azria D, Barnett GC, Baumann M, Burnet N, Chang-Claude J, Chuang EY, Coles CE, Dekker A, De Ruyck K, De Ruysscher D, Drumea K, Dunning AM, Easton D, Eeles R, Fachal L, Gutiérrez-Enríquez S, Haustermans K, Henríquez-Hernández LA, Imai T, Jones GD, Kerns SL, Liao Z, Onel K, Ostrer H, Parliament M, Pharoah PD, Rebbeck TR, Talbot CJ, Thierens H, Vega A, **Witte JS**, Wong P, Zenhausern F. Radiogenomics: radiobiology enters the era of big data and team science. Int J Radiat Oncol Biol Phys. 2014 Jul 15; 89(4):709-13. PMID: 24969789.

150. Chhibber A, Mefford J, Stahl EA, Pendergrass SA, Baldwin RM, Owzar K, Li M, Winer EP, Hudis CA, Zembutsu H, Kubo M, Nakamura Y, McLeod HL, Ratain MJ, Shulman LN, Ritchie MD, Plenge RM, **Witte JS**, Kroetz DL. Polygenic inheritance of paclitaxel-induced sensory peripheral neuropathy driven by axon outgrowth gene sets in CALGB 40101 (Alliance). Pharmacogenomics J. 2014 Aug; 14(4):336-42. PMID: 24513692.

151. Levin AM, Lindquist KJ, Avila A, **Witte JS**, Paris PL, Rybicki BA. Performance of the Genomic Evaluators of Metastatic Prostate Cancer (GEMCaP) Tumor Biomarker for Identifying

Recurrent Disease in African American Patients. Cancer Epidemiol Biomarkers Prev. 2014 Aug; 23(8):1677-82. PMID: 24891551.

152. Goswami S, Yee SW, Stocker S, Mosley JD, Kubo M, Castro R, Mefford JA, Wen C, Liang X, **Witte J**, Brett C, Maeda S, Simpson MD, Hedderson MM, Davis RL, Roden DM, Giacomini KM, Savic RM. Genetic variants in transcription factors are associated with the pharmacokinetics and pharmacodynamics of metformin. Clin Pharmacol Ther. 2014 Sep; 96(3):370-9. PMID: 24853734.

153. Weng PH, Huang YL, Page JH, Chen JH, Xu J, Koutros S, Berndt S, Chanock S, Yeager M, **Witte JS**, Eeles RA, Easton DF, Neal DE, Donovan J, Hamdy FC, Muir KR, Giles G, Severi G, Smith JR, Balistreri CR, Shui IM, Chen YC. Polymorphisms of an innate immune gene, toll-like receptor 4, and aggressive prostate cancer risk: a systematic review and meta-analysis. PLoS One. 2014; 9(10):e110569. PMID: 25360682.

154. Al Olama AA, Kote-Jarai Z, Berndt SI, Conti DV, Schumacher F, Han Y, Benlloch S, Hazelett DJ, Wang Z, Saunders E, Leongamornlert D, Lindstrom S, Jugurnauth-Little S, Dadaev T, Tymrakiewicz M, Stram DO, Rand K, Wan P, Stram A, Sheng X, Pooler LC, Park K, Xia L, Tyrer J, Kolonel LN, Le Marchand L, Hoover RN, Machiela MJ, Yeager M, Burdette L, Chung CC, Hutchinson A, Yu K, Goh C, Ahmed M, Govindasami K, Guy M, Tammela TL, Auvinen A, Wahlfors T, Schleutker J, Visakorpi T, Leinonen KA, Xu J, Aly M, Donovan J, Travis RC, Key TJ, Siddiq A, Canzian F, Khaw KT, Takahashi A, Kubo M, Pharoah P, Pashayan N, Weischer M, Nordestgaard BG, Nielsen SF, Klarskov P, Røder MA, Iversen P, Thibodeau SN, McDonnell SK, Schaid DJ, Stanford JL, Kolb S, Holt S, Knudsen B, Coll AH, Gapstur SM, Diver WR, Stevens VL, Maier C, Luedeke M, Herkommer K, Rinckleb AE, Strom SS, Pettaway C, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, Cannon-Albright L, Cybulski C, Wokolorczyk D, Kluzniak W, Park J, Sellers T, Lin HY, Isaacs WB, Partin AW, Brenner H, Dieffenbach AK, Stegmaier C, Chen C, Giovannucci EL, Ma J, Stampfer M, Penney KL, Mucci L, John EM, Ingles SA, Kittles RA, Murphy AB, Pandha H, Michael A, Kierzek AM, Blot W, Signorello LB, Zheng W, Albanes D, Virtamo J, Weinstein S, Nemesure B, Carpten J, Leske C, Wu SY, Hennis A, Kibel AS, Rybicki BA, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, Batra J, Clements J, Spurdle A, Teixeira MR, Paulo P, Maia S, Slavov C, Kaneva R, Mitev V, **Witte JS**, Casey G, Gillanders EM, Seminara D, Riboli E, Hamdy FC, Coetzee GA, Li Q, Freedman ML, Hunter DJ, Muir K, Gronberg H, Neal DE, Southey M, Giles GG, Severi G. A meta-analysis of 87,040 individuals identifies 23 new susceptibility loci for prostate cancer. Nat Genet. 2014 Oct; 46(10):1103-9. PMID: 25217961.

155. Zaitlen N, Pasaniuc B, Sankararaman S, Bhatia G, Zhang J, Gusev A, Young T, Tandon A, Pollack S, Vilhjálmsson BJ, Assimes TL, Berndt SI, Blot WJ, Chanock S, Franceschini N, Goodman PG, He J, Hennis AJ, Hsing A, Ingles SA, Isaacs W, Kittles RA, Klein EA, Lange LA, Nemesure B, Patterson N, Reich D, Rybicki BA, Stanford JL, Stevens VL, Strom SS, Whitsel EA, **Witte JS**, Xu J, Haiman C, Wilson JG, Kooperberg C, Stram D, Reiner AP, Tang H, Price AL. Leveraging population admixture to characterize the heritability of complex traits. Nat Genet. 2014 Dec; 46(12):1356-62. PMID: 25383972.

156. Gerstenberger JP, Bauer SR, Van Blarigan EL, Sosa E, Song X, **Witte JS****, Carroll PR, Chan JM. Selenoprotein and antioxidant genes and the risk of high-grade prostate cancer and prostate cancer recurrence. Prostate. 2015 Jan; 75(1):60-9. PMID: 25284284.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

157. Hoffmann TJ, Sakoda LC, Shen L, Jorgenson E, Habel LA, Liu J, Kvale MN, Asgari MM, Banda Y, Corley D, Kushi LH, Quesenberry CP, Schaefer C, Van Den Eeden SK, Risch N,

**Witte JS**. Imputation of the Rare HOXB13 G84E Mutation and Cancer Risk in a Large Population-Based Cohort. PLoS Genet. 2015 Jan; 11(1):e1004930. PMID: 25629170.

158. Uricchio LH, Torres R, **Witte JS****, Hernandez RD. Population genetic simulations of complex phenotypes with implications for rare variant association tests. Genet Epidemiol. 2015 Jan; 39(1):35-44. PMID: 25417809.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

159. Han Y, Signorello LB, Strom SS, Kittles RA, Rybicki BA, Stanford JL, Goodman PJ, Berndt SI, Carpten J, Casey G, Chu L, Conti DV, Rand KA, Diver WR, Hennis AJ, John EM, Kibel AS, Klein EA, Kolb S, Le Marchand L, Leske MC, Murphy AB, Neslund-Dudas C, Park JY, Pettaway C, Rebbeck TR, Gapstur SM, Zheng SL, Wu SY, **Witte JS******, Xu J, Isaacs W, Ingles SA, Hsing A. Generalizability of established prostate cancer risk variants in men of African ancestry. Int J Cancer. 2015 Mar 1; 136(5):1210-7. PMID: 25044450.
******** John Witte acquired data and provided critical revision of manuscript**.**

160. Helfand BT, Roehl KA, Cooper PR, McGuire BB, Fitzgerald LM, Cancel-Tassin G, Cornu JN, Bauer S, Van Blarigan EL, Chen X, Duggan D, Ostrander EA, Gwo-Shu M, Zhang ZF, Chang SC, Jeong S, Fontham ET, Smith G, Mohler JL, Berndt SI, McDonnell SK, Kittles R, Rybicki BA, Freedman M, Kantoff PW, Pomerantz M, Breyer JP, Smith JR, Rebbeck TR, Mercola D, Isaacs WB, Wiklund F, Cussenot O, Thibodeau SN, Schaid DJ, Cannon-Albright L, Cooney KA, Chanock SJ, Stanford JL, Chan JM, **Witte J*****, Xu J, Bensen JT, Taylor JA, Catalona WJ. Associations of prostate cancer risk variants with disease aggressiveness: results of the NCI-SPORE Genetics Working Group analysis of 18,343 cases. Hum Genet. 2015 Apr; 134(4):439-50. PMID: 25715684.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

161. Choudhry S, Baskin LS, Lammer EJ, **Witte JS*****, Dasgupta S, Ma C, Surampalli A, Shen J, Shaw GM, Carmichael SL. Genetic Polymorphisms in ESR1 and ESR2 Genes, and Risk of Hypospadias in a Multiethnic Study Population. J Urol. 2015 May; 193(5):1625-31. PMID: 25463985.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

162. Virlogeux V, Graff RE, Hoffmann TJ, **Witte JS**. Replication and heritability of prostate cancer risk variants: impact of population-specific factors. Cancer Epidemiol Biomarkers Prev. 2015 Jun; 24(6):938-43. PMID: 25809866

163. Hoffmann TJ, Van Den Eeden SK, Sakoda LC, Jorgenson E, Habel LA, Graff RE, Passarelli MN, Cario CL, Emami NC, Chao CR, Ghai NR, Shan J, Ranatunga DK, Quesenberry CP, Aaronson D, Presti J, Wang Z, Berndt SI, Chanock SJ, McDonnell SK, French AJ, Schaid DJ, Thibodeau SN, Li Q, Freedman ML, Penney KL, Mucci LA, Haiman CA, Henderson BE, Seminara D, Kvale MN, Kwok PY, Schaefer C, Risch N, **Witte JS**. A Large Multiethnic Genome-Wide Association Study of Prostate Cancer Identifies Novel Risk Variants and Substantial Ethnic Differences. Cancer Discov. 2015 Aug; 5(8):878-91. PMID: 26034056.

164. Chen F, He J, Zhang J, Chen GK, Thomas V, Ambrosone CB, Bandera EV, Berndt SI, Bernstein L, Blot WJ, Cai Q, Carpten J, Casey G, Chanock SJ, Cheng I, Chu L, Deming SL, Driver WR, Goodman P, Hayes RB, Hennis AJ, Hsing AW, Hu JJ, Ingles SA, John EM, Kittles RA, Kolb S, Leske MC, Millikan RC, Monroe KR, Murphy A, Nemesure B, Neslund-Dudas C, Nyante S, Ostrander EA, Press MF, Rodriguez-Gil JL, Rybicki BA, Schumacher F, Stanford JL, Signorello LB, Strom SS, Stevens V, Van Den Berg D, Wang Z, **Witte JS******, Wu SY, Yamamura Y, Zheng W, Ziegler RG, Stram AH, Kolonel LN, Marchand LL, Henderson BE,

Contains Confidential Information – Subject to Protective Order

Haiman CA, Stram DO. Methodological Considerations in Estimation of Phenotype Heritability Using Genome-Wide SNP Data, Illustrated by an Analysis of the Heritability of Height in a Large Sample of African Ancestry Adults. PLoS One. 2015; 10(6):e0131106. PMID: 26125186.
******** John Witte acquired data and provided critical revision of manuscript**.**

165. Han Y, Hazelett DJ, Wiklund F, Schumacher FR, Stram DO, Berndt SI, Wang Z, Rand KA, Hoover RN, Machiela MJ, Yeager M, Burdette L, Chung CC, Hutchinson A, Yu K, Xu J, Travis RC, Key TJ, Siddiq A, Canzian F, Takahashi A, Kubo M, Stanford JL, Kolb S, Gapstur SM, Diver WR, Stevens VL, Strom SS, Pettaway CA, Al Olama AA, Kote-Jarai Z, Eeles RA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, Isaacs WB, Chen C, Lindstrom S, Le Marchand L, Giovannucci EL, Pomerantz M, Long H, Li F, Ma J, Stampfer M, John EM, Ingles SA, Kittles RA, Murphy AB, Blot WJ, Signorello LB, Zheng W, Albanes D, Virtamo J, Weinstein S, Nemesure B, Carpten J, Leske MC, Wu SY, Hennis AJ, Rybicki BA, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, **Witte JS******, Casey G, Riboli E, Li Q, Freedman ML, Hunter DJ, Gronberg H, Cook MB, Nakagawa H, Kraft P, Chanock SJ, Easton DF, Henderson BE, Coetzee GA, Conti DV, Haiman CA. Integration of multiethnic fine-mapping and genomic annotation to prioritize candidate functional SNPs at prostate cancer susceptibility regions. Hum Mol Genet. 2015 Oct 1; 24(19):5603-18. PMID: 26162851.
******** John Witte acquired data and provided critical revision of manuscript**.**

166. Hoffmann TJ, **Witte JS**. Strategies for Imputing and Analyzing Rare Variants in Association Studies. Trends Genet. 2015 Oct; 31(10):556-63. PMID: 26450338.

167. Hung RJ, Ulrich CM, Goode EL, Brhane Y, Muir K, Chan AT, Marchand LL, Schildkraut J, **Witte JS*****, Eeles R, Boffetta P, Spitz MR, Poirier JG, Rider DN, Fridley BL, Chen Z, Haiman C, Schumacher F, Easton DF, Landi MT, Brennan P, Houlston R, Christiani DC, Field JK, Bickeböller H, Risch A, Kote-Jarai Z, Wiklund F, Grönberg H, Chanock S, Berndt SI, Kraft P, Lindström S, Al Olama AA, Song H, Phelan C, Wentzensen N, Peters U, Slattery ML. Cross Cancer Genomic Investigation of Inflammation Pathway for Five Common Cancers: Lung, Ovary, Prostate, Breast, and Colorectal Cancer. J Natl Cancer Inst. 2015 Nov; 107(11). PMID: 26319099.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

168. Kwok B, Hall JM, **Witte JS*****, Xu Y, Reddy P, Lin K, Flamholz R, Dabbas B, Yung A, Al-Hafidh J, Balmert E, Vaupel C, El Hader C, McGinniss MJ, Nahas SA, Kines J, Bejar R. MDS-associated somatic mutations and clonal hematopoiesis are common in idiopathic cytopenias of undetermined significance. Blood. 2015 Nov 19; 126(21):2355-61. PMID: 26429975.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

169. Majumdar A, **Witte JS***, Ghosh S. Semiparametric Allelic Tests for Mapping Multiple Phenotypes: Binomial Regression and Mahalanobis Distance. Genet Epidemiol. 2015 Dec; 39(8):635-50. PMID: 26493781.
***** John Witte was co-senior author.

170. Scarbrough PM, Weber RP, Iversen ES, Brhane Y, Amos CI, Kraft P, Hung RJ, Sellers TA, **Witte JS*****, Pharoah P, Henderson BE, Gruber SB, Hunter DJ, Garber JE, Joshi AD, McDonnell K, Easton DF, Eeles R, Kote-Jarai Z, Muir K, Doherty JA, Schildkraut JM. A Cross-Cancer Genetic Association Analysis of the DNA Repair and DNA Damage Signaling Pathways for Lung, Ovary, Prostate, Breast, and Colorectal Cancer. Cancer Epidemiol Biomarkers Prev. 2016 Jan; 25(1):193-200. PMID: 26637267.

******* John Witte helped oversee study design and/or statistical analyses and provided critical revision of manuscript.

171. Rand KA, Song C, Dean E, Serie DJ, Curtin K, Sheng X, Hu D, Huff CA, Bernal-Mizrachi L, Tomasson MH, Ailawadhi S, Singhal S, Pawlish K, Peters ES, Bock CH, Stram A, Van Den Berg DJ, Edlund CK, Conti DV, Zimmerman T, Hwang AE, Huntsman S, Graff J, Nooka A, Kong Y, Pregja SL, Berndt SI, Blot WJ, Carpten J, Casey G, Chu L, Diver WR, Stevens VL, Lieber MR, Goodman PJ, Hennis AJ, Hsing AW, Mehta J, Kittles RA, Kolb S, Klein EA, Leske C, Murphy AB, Nemesure B, Neslund-Dudas C, Strom SS, Vij R, Rybicki BA, Stanford JL, Signorello LB, **Witte JS******, Ambrosone CB, Bhatti P, John EM, Bernstein L, Zheng W, Olshan AF, Hu JJ, Ziegler RG, Nyante SJ, Bandera EV, Birmann BM, Ingles SA, Press MF, Atanackovic D, Glenn MJ, Cannon-Albright LA, Jones B, Tricot G, Martin TG, Kumar SK, Wolf JL, Deming Halverson SL, Rothman N, Brooks-Wilson AR, Rajkumar SV, Kolonel LN, Chanock SJ, Slager SL, Severson RK, Janakiraman N, Terebelo HR, Brown EE, De Roos AJ, Mohrbacher AF, Colditz GA, Giles GG, Spinelli JJ, Chiu BC, Munshi NC, Anderson KC, Levy J, Zonder JA, Orlowski RZ, Lonial S, Camp NJ, Vachon CM, Ziv E, Stram DO, Hazelett DJ, Haiman CA, Cozen W. A Meta-analysis of Multiple Myeloma Risk Regions in African and European Ancestry Populations Identifies Putatively Functional Loci. Cancer Epidemiol Biomarkers Prev. 2016 Sep 1. PMID: 27587788.
   ******** John Witte acquired data and provided critical revision of manuscript**.**

172. Karami S, Han Y, Pande M, Cheng I, Rudd J, Pierce BL, Nutter EL, Schumacher FR, Kote-Jarai Z, Lindstrom S, **Witte JS*****, Fang S, Han J, Kraft P, Hunter DJ, Song F, Hung RJ, McKay J, Gruber SB, Chanock SJ, Risch A, Shen H, Haiman CA, Boardman L, Ulrich CM, Casey G, Peters U, Amin Al Olama A, Berchuck A, Berndt SI, Bezieau S, Brennan P, Brenner H, Brinton L, Caporaso N, Chan AT, Chang-Claude J, Christiani DC, Cunningham JM, Easton D, Eeles RA, Eisen T, Gala M, Gallinger SJ, Gayther SA, Goode EL, GrÃ¶nberg H, Henderson BE, Houlston R, Joshi AD, KÃ¼ry S, Landi MT, Le Marchand L, Muir K, Newcomb PA, Permuth-Wey J, Pharoah P, Phelan C, Potter JD, Ramus SJ, Risch H, Schildkraut J, Slattery ML, Song H, Wentzensen N, White E, Wiklund F, Zanke BW, Sellers TA, Zheng W, Chatterjee N, Amos CI, Doherty JA. Telomere structure and maintenance gene variants and risk of five cancer types. Int J Cancer. 2016 Dec 15; 139(12):2655-2670. PMID: 27459707.
   ******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

173. Emami NC, Leong L, Wan E, Van Blarigan EL, Cooperberg MR, Tenggara I, Carroll PR, Chan JM, **Witte JS***, Simko JP. Tissue Sources for Accurate Measurement of Germline DNA Genotypes in Prostate Cancer Patients Treated with Radical Prostatectomy. Prostate. 2016 Nov 30. PMID: 27900799.
   ***** John Witte was co-senior author.

174. Han Y, Rand KA, Hazelett DJ, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Stanford JL, Zheng W, Schumacher FR, Berndt SI, Wang Z, Xu J, Rohland N, Reich D, Tandon A, Pasaniuc B, Allen A, Quinque D, Mallick S, Notani D, Rosenfeld MG, Jayani RS, Kolb S, Gapstur SM, Stevens VL, Pettaway CA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, John EM, Murphy AB, Signorello LB, Carpten J, Leske MC, Wu SY, Hennis AJ, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, Zheng SL, **Witte JS******, Casey G, Lubwama A, Pooler LC, Sheng X, Coetzee GA, Cook MB, Chanock SJ, Stram DO, Watya S, Blot WJ, Conti DV, Henderson BE, Haiman CA. Prostate Cancer Susceptibility in Men of African Ancestry at 8q24. J Natl Cancer Inst. 2016 Jul; 108(7). PMID: 26823525.
   ******** John Witte acquired data and provided critical revision of manuscript**.**

175. Lindquist KJ, Paris PL, Hoffmann TJ, Cardin NJ, Kazma R, Mefford JA, Simko JP, Ngo V, Chen Y, Levin AM, Chitale D, Helfand BT, Catalona WJ, Rybicki BA, **Witte JS**. Mutational Landscape of Aggressive Prostate Tumors in African American Men. Cancer Res. 2016 Apr 1; 76(7):1860-8. PMID: 26921337.

176. Gusev A, Shi H, Kichaev G, Pomerantz M, Li F, Long HW, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Zheng W, Pettaway CA, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Chokkalingam AP, John EM, Murphy AB, Signorello LB, Carpten J, Leske MC, Wu SY, Hennis AJ, Neslund-Dudas C, Hsing AW, Chu L, Goodman PJ, Klein EA, **Witte JS******, Casey G, Kaggwa S, Cook MB, Stram DO, Blot WJ, Eeles RA, Easton D, Kote-Jarai Z, Al Olama AA, Benlloch S, Muir K, Giles GG, Southey MC, Fitzgerald LM, Gronberg H, Wiklund F, Aly M, Henderson BE, Schleutker J, Wahlfors T, Tammela TL, Nordestgaard BG, Key TJ, Travis RC, Neal DE, Donovan JL, Hamdy FC, Pharoah P, Pashayan N, Khaw KT, Stanford JL, Thibodeau SN, McDonnell SK, Schaid DJ, Maier C, Vogel W, Luedeke M, Herkommer K, Kibel AS, Cybulski C, Wokolorczyk D, Kluzniak W, Cannon-Albright L, Teerlink C, Brenner H, Dieffenbach AK, Arndt V, Park JY, Sellers TA, Lin HY, Slavov C, Kaneva R, Mitev V, Batra J, Spurdle A, Clements JA, Teixeira MR, Pandha H, Michael A, Paulo P, Maia S, Kierzek A. Atlas of prostate cancer heritability in European and African-American men pinpoints tissue-specific regulation. Nat Commun. 2016; 7:10979. PMID: 27052111.
******** John Witte acquired data and provided critical revision of manuscript**.**

177. Li M, Li J, He Z, Lu Q, **Witte JS****, Macleod SL, Hobbs CA, Cleves MA. Testing Allele Transmission of an SNP Set Using a Family-Based Generalized Genetic Random Field Method. Genet Epidemiol. 2016 May; 40(4):341-51. PMID: 27061818.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

178. Carmichael SL, Yang W, Ma C, Roberts E, Kegley S, English P, Lammer EJ, **Witte JS*****, Shaw GM. Joint effects of genetic variants and residential proximity to pesticide applications on hypospadias risk. Birth Defects Res A Clin Mol Teratol. 2016 Aug; 106(8):653-8. PMID: 27098078.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

179. Mosley JD, **Witte JS****, Larkin EK, Bastarache L, Shaffer CM, Karnes JH, Stein CM, Phillips E, Hebbring SJ, Brilliant MH, Mayer J, Ye Z, Roden DM, Denny JC. Identifying genetically driven clinical phenotypes using linear mixed models. Nat Commun. 2016; 7:11433. PMID: 27109359.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

180. Uricchio LH, Zaitlen NA, Ye CJ, **Witte JS****, Hernandez RD. Selection and explosive growth alter genetic architecture and hamper the detection of causal rare variants. Genome Res. 2016 Jul; 26(7):863-73. PMID: 27197206.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

181. Sapru A, Liu KD, Wiemels J, Hansen H, Pawlikowska L, Poon A, Jorgenson E, **Witte JS****, Calfee CS, Ware LB, Matthay MA. Association of common genetic variation in the protein C pathway genes with clinical outcomes in acute respiratory distress syndrome. Crit Care. 2016; 20(1):151. PMID: 27215212.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

182. Majumdar A, Haldar T, **Witte JS**. Determining Which Phenotypes Underlie a Pleiotropic Signal. Genet Epidemiol. 2016 Jul; 40(5):366-81. PMID: 27238845.

183. Lee SA, Mefford JA, Huang Y, **Witte JS****, Martin JN, Haas DW, Mclaren PJ, Mushiroda T, Kubo M, Byakwaga H, Hunt PW, Kroetz DL. Host genetic predictors of the kynurenine pathway of tryptophan catabolism among treated HIV-infected Ugandans. AIDS. 2016 Jul 17; 30(11):1807-15. PMID: 27088321. **** John Witte supervised trainee, led analyses, and drafted manuscript.

184. Zhou K, Yee SW, Seiser EL, van Leeuwen N, Tavendale R, Bennett AJ, Groves CJ, Coleman RL, van der Heijden AA, Beulens JW, de Keyser CE, Zaharenko L, Rotroff DM, Out M, Jablonski KA, Chen L, Javorský M, Židzik J, Levin AM, Williams LK, Dujic T, Semiz S, Kubo M, Chien HC, Maeda S, **Witte JS*****, Wu L, Tkác I, Kooy A, van Schaik RH, Stehouwer CD, Logie L, MetGen Investigators, DPP Investigators, ACCORD Investigators, Sutherland C, Klovins J, Pirags V, Hofman A, Stricker BH, Motsinger-Reif AA, Wagner MJ, Innocenti F, Hart LM't, Holman RR, McCarthy MI, Hedderson MM, Palmer CNA, Florez JC, Giacomini KM, Pearson ER. Variation in the glucose transporter gene SLC2A2 is associated with glycemic response to metformin. Nat Genet. 2016 Aug 8. PMID: 27500523.
***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

185. Marini NJ, Yang W, Asrani K, **Witte JS*****, Rine J, Lammer EJ, Shaw GM. Sequence variation in folate pathway genes and risks of human cleft lip with or without cleft palate. American Journal of Medical Genetics Part A 2016; 170 (11), 2777-2787.
***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

186. Graff RE, Möller S, Passarelli MN, **Witte JS****, Skytthe A, Christensen K, Tan Q, Adami H-O, Czene K, Harris JR, Pukkala E, Kaprio J, Giovannucci EL, Mucci LA, Hjelmborg JB. Familial risk and heritability of colorectal cancer in the nordic twin study of Cancer. Clin Gastroenterol Hepatol. 2017 Jan 24. pii: S1542-3565(17)30064-2.
**** John Witte supervised trainee, led analyses, and drafted manuscript.

187. Conti DV, Wang K, Sheng X, Bensen JT, Hazelett DJ, Cook MB, Ingles SA, Kittles RA, Strom SS, Rybicki BA, Nemesure B, Isaacs WB, Stanford JL, Zheng W, Sanderson M, John EM, Park JY, Xu J, Stevens VL, Berndt SI, Huff CD, Wang Z, Yeboah ED, Tettey Y, Biritwum RB, Adjei AA, Tay E, Truelove A, Niwa S, Sellers TA, Yamoah K, Murphy AB, Crawford DC, Gapstur SM, Bush WS, Aldrich MC, Cussenot O, Petrovics G, Cullen J, Neslund-Dudas C, Stern MC, Jarai ZK, Govindasami K, Chokkalingam AP, Hsing AW, Goodman PJ, Hoffmann T, Drake BF, Hu JJ, Clark PE, Van Den Eeden SK, Blanchet P, Fowke JH, Casey G, Hennis AJM, Han Y, Lubwama A, Thompson IM, Leach R, Easton DF, Schumacher F, Van den Berg DJ, Gundell SM, Stram A, Wan P, Xia L, Pooler LC, Mohler JL, Fontham ETH, Smith GJ, Taylor JA, Srivastava S, Eeles RA, Carpten J, Kibel AS, Multigner L, Parent ME, Menegaux F, Cancel-Tassin G, Klein EA, Brureau L, Stram DO, Watya S, Chanock SJ, **Witte JS***, Blot WJ, Henderson BE, Haiman CA. Two Novel Susceptibility Loci for Prostate Cancer in Men of African Ancestry. J Natl Cancer Inst. 2017 Aug 01; 109(8). PMID: 29117387.
*** John Witte was one of the more senior author.

188. Mosley JD, Shoemaker MB, Wells QS, Darbar D, Shaffer CM, Edwards TL, Bastarache L, McCarty CA, Thompson W, Chute CG, Jarvik GP, Crosslin DR, Larson EB, Kullo IJ, Pacheco JA, Peissig PL, Brilliant MH, Linneman JG, **Witte JS****, Denny JC, Roden DM. Investigating the Genetic Architecture of the PR Interval Using Clinical Phenotypes. Circ Cardiovasc Genet. 2017 Apr; 10(2). PMID: 28416512.
**** John Witte supervised trainee, led analyses, and drafted manuscript.

189. Hoffman JD, Graff RE, Emami NC, Tai CG, Passarelli MN, Hu D, Huntsman S, Hadley D, Leong L, Majumdar A, Zaitlen N, Ziv E, **Witte JS**. Cis-eQTL-based trans-ethnic meta-analysis reveals novel genes associated with breast cancer risk. PLoS Genetics 2017; 13 (3), e1006690.

190. Zhang C, de Smith AJ, Smirnov IV, Wiencke JK, Wiemels JL, **Witte JS***, Walsh KM. Non-additive and epistatic effects of HLA polymorphisms contributing to risk of adult glioma. J Neurooncol. 2017 Jul 18. PMID: 28721485.
***** John Witte was co-senior author.

191. Hoffmann TJ, Passarelli MN, Graff RE, Emami NC, Sakoda LC, Jorgenson E, Habel LA, Shan J, Ranatunga DK, Quesenberry CP, Chao CR, Ghai NR, Aaronson D, Presti J, Nordström T, Wang Z, Berndt SI, Chanock SJ, Mosley JD, Klein RJ, Middha M, Lilja H, Melander O, Kvale MN, Kwok PY, Schaefer C, Risch N, Van Den Eeden SK, **Witte JS**. Genome-wide association study of prostate-specific antigen levels identifies novel loci independent of prostate cancer. Nat Commun. 2017 01 31; 8:14248. PMID: 28139693. PMCID: PMC5290311.

192. Ng MCY, Graff M, Lu Y, Justice AE, Mudgal P, Liu CT, Young K, Yanek LR, Feitosa MF, Wojczynski MK, Rand K, Brody JA, Cade BE, Dimitrov L, Duan Q, Guo X, Lange LA, Nalls MA, Okut H, Tajuddin SM, Tayo BO, Vedantam S, Bradfield JP, Chen G, Chen WM, Chesi A, Irvin MR, Padhukasahasram B, Smith JA, Zheng W, Allison MA, Ambrosone CB, Bandera EV, Bartz TM, Berndt SI, Bernstein L, Blot WJ, Bottinger EP, Carpten J, Chanock SJ, Chen YI, Conti DV, Cooper RS, Fornage M, Freedman BI, Garcia M, Goodman PJ, Hsu YH, Hu J, Huff CD, Ingles SA, John EM, Kittles R, Klein E, Li J, McKnight B, Nayak U, Nemesure B, Ogunniyi A, Olshan A, Press MF, Rohde R, Rybicki BA, Salako B, Sanderson M, Shao Y, Siscovick DS, Stanford JL, Stevens VL, Stram A, Strom SS, Vaidya D, **Witte JS*******, Yao J, Zhu X, Ziegler RG, Zonderman AB, Adeyemo A, Ambs S, Cushman M, Faul JD, Hakonarson H, Levin AM, Nathanson KL, Ware EB, Weir DR, Zhao W, Zhi D; Bone Mineral Density in Childhood Study (BMDCS) Group, Arnett DK, Grant SFA, Kardia SLR, Oloapde OI, Rao DC, Rotimi CN, Sale MM, Williams LK, Zemel BS, Becker DM, Borecki IB, Evans MK, Harris TB, Hirschhorn JN, Li Y, Patel SR, Psaty BM, Rotter JI, Wilson JG, Bowden DW, Cupples LA, Haiman CA, Loos RJF, North KE. Discovery and fine-mapping of adiposity loci using high density imputation of genome-wide association studies in individuals of African ancestry: African Ancestry Anthropometry Genetics Consortium. PLoS Genet. 2017 Apr 21;13(4):e1006719.
******** John Witte acquired data and provided critical revision of manuscript**.**

193. Ferreira MA, Vonk JM, Baurecht H, Marenholz I, Tian C, Hoffman JD, Helmer Q, Tillander A, Ullemar V, van Dongen J, Lu Y, Rüschendorf F, Esparza-Gordillo J, Medway CW, Mountjoy E, Burrows K, Hummel O, Grosche S, Brumpton BM, **Witte JS*****, Hottenga JJ, Willemsen G, Zheng J, Rodríguez E, Hotze M, Franke A, Revez JA, Beesley J, Matheson MC, Dharmage SC, Bain LM, Fritsche LG, Gabrielsen ME, Balliu B. Shared genetic origin of asthma, hay fever and eczema elucidates allergic disease biology. Nat Genet. 2017 Dec; 49(12):1752-1757. PMID: 29083406.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

194. Wu YH, Graff RE, Passarelli MN, Hoffman JD, Ziv E, Hoffmann TJ, **Witte JS**. Identification of Pleiotropic Cancer Susceptibility Variants from Genome-Wide Association Studies Reveals Functional Characteristics. Cancer Epidemiol Biomarkers Prev. 2018 Jan; 27(1):75-85. PMID: 29150481.

195. Asai Y, Eslami A, van Ginkel CD, Akhabir L, Wan M, Ellis G, Ben-Shoshan M, Martino D, Ferreira MA, Allen K, Mazer B, de Groot H, de Jong NW, Gerth van Wijk RN, Dubois AEJ,

Chin R, Cheuk S, Hoffman J, Jorgensen E, **Witte JS*****, Melles RB, Hong X, Wang X, Hui J, Musk AWB, Hunter M, James AL, Koppelman GH, Sandford AJ, Clarke AE, Daley D. Genome-wide association study and meta-analysis in multiple populations identifies new loci for peanut allergy and establishes C11orf30/EMSY as a genetic risk factor for food allergy. J Allergy Clin Immunol. 2018 Mar; 141(3):991-1001. PMID: 29030101.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

196. Asai Y, Eslami A, van Ginkel CD, Akhabir L, Wan M, Yin D, Ellis G, Ben-Shoshan M, Marenholz I, Martino D, Ferreira MA, Allen K, Mazer B, de Groot H, de Jong NW, Gerth van Wijk R, Dubois AEJ, Grosche S, Ashley S, Rüschendorf F, Kalb B, Beyer K, Nöthen MM, Lee YA, Chin R, Cheuk S, Hoffman J, Jorgensen E, **Witte JS*****, Melles RB, Hong X, Wang X, Hui J, Musk AWB, Hunter M, James AL, Koppelman GH, Sandford AJ, Clarke AE, Daley D. A Canadian genome-wide association study and meta-analysis confirm HLA as a risk factor for peanut allergy independent of asthma. J Allergy Clin Immunol. 2018 Apr; 141(4):1513-1516. PMID: 29325868.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

197. Johnson DB, Bordeaux J, Kim JY, Vaupel C, Rimm DL, Ho TH, Joseph RW, Daud AI, Conry RM, Gaughan EM, Hernandez-Aya LF, Dimou A, Funchain P, Smithy J, **Witte JS*****, McKee SB, Ko J, Wrangle JM, Dabbas B, Tangri S, Lameh J, Hall J, Markowitz J, Balko JM, Dakappagari N. Quantitative Spatial Profiling of PD-1/PD-L1 Interaction and HLA-DR/IDO-1 Predicts Improved Outcomes of Anti-PD-1 Therapies in Metastatic Melanoma. Clin Cancer Res. 2018 Nov 01; 24(21):5250-5260. PMID: 30021908.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

198. Majumdar A, Haldar T, Bhattacharya S, **Witte JS**. An efficient Bayesian meta-analysis approach for studying cross-phenotype genetic associations. PLoS Genet. 2018 Feb; 14(2):e1007139. PMID: 29432419.

199. Zhang C, Wiemels JL, Hansen HM, Gonzalez-Maya J, Endicott AA, de Smith AJ, Smirnov IV, **Witte JS****, Morimoto LM, Metayer C, Walsh KM. Two HLA Class II Gene Variants Are Independently Associated with Pediatric Osteosarcoma Risk. Cancer Epidemiol Biomarkers Prev. 2018 Oct; 27(10):1151-1158. PMID: 30038050.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

200. Cario CL, **Witte JS**. Orchid: a novel management, annotation and machine learning framework for analyzing cancer mutations. Bioinformatics. 2018 Mar 15; 34(6):936-942. PMID: 29106441.

201. Li M, He Z, Tong X, **Witte JS****, Lu Q. Detecting Rare Mutations with Heterogeneous Effects Using a Family-Based Genetic Random Field Method. Genetics. 2018 10; 210(2):463-476. PMID: 30104420.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

202. Rashkin SR, Chua KC, Ho C, Mulkey F, Jiang C, Mushiroda T, Kubo M, Friedman PN, Rugo HS, McLeod HL, Ratain MJ, Castillos F, Naughton M, Overmoyer B, Toppmeyer D, **Witte JS****, Owzar K, Kroetz DL. A Pharmacogenetic Prediction Model of Progression-Free Survival in Breast Cancer using Genome-Wide Genotyping Data from CALGB 40502 (Alliance). Clin Pharmacol Ther. 2018 Sep 27. PMID: 30260474.
****** John Witte supervised trainee, led analyses, and drafted manuscript.

203. McCarthy ME, Oltman SP, Baer RJ, Ryckman KK, Rogers EE, Steurer-Muller MA, **Witte JS****, Jelliffe-Pawlowski LL. Newborn Metabolic Profile Associated with Hyperbilirubinemia With and Without Kernicterus. Clin Transl Sci. 2018 Oct 28. PMID: 30369069.
**** John Witte supervised trainee, led analyses, and drafted manuscript.

204. Cario CL, **Witte JS**. Samasy: an automated system for sample selection and robotic transfer. Biotechniques. 2018 Dec; 65(6):357-360. PMID: 30477330

205. Wu L, Wang J, Cai Q, Cavazos TB, Emami NC, Long J, Shu XO, Lu Y, Guo X, Bauer JA, Pasaniuc B, Penney KL, Freedman ML, Kote-Jarai Z, **Witte JS******, Haiman CA, Eeles RA, Zheng W. Identification of Novel Susceptibility Loci and Genes for Prostate Cancer Risk: A Transcriptome-Wide Association Study in Over 140,000 European Descendants. Cancer Res. 2019 Jul 01; 79(13):3192-3204. PMID: 31101764. ****** John Witte acquired data and provided critical revision of manuscript**.**

206. Du Z, Hopp H, Ingles SA, Huff C, Sheng X, Weaver B, Stern M, Hoffmann TJ, John EM, Van Den Eeden SK, Strom S, Leach RJ, Thompson IM, **Witte JS******, Conti DV, Haiman CA. A genome-wide association study of prostate cancer in Latinos. Int J Cancer. 2019 Jun 21. PMID: 31226226.
****** John Witte acquired data and provided critical revision of manuscript**.**

207. Belkora J, Chan JM, Cooperberg MR, Neuhaus J, Stupar L, Weinberg T, Broering JM, Tenggara I, Cowan JE, Rosenfeld S, Kenfield SA, Van Blarigan EL, Simko JP, **Witte J*****, Carroll PR. Development and pilot evaluation of a personalized decision support intervention for low risk prostate cancer patients. Cancer Med. 2019 Nov 12. PMID: 31714037.
***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

208. Kachuri L, Johansson M, Rashkin SR, Graff RE, Bossé Y, Manem V, Caporaso NE, Landi MT, Christiani DC, Vineis P, Liu G, Scelo G, Zaridze D, Shete SS, Albanes D, Aldrich MC, Tardón A, Rennert G, Chen C, Goodman GE, Doherty JA, Bickeböller H, Field JK, Davies MP, Dawn Teare M, Kiemeney LA, Bojesen SE, Haugen A, Zienolddiny S, Lam S, Le Marchand L, Cheng I, Schabath MB, Duell EJ, Andrew AS, Manjer J, Lazarus P, Arnold S, McKay JD, Emami NC, Warkentin MT, Brhane Y, Obeidat M, Martin RM, Relton C, Davey Smith G, Haycock PC, Amos CI, Brennan P, **Witte JS***, Hung RJ. Immune-mediated genetic pathways resulting in pulmonary function impairment increase lung cancer susceptibility. Nat Commun. 2020 Jan 07; 11(1):27. PMID: 31911640.
*** John Witte was co-senior author.

209. Mefford J, Park D, Zheng Z, Ko A, Ala-Korpela M, Laakso M, Pajukanta P, Yang J, **Witte J***, Zaitlen N. Efficient Estimation and Applications of Cross-Validated Genetic Predictions to Polygenic Risk Scores and Linear Mixed Models. J Comput Biol. 2020 Feb 20. PMID: 32077750.
*** John Witte was co-senior author.

210. Du Z, Weinhold N, Song GC, Rand KA, Van Den Berg DJ, Hwang AE, Sheng X, Hom V, Ailawadhi S, Nooka AK, Singhal S, Pawlish K, Peters ES, Bock C, Mohrbacher A, Stram A, Berndt SI, Blot WJ, Casey G, Stevens VL, Kittles R, Goodman PJ, Diver WR, Hennis A, Nemesure B, Klein EA, Rybicki BA, Stanford JL, **Witte JS******, Signorello L, John EM, Bernstein L, Stroup AM, Stephens OW, Zangari M, Van Rhee F, Olshan A, Zheng W, Hu JJ, Ziegler R, Nyante SJ, Ingles SA, Press MF, Carpten JD, Chanock SJ, Mehta J, Colditz GA, Wolf J, Martin TG, Tomasson M, Fiala MA, Terebelo H, Janakiraman N, Kolonel L, Anderson KC, Le Marchand L, Auclair D, Chiu BC, Ziv E, Stram D, Vij R, Bernal-Mizrachi L, Morgan GJ, Zonder JA, Huff CA, Lonial S, Orlowski RZ, Conti DV, Haiman CA, Cozen W. A meta-analysis

of genome-wide association studies of multiple myeloma among men and women of African ancestry. Blood Adv. 2020 Jan 14; 4(1):181-190. PMID: 31935283.
******** John Witte acquired data and provided critical revision of manuscript**.**

211. Ospina-Romero M, Brenowitz WD, Glymour MM, Mayeda ER, Graff RE, **Witte JS*****, Ackley SF, Lu KP, Kobayashi LC. The Association Between Cancer and Spousal Rate of Memory Decline: A Negative Control Study to Evaluate (Unmeasured) Social Confounding of the Cancer-memory Relationship. Alzheimer Dis Assoc Disord. 2020 Jun 19. PMID: 32568784.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

212. Chua KC, Xiong C, Ho C, Mushiroda T, Jiang C, Mulkey F, Lai D, Schneider BP, Rashkin SR, **Witte JS*****, Friedman PN, Ratain MJ, McLeod HL, Rugo HS, Shulman LN, Kubo M, Owzar K, Kroetz DL. Genome-Wide Meta-Analysis Validates a Role for S1PR1 in Microtubule Targeting Agent-Induced Sensory Peripheral Neuropathy. Clin Pharmacol Ther. 2020 Jun 20. PMID: 32562552.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

213. Ferreira MAR, Vonk JM, Baurecht H, Marenholz I, Tian C, Hoffman JD, Helmer Q, Tillander A, Ullemar V, Lu Y, Grosche S, Rüschendorf F, Granell R, Brumpton BM, Fritsche LG, Bhatta L, Gabrielsen ME, Nielsen JB, Zhou W, Hveem K, Langhammer A, Holmen OL, Løset M, Abecasis GR, Willer CJ, Emami NC, Cavazos TB, **Witte JS******, Szwajda A, Hinds DA, Hübner N, Weidinger S, Magnusson PK, Jorgenson E, Karlsson R, Paternoster L, Boomsma DI, Almqvist C, Lee YA, Koppelman GH. Age-of-onset information helps identify 76 genetic variants associated with allergic disease. PLoS Genet. 2020 Jun 30; 16(6):e1008725. PMID: 32603359.
******** John Witte acquired data and provided critical revision of manuscript**.**

214. Carmichael SL, Ma C, **Witte JS*****, Yang W, Rasmussen SA, Brunelli L, Nestoridi E, Shaw GM, Feldkamp ML. Congenital diaphragmatic hernia and maternal dietary nutrient pathways and diet quality. Birth Defects Res. 2020 Aug 03. PMID: 32744808.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

215. Meyers TJ, Weiner AB, Graff RE, Desai AS, Cooley LF, Catalona WJ, Hanauer SB, Wu JD, Schaeffer EM, Abdulkadir SA, Kundu SD, **Witte JS**. Association between inflammatory bowel disease and prostate cancer: A large-scale, prospective, population-based study. Int. J. Cancer. 2020;147:2735–2742.

216. Hayes-Larson E, Ackley SF, Zimmerman SC, Ospina-Romero M, Glymour MM, Graff RE, **Witte JS**, Kobayashi LC, Mayeda ER. The competing risk of death and selective survival cannot fully explain the inverse cancer-dementia association. Alzheimers Dement. 2020 Sep 3
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

217. Cario CL, Chen E, Leong L, Emami NC, Lopez K, Tenggara I, Simko JP, Friedlander TW, Li PS, Paris PL, Carroll PR, **Witte JS**. A machine learning approach to optimizing cell-free DNA sequencing panels: with an application to prostate cancer. BMC Cancer. 2020 Aug 28;20(1):820.

218. Rashkin SR, Graff RE, Kachuri L, Thai KK, Alexeeff SE, Blatchins MA, Cavazos TB, Corley DA, Emami NC, Hoffman JD, Jorgenson E, Kushi LH, Meyers TJ, Van Den Eeden SK, Ziv E,

Habel LA, Hoffmann TJ, Sakoda LC, **Witte JS**. Pan-cancer study detects genetic risk variants and shared genetic basis in two large cohorts. Nat Commun. 2020 Sep 4;11(1):4423.

219. Ospina-Romero M, Glymour MM, Hayes-Larson E, Mayeda ER, Graff RE, Brenowitz WD, Ackley SF, **Witte JS*****, Kobayashi LC. Association Between Alzheimer Disease and Cancer with Evaluation of Study Biases. JAMA Netw Open. 2020;3(11):e2025515.
*** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

220. Kachuri L, Francis SS, Morrison M, Wendt GA, Bosse, Y, Cavazos TB, Rashkin SR, Ziv E, **Witte JS.** The landscape of host genetic factors involved in infection to common viruses. Genome Med. 2020 Oct 27;12(1):93.

221. Emami NC, Cavazos TB, Rashkin SR, Cario CL, Graff RE, Tai CG, Mefford JA, Kachuri L, Wan E, Wong S, Aaronson DS, Presti J, Habel LA, Shan J, Ranatunga DK, Chao CR, Ghai NR, Jorgenson E, Sakoda LC, Kvale MN, Kwok P-Y, Schaefer C, Risch N, Hoffmann TJ, Van Den Eeden SK, **Witte JS**. A large-scale association study detects novel rare variants, risk genes, functional elements, and polygenic architecture of prostate cancer susceptibility. Cancer Res. 2020 Dec 8:canres.2635.2020.

222. Kachuri L, Graff RE, Smith-Byrne K, Meyers TJ, Rashkin SR, Ziv E, **Witte JS***, Johansson M. Integration of polygenic risk scores with modifiable risk factors improves risk prediction: results from a pan-cancer analysis. Nat Commun 2021; 11, 6084.
***** John Witte was co-senior author.

223. Cavazos TB, **Witte JS**. Inclusion of Variants Discovered from Diverse Populations Improves Polygenic Risk Score Transferability. Human Genetics and Genomics Advances. HGG Adv. 2021 Jan 14;2(1):100017.

224. Conti DV, Darst, BF, Moss, L, Saunders, EJ, Sheng, X, Chou, A, Schumacher, FR, Al Olama, AA, Benlloch, S, Dadaev, T, Brook, MN, Sahimi, A, Hoffman, TJ, Takahashi, A, Matsuda, K, Momozawa, Y, Fujita, M, Muir, K, Lophatananon, A, Wan, P, Le Marchand, L, Wilkens, L, Stevens, VL, Gapstur, SM, Carter, BD, Schleutker, J, Tammela, TLJ, Sipeky, C, Auvinen, A, Giles, GG, Southey, MC, MacInnis, RJ, Cybulski, C, Wokolorczyk, D, Lubinski, J, Neal, DE, Donovan, JL, Hamdy, FC, Martin, RM, Nordestgaard, BG, Nielsen, SF, Weischer, M, Bojesen, SE, Røder, MA, Iversen, P, Batra, J, Chambers, S, Moya, L, Horvath, L, Clements, JA, Tilley, W, Risbridger, GP, Gronberg, H, Aly, M, Szulkin, R, Eklund, M, Nordström, T, Pashayan, N, Dunning, AM, Ghoussaini, M, Travis, RC, Key, TJ, Riboli, E, Park, JY, Sellers, TA, Lin, H-Y, Albanes, D, Weinstein, S, Mucci, LA, Giovannucci, E, Lindstrom, S, Kraft, P, Hunter, DJ, Penney, KL, Turman, C, Tangen, CM, Goodman, PJ, Thompson Jr, IM, Hamilton, RJ, Fleshner, NE, Finelli, A, Parent, M-É, Stanford, JL, Ostrander, EA, Geybels, MS, Koutros, S, Beane Freeman, LE, Stampfer, M, Wolk, A, Håkansson, N, Andriole, GL, Hoover, RN, Machiela, MJ, Sørensen, KD, Borre, M, Blot, WJ, Zheng, W, Yeboah, ED, Mensah, JE, Lu, Y-J, Zhang, H-W, Feng, N, Mao, X, Wu, Y, Zhao, S-C, Sun, Z, Thibodeau, SN, McDonnell, SK, Schaid, DJ, West, CML, Burnet, N, Barnett, G, Maier, C, Schnoeller, T, Luedeke, M, Kibel, AS, Drake, BF, Cussenot, O, Cancel-Tassin, G, Menegaux, F, Truong, T, Koudou, YA, John, EM, Grindedal, EM, Maehle, L, Khaw, K-T, Ingles, SA, Stern, MC, Vega, A, Gómez-Caamaño, A, Fachal, L, Rosenstein, BS, Kerns, SL, Ostrer, H, Teixeira, MR, Paulo, P, Brandão, A, Watya, S, Lubwama, A, Bensen, JT, Fontham, ETH, Mohler, J, Taylor, JA, Kogevinas, M, Llorca, J, Castaño-Vinyals, G, Cannon-Albright, L, Teerlink, CC, Huff, C, Strom, SS, Multigner, L, Blanchet, P, Brureau, L, Kaneva, R, Slavov, C, Mitev, V, Leach, RJ, Weaver, B, Brenner, H, Cuk, K, Holleczek, B, Saum, K-U, Klein, EA, Hsing, AW, Kittles, RA, Murphy, AB, Logothetis,

CJ, Kim, J, Neuhausen, SL, Steele, L, Ding, YC, Isaacs, WB, Nemesure, B, Hennis, AJM, Carpten, J, Pandha, H, Michael, A, Ruyck, KD, Meerleer, GD, Ost, P, Xu, J, Razach, A, Lim, J, Teo, S-H, Newcomb, LF, Lin, DW, Fowke, J, Neslund-Dudas, C, Rybicki, BA, Gamulin, M, Lessel, D, Kulis, T, Usmani, N, Singhal, S, Parliament, M, Claessens, F, Joniau, S, Van den Broeck, T, Gago-Dominguez, M, Castelao, JE, Martinez, ME, Larkin, S, Townsend, PA, Aukim-Hastie, C, Bush, WS, Aldrich, MC, Crawford, DC, Srivastava, S, Cullen, JC, Petrovics, G, Casey, G, Roobol, MJ, Jenster, G, van Schaik, RHN, Hu, JJ, Sanderson, M, Varma, R, McKean-Cowdin, R, Torres, M, Mancuso, N, Berndt, SI, Van Den Eeden, SK, Easton, DF, Chanock, SJ, Cook, MB, Wiklund, F, Nakagawa, H, **Witte JS*****, Eeles RA, Kote-Jarai Z, Haiman CA. Trans-ancestry genome-wide association meta-analysis of prostate cancer identifies new susceptibility loci and informs genetic risk prediction. Nat Genet. I Nat Genet. 2021 Jan;53(1):65-75.
******* John Witte was one of the more senior authors. helped oversee design and statistical analyses, and provided critical revision of manuscript.

225. Majumdar A, Burch K, Sankararaman S, Pasaniuc B, Gauderman WJ, **Witte JS**. A two-step approach to testing overall effect of gene-environment interaction for multiple phenotypes. Bioinformatics. 2021 Jan 16:btaa1083.

226. Graff RE, Cavazos TB, Thai KK, Kachuri L, Rashkin SR, Hoffman JD, Alexeeff SE, Blatchins M, Meyers TJ, Leong L, Tai CG, Emami NC, Corley DA, Kushi LH, Ziv E, Van Den Eeden SK, Jorgenson E, Hoffmann TJ, Habel LA, **Witte JS***, Sakoda LC. Cross-Cancer Evaluation of Polygenic Risk Scores for 17 Cancer Types in Two Large Cohorts. Nat Comm. 2021 Feb 12;12(1):970.
***** John Witte was co-senior author.

227. Chen E, Cario CL, Leong L, Lopez K, Márquez CP, Chu C, Li PS, Oropeza E, Tenggara I, Cowan J, Simko JP, Chan JM, Friedlander T, Wyatt AW, Aggarwal R, Paris PL, Carroll PR, Feng F, **Witte JS**. Cell-free DNA concentration and fragment size as a biomarker for prostate cancer. Sci Rep. 2021 Mar 3;11(1):5040.

228. Graff M, Justice AE, Young KL, Marouli E, Zhang X, Fine RS, Lim E, Buchanan V, Rand K, Feitosa MF, Wojczynski MK, Yanek LR, Shao Y, Rohde R, Adeyemo AA, Aldrich MC, Allison MA, Ambrosone CB, Ambs S, Amos C, Arnett DK, Atwood L, Bandera EV, Bartz T, Becker DM, Berndt SI, Bernstein L, Bielak LF, Blot WJ, Bottinger EP, Bowden DW, Bradfield JP, Brody JA, Broeckel U, Burke G, Cade BE, Cai Q, Caporaso N, Carlson C, Carpten J, Casey G, Chanock SJ, Chen G, Chen M, Chen YI, Chen WM, Chesi A, Chiang CWK, Chu L, Coetzee GA, Conti DV, Cooper RS, Cushman M, Demerath E, Deming SL, Dimitrov L, Ding J, Diver WR, Duan Q, Evans MK, Falusi AG, Faul JD, Fornage M, Fox C, Freedman BI, Garcia M, Gillanders EM, Goodman P, Gottesman O, Grant SFA, Guo X, Hakonarson H, Haritunians T, Harris TB, Harris CC, Henderson BE, Hennis A, Hernandez DG, Hirschhorn JN, McNeill LH, Howard TD, Howard B, Hsing AW, Hsu YH, Hu JJ, Huff CD, Huo D, Ingles SA, Irvin MR, John EM, Johnson KC, Jordan JM, Kabagambe EK, Kang SJ, Kardia SL, Keating BJ, Kittles RA, Klein EA, Kolb S, Kolonel LN, Kooperberg C, Kuller L, Kutlar A, Lange L, Langefeld CD, Le Marchand L, Leonard H, Lettre G, Levin AM, Li Y, Li J, Liu Y, Liu Y, Liu S, Lohman K, Lotay V, Lu Y, Maixner W, Manson JE, McKnight B, Meng Y, Monda KL, Monroe K, Moore JH, Mosley TH, Mudgal P, Murphy AB, Nadukuru R, Nalls MA, Nathanson KL, Nayak U, N'Diaye A, Nemesure B, Neslund-Dudas C, Neuhouser ML, Nyante S, Ochs-Balcom H, Ogundiran TO, Ogunniyi A, Ojengbede O, Okut H, Olopade OI, Olshan A, Padhukasahasram B, Palmer J, Palmer CD, Palmer ND, Papanicolaou G, Patel SR, Pettaway CA, Peyser PA, Press MF, Rao DC, Rasmussen-Torvik LJ, Redline S, Reiner AP, Rhie SK, Rodriguez-Gil JL, Rotimi CN, Rotter JI, Ruiz-Narvaez EA, Rybicki BA, Salako B, Sale MM, Sanderson M, Schadt E,

Schreiner PJ, Schurmann C, Schwartz AG, Shriner DA, Signorello LB, Singleton AB, Siscovick DS, Smith JA, Smith S, Speliotes E, Spitz M, Stanford JL, Stevens VL, Stram A, Strom SS, Sucheston L, Sun YV, Tajuddin SM, Taylor H, Taylor K, Tayo BO, Thun MJ, Tucker MA, Vaidya D, Van Den Berg DJ, Vedantam S, Vitolins M, Wang Z, Ware EB, Wassertheil-Smoller S, Weir DR, Wiencke JK, Williams SM, Williams LK, Wilson JG, **Witte JS**, Wrensch M, Wu X, Yao J, Zakai N, Zanetti K, Zemel BS, Zhao W, Zhao JH, Zheng W, Zhi D, Zhou J, Zhu X, Ziegler RG, Zmuda J, Zonderman AB, Psaty BM, Borecki IB, Cupples LA, Liu CT, Haiman CA, Loos R, Ng MCY, North KE. Discovery and fine-mapping of height loci via high-density imputation of GWASs in individuals of African ancestry. Am J Hum Genet. 2021 Apr 1;108(4):564-582.

229. Desai AS, Sagar V, Lysy B, Weiner AB, Ko OS, Driscoll C, Rodriguez Y, Vatapalli R, Unno K, Han H, Cohen JE, Vo AX, Pham M, Shin M, Jain-Poster K, Ross J, Morency EG, Meyers TJ, **Witte JS**, Wu J, Abdulkadir SA, Kundu SD. Inflammatory bowel disease induces inflammatory and pre-neoplastic changes in the prostate. Prostate Cancer Prostatic Dis. 2021 May 25. doi: 10.1038/s41391-021-00392-7.

230. Li M, Lyu C, Huang M, Do C, Tycko B, Lupo PJ, MacLeod SL, Randolph CE, Liu N, **Witte JS**, Hobbs CA. Mapping methylation quantitative trait loci in cardiac tissues nominates risk loci and biological pathways in congenital heart disease. BMC Genom Data. 2021 Jun 10;22(1):20.
***** John Witte was co-senior author.

231. Chen E, Cario CL, Leong L, Lopez K, Márquez CP, Li PS, Oropeza E, Tenggara I, Cowan J, Simko JP, Kageyama R, Wells DK, Chan JM, Friedlander T, Aggarwal R, Paris PL, Feng F, Carroll PR, **Witte JS**. Cell-Free DNA Detection of Tumor Mutations in Heterogeneous, Localized Prostate Cancer Via Targeted, Multiregion Sequencing. JCO Precis Oncol. 2021 Apr 27;5:PO.20.00428.

232. Lyu C, Huang M, Liu N, Chen Z, Lupo PJ, Tycko B, **Witte JS**, Hobbs CA, Li M. Detecting methylation quantitative trait loci using a methylation random field method. Brief Bioinform. 2021 Aug 19:bbab323.

233. Kachuri L, Jeon S, DeWan AT, Metayer C, Ma X, **Witte JS**, Chiang CWK, Wiemels JL, de Smith AJ. Genetic determinants of blood-cell traits influence susceptibility to childhood acute lymphoblastic leukemia. Am J Hum Genet. 2021 Oct 7;108(10):1823-1835.

234. Cooley LF, Emeka AA, Meyers TJ, Cooper PR, Lin DW, Finelli A, Eastham JA, Logothetis CJ, Marks LS, Vesprini D, Goldenberg SL, Higano CS, Pavlovich CP, Chan JM, Morgan TM, Klein EA, Barocas DA, Loeb S, Helfand BT, Scholtens DM, **Witte JS**, Catalona WJ. Factors Associated with Time to Conversion from Active Surveillance to Treatment for Prostate Cancer in a Multi-Institutional Cohort. J Urol. 2021 Nov;206(5):1147-1156.
***** John Witte was co-senior author.

235. Dawed AY, Yee SW, Zhou K, van Leeuwen N, Zhang Y, Siddiqui MK, Etheridge A, Innocenti F, Xu F, Li JH, Beulens JW, van der Heijden AA, Slieker RC, Chang YC, Mercader JM, Kaur V, **Witte JS**, Lee MTM, Kamatani Y, Momozawa Y, Kubo M, Palmer CNA, Florez JC, Hedderson MM, 't Hart LM, Giacomini KM, Pearson ER; for MetGen Plus, for the DIRECT Consortium; MetGen Plus investigators:. Genome-Wide Meta-analysis Identifies Genetic Variants Associated With Glycemic Response to Sulfonylureas. Diabetes Care. 2021 Oct 4:dc211152.

236. Hayes-Larson E, Shaw C, Ackley SF, Zimmerman SC, Glymour MM, Graff RE, **Witte JS**, Kobayashi L, Mayeda ER. The role of dementia diagnostic delay in the inverse cancer-dementia association. J Gerontol A Biol Sci Med Sci. 2021 Nov 12:glab341. doi: 10.1093/gerona/glab341. PMID: 34788817.

237. Jiang Y, Meyers TJ, Emeka AA, Cooley LF, Cooper PR, Lancki N, Helenowski I, Kachuri L, Lin DW, Stanford JL, Newcomb LF, Kolb S, Finelli A, Fleshner NE, Komisarenko M, Eastham JA, Ehdaie B, Benfante N, Logothetis CJ, Gregg JR, Perez CA, Garza S, Kim J, Marks LS, Delfin M, Barsa D, Vesprini D, Klotz LH, Loblaw A, Mamedov A, Goldenberg SL, Higano CS, Spillane M, Wu E, Carter HB, Pavlovich CP, Mamawala M, Landis T, Carroll PR, Chan JM, Cooperberg MR, Cowan JE, Morgan TM, Siddiqui J, Martin R, Klein EA, Brittain K, Gotwald P, Barocas DA, Dallmer JR, Gordetsky JB, Steele P, Kundu SD, Stockdale J, Roobol MJ, Venderbos LDF, Sanda MG, Arnold R, Patil D, Evans CP, Dall'Era MA, Vij A, Costello AJ, Chow K, Corcoran NM, Rais-Bahrami S, Phares C, Scherr DS, Flynn T, Karnes RJ, Koch M, Dhondt CR, Nelson JB, McBride D, Cookson MS, Stratton KL, Farriester S, Hemken E, Stadler WM, Pera T, Banionyte D, Bianco FJ Jr, Lopez IH, Loeb S, Taneja SS, Byrne N, Amling CL, Martinez A, Boileau L, Gaylis FD, Petkewicz J, Kirwen N, Helfand BT, Xu J, Scholtens DM, Catalona WJ, **Witte JS**. Genetic Factors Associated with Prostate Cancer Conversion from Active Surveillance to Treatment. HGG Adv. 2022 Jan 13;3(1):100070. doi: 10.1016/j.xhgg.2021.100070. PMID: 34993496; PMCID: PMC8725988.

238. Costello JM, Steurer MA, Baer RJ, **Witte JS**, Jelliffe-Pawlowski LL. Residential particulate matter, proximity to major roads, traffic density and traffic volume as risk factors for preterm birth in California. Paediatr Perinat Epidemiol. 2022 Jan;36(1):70-79. doi: 10.1111/ppe.12820. PMID: 34797570.

239. Press BH, Jones T, Olawoyin O, Lokeshwar SD, Rahman SN, Khajir G, Lin DW, Cooperberg MR, Loeb S, Darst BF, Zheng Y, Chen RC, **Witte JS**, Seibert TM, Catalona WJ, Leapman MS, Sprenkle PC. Association Between a 22-feature Genomic Classifier and Biopsy Gleason Upgrade During Active Surveillance for Prostate Cancer. Eur Urol Open Sci. 2022 Feb 11;37:113-119. doi: 10.1016/j.euros.2022.01.008. PMID: 35243396

**V.B Peer Reviewed Publications – Other** (32 publications)

1. **Witte JS**, Thomas DC, Langholz B. Re: Statistical significance testing in the American Journal of Epidemiology (letter). American Journal of Epidemiology 1995;142:101.
2. **Witte JS**, Pike MP. Re: Can energy adjustment separate the effects of energy from those of specific macronutrients (letter)? American Journal of Epidemiology 1995;142:225-226.
3. Langholz B, Thomas DC, **Witte J**, Peters RK. Re: A population-based case-cohort evaluation of the efficacy of mammographic screening for breast cancer (letter). American Journal of Epidemiology 1995;142:448-449.
4. **Witte JS**, Elston RC, Schork NJ. Genetic dissection of complex traits (correspondence). Nature Genetics 1996;12:355-356.
5. Mugero C, **Witte JS**. Re: Dehydration in young children (letter). Acta Paediatrica 1997;86:337-338.

6. **Witte JS**, Probst-Hensch NM, Haile RW, Lin HJ. Re: Glutathione transferase null genotype, broccoli, and lower prevalence of colorectal adenomas (letter). Cancer Epidemiology, Biomarkers & Prevention 1999;8:949-950.
7. Kupelian PA, Klein EA, **Witte JS**. Re: Biological aggressiveness of hereditary prostate cancer: long-term evaluation following radical prostatectomy (letter). Journal of Urology 1999;161:1585-1586.
8. **Witte JS**, Gauderman WJ, Thomas DC. Re: Bias and efficiency in case-control studies of candidate genes and gene-environment interactions: basic family designs (letter). American Journal of Epidemiology 2000;7:689-690.
9. Cardon LR, **Witte J**, Elston R. Re: Testing drug response in the presence of genetic information (letter). Pharmacogenetics 2001;11:459-60.
10. Thomas DC, **Witte JS**. Population stratification: a problem for case-control studies of candidate gene associations? Cancer Epidemiology, Biomarkers & Prevention 2002;11:505-512.
11. Palmer LJ, Schnell AH, **Witte JS**, Elston RC. Parametric linkage analysis. Methods Molecular Biology 2002;195:13-35.
12. Jorgenson E, Liu X, **Witte JS**. Case-Control Analyses: Geneopardy! Genetic Epidemiology 2005,29:S86-91.
13. Thomas DC, **Witte JS**, Greenland S. Dissecting effects of complex mixtures: who's afraid of informative priors? (commentary). Epidemiology 2007;18:186-190.
14. **Witte JS**. Multiple prostate cancer risk variants on 8q24 (news and views). Nature Genetics 2007;39:579-80.
15. Jorgenson E, **Witte JS**. Re: Microsatellite markers for genome-wide association studies (correspondence). Nature Reviews Genetics 2007;8:164.
16. **Witte JS**. Prostate cancer genomics: toward a new understanding. Nature Reviews Genetics 2009;10:77-82.
17. Khoury MJ, McBride C, Schully SD, Ioannidis JPA, Feero WG, Janssens AC, Gwinn M, Simons-Morton DG, Bernhardt JM, Cargill M, Chanock SJ, Church GM, Coates RJ, Collins FS, Croyle RT, Davis BR, Downing GJ, DuRoss A, Friedman S, Gail MH, Ginsburg GS, Green RC, Greene MH, Greenland P, Gulcher JR, Hsu A, Hudson KL, Kardia SLR, Kimmel PL, Lauer MS, Miller AM, Offit K, Ransohoff DF, Roberts S, Rasooly RS, Stefansson K, Terry SF, Teutsch SM, Trepanier A, Wanke KL, **Witte JS**, Xu JF. The scientific foundation for personal genomics: recommendations from an NIH-CDC multidisciplinary workshop. Genetics in Medicine 2009;11:559-67.
18. **Witte JS**. Personalized Prostate Cancer Screening: Improving PSA Tests with Genomic Information. Science Translational Medicine 2010;2:62.
19. Mefford J, **Witte JS**. The Covariate's Dilemma. PLoS Genet. 2012 Nov; 8(11):e1003096.
20. **Witte JS**, Visscher PM. Reclassify controls at your own risk (Commentary). Epidemiology 2012;23:910-911.
21. Mechanic LE, Chen HS, Amos CI, Chatterjee N, Cox NJ, Divi RL, Fan R, Harris EL, Jacobs K, Kraft P, Leal SM, McAllister K, Moore JH, Paltoo DN, Province MA, Ramos EM, Ritchie MD, Roeder K, Schaid DJ, Stephens M, Thomas DC, Weinberg CR, **Witte JS**, Zhang S, Zöllner S,

Feuer EJ, Gillanders EM. Next generation analytic tools for large scale genetic epidemiology studies of complex diseases. Genet Epidemiol. 2012 Jan; 36(1):22-35. PMID: 22147673.

22. Sakoda LC, Jorgenson E, **Witte JS**. Turning of COGS moves forward findings for hormonally mediated cancers. Nat Genet. 2013 Apr; 45(4):345-8.

23. Hobbs CA, Chowdhury S, Cleves MA, Erickson S, Macleod SL, Shaw GM, Shete S, **Witte JS**, Tycko B. Genetic epidemiology and nonsyndromic structural birth defects: from candidate genes to epigenetics. JAMA Pediatr. 2014 Apr 1; 168(4):371-7. PMID: 24515445.

24. Chen HS, Hutter CM, Mechanic LE, Amos CI, Bafna V, Hauser ER, Hernandez RD, Li C, Liberles DA, McAllister K, Moore JH, Paltoo DN, Papanicolaou GJ, Peng B, Ritchie MD, Rosenfeld G, **Witte JS*****, Gillanders EM, Feuer EJ. Genetic simulation tools for post-genome wide association studies of complex diseases. Genet Epidemiol. 2015 Jan; 39(1):11-9. PMID: 25371374.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

25. Tai CG, Graff RE, Liu J, Passarelli MN, Mefford JA, Shaw GM, Hoffmann TJ, **Witte JS**. Detecting gene-environment interactions in human birth defects: Study designs and statistical methods. Birth Defects Res A Clin Mol Teratol. 2015 Aug; 103(8):692-702. PMID: 26010994.

26. Webber DM, MacLeod SL, Bamshad MJ, Shaw GM, Finnell RH, Shete SS, **Witte JS*****, Erickson SW, Murphy LD, Hobbs C. Developments in our understanding of the genetic basis of birth defects. Birth Defects Res A Clin Mol Teratol. 2015 Aug; 103(8):680-91. PMID: 26033863.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

27. Mefford JA, Zaitlen NA, **Witte JS**. Comment on "Constrained Maximum Likelihood Estimation for Model Calibration Using Summary-Level Information from External Big Data Sources": A Human Genetics Perspective. JASA 2016;111(513).

28. Mechanic LE, Lindström S, Daily KM, Sieberts SK, Amos CI, Chen HS, Cox NJ, Dathe M, Feuer EJ, Guertin MJ, Hoffman J, Liu Y, Moore JH, Myers CL, Ritchie MD, Schildkraut J, Schumacher F, **Witte JS*****, Wang W, Williams SM. Up For A Challenge (U4C): Stimulating innovation in breast cancer genetic epidemiology. PLoS Genet. 2017 09; 13(9):e1006945. PMID: 28957327.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

29. Gauderman WJ, Mukherjee B, Aschard H, Hsu L, Lewinger JP, Patel CJ, **Witte JS*****, Amos C, Tai CG, Conti D, Torgerson DG, Lee S, Chatterjee N. Update on the state of the science for analytical methods for gene-environment interactions. Am J Epidemiol. 2017 Oct 01; 186(7):762-770. PMID: 28978192.
******* John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

30. McAllister K, Mechanic LE, Amos C, Aschard H, Blair IA, Chatterjee N, Conti D, Gauderman WJ, Hsu L, Hutter CM, Jankowska MM, Kerr J, Kraft P, Montgomery SB, Mukherjee B, Papanicolaou GJ, Patel CJ, Ritchie MD, Ritz BR, Thomas DC, Wei P, **Witte JS**. Current challenges and new opportunities for gene-environment interaction studies of complex diseases. Am J Epidemiol. 2017 Oct 01; 186(7):753-761. PMID: 28978193.

31. Graff RE, Kachuri L, **Witte JS**. Personalized Prostate Cancer Screening Based on a Single Midlife Prostate-specific Antigen Measurement. Eur Urol. 2018 Sep 26. PMID: 30268658.

32. Carroll PR, **Witte JS*****, Parsons JK. Germline testing in those at risk of prostate cancer. Can J Urol. 2019 Oct; 26(5S2):31-33. PMID: 31629425.
    ***** John Witte helped oversee design and statistical analyses, and provided critical revision of manuscript.

33. Gaylis FD, Cooperberg MR, Chen RC, Malin J, Loeb S, **Witte JS**, Carroll PR, Cohen ES, Dato PE, Lin DW, Zheng Y, Seibert TM, Setzler C, Wilt W, Gomez SL, Chan JML, Catalona WJ. Defining Quality Metrics for Active Surveillance: The Michigan Urological Surgery Improvement Collaborative Experience. Letter. J Urol. 2021 Jul;206(1):171-172.

### V.C Non Peer Reviewed Publications

1. Wijsman EM, Almasy L, Amos CI, Borecki I, Falk CT, King TM, Martinez MM, Meyers D, Neuman R, Olson JM, Rich S, Spence MA, Thomas DC, Vieland VJ, **Witte JS**, MacCluer JW. Analysis of complex genetic traits: Applications to asthma and simulated data. Genetic Epidemiology 2001;21:Sxxxviii-Sxxxix.

2. **Witte JS**, Fijal BA. Introduction: analysis of sequence data and population structure. Genetic Epidemiology 2001;21:S600-S601.

3. **Witte JS**, Schnell AH, Cordell HJ, Spielman RS, Amos CI, Miller MB, Almasy L, MacCluer JW. Introduction to Genetic Analysis Workshop 15 summaries. Genetic Epidemiology 2007;31(S1):S1-S6.

4. Atkinson EJ, McDonnell SK, **Witte JS**, Crawford D, Fan Y, Fridley B, Li D, Li L Rodin A, Sadee W, Speed T, Weiss S, Yang J, Yerges L, Schaid DJ. Lessons learned from the Fifth Statistical Analysis Workshop of the Pharmacogenetics Research Network. Pharmacogenomics 2010;11:297-303.

5. Catalona WJ, Bailey-Wilson JE, Camp NJ, Chanock SJ, Cooney KA, Easton DF, Eeles RA, FitzGerald LM, Freedman ML, Gudmundsson J, Kittles RA, Margulies EH, McGuire BB, Ostrander EA, Rebbeck TR, Stanford JL, Thibodeau SN, **Witte JS**, Isaacs WB. National Cancer Institute Prostate Cancer Genetics Workshop. Cancer Research 2011;71:3442-6.

6. **Witte JS**. Of models and methods. Cancer Epidemiol Biomarkers Prev. 2011;20:1059-60. PMID: 21652535.

7. Ralph D'Agostino R, DeMets D, Friedewald W, Goodman S, **Witte J**, Geller NL. The future of clinical trials: A panel discussion. Stat Med 2012;31:3068-3072.

8. **Witte JS**. Prostate Cancer: a closer look at risk factors. Clinical Omics Case Study. January 2016.

9. Catalona WJ, Cooperberg MR, Carroll PR, **Witte JS**, Gomez SL, Scholtens DM, Gaylis FD, Chen RC, Loeb S. Favorable-risk prostate cancer in the age of precision medicine. DIA Global Forum, 2019; 11(9).

### V.D Book Chapters

1. **Witte JS**. Computer Software in Genetic Epidemiology. In Armitage and Colton, eds. Encyclopedia of Biostatistics. West Sussex: John Wiley & Sons Ltd., 1998.

2. **Witte JS**. Gene-environment Interaction. In Armitage and Colton, eds. Encyclopedia of Biostatistics. West Sussex: John Wiley & Sons Ltd., 1998.

3. **Witte JS**. Hierarchical Modeling in Epidemiology. Statistics in Epidemiology Report. Newsletter of the Section on Epidemiology, American Statistical Association 2000;1:1-4.
4. **Witte JS**. Hierarchical Modeling. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
5. **Witte JS**. Gene-environment Interaction. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
6. **Witte JS**. Computer Software in Genetic Epidemiology. In Elston, Olson, and Palmer, eds. Encyclopedia of Human Genetics and Genetic Epidemiology. West Sussex: John Wiley & Sons Ltd., 2001.
7. Neville PJ, Casey G, **Witte JS**. Hereditary Prostate Cancer. In Klein ed. Management of Prostate Cancer, (2nd Edition). New Jersey: Humana Press, Inc., 2003.
8. Amos CI, **Witte JS**, Newman B. Identifying Causal Genetic Factors. In Runge, Patterson, eds. Principles of Molecular Medicine. New Jersey: Humana Press, pp19-26, 2006.
9. Schnell AH, **Witte JS**. Family-Based Study Designs. In Rebbeck, Abrosone, Shields, eds. Molecular Epidemiology: Applications in Cancer and Other Human Diseases. New York: Informa Healthcare, 2008.
10. Schnell AH, **Witte JS**. Hereditary Basis of Aggressive Prostate Cancer. In Foulkes, Cooney, eds. Genetics of Male Reproductive Cancers. New York: Springer, 2009.
11. Reese A, Casey G, **Witte JS**. Hereditary Prostate Cancer. In Klein E, Jones JS, eds. Management of Prostate Cancer, (3rd Edition). New Jersey: Humana Press, Inc., 2013.
12. **Witte JS**, Thomas DC. Genetic Epidemiology. In Lash TL, VanderWeele TJ, Haneuse S, Rothman KJ, eds. Modern Epidemiology 4th edition. Wolters / Kluwer, 2021.
13. Graff RE, Tai C, Kachuri L, **Witte JS**. Methods for Association Studies. In Lohmueller KE, Nielsen R, eds. Human Population Genomics. Springer, 2021.

### V.E Textbook

Witte RS, **Witte JS**. Statistics (11th Ed). New York: John Wiley & Sons, Inc., 2017. (ISBN: 0471722294)

Contains Confidential Information – Subject to Protective Order

## VI. GRANTS

(100% success rate for all NIH grants on which John Witte is the Principal Investigator.)

### VI.A Current Funding

| | | | |
|---|---|---|---|
| R01 CA241410 | Principal Investigator | 20% effort | Witte (PI) |
| National Institutes of Health | | 4/01/2020 | 3/31/2024 |

Precision prostate cancer screening with genetically adjusted prostate-specific antigen levels

This project is undertaking a large-scale study to determine the genetic factors that predispose individuals to high prostate specific antigen levels independently of prostate cancer. With this information we can account for these genetic factors to personalize prostate specific antigen screening to improve the accuracy of this test and reduce both prostate cancer mortality and unnecessary biopsies among men without this disease.

| | | | |
|---|---|---|---|
| U01 CA261339 | Multiple Principal Investigator | 10% effort | Conti / Witte |
| National Institutes of Health | | 1/1/2021 | 12/31/2025 |

Leveraging diversity in cancer epidemiology cohorts and novel methods to improve polygenic risk scores

This proposal aims to develop methods to construct polygenic risk scores (PRS), evaluate PRS, and estimate absolute and excess relative risk of cancer jointly with established risk factors and PRS (all in multiethnic populations).

| | | | |
|---|---|---|---|
| R01 CA201358 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2016 | 8/31/2022 |

Genome-wide pleiotropy scan across multiple cancers

Growing evidence suggests that the same genetic risk factors may impact risk of multiple different cancers. We aim to investigate this by studying the co-inheritance and shared genetic basis of a large number of cancers from a single, large population.

| | | | |
|---|---|---|---|
| N/A | Co-Principal Investigator | 5% effort | Witte (PI) |
| The Polsky Foundation (Northwestern University) | | 9/01/2019 | 8/31/2022 |

Determining the shared genetic basis of prostate cancer and inflammatory bowel disease

We are undertaking genetic and epidemiologic analyses to distinguish shared mechanisms that result in prostate cancer development among men with inflammatory bowel disease.

| | | | |
|---|---|---|---|
| R01 NR017622 | Co-Investigator | 5% effort | Leung (PI) |
| National Institutes of Health | | 7/01/2019 | 6/30/2022 |

The role of genomics in postoperative delirium and sedation

Contains Confidential Information – Subject to Protective Order

Postoperative delirium, subsyndromal delirium and opioid toxicities are major adverse symptoms facing older surgical patients due to their potential severe impact on patients' outcomes. This is a large multi-center study to investigate the contribution of genetic polymorphism to the occurrence of these adverse neurological symptoms in several cohorts of older patients who have undergone noncardiac surgery.

| | | | |
|---|---|---|---|
| R01 GM117163 | Co-Investigator | 5% effort | Giacomini (PI) |
| National Institutes of Health | | 9/1/2020 | 8/31/2024 |

Discovery of pharmacogenomic biomarkers for OATP1B1 and OATP1B3

The major goals of this pharmacogenomic research are to screen, characterize and discover biomarkers for two membrane transporters, OATP1B1 and OATP1B3 that associate with response to anti-diabetic agents.

**VI.B Pending Funding** (Witte as PI)

**VI.C Previous Funding** (Witte as PI)

| | | | |
|---|---|---|---|
| P50 CA180995 | Principal Investigator of Subcontract (Project Lead) | 10% effort | Catalona (PI) |
| National Institutes of Health | | 8/15/2015 | 8/31/2021 |

Impact of germline genetic variants and failure of active surveillance for prostate cancer

We propose to use genetics to gain clinically useful information concerning which men diagnosed with low-risk PC can be safely managed with AS and which should have early treatment.

| | | | |
|---|---|---|---|
| T32 CA112355 | Principal Investigator | 5% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2005 | 6/30/2025 |

Training in Molecular & Genetic Epidemiology of Cancer

This project is an ongoing inter-institutional post-doctoral training program in Genetic & Molecular Epidemiology of Cancer (was previously R25 CA112355).

| | | | |
|---|---|---|---|
| R01 CA088164 | Principal Investigator | 20% effort | Witte (PI) |
| National Institutes of Health | | 9/01/2000 | 6/30/2018 |

Genetic Epidemiology of Prostate Cancer Risk and Progression

This grant provided ongoing support (multiple renewals) for John Witte's research into the genetic basis of prostate cancer. The most recent funding period of this project undertook an exome-wide association study of prostate cancer development and progression. John Witte's research into the genetics of prostate cancer continues to be supported by other grants.

| | | | |
|---|---|---|---|
| U01 CA127298 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 9/18/2008 | 8/31/2014 |

Genome-wide Association Study of Prostate Cancer

This study searched for—and detected—novel genes for prostate cancer using a genome-wide approach in a large-scale multi-ethnic cohort.

---

| | | | |
|---|---|---|---|
| R01 CA94211 | Principal Investigator | 15% effort | Witte (PI) |
| National Institutes of Health | | 7/01/2002 | 6/30/2007 |

Androgen Pathway Factors and Prostate Cancer

This was a family-based study of the relation between androgen pathway factors and prostate cancer.

---

| | | | |
|---|---|---|---|
| DAMD17-98-1-8589 | Principal Investigator | 20% effort | Witte (PI) |
| U.S. Army Medical Research and Material Command | | 7/01/1998 | 12/31/2003 |

Relation of Genes to Prostate Cancer Occurrence and Aggressiveness

This was the first study to assess linkage and association of genetics to prostate cancer aggressiveness.

---

| | | | |
|---|---|---|---|
| R29 CA73270 | Principal Investigator | 50% effort | Witte (PI) |
| National Institutes of Health | | 7/01/1996 | 6/30/2001 |

Hierarchical Modeling in Cancer Research

This project developed hierarchical (Bayesian) models for deciphering the genetic and environmental basis of cancer.

## VII. CLINICAL TRIALS

None.

## VIII. PATENTS

U.S. Provisional Application 62/896,457, entitled "METHODS, COMPOSITIONS, AND SYSTEMS FOR PROFILING OR PREDICTING IMMUNE RESPONSE"

## IX. EDITORIAL SERVICE

| | |
|---|---|
| 2001 - 2001 | Associate Editor, Genetic Analysis Workshop 12 |
| 2003 - 2011 | Editorial Board, Epidemiologic Perspectives & Innovations |
| 2004 - 2005 | Editorial Board, Statistics in Medicine |
| 2005 - 2008 | Editorial Board, Cancer Epidemiology, Biomarkers & Prevention |
| 2007 - 2007 | Editor, Genetic Analysis Workshop 15 |
| 2008 - present | Senior Editor, Cancer Epidemiology, Biomarkers & Prevention (Methods) |
| 2011 - present | Editorial Board, Genetic Epidemiology |
| 2015 - present | Guest Associate Editor, PLoS Genetics |
| Ongoing | Ad hoc Referee (multiple reviews for most journals). American Journal of Epidemiology; American Journal of Human Genetics; Biometrics; Breast Cancer Research; Cancer Causes & Control; Cancer Epidemiology, Biomarkers & Prevention; Carcinogenesis; Epidemiology; Cancer Research; Cell; European Journal of Epidemiology; European Journal of Human Genetics; European Urology; Genetic Analysis Workshops; Genetics; Genetic Epidemiology; Genetics in Medicine; Genome Medicine, Genome Research; Human Genetics; Human Genomics; Human Heredity; Human Molecular Genetics; International Journal of Cancer; International Journal of Epidemiology; Journal of Clinical Oncology; Journal of the National Cancer Institute; Journal of Urology; Lancet; Nature; Nature Communications; Nature Genetics; Nature Medicine; Nutrition and Cancer; PLoS Genetics; PLoS One; Proceedings of the National Academy of Sciences; Science Translational Medicine; Scientific Reports; Statistical Science; Statistics in Medicine |

## X. GRANT REVIEWS AND OTHER PROFESSIONAL SERVICE

| | | |
|---|---|---|
| 1995 - 1995 | Allina Foundation Violence Prevention Research Initiative, Minnesota | Grant Reviewer |
| 1996 - 1997 | Massachusetts Breast Cancer Research Program | Grant Reviewer |
| 1998 - 1998 | Workshop on Innovative Study Designs and Analytical Approaches in the Genetic Epidemiology of Cancer Meeting, NIH | Invited Participant |

Contains Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| 1998 - 1999 | Alberta Heritage Foundation for Medical Research, Canada | Grant Reviewer |
| 1998 - 1998 | Department of Veterans Affairs, Western Research and Development, California | Grant Reviewer |
| 1998 - 1998 | Massachusetts Breast Cancer Research Program | Grant Reviewer |
| 1999 - 2001 | NIH Study Section: Epidemiology and Disease Control 2 (EDC-2) | Ad hoc Reviewer |
| 1999 - 1999 | NIH Study Sections: Neurological Sciences and Disorders; Molecular Epidemiology of Prostate Carcinogenesis RFA | Ad hoc Reviewer |
| 2000 - 2000 | Workshop on Common Variants and Cancer and Other Chronic Disease, NIH | Invited Participant |
| 2000 - 2002 | NIH Study Section: Nursing, epidemiology, and methods (SNEM-2) | Ad hoc Reviewer |
| 2000 - 2001 | NIH Study Section: Genetics | Ad hoc Reviewer |
| 2000 - 2000 | NIH review of the Center for Research on Environmental Disease, UT MD Anderson Cancer Center | Site Visit Team Member |
| 2000 - 2000 | Workshop on Multidisciplinary Initiative in Disease, Genes and the Environment, Doris Duke Charitable Foundation | Invited Participant |
| 2001 - 2001 | NIH Workshop on Genetic Susceptibility to Prostate Cancer | Co-Chair |
| 2002 - 2002 | Framingham Study Data and DNA Applications | Reviewer |
| 2002 - 2005 | Steering Committee, Mission Bay Epidemiology Study, San Diego | Member |
| 2002 - 2006 | NIH Study Section: Epidemiology of Cancer (EPIC) | Member |
| 2004 - 2004 | Wellcome Trust Senior Research Fellowship | Reviewer |
| 2004 - 2004 | Master of Science in Clinical Research Advisory Board, University of Hawaii | Member |
| 2004 - 2008 | Genetic Analysis Workshop Advisory Committee | Member |
| 2004 - 2010 | Molecular Epidemiology Subcommittee, Selenium and Vitamin E Cancer Prevention Trial (SELECT) | Member |
| 2005 - 2005 | Breast and Prostate Cancer and Hormone-Related Variants: Working Group Meeting to Evaluate Cohort Consortia Progress at 18 Months, NIH | Reviewer |
| 2005 - 2010 | Scientific Advisory Board, Pharmacogenetics Center on Nicotine Addiction and Treatment | Member |
| 2006 - 2016 | External Advisory Board, Training Program in Computational Genomic Epidemiology of Cancer, CWRU. | Chair |
| 2006 - 2010 | External Advisory Board, Review and Promotion Committee, Cancer Prevention Institute of California | Member |

| | | |
|---|---|---|
| 2006 - 2010 | Steering Committee, Epidemiology Study of Swimmer Health, Southern California Costal Water Research Project | Member |
| 2007 - 2008 | NIH Study Section: EPIC conflicts sections | Ad hoc Reviewer |
| 2007 - 2010 | External Advisory Board, Biology of the Prostate Cancer Prevention Trial (PCPT) | Member |
| 2007 - 2017 | Scientific Advisory Board, Omicia, Inc. | Member |
| 2008 - 2012 | NIH Study Section: Center for Inherited Disease Research Access Committee | Member |
| 2008 - 2008 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2008 - 2008 | Prostate Cancer Foundation of Australia | Reviewer |
| 2008 - 2008 | NIH Study Section: GEI Replication and Fine Mapping Supplements | Reviewer |
| 2009 - 2009 | NIH Study Section: EPIC conflicts | Ad hoc Reviewer |
| 2009 - 2009 | Planning Committee, Pharmacogenomics Research Network, Analysis Workshop | Member |
| 2009 - 2009 | Integrating Knowledge of inherited genetic variation and acquired somatic alterations in cancer tissues workshop, NCI/NIH | Co-organizer |
| 2010 - 2010 | Section of Genetics, IARC, Lyon France | External Reviewer |
| 2010 - 2010 | Workshop Committee, Congress of Epidemiology | Chair |
| 2012 - 2014 | NIH Study Section: Center for Inherited Disease Research Access Committee | Chair |
| 2012 - 2012 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2012 - 2012 | Department of Defense Prostate Cancer Research Program, Integration Panel | Reviewer |
| 2013 - present | External Advisory Board, Post-GWA Studies in Testicular Germ Cell Tumors | Member |
| 2004 - present | Promotion and Tenure reviews for external institutions, including: Harvard, Stanford, Berkeley, Johns Hopkins, Emory, Memorial Sloan–Kettering, University of Southern California, Case Western Reserve University, University of Queensland, Mount Sinai, International Agency for Cancer Research | Reviewer |
| 2014 - 2014 | NIH Workshop: Genetic simulation tools for post-GWA studies of complex diseases | Invited Participant |
| 2014 - 2014 | NIH Study Section, ZRG1 PSEQ | Ad Hoc Reviewer |

| | | |
|---|---|---|
| 2014 - 2014 | NIH Workshop: Continuing Challenges and New Opportunities for Gene-Environment Interaction Studies of Complex Diseases. | Invited Participant |
| 2015 - 2015 | NIH Study Section, Subcommittee F (Training) | Reviewer |
| 2016 - 2016 | NIH Intramural Program in Genetic Epidemiology | Reviewer |
| 2017 - 2017 | NIH Study Section, ZCA1 RTRB-U | Reviewer |
| 2017 - 2017 | NIH Study Section, ZHL1 CCT-S | Chair |
| 2019 - 2019 | NIH Cancer Biomarkers Study Section (CBSS) | Reviewer |
| 2019 - 2019 | NIH Site Visit for the University of Utah Huntsman Cancer Center | Reviewer |
| 2020 - 2020 | NIH Study Section, ZCA1 TCRB-O | Chair |
| 2020 - present | Data Science and Population Research Cores, Norris Comprehensive Cancer Center, USC, External Advisory Committee | Member |
| 2020 - 2025 | NIH NCI Board of Scientific Counselors – Clinical Sciences and Epidemiology | Member |

## XI. UNIVERSITY ADMINISTRATIVE SERVICE

### XI.A UCSF Campuswide Service

| | | |
|---|---|---|
| 2003 - 2006 | Internal Advisory Committee, Training in Clinical Research Program | Member |
| 2004 - 2020 | Cancer Genetics Program | Co-Leader |
| 2004 - 2004 | Cancer Center Capital Request Committee, Training Program Committee, Review Committee for American Cancer Society Intramural Grants, Strategic Committee to Prioritize Resources for Core Facilities | Member |
| 2004 - 2007 | Research Evaluation and Allocation Committee | Member |
| 2005 - present | Institute for Human Genetics, Executive Committee | Member |
| 2006 - 2010 | Prostate Cancer Developmental Research Program Review Committee | Member |
| 2006 - 2010 | CTSI KL2 Scholars Application Review Committee | Member |
| 2007 - 2010 | Resource Allocation Program (RAP) Review Committee on Epidemiology and Population Sciences | Chair |
| 2010 - 2011 | Molecular Medicine Resource Allocation Program | Co-Chair |
| 2005 - 2014 | Institute for Human Genetics Faculty Search Committees | Chair / Member |

Contains Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| 2010 - 2014 | PSPG Graduate Program Executive Committee | Member |
| 2013 - present | Clinical Pharmacology T32 Training Grant External Advisory Committee | Member |
| 2015 - present | Resource Allocation Program (RAP) Review Committee | Member |
| 2015 - 2019 | PSPG Graduate Program Curriculum Committee | Chair |
| 2016 - 2018 | BBC Seminar Committee | Member |
| 2018 - 2021 | Biomedical Informatics Graduate Program, Admissions Committee | Chair |
| 2019 - 2021 | Biomedical Informatics Graduate Program, Academic Advising | Member |
| 2020 - 2021 | Institute for Human Genetics Director Search Committee | Member |
| 2020 - 2021 | Advisory Board, Cancer Center Office of Education & Training | Member |
| 2020 - 2021 | Translational Epidemiology - Training for Research on Aging and Chronic disease T32 Steering Committee | Member |
| 2020 - 2021 | Diversity, Equity, and Inclusion Committee, PSPG Graduate Program | Member |

### XI.B UCSF Departmental Service

| | | |
|---|---|---|
| 2004 - 2004 | Urologic Oncology Program Retreat Planning Committee | Member |
| 2005 - 2009 | Biostatistics Faculty Search Committee | Member |
| 2006 - 2021 | Dept. of Epidemiology and Biostatistics Executive Committee | Member |
| 2007 - 2021 | Dept. of Epidemiology and Biostatistics Faculty Mentoring Program | Facilitator |
| 2007 - 2008 | Dept. of Neurology/Gallo Faculty Search Committee | Member |
| 2007 - 2009 | Committee to Develop UCSF PhD Program in Epidemiology | Member |
| 2008 - 2008 | Dept. of Pediatrics Faculty Search Committee | Member |
| 2008 - 2008 | Biostatistics/Cancer Center Faculty Search Committee | Member |
| 2008 - 2008 | Dept. of Epidemiology and Biostatistics PhD Curriculum Committee | Chair |
| 2008 - 2008 | Dept. of Bioengineering and Therapeutics Faculty Search Committee | Member |
| 2008 - 2008 | Dept. of Urology Faculty Search Committee | Member |
| 2010 - 2021 | Dept. of Epidemiology and Biostatistics PhD Steering/Admissions Committee | Member |

| | | |
|---|---|---|
| 2010 - 2012 | Dept. of Epidemiology and Biostatistics Faculty Search Committee | Member |
| 2011 - 2011 | Dept. of Pediatrics Faculty Search Committee | Member |
| 2013 - 2014 | Dept. of Epidemiology and Biostatistics, Career Development / Succession and Transdisciplinary Sciences Strategic Planning | Member |
| 2016 - 2017 | Dept. of Urology Faculty Search Committee | Member |
| 2018 - 2021 | Dept. of Epidemiology and Biostatistics, Senior Leadership Committee | Member |
| 2018 - 2021 | Dept. of Epidemiology and Biostatistics, Internal Pre-submission Study Section | Chair |

## XII. SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2000 - 2001 | Program Committee, International Genetic Epidemiology Society | Member |
| 2001 - 2001 | Program Committee, American Association for Cancer Research | Member |
| 2001 - 2001 | Best Paper, New Investigator, International Genetic Epidemiology Society | Judge |
| 2002 - 2002 | Program Committee; Pre-/Post-doc Awards, International Genetic Epidemiology Society | Chair and Judge |
| 2004 - 2004 | Statistical Genetics Section, American Society of Human Genetics | Reviewer |
| 2004 - 2004 | Program Committee, American Society of Preventive Oncology | Member |
| 2004 - 2015 | American Youth Soccer Organization | Coach |
| 2006 - 2007 | Education Committee, International Genetic Epidemiology Society | Chair |
| 2007 - 2009 | Board of Directors, International Genetic Epidemiology Society | Member |
| 2009 - 2011 | Steering Committee, Molecular Epidemiology Group, American Association for Cancer Research | Member |
| 2010 - 2012 | International Genetic Epidemiology Society | Secretary |
| 2014 - 2016 | Statistical Genetics Section, American Society of Human Genetics | Reviewer |
| 2015 - 2015 | Program Committee, American Association for Cancer Research | Member |

Contains Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| 2015 - 2015 | External Advisory Board, P01 on multiple myeloma, Washington University | Member |
| 2014 - present | External Advisory Board, Testicular Cancer Consortium | Member |
| 2016 - present | External Advisory Board, T32 training program on Cancer Prevention, University of Washington / FHCRC | Member |
| 2018 - present | Scientific Advisory Board, R01 "Integrative Analysis of Genomic, Epigenomic and Phenotypic Data for Disease Stratification of Endometriosis" | Member |
| 2018 - present | Scientific and Technical Advisory Board, NCI Cancer Research Data Commons | Member |
| 2019 - present | External Advisory Committee, T32 training program on Multidisciplinary Training in Ethnic Diversity and Cancer Disparities | Member |
| 2021 - present | External Scientific Panel (ESP) of the electronic Medical Records and Genomics (eMERGE) Network, NIH | Member |

## XIII. PRESENTATIONS (>150 total since 2003)

### XIII.A Invited Presentations – International (Since 2003)

| | |
|---|---|
| 2003 | Unit of Genetic Epidemiology, Heidelberg, Germany |
| 2003 | International Agency for Research on Cancer, Lyon, France |
| 2003 | German National Genome Research Net Symposium, Munich, Germany |
| 2003 | Workshop on Current Developments in Statistical Methodology for Genetic Architecture of Complex Diseases: Mathematical Research Institute, Oberwolfach, Germany |
| 2005 | International Agency for Research on Cancer, Lyon, France |
| 2006 | International Agency for Research on Cancer, Lyon, France |
| 2007 | International Genetic Epidemiology Society, York, England |
| 2007 | International Symposium of Community Medicine and Family Health, Shanghai, China |
| 2007 | International Agency for Research on Cancer, Lyon, France |
| 2008 | 3rd Annual Canadian Genetic Epidemiology & Statistical Genetics Meeting, Toronto, Canada |
| 2008 | European Society for Human Genetics, Barcelona, Spain |
| 2008 | International Epidemiological Association, World Congress of Epidemiology, Brazil (two talks) |
| 2009 | European Society for Human Genetics, Vienna, Austria |

Contains Confidential Information – Subject to Protective Order

| | |
|---|---|
| 2010 | Joint Statistical Meetings, Vancouver, Canada |
| 2010 | International Agency for Research on Cancer, Lyon, France |
| 2011 | North American Congress of Epidemiology (two talks & Roundtable), Montreal, Canada |
| 2011 | International Genetic Epidemiology Society (education session), Heidelberg, Germany |
| 2012 | University of Toronto, Toronto, Canada |
| 2012 | University of Queensland, Brisbane, Australia |
| 2013 | University of Melbourne, Melbourne, Australia |
| 2013 | Queensland Institute for Medical Research, Brisbane, Australia |
| 2013 | University of Sydney, Sydney, Australia |
| 2013 | University of Queensland, Brisbane, Australia (three talks) |
| 2014 | Banff International Research Station for Mathematical Innovation and Discovery, Banff, Canada |
| 2015 | International Agency for Research on Cancer, Lyon, France |
| 2016 | Symposium on Gene Environment Interactions, Copenhagen, Denmark |
| 2016 | Danish Cancer Society, Copenhagen, Denmark |
| 2016 | Cancer Registry of Norway, Oslo, Norway |
| 2017 | University of Queensland, Brisbane, Australia |
| 2017 | International Agency for Research on Cancer, Lyon, France |
| 2017 | International Genetic Epidemiology Society, Cambridge, UK |
| 2018 | Quantitative Genetics Symposium, University of Queensland, Brisbane, Australia |
| 2020 | International Agency for Research on Cancer, Lyon, France (postponed) |
| 2020 | International Genetic Epidemiology Society, Journal Club (virtual) |

### XIII.B Invited Presentations – National

| | |
|---|---|
| 2004 | Department of Preventive Medicine, University of Southern California, Los Angeles, CA |
| 2004 | Division of Research, Kaiser Permanente, Oakland, CA |
| 2004 | California Birth Defects Monitoring Program, Berkeley, CA |

| | |
|---|---|
| 2005 | Design, Technology & Analysis for Genomewide Association Studies, Los Angeles, CA |
| 2005 | International Conference on Environmental Mutagens, San Francisco, CA |
| 2006 | Human Genetics Seminar, Emory University, Atlanta, GA |
| 2006 | Biostatistics Workshop, Memorial Sloan-Kettering Cancer Center, New York, NY |
| 2006 | Biostatistics Workshop, Stanford University, Stanford, CA |
| 2006 | Frontiers in Cancer Prevention Research, American Association for Cancer Res, Boston, MA |
| 2006 | Health Research and Policy, Stanford University, Stanford, CA |
| 2006 | California Birth Defects Monitoring Program, Berkeley, CA |
| 2007 | Meet the Experts Session, American Association for Cancer Research, Los Angeles, CA |
| 2007 | Approaches to Complex Pathways in Molecular Epidemiology, AACR, Santa Ana Pueblo, NM |
| 2007 | Centers for Disease Control, Atlanta, GA |
| 2008 | Biostatistics Workshop, Harvard University, Cambridge, MA |
| 2008 | Epidemiology and Genetics Program, National Institutes of Health, Bethesda, MD |
| 2008 | Beyond Gene Discovery Workshop, Centers for Disease Control, Atlanta, GA |
| 2008 | 8th Annual Statistical Genetics Short Course for Obesity & Nutrition Researchers, San Diego, CA |
| 2008 | School of Public Health, Johns Hopkins University, Baltimore, MD |
| 2008 | Future of the National Birth Defects Prevention Study Workshop, CDC, Atlanta, GA |
| 2008 | Personal Genomics Workshop, Centers for Disease Control & National Institutes of Health, Washington DC |
| 2008 | 23andMe, Mountain View, CA |
| 2009 | Challenge of mapping GWAS signals Workshop, NCI/NIH, Bethesda, MD |
| 2009 | Genetics press conference, American Association for Cancer Research, Denver, CO |
| 2009 | Enhanced statistical approaches for cancer prevention Workshop, NCI, Ann Arbor, MI |
| 2009 | Society for Epidemiologic Research, Anaheim, CA (plenary session) |
| 2009 | Integrating knowledge of genetic variation & acquired somatic alterations, NCI, Bethesda, MD |
| 2010 | Human Nutrition Research Center on Aging, Tufts University, Boston, MA |

Contains Confidential Information – Subject to Protective Order

| | |
|---|---|
| 2010 | Fred Hutchinson Cancer Research Center Prostate Cancer Program, Seattle, WA |
| 2010 | American Society for Clinical Pharmacology and Therapeutics, Atlanta, GA |
| 2010 | SouthWest Oncology Group, San Francisco, CA |
| 2010 | Department of Epidemiology, UT MD Anderson Cancer Center, Houston, TX |
| 2010 | Division of Biostatistics, University of Southern California, Los Angeles, CA |
| 2010 | Workshop on Clinical Trials, Office of Biostatistics Research, NHLBI, Bethesda, MD |
| 2010 | Next Generation Analytical Tools Workshop, NCI, Bethesda, MD |
| 2010 | International Radiogenomics Consortium, New York, NY |
| 2010 | NCI Prostate Cancer Genetics Symposium, Washington D.C. |
| 2010 | Institute for Educational Advancement, San Francisco, CA |
| 2011 | Center for Environmental Health and Susceptibility, University of North Carolina, Chapel Hill, NC |
| 2011 | Department of Health Studies, University of Chicago, Chicago, IL |
| 2011 | Cancer Center, University of Utah, Salt Lake City, UT |
| 2011 | Genomic Associations Leading to Biological Insights, American Association for Cancer Research, Orlando, FL |
| 2011 | Career Day and Bridge to Engineering, Science and Technology for Women, Menlo School, Atherton, CA |
| 2011 | Epidemiology Division, Stanford University, Stanford, CA |
| 2012 | International Genetic Epidemiology Society (education session), Skamania, WA |
| 2012 | Pharmacogenomics Research Network, Seattle, WA |
| 2012 | American Society of Human Genetics, San Francisco, CA |
| 2012 | Bridge to Engineering, Science and Technology for Women, Menlo School, Atherton, CA |
| 2013 | American Society of Human Genetics, Boston, MA |
| 2013 | Affymetrix, Santa Clara, CA |
| 2013 | International Genetic Epidemiology Society (education session), Chicago, IL |
| 2013 | Pharmacogenomics Research Network, Nashville, TN |
| 2014 | AACR-Prostate Cancer Foundation Conference on Advances in Prostate Cancer Research, San Diego, CA |
| 2014 | Dee West Symposium, Stanford University, Stanford, CA |
| 2014 | Personalized Medicine World Conference, Mountain View, CA |
| 2014 | American Society of Human Genetics, San Diego, CA |

| | |
|---|---|
| 2015 | 25th International Prostate Cancer Update, Vail, CO |
| 2015 | Human Genome Variation Society, Baltimore, MD |
| 2015 | NCI Genetic Epidemiology live webinar (virtual) |
| 2016 | Personalized Medicine World Conference, Mountain View, CA |
| 2016 | NCI Division of Cancer Epidemiology and Genetics, Applied Epidemiology Seminar Series, Rockville, MD |
| 2016 | American Association for Cancer Research, New Orleans, LA |
| 2016 | Fred Hutchinson Cancer Research Center, Seattle, WA |
| 2016 | Quantitative Sciences Unit, Stanford University, Stanford, CA |
| 2017 | Robert Millikan Seminar Memorial, Lineberger Comprehensive Cancer Center, University of North Carolina, Chapel Hill, NC |
| 2018 | American Association for Cancer Research |
| 2018 | Systems Epidemiology Workshop, NCI, Bethesda, MD |
| 2018 | Cancer Prevention and Control Grand Rounds, MD Anderson, Houston, TX |
| 2018 | AncestryDNA, San Francisco, CA |
| 2019 | Pacific Symposium on Biocomputing, Kona, HI |
| 2019 | Department of Genetics, Emory University, Atlanta, GA |
| 2019 | Science and Technology Seminar Series, Illumina, Foster City, CA |
| 2019 | Biostatistics Workshop, Stanford University, Stanford, CA |
| 2019 | Society for Epidemiologic Research, Minneapolis, MN |
| 2019 | NCI/NIH DCP/DCCPS New Grantee Workshop, Rockville, MD |
| 2020 | Biology of Genomes, Cold Spring Harbor, NY (virtual) |
| 2020 | New Mexico Bioinformatics, Science and Technology Symposium (postponed) |
| 2021 | Division of Biostatistics, University of Southern California, CA |
| 2021 | Journal Club, American Society for Human Genetics (virtual) |
| 2021 | Journal Club, International Genetic Epidemiology Society (virtual) |
| 2021 | Biostatistics Workshop, Stanford University, Stanford, CA |

### XIII.C Invited Presentations (All at UCSF or Stanford)

| | |
|---|---|
| 2004 | Genitourinary Clinical Conference; Liver Genetics and Development Symposium; Urologic Oncology Clinical Conference and Research Retreat; Clinical Epidemiology Seminar; Longitudinal Data Seminar; Staff Seminar (Dept. Epi & Biostatistics) |
| 2005 | Genitourinary Clinical Conference (twice); Cancer Center Retreat; Genetics Day |

| | |
|---|---|
| 2006 | Institute for Human Genetics; Osher Institute; Hematology Fellowship Retreats |
| 2007 | PSPG Retreat; Faculty Research Seminar Series; Institute for Human Genetics; CAPS Program |
| 2008 | Prostate Cancer Retreat; Cancer Center; Prostate SPORE; Urologic Oncology |
| 2009 | Cancer Center Research Symposium |
| 2010 | CTSI K Scholars seminar; Prostate Cancer Research Retreat |
| 2011 | Cancer Epidemiology Workshop; Cancer Genetics Programs; Cancer Center; PSPG Program |
| 2012 | Institute for Human Genetics; Helen Diller Family Comprehensive Cancer Showcase; Cancer Epidemiology Workshop; Bioinformatics, Biophysics, and Chemistry Program (BBC); Prostate Cancer Program, Cancer Center |
| 2013 | Cancer Epidemiology Program, Cancer Genetics Program |
| 2014 | Cancer Genetics Program, PSPG Program, BBC Program |
| 2015 | Prostate Cancer Program, PSPG Program |
| 2016 | Quantitative Biosciences Consortium retreat, Institute for Human Genetics |
| 2018 | Prostate Cancer Program |
| 2019 | Quantitative Biosciences Consortium retreat |
| 2020 | Helen Diller Family Comprehensive Cancer Center, Friday Seminar Series |
| 2022 | Department of Epidemiology and Population Health Seminar Series (Stanford) |

## XIV. TEACHING AND MENTORING

### XIV.A Formal Teaching (Since 2003)

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2003 - 2004 | EPI 180.04: Designing Clinical Research | Led protocol review session | 2 |
| 2003 - 2004 | IDS 102A: Organ Systems | One lecture | 100 |
| 2003 - 2004 | EPI 217: Molecular Methods in Clinical Research I | Course Director, two lectures | 30 |
| 2003 - 2004 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2003 - 2004 | PH 256: Genetic and Molecular Epidemiology (UCB) | One lecture | 10 |
| 2003 - 2003 | Advances in Cancer Epidemiology, International Agency for Research on Cancer, Lyon, France. | Faculty member, lectured on genetic factors. | 30 |

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2003 - 2003 | Genetic Epidemiology: Focus on Emerging Biostatistical and Bioinformatical Issues, International Agency for Research on Cancer, Annecy, France. | Co-director of five-day course. | 45 |
| 2004 - 2005 | EPI 180.04: Designing Clinical Research | Section Leader, 6 sessions | 10 |
| 2004 - 2005 | IDS 102A: Organ Systems | One lecture | 100 |
| 2004 - 2005 | EPI 221: Masters Seminar II | Led 2 sessions | 5 |
| 2004 - 2005 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 14 |
| 2004 - 2005 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2004 - 2005 | Special Topics in Genetic Epidemiology (UCB) | One lecture | 12 |
| 2005 - 2006 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 6 lectures | 27 |
| 2005 - 2006 | EPI 221: Masters Seminar II | Course Director, 5 sessions | 8 |
| 2005 - 2006 | PH 258: Epidemiology of Neoplastic Diseases (UCB) | One lecture | 15 |
| 2005 - 2006 | PH 256: Genetic Epidemiology (UCB) | One lecture | 15 |
| 2006 - 2007 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 29 |
| 2006 - 2007 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 9 |
| 2006 - 2007 | Special Topics in Genetic Epidemiology (UCB) | One lecture | 11 |
| 2007 - 2008 | IDS 106: Cancer, Bench to Bedside | Small Group Leader | 14 |
| 2007 - 2008 | Major Organ Systems: genetics of common diseases | Small Group Leader | 15 |
| 2007 - 2008 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 10 |
| 2007 - 2008 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 21 |

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2007 - 2007 | Genetic Epidemiology: From Biological Resource Centres to Functional Studies, IARC, Lyon, France. | Lecturer in five-day course. | 50 |
| 2007 - 2007 | Genetic Epidemiology, Centers for Disease Control, Atlanta | Led two-day course. | 20 |
| 2008 - 2009 | Epidemiology / Evidence Based Medicine | Small Group Leader | 12 |
| 2008 - 2009 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 18 |
| 2008 - 2009 | EPI 221: Masters Seminar II | Course Director, 8 sessions | 6 |
| 2008 - 2009 | BMI statistical genetics | Lecturer | 15 |
| 2009 - 2010 | IDS 105: Infection, Immunity & inflammation | Small Group Leader | 12 |
| 2009 - 2010 | EPI 217: Molecular and Genetic Epidemiology I | Course Director, 5 lectures | 15 |
| 2009 - 2010 | EPI 221: Masters Seminar II | Course Director, 6 sessions | 8 |
| 2010 - 2011 | EPI 202: Designing Clinical Research | Final Review Session | 2 |
| 2010 - 2011 | Epidemiology / Evidence Based Medicine | Small Group Sub | 12 |
| 2010 - 2011 | EPI 217: Molecular and Genetic Epidemiology I | Course Director | 13 |
| 2010 - 2011 | EPI 207: Epidemiology Methods II | Co-Director | 6 |
| 2010 - 2010 | Student Workshop, Society for Epidemiologic Research | Faculty member, one day course | 6 |
| 2011 - 2012 | EPI 202: Designing Clinical Research | Final Review Session | 2 |
| 2011 - 2012 | IDS 102A: Major Organ Systems-Cardiovascular | Small Group Leader | 11 |
| 2011 - 2012 | IDS 105: Infection, Immunity & inflammation | Small Group Leader | 12 |
| 2011 - 2012 | IDS 106: Mechanisms, Methods and Malignancies | Small Group Leader | 12 |

Contains Confidential Information – Subject to Protective Order

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2011 - 2012 | EPI 217: Molecular and Genetic Epidemiology I | Course Director | 16 |
| 2011 - 2012 | EPI 207: Epidemiology Methods II | Co-Director | 11 |
| 2011 - 2012 | PH 258: Epidemiology of Neoplastic Diseases | Lecturer | 8 |
| 2011 - 2011 | Genetic Epidemiology for Epidemiologists, Congress of Epidemiology. Montreal, Canada. | Organized and lectured in half-day course. | 50 |
| 2012 - 2013 | *Sabbatical* | | |
| 2013 - 2014 | IDS 102A: Major Organ Systems-Cardiovascular | Small Group Leader | 11 |
| 2013 - 2014 | IDS 105: Infection, Immunity & inflammation | Small Group Sub | 13 |
| 2013 - 2014 | EPI 217: Molecular and Genetic Epidemiology I | Co-Director | 13 |
| 2013 - 2014 | EPI 207: Epidemiology Methods II | Co-Director | 9 |
| 2013 - 2014 | EPI 252: Cancer Epidemiology | Lecturer | 7 |
| 2014 - 2015 | IDS 105: Infection, Immunity & Inflammation | Small Group Sub | 13 |
| 2014 - 2015 | IDS 106: Mechanisms, Methods and Malignancies | Small Group Leader | 12 |
| 2014 - 2015 | Biophysics 297 - Writing Pre-doctoral Fellowships | Small Group Leader | 3 |
| 2014 - 2015 | EPI 217: Molecular and Genetic Epidemiology I | Director | 15 |
| 2014 - 2015 | EPI 252: Cancer Epidemiology | Lecturer | 6 |
| 2014 - 2018 | Summer Institute in Statistical Genetics, University of Washington | 2.5 day module | 15-20 |
| 2015 - 2016 | Epidemiology and Evidence-Based Medicine | Small Group Leader | 12 |
| 2015 - 2016 | Epi 217: Molecular and Genetic Epidemiology I | Director | 17 |

Contains Confidential Information – Subject to Protective Order

| Academic Year | Course Number & Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2015 - 2016 | Epi 252: Cancer Epidemiology | Lecturer | 5 |
| 2016 - 2017 | Epidemiology and Evidence-Based Medicine | Small Group Leader | 12 |
| 2016 - 2017 | Epi 217: Molecular and Genetic Epidemiology I | Director | 9 |
| 2016 - 2017 | Epi 252: Cancer Epidemiology | Lecturer | 6 |
| 2017 - 2017 | Summer Institute in Statistical Genetics, Brisbane Australia | Co-led 2 day module | 25 |
| 2017 - 2018 | Epi 217: Molecular and Genetic Epidemiology I | Director | 10 |
| 2018 - 2019 | Epi 217: Molecular and Genetic Epidemiology I | Director | 12 |
| 2018 - 2019 | Epi 252: Cancer Epidemiology | Lecturer | 15 |
| 2019 - 2020 | Epi 217: Molecular and Genetic Epidemiology I | Director | 6 |
| 2019 - 2020 | UME Inquiry Seminar: "Will Precision Medicine make Health Disparities Better or Worse” | Lecturer | 8 |
| 2019 - 2020 | Epi 252: Cancer Epidemiology | Lecturer | 10 |
| 2020 - 2021 | Genetics 200A: Principles of Genetics | Lecturer | 9 |
| 2020 - 2021 | Epi 217: Molecular and Genetic Epidemiology I | Director | 12 |
| 2020 - 2021 | Epi 252: Cancer Epidemiology | Lecturer | 8 |
| 2020 - 2021 | UME Inquiry Seminar: Disparities and Precision Medicine | Lecturer | 7 |
| 2020 - 2021 | Epi 224 (Stanford): Genetic Epidemiology | Lecturer (2) | 10 |
| 2021 - 2022 | Epi 224: Genetic Epidemiology | Director | 12 |

Contains Confidential Information – Subject to Protective Order

## XIV.B Predoctoral Students Supervised or Mentored

| Dates | Name | Program | Role |
|---|---|---|---|
| ***CWRU*** | | | |
| 1995 - 2000 | Bonnie Fijal | Genetic Epidemiology | PhD Advisor |
| 1995 - 2001 | Lee-lian Kim | Genetic Epidemiology | PhD Advisor |
| 1996 - 1997 | Evelyn Mentari | Medical School | Research Mentor |
| 1996 - 1998 | CiXuang Zheng | Genetic Epidemiology | PhD Committee |
| 1996 - 1998 | Xiaofeng Zhu | Genetic Epidemiology | PhD Committee |
| 1996 - 1999 | Audrey Schnell | Genetic Epidemiology | PhD Committee |
| 1997 - 1999 | Haomiao Jia | Epidemiology | PhD Committee |
| 1997 - 2000 | Michele Poe | Genetic Epidemiology | PhD Committee |
| 1998 - 1999 | James Sexton | Epidemiology | MS Committee |
| 1999 - 2000 | Ann Weiss | Genetics | MS Committee |
| 1999 - 2002 | David Conti | Genetic Epidemiology | PhD Advisor |
| 2000 - 2001 | Jonathan Mosley | Medical Scientist Training Program | Summer Mentor |
| 2000 - 2001 | Dennis Ang | Epidemiology | MS Committee |
| 2000 - 2002 | Natalie Colabianchi | Epidemiology | PhD Committee |
| 2000 - 2002 | Kijoung Song | Genetic Epidemiology | PhD Committee |
| 2000 - 2002 | Belhassen Kaabi | Genetic Epidemiology | PhD Committee |
| 2001 - 2002 | John Farrell | Epidemiology | MS Committee |
| 2001 - 2003 | Cheryl Thompson | Computer Science | MS Committee |
| 2001 - 2003 | Courtney Gray | Genetic Epidemiology | PhD Committee |
| 2001 - 2005 | Nora Nock | Genetic Epidemiology | PhD Advisor |
| 2002 - 2005 | Fred Schumacher | Genetic Epidemiology | PhD Advisor |
| ***UCSF*** | | | |
| 2006 - 2008 | Max Seibold | Pharmaceutical Sciences and Pharmacogenomics (PSPG) | PhD Committee |
| 2006 - 2007 | Beth Theusch | Biomedical Science | Faculty Coach |
| 2007 - 2007 | David Lomelin | Biological and Medical Informatics | Orals Committee |
| 2009 - 2009 | Lindsay Reynolds | PSPG | Orals Committee |
| 2009 - 2009 | Rachel LaFond | PSPG | Orals Committee |
| 2009 - 2009 | Joseph Lee | PSPG | Orals Committee |

| Dates | Name | Program | Role |
|---|---|---|---|
| 2009 - 2013 | Rachel Eclov | PSPG | Orals / PhD Comm. |
| 2010 - 2012 | Ernest Lam | PSPG | PhD Committee |
| 2010 - 2012 | Katherine Drake | PSPG | Orals Chair, PhD Comm |
| 2010 - 2014 | Karla Lindquist | Biological and Medical Informatics | PhD Advisor |
| 2012 - 2012 | Adrian Stecula | PSPG | Coach: Journal Club |
| 2012 - 2014 | Daniel Himmelstein | Biological and Medical Informatics | Rotation Supervisor, PhD Committee |
| 2012 - 2012 | Graham Heimberg | Biological and Medical Informatics | Coach: Journal Club |
| 2012 - 2017 | Danny S. Park | PSPG | Rotation Supervisor, PhD Committee |
| 2012 - 2012 | Dan Capurso | PSPG | Orals Committee |
| 2012 - 2012 | Hannah Thompson | Epidemiology | Orals Committee |
| 2013 - 2013 | Janine Micheli | PSPG | PhD Committee |
| 2013 - 2013 | Rebecca Freilich | Chemistry and Chemical Biology | Coach: Journal Club |
| 2013 - 2019 | Joel Mefford | PSPG | PhD CO-Advisor |
| 2013 - 2018 | Nima Emami | Biological and Medical Informatics | PhD Advisor |
| 2014 - 2015 | Lawrence Uricchio | BioEngineering | PhD Committee |
| 2014 - 2018 | Clint Cario | Biological and Medical Informatics | PhD Advisor |
| 2014 - 2018 | Caroline Tai | Epidemiology | PhD Advisor |
| 2015 - 2019 | Kevin Hartman | Biological and Medical Informatics | Orals Committee, PhD Committee |
| 2016 - 2020 | Emmalyn Chen | PSPG | PhD Advisor |
| 2016 - 2016 | Gabriel Cuellar-Partida | Statistical Genetics (University of Queensland) | Thesis Reviewer |
| 2017 - 2017 | Beau Norgeot | PSPG | Orals Committee |
| 2017 - 2020 | Katherina Chua | PSPG | Orals Committee |
| 2018 - present | Taylor Cavazos | Biological and Medical Informatics | PhD Advisor |
| 2018 - present | Jean Costello | Biological and Medical Informatics | PhD Co-Advisor |
| 2019 - 2019 | Andrew Kung | Biological and Medical Informatics | Orals Committee |
| 2020 | Miriam Goldman | Biological and Medical Informatics | Orals Committee |
| 2020 | Michelle Wang | PSPG | Orals Committee |
| 2020 | Vincent Chang | PSPG | Orals Committee |

| Dates | Name | Program | Role |
|---|---|---|---|
| 2020 | Yusuph Mavura | Epidemiology | Rotation Supervisor |
| 2020 - present | Erin Gilbertson | Biological and Medical Informatics | PhD Committee |

## XIV.C Postdoctoral Fellows Mentored

| Dates | Name | Position / Program | Role |
|---|---|---|---|
| 2000 - 2003 | Pip Neville, PhD | Cancer Biology, CCF | Co-Mentor |
| 2001 - 2004 | Fran Lissemore, PhD | Genetic Epidemiology, CWRU | Supervisor |
| 2001 - 2005 | Mine Cicek, PhD | Cancer Biology, CCF | Co-Mentor |
| 2004 - 2006 | Xin Liu, MD, PhD | Genetic Epidemiology, UCSF | Supervisor |
| 2004 - 2008 | Eric Jorgenson, PhD | Human Genetics | Supervisor |
| 2006 - 2007 | Phillip Ross, MD | Urologic Oncology | Supervisor |
| 2006 - 2008 | Iona Cheng, PhD | Genetic Epidemiology | Supervisor |
| 2006 - 2008 | Gary Chen, PhD | Computational Genetics | Supervisor |
| 2007 - 2008 | Audrey Schnell, PhD | Genetic Epidemiology | Supervisor |
| 2007 - 2009 | Vincent Fradet, MD | Urologic Oncology | Supervisor |
| 2007 - 2009 | Yu Chuan Tai, PhD | Statistical Genetics | Supervisor |
| 2008 - 2010 | Inga Hallgrímsdóttir, PhD | Statistical Genetics | Supervisor |
| 2008 - 2011 | Sung Kim, PhD | Evolutionary Genetics | Co-Mentor |
| 2009 - 2012 | Ken Kompass, PhD | Human Genetics | Supervisor |
| 2009 - 2010 | Adam Reese, MD | Urologic Oncology | Supervisor |
| 2009 - 2011 | Thomas Hoffmann, PhD | Statistical Genetics | Supervisor |
| 2009 - 2011 | Jill Hardin, PhD | Genetic Epidemiology | Supervisor |
| 2010 - 2011 | Sanoj Punnen, MD | Urologic Oncology Fellow | Supervisor |
| 2010 - 2012 | Niall Cardin, PhD | Statistical Genetics | Supervisor |
| 2010 - 2012 | Remi Kazma, PhD | Genetic Epidemiology | Supervisor |
| 2012 - 2015 | Jinghau Liu, PhD | Statistical Genetics | Supervisor |
| 2014 - 2015 | Longyang Wu, PhD | Statistical Genetics | Supervisor |
| 2014 - 2017 | Arunabha Majumdar, PhD | Statistical Genetics | Supervisor |
| 2014 - 2019 | Rebecca Graff, ScD | Genetic Epidemiology | Supervisor |
| 2015 - 2016 | Michael Passarelli, PhD | Genetic Epidemiology | Supervisor |

| Dates | Name | Position / Program | Role |
|---|---|---|---|
| 2015 - 2017 | Joshua Hoffman, PhD | Statistical Genetics | Supervisor |
| 2016 - 2019 | Sara Rashkin, PhD | Statistical Genetics | Supervisor |
| 2016 - 2019 | Chenan Zheng, PhD | Genetic Epidemiology | Supervisor |
| 2017 - 2021 | Travis Meyers, PhD | Genetic Epidemiology | Supervisor |
| 2018 - present | Linda Kachuri, PhD | Genetic Epidemiology | Supervisor |
| 2020 - present | Jovia Nierenberg, PhD | Genetic Epidemiology | Supervisor |
| 2020 - present | Yu Jiang, PhD | Statistical Genetics | Supervisor |
| 2020 - present | Roucheng Dong, PhD | Statistical Genetics | Supervisor |

## XIV.D Faculty Mentoring

| Dates | Name | Position while Mentored | Role |
|---|---|---|---|
| 2000 - 2006 | Li Li, MD, PhD | Daymon-Runyon Fellow | Mentor |
| 2003 - 2007 | Irene Katzen, MD | K23 Awardee | Co-Mentor |
| 2003 - 2010 | June Chan, PhD | Junior Faculty | Co-Mentor |
| 2005 - 2006 | Jacob Elkins, MD | Clinical Research | MS Committee |
| 2005 - 2007 | Mary Beattie, MD | K12 Scholar | Co-Mentor |
| 2005 - 2008 | Anil Sapru, MD | Junior Faculty | Co-Mentor |
| 2006 - 2008 | Zian Tseng, MD | Clinical Research | MS Chair |
| 2007 - 2008 | Guiting Lin, MD/PhD | Junior Faculty | Career Mentor |
| 2007 - 2010 | Jeff Wall, PhD | Junior Faculty | Career Mentor |
| 2007 - 2012 | Sharon Chung, MD | Junior Faculty, K12 Scholar | MS Comm, Co-Mentor |
| 2007 - 2009 | Greg Marcus, MD | K12 Scholar | Co-Mentor |
| 2008 - 2009 | Kirsten Kangelaris, MD | Clinical Research | MS Committee |
| 2008 - 2013 | Paige Bracci, PhD | Junior Faculty | Co-Mentor |
| 2009 - 2014 | Shweta Choudhry, PhD | Junior Faculty | Career Mentor |
| 2010 - 2012 | Jaret Whitson, MD | Clinical Research | MS Chair |
| 2011 - 2013 | Joshua Galanter, MD | Clinical Research | MS Committee |
| 2011 - 2013 | Jennifer Graves, MD | Clinical Research | MS Committee |
| 2012 - 2016 | Noah Zaitlen, PhD | Junior Faculty | Mentor |
| 2013 - 2018 | Jonathan Mosley, MD/PhD | K Awardee | Mentor |
| 2014 - 2018 | Lindsay Avalos, PhD | K Awardee | Mentor |

Contains Confidential Information – Subject to Protective Order

| Dates | Name | Position while Mentored | Role |
|---|---|---|---|
| 2014 - 2016 | Stephanie Christenson, MD | Clinical Research | MS Comm. |
| 2014 - present | Ming Li, PhD | K Awardee | Mentor |
| 2017 - 2018 | Teresa Sparks, MD | MAS Student | MAS Comm. |
| 2020 - present | Shylaja Srinivasan, MD | K Awardee | Mentor |

# EXHIBIT
# 8

## Deposition of Robert Buchberger 06/15/2021

## Subject to Renewed Motion to Seal Per DE 6124

# EXHIBIT

# 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____________________________/

REMOTE VIDEOTAPED DEPOSITION OF: LIANGFU CHEN, PH.D.

DATE TAKEN: August 30, 2021

TIME: 9:00 a.m. to 8:49 p.m.

PLACE: Witness appeared remotely from Philadelphia County, Pennsylvania

BEHALF OF: The Plaintiff(s)

REPORTER: Michelle R. Hordinski, RMR, CRR, appearing remotely from Lee County, Florida

_____________________________________

U.S. LEGAL SUPPORT
Registered Professional Reporters
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida 33901
Phone: (239) 332-7443 FAX: (239) 332-4066
Offices in Naples * South Fort Myers * Punta Gorda

REMOTE APPEARANCES:

Appearing on behalf of the Zantac PSC:

DANIEL A. NIGH, ESQ.
SARA PAPANTONIO, ESQ.
MADELINE PENDLEY, ESQ.
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Dnigh@levinlaw.com
Spapantonio@levinlaw.com
Mpendley@levinlaw.com

Appearing on behalf of the Zantac PSC:

ROSEMARIE RIDDELL BOGDAN, ESQ.
Martin, Harding & Mazzotti LLP
1 Wall Street
Albany, New York 12205
Rosemarie.Bogdan@1800LAW1010.com

Appearing on behalf of the Zantac PSC:
ROOPAL P. LUHANA, ESQ.
COURTNEY E. GRIFFIN, ESQ.
Chaffin Luhana, LLP
600 Third Avenue, 12th Floor
New York, New York 10016
Luhana@chaffinluhana.com
Griffin@chaffinluhana.com

Appearing on behalf of the Defendant, Chattem, Inc., Sanofi U.S. Services, Inc., Sanofi-Aventis U.S., LLC:

MATTHEW T. SCARVIE, ESQ.
Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Matthew.scarvie@arnoldporter.com



Appearing on behalf of the Defendant, Boehringer Ingelheim:

LUKE BOSSO, ESQ.
King & Spalding
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Lbosso@kslaw.com

Appearing on behalf of the Defendants, GlaxoSmithKline LLC and GlaxoSmithKline PLC:

JOHN O'TUEL, ESQ., In-House Counsel

and

CAROLINE POWER, ESQ.
DECHERT
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Caroline.power@dechert.com
and
THOMAS J. SHEEHAN, ESQ.
KIMBERLY PENNER, ESQ.
Shook, Hardy & Bacon
1325 Avenue of the Americas, 28th Floor
New York, New York 10019
Tjsheehan@shb.com
Kpenner@shb.com

THE VIDEOGRAPHER: Carlos Coello, US Legal Support

DEPO TECHNICIAN: John Schmitzer, US Legal Support

ALSO PRESENT:

Lauren Massey, Paralegal, Levin Papantonio

---



I N D E X


| | Page |
|---|---|
| Direct Examination By Mr. Nigh | 9 |
| Cross-Examination By Ms. Penner | 285 |
| Redirect Examination By Mr. Nigh | 300 |
| Recross-Examination By Ms. Penner | 345 |
| Witness Notification Letter | 349 |
| Errata Sheet | 350 |
| Certificate of Reporter | 351 |
| Certificate of Oath | 352 |


E X H I B I T S


| No. | Page |
|---|---|
| (Defense Exhibits) | |
| 1 | 285 |
| 2 | 289 |
| 3 | 291 |
| 4 | 296 |
| (Plaintiffs' Exhibits) | |
| 255 | 140 |
| 259 | 221 |
| 260 | 135 |
| 261 | 137 |
| 265 | 149 |
| 288 | 121 |
| 2424 | 215 |





| | |
|---|---|
| 3635 | 202 |
| 4065 | 11 |
| 4066 | 29 |
| 4067 | 55 |
| 4068 | 58 |
| 4069 | 76 |
| 4070 | 79 |
| 4071 | 92 |
| 4072 | 117 |
| 4073 | 130 |
| 4074 | 142 |
| 4075 | 196 |
| 4076 | 227 |
| 4077 | 240 |
| 4078 | 264 |
| 4079 | 267 |
| 4080 | 268 |

REPORTED REMOTELY FROM LEE COUNTY, FLORIDA

THE REPORTER: Will the witness please present his government-issued identification and hold it up to the camera for verification?

(Witness presents his Pennsylvania-issued ID and identity verified.)

MR. COELLO: Good morning. We are now on the record. Participants should be aware that this proceeding is being recorded, and as such, all conversations held will be recorded unless there is a request and agreement to go off the record. Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface.

For the purpose of creating a witness-only video recording, the witness is being spotlighted on all video screens while in speaker view. We'd ask that the witness not remove the spotlight setting during the deposition as it may cause other participants to appear on the final video rather than just the witness.

For anyone who doesn't want the witness's



video to take up the large part of your screen, you may click the gallery view button in the upper right corner of the remote depo interface.

This is the remote video recorded deposition of Dr. Liangfu Chen being taken by counsel for the plaintiff. Today is Monday, August 30th, 2021. The time is now 1301 UTC, 9:01 A.M. EDT. We are here in the matter of In Re: Zantac (Ranitidine) Products Liability Litigation. My name is Carlos Coello, remote video technician on behalf of U.S. Legal Support. I'm not related to any party in this action, nor am I financially interested in the outcome.

At this time will the reporter, Michelle Hordinski on behalf of U.S. Legal Support, please enter the statement for remote proceedings into the record.

THE REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath



administered in person, I will administer the oath remotely. This arrangement is pursuant to the Florida Supreme Court Administrative Order No. AOSC20-32.

The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting unless an objection is stated at this time.

Testimony taken before Michelle R. Hordinski, Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public in and for the State of Florida at Large in the above cause.

-----

THE REPORTER: Do you solemnly swear that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: Yes.

Thereupon,

LIANGFU CHEN, PH.D.,

having been first duly sworn or affirmed, was examined and testified as follows:



DIRECT EXAMINATION

BY MR. NIGH:

Q. Good morning, Dr. Chen.

A. Good morning.

Q. My name is Daniel Nigh, and I represent the plaintiffs in this action. I wanted to first start off by saying I have a storm right outside of my window. I'm far enough from the hurricane not to have any major damage, but still close enough to have some significant thunderstorm bands and potential tornados. So if there's some interruption or you can't understand or it's hard to break out, just let me know. Or if I go out altogether -- I do have my phone here next to me, so if I lose Wi-Fi service and/or connected line service, I'll also get it on my phone as well.

So hopefully we'll be able to go through this without any hiccups.

Where are you currently located?

A. I'm currently located in a firm, law firm office.

Q. Which law firm office?

A. That's the office Shook, Hardy and -- let me check everything here -- Shook, Hardy & Bacon LLP.

Q. Okay. And is there anyone present in the room with you right now?
A. No. Just myself.
Q. You understand that while you're being -- what, if any, notes do you have in front of you today?
A. I'm sorry. Say again. I actually cannot see you, sir. I cannot see you on the screen. That may be a bit difficult without seeing you. That's why some of the words you're trying to communicate, I cannot hear.
Is there something I can create on the screen so I can switch? I can see Kim pretty clearly here on the screen and then myself.
MS. PENNER: Do we want to go off the record for a moment to get James, the technician?
MR. NIGH: Yeah. Let's go ahead and do that.
MS. PENNER: Okay.
MR. COELLO: We are now going off the video record. The time is 1304 UTC, 9:04 a.m. EDT.
(A discussion was had off the record.)
MR. COELLO: We are now back on the video



record. The time is 13:10 UTC, 9:10 a.m. EDT.
BY MR. NIGH:
Q. Dr. Chen, do you have any notes in front of you?
A. Sorry. Say again. Somehow you broke up.
Q. Do you have any notes in front of you?
A. I don't.
Q. Okay. Do you have any documents in front of you?
A. I don't.
Q. What devices do you have in the room with you today?
A. I have my cell phone on the table and my Fitbit watch.
Q. Okay. All right.
Let's take a look at LP426. Dr. Chen, this will be your CV.
(Exhibit 4065 was marked for identification.)
THE WITNESS: Okay.
BY MR. NIGH:
Q. Okay. Can you see that on the screen?
A. Yes.
Q. Okay. And let's go ahead and go down to



career history. And here we can see it shows career history, GlaxoSmithKline, and it shows that you've worked at GlaxoSmithKline since 2001; is that correct?
A. That's correct.
Q. So you've worked there for about 20 years, correct?
A. That's correct.
Q. And then before GlaxoSmithKline I'm going to highlight that you had University of Texas at Austin, department of biological chemistry, correct?
A. That's correct.
Q. And it shows postdoctoral research fellow, right?
A. Yes.
Q. And that was in 1997?
A. Yes, '97 to '98.
Q. Okay. And let's go up to your title currently with GlaxoSmithKline. Is it -- are you scientific director, DMPK project specialists?
A. Yes.
Q. And what does DMPK stand for?
A. DMPK stands for drug metabolism and pharmacokinetics.



Q. Then it says IVIVT. What does that stand for?
A. IVIVT stands for in vivo-in vitro translation.
Q. Okay. Let's take a look -- let's turn to page 3. And at the bottom of the page it says DMPK lead for projects.
Do you see that there?
A. Yeah, I see that.
Q. And then it shows ranitidine, correct?
A. Yes.
Q. Now, ranitidine, that's the generic molecule name for Zantac, correct?
A. Yes.
Q. And next it says lead GSK scientific evaluation and regulatory responses to EMA queries.
Do you see that?
A. Yes, I see it.
Q. So were you responsible for leading the GSK scientific evaluation and regulatory responses to EMA queries?
A. I did not do the whole thing, but I did the DMPK area under my remit to anything that related to DMPK to be part of this whole response.

So there's other people -- other people involved in this response in this whole activities.
Q. So you were responsible for the drug metabolism and pharmacokinetics part of the responses to the EMA?
A. That's correct.
Q. Okay. And next it says, to EMA queries to conduct clinical trials to understand ranitidine's ADME properties.
What does the ADME stand for?
A. ADME stands for absorption, distribution, metabolism, and excretion.
Q. Ranitidine's ADME properties specifically in relation to the potential formation of N -- let's look at the next page -- N-nitrosodimethylamine.
Now, N-nitrosodimethylamine, that's known as NDMA, correct?
A. That's correct.
Q. And you next put that it's a probable human carcinogen, correct?
A. It's a probable human carcinogen.
Q. Okay. And you agree that NDMA is a probable human carcinogen, correct?
A. It's a probable human carcinogen, yes.



That's the -- but the reason we have probable there, there's a lot of conditions there. So that's what -- it's a very complicated scientific matter, so the word "probable" probably is the best term we can come up with. But, yes, by itself just pick a term probable is probably a correct term to define NDMA as a probable human carcinogen.
Q. You next put, reestablished the organizational knowledge on ranitidine metabolism and disposition for this legacy product of nearly 40 years.
Do you see that?
A. Yes.
Q. And what does it mean to be a legacy product?
A. We call it a legacy product. It's more our department -- when we say legacy product, we mean those products that has been in the market for a long time and approved several decades ago. That's what it means.
Q. Okay. And I wanted to make sure that this document, that it's marked as Exhibit 4065. Sorry. Okay.
Next you say, identified in the



publication several major concerns in the methodology and data integrity.
Do you see that?
A. Correct.
Q. What were the major concerns or gaps in the methodology and data integrity for Zantac?
A. We refer this one, this publication, as the Zeng and Mitch publication in 2016. In the publication they report a pretty high level of the NDMA detected in human urine after administration of the ranitidine Zantac tablet. And we look at that paper, the publication, by itself. We identify some gaps in some of the potential analytical artifact in the methodology they used and as well how they interpret the data, how they come up with the conclusion.
So we did not feel that paper scientifically robust and in some part actually cannot make chemical scientific sense.
And as we progress with this matter, not just GSK involved in the -- to try to understand that publication, address these by FDA, also participate in this investigation, they did a clinical study last year, and they reported the outcome.



When they did the study, they specifically tried to follow up with what Zeng and Mitch had found in their publication. The FDA's publication which just came out two months ago in the public domain. Actually, they also, by and large, agree with what we initially assessed about the concern about the data gap about the methodology.
Q. Are you done?
A. I'm done.
Q. Okay. Now, you first started looking at -- and examining the Mitch study in July of 2019; is that correct?
A. The summertime, yes, 2019.
Q. Now, that study was published in 2016. Do you know if anyone at GSK examined that study back in 2016?
A. I cannot know exactly who did the work, but I believe somebody look into those because this is the practice. When we support a legacy product, we have the regular review of the editor's information as part of the requirement and also part of our standard practice to check the -- to check the -- anything new coming in the literature.

Page 18

So this was not surfaced to the level that we need to do any update, any change in the regulatory document, like labeling, anything changed, so itself did not deem a legitimacy to be to an update to an agency to know about this.

Q. Okay. So before you looked at this in July of -- or in the summer of 2019, did you see any summaries that -- whoever may have reviewed this Mitch study previously? Did you see any summaries?

A. I did not.

Q. No? Okay.

Did you see any opinions or action plan or anything from anyone else --

A. I did not.

Q. -- at GSK? No?

A. No.

Q. Okay. So July -- as far as you know, you had a policy that this study should have been reviewed, but you don't have any way of confirming that it was actually reviewed by anybody at GSK, correct?

A. I don't have any knowledge about who did it and how they proceed with them. So I do not have access to that. That would be somebody else

Page 19

in the regulatory area. They probably will have the record about review how they assess. I don't know -- I do not have any knowledge about how that happened.

Q. Now, when you started looking into Mitch in the summer of 2019, wouldn't you have been curious as to, you know, what GSK had done in reaction to that Mitch study in 2016?

A. I was asked to review this paper and then provide scientific opinion about the paper, so that's what I was -- was asked to do. And then -- and then that's also what I did.

Q. Do you know why no one was asked to provide a scientific opinion about the paper before summer of 2019?

A. Say it again.

Q. Do you know why no one was asked to provide a scientific opinion about the paper before summer of 2019?

A. I do not know that, no.

Q. Now, in terms of NDMA in ranitidine, there were multiple other scientific papers before Mitch's 2016 paper, correct?

A. When they started looking to that closely, and the reason I look at it closely is

Page 20

really there's a question from EMA, right?

There -- in terms of the potential endogenous formation of the NDMA -- so Zeng and Mitch also published publication a year before 2016. So there's another paper, but they're the same author. And in that publication, they actually also have -- look into the potential presence of NDMA in two healthy human subjects, and then they took the ranitidine and then they measured the amount, and then they actually make a pretty important -- make a reference to his publication in 2015 in their later publication in 2016.

So in that earlier publication, they report a level of NDMA in human urine actually much, much less than when they reported in the 2016. And so when they start looking into the 2016 publication -- because 2015 publication was just as a reference, normally I would like to go back to check out the earlier publication, how they did the work. Because the methodology they describe in the 2016 publication, they did not provide specific information in publication. They only say, see the publication in 2015.

So I went back to check that publication.

Page 21

Actually, they only used a similar methodology for which we had a concern. And then, interestingly, when they reported result between 2015 and 2016, in different studies the levels are drastically different. And in their earlier study, 2015, the level much, much lower.

So typically, you know, when you're in this field, when you are doing work, you make reference to your previous study. You will also make comment about how does the current study from 2016 relate to the previous study and then make any other comments.

Because the data so different. So, yeah, so that's another gap there which we highlight to the EMA when we email respond, because we're asked to provide our opinions about a publication.

Q. Are you aware of whether or not GSK had looked at the 2015 study by Zeng that also showed a connection between Zantac and NDMA?

A. I wasn't aware, and I'm not aware now, either.

Q. Are you aware that there were studies before 2015 that discussed chloramination of Zantac and NDMA?

A. I wasn't aware until I started looking

into the Zeng and Mitch publication 2016, and, yeah, and I pull out some of the publications on the -- especially in the wastewater treatment process. And there was quite a lot publication in a part.
I -- my understanding is that Zeng and Mitch, especially Mitch, first the Mitch lab, they actually have done quite a lot of work in terms of the wastewater treatment, and of course not just looking to ranitidine, other pharmaceuticals, the potential to find NDMA.
So the work that you mentioned earlier or mentioned about probably it could lead to formation of NDMA, yes, there are several publications, not just the Mitch lab. Other people also published on that.
But that's, I think, around the environmental part, again, that's not my field. But when I reference the publication, yeah, it's more about, yeah, wastewater treatment and during this process whether or not there's a tendency to convert a pharmaceutical to the formation of NDMA.
Q. In 2015, Zeng was publishing that -- in part, Zantac was -- Zantac and humans excreting NDMA from the Zantac that they took into the


public water, they were postulating that that was one of the highest sources of NDMA in the wastewater -- in the wastewater, correct?
A. So I'm not sure if you're aware that the -- the NDMA data reported in 2015 publication actually the author actually retract that set of data. They did not retract that publication completely, but they did have a statement in general saying, because of the methodology that we use in 2015 paper, they did not feel comfortable to keep the data out there for NDMA detection.
So, again, bring back to our earlier assessment to say, well, this methodology is questionable, and -- and then three years later the author actually in agreement -- was in agreement with that assessment. And then they also acknowledged the -- the -- this actually was investigated and also confirmed from the FDA as well.
Q. Well, what I'm asking -- I'm not asking about the retraction or the data thereafter. What I'm asking is, in 2015 they had published a study that shows that when they're looking at the sources of NDMA in wastewater, they're finding that humans taking Zantac are excreting NDMA in


the public water source, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that because I -- that's not my area. Wastewater treatment, also pollutant in the drinking water, I think that's a very, very big science, so -- and I haven't followed personally everything in that area because it's not -- just not my area.
I pick out those information because this 2016 paper make a reference to that 2015 paper. So, yeah, I cannot comment further on that -- on that statement, on that question.
BY MR. NIGH:
Q. So you don't know that in 2015, those authors were showing that one of the main sources of NDMA in the wastewater is people taking Zantac and then excreting NDMA out of their bodies?
You don't recall seeing that in the 2015 paper?
MS. PENNER: Objection.
And, Dr. Chen, if you need to see a document, please let Mr. Nigh know.
MR. NIGH: That's an inappropriate objection. Please keep your objections to


form.
THE WITNESS: As I said, I haven't been following that, and that's not my area. If you'd like me to -- to provide opinions on the data, yes -- yeah, I would like to see exactly what information you are referring to so I can -- I can -- I can provide my -- my thought when we look at data.
BY MR. NIGH:
Q. Yeah, I'm not providing the document right now. I'm asking a very big-picture question, which is, you don't recall, as you were looking back at this literature, that there's a 2015 study that shows one of the major contaminations of NDMA in the wastewater is actually from people taking Zantac and excreting NDMA into the wastewater?
You recall that there were findings retracted, but you don't recall those findings in that study?
MS. PENNER: Objection. Misrepresents.
MR. NIGH: Again, keep your -- keep your objections to form, please. That's an improper objection.
You can answer.

THE WITNESS: As I say again, it's not my area, and not in the environmental science, not in the wastewater treatment area, so I cannot comment on that.

BY MR. NIGH:

Q. Do you recall if there was any review or any review that you saw from GSK in 2015 where GSK was responding to this finding of people taking Zantac and excreting NDMA in the public water system?

MS. PENNER: Objection.

THE WITNESS: I do not have any knowledge on that.

BY MR. NIGH:

Q. Okay. Let's go -- let's come back to the CV again. Pull that back up.

Okay. Next it says -- again, we were showing that you identified in the publication several major concerns and gaps in the methodology and data integrity. And it says, developed a GSK investigative plan.

Do you see that?

A. Yes, I see it.

Q. Does that mean that you were partially responsible for developing a GSK investigative



plan in terms of clinical trials or animal studies to be conducted on these issues?

A. What I says here is in the metabolism PK bioanalysis part, yes, I came up with a proposal working with the department, whoever involved in their work, and developed an investigative plan to look into the bioanalysis methodology evaluation because that was a concern we had on the Zeng and Mitch paper, and also about the potential role of an enzyme that was proposed by Valisure, who sent a citizen petition letter to FDA about their thought about their proposal about potential involvement of an enzyme which could play a role to convert ranitidine to NDMA.

So we did a work for their part as part of the study plan, investigative plan, and also we took the modeling approach to try to better understanding any new information, any data out there that would allow us to gain better understanding of the question being asked.

Q. Now, both -- actually, strike that.

You started looking at the Mitch paper in summer of 2019 because of the Valisure report, correct?

MS. PENNER: Objection.



THE WITNESS: I cannot -- I cannot comment directly on that, but my understanding is the question coming to me was strictly coming from EMA Article 31 on a query, so I don't know how these -- in terms of the trigger Valisure paper, Valisure citizen petition, the EMA query -- because other countries also have agency to ask similar type of questions. So, yeah, I cannot -- I cannot speak to which start first, which start later.

BY MR. NIGH:

Q. What does the EMA stand for?

A. European Medical Agency (sic).

Q. Okay. Let's take a look at next on the CV. It says, key impact, the evaluation and critiques were acknowledged by the EMA, go-to person on DMPK expert opinions for Zantac medical team and the Zantac corporate group.

Do you see that?

A. Yes.

Q. When you put in quotes go-to person, you're referring to yourself, right?

A. Yes.

Q. So you were the go-to person to the EMA



on DMPK expert opinions for the Zantac medical team, correct?

A. I'm the go-to person within GSK organization about the DMPK data, DMP opinion. So when I mention Zantac medical team, it's within GSK, and then we also have the corporate group to address that. So if they need to know more about the study plan, the progress, the data, I provide -- I provide to them.

Q. Okay. And, again, DMPK, that's drug metabolism pharmacokinetics, correct?

A. Correct.

Q. So you're the go-to person from GSK for the drug metabolism pharmacokinetic expert opinions for the Zantac medical team, correct?

A. That's correct.

Q. Okay. Let's go ahead and take that document down. Let's take a look at LP381. This is your deposition notice.

(Exhibit 4066 was marked for identification.)

BY MR. NIGH:

Q. Let's go ahead and scroll down a little bit so you can see this, Doctor.

Before today, have you seen this

deposition notice?
A. I haven't seen this document.
Q. Okay. Let's take a look at page 8. Here there are some document requests. Do you see that?
One of them says an updated complete and certified copy of deponent's custodial file regarding or related to ranitidine-containing products.
Do you see that?
A. Could you scroll down? Because my -- my media blocked that part.
Q. And I want to make sure this is marked as Exhibit 4066.
Let's take a look at the next page. You could read through these here. It shows all documents, including all communications, relating to the regulation of any ranitidine-containing products. And you can read on down here.
And scroll down to number two and three, all documents reviewed, received or prepared by deponent in anticipation of and/or preparation for the deposition; all documents, including all communications, relating to your performance at GSK?


Do you have -- do you recall ever being asked about any of these documents in the last couple of weeks?
MS. PENNER: Objection. All of his documents have been produced.
BY MR. NIGH:
Q. You can respond.
A. I was asked to provide CV, and other than that, I don't recall any one specific.
Q. Okay. Let's go ahead and take this off the screen.
And, Doctor, you understand that you're giving testimony just as you would if you were giving testimony in the courtroom, correct?
A. Say that again. Sorry.
Q. You understand that you are giving testimony under oath just as if you were giving testimony in a courtroom, correct?
A. I believe so.
Q. Tell me every -- or did you review -- no.
How many hours did you spend preparing for your deposition today?
A. I cannot say specific how many hours. We have some -- we have -- we have some discussions with the -- with the law firm and maybe three or


four sessions, each one hour, two hours.
Q. Okay. Did you speak with any employees at GSK about your deposition?
A. I -- only for my manager. I say -- because I need to be away from the office today.
Q. Now, you understand that ranitidine is an H2R blocker, correct?
A. Sorry. I missed that part.
Q. You understand that ranitidine is an H2R blocker, correct?
A. It's the -- ranitidine is the proton -- yeah, inhibitor. Did you say ace blocker?
Q. H2RA blocker.
A. H2 -- yes, okay. I didn't pick out that part. Yes, correct.
Q. Okay. Did you believe that ranitidine is a proton pump inhibitor?
A. I think it's different, yeah.
Q. What is that?
A. I think it's different. It's different from a proton pump inhibitor.
Q. Okay. So you understand --
A. So, you know, when I say -- I'm a chemist. I'm not a pharmacologist. I'm not the one who investigates, you know, come up with the


mention of this mechanism, but --
Q. Okay.
A. -- yeah, my understanding, they're different, actually.
Q. You understand that ranitidine is capable of breaking down into NDMA, correct?
MS. PENNER: Objection.
THE WITNESS: Ranitidine is capable of breaking down to form NDMA. Is that your statement, your question?
BY MR. NIGH:
Q. Yes.
A. It -- it really depends on conditions. It has tendency, but only when you have extreme condition, really high -- for example, really high ranitidine concentration in vitro, and then very acidic conditions, and that is part of -- and then you have very high concentration of nitrite. So this chemical potential can be achieved.
But it doesn't mean ranitidine inside the human body can have the same thing happen.
Q. Well, you understand that there's NDMA that's been found in many of the ranitidine pills before it's even taken or ingested inside of the body, correct?

MS. PENNER: Objection.
THE WITNESS: I -- I understand, yes. Again, it's not my area. We have the CMC colleagues who know exactly the story. But my understanding is the -- even with the -- those amount, that we'll be able to detect, that we'll be able to find clearly the level, determine the level, even which level that's still commensurate with the acceptable like-kind exposure limit that's set up by agencies, which is really a precautionary approach and really for the agency to set the approach for the general public.
So very specifically, the level actually considered the daily dosing, daily administration amount, and also the length of the exposure. Lifetime exposure means up to 70 years exposure at whatever dose that we calculated, and then come up with the total exposure.
Now, even with that exposure level, you only have 1 in 100 -- one in -- 1 in 100,000 situation that you might pick up -- you might pick up cancer. So that's my understanding, and then I'm not the one in this field, from



CMC, but as far as my understanding from my colleagues.
BY MR. NIGH:
Q. Is it your understanding from your colleagues that if you take 96 nanograms of NDMA per day for 70 years, that you would have a 1 in 100,000 cancer risk?
A. That's what the -- actually -- the precautionary level that is set by the agency. And then this is really how to control -- again, it's my understanding -- it's not my area, but my understanding is this level to help to control the impurity in pharmaceutical.
So this is specifically set up for the pharmaceutical impurity. Why we do have that? Because NDMA is not coming from pharmaceuticals. It's also coming from all kind of different sources; food, smoking, and then lifestyle, others can lead to the presence of the NDMA in your body.
Q. And you understand that there are ranitidine pills that were found to have more than 96 nanograms of NDMA before ingestion, correct?
A. I definitely cannot speak to that because, you know, that specific thing I did not have the ability. But we do have the greater than



96 nanograms in a bigger pill, so the whole calculation works is you had to take that level at least greater than 96 every day for 70 years.
So ranitidine so far has been in the market about 40 years, let's say, so somebody have to start taking that pill from -- from the very first day when the drug was introduced to patients and then stick to that, you know, for 40 years.
Even now up to -- nowadays still not high enough to that level to cause alarming or to actually meet that criteria set up by the agency.
So -- so that's the, you know, very clinical assessment by measuring the impurity level, impurity to put in some context what the potential impact.
Now, the -- my understanding is based on the data we have generated, the data we have been collecting, only a patient use. There's no causal relationship between using ranitidine to any tumorigenic incidents in the use of the ranitidine in the last -- since it was introduced to give to patients 40 years ago.
So I think that certainly tells the important part about safety, and also the risk/benefit of the ranitidine itself.



MR. NIGH: Move to strike as nonresponsive.
BY MR. NIGH:
Q. My question was simply, do you understand that there are ranitidine pills that were found to have more than 96 grams (sic) of NDMA before ingestion?
MS. PENNER: Objection.
THE WITNESS: I do not know. I do not know about that. I can't comment on that.
BY MR. NIGH:
Q. As you undertook your work to see, you know, how ranitidine would metabolize inside the body, you never looked at the FDA website that showed the amounts of NDMA in various ranitidine pills?
A. That's the -- that's, again, for my CMC colleagues. They pay close attention about those impurities. You know, it could be because of the storage in the medicine cabinet. And, again, my understanding is that's actually a potential and main contributor of the high level of the NDMA in the Zantac pill.
Q. It's your understanding that storing ranitidine in the medicine cabinet is actually a

potential and main contributor to a high level of NDMA in a Zantac pill?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Correct?
A. So that's -- again, I will not comment on that because I don't want to say something that I don't have close visibility. I cannot oversee that part of the work. We have the different department, different experts in that area, so --
Q. Well, I'm not asking you if you have other experts in the area. I'm asking you again, you just previously stated that your CMC colleagues, they pay close attention about those impurities, and you stated you know it could be because of the storage in the medicine cabinet.
And, again, my understanding is that's actually a potential and main contributor of the high level of the NDMA in the Zantac pill.
Is it your testimony that you got that understanding from your colleagues?
MS. PENNER: Objection.
THE WITNESS: That's from -- from the root cause analysis as one of the contributors to the high level of the NDMA.



BY MR. NIGH:
Q. I see.
So storing it in a medicine cabinet, is that because that's where you would expect to see, you know, higher amounts of humidity?
MS. PENNER: Objection. Form.
THE WITNESS: That's my understanding as well. So, again, you know, I did not have the full picture of what's been done, and there was previous work and how they come to the conclusion.
So humidity, temperature, those various things can change your chemistry.
BY MR. NIGH:
Q. Okay. Are you aware of any study that measured a ranitidine pill that had more than 96 nanograms of NDMA in the pill before it was ingested to see how much NDMA is breaking down inside of the body?
A. I'm not aware of any of those.
Q. That study, as far as you know, hasn't been done, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that.
I --



BY MR. NIGH:
Q. And are you aware that having NDMA at -- a higher proportion of NDMA in the pill before it's ingested can actually help to accelerate the amount of NDMA that's broken down inside of the body?
Are you aware of that?
MS. PENNER: Objection.
THE WITNESS: No.
BY MR. NIGH:
Q. That hasn't been tested, as far as you know, correct?
MS. PENNER: Objection.
THE WITNESS: I don't know. I did not look into NDMA specifically as a chemical as a research project because GSK did not develop the NDMA. So, no, I did not look specifically about NDMA, how stable or how they are -- how they are going to cause that. That's not my area.
BY MR. NIGH:
Q. Did you look at the metabolism of NDMA inside of the body?
MS. PENNER: Objection.
THE WITNESS: If you have study, you mean?



BY MR. NIGH:
Q. Half-life of NDMA inside of the body, how it metabolizes or converts inside of the body, do you recall ever looking into any of that information?
A. I did look into information on that in literature.
Q. Okay. And NDMA has a very short half-life inside of the body, correct?
A. Based on animal data only that I have seen, that is correct. That is the only study that I have seen.
Q. And P450 inside of the human body can actually accelerate the metabolism of NDMA inside of the body, correct?
MS. PENNER: Objection.
THE WITNESS: The -- not true because inside the human body is very, very different story than in vitro study. So my speculation, when you say that of human P450, that's probably based on in vitro data. And, yeah, examining in vitro data, research has shown the P450 in humans seem to have the better capability to do the metabolism part

Page 42

and then convert NDMA to form a metabolite which is the -- which is carcinogenic -- which is carcinogenic.

So -- but that's not the same story when you go into in vivo in human. And then I don't have any visibility of anything done in a human, so I cannot comment on that.

BY MR. NIGH:

Q. Did you look at the Spiegelhalder study?

A. What study? Say that again.

Q. The Spiegelhalder study?

A. I did not -- did not know about that.

Q. Do you recall seeing any study that showed when humans were given NDMA, that they were not able to find any of the NDMA excreted?

MS. PENNER: Objection.

THE WITNESS: I do not know about that.

BY MR. NIGH:

Q. Do you recall seeing any study where humans were then given NDMA plus alcohol, and only once given NDMA plus alcohol could they measure a small fraction of the NDMA in the urine?

MS. PENNER: Objection.

THE WITNESS: I did not know about that study.

Page 43

BY MR. NIGH:

Q. Okay. Those would be important things to understand as you're examining the Mitch study and those findings, correct?

MS. PENNER: Objection.

THE WITNESS: The Mitch study was about the -- was about ranitidine, and then they tried to understand ranitidine excretion profile in human urine. They did not do any further work from NDMA going down further step -- anything downstream.

So, yeah, I don't think the NDMA -- how the NDMA behaved is anything to do with the Zeng and Mitch investigation. They -- they make a link to -- to -- to carcinogenesis concept. It's really based on the literature information they could get, and then they make a lot of speculation based on that data.

And, again, the data there, NDMA level that they measured, it's not -- it's not reliable. They admitted themselves -- they agree to retract the whole paper, 2016 paper.

BY MR. NIGH:

Q. Yeah. What my question is, if they're finding a lot of NDMA in the -- in the Zeng and

Page 44

Mitch study, and you're looking to find whether or not there was gaps in that data, wouldn't it be important to know that there are other studies where humans were given NDMA and they found no NDMA in their excretion unless they were also given alcohol with the NDMA, wouldn't you want to know that in terms of analyzing the numbers in Zeng and Mitch?

MS. PENNER: Objection.

THE WITNESS: I don't think that's directly relevant. I do know how the NDMA be metabolized by CYP2C1 -- CYP2E1 enzyme, and alcohol potentially can induce CYP2E1. But I don't see that as specifically linked to the assessment of the Zeng and Mitch paper.

BY MR. NIGH:

Q. You don't see how a finding that humans are given NDMA and none of it's found in their urine would be relevant to a study where Zeng and Mitch are finding lots and lots of NDMA in their urine?

MS. PENNER: Objection. Asked and answered.

THE WITNESS: I think, you know, when we -- when we look at the publication, when

Page 45

we look at new data, we tend to start looking to the new data, new investigation, first assess the -- assess the profile of the study, the data to a normal extent.

Then you start to put in context with what we know in this field and then to have interpretation. But in Zeng and Mitch situation, we had a doubt about the data they reported, and, actually, the proof did unprove it was correct, that they did not use the right methodology.

So if we just take anything out there people claim to have this result, and then we try to make sense of -- put in context in human in clinical, I don't think that's a very good practice, especially scientifically, and it's actually not very responsible in the pharmaceutical industry especially because we are thinking about patient who need to benefit from anything available out there and in the meantime in a safe manner.

So, yeah, we would not do the (inaudible), especially for established product, because there is so many accumulated

clinical data out there, and other people, colleagues, epidemiology, pharmacovigilance, are looking to them. They monitor those all the time. So it's not something that we don't -- we don't know, we are not following, we are not checking. It's been in there.
So it's the pharmaceutical industry standard practice, they -- they are doing those monitoring.
MR. NIGH: That was a long answer to my question, went into a lot of different parts, so I'll move to strike as nonresponsive.
BY MR. NIGH:
Q. But I will ask you this. You say they monitor those all the time, so it's not something that we don't know. And when you said "they," you're talking about so much accumulated clinical data out there and there are other people, epidemiology, pharmacovigilance, they look into those.
But before summer of 2019, and even as we sit here today, you don't recall seeing a single piece of paper or anything from anyone else that summarized or gave any commentary on the Mitch 2016 study, the Zeng 2015 study, or the earlier


chloramination studies of NDMA before you started looking into this in summer -- summer of 2019, and you still haven't seen any commentary from GSK employees on these studies, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot speak to that because I wasn't involved before 2019.
BY MR. NIGH:
Q. Okay. So when you say that you know it must be out there, you continue to rely on it should have been out there because there was a policy? There should have been summaries, or this stuff should have been looked at, but you can't say yourself that you actually know that these studies were looked at, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot say specific look into an assessment outcome.
BY MR. NIGH:
Q. Okay.
A. Because I wasn't involved.
Q. And before today, you don't recall ever seeing any studies, either the Spiegelhalder study or any other studies, that show that NDMA -- humans who were given NDMA, that none of it was


excreted in their urine?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Correct?
A. I did not see that.
Q. You know that the half-life of NDMA is 13 minutes?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Sorry. I'll strike that. I'll reword it.
Do you know that the half-life of NDMA has been measured to be 30 minutes -- 13 minutes, one-three?
A. Can you show me where you get those numbers?
Q. No. I'm asking you. Have you heard of any study or are you aware of any study that shows the half-life of NDMA being reported to be 13 minutes?
A. I have seen a study in mouse, in monkey. I cannot recall a specific author. Yes, half-life is very short.
Q. Okay.
MS. PENNER: Dan, we've been going about


an hour, so when you're at a good break, let's take a break.
MR. NIGH: Okay. I've got a couple more questions, and then I think that will be a good point to take a break.
BY MR. NIGH:
Q. Do you recall seeing any studies that would show the use of ranitidine would significantly increase somebody's nitrite levels?
MS. PENNER: Objection.
THE WITNESS: Say that again. Sorry.
BY MR. NIGH:
Q. Do you recall seeing any studies showing that the use of ranitidine statistically significantly increases people's nitrite levels?
A. I don't recall seeing that paper.
Q. Okay. Do you recall ever being directed to look at all the studies that showed nitrite levels in physiological conditions, that that was a task that you were given?
A. Sorry. I have to ask you to repeat that question, your question.
Q. Do you recall that you were given a task to look into the physiologically relevant nitrite levels in humans?

A. I wasn't asked -- no, wasn't given a task to look at the physiological level of nitrite level in humans under physiological condition.
Q. Gas chromatography-mass spectrometry, is it your understanding that in carrying out the tests of gas chromatography-mass spectrometry, that this could sometimes require super heating the sample that's being looked at?
MS. PENNER: Object.
THE WITNESS: That's what I read from the article from the literature. I did not do those work, and also this is not my area, again. But the bioanalysis department, they have expertise there, so they know exactly. They have the specificity of how this works. But you're right.
BY MR. NIGH:
Q. I'm trying to understand --
A. Yes, high temperature can cause the degradation during analysis, in this case ranitidine to break down to have the -- to convert to the NDMA. Sorry.
Q. And that's one of the issues with both the Valisure tests -- testing and the Mitch testing, is that they use GC-MS and super heated


the samples that contained ranitidine, correct?
A. I cannot comment on that with the specific -- your description there, and when we have the assessment, I actually rely on my colleagues who knows about GC-MS from previous work, because GSK, the MPK department do not do GC-MS. And so the assessment, I rely on them to do the assessment. I cannot do that myself. And I rely on their opinion as well of why -- their assessment.
Q. I understand.
You previously said that high temperature can cause the degradation during analysis, in this case ranitidine to break down to convert to the NDMA, and that's something that was known before summer of 2019, correct?
MS. PENNER: Objection.
THE WITNESS: I don't know because there was no -- I don't know what you're referring to. That was done by whom?
BY MR. NIGH:
Q. By GSK, that if you're using high temperature, it can cause degradation during the analysis, in this case ranitidine to break down into NDMA?


A. I cannot comment on that because I -- we cannot do the work specifically on the GC-MS, so I cannot comment on whether or not people know about this. Maybe chemistry department will know that, CMC would know that. But, again, this is outside my area.
Q. Do you know when GSK became aware that high temperature can cause degradation during the analysis of ranitidine to break down to NDMA?
A. I don't know specifically. I don't know specifically when they start to know. Because there's other work coming through, so, again, I cannot comment.
You know, NDMA is present in any other -- in other pharmaceutical potentially, so maybe there are other work being done before ranitidine query. So, yeah, I cannot comment on that.
Q. And I'm just talking about ranitidine. Isn't this something that they knew since the 1980s, that high temperature can cause degradation during analysis, and in this case ranitidine to break down to convert to NDMA?
MS. PENNER: Objection.
THE WITNESS: I don't know. I don't know to comment on that. If you ask the -- if you


ask the CMC colleagues in GSK, they might give you a better perspective.
BY MR. NIGH:
Q. Before the summer of 2019, weren't you aware that -- sorry. Strike that.
Isn't it before summer of 2019 that GSK knew that if you use GC-MS when analyzing ranitidine, that you're super heating the ranitidine sample and could cause degradation of the analysis and ranitidine potentially break down to form NDMA?
Wasn't that known before the summer of 2019?
MS. PENNER: Objection.
THE WITNESS: That was -- I cannot -- I cannot help you there. Same response I gave you. I cannot because I'm not in the area.
BY MR. NIGH:
Q. Okay. And one -- a couple more questions and we'll take a break.
Are you aware of the data that shows that human colorectal tissue is more efficient in metabolizing NDMA than animals?
A. I'm not aware of that.
Q. Okay. Are you aware of data that shows

Page 54

that more of the NDMA is metabolized extrahepatic in humans than in animals?
MS. PENNER: Objection.
THE WITNESS: I'm not aware of that.
BY MR. NIGH:
Q. Okay. Do you recall looking at anything in terms of metabolizing NDMA comparison from animals to humans?
A. There's -- yeah, one study I know they -- they compare the -- in in vitro, they compare the liver fractions between human and animals, and that's a pretty long-time study, a long time ago. And from purely the enzymology part, in vitro they conclude that human enzyme seems like -- to be both -- more efficient for the enzyme part to break down NDMA.
MR. NIGH: Okay. I think it's a good time for a break. Thank you, Doctor.
MS. PENNER: Great.
THE WITNESS: Thank you.
MS. PENNER: Could you throw us all -- oh, sorry.
MR. COELLO: We are now going off the video record. The time is 1415 UTC, 10:15 a.m. EDT.

Page 55

(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 1441 UTC, 10:41 a.m. EDT.
BY MR. NIGH:
Q. Okay. I'd like to take a look at LP415, and we're going to mark this as Exhibit 4067.
(Exhibit 4067 was marked for identification.)
BY MR. NIGH:
Q. This is a larger document, but we're going to focus on the very first page here, so it may take a second for it to pull up.
MR. SCHMITZER: Are you not seeing it?
MR. NIGH: No, I'm not.
THE WITNESS: I can see it.
MR. NIGH: You can see it? Okay. Let me see where my screen went.
THE WITNESS: It's small, though. Can you return to the previous setup? Yeah, this is better.
MR. NIGH: One second. I don't know why it's not showing. One second. It's not showing up on my screen here.

Page 56

BY MR. NIGH:
Q. Okay. Let's take a look here at the top of the page. You see that Embase on the top right corner?
A. Yes.
Q. Okay. And what is Embase?
A. Embase is a -- is a platform that we have access. It collect the literature information. Many of the publication actually used to be available from Medline. That's maybe five, ten years ago we were more familiar with that.
So it is a reference search platform that you can get the publication and literature that you like to have.
Q. Okay. Now, do you recall doing any work on ranitidine before the summer of 2019?
A. I don't recall.
Q. Okay. Do you recall that after you were asked to start doing some work on ranitidine, do you recall doing a search query in Embase to look for literature that was published before summer of 2019?
A. I cannot recall. I could, but I cannot recall specific when and for what reason I searched that before 2019.

Page 57

Q. Now, as you're looking at this search query -- let's go ahead and highlight that search query.
Does that look like a search query that you would have performed?
A. It's a pharma metabolism, yeah. Probably if I'm interested to find out the metabolism in ranitidine, yeah, that's something I probably would do, put in those -- the keywords.
Q. Okay. And at the bottom you can see 288 records downloaded.
Do you see that? Let's go to the bottom of the page. Yep, right there.
Do you see the 288 records downloaded?
A. I see that.
Q. And these records refer to various studies, correct?
A. That's probably, yeah, correct within Embase.
Q. Okay. And, again, Embase, is that a GSK study system, or is that more of a wide-scale system across --
A. This is open. Everybody should have access as long as you pay based on the usage fee, I guess.

Q. Okay. So let's just go to page Bates number ending in 978. I'll just give one example. This is record 275. Okay.
Do you see record 275 there at the bottom of the page? And it says, the use of online high performance liquid chromatography dash mass spectrometry?
A. Yes.
Q. Okay. And here we can see, if we go to the next page, we can see the date of the publication, 1981.
Do you see that?
A. Yes.
Q. So here you're able to pull studies using this Embase that go all the way back to 1981, correct?
A. That's the publication, yes. You can pull out that.
Q. All right.
Let's take a look at the next, LP407. This will be Exhibit 4068.
(Exhibit 4068 was marked for identification.)
BY MR. NIGH:
Q. Now, before we get there, did you do



any -- those were published studies. Did you do any searches revealing internal GSK studies?
A. I did. I did, with the help of librarian to get the -- to get those record in GSK archive.
Q. Who is the librarian?
A. I can't remember the name. There are a few people, actually, that you can reach out to for help.
Q. Okay. So you reviewed internal GSK studies as well?
A. Yes, when I feel it's relevant to look into.
Q. Do you recall reviewing a study in 1982 that showed that they detected NDMA with ranitidine when performing the WHO NAP test?
A. I don't --
MS. PENNER: Objection.
THE WITNESS: I don't recall seeing that particular report.
BY MR. NIGH:
Q. When you -- sorry. Go ahead.
A. I may -- can you show what you have?
Q. You don't recall GSK -- reviewing a study from GSK authors in 1982 showing NDMA with ranitidine when performing the WHO NAP test?



MS. PENNER: Objection.
THE WITNESS: I cannot recall that specific. If you -- if you share that document, that will help to ring a bell.
BY MR. NIGH:
Q. Do you recall any information showing that Smith Kline French actually discovered NDMA with ranitidine back in 1981?
A. I don't recall that.
Q. So in terms of what you searched through, you don't recall reviewing anything that showed that Smith Kline French informed GSK that they found NDMA with ranitidine in 1981?
A. Yeah, I cannot -- I cannot recall. You mentioned Smith Kline French. Was that when the -- when the GSK was under, back in that? I don't recall those specifics.
Q. Yeah, good point.
So in terms of what you searched through, you don't recall reviewing anything that showed that Smith Kline French informed Glaxo that they found NDMA with ranitidine in 1981?
A. I -- I don't recall seeing that.
Q. Okay. Let's -- let's take a look at Exhibit 407.



Now, as part of doing the work that you were doing, wouldn't you have wanted to see a 1982 study from Glaxo showing NDMA with the WHO NAP test and/or information that Smith Kline French informed Glaxo that they found NDMA with ranitidine in 1981?
Aren't those things that you would have wanted to see?
MS. PENNER: Objection.
THE WITNESS: I didn't understand your question. Were you asking me to read this email?
BY MR. NIGH:
Q. No, no. I'm asking in terms of before we -- before this document -- let's go ahead and take the document down off the screen for a second -- wouldn't you have wanted to review the study in 1982 from Glaxo showing NDMA with the WHO NAP test and/or information that Smith Kline French informed Glaxo that they found NDMA with ranitidine in 1981?
Aren't those things that you would have wanted to see as you embarked on your work regarding ranitidine?
MS. PENNER: Objection.

Page 62

THE WITNESS: If I have that information, I would read it definitely, but I don't recall I see those.
BY MR. NIGH:
Q. Okay. Now let's take a look at LP407.
(Exhibit 4068 was marked for identification.)
BY MR. NIGH:
Q. And let's go down -- we'll stay on the front, the first page, but let's go to the email from Helen Steel.
Okay. Who's Helen Steel?
A. Helen Steel was -- was leading the medical team, ranitidine medical team, for a period of time, so -- so she was more on the medical affair part leading that medical team.
Q. Okay. And next it shows Marianne Cunnington as one of the people that this was sent to.
Do you know who Marianne Cunnington is?
A. If I remember correctly, she was the -- she was supporting on the regulatory part.
Q. Okay. And who is Jim Harvey?
A. Jim Harvey is the person who has the expertise in safety, nonclinical safety.

Page 63

Q. Is Jim Harvey the person who tasked you with looking at ranitidine and the DMPK issues regarding ranitidine?
A. Jim and I, yeah, we work together, yes, and -- but can you clarify your question? Were you asking the --
Q. Tasked, tasked, T-A-S-K-E-D. Did Jim Harvey task you with looking at DMPK with ranitidine?
A. No. It's Gerald Oliver.
Q. Gerald Oliver. And who is that?
A. Gerald Oliver was heading up the nonclinical project support from DMPK and safety part.
Q. I see.
So you worked with Jim Harvey on issues surrounding ranitidine, but he didn't give you the assignment, correct?
A. Right.
Q. Okay. And if we look at the email here, it says, hi, Martin, please can I clarify? As I understood the issue, there were two aspects relating to NDMA formation. One, a general question relating to drug product and formation of NDMA. This, as I understood, was not specifically

Page 64

ranitidine. And two, the Zeng and the potential for NDMA in the stomach due to the presence of low pH.
Do you see that?
A. Yes. Could you scroll up just -- because my -- again, my little video shot is blocking the full -- further up, please.
It's still blocked. If you can move the whole thing up.
Q. Does that help?
A. Yes, thank you.
Q. Yeah.
A. Thank you.
Q. Okay. And does this help refresh your recollection as to how this question initially came to GSK?
A. I -- I cannot say positively, but possibly, because I don't remember I see this.
Q. Okay. Let's take a look at the next page. We'll see the email from Martin Ellis dated July 23rd, 2019. And there it says, dear Anup, slash, all, attached is the cover page for the request for information as received from the EMA. I have also drafted the introduction based upon the EMA request that precedes the questions and

Page 65

responses. Please review and provide comment, as necessary, by Thursday, July 25th.
Do you see that?
A. Yes.
Q. And if we go to -- under the introduction, we can see GSK Global Medical Governance and Safety received notification from the European Medicines Agency (EMA) Pharmacovigilance and Epidemiology Department on July 16th, 2019, of a request for information concerning the potential for ranitidine tablets to produce NDMA.
Do you see that?
A. Yes.
Q. It says, information has been received by the EMA from International Regulatory Authorities. A private analytical pharmacy and laboratory in the US have recently conducted tests whilst others are ongoing, and preliminary reports seem to indicate that under certain conditions (high temperature and low temperature and presence of sodium nitrite) ranitidine decomposes to form NDMA.
Do you see that?
A. I see it.

Q. Now, Valisure, that is a private analytical pharmacy and laboratory in the US that you're aware of, correct?
A. It's possible. I did not have direct involvement in this email communication, so --
Q. Okay. And next there it says, additionally, the same organization has been conducting other testing experiments in "biorelevant conditions" confirming the results that ranitidine has the potential to generate NDMA under human gastric conditions.
Do you see that?
A. That's the -- that's the next paragraph, right?
Q. Yes.
A. Yes, I see it.
Q. Okay. So two issues are being raised here, one being raised by the EMA, and it's coming from a private analytical pharmacy and laboratory in the US.
Do you see that?
A. Yes.
Q. And the first issue is whether or not NDMA can form in the drug product itself, correct?
A. That's correct.



Q. And the second issue is whether or not NDMA can form inside of the body under human gastric conditions, correct?
A. Not exactly. It's saying -- not exactly correct. It said conduct a test and experiment. And I can see there's, quote, unquote, biorelevant conditions.
So this -- to me, this isn't really a initial study as a potential to generate NDMA under human gastric conditions.
Yeah, it's doing an initial study to understand what might be happening in human, but not exactly in the human body.
Q. Endogenous (sic) formation of NDMA, that would be NDMA that would form in the pill before ingestion, correct?
MS. PENNER: Objection. Form.
THE WITNESS: I -- I cannot comment for other people who use endogenous term.
From the metabolism part, PK part, endogenous --
BY MR. NIGH:
Q. No. I said exogenous. Sorry. It may have been --
A. Oh.



Q. -- like exogenous, E-X-O.
A. Oh, okay.
Q. Exogenous formation of NDMA, that would be NDMA that would form in the pill before ingestion, correct?
A. Exogenous formation, yeah, it can be -- it can be that description. Again, this will be, you know, very broad. It can be a chemical. It can be a -- it can be an impurity. It can be degradation, so exogenous, yeah.
So from the definition --
Q. Go ahead. You can finish.
A. Exogenous, typically we mean something before getting into the body, oral intake.
Q. And endogenous formation of NDMA, that would be NDMA that could potentially form after ingestion of the pill, correct?
MS. PENNER: Objection.
THE WITNESS: If the -- yes, if the -- if there's -- that -- that was saying, following the intake of the ranitidine, and then you see something that have been detected from the human body, and then we call it endogenous, yes.



BY MR. NIGH:
Q. Okay. Let's take a look at the next paragraph. In the last PSUR assessment procedure, reporting period June 1st of 2015 to May 31st, 2018, for ranitidine-containing products, the article by Zeng, et al. (2016) regarding the urinary excretion of NDMA, attributable to the ingestion of ranitidine in clinical doses and formation by nitrosation of ranitidine under stomach-relevant pH conditions in vitro, was discussed and the PRAC recommended that MAHs should discuss the carcinogenic potential of ranitidine use in the next --
A. Sorry. I do not see -- sorry. I don't see the -- the rest.
Q. Do you see it now? I'll start here -- of ranitidine under stomach-relevant pH conditions in vitro, was discussed and the PRAC recommendation -- recommended that MAHs should discuss the carcinogenic potential of ranitidine use in the next PSUR cycle.
Do you see that?
A. Yes.
Q. What are MAHs?
A. I believe it's referring to marketing

authorization holders. That's the -- yeah, that's a term coming from EMA.
Q. So would that include GSK for Zantac, for ranitidine, at this time?
A. Yes, that would.
Q. Is it your understanding from reading this that at the next PSUR, that they were -- the next PSUR cycle, that they were supposed to talk -- MAHs were supposed to discuss the carcinogenic potential of ranitidine use?
MS. PENNER: Objection.
THE WITNESS: That's what it said on this letter.
BY MR. NIGH:
Q. Now, if that occurred in 2018, you weren't tasked with looking at ranitidine, as far as you understand, until summer of 2019, correct?
A. That's correct.
Q. Do you know who at GSK before summer of 2019 would have been looking at the carcinogenic potential of ranitidine use for the next PSUR cycle?
A. It would be -- I understand -- based on my understanding, there would be somebody from -- from epidemiology, from medical affair. And, of


course, in the earlier days, 30, 40 years ago when they were developing the -- this new chemical for -- yeah, as a medicine, they probably would do some work in nonclinical species.
Q. Okay. I'm trying to understand, you know, the study from 2016. It's talking about -- from Mitch -- it raises drug metabolism in pharmacokinetic issues, correct?
MS. PENNER: Objection.
THE WITNESS: I don't see that in that section. Again, I cannot comment on that connect, so -- because I wasn't involved in that time.
BY MR. NIGH:
Q. I see.
The Mitch study in 2016, the Zeng study in 2015 that we talked about where humans are excreting NDMA into wastewater after ingesting ranitidine, and the earlier studies that show chloramination of ranitidine can lead to NDMA, those would all be drug metabolism -- or include drug metabolism and pharmacokinetic issues, correct?
MS. PENNER: Objection.
THE WITNESS: Not exactly, because


wastewater, I think, is a very, very different subject and requires a very different scientific approach to assess. So I don't think --
BY MR. NIGH:
Q. Are -- sorry. Go ahead. You can finish. I didn't know you weren't done.
A. No. I'm done. Thank you.
Q. Well, if humans are actually excreting NDMA after ingesting ranitidine, as the study postulates, wouldn't that be looking at drug metabolism and pharmacokinetic issues of the ranitidine?
A. If we had the NDMA coming out in urine, then yes, but we don't -- we don't -- we don't believe that's the case. So --
Q. Do you --
A. -- so that's how we configured those investigations.
Q. Well, you didn't believe that was the case after summer of 2019, after you started doing your work into looking at it, but you didn't know that back in 2015 or 2016?
You know, both -- both the Zeng study discusses human excretion of NDMA after taking


ranitidine, and the Mitch study shows NDMA in urine after taking ranitidine.
Wouldn't those be pharmacokinetic and drug metabolism issues? Human takes ranitidine; NDMA shows up in the urine.
MS. PENNER: Objection.
THE WITNESS: It could be. It could be. Again, it's not -- it's not purely drug metabolism, pharmacokinetics.
BY MR. NIGH:
Q. Why is it that a pharmacokinetic drug metabolism expert didn't review these studies until summer of 2019 after Valisure, the private analytical lab in the US, revealed their findings?
MS. PENNER: Objection.
THE WITNESS: So the pharmacokinetic, we're talking about ranitidine. We're not talking about NDMA. So there's very, very little information there in the NDMA pharmacokinetics.
And then if a potential degradant or metabolite from a pharmaceutical is not relevant in human, why we need to look into that particular chemical? There's so many chemicals out there.

So pharmacokinetics about ranitidine itself, metabolism about ranitidine itself.
BY MR. NIGH:
Q. You said if a potential degradant or metabolite from a pharmaceutical is not relevant in human, why do we need to look into that particular chemical.
And you said there's so many chemicals out there. Well, I'm discussing Mitch in 2016 discusses after ingesting NDMA -- or after ingesting ranitidine, NDMA is showing up in their urine. In 2015 Zeng study shows that humans ingesting ranitidine are excreting NDMA into the water. I'm not talking about all these other chemicals.
Those two studies discuss NDMA after -- excreting NDMA after taking ranitidine. Why is it that a drug metabolism pharmacokinetic expert didn't look at those two studies until after the summary of 2019 when Valisure, a private analytical laboratory, revealed their findings?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that because I wasn't sure in 2019 how the whole -- how this thing was done.


BY MR. NIGH:
Q. But as far as you're aware, you're not aware of any pharmacokinetic drug metabolism expert looking at these issues, these two studies, before you became involved, correct?
A. To my knowledge, no, I'm not aware.
Q. Okay. Let's look at the very first email on the first page, and it says -- this is dated July 23rd, 2019, and it says, dear Natalia, during last Friday's meeting, I think we agreed you would share your literature search strings with me. From the discussion, my understanding is that you have not identified any epidemiological studies through your routine searches that would warrant further evaluation.
Do you see that?
A. Yes.
Q. Who is Natalia? That's Natalia -- if we look up in the "to," we can see Natalia Karkoszka.
Do you know who that is?
A. I don't know. I don't know her.
Q. Okay. Next it says --
A. Specific role -- it sounds familiar. She says she is in the medical team.
Q. It says, however, I'm happy to run a


brief search based on your strings adapted to identify anything epidemiological so we are prepared.
Do you see that?
And next it says, I spoke with Steve yesterday, and he was comfortable focusing the response on the chemistry discussion given potential limitations expressed and not embarking on a lot of literature work beyond what has routinely been completed through safety to date.
Do you see that?
A. Yes, I see that.
Q. Do you recall ever seeing this email before today?
A. I don't recall seeing this email.
Q. Okay. Let's take a look at LP406. This will be Exhibit 4069.
(Exhibit 4069 was marked for identification.)
BY MR. NIGH:
Q. Okay. Here it -- here it shows from Steven McLachlan at the top. Do you see that?
A. Yes.
Q. Who is Steve McLachlan?
A. If I recall correctly, I think that this


name now rings a bell. He -- he's from library, I think.
Q. And it's to Jim Harvey. We discussed Jim Harvey previously, right?
A. Yeah.
Q. It says, hi, Jim. Happy to help. I have two Embase strategies for you to consider. Details are below.
Do you see that?
A. Yes.
Q. Embase strategies, that would be searches for literature, correct?
A. It appears that. Again, it's based on my quickly looking at this email. It sounds like that this is a searching strategy, yes.
Q. And next it says, there is quite a lot of "noise" from environmental articles referencing wastewater treatment.
Do you see that?
A. Yes.
Q. When you did your search before you embarked your work on ranitidine, did you view those environmental articles regarding wastewater treatment and NDMA being found in the wastewater after humans ingested ranitidine and excreted NDMA

Page 78

to the wastewater, did you consider that to be noise as well?

MS. PENNER: Objection.

THE WITNESS: When I did my search, I remember I did pull some other reference from the wastewater treatment, so yeah. And I looked at it more from the -- more from the bioanalysis methodology part.

BY MR. NIGH:

Q. Let's take a look at the next page from Jim Harvey dated November 4th, 2019. And it says, hi, Steve. As per the Skype message, if possible, we would appreciate a search of the literature for papers related to ranitidine and nitrosamines.

Do you see that?

A. Yes.

Q. And then below it says, one of the issues we had was these key references below (which studied ranitidine and nitrosamine formation) do not appear to have consistent index terms related to ranitidine or nitrosamines (AKA N-nitroso compounds).

Do you see that?

A. Yes.

Q. I'm wondering whether we are missing

Page 79

something regarding the search terms.

Do you see that?

A. Yes.

Q. Now, were you aware that this was an obstacle when doing a literature search for past literature, was the potential that these -- several of these references do not appear to have consistent index terms relating to ranitidine or nitrosamines?

MS. PENNER: Objection.

THE WITNESS: I don't believe so. I cannot speak for the interaction email exchange that you show here, but in my case I searched myself, and also I got help from the professional librarian. And so I don't think we -- we would miss anything, meaningful object related to the literature.

BY MR. NIGH:

Q. Okay.

A. And I think -- sorry. I think that's why -- if I understand correctly, that's why Jim reached out to Steve for help.

Q. Let's take a look at LP405. We'll mark this as Exhibit 4070.

(Exhibit 4070 was marked for

Page 80

identification.)

BY MR. NIGH:

Q. And we can see on this front page that it's from Dan Hall.

Do you know who Dan Hall is?

A. I know Dan Hall.

Q. What does he do?

A. He was -- based on my interaction with him, precisely, so in the last year we were communicating our investigative result outcomes to EMA based on the commitment we made in 2019, and Dan was the person who coordinating the postapproval commitment.

So I think he's more from the -- he's from the regulatory side.

Q. Okay. And the date of this is November 8th, 2019.

Do you see that?

A. Yes.

Q. And it says, dear all, just following up on a few items following our call on Monday regarding the Article 31 submission. As you are aware, I have been looking into the Zantac labeling history in the UK. These are my findings so far -- thus far. I now have access to the UK

Page 81

filing room, and, as I feared, the files for Zantac 150-milligram tablets ... are extremely sparse, so much that it does not provide any information of use prior to 2000.

Do you see that?

A. Yeah.

Q. Before today, were you -- what is -- well, first off, what is the UK filing room?

A. I don't know.

Q. Okay. Before today, were you aware that the UK filing room, that the files for Zantac 150-milligram tablets were extremely sparse?

MS. PENNER: Objection.

BY MR. NIGH:

Q. You can answer.

A. I tried to read the highlighted paragraph, and -- and, yes, please rephrase your question. I was focused on reading the paragraph.

Q. Before today, were you aware that the UK filing room, that the files for Zantac 150-milligram tablets were extremely sparse, did not provide much information prior to 2000?

MS. PENNER: Objection.

THE WITNESS: No, I'm not aware of that at all. I'm not -- I have no visibility what

Page 82

it means.
BY MR. NIGH:
Q. And next at the bottom bullet point it says, this just leaves a small gap between 1981 and 1986; however, I may be able to track some of these down in our electronic archive. I have attached what I've found so far. As Zantac 150-milligram tablet was the first product approved, I have just focused on this.
Do you see that?
A. I see that, yes.
Q. And then it says, also, during my search through our electronic archive, I found the following entry for Zantac in the UK: Special report to the med division -- the potential carcinogenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach.
Do you see that?
A. Yes, I see that.
Q. Before today, have you reviewed that special report to the med division?
MS. PENNER: Objection.
THE WITNESS: No, I did not.

Page 83

BY MR. NIGH:
Q. Well, the issue they're talking about is potential carcinogenicity of ranitidine and on relationships between the drug and nitrosation processes inside of the human stomach.
Wouldn't that be something you would want to be reviewing as you're thinking about the Mitch study?
MS. PENNER: Objection.
THE WITNESS: We just talk about medical division, special report to the medical division. I don't recall that, but I may have seen related document. I do not recall specifically.
BY MR. NIGH:
Q. Here in November --
A. If you can show a specific --
Q. Sorry. Go ahead.
A. Yeah, if you can specifically show that report --
Q. Well, here it's talking about, unfortunately, the report is not available, but according to the archivist, it can be retrieved from film. It will take approximately one week to obtain.

Page 84

Do you see that?
A. Yeah, I -- I see that.
Q. Do you recall making that request for that film and waiting a week for it to come back to you so that you could review that report?
A. In my experience -- I cannot speak to this situation. In my experience, when I reach out to the librarian, they are very helpful, and then they -- yeah, I would get what I -- what I need.
And then, again, I cannot speak specifically about this interaction, but just by reading the paragraph you highlight there, "this just leaves a small gap between 1981 and 1986," I don't -- I don't understand what it refer to because we actually have quite many report returned when I reached out to GSK in that area.
So they probably haven't -- haven't done any -- any additional, you know, from their -- I cannot -- again, I was speculation (sic), so I was speculating on this situation. Just -- I cannot comment on this.
Q. I'm focusing on the potential -- the special report to the med division.
What is the med division?

Page 85

A. That's the thing I -- I don't recognize.
Q. Okay. But the title says, the potential carcinogenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach, right?
A. Right.
Q. And you talked about the Mitch study, and the Mitch study that's published in 2016 reports on the potential carcinogenicity of ranitidine and on relationships between the drug and nitrosation processes in the human stomach, right?
MS. PENNER: Objection.
THE WITNESS: I'm not sure if that's what I'm referring to without all those context, and I -- I cannot agree or disagree to this just by reading quickly on the -- on this sentence, the potential carcinogenicity of ranitidine. This can be a very broad thing, and it could be many investigation, work done in the animal back in the 1980s.
So I -- I cannot agree or disagree.
BY MR. NIGH:
Q. Well, you said earlier that you didn't know that, in the 1980s, that Tanner published a study showing NDMAs being found with when

Page 86

ranitidine is put under conditions as reported by the WHO NAP test, right?
MS. PENNER: Objection.
THE WITNESS: I don't -- I don't recall that.
BY MR. NIGH:
Q. And you didn't know that Smith Kline French found NDMA with ranitidine and reported that to Glaxo in the 1980s, correct?
MS. PENNER: Objection.
THE WITNESS: I don't recall that.
BY MR. NIGH:
Q. As you embarked and set upon your work looking at the Mitch study, wouldn't it be important to look back to the 1980s as to the work that Glaxo had already done on these topics?
MS. PENNER: Objection.
THE WITNESS: I -- I cannot answer yes or no because that part is probably agreed to by other people, and so from my part, I wasn't involved, but I cannot say this has not been looked into.
BY MR. NIGH:
Q. So as you recall sitting here today, you don't recall looking at information in the 1980s,

Page 87

as you were embarking upon your work, as regarding ranitidine, you don't recall ever looking at information in the 1980s about NDMA and ranitidine?
MS. PENNER: Objection.
THE WITNESS: I did available metabolism PK work done back then, in the 1980s, but I don't recall this specific communication you mentioned from -- is it French Kline -- French Smith? Yeah, I don't remember seeing that document about the -- they alerting this potential to have NDMA in ranitidine.
BY MR. NIGH:
Q. So when you're being asked to comment on Mitch and his findings in 2016 and Zeng's findings in 2015, nobody ever pointed out to you and said, hey, we found something similar to this back in the 1980s?
You don't recall ever being --
A. I don't.
Q. -- anyone ever addressing that or saying that to you, that back in the 1980s we found NDMA as well?
MS. PENNER: Objection.
THE WITNESS: I don't recall that.

Page 88

BY MR. NIGH:
Q. Wouldn't that be important to know or consider?
MS. PENNER: Objection.
THE WITNESS: It could be important, but I -- I wasn't able, and I don't know how that -- how that happened, any of the interaction there, so --
BY MR. NIGH:
Q. Why is finding -- why are findings of furoic acid important?
MS. PENNER: Objection.
THE WITNESS: Are you referring to that metabolite that we have seen in animal species?
BY MR. NIGH:
Q. Yes.
A. So yes, we did the radiolabeled study back in the 1980s, and then we actually were able to identify the use of the radiolabeled compound to provide some standard qualitative assessment of this lab work.
So it's as good that we had the -- seen this in animals, in rat and mouse specifically, so that we have the acidic coverage being tested in

Page 89

the animals.
Q. A finding of furoic acid metabolite being detected in human urine indicates the possible release of DMA, correct?
A. No.
Q. You don't believe that if you find the furoic acid metabolite detected in human urine, this could indicate the possible release of DMA from the ranitidine molecule?
MS. PENNER: Objection.
THE WITNESS: It could, but no data there to support that.
BY MR. NIGH:
Q. And wouldn't it be that the formation of furoic acid metabolite would suggest possible release of DMA as a result of oxidative deamination?
MS. PENNER: Objection.
THE WITNESS: Chemically they are possible but -- but just don't have the data to show that.
BY MR. NIGH:
Q. Now, you talked about the radiolabeling study in the 1980s. But isn't it true that the possible presence of DMA was not described in the

Page 90

report because the label was on the other end of the molecule?
MS. PENNER: Objection.
THE WITNESS: Say -- could you repeat that question?
BY MR. NIGH:
Q. We've talked about radiolabeling study in the 1980s --
A. So maybe -- can I make a suggestion? Maybe you can close that document. It's very hard to see you.
Q. Sorry. What?
A. I was suggesting to close that document you were showing, that email exchange.
Q. Okay.
A. Because I -- yeah.
Q. We were talking about the radiolabeling study in the 1980s, but isn't it true that the possible presence of DMA was not described in that report because the label was on the other end of the molecule?
MS. PENNER: Objection.
THE WITNESS: Chemically you can say that because it's not -- it's not possible I think at that time to label -- to radiolabel that

Page 91

part of the moiety of the molecule.
BY MR. NIGH:
Q. You believe that it wasn't possible to radiolabel that part of the moiety of the molecule?
MS. PENNER: Objection.
THE WITNESS: Back then it wasn't available.
BY MR. NIGH:
Q. Don't you believe that in 1980 -- 1975 Mirvish recommended precisely that, radiolabeling the DMA part of the molecule of ranitidine?
MS. PENNER: Objection.
THE WITNESS: I'm not aware.
BY MR. NIGH:
Q. Do you believe that he would make the recommendation of something that wasn't technologically possible?
MS. PENNER: Objection.
THE WITNESS: That's -- I cannot comment, that that -- just they were available from what I see. How they made the decision, I cannot comment on that.
BY MR. NIGH:
Q. Is it your testimony that you believe in

Page 92

the 1980s that they didn't have the technology to radiolabel the DMA part of the molecule of ranitidine?
MS. PENNER: Objection.
THE WITNESS: I would refer to my CMC colleague to comment on that, especially isotope chemistry.
BY MR. NIGH:
Q. So you don't feel comfortable being able to say one way or another as to whether or not they could have radiolabeled the DMA part of the molecule of ranitidine in the 1980s?
MS. PENNER: Objection.
THE WITNESS: Technically it's possible, but why we have that or would not have that, I cannot comment on that. That's back in -- almost 40 years ago.
BY MR. NIGH:
Q. Let's take a look at LP394.
(Exhibit 4071 was marked for identification.)
BY MR. NIGH:
Q. And this will be marked as Exhibit 4071. Let's start off -- you can see this is an email between Jens Sydor to you, correct?

Page 93

A. Yes.
Q. Okay. And I want to look at the next page -- actually two pages over -- sorry, the next page, the bottom email. That's from you on October 15th, 2019.
Do you see that?
A. Can you make it bigger? I can see it.
Q. Let's go ahead and blow that whole section up there from -- all the way down. Okay.
Do you see that there?
A. Yes.
Q. And this is an email from you, correct?
A. Yes.
Q. And its subject is, forward, ranitidine literature, reference search support, human ADME.
Do you see that?
A. Right.
Q. Okay. And this is a literature search that you're requesting assistance with, correct?
MS. PENNER: Objection.
THE WITNESS: I need to see the whole email. Just the subject, I cannot -- I cannot comment on that.
BY MR. NIGH:
Q. Well, let's take a look at it. It says,

hi, and then let's look at the next page. FYI, there was a ranitidine human ADME study conducted in early '80s using -- how do you say that next word, deuterated?
A. Deuterated, correct, and tritiated, yes.
Q. -- tritiated labeling. It was cited in the discussion of the Eddershaw 1996 paper but as a conference abstract. The GSK library contact found it as an unpublished report in GSK archive. He is looking into external source, but may be challenging.
Do you see that?
A. Yes.
Q. So this paperwork we're discussing, this is an unpublished report in the GSK archive, correct?
A. Unpublished to external journal. It's available in GSK archive.
Q. And you put, had a quick read. Of importance, the furoic acid metabolite was also detected in human urine in addition to the N-, S-oxide, and desmethylranitidine. This is now consistent with the data in the rat and dog mass balance studies (Eddershaw).
Do you see that?


A. Yes.
Q. And you next put, formation of the furoic acid metabolite would suggest possible release of DMA as a result of oxidative deamination.
Do you see that?
A. Yes.
Q. You agree with your wording -- with your words here in October of 2019 that formation of the furoic acid metabolite would suggest possible release of DMA as a result of oxidative deamination, correct?
MS. PENNER: Objection.
THE WITNESS: Correct.
BY MR. NIGH:
Q. And you next put, possible presence of DMA was not described in the report given that the label was on the other end of the molecule.
Do you see that?
A. Correct.
Q. So you weren't able to see in that study specifically whether or not formation of the furoic acid metabolite showed release of DMA as a result of oxidation -- oxidative deamination because the other end of the molecule, the DMA end of the molecule, was not labeled, correct?


MS. PENNER: Objection.
THE WITNESS: (Inaudible), that's correct.
BY MR. NIGH:
Q. So at that time they were able to radiolabel the one end of the molecule, but they did not radiolabel the DMA end of the molecule, correct?
MS. PENNER: Objection.
THE WITNESS: Specific whether or not they're able to do it or not to do it -- this is, you know, 40 years ago work, 35 years ago. I cannot comment what the peoples have done before.
BY MR. NIGH:
Q. And --
A. And so I possibly -- I just simply state what I have seen.
Q. Isn't that something that, if it was possible in the 1980s, isn't that something you would have wanted to see done to know whether or not DMA was actually being released to actually radiolabel the DMA?
MS. PENNER: Objection. Form.
THE WITNESS: I cannot say yes or no


because there's a lot of things to consider. You know, my understanding, again, it's not my area, again, you have a lot of things to consider when you try to label a product molecule using a radioactive atom.
It's not everything equally available or possible, feasible, but I will stop there because you have many things being considered. But I cannot comment yes or no on that question.
BY MR. NIGH:
Q. Did you review any of the studies in the 1970s that looked at ranitidine and recommended radiolabeling the DMA portion of the molecule to determine whether or not DMA is being released?
MS. PENNER: Objection.
THE WITNESS: Say it again. Sorry.
BY MR. NIGH:
Q. Did you review any of the studies in the 1970s that looked at ranitidine and recommended radiolabeling the DMA portion of the molecule to determine whether or not DMA is being released?
MS. PENNER: Objection. Form.
THE WITNESS: I may, but I don't recall. I don't recall seeing -- I don't recall

anything that --
BY MR. NIGH:
Q. After the summer of 2019, did you recommend any studies where you radiolabeled the DMA of the radio molecule?
A. I think we did. I think we did. Actually now the technology is feasible as is some of the -- part of the molecules actually commercially available for DMA -- I mean radiolabel DMA, just that structure, DMA commercially available.
Q. Are you aware of whether or not DMA was commercially available in the 1980s?
MS. PENNER: Objection.
THE WITNESS: In the 1980s?
BY MR. NIGH:
Q. Yes.
A. I don't know. I cannot comment.
Q. Were you able to see that formation of the -- after -- upon radiolabeling the DMA after the summer of 2019, were you able to see the formation of furoic acid metabolite was suggestive of the release of DMA as a result of oxidative deamination?
MS. PENNER: Objection.



THE WITNESS: What's the question? Sorry. I did not follow.
BY MR. NIGH:
Q. On radiolabeling the DMA in your studies after the summer of 2019, were you able to see the formation of furoic acid metabolite was suggestive of the release of DMA as a result of oxidative deamination?
MS. PENNER: Objection.
THE WITNESS: In the study we did after 2019, we did the in vitro incubation with the ranitidine, with enzyme, DDAH enzyme, DDAH1. That's an enzyme proposed by Valisure based on their preliminary x-ray chromatography, x-ray crystallography, and then the attaching of this molecule, ranitidine, to that enzyme, and then they just proposed, yes, this enzyme would do -- will do the metabolism part.
So we did that work in vitro using a human radio -- human enzyme. And in that assay, we used the methodology x-ray involved the deuterated labeled DMA, NDMA, specifically looking for that part, whether or not anything can come through. We cannot see anything there.



So in a methodology part, we actually used the radiolabel on the DMA/NDMA.
BY MR. NIGH:
Q. When you say, we cannot see anything there, is it your testimony that you could not see DMA --
A. We did not see DMA -- we did not see DMA or NDMA in that experiment with incubation of enzyme.
Q. With an enzyme?
A. Right.
Q. Did you find furoic acid metabolite in that study?
MS. PENNER: Objection.
THE WITNESS: We did not look specifically for furoic acid. We looked for DMA, NDMA specifically.
BY MR. NIGH:
Q. Did you look at oxidative deamination in that study?
MS. PENNER: Objection.
THE WITNESS: We did not look specifically for the reaction, but if the oxidative deamination is happening, that's what this enzyme probably will do. But the



enzyme did not do this reaction.
As stated, deamination, it's possibly happening there, but the enzyme did not do the actual metabolism.
BY MR. NIGH:
Q. Okay. So this DDAH1 study, put that study to the side.
Are there any other studies where you looked at radiolabeling the DMA part of the molecule and/or looking at furoic acid metabolite and/or oxidative deamination after the summer of 2019?
MS. PENNER: Objection.
THE WITNESS: I'll just comment on 2019. Another study we did, if I can recall, we did evaluation of the bioanalysis method to look into the condition that Zeng and Mitch published in their -- in their study, and -- because we had the concern about their method. So we looked into various conditions that might affect the quantitation of NDMA in human urine.
So in that study we actually used deuterium-labeled DMA and NDMA. Again, we cannot see anything converted in the urine in

the study to DMA and NDMA. This is in addition to that -- to the enzyme work.
BY MR. NIGH:
Q. Did you find furoic acid?
MS. PENNER: Objection.
BY MR. NIGH:
Q. On that site?
A. We did not look for -- we did not look for furoic acid because that's not -- that study is not relevant to looking to furoic acid.
Q. Other than that study, have you looked at anything that looks at formation of the furoic acid metabolite that would suggest possible release of DMA as a result of oxidative deamination and radiolabeling the DMA part of the molecule to see if that thought that you had back in October of 2019 was correct?
MS. PENNER: Objection.
THE WITNESS: We were proposing to do the work, but we didn't volunteer to do the work. And if this is being done, then you will have the pretty involved -- everything you needed to get to happen. So yeah, we haven't done the -- the human study in this part.


BY MR. NIGH:
Q. So you were proposing to do that furoic acid study to see whether or not formation of the furoic acid metabolite would suggest possible release of DMA as a result of oxidative deamination and using radiolabeling of the DMA part of the molecule to see if that occurred, but it was never done; is that what you're saying?
MS. PENNER: Objection.
THE WITNESS: No, that's not what I'm saying.
BY MR. NIGH:
Q. How were you proposing to do the work in terms of looking at furoic acid metabolite and whether or not that's suggestive of possible release of DMA as a result of oxidative deamination with using radiolabeling of the DMA part of the molecule?
MS. PENNER: Objection.
THE WITNESS: We can propose work, but we -- we cannot propose specifically looking into the furoic acid, to look into any human.
So the methodology that we used for the bioanalysis, it was based on using the available future labeled DMA, NDMA. So it's


not specific to looking into this -- just that reaction.
BY MR. NIGH:
Q. So I want to see if I've got this right. So you never -- as far as you're aware, after the summer of 2019, you haven't undergone any work looking at the furoic acid metabolite and whether or not that's suggestive of possible release of DMA?
MS. PENNER: Objection.
THE WITNESS: So, again -- please repeat your question again.
BY MR. NIGH:
Q. Well, I want to see if I've got this right.
So you never -- as far as you're aware, after the summer of 2019, you haven't undergone any work looking at the furoic acid metabolite and whether or not that's suggestive of possible release of DMA, correct?
MS. PENNER: Objection.
THE WITNESS: Yes and no, because this -- this study, taking the -- taking the time and taking the effort, so we had the proposal that thought about the stepwise approach, so


we did the analytical method evaluation and development. That actually was shared with the EMA in the last year.
And in the meantime, we also knew FDA actually is doing the work looking into the metabolism excretion of the -- of the ranitidine following internal ranitidine, looking into those metabolites in the urine. So that's already been done there, so somebody is already working on those.
BY MR. NIGH:
Q. Is it your understanding that the FDA is looking at the formation of the furoic acid metabolite and whether or not that's suggestive of possible release of DMA as a result of oxidative deamination?
Do you believe the FDA is looking at that issue?
MS. PENNER: Objection.
THE WITNESS: I don't know specifically how they design a study to address that very specific question as you phrased. However, from their study, probably recently in vitro analysis of a human clinical study, that indirectly answers some of your questions.

And then --
BY MR. NIGH:
Q. I'm sorry --
A. -- this potential is not there.
Q. Sorry --
A. This DMA formation are not there. Sorry.
MS. PENNER: Mr. Nigh, please let --
BY MR. NIGH:
Q. I'm sorry. So are you ruling out the -- are you ruling out the possibility that DMA is forming because the Florian study looked for DMA -- NDMA in urine?
MS. PENNER: Objection.
THE WITNESS: Of course not. You cannot assume that potential. Did you look into the in vitro -- when we talk about potential, there's chemical potential, so there's many, many conditions there which can have that chemical reaction happen.
So in that FDA study, they look into in vitro physiology relevant conditions, so that's very one very important part, and also relevant concentration which relates to the chemical use.
So in the other study, they did the



clinical study with the 18 volunteers who's participating in that study, which is a good size of study.
So in that study, in looking to those metabolites, they're also looking specifically at any meaningful change following intake of the ranitidine for the DMA, NDMA intermediary. They cannot see anything there.
BY MR. NIGH:
Q. Yeah, but they're looking for NDMA.
MS. PENNER: Objection.
BY MR. NIGH:
Q. We've already talked about -- we've already talked about the short half-lives of NDMA, and we've talked about Spiegelhalder showing that when humans were given NDMA, they couldn't detect any of it in the excretion of their urine.
I'm specifically talking about DMA and furoic acid.
A. Yes, they --
Q. Do you recall ever -- that they measured --
A. I'm sorry.
Q. -- that they measured DMA and furoic acid



in the Florian study?
MS. PENNER: Objection.
THE WITNESS: They did measure DMA in the FDA study.
BY MR. NIGH:
Q. Do you recall them ever looking at furoic acid in that study?
A. They measured those metabolite that's known of. So if you -- if you are linking furoic acid to DMA, and DMA is an important part, they measured DMA already, so I think that study tells a lot about what we tried to find out.
They did measure DMA. There's no difference between ranitidine treatment versus the placebo.
Q. What are the difficulties in measuring DMA in the human urine and/or plasma?
MS. PENNER: Objection.
THE WITNESS: I don't understand that question.
BY MR. NIGH:
Q. And when you looked at the Florian study, did you consider what the difficulties would be of measuring DMA in the urine or the plasma as set out by the Florian study, what difficulties did



you see, or limitations?
MS. PENNER: Objection.
THE WITNESS: It can be many different factors. This is not my area. We had the bioanalytical colleague who knows inside out about the methodology. We talked about different biometrics, and then when they combined them saying in the biometrics, (inaudible) methodology sensitivity.
So there are many things that need to be considered. You need to consider the stability of the -- of the compound throughout the whole analytical process, starting from the collection of the sample, how you store it, how you handle it before you insert your instrument, whether or not that instrument will cause some complication.
So there are many things in there. So I'm not sure about what exactly that question is about. It's hard to give a specific answer for you.
BY MR. NIGH:
Q. Do you recall that there was more DMA and NDMA in the plasma of ranitidine users with a high nitrite diet than the control with the high

nitrite diet, those not using ranitidine?
MS. PENNER: Objection.
THE WITNESS: In what study?
BY MR. NIGH:
Q. Florian.
A. Can you put out that paper?
Q. No. I'm asking you, do you recall that finding?
MS. PENNER: Objection.
THE WITNESS: I recall that finding.
BY MR. NIGH:
Q. Do you -- do you recognize that molecules that have short half-lives may be more detectable in plasma than in urine?
MS. PENNER: Objection.
THE WITNESS: They are about the same, I would say. It depends on how you sample it because going through the urine excretion, it's very quick, especially small molecules. It depends on how you sampled it.
BY MR. NIGH:
Q. Yeah, so --
MS. PENNER: Dan?
MR. NIGH: Yes, Kimberly?
MS. PENNER: We've been going about an


hour and 20, and it's noon, so when we're at a good stopping point, it would be great to stop for lunch.
MR. NIGH: Okay. I only have a couple more questions here, and then we'll be at a good stopping point.
BY MR. NIGH:
Q. Do you recall that -- or sorry. Strike that.
If you're looking at plasma and you sample it closer to when it would metabolize or potentially metabolize to DMA or NDMA, compared to urine, which, in order for it to come out through the urine, it would have to go throughout the entire body and have multiple mechanisms for metabolization, correct?
MS. PENNER: Objection.
THE WITNESS: Say again. You talked about many different steps.
BY MR. NIGH:
Q. Sure. Let me break this down to two things. First, metabolism -- metabolization.
If you're looking at plasma, that would be an NDMA or DMA -- that would be closer to metabolization -- I mean, it would be closer in


time, less steps of possible metabolization than the urine which would go throughout the entire body, multiple steps of metabolization, before it's excreted in the urine, correct?
MS. PENNER: Objection.
THE WITNESS: I think there's a lot -- a lot of things involved in that. It depends on specific molecule. Some molecule maybe, but some maybe not at all.
So, again, you need to look into a specific scenario. We need to take a look at the context.
BY MR. NIGH:
Q. And --
A. Because it depends on where the metabolization that you mentioned about before leaving the body into the urine. If it's -- it's not -- it's not a clear-cut connection or relationship.
Q. And second, in terms of half-life, that in order to get through to the urine, it would take longer from ingestion or creation of NDMA or DMA to get through and be excreted in the urine than going to the plasma, correct?
MS. PENNER: Objection.


THE WITNESS: So are you saying -- are you saying the level that you detected in the plasma would be -- would be quicker, and then whatever would be in the urine would be longer? Is that what you're implying to?
BY MR. NIGH:
Q. That's my question, yes.
A. It depends on molecule, really. The small molecules, it goes through very quick, almost equal to the plasma. It's more like a DMA -- NDMA is also very water soluble. It pass through the -- through the filtration. It can be very quick.
Q. So your belief is that DMA and NDMA, because they're water soluble and they're small molecules, that they're -- the amount of time as to when it gets to the urine versus plasma is almost equal? Is that your testimony?
A. No. Again, we cannot oversimplify those. We talk about general sense. We cannot oversimplify it.
Q. Wouldn't you believe that looking as to how Florian collected the samples of the plasma versus the urine, that in looking at how they collected those samples, that it would have taken

less time for NDMA or DMA to reach some of those plasma samples than it would have taken in terms of NDMA or DMA getting into the urine?
MS. PENNER: Objection.
THE WITNESS: I don't think there's a concern there, and since it's the FDA people, I think it would be best to reach out to them to see how they -- how they're -- how -- their feedback on their paper.
I can speak in a general sense. So specific study, a lot of specific procedure in there, so considerations, justification, why you do it this way, why you don't do it that way, so I think it would be best to get their feedback, comments theoretically.
BY MR. NIGH:
Q. I'm asking you, you know, as the person who's looked into the drug metabolism, pharmacokinetics of ranitidine and was mentioned as the go-to for the EMA for questions related to those issues, I'm asking you, wouldn't you believe that looking as to how Florian collected the samples of the plasma versus the urine, that in looking at how they collected those samples, that it would have taken less time for NDMA or DMA to



reach some of those plasma samples than it would have taken in terms of NDMA or DMA getting into the urine -- being excreted in the urine, I should say?
A. Unless I see that specific section that you described, that paper, it's very hard to comment on the -- on the similarity, a common theme based on the observation.
So, yeah, if you look at that paper, put up that paper, make we can look through.
Q. So you've raised Florian multiple times in response to my questions, so I'm asking you here.
As you look at that paper -- I mean, as you recall, you don't recall being able to reach any conclusions or any ideas as to whether or not, in looking at how the Florian study describes their collection of samples of the plasma versus the urine, and in looking at how they collected those samples, that it would have taken less time for NDMA or DMA to reach some of those plasma samples than it would have taken in terms of NDMA or DMA getting into -- being excreted in the urine, you don't have as you sit here today, you don't have any response or any knowledge as you



looked at that study yourself?
MS. PENNER: Objection. Asked and answered.
THE WITNESS: I gave what I can provide. I cannot -- I cannot add further, especially the question is a very general question. We haven't agreed to the specific data information in the publication. Without that, it's very hard to -- to provide an assessment or answer.
MR. NIGH: Okay. Let's go ahead and take a break.
MS. PENNER: Okay.
MR. COELLO: We are now going off the video record. The time is 1609 UTC, 12:09 p.m. EDT.
(Luncheon recess was taken from 12:09 p.m. EDT to 1:17 p.m. EDT, after which the following proceedings were had:)
MR. COELLO: We are now back on the video record. The time is 1717 UTC, 1:17 p.m. EDT.
BY MR. NIGH:
Q. Okay, let's take a look at LP402. This will be marked as Exhibit 4071, I believe --
MR. COELLO: Actually, counsel, this is



Exhibit 4072.
MR. NIGH: Yeah, it's 4072. That's right.
(Exhibit 4072 was marked for identification.)
BY MR. NIGH:
Q. Okay. This appears to be an email chain, and it includes Jens Sydor, Jim Harvey, Patrick Wier, and Helen Steel.
Do you see that?
A. Yes.
Q. Here it shows from, and it has exchange administrative group.
Do you see that there?
A. Yeah.
Q. Do you know what that is?
A. I have no idea.
Q. Okay. If we look down below that we can see from Jens Sydor, and then we can see your name in the cc, correct?
A. Right.
Q. And this says, regarding Article 31 Q2, revised final response?
A. Yes, I see that.
Q. What does Article 31 refer to?

A. That's the initial query from EMA to have the marketing authorization holders to come and answer questions they sent to us back in summer of 2019.
Q. And here it says, Jim, I have a few minor comments and questions which I will discuss with -- do you say your first name Liangfu?
A. Right, I see that.
Q. Okay -- in person ASAP.
And let's look at the email -- well, first off, who is Jens Sydor?
A. Actually, we call him Jens. Jens is heading up the global DMPK group.
Q. Do you report to him directly?
A. No, not directly.
Q. How do you report directly to?
A. I report to Pete Gorycki.
Q. And who does Pete Gorycki report to?
A. Pete Gorycki back then reports to Catherine Buscanti.
Q. Okay. Let's take a look at the next page. And here you can see from Patrick Wier and Jim Harvey, and you're cc'd on this email, correct?
A. Correct.



Q. And it says, hi, Jim, I've not received anything from Helen today, so I reviewed Q1 and Q2 replies via the links you provided below. I have no comments on the reply to Q1. Draft of reply to Q2.
Do you see that?
A. Right.
Q. It says, the Q1 reply suggests that NDMA potentially arises via intercepting degradation pathways that might occur during storage of drug substance.
Do you see that?
A. Yes.
Q. Now, were you involved in formulating answers to the Q1, which is the exogenous formation of NDMA in ranitidine?
MS. PENNER: Objection.
THE WITNESS: I don't believe so, Q1, no.
BY MR. NIGH:
Q. Okay. Regarding Q2, now, that's what you were involved in, right, the endogenous formation?
A. I participated in Q2, sorry.
Q. Regarding Q2 about in vivo conditions, is it possible at this time to make any statement on the likelihood or not for the conditions



(temperature or pH) necessary for such intercepting degradation pathways to occur under physiological conditions?
Do you see that?
A. Yes.
Q. And it says, at present, the degradation chemistry knowledge is specific to drug substance. (We cannot make a statement on its relevance to drug product or the in vivo setting.) And it says, none of the degradants are known human metabolites (albeit the "alcohol" structure could in theory be considered a precursor to the known low level "furoic acid" metabolite).
And then it says, we discussed the furoic acid metabolite and the potential for DMA formation in the original response.
Do you see that?
A. I see that.
Q. Do you recall discussing furoic acid metabolite and the potential for DMA formation?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You can answer.
A. That's the -- yeah, I cannot speak for -- speak for Patrick, but from the context from this



email reply, it appeared to me he was referring to the response that we provided to -- to EMA around this -- around this metabolite furoic acid and the lot. Because we did not discuss -- as far as I know, I did not discuss this specific topic with Patrick for that.
Q. Now, furoic acid as a metabolite was discovered in human urine experiments done by GSK back in the 1980s, correct?
A. The furoic, yes, NMR, correct.
Q. Let's take a look at LP374. This was previously marked as Exhibit 288.
(Exhibit 288 was previously marked for identification.)
BY MR. NIGH:
Q. And here you can see that it says, title, a radioisotope study to investigate the metabolic distribution (sic) of ranitidine in man.
Do you see that?
A. Yes.
Q. So this is something that you would want to consider as you're thinking about drug metabolism, pharmacokinetic issues of ranitidine, correct?
MS. PENNER: Objection.

THE WITNESS: That's the report I would look into, yes, to understand what's been done about the metabolism for ranitidine in human.
BY MR. NIGH:
Q. And you can see authors, you can see Dr. Broom. You can also see Dr. Manchee.
Do you see that?
A. Yes.
Q. And let's take a look at the Bates number ending 316 a couple pages over. Oh, I'm sorry. Let's go back to that. Sorry. Let's highlight that again.
At the bottom, you see that March -- it says approved by, and then it shows date of issue, March 1986?
A. Yes.
Q. Okay. So this is -- this is something that would be known back by at least March of 1986, right?
MS. PENNER: Objection.
THE WITNESS: Can you repeat that question?
BY MR. NIGH:
Q. This would be issued -- this study is



issued in March of 1986, correct?
A. That's the -- yes, approved, yes, signed off by -- in March 1986.
Q. Let's take a look at Bates number ending 316, and here we can see at the bottom a summary. We can see the last page of the first paragraph -- sorry -- it says -- I mean, the last sentence of the first paragraph says, in urine ranitidine and its metabolites were measured by high performance liquid chromatography.
Do you see that?
A. Yes.
Q. And then you can see, the last sentence of the paragraph under the chart, it says, the metabolites comprised the previously identified N-oxide, S-oxide, and desmethyl metabolites.
Do you see that?
A. Yes.
Q. And then it says, but in addition, the furoic acid metabolite was identified for the first time in human urine.
Do you see that?
A. Yes.
Q. And if we go over to Bates number ending in 318, if we can blow up that chart here, you can



see Figure 1, ranitidine and its metabolites. And we can see from this chart how furoic acid analog is formed from the ranitidine molecule, correct?
MS. PENNER: Objection.
THE WITNESS: That's the proposed mechanism by looking at the information here. I don't recall they -- they looking to specifically mechanism to verify what it says, so furoic acid analog there, they're putting up. And then there's the text above the arrow there, oxidative deamination. That's based on structure, I believe. And based on structure that you see furoic acid as a product from that reaction.
So --
BY MR. NIGH:
Q. Let's -- go ahead. Sorry. Didn't mean to interrupt you.
A. Yeah. I just had to complete my answer.
So I don't recall they did specifically work to verify that chemical reaction mechanism.
Q. Let's highlight the molecule in the center of this.
A. The molecule in the center --
Q. That's perfect, that one right there.



Which molecule is that?
A. That's ranitidine.
Q. Right, that's ranitidine.
And then the arrow -- let's highlight the arrow that shows oxidative deamination.
A. Do you mean the structure below that arrow?
Q. Yeah. Do you see the -- this is the oxidative deamination that you were discussing, right, above that arrow?
A. That's the furoic acid analog structure down there on the bottom left -- right and left --
Q. Yeah, and let's highlight that -- that structure. That would be the furoic acid analog, right?
A. Correct.
Q. And if you have that furoic acid analog, that could be indicative that DMA is also forming, right?
A. No.
Q. Why not?
A. Chemically this could be -- have different -- different type of reaction. You see the other moiety of the structure is not present in the furoic analog. In this case, if you look

specifically for the dimethylamine, it doesn't -- doesn't mean necessarily (inaudible) right there and then form a dimethylamine by itself.
Q. Wouldn't the formation of the furoic acid metabolite suggest possible release of DMA as a result of oxidative deamination?
MS. PENNER: Object.
THE WITNESS: No.
BY MR. NIGH:
Q. I'm sorry. You're saying no now to that question?
A. Can you repeat your question?
Q. I said, wouldn't the formation of furoic acid metabolite be suggestive of the possible release of DMA as a result of oxidative deamination?
A. That statement doesn't translate to you will have a DMA when you see furoic acid analog. It suggests possible.
Q. Okay. So you --
A. Suggests the possibility.
Q. You would agree with me that the formation of the furoic acid metabolite could suggest the possible release of DMA as a result of oxidative deamination, correct?


MS. PENNER: Objection.
THE WITNESS: Again, that statement has a lot -- may be possible suggestive other statement there. So that speak to based on the observed information presented here, so, yeah, we cannot -- we cannot make conclusive statement saying, yes, we will have a DMA formation.
BY MR. NIGH:
Q. I didn't ask conclusive statement. My question continues to say, would be suggestive of possible release of DMA. I'm not asking conclusive.
So let me ask that again. You would agree with me that the formation of furoic acid metabolite could be suggestive of the possible release of DMA as a result of oxidative deamination, correct?
MS. PENNER: Objection.
THE WITNESS: I'll say again, when we say that, there's a lot of context there, so I would say the same thing that I said before.
BY MR. NIGH:
Q. They were actually your words. Remember we showed it up there on the screen, your email,


October of 2019? And I asked you, did you say that the formation of furoic acid metabolite would suggest possible release of DMA as a result of oxidative deamination, and you responded yes? Do you remember that?
MS. PENNER: Objection.
THE WITNESS: That's correct. That's the one sentence coming from a whole email reply there. There are multiple being described there.
BY MR. NIGH:
Q. And then I asked you again, isn't that your understanding today as well, that the formation of furoic acid metabolite could suggest the possible release of DMA as a result of oxidative deamination, and you replied yes?
MS. PENNER: Objection.
THE WITNESS: Yes.
BY MR. NIGH:
Q. Go ahead. You can answer. Did you have more?
A. So that was the assessment from the -- reading of this, the report and then the email. That's the first time we get that report. And I say -- it's a quick read, to exchange my -- the


initial assessment of that -- of this report.
So if I look at today the -- you know, especially when we just are looking to the particular sentence by itself without a context, without where is the statement coming from, this is not the same statement currently as what I have written in the email.
So that's really in an email really to -- to highlight that knowledge about a product back in -- two years ago when we reviewed -- after we reviewed that report.
Q. If you wanted to see whether or not furoic acid metabolite being formed could -- could or would suggest possible release of DMA as a result of oxidative deamination, that test could have been done? In fact, it was a test that you proposed to have done, correct?
MS. PENNER: Objection.
THE WITNESS: No. That's the interpretation of the information back in 2019 when I first read this report.
BY MR. NIGH:
Q. Well, a test could have been done if you wanted to see whether or not the formation of the furoic acid metabolite would suggest possible

release of DMA as a result of oxidative deamination? That's something that could have been done? It could have been done back in the 1980s, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that, 1980, as -- I had no idea what the context there, what -- what's feasible, so I cannot comment on that.
BY MR. NIGH:
Q. Well, that could be done post summer of 2019 when you got involved, correct?
MS. PENNER: Objection.
THE WITNESS: It could be done. It could be done, but -- many things could be done, but, you know, we had enough information there, so --
BY MR. NIGH:
Q. Okay. Let's take a look at LP376. This will be marked as Exhibit 4073.
(Exhibit 4073 was marked for identification.)
BY MR. NIGH:
Q. And here we can see it shows Glaxo Group Research Limited, and the subject says: An


investigation of the Stability of C-ranitidine by Human Feces.
Do you see that?
A. Yes.
Q. And let's take a look at -- at the bottom it says date of distribution, and it shows December of 1981, correct?
A. Correct.
Q. And let's take a look at the summary, Bates number ending in 605. And here you can see in the middle paragraph it says, 14C-ranitidine-N-oxide -- 14C-ranitidine-N-oxide -- sorry, the third paragraph here -- no. I'm going to go up one, actually. Thin layer chromatography.
Thin layer chromatography indicated that 14C-ranitidine was metabolized by gut microflora to ranitidine-S-oxide and the furoic acid analog.
Do you see that?
A. Yes.
Q. And this metabolism was favored by anaerobic conditions.
Do you see that?
A. Yes.
Q. What does that mean, to be favored by


anaerobic conditions?
A. This condition, anaerobic condition, is the representation of the -- of the situation in the -- the cecum -- in the cecum and the colon section of the GI where the permeability of the oxygen is permitted.
Q. Okay. Let's take a look at Bates number ending in 610. Here we can see the extraction where it shows, extraction of freeze-dried fecal suspension with methanol recovered greater than 70 percent of the added radioactivity. Thin layer chromatography showed that under anaerobic conditions some transformation of 14C-ranitidine occurred when the compound was incubated with human feces.
The Rf values of the products corresponded to ranitidine-S-oxide and the furoic acid analog (peak D).
Do you see that?
A. Yes.
Q. And what does the Rf value stand for?
A. I -- the O method technology, so I -- my understanding is that's the mobility -- relative mobility of that particular chemical which can result -- which can be result on the thin layer


chromatography.
Q. Let's take --
A. So that's --
Q. Go ahead. Go ahead.
A. So that's -- represents the -- how -- how quick the molecule can move on that thin layer chromatography so that it can separate out the different chemicals.
Q. Okay. Let's take a look at the next page, Bates number ending in 611. And you can see here it says, anaerobic incubation of 14C-ranitidine-N-oxide with human feces resulted in extensive reduction of the compound. No ranitidine-N-oxide was apparent, and the major component was ranitidine. Radiolabeled material with the same Rf values as ranitidine-S-oxide and ranitidine furoic acid were also detected.
Do you see that?
A. Yes.
Q. So here again you can see that the furoic acid is being -- is being detected in this study, correct?
A. That's -- that's what it said. Is it the same report we are looking at, same document?
Q. As which one?

A. You just mentioned this one where it said again. Is it the same -- we're talking about the same document?
Q. The last one we found in human urine, and this one we're finding in the fecal experiment, correct?
A. Where it says human urine? Sorry.
Q. It's the one we just looked at before this. Do you remember seeing a study in the 1980s that showed furoic acid being found in the human urine as a metabolite?
MS. PENNER: If you answered if it's the same document as he requested it might clear things up.
MR. NIGH: No, please don't give speaking objections. My question was perfectly fine.
Go ahead. You can answer.
THE WITNESS: Yeah, I was confused. So when you -- when you make a reference to "previous document," can you please be specific? Because I wasn't sure what you are referring to.
BY MR. NIGH:
Q. So you recall now that we're seeing the furoic acid analog being found in the human fecal



experiment, and then also we saw it in the urine, as a metabolite in the urine, correct?
MS. PENNER: Objection.
THE WITNESS: That's what it said, yeah.
BY MR. NIGH:
Q. And did you review any of the animal studies that showed furoic acid as a metabolite in the 1970s and 1980s?
MS. PENNER: Objection.
THE WITNESS: Yeah. The furoic acid analog was detected in animals, that's correct.
BY MR. NIGH:
Q. Let's take a look at -- let's take a look at LP70.
(Exhibit 260 was marked for identification.)
BY MR. NIGH:
Q. This is -- you can see at the top of this one, you see toxicology letters 1983? Do you see that?
A. Yes.
Q. And below that it says, DNA damage induced by nitrosated ranitidine in cultured mammalian cells.



Do you see that?
A. I see that.
Q. Now, when you embarked upon your work after the summer of 2019, do you recall reviewing this article?
A. I don't recall.
Q. Okay. Let's take a look --
A. I don't recall myself.
Q. Let's take a look at some of the findings. Do you see this Dr. Maura as the first author? Do you see that?
A. Yes, I see that.
Q. And the summary says, ranitidine, a new H2-receptor antagonist more potent than cimetidine in inhibiting gastric secretion, reacted under acid conditions with a twofold molar amount of nitrite.
Do you see that?
A. Yes.
Q. And it shows a nitrite/ranitidine ratio about 1,000 times that likely to occur in gastric juice of treated humans yielding a nitroso derivative capable of inducing a dose-dependent DNA fragmentation in cultured Chinese hamster ovary cells.



Do you see that?
A. Yes.
Q. And on page 101 you can see the last sentence, considering that according to Preussmann, the hypothesis of a no-adverse-effect level of N-nitroso compounds is very questionable to assess whether or not N-nitroso compounds are formed, even in very small amounts, in patients taking ranitidine is important.
Do you see that?
A. Yes.
Q. Let's take a look at LP108.
(Exhibit 261 was previously marked for identification.)
BY MR. NIGH:
Q. This one is another article in 1983 published in Mutation Research, and the title is unscheduled DNA synthesis induced by nitrosated ranitidine in primary cultures of rat hepatocytes.
Do you see that?
A. Yes.
Q. And this is a Dr. Martelli, is the first author. Do you see that?
A. Yes.
Q. And let's take a look at the first

sentence underneath where it says "ranitidine reacts."

It says ranitidine reacts with excess nitrite to give nitroso compounds capable of inducing either point mutations in bacteria and increased lethality in DNA repair-deficient strains or dose-dependent DNA fragmentation in cultured mammalian cells?

Do you see that?

A. Yes.

Q. And then if we turn our attention to 375, under results and discussion, it says table one shows that nitroso compounds formed by the reaction of ranitidine with nitrite elicited a dose-dependent DNA repair and were toxic when their concentrations exceeded .2 millimolars.

Do you see that?

A. Could we clarify what is the paper under? Is it the title page for this document? We're flipping back and forth. It's very hard to follow.

Q. Sorry. What's your question? 373, we moved over to 374 and 375, two pages of the same document, if that's what your question was.

And here it says under results and


discussion, table one shows that nitroso compounds formed by the reaction of ranitidine with nitrite elicited a dose-dependent DNA repair and were toxic when their concentration exceeded .2 millimolars.

Do you see that?

A. I see that.

Q. Looking at the bottom, together with the previous evidence for mutagenic and DNA-damaging activity, the finding that -- and let's take a look at the next page -- nitrosated ranitidine is capable of eliciting a dose-dependent DNA repair in HPC indicates the need for more careful and more extensive assessment of its possible formation and genotoxicity in humans.

Do you see that?

A. Yes.

Q. Now, this would be information that you'd want to consider as you're undertaking the work that you undertook in the summer of 2019 where you were considering the findings in Mitch, correct?

MS. PENNER: Objection.

THE WITNESS: This kind of information is definitely helpful. This would be -- need other people to take a closer look. I'm not


in this area.

BY MR. NIGH:

Q. Let's take a look at LP71.

(Exhibit 255 was previously marked for identification.)

MS. PENNER: Dan, have those been marked as exhibits?

MR. NIGH: This -- that's a good question. LP70 -- yeah. LP70 is marked as Exhibit 260, and LP108 is marked as Exhibit 261. And now we're going to take a look at LP71, which is marked as Exhibit 255.

BY MR. NIGH:

Q. And here it shows Digestion published in 1990.

Do you see that?

A. Yes.

Q. And the title of it is the ECL carcinoids in the rat gastric mucosa following long-term administration of ranitidine, correct?

A. Yes.

Q. And if we take a look at the abstract where we see ranitidine, it's a few sentences into it -- it's near the end -- the ranitidine treatment resulted -- do you see that?


Let's go ahead and highlight that. You're close to it. Over to the right just a little bit. Yep, there it is.

The ranitidine treatment resulted in a pronounced hyperplasia of gastric ECL cells. In 19 rats, carcinoids were found, four of which were microinvasive. No carcinoids were found in the control animals.

Do you see that?

A. Yes.

Q. So were you aware that carcinoids -- these ECL carcinoids were found in 19 of the rats treated with ranitidine and none in the control animals?

MS. PENNER: Objection.

THE WITNESS: I am not aware of this study. I wasn't aware of this study, either.

My understanding from GSK internal study was that when -- when they did the toxicity study, they actually did a whole -- whole setup of a toxicity study they weren't able to do back in the 1980s, including general toxicity -- including general toxicity, carcinotoxicity, a safety study in preclinical species. There was no -- there

was no signal there that it is not safe.
That's my understanding.
So I don't have the specific visibility, cannot provide additional comment, but that's my understanding.
BY MR. NIGH:
Q. Let's take a look at LP78. This will be marked as Exhibit 4074.
(Exhibit 4074 was marked for identification.)
BY MR. NIGH:
Q. This is published in 1975 in Toxicology and Applied Pharmacology.
Do you see that?
A. Yes.
Q. And it says, formation of N-Nitroso Compounds: Chemistry, Kinetics, and in Vivo Occurrence, and the author is Dr. Mirvish.
Do you see that?
A. Yes.
Q. And the beginning of this says, carcinogenic N-nitroso compounds are produced by the acid-catalyzed reaction of nitrite with certain nitrogen compounds. Man may be exposed to NO-compounds if they are formed in food, during



its storage or preparation, or in vivo in the stomach.
Do you see that?
A. Yes.
Q. And taking a look at the next page, if we look at -- here we can see -- let's go down below the graph. It says, NO -- NO-derivatives can be prepared from some pyrrole derivatives.
Do you see that?
A. Yes.
Q. And right underneath that the sentence says, nitrosamines can be obtained, usually without difficulty, by the nitrosation of tertiary amines.
Do you see that?
MS. PENNER: Objection.
THE WITNESS: Yeah, I see that, yeah.
BY MR. NIGH:
Q. So here in 1975 Mirvish is talking about nitrosamines can be obtained usually without (sic) difficulty by the nitrosation of tertiary amines.
Do you see that?
MS. PENNER: You're not reading that sentence correctly.
MR. NIGH: I am, and I don't need to have



additional speaking objections.
MS. PENNER: It says usually with difficulty, not without.
MR. NIGH: Oh, my apologies.
BY MR. NIGH:
Q. Nitrosamines can be obtained, usually with difficulty, by the nitrosation of tertiary amines.
Do you see that?
A. Yes.
Q. So here in 1975 they're discussing nitrosamines can be obtained by nitrosating tertiary amines, right?
A. That's right. Usually with difficulty is very important here, as I pointed out earlier.
Q. And ranitidine is a tertiary amine, correct?
A. It has a moiety in the whole chemical structure as an amine structure, and it's very different from being a tertiary amine by itself. So it's very hard to connect that straight to ranitidine.
Q. Ranitidine does have the moiety of a tertiary amine, correct?
MS. PENNER: Objection.



THE WITNESS: Please repeat that question.
BY MR. NIGH:
Q. Ranitidine does have the moiety of a tertiary amine, correct?
A. I recall the (inaudible) structure to be very -- very, very precise, the structure, yeah. If we look at structure, if you have any structure of the ranitidine we can pull out --
Q. I'm sorry --
A. I cannot remember -- I cannot remember by heart specifically the tertiary amine.
Q. Okay. Let's take a look at the next page, 328, two pages over.
(A discussion was had off the record.)
MS. PENNER: Dr. Chen, can you please pull the microphone closer to you.
THE WITNESS: Okay. Is it better?
THE REPORTER: Yes. Thank you.
THE WITNESS: I can try to pull it closer. Can you hear me okay?
THE REPORTER: Yes. Thank you.
BY MR. NIGH:
Q. Actually, let's take a look at 346.
MR. SCHMITZER: Is that LP346?

Page 146

MR. NIGH: No, no, page 346. We'll look at the end of this.
BY MR. NIGH:
Q. And here we can look at the conclusion. It says, in conclusion, we should take account of the hazard presented by readily nitrosated drugs or pesticides yielding carcinogenic nitroso compounds, or by somewhat less readily nitrosated compounds if the exposure is high. To solve the problem of readily nitrosated drugs, these could be administered by a nonoral route ... formulated with enough ascorbate (or other similar reagent) to block intragastric nitrosation, or replaced by safer, equally effective compounds.
Do you see that?
A. Yeah.
Q. Now, are you aware that many of the others authors in the 1980s when they were finding issues with ranitidine and DNA -- DNA damage and other issues such as that, that many of them made the same suggestion, to formulate it with ascorbate, or vitamin C?
MS. PENNER: Objection.
THE WITNESS: I -- I -- I don't have the visibility of all that's been done there, but

Page 147

my understanding is that many of those studies, including those that are being presented here, are under some extreme conditions in terms of the concentration of the chemical itself, pharmaceutical itself, and also the -- the other chemicals that are required to have that possibility happen. And pH, all those other things, exposure time, these are very, very relevant when you make a conclusion whether or not there's a potential to have it happening.
But I'm not a toxicologist, so I -- I cannot comment further. But based on all this information that you shared here, these are under some extreme condition showing -- showing some information primarily in vitro.
BY MR. NIGH:
Q. Other than sodium nitrite, have you looked at the impact that amino acids in foods can have on formulation of NDMA from a ranitidine pill?
MS. PENNER: Objection.
THE WITNESS: Sorry. Can you repeat the question?

Page 148

BY MR. NIGH:
Q. Yeah. The Mirvish studies show the possible formation of N-nitroso derivatives in gastric juice by the reaction of nitrite with amines and amines has been widely documented.
Do you remember we looked at that?
MS. PENNER: Objection.
THE WITNESS: I don't recall looking at that particular publication, especially in general terms about amine interaction. I don't recall I see that publication specifically.
BY MR. NIGH:
Q. My question is, other than looking at the sodium nitrite like the Gao study, have you looked at any studies internally or considered any studies in looking at amino acids in foods along with nitrite side by side with ranitidine and the impact that can have?
A. Other people looking, I don't know. I cannot say one way or another if yes or no. To my knowledge, I don't believe, to my knowledge, you know, there's anything done looking into that. But, again, our chemistry department, CMC colleagues, they might have considered that. I'm

Page 149

not aware one way or another.
Q. Are you aware of any of the literature that shows that amino acids play a role in the production of nitroso compounds in the stomach?
A. No, not to my knowledge.
Q. Okay. Let's take a --
Sorry. I didn't realize you weren't done. Go ahead.
A. No, not to my knowledge.
Q. Let's take a look at LP113.
(Exhibit 265 was previously marked for identification.)
BY MR. NIGH:
Q. This was previously marked as Exhibit 265. Let's take a look at the second page. This is the -- it shows a title here. It's in Polish, but below it says, Nitrosamines in children with chronic gastritis.
Do you see that?
A. Yes.
Q. And this is -- Dr. Krawczynski is the first author.
Do you see that?
A. Yes.
Q. Let's take a look at the next page, and

Page 150

in this 2002 study, next to the footnote one, it says, therefore, nitrosamines -- right about where you are -- therefore, nitrosamines formed in reaction with biogenic amines may damage cellular DNA, initiating processes that can lead to cancer development.
Do you see that?
A. Yes, I see that.
Q. And below we can see, in fact, treatment with such medicines as H2 blockers creates conditions favoring proliferation of gastric bacterial flora. Chronic use of these medicines leads to an increase in nitrosamine concentration in gastric juice.
Do you see that?
A. I need some time to read the typed text.
Yeah, I see that.
Q. Now, as you were considering your work that you embarked upon in the summer of 2019, had you reviewed these statements in this study? Do you recall?
A. I haven't reviewed the data from this -- from this study; but just looking at all the text here, this seems to be a introduction, a commentary about the work other people did. Like

Page 151

you had the parentheses 6, in parentheses 7. I assume it makes a reference to literature being done before.
So this is probably just comments from -- from these authors of other people's work.
Q. My question was, before today, have you seen these statements in this study?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Or do you recall seeing these statements in this study?
A. I cannot be sure that I looked into the data on this study, but maybe I have been -- have been in a situation -- this being -- being -- make a reference to in a document that we provide to -- to -- to agency, to the EMA.
Q. Let's take a look at --
A. That --
Q. Go ahead.
A. Can I -- can I continue?
Q. Go ahead.
A. So I think this is something, I think, from the epidemiology colleague. They look into this, make assessment.
So, yeah, I'm done. Sorry. You can ask

Page 152

your question now.
Q. Okay. Let's take a look at the next page ending in Bates number 838. At the bottom we can see, children in groups 1 were treated with ranitidine at a dose of 5 milligrams per kilogram per day for 28 days.
Do you see that?
A. Yes. So move up. My video block now is on the corner, right corner there, so it's behind.
Q. It's brought up there.
A. Oh, yeah, that helps.
Q. Children in groups 1 were treated with ranitidine at a dose of 5 milligrams per kilogram per day for 28 days, and then it shows in combination with amoxicillin and another drug, correct?
A. Yes.
Q. And let's take a look at the next page, Bates number ending in 839, results. The following nitrosamines were detected in the analyzed material.
And do you see NDMA?
A. NDMA, yes, I see it there.
Q. And it showed these following nitrosamines detected in the gastric juice and the

Page 153

urine, correct?
A. Sorry. Repeat it again.
Q. And it showed these nitrosamines being detected, including NDMA, in the gastric juice and urine, correct?
A. The remaining -- referring to the second sentence here in this --
Q. No, no. It's in the first sentence. The following nitrosamines were detected in the analyzed material (gastric juice and urine).
Do you see that?
A. Yes.
Q. Okay. Next below it shows, moreover, a 30-fold -- sorry, a tenfold.
Moreover, a tenfold higher urinary excretion of nitrosamines after treatment of .602 milligrams per liter in comparison with the pretreatment values and values obtained in children in the control group of X equals .029 milligrams per liter was found.
Do you see that?
A. Yes.
Q. And it shows, in older children (aged 13 to 18) urinary excretion of nitrosamines was much higher and significantly higher in boys the same

age.
Do you see that?
A. Yes.
Q. Let's take a look at the next page, discussion at the bottom. We can take a look. Scroll down. We can see neoplastic lesions induced by nitroso compounds may develop in any organ.
Do you see that?
A. Yes.
Q. And below this it shows, this contributes to the formation of N-nitroso compounds, which are considered a factor that leads to intestinal metaplasia and dysplasia, and -- let's take a look at the next page -- consequently, gastric cancer development.
Do you see that?
A. Yes.
Q. Now, you said this is something that epidemiologists would have looked at, but is this something that you looked at and considered as part of your work?
A. In the -- I think I looked into the specifics in the paper about the methodology, and in terms of clinical implications, people in


epidemiology, in the medical department, they were in a better position to assess that.
Without seeing this whole paper together, it's very hard to -- to provide a sure answer. But if I recall correctly, I think this work, the ones I scanned through, the whole paper, probably I can recall better memory.
I think this study -- is there any material methods in this -- in this application? This could be the same author that I mentioned with another publication. I recall one other study which showed the data, but there was no description about how they -- how the data work, so -- and then we pointed out to, you know, the response to EMA, so -- but, again, looking at just what we have on the screen, I cannot be 100 percent sure that this is the same paper I was referring to.
Q. Are we asking -- are we asking whether or not they used GC-MS to analyze these results? Is that what you're --
A. No, I did not say that specifically, just, you know, whether or not we have information about how they measured those levels, because these -- these levels can be quite challenging,


they're quite challenging to measure, so this is very important to see how the experiment was -- was conducted, was done.
Q. Now, you would want to be asking those questions in 2002 when these findings are being raised, right, not 2019 for the first time?
A. Can you repeat that question?
Q. I said you're talking about -- you're questioning how do they get these findings, these results. Those would be questions to be asking in 2002 when these results are being published, right?
A. I -- I cannot put myself back in 2002 when this -- when this came out because I wasn't involved in that -- in this product. And so I cannot comment on that.
Q. Now, GSK is an international company? They do -- they sell products in many different countries across the globe, correct?
A. We -- yeah, we have -- try to help people across the globe if the medicine comes through to help people.
Q. Now, if GSK really had questions and really wanted to figure out how these findings -- how these authors got to these findings, GSK could


have reached out to Dr. Krawczynski or any of these authors, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot agree or disagree --
BY MR. NIGH:
Q. They could have done -- I'm sorry.
A. I couldn't comment because I wasn't involved.
Q. They could have done that back in 2002? They could have reached out to the authors in 2002 when they were wondering how these findings were reached?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Right?
MS. PENNER: Objection.
THE WITNESS: I cannot agree or disagree, again, because I have no knowledge about what happened back then.
BY MR. NIGH:
Q. As you reviewed this literature and you had those questions about how these findings occurred, you didn't see any summaries from GSK that showed that they reached out to the authors

and asked that question, right? You didn't see anything showing that?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that either, because my visibility was being done in that period and following time I am not representing everything about ranitidine. I haven't been doing everything for ranitidine, either, you know, so --
BY MR. NIGH:
Q. I understand.
A. -- I cannot make a comment on that.
Q. My question was, as you reviewed the literature, you didn't see anything or any summaries or any information that GSK reached out to the authors and that they got some answers on how these measurements were taken?
You didn't see that, right?
MS. PENNER: Objection.
THE WITNESS: I would say the same. I would say the same as I said earlier. I cannot comment on this yes or no because I cannot say yes or no for the reason that maybe -- maybe it was done. Maybe it wasn't done. But I'm not in a position to -- to



comment on that.
BY MR. NIGH:
Q. My question is about what you saw. Okay?
Did you see anything as you conducted literature reviews of GSK internal databases, the Embase, you tried to look into this information, did you see anything that showed a summary or anything from GSK that showed they reached out to the authors, they asked those questions about how these findings were measured -- you didn't see anything showing that, right?
MS. PENNER: Objection.
THE WITNESS: I say the same. I cannot comment on one way or another because I'm not in a position to do that. I did not have visibility about what happened before.
BY MR. NIGH:
Q. But you did -- you did do -- you looked at internal GSK information, you looked at Embase, you looked at multiple of these different things. I'm asking about your eyes. What did your -- what did you lay your eyes on?
You never at any point laid eyes on any document that shows GSK reached out to these authors and asked them questions about how they



measured -- how they got these findings, right?
MS. PENNER: Objection.
THE WITNESS: I think we are talking about the same question, same answer that I provide again, again. I cannot make a comment one way or another.
BY MR. NIGH:
Q. Again, I'm asking about your eyes, so you're not answering that question.
I'm asking you, did you ever lay eyes on any document that shows GSK reached out to these authors and asked them questions about how they measured or got these findings?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Your eyes?
A. First, this is not my area.
Secondly, also, I did not have any direct involvement on this paper assessment. Epidemiology -- this is a 2002 application, so I cannot make any further comments on that.
Q. Well, you have to because I'm asking the question. My question is about your eyes.
Did you ever lay -- or did you ever lay eyes on or see anything from GSK where they asked



the authors about how they measured these findings and got responses? That's all I'm asking. I'm not asking if you were around in 2002.
I'm asking, when you did your literature review, did you ever see a document from GSK saying they asked them these various questions, how did you measure these findings? Did you ever lay eyes on those?
MS. PENNER: Objection.
THE WITNESS: I have to say the same thing again.
BY MR. NIGH:
Q. You're not answering the question.
MS. PENNER: Dan, please let him finish his answer.
THE WITNESS: I cannot answer your question because this question -- I'm not in a position to answer it one way or another.
BY MR. NIGH:
Q. Is your answer, no, I never laid eyes on a document that shows GSK asked the authors of this study how they got those measurements?
Is your answer, no, I never saw that? That's what I'm asking.
MS. PENNER: Objection.

Page 162

THE WITNESS: Because the assumption there already not established, so the follow up if I see it. If I made a comment, it would be based on some hypothesis already, so I -- I -- I cannot -- I cannot answer further and provide any -- anything further in addition to saying I cannot comment on it.
BY MR. NIGH:
Q. Is your answer, no, I never laid eyes on whether or not there is a document that GSK asked the authors of this study, how did you measure these findings?
MS. PENNER: Objection.
THE WITNESS: I cannot -- I cannot go further. I cannot give additional assessment based on my opinion. I -- I cannot say anything further because I -- I just cannot because I'm not in a position.
BY MR. NIGH:
Q. I understand you -- you raised the point, when I was going through this document, that this may be the study where you were wanting to see or commented on how these measurements of these findings occurred. And if that's true, wouldn't you then look to see if that question was ever

Page 163

raised by GSK to the authors, how did you guys measure this, or did you just want to raise it as an issue and not investigate whether or not it was?
MS. PENNER: Objection.
THE WITNESS: I think you changed the question now. I have to give you what I said earlier. This is not under my watch, and so I provide my assessment only about analysis part, epidemiology part. And whether or not -- how this being reviewed earlier before my time, I cannot make a comment one way or the other.
BY MR. NIGH:
Q. It would have been helpful for you if that question was asked by GSK of these authors and that a response was given, right, because then you would have been able to see how it was -- how it was measured, right?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You can answer.
A. Okay. Can you repeat your question?
Q. I said it would have been helpful for you if that question was asked by GSK of these authors

Page 164

and that a response was given because then you would have been able to see how they measured NDMA and nitrosamines in the stomach, right?
MS. PENNER: Objection.
THE WITNESS: So I look at the -- the publication itself, I provide my thoughts, provide my assessment. That's what I was asked to do.
BY MR. NIGH:
Q. I understand. That's because you're looking at the study 17 years later, right? You're looking at it in 2019, not 2002, right?
A. That's correct.
Q. Okay. Let's take a look at the document as we go further down when it says, when -- a paragraph near the bottom. When analyzing the concentrations of nitrosamines in gastric fluid and urine in children receiving triple therapy, a few observations were noted. In patients -- in 24 patients, nitrosamine concentrations in gastric fluid before treatment were below the detection threshold of the method used. After the end of treatment, an increase in the concentration of this group of compounds was found in 28 children (93.3 percent).

Page 165

Do you see that?
A. Yes.
Q. Next we can see, a similar trend was observed in tests performed in urine. In 22 children ... before treatment the content of N-nitroso compounds was unquantifiable. And after the end of treatment, an increase in their concentration was found in 27 study subjects.
Do you see that?
A. Yes.
Q. Let's take a look at the next page. If you look at the bottom, we can see -- I mean, not at the bottom -- the second paragraph, we can see "therefore."
If we start here, we can see, the results of our study indicate -- I'll look at the beginning. The results of our study indicate that in most children in group 1 after the end of four-week treatment with ranitidine, a statistically significant increase in the concentration of a potential carcinogen occurred both in gastric juice as well as in urine.
Do you see that?
A. Yes.
Q. And then it says, the average

concentration of nitrosamines after treatment was to a large extent consequential to their high values found in 36.7 percent of the subjects, which indicates high inter alia -- high inter-individual differences in the response to inter alia ranitidine within the study group.
Do you see that?
A. Yes.
Q. And then it says, therefore, among those children, a subgroup may be separated ... of study subjects that are potentially -- that are particularly sensitivity to drug-induced fluctuations in pH of the intragastric environment, and thus having an increased risk of carcinogenesis.
Do you see that?
A. Yes.
Q. Now, other than this study, are you aware of any other study that looks at a potential subgroup of study subjects that are particularly sensitive to drug-induced fluctuations in pH of the intragastric environment as they're measuring the increase in the amount of NDMA -- a potential increase in the amount of NDMA in gastric juice or urine when taking ranitidine?



MS. PENNER: Objection.
THE WITNESS: That's what -- this study represent the author's opinion, specifically a recommendation, whether or not it's reasonable -- the author made the statement, so I cannot comment on that.
BY MR. NIGH:
Q. My question is, other than this study -- hold on one second.
My question is, now, other than this study, are you aware of any other study that looks at a potential subgroup of study subjects that are particularly sensitive to drug-induced fluctuations in pH of the intragastric environment as they're measuring the increase in the amount of NDMA or a potential increase in the amount of NDMA in gastric juice or urine when they're taking ranitidine?
MS. PENNER: Objection.
THE WITNESS: To my knowledge, I'm not aware of that. And, again, this is clinical path work. It's outside my area.
BY MR. NIGH:
Q. Now, this -- this report -- this study has been around since 2002 where they postulated



those findings, correct?
A. It looks like that.
Q. Let's take a look at the next page. Under conclusions it shows, before treatment, concentrations of nitrosamines in gastric juice and urine in children with gastritis are similar to those in children in the control group.
Do you see that?
A. Yes.
Q. So Krawczynski actually started with a similar concentration of nitrosamines in both the control group and the group that they were testing, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot say correct or not correct. From my part, without seeing how the study being done, to talk about their conclusion from my perspective is not really meaningful because those conclusions, if a control is not properly included, just like the Zeng and Mitch publication in 2016, the control's not there, other procedures aren't monitored or controlled properly, you get some erroneous information there.
So -- so I cannot have any further



thought on that.
BY MR. NIGH:
Q. Why would it be important to have a similar amount of nitrosamines in the control group as the test group before ranitidine -- before ranitidine treatment?
MS. PENNER: Objection.
THE WITNESS: I'll say the same thing. How the study being done critically, laboratory, without any information, it's very hard to make sense of anything the authors present or interpret.
BY MR. NIGH:
Q. If the control group has 20 times the amount of NDMA in their urine compared to the ranitidine group before treatment, that would be problematic in assessing the differences between the two after treatment, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot recall those specific in the study, so I cannot comment on that.
BY MR. NIGH:
Q. Do you recall that happening in Florian, that the Florian -- in the Florian study, that

Page 170

those, you know, taking noncured meats, that the ranitidine group had one-twentieth the amount of NDMA as the control group?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Or, in other words, the control group had 20 times the amount of starting NDMA compared to the ranitidine group?
MS. PENNER: Objection.
THE WITNESS: We had to look into the data, please. The statement -- summary statement from those studies is very hard to make sense of it, because it is complicated situation. When we make a statement, when we try to summarize something without -- without looking at the specific data, it's very hard to -- to -- to provide yes or no.
BY MR. NIGH:
Q. Well, you raised the Florian study. You raised the Florian study in response to one of my questions, so now I'm asking you, do you recall that being a limitation in the Florian study, that the -- that the people who were not using ranitidine had 20 times the amount of NDMA in their urine before they had taken cured meats as

Page 171

compared to those with ranitidine?
MS. PENNER: Dan, he may have mentioned the Florian study, but that doesn't make it fair to ask him to comment --
MR. NIGH: No, no, no, no, no. No speaking objections. I am absolutely allowed to ask him about issues in the study without showing him the study.
I don't know why this is becoming a common theme, that you're trying to inject that I have to show him the document. My question is fair on its own.
BY MR. NIGH:
Q. You raised the Florian study in response to one of my questions, so now I'm asking you, do you recall that being a limitation in the Florian study, that the people who were not using ranitidine had 20 times the amount of NDMA in their urine before they had taken cured meats as compared to those with ranitidine?
A. Please present that paper as to the data.
Q. No. I'm going to ask you that question. As you sit here right now, do you remember that being a significant limitation of the study; yes or no?

Page 172

MS. PENNER: Objection.
THE WITNESS: What question again, what paper?
BY MR. NIGH:
Q. You raised the Florian --
A. You were talking between several studies, several arguments, so --
Q. Right, right, because Krawczynski actually shows they're equal pretreatment, right? That's what the conclusion says, before treatment, concentrations of nitrosamines in gastric juice and urine in children with gastritis are similar to those in children in the control group.
Do you see that?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You see that here, right? It's up on the screen, number one?
A. Which part?
Q. Number one.
A. Which part are you referring?
Q. Number one, conclusion, before treatment, concentrations of nitrosamines in gastric juice and urine in children with gastritis are similar to those in children in the control group.

Page 173

Do you see that?
A. I see that, so many things I cannot -- I cannot comment because there are many, many factors here.
Nitrosamines is very broad term, so we have the -- you know, you have the NDMA, the DMA, these can all be called nitrosamines. When they say concentrations of nitrosamines, this is a very broad term. Not saying I already knew about it. I just read the statement. So it's very hard to -- to make this reference to -- to what the study the FDA recently complete.
So the connection there is not clear-cut. It's not, you know, straight equal to, so I cannot --
Q. I understand.
A. -- I cannot make a comment.
Q. I understand you can ask for the results specific to NDMA versus the other nitrosamines, correct? GSK could have done that in 2002?
MS. PENNER: Object.
BY MR. NIGH:
Q. They could have asked for those results, right?
MS. PENNER: Objection.

THE WITNESS: You asked that pretty fast. Can you repeat your question?
BY MR. NIGH:
Q. I said I understand.
GSK could have asked for the results specific to NDMA versus the other nitrosamines in 2002, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that because this is -- this is a -- we base on -- we base on the -- asking me questions based on the hypothesis, something -- something did not happen, and they ask me to make my assessment on what happened almost 20 years ago.
I cannot -- I cannot give you any -- any further comment.
BY MR. NIGH:
Q. And we showed in the study that one of the nitrosamines that they detected in the gastric juice and urine was NDMA. We showed that just a few minutes ago in the Krawczynski study, right?
MS. PENNER: Objection.
THE WITNESS: Which study?



BY MR. NIGH:
Q. Krawczynski. The one right in front of us here that's up on the screen in 2002.
A. This study -- yeah, this study. What's your question?
Q. We showed in that study that one of the nitrosamines that was detected in the gastric juice and urine was NDMA, correct?
A. Yeah. Can you show that actual data? This is something I did not look closely. It's something I did not look at.
Q. Bates number 839, we can go back to it. There at the top, go to the top. You can see the following nitrosamines were detected in the analyzed material: NDMA.
Do you see that? Okay.
A. Nitrosamine, okay.
Q. Let's go back to the conclusion.
MS. PENNER: Dan, let him talk, please.
THE WITNESS: Where are the table, where are the data following nitrosamine. Okay. Got it. This one right here, okay. NDMA --
BY MR. NIGH:
Q. Okay. Let's go to the conclusion, back to the conclusions. We can highlight all three of



those.
And again here it says, before treatment, concentrations of nitrosamines in gastric juice and urine in children with gastritis are similar to those in children in the control group, correct?
A. You talk about control group comparison now. I do need more time to look at the actual data table. We can go back to that table earlier.
Q. Let's go ahead and take this document down.
My question, back to Florian, is do you recall there ever being any -- as far as you remember, do you recall there being a significant limitation in that the placebo users had nearly 20 times the amount of NDMA after ingestion of noncured meats compared to ranitidine users?
MS. PENNER: Objection.
THE WITNESS: I -- I don't have big concern there. The reason -- that's my view. The reason for that is this study is a cross-over study, so that means several people who -- who were issued the four different type of treatment scenario, so these actually a good control study, and then



they compare the difference between -- between the treatment with ranitidine compared to a treatment with the placebo.
Now, on top of that, another combination is that each of those two, having a cured/uncured meat diet. So that's another combination to assess those potential effects.
So with all those different scenarios, we talk about the same people who have been introduced the different scenario, and they cannot see any effect, ranitidine effect, on NDMA and the DMA.
BY MR. NIGH:
Q. Are you concerned that in terms of the order as to how they were given those diets and how they were administered and tested, that the placebo group would have -- placebo taking noncured meats would have 20 times the amount of NDMA after noncured meats compared to ranitidine noncured meats?
Does that concern you in terms of the order of administration in that study?
MS. PENNER: Objection.
THE WITNESS: I'd have to look at the

Page 178

same -- the data. It's a very long sentence, complex statement, so I don't want to give an assessment now reflecting what I believe, what I reviewed.

So if we looked at data, it would be a lot easier to say one way or another. The data, you know, it's a lot easier to see a number. The statement -- yeah, sorry, very hard to follow that.

BY MR. NIGH:

Q. So as we sit here today, you don't recall that being a limitation of the Florian study?

MS. PENNER: Objection.

THE WITNESS: I -- I cannot -- cannot -- cannot come up one way or another. I --

BY MR. NIGH:

Q. Go ahead.

A. I'm finished. Sorry.

Q. Okay. Let's take a look at -- let's come back to the Krawczynski study. Let's look at the other two conclusions.

The second we can see, after treatment, particularly in boys, a statistically significant increase in concentration of nitrosamines in gastric juice and in their urinary excretion is

Page 179

observed.

Do you see that?

A. I see that. So before I give you a further answer, is it possible to take a break soon?

Q. We can. I'm just about done with this document.

A. And can you please repeat your question?

Q. My question is, as you -- I'm going to ask another one now, but as you were evaluating the Mitch study, what -- what weight did you give to this study that was a 2002 Krawczynski study showing an increase in the concentration of nitrosamines in gastric juice and urinary excretion?

MS. PENNER: Objection.

THE WITNESS: Okay. I did not follow exactly. Were you asking what was my view?

BY MR. NIGH:

Q. Yes.

A. What was my view when?

Q. As you were evaluating the Mitch study and you said some of the gaps or some of the concerns with the Mitch study --

A. Right.

Page 180

Q. -- what weight did you give to this 2002 Krawczynski study showing an increase in the concentration of nitrosamines in gastric juice and urinary excretion following treatment with ranitidine?

A. Since we -- we had a major concern on the methodology, how the study being conducted by Zeng and Mitch, and -- and this study presented on the screen here did not have that, any information about methodology, how they did the study, from my part -- I cannot speak to you. My colleague in medical affairs -- in medical affair, and regulatory, clinical path, pharmacovigilance. So there's other colleagues involving in assessing the study. It also has a lot to do with the disease state, so that is not my area.

But just from the analysis part, from the DMPK part, I think it raised a big concern, especially the -- how you measure when you did an experiment is very, very important when we try to understand the complexity of a scientific area.

Q. So when you say you're looking at the DMPK part, are you not -- are you not questioning whether or not they used GC-MS in this study?

MS. PENNER: Objection.

Page 181

THE WITNESS: When I was -- whether or not I was questioning they using GC-MS in this study?

BY MR. NIGH:

Q. Right.

A. I -- I cannot comment on that. I cannot agree, disagree because I have no idea how they did this work. So I cannot assume that they used whatever methodology they used without information, absent all the information.

MR. NIGH: Okay. We can take a break. Thank you, Doctor.

MR. COELLO: We are now going off the video record. The time is 1843 UTC, 2:43 p.m. EDT.

(A short recess was taken.)

MR. COELLO: We are now back on the video record. The time is 1906 UTC, 3:06 p.m. EDT.

BY MR. NIGH:

Q. Doctor, other than Florian and Gao, are you aware of whether or not GSK or anyone else has conducted an SGF study on ranitidine specifically looking for levels of NDMA that might form?

MS. PENNER: Objection.

THE WITNESS: What condition? What

specifically so I can repeat that, please?
BY MR. NIGH:
Q. Are you aware whether or not there's a study conducted, an SGF study, simulated gastric fluid study, on ranitidine specifically looking for the levels of NDMA that might form?
A. I cannot recall specifically the study. My understanding is in the '80s they did some work -- yes, they did some work in the early '80s, and I cannot speak to any other work that's been done by our CMC colleagues. So I cannot -- I cannot be sure we have done that.
Q. In the 1980s, there's a study called Tanner where they looked at NDMA being formed when ranitidine was put under the WHO NAP test.
Is that the one you're referring to?
A. What test? Sorry.
MS. PENNER: Objection.
BY MR. NIGH:
Q. The WHO NAP test, nitrosation?
A. I -- I cannot recall the details. Sorry.
Q. Okay. Other than that -- in the studies in the 1980s, are you aware of any studies conducted by GSK or any other company post 2019 -- or post summer of 2019 where they are looking at


simulated gastric fluid study on ranitidine and specifically looking for the levels of NDMA that might form?
A. I think there's other study in addition to Gao's paper. I cannot recall that specific author's name. It came out this year. So that's one work being done. Another, Zeng and Mitch, they also tried to look into that in that 2016 paper.
Q. Okay. So you talked about Gao that came out this year, and then you said another author that came out other than Mitch, Mitch and Zeng. You said another author. Are you talking about the Valisure folks, David Light, that study?
MS. PENNER: Objection.
THE WITNESS: I think there's another one besides -- in addition to Valisure. There's another study that came out this year, earlier this year.
BY MR. NIGH:
Q. Okay.
A. I cannot -- I cannot remember the specificity of the author's name.
Q. What do you recall in terms of the findings in that study?


A. They had the condition -- that continued the range of different conditions. In that study they found a significant level of NDMA formation in vitro only under the condition that you had a very high concentration of the nitrite, and also acidic condition.
And that result actually is consistent with Gao's application, so they looked into the similar gastric fluid, that condition, and then they looked into the concentrations, pH, all those condition, more representation of the physiological condition.
On top of that, they also scored the other type -- combination of conditions much, much higher -- much higher concentration, and -- and also the range of pH to look into that.
So Valisure's work, having that investigation as well, and the Zeng and Mitch paper also have the similar type of work. Now, the -- I think quite a few of those findings across those papers actually point to very similar result, which is, under the condition of more represent -- representative of the physiological condition, you actually don't see -- actually, you see very minimum NDMA concentration.


Only when you have really, really high nitrite concentration, then you see the detected level where NDMA start to pick up.
Q. I want to make sure we're talking about the same papers, that David Light published the paper after the Valisure petition, not at the same time as the Valisure petition. It showed a range of nitrite and the levels of NDMA at those ranges of nitrite.
And even as low as one millimolar of nitrite found thousands of NDMA. Is that the -- is that the paper you're discussing?
MS. PENNER: Objection.
THE WITNESS: If you have that paper, please show that, just in case we talk about different things. Yeah, we'll need to look at that paper that you're referring to and just to -- to come along a statement saying under one millimolar, so there -- of nitrite. I think even that concentration is much, much higher than the normal physiological condition that you have. And we talk about higher end -- the high end of the physiological condition. So we have tenfold higher when we had one millimolar nitrite

Page 186

concentrations.
BY MR. NIGH:
Q. Let's talk about that. One millimolar -- well, what -- in terms of physiological condition, I'm not talking about at fasting. For this question, we're looking at, you know, how much NDMA forms at the same time as taking ranitidine in a high nitrite diet. So we're not talking about fasting.
What studies can you point to where we examine the amount of nitrite in the human environment after taking a high nitrite diet?
Is there only the Walter study that you can point to for that assertion?
A. Did you say fasted?
Q. I said I'm not talking about fasting, because fasting means they're not eating a meal. That's their nitrite level when they're not eating, correct?
A. I did not say that. You misunderstood or I misspoke. I did not say anything about -- anything about fasting or not fasting.
Q. No, I understand, but physiological condition, when you say one-tenth, .1 millimolar, I think you're getting that information from the

Page 187

Gao study, correct?
A. This information is -- Gao, I think they -- that's how I understand Gao's paper. They prepared those conditions based on generally accepted in the area, people feel this is their representation out there, that information.
Q. But those studies they looked at to come up with physiological condition, those were all fasting studies, what's the amount of nitrite that this range of people in the population had when they were fasting, correct?
MS. PENNER: Objection.
THE WITNESS: The -- say that question again. Sorry.
BY MR. NIGH:
Q. What does it mean to be -- when you measure nitrite level at fasting? That means they hadn't eaten at that point, right?
A. That's my understanding. In a clinical setting when we talk about fasting, they're probably using fasting overnight, and then you start to do the experiment.
(Simultaneous speaking.)
BY MR. NIGH:
Q. Right. So that is -- in those studies --

Page 188

MS. PENNER: Dan, let him talk, please.
MR. NIGH: You don't have to interrupt me to say that. There's times where it looks like there's pauses, and so I'm going to ask to the extent that he finishes a question thereafter, I've tried to be -- I think the video is going to show I've tried to be -- you know, let him complete. And I've done it many times. You don't need to interrupt me to say, let him talk.
BY MR. NIGH:
Q. So in those studies, if they're looking for nitrite levels in fasting conditions, that would mean they're looking at nitrite levels when the person hasn't eaten a meal for a while, correct?
MS. PENNER: Objection.
THE WITNESS: So there's a different way to have the -- to have the in vitro set up, try to mimic the in vivo situation, either fed or fasted. And so, again, some generally acceptable components, condition generally established in the science community, in the industry, and I think even in the regulatory document they have some recommendations,

Page 189

addition, include this, include that, to mimic that.
So there's a very artificial one, that's why I say simulated situation, so it's not just how much the nitrite have. It's also have other components there due to the feeding or fasting conditions in the human stomach.
BY MR. NIGH:
Q. Yeah. My point is, in terms of measuring the amount of sodium nitrite in gastric fluid in a human, other than the Walter study that was done in 1970 -- that was published in 1976, are you aware of any other study that looked at the physiological conditions of the amount of nitrite in the human environment after eating a high nitrite meal?
A. I'm not aware of others.
Q. Now, that Walter study shows three -- .3 millimolar as the peak that was reached in the Walter study. Were you aware of that?
MS. PENNER: Objection.
THE WITNESS: I cannot -- I cannot recall. Can you share that -- that publication?

BY MR. NIGH:
Q. I may.
Were you aware that that .3 finding was found on only six subjects and may only be the median or the mean in terms of the amount of nitrite in their stomach?
MS. PENNER: Objection.
THE WITNESS: It could, but, again, if you can show that -- that publication, it would be good.
BY MR. NIGH:
Q. Were you aware that that 1976 Walter study also showed that smoking can have a 17-fold increase in the amount of nitrites in a person's stomach at fasting level?
A. I don't recall that.
Q. Were you aware that there's even a study that shows that taking ranitidine gives a statistically significant increase in the amount of nitrites in a person's stomach at fasting level?
MS. PENNER: Objection.
THE WITNESS: Yeah, I don't recall those -- those specific publications.



BY MR. NIGH:
Q. Were you aware -- are you aware of whether or not there's a study that looks at both the amount of nitrite after taking a high nitrite diet and taking ranitidine that measures their nitrite level with both of those conditions?
MS. PENNER: Objection.
THE WITNESS: I'm not aware of that study. The -- the FDA study, the Florian study, they -- they intentionally include the dietary situation which represents a percent of high versus low nitrite concentration in a clinical study.
BY MR. NIGH:
Q. Yeah, but that FDA study -- I think you're speaking to the Gao study again -- only speaks in reference to studies of measuring a person's nitrite level at fasting, not after a high nitrite diet, other than the Walter study, right?
MS. PENNER: Objection.
THE WITNESS: So that study is what I initially exactly -- are you talking about Gao study --
BY MR. NIGH:



Q. Yes.
A. -- or another study?
Q. Gao study.
In the Gao study, are you aware of whether or not they reference any other study that measures a person's nitrite level other than at fasting? And the only study, being the Walter study. Are you aware of any other study that measures a nonfasting level of nitrite?
MS. PENNER: Objection.
THE WITNESS: I cannot recall. I -- I don't know.
BY MR. NIGH:
Q. Are you aware that they've actually measured the amount of nitrite when someone takes omeprazole and eats a high nitrite diet? Have you seen that study?
MS. PENNER: Objection.
THE WITNESS: I haven't.
BY MR. NIGH:
Q. Have you seen that that study is significantly higher than .1 millimolar?
MS. PENNER: Objection.
THE WITNESS: I'm not aware of that study.



BY MR. NIGH:
Q. Have you seen other studies that look at the amount of nitrite in the human stomach, human environment, after eating a high nitrite diet and ingesting other medications?
MS. PENNER: Objection.
THE WITNESS: That scenario -- is that a current study? So they have a study design including the -- a cured meat and also looking to, as a control, uncured meat diet, so that's two different diets that contain a different level of nitrite. And then they have those, yeah, demonstration before giving ranitidine.
BY MR. NIGH:
Q. Now, the Florian study, that study doesn't measure the amounts of nitrite that the people would have in their gastric juice, correct?
A. That's my understanding in the study -- within the study.
Q. In order to understand what the physiologically relevant conditions are of man that's taking ranitidine after a high nitrite diet, wouldn't you need to measure people who have eaten a high nitrite diet and taken ranitidine and

then measure their gastric levels, their nitrite gastric levels?
MS. PENNER: Objection.
THE WITNESS: You could do that study.
BY MR. NIGH:
Q. And if it was found in 1987 that users of ranitidine had a statistically significant increase of nitrites at fasting level, wouldn't you want to see the impact of what happened to those individuals after a high nitrite diet?
MS. PENNER: Objection.
THE WITNESS: Can you -- can you please show that specific publication? Because I wasn't aware of that.
BY MR. NIGH:
Q. My question is, if it was found in 1987 that users of ranitidine had a statistically significant increase of nitrites at fasting level, wouldn't you want to see the impact of what happened to those individuals after a high nitrite diet in order to understand what is the physiological conditions of man that are using ranitidine after a high nitrite diet?
MS. PENNER: Objection.
THE WITNESS: I cannot comment directly


about this. This is not my area. But those -- those (inaudible) in those situation in clinical practice, in clinical application, has been tracked with the pharmacovigilance, epidemiology division, so to follow up with -- with what might happen to the person who had taken ranitidine.
BY MR. NIGH:
Q. Do you remember being asked by Jim Harvey to collate the information on the reported endogenous nitrite in the literature in healthy individuals and those with gastric disorders, and then you agreed to compile the data?
MS. PENNER: Objection.
THE WITNESS: Say that specifically -- repeat that question, please.
BY MR. NIGH:
Q. Do you recall Jim Harvey asking you to collate the information on the reported endogenous nitrite in the literature in healthy individuals and those with gastric disorders and that you agreed to compile that data?
A. I don't recall I did that -- he asked that.
Q. Let's take a look at LP408.


(Exhibit 4075 was marked for identification.)
BY MR. NIGH:
Q. This looks to be an email chain, correct?
A. I can see it.
Q. Let's take a look at the Bates number ending 2660. And here at the bottom we can see from Jim Harvey -- this is October 25th, 2019, and it says, all, yesterday we discussed how best to represent the in vitro ranitidine, sodium nitrite, NDMA, pH, et cetera data presented by Zeng and Mitch and Valisure in preparation for future discussions.
It gets pretty complicated quickly if we write it all out. Example, Zeng studies described in vitro nitrosation of 5 millimolar ranitidine at pH 3.01 at various NaNO2-to-ranitidine molar ratios with a minimum (sic) of 0.1 to 1 up to a maximum of 10 to 1. I suggest we prepare a table with the following column headings with millimolar and nanogram per day values and collate the information accordingly.
Do you see that?
A. Yes.
Q. And you see ranitidine and sodium nitrite


on that -- on those tables?
A. Yes.
Q. Then if we take a look to the next page, this is the question I was asking you earlier. We should also collate the information on the reported endogenous nitrite in the literature (median and upper limits) in healthy individuals and those with gastric disorders.
And then it looks as if it says, Steve and your name, can you take this on?
Do you see that?
A. Yes.
Q. And so that's the part that I'm asking you, collating the information on the reported endogenous nitrite in the literature (median and upper limits) in healthy individuals and those with gastric disorders.
Do you see that?
A. Yes.
Q. Now, if you're looking at the impact of a high nitrite meal and the impact that that would have on sodium nitrite in the stomach, wouldn't it be important to look at those -- the literature that shows, not necessarily at fasting, but after individuals have eaten a high nitrite diet to see

Page 198

their -- the amount of nitrite in their stomach?
MS. PENNER: Objection.
THE WITNESS: So this work -- now, you showed this email. It's very good to clarify.
So what I did for this request was to compiling the information from Zeng and Mitch, Valisure, about their reported value under the initial condition where they try to simulate the in vivo condition in the gastric fluid.
And in that study, there's a range of the concentrations for the nitrite, and also the combination of different amount of the ranitidine, and also the various pH.
So that was the request coming from Jim, and I did provide that information to collate them and get it.
BY MR. NIGH:
Q. Now, I'm pointing to the second part of this request. I think what you just referred to was the chart with all the columns on the prior page. But then it also says here highlighted on this page, we should also collate the information on the reported endogenous nitrite in the

Page 199

literature (median and upper limits) in healthy individuals and those with gastric disorders.
Do you see that?
A. I see that.
Q. And here's where I'm referring to, endogenous nitrite. Wouldn't it be important, if we're looking at the question of how much NDMA is breaking down from ranitidine as a result of the high nitrite diet, wouldn't it be important to be looking at individuals after they've eaten a high nitrite diet, not fasting, correct?
MS. PENNER: Objection.
THE WITNESS: For this in vivo reported endogenous nitrite in the literature, based upon -- I cannot recall anything come through and who actually did this part. I wasn't involved. And so I cannot comment further on where we landed that information on and what has been done, what has been collected.
BY MR. NIGH:
Q. And let's take a look at the next email in time, would be the prior page. And here it shows from you -- let's go up from there. This is in response. This would be from you, October 25th, 2019.

Page 200

And you say, hi, Jim. I will work with Steve to compile this data. Since various concentration units were used in the document -- documents, would suggest we record the original value and units and convert to molar (mM or uM) where necessary for easy comparison.
Do you see that?
A. Yes.
Q. So is it your testimony that you never actually completed the second part of Jim's request to collate the information on reported endogenous nitrite in the literature (both median and upper limits) in healthy individuals and those with gastric disorders?
MS. PENNER: Objection.
THE WITNESS: What I put in there, if I recall correctly, that's meant about the in vitro data coming from Valisure and Zeng and Mitch. And we did do those conversions to the same unit, because a different unit had been -- had been used between -- across the publications.
BY MR. NIGH:
Q. You're talking about this page, your response here? You're just looking at the

Page 201

in vitro data coming from Valisure, Zeng, and Mitch, right? That's what you're referring to?
A. Correct. Only in vitro table.
Q. Let's go to that prior -- let's go to that page again that I was looking at, 661, where Jim made the request.
We should also collate the information on the reported endogenous nitrite in the literature (median and upper limits) in healthy individuals and those with gastric disorders.
Do you see that?
A. Yes.
Q. Is it your testimony here today that you didn't collate that information or you don't recall collating that information?
A. I don't recall I collate that information.
Q. Have you ever seen it, somebody from GSK, you know, collating that information as to what the reported endogenous nitrite in the literature (median and upper limit) in healthy individuals and those with gastric disorders?
A. I don't recall seeing that information.
Q. So as we sit here today, other than the Walters 1976 study, are you aware of any other

study that purports to show the findings of the amount of nitrite in the human stomach after eating a high nitrite meal?
MS. PENNER: Objection.
THE WITNESS: I'm not aware of that.
BY MR. NIGH:
Q. If you were looking to try to measure what the physiological conditions in the human stomach are after someone has eaten a high nitrite diet, wouldn't you need a study or studies that measure the amounts of nitrite after eating a high nitrite diet and not necessarily fasting studies?
A. People can do that work.
Q. They can. GSK hasn't done it, have they?
MS. PENNER: Objection.
THE WITNESS: I am not aware whether or not they have done it or not do it -- not have done it.
BY MR. NIGH:
Q. Take a look at LP352.
(Exhibit 3635 was previously marked for identification.)
BY MR. NIGH:
Q. Do you see this says, effect (sic) of one year's treatment with ranitidine and of truncal


vagotomy on gastric contents. Correct?
A. Yes.
Q. And one of the authors is Thomas, and another one of the authors is Walters, 1987, correct?
A. Yes.
Q. Now, before today, do you recall reviewing this study?
A. I don't recall I have seen this paper before.
Q. Let's take a look at 728. It's under diet. It says, all patients ate identical meals at identical times ... during all 24-hour studies. Food ... with the exception of milk, was bought in bulk at the beginning of the investigation and stored dry or deep frozen to minimize variation in content.
Foods and beverages ... which are rich in nitrate or N-nitroso compounds were avoided on study days, but, to ensure an adequate nitrate intake, half of the patients ... received additional nitrate added as sodium nitrate ... during reconstitution of instant mashed potato at lunch...
Do you see that?


A. Yes.
Q. So thus far, it already looks as though they are trying to avoid a high nitrate diet, correct?
MS. PENNER: Objection.
THE WITNESS: Can you repeat your question again?
BY MR. NIGH:
Q. So thus far, it already looks as though they are trying to avoid a high nitrate diet. See the statement where it says, foods and beverages ... which are rich in nitrate or N-nitroso compounds were avoided on study days?
MS. PENNER: Objection.
THE WITNESS: So from a quick read through this sentence, they intentionally to -- to add any additional nitrite -- nitrate, as it says there, sodium nitrate, yeah, during the -- during the whole study treatment.
BY MR. NIGH:
Q. And I'll ask -- sorry.
A. So introduce --
Q. Go ahead.
A. Yeah, they introduce the nitrate amount


to add it into -- into the food, yeah, using a study from -- from everything I read here that we are looking, your whole paper --
Q. Let me --
A. -- whole study.
Q. Let me point to a few more things. You see there it says, neither nitrite nor N-nitroso compounds were detectable in either solid or liquid fractions of the diet...
Do you see that? Let's highlight that. Neither nitrite nor N-nitroso compounds -- this is the last sentence of this paragraph, same paragraph. Neither nitrite nor N-nitroso compounds were detectable in either solid or liquid fractions of the diet, with the exception of nitrite in drinking water.
Do you see that?
A. Yeah, I see it.
Q. Let's go up. We can take a look at the diet. It shows the foods. And here let's highlight -- you can see what's eaten for breakfast. This Table 3, let's highlight that whole thing there all the way down.
Out of there, we don't see high nitrite foods like sausage, bacon, meats, salted fish? Do

you see any of those sorts of foods or high
nitrite foods in this diet?
MS. PENNER: Objection.
THE WITNESS: 24-hour -- I read here --
okay, did they -- is there any paper that
they -- that they present those diet with
their determined nitrate/nitrite
concentration? This is -- the table, just
looking at the screen here, presented with
the three meals, and also some snack, just
type out the food. I don't see any data
about their contents --
BY MR. NIGH:
Q. Do you recognize any of these -- sorry.
I didn't mean to interrupt you.
Do you recognize any of these foods to be
high nitrite foods? I'm not talking about
nitrate. Nitrite.
A. It's not my area, but from what I
understand, these food doesn't seem to have --
doesn't seem normally, you know, under a healthy
observation, there's no -- long-term storage,
everything was fresh. Yeah, probably on the low
end of the content for nitrite.
Q. Yeah, and let's back this back out.


Let's go back to that sentence before under diet.
If you see it again, we highlighted, neither
nitrite nor N-nitroso compounds were detectable in
either solid or liquid fractions of the diet, with
the exception of nitrite in drinking water.
Do you see that again?
A. Yeah, I see it.
Q. Okay. So these individuals that were
given a low or no nitrite diet, take a look at
their experimental procedure. Samples of gastric
juice, we can see that right under experimental
procedure. Let's go down.
It says, samples of gastric juice -- you
can see the word "samples" about halfway in the
middle of that paragraph.
Samples of gastric juice were aspirated
at hourly intervals from 12 to 21 hour and from 24
to 9 hour by manual suction: the three hour
periods between 9 to 12 hour and 21 to 24 hour
were avoided to prevent aspiration of the
unabsorbed ranitidine.
Do you see that?
A. Scroll up, please.
Q. So they avoided sampling the gastric
juice at the same time that there was unabsorbed


ranitidine in the gastric juice, correct?
MS. PENNER: Objection.
THE WITNESS: Unabsorbed ranitidine.
When was the ranitidine dose?
BY MR. NIGH:
Q. Can you -- can you not see from this
they're trying to avoid the aspiration of the
unabsorbed ranitidine in those two three-hour
periods?
MS. PENNER: Objection.
THE WITNESS: I see what they describe,
but I don't understand how -- the time course
of their dosing to understand --
BY MR. NIGH:
Q. Okay. Let's go to -- go to 727. I'll
help you out here, under methods.
You can see, within -- R1 within one week
of endoscopic diagnosis and before starting
treatment with ranitidine, 150-milligram twice
daily given at 9:00 and 2100 hour.
Do you see that?
A. 9:00 to -- so they're giving the
ranitidine at 9:00 in the morning and then 21 hour
in the evening? Is that -- is that what it said?
Q. That's what it looks like, right, 9:00 in


the morning, 9:00 at night, twice daily,
150-milligram twice daily. And then we can see on
the next page that they're avoiding the three-hour
period after ranitidine to make sure they have
ranitidine-free samples?
You can look back at the unabsorbed. Go
back down. You can see, samples of gastric juice
were aspirated at hourly intervals. And then it
shows the three-hour period between 9:00 till
12:00 in the morning and 9:00 to 12:00 -- 9:00 to
midnight at night were avoided to prevent
aspiration of unabsorbed ranitidine.
Do you see that?
A. So they did the sampling, and then they
did it again. So sample of gastric juice.
Q. So all the samples reported here are
trying to avoid aspiration of unabsorbed
ranitidine, and these people would be eating a
diet the 24 hours before they get ranitidine that
is low or no nitrite in the meal, right?
A. How often did they give the food? What's
the schedule for feeding, for food?
Q. Have you seen this study before today?
A. I don't recall I see this before.
Q. Okay. Let's take a look at page 730.

When you look at N-nitroso compounds, it says, under N-nitroso Compounds, N-nitroso compounds were assayed by measurement of nitrogen oxide evolved under special conditions. The assays were restricted to ranitidine-free samples because the presence of ranitidine in gastric juice may result in falsely high concentrations of N-nitroso compounds being recorded.
Do you see that?
A. Yes.
Q. Now, before today, were you aware that that was a concern, that they were trying to avoid unabsorbed ranitidine samples in gastric juice because of the concern of falsely high concentrations of N-nitroso compounds being reported?
MS. PENNER: Objection.
THE WITNESS: They were trying to do within their study, but let's -- let's read the assumption dose being whatever it is, avoid the time frame, will we be able to guarantee there's no ranitidine still left in the --
BY MR. NIGH:
Q. Let's take a look at --


A. -- in the gastric juice.
Q. Sorry. Let's take a look at 731 under results, and we can see under three patients -- it's right there. Yep. Let's blow that whole thing up. And here we can see under this group of 15 men --
Sorry. Let's go back up so you can actually see the group of 15 men. My apologies. You can see patients, and then it says, the ranitidine group. Do you see that, ranitidine group comprised of 15 men aged 39 to 69?
A. Yes, I see that.
Q. And down below, you can see three patients in the ranitidine group were withdrawn before study R3. Patient 3 died of myocardial infarction. Patient 14 died of bronchial carcinoma and chronic granulocytic leukemia, and patient 11 underwent radical distal partial gastrectomy when biopsy disclosed gastric carcinoma.
So two of these 15 patients had to be withdrawn because they diagnosed cancer -- they were diagnosed with cancer after the beginning of this study, correct?
MS. PENNER: Objection.


THE WITNESS: I -- I can't comment especially how -- how they -- how the event happens without looking -- I'm sure there's raw data there to see how those -- it could -- what happened to them, the time -- the timetables, other things.
So how long was -- how long was the clinical study, anything related to this treatment? So I cannot -- cannot comment on anything further about -- about how that relationship with ranitidine treatment, and then also those disease outcomes or disease that result, so --
BY MR. NIGH:
Q. You can't tell that two of these patients were withdrawn from the study because they were diagnosed with cancer after starting the study?
MS. PENNER: Objection.
THE WITNESS: Developing cancer is not my area in terms of the oncology cancer treatment; but when we talked about earlier this morning about that, 96 nanograms of NDMA intake per day -- that's the dose -- actually taking into account all the lifetime exposure at that dose every day.


But having said that, I -- without seeing how this study designed, how long was the study, it's just very hard to -- to make comment on anything further.
BY MR. NIGH:
Q. Let's take a look -- let's take a look at 736. Under, the present results agree generally, we can see -- no. Top paragraph. Top paragraph on the right side. We can see, twice daily treatment -- on that first paragraph -- twice daily treatment. Right there, yeah.
Twice daily treatment with ranitidine 150-milligram was associated in the present investigation with significant increases of pH, nitrite concentration and TB and NRB counts, while during nighttime maintenance dosage ... pH and nitrite concentration were raised.
Do you see that?
A. Yes.
Q. Now, before today, had you ever seen this study, or had you ever been made aware that the use of ranitidine significantly increased nitrite concentration in the gastric fluid of individuals even at fasting level?
MS. PENNER: Objection.

Page 214

THE WITNESS: I don't recall seeing this study before.
BY MR. NIGH:
Q. After these results published in 1987, do you recall seeing any plan by Glaxo or GSK to investigate whether or not the use of ranitidine would increase nitrite levels after consuming a high nitrite diet?
Do you recall whether or not GSK or Glaxo ever decided or thought about undertaking a study to look at that?
MS. PENNER: Objection.
THE WITNESS: I don't recall whether or not they have looked into it, whether or not they have looked into it in the study done specifically. And then that's based on my understanding, I did not have the visibility of true information. I cannot comment on that to respond to your question.
MR. NIGH: Okay. Let's go ahead and take a break for about ten minutes.
MS. PENNER: Okay.
MR. COELLO: Sure. We are now going off the video record. The time is 1955 UTC, 3:55 p.m. EDT.

Page 215

(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 2036 UTC, 4:36 p.m. EDT.
MR. NIGH: Okay. Some housekeeping issues first. I wanted to mark what we showed as LP408. That'll be marked as Exhibit 4075. And then we also looked at LP352. That will be marked as -- that was previously marked as Exhibit 3635.
Let's pull up LP279. And this was previously marked as Exhibit 2424.
(Exhibit 2424 was previously marked for identification.)
MR. NIGH: Let's go ahead and blow that -- let's back out of the document a little bit so we can see this whole page.
BY MR. NIGH:
Q. Here you can see N-nitrosodimethylamine right in the center of the page?
Do you see that?
A. Yes, I can see it.
Q. And at the bottom you can see World Health Organization, Geneva, 2002, right?
A. Yes, I can see it.
Q. So this is a document from the WHO in

Page 216

2002 on NDMA, correct?
A. Yes.
Q. Now, did you happen to take a look at this document before today?
A. I probably did, yeah.
Q. Let's take a look at -- go ahead.
A. I cannot recall all the details, so, yeah, I probably did.
Q. Let's take a look at the bottom of the page. It would be number 4, not Roman numerals, but the number 4, and we can look at the right side of this where it talks about, based upon laboratory studies. Right there.
Let's go ahead and blow up that paragraph.
And here it says, based upon laboratory studies in which tumors have been induced in all species examined at relatively low levels -- low doses, NDMA is clearly carcinogenic.
Do you see that?
A. Yes.
Q. Before today, were you aware that the WHO in 2002 stated that NDMA is clearly carcinogenic?
MS. PENNER: Objection.
THE WITNESS: Yes and no. The reason I

Page 217

say that is if we look at the whole sentence, yeah, it's all about the data based on the animal species being examined, and then they follow NDMA is clearly carcinogenic. So that's referred to -- carcinogenic referring to the study being conducted so far in animal species.
BY MR. NIGH:
Q. Right.
And they say, tumors have been induced in all species examined at relatively low levels. Correct?
A. And we probably had to look at the other paragraphs how this flows. My understanding is when we're referring to all species, only referring to preclinical species, in other words, in animals.
Q. Now, you're aware that there's many more -- this isn't just rodents that have demonstrated NDMA being clearly carcinogenic at relatively low levels, but rather, there are many different types of animals that have demonstrated NDMA is clearly carcinogenic at relatively low doses?
MS. PENNER: Objection.

THE WITNESS: I cannot comment on that because it's not my area.
BY MR. NIGH:
Q. Okay. Next we can see, there is overwhelming evidence that NDMA is mutagenic and clastogenic.
Do you see that?
A. Yeah, you read it correct.
Q. Before today, were you aware that NDMA is mutagenic and clastogenic?
MS. PENNER: Objection.
THE WITNESS: I can't -- it's not my area to -- to make a judgment, and -- but my understanding is they are mutagenic in the animal species that they have tested.
BY MR. NIGH:
Q. While the mechanism by which NDMA induces tumors is not fully elucidated, DNA adducts (in particular, O6-methylguanine) formed by methyl-diazonium ion generated during metabolism likely plays a critical role.
Do you see that?
A. Yes.
Q. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals. As a



result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.
Do you see that?
A. Yes.
Q. So were you aware that the WHO in 2002 made the statement that it's considered highly likely that NDMA is carcinogenic to humans potentially at relatively low levels of exposure?
A. I cannot comment in depth about this statement, and -- but this here a lot -- a lot worse a statement, the last sentence here, to -- when we connect -- when we connect any more data to human.
So one thing is qualitatively I think it's very important if we don't have the understanding of the issue quantitatively between species. It's very, very hard to translate between species.
Q. Let's look at the next page -- oh, sorry. I didn't know you weren't done.
A. No, I'm done.
Q. Let's take a look at the next page on the quantitatively. Here we can blow up the page where it shows on the left side, cancer is clearly



the critical endpoint for quantitation of exposure-response for risk characterization of NDMA.
Do you see that?
A. Yes.
Q. In addition to it being best characterized, in general, tumors occur at lowest concentration, compared with those typically reported to induce noncancer effects.
Do you see that?
A. I see that, yes.
Q. So this WHO statement in 2002 is saying that at levels typically reported to induce noncancer effects for carcinogens, NDMA is actually causing tumors to occur at those lowest concentration levels, correct?
MS. PENNER: Objection.
THE WITNESS: So that, again, is referring to animal studies based upon my understanding.
BY MR. NIGH:
Q. And at the bottom it says, NDMA is a genotoxic carcinogen. The last sentence. NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible.



Do you see that?
A. Yes.
Q. And that's the recommendation given by the WHO in 2002, correct?
A. That's what -- what you read, yes. What you read here sentence is correct.
Q. That's the WHO? That's the World Health Organization, correct?
A. It is.
Q. Okay. Let's go ahead and take that document down, and let's take a look at LP69.
(Exhibit 259 was previously marked for identification.)
BY MR. NIGH:
Q. This was previously marked Exhibit 259. Here it's Carcinogenesis, 1983, and it says, genotoxic effects in rodents given high oral doses of ranitidine and sodium nitrite.
Do you see that?
A. Yeah, I see it.
Q. And at the bottom sentence on the left side -- and it moves over to the right side -- it says, we have previously obtained experimental evidence that ranitidine reacts under acid -- and on the top -- acid conditions with a twofold molar

amount of nitrite to yield a nitroso derivative capable of inducing dose-dependent DNA fragmentation in cultured mammalian cells. Right?
A. Yes. You read it correct.
Q. And cultured mammalian -- mammalian, that's mammals, mammals, cells in mammals, correct?
A. Mammalian cells, yes, in mammals.
Q. And let's take a look at 1284. On the right side under discussion, the second paragraph, it says, our experimental findings have shown that simultaneous oral administration in rats of high doses of ranitidine and sodium nitrite can produce DNA fragmentation either in liver or in gastric mucosa.
Do you see that?
A. Yes.
Q. So they were reporting DNA fragmentation in the liver or in the stomach, correct?
A. That's what they -- what they claim.
Q. Let's take a look at the next page. At the bottom of the page you see where it says, on the other hand?
On the other hand, this problem can be solved by measuring the concentration of


nitrosated ranitidine in the gastric juice of ranitidine-treated patients, and we deem that the experimental evidence so far obtained recommends this investigation.
Do you see that?
A. I see that.
Q. Now, are you aware of whether or not Glaxo or GSK has ever undertaken a study to measure the concentration of nitrosated ranitidine in the gastric juice of ranitidine-treated patients?
A. I don't recall seeing this paper. Can we -- can we see how they come to reach the recommendation or conclusion? On the other hand, this problem can be solved by measuring the concentration -- based on what, how they came to this recommendation?
Q. I guess my question is, are you aware of any study done by GSK as to whether they have undertaken measuring the concentration of nitrosated ranitidine in the gastric juice of ranitidine-treated patients?
MS. PENNER: Objection.
THE WITNESS: This paper brought to me right now, and without looking how the study


was done and how they came to this conclusion, and, again, based on whatever conclusion they -- they have for the study and then provide some recommendation, I cannot -- I cannot just comment on a sentence or two sentences towards analytical about implication.
BY MR. NIGH:
Q. No. I'm asking you about what GSK has done, okay? I'm not asking about this study. Right now I'm asking you, are you aware of whether or not GSK has undertaken a study that measures the concentration of nitrosated ranitidine in the gastric juice of ranitidine-treated patients? Are you aware of whether that's ever happened either in the past or after the summer of 2019 when you got involved?
MS. PENNER: Objection.
THE WITNESS: I cannot answer yes or no because I do not have the visibility of the chemistry department. They will be in a better position to answer your question.
But having said that, if we spend the time to -- to walk through this paper, several statements -- several statements, and


then try to get a sort of prelude introduction to the question without, for me, knowing the background, it would be very difficult to -- to give you an answer.
MR. NIGH: Move to strike as nonresponsive. Let's take the paper down. Take the paper down. Not asking about the paper, then. Let's take it down.
BY MR. NIGH:
Q. Okay. Are you aware of whether or not GSK has ever undertaken a study -- and I'm asking for your awareness, not the chemistry department's awareness, your awareness, okay?
Are you aware of whether or not GSK has undertaken a study that measures the concentration of nitrosated ranitidine in the gastric juice of ranitidine-treated patients either in the past or in the summer of 2019 when you became involved?
MS. PENNER: Objection.
THE WITNESS: Again, I cannot answer your question because it's a very broad question. And it could be very many possibilities.
In nitrosated -- in nitrosated ranitidine, anything happen there, there are so many things that you can consider. So I

Page 226

don't know how -- I cannot provide yes or no, agree or disagree.
BY MR. NIGH:
Q. Okay. Let's put the document back up. Next it says, meanwhile, taking into account the probable absence of a no-adverse-effect level of N-nitroso compounds, it could be wise to adopt the following simple measures to hinder the possible nitrosation of ranitidine. One, to avoid foods rich in nitrites.
Do you see that?
A. Yes.
Q. Are you aware that ranitidine -- that there are no recommendations on the label of ranitidine at any time to avoid taking ranitidine at the same time as foods rich in nitrites?
MS. PENNER: Objection.
THE WITNESS: I'm not aware one way or another whether or not it's able. Again, this is a publication. The author provides some hypothetical, some recommendation, some blue sky thing. It's very hard to put it in context without -- without looking at the paper what they base it on. I cannot -- I cannot answer the question.

Page 227

BY MR. NIGH:
Q. Now, that's -- that's -- that's a recommendation that they're making back in 1983 when this study is published, right?
A. It looks like that based on the work data, based on work study.
Q. Let's take a look at LP423. And we're going to take a look at Bates number 307. Actually, 306 first. You can see this is from Jim Harvey, December 6th, 2019.
Do you see that?
A. Yes.
(Exhibit 4076 was marked for identification.)
BY MR. NIGH:
Q. Now, this would be -- that study I just showed you, that's 1983. This is in 2019, correct?
A. You're correct.
Q. So that would be 36 years or so later, correct?
MS. PENNER: Objection.
THE WITNESS: Based on the time, yes.
BY MR. NIGH:
Q. Let's take a look at the next page. And

Page 228

it says, hi, Aarti, and then your name, correct?
A. Yes.
Q. And it says, see notes on current FDA plans. One thing that we should get a better understanding of is the rationale around this statement from FDA. And in quotes, because of this, consumers who wish to continue taking these drugs should consider limiting their intake of nitrite-containing foods, example, processed meats and preservatives like sodium nitrite.
Do you see that?
A. Yes.
Q. So here 36 years later, the FDA in their statement is also stating that consumers who are wishing to continue to take ranitidine should consider limiting their intake of nitrite-containing foods, correct?
MS. PENNER: Objection.
THE WITNESS: Can you repeat your question again?
BY MR. NIGH:
Q. I said here 36 years later after that 1983 article where we saw those recommendations, we can now see the FDA giving the recommendation that consumers who wish to continue taking these

Page 229

drugs should consider limiting their intake of nitrite-containing foods, correct?
A. I cannot answer the question simply based on the -- the assessment, and also my opinion we communicate earlier.
The paper you show me 30 some years ago, just showed me previously, I was asking for more detailed information about a paper. Without that assessment, without looking at the paper, it's very hard to compare that paper to put in context with the current FDA statement.
I cannot make any judgment on whether or not anything makes sense here.
Q. I'm sorry. So the paper that I just showed you had one of the recommendations, consider avoiding a high nitrite diet at the same time as taking ranitidine.
Do you remember seeing that?
MS. PENNER: Objection.
THE WITNESS: We saw that paper, but I was asking --
BY MR. NIGH:
Q. And now we're seeing -- sorry. Go ahead.
A. I was asking for looking into the specificity about the paper.

Q. I wasn't asking about specifics about the paper. I was asking about one of their recommendations at the end of the paper. They recommended consider limiting intake of high nitrite foods at the same time as taking ranitidine, correct?

MS. PENNER: Objection.

THE WITNESS: Yes. Sorry. That's their recommendation. People can recommend anything, but --

BY MR. NIGH:

Q. And now we -- sorry. Go ahead. I didn't realize you're not done.

A. But recommendation, if it becomes scientifically robust, meaningful, you need to have authoritative, relevant information.

Q. And now we can see the FDA making a similar recommendation. Consumers continue -- wishing to continue to take these drugs should consider limiting their intake of nitrite containing foods.

Do you see that?

MS. PENNER: Objection.

THE WITNESS: For your earlier statement, I -- I repeat. I cannot -- especially I'm



not in that field as well, and then how this here compared to the previous work with other information, with other data, now we're putting that together with the FDA recommendation. That was -- this is like 2019.

We don't know what the FDA position now, given that publication they have just released this year to address these type of questions in a study -- and in a study they say specifically looking into a diet having the higher nitrite containing, and in the study clearly show when they did the comparison to the placebo, there's no effect of the -- of the level of NDMA being formed.

So a lot of things to be considered in context with other things. So simply to make an opinion position with the information out of context and issue -- post a conclusion, I cannot do that.

BY MR. NIGH:

Q. Actually, we talked about the Florian study actually found more NDMA in the plasma of the ranitidine users who were taking a high nitrite diet compared to the nonranitidine users



of a high nitrite diet, correct?

MS. PENNER: Objection.

THE WITNESS: I don't agree. That's their comparison in this study, the meaningful comparison, is to compare, because we are figuring out -- and then they try to figure out in a different scenario in a diet whether or not you take the ranitidine will have an effect on the level of NDMA and also -- and also measure DMA.

So in the study they take a placebo. Placebo is everything the same except the actual active ingredient, they have ranitidine, which did not have -- which did not have that.

BY MR. NIGH:

Q. Actually --

A. So that's one part of the study.

The other part of the study -- sorry. The other part in their studies, they did a crossover design, so anything generated coming from those studies has taken into account individual variabilities. We know NDMA level can fluctuate between individuals, and also with the individual over time.



So with that all together, so based on what they have seen, I don't -- I don't know what their current position would be.

Q. Are you finished?

A. Yes, I'm done.

Q. Do you remember I asked you previously, didn't they find more NDMA in the plasma of the ranitidine users who had cured meat than in the nonranitidine users who had cured meat? And you said yes?

MS. PENNER: Objection.

THE WITNESS: Say that again.

BY MR. NIGH:

Q. Do you remember I asked you previously, didn't they find more NDMA in the plasma of the ranitidine users who had cured meat than in the nonranitidine users who had cured meat? And you said -- and you indicated yes?

A. Did I -- I probably missed that question. Did I say -- did I agree with that question?

Q. Yeah. Are you backtracking from that answer now?

MS. PENNER: Objection.

THE WITNESS: And I say that -- okay. I'm sorry. Can you repeat the question?

Page 234

Under what condition? I know compared between cured meat and uncured meat. Yeah, please repeat the question.
BY MR. NIGH:
Q. No, comparing cured meats for both groups.
A. Right.
Q. Those who were taking ranitidine versus those taking placebo. The ranitidine group had more NDMA in their plasma, correct?
MS. PENNER: Objection.
THE WITNESS: My understanding is there's no difference.
BY MR. NIGH:
Q. No difference?
A. So -- so -- yeah.
Q. Have you seen the numbers in the Florian study on the amount of --
MS. PENNER: Would you let him finish, please.
BY MR. NIGH:
Q. Sorry. Go ahead.
A. I did. I did. If we look at the actual table, that would be good.
Q. Don't you recall -- you don't recall that

Page 235

the ranitidine users had higher amounts of NDMA in the plasma than the nonranitidine users for those that were taking cured meats?
MS. PENNER: Objection.
THE WITNESS: I don't -- I don't recall that.
BY MR. NIGH:
Q. Did you recall that previously and now you don't recall it, or are you --
A. I don't --
Q. Are you stepping back from your statement where you agreed that there was more NDMA?
MS. PENNER: Objection.
THE WITNESS: As I said, I do not remember you answer that -- ask the question.
BY MR. NIGH:
Q. Are you aware that the ranitidine users had nearly double the amount of NDMA in their plasma than the nonranitidine users or the placebo for cured meats?
MS. PENNER: Objection.
THE WITNESS: I cannot remember all the detail.
BY MR. NIGH:
Q. Well --

Page 236

A. Yeah, if we look at the actual data --
Q. You raised Florian, so that's why I'm asking you questions about it. You raised Florian in response to my question. That's why I'm asking you. Right?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You said, and I quote: For your earlier statement, I repeat, I cannot, especially I'm not in that field as well, and then how this year compared to the previous work with others, with other data, now we're putting together that -- that -- now we're putting that together with the FDA recommendation. That was -- this is like 2019. We don't know what the FDA position now. Given that publication they have just released this year to address this type of questions in the study.
And then you go on: And in the study they say specifically looking into a diet having the higher nitrite containing -- and the studies show, when they did the comparison to the placebo, there's no effect of the level of NDMA being formed.
Aren't you referring to the Florian study

Page 237

when you give that answer?
MS. PENNER: Objection.
THE WITNESS: When I say that, yes.
BY MR. NIGH:
Q. So when you give that answer and you say that there's no effect of the level of NDMA formed, as you sit here today, you don't know that there was actually almost double the amount of NDMA in the plasma for the ranitidine users compared to the placebo users for those who had -- who had -- who were eating cured meats?
A. I don't recall that -- they have that information.
Q. Okay. But you gave the answer just now that there was no effect on the level of NDMA formed, right?
MS. PENNER: Objection.
THE WITNESS: That's how I recall it.
BY MR. NIGH:
Q. Okay. Back to LP423, if we can put that back up again. And then let's go to the first page. You can see here it says -- and that's from you, correct?
A. Yes.
Q. And you say, hi Jim and Helen. Thanks

Page 238

for forwarding. Agree we shall discuss and clarify the FDA position on nitrite-containing food. It may have implications on the current work plan.
Do you see that?
A. Yes.
Q. And so it's your understanding that you were attempting to clarify the FDA position on nitrite-containing food because that could have implications on the current work plan, correct?
MS. PENNER: Objection.
THE WITNESS: That was the -- okay, so can we scroll down in the email and see what are the context?
BY MR. NIGH:
Q. Sure. There's this email chain, and then there's the email chain I just previously showed you from Jim Harvey.
A. And then further down, please. So the content there in Jim's email --
Q. If you look at the next page, that's the one I just showed you where the FDA says, because of this, consumers who wish to continue taking these drugs should consider limiting their intake of nitrite-containing foods.

Page 239

In your email that I was just asking you about, you're saying, agree, we shall discuss and clarify that FDA position on nitrite-containing foods. It can have implications on your work plan. Correct?
MS. PENNER: Objection.
THE WITNESS: So to answer the question, if I understand correctly -- if I can recall correctly how this email communication was about, is the -- because FDA raised that issue, and then we want to take into account the potential effect of the presence of nitrite in that -- in that situation when we evaluate the potential formation of NDMA from ranitidine. That's how I see it, I guess, back then.
BY MR. NIGH:
Q. Right.
And as of this time, and even as of today, you're not aware of any study that's measured the amount of nitrite in the human stomach after a high nitrite meal and ingestion of a ranitidine pill, correct?
MS. PENNER: Objection.
THE WITNESS: I'm not aware any of those

Page 240

information in that specific study design in human.
BY MR. NIGH:
Q. Now, we talked about Spiegelhalder before. Do you recall ever seeing the Spiegelhalder study before today?
MS. PENNER: Objection.
THE WITNESS: I may, but I cannot recall.
BY MR. NIGH:
Q. Okay. Let's take a look at LP303.
(Exhibit 4077 was marked for identification.)
BY MR. NIGH:
Q. You see here it says, journal title: IARC scientific publications. Month and year, 1982. And it says, article author, Spiegelhalder?
Do you see that?
A. I see it.
Q. And it says, article title, urinary excretion of N-nitrosamines in rats and humans.
Do you see that?
A. Yes.
Q. Before today, do you recall seeing this -- actually, let's take a look at the next page.

Page 241

Here you can see the title says, urinary excretion of N-nitrosamines in rats and humans. First author, Spiegelhalder.
Do you see that?
A. Yes.
Q. We can see this is being done in the Federal Republic of Germany.
Do you see that?
A. Yes.
Q. And it says in the introduction, it is well accepted that exposure to nitrosamines must be considered to be a cancer risk. To calculate this risk, it is necessary to estimate total exposure. The individual contributions from various sources, however, are difficult to estimate; in particular, exposure to drugs, cosmetics, and the possible endogenous formation of nitrosamines would presumably require biological monitoring.
Do you see this?
A. Yes.
Q. It says, to study the kinetics of urinary excretion of administered nitrosamines, animal experiments have been performed with single exposures to different doses of NDMA, NMOR, and

NDELA.
Do you see that?
A. Yes.
Q. Then it says, for comparison, NDMA excretion in humans has been studied with the help of three volunteers.
Do you see that?
A. Yes.
Q. Now, before today, do you recall ever seeing the study that looked at the excretion rates of NDMA in humans and animals?
MS. PENNER: Objection.
THE WITNESS: I cannot recall specifically seeing this part of the article you show here. I have seen the publications that was done in -- in the preclinical species, in mouse, for example, in monkey, for example.
BY MR. NIGH:
Q. Do you recall seeing humans before today?
A. I -- I don't recall seeing humans before today.
Q. Well, let's take a look at the humans. Under sampling you can see, in human excretion studies, urine was collected ten hours before and


1, 2.4 (sic), 5, and 8 hours after drinking nitrosamine-containing beverages.
Do you see that?
A. Yes.
Q. So before today, you weren't aware of this study that measured the human excretion after -- of NDMA before and after drinking nitrosamine-containing beverages, right?
MS. PENNER: Objection.
THE WITNESS: I have -- I don't recall I seen this -- this paper just shown here.
BY MR. NIGH:
Q. Let's take a look at the next page. If you look at nitrosamine administration, do you see it says, the excretion in humans was studied with volunteers who drink -- no, no. Below, below. Humans. Excretion in humans. It's about the middle of this paragraph. The excretion in humans was studied with volunteers, second to last sentence of the paragraph.
It says, the excretion in humans was studied with volunteers who drank NDMA-containing beer, orange juice, and orange juice with six percent ethanol, 500 milliliters. The amount of NDMA administered was between 12 and 26 micrograms


and was below .2 micrograms in control experiments.
Do you see that?
A. Yes.
Q. Now, you don't believe that an experiment like this could be done today because of what we know about NDMA, so we wouldn't spike individuals -- we wouldn't spike drinks with NDMA for individuals to take today, correct?
MS. PENNER: Objection.
THE WITNESS: I -- I cannot recall here because there's a lot of things being considered -- to be considered. And you need to think about the safety -- this is after with the clinical practice. So I cannot -- I cannot give you an answer yes or no, agree or disagree.
BY MR. NIGH:
Q. You can't agree or disagree that it would be immoral to develop a clinical trial where humans are subjected to taking drinks that are spiked with NDMA at 12,000 and 26,000 nanograms?
MS. PENNER: Object.
THE WITNESS: I cannot provide some -- a comment, an opinion on this, but this would


be very difficult to justify, in my opinion, in our days how this can be done in human.
BY MR. NIGH:
Q. Let's take a look at table four. That's -- it looks like table one. Could we go to table four? It's -- I'm sorry. It's on -- that's it. Here we go.
So since you weren't aware of this study, were you aware that humans who are given spiked drinks of NDMA without alcohol actually had zero percent of their NDMA showing up in their urine? None of it was detected?
MS. PENNER: Objection.
THE WITNESS: When you show this table, right away I cannot answer the question because I need to research this paper if you want my comments about this publication.
BY MR. NIGH:
Q. Well, my question is not about the table yet. My question is, were you aware that humans who are given spiked drinks of NDMA without alcohol actually had zero percent of their NDMA showing up in their urine, that none of it was detected?
Are you aware of any study showing that

before today?
MS. PENNER: Objection.
THE WITNESS: Please repeat your question again.
BY MR. NIGH:
Q. Sure.
Were you aware that humans who were given spiked drinks of NDMA without alcohol actually had zero percent of their NDMA showing up in their urine, that none of it was detected?
A. I wasn't aware of that situation.
Q. Let's look at this table. It says, table four, urinary excretion of NDMA in humans following ingestion of NDMA-containing beverages, 500 milliliters.
Do you see that?
A. Yes.
Q. And below we can see in the little a that says detection limit, .05 percent.
Do you see that?
A. Yes.
Q. And under the beverage, we can see three types of beverage; beer, orange juice, and orange juice plus six percent ethanol, correct?
A. That's what it says.



Q. So --
A. Before we go on to the next question, I don't understand what it means detection limit as a percentage, 0.05 percent.
Q. Well, you've never reviewed this study before today, right?
A. I don't recall I see this paper.
Q. Okay. Of these beverages, beer would be alcoholic, and ethanol, the plus six percent ethanol, that would be alcoholic as well, correct?
MS. PENNER: Objection.
THE WITNESS: So I do need to go to the bathroom, but repeat the question again, so I'll see if I can get through this question.
BY MR. NIGH:
Q. See the beer? That would be alcoholic. And so would the ethanol. That would be alcoholic, right?
A. Some beer contain alcohol, some beer they take away alcohol, so they may or may not be the same thing scientifically.
Q. Okay. Under the study -- under the summary it'll make that clear. We'll look at that in a second. But for the beer, you can see NDMA content. You see it says 12,000 -- or 12 to



30 micrograms, do you see that, of NDMA content?
A. I see that, yes.
Q. And the orange juice shows 13 to 26 micrograms.
Do you see that?
A. Yes.
Q. And do you see the orange juice plus six percent ethanol, that also had 13 to 23 micrograms of NDMA?
Do you see that?
A. Yes.
MS. PENNER: Dan, the witness asked for a comfort break. Can we stop, please?
THE WITNESS: Yeah. Sorry. I do need to go. Apologies.
BY MR. NIGH:
Q. I have one last question I'll ask you, and then let's take a break.
Do you see under orange juice, not the one with the alcohol, but without the alcohol --
A. I truly have to go now.
Q. Under NDMA --
MS. PENNER: Dan, just stop, please. He said he had to go.



BY MR. NIGH:
Q. -- shows zero percent, right?
MS. PENNER: No, that question is not on the table. Dr. Chen, please go. And we've asked you several times, Dan, and it's important that the witness be able to go to the bathroom if he needs to go to the bathroom. You can ask your question when he comes back.
MR. NIGH: Okay.
THE WITNESS: Thank you.
MR. NIGH: No problem.
MR. COELLO: We are now going off the video record. The time is 2123 UTC, 5:23 p.m. EDT.
(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 2127 UTC, 5:27 p.m. EDT.
MR. NIGH: And, for the record, I believe LP423, that's marked as exhibit -- that'll be marked as Exhibit 4076. And LP303, the Spiegelhalder study, will be marked as Exhibit 4077. And let's go ahead and pull up LP303 again.

Page 250

BY MR. NIGH:
Q. Doctor, I realize we're talking a lot about urinary excretion here. Let's take a look at the page 448. That's table four again.
Again, if we blow this up, you can see that the orange juice that was spiked with the NDMA content of 13 to 26 micrograms of NDMA, that the excreted NDMA percent of ingested NDMA shows zero.
Do you see that?
A. Yes.
Q. So here they didn't detect any NDMA in the humans' urine even though they had 13,000 to 26,000 nanograms of NDMA in their orange juice, correct?
MS. PENNER: Objection.
THE WITNESS: I am not to validate their work, and, again, without -- without looking to -- how that was done and the procedures, so I cannot comment on the result, whether or not making sense or not making sense.
BY MR. NIGH:
Q. Well, I asked this because we've looked at a lot of documents here today, and we talked about Florian many times. And the question here

Page 251

is, before today, had you looked at any studies to see whether or not humans who were given NDMA in their drinks on the front end, whether or not any of it was being seen or measured in their urine afterwards?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Did you ever consider whether or not there are any studies on that topic?
MS. PENNER: Objection.
THE WITNESS: Scientifically it could be done, but --
BY MR. NIGH:
Q. It was done. Oh, sorry. I didn't realize you weren't done. Go ahead.
A. No. I mean -- I mean scientifically it could be done, but given NDMA to begin with, the profile and the metabolism is very different from NDMA that formed from -- that's formed from the -- from the different chemical structure.
So, in other words, the behavior of the NDMA in the human bodies is very different when you give the pure NDMA to begin with compared to any probable NDMA that have been formed throughout the metabolism, throughout the

Page 252

absorption process.
So this is -- we're talking about a very different scenario, different pharmacokinetic behaviors. You cannot equally just translate this from this study to another study. In this case, I think they -- they -- they started measuring the initial concentration of NDMA, so I -- I cannot give further assessment of this study, per se, the data, without taking time to research it whether or not it making sense or not making sense. I cannot comment.
Q. Well, they had 13,000 and 16,000 nanograms of NDMA in their orange juice, and they found zero percent of NDMA in their urine.
Are you aware that that finding is out there in the Spiegelhalder study, it was done scientifically? Sure, it's not with a medication, but NDMA in the drink, they couldn't find any of it in the urine, correct?
MS. PENNER: Objection.
THE WITNESS: I said again, I cannot comment yes or no --
BY MR. NIGH:
Q. We talked --
A. -- agree or disagree.

Page 253

Q. We talked about the half-life of NDMA, and you didn't know that the half -- you didn't know that the half-life is only 13 minutes, correct?
MS. PENNER: Objection.
THE WITNESS: Are you talking about half-life in human or in animal species?
BY MR. NIGH:
Q. In human. No. I'm sorry. Strike that.
Half-life of NDMA. You didn't know that it's 13 minutes, correct?
MS. PENNER: Objection.
THE WITNESS: Yeah. Which species you're talking about?
BY MR. NIGH:
Q. Do you know the half-life in any species of NDMA?
MS. PENNER: Objection.
THE WITNESS: I cannot recall specifically what the number is for half-life, but I know in the animal study, people -- people did the work, and, yes, a short half-life. But I cannot accurately say it is 13 or 15 or 10. I cannot -- I cannot confirm that.

Page 254

BY MR. NIGH:
Q. Because it has such a short half-life, if it were to form in the stomach, it could be gone by the time you try to measure it in the urine hours later, correct?
MS. PENNER: Objection.
THE WITNESS: This is very hypothetical. I cannot -- I cannot answer that. It has a lot to do with the -- how you administer with the NDMA and the conditions in the stomach, so there are a lot different things. It's not a yes or no, can be measured or cannot measure.
BY MR. NIGH:
Q. But as far as you're aware, before today, you weren't aware of any study that tried to detect the amount of NDMA in urine after humans ingested NDMA in any form, correct?
MS. PENNER: Objection.
THE WITNESS: Before today, I was not aware -- I was not aware of the human data that had been given NDMA, that the reason for that is we're not developing something, NDMA to begin with. This is just something from the toxicology department, from -- within the

Page 255

NDMA itself. It's not directly related to ranitidine because the data hasn't point to the conclusive information about -- about the direct connection of ranitidine to the formation of the NDMA.
So this still not conclusive evidence to show that connections. So we're not developing anything for NDMA as a treatment or as a just pure research project.
BY MR. NIGH:
Q. I'm sorry. Are you stating today that there's no conclusion of no direct connection of ranitidine to the formation of NDMA? Are you disputing that, that NDMA has clearly been found to be in the ranitidine tablets before it's ingested by humans?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Are you disputing that here today?
A. Which study are you referring to?
Q. That NDMA has clearly been found to be in ranitidine tablets before it's ingested by humans, are you disputing that here today?
MS. PENNER: Objection.
THE WITNESS: Which study are you

Page 256

referring to?
BY MR. NIGH:
Q. You understand that the FDA looked at ranitidine, and even at room temperature at five months, they found that excessive amounts of NDMA were in nearly every manufacturer's ranitidine that they examined and led to the -- to the recall of everything in the US in April of -- in April of 2000 (sic).
You understand that, right?
MS. PENNER: Objection.
THE WITNESS: So that's -- okay. So that's what you're referring to. You're talking about degradant impurity in a drug product. I thought we have been talking about endogenous formation of NDMA.
BY MR. NIGH:
Q. But you're not sitting here today disputing exogenous formation of NDMA in the ranitidine pills, correct?
A. No, no. Yeah, because you don't make reference to that, so I -- that's why I was confused.
Q. Sure.
And let's go ahead and look at the

Page 257

summary of this study. Here it says -- actually, let's go back up to the table real quick, one more -- a couple things.
Do you see the beer was given at 12 to 30 micrograms of NDMA, and the excreted amount was .5 to 1.3 percent? Do you see that?
A. Yes, I see that. I also see the other -- the other variable, 0.1, dash, 1.5. What does that mean?
Q. Do you see under the orange juice plus 6 percent ethanol, do you see the 13 to 23 NDMA content, micrograms?
A. I see that, but I was asking a question. What does that 0.1, dash, 1.5 under beer, NDMA content? What's that value?
Q. Are you trying to point out that that's the control, the amount of NDMA found in beer at the control back in 1982, .1 to 1.5 micrograms of NDMA?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You don't know that, though, right?
A. That's why I'm asking the question.
Q. Okay. And then next you could see, under orange juice plus 6 percent ethanol, do you see 13

to 23 micrograms of NDMA?
A. Yeah. That's where you're at.
Q. And then we can see excreted NDMA, and it shows a percentage, 1.8 to 2.4 percent, of -- of it's ingested -- I mean, excreted.
Do you see that?
A. I would stop to interpret the data for you here, because without any of those -- other additional information, just simply asking me, okay, what it means, do we agree, I -- I cannot say for other people's publication.
Q. Let's go to the summary because that's what I'm coming to. I didn't ask you to speak to it yet, okay?
MS. PENNER: Well, you just interrupted Dr. Chen.
MR. NIGH: I know, but he's -- that was clearly not what I asked.
BY MR. NIGH:
Q. So, under the influence of diethyl ether --
MS. PENNER: Dan --
BY MR. NIGH:
Q. -- a 7- to 20-fold increase --
MR. NIGH: No, no. Don't -- don't


interrupt me. No, no, no. That's clearly not what I asked.
MS. PENNER: You're not allowing the witness to answer. You interrupted his answer.
MR. NIGH: My question was -- no, no. Do we need to go to the Judge on this? My question was, do you see that? And the answer was, I would stop to interpret the data. It's clearly not what I asked.
Do we need to go to the Judge with that? You're going to interrupt me?
MS. PENNER: I'm happy to go to the Judge with that --
MR. NIGH: Now, this is --
MS. PENNER: -- but if you'd just let him answer the question --
MR. NIGH: This is ridiculous.
MS. PENNER: -- we wouldn't have to.
MR. NIGH: It wasn't an answer to the question. We've been doing this all day.
My question was, do you see that? So I would ask you to instruct your witness to answer my question, not some other question.
MS. PENNER: I think Dr. Chen is


answering his question -- or answering your question as best he can because your questions are not scientifically accurate.
Now, we can just go on to the next question. I'm happy to do that because I'm sure Dr. Chen can't remember what your question was. But, you know, I would ask you to please let him finish his answers.
BY MR. NIGH:
Q. Let's go back up. My question was, do you see that? That was it. Not an interpretation. Do you see that?
A. Do you see -- do I see what?
Q. Let's go to the summary.
Under the influence of diethyl -- diethyl ether, a 7- to 20-fold increase of excretion was observed. Biological monitoring in humans at low doses (10 to 100 micrograms of NDMA) is possible only if excretion rate is increased by administration of ethanol.
Do you see that?
A. I see it.
Q. Before today, were you ever aware that Spiegelhalder had the conclusion that biological monitoring in humans at low doses of 10 to


100 micrograms of NDMA is possible only if the excretion rate is increased by administration of ethanol?
A. Sorry. Your question again? Are you asking my opinion again to comment on the paper? I cannot comment because this -- I have no idea about what the paper about. What -- how can I comment on this? Sorry.
Q. Before today, were you ever aware that Spiegelhalder had the conclusion that biological monitoring in humans at low doses of 10 to 100 micrograms of NDMA is possible only if the excretion rate is increased by administration of ethanol?
A. Again, I -- I cannot comment on this statement. This is very -- it's -- as you may be aware, you have so many questions. This is a very complicated scientific matter, so a lot of things need to be considered in terms of what data generated, why had that data, and then whether or not the work has been done properly.
And the reason is the technology, science advanced much more than -- you know, our understanding in this area, I would say, in general much more than 30 or 40 years ago.

Page 262

Even in nowadays, as an example, by the reason we trashed the Zeng and Mitch paper. So we need to be very careful about taking the data, whatever report out, and then just make conclusions on there. So I -- I cannot give my opinion on this paper.
Q. My point --
A. If you ask me do I see the same number as you have seen? I see it, yes. I can follow it. But that making sense, I cannot comment.
Q. That's my point. Before today, you've never seen this paper that actually looked at excretion rates of NDMA, correct?
A. I haven't seen the information in human. I have seen that information in preclinical species.
Q. Right.
But you haven't seen it in human before today, correct?
MS. PENNER: Objection.
THE WITNESS: I haven't seen any information in human. I cannot -- I cannot say specifically, but we have -- we have done -- we have done the modeling of the ranitidine, and it did not lead to any

Page 263

connection to ranitidine -- to the NDMA.
BY MR. NIGH:
Q. The modeling that you've done, do you believe that there was more than 10 to 100 micrograms of NDMA being formed?
A. I'm not sure what you're referring to.
Q. Well, this study says, biological monitoring in humans at low doses, 10 to 100 micrograms of NDMA, is possible only if excretion rate is increased by administration of ethanol.
My question is, you just said, we've looked at modeling today. My question is, do you believe that somehow there's more than 100 micrograms of NDMA being formed inside of the body such that it is possible to detect in the excretion of humans?
MS. PENNER: Objection.
THE WITNESS: It's very complicated. Modeling for NDMA need to have a solid set of data, which I do not think we have good data out there in order to do modeling.
BY MR. NIGH:
Q. But you obviously didn't consider this study and the data from this study in looking at

Page 264

that modeling, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot speak for sure because my colleagues look into this about modeling, potential modeling, for NDMA. And the conclusion is not enough information out there for modeling on the NDMA, per se.
We did do a -- we did do a good model for the ranitidine.
MR. NIGH: Let's take a look at LP387. This will be marked as Exhibit 4078.
(Exhibit 4078 was marked for identification.)
MS. PENNER: When you're done with this document, can we get a time check, please?
BY MR. NIGH:
Q. Here the title shows - under the upper left corner it says GlaxoSmithKline.
Do you see that?
A. Yes.
Q. And it says, title: Physiologically Based Pharmacokinetic Modeling Analysis Plan For Ranitidine.
Do you see that?
A. Yes.

Page 265

Q. Is this what you were talking about when you talked about PBPK model for ranitidine?
A. Yes.
Q. Under executive summary of PBPK analysis plan it states -- scroll down further, please -- physiologically-based pharmacokinetic modeling has been requested to clarify if and to which extent and where in vivo formation of NDMA from ranitidine in humans actually occurs.
Do you see that?
A. Yes.
Q. And below it says, GSK will undertake modeling of ranitidine and NDMA disposition and transformation that could inform on the potential human cancer risk. This will be conducted in a phased manner.
Do you see that?
A. Yes.
Q. Now, what are the DDI or the drug interaction studies that are going to be conducted or have been conducted for this modeling that you're aware of?
MS. PENNER: Objection.
THE WITNESS: Drug interaction study?

BY MR. NIGH:
Q. Yes.
A. For what? For this -- for modeling?
Q. Yes.
A. This scope of modeling did not include anything that we want to do about drug interaction.
Q. What are the pH conditions that will be evaluated with food for this PBPK modeling?
MS. PENNER: Objection.
THE WITNESS: Can you repeat the question?
BY MR. NIGH:
Q. What are the pH conditions that will be evaluated with food?
A. What are the pH conditions that will be evaluated with food?
Q. Yes.
A. Are you talking about modeling?
Q. Yes.
A. I cannot comment specifically on that with the modeling. I cannot comment on that because I don't know whether or not my colleagues actually building that in the modeling part.
Q. What are the tissues that will be


modeled, and what safety risk assessment data will be used for that?
A. This modeling is really based on the available PK information, so this modeling did not -- did not include the connection -- did not have the connection to this safety part.
MR. NIGH: Let's take a look at LP382. This will be marked as Exhibit 4078 -- sorry, 4079.
(Exhibit 4079 was marked for identification.)
BY MR. NIGH:
Q. And here at the front it says, Title: An in vitro investigation of the plasma protein binding and blood partitioning of ranitidine in rat and human plasma and whole blood.
Do you see that?
A. Yes.
Q. And the date is November 24th, 2020.
Do you see that?
A. Yes.
Q. I'll turn your attention to page 18 of 41 under conclusions. Under conclusions it says, the plasma protein binding of ranitidine was low.
Do you see that?


A. Yes.
Q. And it shows under the next sentence -- not the next sentence, but below that it shows, the mean percentage bound of ranitidine in three donors of human plasma was 16.8 percent. Do you see -- at 50 nanograms per milliliter.
Do you see that?
A. Yes.
Q. That's not 88 percent, correct?
MS. PENNER: Objection.
THE WITNESS: What are you referring to, 88 percent what -- I do not understand the question.
BY MR. NIGH:
Q. Do you see anything in this conclusion that shows the plasma protein binding of ranitidine being as high as 88 percent?
A. I don't see that.
MR. NIGH: Let's take a look at LP386. This is Exhibit 4080.
(Exhibit 4080 was marked for identification.)
BY MR. NIGH:
Q. The title of this document is Distribution and Disposition of Ranitidine Using


Physiologically Based Pharmacokinetic Modeling.
Do you see that?
A. Yes.
Q. The date of this is December 17th, 2020.
Do you see that?
A. Yes.
Q. Now, this is just looking at ranitidine, not modeling NDMA or DMA, correct?
A. Right.
Q. Taking a look at table four -- my apologies. That's on page 33 -- do you see at the bottom where it shows plasma protein binding percentage?
A. Yes.
Q. Do you see that it shows 88.1 percent?
A. Yes, I see it. Can we go back to the other report?
Q. Yeah. That's not 16.8 percent, correct?
MS. PENNER: Objection.
THE WITNESS: Can you -- can we go back to the previous report? It means -- it's different term. Can we go back to the previous report?
BY MR. NIGH:
Q. Different than the -- different than what

Page 270

was in the previous report? Is that what you're saying?
A. Yes. Go back to the previous report, please.
Q. Let's take a look at LP382 on page 18, the conclusion. Let's blow that up.
The mean percentage bound of ranitidine in three donors of human plasma was 16.8 percent. Do you see anything here that indicates 88.1 percent?
MS. PENNER: Objection.
THE WITNESS: Can we look at the table?
BY MR. NIGH:
Q. Sure. The table is going to be on page 2. Or do you mean the index, table of contents? Is that what you're asking?
A. Yeah. Go to the actual table that shows the study data.
Q. Here?
A. Yes.
Q. All of the human donors have well below 88 percent, correct? You can highlight mean percentages. You can see 14 percent, 1.18 percent. Keep scrolling on down.
Do you see that?

Page 271

A. I see that.
Q. Was it mistakenly added, the unbound ranitidine, mean percentage of unbound ranitidine?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Because those are the numbers that look more like 88 percent, right?
A. These are the -- these are the -- probably is the bound, and then -- and then you subtract the percentage from 100 percent. That would give you unbound.
So in terms of the whole -- how we -- how we assess the two report, I think one of the report probably had the wrong wording in there. So that's why there's a confusion there. That's why probably you were confused.
Q. Let's go to the other report, LP386, and, again, page 33.
And, again, you can see plasma binding percentage, 88.1 percent. Next to it says, mean measurements at three concentrations from study, 20DMM013, the one we just looked at.
Do you see that?
A. Right.
Q. It's your belief that that should be the

Page 272

unbound percentage?
MS. PENNER: Objection.
THE WITNESS: From -- the footnote there says -- yeah. So that's something, yes, we need to clarify.
BY MR. NIGH:
Q. Isn't this supposed to be the bound percentage, not unbound? So this 88.1 percent is actually looking at the wrong measurement? It should be looking at 16.8 percent, correct?
MS. PENNER: Objection.
THE WITNESS: So I need to -- I cannot -- I cannot make a call now because I did not review this report before it being published and also reviewed the clinical review.
So if you want to clarify a set of numbers, you need to look into exactly which one is the right statement there. And since it's just a typo there and not representing the right wording being the value, then you can't use.
BY MR. NIGH:
Q. Okay. Well, if that -- if that's actually a mistake and they actually used 88.1 percent, that could have a major impact on -- on

Page 273

what the real findings should have been, correct?
MS. PENNER: Objection.
THE WITNESS: We -- I think that's the -- yeah, if they truly messed up, it will have impact. But by looking at the number, again, without looking to the exact rate -- closely looking at this report, it does look like 88.1 is the representation of the unbound fraction for 100 percent and that the other number in that -- quoted by the study is the bound fraction.
So plasma qualifying the percentage here, it probably should be -- should be -- should be read by -- as a fraction unbound instead of binding.
BY MR. NIGH:
Q. Next --
A. But --
Q. Sorry. I didn't realize you weren't done. Go ahead.
A. Don't quote me on that. That's -- by -- by -- by quickly looking at these two numbers, we can -- we can go back to whichever (inaudible) with an honesty of a mistake and it can be corrected.

Q. Next, the selection in age -- the selection of age for the human model parameters is 21 to 54 years old. You can see that under the PBPK model right at the top. It shows the -- let's scroll -- let's back out of this. At the top, PBPK model. You can see each of these years, 21 years old, 25 years old, 54 years old, 49 years old, 29 years old.

The selection of age for this model was 21 to 54 years old, correct?

MS. PENNER: Objection.

THE WITNESS: Can you repeat that question again?

BY MR. NIGH:

Q. The selection of the ages of the -- of those humans considered ranged from 21 to 54 years old, correct?

A. I -- I don't have -- I don't have any involvement in that study. By looking at the information provided in the table, it can probably be specific. Referring to the information provided in the reference, when they have specific information about the human volunteer that involved in that clinical study and then where the PK data was generated, but that's -- you know,



that's just speculation because I was not involved in that. Again, I need to have -- (inaudible) that information.

A quick comment on the -- already a question about they're quoting binding things. Being in modeling, typically we -- like a model, we were looking to be a free, fresh, and (inaudible) number. So that's a, you know, pretty common practice.

But, again, you do not have to quote me on that answer at all because that's apparently some error, mistake in that report writing. Maybe just totally misworded, so we can -- we can check that part.

Q. If, according to the most recent statistical data for National Cancer Institute Surveillance, Epidemiology, and End Results Program, the median age of a cancer diagnosis is 66 years, why was age greater than 65 years old not selected for this modeling?

MS. PENNER: Objection.

THE WITNESS: This was not modeled to -- to predict cancer effect. This is purely a PBPK model. So there's no consideration in the -- in a Valisure effect. This is a PK



model.

MS. PENNER: Okay, Dan, we're just past 6:00. So can we get a time check and figure out what's going to happen, whether we need to have a supper break or something?

MR. NIGH: I'm about done on this document.

MS. PENNER: Okay. Let's do it.

MR. NIGH: Let's do it right after I finish this one, and then we'll take a break.

BY MR. NIGH:

Q. The gut physiology parameter is limited to fasted physiology, correct?

MS. PENNER: Objection.

THE WITNESS: I can't see it. It got very small.

BY MR. NIGH:

Q. Let's pull it back out. Yeah, you can see it there. It says, gut physiology based on gastro plus default human fasted physiology.

Do you see that?

A. I see that now.

Q. Now, food and salivary enzymes initiate the digestion process until the secretion of stomach acid causes the pH to drop below 3.0, an



acidic environment that promotes conversion of ranitidine to NDMA. Correct?

MS. PENNER: Objection.

THE WITNESS: Where did you read those? I -- I don't see the thing that you just read.

BY MR. NIGH:

Q. Yeah. It's my question to you. Food and salivary enzymes initiate the digestion process until the secretion of stomach acid causes the pH to drop below 3.0, an acidic environment that promotes conversion of ranitidine to NDMA. Correct?

MS. PENNER: Objection.

THE WITNESS: Are you still talking about modeling, or are you talking about other data?

BY MR. NIGH:

Q. I'm talking about here it shows to use fasting physiology. And my question is, food and salivary enzymes initiate digestion process until the secretion of stomach acid causes the pH to drop below 3.0, an acidic environment that promotes conversion of ranitidine to NDMA. Correct?

Page 278

MS. PENNER: Objection.
THE WITNESS: We are here, again, not to connect NDMA here. This model is here for ranitidine, so this is to get the model established for ranitidine. So it's not NDMA.
BY MR. NIGH:
Q. This modeling would not be looking at food and -- not be looking at the impact that food and salivary enzymes initiating digestion process until the secretion of stomach acid caused the pH to drop below 3.0, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that because it would be -- could be best, I guess, by the modeler who did the work. It is, you know, quite, quite involved, a complex process to do the modeling, so I cannot -- I cannot comment yes or no that's being considered -- whether or not that's relevant to be considered. So...
MR. NIGH: Okay. Let's go ahead and take a break.
MR. COELLO: We're now going off the video record. The time is 2207 UTC, 6:07

Page 279

p.m. EDT.
(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 2222 UTC, 6:22 p.m. EDT.
BY MR. NIGH:
Q. Doctor, earlier you testified that you reviewed internal GSK studies with regards to your work with ranitidine.
Do you have a list of the internal GSK studies that you reviewed?
MS. PENNER: Objection. That gets into work product.
THE WITNESS: What -- what was your question? Are you asking do I have a list of --
MS. PENNER: Please don't answer right now until we get to the part of the question that I think you can answer.
Are you asking him if he reviewed studies outside of working with counsel?
MR. NIGH: I'll ask it again.
MS. PENNER: Okay.
BY MR. NIGH:
Q. Doctor, earlier you testified that you reviewed GSK studies with regards to your work

Page 280

with ranitidine. I'm not asking you about documents that you looked at as you were meeting with your lawyers. I'm asking you, you know, before that time frame, do you have a list of the internal GSK studies that you reviewed with regards to your work with ranitidine?
A. I don't have a list, per se.
Q. Do you -- do you have a list not per se?
A. I don't have a list -- as you say, I don't have a list here, but I did review study that I found by GSK.
Q. Would all of the internal GSK studies that you reviewed be contained in your custodial file?
A. What do you mean study file? What do you mean by study file?
Q. I actually asked custodial file, custodial. Would they be included in your custodial file? Do you know?
A. In the -- in the current project, we don't have a custodian who tracks what we have -- what we have looked into. So I don't know what the definition -- what the question was specifically about.
MS. PENNER: I will represent, Dan, that

Page 281

we have produced all of the studies that were in Dr. Chen's custodial file in the regular scope of document production.
BY MR. NIGH:
Q. You said that in the current program we don't have a custodial what we have to look into. In your current program, do you know if you would have saved all of the internal GSK studies that you reviewed in your work in connection to ranitidine?
A. We use a -- we use a shared team site to collect those information, so it's not just by me. Other people working on this, they're -- on this project will use that team site as well.
Q. You said we use a shared what site? Team, T-E-A-M?
A. It's a team site platform where we -- where we deposit the report, review.
Q. What's the name of that platform?
A. It's team site.
Q. It's called team site, T-E-A-M, S-I-T-E?
A. I don't recall specifically how that -- it is a -- a team site platform, so SharePoint probably is a more accurate term.
Q. Okay. So you have a SharePoint file site

that would include the internal GSK studies that you reviewed with regards to your work with ranitidine?
MS. PENNER: Objection.
THE WITNESS: Right.
BY MR. NIGH:
Q. And you believe that would be the same SharePoint file that Jim Harvey would look at as well in terms of internal GSK studies?
A. There are different SharePoint sites in addition to that, and Jim Harvey will have access to what we use as well. So there are multiple sites there, and I don't know the complete list of how many SharePoint sites that we have.
Q. Who else would have shared that SharePoint site that you were looking at? Who would have shared that with you?
A. Those are the scientists who work on the work and -- and other people in the medical team.
Q. Do you know the name of that SharePoint site?
A. I cannot recall.
Q. And you are relying on some of those studies that are on that site, correct, that SharePoint site?



MS. PENNER: Objection.
THE WITNESS: Say the question again.
BY MR. NIGH:
Q. I said, in terms of your work with ranitidine, you would have relied on your review of some of those internal GSK studies that were on that SharePoint site, correct?
A. I -- I'm not sure what it means, rely on there.
Q. They would have been important for you to do the work that you were doing in regards to ranitidine and your responses to the EMA being the go-to guy on DMPK, correct?
MS. PENNER: Objection.
THE WITNESS: So it depends on whatever team are functioning, there are other SharePoint sites, so for different group of team for different purpose.
BY MR. NIGH:
Q. I'm asking --
A. So --
Q. Sorry. Didn't realize you weren't done. Go ahead.
A. No. I'm done.
Q. I'm asking about the internal GSK studies



that you reviewed on SharePoint. That would have been important or you would have relied on that or considered those in the work that you were doing as the go-to guy for DMPK with the EMA, correct?
MS. PENNER: Objection.
THE WITNESS: So those -- yes, those scientists, they would put their report in there in that -- in the SharePoint site. I'm referring to their report in there.
BY MR. NIGH:
Q. Now, you say there's other different SharePoints, and you said Jim Harvey would have had access to other SharePoints?
A. The other SharePoint, the medical team.
Q. And the medical team would access documents from a different SharePoint as well?
A. I believe so.
Q. Are there any other teams that you can think of that have a different SharePoint that they're looking at?
A. I -- no, I don't know what other teams or anybody else working on the ranitidine.
MR. NIGH: Okay. I don't have any further questions. Thank you.
MS. PENNER: Okay. Why don't we take a



break?
MR. COELLO: We are now going off the video record. The time is 2229 UTC, 6:29 p.m. EDT.
(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 2314 UTC, 7:14 p.m. EDT.
CROSS-EXAMINATION
BY MS. PENNER:
Q. Hi, Dr. Chen. I'm Kimberly Penner. I'm an attorney for Glaxo, and I'll be asking you some questions in follow-up to the questions that Mr. Nigh has been asking you today.
The first thing I'd like to do is pull up a document. It's Zeng 2015, I believe is the document you have there. And if we could mark that Chen Defense Exhibit 1.
(Chen Defense Exhibit 1 was marked for identification.)
BY MS. PENNER:
Q. Okay. I see a document. Do you see a document, Dr. Chen?
A. Yes.
Q. Okay. When you were speaking with Mr. Nigh, and in response to some of his

Page 286

questions, you referred to a document by the title Zeng 2015.
Is that the study Contribution of N-Nitrosamines and Their Precursors to Domestic Sewage By Greywaters and Blackwaters by Zeng and Mitch 2015?
A. That was correct.
Q. And Mr. Nigh did not show you this during your deposition, did he?
A. No, no discussion, no. It wasn't shown.
Q. And this particular document is a correction for that study; is that right?
A. That's correct.
MS. PENNER: Okay. Could we go down to the second paragraph, about the middle of the second paragraph? And there's a sentence that starts "unfortunately" about the middle of it. Can we highlight that sentence? Your cursor is right there. There we go. Okay.
BY MS. PENNER:
Q. The sentence says, unfortunately, given the potential for this analytical artifact, our NDMA measurements within urine samples collected after consumption of ranitidine are not reliable since NDMA could have been formed during the

Page 287

sample analysis from any ranitidine present in the urine.
Did I read that correctly?
A. Yes.
Q. And does that comport with some of the concerns that you had about the Zeng 2015 paper?
A. That's correct.
MS. PENNER: Okay. So let's go to pull up Zeng 2016, please. Okay. Do we have the study itself? Is it like on the next page? Okay.
BY MS. PENNER:
Q. Mr. Nigh referred on a couple of occasions to a Mitch 2016 -- and I believe you called it a Zeng 2016 paper, but is this the paper that you were referring to, Dr. Chen?
A. That's correct. I usually refer to Zeng and Mitch together, 2016.
Q. Okay. And when we drop down --
MS. PENNER: Can you just put the whole page up, please?
BY MS. PENNER:
Q. To your knowledge, is this how the paper appears on the Carcinogenesis Journal's website at this time?

Page 288

A. This would be a retracted copy now.
MS. PENNER: Okay. And can we go back to the first page, please? Okay. And could we make the text a little bigger? Okay.
BY MS. PENNER:
Q. And this says, Carcinogenesis has retracted the following article at the request of the authors. And they give the citation for the article we just looked at.
And it says, this article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artifact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine, NDMA, measured in urine samples containing ranitidine in this study. Given this artifact, the authors have informed the journal that their NDMA measurements are not reliable.
Did I read that correctly?
A. Yes.
Q. And does that comport with some of the concerns you had about this study?
A. That's actually consistent with what we had earlier about a concern about this

Page 289

publication.
MS. PENNER: Okay. And we will mark that one Chen Defense Exhibit 2.
(Chen Defense Exhibit 2 was marked for identification.)
MS. PENNER: And I'd like to go onto Krawczynski, which I believe was already marked, if I can find the letter. I don't remember what the number is. I don't have it in my notes right here. Oh, here it is. It's Exhibit 265 or LP113. Or we have a copy of it there that you can pull up and re-mark if you want.
BY MS. PENNER:
Q. Did you recall discussing this paper with Mr. Nigh?
A. Yes.
Q. Okay.
A. He was showing some part of this article, yes.
Q. Okay.
MS. PENNER: Could we go to the section marked participants and methods, I believe? I think you were just there. There, right there, patients and methods.

And go down so we can see the bottom of the page. Okay, right here.
BY MS. PENNER:
Q. In the third paragraph up from the bottom, the second to last sentence says, the tests were performed before treatment and four to six weeks after the end of treatment.
Does that part of the methodology as described in this paper affect how you would interpret any of the findings in this paper?
MR. NIGH: Form objection.
THE WITNESS: Yeah, it's definitely -- it's definitely a totally different scenario here because these nitrosamines are known to have stability issues. That's one thing.
Another thing is in the human bodies, the level actually fluctuated over time with the individual. They also changed -- varies, also, between individuals.
Four to six weeks, the measurement after the treatment -- after the end of the treatment, so that -- the data, yeah, it's very questionable. It's very hard to -- to -- to rely on the data to make some meaningful interpretation or conclusion from



that data.
So, yes, that would change greatly about the -- about -- about the conclusion. And I mentioned earlier we had a concern and also didn't have -- didn't get the idea of how the study design was and how the work was done. So there's a part of the statement, and I did not pick up this one when we had our earlier discussion.
MS. PENNER: Okay. Let's pull up Gao 2021. And we'll call it Chen Defense Exhibit either 3 or 4, defending what we did with the Krawczynski paper.
(Chen Defense Exhibit 3 was marked for identification.)
BY MS. PENNER:
Q. Dr. Chen, you referred to a paper by Gao 2021. Is this the paper you were referring to?
A. That's the paper I referring to about in vitro work that was done -- sponsored by FDA, and it was reported obviously -- that's the study, yes, we were talking about earlier in our discussion.
Q. Okay. And did Mr. Nigh ever show you this paper while you were discussing it and while



he was asking questions about it?
A. No.
Q. Okay. Can you tell me in the abstract what the objective of this paper was?
A. The objective of this study was to characterize NDMA formation following the addition of ranitidine to simulate gastric fluid using a combination of food volume, pH levels, and nitrite concentrations, including physiologic levels.
Q. And in your opinion, your scientific opinion, did they -- the authors use appropriate methodology to investigate that objective?
MR. NIGH: Form objection.
THE WITNESS: I believe so.
BY MS. PENNER:
Q. Okay. Moving down in the abstract to the conclusion, in the conclusion it says, in this in vitro study of ranitidine tablets added to simulated gastric fluid with different nitrite concentrations, ranitidine conversion to NDMA was not detected until nitrite was 500 (sic) micromole per liter, which is 50-fold greater than the upper range of physiologic gastric nitrite concentrations at acidic pH. These findings suggest that ranitidine is not converted to NDMA



in gastric fluid at physiologic conditions.
Did I read that correctly?
A. Yes, with another zero.
Q. Okay.
A. I think you said 500. It's 5,000 micromole per liter.
Q. 5,000 micromole per liter.
A. Yes.
Q. And that's 50-fold greater?
A. 50-fold greater than the upper range of physiologic gastric nitrite concentration at acidic pH. Other than that, yes, you read it correctly.
Q. Okay. And is this your understanding of what this -- the data in this paper show?
A. Correct.
Q. Okay. And is there anything about the data in this paper that suggests that ranitidine ingestion contributes to endogenous NDMA formation?
A. Under those conditions, they're looking to here, under the physiologic conditions, and also use a proper dose of ranitidine, they do not have any data that support intake of ranitidine in vivo will have this tendency.

MS. PENNER: Okay. I'd like to go to page 8 of this document. A little further. There, that page. And I'd like to look at the first full paragraph or second paragraph up above where it says limitations.
BY MS. PENNER:
Q. And the second-to-last sentence says, overall, to investigate the potential for pharmaceuticals to lead to in vivo formation of NDMA or other nitrosamines, the test conditions used in vitro should include physiologically relevant conditions. When that was done with ranitidine in this study, in vitro formation of NDMA did not occur.
Did I read that one correctly?
A. Yes.
Q. Okay. And is that consistent with your understanding of the data reported in this study?
A. That's correct.
One quick thing to add here. This actually -- they point out very clearly about the importance of using physiologically relevant conditions. And not saying those conditions aren't being looked into in the other studies, including Valisure's, the -- the Zeng and Mitch



2016, but not just being -- not just recognized some other condition pH level of the nitrite that used actually in agreement with the conclusions here.
Once you have that condition within their physiologic conditions, it denotes the formation of NDMA. So actually, scientifically, from different publications actually point to the same conclusion.
MR. NIGH: Objection. The answer is nonresponsive.
MS. PENNER: Okay. That's a first.
Can we drop down to the conclusion paragraph, please?
BY MS. PENNER:
Q. Okay. The last sentence of the conclusion says, these findings suggest that ranitidine is not converted to NDMA in gastric fluid at physiological conditions and are further supported by the results of a recent clinical trial.
Is that referring to the Florian study that you and Mr. Nigh discussed earlier in the deposition?
A. I believe so. To be sure, can we look at



the reference 38?
Q. Certainly.
MS. PENNER: Can we drop down to the next couple of pages, probably?
THE WITNESS: It is. Thank you.
BY MS. PENNER:
Q. Okay. So that is the Florian paper that you were referring to earlier; is that right?
A. That's -- that's correct.
MS. PENNER: Okay. Can we pull that paper up and mark it as a defense exhibit, too, please?
THE REPORTER: We'll mark this as Exhibit 4.
MS. PENNER: Thank you.
(Chen Defense Exhibit 4 was marked for identification.)
BY MS. PENNER:
Q. Okay. And is Exhibit 4, Dr. Chen, a copy of the Florian paper?
A. Yes.
Q. Okay. And in all the times that you were discussing this with Mr. Nigh, did he ever show you anything -- this paper -- did he ever show you this paper?



A. No.
MS. PENNER: Okay. Let's go to page 4, and the outcomes paragraph is what I'd like to focus on.
BY MS. PENNER:
Q. Okay. Under outcomes, the authors report, the primary outcome was 24-hour urinary excretion of NDMA. The exploratory outcomes included 24-hour urinary excretion of DMA and ranitidine; plasma pharmacokinetic parameters for NDMA, DMA, and ranitidine, paren, including area under the plasma concentration versus time curve (AUC) and maximum concentration, end paren; and comparisons between cured meats and noncured meats diet.
Is that your understanding of what this study looked at?
A. Yes.
Q. Okay. And is it your understanding -- withdrawn.
As a scientist reviewing this study, did you come to the conclusion that this study was appropriately designed to look for these outcomes?
A. Just a review of the work in the -- reported in this article, including the

supplemental information, and, yes, my -- my assessment also agreed as the study objectives, primary outcome, exploratory outcome. These all achieved. And importantly, the study had a very proper clinical study design, and -- and they also conducted in a controlled clinical site and having a very solid metadata methodology to do the measurement.

So all in all, this is a solid clinical study. So their result coming from the study is reliable.

MS. PENNER: Okay. Let's go to table two.

That's Figure 2. I need table two.

There's table two. Okay.

BY MS. PENNER:

Q. Dr. Chen, can you read the title of table two?

A. Okay. Something is blocked. Let me move down my -- yes. Table two, effect of Ranitidine on NDMA and DMA 24-Hour Urinary Excretion and Plasma Measurements, parentheses, Primary and Exploratory Outcomes.

Q. Okay. In reviewing -- and you reviewed this study when you -- or this table when you



reviewed this study, correct?

A. Correct.

Q. Okay. In this table, do you see any evidence of increased NDMA in plasma following ingestion of ranitidine?

A. I don't see that.

Q. Okay. Do you see any evidence of increased NDMA in urine attributable to ingestion of ranitidine?

A. I don't see that, either.

Q. Okay. Do you see any evidence of increased DMA in plasma attributable to the ingestion of ranitidine -- or the ingestion of ranitidine?

MR. NIGH: Form objection.

THE WITNESS: I don't see that.

BY MS. PENNER:

Q. Okay. Do you see any evidence of increased DMA in urine attributable to ingestion of ranitidine?

A. No.

Q. Do any of the results in this table provide evidence of NDMA formation from ranitidine in the human body?

A. No, based on all this data, no, it did



not point to that evidence.

Q. And are the results from this clinical study consistent with the results of the FDA's in vitro study that we just looked at, the Gao study?

MR. NIGH: Form objection.

THE WITNESS: I believe so.

BY MS. PENNER:

Q. You can answer.

A. I believe so. I said it. Sorry. Probably we said it at the same time.

Q. Okay. And do you believe that either study supports the ingestion of ranitidine having an effect on the formation of NDMA in the human body?

A. I don't see the evidence pointing to that, again.

MS. PENNER: Okay. That is all I have.

You can take that exhibit down.

MR. NIGH: All your questions?

MS. PENNER: That is.

MR. NIGH: Okay. Let's go ahead. I have some questions.

REDIRECT EXAMINATION

BY MR. NIGH:

Q. Let's take a look at Defense Exhibit 1.



MR. SCHMITZER: Was that the '15 or '16?

MS. PENNER: '15.

MR. NIGH: '15.

And let's scroll down. A little further down.

BY MR. NIGH:

Q. Doctor, you were previously asked by your attorney the statement -- the question about, unfortunately, given the potential for this analytical artifact, our NDMA measurements within urine samples collected after consumption of ranitidine are not reliable, since NDMA could have been formed during the sample analysis from any ranitidine present in urine.

Do you see that?

A. Yes.

Q. Okay. You weren't pointed to the statement right before that where it says, for our GC-MS method, the injection port temperature started at 37 degrees Celsius but was ramped up to 230 degrees Celsius over the first 20 seconds after injection.

Do you see that?

A. I see that.

Q. And the sentence before that says,

Page 302

specifically, research has demonstrated that ranitidine is thermally unstable and can convert to NDMA under high temperature conditions, such as might be encountered within the GC injection ports.
Do you see that?
A. I see it.
Q. And is it your understanding that in 2021, that the author Zeng -- here you can see published in the bottom right corner, March 24, 2021.
Do you see that?
A. Yes.
Q. That this -- this finding is being reported in March of 2021, is when they were tracking these findings, correct?
A. That's correct.
Q. So this study was published in 2015. It wasn't until 2021 that this finding is retracted, correct?
A. Correct.
Q. Between 2015 to 2019 when Valisure demonstrated that NDMA forms by super heating the ranitidine sample, did anyone from GSK bother to ask Zeng how they found NDMA in their 2015 study?

Page 303

MS. PENNER: Objection.
THE WITNESS: I think that's a similar thing we went through earlier today. I cannot comment on your question because I was not involved -- directly involved in assessment of the publication back then.
BY MR. NIGH:
Q. My question focuses more on the following: Had it been found or questioned how these findings were happening and it had been investigated and uncovered in 2015 that using the GC-MS method and super heating the ranitidine sample causes NDMA to break down, had that been discovered in 2015, we could have found out that NDMA is thermally unstable, and, as a result, breaks down while being shipped and stored in room temperature or temperatures that are higher than room temperature, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that specific. However, the methodology in the GC-MS, in our opinion, in our assessment, is not only compounding factors that make the data reported by Zeng and Mitch papers questionable. And --

Page 304

BY MR. NIGH:
Q. Well, that's what -- sorry. Go ahead.
A. And that actually was rightfully pointed out by FDA's application. And then we also provide some additional comments about the Zeng and Mitch paper in our response to EMA.
Q. Do you know how long it took from Valisure's findings that if you super heat ranitidine, that lots of -- millions of nanograms of NDMA will break down to Emery's findings that if you just heat ranitidine at room temperature, you'll see hundreds of nanograms of NDMA breaking down?
MS. PENNER: Object.
BY MR. NIGH:
Q. How long did that take?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that because people use all kind of different methodologies. We cannot chase down, chase down saying, hey, you didn't do this study correctly.
So I -- I cannot -- I can't make comment on your question. I cannot --

Page 305

BY MR. NIGH:
Q. You're not aware -- sorry. Go ahead.
You're not aware that it actually took Emery less than one year to be able to demonstrate that ranitidine is heat unstable even at room temperature and that over 100 nanograms of NDMA can break down of ranitidine at room temperature, that it only took them less than a year after Valisure reported their findings?
MS. PENNER: Objection.
THE WITNESS: I do not have that detail in checking and monitoring that part. So my chemistry department in GSK, probably they look into that, so I cannot -- I cannot comment on this part --
BY MR. NIGH:
Q. Do you know if GSK --
A. -- of the report.
Q. Sorry. You stop. I think that you're done. That's why I ask my next question. So are you done?
A. I'm done. You can ask the next question.
Q. Do you have any idea whether or not, before whether the summer of 2019, GSK had any knowledge or understanding that the 2015 Zeng

findings could not be trusted because they used GC-MS as opposed to LC-MS?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on yes or no, agree or disagree so that -- I cannot -- I wasn't involved before that time.
BY MR. NIGH:
Q. Okay. Let's take a look at Defense Exhibit 2. And this is the retraction you were just shown by your attorney of the 2016 Zeng and Mitch study, correct?
A. Correct.
Q. And here it says, this article is being retracted at the request of the authors. Recent research has identified the potential for an analytical artifact associated with the use of gas chromatography that could have contributed to the levels of NDMA measured in urine samples containing ranitidine in this study. Given this artifact, the authors have informed the journal that their NDMA measurements are not reliable.
Do you see that?
A. Yes, I see it.
Q. There's no other reason given for their retraction of these findings other than that they



used GC-MS to measure NDMA in the urine samples containing ranitidine, correct?
MS. PENNER: Objection.
THE WITNESS: No, I cannot say correct or incorrect. That's what it says in the retraction. They do not mention any other factors, which we feel is also contributing to the unreliable data. I cannot -- cannot say yes or no.
They point this out, so it cannot be used as a complete reason.
BY MR. NIGH:
Q. My question was there's no other reason given for their retraction of these findings other than that they used GC-MS to measure NDMA in the urine samples containing ranitidine.
There's no other reason given in this retraction, correct?
MS. PENNER: Objection.
THE WITNESS: I cannot -- I think I -- I don't know how I can help your question here because that retraction is clearly here. I don't need to have to comment on how they put out the retraction statement. It's at will of the authors, and that's what they put on



there.
However, based on our assessment, and also based on the publication from FDA paper, they actually point out other parts of the study which also ignore having a proper control, which is not a proper study design, and then that can also contribute to another part, so -- for the unreliable data.
So -- so with that I cannot say correct or incorrect what they put on here. Again, it's at the request of the authors.
BY MR. NIGH:
Q. You just mentioned a bunch of other things that are in another paper. My question was, this retraction, do you see any other reason given in this retraction other than that they use GC-MS to measure the levels of NDMA in the urine samples containing ranitidine?
MS. PENNER: Objection.
THE WITNESS: I -- if you want me to repeat my answer, I cannot say correct or incorrect. I don't know what the question is about, honestly. I don't understand the question.



BY MR. NIGH:
Q. It's GC-MS. The question is GC-MS, that's the only reason they give here, that they used GC-MS to measure NDMA in the urine samples containing ranitidine, correct?
MS. PENNER: Objection.
THE WITNESS: Can you repeat the question? I think it's -- I didn't understand the question as cited.
BY MR. NIGH:
Q. It's GC-MS. The question is GC-MS, gas chromatography.
A. Yes.
Q. That they used GC-MS to measure NDMA in the urine samples containing ranitidine, correct?
MS. PENNER: Objection.
THE WITNESS: That's what it says here.
BY MR. NIGH:
Q. And you're not aware of any of the GSK -- any employees of GSK who found these findings to be unreliable between 2016 until the summer of 2019 because they used GC-MS to measure the NDMA, right?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that

because I was not watching that before 2019, and I have no visibility what that is looking to, so I cannot -- I cannot comment on that question.
BY MR. NIGH:
Q. Let's take a look at Exhibit 265 -- actually, we don't need to look at the exhibit. We can take this one down.
Do you remember you were asked a question from the Krawczynski study that showed these nitrosamines -- and you stated that these nitrosamines are known to have stability issues.
Do you remember that?
MS. PENNER: Objection.
THE WITNESS: Right.
BY MR. NIGH:
Q. When you say that they're known to have stability issues, what do you mean by that?
A. These stability issues can have the multiple meaning. It can be a stability issue in the (inaudible), in the -- actually, if I say stability issue, probably not a proper term. I apologize for that. I think what I meant is the variability.
So in the -- it depends on your diet and



your physiologic conditions, and then in that application they talk about for the six weeks difference after the end of the treatment. So anything can go there, which can change your measure level. Because, honestly, many other factors can contribute to the actual measure level, because other factors can contribute to that.
So, again, it, you know, doesn't look like a very well thought, well-designed study process, procedures there.
Q. You --
MS. PENNER: Dan, can you have your camera on while you're questioning the witness, please?
MR. NIGH: Oh, yes, I can.
MS. PENNER: Thank you.
BY MR. NIGH:
Q. Now, you realize that study showed that 93.3 percent of the children who were ingesting the ranitidine treatment, that they had an increase in nitrosamines, correct?
MS. PENNER: Objection.
THE WITNESS: As I said, with the four to six weeks later measure there, how can you



compare the treatment? How can you get a conclusion from that?
BY MR. NIGH:
Q. I guess my question to you is, if you're looking at variability, how can you explain that variability would lead to 93.3 percent having an increase in nitrosamines?
A. The whole procedure methodologies, there's so much question there, why we have some data -- believe on the data presented. I cannot comment on that, how many for this.
Q. Well, you did comment on it. That's why I'm asking you. Variability in clinical trials such as this, if it had been variability, you would expect that to lead to bias toward the null, not a false positive, correct?
MS. PENNER: Objection. Form.
THE WITNESS: Can you repeat that question?
BY MR. NIGH:
Q. I said variability in clinical trials such as this in variability, you would expect that to lead to bias toward the null, not a false positive, correct?
MS. PENNER: Objection.



THE WITNESS: It could be a false positive. It could be a false negative because, you know, if something -- some studies are probably controlled either -- either with study outcome positive or negative. Depends on how you see it. Then it's questionable.
BY MR. NIGH:
Q. 93.3 percent showed an increased risk of nitrosamines in the group that was receiving the ranitidine treatment.
Explain to me how you believe variability would lead to a false positive looking at that study design.
MS. PENNER: Objection.
THE WITNESS: The 93 percent -- so we -- I tried to help you here to make sense out of the statement that you made. Without looking at data, without considering how the study was done, I -- I don't know how -- how, myself being a scientist, how I can help you with that. So --
BY MR. NIGH:
Q. You just responded to your attorney when she pointed out the four to six weeks, and you

Page 314

responded that that shows -- points to stability issues. Then when I question you, you said it points to variability issues.
Now I'm asking you, can you explain how those variability issues -- do you have any explanation as to how that variability would lead to a false positive?
MS. PENNER: Objection.
THE WITNESS: We are doing a hypothetical situation, trying to make sense of information without the required experimental information. I -- I don't think it's meaningful to come to any statement in the end from me because I need those information to -- to help answer your question. I cannot.
BY MR. NIGH:
Q. So are you saying now that you can't ask the question (sic) that your attorney asked you on this document, that the four to six weeks would lead to stability or variability issues since you can't give any reason as to how variability would lead to a false positive rate of 93.3 percent of the people taking the ranitidine would have increased nitrosamines in their urine?

Page 315

MS. PENNER: Objection.
THE WITNESS: I -- again, I -- it's impossible for me to help you with that question. It's impossible.
BY MR. NIGH:
Q. So you have no idea as you sit here today how variability would explain a 93.3 percent higher rate of nitrosamines in the group of children that were taking ranitidine, correct?
MS. PENNER: Objection.
THE WITNESS: When they talk about variability, it's the -- even with the proper control, everything controlled, solid methodology, the variability is there because of human beings are different and that we have different intrinsic factors. We're not talking about the, you know, methodology, variability, we're not talking about analytical methodology, inappropriate data leading to that so-called variability.
So -- so, again, it's impossible for me to help you with that question.
BY MR. NIGH:
Q. Let's talk about variability. We'll look at the Florian 2021, Defense Exhibit 4.

Page 316

Did you see variability between the placebo group when they had noncured meats and the ranitidine group noncured meats when they measured their urine?
MS. PENNER: Objection.
THE WITNESS: Can we go to that table?
BY MR. NIGH:
Q. My question first, did you see variability in that? Was that an issue for you in trusting the reliability of those findings?
MS. PENNER: Objection.
THE WITNESS: Again, please be specific. Could you put up the paper and look at what the specific data you were referring to?
BY MR. NIGH:
Q. My question, did you have variability, did you look at that and question whether or not variability was an issue in trusting the reliability of the findings in the Florian study?
A. The data shows variability. Variability there, they did the statistical analysis, and then they had the study designed using the -- using the placebo control. And there's a crossover study, so you have the very good, reliable baseline information there.

Page 317

So that takes care of most of the variability coming from individuals.
Q. Let's take a look at table two.
Now, one of the questions that Florian was seeking to answer is comparing the urine -- NDMA levels in urine after -- from noncured meats to cured meats after ingestion of ranitidine or after ingestion of placebo, correct?
A. Correct.
Q. And the question is, we want to know if whether or not digestion of ranitidine side by side with a high nitrite diet leads to NDMA breaking down inside of the body, correct?
MS. PENNER: Objection.
THE WITNESS: Say again.
BY MR. NIGH:
Q. And the point of this is we want to know that if somebody takes ranitidine side by side with a high nitrite diet, does that lead to NDMA being formed inside of the body, correct?
MS. PENNER: Objection.
THE WITNESS: We -- that goes back to the objective of the study, so we cannot -- we cannot speak for the author, what they tried to do in the objectives.

Page 318

BY MR. NIGH:
Q. Well, is it your understanding that this study helps shine some light as to whether or not ranitidine taken side by side with a high nitrite diet leads to NDMA being formed inside of the body?
MS. PENNER: Objection.
THE WITNESS: That's correct, when they compare to the placebo, yes.
BY MR. NIGH:
Q. Okay. Let's take a look at the placebo, and let's take a look at their NDMA levels when they have noncured meat compared to ranitidine when they had noncured meat.
Do you see those?
A. Yes.
Q. Do you see the -- let's go ahead and highlight. .6 and 10.5, do you see those numbers?
A. Yes.
Q. Are you aware that there was nearly 20 times the amount of NDMA in the placebo with noncured meats compared to the ranitidine with noncured meats?
MS. PENNER: Objection.
THE WITNESS: In the noncured meat, yes.

Page 319

In the noncured meat, yes, we had an example.
BY MR. NIGH:
Q. Does that not concern you that the placebo starts out with 20 times the amount of NDMA --
MS. PENNER: Objection.
BY MR. NIGH:
Q. -- when they're taking noncured meats?
MS. PENNER: Objection.
THE WITNESS: The objective here is to see if it had ranitidine compared to placebo. The placebo actually in the study, the numbers show here -- I believe there's a median value showing the table, and then you had in parentheses a range, yeah, in this study, so they have this number print there. So that's actually data.
BY MR. NIGH:
Q. Right. The median is 20 times the amount of the placebo compared to the ranitidine for noncured meats, right?
MS. PENNER: Objection.
THE WITNESS: That's what data says.
BY MR. NIGH:
Q. And they're saying data shows that after

Page 320

placebo, the amount goes up about twofold when taking cured meats, but for ranitidine it goes up 20-fold, right?
MS. PENNER: Objection.
THE WITNESS: Say it again. You say 20-fold change, compared to what?
BY MR. NIGH:
Q. If you look at placebo, noncured meats versus cured meats, you can see placebo goes from 10.5 to 23.4, about twofold, correct?
A. Yes, the value.
Q. And ranitidine, when going from noncured meats to cured meats, goes up about 20-fold, .6 to 11.9, correct?
A. Yes.
Q. Do you have any concerns about the reliability of relying on this given the variability seen in terms of noncured meats, the amount of NDMA seen for placebo compared to ranitidine?
MS. PENNER: Objection.
THE WITNESS: They have data, and then they have real, reliable methodology, and are we talking about what the potential cause for those cured meat versus noncured meat? Well,

Page 321

maybe cured meat maybe already have that high level of NDMA to begin with. So this allowed other factors can have this data.
The important part here is we are having a placebo data there, and then this data -- data assay is not higher than placebo control, so --
BY MR. NIGH:
Q. Did you have -- sorry. I didn't realize you weren't done. Go ahead.
A. No, I'm done.
Q. Do you have any idea why placebo would have 20 times the amount of NDMA when ingesting noncured meats compared to ranitidine --
MS. PENNER: Objection.
BY MR. NIGH:
Q. -- in the urine?
A. I cannot interpret this data for them, so --
Q. In analyzing that, they used the paired differences median.
Do you see that?
A. Say it again.
Q. I said, in analyzing that issue, they used the paired differences median, and they show

zero with a range of negative 6.9 to 0.
Do you see that?
A. Yeah.
Q. Do you have any ideas why that would demonstrate or their methodology demonstrates a flaw in looking at variability issues with placebo versus the ranitidine in noncured meats?
A. That's judged by their statistician, I believe they involved the statistician and that they had a criteria to recall whether or not it is statistically different. So -- and it is outside my field. And then they involved a statistician as an opinion in how they analyzed data.
Q. Now, you recall being asked questions by your attorney as to whether or not there were differences in the plasma concentration for ranitidine versus placebo?
A. Yes, here, yes, the data are there.
Q. And you responded that there were no differences or no effects; is that correct?
A. Which line now we're talking about? Plasma, are you talking about maximum NDMA plasma?
Q. Right.
A. Right.
Q. Is that still your testimony, now that



you're looking at this data, that this would show no effects, that ingesting cured meat would have no effect on whether or not you're taking ranitidine or placebo on the plasma levels?
MS. PENNER: Objection.
THE WITNESS: In the cured meat?
BY MR. NIGH:
Q. Yes.
A. Well, as they say, yeah, it's close.
Q. Well, in ranitidine, at noncured meat, they're about equal, 18.9 to 20.3. Let's -- let's highlight that in the plasma. Right?
A. Yes.
Q. And then below that, cured meats, the amount of NDMA in the plasma is 29.0, but in placebo it's 16.2. It's almost double, right?
MS. PENNER: Objection.
THE WITNESS: At face value, you read it right.
BY MR. NIGH:
Q. And, again, that's looking at median, not mean, correct?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You can highlight median up at the top



for the column.
A. Yes.
Q. So here we can actually see that there is a higher amount of NDMA in the plasma for ranitidine users versus placebo users when ingesting cured meat, correct?
A. Because of variability. You also need to look at the range in parentheses and, as well, the statistician comes into play in these type of study.
Q. Well, that's because they looked at paired differences, right, as opposed to looking at the median for the entire group, correct?
MS. PENNER: Objection.
A. I cannot comment on that yes or no because I did not look into per se that part because it's outside my area of expertise.
Q. And even still, they still found an increased risk for the paired differences median. It's 2.2 with a p-value of .23, right?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on that.
BY MR. NIGH:
Q. Before you said no effects to when your attorney was asking you these questions. You said



no effects. Now I'm asking you about the effects.
It does actually show 2.2 increase in terms of paired differences for the median with a p-value of .23, correct?
A. That's what it says, correct.
Q. So it's not -- the increase is not statistically -- the increase for paired differences median is not statistically significant, but there were only 18 participants, correct?
MS. PENNER: Objection.
THE WITNESS: 18 participants. That's correct.
BY MR. NIGH:
Q. And the limitations even show that they had to disregard one of the participants, right? They had to throw those findings out or exclude those findings, correct?
MS. PENNER: Objection.
THE WITNESS: For giving data, that's correct.
BY MR. NIGH:
Q. You can't -- you don't know whether or not this finding would be statistically significant if they had decided to utilize more

than 18 subjects, correct?
MS. PENNER: Objection.
THE WITNESS: Repeat the question, please.
BY MR. NIGH:
Q. You don't know from looking at this whether or not this increased risk found for paired differences median of ranitidine versus placebo NDMA plasma concentration, you don't know whether or not that would have been statistically significant if they had decided to use more than 18 subjects, correct?
A. I cannot speak for that, no. I -- I do not -- that close, all that individual data, I just really had to rely on the statistician in a study.
Q. And if you take a look at the references at the end here, do you see Spiegelhalder cited at all? Let's go ahead and blow those up.
MS. PENNER: Objection.
BY MR. NIGH:
Q. And to clarify, we'll call Spiegelhalder the study that showed that none of the NDMA was found in the urine unless they had alcohol, that 1982 study.


Do you see that cited anywhere in these findings for the Florian study?
A. Everything there, I didn't look at everything referenced there.
Q. You can take a look at the next -- there's some on the next page as well. You can blow those up.
A. It doesn't look like that.
Q. So you're not aware of whether or not this is the one study that actually measured how NDMA was metabolized inside of people's bodies, humans, whether or not that was even considered by Florian in undertaking this study, correct?
MS. PENNER: Objection.
BY MR. NIGH:
Q. You don't know?
A. I cannot comment on that because the study -- they said clearly what they tried to do in the study. And then they presented what they did. And each study has the -- has -- has an objective on what they try to achieve, and also each -- each study -- with each study publication has the condition, has the -- all the methodology. In other words, each study has a limitation what they try to address, what kind of question.


So -- so I don't think you can address everything in one study.
Q. Next I'll go to the Gao study, Defense Exhibit 3. If you open up this study, you can see it says, in vitro analysis of NDMA formation from ranitidine under simulated gastrointestinal conditions.
Do you see that?
A. Excuse me. I need to go on a break again very soon, so --
Q. Okay. This is the last document I'm going to ask you. Do you want to take a break now, or do you want to take a break after this?
A. I think better for me to go now.
Q. Okay.
A. I don't know how many questions you have.
MR. NIGH: We can take a break.
THE WITNESS: I'll be right back.
MR. COELLO: We are now going off the video record. The time is 013 UTC, 8:13 p.m. EDT.
(A short recess was taken.)
MR. COELLO: We are now back on the video record. The time is 017 UTC, 8:17 p.m. EDT.


BY MR. NIGH:
Q. Okay. Let's pull up Defense Exhibit 3, the Gao study. And you recall your lawyer asked you questions about the objective, where it says, to characterize NDMA formation following the addition of ranitidine to simulate gastric fluid combinations of fluid volume, pH levels, and nitrite concentrations, including physiologic levels.
Do you see that?
A. Yes.
Q. And you agree that that was carried out during the study, correct?
MS. PENNER: Objection.
THE WITNESS: That was carried out in the study.
BY MR. NIGH:
Q. Did you ever question whether or not they actually looked at the physiological levels of nitrite for people taking ranitidine?
MS. PENNER: Objection.
THE WITNESS: Do you -- if you would do that, maybe there's something already there to stimulate you. I don't know how that -- how that can be done.

Page 330

BY MR. NIGH:
Q. Well, it could have been done -- I mean, there was plus-30 years that GSK, after they saw in 1987 an increase in the nitrite levels for ranitidine users, that they could have measured how much -- how much nitrite is there for ranitidine users after taking a high nitrite meal, right? That could have been done?
MS. PENNER: Objection.
THE WITNESS: Those information, those conditions, the data probably is going to be also clear-cut. So I -- I cannot speak for them what is the (inaudible) for the authors here, so that's what they -- what they try to do in the study, and based on the information that they can have the good control on, and that's how they did their work.
So outside that scope, I -- I cannot comment on that.
BY MR. NIGH:
Q. But these study authors did not actually look at the physiological conditions of people who were taking ranitidine after a high nitrite diet? In other words, they didn't measure sodium nitrite levels for people taking ranitidine and a high

Page 331

nitrite level -- I mean, and a high nitrite diet, correct?
MS. PENNER: Objection.
THE WITNESS: That's actually a pretty broad question. I think in that study condition there, it covers that situation.
So, again, I -- I don't have any information about specifically nitrite concentration following a patient taking -- taking ranitidine.
So -- but in this study design combination, they have different ratio of the -- between -- between nitrite and concentration of the -- of the ranitidine. So that's actually covered pretty broad combination of that -- of that condition with regard to presence of nitrite and presence of the ranitidine concentration.
BY MR. NIGH:
Q. Let's take a look, page 3 of 11, a few pages over. In measuring the nitrite levels, first they have a category called fasting gastric nitrite.
Do you see that?
A. Yes.

Page 332

Q. And these -- and then you can see eTable 1 and eFigure 1 in the supplement summarize all the tables -- all the studies -- it's at the bottom -- all the studies with paired fasting nitrite and pH data by patient or study group.
Do you see that?
A. Right.
Q. And if you underlined fasting, do you see that word fasting?
A. Yes.
Q. Now, do you understand by looking at this study that when they looked at .1 as the physiological conditions for nitrite in the stomach, they were actually looking at fasting nitrite?
MS. PENNER: Objection.
THE WITNESS: If I understand correctly, in their study they have these conditions. Again, not every study answer all the questions, but in this study, this concentration of this condition of fasting is to -- to go more extreme about the pH, lower pH. After fasting you have a lower pH. And, also, another situation is you are looking to the -- (inaudible) is one thing, is the other

Page 333

part. So they -- another part is the pH actually can have the impact on the level of the NDMA formation.
So this is basically to -- to provide some -- some extreme condition to -- to explore the range of the different type of condition combination, so yeah.
BY MR. NIGH:
Q. You realize that eTable 1 is all under fasting gastric nitrite? And, again, those summarize all the studies with paired fasting nitrite.
Can we underline fasting again? Those on Figure 1 are fasting nitrite levels, not nitrite levels after eating a high nitrite diet, correct?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Do you see that word fasting?
A. Yes.
Q. Okay. Next is, under association of meals with gastric nitrite, do you see that?
A. Yes.
Q. And if we go further down we can see, regarding the effect of actual meals, do you see that?

A. Yes.
Q. One study from 45 years ago reported the effect of an extremely high nitrite meal, including canned luncheon meat, from a time prior to modern regulations and technology that reduced nitrite in cured meats.
Do you see that?
A. Yes.
Q. Other than that Walters study -- let's go to the references. Do you see number 14 and 15? 14, do you see 1976, Walters 1976?
A. Yes.
Q. Do you see that?
A. Yes.
Q. Are you aware of any other study other than this Walters study that measured the nitrite levels after a high nitrite meal other than the study done 45 years ago?
MS. PENNER: Objection.
THE WITNESS: I'm not aware of that.
BY MR. NIGH:
Q. Okay. If we go back to the paper, same spot we were, page 3 of 11, and we look at that paragraph again at the bottom, we can see it says four other studies 17 to 20 assessed gastric pH in



nitrite every 30 or 60 minutes for 24 hours.
Do you see that?
A. Yes.
Q. Let's take a look at the references, references 17 to 20. Let's blow up 17 to 20. And look at number 20. Do you see that Thomas? Do you recall looking at that study previously, effects of one year's treatment with ranitidine?
A. Yes.
Q. That we looked at earlier during our questioning, that's a 1987 study. Do you see that?
A. Yes.
Q. And when we looked at that study, it did not measure the amount of nitrite after a high nitrite meal, did it?
MS. PENNER: Objection.
THE WITNESS: I cannot comment on -- on this question because they -- they based all this reference together in a statement. So how specific they make up the reference to any other statement -- you know, any other reference, so, yeah, I cannot -- I cannot comment on that specifically when they --



BY MR. NIGH:
Q. Are you -- go ahead.
A. I'm done.
Q. Do you recall that in this 1987 Thomas study that also had Walters in it, the same study that showed a statistically significant increase in fasting nitrite levels, do you recall that they took great measure to feed them a diet that did not have any measurable levels of nitrite in their diet? We went over that study.
Do you remember that?
MS. PENNER: Objection.
THE WITNESS: Right. I remember that.
BY MR. NIGH:
Q. Now, these others, 17, 18, and 19, did you happen to look at these to see whether or not any of these other ones demonstrated much higher levels of sodium nitrite in the gastric stomach after ingestion of a drug and a high nitrite meal?
MS. PENNER: Objection.
THE WITNESS: I don't recall I look specifically for those reference in this paper.
BY MR. NIGH:
Q. Do you see this 19? It says -- do you



see it says, after cimetidine treatment? Do you see that?
A. Yes.
Q. And did you happen to see whether or not it shows the amounts of nitrite in the stomach after ingestion of cimetidine with a high nitrite meal?
MS. PENNER: Objection.
THE WITNESS: I -- I did not. I did not look into cimetidine treatment.
BY MR. NIGH:
Q. And did you happen to look at any of these other studies to see whether or not they looked at the amounts of nitrite after ingesting omeprazole after a high nitrite diet?
MS. PENNER: Objection.
THE WITNESS: No.
BY MR. NIGH:
Q. Do you know what --
A. But these are a different chemical -- different chemical structures. They're not necessarily translatable to ranitidine.
Q. I understand. We don't have the data for ranitidine. We've talked about that many times, right, that we don't know the nitrite levels of

Page 338

people ingesting a high nitrite diet and ranitidine?
We don't know what their nitrite levels would be in their gastric fluid, because that study was never done, correct?
MS. PENNER: Objection.
THE WITNESS: In the -- together with the ranitidine, is that what you're referring to?
BY MR. NIGH:
Q. Yes.
A. The nitrite level?
Q. Yes.
A. Not to my knowledge.
Q. Would it surprise you that when a high nitrite diet is consumed with either cimetidine or omeprazole, that they see surprisingly higher levels of nitrite in their stomach than .1 millimolar?
Would that surprise you, or have you seen those findings ever before today?
MS. PENNER: Objection.
THE WITNESS: Again, those numbers from particular pharmaceutical, they can behave differently, so it's hard to -- to make direct connection to ranitidine situation.

Page 339

BY MR. NIGH:
Q. Well, if you're trying to understand what the nitrite level would be after somebody has had a high nitrite diet and ranitidine, and you have no data on that for ranitidine, but you do have data for other acid-suppressing drugs, wouldn't you want to consider that as you start to debate what the physiological conditions are in man?
MS. PENNER: Objection.
THE WITNESS: Hypothetically, if you're asking me that, I would say yes. I think that's exactly why this author, they take into account those information in the literature.
BY MR. NIGH:
Q. But they don't -- they mention .1 millimolar as physiological condition. They don't mention those other studies in the amounts that they were finding with omeprazole and a high nitrite diet, right?
MS. PENNER: Objection.
BY MR. NIGH:
Q. Or do you know?
A. I don't know.
Q. Now --

Page 340

A. Because --
Q. -- the other thing -- sorry. Go ahead.
A. It's a range, so .1 actually regardless of high -- it's a high (inaudible) condition, so there's a range there. And then they cover a pretty bigger range in in vitro conditions.
Q. It's a range for fasting levels, right, not after a high nitrite diet? That's fasting levels, .1, right?
MS. PENNER: Objection.
THE WITNESS: So if we look at the in vitro study -- the in vivo study, we just went through the other publications. In the study, the high nitrite containing the cured meat, that's represent that situation. They did not have the measurement of what that is, but that's -- that diet itself contained a high nitrite already.
BY MR. NIGH:
Q. I understand.
And in that -- and in the Florian study, they're trying to measure the amount of NDMA in urine, and we've now pointed out during this deposition that they didn't even consider Spiegelhalder, right --

Page 341

MS. PENNER: Objection.
BY MR. NIGH:
Q. -- that you're aware of?
A. I -- I cannot say whether or not they considered it or not. It was not listed in the reference.
Q. So they didn't consider the study that shows it would be very difficult to detect NDMA in the urine unless you were given copious amounts of alcohol with it, right?
MS. PENNER: Objection.
THE WITNESS: For that reference, I don't recall we looked at the data that you -- that you showed earlier, and they also was asking about those higher measurement. Yeah, we did not get the NA -- did not get a view of the data that would help to address your current question, so --
BY MR. NIGH:
Q. Well, we'll --
MS. PENNER: Dan --
MR. NIGH: Go ahead.
MS. PENNER: Are you done, Dr. Chen?
THE WITNESS: Yes, I'm done.
MS. PENNER: Okay. Dan, can we wrap it

up?
MR. NIGH: I'm almost done.
MS. PENNER: I'm imagining we're well past our seven hours.
MR. NIGH: I'm almost done. I'm almost done.
BY MR. NIGH:
Q. But what we did see in Florian was that the ranitidine group for cured meats actually had more NDMA in their plasma than placebo, correct?
MS. PENNER: Objection.
THE WITNESS: In a cured meat in the -- between comparison between ranitidine treatment versus the -- versus the placebo?
BY MR. NIGH:
Q. Yes.
A. Is that what you're asking?
Q. Yes.
A. Was it the other way around? I think the placebo has a higher amount.
Q. Placebo had less, almost half as much in terms of their median for the amount of NDMA that they had in the plasma compared to ranitidine for cured meats, right?
MS. PENNER: Objection.



BY MR. NIGH:
Q. Do you want to see it again?
A. The median value. Sorry?
Q. Do you want to see it again? Florian had almost half as much in the plasma for placebo compared to ranitidine?
A. Yes, yeah.
Q. Let's take a look at it. It's LP345, table two. I'm sorry. I said LP345, but you were looking at something else.
Hold on one second. It was Defense Exhibit 4, table two. Here it is.
And for the plasma, do you see for ranitidine cured meats, 29.0 was their median? You can highlight that. And the median in placebo was 16.2. You can highlight that.
So it's almost twice as much for the median of NDMA in plasma for cured meats compared to placebo, correct?
MS. PENNER: Objection.
THE WITNESS: You read it correctly.
BY MR. NIGH:
Q. And let's see if I have any other questions. We can take this document down.
And in Gao -- sorry. Strike that.



You're also not aware of any study that measures the amount of nitrite in the human stomach after a high nitrite meal, plus being a smoker versus nonsmoker, right?
MS. PENNER: Objection.
THE WITNESS: I cannot recall. Maybe I see those, but I cannot -- I cannot recall specific.
BY MR. NIGH:
Q. And other than the fasting studies, you're not aware of any study that measures the amount of nitrite in the human stomach after a high nitrite meal and factors such as achlorhydria or GERD or other GI conditions that the users of ranitidine would be expected to have versus normal conditions, correct?
MS. PENNER: Objection. You've been asking the same question for half an hour now. We're well over --
MR. NIGH: I have not -- I have not asked this question.
You can answer. I haven't asked this question.
THE WITNESS: Could you repeat the question?



BY MR. NIGH:
Q. The question is, you're not aware of any study that measures the amount of NDMA inside of the body -- I'm sorry. Strike that.
You're not aware of any study that measures the amount of nitrite in the human stomach after a high nitrite meal and factors such as achlorhydria or GERD or other GI conditions that the users of ranitidine would be expected to have versus normal conditions? Again, I'm not speaking to fasting studies. I'm talking about studies after a high nitrite meal.
MS. PENNER: Objection.
THE WITNESS: I cannot -- I cannot comment yes or no.
MR. NIGH: I don't have any other questions.
MS. PENNER: I have two questions, Dr. Chen.
Will you put up the Gao study, please? Okay. And the conclusions section of the abstract.
RECROSS-EXAMINATION
BY MS. PENNER:
Q. It says, in this in vitro study of

Page 346

ranitidine tablets added to simulated gastric fluid with different nitrite conditions, ranitidine conversion to NDMA was not detected until nitrite was 5,000 micromole per liter, which is 50-fold greater than the upper range of physiologic gastric nitrite concentrations at acidic pH. These findings suggest that ranitidine is not converted to NDMA in gastric fluid at physiological conditions.
Do you see that there?
A. Yes.
MR. NIGH: Object to form.
BY MS. PENNER:
Q. Did anything -- did anything Mr. Nigh discussed with you at all during this deposition change your views as to the reliability of the data and conclusions in this study?
MR. NIGH: Object to form.
THE WITNESS: I don't have any objection there.
BY MS. PENNER:
Q. All right. So you --
A. It says quite specifically about a condition, and then they designed the conditions with their baseline, yeah -- so the study go, the

Page 347

study design, they did not present it, yeah. I agree with this conclusion they have.
MS. PENNER: Okay. Can we put up the Florian study, please? And, again, the conclusion of the abstract is fine just to reorient Dr. Chen.
BY MS. PENNER.
Q. This trial that included 18 healthy participants, oral ranitidine (300 milligrams), compared with placebo, did not significantly increase 24-hour urinary excretion of NDMA when participants consumed noncured-meats or cured-meats diets. The findings do not support that ranitidine is converted to NDMA in a general, healthy population.
Are you with me? Do you see that?
A. I see that.
Q. Okay. Did anything Mr. Nigh say to you during the course of this deposition change your views as to the reliability of the conclusions and data in this study?
MR. NIGH: Form objection.
THE WITNESS: No, it did not change.
MS. PENNER: Okay. I have no further questions.

Page 348

MR. NIGH: And I would move to strike all of the questions asked by the defense attorney at this last second redirect.
I have nothing else.
MS. PENNER: All right. Can you put us back -- take us off the record and put us back in the room, please?
MR. COELLO: We are now going off the video record. The time is 043 UTC, 8:43 p.m. EDT.
(A discussion was had off the record.)

(Deposition concluded at 8:49 p.m.)

Page 349

WITNESS NOTIFICATION LETTER

September 1, 2021

LIANGFU CHEN, PH.D.
C/O KIMBERLY PENNER, ESQ.
Shook, Hardy & Bacon
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

IN RE: IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Remote deposition taken on August 30, 2021
U.S. Legal Support Job No. 364511

The transcript of the above-referenced proceeding has been prepared and is being provided to your office for review by the witness.
We respectfully request that the witness complete their review within 30 days and return the errata sheet to our office. You need not return the entire transcript.

Sincerely.

....................................
Michelle R. Hordinski, RPR, RMR, CRR
U.S. Legal Support, Inc.
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida 33901
239.332.7443

CC via transcript:
MIKAL C. WATTS, ESQ.
MATTHEW T. SCARVIE, ESQ.
ANNIE E. SHOWALTER, ESQ.
LUKE BOSSO, ESQ.

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE: IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION
DATE: August 30, 2021
PAGE LINE CHANGE REASON

Under penalties of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

_______________________________________________
Date Signed LIANGFU CHEN, PH.D.



CERTIFICATE OF REPORTER

STATE OF FLORIDA )
COUNTY OF LEE )

I, Michelle R. Hordinski, Registered Merit Reporter and Certified Realtime Reporter, do hereby certify that I was authorized to and did stenographically report and electronically record the remote deposition of LIANGFU CHEN, PH.D.; that a review of the transcript was requested; and that the foregoing transcript, consisting of pages 1 to 352 inclusive, is a true record of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in this action.

Dated September 1, 2021.

..............................
Michelle R. Hordinski, RMR, CRR



CERTIFICATE OF OATH

STATE OF FLORIDA )
COUNTY OF LEE )

I, the undersigned authority, certify that LIANGFU CHEN, PH.D. personally appeared before me on the 30th of August, 2021 and was duly sworn.

WITNESS my hand and official seal

September 1, 2021.

..............................
Michelle R. Hordinski, RMR, CRR
Notary Public, State of Florida
Commission #GG 196403
Expires 6-5-22

Exhibits

**DX 0002 Liang fu Chen 08302 1**
4:19 289:3,4 306:8,9
**DX 0003 Liang fu Chen 08302 1**
4:20 291:14 328:3,4 329:2
**DX 0004 Liang fu Chen 08302 1**
4:20 296:16 315:25 343:11,12
**EX 4065 Liang fu Chen 08302 1**
11:19 15:23
**EX 4066 Liang fu Chen 08302 1**
29:20 30:14
**EX 4067 Liang fu Chen 08302 1**
55:7,8
**EX 4068 Liang fu Chen 08302 1**
58:21,22 62:6
**EX 4069 Liang fu Chen 08302 1**
76:17,18
**EX 4070 Liang fu Chen 08302 1**
79:24,25
**EX 4071 Liang fu Chen 08302 1**
92:20,23 116:24
**EX 4072 Liang fu Chen 08302 1**
117:1,4
**EX 4073 Liang fu Chen 08302 1**
130:20,21
**EX 4074 Liang fu Chen 08302 1**
142:8,9
**EX 4075 Liang fu Chen 08302 1**
196:1 215:7
**EX 4076 Liang fu Chen 08302 1**
227:13 249:21
**EX 4077 Liang fu Chen 08302 1**
240:11 249:23
**EX 4078 Liang fu Chen 08302 1**
264:11,12 267:8
**EX 4079 Liang fu Chen 08302 1**
267:10
**EX 4080 Liang fu Chen 08302 1**
268:20,21
**DX 0001 Liang fu Chen 08302 1**
4:19 285:17, 18 300:25

(

**(2016)**
69:6

0

**0**
322:1
**0.05**
247:4
**0.1**
196:18 257:8,14
**013**
328:20
**017**
328:24
**029**
153:20
**043**
348:9
**05**
246:19

1

**1**
4:19 34:22 35:6 124:1 152:4,12 165:18 186:24 192:22 196:18,19 243:1 257:18 285:17,18 300:25 332:2,12 333:9,14 338:17 339:16 340:3,9
**1,000**
136:21
**1.18**
270:23
**1.3**
257:6
**1.5**
257:8,14,18
**1.8**
258:4
**10**
196:19 253:24 260:18,25 261:11 263:4,8
**10.5**
318:18 320:10
**100**
34:22 155:16 260:18 261:1,12 263:5,9,15 271:10 273:9 305:6
**100,000**
34:22 35:7
**10019**
3:16
**101**
137:3
**10:15**
54:24
**10:41**
55:3
**11**
5:1 211:18 331:20 334:23
**11.9**
320:14
**117**
5:5
**12**
207:17,19 243:25 247:25 257:4

**12,000**
244:22
247:25
**121**
4:24
**1284**
222:9
**12:00**
209:10
**12:09**
116:15,17
**13**
48:6,13,19
153:23
248:3,8
250:7 253:3,
11,24
257:11,25
**13,000**
250:13
252:12
**130**
5:5
**1301**
7:8
**1304**
10:22
**135**
4:23
**137**
4:23
**13:10**
11:1
**14**
211:16
270:23
334:10,11
**140**
4:22
**1415**
54:24
**142**
5:6
**1441**
55:3
**149**
4:24
**14c-ranitidine**
131:17
132:13
**14c-ranitidine-n-oxide**
131:12,13
133:12
**15**
211:6,8,11,
21 253:24
301:1,2,3
334:10
**150-milligram**
81:2,12,21
82:8 208:19
209:2 213:13
**15th**
93:5
**16**
301:1
**16,000**
252:12
**16.2**
323:16
343:16
**16.8**
268:5 269:18
270:8 272:10
**1600**
3:3
**1609**
116:15
**16th**
65:10
**17**
164:11
334:25 335:5
336:15
**17-fold**
190:13
**1717**
116:21
**17th**
269:4
**18**
107:1 153:24
267:22 270:5
325:9,12
326:1,12
336:15 347:8
**18.9**
323:11
**1843**
181:14
**19**
141:6,12
336:15,25
**1906**
181:18
**19104**
3:11
**1955**
214:24
**196**
5:6
**1970**
189:13
**1970s**
97:13,20
135:8
**1975**
91:10 142:12
143:19
144:11
**1976**
189:13
190:12
201:25
334:11
**1980**
91:10 130:7
**1980s**
52:20 85:20,
24 86:9,15,
25 87:3,7,
18,22 88:19
89:24 90:8,
18 92:1,12
96:20 98:13,
15 121:9
130:4 134:9
135:8 141:22
146:18
182:13,23
**1981**
58:11,15
60:8,13,22
61:6,21 82:4
84:14 131:7
**1982**
59:13,24
61:2,18
240:16
257:18
326:25
**1983**
135:20
137:16
221:16
227:3,17
228:23
**1986**
82:5 84:14
122:16,20
123:1,3
**1987**
194:6,16
203:4 214:4
330:4 335:11
336:4
**1990**
140:15
**1996**
94:7
**1997**
12:17
**1:17**
116:18,21
**1st**
69:4

**2**

**2**
138:16 139:4
244:1 270:15
289:3,4
298:14 306:9

**2.2**
324:20 325:2
**2.4**
243:1 258:4
**20**
12:6 111:1 169:14 170:7,24 171:18 174:14 176:15 177:19 301:21 318:20 319:4,19 321:13 334:25 335:5,6
**20-fold**
258:24 260:16 320:3,6,13
**20.3**
323:11
**2000**
81:4,22 256:9
**2001**
12:3
**2002**
150:1 156:5, 11,13 157:10,11 160:20 161:3 164:12 167:25 173:20 174:7 175:3 179:12 180:1 215:23 216:1,23 219:6 220:12 221:4
**2015**
20:12,18,24 21:3,5,18,23 22:23 23:5, 10,22 24:11, 15,19 25:14 26:7 46:25 69:4 71:17 72:23 74:12 87:16 285:15 286:2,6 287:6 302:18,22,25 303:11,14 305:25
**2016**
16:8 17:15, 17 19:8,23 20:5,13,17, 18,22 21:3, 11 22:1 24:11 43:22 46:25 71:6, 16 72:23 74:9 85:8 87:15 168:21 183:8 287:9, 14,15,18 295:1 306:10 309:21
**2018**
69:5 70:15
**2019**
17:13,14 18:7 19:6, 15,19 27:23 46:21 47:2,7 51:16 53:4, 6,13 56:16, 22,25 64:21 65:10 70:17, 20 72:21 73:13 74:20, 24 75:9 78:11 80:11, 17 93:5 95:8 98:3,21 99:5,11 101:12,14 102:17 104:6,17 118:4 128:1 129:21 130:12 136:4 139:20 150:19 156:6 164:12 182:24,25 196:8 199:25 224:16 225:18 227:10,17 231:6 236:15 302:22 305:24 309:22 310:1
**202**
5:1
**2020**
267:19 269:4
**2021**
7:8 291:11, 18 302:9,11, 15,19 315:25
**2036**
215:3
**20DMM013**
271:22
**21**
207:17,19 208:23 274:3,7,10, 16
**2100**
208:20
**2123**
249:14
**2127**
249:18
**215**
4:25
**22**
165:4
**2207**
278:25
**221**
4:22
**2222**
279:4
**2229**
285:3
**227**
5:7
**23**
248:8 257:11 258:1 324:20 325:4
**23.4**
320:10
**230**
301:21
**2314**
285:7
**23rd**
64:21 75:9
**24**
164:19 207:17,19 209:19 302:10 335:1
**24-hour**
203:13 206:4 297:7,9 298:21 347:11
**240**
5:7
**2424**
4:25 215:11, 12
**24th**
267:19
**25**
274:7
**255**
4:22 140:4, 12
**259**
221:12,15
**25th**
65:2 196:8 199:25
**26**
243:25 248:4 250:7
**26,000**
244:22 250:14

**260**
4:23 135:16 140:10
**261**
137:13 140:11
**264**
5:8
**265**
4:24 149:11, 15 289:11 310:6
**2660**
196:7
**267**
5:8
**268**
5:9
**27**
165:8
**275**
58:3,4
**28**
152:6,14 164:24
**285**
4:5,19
**288**
57:10,14 121:12,13
**289**
4:19
**28th**
3:15
**29**
5:2 274:8
**29.0**
323:15 343:14
**291**
4:20
**2929**
3:11
**296**
4:20
**2:43**
181:14

## 3

**3**
4:20 13:6 189:19 190:3 205:22 211:15 291:12,14 328:4 329:2 331:20 334:23
**3.0**
276:25 277:11,23 278:12
**3.01**
196:17
**30**
48:13 71:1 229:6 248:1 257:5 261:25 335:1
**30-fold**
153:14
**300**
4:6 347:9
**30309**
3:4
**306**
227:9
**307**
227:8
**30th**
7:8
**31**
28:4 80:22 117:22,25
**316**
122:11 123:5
**318**
123:25
**31st**
69:4
**328**
145:14
**33**
269:11 271:18
**345**
4:7
**346**
145:24 146:1
**349**
4:8
**35**
96:12
**350**
4:9
**351**
4:10
**352**
4:11
**36**
227:20 228:13,22
**36.7**
166:3
**3635**
5:1 202:21 215:9
**37**
301:20
**373**
138:22
**374**
138:23
**375**
138:11,23
**38**
296:1
**39**
211:11
**3:06**
181:18
**3:55**
214:24

## 4

**4**
216:10,11 291:12 296:14,16,19 297:2 315:25 343:12
**40**
15:12 36:5, 8,22 71:1 92:17 96:12 261:25
**4065**
11:19 15:23
**4066**
5:2 29:20 30:14
**4067**
55:7,8
**4068**
5:3 58:21,22 62:6
**4069**
76:17,18
**407**
60:25
**4070**
5:4 79:24,25
**4071**
92:20,23 116:24
**4072**
5:5 117:1,2, 4
**4073**
130:20,21
**4074**
5:6 142:8,9
**4075**
196:1 215:7
**4076**
5:7 227:13 249:21
**4077**
240:11 249:23
**4078**
5:8 264:11, 12 267:8

**4079**
267:9,10
**4080**
5:9 268:20, 21
**41**
267:22
**448**
250:4
**45**
334:2,18
**49**
274:7
**4:36**
215:3
**4th**
78:11

**5**

**5**
152:5,13 196:16 243:1 257:6
**5,000**
293:5,7 346:4
**50**
268:6
**50-fold**
292:22 293:9,10 346:5
**500**
243:24 246:15 292:21 293:5
**54**
274:3,7,10, 16
**55**
5:2
**58**
5:3
**5:23**
249:14
**5:27**
249:18

**6**

**6**
151:1 257:10,25 318:18 320:13
**6.9**
322:1
**60**
335:1
**602**
153:17
**605**
131:10
**610**
132:8
**611**
133:10
**65**
275:19
**66**
275:19
**661**
201:5
**69**
211:11
**6:00**
276:3
**6:07**
278:25
**6:22**
279:4
**6:29**
285:3
**6th**
227:10

**7**

**7**
151:1
**7-**
258:24 260:16
**70**
34:18 35:6 36:3 132:10
**727**
208:15
**728**
203:11
**730**
209:25
**731**
211:2
**736**
213:7
**76**
5:3
**79**
5:4
**7:14**
285:7

**8**

**8**
30:3 243:1 294:2
**80s**
94:3 182:8,9
**838**
152:3
**839**
152:19 175:12
**88**
268:9,12,17 270:22 271:7
**88.1**
269:15 270:9 271:20 272:8,24 273:8
**8:13**
328:20
**8:17**
328:24
**8:43**
348:9
**8:49**
348:13
**8th**
80:17

**9**

**9**
4:4 207:18, 19
**92**
5:4
**93**
313:16
**93.3**
164:25 311:20 312:6 313:9 314:23 315:7
**96**
35:5,22 36:1,3 37:6 39:16 212:22
**97**
12:18
**978**
58:2
**98**
12:18
**9:00**
208:20,22, 23,25 209:1, 9,10
**9:01**
7:9
**9:04**
10:22
**9:10**
11:1

**A**

**a.m.**
7:9 10:23

11:1 54:25 55:3
**Aarti** 228:1
**ability** 35:25
**able** 9:17 34:6,7 42:15 58:14 82:5 88:6,19 92:9 95:20 96:5,11 98:19,21 99:5 115:15 141:21 163:18 164:2 210:21 226:19 249:6 305:4
**above** 8:13 124:10 125:10 294:5
**absence** 226:6
**absent** 181:10
**absolutely** 171:6
**absorption** 14:11 252:1
**abstract** 94:8 140:22 292:3,16 345:22 347:5
**accelerate** 40:4 41:15
**acceptable** 34:9 188:22
**accepted** 187:5 241:11
**access** 18:25 56:8 57:24 80:25 282:11 284:13,15
**account** 146:5 212:24 226:5 232:22 239:11 339:13
**accumulated** 45:25 46:17
**accurate** 260:3 281:24
**accurately** 253:23
**ace** 32:12
**achieve** 327:21
**achieved** 33:19 298:4
**achlorhydria** 344:13 345:8
**acid** 88:11 89:2, 7,15 94:20 95:3,9,22 98:22 99:6 100:12,16 101:10 102:4,9,10, 13 103:3,4, 14,22 104:7, 18 105:13 107:20,25 108:7,10 120:13,15,19 121:3,7 123:20 124:2,9,13 125:11,14,17 126:4,14,18, 23 127:15 128:2,14 129:13,25 131:18 132:18 133:17,21 134:10,25 135:7,10 136:16 221:24,25 276:25 277:10,22 278:11
**acid-catalyzed** 142:23
**acid-suppressing** 339:6
**acidic** 33:17 88:25 184:6 277:1, 11,23 292:24 293:12 346:7
**acids** 147:19 148:17 149:3
**acknowledge** 7:21,25
**acknowledged** 23:17 28:17
**across** 57:22 156:19,21 184:21 200:21
**action** 7:14 9:6 18:13
**active** 232:13
**activities** 14:2
**activity** 139:10
**actual** 101:4 175:9 176:8 232:13 234:23 236:1 270:17 311:6 333:24
**adapted** 76:1
**add** 116:5 204:17 205:1 294:20
**added** 132:11 203:22 271:2 292:18 346:1
**addition** 94:21 102:2 123:19 162:7 183:4,17 189:1 220:6 282:11 292:6 329:6
**additional** 84:19 142:4 144:1 162:15 203:22 204:17 258:9 304:5
**additionally** 66:7
**address** 16:22 29:7 105:21 231:9 236:17 327:25 328:1 341:17
**addressing** 87:21
**adducts** 218:18
**adequate** 203:20
**ADME** 14:9,10,11, 13 93:15 94:2
**administer** 8:1 254:9
**administered** 8:1 146:11 177:17 241:23 243:25
**administration** 16:10 34:16 140:20 177:23 222:12 243:14 260:20

261:2,13 263:10
**administrative**
8:3 117:13
**admitted**
43:21
**adopt**
226:7
**advanced**
261:23
**affair**
62:16 70:25 180:12
**affairs**
180:12
**affect**
101:21 290:9
**affirmed**
8:22
**afterwards**
251:5
**age**
154:1 274:1, 2,9 275:18, 19
**aged**
153:23 211:11
**agencies**
34:11
**agency**
18:5 28:8,14 34:12 35:9 36:11 65:8 151:16
**ages**
274:15
**ago**
15:20 17:4 36:22 54:12 56:11 71:1 92:17 96:12, 13 129:10 174:15,22 229:6 261:25 334:2,18
**agree**
14:23 17:6 43:22 85:15, 21 95:7 126:22 127:15 157:4,18 181:7 213:7 226:2 232:3 233:20 238:1 239:2 244:16,19 252:25 258:10 306:5 329:12 347:2
**agreed**
75:10 86:19 116:7 195:13,22 235:12 298:2
**agreement**
6:13 23:15, 16 295:3
**ahead**
10:18 11:25 29:17,23 31:10 57:2 59:21 61:15 68:12 72:6 83:18 93:8 116:11 124:17 128:20 133:4 134:17 141:1 149:8 151:19,21 176:10 178:17 204:24 214:20 215:14 216:6,14 221:10 229:23 230:12 234:22 249:23 251:15
256:25 273:20 278:22 283:23 300:21 304:2 305:2 318:17 321:10 326:19 336:2 340:2 341:22
**AKA**
78:21
**alarming**
36:10
**albeit**
120:11
**alcohol**
42:20,21 44:6,13 120:11 245:10,22 246:8 247:19,20 248:20 326:24 341:10
**alcoholic**
247:9,10,16, 18
**alerting**
87:11
**alia**
166:4,6
**allow**
27:19
**allowed**
171:6 321:2
**allowing**
259:3
**altogether**
9:14
**Americas**
3:15
**amine**
144:16,19, 20,24 145:5, 12 148:10
**amines**
143:14,21 144:8,13 148:5 150:4
**amino**
147:19 148:17 149:3
**amount**
20:10 34:6, 16 40:5 113:16 136:16 166:23,24 167:15,16 169:4,15 170:2,7,24 171:18 176:16 177:19 186:11 187:9 189:11,15 190:5,14,19 191:4 192:15 193:3 198:1, 14 202:2 204:25 222:1 234:18 235:18 237:8 239:21 243:24 254:17 257:5,17 318:21 319:4,19 320:1,19 321:13 323:15 324:4 335:15 340:22 342:20,22 344:2,12 345:3,6
**amounts**
37:15 39:5 137:8 193:17 202:11 235:1 256:5 337:5, 14 339:18

341:9
**amoxicillin**
152:15
**anaerobic**
131:22
132:1,2,12
133:11
**analog**
124:2,9
125:11,14,
17,25 126:18
131:18
132:18
134:25
135:11
**analysis**
38:24 50:20
51:13,24
52:9,21
53:10 105:24
163:9 180:17
264:22 265:4
287:1 301:13
316:21 328:5
**analytical**
16:14 65:17
66:2,19
73:14 74:21
105:1 109:13
224:6 286:22
288:13
301:10
306:16
315:19
**analyze**
155:20
**analyzed**
152:21
153:10
175:15
322:13
**analyzing**
44:7 53:7
164:16
321:20,24
**and/or**
6:14 9:15
30:22 61:4,
19 101:10,11
108:17
**animal**
27:1 41:11
85:20 88:14
135:6 217:3,
6 218:15
220:19
241:23
253:7,21
**animals**
53:23 54:2,
8,11 88:24
89:1 135:11
141:8,14
217:17,22
218:25
242:11
**answer**
25:25 46:10
81:15 86:18
109:21
116:10 118:3
120:23
124:19
128:20
134:17 155:4
160:4
161:15,16,
18,20,23
162:5,9
163:22 179:4
224:19,22
225:4,20
226:25 229:3
233:22
235:15
237:1,5,14
239:7 244:16
245:15 254:8
259:4,5,9,
17,20,24
275:11
279:16,18
295:10 300:8
308:21
314:15 317:5
332:19
344:22
**answered**
44:23 116:3
134:12
**answering**
160:9 161:13
260:1
**answers**
105:25
119:15
158:16 260:8
**antagonist**
136:14
**anticipation**
30:22
**Anup**
64:21
**anybody**
18:21 284:22
**anyone**
6:25 10:1
17:16 18:14
46:23 87:21
181:21
302:24
**AOSC20-32**
8:4
**apologies**
144:4 211:8
248:15
269:11
**apologize**
310:23
**apparent**
133:14
**apparently**
275:11
**appeared**
121:1
**Appearing**
3:1,6
**appears**
77:13 117:7
218:25
287:24
**application**
155:9 160:20
184:8 195:4
304:4 311:2
**Applied**
142:13
**appreciate**
78:13
**approach**
27:17 34:12,
13 72:3
104:25
**appropriate**
292:11
**appropriately**
297:23
**approved**
15:20 82:9
122:15 123:2
**approximately**
83:24
**April**
256:8
**Arch**
3:11
**archive**
59:4 82:6,13
94:9,15,18
**archivist**
83:23
**area**
13:24 19:1
24:4,8,9
25:3 26:2,3
34:3 35:11
38:10,12
40:20 50:12
52:6 53:17
84:17 97:3
109:4 140:1
160:17
167:22
180:16,21
187:5 195:1
206:19
212:20
218:2,12
261:24
297:11

324:17
**arguments**
172:7
**arises**
119:9
**around**
22:17 121:2, 3 161:3 167:25 228:5 342:19
**arrangement**
8:2,6
**arrow**
124:11 125:4,5,7,10
**article**
28:4 50:11 69:6 80:22 117:22,25 136:5 137:16 228:23 240:16,19 242:14 288:7,9,10 289:19 297:25 306:13
**articles**
77:17,23
**artifact**
16:14 286:22 288:13,17 301:10 306:16,20
**artificial**
189:3
**ASAP**
118:9
**ascorbate**
146:12,22
**asked**
19:9,11,13, 17 21:15 27:20 31:2,8 44:22 50:1 56:19 87:14 116:2 128:1, 12 158:1 159:9,25 160:12,25 161:6,21 162:10 163:16,25 164:8 173:23 174:1,5 195:9,23 233:6,14 248:12 249:5 250:23 258:18 259:2,10 280:17 301:7 310:9 314:19 322:14 329:3 344:20,22 348:2
**asking**
23:20,22 25:11 38:11, 12 48:17 61:11,14 63:6 110:7 114:17,21 115:12 127:12 155:19 156:4,10 159:21 160:8,10,22 161:2,3,4,24 170:21 171:15 174:11 179:18 195:18 197:4,13 224:9,10,11 225:7,11 229:7,21,24 230:1,2 236:3,4 239:1 257:13,23 258:9 261:5 270:16 279:14,19 280:1,3 283:20,25 285:11,13 292:1 312:13 314:4 324:25 325:1 339:11 341:14 342:17 344:18
**aspects**
63:22
**aspirated**
207:16 209:8
**aspiration**
207:20 208:7 209:12,17
**assay**
99:21 321:6
**assayed**
210:3
**assays**
210:5
**assertion**
186:14
**assess**
19:2 45:3 72:3 137:7 155:2 177:7 271:13
**assessed**
17:6 334:25
**assessing**
169:17 180:14
**assessment**
23:13,16 36:13 44:15 47:18 51:4, 7,8,10 69:3 88:21 116:10 128:22 129:1 139:14 151:24 160:19 162:15 163:9 164:7 174:14 178:3 229:4, 9 252:8 267:1 298:2 303:6,22 308:2
**assignment**
63:18
**assistance**
93:19
**associated**
213:13 288:13 306:16
**association**
333:20
**assume**
106:15 151:2 181:8
**assumption**
162:1 210:20
**ate**
203:12
**Atlanta**
3:4
**atom**
97:5
**attached**
64:22 82:7
**attaching**
99:15
**attempting**
238:8
**attention**
37:18 38:14 138:11 267:22
**attorney**
285:11 301:8 306:10 313:24 314:19 322:15 324:25 348:3
**attorney-client**
6:14
**attorneys**
7:20

**attributable**
69:7 299:8, 12,19
**AUC**
297:13
**August**
7:8
**Austin**
12:11
**author**
20:6 23:6,15 48:22 136:11 137:23 142:18 149:22 155:10 167:5 183:11,13 226:20 240:16 241:3 302:9 317:24 339:12
**author's**
167:3 183:6, 23
**authoritative**
230:16
**Authorities**
65:16
**authorization**
70:1 118:2
**authors**
24:16 59:24 122:6 146:18 151:5 156:25 157:2,11,25 158:16 159:9,25 160:12 161:1,21 162:11 163:1,16,25 169:12 203:3,4 288:8,11,17 292:11 297:6 306:14,20 307:25 308:11
330:13,21
**available**
45:21 56:10 83:22 87:6 91:8,21 94:18 97:6 98:9,11,13 103:25 267:4
**Avenue**
3:15
**average**
165:25
**avoid**
204:3,10 208:7 209:17 210:12,21 226:9,15
**avoided**
203:19 204:13 207:20,24 209:11
**avoiding**
209:3 229:16
**aware**
6:9 21:17, 20,22,25 23:4 39:15, 20 40:2,7 48:18 52:7 53:5,21,24, 25 54:4 66:3 75:2,3,6 79:4 80:23 81:10,19,24 91:14 98:12 104:5,16 141:11,16,17 146:17 149:1,2 166:18 167:11,21 181:21 182:3,23 189:14,18,21 190:3,12,17 191:2,8 192:4,8,14,
24 194:14 201:25 202:5,16 210:11 213:21 216:22 217:18 218:9 219:6 223:7, 18 224:11,15 225:10,14 226:13,18 235:17 239:20,25 243:5 245:8, 9,20,25 246:7,11 252:15 254:15,16,21 260:23 261:9,17 265:22 305:2,3 309:19 318:20 327:9 334:15,20 341:3 344:1, 11 345:2,5
**awareness**
225:12,13

**B**

**back**
10:25 17:17 20:20,25 23:12 25:13 26:15,16 55:2 58:15 60:8,16 72:23 84:4 85:20 86:15 87:7,17,22 88:19 91:7 92:16 102:16 116:20 118:3,19 121:9 122:12,19
129:9,20 130:3 138:20 141:22 156:13 157:10,20 175:12,18,24 176:9,12 178:20 181:17 206:25 207:1 209:6,7 211:7 215:2, 15 226:4 227:3 235:11 237:20,21 239:16 249:9,17 257:2,18 260:10 269:16,20,22 270:3 273:23 274:5 276:18 279:3 285:6 288:2 303:6 317:22 328:18,23 334:22 348:6,7
**background**
225:3
**backtracking**
233:21
**bacon**
3:15 9:24 205:25
**bacteria**
138:5
**bacterial**
150:12
**balance**
94:24
**bands**
9:10
**base**
174:10,11 226:24
**based**
36:16 41:11,

22 43:16,18 57:24 64:24 70:23 76:1 77:13 80:8, 11 99:13 103:24 115:8 124:12,13 127:4 147:13 162:4,16 174:11 187:4 199:14 214:16 216:12,16 217:2 220:19 223:16 224:2 227:5,6,23 229:3 233:1 264:22 267:3 269:1 276:19 299:25 308:2,3 330:15 335:19
**baseline** 316:24 346:25
**basically** 333:4
**Bates** 58:1 122:10 123:4,24 131:10 132:7 133:10 152:3,19 175:12 196:6 227:8
**bathroom** 247:13 249:7,8
**beer** 243:23 246:23 247:8,16,19, 24 257:4,14, 17
**begin** 251:17,23 254:24 321:2
**beginning** 142:21 165:17 203:15 211:23
**behalf** 3:1,6 7:12, 17
**behave** 338:23
**behaved** 43:13
**behavior** 251:21
**behaviors** 252:4
**behind** 152:9
**beings** 315:15
**belief** 113:14 271:25
**believe** 17:19 31:19 32:16 69:25 72:16,20 79:11 89:6 91:3,10,16, 25 105:17 113:22 114:21 116:24 119:18 124:12 148:22 178:3 244:5 249:19 263:4,14 282:7 284:17 285:15 287:14 289:7,23 292:14 295:25 300:6,9,11 312:10 313:12 319:13 322:9
**bell** 60:4 77:1
**below** 77:8 78:17, 18 117:18 119:3 125:6 135:23 143:6 149:17 150:9 153:13 154:11 164:21 211:13 243:16 244:1 246:18 265:12 268:3 270:21 276:25 277:11,23 278:12 323:14
**benefit** 45:20
**besides** 183:17
**best** 15:5 114:7, 14 196:9 220:6 260:2 278:15
**better** 27:17,19 41:25 53:2 55:21 145:18 155:2,7 224:22 228:4 328:14
**beverage** 246:22,23
**beverages** 203:18 204:12 243:2,8 246:14 247:8
**bias** 312:15,23
**big** 24:6 176:19 180:18
**big-picture** 25:11
**bigger** 36:1 93:7 288:4 340:6
**binding** 267:15,24 268:16 269:12 271:19 273:15 275:5
**bioanalysis** 27:4,7 50:13 78:8 101:16 103:24
**bioanalytical** 109:5
**biogenic** 150:4
**biological** 12:11 241:19 260:17,24 261:10 263:7
**biometrics** 109:7,8
**biopsy** 211:19
**biorelevant** 66:9 67:6
**bit** 10:9 29:24 141:3 215:16
**Blackwaters** 286:5
**block** 146:13 152:8
**blocked** 30:12 64:8 298:19
**blocker** 32:7,10,12, 13
**blockers** 150:10
**blocking** 64:6

**blood**
267:15,16
**blow**
93:8 123:25 211:4 215:15 216:14 219:24 250:5 270:6 326:19 327:7 335:5
**blue**
226:22
**bodies**
24:18 251:22 290:16 327:11
**body**
33:21,25 35:19 37:14 39:19 40:6, 23 41:3,4, 10,14,16,19 67:2,13 68:14,23 111:15 112:3,17 263:16 299:24 300:14 317:13,20 318:6 345:4
**Boehringer**
3:1
**BOSSO**
3:2
**bother**
302:24
**bottom**
13:6 57:10, 12 58:4 82:3 93:4 122:14 123:5 125:12 131:5 139:8 152:3 154:5 164:16 165:12,13 196:7 215:22 216:9 220:22 221:21 222:22 269:12 290:1,5 302:10 332:4 334:24
**bought**
203:14
**bound**
268:4 270:7 271:9 272:7 273:11
**boys**
153:25 178:23
**break**
9:13 49:1,2, 5 50:21 51:14,24 52:9,22 53:10,20 54:16,18 111:21 116:12 179:4 181:11 214:21 248:13,18 276:5,10 278:23 285:1 303:13 304:10 305:7 328:9,12,13, 17
**breakfast**
205:22
**breaking**
33:6,9 39:18 199:8 304:12 317:13
**breaks**
303:16
**brief**
76:1
**bring**
23:12
**broad**
68:8 85:18 173:5,9 225:21 331:5,15
**broke**
11:6
**broken**
40:5
**bronchial**
211:16
**Broom**
122:7
**brought**
152:10 223:24
**building**
266:24
**bulk**
203:15
**bullet**
82:3
**bunch**
308:13
**Buscanti**
118:20
**button**
7:2

**C**

**C-RANITIDINE**
131:1
**cabinet**
37:20,25 38:16 39:3
**calculate**
241:12
**calculated**
34:19
**calculation**
36:2
**call**
15:17 68:23 80:21 118:12 272:13 291:11 326:22
**called**
173:7 182:13 281:21 287:15 331:22
**camera**
6:4 311:14
**cancer**
34:24 35:7 150:5 154:15 211:22,23 212:17,19,20 219:25 241:12 265:15 275:16,18,23
**canned**
334:4
**capability**
41:25
**capable**
33:5,8 136:23 138:4 139:12 222:2
**carcinogen**
14:21,22,24, 25 15:8 165:21 220:23,24
**carcinogenesis**
43:15 166:15 221:16 287:24 288:6
**carcinogenic**
42:2,3 69:12,20 70:10,21 142:22 146:7 216:19,23 217:4,5,20, 23 219:2,8
**carcinogenicity**
82:16 83:3 85:3,9,17
**carcinogens**
220:14
**carcinoids**

140:18 141:6,7,11, 12
**carcinoma** 211:17,20
**carcinotoxicity** 141:24
**care** 317:1
**career** 12:1,2
**careful** 139:13 262:3
**Carlos** 3:19 7:11
**CAROLINE** 3:9
**Caroline.power@dechert.com** 3:12
**carried** 329:12,15
**carrying** 50:5
**case** 50:20 51:14, 24 52:21 72:16,21 79:13 125:25 185:15 252:5
**category** 331:22
**Catherine** 118:20
**causal** 36:18
**caused** 278:11
**causing** 220:15
**cc** 117:20
**cc'd** 118:23
**cecum** 132:4
**cell** 11:14
**cells** 135:25 136:25 138:8 141:5 222:3, 6,8
**cellular** 150:4
**Celsius** 301:20,21
**center** 124:23,24 215:19
**Centre** 3:10
**certain** 65:20 142:24
**certainly** 36:23 296:2
**Certificate** 4:10,11
**certified** 8:11 30:7
**cetera** 196:11
**chain** 117:7 196:4 238:16,17
**challenging** 94:11 155:25 156:1
**change** 18:2 39:13 107:6 291:2 311:4 320:6 346:16 347:19,23
**changed** 18:4 163:6 290:18
**characterization** 220:2
**characterize** 292:6 329:5
**characterized** 220:7
**chart** 123:14,25 124:2 198:22
**chase** 304:20
**check** 9:24 17:23, 24 20:20,25 264:15 275:13 276:3
**checking** 46:6 305:12
**chemical** 16:19 33:19 40:15 68:8 71:2 73:24 74:7 106:17, 19,24 124:21 132:24 144:18 147:5 251:20 337:20,21
**Chemically** 89:19 90:23 125:22
**chemicals** 73:25 74:8, 15 133:8 147:6
**chemist** 32:24
**chemistry** 12:11 39:13 52:4 76:7 92:7 120:7 142:17 148:24 224:21 225:12 305:13
**chen** 7:6 8:21 9:3 11:4,17 24:22 145:16 249:4 258:16 259:25 260:6 285:10,17, 18,22 287:16 289:3,4 291:11,14,17 296:16,19 298:17 341:23 345:19 347:6
**Chen's** 281:2
**children** 149:18 152:4,12 153:19,23 164:18,24 165:5,18 166:10 168:6,7 172:12,13, 24,25 176:4, 5 311:20 315:9
**Chinese** 136:24
**chloramination** 21:23 47:1 71:20
**chromatography** 58:6 99:14 123:10 131:15,16 132:12 133:1,7 288:14 306:17 309:12
**chromatography-mass** 50:4,6
**chronic** 149:18 150:12 211:17

**cimetidine** 136:14 337:1,6,10 338:15
**Cira** 3:10
**citation** 288:8
**cited** 94:6 309:9 326:18 327:1
**citizen** 27:11 28:7
**claim** 45:13 222:20
**clarify** 63:5,21 138:18 198:5 238:2,8 239:3 265:7 272:5,16 326:22
**clastogenic** 218:6,10
**clear** 134:13 247:23
**clear-cut** 112:18 173:13 330:12
**clearly** 10:14 34:7 216:19,23 217:4,20,23 219:25 231:13 255:14,21 258:18 259:1,10 294:21 307:22 327:18
**click** 7:2
**clinical** 14:8 16:24 27:1 36:13 45:15 46:1, 17 69:8 105:24 107:1 154:25 167:21 180:13 187:19 191:13 195:3 212:8 244:15,20 272:15 274:24 295:20 298:5,6,9 300:2 312:13,21
**close** 9:9 37:18 38:8,14 90:10,13 141:2 323:9 326:14
**closely** 19:25 175:10 273:6
**closer** 111:11,24,25 139:25 145:17,21
**CMC** 34:3 35:1 37:17 38:13 52:5 53:1 92:5 148:24 182:11
**Coello** 3:19 6:8 7:12 10:21, 25 54:23 55:2 116:14, 20,25 181:13,17 214:23 215:2 249:13,17 278:24 279:3 285:2,6 328:19,23 348:8
**collate** 195:10,19 196:21 197:5 198:17,24 200:11 201:7,14,16
**collating** 197:14 201:15,19
**colleague** 92:6 109:5 151:23 180:11
**colleagues** 34:4 35:2,5 37:18 38:14, 21 46:2 51:5 53:1 148:25 180:14 182:11 264:4 266:23
**collect** 56:8 281:12
**collected** 113:23,25 114:22,24 115:19 199:19 242:25 286:23 301:11
**collecting** 36:18
**collection** 109:14 115:18
**colon** 132:4
**colorectal** 53:22
**column** 196:20 324:1
**columns** 198:22
**combination** 152:15 177:4,7 184:14 198:14 292:8 331:12,16 333:7
**combinations** 329:7
**combined** 109:8
**come** 15:5 16:16 26:15 32:25 34:19 39:10 84:4 99:24 111:13 118:2 178:15,19 185:18 187:7 199:15 223:13 297:22 314:13
**comes** 156:21 249:9 324:9
**comfort** 248:13
**comfortable** 23:10 76:6 92:9
**commensurate** 34:9
**comment** 21:10 24:3, 12 26:4 28:2 37:10 38:6 39:24 42:7 51:2 52:1,3, 13,17,25 65:1 67:18 71:11 74:23 84:22 87:14 91:20,23 92:6,16 93:23 96:13 97:9 98:18 101:14 115:7 130:6,9 142:4 147:13

156:16 157:8 158:4,12,22 159:1,14 160:6 162:3, 7 163:12 167:6 169:21 171:4 173:3, 17 174:9,17 181:6 194:25 199:17 212:1,9 213:4 214:18 218:1 219:10 224:5 244:25 250:20 252:11,22 261:5,6,8,15 262:10 266:21,22 275:4 278:14,19 303:4,20 304:18,23 305:15 306:4 307:23 309:25 310:3 312:11,12 324:15,22 327:17 330:19 335:18,24 345:15

**commentary** 46:24 47:3 150:25

**commented** 162:23

**comments** 21:12 114:15 118:6 119:4 151:4 160:21 245:17 304:5

**commercially** 98:9,11,13

**commitment** 80:11,13

**common** 115:7 171:10 275:9

**communicate** 10:11 229:5

**communicating** 80:10

**communication** 66:5 87:8 239:9

**communications** 30:17,24

**community** 188:23

**company** 156:17 182:24

**compare** 54:10 177:1 229:10 232:5 312:1 318:9

**compared** 111:12 169:15 170:7 171:1,20 176:17 177:3,20 220:8 231:2, 25 234:1 236:11 237:10 251:23 318:13,22 319:11,20 320:6,19 321:14 342:23 343:6,18 347:10

**comparing** 234:5 317:5

**comparison** 54:7 153:17 176:7 200:6 231:14 232:4,5 236:22 242:4 342:13

**comparisons** 297:14

**compile** 195:13,22 200:2

**compiling** 198:7

**complete** 30:6 124:19 173:12 188:8 282:13 307:11

**completed** 76:10 200:10

**completely** 23:8

**complex** 178:2 278:18

**complexity** 180:21

**complicated** 15:3 170:13 196:14 261:18 263:19

**complication** 109:17

**component** 133:15

**components** 188:22 189:6

**comport** 287:5 288:22

**compound** 88:20 109:12 132:14 133:13

**compounding** 303:23

**compounds** 78:22 137:6, 7 138:4,13 139:1 142:17,22,24 146:8,9,14 149:4 154:7, 12 164:24 165:6 203:19 204:13 205:8,11,14 207:3 210:1, 2,3,8,15 226:7

**comprised** 123:15 211:11

**concentration** 33:16,18 106:23 139:4 147:4 150:13 164:23 165:8,21 166:1 168:11 178:24 179:13 180:3 184:5,15,25 185:2,20 191:12 200:3 206:8 213:15,17,23 220:8,16 222:25 223:9,16,20 224:13 225:15 252:7 293:11 297:12,13 322:16 326:9 331:9,14,18 332:21

**concentrations** 138:16 164:17,20 168:5 172:11,23 173:8 176:3 184:10 186:1 198:13 210:7,15 271:21 292:9,20,24 329:8 346:6

**concept** 43:16

**concern**
17:7 21:2
27:8 101:19
114:6 176:20
177:22
180:6,18
210:12,14
288:25 291:4
319:3
**concerned**
177:15
**concerns**
16:1,5 26:19
179:24 287:6
288:23
320:16
**conclude**
54:14
**concluded**
348:13
**conclusion**
16:16 39:11
146:4,5
147:10
168:18
172:10,22
175:18,24
223:14
224:2,3
231:19
255:12
260:24
261:10 264:6
268:15 270:6
290:25 291:3
292:17
295:9,13,17
297:22 312:2
347:2,5
**conclusions**
115:16
168:4,19
175:25
178:21 262:5
267:23 295:3
345:21
346:17
347:20
**conclusive**
127:6,10,13
255:3,6
**condition**
33:15 50:3
101:17 132:2
147:15
181:25
184:1,4,6,9,
11,12,22,24
185:22,24
186:4,24
187:8 188:22
198:9,10
234:1 295:2,
5 327:23
331:6,16
332:21
333:5,7
339:17 340:4
346:24
**conditions**
15:2 33:13,
17 49:19
65:20 66:9,
11 67:3,7,10
69:10,17
86:1 101:20
106:18,21
119:23,25
120:3 131:22
132:1,13
136:16 147:4
150:11
184:2,14
187:4 188:13
189:7,15
191:6 193:22
194:22 202:8
210:4 221:25
254:10
266:8,14,16
293:1,21,22
294:10,12,23
295:6,19
302:3 311:1
328:7
330:11,22
332:13,18
339:8 340:6
344:14,16
345:8,10
346:2,9,24
**conduct**
14:8 67:5
**conducted**
27:2 65:18
94:2 156:3
159:4 180:7
181:22
182:4,24
217:6
265:15,20,21
298:6
**conducting**
66:8
**conference**
94:8
**configured**
72:18
**confirm**
253:25
**confirmed**
23:18
**confirming**
18:20 66:9
**confused**
134:18
256:23
271:16
**confusion**
271:15
**connect**
71:12 144:21
219:13 278:3
**connected**
9:15
**connection**
21:19 112:18
173:13
255:4,12
263:1 267:5,
6 281:9
338:25
**connections**
255:7
**consent**
8:5
**consequential**
166:2
**consider**
77:7 78:1
88:3 97:1,4
108:23
109:11
121:22
139:19
225:25
228:8,16
229:1,16
230:4,20
238:24 251:8
263:24 339:7
340:24 341:7
**consideration**
275:24
**consideration
s**
114:12
**considered**
34:15 97:9
109:11
120:12
148:16,25
154:13,21
219:1,7
231:16
241:12
244:13
261:19
274:16
278:20,21
284:3 327:12
341:5
**considering**
137:4 139:21
150:18
313:19
**consistent**
78:20 79:8
94:23 184:7
288:24

294:17 300:3
**consumed**
338:15
347:12
**consumers**
228:7,14,25
230:18
238:23
**consuming**
214:7
**consumption**
286:24
301:11
**contact**
94:8
**contained**
51:1 280:13
340:17
**contamination s**
25:15
**content**
165:5 203:17
206:24
238:20
247:25 248:1
250:7
257:12,15
**contents**
203:1 206:12
270:16
**context**
36:14 45:5,
14 85:14
112:12
120:25
127:21 129:4
130:7 226:23
229:10
231:17,19
238:14
**continue**
47:10 151:20
228:7,15,25
230:18,19
238:23
**continued**
184:1
**continues**
127:11
**contribute**
308:7 311:6,
7
**contributed**
288:14
306:17
**contributes**
154:11
293:19
**contributing**
307:7
**Contribution**
286:3
**contributions**
241:14
**contributor**
37:22 38:1,
18
**contributors**
38:25
**control**
35:10,12
109:25
141:8,13
153:19
168:7,12,20
169:4,14
170:3,6
172:13,25
176:5,7,25
193:10 244:1
257:17,18
308:6 315:13
316:23 321:7
330:16
**control's**
168:22
**controlled**
168:23 298:6
313:4 315:13
**conversations**
6:11,14
**conversion**
277:1,12,24
292:20 346:3
**conversions**
200:19
**convert**
22:22 27:14
42:1 50:21
51:14 52:22
200:5 302:2
**converted**
101:25
292:25
295:18 346:8
347:14
**converts**
41:4
**coordinating**
80:12
**copious**
341:9
**copy**
30:7 288:1
289:11
296:19
**corner**
7:3 56:4
152:9 264:18
302:10
**corporate**
28:19 29:6
**correct**
12:4,5,7,8,
12,13 13:10,
13 14:6,18,
19,21,24
15:7 16:4
17:13 18:22
19:23 23:3
24:1 27:24
29:2,11,12,
15,16 31:14,
18 32:7,10,
15 33:6,25
35:22 38:5
39:22 40:12
41:10,12,16
43:4 45:10
47:4,15 48:4
51:1,16
57:17,18
58:16 63:18
66:3,24,25
67:3,5,16
68:5,17
70:17,18
71:8,23 75:5
77:12 86:9
89:4 92:25
93:12,19
94:5,16
95:11,13,19,
25 96:3,8
102:17
104:20
111:16
112:4,24
117:20
118:24,25
121:9,10,24
123:1 124:3
125:16
126:25
127:18 128:7
129:17
130:4,12
131:7,8
133:22 134:6
135:2,12
139:21
140:20
144:17,24
145:5 152:16
153:1,5
156:19 157:2
164:13
168:1,13,15,
16 169:18
173:20 174:7
175:8 176:6
186:19
187:1,11
188:16
193:18 196:4
199:11 201:3
203:1,5
204:4 208:1

211:24 216:1 217:12 218:8 220:16 221:4,6,8 222:4,7,19 227:18,19,21 228:1,17 229:2 230:6 232:1 234:10 237:23 238:10 239:5,23 244:9 246:24 247:10 250:15 252:19 253:4,11 254:5,18 256:20 262:13,19 264:1 268:9 269:8,18 270:22 272:10 273:1 274:10,17 276:13 277:2,13,25 278:12 282:24 283:7,13 284:4 286:7, 13 287:7,17 293:16 294:19 296:9 299:1,2 302:16,17, 20,21 303:18 306:11,12 307:2,4,18 308:9,21 309:5,15 311:22 312:16,24 315:9 317:8, 9,13,20 318:8 320:10,14 322:20 323:22 324:6,13 325:4,5,10, 13,18,21 326:1,12 327:13 329:13 331:2 333:15 338:5 342:10 343:19 344:16

**corrected** 273:25

**correction** 286:12

**correctly** 62:21 76:25 79:21 143:24 155:5 200:17 239:8,9 287:3 288:20 293:2,13 294:15 304:22 332:17 343:21

**corresponded** 132:17

**cosmetics** 241:17

**counsel** 3:7 7:7 8:5 116:25 279:20

**countries** 28:8 156:19

**counts** 213:15

**COUNTY** 6:1

**couple** 31:3 49:3 53:19 111:4 122:11 257:3 287:13 296:4

**course** 22:9 71:1 106:14 208:12 347:19

**Court** 8:3

**courtroom** 31:14,18

**cover** 64:22 340:5

**coverage** 88:25

**covered** 331:15

**covers** 331:6

**create** 10:12

**creates** 150:10

**creating** 6:17

**creation** 112:22

**criteria** 36:11 322:10

**critical** 218:21 220:1

**critically** 169:9

**critiques** 28:17

**Cross-examination** 4:5 285:8

**cross-over** 176:22

**crossover** 232:21 316:23

**crystallography** 99:15

**cultured** 135:24 136:24 138:8 222:3,5

**cultures** 137:19

**Cunnington** 62:18,20

**cured** 170:25 171:19 193:9 233:8,9,16, 17 234:2,5 235:3,20 237:11 297:14 317:7 320:2,9,13, 25 321:1 323:2,6,14 324:6 334:6 340:14 342:9,12,24 343:14,18

**cured-meats** 347:13

**cured/uncured** 177:6

**curious** 19:7

**current** 21:10 193:8 228:3 229:11 233:3 238:3, 10 280:20 281:5,7 341:17

**cursor** 286:19

**curve** 297:12

**custodial** 30:7 280:13, 17,18,19 281:2,6

**custodian** 280:21

**CV** 11:18 26:16 28:16 31:8

**cycle** 69:21 70:8, 22

**CYP2C1**
44:12
**CYP2E1**
44:12,13

**D**

**D**
132:18
**daily**
34:15 208:20 209:1,2 213:9,11,12
**damage**
9:9 135:23 146:19 150:4
**Dan**
48:25 80:4, 5,6,12 110:23 140:6 161:14 171:2 175:19 188:1 248:12,23 249:5 258:22 276:2 280:25 311:13 341:21,25
**Daniel**
9:5
**dash**
58:6 257:8, 14
**data**
16:2,6,15 17:7 21:13 23:5,7,11,21 25:5,8 26:20 27:18 29:4,8 36:17 41:11, 22,23 43:18, 19 44:2 45:1,2,4,8 46:1,18 53:21,25 89:11,20 94:23 116:7 150:22 151:13 155:12,13 170:11,16 171:21 175:9,21 176:9 178:1, 5,7 195:13, 22 196:11 200:2,18 201:1 206:11 212:4 217:2 219:13 227:6 231:3 236:1, 12 252:9 254:21 255:2 258:7 259:10 261:19,20 262:3 263:21,25 267:1 270:18 274:25 275:16 277:17 290:22,24 291:1 293:15,18,24 294:18 299:25 303:24 307:8 308:8 312:10 313:19 315:19 316:14,20 319:17,23,25 320:22 321:3,5,6,18 322:13,18 323:1 325:20 326:14 330:11 332:5 337:23 339:5,6 341:13,17 346:17 347:21
**databases**
159:5
**date**
58:10 76:10 80:16 122:15 131:6 267:19 269:4
**dated**
64:20 75:8 78:11
**David**
183:14 185:5
**day**
35:6 36:3,7 152:6,14 196:21 212:23,25 259:21
**days**
71:1 152:6, 14 203:20 204:13 245:2
**DDAH**
99:12
**DDAH1**
99:12 101:6
**DDI**
265:19
**deamination**
89:17 95:4, 11,23 98:24 99:8 100:19, 24 101:2,11 102:15 103:6,17 105:16 124:11 125:5,9 126:6,16,25 127:18 128:4,16 129:15 130:2
**dear**
64:21 75:9 80:20
**debate**
339:7
**decades**
15:20
**December**
131:7 227:10 269:4
**DECHERT**
3:10
**decided**
214:10 325:25 326:11
**decision**
91:22
**decomposes**
65:22
**deem**
18:4 223:2
**deep**
203:16
**default**
276:20
**Defendant**
3:1
**Defendants**
3:6
**defending**
291:12
**defense**
4:18 285:17, 18 289:3,4 291:11,14 296:11,16 300:25 306:8 315:25 328:3 329:2 343:11 348:2
**define**
15:7
**definitely**
35:23 62:2 139:24 290:12,13
**definition**
68:11 280:23
**degradant**
73:21 74:4 256:14
**degradants**
120:10

**degradation** 50:20 51:13, 23 52:8,20 53:9 68:10 119:9 120:2, 6
**degrees** 301:20,21
**demonstrate** 305:4 322:5
**demonstrated** 217:20,22 302:1,23 336:17
**demonstrates** 322:5
**demonstration** 193:13
**denotes** 295:6
**department** 12:11 15:18 27:5 38:10 50:13 51:6 52:4 65:9 148:24 155:1 224:21 254:25 305:13
**department's** 225:12
**depends** 33:13 110:17,20 112:7,15 113:8 283:15 310:25 313:6
**depo** 3:20 7:3
**deponent** 30:22
**deponent's** 30:7
**deposit** 281:18
**deposition** 6:22 7:6,21, 23,24 29:19 30:1,23 31:22 32:3 286:9 295:24 340:24 346:15 347:19 348:13
**depth** 219:10
**derivative** 136:23 222:1
**derivatives** 143:8 148:3
**describe** 20:22 208:11
**described** 89:25 90:19 95:16 115:6 128:9 196:15 290:9
**describes** 115:17
**description** 51:3 68:7 155:13
**design** 105:21 193:8 232:21 240:1 291:6 298:5 308:6 313:14 331:11 347:1
**designed** 213:2 297:23 316:22 346:24
**desmethyl** 123:16
**desmethylranitidine** 94:22
**detail** 235:23 305:11
**detailed** 229:8
**details** 77:8 182:21 216:7
**detect** 34:6 107:17 250:12 254:17 263:16 341:8
**detectable** 110:13 205:8,14 207:3
**detected** 16:10 59:14 68:22 89:3,7 94:21 113:2 133:17,21 135:11 152:20,25 153:4,9 174:20 175:7,14 185:2 245:12,24 246:10 292:21 346:3
**detection** 23:11 164:21 246:19 247:3
**determine** 34:8 97:15, 22
**determined** 206:7
**deuterated** 94:4,5 99:22
**deuterium-labeled** 101:24
**develop** 40:17 154:7 244:20
**developed** 26:20 27:6
**developing** 26:25 71:2 212:19
254:23 255:8
**development** 105:2 150:6 154:16
**devices** 11:12
**diagnosed** 211:22,23 212:17
**diagnosis** 208:18 275:18
**died** 211:15,16
**diet** 109:25 110:1 177:6 186:8, 12 191:5,19 192:16 193:4,10,24, 25 194:10, 21,23 197:25 199:9,11 202:10,12 203:12 204:3,10 205:9,15,20 206:2,6 207:1,4,9 209:19 214:8 229:16 231:11,25 232:1,7 236:20 297:15 310:25 317:12,19 318:5 330:23 331:1 333:15 336:8,10 337:15 338:1,15 339:4,20 340:8,17
**dietary** 191:11
**diethyl** 258:20

260:15
**diets**
177:16 193:11 347:13
**difference**
108:14 177:1 234:13,15 311:3
**differences**
166:5 169:17 321:21,25 322:16,20 324:12,19 325:3,8 326:8
**different**
21:4,5,13 32:18,20 33:4 35:17 38:9,10 41:19 46:11 72:2,3 109:3,7 111:19 125:23 133:8 144:20 156:18 159:20 176:24 177:9,11 184:2 185:16 188:18 193:11,12 198:14 200:20 217:22 232:7 241:25 251:18,20,22 252:3 254:11 269:22,25 282:10 283:17,18 284:11,16,19 290:13 292:19 295:8 304:19 315:15,16 322:11 331:12 333:6 337:20,21 346:2
**differently**
338:24
**difficult**
10:9 225:4 241:15 245:1 341:8
**difficulties**
108:16,23,25
**difficulty**
143:13,21 144:3,7,14
**digestion**
140:14 276:24 277:9,21 278:10 317:11
**dimethylamine**
126:1,3
**direct**
4:4 9:1 66:4 160:18 255:4,12 338:25
**directed**
49:17
**directly**
28:2 44:11 118:14,15,16 194:25 255:1 303:5
**director**
12:21
**disagree**
85:15,21 157:5,18 181:7 226:2 244:17,19 252:25 306:5
**disclosed**
211:19
**discovered**
60:7 121:8 303:14
**discuss**
69:12,19 70:9 74:16 118:6 121:4, 5 238:1 239:2
**discussed**
21:23 69:11, 18 77:3 120:14 196:9 295:23 346:15
**discusses**
72:25 74:10
**discussing**
74:9 94:14 120:19 125:9 144:11 185:12 289:15 291:25 296:23
**discussion**
10:24 75:12 76:7 94:7 138:12 139:1 145:15 154:5 222:10 286:10 291:9,23 348:11
**discussions**
31:24 196:13
**disease**
180:16 212:12
**disorders**
195:12,21 197:8,17 199:2 200:14 201:10,22
**disposition**
15:11 265:13 268:25
**disputing**
255:14,19,23 256:19
**disregard**
325:16
**distal**
211:18
**distribution**
14:11 121:18 131:6 268:25
**division**
82:15,22 83:11,12 84:24,25 195:5
**DMA**
89:4,8,16,25 90:19 91:12 92:2,11 95:4,10,16, 22,24 96:7, 22,23 97:14, 15,21,22 98:5,9,10, 12,20,23 99:4,7,22 100:6,7,17 101:9,24 102:1,14,15 103:5,6,16, 17,25 104:9, 20 105:15 106:6,10,12 107:8,19,25 108:3,10,11, 13,17,24 109:23 111:12,24 112:23 113:11,14 114:1,3,25 115:2,21,23 120:15,20 125:18 126:5,15,18, 24 127:7,12, 17 128:3,15 129:14 130:1 173:6 177:13 232:10 269:8 297:9,11

298:21 299:12,19
**DMA/NDMA** 100:2
**DMP** 29:4
**DMPK** 12:21,23,24 13:7,24,25 28:18 29:1, 4,10 63:2,8, 13 118:13 180:18,23 283:13 284:4
**DNA** 135:23 136:24 137:18 138:6,7,15 139:3,12 146:19 150:5 218:18 222:2,14,18
**DNA-DAMAGING** 139:9
**Doctor** 29:24 31:12 54:18 181:12,20 250:2 279:6, 24 301:7
**document** 15:23 18:3 24:23 25:10 29:18 30:2,4 55:11 60:4 61:15,16 83:13 87:11 90:10,13 133:24 134:3,13,20 138:19,24 151:15 159:24 160:11 161:5,21 162:10,21 164:14 171:11 176:10 179:7 188:25 200:3 215:15,25 216:4 221:11 226:4 264:15 268:24 276:7 281:3 285:15,16, 21,22 286:1, 11 294:2 314:20 328:11 343:24
**documented** 148:5
**documents** 11:9 30:17, 21,23 31:2,5 200:4 250:24 280:2 284:16
**dog** 94:23
**doing** 21:8 46:8 56:15,19,20 61:1,2 67:11 72:21 79:5 105:5 158:8 259:21 283:11 284:3 314:9
**domain** 17:5
**Domestic** 286:4
**donors** 268:5 270:8, 21
**dosage** 213:16
**dose** 34:18 152:5, 13 208:4 210:20 212:23,25 293:23
**dose-dependent** 136:23 138:7,15 139:3,12 222:2
**doses** 69:8 216:19 217:24 221:17 222:13 241:25 260:18,25 261:11 263:8
**dosing** 34:15 208:13
**double** 235:18 237:8 323:16
**doubt** 45:8
**downloaded** 57:11,14
**downstream** 43:11
**Draft** 119:4
**drafted** 64:24
**drank** 243:22
**drastically** 21:4
**drink** 243:16 252:18
**drinking** 24:5 205:16 207:5 243:1, 7
**drinks** 244:8,21 245:10,21 246:8 251:3
**drop** 276:25 277:11,23 278:12 287:19 295:13 296:3
**drug** 12:24 14:3 29:10,14 36:7 63:24 66:24 71:7, 21,22 72:11 73:4,8,11 74:18 75:3 82:17 83:4 85:4,10 114:18 119:10 120:7,9 121:22 152:15 256:14 265:19,24 266:6 336:19
**drug-induced** 166:12,21 167:13
**drugs** 146:6,10 228:8 229:1 230:19 238:24 241:16 339:6
**dry** 203:16
**due** 64:2 189:6
**duly** 8:22
**dysplasia** 154:14

## E

**E-X-O** 68:1
**earlier** 20:14,20 21:5 22:12 23:12 46:25

71:1,19 85:23 144:15 158:21 163:8,11 176:9 183:19 197:4 212:21 229:5 230:24 236:8 279:6, 24 288:25 291:4,8,22 295:23 296:8 303:3 335:10 341:14
**early** 94:3 182:9
**easier** 178:6,7
**easy** 200:6
**eaten** 187:18 188:15 193:25 197:25 199:10 202:9 205:21
**eating** 186:17,19 189:16 193:4 202:3,11 209:18 237:11 333:15
**eats** 192:16
**ECL** 140:18 141:5,12
**Eddershaw** 94:7,24
**editor's** 17:22
**EDT** 7:9 10:23 11:2 54:25 55:4 116:16, 18,21 181:15,18 214:25 215:3 249:15,18 279:1,4 285:4,7 328:21,24 348:10
**effect** 177:12 202:24 231:14 232:9 236:23 237:6,15 239:12 275:23,25 298:20 300:13 323:3 333:24 334:3
**effective** 146:14
**effects** 177:8 220:9, 14 221:17 322:20 323:2 324:24 325:1 335:8
**efficient** 53:22 54:15
**effort** 104:24
**efigure** 332:2
**either** 21:21 47:23 138:5 141:17 158:5,9 188:20 205:8,14 207:4 222:14 224:15 225:17 291:12 299:10 300:11 313:4,5 338:15
**electronic** 82:6,13
**elicited** 138:14 139:3
**eliciting** 139:12
**Ellis** 64:20
**elucidated** 218:18
**EMA** 13:16,22 14:5,7 20:1 21:15 28:4, 7,13,17,25 64:23,25 65:8,16 66:18 70:2 80:11 105:3 114:20 118:1 121:2 151:16 155:15 283:12 284:4 304:6
**email** 21:15 61:12 62:10 63:20 64:20 66:5 75:7 76:13, 15 77:14 79:12 90:14 92:24 93:4, 12,22 117:7 118:10,23 121:1 127:25 128:8,23 129:7,8 196:4 198:4 199:21 238:13,16, 17,20 239:1, 9
**embarked** 61:23 77:22 86:13 136:3 150:19
**embarking** 76:8 87:1
**Embase** 56:3,6,7,20 57:19,20 58:15 77:7, 11 159:6,19
**Emery** 305:4
**Emery's** 304:10
**employees** 32:2 47:4 309:20
**encountered** 302:4
**end** 90:1,20 95:17,24 96:6,7 140:24 146:2 164:22 165:7,18 185:23 206:24 230:3 251:3 275:17 290:7,21 297:13 311:3 314:14 326:18
**ending** 58:2 122:11 123:4,24 131:10 132:8 133:10 152:3,19 196:7
**endogenous** 20:3 67:14, 19,21 68:15, 24 119:21 195:11,19 197:6,15 198:25 199:6,14 200:12 201:8,20 241:17 256:16 293:19
**endoscopic** 208:18

**endpoint** 220:1
**ensure** 203:20
**enter** 7:18
**entire** 111:15 112:2 324:13
**entry** 82:14
**environment** 166:14,22 167:14 186:12 189:16 193:4 277:1,11,23
**environmental** 22:18 26:2 77:17,23
**enzyme** 27:10,13 44:12 54:14, 15 99:12,13, 16,17,20 100:9,10,25 101:1,3 102:2
**enzymes** 276:23 277:9,21 278:10
**enzymology** 54:13
**epidemiological** 75:13 76:2
**epidemiologists** 154:20
**epidemiology** 46:2,19 65:9 70:25 151:23 155:1 160:20 163:10 195:5 275:17
**equal** 113:10,18 172:9 173:14 323:11
**equally** 97:6 146:14 252:4
**equals** 153:19
**Errata** 4:9
**erroneous** 168:24
**error** 275:12
**ESQ** 3:2,7,9,14
**established** 45:24 162:2 188:23 278:5
**estimate** 241:13,16
**et** 196:11
**et al** 69:6
**etable** 332:2 333:9
**ethanol** 243:24 246:24 247:9,10,17 248:8 257:11,25 260:20 261:3,14 263:11
**ether** 258:21 260:16
**European** 28:14 65:8
**evaluate** 239:14
**evaluated** 266:9,15,17
**evaluating** 179:10,22
**evaluation** 13:16,21 27:7 28:16 75:15 101:16 105:1
**evening** 208:24
**event** 212:2
**Everybody** 57:23
**evidence** 139:9 218:5 221:24 223:3 255:6 299:4, 7,11,18,23 300:1,15
**evolved** 210:4
**exact** 273:6
**exactly** 17:18 25:6 34:4 50:14 67:4,13 71:25 109:19 179:18 191:23 272:17 339:12
**Examination** 4:4,6 9:1 300:23
**examine** 186:11
**examined** 8:23 17:16 216:18 217:3,11 256:7
**examining** 17:12 41:23 43:3
**exceeded** 138:16 139:4
**exception** 203:14 205:15 207:5
**excess** 138:3
**excessive** 256:5
**exchange** 79:13 90:14 117:12 128:25
**exclude** 325:17
**excreted** 42:15 48:1 77:25 112:4, 23 115:3,23 250:8 257:5 258:3,5
**excreting** 22:24 23:25 24:18 25:16 26:9 71:18 72:9 74:13, 17
**excretion** 14:12 43:8 44:5 69:7 72:25 105:6 107:18 110:18 153:16,24 178:25 179:15 180:4 240:20 241:2,23 242:5,10,24 243:6,15,17, 18,21 246:13 250:3 260:16,19 261:2,13 262:13 263:10,17 297:8,9 298:21 347:11

**Excuse**
328:9
**executive**
265:4
**exhibit**
11:19 15:23 29:20 30:14 55:7,8 58:21,22 60:25 62:6 76:17,18 79:24,25 92:20,23 116:24 117:1,4 121:12,13 130:20,21 135:16 137:13 140:4,10,11, 12 142:8,9 149:11,15 196:1 202:21 215:7,9,11, 12 221:12,15 227:13 240:11 249:20,21,23 264:11,12 267:8,10 268:20,21 285:17,18 289:3,4,11 291:11,14 296:11,14, 16,19 300:18,25 306:9 310:6, 7 315:25 328:4 329:2 343:12
**exhibits**
4:18,21 140:7
**exogenous**
67:23 68:1, 3,6,10,13 119:15
256:19
**expect**
39:4 312:15, 22
**expected**
344:15 345:9
**experience**
84:6,7
**experiment**
67:5 100:8 134:5 135:1 156:2 180:20 187:22 244:5
**experimental**
207:10,11 221:23 222:11 223:3 314:11
**experiments**
66:8 121:8 241:24 244:2
**expert**
28:18 29:1, 14 73:12 74:18 75:4
**expertise**
50:14 62:25 324:17
**experts**
38:10,12
**explain**
312:5 313:12 314:4 315:7
**explanation**
314:6
**exploratory**
297:8 298:3, 23
**explore**
333:6
**exposed**
142:24
**exposure**
34:10,17,18, 20,21 146:9 147:8 212:24 219:3,9 220:24 241:11,14,16
**exposure-response**
220:2
**exposures**
241:25
**expressed**
76:8
**extensive**
133:13 139:14
**extent**
45:4 166:2 188:5 220:25 265:7
**external**
94:10,17
**extraction**
132:8,9
**extrahepatic**
54:1
**extreme**
33:14 147:3, 15 332:22 333:5
**extremely**
81:2,12,21 334:3
**eyes**
159:21,22,23 160:8,10,16, 23,25 161:8, 20 162:9

**F**

**face**
323:18
**fact**
129:16 150:9
**factor**
154:13
**factors**
109:4 173:4 303:23 307:7 311:6,7 315:16 321:3 344:13 345:7
**fair**
171:4,12
**false**
312:16,23 313:1,2,13 314:7,23
**falsely**
210:7,14
**familiar**
56:11 75:23
**far**
9:8 18:18 35:1 36:4 39:21 40:11 70:16 75:2 80:25 82:7 104:5,16 121:4 176:13 204:2,9 217:6 223:3 254:15
**fast**
174:1
**fasted**
186:15 188:21 276:13,20
**fasting**
186:5,9,16, 17,22 187:9, 11,17,20,21 188:13 189:7 190:15,20 191:18 192:7 194:8,18 197:24 199:11 202:12 213:24 277:20 331:22 332:4,8,9, 14,21,23 333:10,11, 13,14,18 336:7 340:7,

8 344:10 345:11
**favored** 131:21,25
**favoring** 150:11
**FDA** 16:22 23:18 27:11 37:14 105:4,12,17 106:20 108:4 114:6 173:12 191:9,15 228:3,6,13, 24 229:11 230:17 231:4,7 236:14,15 238:2,8,22 239:3,10 256:3 291:20 308:3
**FDA's** 17:3 300:3 304:4
**feared** 81:1
**feasible** 97:7 98:7 130:8
**fecal** 132:9 134:5, 25
**feces** 131:2 132:15 133:12
**fed** 188:21
**Federal** 241:7
**fee** 57:24
**feed** 336:8
**feedback** 114:9,15
**feeding** 189:7 209:22
**feel** 16:17 23:10 59:11 92:9 187:5 307:7
**fellow** 12:15
**field** 21:8 22:18 34:25 45:6 231:1 236:10 322:12
**figure** 124:1 156:24 232:7 276:3 298:14 333:14
**figuring** 232:6
**file** 30:7 280:14, 15,16,17,19 281:2,25 282:8
**files** 81:1,11,20
**filing** 81:1,8,11,20
**film** 83:24 84:4
**filtration** 113:12
**final** 6:23 117:23
**financially** 7:14
**find** 22:11 34:7 42:15 44:1 57:7 89:6 100:12 102:4 108:12 233:7,15 252:18 289:8
**finding** 23:24 26:8
43:25 44:17, 20 88:10 89:2 110:8, 10 134:5 139:10 146:18 190:3 252:15 302:14,19 325:24 339:19
**findings** 25:18,19 43:4 73:14 74:21 80:24 87:15 88:10 136:10 139:21 156:5,9,24, 25 157:12,23 159:10 160:1,13 161:1,7 162:12,24 168:1 183:25 184:20 202:1 222:11 273:1 290:10 292:24 295:17 302:16 303:10 304:8,10 305:9 306:1, 25 307:14 309:20 316:10,19 325:17,18 327:2 338:20 346:7 347:13
**fine** 134:16 347:5
**finish** 68:12 72:6 161:14 234:19 260:8 276:10
**finished** 178:18 233:4
**finishes** 188:5
**firm** 9:20,22 31:25
**first** 8:22 9:6 17:11 22:7 28:11 36:7 45:2 55:12 62:10 66:23 75:7,8 81:8 82:8 111:22 118:7,11 123:6,8,21 128:24 129:21 136:10 137:22,25 149:22 153:8 156:6 160:17 213:10 215:5 227:9 237:21 241:3 285:14 288:3 294:4 295:12 301:21 316:8 331:22
**fish** 205:25
**Fitbit** 11:15
**five** 56:10 256:4
**flaw** 322:6
**flipping** 138:20
**Floor** 3:15
**flora** 150:12
**Florian** 106:11 108:1,22,25 110:5 113:23 114:22 115:11,17

169:24,25 170:19,20,22 171:3,14,16 172:5 176:12 178:12 181:20 191:9 193:16 231:22 234:17 236:2,3,25 250:25 295:22 296:7,20 315:25 316:19 317:4 327:2,13 340:21 342:8 343:4 347:4

**Florida**
6:1 8:3,13

**flows**
217:14

**fluctuate**
232:24

**fluctuated**
290:17

**fluctuations**
166:13,21 167:14

**fluid**
164:17,21 182:5 183:1 184:9 189:11 198:11 213:23 292:7,19 293:1 295:19 329:6,7 338:4 346:2, 8

**focus**
55:12 297:4

**focused**
81:18 82:9

**focuses**
303:8

**focusing**
76:6 84:23

**folks**
183:14

**follow**
17:2 99:2 138:21 162:2 178:9 179:17 195:6 217:4 262:9

**follow-up**
285:12

**followed**
24:7

**following**
25:3 46:5 68:20 80:20, 21 82:14 105:7 107:7 116:19 140:19 152:20,24 153:9 158:6 175:14,21 180:4 196:20 226:8 246:14 288:7 292:6 299:4 303:9 329:5 331:9

**follows**
8:23

**food**
35:18 142:25 203:14 205:1 206:11,20 209:21,22 238:3,9 266:9,15,17 276:23 277:8,20 278:9 292:8

**foods**
147:19 148:17 203:18 204:11 205:20,25 206:1,2,16, 17 226:9,16 228:9,17

229:2 230:5, 21 238:25 239:4

**footnote**
150:1 272:3

**form**
25:1,23 33:9 39:6 42:1 53:11 65:22 66:24 67:2, 15,17 68:4, 16 96:24 97:23 126:3 181:23 182:6 183:3 254:3, 18 290:11 292:13 299:15 300:5 312:17 346:12,18 347:22

**formation**
14:14 20:3 22:14,22 63:23,24 67:14 68:3, 6,15 69:9 78:19 89:14 95:2,8,21 98:19,22 99:6 102:12 103:3 105:13 106:6 119:16,21 120:16,20 126:4,13,23 127:8,15 128:2,14 129:24 139:15 142:16 148:3 154:12 184:3 239:14 241:17 255:5,13 256:16,19 265:8 292:6 293:20

294:9,13 295:6 299:23 300:13 328:5 329:5 333:3

**formed**
124:3 129:13 137:8 138:13 139:2 142:25 150:3 182:14 218:19 231:15 236:24 237:7,16 251:19,24 263:5,15 286:25 301:13 317:20 318:5

**forming**
106:11 125:18

**forms**
186:7 302:23

**formulate**
146:21

**formulated**
146:11

**formulating**
119:14

**formulation**
147:20

**forth**
138:20

**forward**
93:14

**forwarding**
238:1

**found**
17:3 33:23 35:21 37:5 44:4,18 60:13,22 61:5,20 77:24 82:7, 13 85:25 86:8 87:17, 22 94:9

134:4,10,25 141:6,7,12 153:20 164:24 165:8 166:3 184:3 185:11 190:4 194:6,16 231:23 252:14 255:14,21 256:5 257:17 280:11 302:25 303:9,14 309:20 324:18 326:7,24
**four**
32:1 141:6 176:23 245:4,6 246:13 250:4 269:10 290:6,20 311:24 313:25 314:20 334:25
**four-week**
165:19
**fraction**
42:22 273:9, 11,14
**fractions**
54:11 205:9, 15 207:4
**fragmentation**
136:24 138:7 222:3,14,18
**frame**
210:21 280:4
**free**
275:7
**freeze-dried**
132:9
**French**
60:7,12,15, 21 61:4,20 86:8 87:9,10
**fresh**
206:23 275:7
**Friday's**
75:10
**front**
10:5 11:4,7, 9 62:10 80:3 175:2 251:3 267:13
**frozen**
203:16
**full**
39:9 64:7 294:4
**fully**
218:18
**functioning**
283:16
**furoic**
88:11 89:2, 7,15 94:20 95:2,9,22 98:22 99:6 100:12,16 101:10 102:4,9,10, 12 103:2,4, 14,22 104:7, 18 105:13 107:20,25 108:6,9 120:13,14,19 121:3,7,10 123:20 124:2,9,13 125:11,14, 17,25 126:4, 13,18,23 127:15 128:2,14 129:13,25 131:18 132:17 133:17,20 134:10,25 135:7,10
**future**
103:25 196:12
**FYI**
94:1

**G**

**gain**
27:19
**gallery**
7:2
**Gao**
148:15 181:20 183:10 187:1,2 191:16,24 192:3,4 291:10,17 300:4 328:3 329:3 343:25 345:20
**Gao's**
183:5 184:8 187:3
**gap**
17:7 21:14 82:4 84:14
**gaps**
16:5,13 26:19 44:2 179:23
**gas**
50:4,6 288:13 306:16 309:11
**gastrectomy**
211:19
**gastric**
66:11 67:3, 10 136:15,21 140:19 141:5 148:4 150:11,14 152:25 153:4,10 154:15 164:17,20 165:22 166:24 167:17 168:5 172:11,23 174:20 175:7 176:3 178:25 179:14 180:3 182:4 183:1 184:9 189:11 193:18 194:1,2 195:12,21 197:8,17 198:10 199:2 200:14 201:10,22 203:1 207:10,13, 16,24 208:1 209:7,15 210:6,13 211:1,19 213:23 222:14 223:1,10,21 224:14 225:16 292:7,19,23 293:1,11 295:18 329:6 331:22 333:10,21 334:25 336:18 338:4 346:1,6,8
**gastritis**
149:18 168:6 172:12,24 176:4
**gastro**
276:20
**gastrointestinal**
328:6

**gave**
46:24 53:16 116:4 237:14
**GC**
302:4
**GC-MS**
50:25 51:5,7 52:2 53:7 155:20 180:24 181:2 301:19 303:12,22 306:2 307:1, 15 308:17 309:2,4,11, 14,22
**general**
23:9 34:13 63:23 113:20 114:10 116:6 141:22,23 148:10 220:7 261:25 347:14
**generally**
187:4 188:21,22 213:7
**generate**
66:10 67:9
**generated**
36:17 218:20 232:21 261:20 274:25
**generic**
13:12
**Geneva**
215:23
**genotoxic**
220:23,24 221:17
**genotoxicity**
139:15
**Georgia**
3:4
**Gerald**
63:10,11,12
**GERD**
344:14 345:8
**Germany**
241:7
**getting**
68:14 114:3 115:2,23 186:25
**GI**
132:5 344:14 345:8
**give**
8:16 36:21 53:2 58:2 63:17 109:20 134:15 138:4 162:15 163:7 174:16 178:2 179:3,11 180:1 209:21 225:4 237:1, 5 244:16 251:23 252:8 262:5 271:11 288:8 309:3 314:22
**given**
42:14,20,21 44:4,6,18 47:25 49:20, 23 50:1 76:7 95:16 107:17 163:17 164:1 177:16 207:9 208:20 221:3,17 231:8 236:16 245:9,21 246:7 251:2, 17 254:22 257:4 286:21 288:17 301:9 306:19,24 307:14,17 308:16 320:17 341:9
**giving**
31:13,14,16, 17 193:13 208:22 228:24 325:20
**Glaxo**
60:21 61:3, 5,18,20 86:9,16 130:24 214:5,9 223:8 285:11
**Glaxosmithkline**
3:6 12:2,3, 9,20 264:18
**global**
65:6 118:13
**globe**
156:19,21
**go-to**
28:17,22,25 29:3,13 114:20 283:13 284:4
**God**
8:18
**goes**
113:9 317:22 320:1,2,9,13
**going**
10:21 12:9 40:19 43:10 48:25 54:23 55:7,12 110:18,25 112:24 116:14 131:14 140:11 162:21 171:22 179:9 181:13 188:4,7 214:23 227:8 249:13 259:12 265:20 270:14 276:4 278:24 285:2 320:12 328:12,19 330:11 348:8
**good**
6:8 9:3,4 45:16 49:1,5 54:17 60:18 88:23 107:2 111:2,6 140:8 176:25 190:10 198:4 234:24 263:21 264:8 316:24 330:16
**Gorycki**
118:17,18,19
**Governance**
65:7
**government-issued**
6:3
**grams**
37:6
**granulocytic**
211:17
**graph**
143:7
**great**
54:19 111:2 336:8
**greater**
35:25 36:3 132:10 275:19 292:22 293:9,10 346:5
**greatly**
291:2
**Greywaters**
286:5
**group**
28:19 29:6

117:13 118:13 130:24 153:19 164:24 165:18 166:6 168:7,12 169:5,14,16 170:2,3,6,8 172:13,25 176:5,7 177:18 211:5,8,10, 11,14 234:9 283:17 313:10 315:8 316:2,3 324:13 332:5 342:9
**groups** 152:4,12 234:6
**GSK** 13:15,21 16:21 17:16 18:16,21 19:7 21:17 26:7,20,25 29:3,6,13 30:25 32:3 40:16 47:3 51:6,22 52:7 53:1,6 57:20 59:2,4,9,23, 24 60:12,16 64:16 65:6 70:3,19 84:17 94:8, 9,15,18 121:8 141:18 156:17,23,25 157:24 158:15 159:5,8,19, 24 160:11,25 161:5,21 162:10 163:1,16,25 173:20 174:5 181:21 182:24 201:18 202:14 214:5,9 223:8,19 224:9,12 225:11,14 265:12 279:7,9,25 280:5,11,12 281:8 282:1, 9 283:6,25 302:24 305:13,17,24 309:19,20 330:3
**guarantee** 210:22
**guess** 57:25 223:18 239:15 278:16 312:4
**gut** 131:17 276:12,19
**guy** 283:13 284:4
**guys** 163:1

**H**

**H2** 32:14 150:10
**H2-receptor** 136:14
**H2r** 32:7,9
**H2ra** 32:13
**half** 203:21 253:2 342:21 343:5 344:18
**half-life** 41:3,10 48:6,12,19, 22 112:20 253:1,3,7, 10,16,21,23 254:2
**half-lives** 107:15 110:13
**halfway** 207:14
**Hall** 80:4,5,6
**hamster** 136:24
**hand** 222:23,24 223:14
**handle** 109:15
**happen** 33:21 102:23 106:19 147:7 174:13 195:6 216:3 225:24 276:4 336:16 337:4,12
**happened** 19:4 88:7 157:20 159:16 174:14 194:9,20 212:5 224:15
**happening** 67:12 100:24 101:3 147:11 169:24 303:10
**happy** 75:25 77:6 259:13 260:5
**hard** 9:12 90:10 109:20 115:6 116:9 138:20 144:21 155:4 169:11 170:12,16 173:10 178:9 213:3 219:18 226:22 229:10 290:23 338:24
**Hardy** 3:15 9:23,24
**Harvey** 62:23,24 63:1,8,16 77:3,4 78:11 117:8 118:23 195:9,18 196:8 227:10 238:18 282:8,11 284:12
**hazard** 146:6
**heading** 63:12 118:13
**headings** 196:20
**Health** 215:23 221:7
**healthy** 20:8 195:11, 20 197:7,16 199:1 200:13 201:9,21 206:21 347:8,15
**hear** 10:11 145:21
**heard** 48:17
**heart** 145:12
**heat** 304:8,11 305:5
**heated** 50:25

**heating**
50:7 53:8 302:23 303:12
**held**
6:11,15
**Helen**
62:11,12,13 117:9 119:2 237:25
**help**
8:18 35:12 40:4 53:16 59:3,8 60:4 64:10,14 77:6 79:14, 22 156:20,22 208:16 242:5 307:21 313:17,21 314:15 315:3,22 341:17
**helpful**
84:8 139:24 163:15,24
**helps**
152:11 318:3
**hepatocytes**
137:19
**hey**
87:17 304:21
**hiccups**
9:18
**high**
16:9 33:15, 18 36:9 37:22 38:1, 19,25 50:19 51:12,22 52:8,20 58:5 65:20 109:24,25 123:9 146:9 166:2,4 184:5 185:1, 23 186:8,12 189:16 191:4,12,19 192:16 193:4,23,25 194:10,20,23 197:21,25 199:9,10 202:3,9,11 204:3,10 205:24 206:1,17 210:7,14 214:8 221:17 222:12 229:16 230:4 231:24 232:1 239:22 268:17 302:3 317:12,19 318:4 321:1 330:7,23,25 331:1 333:15 334:3,17 335:15 336:19 337:6,15 338:1,14 339:4,19 340:4,8,14, 18 344:3,13 345:7,12
**higher**
39:5 40:3 153:15,25 184:15 185:21,23,25 192:22 231:12 235:1 236:21 303:17 315:8 321:6 324:4 336:17 338:16 341:15 342:20
**highest**
23:2
**highlight**
12:10 21:14 57:2 84:13 122:12 124:22 125:4,13 129:9 141:1 175:25 205:10,21,22 270:22 286:18 318:18 323:12,25 343:15,16
**highlighted**
81:16 198:23 207:2
**highly**
219:1,7
**hinder**
226:8
**history**
12:1,2 80:24
**hold**
6:4 167:9 343:11
**holders**
70:1 118:2
**honestly**
308:23 311:5
**honesty**
273:24
**Hordinski**
7:17 8:10
**hour**
32:1 49:1 111:1 207:17,18,19 208:20,23 344:18
**hourly**
207:17 209:8
**hours**
31:21,23 32:1 209:19 242:25 243:1 254:5 335:1 342:4
**housekeeping**
215:4
**HPC**
139:13
**human**
14:21,22,24, 25 15:7 16:10 20:8, 15 33:21 41:14,19,21 42:5,7 43:9 45:15 53:22 54:11,14 66:11 67:2, 10,12,13 68:23 72:25 73:4,23 74:6 82:18 83:5 85:5,11 89:3,7 93:15 94:2,21 99:20 101:22 102:24 103:22 105:24 108:17 120:10 121:8 122:4 123:21 131:2 132:15 133:12 134:4,7,10, 25 186:11 189:7,12,16 193:3 202:2, 8 219:14 239:21 240:2 242:24 243:6 245:2 251:22 253:7,9 254:21 262:14,18,22 265:15 267:16 268:5 270:8,21 274:2,23 276:20 290:16 299:24

300:13 315:15 344:2,12 345:6
**humans**
22:24 23:25 41:24 42:14, 20 44:4,17 47:25 49:25 50:3 54:2,8 71:17 72:9 74:12 77:25 107:17 136:22 139:15 218:25 219:2,8 240:20 241:2 242:5,11,20, 21,23 243:15,17, 18,21 244:21 245:9,20 246:7,13 251:2 254:17 255:16,22 260:17,25 261:11 263:8,17 265:9 274:16 327:12
**humans'**
250:13
**humidity**
39:5,12
**hundreds**
304:12
**hurricane**
9:8
**hyperplasia**
141:5
**hypothesis**
137:5 162:4 174:12
**hypothetical**
226:21 254:7 314:9
**Hypothetically**
339:10

**I**

**IARC**
240:15
**ID**
6:7
**idea**
117:17 130:7 181:7 261:6 291:5 305:23 315:6 321:12
**ideas**
115:16 322:4
**identical**
203:12,13
**identification**
6:3 11:20 29:21 55:9 58:23 62:7 76:19 80:1 92:21 117:5 121:14 130:22 135:17 137:14 140:5 142:10 149:12 196:2 202:22 215:13 221:13 227:14 240:12 264:13 267:11 268:22 285:19 289:5 291:15 296:17
**identified**
15:25 26:18 75:13 123:15,20 288:12
306:15
**identify**
16:13 76:2 88:20
**identity**
6:7
**ignore**
308:5
**imagining**
342:3
**immoral**
244:20
**impact**
28:16 36:15 147:19 148:19 194:9,19 197:20,21 272:25 273:5 278:9 333:2
**implication**
224:7
**implications**
154:25 238:3,10 239:4
**implying**
113:5
**importance**
94:20 294:22
**important**
20:11 36:24 43:2 44:3 86:15 88:2, 5,11 106:22 108:10 137:9 144:15 156:2 169:3 180:20 197:23 199:6,9 219:16 249:6 283:10 284:2 321:4
**importantly**
298:4
**impossible**
315:3,4,21
**improper**
25:24
**impurities**
37:19 38:15
**impurity**
35:13,15 36:13,14 68:9 256:14
**In-house**
3:7
**inappropriate**
24:24 315:19
**inaudible**
45:24 96:2 109:9 126:2 145:6 195:2 273:23 275:2,8 310:21 330:13 332:25 340:4
**incidents**
36:20
**include**
70:3 71:21 189:1 191:10 266:5 267:5 282:1 294:11
**included**
168:20 280:18 297:9 347:8
**includes**
117:8
**including**
30:17,23 141:22,23 147:2 153:4 193:9 292:9 294:25 297:11,25 329:8 334:4
**incorrect**
307:5 308:10,22
**increase**
49:9 150:13

164:23 165:7,20 166:23,24 167:15,16 178:24 179:13 180:2 190:14,19 194:8,18 214:7 258:24 260:16 311:22 312:7 325:2,6,7 330:4 336:6 347:11

**increased** 138:6 166:14 213:22 260:19 261:2,13 263:10 299:4,8,12, 19 313:9 314:25 324:19 326:7

**increases** 49:15 213:14

**incubated** 132:14

**incubation** 99:11 100:8 133:11

**index** 78:20 79:8 270:15

**indicate** 65:20 89:8 165:16,17

**indicated** 131:16 233:18

**indicates** 89:3 139:13 166:4 270:9

**indicative** 125:18

**indirectly** 105:25

**individual** 232:23,25 241:14 290:18 326:14

**individuals** 194:10,20 195:12,20 197:7,16,25 199:2,10 200:13 201:9,21 207:8 213:23 232:24 244:8,9 290:19 317:2

**induce** 44:13 220:9, 13

**induced** 135:24 137:18 154:7 216:17 217:10

**induces** 218:17

**inducing** 136:23 138:5 222:2

**industry** 45:18 46:7 188:24

**infarction** 211:16

**influence** 258:20 260:15

**inform** 265:14

**information** 17:22 20:23 24:10 25:6 27:18 41:6,7 43:17 56:8 60:6 61:4,19 62:1 64:23 65:10,15 73:19 81:4, 22 86:25 87:3 116:8 124:6 127:5 129:20 130:16 139:18,23 147:14,16 155:23 158:15 159:6,19 168:24 169:10 180:9 181:10 186:25 187:2,6 195:10,19 196:22 197:5,14 198:7,17,24 199:18 200:11 201:7,14,15, 17,19,23 214:18 229:8 230:16 231:3,18 237:13 240:1 255:3 258:9 262:14,15,22 264:6 267:4 274:20,21,23 275:3 281:12 298:1 314:11,12,14 316:25 330:10,15 331:8 339:13

**informed** 60:12,21 61:5,20 288:18 306:20

**Ingelheim** 3:1

**ingested** 33:24 39:18 40:4 77:25 250:8 254:18 255:16,22 258:5

**ingesting** 71:18 72:10 74:10,11,13 193:5 311:20 321:13 323:2 324:6 337:14 338:1

**ingestion** 35:22 37:7 67:16 68:5, 17 69:8 112:22 176:16 239:22 246:14 293:19 299:5,8,13, 19 300:12 317:7,8 336:19 337:6

**ingredient** 232:13

**inhibiting** 136:15

**inhibitor** 32:12,17,21

**initial** 67:9,11 118:1 129:1 198:9 252:7

**initially** 17:6 64:15 191:23

**initiate** 276:23 277:9,21

**initiating** 150:5 278:10

**inject** 171:10

**injection** 301:19,22 302:4

**insert** 109:16

**inside**
33:20,24 37:13 39:19 40:5,23 41:3,4,10, 14,15,19 67:2 83:5 109:5 263:15 317:13,20 318:5 327:11 345:3
**instant**
203:23
**Institute**
275:16
**instruct**
259:23
**instrument**
109:16,17
**intake**
68:14,21 107:7 203:21 212:23 228:8,16 229:1 230:4, 20 238:24 293:24
**integrity**
16:2,6 26:20
**intentionally**
191:10 204:16
**inter**
166:4,6
**inter-individual**
166:5
**interaction**
79:12 80:8 84:12 88:8 148:10 265:20,24 266:7
**interactions**
6:15
**intercepting**
119:9 120:2
**interested**
7:15 57:7
**interestingly**
21:2
**interface**
6:16 7:4
**intermediary**
107:8
**internal**
59:2,9 105:7 141:18 159:5,19 279:7,9 280:5,12 281:8 282:1, 9 283:6,25
**internally**
148:16
**international**
65:16 156:17
**interpret**
16:15 169:12 258:7 259:9 290:10 321:18
**interpretation**
45:7 129:20 260:12 290:25
**interrupt**
124:18 188:2,9 206:15 259:1,12
**interrupted**
258:15 259:4
**interruption**
9:12
**intervals**
207:17 209:8
**intestinal**
154:13
**intragastric**
146:13 166:13,22 167:14
**intrinsic**
315:16
**introduce**
204:23,25
**introduced**
36:7,21 177:11
**introduction**
64:24 65:6 150:24 225:2 241:10
**investigate**
121:17 163:3 214:6 292:12 294:8
**investigated**
23:18 303:11
**investigates**
32:25
**investigation**
16:23 43:14 45:2 85:19 131:1 184:18 203:15 213:14 223:4 267:14
**investigations**
72:19
**investigative**
26:21,25 27:6,16 80:10
**involved**
14:1 16:21 27:5 47:7,21 71:12 75:5 86:21 99:21 102:22 112:7 119:14,21 130:12 156:15 157:9 199:17 224:17 225:18 274:24 275:1 278:17 303:5 306:6 322:9, 12
**involvement**
27:13 66:5 160:19 274:19
**involving**
180:14
**ion**
218:20
**isotope**
92:7
**issue**
63:22 66:23 67:1 83:2 105:18 122:15 163:3 219:17 231:19 239:11 310:20,22 316:9,18 321:24
**issued**
122:25 123:1 176:23
**issues**
27:2 50:23 63:2,16 66:17 71:8, 22 72:12 73:4 75:4 78:17 114:21 121:23 146:19,20 171:7 215:5 290:15 310:12,18,19 314:2,3,5,21 322:6
**items**
80:21
**IVIVT**
13:1,3

**J**

**James**

10:16
**Jens**
92:25 117:8, 19 118:11,12
**Jim**
62:23,24 63:1,4,7,16 77:3,6 78:11 79:21 117:8 118:5,23 119:1 195:9, 18 196:8 198:16 200:1 201:6 227:9 237:25 238:18 282:8,11 284:12
**Jim's**
200:10 238:20
**John**
3:7,20
**journal**
94:17 240:14 288:18 306:20
**Journal's**
287:24
**Judge**
259:7,11,13
**judged**
322:8
**judgment**
218:13 229:12
**juice**
136:22 148:4 150:14 152:25 153:4,10 165:22 166:24 167:17 168:5 172:11,23 174:21 175:8 176:3 178:25 179:14 180:3 193:18 207:11,13, 16,25 208:1 209:7,15 210:7,13 211:1 223:1, 10,21 224:14 225:16 243:23 246:23,24 248:3,7,19 250:6,14 252:13 257:10,25
**July**
17:12 18:7, 18 64:21 65:2,10 75:9
**June**
69:4
**justification**
114:12
**justify**
245:1

**K**

**Karkoszka**
75:19
**keep**
23:11 24:25 25:22 270:24
**key**
28:16 78:18
**keywords**
57:9
**kilogram**
152:5,13
**Kim**
10:13
**Kimberly**
3:14 110:24 285:10
**kind**
35:17 139:23 304:19 327:25
**kinetics**
142:17 241:22
**King**
3:3
**Kline**
60:7,12,15, 21 61:4,19 86:7 87:9
**knew**
52:19 53:7 105:4 173:9
**know**
9:13 17:16, 18 18:5,18 19:3,7,13, 17,20 21:7 24:15,23 28:5 29:7 32:23,25 34:4 35:24 36:8,12 37:9,10,13, 19 38:15 39:5,8,21 40:12,14 42:12,17,24 44:3,7,11,24 45:6 46:5,16 47:9,14 48:6,12 50:14 51:18, 19 52:3,4,5, 7,10,11,14, 24 54:9 55:22 62:20 68:8 70:19 71:6 72:7, 22,24 75:20, 21 80:5,6 81:9 84:19 85:24 86:7 88:2,6 96:12,21 97:2 98:18 105:20 114:17 117:16 121:5 129:2 130:16 148:20,23 155:14,23 158:9 170:1 171:9 173:6, 14 178:7 186:6 188:8 192:12 201:19 206:21 219:21 226:1 231:7 232:23 233:2 234:1 236:15 237:7 244:7 253:2, 3,10,16,21 257:22 258:17 260:7 261:23 266:23 274:25 275:8 278:17 280:3,19,22 281:7 282:13,20 284:21 304:7 305:17 307:21 308:22 311:9 313:3,20 315:17 317:10,17 325:23 326:6,9 327:16 328:16 329:24 335:22 337:19,25 338:3 339:23,24
**knowing**
225:3
**knowledge**
15:10 18:23 19:3 26:12 75:6 115:25 120:7 129:9

148:22 149:5,9 157:19 167:20 287:23 305:25 338:13
**known** 14:17 51:15 53:12 108:9 120:10,12 122:19 290:14 310:12,17
**Kpenner@shb.com** 3:17
**Krawczynski** 149:21 157:1 168:10 172:8 174:22 175:2 178:20 179:12 180:2 289:7 291:13 310:10

**L**

**lab** 22:7,15 73:14 88:22
**label** 90:1,20,25 95:17 97:4 226:14
**labeled** 95:25 99:22 103:25
**labeling** 18:3 80:24 94:6
**laboratory** 65:17 66:2,19 74:21 169:10 216:13,16
**laid** 159:23 161:20 162:9
**landed** 199:18
**large** 7:1 8:13 17:6 166:2
**larger** 55:11
**Lauren** 3:22
**law** 9:20,22 31:25
**lawyer** 329:3
**lawyers** 280:3
**lay** 159:22 160:10,24 161:8
**layer** 131:15,16 132:11,25 133:6
**Lbosso@kslaw.com** 3:4
**LC-MS** 306:2
**lead** 13:7,15 22:13 35:19 71:20 150:5 262:25 294:9 312:6,15,23 313:13 314:6,21,23 317:19
**leading** 13:20 62:13,16 315:20
**leads** 150:13 154:13
317:12 318:5
**leaves** 82:4 84:14
**leaving** 112:17
**led** 256:7
**LEE** 6:1
**left** 125:12 210:22 219:25 221:21 264:18
**legacy** 15:11,15,17,18 17:20
**Legal** 3:19,20 7:13,17
**legitimacy** 18:4
**length** 34:16
**lesions** 154:6
**lethality** 138:6
**letter** 4:8 27:11 70:13 289:8
**letters** 135:20
**leukemia** 211:17
**level** 16:9 18:1 20:15 21:6 34:7,8,14,21 35:9,12 36:2,10,14 37:22 38:1,19,25 43:19 50:2,3 113:2 120:13 137:6 184:3 185:3
186:18 187:17 190:15,21 191:6,18 192:6,9 193:12 194:8,18 213:24 226:6 231:15 232:9,23 236:23 237:6,15 290:17 295:2 311:5,7 321:2 331:1 333:2 338:11 339:3
**levels** 21:4 49:9,15,19,25 155:24,25 181:23 182:6 183:2 185:8 188:13,14 194:1,2 214:7 216:18 217:11,21 219:3,9 220:13,16 288:15 292:8,9 306:18 308:17 317:6 318:12 323:4 329:7,9,19 330:4,25 331:21 333:14,15 334:17 336:7,9,18 337:25 338:3,17 340:7,9
**Levin** 3:22
**Liability** 7:11

**Liangfu**
7:6 8:21 118:7
**librarian**
59:3,5 79:15 84:8
**library**
77:1 94:8
**lieu**
7:25
**lifestyle**
35:18
**lifetime**
34:17 212:24
**light**
183:14 185:5 318:3
**like-kind**
34:10
**likelihood**
119:25
**limit**
34:10 201:21 246:19 247:3
**limitation**
170:22 171:16,24 176:15 178:12 327:24
**limitations**
76:8 109:1 294:5 325:15
**limited**
130:25 276:12
**limiting**
228:8,16 229:1 230:4, 20 238:24
**limits**
197:7,16 199:1 200:13 201:9
**line**
9:15 322:21
**link**
43:15
**linked**
44:14
**linking**
108:9
**links**
119:3
**liquid**
58:6 123:10 205:9,15 207:4
**list**
279:9,14 280:4,7,8,9, 10 282:13
**listed**
341:5
**liter**
153:17,20 292:22 293:6,7 346:4
**literature**
17:25 25:13 41:8 43:16 50:11 56:8, 13,21 75:11 76:9 77:12 78:13 79:5, 6,17 93:15, 18 149:2 151:2 157:22 158:14 159:5 161:4 195:11,20 197:6,15,23 199:1,14 200:12 201:8,20 339:14
**Litigation**
7:11
**little**
29:23 64:6 73:19 141:3 215:16 246:18 288:4
294:2 301:4
**liver**
54:11 222:14,19
**LLC**
3:6
**LLP**
9:25
**located**
9:19,20
**long**
15:20 46:10 54:12 57:24 178:1 212:7 213:2 304:7, 16
**long-term**
140:19 206:22
**long-time**
54:12
**longer**
112:22 113:5
**look**
11:17 13:5 14:15 16:11 17:19 19:25 20:7 25:8 27:7 28:15 29:18 30:3, 15 40:15,17, 22 41:7 42:9 44:25 45:1 46:19 47:17 49:18,24 50:2 55:6 56:2,20 57:4 58:20 59:11 60:24 62:5 63:20 64:19 69:2 73:23 74:6,19 75:7,19 76:16 78:10 79:23 86:15 92:19 93:2, 25 94:1 100:15,19,22
101:16 102:8 103:22 106:15,20 112:10,11 115:9,10,14 116:23 117:18 118:10,21 121:11 122:2,10 123:4 125:25 129:2 130:19 131:5,9 132:7 133:9 135:14 136:7,9 137:12,25 139:11,25 140:3,12,22 142:7 143:5, 6 145:8,13, 24 146:1,4 149:10,15,25 151:17,23 152:2,18 154:4,5,14 159:6 162:25 164:5,14 165:11,12,16 168:3 170:10 175:10,11 176:8 177:25 178:19,20 183:8 184:16 185:16 193:2 195:25 196:6 197:3,23 199:21 202:20 203:11 205:19 207:9 209:6,25 210:1,25 211:2 213:6 214:11 216:3,6,9,11 217:1,13 219:20,23 221:11

222:9,21 227:7,8,25 234:23 236:1 238:21 240:10,24 242:23 243:13,14 245:4 246:12 247:23 250:3 256:25 264:4,10 267:7 268:19 269:10 270:5,12 271:6 272:17 273:7 281:6 282:8 294:3 295:25 297:23 300:25 305:14 306:8 310:6,7 311:9 315:24 316:13,17 317:3 318:11,12 320:8 324:8, 16 326:17 327:3,5,8 330:22 331:20 334:23 335:4,6 336:16,21 337:10,12 340:11 343:8

**looked**
18:6 21:18 37:14 47:13, 15 50:8 78:7 86:22 97:13, 20 100:16 101:9,20 102:11 106:11 108:22 114:18 116:1 134:8 147:19 148:6,15 151:12 154:20,21,23 159:18,19,20 178:5 182:14 184:8,10 187:7 189:14 214:14,15 215:7 242:10 250:23 251:1 256:3 262:12 263:13 271:22 280:2,22 288:9 294:24 297:17 300:4 324:11 329:19 332:12 335:10,14 337:14 341:13

**looking**
17:11 19:5, 24 20:17 21:25 22:10 23:23 25:13 27:22 41:5 44:1 45:1 46:3 47:2 54:6 57:1 63:2,8 70:16,20 72:11,22 75:4 77:14 80:23 86:14, 25 87:2 94:10 99:23 101:10 102:10 103:14,21 104:1,7,18 105:5,8,13, 17 107:4,5, 11 108:6 111:10,23 113:22,24 114:22,24 115:17,19 124:6,7 129:3 133:24 139:8 148:8, 14,17,20,23 150:23 155:15 164:11,12 170:16 180:22 181:23 182:5,25 183:2 186:6 188:12,14 193:10 197:20 199:7,10 200:25 201:5 202:7 205:3 206:9 212:3 223:25 226:23 229:9,24 231:11 236:20 250:18 263:25 269:7 272:9,10 273:5,6,7,22 274:19 275:7 278:8,9 282:16 284:20 293:21 310:2 312:5 313:13,18 322:6 323:1, 21 324:12 326:6 332:11,14,24 335:7 343:10

**looks**
102:12 166:19 167:11 168:2 188:3 191:3 196:4 197:9 204:2,9 208:25 227:5 245:5

**lose**
9:15

**lot**
15:2 22:4,8 43:18,25 46:11 76:9 77:16 97:1,3 108:12 112:6,7 114:11 121:4 127:3,21 178:6,7 180:15 219:11 231:16 244:12 250:2,24 254:9,11 261:18

**lots**
44:20 304:9

**low**
64:2 65:21 120:13 185:10 191:12 206:23 207:9 209:20 216:18 217:11,21,23 219:3,9 260:17,25 261:11 263:8 267:24

**lower**
21:6 332:22, 23

**lowest**
220:7,15

**LP108**
137:12 140:10

**LP113**
149:10 289:11

**LP279**
215:10

**LP303**
240:10
249:21,24
**LP345**
343:8,9
**LP346**
145:25
**LP352**
202:20 215:8
**LP374**
121:11
**LP376**
130:19
**LP381**
29:18
**LP382**
267:7 270:5
**LP386**
268:19
271:17
**LP387**
264:10
**LP394**
92:19
**LP402**
116:23
**LP405**
79:23
**LP406**
76:16
**LP407**
58:20 62:5
**LP408**
195:25 215:6
**LP415**
55:6
**LP423**
227:7 237:20
249:20
**LP426**
11:17
**LP69**
221:11
**LP70**
135:15 140:9
**LP71**
140:3,12
**LP78**
142:7
**LUKE**
3:2
**lunch**
111:3 203:24
**luncheon**
116:17 334:4

**M**

**made**
80:11 91:22
146:20 162:3
167:5 201:6
213:21 219:7
313:18
**MAHS**
69:11,19,24
70:9
**main**
24:16 37:22
38:1,18
**maintenance**
213:16
**major**
9:9 16:1,5
25:14 26:19
133:14 180:6
272:25
**make**
15:22 16:19
20:10,11
21:8,10,11
24:11 30:13
43:15,18
45:14 90:9
91:16 93:7
115:10
119:24 120:8
127:6 134:19
147:10
151:14,24
158:12
160:5,21
163:12
169:11
170:13,14
171:3
173:11,17
174:13 185:4
209:4 213:3
218:13
229:12
231:17
247:23
256:21 262:4
272:13 288:4
290:24
303:23
304:23
313:17
314:10
335:21
338:24
**makes**
151:2 229:13
**making**
84:3 227:3
230:17
250:21
252:10
262:10
**mammalian**
135:25 138:8
222:3,5,8
**mammals**
222:6,8
**man**
121:18
142:24
193:22
194:22 339:8
**manager**
32:4
**Manchee**
122:7
**manner**
8:7 45:22
265:16
**manual**
207:18
**manufacturer's**
256:6
**March**
122:14,16,19
123:1,3
302:10,15
**Marianne**
62:17,20
**mark**
55:7 79:23
215:5 285:16
289:2
296:11,13
**marked**
11:19 15:23
29:20 30:13
55:8 58:22
62:6 76:18
79:25 92:20,
23 116:24
117:4
121:12,13
130:20,21
135:16
137:13
140:4,6,9,
10,12 142:8,
9 149:11,14
196:1 202:21
215:6,8,9,
11,12
221:12,15
227:13
240:11
249:20,21,22
264:11,12
267:8,10
268:21
285:18
289:4,8,23
291:14
296:16
**market**
15:19 36:5
**marketing**
69:25 118:2

**Martelli**
137:22
**Martin**
63:21 64:20
**mashed**
203:23
**mass**
58:6 94:23
**Massey**
3:22
**material**
133:15
152:21
153:10 155:9
175:15
**matter**
7:9 15:4
16:20 261:18
**Maura**
136:10
**maximum**
196:19
297:13
322:22
**Mclachlan**
76:22,24
**meal**
186:17
188:15
189:17
197:21 202:3
209:20
239:22 330:7
334:3,17
335:16
336:19 337:7
344:3,13
345:7,12
**meals**
203:12
206:10
333:21,24
**mean**
15:15,19
26:24 33:20
41:1 68:13
98:9 111:25
115:14 123:7
124:17 125:6
126:2 131:25
165:12
187:16
188:14 190:5
206:15
251:16 257:9
258:5 268:4
270:7,15,22
271:3,20
280:15,16
310:18
323:22 330:2
331:1
**meaning**
310:20
**meaningful**
79:16 107:6
168:19
230:15 232:5
290:25
314:13
**means**
15:21 34:17
82:1 176:22
186:17
187:17 247:3
258:10
269:21 283:8
**meant**
200:17
310:23
**meantime**
45:21 105:4
**measurable**
336:9
**measure**
42:21 108:3,
13 156:1
161:7 162:11
163:2 180:19
187:17
193:17,24
194:1 202:7,
11 223:9
232:10
254:4,13
307:1,15
308:17
309:4,14,22
311:5,6,25
330:24
335:15 336:8
340:22
**measured**
20:10 39:16
43:20 48:13
107:23,25
108:8,11
123:9 155:24
159:10
160:1,13
161:1 163:19
164:2 192:15
239:21 243:6
251:4 254:12
288:15
306:18 316:3
327:10 330:5
334:16
**measurement**
210:3 272:9
290:20 298:8
340:16
341:15
**measurements**
158:17
161:22
162:23
271:21
286:23
288:18
298:22
301:10
306:21
**measures**
191:5 192:6,
9 224:12
225:15 226:8
344:2,11
345:3,6
**measuring**
36:13
108:16,24
166:22
167:15
189:10
191:17
222:25
223:15,20
252:6 331:21
**meat**
177:6 193:9,
10 233:8,9,
16,17 234:2
318:13,14,25
319:1 320:25
321:1 323:2,
6,10 324:6
334:4 340:15
342:12
**meats**
170:1,25
171:19
176:17
177:19,20,21
205:25 228:9
234:5 235:3,
20 237:11
297:14
316:2,3
317:6,7
318:22,23
319:8,21
320:2,8,9,
13,18 321:14
322:7 323:14
334:6 342:9,
24 343:14,18
**mechanism**
33:1 124:6,
8,21 218:17
**mechanisms**
111:15
**med**
82:15,22
84:24,25
**media**
30:12
**median**
190:5 197:7,
15 199:1
200:12

201:9,21 275:18 319:14,19 321:21,25 323:21,25 324:13,19 325:3,8 326:8 342:22 343:3,14,15, 18
**medical** 28:14,18 29:1,5,15 62:14,16 65:6 70:25 75:24 83:10, 11 155:1 180:12 282:19 284:14,15
**medication** 252:17
**medications** 193:5
**medicine** 37:20,25 38:16 39:3 71:3 156:21
**medicines** 65:8 150:10, 12
**Medline** 56:10
**meet** 36:11
**meeting** 75:10 280:2
**memory** 155:7
**men** 211:6,8,11
**mention** 29:5 33:1 307:6 339:16,18
**mentioned** 22:12,13
60:15 87:9 112:16 114:19 134:1 155:10 171:2 291:4 308:13
**Merit** 8:11
**message** 78:12
**messed** 273:4
**metabolic** 121:17
**metabolism** 12:24 14:4, 12 15:10 27:3 29:11, 14 40:22 41:15,25 57:6,7 67:20 71:7,21,22 72:12 73:4, 9,12 74:2,18 75:3 87:6 99:18 101:4 105:6 111:22 114:18 121:23 122:3 131:21 218:20,24 251:18,25
**metabolite** 42:1 73:22 74:5 88:14 89:2,7,15 94:20 95:3, 9,22 98:22 99:6 100:12 101:10 102:13 103:4,14 104:7,18 105:14 108:8 120:13,15,20 121:3,7 123:20 126:5,14,23 127:16
128:2,14 129:13,25 134:11 135:2,7
**metabolites** 105:8 107:5 120:11 123:9,15,16 124:1
**metabolizatio n** 111:16,22,25 112:1,3,16
**metabolize** 37:13 111:11,12
**metabolized** 44:12 54:1 131:17 327:11
**metabolizes** 41:4
**metabolizing** 53:23 54:7
**metadata** 298:7
**metaplasia** 154:14
**methanol** 132:10
**method** 101:16,20 105:1 132:22 164:22 301:19 303:12
**methodologies** 304:20 312:8
**methodology** 16:2,6,14 17:8 20:21 21:1 23:9,13 26:19 27:7 45:11 78:8 99:21 100:1 103:23 109:6,9
154:24 180:7,10 181:9 290:8 292:12 298:7 303:21 315:14,17,19 320:23 322:5 327:23
**methods** 155:9 208:16 289:23,25
**methyl-diazonium** 218:20
**Michelle** 7:16 8:9
**microflora** 131:17
**micrograms** 243:25 244:1 248:1,4,8 250:7 257:5, 12,18 258:1 260:18 261:1,12 263:5,9,15
**microinvasive** 141:7
**micromole** 292:21 293:6,7 346:4
**microphone** 145:17
**middle** 131:11 207:15 243:18 286:15,17
**midnight** 209:11
**milk** 203:14
**milligrams** 152:5,13 153:17,20 347:9

**milliliter**
268:6
**milliliters**
243:24
246:15
**millimolar**
185:10,19,25
186:3,24
189:20
192:22
196:16,20
338:18
339:17
**millimolars**
138:16 139:5
**millions**
304:9
**mimic**
188:20 189:2
**minimize**
203:16
**minimum**
184:25
196:18
**minor**
118:5
**minutes**
48:7,13,20
174:22
214:21
253:3,11
335:1
**Mirvish**
91:11 142:18
143:19 148:2
**Misrepresents**
25:21
**missed**
32:8 233:19
**missing**
78:25
**misspoke**
186:21
**mistake**
272:24
273:24
275:12
**mistakenly**
271:2
**misunderstood**
186:20
**misworded**
275:13
**Mitch**
16:8 17:3,12
18:9 19:5,8
20:4 22:1,7,
15 27:9,22
43:3,6,14
44:1,8,15,20
45:7 46:24
50:24 71:7,
16 73:1 74:9
83:7 85:7,8
86:14 87:15
101:17
139:21
168:21
179:11,22,24
180:8 183:7,
12 184:18
196:12 198:8
200:19 201:2
262:2 286:6
287:14,18
294:25
303:24 304:6
306:11
**Mitch's**
19:23
**mm**
200:5
**mobility**
132:23,24
**model**
264:8 265:2
274:2,4,6,9
275:6,24
276:1 278:3,
4
**modeled**
267:1 275:22
**modeler**
278:16
**modeling**
27:17 262:24
263:3,13,20,
22 264:1,5,
7,22 265:6,
13,21 266:3,
5,9,19,22,24
267:3,4
269:1,8
275:6,20
277:16
278:8,18
**modern**
334:5
**moiety**
91:1,4
125:24
144:18,23
145:4
**molar**
136:16
196:17 200:5
221:25
**molecule**
13:13 89:9
90:2,21
91:1,5,12
92:2,12
95:17,24,25
96:6,7 97:5,
14,21 98:5
99:16 101:10
102:16
103:7,18
112:8 113:8
124:3,22,24
125:1 133:6
**molecules**
98:8 110:12,
19 113:9,16
**moment**
10:16
**Monday**
7:7 80:21
**monitor**
46:3,15
**monitored**
168:23
**monitoring**
46:9 241:19
260:17,25
261:11 263:8
305:12
**monkey**
48:21 242:17
**Month**
240:15
**months**
17:4 256:5
**morning**
6:8 9:3,4
208:23
209:1,10
212:22
**mouse**
48:21 88:24
242:17
**move**
37:1 46:12
64:8 133:6
152:8 225:5
298:19 348:1
**moved**
138:23
**moves**
221:22
**Moving**
292:16
**MPK**
51:6
**mucosa**
140:19
222:15
**multiple**
19:22 111:15
112:3 115:11
128:9 159:20
282:12
310:20
**mutagenic**
139:9 218:5,
10,14
**Mutation**
137:17

**mutations**
138:5
**myocardial**
211:15

**N**

**N-**
94:21
**N-NITROSAMINES**
240:20 241:2 286:4
**N-NITROSO**
78:21 137:6, 7 142:16,22 148:3 154:12 165:6 203:19 204:13 205:7,11,13 207:3 210:1, 2,8,15 226:7
**N-NITROSODIMETHYLAMINE**
14:16,17 215:18 288:15
**N-OXIDE**
123:16
**NA**
341:16
**name**
7:11 9:5 13:13 59:6 77:1 117:19 118:7 183:6, 23 197:10 228:1 281:19 282:20
**Nano2-to-ranitidine**
196:17
**nanogram**
196:21
**nanograms**
35:5,22 36:1 39:17 212:22 244:22 250:14 252:13 268:6 304:9,12 305:6
**NAP**
59:15,25 61:3,19 86:2 182:15,20
**Natalia**
75:9,18,19
**National**
275:16
**NDELA**
242:1
**NDMA**
14:18,23 15:7 16:10 19:21 20:3, 8,15 21:19, 24 22:11,14, 22,25 23:2, 5,11,24,25 24:17,18 25:15,17 26:9 27:14 33:6,9,22 35:5,16,19, 22 37:6,15, 22 38:2,19, 25 39:17,18 40:2,3,5,15, 17,18,22 41:3,9,15 42:1,14,15, 20,21,22 43:10,12,13, 19,25 44:4, 5,6,11,18,20 47:1,24,25 48:6,12,19 50:22 51:15, 25 52:9,14, 22 53:11,23 54:1,7,16 59:14,24 60:7,13,22 61:3,5,18,20 63:23,25 64:2 65:12, 23 66:10,24 67:2,9,14,15 68:3,4,15,16 69:7 71:18, 20 72:10,14, 25 73:1,5, 18,19 74:10, 11,13,16,17 77:24,25 86:8 87:3, 12,22 99:22 100:8,17 101:21,24 102:1 103:25 106:12 107:8,11,15, 17 109:24 111:12,24 112:22 113:11,14 114:1,3,25 115:2,21,22 119:8,16 147:20 152:22,23 153:4 164:2 166:23,24 167:16 169:15 170:3,7,24 171:18 173:6,19 174:6,21 175:8,15,22 176:16 177:13,20 181:23 182:6,14 183:2 184:3, 25 185:3,8, 11 186:7 196:11 199:7 212:22 216:1,19,23 217:4,20,23 218:5,9,17, 24 219:1,8 220:3,14,22, 23 231:15,23 232:9,23 233:7,15 234:10 235:1,12,18 236:23 237:6,9,15 239:14 241:25 242:4,11 243:7,25 244:7,8,22 245:10,11, 21,22 246:8, 9,13 247:24 248:1,9,22 250:7,8,12, 14 251:2,17, 19,22,23,24 252:7,13,14, 18 253:1,10, 17 254:10, 17,18,22,23 255:1,5,8, 13,14,21 256:5,16,19 257:5,11,14, 17,19 258:1, 3 260:18 261:1,12 262:13 263:1,5,9, 15,20 264:5, 7 265:8,13 269:8 277:2, 12,24 278:3, 6 286:23,25 288:15,18 292:6,20,25 293:19 294:10,14 295:7,18 297:8,11 298:21 299:4,8,23 300:13 301:10,12

302:3,23,25
303:13,15
304:10,12
305:6
306:18,21
307:1,15
308:17
309:4,14,23
317:6,12,19
318:5,12,21
319:5 320:19
321:2,13
322:22
323:15 324:4
326:9,23
327:11 328:5
329:5 333:3
340:22 341:8
342:10,22
343:18 345:3
346:3,8
347:11,14

**NDMA-CONTAINING**
243:22
246:14

**NDMAS**
85:25

**NE**
3:3

**necessarily**
126:2 197:24
202:12
337:22

**necessary**
65:2 120:1
200:6 241:13

**need**
18:2 24:22
29:7 32:5
45:20 73:23
74:6 84:10
93:21
109:10,11
112:10,11
139:13,24
143:25
150:16 176:8
185:16 188:9
193:24
202:10
230:15
244:13
245:16
247:12
248:14
259:7,11
261:19 262:3
263:20
272:5,12,17
275:2 276:4
298:14
307:23 310:7
314:14 324:7
328:9

**needed**
102:22

**needs**
249:7

**negative**
313:2,6
322:1

**neoplastic**
154:6

**never**
37:14 103:8
104:5,16
159:23
161:20,23
162:9 200:9
247:5 262:12
338:5

**Nigh**
4:4,6 9:2,5
10:18 11:3,
22 24:14,23,
24 25:9,22
26:5,14
28:12 29:22
31:6 33:11
35:3 37:1,3,
11 38:4
39:1,14
40:1,10,21
41:2 42:8,18
43:1,23
44:16 46:10,
13 47:8,19
48:3,9 49:3,
6,12 50:17
51:21 53:3,
18 54:5,17
55:5,10,15,
17,22 56:1
58:24 59:20
60:5 61:13
62:4,8 67:22
69:1 70:14
71:14 72:5
73:10 74:3
75:1 76:20
78:9 79:18
80:2 81:14
82:2 83:1,15
85:22 86:6,
12,23 87:13
88:1,9,16
89:13,22
90:6 91:2,9,
15,24 92:8,
18,22 93:24
95:14 96:4,
15 97:11,18
98:2,16 99:3
100:3,18
101:5 102:3,
6 103:1,12
104:3,13
105:11
106:2,7,8
107:10,13
108:5,21
109:22
110:4,11,21,
24 111:4,7,
20 112:13
113:6 114:16
116:11,22
117:2,6
119:19
120:22
121:15
122:5,24
124:16 126:9
127:9,23
128:11,19
129:22
130:10,18,23
134:15,23
135:5,13,18
137:15
140:2,8,13
142:6,11
143:18,25
144:4,5
145:3,23
146:1,3
147:17
148:1,13
149:13 151:9
157:6,15,21
158:10
159:2,17
160:7,15
161:12,19
162:8,19
163:14,21
164:9 167:7,
23 169:2,13,
23 170:5,18
171:5,13
172:4,16
173:22
174:3,18
175:1,23
177:14
178:10,16
179:19
181:4,11,19
182:2,19
183:20 186:2
187:15,24
188:2,11
189:9 190:1,
11 191:1,14,
25 192:13,20
193:1,15
194:5,15
195:8,17
196:3 198:19
199:20
200:23
202:6,19,23
204:8,21

206:13 208:5,14 210:24 212:14 213:5 214:3,20 215:4,14,17 217:8 218:3, 16 220:21 221:14 224:8 225:5,9 226:3 227:1, 15,24 228:21 229:22 230:11 231:21 232:16 233:13 234:4,14,21 235:7,16,24 236:7 237:4, 19 238:15 239:17 240:3,9,13 242:19 243:12 244:18 245:3,18 246:5 247:15 248:16 249:1,10,12, 19 250:1,22 251:7,13 252:23 253:8,15 254:1,14 255:10,18 256:2,17 257:21 258:17,19, 23,25 259:6, 15,18,20 260:9 263:2, 23 264:10,16 266:1,13 267:7,12 268:14,19,23 269:24 270:13 271:5 272:6,22 273:16 274:14 276:6,9,11, 17 277:7,18 278:7,22 279:5,21,23 281:4 282:6 283:3,19 284:10,23 285:13,25 286:8 287:13 289:16 290:11 291:24 292:13 295:10,23 296:23 299:15 300:5,19,21, 24 301:3,6 303:7 304:1, 15 305:1,16 306:7 307:12 308:12 309:1,10,18 310:5,16 311:16,18 312:3,20 313:8,23 314:17 315:5,23 316:7,15 317:16 318:1,10 319:2,7,18, 24 320:7 321:8,16 323:7,20,24 324:23 325:14,22 326:5,21 327:15 328:17 329:1,17 330:1,20 331:19 333:8,17 334:21 336:1,14,24 337:11,18 338:9 339:1, 15,22 340:19 341:2,19,22 342:2,5,7,15 343:1,22 344:9,20 345:1,16 346:12,14,18 347:18,22 348:1

**night**
209:1,11

**nighttime**
213:16

**nitrate**
203:19,20,22 204:3,10,12, 18,25 206:18

**nitrate/ nitrite**
206:7

**nitrite**
33:18 49:9, 15,18,24 50:2 65:22 109:25 110:1 136:17 138:4,14 139:2 142:23 147:18 148:4,15,18 184:5 185:2, 8,9,11,19,25 186:8,11,12, 18 187:9,17 188:13,14 189:5,11,15, 17 190:6 191:4,6,12, 18,19 192:6, 9,15,16 193:3,4,12, 17,23,25 194:1,10,20, 23 195:11,20 196:10,25 197:6,15,21, 22,25 198:1, 13,25 199:6, 9,11,14 200:12 201:8,20 202:2,3,9, 11,12 204:17 205:7,11,13, 16,24 206:2, 17,18,24 207:3,5,9 209:20 213:15,17,22 214:7,8 221:18 222:1,13 228:10 229:16 230:5,20 231:12,25 232:1 236:21 239:13,21,22 292:8,19,21, 23 293:11 295:2 317:12,19 318:4 329:8, 20 330:4,6, 7,23,24 331:1,8,13, 17,21,23 332:5,13,15 333:10,12, 14,15,21 334:3,6,16, 17 335:1,15, 16 336:7,9, 18,19 337:5, 6,14,15,25 338:1,3,11, 15,17 339:3, 4,20 340:8, 14,18 344:2, 3,12,13 345:6,7,12 346:2,4,6

**nitrite-containing**
228:9,17

229:2 238:2, 9,25 239:3
**nitrite/ ranitidine** 136:20
**nitrites** 190:14,20 194:8,18 226:10,16
**nitrogen** 142:24 210:3
**nitrosamine** 78:19 150:13 164:20 175:17,21 243:14
**nitrosamine-containing** 243:2,8
**nitrosamines** 78:14,21 79:9 143:12, 20 144:6,12 149:17 150:2,3 152:20,25 153:3,9,16, 24 164:3,17 166:1 168:5, 11 169:4 172:11,23 173:5,7,8,19 174:6,20 175:7,14 176:3 178:24 179:14 180:3 241:11,18,23 290:14 294:10 310:11,12 311:22 312:7 313:10 314:25 315:8
**nitrosated** 135:24 137:18 139:11 146:6,8,10 223:1,9,21 224:13 225:16,23
**nitrosating** 144:12
**nitrosation** 69:9 82:17 83:4 85:4,10 143:13,21 144:7 146:13 182:20 196:16 226:9
**nitroso** 136:22 138:4,13 139:1 146:7 149:4 154:7 222:1
**NMOR** 241:25
**NMR** 121:10
**no-adverse-effect** 137:5 226:6
**NO-COMPOUNDS** 142:25
**NO-DERIVATIVES** 143:7
**noise** 77:17 78:2
**noncancer** 220:9,14
**nonclinical** 62:25 63:13 71:4
**noncured** 170:1 176:17 177:19,20,21 297:14 316:2,3 317:6 318:13,14, 22,23,25 319:1,8,21 320:8,12,18, 25 321:14 322:7 323:10
**noncured-meats** 347:12
**nonfasting** 192:9
**nonoral** 146:11
**nonranitidine** 231:25 233:9,17 235:2,19
**nonresponsive** 37:2 46:12 225:6 295:11
**nonsmoker** 344:4
**noon** 111:1
**normal** 45:4 185:21 344:15 345:10
**Notary** 8:12
**noted** 164:19
**notes** 10:5 11:4,7 228:3 289:10
**notice** 29:19 30:1
**notification** 4:8 65:7
**November** 78:11 80:17 83:16 267:19
**nowadays** 36:9 262:1
**NRB** 213:15
**null** 312:15,23
**number** 30:20 58:2 122:10 123:4,24 131:10 132:7 133:10 152:3,19 172:18,20,22 175:12 178:8 196:6 216:10,11 227:8 253:20 262:8 273:5, 10 275:8 289:9 319:16 334:10 335:6
**numbers** 44:7 48:16 234:17 271:6 272:17 273:22 318:18 319:13 338:22
**numerals** 216:10

### O

**O'TUEL** 3:7
**O6-methylguanine** 218:19
**oath** 4:11 7:25 8:2 31:17
**object** 50:9 79:17 126:7 173:21 244:23 304:14 346:12,18
**objection** 8:7 24:2,21, 25 25:21,24 26:11 27:25 31:4 33:7 34:1 37:8 38:3,22 39:6,23

40:8,13,24
41:17 42:16,
23 43:5
44:9,22
47:5,16
48:2,8 49:10
51:17 52:23
53:14 54:3
59:17 60:1
61:9,25
67:17 68:18
70:11 71:9,
24 73:6,15
74:22 78:3
79:10 81:13,
23 82:23
83:9 85:12
86:3,10,17
87:5,24
88:4,12
89:10,18
90:3,22
91:6,13,19
92:4,13
93:20 95:12
96:1,9,24
97:16,23
98:14,25
99:9 100:14,
21 101:13
102:5,18
103:9,19
104:10,21
105:19
106:13
107:12
108:2,18
109:2 110:2,
9,15 111:17
112:5,25
114:4 116:2
119:17
120:21
121:25
122:21 124:4
127:1,19
128:6,17
129:18
130:5,13
135:3,9
139:22
141:15
143:16
144:25
146:23
147:22 148:7
151:8 157:3,
14,17 158:3,
19 159:12
160:2,14
161:9,25
162:13
163:5,20
164:4 167:1,
19 168:14
169:7,19
170:4,9
172:1,15
173:25
174:8,23
176:18
177:24
178:13
179:16
180:25
181:24
182:18
183:15
185:13
187:12
188:17
189:22
190:7,22
191:7,21
192:10,18,23
193:6 194:3,
11,24 195:14
198:2 199:12
200:15
202:4,15
204:5,14
206:3 208:2,
10 210:17
211:25
212:18
213:25
214:12
216:24
217:25
218:11
220:17
223:23
224:18
225:19
226:17
227:22
228:18
229:19
230:7,23
232:2
233:11,23
234:11
235:4,13,21
236:6 237:2,
17 238:11
239:6,24
240:7 242:12
243:9 244:10
245:13 246:2
247:11
250:16
251:6,10
252:20
253:5,12,18
254:6,19
255:17,24
256:11
257:20
262:20
263:18 264:2
265:23
266:10
268:10
269:19
270:11 271:4
272:2,11
273:2 274:11
275:21
276:14
277:3,14
278:1,13
279:11 282:4
283:1,14
284:5 290:11
292:13
295:10
299:15 300:5
303:1,19
304:17
305:10 306:3
307:3,19
308:19
309:6,16,24
310:14
311:23
312:17,25
313:15 314:8
315:1,10
316:5,11
317:14,21
318:7,24
319:6,9,22
320:4,21
321:15
323:5,17,23
324:14,21
325:11,19
326:2,20
327:14
329:14,21
330:9 331:3
332:16
333:16
334:19
335:17
336:12,20
337:8,16
338:6,21
339:9,21
340:10
341:1,11
342:11,25
343:20
344:5,17
345:13
346:19
347:22

**objections**
8:6 24:25
25:23 134:16
144:1 171:6

**objective**
292:4,5,12
317:23
319:10

327:21 329:4
**objectives**
298:2 317:25
**observation**
115:8 206:22
**observations**
164:19
**observed**
127:5 165:4
179:1 260:17
**obstacle**
79:5
**obtain**
83:25
**obtained**
143:12,20
144:6,12
153:18
221:23 223:3
**obviously**
263:24
291:21
**occasions**
287:14
**occur**
119:10 120:2
136:21
220:7,15
294:14
**occurred**
70:15 103:7
132:14
157:24
162:24
165:21
**Occurrence**
142:18
**occurs**
265:9
**October**
93:5 95:8
102:17 128:1
196:8 199:25
**office**
9:21,22,23
32:5
**okay**
10:1,20
11:9,16,21,
23,25 12:19
13:5 14:7,23
15:22,24
17:11 18:6,
12,18 26:15,
17 28:15
29:10,17
30:3 31:10
32:2,14,16,
22 33:2
39:15 41:9
43:2 47:9,20
48:24 49:3,
17 53:19,25
54:6,17
55:6,17
56:2,6,15,18
57:10,20
58:1,3,9
59:9 60:24
62:5,12,17,
23 63:20
64:14,19
66:6,17 68:2
69:2 71:5
75:7,22
76:16,21
79:19 80:16
81:10 85:2
90:15 93:2,
9,18 101:6
111:4
116:11,13,23
117:7,18
118:9,21
119:20
122:18
126:20
130:19 132:7
133:9 136:7
145:13,18,21
149:6 152:2
153:13 159:3
163:23
164:14
175:16,17,
21,22,24
178:19
179:17
181:11
182:22
183:10,21
206:5 207:8
208:15
209:25
214:20,22
215:4 218:4
221:10
224:10
225:10,13
226:4 233:24
237:14,20
238:12
240:10
247:8,22
249:10
256:12
257:24
258:10,14
272:23
276:2,8
278:22
279:22
281:25
284:23,25
285:21,24
286:14,19
287:8,9,11,
19 288:2,3,4
289:2,18,21
290:2
291:10,24
292:3,16
293:4,14,17
294:1,17
295:12,16
296:7,10,19,
22 297:2,6,
19 298:12,
15,19,24
299:3,7,11,
18 300:11,
17,21 301:17
306:8 318:11
328:11,15
329:2 333:20
334:22
341:25
345:21
347:3,18,24
**older**
153:23
**Oliver**
63:10,11,12
**omeprazole**
192:16
337:15
338:16
339:19
**once**
42:21 295:5
**oncology**
212:20
**one**
16:7 19:13,
17 23:2
24:16 25:14
30:6 31:9
32:1,25
34:22,25
38:24 50:23
53:19 54:9
55:22,23
58:2 62:18
63:23 66:18
78:17 83:24
92:10 96:6
106:22
124:25 128:8
131:14
133:25
134:1,4,5,8
135:20
137:16
138:12 139:1
148:21 149:1
150:1 155:11
159:14 160:6
161:18
163:12 167:9
170:20
171:15
172:18,20,22

174:19 175:2,6,22 178:6,15 179:10 182:16 183:7,16 185:10,19,25 186:3 189:3 202:24 203:3,4 208:17 219:15 226:9,18 228:4 229:15 230:2 232:18 238:22 245:5 248:17,20 257:2 271:13,22 272:18 276:10 289:3 290:15 291:8 294:15,20 305:4 310:8 317:4 325:16 327:10 328:2 332:25 334:2 335:8 343:11

**one-tenth** 186:24

**one-three** 48:14

**one-twentieth** 170:2

**ones** 155:6 336:17

**ongoing** 65:19

**online** 58:5

**open** 57:23 328:4

**opinion** 19:10,14,18 29:4 51:9 162:16 167:3 229:4 231:18 244:25 245:1 261:5 262:6 292:10,11 303:22 322:13

**opinions** 18:13 21:16 25:4 28:18 29:1,15

**opposed** 306:2 324:12

**oral** 68:14 221:17 222:12 347:9

**orange** 243:23 246:23 248:3,7,19 250:6,14 252:13 257:10,25

**order** 8:4 111:13 112:21 177:16,23 193:21 194:21 263:22

**organ** 154:8

**organization** 29:4 66:7 215:23 221:8

**organizational** 15:10

**original** 120:16 200:4

**outcome** 7:15 16:25 47:18 297:7 298:3 313:5

**outcomes** 80:10 212:12 297:3,6,8,23 298:23

**outside** 6:15 9:7 52:5 167:22 279:20 322:11 324:17 330:18

**ovary** 136:25

**overnight** 187:21

**oversee** 38:8

**oversimplify** 113:19,21

**overwhelming** 218:5

**oxidation** 95:23

**oxidative** 89:16 95:4,10,23 98:23 99:7 100:19,24 101:11 102:14 103:5,16 105:15 124:11 125:5,9 126:6,15,25 127:17 128:4,16 129:15 130:1

**oxide** 210:4

**oxygen** 132:6

**P**

**p-value** 324:20 325:4

**p.m.** 116:16,18,21 181:15,18 214:25 215:3 249:15,18 279:1,4 285:4,7 328:20,24 348:9,13

**P450** 41:14,21,24

**page** 4:2,16 13:6 14:15 30:3,15 55:12 56:3 57:13 58:1,5,10 62:10 64:20,22 75:8 78:10 80:3 93:3,4 94:1 118:22 123:6 133:10 137:3 138:19 139:11 143:5 145:14 146:1 149:16,25 152:2,18 154:4,15 165:11 168:3 197:3 198:23,24 199:22 200:24 201:5 209:3,25 215:16,19 216:10 219:20,23,24 222:21,22 227:25 237:22 238:21 240:25 243:13 250:4 267:22 269:11 270:5,15 271:18 287:10,21 288:3 290:2 294:2,3 297:2 327:6 331:20 334:23

**pages**
93:3 122:11 138:23 145:14 296:4 331:21
**paired**
321:20,25 324:12,19 325:3,7 326:8 332:4 333:11
**Papantonio**
3:22
**paper**
16:12,17 19:9,10,14, 18,23 20:5 23:10 24:11, 12,20 27:9, 22 28:6 43:22 44:15 46:23 49:16 94:7 110:6 114:9 115:6, 9,10,14 138:18 154:24 155:3,6,17 160:19 171:21 172:3 183:5,9 184:19 185:6,12,14, 17 187:3 203:9 205:3 206:5 223:12,24 224:24 225:6,7,8 226:24 229:6,8,9, 10,14,20,25 230:2,3 243:11 245:16 247:7 261:5,7 262:2,6,12 287:6,15,23 289:15 290:9,10 291:13,17, 18,19,25 292:4 293:15,18 296:7,11,20, 24,25 304:6 308:3,14 316:13 334:22 336:23
**papers**
19:22 78:14 184:21 185:5 303:24
**paperwork**
94:14
**paragraph**
66:13 69:3 81:17,18 84:13 123:6, 8,14 131:11, 14 164:16 165:13 205:12,13 207:15 213:8,10 216:15 222:10 243:18,20 286:15,16 290:4 294:4 295:14 297:3 334:24
**paragraphs**
217:14
**Paralegal**
3:22
**parameter**
276:12
**parameters**
274:2 297:10
**paren**
297:11,13
**parentheses**
151:1 298:22 319:15 324:8
**part**
7:1 13:25 14:4 16:18 17:22,23 22:5,18,24 27:4,15 30:12 32:8, 15 33:17 36:24 38:9 41:25 54:13, 15 61:1 62:16,22 63:14 67:20 78:8 86:19, 20 91:1,4,12 92:2,11 98:8 99:18,23 100:1 101:9 102:15,24 103:7,18 106:22 108:10 154:22 163:10 168:16 172:19,21 180:11,17, 18,23 197:13 198:20 199:16 200:10 232:18,19,20 242:14 266:24 267:6 275:14 279:17 289:19 290:8 291:7 305:12,15 308:8 321:4 324:16 333:1 325:9,12,16 347:9,12
**partial**
211:18
**partially**
26:24
**participants**
6:9,22 289:23
**participate**
16:23
**participated**
119:22
**participating**
7:21 107:2
**particular**
59:19 73:24 74:7 129:4 132:24 148:9 218:19 241:16 286:11 338:23
**parties**
8:5
**partitioning**
267:15
**parts**
46:11 308:4
**party**
7:14
**pass**
113:11
**past**
79:5 224:16 225:17 276:2 342:4
**path**
167:22 180:13
**pathways**
119:10 120:2
**patient**
36:18 45:20 211:15,16,18 331:9 332:5
**patients**
36:7,22 137:8 164:19,20 203:12,21 211:3,9,14, 21 212:15 223:2,11,22

224:14 225:17 289:25
**Patrick**
117:8 118:22 120:25 121:6
**pauses**
188:4
**pay**
37:18 38:14 57:24
**PBPK**
265:2,4 266:9 274:4, 6 275:24
**Peachtree**
3:3
**peak**
132:18 189:20
**Penner**
3:14 4:5,7 10:15,20 24:2,21 25:21 26:11 27:25 31:4 33:7 34:1 37:8 38:3,22 39:6,23 40:8,13,24 41:17 42:16, 23 43:5 44:9,22 47:5,16 48:2,8,25 49:10 50:9 51:17 52:23 53:14 54:3, 19,21 59:17 60:1 61:9,25 67:17 68:18 70:11 71:9, 24 73:6,15 74:22 78:3 79:10 81:13, 23 82:23 83:9 85:12 86:3,10,17 87:5,24 88:4,12 89:10,18 90:3,22 91:6,13,19 92:4,13 93:20 95:12 96:1,9,24 97:16,23 98:14,25 99:9 100:14, 21 101:13 102:5,18 103:9,19 104:10,21 105:19 106:7,13 107:12 108:2,18 109:2 110:2, 9,15,23,25 111:17 112:5,25 114:4 116:2, 13 119:17 120:21 121:25 122:21 124:4 126:7 127:1, 19 128:6,17 129:18 130:5,13 134:12 135:3,9 139:22 140:6 141:15 143:16,23 144:2,25 145:16 146:23 147:22 148:7 151:8 157:3, 14,17 158:3, 19 159:12 160:2,14 161:9,14,25 162:13 163:5,20 164:4 167:1, 19 168:14 169:7,19 170:4,9 171:2 172:1, 15 173:21,25 174:8,23 175:19 176:18 177:24 178:13 179:16 180:25 181:24 182:18 183:15 185:13 187:12 188:1,17 189:22 190:7,22 191:7,21 192:10,18,23 193:6 194:3, 11,24 195:14 198:2 199:12 200:15 202:4,15 204:5,14 206:3 208:2, 10 210:17 211:25 212:18 213:25 214:12,22 216:24 217:25 218:11 220:17 223:23 224:18 225:19 226:17 227:22 228:18 229:19 230:7,23 232:2 233:11,23 234:11,19 235:4,13,21 236:6 237:2, 17 238:11 239:6,24 240:7 242:12 243:9 244:10,23 245:13 246:2 247:11 248:12,23 249:3 250:16 251:6,10 252:20 253:5,12,18 254:6,19 255:17,24 256:11 257:20 258:15,22 259:3,13,16, 19,25 262:20 263:18 264:2,14 265:23 266:10 268:10 269:19 270:11 271:4 272:2,11 273:2 274:11 275:21 276:2,8,14 277:3,14 278:1,13 279:11,16,22 280:25 282:4 283:1,14 284:5,25 285:9,10,20 286:14,20 287:8,12,20, 22 288:2,5 289:2,6,14, 22 290:3 291:10,16 292:15 294:1,6 295:12,15 296:3,6,10,

15,18 297:2, 5 298:12,16 299:17 300:7,17,20 301:2 303:1, 19 304:14,17 305:10 306:3 307:3,19 308:19 309:6,16,24 310:14 311:13,17,23 312:17,25 313:15 314:8 315:1,10 316:5,11 317:14,21 318:7,24 319:6,9,22 320:4,21 321:15 323:5,17,23 324:14,21 325:11,19 326:2,20 327:14 329:14,21 330:9 331:3 332:16 333:16 334:19 335:17 336:12,20 337:8,16 338:6,21 339:9,21 340:10 341:1,11,21, 23,25 342:3, 11,25 343:20 344:5,17 345:13,18,24 346:13,21 347:3,7,24 348:5

**Pennsylvania** 3:11

**Pennsylvania-issued** 6:6

**people** 14:1 22:16 24:17 25:16 26:8 45:13 46:1,18 52:3 59:7 62:18 67:19 86:20 114:6 139:25 148:20 150:25 154:25 156:20,22 170:23 171:17 176:23 177:10 187:5,10 193:18,24 202:13 209:18 230:9 253:22 281:13 282:19 304:19 314:24 329:20 330:22,25 338:1

**people's** 49:15 151:5 258:11 327:11

**peoples** 96:13

**percent** 132:11 155:17 164:25 166:3 191:11 243:24 245:11,22 246:9,19,24 247:4,9 248:8 249:2 250:8 252:14 257:6,11,25 258:4 268:5, 9,12,17 269:15,18 270:8,10,22, 23,24 271:7, 10,20 272:8, 10,25 273:9 311:20 312:6 313:9,16 314:23 315:7

**percentage** 247:4 258:4 268:4 269:13 270:7 271:3, 10,20 272:1, 8 273:12

**percentages** 270:23

**perfect** 124:25

**perfectly** 134:16

**performance** 30:24 58:6 123:9

**performed** 57:5 165:4 241:24 290:6

**performing** 59:15,25

**period** 62:15 69:4 158:6 209:4, 9

**periods** 207:19 208:9

**permeability** 132:5

**permitted** 132:6

**person** 8:1 28:18, 22,25 29:3, 13 62:24 63:1 80:12 114:17 118:9 188:15 195:7

**person's** 190:14,20 191:18 192:6

**personally** 24:8

**perspective** 53:2 168:18

**pesticides** 146:7

**Pete** 118:17,18,19

**petition** 27:11 28:7 185:6,7

**ph** 64:3 69:10, 17 120:1 147:8 166:13,21 167:14 184:10,16 196:11,17 198:15 213:14,16 266:8,14,16 276:25 277:10,22 278:11 292:8,24 293:12 295:2 329:7 332:5, 22,23 333:1 334:25 346:7

**PH.D.** 8:21

**pharma** 57:6

**pharmaceutical** 22:22 35:13, 15 45:18 46:7 52:15 73:22 74:5 147:5 338:23

**pharmaceuticals**

22:10 35:16 294:9
**pharmacokinetic**
29:14 71:8, 22 72:12 73:3,11,16 74:18 75:3 121:23 252:3 264:22 265:6 269:1 297:10
**pharmacokinetics**
12:25 14:4 29:11 73:9, 20 74:1 114:19
**pharmacologist**
32:24
**Pharmacology**
142:13
**pharmacovigilance**
46:2,19 65:9 180:13 195:5
**pharmacy**
65:17 66:2, 19
**phased**
265:16
**Philadelphia**
3:11
**phone**
9:14,16 11:14
**phrased**
105:22
**physically**
7:22
**physiologic**
292:9,23 293:1,11,22 295:6 311:1 329:8 346:6
**physiological**
49:19 50:2,3 120:3 184:12,23 185:21,24 186:4,23 187:8 189:15 194:22 202:8 295:19 329:19 330:22 332:13 339:8,17 346:9
**physiologically**
49:24 193:22 264:21 269:1 294:11,22
**physiologically-based**
265:6
**physiology**
106:21 276:12,13, 19,20 277:20
**pick**
15:6 24:10 32:14 34:23, 24 185:3 291:8
**picture**
39:9
**piece**
46:23
**pill**
36:1,6 37:23 38:2,19 39:16,17 40:3 67:15 68:4,17 147:21 239:23
**pills**
33:23 35:21 37:5,16 256:20
**PK**
27:3 67:20 87:7 267:4 274:25 275:25
**placebo**
108:15 176:15 177:3,18 231:14 232:11,12 234:9 235:19 236:22 237:10 316:2,23 317:8 318:9, 11,21 319:4, 11,12,20 320:1,8,9,19 321:5,6,12 322:6,17 323:4,16 324:5 326:9 342:10,14, 20,21 343:5, 15,19 347:10
**plaintiff**
7:7
**plaintiffs**
9:6
**plaintiffs'**
4:21
**plan**
18:13 26:21 27:1,6,16 29:8 214:5 238:4,10 239:5 264:22 265:5
**plans**
228:4
**plasma**
108:17,24 109:24 110:14 111:10,23 112:24 113:3,10,17, 23 114:2,23 115:1,18,21 231:23 233:7,15 234:10 235:2,19 237:9 267:14,16,24 268:5,16 269:12 270:8 271:19 273:12 297:10,12 298:22 299:4,12 322:16,22 323:4,12,15 324:4 326:9 342:10,23 343:5,13,18
**platform**
56:7,12 281:17,19,23
**play**
27:13 149:3 324:9
**plays**
218:21
**PLC**
3:6
**please**
6:2 7:18 24:23,25 25:23 63:21 64:7 65:1 81:17 104:11 106:7 134:15,20 145:1,16 161:14 170:11 171:21 175:19 179:8 182:1 185:15 188:1 194:12 195:16 207:23 234:3,20 238:19 246:3 248:13,23 249:4 260:8

264:15 265:5 270:4 279:16 287:9,21 288:3 295:14 296:12 311:15 316:12 326:4 345:20 347:4 348:7
**plus-30** 330:3
**point** 49:5 60:18 82:3 111:2,6 138:5 159:23 162:20 184:21 186:10,14 187:18 189:10 205:6 255:2 257:16 262:7,11 294:21 295:8 300:1 307:10 308:4 317:17
**pointed** 87:16 144:15 155:14 301:17 304:3 313:25 340:23
**pointing** 198:20 300:15
**points** 314:1,3
**policy** 18:19 47:12
**Polish** 149:17
**pollutant** 24:5
**population** 187:10 347:15
**port** 301:19
**portion** 97:14,21
**ports** 302:5
**position** 155:2 158:25 159:15 161:18 162:18 224:22 231:7,18 233:3 236:15 238:2,8 239:3
**positive** 312:16,24 313:2,5,13 314:7,23
**positively** 64:17
**possibilities** 225:22
**possibility** 106:10 126:21 147:7
**possible** 66:4 78:12 89:3,8,15, 20,25 90:19, 24 91:3,18 92:14 95:3, 9,15 96:20 97:7 102:13 103:4,15 104:8,19 105:15 112:1 119:24 126:5,14,19, 24 127:3,12, 16 128:3,15 129:14,25 139:14 148:3 179:4 220:25 226:8 241:17 260:18 261:1,12 263:9,16
**possibly** 64:18 96:17 101:2
**post** 130:11 182:24,25 231:19
**postapproval** 80:13
**postdoctoral** 12:14
**postulated** 167:25
**postulates** 72:11
**postulating** 23:1
**potato** 203:23
**potent** 136:14
**potential** 9:11 14:14 16:13 20:2,7 22:11 27:9, 12 33:19 36:15 37:21 38:1,18 64:1 65:11 66:10 67:9 69:12, 20 70:10,21 73:21 74:4 76:8 79:6 82:15 83:3 84:23 85:2, 9,17 87:12 106:4,15,16, 17 120:15,20 147:11 165:21 166:19,23 167:12,16 177:7 239:12,14 264:5 265:14 286:22 288:12 294:8 301:9 306:15 320:24
**potentially** 44:13 52:15 53:10 68:16 111:12 119:9 166:11 219:2,9
**POWER** 3:9
**PRAC** 69:11,18
**practice** 17:20,23 45:16 46:8 195:3 244:15 275:9
**precautionary** 34:11 35:9
**precedes** 64:25
**precise** 145:7
**precisely** 80:9 91:11
**preclinical** 141:25 217:16 242:16 262:15
**precursor** 120:12
**Precursors** 286:4
**predict** 275:23
**preliminary** 65:19 99:14
**prelude** 225:1
**preparation** 30:22 143:1 196:12
**prepare** 196:19
**prepared** 30:21 76:3 143:8 187:4

**preparing** 31:21
**presence** 6:16 20:8 35:19 64:2 65:21 89:25 90:19 95:15 210:6 239:12 331:17
**present** 3:21 6:3 7:22 10:1 52:14 120:6 125:24 169:12 171:21 206:6 213:7,13 287:1 301:14 347:1
**presented** 127:5 146:6 147:3 180:8 196:11 206:9 312:10 327:19
**presents** 6:6
**preservatives** 228:10
**presumably** 241:18
**pretreatment** 153:18 172:9
**pretty** 10:13 16:9 20:11 54:12 102:22 174:1 196:14 275:8 331:4,15 340:6
**Preussmann** 137:5
**prevent** 207:20 209:11
**previous** 21:9,11 39:10 51:5 55:20 134:20 139:9 231:2 236:11 269:21,23 270:1,3
**previously** 18:9 38:13 51:12 77:4 121:12,13 123:15 137:13 140:4 149:11,14 202:21 215:9,11,12 221:12,15,23 229:7 233:6, 14 235:8 238:17 301:7 335:7
**primarily** 147:16
**primary** 137:19 297:7 298:3,22
**print** 319:16
**prior** 81:4,22 198:22 199:22 201:4 334:4
**private** 6:13 65:17 66:1,19 73:13 74:20
**probable** 14:20,22,24, 25 15:1,4,6, 7 226:6 251:24
**probably** 15:4,6 19:1 22:13 41:22 57:6,8,18 71:3 84:18 86:19 100:25 105:23 151:4 155:6 187:21 206:23 216:5,8 217:13 233:19 271:9,14,16 273:13 274:20 281:24 296:4 300:10 305:13 310:22 313:4 330:11
**problem** 146:10 222:24 223:15 249:12
**problematic** 169:17
**procedure** 69:3 114:11 207:10,12 312:8
**procedures** 168:22 250:19 311:11
**proceed** 18:24
**proceeding** 6:10
**proceedings** 7:19 116:19
**process** 22:4,21 109:13 252:1 276:24 277:9,21 278:10,18 311:11
**processed** 228:9
**processes** 82:17 83:5 85:4,11 150:5
**produce** 65:12 222:13
**produced** 31:5 142:22 281:1
**product** 15:11,16,17, 18 17:21 45:25 63:24 66:24 82:8 97:4 120:9 124:14 129:9 156:15 256:15 279:12
**production** 149:4 281:3
**products** 7:10 15:19 30:9,19 69:5 132:16 156:18
**professional** 8:10 79:15
**profile** 43:9 45:3 251:18
**program** 275:18 281:5,7
**progress** 16:20 29:8
**project** 12:21 40:16 63:13 255:9 280:20 281:14
**projects** 13:7
**proliferation** 150:11
**promotes** 277:1,12,24
**pronounced** 141:5
**proof** 45:9

**proper**
293:23 298:5 308:5,6 310:22 315:12
**properly**
168:20,23 261:21
**properties**
14:9,13
**proportion**
40:3
**proposal**
27:4,12 104:24
**propose**
103:20,21
**proposed**
27:10 99:13, 17 124:5 129:17
**proposing**
102:19 103:2,13
**protein**
267:14,24 268:16 269:12
**proton**
32:11,17,21
**provide**
19:10,14,18 20:23 21:16 25:4,7 29:9 31:8 65:1 81:3,22 88:21 116:4, 9 142:4 151:15 155:4 160:5 162:6 163:9 164:6, 7 170:17 198:17 224:4 226:1 244:24 299:23 304:5 333:4
**provided**
119:3 121:2 274:20,22
**provides**
226:20
**providing**
25:10
**PSUR**
69:3,21 70:7,8,22
**public**
8:12 17:5 23:1 24:1 26:9 34:13
**publication**
16:1,7,8,9, 12,22 17:3,4 20:4,6,12, 14,18,20,22, 23,24,25 21:16 22:1, 4,19 23:5,7 26:18 44:25 56:9,13 58:11,17 116:8 148:9, 11 155:11 164:6 168:21 189:25 190:9 194:13 226:20 231:8 236:16 245:17 258:11 289:1 303:6 308:3 327:22
**publications**
22:2,15 190:24 200:22 240:15 242:15 295:8 340:13
**published**
17:15 20:4 22:16 23:22 56:21 59:1 85:8,24 101:18 137:17 140:14 142:12 156:11 185:5 189:13 214:4 227:4 272:14 302:10,18
**publishing**
22:23
**pull**
22:2 26:16 55:13 58:14, 18 78:5 145:9,17,20 215:10 249:23 276:18 285:14 287:8 289:12 291:10 296:10 329:2
**pump**
32:17,21
**pure**
251:23 255:9
**purely**
54:13 73:8 275:23
**purports**
202:1
**purpose**
6:17 283:18
**pursuant**
8:2
**put**
14:20 15:9 28:22 36:14 45:5,14 57:9 86:1 94:19 95:2,15 101:6 110:6 115:9 156:13 182:15 200:16 226:4,22 229:10 237:20 284:7 287:20 307:23,25 308:10 316:13 345:20 347:3 348:5,6
**putting**
124:10 231:4 236:12,13
**pyrrole**
143:8

**Q**

**Q1**
119:2,4,8, 15,18
**Q2**
117:22 119:2,5,20, 22,23
**qualifying**
273:12
**qualitative**
88:21
**qualitatively**
218:24 219:15
**quantitation**
101:21 220:1
**quantitatively**
219:17,24
**queries**
13:17,22 14:7
**query**
28:5,7 52:17 56:20 57:2, 3,4 118:1
**question**
20:1 24:13 25:12 27:20 28:3 33:10 37:4 43:24 46:11 49:22 61:11 63:5, 24 64:15

Case 9:20-md-02924-RLR Document 6169-1 Entered on FLSD Docket 12/30/2022 Page 1004 of 1164


81:18 90:5 97:10 99:1 104:12 105:22 108:20 109:19 113:7 116:6 122:23 126:11,12 127:11 134:16 138:22,24 140:9 145:2 147:24 148:14 151:6 152:1 156:7 158:1,13 159:3 160:4, 9,23 161:13, 17 162:25 163:7,16,23, 25 167:8,10 171:12,22 172:2 174:2 175:5 176:12 179:8,9 186:6 187:13 188:5 194:16 195:16 197:4 199:7 204:7 214:19 223:18 224:22 225:2,21 226:25 228:20 229:3 233:19,20,25 234:3 235:15 236:4 239:7 245:15,19,20 246:3 247:2, 13,14 248:17 249:3,8 250:25 257:13,23 259:6,8,17, 21,22,24 260:1,2,5,7, 10 261:4 263:12,13 266:12 268:13 274:13 275:5 277:8,20 279:14,17 280:23 283:2 301:8 303:4, 8 304:24 305:20,22 307:13,21 308:14,22,24 309:2,8,9,11 310:4,9 312:4,9,19 314:2,15,19 315:4,22 316:8,16,17 317:10 326:3 327:25 329:18 331:5 335:19 341:18 344:18,21, 23,25 345:2

**questionable**
23:14 137:6 290:23 303:25 313:7

**questioned**
303:9

**questioning**
156:9 180:23 181:2 311:14 335:11

**questions**
28:9 49:4 53:19 64:25 105:25 111:5 114:20 115:12 118:3,6 156:5,10,23 157:23 159:9,25 160:12 161:6 170:21 171:15 174:11 231:10 236:3,17 260:3 261:17 284:24 285:12 286:1 292:1 300:19,22 317:4 322:14 324:25 328:16 329:4 332:20 343:24 345:17,18 347:25 348:2

**quick**
94:19 110:19 113:9,13 128:25 133:6 204:15 257:2 275:4 294:20

**quicker**
113:3

**quickly**
77:14 85:16 196:14 273:22

**quite**
22:4,8 77:16 84:16 155:25 156:1 184:20 278:17 346:23

**quote**
67:6 236:8 273:21 275:10

**quoted**
273:10

**quotes**
28:22 228:6

**quoting**
275:5

**R**

**R1**
208:17

**R3**
211:15

**radical**
211:18

**radio**
98:5 99:20

**radioactive**
97:5

**radioactivity**
132:11

**radioisotope**
121:17

**radiolabel**
90:25 91:4 92:2 96:6,7, 23 98:10 100:2

**radiolabeled**
88:18,20 92:11 98:4 133:15

**radiolabeling**
89:23 90:7, 17 91:11 97:14,21 98:20 99:4 101:9 102:15 103:6,17

**raise**
163:2

**raised**
66:17,18 115:11 156:6 162:20 163:1 170:19,20 171:14 172:5 180:18 213:17 236:2,3 239:10

**raises**
71:7

**ramped**
301:20

**range**
184:2,16 185:7 187:10

198:12 292:23 293:10 319:15 322:1 324:8 333:6 340:3,5,6,7 346:5

**ranged**
274:16

**ranges**
185:8

**ranitidine**
7:10 13:10, 12 15:10 16:11 19:21 20:9 22:10 27:14 32:6, 9,11,16 33:5,8,16, 20,23 35:21 36:4,19,20, 25 37:5,13, 15,25 39:16 43:7,8 49:8, 14 50:21 51:1,14,24 52:9,16,18, 21 53:8,9,10 56:16,19 57:8 59:15, 25 60:8,13, 22 61:6,21, 24 62:14 63:2,3,9,17 64:1 65:11, 22 66:10 68:21 69:8, 9,13,17,20 70:4,10,16, 21 71:19,20 72:10,13 73:1,2,4,17 74:1,2,11, 13,17 77:22, 25 78:14,19, 21 79:8 82:16 83:3 85:3,9,18 86:1,8 87:2, 4,12 89:9 91:12 92:3, 12 93:14 94:2 97:13, 20 99:12,16 105:7 107:7 108:14 109:24 110:1 114:19 119:16 121:18,23 122:3 123:8 124:1,3 125:2,3 133:15,17 135:24 136:13 137:9,19 138:1,3,14 139:2,11 140:20,23,24 141:4,13 144:16,22,23 145:4,9 146:19 147:20 148:18 152:5,13 158:7,8 165:19 166:6,25 167:18 169:5,6,16 170:2,8,24 171:1,18,20 176:17 177:2,12,20 180:5 181:22 182:5,15 183:1 186:7 190:18 191:5 193:14,23,25 194:7,17,23 195:7 196:10,16,25 198:15 199:8 202:25 207:21 208:1,3,4,8, 19,23 209:4, 12,18,19 210:6,13,22 211:10,14 212:11 213:12,22 214:6 221:18,24 222:13 223:1,9,21 224:13 225:16,24 226:9,13,15 228:15 229:17 230:6 231:24 232:8,14 233:8,16 234:8,9 235:1,17 237:9 239:15,23 255:2,4,13, 15,22 256:4, 6,20 262:25 263:1 264:9, 23 265:2,9, 13 267:15,24 268:4,17,25 269:7 270:7 271:3 277:2, 12,24 278:4, 5 279:8 280:1,6 281:10 282:3 283:5,12 284:22 286:24 287:1 288:16 292:7,18,20, 25 293:18, 23,24 294:13 295:18 297:10,11 298:20 299:5,9,13, 14,20,23 300:12 301:12,14 302:2,24 303:12 304:9,11 305:5,7 306:19 307:2,16 308:18 309:5,15 311:21 313:11 314:24 315:9 316:3 317:7, 11,18 318:4, 13,22 319:11,20 320:2,12,20 321:14 322:7,17 323:4,10 324:5 326:8 328:6 329:6, 20 330:5,7, 23,25 331:10,14,18 335:8 337:22,24 338:2,8,25 339:4,5 342:9,13,23 343:6,14 344:15 345:9 346:1,3,7 347:9,14

**ranitidine's**
14:9,13

**ranitidine-containing**
30:8,18 69:5

**ranitidine-free**
209:5 210:5

**ranitidine-n-oxide**
133:14

**ranitidine-s-oxide**
131:18

132:17 133:16
**ranitidine-treated** 223:2,10,22 224:14 225:17
**rat** 88:24 94:23 137:19 140:19 267:16
**rate** 260:19 261:2,13 263:10 273:6 314:23 315:8
**rates** 242:11 262:13
**ratio** 136:20 331:12
**rationale** 228:5
**ratios** 196:18
**rats** 141:6,12 222:12 240:20 241:2
**raw** 212:4
**re-mark** 289:12
**reach** 59:7 84:7 114:1,7 115:1,15,21 223:13
**reached** 79:22 84:17 157:1,11,13,25 158:15 159:8,24 160:11 189:20
**reacted** 136:15
**reaction** 19:8 100:23 101:1 104:2 106:19 124:14,21 125:23 138:14 139:2 142:23 148:4 150:4
**reacts** 138:2,3 221:24
**read** 30:16,19 50:10 61:11 62:2 81:16 94:19 128:25 129:21 150:16 173:10 204:15 205:2 206:4 210:19 218:8 221:5,6 222:4 273:14 277:4,6 287:3 288:20 293:2,12 294:15 298:17 323:18 343:21
**readily** 146:6,8,10
**reading** 70:6 81:18 84:13 85:16 128:23 143:23
**reagent** 146:12
**real** 257:2 273:1 320:23
**realize** 149:7 230:13
250:2 251:15 273:19 283:22 311:19 321:9 333:9
**Realtime** 8:11
**reason** 15:1 19:25 56:24 158:23 176:20,21 216:25 254:22 261:22 262:2 306:24 307:11,13,17 308:15 309:3 314:22
**reasonable** 167:5
**recall** 24:19 25:12,18,19 26:6 31:1,9 41:5 42:13,19 46:22 47:22 48:22 49:7,13,16,17,23 54:6 56:15,17,18,20,23,24 59:13,18,23 60:2,6,9,11,14,17,20,23 62:3 76:13,15,25 83:12,13 84:3 86:4,11,24,25 87:2,8,19,25 97:24,25 101:15 107:22 108:6 109:23 110:7,10 111:8 115:15 120:19 124:7,20 134:24
136:4,6,8 145:6 148:8,11 150:21 151:10 155:5,7,11 169:20,24 170:21 171:16 176:13,14 178:11 182:7,21 183:5,24 189:24 190:16,23 192:11 195:18,23 199:15 200:17 201:15,16,23 203:7,9 209:24 214:1,5,9,13 216:7 223:12 234:25 235:5,8,9 237:12,18 239:8 240:5,8,23 242:9,13,20,21 243:10 244:11 247:7 253:19 256:7 281:22 282:22 289:15 322:10,14 329:3 335:7 336:4,7,21 341:13 344:6,7
**received** 30:21 64:23 65:7,15 119:1 203:21
**receiving** 164:18 313:10

**recent**
275:15
288:11
295:20
306:14
**recently**
65:18 105:23
173:12
**recess**
55:1 116:17
181:16 215:1
249:16 279:2
285:5 328:22
**recognize**
85:1 110:12
206:14,16
**recognized**
295:1
**recollection**
64:15
**recommend**
98:4 230:9
**recommendation**
69:18 91:17
167:4 221:3
223:14,17
224:4 226:21
227:3 228:24
230:9,14,18
231:5 236:14
**recommendations**
188:25
226:14
228:23
229:15 230:3
**recommended**
69:11,19
91:11 97:13,
20 230:4
**recommends**
223:3
**reconstitution**
203:23
**record**
6:9,13 7:19
10:16,22,24
11:1 19:2
54:24 55:3
58:3,4 59:4
116:15,21
145:15
181:14,18
200:4 214:24
215:3
249:14,18,19
278:25 279:4
285:3,7
328:20,24
348:6,9,11
**recorded**
6:10,12 7:5
210:8
**recording**
6:18
**records**
57:11,14,16
**recovered**
132:10
**Recross-examination**
4:7 345:23
**redirect**
4:6 300:23
348:3
**reduced**
220:25 334:5
**reduction**
133:13
**reestablished**
15:9
**refer**
16:7 57:16
84:15 92:5
117:25
287:17
**reference**
20:11,19
21:9 22:19
24:11 56:12
78:5 93:15
134:19
151:2,15
173:11
191:17 192:5
256:22
274:22 296:1
335:20,21,23
336:22
341:6,12
**referenced**
327:4
**references**
78:18 79:7
326:17
334:10
335:4,5
**referencing**
77:17
**referred**
198:21 217:5
286:1 287:13
291:17
**referring**
25:6 28:23
51:19 69:25
85:14 88:13
121:1 134:22
153:6 155:18
172:21
182:16
185:17 199:5
201:2 217:5,
15,16 220:19
236:25
255:20
256:1,13
263:6 268:11
274:21 284:9
287:16
291:18,19
295:22 296:8
316:14 338:8
**reflecting**
178:3
**refresh**
64:14
**regard**
331:17
**regarding**
30:8 61:24
63:3 69:6
77:23 79:1
80:22 87:1
117:22
119:20,23
333:24
**Registered**
8:10,11
**regular**
17:21 281:2
**regulation**
30:18
**regulations**
334:5
**regulatory**
13:16,21
18:3 19:1
62:22 65:16
80:15 180:13
188:24
**relate**
21:11
**related**
7:13 13:25
30:8 78:14,
20 79:17
83:13 114:20
212:8 255:1
**relates**
106:23
**relating**
30:17,24
63:23,24
79:8
**relation**
14:14
**relationship**
36:19 112:19
212:11
**relationships**
82:16 83:4
85:3,10
**relative**
132:23

**release**
89:4,8,16
95:3,10,22
98:23 99:7
102:14
103:5,16
104:8,20
105:15
126:5,15,24
127:12,17
128:3,15
129:14 130:1

**released**
96:22 97:15,
22 231:9
236:16

**relevance**
120:8

**relevant**
44:11,19
49:24 59:11
73:23 74:5
102:10
106:21,23
147:9 193:22
230:16
278:21
294:12,22

**reliability**
316:10,19
320:17
346:16
347:20

**reliable**
43:21 286:24
288:19
298:11
301:12
306:21
316:24
320:23

**relied**
283:5 284:2

**rely**
47:10 51:4,
7,9 283:8
290:24
326:15

**relying**
282:23
320:17

**remaining**
153:6

**remember**
59:6 62:21
64:18 78:5
87:10 127:24
128:5 134:9
145:11 148:6
171:23
176:14
183:22 195:9
229:18
233:6,14
235:15,22
260:6 289:9
310:9,13
336:11,13

**remit**
13:24

**remote**
6:16 7:3,5,
12,18

**remotely**
6:1 7:24 8:2

**remove**
6:21

**reorient**
347:6

**repair**
138:15
139:3,12

**repair-deficient**
138:6

**repeat**
49:21 90:4
104:11
122:22
126:12 145:1
147:23 153:2
156:7 163:23
174:2 179:8
182:1 195:16
204:6 228:19
230:25
233:25 234:3
236:9 246:3
247:13
266:11
274:12
308:21 309:7
312:18 326:3
344:24

**rephrase**
81:17

**replaced**
146:13

**replied**
128:16

**replies**
119:3

**reply**
119:4,8
121:1 128:8

**report**
16:9 20:15
27:23 59:19
82:15,22
83:11,20,22
84:5,16,24
90:1,20
94:9,15
95:16
118:14,16,
17,18 122:1
128:23,24
129:1,11,21
133:24
167:24 262:4
269:17,21,23
270:1,3
271:13,14,17
272:14 273:7
275:12
281:18
284:7,9
297:7 305:18

**reported**
6:1 16:24
20:16 21:3
23:5 45:9
48:19 86:1,8
195:10,19
197:6,14
198:8,25
199:13
200:11
201:8,20
209:16
210:16
220:9,13
291:21
294:18
297:25
302:15
303:24 305:9
334:2

**reporter**
4:10 6:2
7:16,20
8:10,11,12,
15 145:19,22
296:13

**reporting**
7:23 8:7
69:4 222:18

**reports**
65:19 85:8
118:19

**represent**
9:5 167:3
184:23
196:10
280:25
340:15

**representation**
132:3 184:11
187:6 273:8

**representative**
184:23

**representing**
158:7 272:19

**represents**
133:5 191:11

**Republic**
241:7

**request**
6:12 64:23,
25 65:10

84:3 198:6, 16,21 200:11 201:6 288:7, 11 306:14 308:11
**requested** 134:13 265:7
**requesting** 93:19
**requests** 30:4
**require** 50:7 241:18
**required** 147:7 314:11
**requirement** 17:22
**requires** 72:2
**research** 12:14 40:16 41:23 130:25 137:17 245:16 252:9 255:9 288:12 302:1 306:15
**respond** 21:15 31:7 214:19
**responded** 128:4 313:24 314:1 322:19
**responding** 26:8
**response** 13:25 14:2 53:16 76:7 115:12,25 117:23 120:16 121:2 155:15 163:17 164:1 166:5 170:20 171:14 199:24 200:25 236:4 285:25 304:6
**responses** 13:16,21 14:5 65:1 161:2 283:12
**responsible** 13:20 14:3 26:25 45:18
**rest** 69:15
**restricted** 210:5
**result** 21:3 45:13 80:10 89:16 95:4,10,23 98:23 99:7 102:14 103:5,16 105:15 126:6,15,24 127:17 128:3,15 129:15 130:1 132:25 184:7,22 199:8 210:7 212:13 219:1 250:20 298:10 303:15
**resulted** 133:12 140:25 141:4
**results** 66:9 138:12, 25 152:19 155:20 156:10,11 165:15,17 173:18,23 174:5 211:3 213:7 214:4 275:17 295:20 299:22 300:2,3
**retract** 23:6,7 43:22
**retracted** 25:19 288:1, 7,11 302:19 306:14
**retraction** 23:21 306:9, 25 307:6,14, 18,22,24 308:15,16
**retrieved** 83:23
**return** 55:20
**returned** 84:17
**revealed** 73:14 74:21
**revealing** 59:2
**review** 17:21 19:2,9 26:6,7 31:20 61:17 65:1 73:12 84:5 97:12,19 135:6 161:5 272:14,15 280:10 281:18 283:5 297:24
**reviewed** 18:8,20,21 30:21 59:9 82:21 119:2 129:10,11 150:20,22 157:22 158:13 163:11 178:4 247:5 272:15 279:7,10,19, 25 280:5,13 281:9 282:2 284:1 298:24 299:1
**reviewing** 59:13,23 60:11,20
83:7 136:4 203:8 297:21 298:24
**reviews** 159:5
**revised** 117:23
**reword** 48:10
**Rf** 132:16,21 133:16
**rich** 203:18 204:12 226:10,16
**ridiculous** 259:18
**right** 7:3 9:7 10:2 11:16 12:15 20:1 25:11 28:23 45:11 50:16 56:3 57:13 58:19 63:19 66:14 77:4 85:5,6, 11 86:2 93:17 100:11 104:4,15 117:3,21 118:8 119:7, 21 122:20 124:25 125:3,10,12, 15,19 126:2 141:2 143:11 144:13,14 150:2 152:9 156:6,12 157:16 158:1,18 159:11 160:1 163:17,19 164:3,11,12 171:23 172:8,9,17 173:24

174:22 175:2,22 179:25 181:5 187:18,25 191:20 201:2 207:11 208:25 209:20 211:4 213:9,11 215:19,23 216:11,13 217:9 221:22 222:3,10 223:25 224:11 227:4 234:7 236:5 237:16 239:18 243:8 245:15 247:6,18 249:2 256:10 257:22 262:17 269:9 271:7,24 272:18,20 274:4 276:9 279:16 282:5 286:12,19 289:10,24 290:2 296:8 301:18 302:10 309:23 310:15 319:19,21 320:3 322:23,24 323:12,16,19 324:12,20 325:16 328:18 330:8 332:7 336:13 337:25 339:20 340:7,9,25 341:10 342:24 344:4 346:22 348:5

**rightfully** 304:3
**ring** 60:4
**rings** 77:1
**risk** 35:7 166:14 220:2 241:12,13 265:15 267:1 313:9 324:19 326:7
**risk/benefit** 36:25
**robust** 16:18 230:15
**rodents** 217:19 221:17
**role** 27:9,13 75:23 149:3 218:21
**Roman** 216:10
**room** 7:23 10:2 11:12 81:1, 8,11,20 256:4 303:16,18 304:11 305:5,7 348:7
**root** 38:24
**route** 146:11
**routine** 75:14
**routinely** 76:10
**ruling** 106:9,10
**run** 75:25

**S**

**S-I-T-E** 281:21
**S-OXIDE** 94:22 123:16
**safe** 45:22 142:1
**safer** 146:14
**safety** 36:24 62:25 63:13 65:7 76:10 141:24 244:14 267:1,6
**salivary** 276:23 277:9,21 278:10
**salted** 205:25
**sample** 50:8 53:9 109:14 110:17 111:11 209:15 287:1 301:13 302:24 303:13
**sampled** 110:20
**samples** 51:1 113:23, 25 114:2,23, 24 115:1,18, 20,22 207:10,13, 14,16 209:5, 7,16 210:5, 13 286:23 288:16 301:11 306:18 307:1,16 308:18 309:4,15
**sampling** 207:24 209:14 242:24
**sausage** 205:25
**saved** 281:8
**saying** 9:7 23:9 67:4 68:20 87:21 103:8, 11 109:8 113:1,2 126:10 127:7 161:6 162:7 173:9 185:18 220:12 239:2 270:2 294:23 304:21 314:18 319:25
**says** 13:1,6,15 14:7 26:17, 20 27:3 28:16 30:6 58:5 63:21 64:21 65:15 66:6 75:8,9, 22,24,25 76:5 77:6,16 78:11,17 80:20 82:4, 12 85:2 93:25 117:22 118:5 119:1, 8 120:6,10, 14 121:16 122:15 123:7,8,14, 19 124:9 130:25 131:6,11 133:11 134:7 135:23

136:13 138:1,3,12, 25 142:16,21 143:7,12 144:2 146:5 149:17 150:2 164:15 165:25 166:9 172:10 176:2 196:9 197:9 198:23 202:24 203:12 204:11,18 205:7 207:13 210:2 211:9 216:16 220:22 221:16,23 222:11,22 226:5 228:1, 3 237:22 238:22 240:14,16,19 241:1,10,22 242:4 243:15,21 246:12,19,25 247:25 257:1 263:7 264:18,21 265:12 267:13,23 271:20 272:4 276:19 286:21 288:6,10 290:5 292:17 294:5,7 295:17 301:18,25 306:13 307:5 309:17 319:23 325:5 328:5 329:4 334:24 336:25 337:1 345:25 346:23

**scanned** 155:6

**scenario** 112:11 176:24 177:11 193:7 232:7 252:3 290:13

**scenarios** 177:9

**schedule** 209:22

**Schmitzer** 3:20 55:14 145:25 301:1

**science** 24:7 26:2 188:23 261:22

**scientific** 12:21 13:15, 21 15:3 16:19 19:10, 14,18,22 72:3 180:21 240:15 261:18 292:10

**scientificall y** 16:18 45:17 230:15 247:21 251:11,16 252:17 260:3 295:7

**scientist** 297:21 313:21

**scientists** 282:18 284:7

**scope** 266:5 281:3 330:18

**scored** 184:13

**screen** 7:2 10:8,13, 14 11:23 31:11 55:18, 24 61:16 127:25 155:16 172:18 175:3 180:9 206:9

**screens** 6:19

**scroll** 29:23 30:11, 20 64:5 154:6 207:23 238:13 265:5 274:5 301:4

**scrolling** 270:24

**search** 56:12,20 57:1,2,4 75:11 76:1 77:21 78:4, 13 79:1,5 82:12 93:15, 18

**searched** 56:25 60:10, 19 79:14

**searches** 59:2 75:14 77:11

**searching** 77:15

**second** 55:13,22,23 61:17 67:1 112:20 149:15 153:6 165:13 167:9 178:22 198:20 200:10 222:10 243:19 247:24 286:15,16 290:5 294:4 343:11 348:3

**second-to-last** 294:7

**seconds** 301:21

**secretion** 136:15 276:24 277:10,22 278:11

**section** 71:11 93:9 115:5 132:5 289:22 345:21

**see** 10:8,13 11:23 12:1 13:8,9,18,19 15:13 16:3 18:7,9,13 20:24 24:22 25:5 26:22, 23 28:20 29:24 30:4, 10 37:12 39:2,4,18 44:14,17 48:5 55:16, 17,18 56:3 57:10,12,14, 15 58:4,9, 10,12 61:2, 8,23 62:3 63:15 64:4, 18,20 65:3, 6,13,24,25 66:12,16,21 67:6 68:22 69:14,15,16, 22 71:10,15 75:16,19 76:4,11,12, 22 77:9,19 78:15,23 79:2 80:3,18

81:5 82:10, 11,19,20 84:1,2 90:11 91:22 92:24 93:6,7,10, 16,21 94:12, 25 95:5,18, 20 96:21 98:19,21 99:5,25 100:4,5,7 101:25 102:16 103:3,7 104:4,14 107:8 109:1 114:8 115:5 117:10,14, 19,24 118:8, 22 119:6,12 120:4,17,18 121:16,19 122:6,7,8,14 123:5,6,11, 13,17,22 124:1,2,13 125:8,23 126:18 129:12,24 130:24 131:3,10,19, 23 132:8,19 133:10,18,20 135:19,20 136:1,2,10, 11,12,18 137:1,3,10, 20,23 138:9, 17 139:6,7, 16 140:16, 23,25 141:9 142:14,19 143:3,6,9, 15,17,22 144:9 146:15 148:11 149:19,23 150:7,8,9, 15,17 152:4, 7,22,23 153:11,21 154:2,6,9,17 156:2 157:24 158:1,14,18 159:4,7,10 160:25 161:5 162:3,22,25 163:18 164:2 165:1,3,9, 12,13,15,23 166:7,16 168:8 172:14,17 173:1,2 175:13,16 177:12 178:7,22 179:2,3 184:24,25 185:2 194:9, 19 196:5,7, 23,25 197:11,18,25 199:3,4 200:7 201:11 202:24 203:25 204:10 205:7,10,17, 18,21,24 206:1,11 207:2,6,7, 11,14,22 208:6,11,17, 21 209:2,7, 13,24 210:9 211:3,5,8,9, 10,12,13 212:4 213:8, 9,18 215:16, 18,20,21,22, 24 216:20 218:4,7,22 219:4 220:4, 10,11 221:1, 19,20 222:16,22 223:5,6,13 226:11 227:9,11 228:3,11,24 230:17,22 237:22 238:5,13 239:15 240:14,17, 18,21 241:1, 4,6,8,20 242:2,7,24 243:3,14 244:3 246:16,18, 20,22 247:7, 14,16,24,25 248:1,2,5,7, 10,19 250:5, 10 251:2 257:4,6,7, 10,11,13,24, 25 258:3,6 259:8,22 260:11,12, 13,21,22 262:8,9 264:19,24 265:10,17 267:17,20,25 268:6,7,15, 18 269:2,5, 11,15,16 270:9,23,25 271:1,19,23 274:3,6 276:15,19, 21,22 277:5 285:21 290:1 299:3,6,7, 10,11,16,18 300:15 301:15,23,24 302:6,7,9,12 304:12 306:22,23 308:15 313:6 316:1,8 318:15,17,18 319:11 320:9 321:22 322:2 324:3 326:18 327:1 328:4, 8 329:10 331:24 332:1,6,8 333:18,21, 23,24 334:7, 10,11,13,24 335:2,6,11 336:16,25 337:1,2,4,13 338:16 342:8 343:2,4,13, 23 344:7 346:10 347:16,17

**seeing**
10:9 24:19 42:13,19 46:22 47:23 49:7,13,16 55:14 59:18 60:23 76:13, 15 87:10 97:25 134:9, 24 151:10 155:3 168:16 201:23 213:1 214:1,5 223:12 229:18,23 240:5,23 242:10,14, 20,21

**seeking**
317:5

**selected**
275:20

**selection**
274:1,2,9,15

**sell**
156:18

**sense**
16:19 45:14 113:20 114:10 169:11

170:13 229:13 250:21 252:10 262:10 313:17 314:10
**sensitive** 166:21 167:13
**sensitivity** 109:9 166:12
**sentence** 85:17 123:7, 13 128:8 129:4 137:4 138:1 143:11,24 153:7,8 178:1 204:16 205:12 207:1 217:1 219:12 220:23 221:6,21 224:5 243:20 268:2,3 286:16,18,21 290:5 294:7 295:16 301:25
**sentences** 140:23 224:6
**separate** 133:7
**separated** 166:10
**service** 9:15,16
**sessions** 32:1
**set** 23:6 34:10, 12 35:9,14 36:11 86:13 108:24 188:19 263:20 272:16
**setting** 6:21 120:9 187:20
**setup** 55:20 141:21
**seven** 342:4
**several** 15:20 16:1 22:14 26:19 79:7 172:6,7 176:22 224:25 249:5
**Sewage** 286:5
**SGF** 181:22 182:4
**share** 60:3 75:11 189:24
**shared** 105:2 147:14 281:11,15 282:15,17
**Sharepoint** 281:23,25 282:8,10,14, 16,20,25 283:7,17 284:1,8,14, 16,19
**Sharepoints** 284:12,13
**SHEEHAN** 3:14
**Sheet** 4:9
**shine** 318:3
**shipped** 303:16
**Shook** 3:15 9:23,24
**short** 41:9 48:23 55:1 107:15 110:13
181:16 215:1 249:16 253:23 254:2 279:2 285:5 328:22
**shot** 64:6
**show** 47:24 48:15 49:8 59:22 71:19 79:13 83:17,19 89:21 148:2 171:11 175:9 185:15 188:7 190:9 194:13 202:1 229:6 231:13 236:22 242:15 245:14 255:7 286:8 291:24 293:15 296:23,24 319:13 321:25 323:1 325:2,15
**showed** 21:18 37:15 42:14 49:18 59:14 60:11, 20 95:22 127:25 132:12 134:10 135:7 152:24 153:3 155:12 157:25 159:7,8 174:19,21 175:6 185:7 190:13 198:4 215:6 227:17 229:7,15 238:17,22 310:10 311:19 313:9 326:23 336:6
341:14
**showing** 24:16 26:18 49:13 55:23, 24 59:24 60:6 61:3,18 74:11 85:25 90:14 107:16 147:15,16 158:2 159:11 171:8 179:13 180:2 245:11,23,25 246:9 289:19 319:14
**shown** 41:24 222:11 243:11 286:10 306:10
**shows** 12:1,2,14 13:10 23:23 25:14 30:16 48:18 53:21, 25 62:17 73:1,5 74:12 76:21 117:12 122:15 125:5 130:24 131:6 132:9 136:20 138:13 139:1 140:14 149:3,16 152:14 153:13,23 154:11 159:24 160:11 161:21 168:4 172:9 189:19 190:18 197:24 199:23 205:20 209:9 219:25 248:3 249:2 250:8 258:4 264:17

268:2,3,16 269:12,15 270:17 274:4 277:19 314:1 316:20 319:25 337:5 341:8
**sic**
28:14 37:6 67:14 84:20 121:18 143:20 196:18 202:24 243:1 256:9 292:21 314:19
**side**
80:15 101:7 148:18 213:9 216:12 219:25 221:22 222:10 317:11,12,18 318:4
**signal**
142:1
**signed**
123:2
**significant**
9:10 165:20 171:24 176:14 178:23 184:3 190:19 194:7,18 213:14 325:9,25 326:11 336:6
**significantly**
49:9,15 153:25 192:22 213:22 347:10
**similar**
21:1 28:9 87:17 146:12 165:3 168:6, 11 169:4 172:12,24 176:4 184:9, 19,21 218:25 230:18 303:2
**similarity**
115:7
**simple**
226:8
**simply**
37:4 96:17 229:3 231:17 258:9
**simulate**
198:10 292:7 329:6
**simulated**
182:4 183:1 189:4 292:19 328:6 346:1
**simultaneous**
187:23 222:12
**single**
46:22 241:24
**sir**
10:8
**sit**
46:22 115:24 171:23 178:11 201:24 237:7 315:6
**site**
102:7 281:11,14, 15,17,20,21, 23,25 282:16,21, 24,25 283:7 284:8 298:6
**sites**
282:10,13,14 283:17
**sitting**
86:24 256:18
**situation**
34:23 45:8 84:7,21 132:3 151:14 170:14 188:20 189:4 191:11 195:2 239:13 246:11 314:10 331:6 332:24 338:25 340:15
**size**
107:3
**sky**
226:22
**Skype**
78:12
**slash**
64:22
**small**
42:22 55:19 82:4 84:14 110:19 113:9,15 137:8 276:16
**Smith**
60:7,12,15, 21 61:4,19 86:7 87:10
**smoker**
344:4
**smoking**
35:18 190:13
**snack**
206:10
**so-called**
315:20
**sodium**
65:22 147:18 148:15 189:11 196:10,25 197:22 203:22 204:18 221:18 222:13 228:10 330:24 336:18
**solemnly**
8:15
**solid**
205:8,14 207:4 263:20 298:7,9 315:13
**soluble**
113:11,15
**solve**
146:9
**solved**
222:25 223:15
**somebody's**
49:9
**sort**
225:1
**sorts**
206:1
**sounds**
75:23 77:14
**source**
24:1 94:10
**sources**
23:2,24 24:16 35:18 241:15
**Spalding**
3:3
**sparse**
81:3,12,21
**speak**
28:10 32:2 35:23 47:6 79:12 84:6, 11 114:10 120:24,25 127:4 180:11 182:10 258:13 264:3 317:24

326:13
330:12
**speaker**
6:20
**speaking**
134:15 144:1
171:6 187:23
191:16
285:24
345:11
**speaks**
191:17
**special**
82:14,22
83:11 84:24
210:4
**specialists**
12:21
**species**
71:4 88:15
141:25
216:18
217:3,7,11,
15,16 218:15
219:18,19
242:17
253:7,13,16
262:16
**specific**
20:23 31:9,
23 35:24
47:17 48:22
51:3 56:24
60:3 75:23
83:17 87:8
96:10 104:1
105:22
109:20
112:8,11
114:11 115:5
116:7 120:7
121:5 134:21
142:3 169:21
170:16
173:19 174:6
183:5 190:24
194:13 240:1
274:21,22
303:21
316:12,14
335:21 344:8
**specifically**
14:13 17:2
34:14 35:14
40:15,18
44:14 52:2,
10,11 63:25
83:14,19
84:12 88:24
95:21 99:23
100:16,17,23
103:21
105:20
107:6,19
124:8,20
126:1 145:12
148:12
155:22 167:3
181:22
182:1,5,7
183:2 195:15
214:16
231:11
236:20
242:14
253:20
262:23
266:21
280:24
281:22 302:1
331:8 335:24
336:22
346:23
**specificity**
50:15 183:23
229:25
**specifics**
60:17 154:24
230:1
**spectrometry**
50:4,6 58:7
**speculating**
84:21
**speculation**
41:21 43:18
84:20 275:1
**spend**
31:21 224:23
**Spiegelhalder**
42:9,11
47:23 107:16
240:4,6,16
241:3 249:22
252:16
260:24
261:10
326:18,22
340:25
**spike**
244:7,8
**spiked**
244:22
245:9,21
246:8 250:6
**spoke**
76:5
**sponsored**
291:20
**spot**
334:23
**spotlight**
6:21
**spotlighted**
6:19
**stability**
109:12 131:1
290:15
310:12,18,
19,20,22
314:1,21
**stable**
40:18
**stand**
12:23 13:1
14:10 28:13
132:21
**standard**
17:23 46:8
88:21
**stands**
12:24 13:3
14:11
**start**
9:7 20:17
28:10,11
36:6 45:1,5
52:11 56:19
69:16 92:24
165:15 185:3
187:22 339:7
**started**
17:11 19:5,
24 21:25
27:22 47:1
72:21 168:10
252:6 301:20
**starting**
109:14 170:7
208:18
212:17
**starts**
286:17 319:4
**state**
8:13 96:17
180:16
**stated**
8:8 38:13,15
101:2 216:23
310:11
**statement**
7:18 23:8
24:13 33:10
119:24 120:8
126:17
127:2,4,7,10
129:5,6
167:5
170:11,12,14
173:10
178:2,8
185:18
204:11
219:7,11,12
220:12
228:6,14
229:11
230:24
235:11 236:9
261:16
272:18 291:7

301:8,18 307:24 313:18 314:13 335:20,22
**statements** 150:20 151:7,10 224:25
**states** 265:5
**stating** 228:14 255:11
**statistical** 275:16 316:21
**statistically** 49:14 165:20 178:23 190:19 194:7,17 322:11 325:7,8,24 326:10 336:6
**statistician** 322:8,9,12 324:9 326:15
**stay** 62:9
**Steel** 62:11,12,13 117:9
**step** 43:11
**stepping** 235:11
**steps** 111:19 112:1,3
**stepwise** 104:25
**Steve** 76:5,24 78:12 79:22 197:9 200:2
**Steven** 76:22
**stick** 36:8
**stimulate** 329:24
**stomach** 64:2 82:18 83:5 85:5,11 143:2 149:4 164:3 189:8 190:6,15,20 193:3 197:22 198:1 202:2, 9 222:19 239:22 254:3,10 276:25 277:10,22 278:11 332:14 336:18 337:5 338:17 344:3,12 345:7
**stomach-relevant** 69:10,17
**stop** 97:7 111:3 248:13,23 258:7 259:9 305:19
**stopping** 111:2,6
**storage** 37:20 38:16 119:10 143:1 206:22
**store** 109:15
**stored** 203:16 303:16
**storing** 37:24 39:3
**storm** 9:7
**story** 34:4 41:20 42:4
**straight** 144:21 173:14
**strains** 138:7
**strategies** 77:7,11
**strategy** 77:15
**Street** 3:3,11
**strictly** 28:4
**strike** 27:21 37:1 46:12 48:10 53:5 111:8 225:5 253:9 343:25 345:4 348:1
**strings** 75:11 76:1
**structure** 98:10 120:11 124:12,13 125:6,11,14, 24 144:19 145:6,7,8 251:20
**structures** 337:21
**studied** 78:19 242:5 243:15,19,22
**studies** 21:4,22 27:1 44:3 47:1,4, 15,23,24 49:7,13,18 57:17 58:14 59:1,2,10 71:19 73:12 74:16,19 75:4,13 94:24 97:12, 19 98:4 99:4 101:8 135:7 147:2 148:2, 16,17 170:12 172:6 182:22,23 186:10 187:7,9,25 188:12 191:17 193:2 196:15 202:10,12 203:13 216:13,17 220:19 232:20,22 236:21 242:25 251:1,9 265:20 279:7,10,19, 25 280:5,12 281:1,8 282:1,9,24 283:6,25 294:24 313:4 332:3,4 333:11 334:25 337:13 339:18 344:10 345:11,12
**study** 16:24 17:1, 12,15,16 18:9,19 19:8 21:5,9,10, 11,18 23:22 25:14,20 27:16 29:8 39:15,21 40:25 41:12, 20 42:9,10, 11,13,19,25 43:3,6 44:1, 19 45:4

46:25 47:23
48:18,21
54:9,12
57:21 59:13,
23 61:3,18
67:9,11
71:6,16
72:10,24
73:1 74:12
83:8 85:7,8,
25 86:14
88:18 89:24
90:7,18 94:2
95:20 99:10
100:13,20
101:6,7,15,
18,23 102:1,
9,11,24
103:3 104:23
105:21,23,24
106:11,20,25
107:1,2,3,4
108:1,4,7,
11,22,25
110:3 114:11
115:17 116:1
121:17
122:25
133:21 134:9
141:17,18,
20,21,24
148:15
150:1,20,23
151:7,11,13
155:8,12
161:22
162:11,22
164:11
165:8,16,17
166:6,10,18,
19,20 167:2,
8,11,12,24
168:17
169:9,21,25
170:19,20,22
171:3,7,8,
14,17,24
173:12
174:19,22,24
175:4,6
176:21,22,25
177:23
178:12,20
179:11,12,
22,24 180:2,
7,8,10,15,24
181:3,22
182:4,5,7,13
183:1,4,14,
18,25 184:2
186:13 187:1
189:12,14,
19,21
190:13,17
191:3,9,10,
13,15,16,19,
22,24 192:2,
3,4,5,7,8,
17,21,25
193:8,16,19,
20 194:4
198:12
201:25
202:1,10
203:8,20
204:13,19
205:2,5
209:23
210:19
211:15,24
212:8,16,17
213:2,3,21
214:2,10,15
217:6 223:8,
19,25 224:3,
10,12
225:11,15
227:4,6,16
231:10,13,23
232:4,11,18,
19 234:18
236:18,19,25
239:20
240:1,6
241:22
242:10 243:6
245:8,25
247:5,22
249:22
252:5,8,16
253:21
254:16
255:20,25
257:1 263:7,
25 265:24
270:18
271:21
273:10
274:19,24
280:10,15,16
286:3,12
287:10
288:17,23
291:6,21
292:5,18
294:13,18
295:22
297:17,21,22
298:2,4,5,
10,25 299:1
300:3,4,12
302:18,25
304:21
306:11,19
308:5,6
310:10
311:10,19
313:5,14,19
316:19,22,23
317:23 318:3
319:12,16
324:10
326:16,23,25
327:2,10,13,
18,19,20,22,
24 328:2,3,4
329:3,13,16
330:15,21
331:5,11
332:5,12,18,
19,20 334:2,
9,15,16,18
335:7,11,14
336:5,10
338:5
340:12,14,21
341:7 344:1,
11 345:3,5,
20,25
346:17,25
347:1,4,21

**stuff**
47:13

**subgroup**
166:10,20
167:12

**subject**
72:2 93:14,
22 130:25

**subjected**
244:21

**subjects**
20:8 165:8
166:3,11,20
167:12 190:4
326:1,12

**submission**
80:22

**substance**
119:11 120:7

**subtract**
271:10

**suction**
207:18

**suggest**
89:15 95:3,9
102:13 103:4
126:5,24
128:3,14
129:14,25
196:19 200:4
292:25
295:17 346:7

**suggesting**
90:13

**suggestion**
90:9 146:21

**suggestive**
98:22 99:6
103:15
104:8,19
105:14
126:14
127:3,11,16

**suggests**
119:8
126:19,21
293:18
**Suite**
3:3
**summaries**
18:8,10
47:12 157:24
158:15
**summarize**
170:15 332:2
333:11
**summarized**
46:24
**summary**
74:20 123:5
131:9 136:13
159:7 170:11
247:23 257:1
258:12
260:14 265:4
**summer**
18:7 19:6,
15,19 27:23
46:21 47:2
51:16 53:4,
6,12 56:16,
21 70:17,19
72:21 73:13
98:3,21 99:5
101:11
104:6,17
118:3 130:11
136:4 139:20
150:19
182:25
224:16
225:18
305:24
309:21
**summertime**
17:14
**super**
50:7,25 53:8
302:23
303:12 304:8
**supper**
276:5
**supplement**
332:2
**supplemental**
298:1
**support**
3:19,20
7:13,17
17:20 63:13
89:12 93:15
293:24
347:13
**supported**
295:20
**supporting**
62:22
**supports**
300:12
**supposed**
70:8,9 272:7
**Supreme**
8:3
**sure**
15:22 23:4
30:13 74:24
85:13 109:19
111:21
134:21
151:12
155:4,17
182:12 185:4
209:4 212:3
214:23
238:16 246:6
252:17
256:24 260:6
263:6 264:3
270:14 283:8
295:25
**surfaced**
18:1
**surprise**
338:14,19
**surprisingly**
338:16
**surrounding**
63:17
**Surveillance**
275:17
**suspension**
132:10
**swear**
8:15
**switch**
10:13
**sworn**
8:22
**Sydor**
92:25 117:8,
19 118:11
**synthesis**
137:18
**system**
26:10 57:21,
22

**T**

**T-A-S-K-E-D**
63:7
**T-E-A-M**
281:16,21
**table**
11:14 138:12
139:1 175:20
176:9 196:19
201:3 205:22
206:8 234:24
245:4,5,6,
14,19 246:12
249:4 250:4
257:2 269:10
270:12,14,
15,17 274:20
298:12,14,
15,17,20,25
299:3,22
316:6 317:3
319:14
343:9,12
**tables**
197:1 332:3
**tablet**
16:11 82:8
**tablets**
65:11 81:2,
12,21
255:15,22
292:18 346:1
**take**
7:1 11:17
13:5 28:15
29:17,18
30:3,15
31:10 35:5
36:2 45:12
49:2,5 53:20
55:6,13 56:2
58:20 60:24
61:16 62:5
64:19 69:2
76:16 78:10
79:23 83:24
92:19 93:25
112:11,22
116:11,23
118:21
121:11
122:10 123:4
130:19
131:5,9
132:7 133:2,
9 135:14
136:7,9
137:12,25
139:10,25
140:3,11,22
142:7
145:13,24
146:5 149:6,
10,15,25
151:17
152:2,18
154:4,5,14
164:14
165:11 168:3
176:10
178:19 179:4
181:11
195:25 196:6

197:3,10 199:21 202:20 203:11 205:19 207:9 209:25 210:25 211:2 213:6 214:20 216:3,6,9 219:23 221:10,11 222:9,21 225:6,7,8 227:7,8,25 228:15 230:19 232:8,11 239:11 240:10,24 242:23 243:13 244:9 245:4 247:20 248:18 250:3 264:10 267:7 268:19 270:5 276:10 278:22 284:25 300:18,25 304:16 306:8 310:6,8 317:3 318:11,12 326:17 327:5 328:12,13,17 331:20 335:4 339:12 343:8,24 348:6

**taken**
7:6 8:9 33:24 55:1 113:25 114:2,25 115:2,20,22 116:17 158:17 170:25 171:19 181:16 193:25 195:7 215:1 232:22 249:16 279:2 285:5 318:4 328:22

**takes**
73:4 192:15 317:1,18

**taking**
23:25 24:17 25:16 26:8 36:6 72:25 73:2 74:17 104:23,24 137:9 143:5 166:25 167:17 170:1 177:18 186:7,12 190:18 191:4,5 193:23 212:24 226:5,15 228:7,25 229:17 230:5 231:24 234:8,9 235:3 238:23 244:21 252:9 262:3 269:10 314:24 315:9 319:8 320:2 323:3 329:20 330:7,23,25 331:9,10

**talk**
70:9 83:10 106:16 113:20 168:17 175:19 176:7 177:10 185:15,22 186:3 187:20 188:1,10 311:2 315:11,24

**talked**
71:17 85:7 89:23 90:7 107:14,15,16 109:6 111:18 183:10 212:21 231:22 240:4 250:24 252:24 253:1 265:2 337:24

**talking**
46:17 52:18 71:6 73:17, 18 74:14 83:2,21 90:17 107:19 134:2 143:19 156:8 160:3 172:6 183:13 185:4 186:5, 8,16 191:23 200:24 206:17 250:2 252:2 253:6, 14 256:14,15 265:1 266:19 277:15,16,19 291:22 315:17,18 320:24 322:21,22 345:11

**talks**
216:12

**Tanner**
85:24 182:14

**task**
49:20,23 50:1 63:8

**tasked**
63:1,7 70:16

**TB**
213:15

**team**
28:19 29:2, 5,15 62:14, 16 75:24 281:11,14, 16,17,20,21, 23 282:19 283:16,18 284:14,15

**teams**
284:18,21

**Technically**
92:14

**technician**
3:20 7:12 10:17

**technologically**
91:18

**technology**
92:1 98:7 132:22 261:22 334:5

**tell**
31:20 212:15 292:3

**tells**
36:23 108:11

**temperature**
39:12 50:19 51:12,23 52:8,20 65:21 120:1 256:4 301:19 302:3 303:17,18 304:11 305:6,7

**temperatures**
303:17

**ten**
56:10 214:21 242:25

**tend**
45:1

**tendency**
22:21 33:14 293:25

**tenfold**
153:14,15

185:24
**term**
15:5,6,7 67:19 70:2 173:5,9 269:22 281:24 310:22
**terms**
19:21 20:2 22:8 27:1 28:5 44:7 54:7 60:10, 19 61:14 78:20 79:1,8 103:14 112:20 114:2 115:2,22 147:4 148:10 154:25 177:15,22 183:24 186:4 189:10 190:5 212:20 261:19 271:12 282:9 283:4 320:18 325:3 342:22
**tertiary**
143:13,21 144:7,13,16, 20,24 145:5, 12
**test**
59:15,25 61:4,19 67:5 86:2 129:15, 16,23 169:5 182:15,17,20 294:10
**tested**
40:11 88:25 177:17 218:15
**testified**
8:23 279:6, 24
**testimony**
8:9,16 31:13,14,17, 18 38:20 91:25 100:5 113:18 200:9 201:13 322:25
**testing**
50:24,25 66:8 168:13
**tests**
50:6,24 65:18 165:4 290:6
**Texas**
12:10
**text**
124:10 150:16,23 288:4
**thank**
54:18,20 64:11,13 72:8 145:19, 22 181:12 249:11 284:24 296:5,15 311:17
**Thanks**
237:25
**that'll**
215:6 249:20
**theme**
115:8 171:10
**theoretically**
114:15
**theory**
120:12
**therapy**
164:18
**thermally**
302:2 303:15
**thin**
131:15,16 132:11,25
133:6
**thing**
13:23 33:21 35:24 64:9 74:25 85:1, 18 127:22 161:11 169:8 205:23 211:5 219:15 226:22 228:4 247:21 277:5 285:14 290:15,16 294:20 303:3 332:25 340:2
**things**
39:13 43:2 61:7,22 97:1,3,8 109:10,18 111:22 112:7 130:15 134:14 147:8 159:20 173:2 185:16 205:6 212:6 225:25 231:16,17 244:12 254:11 257:3 261:18 275:5 308:14
**think**
22:17 24:6 32:18,20 36:23 43:12 44:10,24 45:15 49:4 54:17 72:1,4 75:10 76:25 77:2 79:15, 20 80:14 90:24 98:6 108:11 112:6 114:5,7,14 151:22 154:23 155:5,8 160:3 163:6
180:18 183:4,16 184:20 185:20 186:25 187:2 188:6,24 191:15 198:21 219:15 244:14 252:6 259:25 263:21 271:13 273:3 279:18 284:19 289:24 293:5 303:2 305:19 307:20 309:8 310:23 314:12 328:1,14 331:5 339:11 342:19
**thinking**
45:19 83:7 121:22
**third**
131:13 290:4
**Thomas**
3:14 203:3 335:6 336:4
**thought**
25:8 27:12 102:16 104:25 169:1 214:10 256:15 311:10
**thoughts**
164:6
**thousands**
185:11
**three**
23:14 30:20 31:25 175:25 189:19 206:10 207:18

211:3,13 242:6 246:22 268:4 270:8 271:21
**three-hour** 208:8 209:3, 9
**threshold** 164:22
**throw** 54:21 325:17
**thunderstorm** 9:10
**Thursday** 65:2
**till** 209:9
**time** 7:8,16 8:8 10:22 11:1 15:20 46:4, 15 54:12,18, 24 55:3 62:15 70:4 71:13 90:25 96:5 104:23 112:1 113:16 114:1,25 115:20 116:15,21 119:24 123:21 128:24 147:9 150:16 156:6 158:6 163:12 176:8 181:14,18 185:7 186:7 199:22 207:25 208:12 210:21 212:5 214:24 215:3 224:24 226:15,16 227:23 229:17 230:5 232:25 239:19 249:14,18 252:9 254:4 264:15 276:3 278:25 279:4 280:4 285:3, 7 287:25 290:17 297:12 300:10 306:6 328:20,24 334:4 348:9
**times** 115:11 136:21 169:14 170:7,24 171:18 176:16 177:19 188:3,9 203:13 249:5 250:25 296:22 318:21 319:4,19 321:13 337:24
**timetables** 212:6
**tissue** 53:22
**tissues** 266:25
**title** 12:19 85:2 121:16 137:17 138:19 140:18 149:16 240:14,19 241:1 264:17,21 267:13 268:24 286:1 298:17
**Tjsheehan@ shb.com** 3:16
**today** 7:7 10:6 11:13 29:25 31:22 32:5 46:22 47:22 76:14 81:7, 10,19 82:21 86:24 115:24 119:2 128:13 129:2 151:6 178:11 201:13,24 203:7 209:23 210:11 213:20 216:4,22 218:9 237:7 239:20 240:6,23 242:9,20,22 243:5 244:6, 9 246:1 247:6 250:24 251:1 254:15,20 255:11,19,23 256:18 260:23 261:9 262:11,19 263:13 285:13 303:3 315:6 338:20
**top** 56:2,3 76:22 135:19 175:13 177:4 184:13 213:8 221:25 274:4,6 323:25
**topic** 121:5 251:9
**topics** 86:16
**tornados** 9:11
**total** 34:19 241:13
**totally** 275:13 290:13
**toxic** 138:15 139:4
**toxicity** 141:19,21,23
**toxicologist** 147:12
**toxicology** 135:20 142:12 254:25
**track** 82:5
**tracked** 195:4
**tracking** 302:16
**tracks** 280:21
**transformation** 132:13 265:14
**translatable** 337:22
**translate** 126:17 219:18 252:4
**translation** 13:4
**trashed** 262:2
**treated** 136:22 141:13 152:4,12
**treatment** 22:3,9,20 24:5 26:3 77:18,24 78:6 108:14

140:25 141:4 150:9 153:16 164:21,23 165:5,7,19 166:1 168:4 169:6,16,18 172:10,22 176:2,24 177:2,3 178:22 180:4 202:25 204:20 208:19 212:9,11,21 213:10,11,12 255:8 290:6, 7,21,22 311:3,21 312:1 313:11 335:8 337:1, 10 342:14

**trend**
165:3

**trial**
244:20 295:21 347:8

**trials**
14:8 27:1 312:13,21

**trigger**
28:6

**triple**
164:18

**tritiated**
94:5,6

**true**
41:18 89:24 90:18 162:24 214:18

**truncal**
202:25

**trusted**
306:1

**trusting**
316:10,18

**truth**
8:17,18

**try**
16:21 27:17 45:14 97:4 145:20 156:20 170:15 180:20 188:20 198:9 202:7 225:1 232:6 254:4 327:21,25 330:14

**trying**
10:10 50:18 71:5 171:10 204:3,10 208:7 209:17 210:12,18 257:16 314:10 339:2 340:22

**tumorigenic**
36:20

**tumors**
216:17 217:10 218:18 220:7,15

**turn**
13:5 138:11 267:22

**twice**
208:19 209:1,2 213:9,10,12 343:17

**two**
17:4 20:8 30:20 32:1 63:22 64:1 66:17 74:16, 19 75:4 77:7 93:3 111:21 129:10 138:23 145:14 169:18 177:5 178:21

193:11 208:8 211:21 212:15 224:6 271:13 273:22 298:13,14, 15,18,20 317:3 343:9, 12 345:18

**twofold**
136:16 221:25 320:1,10

**type**
28:9 125:23 176:24 184:14,19 206:11 231:9 236:17 324:9 333:6

**typed**
150:16

**types**
217:22 246:23

**typically**
21:7 68:13 220:8,13 275:6

**typo**
272:19

**U**

**U.S.**
7:13,17

**UK**
80:24,25 81:8,11,19 82:14

**unabsorbed**
207:21,25 208:3,8 209:6,12,17 210:13

**unbound**
271:2,3,11

272:1,8 273:8,14

**uncovered**
303:11

**uncured**
193:10 234:2

**undergone**
104:6,17

**underline**
333:13

**underlined**
332:8

**underneath**
138:1 143:11

**understand**
9:12 10:4 14:8 16:21 31:12,16 32:6,9,22 33:5,22 34:2 35:20 37:4 43:3,8 50:18 51:11 61:10 67:12 70:17, 23 71:5 79:21 84:15 108:19 122:2 158:11 162:20 164:10 173:16,18 174:4 180:21 186:23 187:3 193:21 194:21 206:20 208:12,13 239:8 247:3 256:3,10 268:12 308:23 309:9 332:11,17 337:23 339:2 340:20

**understanding**
22:6 27:18, 20 28:3 33:3 34:5,24

35:1,4,11,12 36:16 37:21, 24 38:17,21 39:7 50:5 70:6,24 75:12 97:2 105:12 128:13 132:23 141:18 142:2,5 147:1 182:8 187:19 193:19 214:17 217:14 218:14 219:17 220:20 228:5 234:12 238:7 261:24 293:14 294:18 297:16,19 302:8 305:25 318:2

**understood**
63:22,25

**undertake**
265:12

**undertaken**
223:8,20 224:12 225:11,15

**undertaking**
139:19 214:10 327:13

**undertook**
37:12 139:20

**underwent**
211:18

**unit**
200:20

**units**
200:3,5

**University**
12:10

**unprove**
45:10

**unpublished**
94:9,15,17

**unquantifiable**
165:6

**unquote**
67:6

**unreliable**
307:8 308:8 309:21

**unscheduled**
137:18

**unstable**
302:2 303:15 305:5

**update**
18:2,5

**updated**
30:6

**upper**
7:3 197:7,16 199:1 200:13 201:9,21 264:17 292:22 293:10 346:5

**urinary**
69:7 153:15, 24 178:25 179:14 180:4 240:19 241:1,22 246:13 250:3 297:7,9 298:21 347:11

**urine**
16:10 20:15 42:22 43:9 44:19,21 48:1 72:14 73:2,5 74:12 89:3,7 94:21 101:22,25 105:8 106:12 107:18 108:17,24 110:14,18 111:13,14 112:2,4,17, 21,23 113:4, 17,24 114:3, 23 115:3,19, 24 121:8 123:8,21 134:4,7,11 135:1,2 153:1,5,10 164:18 165:4,22 166:25 167:17 168:6 169:15 170:25 171:19 172:12,24 174:21 175:8 176:4 242:25 245:11,23 246:10 250:13 251:4 252:14,19 254:4,17 286:23 287:2 288:16 299:8,19 301:11,14 306:18 307:1,16 308:17 309:4,15 314:25 316:4 317:5,6 321:17 326:24 340:23 341:9

**usage**
57:24

**users**
109:24 176:15,17 194:6,17 231:24,25 233:8,9,16, 17 235:1,2, 17,19 237:9, 10 324:5 330:5,7 344:14 345:9

**UTC**
7:8 10:22 11:1 54:24 55:3 116:15, 21 181:14,18 214:24 215:3 249:14,18 278:25 279:4 285:3,7 328:20,24 348:9

**utilize**
325:25

## V

**vagotomy**
203:1

**validate**
250:17

**Valisure**
27:10,23 28:6 50:24 66:1 73:13 74:20 99:13 183:14,17 185:6,7 196:12 198:8 200:18 201:1 275:25 302:22 305:9

**Valisure's**
184:17 294:25 304:8

**value**
132:21 198:8 200:5 257:15 272:20 319:14 320:11 323:18 343:3

**values**
132:16
133:16
153:18 166:3
196:21
**variabilities**
232:23
**variability**
310:24
312:5,6,13,
14,21,22
313:12
314:3,5,6,
21,22 315:7,
12,14,18,20,
24 316:1,9,
16,18,20
317:2 320:18
322:6 324:7
**variable**
257:8
**variation**
203:16
**varies**
290:18
**various**
37:15 39:12
57:16 101:20
161:6 196:17
198:15 200:2
241:15
**verification**
6:5
**verified**
6:7
**verify**
124:8,21
**versus**
108:14
113:17,24
114:23
115:18
173:19 174:6
191:12 234:8
297:12
320:9,25
322:7,17
324:5 326:8
342:14
344:4,15
345:10
**video**
6:18,19,23
7:1,5,12
10:22,25
54:24 55:2
64:6 116:15,
20 152:8
181:14,17
188:7 214:24
215:2
249:14,17
278:25 279:3
285:3,6
328:20,23
348:9
**VIDEOGRAPHER**
3:19
**view**
6:20 7:2
77:22 176:20
179:18,21
341:16
**views**
346:16
347:20
**visibility**
38:8 42:6
81:25 142:3
146:25 158:5
159:16
214:17
224:20 310:2
**vitamin**
146:22
**vitro**
13:3 33:16
41:20,22,23
54:10,13
69:10,18
99:11,19
105:23
106:16,21
147:16 184:4
188:19
196:10,16
200:18
201:1,3
267:14
291:20
292:18
294:11,13
300:4 328:5
340:6,12
345:25
**vivo**
42:5 119:23
120:9 142:17
143:1 188:20
198:10
199:13 265:8
293:25 294:9
340:12
**vivo-in**
13:3
**volume**
292:8 329:7
**volunteer**
102:20
274:23
**volunteers**
107:1 242:6
243:16,19,22

**W**

**waiting**
84:4
**waive**
8:6
**walk**
224:24
**Walter**
186:13
189:12,19,21
190:12
191:19 192:7
**Walters**
201:25 203:4
334:9,11,16
336:5
**want**
6:25 10:15
30:13 38:7
44:6 83:6
93:2 104:4,
14 121:21
139:19 156:4
163:2 178:2
185:4 194:9,
19 239:11
245:17 266:6
272:16
289:13
308:20
317:10,17
328:12,13
339:7 343:2,
4
**wanted**
9:6 15:22
61:2,8,17,23
96:21
129:12,24
156:24 215:5
**wanting**
162:22
**warrant**
75:14
**wastewater**
22:3,9,20
23:3,24
24:4,17
25:15,17
26:3 71:18
72:1 77:18,
23,24 78:1,6
**watch**
11:15 163:8
**watching**
310:1
**water**
23:1 24:1,6
26:9 74:14
113:11,15
205:16 207:5
**way**
18:20 58:15
92:10 93:9
114:13,14
148:21 149:1

159:14 160:6 161:18 163:12 178:6,15 188:18 205:23 226:18 342:19
**website** 37:14 287:24
**week** 83:24 84:4 208:17
**weeks** 31:3 290:7, 20 311:2,25 313:25 314:20
**weight** 179:11 180:1
**well-designed** 311:10
**went** 20:25 46:11 55:18 303:3 336:10 340:13
**whichever** 273:23
**whilst** 65:18
**Wi-fi** 9:15
**wide-scale** 57:21
**widely** 148:5
**Wier** 117:9 118:22
**window** 9:8
**wise** 226:7
**wishing** 228:15 230:19
**withdrawn** 211:14,22 212:16 297:20
**witness** 4:8 6:2,6, 18,20,24 8:19 11:21 24:3 25:2 26:1,12 28:1 33:8 34:2 37:9 38:23 39:7,24 40:9,14,25 41:18 42:17, 24 43:6 44:10,24 47:6,17 49:11 50:10 51:18 52:24 53:15 54:4, 20 55:16,19 59:18 60:2 61:10 62:1 67:18 68:19 70:12 71:10, 25 73:7,16 74:23 78:4 79:11 81:24 82:24 83:10 85:13 86:4, 11,18 87:6, 25 88:5,13 89:11,19 90:4,23 91:7,14,20 92:5,14 93:21 95:13 96:2,10,25 97:17,24 98:15 99:1, 10 100:15,22 101:14 102:19 103:10,20 104:11,22 105:20 106:14 108:3,19 109:3 110:3, 10,16 111:18 112:6 113:1 114:5 116:4 119:18 122:1,22 124:5 126:8 127:2,20 128:7,18 129:19 130:6,14 134:18 135:4,10 139:23 141:16 143:17 145:1,18,20 146:24 147:23 148:8 157:4,18 158:4,20 159:13 160:3 161:10,16 162:1,14 163:6 164:5 167:2,20 168:15 169:8,20 170:10 172:2 174:1,9,24 175:20 176:19 177:25 178:14 179:17 181:1,25 183:16 185:14 187:13 188:18 189:23 190:8,23 191:8,22 192:11,19,24 193:7 194:4, 12,25 195:15 198:3 199:13 200:16 202:5,16 204:6,15 206:4 208:3, 11 210:18 212:1,19 214:1,13 216:25 218:1,12 220:18 223:24 224:19 225:20 226:18 227:23 228:19 229:20 230:8,24 232:3 233:12,24 234:12 235:5,14,22 237:3,18 238:12 239:7,25 240:8 242:13 243:10 244:11,24 245:14 246:3 247:12 248:12,14 249:6,11 250:17 251:11 252:21 253:6,13,19 254:7,20 255:25 256:12 259:4,23 262:21 263:19 264:3 265:24 266:11 268:11 269:20 270:12 272:3,12 273:3 274:12 275:22 276:15

277:4,15 278:2,14 279:13 282:5 283:2,15 284:6 290:12 292:14 296:5 299:16 300:6 303:2,20 304:18 305:11 306:4 307:4,20 308:20 309:7,17,25 310:15 311:15,24 312:18 313:1,16 314:9 315:2, 11 316:6,12 317:15,22 318:8,25 319:10,23 320:5,22 323:6,18 324:22 325:12,20 326:3 328:18 329:15,22 330:10 331:4 332:17 334:20 335:18 336:13,21 337:9,17 338:7,22 339:10 340:11 341:12,24 342:12 343:21 344:6,24 345:14 346:19 347:23

**witness's** 6:25

**witness-only** 6:18

**wondering** 78:25 157:12

**word** 15:4 94:4 207:14 332:9 333:18

**wording** 95:7 271:14 272:20

**words** 10:10 95:8 127:24 170:6 217:16 251:21 327:24 330:24

**work** 17:18 20:21 21:8 22:8,12 27:6,15 37:12 38:9 39:10 43:10 50:12 51:6 52:2,12,16 56:15,19 61:1,23 63:4 71:4 72:22 76:9 77:22 85:19 86:13, 15 87:1,7 88:22 96:12 99:19 102:2, 20 103:13,20 104:6,18 105:5 124:21 136:3 139:19 150:18,25 151:5 154:22 155:5,13 167:22 181:8 182:9,10 183:7 184:17,19 198:3 200:1 202:13 227:5,6 231:2 236:11 238:4,10 239:4 250:18 253:22 261:21 278:16 279:8,12,25 280:6 281:9 282:2,18,19 283:4,11 284:3 291:6, 20 297:24 330:17

**worked** 12:3,6 63:16

**working** 27:5 105:10 279:20 281:13 284:22

**works** 36:2 50:15

**World** 215:22 221:7

**worse** 219:12

**wrap** 341:25

**write** 196:15

**writing** 275:12

**written** 129:7

**wrong** 271:14 272:9

**X**

**x-ray** 99:14,15,21

**Y**

**yeah** 10:18 13:9 21:13 22:2, 19,20 24:12 25:5,10 28:9 32:12,18 33:3 41:23 43:12,24 45:23 52:17 54:9 55:20 57:6,8,18 60:14,18 63:4 64:12 67:11 68:6, 10 70:1 71:3 77:5 78:6 81:6 83:19 84:2,9 87:10 90:16 102:23 107:11 110:22 115:9 117:2,15 120:24 124:19 125:8,13 127:6 134:18 135:4,10 140:9 143:17 145:7 146:16 148:2 150:17 151:25 152:11 156:20 175:4,9 178:8 185:16 189:10 190:23 191:15 193:13 204:19,25 205:1,18 206:23,25 207:7 213:11 216:5,8 217:2 218:8 221:20 233:21 234:2,16 236:1 248:14 253:13 256:21 258:2 269:18 270:17 272:4 273:4 276:18

277:8 290:12,22 319:15 322:3 323:9 333:7 335:23 341:15 343:7 346:25 347:1

**year**
16:24 20:4 80:9 105:3 183:6,11,18, 19 231:9 236:10,17 240:15 305:4,8

**year's**
202:25 335:8

**years**
12:7 15:12 23:14 34:18 35:6 36:3,5, 8,22 56:11 71:1 92:17 96:12 129:10 164:11 174:14 227:20 228:13,22 229:6 261:25 274:3,6,7,8, 10,16 275:19 330:3 334:2, 18

**yesterday**
76:6 196:9

**yield**
222:1

**yielding**
136:22 146:7

**York**
3:16

**Z**

**Zantac**
7:10 13:13 16:6,11 21:19,24 22:24,25 23:25 24:17 25:16 26:9 28:18,19 29:1,5,15 37:23 38:2, 19 70:3 80:23 81:2, 11,20 82:7, 14

**Zeng**
16:8 17:2 20:3 21:18 22:1,6,23 27:8 43:14, 25 44:8,15, 19 45:7 46:25 64:1 69:6 71:16 72:24 74:12 101:17 168:21 180:7 183:7,12 184:18 196:11,15 198:7 200:18 201:1 262:2 285:15 286:2,5 287:6,9,15, 17 294:25 302:9,25 303:24 304:5 305:25 306:10

**Zeng's**
87:15

**zero**
245:10,22 246:9 249:2 250:9 252:14 293:3 322:1

# EXHIBIT

# 10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_______________________________/

VIDEO-RECORDED DEPOSITION LEWIS A. CHODOSH, M.D., Ph.D.

Taken on behalf of the Zantac PSC
(via videoconference)

DATE TAKEN: Thursday, May 12, 2022

TIME: 9:12 a.m. - 7:54 p.m. EST

PLACE: US Legal Support - Remotely

Stenographically reported by:
Laura J. Landerman, RDR, CRR, FPR
Notary Public, State of Florida at Large.

A P P E A R A N C E S:

ROSEMARIE R. BOGDAN, ESQ.
DOLORES DeSALVO, J.D., PHR
RONALD B. ORLANDO, ESQ.
Martin, Harding & Mazzotti LLP
1 Wall Street
Albany, New York 12205
rosemarie.bogdan@1800law1010.com
dolores.desalvo@1800law1010.com
ronald.orlando@1800law1010.com
Appearing on behalf of the Plaintiffs,

MARLENE GOLDENBERG, ESQ.
Goldenberg Law, PLLC
800 Lasalle Avenue -- Suite 2150
Minneapolis, Minnesota 55402
Appearing on behalf of the Plaintiffs,

JOHN D. GARRETT, ESQ.
Bowman and Brooke, LLP
2901 Via Fortuna -- Suite 500
Austin, Texas, 78746
john.garrett@bowmanandbrooke.com
Appearing on behalf of the Defendant, Pantheon Manufacturing Services, LLC,

JEFFREY J. HINES, ESQ.
Goodell DeVries Leech & Dann
1 South Street, 20th Floor
Baltimore, Maryland 21202
jjb@@gdldlaw.com
Appearing on behalf of the Defendant, Perrigo,

ALEXANDRA LAGOS, ESQ.
Greenberg Traurig, LLP
333 SE 2nd Avenue -- Suite 4400
Miami, Florida 33131
lagosa@gtlaw.com
Appearing on behalf of the Defendant, Teva Pharmaceuticals,



A P P E A R A N C E S: (cont'd)

MOHAMED AL-HENDY, ESQ.
Arnold & Porter Kaye Scholer, LLP
700 Louisiana Street -- Suite 4000
Houston, Texas 77002
mohamed.al-hendy@arnoldporter.com
and
DANNY TOBEY, M.D., J.D., ESQ.
DLA Piper
1900 North Pearl Street -- Suite 2200
Dallas, Texas 75201
danny.tobey@dlapiper.com
and
ASHLEY ALLEN CARR, ESQ.
DLA Piper
303 Colorado Street -- Suite 3000
Austin, Texas 78701
Ashley.carr@dlapiper.com
and
CONNOR SCOTT, ESQ.
DLA Piper, LLP
550 South Hope Street
Suite 2400
Los Angeles, California 90071
connor.scott@dlapiper.com
Appearing on behalf of the Defendant, Chattem, Inc., Sanofi U.S. Services, Inc., Sanofi-Avertis U.S. LLC,

CHRISTOPHER V. COTTON, ESQ.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
ccotton@shb.com
Appearing on behalf of the Defendants, GlaxoSmithKline, LLC, GlaxoSmithKline, PLC,

JOHN R. IPSARO, ESQ.
Ulmer & Berne, LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
jipsaro@ulmer.com
Appearing on behalf of the Defendant, Dr. Reddy's Laboratories, Inc.,



A P P E A R A N C E S: (cont'd)

FRANK H. STOY IV, ESQ.
Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP
One Oxford Centre
301 Grant Street -- 38th Floor
Pittsburgh, Pennsylvania 15219
fhs@pietragallo.com
Appearing on behalf of the Defendant, Sun Pharma.

THE VIDEOGRAPHER: Carlos Coello

THE DEPO TECH: Greg Cassin

ALSO PRESENT: Florenz Cruz with King & Spalding



I N D E X


| | |
|---|---|
| TESTIMONY OF LEWIS A. CHODOSH, M.D., Ph.D. | |
| Direct Examination by Ms. Bogdon | 7 |
| CERTIFICATE OF REPORTER | 251 |
| CERTIFICATE OF OATH | 252 |
| ACKNOWLEDGEMENT | 253 |
| ERRATA SHEET | 254 |
| E X H I B I T S | |
| Exhibit No. 6242 | 13 |
| Exhibit No. 6243 | 15 |
| Exhibit No. 6244 | 17 |
| Exhibit No. 6245 | 35 |
| Exhibit No. 6246 | 50 |
| Exhibit No. 6247 | 53 |
| Exhibit No. 6248 | 56 |
| Exhibit No. 6249 | 60 |
| Exhibit No. 6250-A | 84 |
| Exhibit No. 6250-B | 84 |
| Exhibit No. 6250-C | 84 |
| Exhibit No. 6251 | 89 |
| Exhibit No. 6252 | 116 |
| Exhibit No. 6253 | 137 |
| Exhibit No. 6254 | 184 |
| Exhibit No. 6255 | 196 |
| Exhibit No. 6256 | 204 |
| Exhibit No. 6257 | 220 |
| Exhibit No. 6258 | 220 |
| Exhibit No. 6259 | 234 |
| Exhibit No. 6260 | 238 |
| Exhibit No. 6261 | 241 |

THE VIDEOGRAPHER: Good morning. We are now on the record. Participants should be aware that this proceeding is being recorded, and as such, all conversations held will be recorded unless there is a request and agreement to go off the record. Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface.

For the purpose of creating a witness-only video recording, the witness is being spotlighted on all video screens while in speaker view. We ask that the witness not remove the spotlight setting during the deposition as it may cause other participants to appear on the final video rather than just the witness. For anyone who doesn't want the witness's video to take up the large part of your screen, you may click the gallery view button in the upper right corner of the remote depo interface.

This is the remote video-recorded deposition of Lewis A. Chodosh, M.D., Ph.D., being taken by counsel for the plaintiff. Today is Thursday, May 12th, 2022. The time is now 1312 UTC, 9:12 a.m. EDT.

We are here in the matter of In re: Zantac



(ranitidine) Products Liability Litigation. My name is Carlos Coello, remote video technician on behalf of US Legal Support. I am not related to any party in this action nor am I financially interested in the outcome.

At this time will the reporter, Laura Landerman, on behalf of US Legal Support, please place the witness under oath?

THE REPORTER: Yes. Doctor, do you consent to my swearing you in remotely?

THE WITNESS: I do.

THE REPORTER: Please raise your right hand. Do you swear the testimony you're about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: I do.

MS. BOGDAN: Did the doctor respond?

THE REPORTER: Yes. He said, "I do."

MS. BOGDAN: Oh, I see. Okay. I just couldn't hear you and so I just wanted to make sure the audio is working.

DIRECT EXAMINATION

BY MS. BOGDAN:

Q Good morning, Dr. Chodosh. We've met before. My name is Rosemarie Bogdan. I'm going to be asking you



questions today on behalf of the plaintiffs in the Zantac MDL. If for any reason you don't understand the question that I ask you, can you please let me know that so I have the opportunity to rephrase it?

A Yes, I will.

Q And if you do answer a question, I'm going to assume you understood what I was asking. Is that fair?

A I think that's fair unless I'm telling you that I didn't understand the question or -- I -- I understand the question as I understand the question. I may not understand the question in the same way that you intended the question.

Q If in your mind there's any ambiguity with regard to how I've asked a question or you're, you know, confused in any way, please let me know.

A I will. And I'm not trying to be argumentative. I'm just saying that I may think that I understand the question and it's very clear to me and unambiguous, but it may -- it may not be the thing you meant to ask as in it may not be what it meant to you. That's all I'm saying.

Q I understand what you're saying, Doctor, but if you -- you know, just when I ask a question, if you do think, you know, you don't understand what I'm asking or I'm not clear, please just give me the opportunity to



rephrase it for you. Okay?

A Very good.

MR. TOBEY: Rosemarie, are you seeing realtime on your link?

MS. BOGDAN: I am.

MR. TOBEY: Laura, I'm not. I followed the link. Do you mind just posting the link in the chat again and I'll reconnect? For some reason, I'm not just seeing anything.

THE REPORTER: Can I e-mail it to you again?

MR. TOBEY: Sure. That's fine.

BY MS. BOGDAN:

Q Dr. Chodosh, what did you do to prepare for your deposition today?

A I reread my report. I looked at -- reviewed some papers here and there as questions occurred in my mind. I met briefly with the attorneys.

Q And how much time did you spend preparing for the deposition today?

A I guess I would estimate that at -- I don't know -- somewhere in the vicinity of 10 or 12 hours.

Q And what was the length of your meeting with counsel to prepare for the deposition?

A Well, we had a meeting yesterday that was principally about working through the --

MR. TOBEY: Oh, Dr. Chodosh, I'll instruct you not to get into the content of what we discussed. Just answer her question about timing.
A I think yesterday was on the order of maybe two hours, and I believe it was the day before an hour and a half or two hours.
Q And you mentioned you reviewed some particular papers. Which papers did you review?
A I think what I said was that, you know, as things may have come up in my mind while rereading my report, I may have, you know, opened a document of one of the things that I had referenced in the report just to briefly refresh my memory. I can't give you a list of each the documents that I -- that I opened, but they were all -- I believe they were all things referenced in my report.
Q Can you tell me any of the documents you opened, any of the names of the studies or references that you reviewed in your preparation for this deposition here today?
A Gosh, I really -- I really don't hold that in memory. I do recall, I believe, I opened the Hrudey 2013 PDF. I don't recall other things that -- that I may have opened.
Q Do you have any documents with you today?



A Yes, I do.
Q What -- what do you have accessible to you? I can't see what's in front of you. And you don't need to point the camera down, but if you can please tell me what you have in particular.
A Yeah, there's a -- sure. There's a copy of my report. There's a copy of my materials considered list. There's a copy of my CV. There's a copy of my testimony list. Those are the things I see. Oh, and then in addition, there's a table that I had prepared, a one-page table of calculations.
Q And is that the table of calculations that I was forwarded last evening?
A Yes.
MS. BOGDAN: Just note our objection, Mr. Tobey, with regard to being provided that the evening before the deposition.
Q The documents that you've just listed, do you have any notes on those or are they just copies as were served?
A They are just copies as I presume were served. There are no notes.
Q Where are you sitting today?
A I'm sitting in a conference room on what I believe is the 50th floor of One Liberty Place.



Q What city?
A Philadelphia.
Q Do you have any electronic devices with you?
A Yes. There's a laptop in front of me.
Q Are there any other applications open on that other than the Zoom?
A Acrobat is open.
Q Are there any documents up?
A My report and the table that we've discussed.
Q Is there anything else that you have access to other than your report and the table that we've discussed on that computer?
A No, only the Box link that says "Today's deposition 5/12/22". That's, I believe, the US Legal Support Box link or where I believe you're going to place exhibits.
Q And you don't have any other applications open as far as messaging or e-mail or anything else in front of you?
A No.
Q No other electronic devices with you as well, right? Like phones or iPads?
A My phone is in my pocket.
MS. BOGDAN: If we could please pull up the deposition notice and mark that as the first



exhibit.
THE REPORTER: Are you sequentially numbering these or are we starting over? Do you know?
MS. BOGDAN: I think that Gina had set aside certain numbers.
THE REPORTER: Okay. I just wanted to make sure so he knew what to mark it.
MS. BOGDAN: Do you have them? Was that communicated?
THE REPORTER: I don't have them but John might.
THE DEPO TECH: Yeah, I have them. Just one second.
MS. BOGDAN: Let's go off the record so we can get that working and we can get the exhibit numbers.
THE VIDEOGRAPHER: We are not off the record. The time is 1323 UTC, 9:23 a.m. EDT.
(A 4-minute recess was had.)
(Exhibit No. 6242 was marked.)
THE VIDEOGRAPHER: We are now back on the record. The time is 1327 UTC, 9:27 a.m. EDT.
MR. TOBEY: And Rosemarie, since we're doing this virtually, I just asked Dr. Chodosh to put his phone in the break room, so he did this over the

break.
BY MS. BOGDAN:
Q All right. I see that the first exhibit for this deposition is going to be marked 6242, and -- are we going to see the exhibit numbers on here as we do this or are they marked separately?
THE VIDEOGRAPHER: They're going to be marked in Box, Counsel.
MS. BOGDAN: Okay. That's fine.
BY MS. BOGDAN:
Q So Dr. Chodosh, have you seen this document before noticing you for a deposition in this matter?
A I -- from the window that I'm looking at, it's -- everything is very large so I can only see a few lines. There you go. Yeah, I believe I have -- is this now in my exhibits?
THE VIDEOGRAPHER: Yes, Doctor. If you refresh your Box account, it should be in there.
Q And I would just direct your attention to page 4 of the document where there are documents that have been requested. Were those requests shared with you?
A Yes. This is on page what?
Q Page 4 of the document.
A You're referring to I see numbers 1, 2 and 3.



Q And then on page 5, numbers 4 through 9.
A Yes. I have -- I have seen this as it was given to me.
MS. BOGDAN: And if we could please mark as the next exhibit the amended defendant's responses and objections to this notice.
(Exhibit No. 6243 was marked.)
BY MS. BOGDAN:
Q And Doctor, have you seen this notice before -- or objections before?
A I don't believe that I have. I was --
Q With regard -- with regard to the documents that were requested on the first document that we saw, did you do a search to see if you had documents that were responsive to the demands?
A Yes. For each of the documents requested, I read what was being requested, and I have provided what was requested, you know, in cases where those things exist.
Q If we could go to page --
A I understand -- my understanding is that this is subject to the objections that you're showing on the screen that I consider is between the two groups of lawyers.
Q If we could go to page 3 of the document, the



first request for production asks for any and all notes prepared by you. Now, subject to the objections of counsel, do you have any notes that you prepared to assist you with this deposition today?
A So I'm not sure what I'm -- what I'm being asked. Are you talking about that this has been objected to and you're asking me --
Q Let me reask -- let me reask the question. Do you have any notes that you've prepared to assist you with your testimony here today?
A No, I do not.
Q And with regard to the request for copies of your invoices, we were provided with two invoices to date for your work in this matter.
Are there any other invoices for your work in this matter other than the two that have been produced?
A If you could show me those invoices or is that in my box?
Q We can -- we'll pull them up and mark them, but as you sit here, you don't know how many invoices you've submitted in this case?
A I do not.
Q All right. I see that we have -- the first invoice pulled up, if we could please mark this as an exhibit. I'd ask you, Doctor, if you can look at this



document and tell me if you recognize it.
(Exhibit No. 6244 was marked.)
MR. TOBEY: Rosemarie, is that going to be 6244? Are we going sequentially?
MS. BOGDAN: Yes. We would need trial tech to tell us.
THE VIDEOGRAPHER: That's correct. The next exhibit number is 6244.
THE WITNESS: I don't have -- that hasn't appeared yet in my box, and I've hit refresh.
MR. TOBEY: Same for me.
THE WITNESS: Okay. It just appeared.
MR. TOBEY: It's not -- it's not marked by exhibit number, but it did appear as "Invoices PDF."
THE WITNESS: Yeah, I see that.
BY MS. BOGDAN:
Q Do you recognize that document that's now been marked as Exhibit 6244?
A Yes. This document has two invoices that I recognize.
Q When did you start work on this case?
A I started work I believe it was in the fall of 2019, so I do believe there is another invoice that is earlier than what the dates are here.

Page 18

Q All right. The date on the first invoice that's dated January 18th, 2022, is January 13th, 2021. So you're telling me that you did work on this matter before that date?
A Yes. And I am quite certain that there -- that there was at least one invoice for that period prior to this.
Q Would there be more than one invoice prior to this January 18, 2022, invoice?
A I'm not sure. It's -- it's most likely either one or two, but I don't -- I don't recall sitting here right now.
Q And how many hours did you spend in the year of 2019 on this case?
A I do not recall sitting here right now. If we can -- I am happy to look at a break, but if I can get the invoice, that will tell me when it was. But I apologize. I had thought that each of the invoices that I had sent would be in this document.
Q Okay. So you believe that there is at least one invoice that reflects time in 2019 and 2020 that's not reflected in this invoice, correct?
A That's correct.
Q Looking through this exhibit, if we could, the second page for this first invoice that's dated January

Page 19

18th of 2022, is for 66.75 hours of time, correct?
A That's correct.
Q And that's at a rate of 800 dollars an hour, correct?
A That's correct.
Q Is 800 dollars per hour the rate that you charged consistently to do your work on this case?
A I'm sorry. You cut out for a moment. Could you repeat your question, please?
Q Sure. Is 800 per hour the rate that you've charged consistently on -- for your work on this case?
A Yes, it is.
Q This invoice dated January 18th, 2022, is for work that appears to have been done between January 13th of 2021 and July 25th of 2021, correct?
A That's correct.
Q But the invoice itself is dated January 18th, 2022?
A That's correct.
Q Is that date on this invoice correct as far as when it was submitted?
A To the best of my recollection, it is.
Q Now, the second invoice that I was provided is, I believe, the third page of this exhibit, which is dated January 19th, 2022?

Page 20

A That's correct.
Q Do you submit two invoices one day apart for time that was spent working on this case?
A My recollection is that I most likely e-mailed those two invoices together on the same date.
Q But the date on the top left of the invoice is the date that the invoice was drafted?
A That's correct.
Q So this second invoice dated January 19th, 2022, is for work that was done between August 9th of 2021, and November 11th of 2021, correct?
A That's correct.
Q And you spent a total of 132 hours and point -- strike that.
You spent a total of 132.75 hours, as reflected on this second invoice of January 19th?
A That's correct.
Q And you have done work on this case since November 11th of 2021, correct?
A Yes, I have.
Q Is there another invoice that reflects your time since November 11th, 2021?
A No, there is not another invoice.
Q Now, on these invoices, I see your activity is often listed "review of literature"; is that correct?

Page 21

A That's correct.
Q Do you have any documentation that indicates what literature was reviewed on the various dates listed on the invoice?
A No, I do not.
Q How do you keep track of your time that's reflected on the invoices?
A For things that go over a long period of time, it would be simply a date and a number of hours is essentially what, you know, something very close to what you see here.
Q And so for these two invoices that have been produced, you spent approximately 199 and a half hours, as reflected on these two invoices, correct?
A That's correct.
Q The invoices that I have not been provided that would reflect time in 2019 and 2020, would that be more time or less time than the invoices that have been produced?
MR. TOBEY: Objection, form.
A Without -- without looking at the invoice, I can't answer you with certainty. But to the best of my recollection sitting here right now, it would have been less time is my recollection.
Q Have you maintained copies of those earlier

invoices, either one or two?
A Yes, I have.
MS. BOGDAN: I'd ask during one of the breaks if a search could be made for those invoices and they be provided to me.
MR. TOBEY: That's no problem, Rosemarie. We'll get those.
BY MS. BOGDAN:
Q If you spent time drafting the report that you submitted in this matter, how would you record that on your invoices?
A That would be listed under the same general heading here. I use the phrase "review of literature" to basically refer to, you know, all of those activities whether it's, you know, looking at a report, whether it's writing in the report, whether it's looking at scientific papers. I just refer to that as review of literature.
Q So your description "review of literature" would encompass searching for relative -- relevant studies, reviewing studies, drafting reports. It would encompass all of those activities. Is that your testimony?
A That's correct.
Q And you don't differentiate between those



activities on your bills?
A I do not.
Q The only other type of activity that's reflected on the bills are teleconference, correct?
A That's correct.
Q So for your work on this case, you've described your activities in two ways: either review of literature or teleconferencing, correct?
A That's correct.
Q Is there a reason why you limit your activity descriptions on the bills to review of literature or teleconference?
A It's the way, I believe, I've always done it, and it's -- it's straightforward, so it's -- it works for me and it seems to work for the people who I send invoices to. It's generally not worth the time that it would take to try to -- I don't even know how I would carve out, you know, particular things. In the course of what I do I might be going back and forth between, you know, a number of different tasks, so there's really no -- I don't see a point in taking the extra time to try to, you know, break out each of those time periods. I'm very clear that review of the literature is an umbrella term that refers to each of the activities that I mentioned and that you've reiterated



to me.
Q Have you been given any research grants to study ranitidine?
A No, I have not.
Q Have you done any independent research to study ranitidine?
A If by that you mean have I done independent research in my laboratory?
Q Yes.
A Is that what you mean? I'm sorry. I didn't hear anything. Were --
Q Yes, whether you have -- can you hear me?
A Now I can.
Q Okay. My question is have you done any independent research on the drug ranitidine?
A And what I asked you to clarify was do you mean research in my laboratory?
Q That's what I'm asking.
A No, I have not done independent research in my laboratory on ranitidine.
Q Have you done any independent research in your laboratory on NDMA as a carcinogen?
A My -- to the best of my recollection, my laboratory has not done studies specifically focused on NDMA.



Q Is NDMA a chemical that your laboratory has in its inventory?
A So we have thousands of chemicals in my laboratory, so I couldn't -- I couldn't tell you without speaking to my laboratory manager or looking at our roster of all of those chemicals whether we do or do not. If -- so I can't -- I can't tell you whether it might or might not be found in my laboratory sitting here right now.
Q Has your laboratory ever used NDMA in a study?
A To the best of my recollection, we have not used that particular nitrosamine in our studies, but to the extent that I've been running a laboratory for 28 years that has, you know, perhaps two or three dozen people in it at any given time, I can't tell you sitting here right now that no one has ever used NDMA in an experiment.
Q Is NDMA used as a cancer initiator in animal models to study carcinogenesis?
A If what you're asking me is NDMA used in laboratory studies to generate tumors in animals in order to study the tumors, certainly historically there are a number of papers, obviously, in which NDMA and its effects in laboratory animals have been studied. I would say it's uncommon in my experience, in my

professional experience that a laboratory or laboratories would be using NDMA to study the specific process by which NDMA causes cancer in laboratory animals. That's -- that would not be a common current focus looking across cancer biology, but I can't tell you, yeah, there may or may not be laboratories that do that.
Q Is NDMA used as a chemical to give animals cancer for the purpose of doing animal experiments?
A If you're asking me is NDMA -- well, maybe I should just ask you. Are you asking me whether NDMA is used in some laboratories in the world to generate tumors in laboratory animals? Is that what you're asking me?
Q Yes. Do you know that NDMA is used in laboratories to give animals cancer in order to study the cancer?
MR. TOBEY: Objection, form.
A So -- so as a -- as a general matter, in my professional experience since, you know, certainly animal models of cancer is a major focus of my professional career, I would say in my experience, it's extremely uncommon that someone would use NDMA to generate tumors in laboratory animals in order to study the properties of those tumors because that would not --


in today's scientific world, that would not be considered current models for human cancer. But I can't tell you -- there are tens of thousands of laboratories studying cancer across the world. I can't tell you whether or not there are some people doing such studies.
Q Does your lab use nitrosamines in cancer research?
A My laboratory has used certain nitrosamines in order to study certain biological principles. And that was in the past. I don't believe we've done experiments like that in quite a number of years.
Q And when you say "biological principles," what are you referring to?
A The case that comes to mind right now sitting here today would be studies that my laboratory performed to try to understand why early first full-term pregnancy in women is protective against breast cancer because there are laboratory animal models based on the administration of a carcinogen to laboratory animals that have recapitulated certain aspects of the human epidemiology.
Q And what nitrosamine was used in that study?
A To the best of my recollection, that was N-methyl nitrosourea, which sometimes is referred to as NMU. Sometimes it's referred to as MNU.


Q And that is a nitrosamine as NDMA is a nitrosamine, correct? They're in the same family?
A They are -- both NMU and NDMA would -- each of those would be considered to be members of the class of nitrosamines.
Q And what specifically was NMU used for in that experiment? Why was it used in the experiment?
MR. TOBEY: Objection, form.
A We used it in those experiments because, as I had mentioned earlier, a -- there is a rat animal model that recapitulates certain aspects of the protective aspects of early first full-term pregnancy on breast cancer risk. And the model that had previously been published made use of one of two different chemical carcinogens, one of which was NMU. So we were recapitulating essentially a model that had been described in the literature to make use of it to further explore the biology of pregnancy in rats and in mice and how -- to what extent that impacts on cancer risk.
Q Let me ask the question another way. What was the purpose of administering the NMU to the rats in that study?
MR. TOBEY: Objection, asked and answered.
Q Talking about a protective effect. Is it because NMU would be a carcinogen that the rats then


would react to?
A Because the model is focused on quantifying cancer risk, in this particular model, the administration of very high levels of NMU to rats can induce mammary tumors in rats in certain settings at high doses.
Q Have you participated in any seminars with regard to ranitidine, whether it be to the medical field, legal field?
A So certainly in the course of my -- my training in early years as a physician, my recollection is when ranitidine first came into common use in the 1980s, undoubtedly, there were seminars within the hospital discussing the mechanism of action of ranitidine, how we would use it in patients, how it compared to the existing H2 receptor antagonist cimetidine.
Other than that, I don't believe there is -- there is nothing that comes to my mind of a seminar that I might have participated in. I've certainly never participated in a seminar, as I understand that word, in a -- in a legal context.
Q Have you ever prescribed ranitidine?
A Certainly.
Q And what period of time in your course of

being a physician were you prescribing ranitidine? What role were you in at that time?
A Physician. So that would have been ranging from intern, medical resident, endocrine fellow, and attending physician.
Q When you served in those roles, how often would you prescribe ranitidine?
A Sitting -- sitting here today I can't give you a number other than to say it was an extremely commonly prescribed medication in general in internal medicine and a very effective drug, so there would have been most likely many times I would have prescribed ranitidine.
Q What conditions would you prescribe ranitidine for?
A Well, it would depend on the time frame that you're asking about.
Q Well, if you have to answer the question, do you have to break it up into time frames as far as what you would -- what conditions you would prescribe ranitidine to treat?
A Yes.
Q And so you mentioned that you would prescribe ranitidine when you were an intern. What conditions would you prescribe ranitidine for when you were an intern?



A So typically -- and, again, this is to the best of my recollection now, you know, 30 years ago or so. Typically at that time that would have been in the setting of a patient with active peptic ulcer disease, potentially a patient with a recurrent history of peptic ulcer disease. You know, in those -- in those early days, those would have been the typical indications. Sometimes that would have been peptic ulcer disease as demonstrated by upper endoscopy. Sometimes that would have been, you know, based on clinical scenario and symptoms.
So early on those were primarily the uses. And, you know, as a continuum as time moved on, there would be indications that would include gastroesophageal reflux that was persistent, things of that nature. There would have been patients with things like Zollinger-Ellison syndrome, syndromes that are associated with high gastric acid secretion for, you know, as time went along, things like erosive esophagitis. So the indications gradually broadened until -- and this was a medication that was available over-the-counter.
Q So you're basically describing the history of the indications that were added as symptoms that ranitidine could be described, and as those indications



expanded, so did your prescribing the medication to treat those added indications. Is that a fair assessment?
A I think that's a reasonable encapsulation, again, given that this is -- I certainly don't have -- have not memorized all of the patients that I have seen and treated, and I don't have a specific recollection. So my best estimate is that my prescribing practices would have changed as accepted indications change.
Q When was the last time you prescribed ranitidine to a patient?
A I can't tell you that sitting here right now. My -- yeah, I can't give you that. My guess is the most likely scenario is when it became available over-the-counter, there would not have been a reason for me to need to prescribe it to someone, but there may still have been situations based on insurance copays or other such things in which I had still written prescriptions, but I don't have a specific recollection sitting here today.
Q Do you currently treat patients?
A I am not currently a treating physician, although I am accredited currently as an attending physician at the hospital at the University of Pennsylvania, but I am not actively seeing patients in



the context of a treating physician.
Q When was the last time you served as a treating physician to a patient?
A I can't tell you the exact amount of time, but I believe as a treating physician, it's been more than ten years. I certainly interact with patients commonly, but as a treating physician, I believe it would have been something over ten years, you know, in a -- in a clinical setting. That's putting aside if -- you know, as a physician, I am not uncommonly approached by family members or friends, you know, with a medical issue. And if a prescription is something that is appropriate and indicated, I would write a prescription. I wouldn't consider that -- in that context I'm acting as a treating physician, but that's not in the setting of, you know, a hospital clinic at the University of Pennsylvania. That's based on people knowing how to reach me.
Q My question was targeted to when was the last time you served as a, you know, an official treating physician to a patient. So that would be more than ten years ago?
A I guess --
MR. TOBEY: Objection, form.
A -- if you could clarify what you mean by

"official treating physician," that would be helpful.
Q I say official meaning you would be the one that would be recorded on the medical record as the attending or treating physician to a patient that was hospitalized.
A So for a patient who was hospitalized as an inpatient, that would have been, as I said, more than ten years. But if I'm prescribing a medication for a person, then I'm the physician of record. That is what is on the prescription. That is what is in the pharmacy. So I consider --
Q So would --
A I consider that to be a treating physician in the official sense of the word. It's not for an inpatient.
Q Right. So when is the last time you would have been the prescribing doctor on a prescription for ranitidine?
A Sitting here today I can't give you a precise time for that. Again, as I've said, you know, that would have been years.
Q So more than ten years ago?
A Are you still speaking about the inpatient setting?
Q I'm talking -- the question was the


prescribing doctor on a ranitidine prescription.
A As I've answered you previously, my -- my best estimate is that by and large, I would have stopped prescribing ranitidine somewhere in the vicinity of when ranitidine became an over-the-counter drug and readily available to any consumer.
Q Okay. And that would have been more than ten years ago?
A Correct.
MS. BOGDAN: Could you please pull up the doctor's report? What exhibit number are we on?
THE VIDEOGRAPHER: This would be --
MR. TOBEY: 6245.
THE VIDEOGRAPHER: 6245, that's correct.
(Exhibit No. 6245 was marked.)
THE WITNESS: It has not yet appeared in my folder.
BY MS. BOGDAN:
Q It just appeared on my screen, Doctor, so let me know. I believe you have a copy of your report with you too, correct?
A Yes. I have a physical copy, that's correct. Okay. It just shows up as expert report. It doesn't show up as -- as an exhibit number. And similarly, it looks like an exhibit that you -- that was added to the


box previously. My invoices no longer appears. I don't know if that had been renumbered or -- but it's no longer in the -- in the folder where otherwise the exhibits are.
THE VIDEOGRAPHER: Doctor, the exhibit is 6245. If you refresh your Box page, you'll see it.
THE WITNESS: Okay. The name of it just changed, and --
BY MS. BOGDAN:
Q And my question regarding this exhibit once it loads for you is simply is this the report that you provided in this litigation? It is a very large document, so if it's going to take a tremendous amount of time to load, then we're going to have to go off the record so the doctor --
A It's not that it taking a long time to load. I'm trying to look -- because this document looks like it's more than my report. It also has my CV in it. It looks like it also has my materials considered list, so it's just -- it's concatenated what looked like multiple attachments so I'm just getting to my report.
Q So you do have it. I didn't realize it had actually loaded, Doctor.
A It is. As I said, it contains additional documents within this PDF beyond simply my report, but I


can see now that the report, that is the report that I submitted in this matter.
Q The report would go from page 1 to page 109, and then as this document was served upon the plaintiffs, it then had attachment 1 to it, which was your list of materials considered. It had an attachment 2 to it, which was your CV.
A That's correct.
Q And it had an attachment 3 to it, which was a testimony list.
A That's correct.
Q And that's what has been marked as Exhibit 6245, correct?
A That is how it is labeled, yes.
Q Now, with regard to your background as a cancer researcher, would you say the majority of your work as a cancer researcher has been focused on breast cancer?
A The accurate answer to that question is as a cancer researcher, I have a number of roles, all of which I consider to be as a cancer researcher. I have the work that is done within my laboratory. I have the work, if you will, that I oversee in the Department of Cancer Biology for which I'm the chair. I have work for which I am responsible overseeing in my role as

associate director of the cancer center.
I have work that I'm responsible for overseeing that is within the tumor biology division of the Abramson Family Cancer Research Institute. I would consider all of those roles to be in my role as a cancer researcher, including teaching roles as well.
Q With regard to your research publications, would you agree the majority of those have been in the area of breast cancer research?
A If you're asking me for work that I have published since becoming an independent faculty member at the University of Pennsylvania, I would say that certainly the majority of publications from my laboratory would be focused on breast cancer, in some cases to specifically investigate things that might be specific to breast cancer, but more often the case as a model system for cancer to investigate fundamental principles of cancer and cancer progression that would be common across many cancers. However, the model systems that we most commonly use would be breast cancer models.
Q Do you consider yourself an expert in pharmaceutical regulatory matters?
A I would not -- I would not hold myself out as an expert in pharmaceutical regulatory matters.



However, as a physician, you know, I certainly have exposure to where the interface is with pharmacy regulatory matters, as I understand you may mean that term, in my professional experience as a physician in addition to what has happened in this -- in this litigation.
Q When you say the interface with pharmacy regulatory matters, what are you referring too?
A Well, to give you -- to give you an example, for instance, if the FDA has promulgated some notice regarding medication, or a warning, I would have to understand that and how to interpret that and put that in context.
As a physician, including, you know, of course, package inserts with medicines and the information typically contained within a medicine that I would prescribe, I would consider at least some of that language would have things that I would refer to as things related to pharmacy -- pharmaceutical regulatory matters.
Q So you're referring to the interface with the actual patient, correct?
A Could -- you cut out for a moment. Could you please repeat the question?
Q I said so you're referring to the interface as



being your interaction with a patient, correct?
MR. TOBEY: Objection, form.
A No, that is -- that is not correct.
Q When you're referring to package inserts within a medicine that I would prescribe and you would consider the language in that insert, how are you relating that to pharmaceutical regulatory matters?
A If you're asking me what might be in a package insert that I would consider -- a package insert for a pharmaceutical, if you're asking me what kind of information might be in that insert that --
Q My question was originally do you consider yourself an expert in pharmaceutical regulatory matters. Let me define that a little more.
When I'm asking that, I mean do you consider you're an expert -- yourself an expert with regard to getting, you know, understanding the FDA regulations for getting pharmaceuticals approved for sale?
A I would not -- as I answered you, I would not hold myself out as a pharmaceutical regulatory expert. However, in the normal course of my as -- both as a physician and in my roles at the University of Pennsylvania, having an understanding of what the process is by which pharmaceuticals are developed and approved, well, that's something we're exposed to all



the time. There are clinical trials of investigational drugs. There are new investigative uses for pharmaceuticals. So these would be things that I would be commonly exposed to in the course of my everyday experience.
I mean, for instance, just from the cancer center at Penn, there have been, I believe, more than a dozen new FDA approvals for things developed by investigators within the cancer center. So I'm -- that's my -- that would be my full and complete answer.
Q Do you consider yourself an expert in epidemiology?
A I would not hold myself out to the community as an epidemiologist, but most definitely I have expertise in epidemiology. I teach cancer epidemiology to medical students. I use epidemiology -- you know, as a -- as a physician, epidemiology has served as a basis for a number of the things that we study in my laboratory and one has to be conversant with epidemiology, you know, both based on what I do in the various roles that I have. So it's a -- I have -- I have expertise in epidemiology.
Q Have you received a degree or a certification from a recognized body for epidemiology?
MR. TOBEY: Objection, form.

A If you're asking me do I have a master's in science and clinical epidemiology, the answer to that is no. However, I have given lectures to students who are attempting to get their master's of science in clinical epidemiology. I've been a member of the Clinical Center for Epidemiology and Biostatistics at the University of Pennsylvania. I've been a co-investigator on National Institutes of Health funding where all of the other investigators are epidemiologists, some of whom are pharmacoepidemiologists, so this is -- these are professionals who I believe would also recognize that I have some expertise in this area.
Q Have you ever designed an epidemiological study?
A I participated in the design of an epidemiological study, yes, as part of a National Institutes of Health grant. I was -- there were certainly other -- other investigators who I would say had had the primary responsibility for that, but the design of that trial was something that we spent many hours discussing as part of that grant.
Q And what grant or trial was that?
A This was a grant, as I recall it, the principal investigator was Brian Strom? Who was then the director of the clinical center for epidemiology and


biostatistics at the University of Pennsylvania, as well as the chairman of the -- I can't remember what the department was called then, but it was basically epidemiology was the closest thing the school of medicine comes to an epidemiology department.
And the topic of it, as I recall, was on -- and this is, again, a while back, so best of my recollection, it it -- dealt with exogenous hormone use and risk of breast cancer and endometrial cancer, as I recall, but without having it in front of me, I can't remember the specifics.
Q What decade was this study done in?
A I believe it was the late 1990s. It may have spilled over into early 2000. I don't recall.
Q And Brian Strom would have been the lead author on that study?
A I mean, a study. So a study doesn't have an author. A study has investigators. If there are publications that are based on the data collected in that study, then that would have authors.
Q Was that study published?
A So I don't recall what publications emanated from that study. Any given clinical study or epidemiological study might have multiple publications that could have come from it, but I don't -- I do not


recall off the top of my head what they might have been.
Q Have you been an author on a peer-reviewed epidemiological study?
A I -- sitting here today, I do not recall. I could look through my CV and probably tell you that.
Q But as you sit here today, you cannot think of a peer-reviewed epidemiological study that you are one of the listed authors on, correct?
A I'm saying one way -- I can't tell you that I have or that I have not, sitting here right now. I would have to look through my CV, and I would be happy to do that to give you an accurate answer.
Q (Inaudible) in toxicology?
MR. TOBEY: Sorry. We lost the beginning of that audio.
Q Do you consider you're an expert in toxicology?
A I would not describe myself as a toxicologist. However, I have extensive expertise in the areas of pharmacology and toxicology, which are -- have many similarities.
Q Have you received a degree or certification from a recognized body for toxicology?
A If you're asking me do I have a Ph.D. specifically in toxicology, I do not. I am a faculty


member of the pharmacology graduate group and have trained Ph.D. scientists who -- who received their Ph.D.s in pharmacology as a consequence of their work in my laboratory. So these are -- these are principles and aspects that we use commonly in our laboratory and the investigators that I interact with.
Q Do you consider yourself a risk assessment expert?
MR. TOBEY: Objection, form.
A I guess I'm not sure what you mean by that. If you could clarify that, I would be glad to answer to the best of my ability.
Q Have you heard the term "risk assessment" before?
A I have, and I've heard the term "risk assessment" used in many different contexts, and that's why I'm asking you to clarify what it is that you mean in this context.
Q Have you ever conducted a risk assessment in the course of your work?
MR. TOBEY: Objection to form.
A We conduct risk assessments of varying sorts commonly. Again, that's a very general term, and that's why I'm asking you to define it as you're using it here.
Q When you say risk assessment is a general

term, are there different categories of risk assessment that you think of when I say -- mention broadly risk assessment?
MR. TOBEY: Form.
Q Different types?
MR. TOBEY: Objection, form.
A I apologize. I'm a little puzzled. You use the phrase "risk assessment." I told you it was a general term, and in order to answer your question accurately, I asked you to define what it is that you mean by "risk assessment." I haven't heard you do that, and so we seem to be in a free association of, well, what would that mean to me as opposed to you just telling me what it is that you mean so that I can answer you.
Q What other litigations have you served as an expert on?
A Are you asking me in what litigations have I served as an expert in my professional career?
Q Yes.
A I have been a consulting expert in the HRT litigation.
MR. TOBEY: I'll just put in an objection and instruct you if you were just a consulting expert on something that was not public information, you


should not discuss that. I think Rosemarie's asking you about testifying expertise.
A I apologize. Maybe someone could tell me what the difference is between an expert versus a consulting expert. I may be confused.
Q I mean, it's a distinction here without a difference because obviously you've testified multiple times in the HRT litigation, but I believe what your counsel is referring to was if you were a consulting expert on a litigation but were never disclosed as an expert, didn't issue a report, you did not testify in that litigation, he would refer to you, I believe, as a consulting expert. And I'm asking a question on what litigations have you served as a -- well, let me just ask the question -- as a testifying expert?
A Thank you for the clarification. That helps. So I have testified as an expert in the hormone replacement therapy litigation. I have testified as an expert in the Actos and bladder cancer litigation. I have testified in a Department of Justice matter related to vaccines and the development of cancer. I have testified as an expert in the valsartan litigation. I have testified as an expert in the talc and ovarian cancer litigation. And I have testified in the ethylene oxide litigation.


That's -- sitting here right now, that is the best of my recollection of all of the matters in which I have testified as an expert.
Q And in the HRT litigation, were you an expert for the defendants?
A If you're asking me was I -- was I called by the defendants to give my testimony and were the defendants the people who -- who I was interfacing with and developing my report for that matter, yes.
Q So in the HRT litigation, you were hired by the defendants, correct?
A I was an expert called by the defendants -- and, again, I'm not trying to be difficult. The expert -- I'm an expert for the science and for the medicine. I don't consider myself -- I'm not an advocate and that's why the terminology I don't use for this -- for the defendants or for the plaintiffs and was hired by the defendants to provide my opinion.
Q And in the Actos litigation, you were also hired by the defendants to provide your opinion, correct?
MR. TOBEY: Objection, form.
A That's correct.
Q And in the talc litigation, you were hired by the defendants to provide your opinion, correct?


A That's correct.
Q And with regard to the ethylene oxide matter, were you hired by the defendant to provide your opinion?
A Yes, I was.
Q And did the HRT litigation involve cancer?
A Yes, it did.
Q Did the Actos litigation involve cancer?
A Yes, it did.
Q And did the talc litigation involve cancer?
A Yes, it did.
Q Now, you mentioned the valsartan litigation. Were you hired by the defendants in the valsartan litigation to provide your opinion?
A Yes, I was.
Q And does that litigation involve cancer?
A Yes, it does.
Q What were you asked to assess in the HRT litigation?
MR. TOBEY: Objection -- not objection, but we lost the audio.
Q What were you asked to assess in the HRT litigation?
A To the best of my recollection, I was asked to assess whether exogenous hormone replacement therapy is a cause of human cancer, and I believe that was in

so-called specific cases.
Q And what was your opinion in that regard?
A My general opinion was that exogenous HRT use in those cases was not a cause of human cancer -- not a cause of human breast cancer.
MS. BOGDAN: If we could please pull up the Premarin prescribing information as an exhibit.
(Exhibit No. 6246 was marked.)
BY MS. BOGDAN:
Q Can you see Exhibit 6246 on your screen?
A Yes, I can.
Q That is the highlights of prescribing information for Premarin, correct?
A Yes, it is. Could I just have a moment to look at it to refresh my memory?
Q And this is one of the medications that was at issue in the HRT litigation, correct?
A I'm sorry. Could I have a moment to -- I'm just reading what's on here to refresh my memory.
Q And Premarin was one of the medications involved in the HRT litigation, correct?
A That's correct.
Q And in the black box warning that's on the upper left side of that exhibit under the Estrogen Plus Progestin Therapy section, there is a warning that



reads, "The WHI estrogen plus progestin substudy reported increased risks of invasive breast cancer," correct?
A Well, you've highlighted a different section.
Q I didn't -- I'm sorry. I did not highlight that. I believe John highlighted it.
MS. BOGDAN: John, what I've just read is 5.2. Let me reread it again. If you could take the highlight off of 5.1 so that the witness isn't confused.
THE WITNESS: I'm sorry. Whose's John?
MS. BOGDAN: John is the trial tech who is putting up the exhibits for us as well as doing the highlights.
THE WITNESS: Thank you. I thought it was you doing the highlighting.
MS. BOGDAN: No, I'm -- I'm not that IT savvy or capable.
BY MS. BOGDAN:
Q And in this black box warning, under Estrogen Plus Progestin Therapy, there is a warning that reads, "The WHI estrogen plus progestin substudy reported increased risks of invasive breast cancer"; isn't that true?
MR. TOBEY: Objection, form.



A Yes. You read the words correctly, and this was present at the time that I developed my opinions and testified, and the association of HRT as a risk factor for invasive breast cancer had been reported on for many years prior to this -- this warning of the WHI study that's referenced.
Q You also mentioned that the defendants hired you in the Actos litigation to provide your opinion, correct?
A That's correct.
MS. BOGDAN: We can take this exhibit down.
Q What were you asked to evaluate in the Actos litigation?
A As I recall, I was asked to evaluate whether Actos was the cause of human bladder cancer.
Q And what was your opinion in that regard?
A My opinion in that regard, as I recall sitting here today, was that Actos is not a cause of human bladder cancer.
MS. BOGDAN: Let's pull up the highlights of the prescribing information for Actos. That is not the right exhibit. If we could take that down, John. That's a different exhibit. We're looking for the highlights of the prescriptions information for Actos.



Doctor, if you could let me know once you receive that exhibit. And what number are we on?
THE VIDEOGRAPHER: This will be 6247, Counselor.
(Exhibit No. 6247 was marked.)
THE WITNESS: I haven't seen it yet.
THE DEPO TECH: It's called A-C-T-O-S 2017.
(Off-the-record discussion was had.)
BY MS. BOGDAN:
Q Under the warnings and precautions for the prescribing information for Actos, it reads -- and this is on the right-hand side of the exhibit -- "Bladder Cancer: May increase the risk of bladder cancer." Do you see that?
A Yes. I see where you have read those words.
Q And that information is on the highlights of prescribing information for Actos, correct?
A I'm not sure what you're referring to as highlights. It is not within the black box warning. I believe actually it was removed, that originally it may have had language in a black box warning some number of years ago regarding bladder cancer.
However, the risk that you're pointing to here may increase the risk of bladder cancer. Following, as I recall, a publication of the proactive trial, which

was a prospective trial of patients taking Actos to look at bladder cancer risk, the finding was there was no increase in risk in a -- in a randomized prospective trial.

And the warning that you're highlighting here only says do not use in patients with active bladder cancer and use caution when using in patients with a prior history of bladder cancer. So to the best of my recollection, this (inaudible.)

MS. BOGDAN: Your audio completely cut out for me. Dr. Chodosh, I can't hear a thing that he's saying.

THE REPORTER: No. Are you guys there, Danny?

MS. BOGDAN: I don't hear Danny. I don't hear Dr. Chodosh.

THE REPORTER: Do you want to go off the record?

MS. BOGDAN: Yeah, we're going to have to go off the record.

THE VIDEOGRAPHER: We're now off the record. The time is 1450 UTC, 10:50 a.m. EDT.

(An 11-minute recess was had.)

THE VIDEOGRAPHER: We're are now back on the record. The time is 1501 UTC, 11:01 a.m. EDT.

MS. BOGDAN: So my question before we lost



audio was, "And that information is on the highlights of the prescribing information for Actos," correct? And then your answer was and then we can Laura read it back or I can read it off the realtime.

MR. TOBEY: Yeah, Laura, do you mind reading it back?

THE WITNESS: Sure.

(The record was read back as requested.)

MR. TOBEY: Do you want to take it from there, Dr. Chodosh?

A Yeah, I believe what I was saying is to the best of my recollection, it says it may increase the risk of bladder cancer, was -- was revised surrounding the publication of the proactive trial.

Q So my question, Doctor, was on this document that's entitled "Highlights of Prescribing Information" -- do you see that up in the left-hand corner of the exhibit?

A Yes, I see where it says -- you've read "Highlights of Prescribing Information." I don't know since I'm -- whether that refers to this entire 38-page document, so that -- that is in the upper left-hand corner. I don't know what the highlights actually refers to. If the --



Q And on this document that the first words are Highlights of Prescribing Information, under the Warnings and Precautions section, it lists bladder cancer and reads "may increase the risk of bladder cancer"; isn't that correct?

MR. TOBEY: Objection, form.

A If you're asking me under the Warnings and Precautions heading does it say bladder cancer may increase the risk of bladder cancer, do not use in patients with active bladder cancer, use caution when using in patients with a prior history of bladder cancer, those are the words that are written under Warnings and Precautions, that's correct.

Q Thank you. Okay.

MS. BOGDAN: If we could take this exhibit down, please. If you could now please pull up the Actos IARC Monograph, which is the exhibit that was pulled up previously but in the wrong order.

THE VIDEOGRAPHER: This exhibit will be marked as Exhibit 6248.

(Exhibit No. 6248 was marked.)

BY MS. BOGDAN:

Q Dr. Chodosh, are you familiar with the IARC Monograph, volume 108, Some Drugs and Herbal Products?

A Just a minute. It just appeared in my Box.



It is loading the document. The exhibit that I've been given as 6248 is not the document that is currently showing on the screen.

Q What's the name for Actos, for the drug name?

MR. TOBEY: It's a different document loaded into Box as 6248 than we're seeing on the Zoom screen.

THE VIDEOGRAPHER: Stand by for one second, please.

MS. BOGDAN: My understanding is in the Box we have a different exhibit than what's being shown on the screen.

MR. TOBEY: Under 6248 we're seeing IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, it looks like, volumes 1 through 42.

THE VIDEOGRAPHER: Counsel, go ahead and refresh your box.

A Okay. The document is -- okay. I'm looking at the document and this seems to be some sort of an abstract. What I have in front of me is a four-page document that has the title page that you're showing right now for volume 108. It has --

Q My question was, are you familiar with this IARC Monograph, the title page that you see here as page 1 volume 108 entitled, "Some Drugs and Herbal Products"?

A The point that I'm making is that you haven't provided me with the monograph. That's not what -- I'm looking at a single page of what's in this document that looks like it was from the monograph, has one page, table of contents, one page, page 273, and otherwise there's nothing else from this monograph. So if you're asking me have I seen this title page, is that what you're asking me?
Q I'm asking if you're familiar with this IARC Monograph volume 108 entitled "Some Drugs and Herbal Products"? Are you familiar with this monograph?
A I would have to -- so based on the picture that's on the front of this and the number, volume 108, I do not have a recollection of this. If you showed me the actual monograph where I could look at the table of contents, I would be able to answer you accurately.
Q Are you aware that IARC has classified Actos as probably carcinogenic to humans?
MR. TOBEY: Objection, form.
A I do not have a recollection of that. However, what you're showing me on the cover page of this document is apparently reporting a meeting from June 2013 and apparently this wasn't published until 2016 judging by the cover. So I don't know. I have not read this monograph. I believe the publication was



after -- some amount of time after my participation in the Actos litigation, and I don't know whether this monograph, for instance, includes the results of the proactive trial or what data it includes. Again, I'm not familiar with the monograph and you're only showing me a single page taken from the monograph in addition to the cover.
Q Directing your attention to the fourth page of this exhibit, do you see section 6.3, "Overall Evaluation"?
A I see the evaluation.
Q And what is the generic name for Actos?
A It's pioglitazone.
Q And does this state pioglitazone is probably carcinogenic to humans, 2A?
A You have read the words correctly in that same section and evaluation it reads, "There is limited evidence in humans from the carcinogenicity of pioglitazone." However, for me to answer you accurately, as I have said, I would need to be able to look at the monograph and not simply at this single page that has been removed from the monograph to show me.
MS. BOGDAN: If you would please take that exhibit down.
Q You testified that you were hired by the



defendants in the talc litigation to provide your opinion, correct?
A The talc litigation related to ovarian cancer, that's correct.
Q And what was your opinion in that regard?
A To the best of my recollection, my opinion was that the peritoneal use of talc-containing baby powders are not a cause of ovarian cancer, human ovarian cancer in the cases in which I've testified.
(Exhibit No. 6249 was marked.)
MS. BOGDAN: If we could please pull up the exhibit "Baby Powder Label."
THE VIDEOGRAPHER: And this will be marked as Exhibit 6249.
BY MS. BOGDAN:
Q Doctor, can you see that exhibit?
A Yes, I can.
Q Are you aware that some baby powders have put warnings on their product that frequent application of talcum powder in the female genital area may increase the risk of ovarian cancer?
MR. TOBEY: Objection, form.
A Yes, I am, and you've read those words correctly.
MS. BOGDAN: Take this exhibit down, please.



BY MS. BOGDAN:
Q Now, you were also hired by the defendants in the valsartan litigation, correct?
A That's correct.
Q And you provided your opinion in that litigation, correct?
A That's correct.
Q And what was your opinion in that litigation?
A My opinion in that litigation is that valsartan is not a cause of the various human cancers that were claimed in the valsartan litigation.
Q Have you been asked by counsel to make any assumptions for the purpose of writing your report in this litigation?
A I'm not -- I'm not sure what you're referring to, assumptions. What do you mean? If you could give me an example, I'd be happy to answer.
Q By assumption, I'm asking if you were asked to assume anything as a fact when doing your report in this litigation. Were you asked to assume any facts?
A I apologize. You -- right at the beginning of your question, it cut out. If you could just repeat that, I would be grateful.
Q Sure. For the purposes of writing your report in this litigation, I'm asking if you were asked to

assume any particular facts?
A Sitting here today, I don't believe I was asked to assume any facts for the purposes of developing my opinions or writing my report.
Q What was the research question that you began with for your work on this case?
A By research question, if what you're asking me is -- what is the question that I was asked to formulate an opinion about, is that what you're asking me?
Q (Nods head.)
A I was asked to formulate an opinion about whether ranitidine is a cause of the human cancers claimed in this litigation.
Q And were you told what cancers were claimed in this litigation?
A I -- I don't recall specifically what attorneys said to me, but it could more likely than not I was told but certainly in reading the plaintiff's expert's reports, that was apparent, but I don't have any specific recollection of being told, but probably somewhere in the course of things I may have been told, but I don't have a specific recollection.
Q When you formulated your opinion whether ranitidine is a cause of human cancers, did you look at all human cancers?



A In the course of my reading, I would have been reading about ranitidine and any cancer studies. I wouldn't have included studies that dealt with other potential cites of cancer.
Q When you were asked to formulate an opinion about whether ranitidine is a cause of the human cancers claimed in this litigation, were you told what those cancers -- the identity of those human cancers?
A And as I have said, while I don't have a specific recollection of that being defined for me, it may well have been the case -- it may well have been the case that I was told that. Again, I had read and I read the -- well, I'll just leave it at that. I don't have any specific recollection, but I imagine I was probably told at some point.
Q What cancers were you told the plaintiffs were pursuing?
MR. TOBEY: Objection, form.
A So as I said, I don't -- I am aware of what cancers are now actually discussed in reports and are being claimed. As I've said, I don't have a specific recollection of being told. And it's also possible that the cancers being claimed in this litigation, for all I know, may have changed. It may have -- in terms of what is claimed by plaintiffs, it may be a smaller number



than it was originally. I don't -- I don't have a specific recollection of being told, so I can't give you more information about that.
What I can tell you is that I have read -- I am currently aware of what the cancers are that are claimed currently in this litigation.
Q Can you tell me when you became aware of the cancers that are claimed currently in this litigation?
A Well, since I don't have a specific recollection of being told, I couldn't give you a date of the thing that I don't recall being told. Certainly whenever it was that I read, for instance, Dr. Panigrahi's report, I would have known then what cancers he was talking about. But I don't have a specific recollection of being told or what I was told, so I can't answer -- I can't give you more information than I've given you already.
Q Were you aware of what cancers were being claimed before you completed your report?
A The beginning -- I lost the beginning of your question.
Q Were you aware of what cancers were being claimed by the plaintiffs before you completed your report?
A Yes.



Q Now, you have told me that your question that you were answering as an expert in this litigation was whether ranitidine causes human cancer, correct?
A Yeah, that's correct.
Q Describe the methodology you used to go about answering that question.
A I would describe it as a weight of the evidence approach using the same methodology that I would use in my everyday professional practice to arrive at an opinion. And that involves consideration of biochemical evidence, cell-based evidence in in vitro systems, studies in laboratory animal models, epidemiological studies, clinical information. Reading as broadly as possible on to those topics, assessing and weighting individual pieces of evidence but being as inclusive as possible in my considerations, and then combining that with my expertise, training and professional experience to arrive at an opinion.
Q And how would you go about gathering the biochemical evidence, cell-based evidence, studies in laboratory animal models, epidemiological studies and clinical information?
MR. TOBEY: Objection, form.
A So in the broadest of terms, that would involve a number of different search strings, a -- and

probably the most common source for that would be searches performed within PubMed to look for relevant -- to look for relevant articles. Occasionally that might be just doing a general Google Scholar search. Sometimes in rare circumstances that might involve a Google search that would also then have entailed reading articles that I thought were relevant.

If there were references to studies that I thought would be potentially informative for my opinions, I would then seek to get those as well. There would have been -- there were materials -- some materials that were provided by -- to me by the attorneys. And then, of course, since we're focused on cancer biology in this matter, all of the usual materials with which I am familiar as a consequence of my profession.

Q Did you keep a record of the search terms or the searches you conducted online?

A I did not keep a record of my search terms and nor would I ever do that either in my daily practice as a scientist or with regards to litigation. I do not save searches.

Q Do you save the results of the searches?

A No, I do not.

Q Now, in your report, you have 222 references



cited. Did you read each of those references?

A Certainly as a general matter, if I was referencing something, that would have meant that I had -- that I had read it. That doesn't always mean I had considered in detail every single word. You know, for instance, I might or might not look at all aspects of the materials and methods or every figure legend, but as a general matter, yes, I would have -- I would have looked at and perused that article, but the depth at which I might have done that would vary based on a particular context and the issue that I was attempting to reference it for.

It was, as I believe I stated, it was not -- yeah, I was not -- as I stated in my report at the outset, I was not attempting to exhaustively cite information in my report, the 200-or-so citations notwithstanding.

Q Now, when you mention in your report that you were not attempting to exhaustively list, what do you mean by that?

A What I mean by that is I was not attempting to either write a textbook and I was not attempting to take each and every statement that I had made and identify all of the different citations that I could find in the literature that would support the proposition. And that



is why what I wrote in my report is that citations to specific reference materials are offered in this report in those instances in which I considered it necessary to cite a specific source. Otherwise, my opinions are derived from general medical knowledge, my own scientific and clinical experience and/or a combination of referenced sources. This report is not intended as an exhaustive summary of all of my opinions nor an exhaustive set of citations to the literature.

Q Are you offering opinions that are outside and not mentioned in your report?

A I apologize. I'm not understanding your question.

Q What you just read was from page 4 of your report, paragraph 15, correct?

A That's correct.

Q And one of the sentences you wrote was "This report is not intended to be an exhaustive summary of all my opinions."

Are there opinions that you intend to offer in this case that are not in your report?

A I think it's fair to say there are not opinions that I intend to offer that are not in this report. However, if I am asked questions either in a deposition or in a trial, I will -- I will answer them



as best I am able. I have opinions on things that are relevant to cancer and cancer biology and a wide variety of matters that I might be asked a question about, you might ask me a question that may or may not be written on one of the pages in this report.

Q When you wrote the report, did you feel that it was comprehensive to answer the question that ranitidine causes human cancer?

A I -- so since I can only judge my report from my own perspective, as a -- as a reasonable scientist and a physician, it's my opinion that the opinions contained within my report provide sufficient evidence to support my opinions that ranitidine is not a cause of human cancer and is not a cause of cancer of the cancers claimed in this litigation. However, there may be things that are obvious to me that might not be obvious to, say, a nonscientist reading it.

So comprehensive isn't -- I don't really know what that word means in this -- in this particular context.

Q Did you develop a test hypothesis?

A Well, the hypothesis, if you will, and I would say a hypothesis, as I use that term, is a question that is asked in an experimental setting where that hypothesis is then tested by some set of experiments.

And so to the extent that my report summarizes my opinions based on information in the literature, all the different types of information that I have alluded to to address the question that I was asked to develop an opinion on and the terminology in which I would use the word hypothesis, that is not a word I would apply to generating a report because I wasn't doing experiments to test the hypothesis.
I was addressing the question of whether or not ranitidine is a cause of human cancer. And, you know, I'm addressing that question by, again, bringing to bear all of the information that I am able to on that question, but I don't think someone would typically use the word hypothesis to describe developing an opinion to answer a question.
Q And you did not run any experiments yourself in order to answer the question whether ranitidine causes human cancer, correct?
A It would be correct to say that I -- as I testified to earlier, I did not perform experiments in the laboratory to test the hypothesis of whether ranitidines is a cause of human cancer nor -- nor would that have -- you know, I did not do that. As I have said, I evaluated all of the information in the manner that I testified to to address the question, and maybe


that's what you mean by hypothesis, to address the question of whether ranitidine is a cause of human cancer.
Q Did you learn during your work on this case that ranitidine can transform into NDMA?
MR. TOBEY: Objection, form.
A I can't answer that question the way that you have asked it.
Q And why can't you answer the question as to whether you know if ranitidine transforms into NDMA?
A Because transform isn't a word that I would use in the scientific context that you are applying it to. If what you're asking me --
Q Well, let me ask another question, then, Doctor. Did you learn that NDMA has been found in ranitidine drug product?
A So I am -- I am aware that the chemical NDMA has been detected within formulations of ranitidine. I can't tell you exactly when I became aware of that since some things were in the popular press, you know, what the timing was of that. But, yes, I am aware -- excuse me. I am aware that NDMA has been detected in some formulations of ranitidine products.
Q Are you aware of the source of the NDMA that has been found in ranitidine products?


A I would say as a general matter, a potential source of NDMA in ranitidine products has been hypothesized, and I think there is some evidence to support it, but I -- I don't -- I don't believe that the details of how that might happen have been completely defined.
Q And what is the potential source of NDMA in ranitidine products that has been hypothesized, as you put it?
A The -- a source of NDMA measured in ranitidine products has been hypothesized to result from chemical degradation of the ranitidine molecule itself by which I mean -- by chemical degradation, I'm really using that in a general manner because what the molecular reaction might be that could potentially yield NDMA I do not believe is clear what that molecular reaction, you know, actually is.
Q Notwithstanding not knowing the exact mechanism in which ranitidine can degrade into NDMA, is it your understanding that it has been established that ranitidine can degrade into NDMA?
MR. TOBEY: Objection, form.
A So -- so the reason why I said I wouldn't use the term "degrade" is that the chemical degradation of ranitidine as in -- which I understand to mean moieties


within the ranitidine molecule are separated from the rest of the molecule. There is no single piece, if you will, no single moiety in ranitidine that if it became separated from the rest of the molecule, you would not have NDMA. That's my understanding. So that is why, as I mentioned earlier, I would not have used the term "chemical degradation."
Q What term would you use to describe the phenomenon that the ranitidine molecule can form NDMA?
Let me ask it other way. What term would you use to describe the phenomenon of NDMA forming from ranitidine?
A So since -- as I've said, if not -- if not known what the potential reactions might be, I proposed at the outset that if -- I don't know that there is a -- well, given the state of uncertainly, I do not know that there is a more apt or more useful description than I think referring to it as chemical degradation, as long as we're clear that what I mean by that is not assuming any particular kind of mechanism. I think referring to chemical degradation I'm -- I am comfortable with that as long as I'm clear that it basically encompasses what is an ill-defined area of exactly what is happening at a molecular level.
Q So we can agree moving forward that when I use

the terms "chemical degradation," I am using them to not describe any particular mechanism that's occurring but the general phenomenon of ranitidine turning into NDMA?
MR. TOBEY: Objection, form.
A I -- I wouldn't -- I wouldn't say ranitidine turning into NDMA. I would say by which ranitidine -- a formulation containing, you know, hypothetically, pure ranitidine molecules and nothing but, whatever the process is by which such a formulation might be later found to have NDMA. So it's not a turning -- it's not a turning into. I think we're fine as long as we're clear that chemical degradation is not referring to a particular molecular reaction that's been hypothesized, just that you can start with a formulation that has only ranitidine and potentially in some context have a product that then has -- has NDMA that is now detectable in it at a higher level.
Q Do you have an understanding as to what conditions promote the formation of NDMA in a ranitidine finished drug product?
A I'm aware of some of the hypothesized conditions that might promote that chemical degradation as we're using the term. Again, it's not clear to me and nor do I think it has been resolved either that that has clearly been proven. But I guess more importantly,


I mean, they're hypothesized conditions for which there is some evidence. The extent to which those things might occur in the real world is unknown.
Q Those conditions being temperature and humidity? Are those two of the conditions that can affect NDMA formation in ranitidine finished drug product?
A So very high temperatures and very high humidity have been hypothesized as factors that may contribute to the potential development of NDMA in a ranitidine formulation, you know, outside of the body. But as I said, whether or not -- the extent to which those two variables might actually have an impact in the -- in the real world of conditions and the potential generation of NDMA in ranitidine products is, to my understanding, not defined.
Q You keep -- you said "real world." Did you look at any of the studies regarding the effects of temperature and humidity on ranitidine, whether it be the API or the finished drug product?
A Yes.
MR. TOBEY: Object to the form. Go ahead, Doctor.
A Yes, I have. And what I'm referring to is that studies implicating temperature and humidity have,


to my reading, principally been addressed in the context of what I would call forced degradation conditions, that is, testing environmental conditions that may be unlikely to occur as in -- in the real world, by which I mean in the manner in which the drugs are shipped, stored, used by consumers as opposed to conditions selected in a laboratory with the express intent of identifying conditions that might facilitate or induce the forced chemical degradation of the compound. That's a laboratory setting as opposed to a real world setting. By the way that I'm using real world, it's the drug's use in the population as opposed to what happens in a laboratory.
Q But laboratories can test conditions that occur in the real world. Don't you agree?
A Laboratories can test conditions whether or not they occur in the world real or whether or not the people testing those conditions have any knowledge of how frequently they might occur in the real world. Laboratory -- that's the purpose of a laboratory and experiments is to isolate variables that can then be addressed in a laboratory setting.
I'm just simply trying to distinguish a laboratory setting of what can be induced, that is, what can happen under a specific set of conditions in a


particular investigator's hands, as opposed to what does happen in the world in which people have used ranitidine.
Q But the conditions of what does happen in the world can also be replicated in the laboratory. For example, if someone lives in an area that's 25 degrees Celsius, the temperature is something that can be replicated in the laboratory, right? The laboratory can choose different conditions and replicate them?
MR. TOBEY: Objection, form.
A I think we may be talking passed each other. What I'm simply trying to say is that a laboratory selects conditions to test that are of interest to them in testing. It's not an evaluation of whether or not or how frequently those conditions might occur in the course of the manufacturer's shipping, storage and use of the drug. That is not -- that would be a different investigation.
If a scientist was attempting to define all of the different conditions under which that may occur for a given pharmaceutical agent, that's a different investigation than asking a question, for instance, is there an impact of a specific temperature for a specific duration of time on the chemical integrity of this pharmaceutical product?

Page 78

Q And in the research that you did, did you come to learn that when ranitidine drug product is exposed to increasing temperatures, more NDMA forms?
MR. TOBEY: Objection, form.
A So, again, while I do not consider the matter to be resolved, to have a clearly defined answer, there -- there is evidence that I have looked at that would suggest that at very high temperatures, which may or may not -- may or may not reflect real world conditions, that at very high temperatures and for extended periods of time, some ranitidine products can form increasing amounts of NDMA, presumably by some type of chemical degradation, but that that is -- even within the same -- the same laboratory, the same test conditions and the same API, that a different result can be obtained, that is, the extent to which that happens appears to be variable.
Q And in the research that you did, did you come to learn that when ranitidine drug product is exposed to increasing humidity, NDMA forms?
A My best recollection is that the small number of studies that I am aware of looked at the combination of heat and humidity, of very high temperatures with very high humidity for extended periods of time. So it's that combination I'm aware of. I'm not -- sitting

Page 79

here right now I don't recall data looking purely at humidity at room temperature that may have been there.
The limited amount of data that I have seen on this has, to the best of my recollection, generally looked at the combination of extremely high temperatures with extremely high levels of humidity for extended durations of time.
Q (Indiscernible) did you analyze studies where the temperature was held constant and the variable that was changed was increasing the humidity to study the effect of NDMA formation?
MR. TOBEY: Rosemarie, before he answers, there's a pattern where we're not getting the first word or two of your questions. And I thought it might have been on our end, but I'm noticing the realtime, at least in this last question, had the same issue. I don't know maybe during a break you can ask someone to look at it, but when he's asking you to repeat, we're just missing, like, the first two words.
BY MS. BOGDAN:
Q I'll reask the question. In the research that you did, did you analyze studies where the temperature was held constant and the variable that was changed was the humidity to study the effect of humidity on NDMA

Page 80

formation?
A Without -- without being able to look at my papers that are cited, I can't -- I can't give you a complete answer to that. My -- my recollection is that the Avay (ph) paper looked at the combination.
What I'm trying to say, perhaps inartfully, is that the condition -- you can hold temperature constant at a very high temperature and then vary humidity. The simple point I'm trying to make, to be clear, is that that's still looking at a combination of factors, and I don't recall sitting here right now what the results were of any studies that might have been done of taking sort of standard room temperature, as it would be used in a laboratory, and varying humidity that would otherwise be considered, you know, normal room temperature. I guess without being able to look at my papers, I can't give you a full and accurate answer to that. And I'd be happy to -- if you could provide any literature, I'd be happy to look at it and comment.
Q Well, as you sit here today, do you have an opinion as to whether increasing humidity on ranitidine drug product independent of temperature causes NDMA formation?
MR. TOBEY: Objection, form.
A I guess what I'm trying to say is there's --

Page 81

there's -- as I use the --
Q The question is do you have an opinion on it or not? That's what I'm asking.
A I'm trying to answer you. As I use the terms, there is no such thing as independent of temperature, that any effect that would be described would be at a specified temperature. So I understand if what you're referring to is experiments that vary humidity at a constant temperature, but if, for instance, that constant temperature is already at an elevated or extreme level, you're still studying the combination of humidity and temperature. You're not -- you're not isolating it in a way that is somehow independent of temperature.
The term "independent of temperature" to me as a scientist means irrespective of the temperature, you would obtain the same answer experimentally from varying humidity. And that's -- I don't think that's what you're referring to.
Q Do you have an opinion as to whether humidity conditions can promote the formation of NDMA from ranitidine?
A And I -- I answered you, I believe. I'll try again.
Q You cannot answer that independent of

temperature. Is that -- is that --
MR. TOBEY: Let's let him get the answer out first.
A I believe I answered that. I will -- I will try again to give you a clear answer. What I'm saying is that the data that come to mind sitting here right now not being able to look at my literature or refresh my memory, the data that I have in mind right now look at the effects of very high humidity levels in the context of very high levels of temperature. And that is not -- even if that temperature is held constant, that does not make the observation independent of temperature.
Q Other than the Avay paper, did you review any other papers that addressed NDMA formation from ranitidine as a function of temperature and/or humidity?
A That is the -- that is the principal paper or publication that comes to mind without going through my materials considered list. There may have been other documents, things that may have been mentioned in something from a regulatory agency. I recall looking at some portion of a report from plaintiffs' expert, Dr. Najafi, and it may well have been that in other expert reports -- plaintiff expert reports there may have been references either to those studies that



Dr. Najafi referred to or others.
But I would say in recent years, the -- it has been an area of active investigation to attempt to understand what the source was of NDMA that was detected in ranitidine formulations. And as I've said, my understanding is that such studies are ongoing and that the matter has not been fully resolved.
MS. BOGDAN: Can we go off the record for a second because I seem to remember that there is a setting that can be had where it stops this from happening?
MR. TOBEY: No problem going off the record. Can we just ask the witness, I mean, should we take a biobreak or --
MS. BOGDAN: Did he not answer -- did he not answer the question?
THE WITNESS: We couldn't hear your question.
MR. TOBEY: No. We couldn't hear your question, but you asked to go off the record, and I was just asking if we wanted to use this as a break and if we could check with the witness whether he would like a break or wants to push forward.
THE WITNESS: I could use a short break.
MS. BOGDAN: My question didn't even come up, yeah, so why don't we -- why don't we go off the



record and then we can discuss whether to take a break or not.
MR. TOBEY: Oh, sure. That's fine.
THE VIDEOGRAPHER: We are now off the record. The time is 1605 UTC, 12:05 p.m.
(A 34-minute lunch recess was had.)
THE VIDEOGRAPHER: We are now back on the record. The time is 1639 UTC, 12:39 p.m. EDT.
MS. BOGDAN: Dr. Chodosh, over the break I got an e-mail from your counsel with three additional invoices provided in addition to the ones that we had looked at this morning. So I would ask if the tech could please pull these up and mark them.
One is an invoice dated March 25th, 2020, another is dated March 26, 2020, and the last one is September 17, 2021. You can put them all together, if that works.
THE VIDEOGRAPHER: These will be marked as Exhibit 6250. Counselor, for Box purposes, I'll do 6250 A, B and C.
(Composite Exhibit No. 6250 A, B and C were marked.)
BY MS. BOGDAN:
Q Okay. So the first one that's been brought up is the September 17th, 2021.
A I apologize. I'm waiting. It doesn't appear



in Box. Correct.
Q Okay. And is that one of the invoices that you alluded to earlier this morning because your work on this matter started before January of '21, which was the invoice I had been provided?
A Yes, that's correct.
Q And again on this invoice your activity descriptions are either review of literature or teleconference, correct?
A That's correct.
Q And your charges for the work done between April 20th -- excuse me, April 8th of 2020 and December 31st of 2020 was 48 hours at a total charge of 38,400, correct?
A That's correct.
Q And I also received another invoice dated March 26, 2020. And again that's for work on this case, correct?
A That's correct.
Q And that's for work that was done between January 7th of 2020 and March 5th of 2020?
A That's correct.
Q And that was 40 hours of work at a charge of 32,000?
A Yes, that's correct.

Q And then the last invoice I was provided by e-mail is dated March 25th of 2020.
A That's correct.
Q Again, that's for work on this matter, correct?
A That's correct.
Q And that shows 42.75 hours of work?
A Correct.
Q A charge of 34,200?
A That's correct.
Q So the total that you have been paid to date for the five invoices that have been produced is 264,200 dollars, correct?
A Without a calculator in front of me, I couldn't tell you yes or no.
Q Now that I've been provided with these three additional invoices, does this complete the total number of invoices that you've submitted in this matter?
A Yes, it does.
Q Did you review GSK's root cause analysis for the presence of NDMA in ranitidine as part of your investigation into this case?
A Hang on one second.
MS. BOGDAN: Take that exhibit down, please.
A My recollection -- I'd have to go through all


my materials, but my recollection is that I did look at a document regarding a root cause analysis from GSK as one of -- obviously one of a number of documents that I've looked at.
Q Is the document referenced on either your materials considered list or an actual cited reference in your report? Are you referring to looking at an internal document of GSK's or something that was in the published literature?
A What I'm referring to is what I believe you asked me a question about, which was a GSK root cause analysis, and I don't know if that was a published document or -- or a GSK document similar to those I've seen, for instance, for animal testing or genotoxicity, you know, those aren't -- I don't know if those count as published things or not.
Q Those would be internal. I'm talking about, when I say published, I mean a peer-reviewed, you know, published paper.
A I would -- I would have to have the document -- if you're referring to a root cause analysis performed by GSK, I recall seeing such document. I don't have a -- I don't have a specific, you know, recollection beyond that, so I don't -- I don't honestly recall whether that was an internal document or


something that had been, for instance, submitted to the FDA and made available. Without having it in front of me, I don't recall. If that's a document that you can show me, I'd be -- that might help refresh my memory.
Q When you wrote your report, did you include all of the documents that you reviewed as either a reference cited in the report or listed on your materials considered list?
A I did my best to do that. Given just the shear number of documents, it is possible that there may have been a document here or there that I looked at that would not have made its way on there, but to the best of my recollection of -- well, I certainly did the best that I was able to do. As I recall, the formulation of the materials considered list was, I believe, and again, best of my recollection, that the attorneys had developed a document that listed things that they had provided to me, and then I was indicating things that I had looked at in addition to that.
So I don't -- I was not the only one compiling things in the materials considered list, so it may have been that I assumed that it was -- that it was on there. And I honestly don't know whether it's in my materials considered list or not. I'd be glad to take the time to look, but I suspect that that's not what you want me to


spend my time doing right now.
Q There are 322 items on your list of materials considered. Did you read them all?
MR. TOBEY: Objection, form.
A What I would say is if they're on the materials considered list, what that means is that I had the ability to consider whether I would read them, read them in their entirety, but there would be, you know, a full range of things that I -- I read in their entirety, you know, every last word. There would have been things at the other end of the spectrum that I might have opened the document, looked at the title or the abstract or scanned the figures and decided this was not likely to be germane to the development of my opinions, so -- but they were all things that I considered and whether, in some cases, what I was considering was what was the depth at which I would read them, that's -- to my mind, that's what materials considered means.
Q If we could please pull up the King publication. Do you see that document, Dr. Chodosh?
THE VIDEOGRAPHER: This is marked as Exhibit 6251, Counselor.
MS. BOGDAN: Thank you.
(Exhibit No. 6251 was marked.)
A I do not yet see it in Box, and I would like

to be able to look at it and refresh my memory, please.
Q Have you been able to see it in box?
A I see it in Box. I'm just taking a look at it. (Reviewing document.)
Q The --
A I'm almost done. Thank you. Almost done. Okay.
Q Did you review this publication as part of your investigation into this matter?
A I believe I have looked at it. I don't -- I don't recall whether it was -- I mean, the visual on the first page of the OPR&D in green, I don't recall that. But the fact that there was a root cause analysis and some of the information contained within this is generally familiar to me.
Q And the authors of this root cause analysis are with GlaxoSmithKline. Do you understand that to be the case?
A Yes, I do.
Q Have you read the depositions of Andrew Searle or Michael Urquhart that were taken in this matter?
A No, I have not.
Q Directing your attention to the abstract, do you see that?
A Yes.



Q And that indicates that the presence of low levels of N-nitrosodimethylamine in ranitidine hydrochloride drug products has been reported by the regulatory agencies, correct?
A Yes, you read those words as they appear on the page.
Q And it indicates that GlaxoSmithKline undertook a root cause analysis to investigate this observation using contemporaneous, highly sensitive analytical methodologies. Do you see that?
A Yes. Again, I see where you read those words.
Q Who hired you to work as an expert in this case?
A I was -- I mean, from my perspective, I was contacted by attorneys at Arnold and Porter and DLA Piper.
Q And on behalf of which defendants were you retained by?
A I'm sorry. You cut out at the beginning.
Q On behalf of which defendants in this case were you retained?
A I don't specifically recall. It may have been Sanofi, but I'm not sure. I also don't have an understanding of in a matter in which there are, to my understanding, multiple manufacturers, I don't know -- I



don't know -- I don't know what those arrangements are between different companies that might be involved. My contacts were -- my interface was entirely with the attorneys from DLA Piper and at Arnold and Porter.
Q Are you offering opinions in this case on behalf of all the brand defendants, which would be GSK, Pfizer, Boehringer Ingelheim and Sanofi?
MR. TOBEY: Objection to the extent that that calls for a legal conclusion. It's in the report who -- in the cover page to the report who those were submitted on behalf of.
A I mean, as I -- as I have said, yeah, my -- my opinions are my opinions. I don't know -- you know, to my mind, that's between the lawyers who are dealing with this. I don't know what the -- what the -- how those things are handled nor does it impact my opinions.
MS. BOGDAN: Will you please put that exhibit back up? Thank you.
Q So in the abstract of this study that was done by GlaxoSmithKline, the root cause analysis suggested that the presence of NDMA results from a slow degradation of the ranitidine molecule. Do you see that in the abstract?
A Oh, that's your question? Yes, I see where you've read those words. Sorry.



Q (Inaudible) based upon your investigation into this case that the presence of NDMA results from a slow degradation of the ranitidine molecule?
MR. TOBEY: Objection to form.
A Well, I think we've talked about what phrase we can use to describe what happens, so I don't know that -- I think we're talking about the same sorts of things. What I referred to as chemical degradation as an umbrella term I think would encompass what is being referred to here as slow degradation of the ranitidine molecule. But I don't -- I don't know precisely what these authors had in mind by their use of the term "degradation."
Q Do (inaudible.)
A I apologize. You cut out at the beginning.
Q I said do you disagree with that statement?
A Well, I think that is essentially what I said before, which is that the -- that there are studies regarding the chemical degradation with that term being used as an umbrella term of ranitidine that can result in increased levels of NDMA that were detectable in pharmaceutical formulations. So I think we're essentially -- we're saying something very similar, and this is what I testified to earlier.
Q Would you read the next sentence, please, that

Page 94

begins with "Analysis"?
A (Reviewing document.) I wasn't sure if you were talking to the person highlighting or are you asking me a question?
Q No, I'm asking if you could please read the next sentence.
A The next sentence says, "Analysis using suitably isotopically labeled ranitidine hydrochloride confirmed the formation of NDMA solely from an intermolecular reaction of ranitidine hydrochloride without involvement of impurities."
Q What does that sentence mean to you?
A What that sentence means to me is that the authors took ranitidine hydrochloride. They isotopically labeled it, that is, put a -- put a marker on a portion of the molecule in a defined place to ask the question about whether in their experiments, in their root cause analysis, whether NDMA was formed from an intermolecular reaction, presumably, as opposed to an intramolecular reaction of ranitidine hydrochloride and whether impurities might have been involved. And I'm not sure -- I do not recall what the specific impurities are that may have been investigated for this paper.
Q Does that statement mean to you that the formation of NDMA from ranitidine does not involve

Page 95

impurities?
MR. TOBEY: Objection to form.
A Well, again, not -- not knowing what, you know, not recalling what the specific impurities are that were investigated, whatever they were that the authors are referring to as impurities, they are indicating in the abstract their apparent conclusion that NDMA resulted from an intermolecular reaction of ranitidine hydrochloride, again, as distinguished from an intramolecular reaction of ranitidine hydrochloride.
Q And intermolecular reaction of ranitidine hydrochloride is referring to the reaction of one ranitidine hydrochloride molecule with another, correct?
A That's correct.
Q Not an interaction with something outside of ranitidine hydrochloride, correct?
A Well, the distinction between both an intermolecular reaction and intramolecular reaction involving ranitidine could both solely involve ranitidine but they're different. So I think --
Q Of course.
A -- there is a distinction.
Q What I meant by my question -- let me reask it -- is that intermolecular reaction from ranitidine hydrochloride is referring to a reaction of ranitidine

Page 96

hydrochloride molecules with ranitidine hydrochloride molecules, correct?
A I'm -- yes, a reaction with other ranitidine hydrochloride molecules. That would be my understanding of what the authors meant by that based on the context.
Q And it's that interaction between ranitidine hydrochloride molecules that results in the formation of NDMA, correct?
A That is the conclusion that is expressed in the abstract of this paper dealing with a reaction occurring essentially in a solid state in a pharmaceutical formulation, just so that we're clear, to be distinguished from something that occurs, for instance, in a living organism.
Q Can you please read the next sentence that begins with "Factors"?
A "Factors that influence the rate of degradation include heat, humidity and the crystal morphology of ranitidine hydrochloride with the material exhibiting a columnar habit showing a slower rate of degradation."
Q Based on your investigation into this case, do you agree with that statement?
MR. TOBEY: Objection, form.
A As I -- as I have testified to earlier, that

Page 97

heat in combination of humidity are two factors that have been hypothesized to play a role in NDMA that is detected at elevated levels in pharmaceutical preparations. I would say I have not formed an opinion per se on crystal morphology and whether that is involved or not involved.
Q And when you say that two factors that have been hypothesized to play a role in NDMA formation are heat and humidity, is it your opinion that you can't say with certainty that those two conditions affect NDMA formation from ranitidine?
A No. What I'm saying is that since the question that you or one of the questions at hand that I think we're discussing is if one looks at a ranitidine formulated tablet as, say, the FDA has done, and performs a measurement for NDMA and detects NDMA at a higher than anticipated level, that what actually caused that is not clearly defined, in my mind.
However, the laboratory studies suggesting that temperature and humidity, particularly very high temperatures, very high humidity, particularly in combination, may contribute to that in the laboratory. I've described that. Whether or not that -- those are the factors that are actually responsible for those instances in which, for instances, the FDA detected

Page 98

elevated levels of NDMA in ranitidine products, I think that is unclear. That's the distinction that I just want to be clear about.

Q Now, GSK published this root cause analysis regarding the molecule that they invented, ranitidine, correct?

A Sitting here right now I don't know who held the patent originally for inventing ranitidine. It may have been GSK. I don't -- I don't recall.

Q In this root cause analysis, GSK states, "Factors that influence the rate of degradation include heat, humidity and the crystal morphology of ranitidine hydrochloride with the material exhibiting a columnar habit showing a slower rate of degradation." That statement is not equivocating, correct?

MR. TOBEY: Objection, form. We lost a few words in there.

A Were you just reading the last sentence of the abstract?

Q The last sentence of the abstract, yes.

A Well, if so, then I will -- I will say that you have -- you have read those words correctly. And since the three authors of this article wrote those words, that was presumably what they -- what they intended.

Page 99

Number one, I don't -- this is -- these are the views and conclusions of the three authors in the paper. I didn't see anything that says this is the official stance of GlaxoSmithKline. And number two, the phrase "factors that influence" and what follows, factors that influence, that can mean a wide range of thing. That could mean those are dominant factors that influence that or that could mean they are among many factors that could influence that.

It's just -- it's a very vague phrase that the authors chose to use, so I can't, you know, I can't agree with that or disagree with that phrase.

Q Based upon your investigation in this case, do you know of any other factors that influence the formation of NDMA from ranitidine?

A The factors I have seen hypothesized are very high temperatures and very high levels of humidity, particularly in combination and for, you know, extended durations. I see that this is referencing crystal morphology. Beyond that, I -- sitting here right now I am not aware of other hypotheses other than to say the Zeng and Mitch article, which was retracted, was retracted at least in part because it was found that subjecting ranitidine to extremely high temperatures as would happen analytically in a piece of equipment,

Page 100

presumably not in the presence of very high humidity, could cause the breakdown of the ranitidine molecule. I don't think that that's -- that's an analytical factor rather than a hypothesized factor for what might have been responsible for elevated levels of NDMA that would be -- that have been detected, for instance, by the FDA in ranitidine formulations.

Q What would be concerning (indiscernible) --

MS. BOGDAN: Am I coming up on the -- can you hear me?

THE REPORTER: All I heard was "what would" and "concerning."

MS. BOGDAN: Okay. Let me start again.

BY MS. BOGDAN:

Q Why would it be concerning that ranitidine can degrade into NDMA?

MR. TOBEY: Objection to form.

A Why would it be concerning to whom?

Q Well, let me ask if you would find it concerning that ranitidine can degrade into NDMA?

A Well, I think as a -- as a general matter, pharmaceuticals are manufactured and anticipated to be relatively stable. And to the extent that it was the case or to the extent that it is the case that an unexpected chemical reaction of whatever sort could

Page 101

occur in the solid state with ranitidine that might generate NDMA, well, that's -- that would not be as designed.

So any time I think -- as an entry point, any time that you have an API undergoing an unexpected reaction or potentially undergoing an unexpected reaction, one would want to know more and to understand what is happening and what, if any, consequences there might be.

Q Let's -- well, let me ask you this: Did you investigate and look into whether ranitidine is carcinogenic? And when I say that, I mean the ranitidine molecule, the C13H22N4O3S.

A If you're asking me did I evaluate data that would speak to whether the ranitidine molecule itself is carcinogenic, the answer to that is yes.

Q And what did you do to evaluate whether the ranitidine molecule itself is carcinogenic?

A Well, the accurate answer to your question is that studies of ranitidine, for example, studies of the effects of ranitidine in laboratory animals, epidemiological studies of ranitidine in patients who take it and even in vitro studies of ranitidine would really by definition encompass whatever it is in the ranitidine formulation. So, for example, to the extent

Page 102

that ranitidine could chemically degrade, again, in the umbrella sense of that term, to yield increased levels of NDMA, well, those things would be tested -- the effects of those things would read out, if you will, and the results of those assays.

So other than a thought experiment, sitting here right now, I'm not sure if other than a thought experiment whether there even is such a test. I mean, this is always the case when you're testing something, you're testing, you know, everything in it, you know, including any impurities.

Q Let me ask the question another way. Did you analyze studies of the genotoxicity or mutagenicity of the ranitidine molecule in vitro?

A I reviewed evidence of the effects of ranitidine on in vitro genotoxicity, as well as in vivo genotoxicity, as well as epidemiological studies in human beings, so the full -- the full range of types of literature that we discussed earlier in this deposition.

Q I'm asking specifically about studies that are in vitro. Did you look at ranitidine studies that were done in vitro looking at the ranitidine molecule?

MR. TOBEY: Objection, form.

A I looked at in vitro studies that tested the effects of ranitidine but which would encompass, you

Page 103

know, any potential chemical degradation that might potentially have yielded NDMA. Again, I'm not trying to be difficult. I'm saying that when you do in vitro genotoxicity studies with ranitidine, I guess with the compound labeled ranitidine, it's not a test that says every molecule in this is ranitidine and there's no other molecules other than ranitidine --

Q In those --

A -- at least in the (indiscernible) report.

Q In the in vitro studies that you reviewed, did they test the ranitidine that was being used to determine whether there was NDMA present in it before they ran the in vitro test?

A To my understanding, at the time that those tests were performed, to my understanding there was not a recognition that it was possible that NDMA might be present. So by necessity, what is being measured in those assays is not only the ranitidine but anything to which ranitidine might give rise by way of what we've referred to as chemical degradation.

Q Yes, but did your investigation into this case result in you learning that the amount of NDMA present in ranitidine can vary from sample to sample?

A I think it is widely to be a reasonable statement to say that the level of NDMA, if any, that is

Page 104

present in a ranitidine-containing product, for lack of a better word, that those levels could vary. That's a -- that's a fair statement, that there -- that there is likely to be variability.

Q Is NDMA a nitrosamine?

A Yes.

Q What are nitrosamines?

A Nitrosamines are molecules that have both nitroso groups and amines.

Q And how many nitrosamines are there?

A There are many. I can't give you an exact number. My guess is there's probably more than a hundred, but sitting here right now I haven't -- I haven't memorized exactly how many there are that have been described.

Q Are nitrosamines known to have carcinogenic properties?

A If you're asking me are some members of the nitrosamine class known to have carcinogenic properties when administered at sufficiently high doses, I think the answer to that is yes. And at the same time, there are nitrosamines which, to my understanding, have -- available evidence indicates may not have carcinogenic potential even at high doses.

Q Is NDMA carcinogenic?

Page 105

A I believe that there is a sufficient body of evidence to say that when NDMA is administered to laboratory animals at extremely high doses, that it is capable of inducing the development of cancers, which would qualify it as an animal carcinogen.

Q Is NDMA mutagenic?

A When administered at sufficiently high doses, either in vitro or in laboratory animals, NDMA is mutagenic at those extremely high levels in those systems.

Q (Inaudible) to be mutagenic?

A I'm sorry. You cut out at the beginning.

Q What does it mean for a chemical to be mutagenic?

A Most simply put, for a chemical to be mutagenic, it possesses the property of inducing the formation of mutations at an elevated rate and when given at a sufficient dose.

Q And what is a mutation?

A A mutation is a heritable change in the DNA sequence within a cell.

Q And can mutations within a cell lead to the development of cancer?

A Well, I think it's fair to say that all cancers are ultimately a result of the accumulation of

Page 106

mutations within the same cell, if that's what you're asking. Maybe you could reask the question. I've forgotten what the question was.

Q That's what I was asking. Is NDMA genotoxic?

A The term "genotoxic" really refers to a chemical with the ability to damage DNA, which is a property that is distinct from an agent that can cause mutations. So NDMA at -- at extremely high doses can damage DNA, which specifically means it can, in this case, methylate certain residues in DNA, and that is -- and that's being referred to as DNA damage.

Q And DNA damage can lead to mutations, correct?

A So the only context in which DNA damage leads to mutation is if the DNA damage fails to be repaired in a cell that then successfully replicates its DNA and successfully divides and gives rise to daughter cells. So we have DNA damage -- enormous levels of DNA damage happening spontaneously, if you will, for endogenous reasons within ourselves all of the time where the overwhelming majority of that DNA damage is repaired. So only if unrepaired in a cell that replicates its DNA and successfully divides where the cells survive, that is the -- that is the context DNA damage has the potential to give rise to a mutation.

Q So DNA damage has the potential to give rise

Page 107

to a mutation if the DNA damage is not repaired, correct?

A That is correct, again, with the context that it's been estimated that in each one of our cells at any moment in time, there may well be more than 10,000 damaged DNA bases in each of our cells at any point in time and yet the rate at which mutations accrue in living organisms is extraordinarily low, which simply means that the vast, vast majority of DNA damage that occurs, particularly that which occurs from NDMA, is repaired and does not give rise to mutations.

Q But the question I asked you is does DNA damage have the potential to give rise to a mutation if the DNA damage is not repaired?

MR. TOBEY: Objection to form, asked and answered.

A So I believe that's precisely what I explained was that DNA damage, if unrepaired in a cell that successfully replicates its DNA, successfully divides, gives rise to two daughter cells that survive, that has the potential to give rise to a mutation with the important context that the probability of the DNA damage giving rise to a mutation is exceedingly low.

Q But when someone develops cancer, that's exactly what happens, correct?

Page 108

MR. TOBEY: Objection, form, because we lost a word in the middle. The audio dropped out. Could you just repeat it, please?

Q I'm trying to see if my audio is dropping. I don't think it is. If an unrepaired cell successfully replicates its DNA and successfully divides and gives rise to the two daughter cells that survive, you can get a mutation that can lead to cancer, correct?

A Again, as I've answered, DNA damage -- let me be more precise.

DNA damage, which is ongoing in our cells all the time, DNA damage that is unrepaired and that gives rise to incorrect base pairing or an alteration in the DNA sequence in a cell that replicates its DNA successfully, divides successfully and two cells that survive, that has the potential to give rise to a mutation. The critical context is that the probability of developing a mutation is extremely low, and the probability that even in mutation that does occur is in a gene that affects the probability of a cancer developing is also extremely low.

And there are types of DNA damage that even if not repaired, when a cell replicates its DNA, that type of DNA damage does not alter the DNA sequence. So it isn't that one has to repair every last site of DNA

Page 109

damage in a cell -- in a cell that's dividing in order to prevent the formation of a mutation. It would have to be a type of DNA damage that ultimately resulted in a change in the DNA sequence. So you can have unrepaired DNA damage that does not give rise to mutations.

Q You just described that the probability of this sequence happening is very low with regard to the replication of mutations, right?

A You -- I apologize. The first several words dropped out on my end.

Q I said you just described in the narrative answer that you gave that the probability of these mutations replicating and leading to cancer is low. Isn't that what you said?

MR. TOBEY: Objection to form.

A I don't understand what you mean by mutations replicating, if I heard you correctly. That phrase doesn't --

Q I'm sorry. The audio is kicking out here a little bit. So you just described a process that this probability of cancer developing is also extremely low and that the probability of developing a mutation is extremely low. Did I understand your response correctly?

A That portion of the response that you've just

summarized, yes, the probability of DNA damage giving rise to a mutation in a cell is extremely low, and the probability of a mutation in a cell giving rise to cancer is also extremely low. That's why you generally do not see cancers, the kind of common cancers that are at issue in this litigation, that is why they typically don't develop other than in people who have been alive for multiple decades because the probability in any given cell is very low. And it is a consequence of the fact that we have a very large number of cells in our body and we live for generally a long period of time, and as such, even very rare events can eventually happen over several decades.
Q But isn't part of your opinion in this case that 50 percent of us will get cancer at some point in our lifetime?
A I believe I said it approaches one in two people will develop cancer, and this is exactly what I just told you, which is that --
Q You told --
A If I can finish my answer. That's exactly what just told you, that you can have what are very rare events at a cellular level that only happen on an organismal level such as a human being because we have an enormous number of cells in our body all of which are


undergoing DNA damage on a continual basis and because human beings live for a very long period of time. So if you sum up all of the cells in a person's body multiplied by all of the years that the typical human being lives, then something that is an extremely rare set of events happening in one cell can then happen in an observable time frame at least in up to one in two human beings over the course of their lifetime. The two things are not incompatible. It's the same thing. One is a cellular level and one is an organismal level.
Q The chemical NDMA, is it currently used for anything in the United States?
A I -- hang on. Let me take a look at my report. I think it's -- my understanding is that NDMA that would be produced in, say, for example, in an industrial setting or in wastewater treatment settings, it's as a byproduct as opposed to as -- an intentional product of a reaction or used as an input, if you will, to synthesize some other molecule. That's my understanding.
Q And (indiscernible) is that NDMA is not currently manufactured commercially in the United States for use in any industry except for research purposes in labs?
MR. TOBEY: Objection to form.


A Yeah, to my understanding, no, but I'm not an expert in industrial manufacturing. But to my understanding, NDMA is not a component used industrially intentionally to produce anything.
Q Do the regulatory authorities in the United States set limits to minimize people's exposures to NDMA?
MR. TOBEY: Objection, form.
A Could you be more specific? I'm not sure what you mean.
Q You mean what do I mean by regulatory authorities?
A No. I meant that the question that you asked me I wasn't sure what you mean. So if you could rephrase the question, I can do my best to answer you.
Q Do the regulatory authorities in the United States like the EPA and the FDA set limits (inaudible) --
MR. TOBEY: I think we're losing audio is what's happening.
MS. BOGDAN: It is. It's very odd. It's a little bit of a disconnect, but I will -- I will keep going.
BY MS. BOGDAN:
Q Do the regulatory authorities in the United


States set limits to minimize people's exposures to NDMA?
A So, for example, the FDA has promulgated sort of thresholds for exposures to NDMA due to pharmaceutical products, so I think that would qualify under your definition of a regulatory agency. Setting limits? I don't know what the -- what the regulatory term would be for setting limits. It doesn't sound as official to me as I think it might be.
Q What is the FDA's established daily allowance for NDMA?
A The FDA has promulgated that the acceptable daily intake of NDMA attributable to pharmaceutical products that that threshold is 96 nanograms per day, which the FDA indicates is anticipated to be reasonably safe.
Q You said that that limit is 96 nanograms?
A 96 nanograms per day.
Q And how would you describe a nanogram?
MR. TOBEY: Objection, form.
Q Can you see a nanogram?
MR. TOBEY: Objection, form.
A Can you see a nanogram?
Q With the naked eye.
A Possibly.

Q So what is the size of a nanogram, like, relative to a grain of sand?
A Well, a nanogram is ten to the minus ninth grams. So take a gram and divide it by ten to the ninth. So I don't know how much a grain of sand weighs.
Q Do you think you might be able to see a nanogram with a naked eye?
A Sitting here right now I don't honestly know.
MR. TOBEY: Give me a little pause, Doctor. I was going to say objection, form.
Q Now, directing you to paragraph 244 of your report, I believe you have listed the molecular weight of NDMA.
A Yes, I listed the molecular weight of NDMA in paragraph 244.
Q And what is the molecular weight of NDMA?
A 74.08 grams per mole.
Q And then you did a calculation in that paragraph to explain how many molecules of NDMA would be in 96 nanograms, did you not?
A I did.
Q And so how many molecules of NDMA would be in 96 nanograms?
A As is calculated in paragraph 244, 96 nanograms of NDMA would correspond to roughly 780



trillion molecules of DN -- of NDMA, which the FDA has said is safe.
Q And so if 96 nanograms of NDMA is approximately 780 trillion molecules, then one nanogram of NDMA would be about 8.125 trillion molecules, correct?
MR. TOBEY: Objection, form.
A You said how many?
Q I said, in your report, as we look -- if we look at paragraph 244, you have written here that, in the second sentence, "With a molecular weight of 74.08 grams per mole, 96 nanograms of NDMA corresponds to," and then you have it to the power, but -- "780 trillion molecules of NDMA," correct?
A That's correct.
Q So if I wanted to know, based on your calculations, how many molecules of NDMA would be in one nanogram, I would just take the 780 trillion molecules and I would divide that by 96, correct?
A Correct.
Q And when one does that, you end up with 8.125 trillion molecules of NDMA in one nanogram. The way I did that was by dividing by 96, and that's correct?
MR. TOBEY: Are you representing that fact to him? Are you asking him to assume it?



BY MS. BOGDAN:
Q Whatever number you divide the -- whatever number results from the equation, if you take 780 trillion and you divide it by 96, you should get the number of molecules in one nanogram of NDMA, correct?
A That's correct.
MS. BOGDAN: You can take that down, please. If we could pull up the IARC Monograph from 1978.
THE VIDEOGRAPHER: And this will be marked as Exhibit 6252.
(Exhibit No. 6252 was marked.)
BY MS. BOGDAN:
Q Doctor, what is IARC?
A I'm waiting for the exhibit to show up.
MS. BOGDAN: That's not the right exhibit. That's not the right one either. This is the 1978, not the 1987.
A I'm sorry. Your question again was?
Q What is IARC?
A It's the International Agency for Research on Cancer.
Q Is IARC an authoritative body in the area of carcinogens?
A Not in my opinion, no.
Q What is the basis for your opinion?



A If you're asking me what is the basis for my opinion that IARC -- I do not consider IARC an authoritative agency, it's because I don't consider IARC to be an authoritative agency because IARC looks at the same information that any other scientist in the world can evaluate for themselves and arrive at an opinion. So I do not substitute IARC's opinion for my own opinion of what is effectively the same evidence.
Q When IARC comes up with a monograph like the one that has been marked Exhibit 6252, does it assemble a group of researchers around the world in order to provide input and publish the monographs?
A I'm looking at the document. If I can have a moment. (Reviewing document.) So, for instance, in this monograph, I see, I believe, 15 members of this particular working group of whom some are from countries other than the United States.
Q And are those working groups assembled in order to evaluate the carcinogenic risk of chemicals?
A I guess I would say that the intent of IARC working groups in general are -- I would actually say what they're doing is assessing hazard as opposed to risk.
Q Let me direct your attention to page 11 and the preamble, and this page begins reading, "IARC

Monograph Programme on the Evaluation of the Carcinogenic Risk of Chemicals to Humans." Do you see that?
A Are you talking about the heading? Is that what you're reading, the heading?
Q Do you see -- I'm just making sure you can see the exhibit, Doctor.
A Yes, I can.
Q So on this page of the monograph, IARC provides the following information under Background: "In 1971, the International Agency for Research on Cancer initiated a program on the evaluation of the carcinogenic risk of chemicals to humans centered on the production of critically evaluated monographs on individual chemicals." Do you see that?
A Yes, I see where you've read those words.
Q IARC is stating in its monograph that its programs are for the evaluation of the carcinogenic risk of chemicals to humans. Do you disagree that's one of the roles IARC fulfills?
A Well, they have -- they have chosen these words. However, the important distinction here, in my mind, is IARC has stated that, effectively, they are determining or arriving at the opinions represented by the working group members of whether an agent is capable



of causing cancer, that is, what its carcinogenic potential is, if you will, irrespective of dose and without -- explicitly without making an effort to determine whether that agent is carcinogenic at the doses to which human beings are actually exposed.
Q IARC is stating that its program is to evaluate carcinogenic risk of chemicals to humans, correct?
MR. TOBEY: Objection, form.
A Again, you've read the words that the working group members chose to use, including evaluation of the carcinogenic risk. And what I am pointing out is that that definition of risk, which has been subsequently defined by IARC themselves, is something that I would refer to as hazard irrespective of dose where as the word "risk," to my mind, typically is something that is tied to dose.
And IARC has published on this relatively recently to refine the definitions of what they do and do not consider. For instance, they do not attempt to extrapolate per se from animals to humans, and they do not attempt to extrapolate doses of exposure as effectively as a hazard determination or a potential hazard determination.
Q So, Doctor, with the response that you just



provided, you would use the term "hazard" to describe the potential of a chemical to be carcinogenic whereas risk is used to describe the potential of a chemical to be carcinogenic at the dose that is -- that the animal or the person is exposed?
MR. TOBEY: Objection, form.
A If you're asking me am I using -- do I understand the word "risk" in the context of carcinogenesis -- of human carcinogenesis to be something that is intrinsically tied to dose of exposure, dose and duration, as opposed to the word "hazard," which is fundamentally tied to dose and duration of exposure, that was what I was trying to get across in my answer.
Q So is NDMA a carcinogenic hazard to humans?
MR. TOBEY: Objection, form.
A The accurate answer to that is we don't know insofar as there is no evidence, certainly no body of evidence that I am aware of that NDMA causes cancer in human beings, period. And there certainly isn't evidence that NDMA causes cancer in human beings at the doses to which human beings are exposed. So while it is possible -- well, I'll just leave it at that. There isn't -- there isn't evidence that would say -- in human beings there is not sufficient evidence that it does



cause cancer in human beings.
MR. TOBEY: Rosemarie, we've been going about an hour and a half. If you want to finish making this line of questioning and then maybe we'll take a break.
BY MS. BOGDAN:
Q If we can go to page 20 of this document, please. And I'm referring you to the third paragraph in this document, and in this IARC document, they -- I'm sorry. The one above that, please. It reads, "In the absence of adequate data on humans, it is reasonable to regard for practical purposes such chemicals as if they were carcinogenic to humans."
Do you agree with that statement?
A So reading that paragraph, which says, "For many of the chemicals evaluated in the first 17 volumes of the IARC Monographs, for which there is sufficient evidence of carcinogenicity in animals, data relating to carcinogenicity for humans are either insufficient or nonexistent. In the absence of adequate data on humans, it is reasonable to regard for practical purposes such chemicals as if they were carcinogenic to humans."
My interpretation of that paragraph is that refers to a regulatory conclusion and not to a conclusion regarding biology.

Q So as far as if one was making a regulatory conclusion, do you agree with the statement that in the absence of adequate data on humans, it is reasonable to regard, for practical purposes, such chemicals as if they were carcinogenic to humans?

MR. TOBEY: Objection to form.

A Given that this is referring to chemicals evaluated across 17 volumes of IARC monographs, in order to answer your question in an accurate manner, I would have to know what the chemical was that is being referenced and what the dataset was that had been evaluated in order for me to be able to arrive at opinion -- at an opinion about whether or not it is reasonable to regard that chemical based on the evidence surrounding that chemical for practical purposes as if it was carcinogenic to humans. I could not give you an answer in the abstract, and I would be happy to talk about any chemical you would like that I have familiarity with.

Q But you would not agree or disagree with that statement as a general statement, correct? You would want to know what particular chemical -- you would have to make that decision on a chemical-by-chemical basis?

A I think that is fair to say that it's a decision to be made on a chemical-by-chemical basis but



based on the full body of evidence as it existed at the state and time when one was making such a determination but distinguishing the difference between biology and a regulatory stance.

Q So with regard to NDMA, in the absence of adequate data on humans, is it reasonable to regard, for practical purposes, NDMA as if it were carcinogenic to humans?

A I do not know what the author's intended for an interpretation of what practical purposes are. I don't know what that refers to.

Q Do you think it's reasonable to regard NDMA as if it were carcinogenic to humans based upon the evidence of the carcinogenicity of NDMA in animals?

MR. TOBEY: Objection to form.

A In order to answer that, I would have to know for what purpose.

Q So you would have a different response depending on the purpose?

A Yes.

Q So with regard to regulatory, if a regulatory decision was being made, do you think it's reasonable to regard NDMA as carcinogenic to humans based upon the evidence of the carcinogenicity of NDMA in animals?

MR. TOBEY: Objection to form.



A Well, I'm not here to offer regulatory opinions. However, if the question was, for example, in the absence of data in humans that NDMA causes any cancers in humans at any doses to which human beings are exposed, it would not be reasonable to regard for the purposes of -- for instance, understanding biology and whether NDMA is carcinogenic in human beings, it would not be reasonable to regard for practical purposes as if it was.

If, however, the purposes of what the purview is of the FDA with a precautionary mandate for safety, is it reasonable for a regulatory agency to say for the purposes of ensuring safety and erring on the side of caution, is that a reasonable thing for a regulatory agency to do, I think that's a reasonable thing for a regulatory agency to do for regulatory purposes, but it is essential that that not be confused with a biological conclusion.

Q As part of arriving at your opinions that you're offering in this case, did you do analysis of NDMA?

MR. TOBEY: Rosemarie, if this is a new line of questioning, it's been about an hour and 40 minutes on the record. We might see if the witness would like a break.



THE WITNESS: I would prefer a quick break if that's possible.

MS. BOGDAN: I would just like an answer to the question that I have asked, and I'll be done in five minutes and then we can take a break.

MR. TOBEY: I'll object to the form of the question as vague, but I'll let him answer one more before we take a break.

A Can you repeat the question, please?

Q As part of arriving at your opinions that you're offering in this case, did you do an analysis of NDMA?

A As should be evident from my report, I have spent a substantial amount of time and effort to understand the biology, the chemistry, the biological effects of NDMA. That's, I believe, self-evident from reading my report.

Q And why did you spend a substantial amount of time and effort to understand the biology, chemistry and the biological effects of NDMA when offering your opinions in this case?

MR. TOBEY: The witness has requested just a short break. I'm happy to --

MS. BOGDAN: Last question before the break. That's it.

MR. TOBEY: This is the last, last question, please, just for decency.
A So the focus on including NDMA in the materials that I reviewed and considered in arriving at my opinions in this matter, at least in part, derive from the fact that that is the claimed mechanism of action by plaintiffs and plaintiffs' experts as a molecule that was detected at elevated levels in some batches of ranitidine by the FDA. But that's a central focus of the theory of causation that plaintiffs' experts have proposed in the matter.
MR. TOBEY: Okay to pause here?
MS. BOGDAN: Sure.
MR. TOBEY: How long do you want? Dr. Chodosh, how long would you like to take?
THE WITNESS: Five minutes is fine.
MR. TOBEY: Is five okay?
THE VIDEOGRAPHER: We're now off the record. The time is 1815 UTC, 2:15 p.m. EDT.
(A 12-minute recess was had.)
THE VIDEOGRAPHER: We are now back on the record. The time is 1827 UTC, 2:27 p.m. EDT.
BY MS. BOGDAN:
Q If we could please pull up Exhibit 6252 that we had up before the break. So on this page 20, in the


fourth paragraph down, it reads, "In the present state of knowledge, it would be difficult to define a predictable relationship between the dose of a particular chemical required to produce cancer in test animals and the dose which would produce a similar incidence of cancer in humans." Do you see that?
A I see where you've read those words.
Q Do you agree with that statement as the state of knowledge back in 1978 when this monograph was written?
A I can't speak to what was known in 1978 about NDMA and nor is it apparent to me from this paragraph what particular chemical they're speaking about.
Q If we could jump to page 125. Have you seen this IARC monograph for NDMA?
A When you say this IARC monograph, do you mean the one that you're showing to me right now from 1978, I believe, it was?
Q Yes, that's right.
A Yes, I have.
Q And when did you first -- I mean, just so that the record's clear, NDMA is an acronym for N-nitrosodimethylamine, correct?
MR. TOBEY: Objection to form.
A Yes, that is an acronym for


N-dimethylnitrosamine.
Q And is N-dimethylnitrosamine the same as N-nitrosodimethylamine, which is what's captioned at the top of this page?
MR. TOBEY: Objection, form.
A What you read, at least the words that I heard, were different than what's at the top of this page. I may have misheard you.
Q Okay. Is N-nitrosodimethylamine, which is at the top of this page, the same thing as NDMA?
A Yes. That's the N, the D, the M and the A.
Q Perfect. And when did you first become aware of the chemical or the existence of NDMA?
A I can't give you a specific time in my -- in my career.
Q Under what context did you first become familiar with the chemical NDMA?
A Well, I think what you asked me was when did I first become aware of its existence, and certainly the existence of the class of nitrosamines and some of the members of that class, that was many years ago when I was a younger person.
Q And under what context did you first become familiar with NDMA?
A So I didn't use the word "familiar." You used


the word "familiar." I believe you said aware of its existence, and that would have been in my professional context as a -- as a scientist in cancer biology, but I don't have a specific recollection sitting here today of when I might have first come across NDMA or studies reporting on effects of NDMA.
Q So my second question -- I first asked when and then I asked under what context, like, were you a student? Were you doing research? Did you come across it because it was used in a study or were you studying it in particular? That's -- that's what I was driving at.
A As I've said, I don't have a specific recollection of exactly when this might have been in my career.
Q And whenever it was in your career, what -- what was your understanding about the properties of the chemical NDMA when you first became aware of it?
A Again, since I don't have a specific recollection of when I first came across NDMA or read about it, I don't have a specific recollection of it, so I can't -- I'm not in a position where I could reconstruct for you what I might have thought or understood at that point in time.
Q When did you first become aware that NDMA was

classified by IARC as a probable human carcinogen?
A Again, sitting here right now I can't give you a specific date. I'd say more likely than not it would have been in the past 15 to 20 years, but I can't -- I can't tell you beyond that.
Q I want to just go to the evaluation of IARC in this monograph for NDMA, which is on page 152. And the first thing that IARC writes in this evaluation is --
A I'm sorry. But I'm getting a window up here that says connecting.
THE REPORTER: He dropped off actually. I still hear you, but your video's gone.
MR. TOBEY: Let's see. Do you want to go off the record real quick?
THE VIDEOGRAPHER: We are now off the record. The time is 1835 UTC. 2:35 p.m. EDT.
(An 8-minute recess was had.)
THE VIDEOGRAPHER: We are now back on the record. The time is 1842 UTC, 2:42 p.m. EDT.
BY MS. BOGDAN:
Q Okay, Dr. Chodosh. We're back. So I'd like to direct your attention to this evaluation of NDMA done by IARC. And the first sentence of the evaluation reads, "There is a sufficient -- "There is sufficient evidence of a carcinogenic effect of



N-nitrosodimethylamine in many experimental animal species." Do you agree with that statement?
A I agree with that statement with the proviso that it's -- there's sufficient evidence that exposure to extremely high doses of NDMA can cause cancer in several different animal species.
Q The next statement that IARC writes in its evaluation is, "Similarities in its metabolism by human and rodent tissues have been demonstrated." Do you agree with that statement?
A I generally agree with the statement that there are similarities between how NDMA is handled, that is, metabolized and what the enzymes are that do -- that there are similarities between human and rodent tissues.
Q And then lastly, IARC concludes, "Although no epidemiological data were available (and efforts should be directed towards this end,) N-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans." Do you agree with that statement?
A As we discussed earlier, particularly in context of this IARC working group noting that there's no evidence in human beings that NDMA is carcinogenic, that in that context, what the opinion is of the working group regarding how one should think of NDMA in 1978 or



what they even meant by practical purposes, I have -- I have no idea what that even means.
What I see -- what I agree with in that statement is that IARC's determination that there's no evidence in human beings available to them in 1978 or whenever they did their -- actually held the working group, there was no evidence in human beings that NDMA is carcinogenic at that point in time.
Q How about the part of the sentence that says, "N-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans"? Do you agree with that part of the statement?
A I feel that I've answered this now several times. I'm happy to repeat it. The particular opinion of the 15 people or whatever the specific number was of scientists on this working group panel, what their opinion was of how -- how NDMA should be regarded, again, whatever that means, and what they imagined practical purposes were, I have -- I have no idea what they actually meant.
Q But as far as your opinion is concerned, you do not regard N-nitrosodimethylamine as being carcinogenic to humans, correct?
MR. TOBEY: Object to form.
A With all due respect, I think you have just



overly simplified and mischaracterized my testimony.
Q And why did I overly simplify and mischaracterize your testimony?
A Why did you? I don't know why you chose to do that.
Q Do you have an opinion as to whether N-nitrosodiethylamine [sic] is carcinogenic to humans?
MR. TOBEY: Object to form as asked and answered and also misstates the name of the molecule.
A So as I --
MS. BOGDAN: Nitrosodimethylamine misstates the name of the molecule?
MR. TOBEY: I heard diethyl. I've heard that a couple of times.
MS. BOGDAN: I'm saying dimethyl with an M.
MR. TOBEY: Okay. Maybe the audio's just --
MS. BOGDAN: Audio's a little dicey.
A As you asked me before and I'm happy to answer again, is that there is no evidence that I am aware of that -- for -- that NDMA causes cancer in human beings in any dose of exposure. And there is certainly no evidence that I am aware of that NDMA is capable of causing cancer in human beings at the doses to which human beings are exposed and for the durations to which

human beings are exposed.
Q I guess I think why -- and I will ask the question again but I'll try to rephrase it. What I'm basically -- you've responded to me that there is no evidence that, in your opinion, that NDMA causes cancer in human beings at any dose of exposure.
My question when I'm asking you your opinion, I'm asking based upon the totality of the evidence that you've reviewed, which you described earlier in your testimony, are you offering an opinion based upon that totality as to whether NDMA is carcinogenic to humans, not whether there's evidence in a particular study, et cetera, but wondering if you're offering an opinion based upon of the totality of what you've reviewed, if you're offering an opinion in that regard?
MR. TOBEY: Objection, asked and answered and misstates prior testimony which was not limited to any particular study.
A I'm not sure what about my answer that's unclear. If you could define that for me, I would be happy to try to clarify it.
Q When I've asked you the question, you said, "I'm happy to answer it again," and you say, "There is no evidence that I am aware of." And so my question is because there is no evidence that you are aware of, is



it your opinion that NDMA does not cause cancer in human beings?
MR. TOBEY: Objection to form, asked and answered many times.
A So the conditional statement that you gave me does not accurately represent either the opinions in my report nor what I've said to you several different times. I can keep restating it, but I'm not sure where we have a disconnect, and I'm hoping to be able to clarify it.
Q Independent of dose, if high doses of NDMA were given to a person, do you believe it could cause cancer in humans?
MR. TOBEY: Objection, form, asked and answered.
A So the accurate answer to your question is that, first of all, there is no such thing as an independent of dose. That is not a -- that is not a thing that exists in cancer biology or in medicine. Everything ultimately is tied to dose.
What I have testified to and what my report describes is that, number one, there is no human cancer -- no type of human cancer, in my opinion, that has been reliably demonstrated to be caused by NDMA at any dose. There is also no evidence that NDMA causes



cancer in human beings at the doses to which human beings are actually exposed, and in fact, there is I think quite a lot of evidence to suggest that at the doses -- at the doses of exposure that have been postulated in this litigation, there is a wealth of evidence to suggest that that would not cause cancer.
And so if what you're asking me is if one were to give an infinite amount of NDMA to a human being chronically, would they develop cancer? No -- nobody knows the answer to that question. There's certainly no evidence that it would happen. We know that very high doses of NDMA given to human beings can cause, you know, other acute effects like liver failure. But there's -- there just isn't any evidence that it -- that it causes cancer in human beings at any dose.
But if the hypothetical is is it's conceivable at some extraordinarily high dose, many, many, many orders of magnitude higher than what human beings are ever exposed to, well, I mean, that's -- I just -- I don't -- you just, you know, you can't go past the evidence.
Q If we could pull up the WHO 2002 document.
THE VIDEOGRAPHER: You said the WHO 2002 document?
MS. BOGDAN: Yes, WHO, World Health



Organization.
THE VIDEOGRAPHER: This will be marked as Exhibit 6253.
(Exhibit No. 6253 was marked.)
THE DEPO TECH: Is this correct, Counsel?
MS. BOGDAN: Yes. Doctor, let me know once it's loaded on your screen in Box.
THE WITNESS: Yes, yes, it has.
BY MS. BOGDAN:
Q Now, this is a document that you've referenced in your report, correct?
A Yes, that is correct.
Q So have you seen it before?
A Yes.
Q Do you consider this paper to be authoritative?
A No, I do not.
Q And why don't you consider the World Health Organization's Concise International Chemical Document 38 for N-nitrosodimethylamine to be authoritative?
A Because as I explained earlier in this deposition, the information presented and the analysis performed by the authors involved in this study and their opinions I do not substitute for my own opinions and ability to assess data to arrive at my own opinions.

Q Are there any opinions or statements in this document that you know, as you sit here answering these questions, that you do not agree with? Just if you -- I'm asking if you know of any without looking at the document in particular, if there's a certain statement in here that you know I've read and I know I don't agree with.

A Given that it's a 50-page document or so, I have not committed it to memory, so I can't answer based on memory. If you'd like to show me any particular section or conclusion or opinion, I would be happy to discuss it with you and comment on it.

Q Let's go to page 4 of the document, which is the executive summary. And directing your attention to the second paragraph from the bottom on the right-hand side that starts with "Based on laboratory studies," and it reads, "Based upon laboratory studies in which tumors have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic."

Do you agree with that statement in this publication?

A Yes and no. I would agree that in the laboratory studies which administered extremely high doses of NDMA, that NDMA is carcinogenic in that setting. I would not agree with the -- with the



description here, "in all species examined at relatively low doses," number one, because, I mean, low is a relative term, much less relatively low doses. It's relative to what? That the doses that have been shown to be carcinogenic in certain species of laboratory animals are extraordinarily high compared to anything to which human beings are ever exposed and that when administering NDMA to those same laboratory species, at doses that more closely resemble NDMA exposures to which human beings experience and for durations, those doses of NDMA do not cause cancer in laboratory animals and are not carcinogenic at those doses.

Q And what particular studies are you referring to that show (indiscernible) that more closely resemble NDMA exposures to which human beings experience and for durations that do not cause cancer in the laboratory animals?

A I lost you at the end. Could you repeat that question?

Q You mentioned laboratory studies in animals that more closely resemble NDMA exposures to which human beings experience and for the durations that human beings experience, and that in those studies, the animals did not get cancer, and I'm asking what specific studies you're referring to?



MR. TOBEY: Objection to form.

A Not to quibble, but you've misstated what I said in that, what I said was that those lower doses of NDMA do not cause cancer in laboratory animals. I did not say that laboratory animals did not develop cancer.

Q What studies are you referring to that had lower doses of NDMA that did not cause cancer in laboratory animals?

A Well, the best studied example of that and most widely cited would be the pair of Peto studies in 1991, coupled with the observation that across virtually the vast majority of papers, if not all of the papers that I have looked at, which have characterized a carcinogenic effect of NDMA in laboratory animals, that the development of cancer caused by NDMA has only been observed at exceedingly high doses and which tend to be in a similar range as the doses in Peto at which tumors were found to form. But there were multiple doses even in the Peto study that were below that at which any detectable increase in cancer incidence attributable to NDMA could be observed.

Q You mention the Peto studies. Can you name any other study where low doses administered to the animals did not cause cancer -- that you claim did not cause cancer?



A I have not memorized the thousands of pages and hundreds of articles that I have read, so to give you a full and -- a complete and accurate answer to your question, I would have to go back and review my literature, what's cited in my report, what's in my materials considered list to look back at the specific doses that were used in each of the individual studies.

What my distinct opinion is that I have formed after having looked at all that material is that the threshold, if you will, for a carcinogenic effect of NDMA in laboratory animals is orders of magnitude higher than anything to which human beings are exposed.

Q So do you have the opinion that there is a threshold dose of NDMA that a person would have to be exposed to before developing cancer as a result of NDMA exposure?

MR. TOBEY: Objection to form.

A I did not follow your question at all. We were talking about laboratory animals and now you're talking about people, so I'm not sure what it is, if you could repeat your question. I'm not sure how you got there.

Q The reason I ask the question was that in response to my previous question, the answer you gave was, "What my opinion is that I form after having looked

Page 142

at all the materials is that the threshold, if you will, for carcinogenic effect of NDMA in laboratory animals is orders of magnitude higher than anything to which human beings are exposed."

So my follow-up question to that is do you have an opinion that there is a threshold dose of NDMA that would have to be administered or to which a living thing would need to be exposed before developing cancer?

A Well, you've just combined two different things into one question. I believe that I heard you talking about thresholds in human beings, thresholds for exposure, and I believe you then went on to talk about thresholds for exposure in any living organism. So perhaps if we could narrow things down and talk about them one at a time, that would help me to give you an accurate answer to your question.

Q Let me ask a general question. Is it your opinion that NDMA is a threshold carcinogen?

MR. TOBEY: Objection, form.

A I don't know what you mean by threshold carcinogen. If you could define what you mean, then I can answer you.

Q Do you have an opinion that NDMA is the type of carcinogen that a certain dose needs to be reached before it can cause cancer?

Page 143

A In laboratory animals, after reviewing the body of evidence, I would say the weight of evidence indicates that molecules like NDMA that are capable of inducing DNA damage that is identical to that produced by endogenous NDMA, that there are a variety of reasons why until a threshold dose is exceeded for such agents, the agents are not carcinogenic and are most likely not mutagenic. And that is -- there's evidence for a variety of such endogenous molecules, and I've cited evidence within my report for -- to support my opinion that at a cellular and an organismal level, that thresholds exist that are in part a consequence of the result of DNA repair as well as other considerations.

Q And is that your opinion only pertaining to laboratory animals, or is that also your opinion as it would pertain to humans?

A Given the existence of DNA repair mechanisms that -- that are capable of repairing the specific types of DNA alterations which can be caused by NDMA administrated at a sufficient dose, that given the existence of those mechanisms as a biological conclusion that in such systems where those properties hold true as in, you know, DNA repair systems and other matters, that thresholds will exist below which there is not a detectable mutagenic or carcinogenic effect of a

Page 144

compound like NDMA.

Q My question, Doctor, was is that your opinion pertaining only to laboratory animals or is that also your opinion as it would pertain to humans?

MR. TOBEY: Objection to form.

A To the extent that human beings have the precise DNA repair systems that I was just alluding to in the answer to my question, things like MGMT and other types of DNA repair systems, that is but one reason why thresholds would be expected to exist for a mutagenic effect in any living system that has those DNA repair systems in place, and that includes human beings have those DNA repair systems. The laboratory animals studied have those DNA repair systems. And that is one of the factors that gives rise to the existence of thresholds for mutagenic and carcinogenic effects that have been observed.

Q Does the FDA treat NDMA as a chemical that has a carcinogenic threshold?

A As a regulatory body, the FDA has a regulatory approach as do other agents -- other regulatory agencies that deal with genotoxic chemicals, that the regulatory approach driven by a precautionary mandate of those agencies and to err on the side of being cautious and conservative, that for regulatory purposes would be how

Page 145

they would approach it. And, again, it is essential not to confuse that with a biological perspective or a biological conclusion, that is, if the FDA in its precautionary mandate takes the regulatory stance that they will treat genotoxic agents as if they have no threshold for effect, for the purposes of erring on the side of caution, that cannot, in my opinion, be equated with a position by the FDA that the biology -- that is a biological conclusion that there is no threshold of effect. It is very important that we not confuse regulation and regulatory policy with what we know about biology.

Q But the FDA when developing its regulatory policy with regard to FD -- excuse me. But the FDA when developing its regulatory policy with regard to NDMA has made an assumption that NDMA is a no threshold carcinogen, correct?

MR. TOBEY: Objection, form.

A I think it's fair to say that the FDA has made that regulatory assumption, emphasis on assumption, for the purposes of regulation and for the purposes and consistency with its precautionary mandate as regulation, not biology.

Q If we could go back to the WHO 2002 document that was already marked as 6253. If we can just stay on

that one paragraph that we were on before. The next sentence reads, "There is overwhelming evidence that NDMA is mutagenic and clastogenic."
Do you agree with that statement of the World Health Organization?
MR. TOBEY: Objection, form.
A What I would say is when administered at extremely high doses, there is a solid body of evidence that NDMA administered at extremely high doses, far higher than those to which human beings are ever exposed, that at those extremely high doses NDMA is mutagenic.
Q The statement also says it's clastogenic. What does that mean?
A Clastogenic is a term that refers to basically the observation of chromosomal abnormalities. I would say clastogenic is a term that would be more commonly found when discussing particular toxicological assays as opposed to what would be less commonly found in a discussion of cancer biology. It can be an epiphenomenon.
Q The next sentence reads, "While the mechanism by which NDMA induces tumors is not fully elucidated, DNA adducts, in particular O6-methylguanine formed by the methlydiazonium ion generated during metabolism,



likely played a critical control."
(Inaudible) DNA adduct?
A I'm sorry. Was that a question? If it was, I must have missed the first word or words.
Q What is a DNA adduct?
A A DNA adduct is something is that covalently bound to DNA that should otherwise not be covalently bound to DNA.
Q And when you say covalently bound, do you mean attached to it?
A That would be a colloquial way to describe it. It's an attachment that is mediated by what we call a covalent bond which is not two entities binding to each other, that is, sticking to each other, but being physically linked by a -- by an electrochemical bond.
Q And in particular, it's mentioning an O6-methylguanine. Is that an adduct that you're familiar with?
A Yes, it is.
Q And then in that statement, it also talks about a methlydiazonium ion. Are you familiar with the methlydiazonium ion as it relates to NDMA metabolism?
A Yes, I am.
Q Can you describe NDMA metabolism and how it's related to the formation of a methlydiazonium ion?



A Yes. So NDMA in and of itself does not damage DNA. NDMA can be metabolized within cells by one route, by the cytochrome P450 molecule referred to as CYP2E1. That's a specific P450 molecule. And that CYP2E1 is an important mediator of the metabolism of NDMA that can give rise to the methlydiazonium ion, which is a charged derivative product from NDMA.
Q And what, if anything, does the methlydiazonium ion do to DNA?
A It is the methyl group from the methlydiazonium ion that can become covalently linked to the O6 position of guanine to yield O6-methylguanine.
Q And can that result in a mutation?
A If O6-methylguanine, if -- if that methyl group is not removed or that modification is otherwise not repaired and if the cell remains alive and replicates its DNA, the O6-methylguanine is a DNA adduct that when unrepaired has the potential to give rise to mutations.
That being said, the body has a specific enzyme, MGMT, that precisely reverses that methylation event to regenerate guanine from methylguanine for the very reason that O6-methylguanine is formed in our cells all the time simply as a consequence of our normal endogenous metabolism, including NDMA generated in our



bodies every day, as well as some other methyl donors that are endogenously produced in our body.
Q The MGMT enzyme is specific for reversing the O6-methylguanine adduct, correct?
A If you're asking me does the action of the enzyme of MGMT convert O6-methylguanine to guanine by removing the methyl group, the answer to is yes.
Q The next sentence says, "Qualitatively, the metabolism of NDMA appears to be similar in humans and animals." Do you agree with that?
A Given the proviso that this is qualitatively, I think to a first approximation, that's a reasonable statement.
Q And then the last sentence in that paragraph is, "As a result, it is considered highly likely that NDMA is carcinogenic to humans potentially at relatively low levels of exposure."
Do you agree with that statement of the World Health Organization?
A Given the fact that relatively low levels of exposure is so overly vague as to have no meaning in this context, which is a context in which dose is everything. Dose is absolutely critical in assessing what the potential is as it's referred to in this sentence. And so I would say in contrast to this

Page 150

sentence, that the levels of NDMA to which human beings are exposed, there is -- it is not highly likely that NDMA is carcinogenic to humans.

Q If we go to page 15 of this document, turning your attention to figure 2, which is at the top of the page, does that diagram illustrate the -- two of the pathways of NDMA metabolism?

A If your question is does this diagram show two pathways by which NDMA can be metabolized, the answer to that is yes. I believe that is what that is showing.

Q And the one on the left would be the pathway of NDMA metabolism that results in the methlydiazonium ion being formed; is that correct?

A That's correct.

Q And then the pathway that's shown on the right results in formaldehyde being formed; is that correct?

A Formaldehyde is one of the two products that can arise by that arm of metabolism.

Q And formaldehyde is a class 1 human carcinogen, is it not?

MR. TOBEY: Objection, form.

A If what you're asking me is has IARC classified a formaldehyde as a type 1 carcinogen, I believe that that is the case. However, like NDMA, formaldehyde is something produced in our bodies every

Page 151

day around the clock. Aldehydes in general, many different aldehydes which have mutagenic potential are produced and metabolized within our body every day. This is an endogenously produced physiological metabolite.

Q Shouldn't exposures to class 1 human carcinogens be minimized?

MR. TOBEY: Objection to form.

A I certainly have not memorized all of the different chemicals that IARC has classified as class 1 carcinogens. So if you'd like to point me to a chemical or for us to specifically discuss a chemical, I would be happy to, but, I mean, IARC has classified all sorts of things, so I don't -- I don't know the full list of everything that IARC has classified as class 1.

Q Since we were talking about formaldehyde as a class 1 human carcinogen, that's what I was referring to, so I'll reask the question.

Shouldn't exposures of humans to formaldehyde be minimized?

A So I think this is actually an instructive example, which is that since human beings produce formaldehyde as a normal metabolite in our cells every day, that the only setting or the setting in which it would make sense to reduce formaldehyde levels would be

Page 152

at doses of external, exogenous exposure to formaldehyde that have adverse health consequences and that simply attempting to reduce formaldehyde exposure to an infinitesimally low level of exposure in the environment makes no biological sense when the levels to which our cells are exposed every day are maybe, you know, orders of magnitude higher. So it only makes sense to attempt to reduce the level of something that has an adverse health effect and that is not something that is small relative to what we're already exposed to.

Q But you agree that it would make sense to reduce exogenous, meaning outside the body, exposures to formaldehyde?

MR. TOBEY: Objection, form, asked and answered.

A I think you may have misunderstood my answer. What I said was the setting in which it would make sense to attempt to decrease exogenous exposures to, in this case, formaldehyde, the reason to do that would be if the exogenous exposures occur at a level that causes adverse health effects, and that further reducing the levels of formaldehyde exposure in the environment substantially below that level isn't reasonable and doesn't make sense. I suppose that's how I should phrase it.

Page 153

It doesn't make biological sense in the same way that we know that at a certain level of exposure, at exceedingly high levels of exposure, asbestos can cause mesothelioma and lung cancer at extremely high and chronic levels of exposure, and yet there is -- there are asbestos fibers in our environment all the time at a low level that do not have an adverse health consequence.

And so as a matter of being reasonable, it would not make sense from a health perspective to attempt to reduce the number of asbestos fibers in the air to zero or anywhere below, you know, substantially below levels at which adverse health effects occur.

Q Is there any benefit to a person to be exposed to asbestos fibers?

A So if we're talking about a -- I don't know what kind of benefit we're talking about. It's not a biological benefit, per se, but there was -- there were reasons, of course, why asbestos was used very widely for different things. So if asbestos was a part of a flame retardant, well, then there would be a benefit for that. If one didn't have an alternative or if that was the flame retardant to use, there's a benefit here. That's not a health benefit of the asbestos fiber. The asbestos fiber is not medicinal, if that's what you're

asking me.

Q What's the health benefit to a person for being exposed to exogenous formaldehyde?

MR. TOBEY: Objection, form.

A If you're asking me is there a health benefit to exposure to exogenous formaldehyde, I do not believe that there is a health benefit.

Q Is there a health benefit (inaudible.)

THE REPORTER: You cut out.

Q Is there a health benefit to a person to being exposed to exogenous NDMA?

A There is not a health benefit to being exposed to exogenous NDMA at the exposures or the doses to which human beings are exposed. And there is also not adverse health consequences for the levels of exposure in human beings, particularly given that we are all exposed to endogenous levels of formaldehyde. So they're the identical molecule. And if it's already present at substantial levels in our bodies, because of the way our bodies work and the way our bodies metabolize different molecules, it's inconsequential in terms of health effects for levels of exogenous exposure that are beneath those that are associated with adverse health effects and/or small relative to the exposures that we already have from our own intrinsic metabolism within



ourselves.

Q Please go to page 20 of this document. Do you see section 8.8, which is entitled, "Mode of Action"?

A Yes, I see that.

Q Now, in this paragraph, the World Health Organization is referring to the CYP2E1 enzyme, and is that the enzyme you were referring to earlier in your testimony?

A Yes, it is.

Q Then in the last two sentences in this paragraph, the World Health Organization writes, "The principal DNA adduct formed following exposure to NDMA is N7-methylguanine, representing about 65 percent of all adducts formed initially upon exposure. O6-methylguanine is a secondary adduct representing about 7 percent of all adducts formed initially. Other DNA adducts formed in smaller amounts include N3-methyladenine and O4-methylthymine." Do you see that?

A Yes, I see where you've read those words.

Q (Inaudible) are there four types of DNA adducts formed following exposure to NDMA?

A We lost the beginning of your question.

Q Do you agree that four different types of DNA adducts can form following exposure to NDMA, which



include N7, O6, N3 and O4?

MR. TOBEY: Objection to form.

A So I think to be accurate, since the Os and the Ns just refer to oxygen atoms or nitrogen atoms, that to specify the adducts, that the statement is that exposure to NDMA predominantly results in N7-methylguanine. It at lower levels, much lower levels can give rise to the O6-methylguanine adduct. And that at lower levels still, NDMA can give rise to the adducts N3-methyladenine and O4-methylthymine. So each of those are potential adducts that may be formed by NDMA whether endogenous or exogenous, pointing out that the majority of adducts formed are the N7-methylguanine form.

Q And the MGMT repair mechanism that you've spoken of in responses to some of my questions today, that only repairs O6-methylguanine adducts, correct?

A MGMT specifically repairs the O6-methylguanine adduct. However, each of our cells has multiple different overlapping mechanisms of DNA repair that would address the other types of adducts and DNA damage that are alluded to here. This is one of the predominant functions of our cells is to maintain the DNA integrity with our cells by having many different mechanisms of DNA repair.

MGMT is one of those, and MGMT is a focus in



discussions around NDMA both because it is an enzyme that very specifically repairs the type of adduct or a type of adduct that NDMA can generate and because, in general, the O6-methylguanine adduct is considered to be promutagenic whereas typically the N7-methylguanine adduct is referred to as not being promutagenic.

Q The specific question that I asked was MGMT repair mechanism only repairs the O6-methylguanine adduct; isn't that correct?

MR. TOBEY: Objection to form.

A I believe I answered your question.

Q And that's that MGMT specifically repairs the O6-methylguanine adduct, correct?

MR. TOBEY: Objection to form. The answer is in the text above.

A I gave you my complete and accurate answer. I'm not sure now why we're -- I've given you the answer.

Q In the text above, what I'm reading is that MGMT specifically repairs the O2-methylguanine adduct, and we're not talking about an O2 adduct, so I'm just asking -- pardon me?

A What's up on the screen? I don't see anything about an O2 adduct.

Q It's what comes out in the transcript, so I didn't know if -- I'm just trying to correct --

MR. TOBEY: I see, Doctor. Do you want to reread 15:44:09 to 15:45:43 and see if those numbers are correct as they were transcribed?

BY MS. BOGDAN:

Q I mean, my question was and the MGMT repair mechanism that you've spoken of in response to some of my questions today, that only repairs O6-methylguanine adducts, correct?

A I do not know sitting here today whether there are other DNA adducts that MGMT can repair, but my understanding is of the two principal adducts that are listed here from NDMA of N7-methylguanine and O6-methylguanine, that O6-methylguanine adduct is predominantly repaired by MGMT whereas the N7-methylguanine adduct is repaired and addressed by other DNA repair mechanisms in the cell. I do not believe that MGMT itself specifically repairs N7-methylguanine adduct but that adduct is repaired in other ways.

Q Does MGMT repair N3-methyladenine adducts?

A If you're referring to the N3-methyladenine adduct, I -- I don't know sitting here today. My -- I would have to go back and look at the literature because N3-methyladenine is a minor adduct is my understanding. I'm not sure -- I would have to review data on whether



MGMT is capable of removing the methyl group from the N3 position of adenine.

Q Does MGMT repair the O4-methylthymine adduct?

A My answers would be the same as for N3-methyladenine, namely, that the O4-methylthymine adduct is, to my understanding, present at very low levels, if present, and I would have to review the literature on whether or not -- what the weight of evidence says about whether MGMT is able to repair that minor adduct. So sitting here today, I can't -- I can't tell you with certainty one way or the other.

Q If we could jump to page 22, please, of this document, and directing your attention to the first full paragraph on the top left of the page. The World Health Organization again is saying there appears to be no qualitative difference between rodents and humans in formation of DNA adducts following exposures to NDMA, and then references a case of suspected NDMA poisoning in a human male. Methylation of liver DNA was evident at both the N7 and O6 positions of guanine, and then it cites the Herron & Shank paper.

Are you familiar with the Herron & Shank paper?

A I believe I've looked at it. I'm certainly familiar with the litigation on those rare cases in



which there have been massive exposures to NDMA that have in some cases been fatal and that there have been studies of DNA adducts formed in that setting, and as referred to here, the major adduct, N7-methylguanine, the minor adduct, O6-methylguanine, are noted. And I believe in 1980, I don't know if there was any consensus on whether N3-methyladenine or O4-methylthymine is actually formed in vivo or not.

Q Does the Herron & Shank publication showing N7 and O6 methylation of liver DNA support the proposition that there is no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA?

MR. TOBEY: Objection to form.

A You were cutting in and cutting out. I would be grateful if you would repeat your question so I can answer you.

Q Does the Herron & Shank publication showing that both the N7 and O6 positions of guanine are present -- let me ask the question again. Strike that.

The findings of Herron & Shank that methylation of liver DNA was evident at both the N7 and O6 positions of guanine in the human male liver, does that support that there are no qualitative differences between rodents and humans in the formation of DNA



adducts following exposure to NDMA?

MR. TOBEY: Objection, form.

A To give you an accurate answer, I would need to review Herron & Shank, this particular article in particular for the reason that N7-methylguanine and O6-methylguanine are present in all of our cells, and that's true in people and in animals that have no known exogenous exposure to NDMA.

So if those two DNA adducts are already present in our cells as a consequence of endogenous production of NDMA, then the only basis for reaching a conclusion about the effects of exogenous exposures to NDMA would be to, you know, go back and for me to evaluate the data of how convincing is it that these authors were looking at increases in N7-methylguanine and O6-methylguanine as a consequence of these massive exogenous NDMA exposures versus detect the possibility that in part -- in whole or in part what was being detected are the endogenous levels of these. I just -- have not memorized the paper. If you show me the paper, I'd be glad to look at the data and give you a more complete answer.

Q Well, you cited this document that we're looking at right now, which has been marked Exhibit 6253, in your report in this matter, and this

paper refers to this Herron & Shank study. So my question is, as part of forming your opinions in this case, did you review the Herron & Shank study that's referenced in this publication?

MR. TOBEY: Objection, form.

A Yes, I believe that I did review it. And as I have cited over, I believe, 200 articles in my report, I have most certainly not committed them to memory. And in the interest, therefore, of giving you a complete and accurate answer, I simply ask that you show me the paper, and I've offered I'd be glad to refresh my memory and look at the data to be able to give you an answer.

But if your proposition is that for the 200-plus articles that I cited in my report I should have committed all -- every word, all of the data, each of the figures to memory, it's just not the case.

MR. TOBEY: It's about two minutes to 4:00. We might lose Dr. Chodosh as a result of the security event that happens at 4:00. I don't know if you want to just break now so he can log out and log back in.

MS. BOGDAN: I can.

BY MS. BOGDAN:

Q Dr. Chodosh, my question was a very straightforward question: Did you review the Herron &



Shank study that is referenced in this publication is my question? It's not referenced in your materials considered list. I don't see it referenced in your cited references, so I'm asking if you did review that Herron & Shank study.

A I do not recall whether I looked at it directly or whether what I looked at was the summary of the data references to it in summaries such as the one that you're showing me. The notion that studies of human beings exposed to massive doses of NDMA such that they were acute poisoning effects and in some cases, well, they were fatal, that's -- these were fatal exposures is why they're able to look at liver DNA in these patients. I am aware of studies looking at DNA adducts in those poisoning cases.

MS. BOGDAN: Okay. Do we want to take a break right now because we're pushing up to 4:00?

MR. TOBEY: Doctor, do you want take a break?

THE WITNESS: Yes, that would be helpful.

MR. TOBEY: Five minutes? Ten minutes?

MS. BOGDAN: Five minutes.

THE VIDEOGRAPHER: We are now off the record. The time is 2000 UTC, 4:00 p.m. EDT.

(A 12-minute recess was had.)

THE VIDEOGRAPHER: We are now back on the



record. The time is 2012 UTC, 4:12 p.m, EDT.

BY MS. BOGDAN:

Q Now, if we could go to page 23 and to the first full paragraph on the left side of the page, and the World Health Organization writes, "With the exception of a very extensive recent study, the identified carcinogenesis bioassays for NDMA are considered limited by current standards." Do you see that?

MR. TOBEY: Objection, form.

A I see where you read part of that sentence.

Q So do you know what extensive recent study that sentence is referring to?

A Give me a moment for me to reread the paragraph. (Reviewing document.) Okay. I've reread the paragraph.

Q The paragraph begins, "With the exception of a very extensive recent study." Is that referring to the Peto study?

A From the context here, I don't know, and I don't see a reference to the study, so I'm not going to speculate.

Q The second sentence reads, "The weight of the evidence of the carcinogenicity of NDMA in mammalian species is consistent and convincing." Do you agree



with that sentence?

A As noted in my report and as I have testified to here today, that the administration of NDMA to a variety of laboratory animals, when administered in extremely high levels, is carcinogenic, so whereas -- well, we'll leave it at that.

Q The next sentence reads, "Moreover, the pattern of tumor development is characteristic of that for a mode of action of carcinogenesis involving direct interaction with genetic material." Do you agree with that sentence?

A I don't understand what the sentence means. I don't know what it's referring to when it says the pattern of tumor development.

Q Next sentence reads, "In available studies, NDMA has induced tumors in all species examined, (mice, rats, hamsters) at relatively low doses and in some cases irrespective of the route of exposure, (oral inhalation)."

Do you agree with what's stated in that sentence?

MR. TOBEY: Objection, form.

A There are, of course, multiple individual components to that sentence, so I would be happy to take them one by one and answer your question. Is that what

you'd like me to do?
Q Are you aware of any studies of an animal species where the endpoint was cancer that were resistent to getting cancer?
A Was that your question?
Q I think my audio cut out.
A Could you repeat your question, please?
Q Are you aware of any studies of an animal species where the endpoint was cancer that were resistent to getting cancer when NDMA was administered?
MR. TOBEY: Objection to form.
A The word "resistent" in that context doesn't make sense to me. If you do an experiment in laboratory animals where you're administering high doses of NDMA either for each animal in the study, either it does or does not develop cancer. It's not -- the notion of resistance, I'm not understanding how you're using that term and it's not a term that I would use in this context.
Q Let me ask the question another way. Are you aware of any studies where the purpose of the study was to see if NDMA is a carcinogen where animals that they gave high doses of NDMA did not develop cancer?
A The only study that comes to mind is it has been reported, to the best of my recollection, that



treatment of monkeys with high doses of NDMA for extended periods of time did not result in cancer. The proviso there or the caveat is that was, to the best of my recollection, not a large number of monkeys and the period of follow up spanned years, I believe, but -- not an optimal study, but that is a study in which the thing closest to human beings who are treated with high doses of NDMA and, to my knowledge, those animals did not develop cancer.
Q What study are you referring to?
A This is -- I believe it's Thorgeirsson and as referred to by I think it's Adamson.
Q Have you cited that in your report?
A You cut out. What was the question?
Q Did you cite that in your report?
A Yes, I believe I did. Let me --
Q And that would be reference number 148?
A Yes. In paragraph 165 in my report, it says, "In contrast, long-term administration of NDMA to nonhuman primates did not cause tumors," and I reference 148, as well as I believe reference 96, which is Adamson and Bruce Chabner, which was written in 2020 that I believe referred to, as I recall, best of my recollection, is that Adamson and Chabner made the point that these studies had not shown -- so now many years



later had not shown tumor development in nonhuman primates in response to long-term administration of high doses of NDMA.
Q That reference 148 is the Thorgeirsson study, correct?
A Yes, and reference 96, the Adamson and Chabner.
Q Chabner?
A Well, Adamson is the first author. Chabner is the second author.
Q I just want to make sure I have the right ones that you're referring to.
We'll get to those studies, but if we could go back to the document we were working from, which was Exhibit 6253, and go to page 23. Now, the statement goes on to indicate tumors were induced in a wide range of tissues, then lists those tissues.
Have you seen studies where NDMA induced tumors in the tissues that are listed in this World Health Organization document?
MR. TOBEY: Objection to form.
A When NDMA is administered at extremely high levels to laboratory animals, certainly liver tumors can develop in that setting. I would say the consensus in the literature is also that extremely high doses of NDMA



administered to laboratory animals can cause tumors of the lung and of the kidney, and I would say that Leydig cell tumors and tumors of the nasal cavity, I would say, there is less of a consensus for that.
As stated in my report, I would say that the consensus around tumor development in laboratory animals exposed to extremely high doses of NDMA, that liver, lung and kidney are the, if you will, reproducible sites in laboratory animals subjected to those conditions.
Q And then in this paragraph, it discusses, "Where reported, time to first tumor was relatively short."
Have you reviewed studies where the time to the tumor was relatively short in animal studies with NDMA?
A I, like much of this paragraph, I do not know what -- you know, relatively short is not a meaningful term from the perspective of cancer biology, particularly when referring to animal models.
Q Of the studies that you reviewed, what was the minimal amount of time to first tumor?
A I can't -- I can't tell you that sitting here. I would have to go back and review the literature. But as articulated in my report, there's not a clear way to extrapolate time in animal studies to human studies, so

what these authors believe to be characterized by relatively short, I don't know whether they're talking, you know, weeks, months. I don't -- I don't know. Nor could it be said, I believe, what that might correspond to, you know, across different species.
Q Did you review studies where the time to first tumor was a matter of weeks?
A In laboratory animals -- well, everything can be measured in weeks, so --
Q Did you --
A So it would be a matter of weeks. If you could be more specific, I'd be glad to try to answer the question.
Q Did you review animal studies with the administration of NDMA where a single dose caused cancer?
A I do believe that I reviewed some data in laboratory animals where administration of extremely high doses of NDMA as a single dose that some animals developed cancer. I can't -- so I do believe I have reviewed studies such as that.
Q Going to the next paragraph, which is talking about in vitro cellular studies, where they write, "NDMA has been consistently mutagenic and clastogenic in human and rodent cells exposed in vitro," do you agree with


that statement?
A I would agree with the statement that the treatment of cells growing in a tissue culture dish with exceedingly high levels of NDMA that may or may not even be achievable in a living organism or compatible with life, that for cells treated in tissue culture, there will be very high doses of NDMA that would be anticipated to be mutagenic.
Q And that would be true for human cells treated in tissue culture?
A It would be my expectation once one just takes cells out of an organism and grows them in a tissue culture dish, that there would be doses of NDMA that could be administered that would cause DNA damage and mutations in those cells growing on a tissue culture plate treated with, you know, very high levels of NDMA.
Q And would that be true for human cells taken out of a human and growing them in a tissue culture dish?
A Sorry. I think I just -- I think I just answered the question. If you're taking cells from a human being, you would actually -- first your options are most commonly that you're not taking cells from a human being and putting them in a tissue culture dish. Very often what is being done are cells that were


derived from a human cancer are being grown on a tissue culture dish.
So it's not -- I just want to be clear, I think, in general, this is not referring to studies of taking cells from the liver of a patient, putting them into culture and then treating them with NDMA. Almost certainly these are immortalized cells with which one would do these studies, but I would have to look at the individual studies.
Q Did you review any in vitro human cell studies where the cells were exposed to NDMA and had clear evidence of genetic effects from the NDMA?
A I believe that I have reviewed studies in which cells of human origin were grown in a tissue culture dish and treated with high levels of NDMA to determine what the impact was. Sitting here right now I can't recall a specific publication.
Q Do you recall if any of the studies that you reviewed showed that the NDMA caused the human cells to exhibit mutagenic changes?
A As I've said, I do not have a specific recollection of a paper that demonstrated NDMA-induced mutations in human cells grown in vitro. I just don't recall a specific reference one way or the other. And if you'd like to point me to a reference, that might


help to refresh my memory. I just haven't memorized all of these studies, and in part here I'm not -- well, I just haven't memorized the studies. I'm not trying to be evasive.
Q In your investigation that you did into this matter, did you run across any randomized controlled trials where they administered NDMA to human patients or human participants in a trial?
A If you're asking me am I aware of a randomized prospective clinical trial that intentionally administered NDMA to human beings with the intent of determining whether they developed cancer, the answer to that is no.
Q Do you think such an experiment could be ethically performed?
MR. TOBEY: Objection, form.
A Clinical trials with no anticipated benefit of the substance that in laboratory animal models at extremely high levels of exposure is carcinogenic, there would have to be a potential benefit to study participants to do that. So that's -- there's a reason why that particular thing has not been done, although -- well, I'll leave it at that.
Q In order to run a human trial, is there some type of approval that needs to be sought by a board?

A Yes.
Q What is that approval called?
A It's referred to as IRB approval or Institutional Review Board approval.
Q Do you think an IRB would be granted for a study design that would be administering NDMA to human participants in the study to see if NDMA causes cancer in humans?
MR. TOBEY: Objection, form.
A As I have stated, if you're asking me would an IRB -- would I think an IRB would approve a proposal to perform a prospective clinical trial in which human beings were administered NDMA with the specific intent and endpoint, primary endpoint of the trial asking whether human beings developed cancer in response to that, that is not a trial that I believe an IRB would approve.
However, an IRB, I believe, would approve a study in which people who had been exposed to, say, ranitidine, with -- had been followed and studied to determine whether rates of cancer were different as a consequence of taking ranitidine compared to some control group. So it gets at the same question of is NDMA carcinogenic in human beings as has been claimed at the doses of exposure that occurred here. That question



can be addressed in weighs that do not require the randomized prospective trial specifically focused on intentionally administering NDMA to patients.
Q Do you think the IRB would approve a study to administer ranitidine to patients if the ranitidine had a high level of NDMA in it?
MR. TOBEY: Objection, form.
A Well, I feel that you're asking the same question. Other than to say, well, the studies of people exposed to ranitidine as a consequence of ranitidine therapy and whether or not there are differences in the occurrence of cancer or specific types of cancer in those patients, well, as you know, those studies have been done.
If instead what you're asking me is if somebody in the current day proposed a study to the IRB to say we will -- our proposal is to take preparations of ranitidine that have been documented to have high levels of NDMA by whatever route that was present and administer it to patients in a prospective clinical trial where the endpoint of the clinical trial was to determine if the study subjects developed cancer, then, no, I do not believe that an IRB would approve such a study.
Q In the Florian study that was conducted with



ranitidine (inaudible), it was ranitidine that had very low levels of NDMA in it?
THE REPORTER: You broke up on that.
MR. TOBEY: I think the audio was going in and out.
BY MS. BOGDAN:
Q I said, in fact, the Florian study that administered ranitidine to patients, one of the methods in that study involved only giving ranitidine with very low levels of NDMA in it, correct?
MR. TOBEY: Objection, form.
A The Florian study was addressing in a very direct manner the theory that has been proposed by plaintiffs' experts that ranitidine following its ingestion is converted in human beings at high levels to NDMA, and therefore, the test of that hypothesis when the goal would be to detect whether following ranitidine administration there is a detectable increase in NDMA patient subjects, of course, asking that question scientifically will have greater power when subjects are administered ranitidine that has as low a level as NDMA as possible because that increases the sensitivity with which you can detect internal conversion in a human being of ranitidine to NDMA. And, of course, the Florian study showed, I believe, convincingly that



ranitidine consumed by human beings is not converted to NDMA at any detectable level.
Q Doctor, do you remember what my question was?
A Yes, I do.
Q What I asked was in the Florian study, was the ranitidine that was administered to the patients, did it have very low levels of NDMA in it to start?
A I believe --
MR. TOBEY: Objection to form.
A I believe I answered your question, and my complete and accurate answer to your question was the levels were low intentionally if for no other reason than the purpose of the experiment that was being performed.
Q The levels in the tablets that were given to the participants in the Florian study had less than 11 nanograms of NDMA in it; isn't that correct?
A My recollection is that the levels were low, but I would have to -- if you'd like to provide the Florian paper, I could review and confirm that.
Q You don't think one of the reasons that the study design used ranitidine with low levels of NDMA in it is because NDMA is a probable human carcinogen?
MR. TOBEY: Objection, form.
A I cannot speak for the authors of the study.

I can -- of what their reasoning was. I am merely pointing out that from a scientific perspective, in order to answer the question that the Florian study addresses, this would be precisely the scenario that one would want, that the amount of NDMA in the ranitidine tablets that study subjects ingested, that you are maximizing the probability of being able to detect any NDMA that was formed. Whether the study authors had other reasons for proposing that or whether that was from the IRB, I have no knowledge of it. I don't know. I can't speak for them.

Q At the time of the Florian study, the FDA had an acceptable daily intake limit for NDMA in pharmaceuticals to be 96 nanograms or less; isn't that true?

A I believe that's correct.

Q What is the term "bioavailability"?

A Bioavailability generally refers to -- it is a term -- well, it can refer to both endogenous compounds within the body as well as pharmaceutical agents that are ingested, and it has to do with the fraction of a compound that is biologically active, if you will. I mean, it's a -- it's a broad term, so for different -- different chemicals, different compounds endogenous or exogenous, sort of the interpretation of what is meant



could differ, but that's -- that's generally the definition I would give.

Q Did you do any research into the bioavailability of exogenous NDMA in various species?

A I guess I'm not sure what you -- what you mean by did I do investigation of the bioavailability.

Q Did you do any analysis of the differences of NDMA's bioavailability between mammals such as rats versus swine versus dog versus monkey?

A Yes. For example, that since orally ingested NDMA is predominantly clear and metabolized in the liver via the portal circulation, that there are -- there is scientific literature in which investigators have addressed in different species of animals, have attempted to estimate, for instance, what the first pass clearance might be of orally administered NDMA in different species but typically when administered at extremely high doses.

Q And you refer to the Gombar papers in your report, correct? You have them listed? You have them listed on your materials considered list, 106 and 107, I believe?

A Yes. I believe I referred to -- there are three different papers from first author Gombar. One in -- yeah, so, yes, there are three articles that I



looked at from Gombar that are listed on my materials considered list.

Q And they're numbers 106, 107 and 108, correct?

A That's correct.

Q And when you considered those papers, did you make the observation that the bioavailability of NDMA in rats is only 8 percent because 90 percent of the NDMA or so gets metabolized in the first pass metabolism in the liver?

MR. TOBEY: Objection to form.

A I have not memorized the quantification that was provided by this one group in that set of papers. If you'd like to provide those papers to me, I will be glad to review them, refresh my memory and answer your question as accurately as I'm able.

Q Did you note differences in the bioavailability of the different animals that were studied by Gombar?

A If by bioavailability you are referring to first pass clearance by the liver in laboratory animals administered high doses of NDMA, I would say while there may be some quantitative differences as measured by this one group or variation as different groups may have attempted to do it, by and large, the liver is responsible for a great majority of first pass clearance



of NDMA that is either orally administered or very likely generated endogenously as evidenced by what we were talking about earlier, which is the site of tumorigenesis in different species of laboratory animals who have been altered by extremely high doses of NDMA, that the most reproducible finding in those laboratory animal studies is the development of liver tumors just as it was in the Peto study. And that is for the reason that first pass metabolism by the liver of NDMA is the predominant clearance mechanism in at least the great majority of species that I'm aware of and which has been studied.

Q With regard to first pass metabolism, if the NDMA is not metabolized by the liver in the first pass, then it is available in the systemic circulation, correct?

A I think it's fair to say -- well, so, first, whatever the results are would be dependent upon the dose and the timing of what's administered, that is to say administering -- while it may be the case that, for instance, administering exceptionally high doses of NDMA orally that the liver might only clear a fraction of that, that it may well be the case that in the same species administered a much lower dose of NDMA that is more -- more clearly in the physiological range of the

levels of NDMA in our bodies, that that percentage of first pass clearances may be substantially higher. So it's always going to be dose dependent.

But as to your question as to is NDMA in the portal circulation that is not cleared by the liver potentially available in the systemic circulation, and I think that's a topology by definition, that is what that would mean if that were the case.

Q So it is -- did you, when you did your analysis of the Gombar study, take note of the observations that the liver was not saturated --

MR. TOBEY: Objection, form.

Q -- in those studies?

A I don't know what you mean by the term "the liver was not saturated." If you could clarify for me, I'd be happy to answer you.

Q Is it important when doing a bioavailability study to determine whether or not the liver is saturated?

MR. TOBEY: Objection, form.

A Again, I do not know what you mean by "the liver is saturated."

Q So as you sit here today, you don't know what I mean when ask you a term or question involving liver saturation?



MR. TOBEY: Objection, form.

Q You don't know what that term means?

A When you use -- I do not understand how you are using that term, which is why I have asked you to clarify that term about what you mean by that phrase.

Q What I asked you was did you make any note when reviewing the Gombar studies as to whether the investigators noted liver saturation in the animal subjects?

MR. TOBEY: Objection, form. He's asked for clarification of the question just like was offered at the beginning of this depo. Maybe if you can show him a quote from the article you're citing.

BY MS. BOGDAN:

Q I'm asking if you made any observations with regard to liver saturation when you reviewed the studies. If the answer is "no" or "I don't know what liver saturation is or what you mean," we can go to the studies, but --

MR. TOBEY: Same objection.

A I have already told you that I do not know what you mean by liver saturation. I asked you to clarify, which I've yet to hear. And I've also asked that you would provide me with the Gombar papers if we're going to talk about what their findings were and



whether or not I noted a particular finding.

MS. BOGDAN: Please pull up the Gombar paper, "Pharmacokinetics of N-nitrosodimethylamine in Swine."

THE VIDEOGRAPHER: This will be marked as Exhibit 6254, Counselor.

(Exhibit No. 6254 was marked.)

THE WITNESS: Okay. This has just arrived in Box. If I could have a moment to briefly refresh my memory. (Reviewing document.) I've had a chance to look at the abstract, and in the interest of time, I'm happy to do my best to answer or to look further in the paper.

BY MS. BOGDAN:

Q In this study, the reported finding was that the bioavailability of the 1 mg/kg dose was 67 percent in the swine, correct?

A There were two different, 1.0 mg/kg doses that are described in the abstract. I'm not sure which one it's referring to.

Q But in the abstract, if we could focus in on that towards the bottom, it reads, "The bioavailability of the 1.0 mg/kg dose was 67 percent."

A You've read those numbers correctly. As I previously answered you, if you look at the abstract,



there were two different 1.0 mg/kg doses of NDMA that were studied. One of them was following intravenous administration, and the other was following oral administration. And I'm simply pointing out that the sentence that you have selected to focus on does not specify which route of administration it is referring to. I would have to spend time with the paper in order to go through it so that I can convince myself which route of administration it's referring to.

Q So as you -- when the authors of the paper write the statement the bioavailability of the dose was 67 percent, that would mean that 67 percent of the dose of NDMA passed by the liver and was available in the systemic circulation, correct?

A I would have to spend more time with the paper to convince myself that that is what they mean. Again, I don't know whether they're talking about intravenous administration or oral administration. I would be glad to take the time to go back through this manuscript now so that I can answer your questions completely and as accurately as possible.

Q Well, let's go to another part of the paper, which is on this first page as well, and it's at the top paragraph on the right-hand side at the bottom. And it says, "N-nitrosodimethylamine is extracted efficiently

by the liver in rats." Do you see where I'm reading?
A Yes.
MS. BOGDAN: And just for the trial tech, we're in the first paragraph on the right-hand side. Keep going up and it's at the bottom of that paragraph.
Q "The oral bioavailability of NDMA in rats is only 8 percent, i.e., greater than 90 percent of the NDMA is metabolized in a single pass. However, the bioavailability of NDMA in dogs has been shown to be greater than 90 percent."
What significance, if any, do those two statements have to you?
A What I see is -- so reference five, which says, "The oral bioavailability of NDMA in rats is only 8 percent, i.e., greater than 90 percent of the NDMA is metabolized in a single pass," and the reference for that is Mico, L., M-I-C-O, reference five, published in 1985, which says, "Low-dose in vivo pharmacokinetics and deuterium isotope affect studies of N-nitrosodimethylamine in rats." I don't recall that study other than they're talking about low-dose pharmacokinetic studies and they're comparing that to bioavailability of NDMA in dogs found measured by what I believe is a different group.



This is now the authors of this paper referring to their own studies in vivos. I don't know -- number one, I don't know what the doses were. As I said, the first pass extraction of most things but including NDMA is going to be a function in part based on both the dose and the route of administration, and I don't know how those compare between one group in reference five and the other group in reference six. But more broadly -- well, I'll just leave it at that. You can ask your additional questions.
Q So it's your testimony that if the metabolism is (inaudible) the ability of NDMA is dependent on dose?
THE REPORTER: You broke up.
A If you can repeat the question. You were -- I only caught every other word.
Q So it is your testimony if the metabolism of the animal is not saturated with NDMA, that the bioavailability is dependent on dose?
A If the question that you're asking me is does dose of administration and route of administration only affect the measurement of bioavailability in the instance in which the liver has been saturated, then the answer to that is, no, that's not the case, that as doses increase I think for many compounds, you will see a change in bioavailability. It's not a step function.



It's not that there are no effects of dose until such time as all of a sudden there are effects of dose.
But as I'm looking at this sentence that has been highlighted on the page, the oral bioavailability of NDMA in rats is only 8 percent, et cetera, et cetera, I don't see anything in there about saturation. So the original issue we had was me trying to understand what you mean by saturation.
Q Do see in the abstract that you read the sentence before the sentence that is highlighted in yellow that says, "The bioavailability of the 1 mg/kg dose"?
A If you could scroll -- I can't see that. It's covered by a pop-up bar.
Q It's in the abstract.
A Yeah, I know. I understand that. The way it was being --
Q The tech is highlighting not in the abstract. You have to go back to the abstract.
MS. BOGDAN: The left side, John, that's all in the dark print. Thank you. That's what we're talking about.
Q Now, the yellow highlights are gone so you can't see what I was referring to, but about a third of the way from the bottom -- or actually it says,



"Following the oral doses, the AUC and peak concentration in blood were not proportional to the dose. It's likely that the pharmacokinetics at the lower dose were first order, but at the higher dose the pharmacokinetics were no longer first order because the metabolism was saturated."
Do you know what the authors mean by those two sentences?
A What I -- from the context -- and, again, not having had the time sitting here right now to review this paper in detail -- from the context, I would say that they were indicating that the area under the curve in the peak concentration in blood for NDMA were not proportional to the dose that was administered, which is to say that what they were observing was saturation at the higher dose.
Q What do they mean by "saturation"?
MR. TOBEY: Objection to form.
A I believe what they are referring to is that there was not a -- let me put it this way. There was not a linear relationship between -- again, this is just me going based on the context -- that there was not a linear relationship between the area under the curve and peak concentration in blood between the 1 mg/kg and 5 mg/kg values of orally administered NDMA; that is, the

area under the curve -- I believe what they're saying or suggesting is that the area under the curve and the peak concentration in blood showed a 5 mg/kg oral dose of NDMA was not five times that of the orally administered 1.0 mg/kg NDMA.
But, again, sitting here right now not having had the time to review this paper in detail, that's the limitation for me to interpret sitting here right now what it was that the authors were referring to.
Q When rendering your opinions in this case, did you take into account the bioavailability of NDMA?
A Yes, I did.
Q How did the bioavailability of NDMA in different species influence your decision at all -- influence your opinion, if at all? Excuse me?
A Well, given that my approach to formulating my opinions is a weight of the evidence approach, that these types of studies were certainly factored in and considered for the same reason that, you know, is reflected by the fact that these three Gombar studies are on my materials considered list. And they are also factored in in an attempt to assimilate this data with the observation of laboratory animal carcinogenicity studies of animals treated with extremely high levels of NDMA and what the sites are in those laboratories


animals at which tumors develop and also integrating that evidence with evidence in human beings who were poisoned with NDMA, who at those exceptionally high levels die from liver failure from hepatotoxicity in much the same way as different species of laboratory animals subjected to extraordinarily high levels of NDMA also will show hepatotoxicity, jaundice, things of that sort, which are seen in a number of different animal studies indicating acute toxicity. And the doses that are described here of, you know, 1 and 5 mg/kg as oral doses, those are extremely high doses of NDMA even for laboratory animal studies.
MS. BOGDAN: You can take that down.
Q If more of an NDMA dose is bioavailable, wouldn't that allow the NDMA to reach organs other than the liver?
A If what you're asking me is if the fraction of orally administered or orally -- or -- either orally administered NDMA or NDMA generated endogenously within the gastrointestinal tract reaches such a high level that bioavailability that has -- that the liver extracts a smaller fraction of that, then by definition, as I've testified to earlier, by definition, if exogenous NDMA is not extracted by the liver first pass, it is then present in the systemic circulation for some period of


time.
Q What authority are you relying on when you offer the opinion that bioavailability is dose dependent?
A What do you mean by an authority?
Q What peer-reviewed paper or study supports the proposition that bioavailability is dose dependent?
A So to be clear, you keep using the word "bioavailability." That is such a broad term. That is not a term that I would use in this context. If what we're talking about is first pass hepatic clearance, then let's talk about first pass hepatic clearance. So, for instance, bioavailability of thyroid hormone is a function of what percentage of thyroid hormone is bound to albumin. It's a completely different --
Q Let me reask the question because we're certainly not talking about thyroid hormones in this case so --
A The point --
Q -- if you want me to use the "first pass hepatic clearance," I will be happy to use that. Is it your opinion that first pass hepatic clearance is dependent on dose?
A Yes, it is, and that would depend on the compound and the dose.


Q For NDMA, is it your opinion that first pass hepatic clearance is dependent on dose?
A Yes, as in it is not independent of dose.
Q Is it your opinion for NDMA that the percentage of NDMA that is metabolized by the liver is dependent on dose in instances where the metabolism is not saturated?
MR. TOBEY: Objection, form.
A I'm -- I apologize. I'm having a hard time following your question. Could you just repeat the question you just asked?
Q Is it your opinion for NDMA that the percentage of NDMA that is metabolized by the liver is dependent on dose in instances where the metabolism is not saturated?
A If by metabolism not being saturated, I'm not sure whether you're referring to first pass clearance, whether you're referring to CYP2E1 mediated metabolism. I don't -- metabolism is, again, a broad term that encompasses many different reactions, so --
Q Let me ask the question another way. Okay? Is it your opinion for NDMA that the percentage of NDMA that is metabolized by the liver is dependent on dose even if the liver's capacity to metabolize NDMA is not overwhelmed?

Page 194

A If what you're asking me is at very low doses of NDMA such as those that might be -- well, if what you're asking me is do I have an opinion as to whether very low doses of NDMA in human beings have a different efficiency of first pass clearance by the liver, I am not -- sitting here right now I am not aware of data that speaks specifically to that context.

My expectation based on my professional experience of first pass hepatic metabolism in general is that it is a continuous function, that is, there may be a portion of the dose response range that is linear and then it will progressively become nonlinear, that it is not a step function where below some particular dose there is no effect of dose on first pass clearance but above some specific threshold there is then an effect of dose. It's in general a continuum.

Q So is it your opinion that -- well, with the data that's available on the Gombar studies, since you did have them on your materials considered list, you have a study that showed bioavailability in the swine of 67 percent. So in your opinion, if you assume that the bioavailability of NDMA is 67 percent in the swine, does that -- what is your opinion with regard to if there is, for example, a 1 gram dose of NDMA, does 67 percent of that end up in the systemic circulation, and if you have

Page 195

a half a gram dose, you also have 67 percent availability in the systemic circulation?

MR. TOBEY: Objection, form.

A Well, I think with a -- you're talking about a 1 gram dose of NDMA administered how?

Q Orally. What I'm asking is is the amount that ends up bioavailable, meaning that gets by the first pass hepatic clearance, does that vary on dose or is the percentage of the dose that's bioavailable the same?

A I believe what I have repeatedly answered is that bioavailability is not independent of dose, and that is, it is going to be some function of dose as Gombar is reporting here.

Q Let's move on. Let's switch the subject to latency, so --

MR. TOBEY: Do we want, if we're switching topics, to take a short break? We've been going almost an hour and a half.

THE WITNESS: I would appreciate it if we could take a brief break.

MS. BOGDAN: Five minutes? Is that good or do you want ten? It doesn't matter to me.

THE WITNESS: Five is fine for me.

THE VIDEOGRAPHER: We're now off the record. The time is 2129 UTC, 5:29 p.m, EDT.

Page 196

(A 12-minute recess was had.)

THE VIDEOGRAPHER: We are now back on the record. The time is 2140 UTC, 5:40 p.m. EDT.

MS. BOGDAN: If you would pull up the Thorgeirsson paper, "Tumor Incidence in Chemical Carcinogenesis."

THE VIDEOGRAPHER: And this will be marked as Exhibit 6255, Counselor.

THE WITNESS: I'm sorry. My program just froze. Give me just a second. It just came in. If I could have a moment.

(Exhibit No. 6255 was marked.)

BY MS. BOGDAN:

Q I don't see it yet either. This is the paper, Doctor, that you were speaking about earlier having had noted in your reference materials, correct?

A Yes, it is.

Q This is one of your papers you cited for the proposition that the monkeys when administered NDMA did not get cancer, correct?

A Yes. I believe that was the context in which I cited this article.

Q So I'd like to direct you to page, I think, 142. That's page 140. If we could go to 142, please. There we go. I'd like to direct your attention to the

Page 197

paragraph that starts "With DMNA." Is DMNA another acronym for NDMA, correct?

A Yes. I believe as used here, it was to stand for dimethylnitrosamine.

Q And that indicates that DMNA was given IP at 10 mg/kg every two weeks to 11 monkeys, correct?

A That's what it says.

Q And then it reads, "Of seven animals that survived longer than six months," which would mean four of them did not survive more than six months, correct?

A That's how I would interpret that statement, yes.

Q "One died of cirrhosis after eight months and the six remaining animals died as a result of toxic hepatitis." Do you --

A Yes, you read that correctly.

Q So these monkeys in this Thorgeirsson paper all die related to NDMA toxicity, correct?

MR. TOBEY: Objection, form.

A Well, the paragraph as written is stating that these animals died. The surviving animals died as a result of toxic hepatitis with an average observation period at 54 months and a range from eight months to 118 months.

Q These animals died as a result of the toxic

effects of NDMA, correct?
A Again, I believe that that is what the authors are indicating here where -- and a number of the studies cited by plaintiffs' experts, the animals administered NDMA developed toxic hepatitis.
Q And if the animals developed (inaudible) six months or died of cirrhosis or died of toxic hepatitis, they could have died of those toxic effects of NDMA before they would have had the ability or the opportunity to develop cancer, correct?
MR. TOBEY: Objection, form.
A If you're asking me if the animals hadn't died from toxic hepatitis after up to 118 months, so almost ten years, if you're asking me if the animals had survived longer, is it possible that they might have developed cancer? Yes, it's possible that they would have and it's possible that they wouldn't have. There's no observation to speak to it. But by definition, if they lived longer, there would be a possibility, but there's no evidence about it.
Q Some of the animals died before they reached six months, correct?
A Yes. As I think we just said, four animals apparently died in periods of time fewer than six months, just as there were animals that were observed



for nearly -- at least one animal for at least ten years and that the average was looks like about four and a half years.
MS. BOGDAN: You can take that down.
Q I want to switch the topic to the portion of your report that speaks to latency. You mentioned this in your report in a variety of different paragraphs.
What is the latency period for cancer in general?
A If you're asking me what is the latency period of cancer in general, well, it depends on the cancer. As I articulated in my report, for common human epithelial cancers, it's typically on the order of decades for primary tumor development.
Q And when you say decades, you mean more than one?
A Or -- I think we're probably better off talking about a specific cancer so that I can give you a more accurate answer.
Q What is the latency period for liver cancer?
A It would depend on -- first, I wouldn't classify liver cancer as a common human epithelial malignancy in the United States, and it depends on what the cause of liver cancer is.
Q Let me direct you to paragraph 21 of your



report. The first sentence in paragraph 21 you wrote is, "For human cancers occurring in adults, the process by which the mutations required to transform a normal cell into a cancer cell accumulate is generally believed to take decades." What did you mean by that sentence?
MR. TOBEY: Objection to form.
A Again, this is the summary of opinions, the top level summary. Obviously this topic is dealt with in greater detail in the body of the report. What I am referring to here is that for the common forms of human cancers, which are carcinomas, that occur in adults, so we're talking about breast cancer and prostate cancer and lung cancer, colon cancer, the most common types of human cancers that occur in adults that our general understanding is that the process by which a normal cell becomes a cancer cell is believed to take more than a decade. That is decades plural.
Q Well, in this case (inaudible) addressing, for example, what is the latency period for the process by which mutations required to transform a normal cell into a cancer cell accumulate for stomach cancer?
A You were cutting in and out. If you could repeat the question so I can get it from start to finish, I would appreciate it.
Q In your opinion, what is the general latency



period for stomach cancer?
A In general, for the -- I'm sorry. For the latency of stomach cancer?
Q Yep.
A Is that what the question was?
Q Yes.
A In human beings, given the exponential relationship between the incidence of stomach cancer and age and the power of that exponential function, I think the best estimate would be that the latency for most stomach cancers as they occur in adults is likely to be on the order of decades.
Q What's the latency period for esophageal cancer?
A The answer for esophageal cancer would effectively be the same, that the same linear relationship on a log incidence versus log of age, the linearity of that plot and the exponent of the line on that plot suggests that it takes -- likely takes decades for esophageal cancers to develop if we're talking about esophageal, for instance, adenocarcinomas.
Q What is the latency period for pancreatic cancer?
A Well, bearing in mind in general -- well, let's just stick with the end. Pancreatic cancer, to

the best of my recollection, shows a similar exponential relationship between incidence and age with a similar slope and would also generally be believed to require decades for development.

Q What is the latency period for liver cancer?

A So there are many different forms of liver cancer. So speaking to, for instance, hepatocellular carcinomas, which is the epithelial tumor of the liver, given that most cases of hepatocellular carcinoma, depending on the population, are either associated with infection with the hepatitis B virus or the hepatitis C virus or arrives in the setting of alcoholic cirrhosis, the period for that development is also most likely on the order of decades.

Q And then what is your opinion with regard to the latency period for bladder cancer?

A I would say that the latency for bladder cancer is also generally believed to be on the order of decades. Again, we're talking -- I'm referring to carcinomas of the bladder.

Q And when you respond decades, meaning more than one, correct?

A In general, bearing in mind two critical -- two critical issues, one of which is that there is always some population distribution that is -- well,



there's a population distribution. Number two, the ability to infer latency is in part what I've been referring to, the relationship of incidence to age, beyond cases in which there is some identifiable initiating cause, if you will.

Q For example, in your report, you give an initiating cause of cancer as being exposed to radiation, for example, correct?

A If you're referring to the sections of my report that, for instance, studied the development of primary breast cancers in women exposed to ionizing radiation, in particular in the lifespan study and Horsham Yagasaki, those are probably some of the best studies of cancer latency in human beings related to radiation and breast cancer.

Q When doing your research into this case, did you investigate studies that compared the sensitivity of human tissue in cells to NDMA to rat sensitivity to NDMA?

MR. TOBEY: Objection to form.

A Sitting here today, while there is a general recognition that human beings have more efficient DNA repair than do animals with a shorter lifespan, I am -- I am not aware sitting here today of a study that directly compares some metric of DNA repair in human



beings and in rats exposed to NDMA nor -- nor is it clear to me that such a study would be possible.

(Exhibit No. 6256 was marked.)

Q Please pull up the Peto study. Is this the study that you use to come up with the lowest dose shown to cause cancer in the rat?

A Well, one, this is one of two publications from the Peto study that were published contemporaneously in 1991, so that the two papers from Peto in 1991 together form the basis for the raw data and the -- so that is the source of the raw data. The calculation of the TD05 for NDMA in the most sensitive tissue in rats, as I recall, was as reviewed and derived in the Liteplo WHO 2002 publication that you previously were discussing with me.

Q So did you use the calculation from the Liteplo paper or did you do the calculation yourself from the Peto studies?

A Since what I cite in my report is -- I cite the TD05 level that is, as I recall, derived by Liteplo in the 2002 WHO study.

Q So you didn't calculate the TD05 yourself, correct?

A That's correct.

Q You took it from the 2002 WHO document that we



were -- that's the same document, correct?

A The WHO document, yes, that's the document that I am referring to.

Q It's marked Exhibit 6253, the one that we've already discussed today, the 2002 WHO document on N-nitrosodimethylamine; is that correct?

A That's correct.

Q And the number that is in the document, the Liteplo document, is the 0.034 mg/kg per day number that you have in your report, correct?

A That's correct. I believe that we're referring to the same figure from the Liteplo 2002 derivation. That's just -- sitting here today, that's my recollection.

Q I'm referring you to the abstract in Peto, and I want to bring you to the "By contrast" paragraph. Do you see that paragraph in the abstract?

A Yes, I do.

Q And it reads, "By contrast, at doses sufficiently low for longevity to be nearly normal, median survival is about two and a half years, there remained no material dependence on the dose rate of the age distribution of the induced neoplasms." Do you see that?

A I see where you've read those words, yes.

Q What does that sentence mean to you?
A I believe what you're referring to is at the doses that were examined in this study, some doses were so high that the higher the dose, the shorter the lifespan of the animals. Whereas as the dose decreased, that longevity, that is, how long did the animals live, approximated normal. And there's a figure in here that basically shows that relationship. I do not know precisely what they mean by no material dependence on the dose rate of the age distribution of the induced neoplasms.
Q The next sentence reads, "At these low-dose rates, the number of liver, but not of esophageal neoplasms, induced by treatment was simply proportional to the dose rate. This finding is not surprising since the background incidence of liver but not of esophageal neoplasms was appreciable."
What do those two sentences mean to you?
A The sentence, "At these low dose rates the level of liver but not esophageal neoplasms induced by treatment was simply proportional to the dose rates" says that at doses that are sufficiently low in rats, such that the lifespan of rats treated with that dose is near normal, that the number of liver tumors that developed was proportional to the dose rate that was



administered to the animals, but that that was not true of esophageal neoplasms. That's the first sentence.
The second sentence says, "This finding is not surprising since the background incidence of liver, but not of esophageal neoplasms, was appreciable," I know that they are referring to the fact that rats in this study developed spontaneous liver cancers, that is, not induced by NDMA treatment, at about a rate of approximately 8 percent of animals. But I -- I do not follow what the authors are referring to as how they relate -- this finding is not surprising about the linear relationship or the proportionality to dose rate, how they are relating that to the background incidence of liver cancer.
Q When they're stating that the cancers, the neoplasms induced by treatment were proportional to the dose rate, the more or higher dose resulted in higher cancer rate, correct?
A I think effectively what that says is that at low dose rates where longevity of the animals is not markedly affected, the higher the dose -- the higher the dose rate, I should say, the greater the number of liver tumors that was induced by treatment.
Q And then it goes on to read, "The linear relationship observed at low dose rates, below one part



per million, suggests that under these experimental conditions among rats allowed to live their natural lifespan, a dose of one part per million of NDEA or NDMA in the drinking water will cause about 25 percent to develop a liver neoplasm. A dose of 0.1 part per million will cause about 2.5 percent to do so. And a dose of 0.01 parts per million will cause about 0.25 percent to do so, et cetera, with no indication of any threshold.
Do you agree with the author's interpretation of their study?
MR. TOBEY: Objection, form.
A I think when reading the Peto studies in their entirety, I believe in other places within one or both of these papers, the authors, I believe, make it clearer what they were referring to, that is, namely, they cannot observe whether the linear relationship that they observe at the higher doses we were discussing, that once one goes below, substantially below one parts per million, that it was not possible for them to actually observe whether or not a linear relationship persists. And to my mind, this sentence that you just read is merely a restatement of the assumption that a linear relationship might exist if one continued to decrease the dose while recognizing that it would be -- that the



data themselves do not demonstrate that and nor should they be construed, and I referred to this in my report.
Q Now, referring you to page 6426 of this study, which has the tables for the dose response relationships for fatal liver neoplasms in control and NDMA treated males and females, 6C and 6D, do you see those?
A Yes, I see that.
Q Now, treatment group one is a control, correct?
A That's correct.
Q And how many animals were in treatment group one?
A In group one, there were 240 male and 240 female controls.
Q And then all the other treatment groups where they administered NDMA, those treatment groups had 60 animals in them, correct?
A That is, in general, correct, yes.
Q The control group, treatment group one, had four times as many animals as the treatment groups that actually were administered NDMA, correct?
A Yes, that's correct. That's my understanding.
Q So, for example, if we look at table 6C where in treatment group one we have one animal noted of dying of liver neoplasm in the liver cell category, that's one

of 240 animals, correct?
A That appears to be correct in 6C.
Q But in treatment group two, which is the lowest concentration of NDMA administered, which was .033 parts per million, there is also one cancer, correct?
A In NDMA treated males, that's correct.
Q So the rate of cancer in the lowest dose given is higher than the treatment group, correct, because you have one animal in a treatment group with only 60 animals that is dying of liver neoplasm, so the percentage of cancer is higher, right?
A The percentage of cancer is higher as a numerical figure, that is, 1 over 60 is greater than 1 over 240. However, I do not believe that that is a statistically significant difference, meaning I would not interpret those numbers as indicating what you said.
Q The dose that you use, the 0.034 mg/kg per day that you got from the 2002, Liteplo -- or how do you pronounce it? Liteplo paper?
A Liteplo WHO 2002, and that was their calculated figure based on modeling these data and are roughly in line with other estimates.
Q And how does that 0.034 mg/kg per day figure that you're using in your report relate to the ppm



concentrations that are illustrated in table 6C and 6D?
A My recollection -- let's see, it's actually -- it's either in this paper or the companion paper, but my recollection is that the dose of .034 mg/kg per day calculated as the lowest dose at which there was a statistically detectable increase in cancer risk in 5 percent of the animals, I believe, is how it was defined, my recollection is for female rats, it is somewhere in the vicinity of group six and group seven of the -- I believe it's somewhere on the order of one part per million, perhaps a bit less, that sitting here right now without going back through the papers I couldn't tell you whether it's one part per million or .7 parts per million or what exactly it corresponds to.
The correspondence between the dose and milligrams per kilograms per day is a conversion, I believe, provided by Peto based on the concentration in the drinking water in parts per million coupled with the average amount of water that male versus female rats take in.
Q So since the calculation was based on the female rats, if we could just scroll down to table 6D because that's the female rat table. So you're saying that the dose that you are using as an equivalent is approximately around the doses between treatment groups



six and seven or treatment group seven, one part per million?
A My recollection sitting here right now without taking the time to go back through these papers in detail and to go back through the Liteplo calculation, I think you can see it in the bile duct cancer, column B, that the visibly apparent, if you will, increase in the number of animals dying of liver neoplasm arising from the bile ducts increases from one in group seven to 25 in group two.
So the best of my recollection, one part per million in female rats was the approximate dose rate at which mathematical modeling is anticipated to result in a 5 percent -- I believe it's -- tumorigenesis in 5 percent of animals, which as I recall, again, just sitting here right now and to best of my recollection, what the author's defined as the lowest dose at which a detectable increase in cancer incidence could be seen.
Q And that would be treatment group seven?
A I don't think it corresponds precisely to treatment group seven for the reasons that I indicated.
Q You believe it's somewhere between treatment group six and seven, correct?
MR. TOBEY: Objection to form.
A I said I think it is most likely closer to



treatment group seven, and the one part per million in female rats is, again, to the best of my recollection.
Q So if we take the total observed tumors that are in treatment group two, which was one, and the total observed tumors in treatment group three and four, which was two, and five, which was three, if we add those treatment groups together, two, three, four and five, we have six cases of fatal neoplasms in the females compared to one case in the control group, correct?
A Well, the analysis that we've been discussing is not based on lumping together multiple different types of liver cancers that arose in rats. It was, as my report articulates, based upon the most sensitive tissue in the most sensitive gender, that is female rats, and I believe it was biliary cystoadenoma, which would be tumors of bile ducts, so that the analysis we're discussing and that as I recall the 34 microgram per kilogram per day figure is based on, is bile duct tumors.
Q And why when determining the dose that would or the lowest dose that would cause 5 percent of the tumors in rats would you not want to look at all of the different cancers? Why focus on bile duct and not focus on all the different types of cancers that can be caused by NDMA in rats?

A Because it was determined that the bile duct is the most sensitive site in rats to develop cancer, and therefore, with the goal of, if you will, erring on the side of caution or of trying to establish or estimate what the lowest dose is of NDMA that when administered to laboratory rats will cause cancer, that if the -- if bile ducts are the most sensitive site, then you would want to know -- it would be anticipated that any other site would be less sensitive. So this is, if you will, the most -- the most sensitive evaluation of it. And it's quite clear in table 6D looking at the pattern of tumor incidence in bile ducts versus other sites within the liver, including liver cells.
Q I look at table 6C and I'm looking at the incidence of the animals dying from liver neoplasms, for the lower doses, I see much higher incidence of animals dying in the liver cells in treatment group four, in treatment group five, in treatment group six and in treatment group seven.
A I would disagree with your characterization of these data, and I believe what you're suggesting, in my opinion, is not an appropriate way to view these data, and I'd be glad to explain.
Q Are there more incidents of liver cells


neoplasms in the female rats for treatment group four than bile duct cancer?
A If you're asking me is the numeral two greater than the numeral zero, the numeral two is greater than the numeral zero. However, that cannot be construed in any way as suggesting that there is a statistically significant increased rate of tumorigenesis in the liver cells versus bile ducts. And the data just visually looking at this strikes me as being quite clear of where the point of influxion is of the two curves, the curve in liver cells, and the curve related to cancers in bile ducts. And it's simply inappropriate scientifically to attempt to interpret what's essentially noise bouncing around in the background between whether it's zero or one or two or three. That's just not an appropriate way to view these data scientifically.
Q And that's your opinion, correct?
MR. TOBEY: Objection to form.
A That is -- that is my opinion, and I am confident that my opinion would be in the mainstream of scientists.
MS. BOGDAN: How much record time do we have left?
THE VIDEOGRAPHER: Approximately maybe an hour and 15 minutes, Counselor.


MR. TOBEY: Hour 15?
THE VIDEOGRAPHER: Yes.
MS. BOGDAN: We can take that down, please.
BY MS. BOGDAN:
Q An opinion that you rendered in your report is that exposure to humans to NDMA from dietary intake is more than of that from ranitidine; is that correct?
A Excuse me. Could you repeat the question?
Q Is part of your opinion in this case that the exposures that humans have to NDMA from dietary intake more than that from ranitidine? I'm sorry. Did you hear my question?
A Yes, I did, and I'm considering the question so that I can give you an accurate and thorough answer. So it depends on whether what you're -- A, I'm not sure what you're referring to in the report, but whether you're talking about estimated daily exposures, whether you're talking about total cumulative lifetime exposures, if you could specify what you're referring to because -- or point me to the portion in my report that you're referring to and then I'll be able to give you an accurate answer.
Q Well, part of your report, for example, at page or paragraph 138 you're describing estimates of NDMA exposure from diet?


A What paragraph 138 lists are estimated content of NDMA in the various foods that I list.
Q And your point of doing that is to show the exposure that people get from NDMA in their diet?
A I'm providing context for levels of NDMA that have been measured in the foods that I indicate to provide context of depending on what foods we're talking about or a person ingests, that there are substantial quantities of NDMA in the different foods that I have listed, but I don't believe that this paragraph relates that to ranitidine exposure.
Q But you are quantifying the amount of NDMA that someone may be exposed to through dietary sources, correct?
MR. TOBEY: Objection, form.
A So I would not characterize paragraph 138 as attempting to quantify what the exposures are for a person's diet. I think it's specifically pointing out specific foods and what their estimated NDMA content is.
Q And in order to do that in your report, you relied on a dietary study, correct?
MR. TOBEY: Objection, form.
Q And you cite the Stuff study.
A I cite the Stuff study as sentence reads, "With these caveats in mind, estimates have been

generated for the N-nitrosamine content, including NDMA, of a variety of common foods." Where the -- the phrase "with these caveats in mind" refers to paragraph 137 in which I state, "Precise quantification of dietary exposures to preformed NDMA and other nitrosamines in food is extremely difficult, in part, because concentrations of NDMA and other nitrosamines in different foods change over time, can differ by geographic region and are affected by numerous variables including the method of preparation for preservation. In addition, the types of foods consumed as well as serving sizes vary widely between individuals and data derived from self-reporting on dietary questionnaires are notoriously inaccurate."

So that is the caveat that I am referring to here. So those caveats, for example, would partly apply to estimates of, for instance, how many nanograms of NDMA might be present in hotdogs, as in that doesn't rely on how many hotdogs a person in a clinical study or an epidemiological study claims to have eaten in a period of time, but of course, it does depend on who made the hotdog, how the hotdog was prepared and other factors. So I think that those two paragraphs clearly describe some of the limitations of using dietary studies to estimate dietary NDMA intake.



Q Doctor, do you remember my question?
A Yes, I do.
Q The question was (inaudible) is the Stuff (inaudible) a dietary study, the Stuff paper?
MR. TOBEY: Objection. We lost part of the audio.
Q Is the Stuff paper a dietary study?
A How are you defining a dietary study?
Q A study that involves the quantification of dietary intake, a dietary study?
A Well, if you could make the Stuff study available, that would help me to answer your question accurately. But sitting here right now without the benefit of reviewing it, my recollection of the Stuff paper is not that it is a dietary study as I otherwise refer to in my report for attempts to associate estimates of dietary intake with, for example, cancer risk, but rather my recollection is that the publication by Stuff, et al., in 2009, is as it says, it's a construction of a N-nitroso database for assessing dietary intake.

My recollection is that it is an attempt to indicate levels of NDMA that may have been present in set quantities of food that were measured. That, to my mind, I would not characterize that as a dietary study



in the ways that I have used that phrase in my report.
Q Did you investigate as part of your research into this case if there were any published peer-reviewed epidemiological studies that report a statistically significant increased risk of stomach cancer with increasing exposure to NDMA?
A I think I --
MR. TOBEY: Objection, form.
A I looked at, reviewed and, I believe, cited a wide range of epidemiological studies as well as assessments of what those studies suggest or don't suggest in aggregate.
MS. BOGDAN: Please pull the La Vecchia study.
THE VIDEOGRAPHER: This exhibit will be marked as Exhibit 6257.
(Exhibit No. 6257 was marked.)
THE WITNESS: I'm not sure what tab number that is.
MS. BOGDAN: I'm not sure either, so why don't we move to the De Stefani study entitled, "Dietary Nitrosamines."
THE VIDEOGRAPHER: This one will be marked as 6258.
(Exhibit No. 6258 was marked.)
MS. BOGDAN: Please go to the first page of



the study.
MR. TOBEY: We don't have it yet in the Box.
BY MS. BOGDAN:
Q Did you look, Dr. Chodosh, while you're looking for that to load, at studies that quantified the amount of exposure to NDMA that studied participants were getting in their diet and the increased risk of cancer?
A As I believe my report makes clear and as I referenced them and considered them in my materials considered list, I looked at a number of dietary studies that attempted to estimate subject intake of NDMA and relate that to cancer outcomes.

However, as I've made very clear in my report, in none of those studies, to the best of my knowledge, was NDMA actually measured in the food that any of the study subjects included, and that is but one of the reasons why, as I have written, that dietary epidemiology studies I do not consider to be reliable for intending to relate NDMA content in the diet and cancer outcomes.
Q So even though there are multiple peer-reviewed published studies to find the amount of NDMA that study participants were exposed to and relate the amount of NDMA to increased risk of various cancers

and those studies as a whole are reliable, is that what I understand your testimony to be?
MR. TOBEY: Objection to form.
A I think that the most accurate way for me to answer you is if methodology has a fundamental limitation or flaw such as the inability or the lack of actually measuring NDMA the subjects were exposed to, you can reproducibly get the wrong answer with methodology that is fundamentally flawed. So getting the same answer even if it was reproducible, which I could not believe it is, does not actually demonstrate the scientific point at issue.
And moreover, I would say that for the several other reasons that I have listed in my report, that dietary epidemiology studies purporting to look at NDMA intake as estimated in these studies and cancer outcomes are, in my opinion, simply an unreliable basis upon which to attempt to determine the biological effects of NDMA in human beings.
Q So this category of evidence, dietary studies that quantify the amount of exposure to NDMA and then associate that with the risk of certain cancers, you did not consider in formulating your opinion in this case?
A Can you repeat your question, please?
Q So this category of evidence, dietary studies


that quantify the amount of exposure to NDMA and then associate that exposure with the risk of concern cancers, that category of evidence you did not consider in formulating your opinions in this case?
A You --
MR. TOBEY: Objection, form, sorry to interrupt.
A You have grossly mischaracterized my testimony as well as my report. I'd be glad to explain.
Q When you say "grossly mischaracterized," you -- did you -- for example, the De Stefani paper that's in front of you right now, which has been marked as 6258, I believe, did you consider this paper when formulating your opinion?
A I believe I have also looked at this one, but I have looked at the study from the same group on risk of lung cancer and I believe in this same population within Uruguay, and I have -- it's not listed on the materials considered list, but, yes, I have -- to the best of my recollection, I have looked at this paper and I have incorporated it.
The methodology is very much the same as in the other De Stefani first authored paper that I'm pointing out. In each of the dietary epidemiology studies, I looked at them. I asked what the methodology


was. I attempted to determine whether the study authors had actually measured NDMA intake in any of the patients and factored that into the overall weight of evidence. And that's why there are both a number of dietary epidemiology studies contained within my materials considered list, and that's why I have devoted a significant portion of my report to discussing dietary epidemiology studies of NDMA so clearly I considered this.
Q (Inaudible) in these studies a dietary questionnaire was used and administered by a trained dietitian. You don't find that methodology reliable, sir?
A You cut out at the beginning. Could you repeat the question?
Q Is your criticism of the dietary studies that they didn't actually measure the amount of NDMA in the actual food that people ate and that they relied on the dietary studies that quantify the amount of NDMA in those types of foods?
A One moment, please. So I believe I deal with this at length in paragraph 284 of my report as well as other places in my report in which I discuss what the limitations are of the type of dietary epidemiology study that you are showing me here and that we were


discussing.
Q Well, you in your report did not do any individual discussion of any of the dietary studies that quantify NDMA exposure and the increased risk of various cancers, correct?
A In each case, I looked at the dietary epidemiology study to attempt to determine whether the study authors truly measured NDMA and quantified the amount of NDMA in the food that study subjects ate and also determined -- to look at what the general methodology was to determine in each case did it depart in some meaningful way or was it not subject to the limitations that I have crystallized in paragraph 284 and other places.
So to the extent that a range of dietary epidemiology studies suffer from the same limitations and flaws, I have dealt with them as a group as I feel is appropriate in a report of this type.
Q So, for example, on this exhibit that we have up, if you could please go to the next page, and in the abstract, where it shows that dietary nitrosodimethylamine was associated with an increased risk of gastric cancer, odds ratio (OR) equals 3.6 with a 95 percent confidence interval, do you see that?
A Yes, I see where you've read those words.

Q Now, you did not consider that finding in this study because the dietary epidemiological studies all suffer from the same limitations and flaws, so you dealt with them as a group?

A The entire middle of your question was missing. I'm sorry to ask you to have -- have to ask you to repeat it, but there was a substantial portion where we could not hear you at all or at least I could not hear you at all.

Q So this particular finding in the De Stefani study that we have highlighted here, would that be a statistically significant finding, odds ratio of 3.6 with a 95 percent confidence ratio?

A I would say without examining the paper in detail, as written here, the implication is that this is a nominally statistically finding. Without looking at greater depth of the publication, I couldn't -- I couldn't comment further. But as written, the implication is that at least nominally it is statistically significant. I don't --

Q Now --

A My apologies. I'd like to finish my answer. I don't know just from looking at the abstract what the comparison was that gave rise to that odds ratio and that confidence interval, nor off the top of my head how



many different tests were performed, how many different comparisons were performed. But as written, it is nominally statistically significant.

Q (Inaudible) you consider that a statistically significant finding in this study because you dealt with all of the dietary epidemiological studies as a group, correct?

MR. TOBEY: Objection, form.

A No. Again, you are misstating my testimony and mischaracterizing my report. I'd be glad to explain.

MS. BOGDAN: Let's take a break and have a time check, please.

THE VIDEOGRAPHER: Sure. We are now off the record. The time is 2257 UTC, 6:57 p.m. EDT.

(A 10-minute recess was had.)

THE VIDEOGRAPHER: We are now back on the record. The time is 2304 UTC, 7:07 p.m. EDT.

BY MS. BOGDAN:

Q So referring you back to the De Stefani study that we were talking about before the break, I'd like to refer you to page 161, to table 4. Do you see that table?

A Yes, I do.

Q And in that table there are quantifying



exposures to NDMA?

A No, I would not agree with that characterization.

Q Why would you not agree with that characterization?

A Because they haven't measured the amount of NDMA in the food. They haven't measured the amount of food that subjects ate. The appropriate characterization of that would be they attempted to estimate NDMA intake based on questionnaires of food intake and tables of approximate NDMA content for certain foods that were self-reported. So that type of estimation I would not describe scientifically as measuring NDMA intake or exposure.

Q So dietary databases that have information with regard to certain foods and the amount of NDMA that's present in those foods, you don't find reliable?

MR. TOBEY: Object to the form.

A For the reasons that we discussed earlier in the deposition in which I've said it to you, the NDMA content of different foods varies by region, varies by method of preservation, varies by method of preparation, varies geographically, and are based very often on tables of foods that may have been taken in other countries, other populations, certainly other periods in



time. So there's that lack of accuracy coupled with that it's fundamentally predicated on how much food people self-report that they ate or what the portion sizes are. And these things are, as I have said, notoriously inaccurate.

In this particular paper, it even says the questionnaire wasn't validated.

Q Don't certain dietary databases look to certain populations? So, for example, there would be a dietary database for the amount of NDMA in foods in France, and if it was the study of a French population, that would be an appropriate database to use?

A No, not necessarily, and I'd be glad to explain why.

Q Did you do an individual analysis of these dietary studies to look at the various factors that you've explained with regard to the content of different foods by region and method of preservation and the database in which they were using to estimate the amount of NDMA present in the foods that the study participants reported to have in their diets?

A For each of the studies, I did my best to evaluate whether, number one, the authors had actually measured NDMA consumption in study participants, and in no case that I can recall did I find that to be the

case.

In no case -- in each study, I asked the question did this study measure the amounts of the many other chemical constituents present in the food consumed by study participants, and, again, in each case that I can recall sitting here today, the answer to that was no.

I then asked did the study measure food intake in study participants as opposed to relying on food frequency questionnaires. And at least in each case that I can recall, the answer to that was, no, that estimates were based on self-reported food frequency questionnaires in many different cases.

I asked the general question about would it be possible based on the study design for the authors to distinguish the effects of estimated levels of NDMA present in foods estimated in the study to other compounds that would be present in food.

So each of the studies that I evaluated, each of the studies that I considered in formulating my opinion, unfortunately revealed that each of these study suffered from the same limitations and drawbacks. So they were certainly considered, and I continued to hope that I would find studies that had measured those things and didn't suffer from those drawbacks, but I have



not -- I have not found any.

Q So do you find any studies that use food questionnaires unreliable simply because they use a food questionnaire to quantify the diet?

MR. TOBEY: Objection to form, asked and answered.

A The use of food frequency questionnaires in self-reported eating behaviors, foods that were eaten and portion sizes is -- and the notoriously inaccurate nature of those is but one of the factors that I have discussed in my report of the limitations of dietary epidemiology studies such as -- such as the study that we're talking about right now. There's, in general, a fairly common methodology in these studies.

Q What authority do you have for the proposition that the use of food frequency questionnaires are notoriously inaccurate?

A Let me see if I can pull up that part of my report.

Q Meaning if you have a study or some type of analysis done by a scientist on the accuracy of food frequency questionnaires?

A I'm still looking at paragraph number 137 of my report. There is the sentence, I believe it's the second sentence, "In addition, the types of foods



consumed, as well as serving sizes, vary widely between individuals and data derived from self-reporting and dietary questionnaires are notoriously inaccurate." And I have reference for that particular proposition, Ross -- paper by Ross Prentice, citation number 84, "Dietary Assessment and Opportunities to Enhance Nutritional Epidemiology Evidence."

And I'll just say that there are many statements like them in the literature, in addition to which I have cited evidence in my report of just a few of the examples of conclusions that were reached based on dietary epidemiology studies in cancer that when tested in respective clinical trials almost all of which were found to be incorrect. So I think I dealt at length in my report with the limitations of these types of studies.

Q But this De Stefani study that's been marked as Exhibit 6258 doesn't appear in your reference list and doesn't appear in your materials considered list, correct?

MR. TOBEY: Objection to form.

A As I said, there is a different De Stefani study of a different cancer site in presumably the same population in Uruguay that is the focus here and the methodology is essentially the same. So I did not



attempt to exhaustively cite every dietary epidemiology study.

I have looked at the other De Stefani studies as they have come up in other contexts, and to the best of my recollection, I found that the methodology employed by these same authors in what I believe was more or less the same population in Uruguay, that the methodology was similar and therefore the limitations of the study were similar.

Q So to answer my question, you looked at another study by this author with regard to another cancer?

MR. TOBEY: Objection to form.

Q Is that a correct understanding of your response?

A No. You have either misunderstood or mischaracterized my response.

Q Did you look at this particular De Stefani study in formulating your opinions?

MR. TOBEY: Objection to form, asked and answered.

A Yes. I have looked at this study, to the best of my recollection.

Q Even though it does not appear in your reference list or your materials considered list?

A Even though this particular study from the same group is not on my materials considered list.

MS. BOGDAN: If we could please take this down and please pull up the Pobel study, P-O-B-E-L.

THE VIDEOGRAPHER: This will be marked as Exhibit 6259.

(Exhibit No. 6259 was marked.)

BY MS. BOGDAN:

Q This is another dietary epidemiological study that quantifies NDMA exposure and relates it to the incidence of gastric cancer.

A This just -- this document just showed up in my folder. If I could have a moment, please, to look at it.

Q Sure.

MS. BOGDAN: What exhibit number is this, please?

THE VIDEOGRAPHER: 6259.

BY MS. BOGDAN:

Q My only question for you, Dr. Chodosh, with regard to this study, is does it appear on your materials considered list or your references?

A I do not believe this particular paper appears on my materials considered list. However, certainly looking at the abstract, it suffers from some of the



same limitations that we have discussed as well as others.

Q Did you review this Pobel study as part of your investigation into this case?

A Sitting here today, I do not specifically recall. There were also some dietary epidemiology studies that I believe I reviewed subsequent to my report that had been raised in the valsartan litigation by experts there, and I don't recall whether this was one of the articles that I reviewed based on that.

Q And in the abstract, in the second paragraph, it states, "The ORs for the second and third tertile of NDMA intake were," do you see that?

A Yes, I do.

Q And it's reporting OR of 4.13 with a confidence interval of 0.93 to 18.37, but then it also reports an OR of 7 with a confidence interval of 1.85 to 26.46. Do you see that?

A I see where you have -- I see where you have read that.

Q And the OR of 7 with the confidence interval of 1.85 to 26.46, that would be statistically significant, correct?

A I'm trying to -- can you point me to which of the tables that that odds ratio is pulled from so that I



can answer your question?

Q Table 2, which is on the third page of the study, where it says "NDMA," and for the third percentile, it has the OR of 7 with the confidence interval underneath, the P value for trend at 0.04. Do you see that?

A I do see where you have read that.

Q My question was, is that a statistically significant finding?

A Given that the confidence interval in this case does not cross one, nominally is that a statistically significant finding? It's in a table that appears to have 15 different comparisons, but I think nominally speaking the result that you're highlighting is nominally statistically significant.

Q If we could, please -- oh, while we're on that page, if we go to the table above, you see table 1?

A Yes, I can see table 1.

Q And it's listing NDMA exposures in micrograms, correct?

A That is what is listed in this table, but if you could give me one second. "As stated, values used for nitrate, nitrite and NDMA in foods were estimated by means of a composition table based on literature data," and that references another paper from 1992. So they're



estimating NDMA content in this as in the other dietary epidemiology studies that we have discussed.

Q And the amount of NDMA exposure in that table, correct, has either .2 micrograms or .25 micrograms or .1 or .51 micrograms, correct?

A The beginning of your question -- I did not hear the beginning of the question. Could you repeat that, please?

Q The table --

MS. BOGDAN: Let's go off the record and let my system reboot here.

MR. TOBEY: It's when you lean back a little it seems like.

BY MS. BOGDAN:

Q My question, Dr. Chodosh, was in table 1, they are quantifying the amount of NDMA exposure in terms of micrograms. And they are providing numerical values for the percentile distribution at 25 percent of .2, the median is .25, and the 75th percentile is .51, correct?

A In my opinion, what is presented in table 1 as well on this paper could not reasonably be construed as quantifying NDMA intake. As stated by the authors, I believe these are estimated intakes based on food tables and a questionnaire administered by a dietitian. So this is not to be confused with actually quantifying

NDMA intake in the study subjects in the way that I would understand quantifying NDMA to mean as a scientist.

Q So epidemiological studies that are based on food tables and questionnaires administered by a dietitian you find unreliable?

MR. TOBEY: Objection to form, asked and answered multiple times.

A This is discussed at great length in my report, and it's referred to widely in the literature. As I recall, Dr. Prentice points this out as well. These are limitations that must be considered when evaluating dietary epidemiology studies in a weight of evidence approach. So I considered the studies, and I also considered the limitations of those studies.

MS. BOGDAN: Please pull up the Larsson study.

THE VIDEOGRAPHER: This one will be marked as Exhibit 6260.

(Exhibit No. 6260 was marked.)

BY MS. BOGDAN:

Q Dr. Chodosh --

A I'm waiting for it to arrive in my Box.

Q That was my question I was going to ask you. Dr. Chodosh, has the study uploaded or downloaded?

A It just appeared. May I have a moment?



Q The question is did you cite this study by lead author Larsson in your report or in your materials considered list?

A May I have a moment to refresh my -- let me look at the abstract?

Q Sure, but my question's about whether it's cited in your report?

A To the best of my recollection -- well, this Larsson paper is not cited in my report or in my materials considered list. However, I do believe, to the best of my recollection, that I have looked at this -- I believe it was this paper -- insofar as it has been referenced by plaintiffs' experts, one of whom is in this litigation and one of whom was from the valsartan litigation.

Q My question was did you discuss this in your report, reference it or list it in your materials considered?

MR. TOBEY: Objection to form.

A The specific study is, as I have said, not cited in my report or my materials considered list. However, to the extent that this study suffers from precisely the same factors that we've been talking about, it is discussed insofar as, if you look on the first page, "We calculated NDMA intake" -- I'm quoting



that -- "We calculated NDMA intake by multiplying the average frequency of consumption of each food item by the NDMA content of age-specific portion sizes. Values for NDMA in foods were obtained from tables compiled by Osterdahl based on foods in the Swedish market in 1980" -- I don't know if that's supposed to be a hyphen -- "1980 and 1988," making the point --

Q My question, Doctor, was a very simple one. Did you discuss this study in your report, listed on your reference list or listed in your materials considered? That was the question.

MR. TOBEY: And I'm going to object here. If you just read up to the transcript, he's answered it directly twice. He's giving an additional thorough answer, you know, if he's able to finish, but he's answered your question a few times.

BY MS. BOGDAN:

Q Dr. Chodosh, did you want to finish your answer?

A The shortcomings of this paper are dealt with in detail in my report as well as in my testimony, and they encompass just some of the shortcomings and as further highlighted by these authors themselves on page 916. It says that the -- the spirit --

Q The question -- there is no question -- the



question pending is if it was listed in your reference material or materials considered. That's the question pending.

MR. TOBEY: Objection. It's been answered multiple times.

MS. BOGDAN: Right, so let's move on.

MR. TOBEY: Is there another question?

MS. BOGDAN: If we can please take this study down. And if we could please pull up -- it's Dr. Chodosh's one-page calculation sheet.

THE VIDEOGRAPHER: This document will be mark as Exhibit 6261.

(Exhibit No. 6261 was marked.)

BY MS. BOGDAN:

Q Do you have a copy of this, Doctor?

A I have a printed out version of this. It is not the -- the document itself has not yet hit -- now it just came in Box.

Q Did you create this document?

A Yes, I did.

Q Okay. And what were you attempting to illustrate by creating this document?

A Well, this document is basically, if you will, a tabular shorthand format that reflects some of the numbers and ratios that are cited within the body of my

Page 242

report with an overarching goal of providing some biological context for the sorts of doses and dose -- and dose rates and proposed NDMA content in order to put those numbers into context, and at least in reading my report and seeing these numbers, that I found it to be helpful to write it down.

Q Now, I see you mentioned Hrudey report here. Hrudey Rudy, which is a study.

A If you're referring to the Hrudey 2013 paper, yes, that's one of the things listed here.

Q And when you addressed that paper in your report, you acknowledge that Hrudey did three different types of measurements, correct?

A Yes, that's correct.

Q And for purposes of your report, you went on to use two of those types of measurements, correct?

A One second. I considered all three of those measurements, and as stated in my report at paragraph 150, with respect to the third method says, quote, "Estimates of endogenous NDMA formation based upon urinary excretion of NDMA that varied widely but encompassed NDMA production values estimated via the other two methods." And we could pull up the paper, but the estimates that were made based on urinary excretion of NDMA had a far wider range than either of the other

Page 243

two methodologies.

That is part of the reason why I chose to focus on the first two methods by which Hrudey used to estimate endogenous production levels, and I will -- yes, so I'll leave it at that.

Q You chose not to use the estimate that Hrudey made based upon urinary excretion when doing your analysis, correct?

A As I've said, I considered those values, the range is so broad as to, in my opinion, was not informative just given how broad that range is, so that was why -- one of the reasons why I focused on two of the three which had narrower ranges, as I recall sitting here right now.

Q And why did you consider the range being broad a reason to not use the urinary excretion numbers but use the other two methods?

A Do we have the Hrudey paper? It would be helpful for me to refresh my memory about what the precise range was. But as Hrudey points out in that paper, Hrudey references, and I believe I did as well, Tannebaum, so another study which arrived at estimates relatively similar to those of Hrudey. And I have also provided for reference the Vermeer study.

So I considered -- in fact, that's just the

Page 244

difference between the Vermeer study and the average value that I derived from the Hrudey study, that's a six-fold range of estimated endogenous daily NDMA production. It encompasses the range defined by Tannebaum. And Hrudey itself makes estimates as described in table 9 of that paper also looking at data from other investigators.

So in my opinion, in my reading of the literature, the findings from multiple groups that yielded estimates within an order of magnitude of each other I found to be persuasive evidence that these different estimates made by different investigators using different methodologies were arriving at roughly similar values.

And given that the point of the endogenous NDMA -- of providing estimated values is, again, to provide context for the interpretation of exposures due to diet with the FDA, ADI, with the Liteplo estimates of exposures in food, air and water, as well as NDMA -- maximum NDMA content measured by the FDA in ranitidine products, as well as the measurement -- the maximal estimate, as I recall, from Avay. So this is all in an attempt to provide some context to enhance the biological understanding of these different values that are presented.

Page 245

MR. TOBEY: Could we do a quick time check? By my count, we're within minutes.

THE VIDEOGRAPHER: We're currently at eight hours 54 minutes on the record, Counsel.

MR. TOBEY: Thanks.

BY MS. BOGDAN:

Q The Hrudey study that you've mentioned and the Vermeer study that you've mentioned and the Tannebaum study that you've mentioned, all of those studies are using some type of modeling to estimate endogenous NDMA formation, correct?

A I think it would be fair to say that the estimates of endogenous daily NDMA production involved some modeling as would be common in whether it's pharmacokinetic studies or metabolic studies or many of the different aspects of things that are measured in medicine. Modeling, if you will, as in mathematical modeling is -- that is standard fair. That's foundation in biomedical science and research as well as medical research.

Q And what is the half-life of NDMA?

A The half-life of NDMA is typically referred to as being on the scale of some number of minutes. I can't give you the precise number of minutes of different estimates sitting here right now without other

materials in front of me.

Q And once NDMA is metabolized, it ceases to be NDMA anymore, correct?

A I think it's fair to say that by definition, if a molecule of NDMA is metabolized in the body to something else, then that molecule of NDMA is no longer present.

Q And the rapid metabolism of NDMA makes NDMA difficult to measure in vivo. Would you agree?

A I would disagree with that statement as you have made it. I'd be glad to explain.

Q Let me ask the question another way. If -- do you agree that NDMA is rapidly metabolized?

MR. TOBEY: Objection to form.

A Rapidly is a relative term. I would agree as we were discussing just a couple of moments ago that the biological half-life of NDMA in a living organism is generally considered to be on the order of some number of minutes.

Q And when I am talking about measuring NDMA, not estimating NDMA, does the half-life being in the order of minutes make it difficult to actually measure, meaning quantify, the amount of NDMA that is present in someone's body over a period of time?

A Well, for clarification, I want to make sure



that I understand the way you're using these terms. You have told me just a few moments ago that the use of food frequency questionnaires and tables of foods derived from a different point of time, you've characterized that as having measured NDMA. But if I understand your question, you're now arguing or suggesting to me that investigators who measure -- actually physically measure levels of NDMA, that that's an estimate.

So I'm -- I'm -- it seems to me that you're using the words "measure," "quantify" and "estimate" in very different ways within these two context. So if you could clarify for me what you mean in this context, I'd be glad to answer.

Q Let me see if I can ask the question another way. If NDMA has formed in vivo and it is metabolized before a measurement would be taken, that it had formed and was metabolized would not be captured by that measurement, correct?

A No, that's incorrect, and I'd be glad to explain.

Q Well, measuring NDMA in plasma, correct, let's just say measuring NDMA in plasma, it's measuring the presence of NDMA, right, in the sample?

A That is, as you've defined it, measuring NDMA in plasma would be attempting to measure NDMA in plasma.



Q And if the NDMA was already metabolized, it would no longer be present in the plasma to measure, correct?

A I think where there may be some confusion here, and let me explain it, is what is being measured in the plasma is a level of NDMA that is some number of molecules or moles per unit volume. What you're referring to is a half-life, which refers to flux through the pathway. So if NDMA levels are measurable, it does not matter particularly what the flux is through the pathway, that is, you could have a half-life that is very short or a half-life that's very long. The principal limitation on measurement has to do with the sensitivity of the assay and what the level is that's being measured. It is not primarily predicated on the biological half-life of the thing being measured.

Q Do you consider the rate of metabolism of NDMA when offering your opinions in this case?

MR. TOBEY: Objection to form.

A If you can clarify by what you mean by rate of metabolism, that would be helpful for me to answer your question accurately.

Q Let me ask the question another way. Did you consider the half-life of NDMA when offering your opinions in this case?



A Yes.

Q Are all the values that are on this exhibit that's been marked --

MR. TOBEY: Let's do a time check. I may be confused on the timing, but if you can just double-check me.

THE VIDEOGRAPHER: We're currently at nine hours, two minutes.

MR. TOBEY: I think this is a nine-hour deposition.

MS. BOGDAN: I have just one more question that I had started to ask. It's a very direct question.

MR. TOBEY: I have are "All the values that are on this exhibit that's been marked" --

BY MS. BOGDAN:

Q It's still on your screen, Dr. Chodosh. Are all of those values in your expert report?

A I can't tell you sitting here without searching for each number in my report, but given that I set this up in a tabular format, determining in some cases ratios between a number of things, it is unlikely that I cited -- I mean, I'm just looking at -- the number of numbers that are in this table, that looks to me like it's 50 or more, I can't tell you sitting here

Page 250

right now whether every one was cited nor any of the specific number in my report.

However, I have done my best in my report to cite what I thought were the most -- the numbers that would provide an accurate picture of the contexts for the levels and dose exposures for the various categories of things that are listed here.

MS. BOGDAN: Thank you.

MR. TOBEY: No questions from the defendants.

MS. BOGDAN: I'm sure our stenographer and tech are very upset that this deposition is concluding after nine hours, so --

THE VIDEOGRAPHER: We are now going off the record. The time is 2354 UTC, 7:54 p.m. EDT.

(The proceedings were concluded at 7:54 p.m.)

Page 251

CERTIFICATE OF REPORTER

STATE OF FLORIDA:

COUNTY OF ORANGE:

I, LAURA J. LANDERMAN, RDR, CRR, FPR-C, do hereby certify that I was authorized to and did stenographically report the foregoing deposition of LEWIS A. CHODOSH, M.D.; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 250 is a true and complete record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the outcome of the action.

Signed this 31st day of May, 2022.

LAURA J. LANDERMAN, RDR, CRR, FPR-C

Page 252

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE:

I, LAURA J. LANDERMAN, RDR, CRR, FPR-C, Notary Public, State of Florida at Large, do hereby certify that LEIWS A. CHODOSH, M.D., Ph.D., remotely appeared before me this 12th day of May 2022 and was duly sworn/affirmed.

WITNESS my hand and official seal this 31st day of May, 2022.

Identification: Professionally known

LAURA J. LANDERMAN, RDR, CRR, FPR-C

Page 253

A C K N O W L E D G E M E N T

I, LEWIS A. CHODOSH, M.D., Ph.D., hereby certify that I have read the foregoing transcript of my deposition given under oath on May 12, 2022; and that the transcript is a true, complete and correct record, to the best of my knowledge, recollection and belief, except for the corrections noted hereon and/or list of corrections, if any attached on a separate sheet herewith.

______________________________

LEWIS A. CHODOSH, M.D., Ph.D.

Sworn and subscribed before me,

this _____ day of _____________, 2022.

______________________________

Notary Public, State of ____________

ERRATA SHEET - USL Job No. 6129154

DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES HERE

I, LEWIS A. CHODOSH, M.D., Ph.D., do hereby certify that I have read the foregoing transcript of my testimony, and further certify that it is a true and accurate record with the exception of the corrections listed below:

PAGE # LINE # CORRECTION

__________ ____________________

DATE SIGNATURE OF WITNESS

**Exhibits**

**EX 6242 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:9 13:20
**EX 6243 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:9 15:7
**EX 6244 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:10 17:2,19
**EX 6245 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:10 35:15 37:13
**EX 6246 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:11 50:8,10
**EX 6247 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:11 53:5
**EX 6248 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:12 56:20,21
**EX 6249 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:12 60:10,14
**EX 6250A Lewis A. Chodosh, M.D., Ph.D. 051222**
5:13
**EX 6250B Lewis A. Chodosh, M.D., Ph.D. 051222**
5:13
**EX 6250C Lewis A. Chodosh, M.D., Ph.D. 051222**
5:14
**EX 6251 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:14 89:22,24
**EX 6252 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:15 116:10,11 117:10 126:24
**EX 6253 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:15 137:3,4 161:25 168:15 205:4
**EX 6254 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:16 184:6,7
**EX 6255 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:16 196:8,12
**EX 6256 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:17 204:3
**EX 6257 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:17 220:15,16
**EX 6258 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:18 220:24 232:18
**EX 6259 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:18 234:6,7
**EX 6260 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:19 238:18,19
**EX 6261 Lewis A. Chodosh, M.D., Ph.D. 051222**
5:19 241:12,13

**0**

**0.01**
208:7
**0.034**
205:9 210:18,24
**0.04**
236:5
**0.1**
208:5
**0.25**
208:7
**0.93**
235:16
**033**
210:5
**034**
211:4

**1**

**1**
14:25 37:3,5 57:15,25 150:19,23 151:6,10,15,17 184:16 188:11 189:24 191:10 194:24 195:5 210:14 236:17,18 237:5,15,20
**1.0**
184:18,23 185:1 190:5
**1.85**
235:17,22
**10**
9:21 197:6
**10,000**
107:5
**10-minute**
227:16
**106**
179:21 180:3
**107**
179:21 180:3
**108**
56:24 57:22,25 58:10,13 180:3
**109**
37:3
**10:50**
54:21

**11**
117:24 177:16 197:6
**11-minute**
54:22
**116**
5:15
**118**
197:23 198:13
**11:01**
54:24
**11th**
20:11,19,22
**12**
9:21
**12-minute**
126:20 163:24 196:1
**125**
127:14
**12:05**
84:5
**12:39**
84:8
**12th**
6:23
**13**
5:9
**1312**
6:23
**132**
20:13
**132.75**
20:15
**1323**
13:18
**1327**
13:22
**137**
5:15 218:3 231:23
**138**
216:24 217:1,16
**13th**
18:2 19:14
**140**
196:24
**142**
196:24
**1450**
54:21
**148**
167:17,21 168:4
**15**
5:9 68:15 117:15 130:4 132:15 150:4 215:25 216:1 236:13
**150**
242:19
**1501**
54:24
**152**
130:7
**15219**
4:4
**15:44:09**
158:2
**15:45:43**
158:2
**1605**
84:5
**161**
227:22
**1639**
84:8
**165**
167:18
**17**
5:10 84:16 121:16 122:8
**17th**
84:24
**18**
18:9
**18.37**
235:16
**1815**
126:19
**1827**
126:22
**1835**
130:16
**184**
5:16
**1842**
130:19
**18th**
18:2 19:1, 13,17
**196**
5:16
**1971**
118:11
**1978**
116:8,16 127:9,11,17 131:25 132:5
**1980**
160:6 240:6, 7
**1980s**
29:13
**1985**
186:19
**1987**
116:17
**1988**
240:7
**199**
21:13
**1990s**
43:13
**1991**
140:11 204:9,10
**1992**
236:25
**19th**
19:25 20:9, 16

**2**

**2**
14:25 37:7 150:5 236:2 237:4,18
**2.5**
208:6
**20**
121:7 126:25 130:4 155:2
**200**
162:7
**200-or-so**
67:16
**200-plus**
162:14
**2000**
43:14 163:23
**2002**
136:22,23 145:24 204:14,21,25 205:5,12 210:19,21
**2009**
219:19
**2012**
164:1
**2013**
10:23 58:23 242:9
**2016**
58:24
**2017**
53:7
**2019**
17:24 18:14, 21 21:17
**2020**
18:21 21:17 84:14,15 85:12,13,17, 21 86:2 167:22
**2021**
18:2 19:15 20:11,19,22 84:16,24

**2022**
6:23 18:2,9 19:1,13,18, 25 20:10
**204**
5:17
**20th**
85:12
**21**
85:4 199:25 200:1
**2129**
195:25
**2140**
196:3
**22**
159:12
**220**
5:17,18
**222**
66:25
**2257**
227:15
**23**
164:3 168:15
**2304**
227:18
**234**
5:18
**2354**
250:14
**238**
5:19
**240**
209:13 210:1,15
**241**
5:19
**244**
114:11,15,24 115:10
**25**
77:6 208:4 212:9 237:4, 18,19
**251**
5:4
**252**
5:5
**253**
5:6
**254**
5:7
**25th**
19:15 84:14 86:2
**26**
84:15 85:17
**26.46**
235:18,22
**264,200**
86:12
**273**
58:5
**28**
25:13
**284**
224:22 225:13
**2:15**
126:19
**2:27**
126:22
**2:35**
130:16
**2:42**
130:19
**2A**
59:15

**3**

**3**
14:25 15:25 37:9
**3.6**
225:23 226:12
**30**
31:2
**301**
4:4
**31st**
85:13
**32,000**
85:24
**322**
89:2
**34**
213:17
**34,200**
86:9
**34-minute**
84:6
**35**
5:10
**38**
137:20
**38,400**
85:13
**38-page**
55:22
**38th**
4:4

**4**

**4**
14:20,24 15:1 68:14 138:13 227:22
**4-minute**
13:19
**4.13**
235:15
**40**
85:23 124:23
**42**
57:15
**42.75**
86:7
**48**
85:13
**4:00**
162:17,19 163:17,23
**4:12**
164:1

**5**

**5**
15:1 189:24 190:3 191:10 211:6 212:14 213:21
**5.1**
51:9
**5.2**
51:7
**5/12/22**
12:14
**50**
5:11 110:15 249:25
**50-page**
138:8
**50th**
11:25
**51**
237:5,19
**53**
5:11
**54**
197:23 245:4
**56**
5:12
**5:29**
195:25
**5:40**
196:3
**5th**
85:21

**6**

**6.3**
59:9
**60**
5:12 209:16 210:10,14

**6242**
5:9 13:20 14:4
**6243**
5:9 15:7
**6244**
5:10 17:2,4, 8,19
**6245**
5:10 35:13, 14,15 36:6 37:13
**6246**
5:11 50:8,10
**6247**
5:11 53:3,5
**6248**
5:12 56:20, 21 57:2,6,13
**6249**
5:12 60:10, 14
**6250**
84:19,20,21
**6250-A**
5:13
**6250-B**
5:13
**6250-C**
5:14
**6251**
5:14 89:22, 24
**6252**
5:15 116:10, 11 117:10 126:24
**6253**
5:15 137:3,4 145:25 161:25 168:15 205:4
**6254**
5:16 184:6,7
**6255**
5:16 196:8, 12
**6256**
5:17 204:3
**6257**
5:17 220:15, 16
**6258**
5:18 220:23, 24 223:13 232:18
**6259**
5:18 234:6, 7,18
**6260**
5:19 238:18, 19
**6261**
5:19 241:12, 13
**6426**
209:3
**65**
155:13
**66.75**
19:1
**67**
184:16,23 185:12 194:21,22,24 195:1
**6:57**
227:15
**6C**
209:6,23 210:2 211:1 214:15
**6D**
209:6 211:1, 22 214:11

**7**

**7**
5:3 155:16 211:14 235:17,21 236:4
**74.08**
114:17 115:11
**75th**
237:19
**780**
114:25 115:4,13,18 116:3
**7:07**
227:18
**7:54**
250:14,15
**7th**
85:21

**8**

**8**
180:7 186:8, 16 188:5 207:9
**8-minute**
130:17
**8.125**
115:5,21
**8.8**
155:3
**800**
19:3,6,10
**84**
5:13,14 232:5
**89**
5:14
**8th**
85:12

**9**

**9**
15:1 244:6
**90**
180:7 186:8, 11,16
**916**
240:24
**95**
225:24 226:13
**96**
113:14,17,18 114:20,23,24 115:3,12,19, 23 116:4 167:21 168:6 178:14
**9:12**
6:23
**9:23**
13:18
**9:27**
13:22
**9th**
20:10

**A**

**A-C-T-O-S**
53:7
**a.m.**
6:23 13:18, 22 54:21,24
**ability**
45:12 89:7 106:6 137:25 187:12 198:9 203:2
**able**
58:16 59:20 69:1 70:12 80:2,16 82:7 88:14 90:1,2 114:6 122:12 135:9 159:9 162:12 163:13 178:7 180:15 216:21 240:15
**abnormalities**
146:16

**above**
121:10 157:15,18 194:15 236:17
**Abramson**
38:4
**absence**
121:11,20 122:3 123:5 124:3
**absolutely**
149:23
**abstract**
57:20 89:12 90:23 92:19, 23 95:7 96:10 98:19, 20 122:17 184:11,19, 21,25 188:9, 15,18,19 205:15,17 225:21 226:23 234:25 235:11 239:5
**acceptable**
113:12 178:13
**accepted**
32:9
**access**
12:10
**accessible**
11:2
**account**
14:18 190:11
**accredited**
32:23
**accrue**
107:7
**accumulate**
200:4,21
**accumulation**
105:25
**accuracy**
229:1 231:21
**accurate**
37:19 44:12 80:17 101:19 120:17 122:9 135:16 141:3 142:16 156:3 157:16 161:3 162:10 177:11 199:19 216:14,22 222:4 250:5
**accurately**
46:10 58:16 59:20 135:6 180:15 185:21 219:13 248:22
**achievable**
171:5
**acid**
31:18
**acknowledge**
242:12
**ACKNOWLEDGEMENT**
5:6
**Acrobat**
12:7
**acronym**
127:22,25 197:2
**across**
26:5 27:4 38:19 120:14 122:8 129:5, 9,20 140:11 170:5 173:6
**acting**
33:14
**action**
7:4 29:14 126:7 149:5 155:3 165:9
**active**
31:4 54:6 56:10 83:3 178:22
**actively**
32:25
**activities**
22:14,22 23:1,7,25
**activity**
20:24 23:3, 10 85:7
**Actos**
47:19 48:19 49:7 52:8, 12,15,18,21, 25 53:11,17 54:1 55:3 56:17 57:4 58:17 59:2, 12
**actual**
39:22 58:15 87:6 224:18
**acute**
136:13 163:11 191:9
**Adamson**
167:12,21,24 168:6,9
**add**
213:6
**added**
31:24 32:2 35:25
**addition**
11:10 39:5 59:6 84:11 88:19 218:11 231:25 232:9
**additional**
36:24 84:10 86:17 187:10 240:14
**address**
70:4,25 71:1 156:20
**addressed**
76:1,22 82:15 158:15 175:1 179:14 242:11
**addresses**
178:4
**addressing**
70:9,11 176:12 200:18
**adduct**
147:2,5,6,17 148:17 149:4 155:12,15 156:8,18 157:2,3,4,6, 9,13,19,20, 23 158:13, 15,18,22,24 159:3,6,10 160:4,5
**adducts**
146:24 155:14,16, 17,22,25 156:5,9,11, 13,16,20 158:8,10,11, 20 159:17 160:3,12 161:1,9 163:15
**adenine**
159:2
**adenocarcinomas**
201:21
**adequate**
121:11,20 122:3 123:6
**ADI**
244:18
**administer**
175:5,20
**administered**
104:20 105:2,7

138:23 140:23 142:7 146:7,9 165:4 166:10 168:22 169:1 171:14 173:7,11 174:13 176:8,21 177:6 179:16,17 180:21 181:1,19,24 189:14,25 190:4 191:18,19 195:5 196:19 198:4 207:1 209:16,21 210:4 214:6 224:11 237:24 238:5

**administering** 28:21 139:8 166:14 174:6 175:3 181:20,21

**administrated** 143:20

**administration** 27:19 29:4 165:3 167:19 168:2 170:15,18 176:18 185:3,4,6,9, 18 187:6,20

**adults** 200:2,11,14 201:11

**adverse** 152:2,8,21 153:7,13 154:14,23

**advocate** 48:16

**affect** 75:6 97:10 186:20 187:21

**affected** 207:21 218:9

**affects** 108:20

**age** 201:9,17 202:2 203:3 205:23 206:10

**age-specific** 240:3

**agencies** 91:4 144:21, 24

**agency** 82:21 113:6 116:20 117:3,4 118:11 124:12,15,16

**agent** 77:21 106:7 118:25 119:4

**agents** 143:6,7 144:21 145:5 178:20

**aggregate** 220:12

**ago** 31:2 33:22 34:22 35:8 53:22 128:21 246:16 247:2

**agree** 38:8 73:25 76:15 96:23 99:12 121:14 122:2,20 127:8 131:2, 3,10,11,19 132:3,12 138:3,6,20, 22,25 146:4 149:10,18 152:11 155:24 164:25 165:10,20 170:25 171:2 208:10 228:2,4 246:9,13,15

**agreement** 6:5

**ahead** 57:16 75:22

**air** 153:12 244:19

**albumin** 192:15

**alcoholic** 202:12

**aldehydes** 151:1,2

**Alfano** 4:2

**alive** 110:7 148:16

**allow** 191:15

**allowance** 113:10

**allowed** 208:2

**alluded** 70:3 85:3 156:21

**alluding** 144:7

**alter** 108:24

**alteration** 108:13

**alterations** 143:19

**altered** 181:5

**alternative** 153:22

**ambiguity** 8:13

**amended** 15:5

**amines** 104:9

**amount** 33:4 36:13 59:1 79:3 103:22 125:14,18 136:8 169:21 178:5 195:6 211:19 217:12 221:6,23,25 222:21 223:1 224:17,19 225:9 228:6, 7,16 229:10, 19 237:3,16 246:23

**amounts** 78:12 155:17 230:3

**analysis** 86:20 87:2, 12,21 90:13, 16 91:8 92:20 94:1, 7,18 98:4,10 124:20 125:11 137:22 179:7 182:10 213:10,16 229:15 231:21 243:8

**analytical** 91:10 100:3

**analytically** 99:25

**analyze** 79:8,23 102:13

**and/or**
6:6 68:6 82:16 154:24
**Andrew**
90:20
**animal**
25:18 26:9, 21 27:18 28:10 65:12, 21 87:14 105:5 120:4 131:1,6 166:2,8,15 169:14,19,25 170:14 173:18 181:7 183:8 187:17 190:23 191:8,12 199:1 209:24 210:10
**animals**
25:21,24 26:4,8,13, 16,24 27:19 101:21 105:3,8 119:21 121:18 123:14,24 127:5 139:6, 11,17,20,24 140:4,5,8, 14,24 141:11,19 142:2 143:1, 15 144:3,13 149:10 161:7 165:4 166:14,22 167:8 168:23 169:1,6,9 170:8,18,19 179:14 180:17,20 181:4 190:24 191:1,6 197:8,14,21, 25 198:4,6, 12,14,21,23, 25 203:23 206:5,6 207:1,9,20 209:11,17,20 210:1,11 211:7 212:8, 15 214:16,17
**answer**
8:6 10:3 21:22 30:17 37:19 41:10 42:2 44:12 45:11 46:9, 14 55:3 58:16 59:19 61:17 64:16 68:25 69:7 70:15,17 71:7,9 78:6 80:4,17 81:4,17,25 82:2,5 83:15,16 101:16,19 104:21 109:12 110:21 112:15 120:14,17 122:9,17 123:16 125:3,7 133:19 134:19,23 135:16 136:10 138:9 141:3,24 142:16,22 144:8 149:7 150:9 152:16 157:14,16,17 160:17 161:3,22 162:10,12 165:25 170:12 173:12 177:11 178:3 180:14 182:16 183:17 184:12 185:20 187:23 199:19 201:15 216:14,22 219:12 222:5,8,10 226:22 230:6,11 233:10 236:1 240:15,19 247:13 248:21
**answered**
28:23 35:2 40:19 81:23 82:4 107:16 108:9 132:13 133:9 134:16 135:4,15 152:15 157:11 171:21 177:10 184:25 195:10 231:6 233:21 238:8 240:13,16 241:4
**answering**
65:2,6 138:2
**answers**
79:12 159:4
**antagonist**
29:16
**anticipated**
97:17 100:22 113:15 171:8 173:17 212:13 214:8
**anymore**
246:3
**anyone**
6:15
**apart**
20:2
**API**
75:20 78:15 101:5
**apologies**
226:22
**apologize**
18:18 46:7 47:3 61:21 68:12 84:25 93:15 109:9 193:9
**apparent**
62:19 95:7 127:12 212:7
**apparently**
58:22,23 198:24
**appeared**
17:10,12 35:16,19 56:25 238:25
**Appearing**
4:6
**appears**
19:14 36:1 78:17 149:9 159:15 210:2 234:23 236:13
**application**
60:19
**applications**
12:5,17
**apply**
70:6 218:16
**applying**
71:12
**appreciable**
206:17 207:5
**appreciate**
195:19 200:24

**approach**
65:8 144:21, 23 145:1 190:16,17 238:14
**approached**
33:10
**approaches**
110:17
**appropriate**
33:12 214:23 215:15 225:18 228:8 229:12
**approval**
173:25 174:2,3,4
**approvals**
41:8
**approve**
174:11,17,18 175:4,23
**approved**
40:18,25
**approximate**
212:12 228:11
**approximated**
206:7
**approximately**
21:13 115:4 207:9 211:25 215:24
**approximation**
149:12
**April**
85:12
**apt**
73:17
**area**
38:9 42:12 60:20 73:23 77:6 83:3 116:22 189:12,23 190:1,2
**areas**
44:19
**arguing**
247:6
**argumentative**
8:17
**arise**
150:18
**arising**
212:8
**arm**
150:18
**Arnold**
91:15 92:4
**arose**
213:12
**around**
117:11 151:1 157:1 169:6 211:25 215:14
**arrangements**
92:1
**arrive**
65:9,18 117:6 122:12 137:25 238:22
**arrived**
184:8 243:22
**arrives**
202:12
**arriving**
118:24 124:19 125:10 126:4 244:13
**article**
67:9 98:23 99:22 161:4 183:13 196:22
**articles**
66:3,7 141:2 162:7,14 179:25 235:10
**articulated**
169:24 199:12
**articulates**
213:13
**asbestos**
153:3,6,11, 15,19,20,24, 25
**asked**
8:14 13:24 16:6 24:16 28:23 46:10 49:17,21,23 52:12,14 61:12,18,20, 25 62:3,8,11 63:5 68:24 69:3,24 70:4 71:8 83:19 87:11 107:12,15 112:13 125:4 128:18 129:7,8 133:8,19 134:16,22 135:3,14 152:14 157:7 177:5 183:4, 6,10,22,23 193:11 223:25 230:2,8,14 231:5 233:20 238:7
**asking**
7:25 8:7,24 16:7 24:18 25:20 26:10, 11,14 30:16 38:10 40:8, 10,15 42:1 44:24 45:17, 24 46:18 47:2,13 48:6 56:7 58:7,8, 9 61:18,25 62:7,9 71:13 77:22 79:18 81:3 83:20 94:4,5 101:14 102:20 104:18 106:2,4 115:25 117:1 120:7 134:7, 8 136:7 138:4 139:24 149:5 150:22 154:1,5 157:21 163:4 173:9 174:10,14 175:8,15 176:19 183:15 187:19 191:17 194:1,3 195:6 198:12,14 199:10 215:3
**asks**
16:1
**aspects**
27:20 28:11, 12 45:5 67:6 245:16
**assay**
248:14
**assays**
102:5 103:18 146:18
**assemble**
117:10
**assembled**
117:18
**assess**
49:17,21,24 137:25
**assessing**
65:14 117:22 149:23 219:20

**assessment** 32:3 45:7, 13,16,19,25 46:1,3,8,11 232:6
**assessments** 45:22 220:11
**assimilate** 190:22
**assist** 16:4,9
**associate** 38:1 219:16 222:22 223:2
**associated** 31:18 154:23 202:10 225:22
**association** 46:12 52:3
**assume** 8:7 61:19,20 62:1,3 115:25 194:21
**assumed** 88:22
**assuming** 73:19
**assumption** 61:18 145:16,20 208:23
**assumptions** 61:13,16
**ate** 224:18 225:9 228:8 229:3
**atoms** 156:4
**attached** 147:10
**attachment** 37:5,6,9 147:12
**attachments** 36:21
**attempt** 83:3 119:20, 22 152:7,18 153:11 190:22 215:13 219:22 222:18 225:7 233:1 244:23
**attempted** 179:15 180:24 221:12 224:1 228:9
**attempting** 42:4 67:11, 15,19,21,22 77:19 152:3 217:17 241:21 247:25
**attempts** 219:16
**attending** 30:5 32:23 34:4
**attention** 14:19 59:8 90:23 117:24 130:22 138:14 150:5 159:13 196:25
**attorney-client** 6:6
**attorneys** 9:17 62:17 66:13 88:16 91:15 92:4
**attributable** 113:13 140:20
**AUC** 189:1
**audio** 7:21 44:15 49:20 54:10 55:1 108:2,4 109:19 112:19 166:6 176:4 219:6
**audio's** 133:17,18
**August** 20:10
**author** 43:16,18 44:2 168:9, 10 179:24 233:11 239:2
**author's** 123:9 208:10 212:17
**authored** 223:23
**authoritative** 116:22 117:3,4 137:16,20
**authorities** 112:5,12,16, 25
**authority** 192:2,5 231:15
**authors** 43:20 44:8 90:16 93:12 94:14 95:6 96:5 98:23 99:2,11 137:23 161:15 170:1 177:25 178:8 185:10 187:1 189:7 190:9 198:2 207:10 208:15 224:1 225:8 229:23 230:15 233:6 237:22 240:23
**availability** 195:2
**available** 31:21 32:14 35:6 88:2 104:23 131:16 132:5 165:15 181:15 182:6 185:13 194:18 219:12
**Avay** 80:5 82:14 244:22
**average** 197:22 199:2 211:19 240:2 244:1
**aware** 6:2 58:17 60:18 63:19 64:5,7,18,22 71:17,19,21, 22,24 74:21 78:22,25 99:21 120:19 128:12,19 129:1,18,25 133:20,23 134:24,25 163:14 166:2,8,21 173:9 181:11 194:6 203:24

**B**

**baby** 60:7,12,18
**back** 13:21 23:19 43:7 54:23 55:4,7,9 84:7 92:18 126:21 127:9 130:18,21 141:4,6 145:24 158:23

161:13 162:21 163:25 168:14 169:23 185:19 188:19 196:2 211:12 212:4,5 227:17,20 237:12

**background**
37:15 118:10 206:16 207:4,13 215:14

**bar**
188:14

**base**
108:13

**based**
27:18 31:10 32:17 33:17 41:20 43:19 58:12 67:10 70:2 93:1 96:5,22 99:13 115:16 122:14 123:1,13,23 134:8,10,14 138:9,16,17 187:5 189:22 194:8 210:22 211:17,21 213:11,13,18 228:10,23 230:12,15 232:11 235:10 236:24 237:23 238:4 240:5 242:20,24 243:7

**bases**
107:6

**basically**
22:14 31:23 43:3 73:22 134:4 146:15 206:8 241:23

**basis**
41:17 111:1 116:25 117:1 122:23,25 161:11 204:10 222:17

**batches**
126:9

**bear**
70:12

**bearing**
201:24 202:23

**began**
62:5

**beginning**
44:14 61:21 64:20 91:19 93:15 105:12 155:23 183:12 224:14 237:6,7

**begins**
94:1 96:16 117:25 164:17

**behalf**
4:6 7:3,7 8:1 91:17,20 92:6,11

**behaviors**
231:8

**beings**
102:18 111:2,8 119:5 120:20,21, 22,25 121:1 124:4,7 131:23 132:5,7 133:21,24,25 134:1,6 135:2 136:1, 2,12,15,18 139:7,10,15, 22,23 141:12 142:4,11 144:6,12 146:10 150:1 151:22 154:14,16 163:10 167:7 173:11 174:13,15,24 176:15 177:1 191:2 194:4 201:7 203:14,22 204:1 222:19

**believe**
10:5,15,22 11:25 12:14, 15 14:15 15:11 17:23, 24 18:20 19:24 23:13 27:10 29:18 33:5,7 35:20 41:7 42:11 43:13 47:8, 12 49:25 51:6 53:20 55:12 58:25 62:2 67:13 72:4,16 81:23 82:4 87:10 88:15 90:10 105:1 107:17 110:17 114:12 117:15 125:16 127:18 129:1 135:12 142:10,12 150:10,24 154:6 157:11 158:17 159:24 160:6 162:6,7 167:5,11,16, 21,23 170:1, 4,17,20 172:13 174:16,18 175:23 176:25 177:8,10 178:16 179:22,23 186:25 189:19 190:1 195:10 196:21 197:3 198:2 205:11 206:2 208:14,15 210:15 211:7,10,17 212:14,22 213:15 214:22 217:10 220:9 221:9 222:11 223:13,15,17 224:21 231:24 233:6 234:23 235:7 237:23 239:10,12 243:21

**believed**
200:4,16 202:3,18

**below**
140:19 143:24 152:23 153:12,13 194:13 207:25 208:19

**beneath**
154:23

**benefit**
153:14,17,

18,21,23,24 154:2,5,7,8, 10,12 173:17,20 219:14
**best**
19:22 21:22 24:23 25:11 27:23 31:2 32:8 35:2 43:7 45:12 48:2 49:23 54:8 55:13 60:6 69:1 78:21 79:4 88:9,12,13, 16 112:15 140:9 166:25 167:3,23 184:12 201:10 202:1 203:13 212:11,16 213:2 221:15 223:20 229:22 233:4,22 239:8,11 250:3
**better**
104:2 199:17
**bile**
212:6,9 213:16,18,23 214:1,7,12 215:2,8,11
**biliary**
213:15
**bills**
23:1,4,11
**binding**
147:13
**bioassays**
164:7
**bioavailability**
178:17,18 179:4,6,8 180:6,17,19 182:17 184:16,22 185:11 186:7,10,15, 24 187:18, 21,25 188:4, 11 190:11,13 191:21 192:3,7,9,13 194:20,22 195:11
**bioavailable**
191:14 195:7,9
**biobreak**
83:14
**biochemical**
65:11,20
**biological**
27:9,12 124:17 125:15,20 143:21 145:2,3,9 152:5 153:1, 18 222:18 242:2 244:24 246:17 248:16
**biologically**
178:22
**biology**
26:5 28:18 37:24 38:3 66:14 69:2 121:25 123:3 124:6 125:15,19 129:3 135:19 145:8,12,23 146:20 169:18
**biomedical**
245:19
**biostatistics**
42:6 43:1
**bit**
109:20 112:22 211:11
**black**
50:23 51:20 53:19,21
**bladder**
47:19 52:15, 19 53:12,13, 22,24 54:2, 6,8 55:14 56:3,4,8,9, 10,11 202:16,17,20
**blood**
189:2,13,24 190:3
**board**
173:25 174:4
**bodies**
149:1 150:25 154:19,20 182:1
**body**
41:24 44:23 75:11 105:1 110:11,25 111:3 116:22 120:18 123:1 143:2 144:20 146:8 148:20 149:2 151:3 152:12 178:20 200:9 241:25 246:5,24
**Boehringer**
92:7
**Bogdan**
7:17,19,23, 25 9:5,12 11:15 12:24 13:4,8,14 14:2,9,10 15:4,8 17:5, 17 22:3,8 35:10,18 36:9 50:6,9 51:7,12,17, 19 52:11,20 53:9 54:10, 14,18,25 56:15,22 57:10 59:23 60:11,15,25 61:1 79:21 83:8,15,24 84:9,22 86:24 89:23 92:17 100:9, 13,14 112:21,24 116:1,7,12, 15 121:6 125:3,24 126:13,23 130:20 133:12,16,18 136:25 137:6,9 158:4 162:22,23 163:16,21 164:2 176:6 183:14 184:2,14 186:3 188:20 191:13 195:21 196:4,13 199:4 215:22 216:3,4 220:13,19,25 221:3 227:12,19 234:3,8,16, 19 237:10,14 238:16,20 240:17 241:6,8,14 245:6 249:11,16 250:8,10
**Bogdon**
5:3

**bond**
147:13,15
**Bosick**
4:3
**bottom**
138:15 184:22 185:24 186:5 188:25
**bouncing**
215:13
**bound**
147:7,8,9 192:14
**box**
12:13,15 14:8,18 16:18 17:10 36:1,6 50:23 51:20 53:19, 21 56:25 57:6,10,17 84:19 85:1 89:25 90:2,3 137:7 184:9 221:2 238:22 241:18
**brand**
92:6
**break**
13:25 14:1 18:16 23:22 30:18 79:17 83:20,22,23 84:2,9 121:5 124:25 125:1,5,8, 23,24 126:25 162:20 163:16,18 195:17,20 227:12,21
**breakdown**
100:2
**breaks**
22:3
**breast**
27:17 28:12 37:17 38:9, 14,16,20 43:9 50:5 51:2,23 52:4 200:12 203:11,15
**Brian**
42:24 43:15
**brief**
195:20
**briefly**
9:17 10:13 184:9
**bring**
205:16
**bringing**
70:11
**broad**
178:23 192:9 193:19 243:10,11,15
**broadened**
31:20
**broadest**
65:24
**broadly**
46:2 65:14 187:9
**broke**
176:3 187:13
**brought**
84:23
**Bruce**
167:22
**button**
6:17
**byproduct**
111:17

**C**

**C13h22n4o3s**
101:13
**calculate**
204:22
**calculated**
114:24 210:22 211:5 239:25 240:1
**calculation**
114:18 204:12,16,17 211:21 212:5 241:10
**calculations**
11:11,12 115:17
**calculator**
86:14
**call**
76:2 147:12
**called**
43:3 48:6,12 53:7 174:2
**calls**
92:9
**camera**
11:4
**cancer**
25:18 26:3, 5,9,16,17,21 27:2,4,6,17 28:13,19 29:3 37:16, 17,18,20,21, 24 38:1,4,5, 9,14,16,17, 18,20 41:6, 9,15 43:9 47:19,21,24 49:5,7,9,15, 25 50:4,5 51:2,23 52:4,15,19 53:13,22,24 54:2,7,8 55:14 56:4, 5,8,9,10,12 60:3,8,21 63:2,4 65:3 66:14 69:2, 8,14 70:10, 18,22 71:3 105:23 107:24 108:8,20 109:13,21 110:4,15,18 116:21 118:12 119:1 120:19,21 121:1 127:4, 6 129:3 131:5 133:21,24 134:5 135:1, 13,19,23 136:1,6,9,15 139:11,16,24 140:4,5,7, 15,20,24,25 141:15 142:8,25 146:20 153:4 166:3,4,9, 10,16,23 167:2,9 169:18 170:16,20 172:1 173:12 174:7,15,21 175:12,13,22 196:20 198:10,16 199:8,11,18, 20,22,24 200:4,12,13, 16,21 201:1, 3,8,14,15, 23,25 202:5, 7,16,18 203:7,14,15 204:6 207:14,18 210:5,8,12, 13 211:6 212:6,18 214:2,6 215:2 219:17 220:5 221:8, 13,21 222:16 223:17 225:23 232:12,23

233:12 234:11
**cancers** 38:19 61:10 62:12,14,24, 25 63:6,8, 16,20,23 64:5,8,14, 18,22 69:14 105:4,25 110:5 124:4 199:13 200:2,11,14 201:11,20 203:11 207:7,15 213:12,23,24 215:11 221:25 222:22 223:3 225:5
**capable** 51:18 105:4 118:25 133:23 143:3,18 159:1
**capacity** 193:24
**captioned** 128:3
**captured** 247:17
**carcinogen** 24:22 27:19 28:25 105:5 130:1 142:18,21,24 145:17 150:20,23 151:17 166:22 177:23
**carcinogenesis** 25:19 120:9 164:7 165:9 196:6
**carcinogenic** 57:14 58:18 59:15 101:12,16,18 104:16,19, 23,25 117:19 118:2,13,18 119:1,4,7,12 120:2,4,15 121:13,22 122:5,16 123:7,13,23 124:7 130:25 131:19,23 132:8,11,23 133:7 134:11 138:19,24 139:5,12 140:14 141:10 142:2 143:7,25 144:16,19 149:16 150:3 165:5 173:19 174:24
**carcinogenicity** 59:18 121:18,19 123:14,24 164:24 190:23
**carcinogens** 28:15 116:23 151:7,11
**carcinoma** 202:9
**carcinomas** 200:11 202:8,20
**career** 26:22 46:19 128:15 129:15,16
**Carlos** 4:7 7:2
**carve** 23:18
**case** 16:21 17:22 18:14 19:7, 11 20:3,18 23:6 27:14 38:16 62:6 63:11,12 68:21 71:4 85:17 86:22 90:18 91:13, 20 92:5 93:2 96:22 99:13 100:24 102:9 103:21 106:10 110:14 124:20 125:11,21 150:24 152:19 159:18 162:3,16 181:20,23 182:8 187:23 190:10 192:18 200:18 203:16 213:9 216:9 220:3 222:23 223:4 225:6,11 229:25 230:1,2,5,10 235:4 236:11 248:18,25
**cases** 15:18 38:15 50:1,4 60:9 89:16 159:25 160:2 163:11,15 165:18 202:9 203:4 213:8 230:13 249:22
**Cassin** 4:8
**categories** 46:1 250:6
**category** 209:25 222:20,25 223:3
**caught** 187:15
**causation** 126:10
**caused** 97:17 135:24 140:15 143:19 170:15 172:19 213:24
**causing** 119:1 133:24
**caution** 54:7 56:10 124:14 145:7 214:4
**cautious** 144:24
**caveat** 167:3 218:15
**caveats** 217:25 218:3,16
**cavity** 169:3
**ceases** 246:2
**cell** 105:21,22 106:1,15,21 107:18 108:5,14,23 109:1 110:2, 3,9 111:6 148:16 158:16 169:3 172:10 200:4,15,16, 20,21 209:25

**cell-based**
65:11,20
**cells**
106:16,22 107:4,6,20 108:7,11,15 110:10,25 111:3 148:2, 23 151:23 152:6 156:18,22,23 161:6,10 170:25 171:3,6,9, 12,15,17,21, 23,25 172:5, 7,11,14,19, 23 203:18 214:14,18,25 215:8,11
**cellular**
110:23 111:10 143:11 170:23
**Celsius**
77:7
**center**
38:1 41:7,9 42:5,25
**centered**
118:13
**central**
126:9
**Centre**
4:3
**certain**
13:5 18:5 27:8,9,20 28:11 29:5 106:10 138:5 139:5 142:24 153:2 222:22 228:12,16 229:8,9
**certainly**
25:22 26:20 29:10,20,24 32:5 33:6 38:13 39:1 42:18 62:18 64:11 67:2 88:13 120:18,20 128:19 133:22 136:10 151:9 159:24 162:8 168:23 172:7 190:18 192:17 228:25 230:23 234:24
**certainty**
21:22 97:10 159:11
**CERTIFICATE**
5:4,5
**certification**
41:23 44:22
**cetera**
134:13 188:5 208:8
**Chabner**
167:22,24 168:7,8,9
**chair**
37:24
**chairman**
43:2
**chance**
184:11
**change**
32:9 105:20 109:4 187:25 218:8
**changed**
32:9 36:8 63:24 79:10, 24
**changes**
172:20
**characteristic**
165:8
**characterization**
214:21 228:3,5,9
**characterize**
217:16 219:25
**characterized**
140:13 170:1 247:4
**charge**
85:13,23 86:9
**charged**
19:7,11 148:6
**charges**
85:11
**chat**
9:8
**check**
83:21 227:13 245:1 249:4
**chemical**
25:1 26:8 28:14 71:17 72:11,13,24 73:7,18,21 74:1,12,22 76:9 77:24 78:13 93:8, 19 100:25 103:1,20 105:13,15 106:6 111:11 120:2,3 122:10,14, 15,18,22 127:4,13 128:13,17 129:18 137:19 144:18 151:11,12 196:5 230:4
**chemical-by-chemical**
122:23,25
**chemically**
102:1
**chemicals**
25:3,6 117:19 118:2,13,15, 19 119:7 121:12,16,22 122:4,7 144:22 151:10 178:24
**chemistry**
125:15,19
**Chodosh**
5:2 6:21 7:24 9:13 10:1 13:24 14:11 54:11, 15 55:11 56:23 84:9 89:20 126:15 130:21 162:18,24 221:4 234:20 237:15 238:21,24 240:18 249:17
**Chodosh's**
241:10
**choose**
77:9
**chose**
99:11 119:11 133:4 243:2, 6
**chosen**
118:21
**chromosomal**
146:16
**chronic**
153:5
**chronically**

136:9
**cimetidine**
29:17
**circulation**
179:12 181:15 182:5,6 185:14 191:25 194:25 195:2
**circumstances**
66:5
**cirrhosis**
197:13 198:7 202:12
**citation**
232:5
**citations**
67:16,24 68:1,9
**cite**
67:15 68:4 167:15 204:19 217:23,24 233:1 239:1 250:4
**cited**
67:1 80:3 87:6 88:7 140:10 141:5 143:9 161:23 162:7,14 163:4 167:13 196:18,22 198:4 220:9 232:10 239:7,9,21 241:25 249:23 250:1
**cites**
63:4 159:21
**citing**
183:13
**city**
12:1
**claim**
140:24
**claimed**
61:11 62:13, 14 63:7,21, 23,25 64:6, 8,19,23 69:15 126:6 174:24
**claims**
218:20
**clarification**
47:16 183:11 246:25
**clarify**
24:16 33:25 45:11,17 134:21 135:10 182:15 183:5,23 247:12 248:20
**class**
28:4 104:19 128:20,21 150:19 151:6,10,15, 17
**classified**
58:17 130:1 150:23 151:10,13,15
**classify**
199:22
**clastogenic**
146:3,13,15, 17 170:24
**clear**
8:18,25 23:23 72:16 73:19,22 74:11,23 80:9 82:5 96:12 98:3 127:22 169:24 172:3,11
179:11 181:22 192:8 204:2 214:11 215:9 221:9, 14
**clearance**
179:16 180:20,25 181:10 192:11,12, 21,22 193:2, 17 194:5,14 195:8
**clearances**
182:2
**cleared**
182:5
**clearer**
208:15
**clearly**
74:25 78:6 97:18 138:19 181:25 218:23 224:8
**click**
6:17
**clinic**
33:16
**clinical**
31:10 33:9 41:1 42:2,4, 5,25 43:23 65:13,22 68:6 173:10, 17 174:12 175:20,21 218:19 232:13
**clock**
151:1
**close**
21:10
**closely**
139:9,14,21
**closer**
212:25
**closest**
43:4 167:7
**co-investigator**
42:7
**Coello**
4:7 7:2
**collected**
43:19
**colloquial**
147:11
**colon**
200:13
**column**
212:6
**columnar**
96:20 98:13
**combination**
68:6 78:22, 25 79:5 80:5,10 81:11 97:1, 22 99:18
**combined**
142:9
**combining**
65:17
**come**
10:10 43:25 78:1,18 82:6 83:24 129:5, 9 204:5 233:4
**comes**
27:14 29:19 43:5 82:18 117:9 157:24 166:24
**comfortable**
73:21
**comment**
80:19 138:12 226:18
**commercially**
111:22
**committed**
138:9 162:8,

15
**common**
26:4 29:12 38:19 66:1 110:5 199:12,22 200:10,13 218:2 231:14 245:14
**commonly**
30:9 33:6 38:20 41:4 45:5,23 146:17,19 171:23
**communicated**
13:9
**community**
41:13
**companies**
92:2
**companion**
211:3
**compare**
187:7
**compared**
29:16 139:6 174:22 203:17 213:9
**compares**
203:25
**comparing**
186:23
**comparison**
226:24
**comparisons**
227:2 236:13
**compatible**
171:5
**compiled**
240:4
**compiling**
88:20
**complete**
41:10 80:4 86:17 141:3 157:16
161:22 162:9 177:11
**completed**
64:19,23
**completely**
54:10 72:5 185:20 192:15
**component**
112:3
**components**
165:24
**composite**
84:21
**composition**
236:24
**compound**
76:9 103:5 144:1 178:22 192:25
**compounds**
178:19,24 187:24 230:18
**comprehensive**
69:7,18
**computer**
12:12
**concatenated**
36:20
**conceivable**
136:16
**concentration**
189:2,13,24 190:3 210:4 211:17
**concentrations**
211:1 218:7
**concern**
223:2
**concerned**
132:21
**Concise**
137:19
**concluded**
250:15
**concludes**
131:15
**concluding**
250:12
**conclusion**
92:9 95:7 96:9 121:24,25 122:2 124:18 138:11 143:21 145:3,9 161:12
**conclusions**
99:2 232:11
**condition**
80:7
**conditional**
135:5
**conditions**
30:13,19,23 74:19,22 75:1,4,5,14 76:2,3,6,8,14,16,18,25 77:4,9,13,15,20 78:10,15 81:21 97:10 169:9 208:2
**conduct**
45:22
**conducted**
45:19 66:18 175:25
**conference**
11:24
**confidence**
225:24 226:13,25 235:16,17,21 236:4,10
**confident**
215:20
**confirm**
177:20
**confirmed**
94:9
**confuse**
145:2,10
**confused**
8:15 47:5 51:10 124:17 237:25 249:5
**confusion**
248:4
**connecting**
130:10
**consensus**
160:6 168:24 169:4,6
**consent**
7:9
**consequence**
45:3 66:15 110:9 143:12 148:24 153:8 161:10,16 174:22 175:10
**consequences**
101:8 152:2 154:15
**conservative**
144:25
**consider**
15:23 33:14 34:11,13 37:21 38:5,22 39:17 40:6,9,12,15 41:11 44:16 45:7 48:15 78:5 89:7 117:2,3 119:20 137:15,18 221:19 222:23 223:3,13 226:1 227:4 243:15 248:17,24

**consideration** 65:10
**considerations** 65:16 143:13
**considered** 11:7 27:2 28:4 36:19 37:6 67:5 68:3 80:15 82:19 87:6 88:8,15,21, 24 89:3,6, 15,18 126:4 141:6 149:15 157:4 163:3 164:8 179:21 180:2,5 190:19,21 194:19 221:10,11 223:19 224:6,8 230:20,23 232:19 233:25 234:2,22,24 238:12,14,15 239:3,10,18, 21 240:11 241:2 242:17 243:9,25 246:18
**considering** 89:16 216:13
**consistency** 145:22
**consistent** 164:25
**consistently** 19:7,11 170:24
**constant** 79:9,24 80:7 81:9,10 82:11
**constituents** 230:4
**construction** 219:20
**construed** 209:2 215:5 237:21
**consulting** 46:21,24 47:4,9,13
**consumed** 177:1 218:11 230:4 232:1
**consumer** 35:6
**consumers** 76:6
**consumption** 229:24 240:2
**cont'd** 4:1
**contacted** 91:15
**contacts** 92:3
**contained** 39:16 69:12 90:14 224:5
**contains** 36:24
**contemporaneous** 91:9
**contemporaneously** 204:9
**content** 10:2 217:1, 19 218:1 221:20 228:11,21 229:17 237:1 240:3 242:3 244:20
**contents** 58:5,16
**context** 29:22 33:1, 14 39:13 45:18 67:11 69:20 71:12 74:15 76:1 82:10 96:5 106:13,23 107:3,22 108:17 120:8 128:16,23 129:3,8 131:22,24 149:22 164:20 166:12,19 189:9,11,22 192:10 194:7 196:21 217:5,7 242:2,4 244:17,23 247:11,12
**contexts** 45:16 233:4 250:5
**continual** 111:1
**continued** 208:24 230:23
**continuous** 194:10
**continuum** 31:13 194:16
**contrast** 149:25 167:19 205:16,19
**contribute** 75:10 97:22
**control** 147:1 174:23 209:5,8,19 213:9
**controlled** 173:6
**controls** 209:14
**conversant** 41:19
**conversations** 6:4,6
**conversion** 176:23 211:16
**convert** 149:6
**converted** 176:15 177:1
**convince** 185:8,16
**convincing** 161:14 164:25
**convincingly** 176:25
**copays** 32:17
**copies** 11:19,21 16:12 21:25
**copy** 11:6,7,8 35:20,22 241:15
**corner** 6:18 55:19, 24
**correct** 17:7 18:22, 23 19:1,2,4, 5,15,16,19, 20 20:1,8, 11,12,17,19, 25 21:1,14, 15 22:24 23:4,5,8,9 28:2 35:9, 14,21,22 37:8,11,13 39:22 40:1,3 44:8 48:11, 21,23,25 49:1 50:13, 17,21,22 51:3 52:9,10

53:17 55:3 56:5,13 60:2,4 61:3, 4,6,7 65:3,4 68:15,16 70:18,19 85:1,6,9,10, 14,15,18,19, 22,25 86:3, 5,6,8,10,13 91:4 95:13, 14,16 96:2,8 98:6,15 106:12 107:2,3,25 108:8 115:6, 14,15,19,20, 23 116:5,6 119:8 122:21 127:23 132:23 137:5,11,12 145:17 149:4 150:13,14,16 156:16 157:9,13,25 158:3,8 168:5 176:10 177:17 178:16 179:20 180:3,4 181:16 184:17 185:14 196:16,20 197:2,6,10, 18 198:1,10, 22 202:22 203:8 204:23,24 205:1,6,7, 10,11 207:18 209:9,10,17, 18,21,22 210:1,2,6,7, 9 212:23 213:9 215:17 216:7 217:14,21 225:5 227:7 232:20 233:14 235:23 236:20 237:4,5,19 242:13,14,16 243:8 245:11 246:3 247:18,21 248:3

**correctly** 52:1 59:16 60:24 98:22 109:17,24 184:24 197:16

**correspond** 114:25 170:4

**correspondence** 211:15

**corresponds** 115:12 211:14 212:20

**counsel** 6:22 9:23 14:8 16:3 47:9 57:16 61:12 84:10 137:5 245:4

**Counselor** 53:4 84:19 89:22 184:6 196:8 215:25

**count** 87:15 245:2

**countries** 117:16 228:25

**couple** 133:15 246:16

**coupled** 140:11 211:18 229:1

**course** 23:18 29:10, 25 39:15 40:21 41:4 45:20 62:21 63:1 66:13 77:16 95:21 111:8 153:19 165:23 176:19,24 218:21

**covalent** 147:13

**covalently** 147:6,7,9 148:11

**cover** 58:21,24 59:7 92:10

**covered** 188:14

**create** 241:19

**creating** 6:9 241:22

**critical** 108:17 147:1 149:23 202:23,24

**critically** 118:14

**criticism** 224:16

**cross** 236:11

**Cruz** 4:9

**crystal** 96:18 97:5 98:12 99:19

**crystallized** 225:13

**culture** 171:3,6,10, 13,15,18,24 172:2,6,15

**cumulative** 216:18

**current** 26:4 27:2 164:8 175:16

**curve** 189:12,23 190:1,2 215:10,11

**curves** 215:10

**cut** 19:8 39:23 54:10 61:22 91:19 93:15 105:12 154:9 166:6 167:14 224:14

**cutting** 160:15 200:22

**CV** 11:8 36:18 37:7 44:5,11

**CYP2E1** 148:3,4 155:6 193:18

**cystoadenoma** 213:15

**cytochrome** 148:3

**D**

**daily** 66:20 113:10,13 178:13 216:17 244:3 245:13

**damage** 106:6,9,11, 12,13,14,17, 20,23,25 107:1,9,13, 14,18,22 108:9,11,12,

22,24 109:1, 3,5 110:1 111:1 143:4 148:1 156:20 171:14
**damaged** 107:6
**Danny** 54:13,14
**dark** 188:21
**data** 43:19 59:4 79:1,3 82:6, 8 101:14 121:11,18,20 122:3 123:6 124:3 131:16 137:25 158:25 161:14,21 162:12,15 163:8 170:17 190:22 194:6,18 204:10,11 209:1 210:22 214:22,23 215:8,16 218:12 232:2 236:24 244:6
**database** 219:20 229:10,12,19
**databases** 228:15 229:8
**dataset** 122:11
**date** 16:14 18:1,4 19:20 20:5, 6,7 21:9 64:10 86:11 130:3
**dated** 18:2,25 19:13,17,25 20:9 84:14, 15 85:16 86:2
**dates** 17:25 21:3
**daughter** 106:16 107:20 108:7
**day** 10:5 20:2 113:14,18 149:1 151:1, 3,24 152:6 175:16 205:9 210:18,24 211:4,16 213:18
**days** 31:7
**De** 220:20 223:11,23 226:10 227:20 232:17,22 233:3,18
**deal** 144:22 224:21
**dealing** 92:14 96:10
**dealt** 43:8 63:3 200:8 225:17 226:3 227:5 232:14 240:20
**decade** 43:12 200:17
**decades** 110:8,13 199:14,15 200:5,17 201:12,19 202:4,14,19, 21
**December** 85:12
**decency** 126:2
**decided** 89:13
**decision** 122:23,25 123:22 190:14
**decrease** 152:18 208:24
**decreased** 206:5
**defendant** 4:6 49:3
**defendant's** 15:5
**defendants** 48:5,7,8,11, 12,17,18,20, 25 49:12 52:7 60:1 61:2 91:17, 20 92:6 250:9
**define** 40:14 45:24 46:10 77:19 127:2 134:20 142:21
**defined** 63:10 72:6 75:16 78:6 94:16 97:18 119:14 211:8 212:17 244:4 247:24
**defining** 219:8
**definitely** 41:14
**definition** 101:24 113:6 119:13 179:2 182:7 191:22,23 198:18 246:4
**definitions** 119:19
**degradation** 72:12,13,24 73:7,18,21 74:1,12,22 76:2,9 78:13 92:22 93:3, 8,10,13,19 96:18,21 98:11,14 103:1,20
**degrade** 72:19,21,24 100:16,20 102:1
**degree** 41:23 44:22
**degrees** 77:6
**demands** 15:15
**demonstrate** 209:1 222:11
**demonstrated** 31:9 131:9 135:24 172:22
**depart** 225:11
**department** 37:23 43:3,5 47:20
**depend** 30:15 192:24 199:21 218:21
**dependence** 205:22 206:9
**dependent** 181:18 182:3 187:12,18 192:4,7,23 193:2,6,14, 23
**depending** 123:19

202:10 217:7
**depends**
199:11,23
216:15
**depo**
4:8 6:18
13:12 53:7
137:5 183:12
**deposition**
6:13,20
9:14,19,23
10:20 11:17
12:14,25
14:4,12 16:4
68:25 102:19
137:22
228:20
249:10
250:11
**depositions**
90:20
**depth**
67:9 89:17
226:17
**derivation**
205:13
**derivative**
148:7
**derive**
126:5
**derived**
68:5 172:1
204:13,20
218:13 232:2
244:2 247:3
**describe**
44:18 65:5,7
70:14 73:8,
11 74:2 93:6
113:19
120:1,3
147:11,24
218:24
228:13
**described**
23:7 28:17
31:25 81:6
97:23 104:15
109:6,11,20
134:9 184:19
191:10 244:6
**describes**
135:22
**describing**
31:23 216:24
**description**
22:19 73:17
139:1
**descriptions**
23:11 85:8
**design**
42:15,20
174:6 177:22
230:15
**designed**
42:13 101:3
**detail**
67:5 189:11
190:7 200:9
212:5 226:15
240:21
**details**
72:5
**detect**
161:17
176:17,23
178:7
**detectable**
74:16 93:21
140:20
143:25
176:18 177:2
211:6 212:18
**detected**
71:18,22
83:4 97:3,25
100:6 126:8
161:19
**detects**
97:16
**determination**
119:23,24
123:2 132:4
**determine**
103:12 119:4
172:16
174:21
175:22
182:18
222:18 224:1
225:7,11
**determined**
214:1 225:10
**determining**
118:24
173:12
213:20
249:21
**deuterium**
186:20
**develop**
69:21 70:4
110:7,18
136:9 140:5
166:16,23
167:9 168:24
191:1 198:10
201:20 208:5
214:2
**developed**
40:24 41:8
52:2 88:17
170:20
173:12
174:15
175:22
198:5,6,16
206:25 207:7
**developing**
48:9 62:3
70:14
108:18,21
109:21,22
141:15 142:8
145:13,15
**development**
47:21 75:10
89:14 105:4,
23 140:15
165:8,14
168:1 169:6
181:7 199:14
202:4,13
203:10
**develops**
107:24
**devices**
12:3,21
**devoted**
224:6
**diagram**
150:6,8
**dicey**
133:18
**die**
191:4 197:18
**died**
197:13,14,
21,25 198:7,
8,12,21,24
**diet**
216:25
217:4,18
221:7,20
231:4 244:18
**dietary**
216:6,10
217:13,21
218:4,13,24,
25 219:4,7,
8,10,15,17,
21,25 220:20
221:11,18
222:15,20,25
223:24
224:4,7,10,
16,19,24
225:3,6,15,
21 226:2
227:6 228:15
229:8,10,16
231:11
232:3,6,12
233:1 234:9
235:6 237:1
238:13
**diethyl**
133:14

**dietitian**
224:12
237:24 238:6
**diets**
229:21
**differ**
179:1 218:8
**difference**
47:4,7 123:3
159:16
160:11
210:16 244:1
**differences**
160:24
175:12 179:7
180:16,22
**different**
23:20 28:14
45:16 46:1,5
51:4 52:23
57:5,11
65:25 67:24
70:3 77:9,
17,20,21
78:15 92:2
95:20 123:18
128:7 131:6
135:7 142:9
151:2,10
153:20
154:20
155:24
156:19,23
170:5 174:21
178:23,24
179:14,17,24
180:17,23
181:4 184:18
185:1 186:25
190:14
191:5,8
192:15
193:20 194:4
199:7 202:6
213:11,23,24
217:9 218:8
227:1 228:21
229:17
230:13
232:22,23
236:13
242:12
244:12,13,24
245:16,25
247:4,11
**differentiate**
22:25
**difficult**
48:13 103:3
127:2 218:6
246:9,22
**dimethyl**
133:16
**dimethylnitrosamine**
197:4
**direct**
5:3 7:22
14:19 117:24
130:22 165:9
176:13
196:23,25
199:25
249:12
**directed**
131:17
**directing**
59:8 90:23
114:11
138:14
159:13
**directly**
163:7 203:25
240:14
**director**
38:1 42:25
**disagree**
93:16 99:12
118:19
122:20
214:21
246:10
**disclosed**
47:10
**disconnect**
112:22 135:9
**discuss**
47:1 84:1
138:12
151:12
224:23
239:16 240:9
**discussed**
10:2 12:9,12
63:20 102:19
131:21 205:5
228:19
231:11 235:1
237:2 238:9
239:24
**discusses**
169:10
**discussing**
29:14 42:21
97:14 146:18
204:15
208:18
213:10,17
224:7 225:1
246:16
**discussion**
53:8 146:20
225:3
**discussions**
157:1
**disease**
31:4,6,8
**dish**
171:3,13,19,
24 172:2,15
**distinct**
106:7 141:8
**distinction**
47:6 95:17,
22 98:2
118:22
**distinguish**
76:23 230:16
**distinguished**
95:9 96:13
**distinguishing**
123:3
**distribution**
202:25 203:1
205:23
206:10
237:18
**divide**
114:4 115:19
116:2,4
**divides**
106:16,22
107:19
108:6,15
**dividing**
109:1 115:23
**division**
38:3
**DLA**
91:15 92:4
**DMNA**
197:1,5
**DN**
115:1
**DNA**
105:20
106:6,9,10,
11,12,13,14,
15,17,20,21,
23,25 107:1,
6,9,12,14,
18,19,22
108:6,9,11,
12,14,22,23,
24,25 109:3,
4,5 110:1
111:1 143:4,
13,17,19,23
144:7,9,11,
13,14 146:24
147:2,5,6,7,
8 148:2,9,17
155:12,17,
21,24
156:19,20,
23,24
158:10,16

159:17,19 160:3,10,12, 22,25 161:9 163:13,14 171:14 203:22,25

**doctor**
7:9,17 8:22 14:17 15:9 16:25 34:17 35:1,19 36:5,15,23 53:1 55:16 60:16 71:15 75:23 114:9 116:13 118:7 119:25 137:6 144:2 158:1 163:18 177:3 196:15 219:1 240:8 241:15

**doctor's**
35:11

**document**
10:11 14:11, 20,24 15:13, 25 17:1,18, 20 18:19 36:13,17 37:4 55:16, 23 56:1 57:1,2,5,18, 19,21 58:3, 22 87:2,5,8, 13,21,22,25 88:3,11,17 89:12,20 90:4 94:2 117:13,14 121:7,9 136:22,24 137:10,19 138:2,5,8,13 145:24 150:4 155:2 159:13 161:23 164:15 168:14,20 184:10 204:25 205:1,2,5,8, 9 234:12 241:11,17, 19,22,23

**documentation**
21:2

**documented**
175:18

**documents**
10:14,17,25 11:18 12:8 14:20 15:12, 14,16 36:25 82:20 87:3 88:6,10

**dog**
179:9

**dogs**
186:10,24

**doing**
13:23 26:9 27:5 51:13, 16 61:19 66:4 70:7 89:1 117:22 129:9 182:17 203:16 217:3 243:7

**dollars**
19:3,6 86:13

**dominant**
99:7

**donors**
149:1

**dose**
105:18 119:2,15,17 120:4,10,11, 12 127:3,5 133:22 134:6 135:11,18, 20,25 136:15,17 141:14 142:6,24 143:6,20 149:22,23 170:15,19 181:19,24 182:3 184:16,23 185:11,12 187:6,12,18, 20 188:1,2, 12 189:3,4, 14,16 190:3 191:14 192:3,7,23, 25 193:2,3, 6,14,23 194:11,13, 14,16,24 195:1,5,8,9, 11,12 204:5 205:22 206:4,5,10, 15,19,21,23, 25 207:12, 17,20,21,22, 25 208:3,5, 7,25 209:4 210:8,18 211:4,5,15, 24 212:12,17 213:20,21 214:5 242:2, 3 250:6

**doses**
29:6 104:20, 24 105:3,7 106:8 119:5, 22 120:22 124:4 131:5 133:24 135:11 136:1,4,12 138:19,24 139:2,3,4,9, 10,12 140:3, 7,16,17,18, 23 141:7 146:8,9,11 152:1 154:13 163:10 165:17 166:14,23 167:1,7 168:3,25 169:7 170:19 171:7,13 174:25 179:18 180:21 181:5,21 184:18 185:1 187:3,24 189:1 191:9, 11 194:1,4 205:19 206:3,22 208:18 211:25 214:17 242:2

**double-check**
249:6

**downloaded**
238:24

**dozen**
25:14 41:8

**drafted**
20:7

**drafting**
22:9,21

**drawbacks**
230:22,25

**drinking**
208:4 211:18

**driven**
144:23

**driving**
129:11

**dropped**
108:2 109:10 130:11

**dropping**
108:4

**drug**
24:15 30:11 35:5 57:4 71:16 74:20 75:6,20 77:17 78:2,

19 80:22 91:3
**drug's** 76:11
**drugs** 41:2 56:24 57:25 58:10 76:5
**duct** 212:6 213:18,23 214:1 215:2
**ducts** 212:9 213:16 214:7,12 215:8,12
**due** 113:4 132:25 244:17
**duration** 77:24 120:11,13
**durations** 79:7 99:19 133:25 139:10,16,22
**dying** 209:24 210:11 212:8 214:16,18

**E**

**e-mail** 9:10 12:18 84:10 86:2
**e-mailed** 20:4
**earlier** 17:25 21:25 28:10 70:20 73:6 85:3 93:24 96:25 102:19 131:21 134:9 137:21 155:7 181:3 191:23
196:15 228:19
**early** 27:16 28:12 29:11 31:6,12 43:14
**eaten** 218:20 231:8
**eating** 231:8
**EDT** 6:24 13:18,22 54:21,24 84:8 126:19,22 130:16,19 163:23 164:1 195:25 196:3 227:15,18 250:14
**effect** 28:24 79:11,25 81:6 130:25 140:14 141:10 142:2 143:25 144:11 145:6,10 152:9 194:14,15
**effective** 30:11
**effectively** 117:8 118:23 119:23 201:16 207:19
**effects** 25:24 75:18 82:9 101:21 102:4,15,25 125:16,20 129:6 136:13 144:16 152:21 153:13 154:22,24 161:12
163:11 172:12 188:1,2 198:1,8 222:18 230:16
**efficiency** 194:5
**efficient** 203:22
**efficiently** 185:25
**effort** 119:3 125:14,19
**efforts** 131:16
**eight** 197:13,23 245:3
**either** 18:10 22:1 23:7 66:20 67:22 68:24 74:24 82:25 85:8 87:5 88:6 105:8 116:16 121:19 135:6 166:15 181:1 191:18 196:14 202:10 211:3 220:19 233:16 237:4 242:25
**electrochemical** 147:15
**electronic** 12:3,21
**elevated** 81:10 97:3 98:1 100:5 105:17 126:8
**elucidated** 146:23
**emanated** 43:22
**emphasis** 145:20
**employed** 233:6
**encapsulation** 32:4
**encompass** 22:20,22 93:9 101:24 102:25 240:22
**encompassed** 242:22
**encompasses** 73:22 193:20 244:4
**end** 79:15 89:11 109:10 115:21 131:17 139:18 194:25 201:25
**endocrine** 30:4
**endogenous** 106:18 143:5,9 148:25 154:17 156:12 161:10,19 178:19,24 242:20 243:4 244:3,15 245:10,13
**endogenously** 149:2 151:4 181:2 191:19
**endometrial** 43:9
**endoscopy** 31:9

**endpoint**
166:3,9 174:14 175:21
**ends**
195:7
**enhance**
232:6 244:23
**enormous**
106:17 110:25
**ensuring**
124:13
**entailed**
66:6
**entire**
55:22 226:5
**entirely**
92:3
**entirety**
89:8,9 208:14
**entities**
147:13
**entitled**
55:17 57:25 58:10 155:3 220:20
**entry**
101:4
**environment**
152:4,22 153:6
**environmental**
76:3
**enzyme**
148:21 149:3,6 155:6,7 157:1
**enzymes**
131:13
**EPA**
112:17
**epidemiological**
42:13,16 43:24 44:3,7 65:13,21 101:22 102:17 131:16 218:20 220:4,10 226:2 227:6 234:9 238:4
**epidemiologist**
41:14
**epidemiologists**
42:9
**epidemiology**
27:21 41:12,15,16,17,20,22,24 42:2,5,6,25 43:4,5 221:19 222:15 223:24 224:5,8,24 225:7,16 231:12 232:7,12 233:1 235:6 237:2 238:13
**epiphenomenon**
146:21
**epithelial**
199:13,22 202:8
**equals**
225:23
**equated**
145:7
**equation**
116:3
**equipment**
99:25
**equivalent**
211:24
**equivocating**
98:15
**erosive**
31:19
**err**
144:24
**ERRATA**
5:7
**erring**
124:13 145:6 214:3
**esophageal**
201:13,15,20,21 206:13,16,20 207:2,5
**esophagitis**
31:20
**ESQ**
4:2
**essential**
124:17 145:1
**essentially**
21:10 28:16 93:17,23 96:11 215:13 232:25
**establish**
214:4
**established**
72:20 113:10
**estimate**
9:20 32:8 35:3 179:15 201:10 214:5 218:25 221:12 228:10 229:19 243:4,6 244:22 245:10 247:8,10
**estimated**
107:4 216:17 217:1,19 222:16 230:16,17 236:23 237:23 242:22 244:3,16
**estimates**
210:23 216:24 217:25 218:17 219:17 230:12 242:20,24 243:22 244:5,10,12,18 245:13,25
**estimating**
237:1 246:21
**estimation**
228:13
**estrogen**
50:24 51:1,20,22
**et**
134:12 188:5 208:8
**et al**
219:19
**ethically**
173:15
**ethylene**
47:24 49:2
**evaluate**
52:12,14 101:14,17 117:6,19 119:7 161:14 229:23
**evaluated**
70:24 118:14 121:16 122:8,12 230:19
**evaluating**
238:13
**evaluation**
57:14 59:10,11,17 77:14 118:1,12,18

119:11 130:6,8,22, 23 131:8 214:11
**evasive** 173:4
**evening** 11:13,17
**event** 148:22 162:19
**events** 110:12,23 111:6
**eventually** 110:12
**everyday** 41:4 65:9
**evidence** 59:18 65:8, 11,15,20 69:12 72:3 75:2 78:7 102:15 104:23 105:2 117:8 120:18,19, 21,24,25 121:18 122:14 123:1,14,24 130:25 131:4,23 132:5,7 133:20,23 134:5,8,12, 24,25 135:25 136:3,6,11, 14,21 143:2, 8,10 146:2,8 159:9 164:24 172:12 190:17 191:2 198:20 222:20,25 223:3 224:3 232:7,10 238:14
244:11
**evidenced** 181:2
**evident** 125:13 159:19 160:22
**exact** 33:4 72:18 104:11
**exactly** 71:19 73:23 104:14 107:25 110:18,21 129:14 211:14
**Examination** 5:3 7:22
**examined** 138:18 139:1 165:16 206:3
**examining** 226:14
**examples** 232:11
**exceeded** 143:6
**exceedingly** 107:23 140:16 153:3 171:4
**exception** 164:6,17
**exceptionally** 181:21 191:3
**excretion** 242:21,24 243:7,16
**excuse** 71:21 85:12 145:14 190:15 216:8
**executive** 138:14
**exhaustive** 68:8,9,18
**exhaustively** 67:15,19 233:1
**exhibit** 5:9,10,11, 12,13,14,15, 16,17,18,19 13:1,15,20 14:3,5 15:5, 7 16:25 17:2,8,14,19 18:24 19:24 35:11,15,24, 25 36:5,10 37:13 50:7, 8,10,24 52:11,22,23 53:2,5,12 55:19 56:15, 17,19,20,21 57:1,11 59:9,24 60:10,12,14, 16,25 84:19, 21 86:24 89:22,24 92:17 116:10,11, 14,15 117:10 118:7 126:24 137:3,4 161:25 168:15 172:20 184:6,7 196:8,12 204:3 205:4 220:14,15, 16,24 225:19 232:18 234:6,7,16 238:18,19 241:12,13 249:2,15
**exhibiting** 96:20 98:13
**exhibits** 12:16 14:16
36:4 51:13
**exist** 15:19 143:12,24 144:10 208:24
**existed** 123:1
**existence** 128:13,19,20 129:2 143:17,21 144:15
**existing** 29:16
**exists** 135:19
**exogenous** 43:8 49:24 50:3 152:1, 12,18,20 154:3,6,11, 13,22 156:12 161:8,12,17 178:25 179:4 191:23
**expanded** 32:1
**expectation** 171:11 194:8
**expected** 144:10
**experience** 25:25 26:1, 20,22 39:4 41:5 65:18 68:6 139:10, 15,22,23 194:9
**experiment** 25:17 28:7 102:6,8 166:13 173:14 177:13
**experimental** 69:24 131:1

208:1
**experimentally**
81:17
**experiments**
26:9 27:10 28:9 69:25 70:7,16,20 76:21 81:8 94:17
**expert**
35:23 38:22, 25 40:13,16, 20 41:11 44:16 45:8 46:17,19,21, 24 47:4,5, 10,11,13,15, 17,19,22,23 48:3,4,12,14 65:2 82:22, 24 91:12 112:2 249:18
**expert's**
62:19
**expertise**
41:15,22 42:12 44:19 47:2 65:17
**experts**
126:7,11 176:14 198:4 235:9 239:13
**explain**
114:19 214:24 223:9 227:11 229:14 246:11 247:20 248:5
**explained**
107:17 137:21 229:17
**explicitly**
119:3
**explore**
28:18
**exponent**
201:18
**exponential**
201:7,9 202:1
**exposed**
40:25 41:4 78:2,19 119:5 120:5, 22 124:5 133:25 134:1 136:2,19 139:7 141:12,15 142:4,8 146:11 150:2 152:6,10 153:14 154:3,11,12, 14,16 163:10 169:7 170:25 172:11 174:19 175:10 203:7,11 204:1 217:13 221:24 222:7
**exposure**
39:2 119:22 120:11,13 131:4 133:22 134:6 136:4 141:16 142:12,13 149:17,21 152:1,3,4,22 153:2,3,5 154:6,15,22 155:12,14, 22,25 156:6 160:13 161:1,8 165:18 173:19 174:25 216:6,25 217:4,11 220:6 221:6
222:21 223:1,2 225:4 228:14 234:10 237:3,16
**exposures**
112:6 113:1, 4 139:9,15, 21 151:6,19 152:12,18,20 154:13,24 159:17 160:1 161:12,17 163:13 216:10,17,19 217:17 218:5 228:1 236:19 244:17,19 250:6
**express**
76:7
**expressed**
96:9
**extended**
78:11,24 79:6 99:18 167:2
**extensive**
44:19 164:6, 12,18
**extent**
25:13 28:19 70:1 75:2,12 78:16 92:8 100:23,24 101:25 144:6 225:15 239:22
**external**
152:1
**extra**
23:21
**extracted**
185:25 191:24
**extraction**
187:4
**extracts**
191:21
**extraordinarily**
107:8 136:17 139:6 191:6
**extrapolate**
119:21,22 169:25
**extreme**
81:11
**extremely**
26:23 30:9 79:5,6 99:24 105:3,9 106:8 108:18,21 109:21,23 110:2,4 111:5 131:5 138:23 146:8,9,11 153:4 165:5 168:22,25 169:7 170:18 173:19 179:18 181:5 190:24 191:11 218:6
**eye**
113:24 114:7

**F**

**facilitate**
76:8
**fact**
61:19 90:13 110:10 115:24 126:6 136:2 149:20 176:7 190:20 207:6 243:25
**factor**
52:3 100:3,4
**factored**
190:18,22

224:3
**factors** 75:9 80:10 96:16,17 97:1,7,24 98:11 99:5, 6,7,9,14,16 144:15 218:23 229:16 231:10 239:23
**facts** 61:20 62:1,3
**faculty** 38:11 44:25
**fails** 106:14
**failure** 136:13 191:4
**fair** 8:7,8 32:2 68:22 104:3 105:24 122:24 145:19 181:17 245:12,18 246:4
**fairly** 231:14
**fall** 17:23
**familiar** 56:23 57:23 58:9,11 59:5 66:15 90:15 128:17,24,25 129:1 147:18,21 159:22,25
**familiarity** 122:19
**family** 28:2 33:10 38:4
**far** 12:18 19:20 30:18 122:1 132:21 146:9 242:25
**fatal** 160:2 163:12 209:5 213:8
**FD** 145:14
**FDA** 39:10 40:17 41:8 88:2 97:15,25 100:6 112:17 113:3,12,15 115:1 124:11 126:9 144:18,20 145:3,8,13, 14,19 178:12 244:18,20
**FDA's** 113:10
**feel** 69:6 132:13 175:8 225:17
**fellow** 30:4
**female** 60:20 209:14 211:8,19,22, 23 212:12 213:2,14 215:1
**females** 209:6 213:8
**fewer** 198:24
**fhs@ pietragallo. com** 4:5
**fiber** 153:24,25
**fibers** 153:6,11,15
**field** 29:9
**figure** 67:7 150:5 205:12 206:7 210:14,22,24 213:18
**figures** 89:13 162:16
**final** 6:14
**financially** 7:4
**find** 67:24 100:19 221:23 224:12 228:17 229:25 230:24 231:2 238:6
**finding** 54:2 181:6 184:1,15 206:15 207:3,11 226:1,10,12, 16 227:5 236:9,12
**findings** 160:21 183:25 244:9
**fine** 9:11 14:9 74:11 84:3 126:16 195:23
**finish** 110:21 121:3 200:24 226:22 240:15,18
**finished** 74:20 75:6, 20
**first** 12:25 14:3 15:13 16:1, 23 18:1,25 27:16 28:12 29:12 56:1 79:13,19 82:3 84:23 90:12 109:9 121:16 127:21 128:12,16, 19,23 129:5, 7,18,20,25 130:8,23 135:17 147:4 149:12 159:13 164:4 168:9 169:11,21 170:6 171:22 179:15,24 180:8,20,25 181:9,13,14, 17 182:2 185:23 186:4 187:4 189:4, 5 191:24 192:11,12, 20,22 193:1, 17 194:5,9, 14 195:7 199:21 200:1 207:2 220:25 223:23 239:25 243:3
**five** 86:12 125:5 126:16,17 163:20,21 186:14,18 187:8 190:4 195:21,23 213:6,7 214:19
**flame** 153:21,23
**flaw** 222:6

**flawed**
222:9
**flaws**
225:17 226:3
**floor**
4:4 11:25
**Florenz**
4:9
**Florian**
175:25
176:7,12,25
177:5,16,20
178:3,12
**flux**
248:8,10
**focus**
26:5,21
126:3,10
156:25
184:21 185:5
213:23
232:24 243:3
**focused**
24:24 29:2
37:17 38:14
66:13 175:2
243:12
**folder**
35:17 36:3
234:13
**follow**
141:18 167:5
207:10
**follow-up**
142:5
**followed**
9:6 174:20
**following**
53:24 118:10
155:12,22,25
159:17
160:12 161:1
176:14,17
185:2,3
189:1 193:10
**follows**
99:5
**food**
218:6 219:24
221:16
224:18 225:9
228:7,8,10
229:2 230:4,
8,9,12,18
231:2,3,7,
16,21 237:23
238:5 240:2
244:19 247:2
**foods**
217:2,6,7,9,
19 218:2,8,
11 224:20
228:12,16,
17,21,24
229:10,18,20
230:17
231:8,25
236:23
240:4,5
247:3
**forced**
76:2,9
**forgotten**
106:3
**form**
21:20 26:18
28:8 33:24
40:2 41:25
45:9,21
46:4,6 48:22
51:25 56:6
58:19 60:22
63:18 65:23
71:6 72:22
73:9 74:4
75:22 77:10
78:4,12
80:24 89:4
93:4 95:2
96:24 98:16
100:17
102:23
107:15 108:1
109:15
111:25 112:8
113:20,22
114:10 115:7
119:9 120:6,
16 122:6
123:15,25
125:6 127:24
128:5 132:24
133:8 135:3,
14 140:1,18
141:17,25
142:19 144:5
145:18 146:6
150:21 151:8
152:14 154:4
155:25
156:2,13
157:10,14
160:14 161:2
162:5 164:10
165:22
166:11
168:21
173:16 174:9
175:7 176:11
177:9,24
180:10
182:12,20
183:1,10
189:18 193:8
195:3 197:19
198:11 200:6
203:20
204:10
208:12
212:24
215:18
217:15,22
220:8 222:3
223:6 227:8
228:18 231:5
232:21
233:13,20
238:7 239:19
246:14
248:19
**formaldehyde**
150:16,17,
19,23,25
151:16,19,
23,25 152:1,
3,13,19,22
154:3,6,17
**format**
241:24
249:21
**formation**
74:19 75:6
79:11 80:1,
23 81:21
82:15 94:9,
25 96:7
97:8,11
99:15 105:17
109:2 147:25
159:17
160:12,25
242:20
245:11
**formed**
94:18 97:4
141:8 146:24
148:23
150:13,16
155:12,14,
16,17,22
156:11,13
160:3,8
178:8
247:15,16
**forming**
73:11 162:2
**forms**
78:3,20
200:10 202:6
**formulate**
62:8,11 63:5
**formulated**
62:23 97:15
**formulating**
190:16
222:23
223:4,14
230:20
233:19
**formulation**
74:7,9,14
75:11 88:14

96:12 101:25
**formulations** 71:18,23 83:5 93:22 100:7
**forth** 23:19
**forward** 73:25 83:22
**forwarded** 11:13
**found** 25:8 71:15, 25 74:10 99:23 140:18 146:18,19 186:24 231:1 232:14 233:5 242:5 244:11
**foundation** 245:18
**four** 155:21,24 197:9 198:23 199:2 209:20 213:5,7 214:18 215:1
**four-page** 57:20
**fourth** 59:8 127:1
**fraction** 178:21 181:22 191:17,22
**frame** 30:15 111:7
**frames** 30:18
**France** 229:11
**FRANK** 4:2
**free** 46:12
**French** 229:11
**frequency** 230:10,12 231:7,16,22 240:2 247:3
**frequent** 60:19
**frequently** 76:19 77:15
**friends** 33:11
**front** 11:3 12:4,18 43:10 57:20 58:13 86:14 88:2 223:12 246:1
**froze** 196:10
**fulfills** 118:20
**full** 41:10 80:17 89:9 102:18 123:1 141:3 151:14 159:13 164:4
**full-term** 27:16 28:12
**fully** 83:7 146:23
**function** 82:16 187:5, 25 192:14 194:10,13 195:12 201:9
**functions** 156:22
**fundamental** 38:17 222:5
**fundamentally** 120:12 222:9 229:2
**funding** 42:8

**G**

**gallery** 6:17
**gastric** 31:18 225:23 234:11
**gastroesophageal** 31:14
**gastrointestinal** 191:20
**gathering** 65:19
**gave** 109:12 135:5 141:24 157:16 166:23 226:24
**gender** 213:14
**gene** 108:20
**general** 22:12 26:19 30:10 45:23, 25 46:9 50:3 66:4 67:2,8 68:5 72:1,14 74:3 100:21 117:21 122:21 142:17 151:1 157:4 172:4 194:9,16 199:9,11 200:14,25 201:2,24 202:23 203:21 209:18 225:10 230:14 231:13
**generally** 23:16 79:4 90:15 110:4, 11 131:11 178:18 179:1 200:4 202:3, 18 246:18
**generate** 25:21 26:12, 24 101:2 157:3
**generated** 146:25 148:25 181:2 191:19 218:1
**generating** 70:7
**generation** 75:15
**generic** 59:12
**genetic** 165:10 172:12
**genital** 60:20
**genotoxic** 106:4,5 144:22 145:5
**genotoxicity** 87:14 102:13,16,17 103:4
**geographic** 218:9
**geographically** 228:23
**germane** 89:14
**getting** 36:21 40:17, 18 79:13 130:9 166:4, 10 221:7 222:9

**Gina**
13:4
**give**
7:13 8:25 10:13 26:8, 16 30:8 32:13 34:19 39:9 44:12 48:7 61:16 64:2,10,16 80:3,17 82:5 103:19 104:11 106:24,25 107:11,13,21 108:16 109:5 114:9 122:16 128:14 130:2 136:8 141:2 142:15 148:6,18 156:8,9 161:3,21 162:12 164:14 179:2 196:10 199:18 203:6 216:14,21 236:22 245:24
**given**
15:3 24:2 25:15 32:5 42:3 43:23 57:2 64:17 73:16 77:21 88:9 105:18 110:9 122:7 135:12 136:12 138:8 143:17,20 149:11,20 154:16 157:17 177:15 190:16 197:5 201:7 202:9 210:8 236:10 243:11 244:15 249:20
**giving**
107:23 110:1,3 162:9 176:9 240:14
**glad**
45:11 88:24 161:21 162:11 170:12 180:14 185:18 214:24 223:9 227:10 229:13 246:11 247:13,19
**Glaxosmithkline**
90:17 91:7 92:20 99:4
**goal**
176:17 214:3 242:1
**God**
7:15
**goes**
168:16 207:24 208:19
**going**
7:25 8:6 12:15 14:4, 5,7 17:3,4 23:19 36:13, 14 54:18 82:18 83:12 112:23 114:10 121:2 164:21 170:22 176:4 182:3 183:25 186:5 187:5 189:22 195:12,17 211:12 238:23 240:12 250:13
**Gombar**
179:19,24 180:1,18 182:10 183:7,24 184:2 190:20 194:18 195:13
**good**
6:1 7:24 9:2 195:21
**Google**
66:4,6
**Gordon**
4:2
**Gosh**
10:21
**gradually**
31:20
**graduate**
45:1
**grain**
114:2,5
**gram**
114:4 194:24 195:1,5
**grams**
114:4,17 115:12
**grant**
4:4 42:17, 21,22,23
**granted**
174:5
**grants**
24:2
**grateful**
61:23 160:16
**great**
180:25 181:10 238:9
**greater**
176:20 186:8,11,16 200:9 207:22 210:14 215:3,4 226:17
**green**
90:12
**Greg**
4:8
**grossly**
223:8,10
**group**
45:1 117:11, 16 118:25 119:11 131:22,25 132:7,16 148:10,15 149:7 159:1 174:23 180:12,23 186:25 187:7,8 209:8,11,13, 19,24 210:3, 9,10 211:9 212:1,9,10, 19,21,23 213:1,4,5,9 214:18,19,20 215:1 223:16 225:17 226:4 227:6 234:2
**groups**
15:23 104:9 117:18,21 180:23 209:15,16,20 211:25 213:7 244:9
**growing**
171:3,15,18
**grown**
172:1,14,23
**grows**
171:12
**GSK**
87:2,11,13,

22 92:6 98:4,9,10
**GSK's**
86:20 87:8
**guanine**
148:12,22 149:6 159:20 160:19,23
**guess**
9:20 32:13 33:23 45:10 74:25 80:16, 25 103:4 104:12 117:20 134:2 179:5
**guys**
54:13

**H**

**H2**
29:16
**habit**
96:20 98:14
**half**
10:6 21:13 121:3 195:1, 18 199:3 205:21
**half-life**
245:21,22 246:17,21 248:8,11,12, 16,24
**hamsters**
165:17
**hand**
7:12 97:13
**handled**
92:16 131:12
**hands**
77:1
**hang**
86:23 111:13
**happen**
72:5 76:25 77:2,4 99:25 110:12,23 111:6 136:11
**happened**
39:5
**happening**
73:23 83:11 101:8 106:18 109:7 111:6 112:20
**happy**
18:16 44:11 61:17 80:18, 19 122:17 125:23 132:14 133:19 134:21,23 138:11 151:13 165:24 182:16 184:12 192:21
**hard**
193:9
**hazard**
117:22 119:15,23,24 120:1,12,15
**head**
44:1 62:10 226:25
**heading**
22:13 56:8 118:4,5
**health**
42:8,17 136:25 137:18 146:5 149:19 152:2,9,21 153:7,10,13, 24 154:2,5, 7,8,10,12, 15,21,23 155:5,11 159:14 164:5 168:20
**hear**
7:20 24:11, 12 54:11,14 83:17,18 100:10 130:12 183:23 216:12 226:8,9 237:7
**heard**
45:13,15 46:11 100:11 109:17 128:7 133:14 142:10
**heat**
78:23 96:18 97:1,9 98:12
**held**
6:4,7 79:9, 24 82:11 98:7 132:6
**help**
7:15 88:4 142:15 173:1 219:12
**helpful**
34:1 163:19 242:6 243:19 248:21
**helps**
47:16
**hepatic**
192:11,12, 21,22 193:2 194:9 195:8
**hepatitis**
197:15,22 198:5,7,13 202:11
**hepatocellula r**
202:7,9
**hepatotoxicit y**
191:4,7
**Herbal**
56:24 57:25 58:10
**heritable**
105:20
**Herron**
159:21,22 160:9,18,21 161:4 162:1, 3,25 163:5
**high**
29:4,6 31:18 75:8 78:8, 10,23,24 79:5,6 80:8 82:9,10 97:20,21 99:17,24 100:1 104:20,24 105:3,7,9 106:8 131:5 135:11 136:11,17 138:23 139:6 140:16 146:8,9,11 153:3,4 165:5 166:14,23 167:1,7 168:2,22,25 169:7 170:19 171:4,7,16 172:15 173:19 175:6,18 176:15 179:18 180:21 181:5,21 190:24 191:3,6,11, 20 206:4
**higher**
74:17 97:17 136:18

141:11 142:3 146:10 152:7 182:2 189:4, 16 206:4 207:17,21 208:18 210:9,12,13 214:17

**highlight**
51:5,9

**highlighted**
51:4,6 188:4,10 226:11 240:23

**highlighting**
51:16 54:5 94:3 188:18 236:14

**highlights**
50:12 51:14 52:20,24 53:16,19 55:2,17,21, 24 56:2 188:23

**highly**
91:9 149:15 150:2

**hired**
48:10,18,20, 24 49:3,12 52:7 59:25 61:2 91:12

**historically**
25:22

**history**
31:5,23 54:8 56:11

**hit**
17:10 241:17

**hold**
10:21 38:24 40:20 41:13 80:7 143:22

**honestly**
87:24 88:23

114:8

**hope**
230:23

**hoping**
135:9

**hormone**
43:8 47:17 49:24 192:13,14

**hormones**
192:17

**Horsham**
203:13

**hospital**
29:14 32:24 33:16

**hospitalized**
34:5,6

**hotdog**
218:22

**hotdogs**
218:18,19

**hour**
10:5 19:3,6, 10 121:3 124:23 195:18 215:24 216:1

**hours**
9:21 10:5,6 18:13 19:1 20:13,15 21:9,13 42:21 85:13, 23 86:7 245:4 249:8 250:12

**HRT**
46:21 47:8 48:4,10 49:5,17,21 50:3,17,21 52:3

**Hrudey**
10:22 242:7, 8,9,12 243:3,6,18,

20,21,23 244:2,5 245:7

**human**
27:2,20 49:25 50:4,5 52:15,18 60:8 61:10 62:12,24,25 63:6,8 65:3 69:8,14 70:10,18,22 71:2 102:18 110:24 111:2,4,8 119:5 120:9, 20,21,22,24 121:1 124:4, 7 130:1 131:8,14,23 132:5,7 133:21,24,25 134:1,6 135:1,22,23 136:1,8,12, 15,18 139:7, 10,15,21,22 141:12 142:3,11 144:6,12 146:10 150:1,19 151:6,17,22 154:14,15 159:19 160:23 163:10 167:7 169:25 170:24 171:9,17,18, 22,24 172:1, 10,14,19,23 173:7,8,11, 24 174:6,12, 15,24 176:15,23 177:1,23 191:2 194:4 199:12,22

200:2,10,14 201:7 203:14,18, 22,25 222:19

**humans**
57:15 58:18 59:15,18 118:2,13,19 119:7,21 120:15 121:11,13, 19,20,22 122:3,5,16 123:6,8,13, 23 124:3,4 127:6 131:19 132:11,23 133:7 134:11 135:13 143:16 144:4 149:9,16 150:3 151:19 159:16 160:12,25 174:8 216:6, 10

**humidity**
75:5,9,19,25 78:20,23,24 79:2,6,10,25 80:8,14,21 81:8,12,18, 20 82:9,16 96:18 97:1, 9,20,21 98:12 99:17 100:1

**hundred**
104:13

**hundreds**
141:2

**hydrochloride**
91:3 94:8, 10,14,20 95:9,10,12, 13,16,25 96:1,4,7,19 98:13

**hyphen**
240:7
**hypotheses**
99:21
**hypothesis**
69:21,22,23, 25 70:6,8, 14,21 71:1 176:16
**hypothesized**
72:3,8,11 74:13,21 75:1,9 97:2, 8 99:16 100:4
**hypothetical**
136:16
**hypothetically**
74:7

**I**

**i.e.**
186:8,16
**IARC**
56:17,23 57:13,24 58:9,17 116:8,13,19, 22 117:2,3, 4,9,20,25 118:9,17,20, 23 119:6,14, 18 121:9,17 122:8 127:15,16 130:1,6,8,23 131:7,15,22 150:22 151:10,13,15
**IARC's**
117:7 132:4
**idea**
132:2,19
**identical**
143:4 154:18
**identifiable**
203:4
**identified**
164:7
**identify**
67:23
**identifying**
76:8
**identity**
63:8
**ill-defined**
73:23
**illustrate**
150:6 241:22
**illustrated**
211:1
**imagine**
63:14
**imagined**
132:18
**immortalized**
172:7
**impact**
75:13 77:23 92:16 172:16
**impacts**
28:19
**implicating**
75:25
**implication**
226:15,19
**important**
107:22 118:22 145:10 148:5 182:17
**importantly**
74:25
**impurities**
94:11,21,22 95:1,4,6 102:11
**inability**
222:6
**inaccurate**
218:14 229:5 231:9,17
232:3
**inappropriate**
215:12
**inartfully**
80:6
**inaudible**
44:13 54:9 93:1,14 105:11 112:18 147:2 154:8 155:21 176:1 187:12 198:6 200:18 219:3,4 224:10 227:4
**incidence**
127:6 140:20 196:5 201:8, 17 202:2 203:3 206:16 207:4,13 212:18 214:12,16,17 234:11
**incidents**
214:25
**include**
31:14 88:5 96:18 98:11 155:17 156:1
**included**
63:3 221:17
**includes**
59:3,4 144:12
**including**
38:6 39:14 102:11 119:11 126:3 148:25 187:5 214:13 218:1,10
**inclusive**
65:16
**incompatible**
111:9
**inconsequential**
154:21
**incorporated**
223:21
**incorrect**
108:13 232:14 247:19
**increase**
53:13,24 54:3 55:13 56:4,9 60:20 140:20 176:18 187:24 211:6 212:7,18
**increased**
51:2,23 93:21 102:2 215:7 220:5 221:7,25 225:4,22
**increases**
161:15 176:22 212:9
**increasing**
78:3,12,20 79:10 80:21 220:6
**independent**
24:5,7,15, 19,21 38:11 80:22 81:5, 13,15,25 82:12 135:11,18 193:3 195:11
**indicate**
168:16 217:6 219:23
**indicated**
33:13 212:21
**indicates**
21:2 91:1,7 104:23 113:15 143:3 197:5

**indicating**
88:18 95:7
189:12 191:9
198:3 210:17
**indication**
208:8
**indications**
31:7,14,20,
24,25 32:2,9
**indiscernible**
79:8 100:8
103:9 111:21
139:14
**individual**
65:15 118:15
141:7 165:23
172:9 225:3
229:15
**individuals**
218:12 232:2
**induce**
29:5 76:8
**induced**
76:24 138:18
165:16
168:16,18
205:23
206:10,14,20
207:8,16,23
**induces**
146:23
**inducing**
105:4,16
143:4
**industrial**
111:16 112:2
**industrially**
112:3
**industry**
111:23
**infection**
202:11
**infer**
203:2
**infinite**
136:8
**infinitesimally**
152:4
**influence**
96:17 98:11
99:5,6,8,9,
14 190:14,15
**influxion**
215:10
**information**
39:16 40:11
46:25 50:7,
13 52:21,24
53:11,16,17
55:1,2,18,21
56:2 64:3,16
65:13,22
67:16 70:2,
3,12,24
90:14 117:5
118:10
137:22
228:15
**informative**
66:9 243:11
**Ingelheim**
92:7
**ingested**
178:6,21
179:10
**ingestion**
176:15
**ingests**
217:8
**inhalation**
165:19
**initially**
155:14,16
**initiated**
118:12
**initiating**
203:5,7
**initiator**
25:18
**inpatient**
34:7,15,23
**input**
111:18
117:12
**insert**
40:6,9,11
**inserts**
39:15 40:4
**instance**
39:10 41:6
59:3 64:12
67:6 77:22
81:9 87:14
88:1 96:14
100:6 117:14
119:20 124:6
179:15
181:21
187:22
192:13
201:21 202:7
203:10
218:17
**instances**
68:3 97:25
193:6,14
**Institute**
38:4
**Institutes**
42:8,17
**Institutional**
174:4
**instruct**
10:1 46:24
**instructive**
151:21
**insufficient**
121:19
**insurance**
32:17
**intake**
113:13
178:13
216:6,10
218:25
219:10,17,21
221:12
222:16 224:2
228:10,11,14
230:8 235:13
237:22 238:1
239:25 240:1
**intakes**
237:23
**integrating**
191:1
**integrity**
77:24 156:23
**intend**
68:20,23
**intended**
8:12 68:7,18
98:25 123:9
**intending**
221:20
**intent**
76:7 117:20
173:11
174:13
**intentional**
111:17
**intentionally**
112:4 173:10
175:3 177:12
**interact**
33:6 45:6
**interaction**
40:1 95:15
96:6 165:10
**interactions**
6:7
**interest**
77:13 162:9
184:11
**interested**
7:5
**interface**
6:8,19 39:2,
7,21,25 92:3
**interfacing**
48:8
**intermolecular**
94:10,19
95:8,11,18,

24
**intern** 30:4,23,25
**internal** 30:10 87:8, 17,25 176:23
**International** 116:20 118:11 137:19
**interpret** 39:12 190:8 197:11 210:17 215:13
**interpretation** 121:23 123:10 178:25 208:10 244:17
**interrupt** 223:7
**interval** 225:24 226:25 235:16,17,21 236:5,10
**intramolecular** 94:20 95:10, 18
**intravenous** 185:2,17
**intrinsic** 154:25
**intrinsically** 120:10
**invasive** 51:2,23 52:4
**invented** 98:5
**inventing** 98:8
**inventory** 25:2
**investigate** 38:15,17 91:8 101:11 203:17 220:2
**investigated** 94:23 95:5
**investigation** 77:18,22 83:3 86:22 90:9 93:1 96:22 99:13 103:21 173:5 179:6 235:4
**investigational** 41:1
**investigative** 41:2
**investigator** 42:24
**investigator's** 77:1
**investigators** 41:9 42:9,18 43:18 45:6 179:13 183:8 244:7,12 247:7
**invoice** 16:24 17:24 18:1,6,8,9, 17,21,22,25 19:13,17,20, 23 20:6,7,9, 16,21,23 21:4,21 84:14 85:5, 7,16 86:1
**invoices** 16:13,15,17, 20 17:14,20 18:18 20:2, 5,24 21:7, 12,14,16,18 22:1,4,11 23:16 36:1 84:11 85:2 86:12,17,18
**involve** 49:5,7,9,15 65:25 66:5 94:25 95:19
**involved** 50:21 92:2 94:21 97:6 137:23 176:9 245:13
**involvement** 94:11
**involves** 65:10 219:9
**involving** 95:19 165:9 182:24
**ion** 146:25 147:21,22,25 148:6,9,11 150:13
**ionizing** 203:11
**IP** 197:5
**ipads** 12:22
**IRB** 174:3,5,11, 16,18 175:4, 16,23 178:10
**irrespective** 81:16 119:2, 15 165:18
**isolate** 76:21
**isolating** 81:13
**isotope** 186:20
**isotopically** 94:8,15
**issue** 33:11 47:11 50:17 67:11 79:17 110:6 188:7 222:12
**issues** 202:24
**item** 240:2
**items** 89:2
**IV** 4:2

**J**

**January** 18:2,9,25 19:13,14,17, 25 20:9,16 85:4,21
**jaundice** 191:7
**John** 13:10 51:6, 7,11,12 52:23 188:20
**judge** 69:9
**judging** 58:24
**July** 19:15
**jump** 127:14 159:12
**June** 58:23
**Justice** 47:20

**K**

**keep** 21:6 66:17, 19 75:17 112:23 135:8 186:5 192:8
**kicking** 109:19

**kidney**
169:2,8
**kilogram**
213:18
**kilograms**
211:16
**kind**
40:10 73:20 110:5 153:17
**King**
4:9 89:19
**knew**
13:7
**know**
8:3,14,15, 23,24 9:21 10:9,11 13:3 15:18 16:20 21:10 22:14, 15 23:17,18, 20,22 25:14 26:15,20 31:2,6,10, 13,19 33:8, 9,11,16,20 34:20 35:20 36:2 39:1,14 40:17 41:16, 20 53:1 55:21,24 58:24 59:2 63:24 67:5 69:18 70:11, 23 71:10,20 72:16 73:15, 16 74:7 75:11 79:17 80:15 87:12, 15,18,23 88:23 89:8, 10 91:25 92:1,13,15 93:6,11 95:4 98:7 99:11, 14,18 101:7 102:10 103:1 113:7 114:5, 8 115:16 120:17 122:10,22 123:9,11,16 133:4 136:11,12,20 137:6 138:2, 4,6 142:20 143:23 145:11 151:14 152:6 153:2,12,16 157:25 158:9,22 160:6 161:13 162:19 164:12,20 165:13 169:16,17 170:2,3,5 171:16 175:13 178:10 182:14,21,23 183:2,17,21 185:17 187:3,7 188:16 189:7 190:19 191:10 206:8 207:5 214:8 226:23 240:6,15
**knowing**
33:17 72:18 95:3
**knowledge**
68:5 76:18 127:2,9 167:8 178:10 221:15
**known**
64:13 73:14 104:16,19 127:11 161:7

## L

**La**
220:13
**lab**
27:6
**Label**
60:12
**labeled**
37:14 94:8, 15 103:5
**laboratories**
26:2,6,12,16 27:3 76:14, 16 190:25
**laboratory**
24:8,17,20, 22,24 25:1, 4,5,8,10,13, 21,24 26:1, 3,13,24 27:8,15,18, 19 37:22 38:14 41:19 45:4,5 65:12,21 70:21 76:7, 10,13,20,22, 24 77:5,8,12 78:14 80:14 97:19,22 101:21 105:3,8 138:16,17,23 139:5,8,11, 16,20 140:4, 5,8,14 141:11,19 142:2 143:1, 15 144:3,13 165:4 166:13 168:23 169:1,6,9 170:8,18 173:18 180:20 181:4,6 190:23 191:5,12 214:6
**labs**
111:24
**lack**
104:1 222:6 229:1
**Landerman**
7:7
**language**
39:18 40:6 53:21
**laptop**
12:4
**large**
6:16 14:14 35:3 36:12 110:10 167:4 180:24
**Larsson**
238:16 239:2,9
**lastly**
131:15
**late**
43:13
**latency**
195:15 199:6,8,10, 20 200:19,25 201:3,10,13, 22 202:5,16, 17 203:2,14
**Laura**
7:6 9:6 55:4,6
**lawyers**
15:24 92:14
**lead**
43:15 105:22 106:12 108:8 239:2
**leading**
109:13
**leads**
106:13

**lean**
237:12
**learn**
71:4,15
78:2,19
**learning**
103:22
**leave**
63:13 120:23
165:6 173:23
187:9 243:5
**lectures**
42:3
**left**
20:6 50:24
150:11
159:14 164:4
188:20
215:23
**left-hand**
55:18,23
**legal**
7:3,7 12:14
29:9,22 92:9
**legend**
67:7
**length**
9:22 224:22
232:15 238:9
**level**
73:24 74:17
81:11 97:17
103:25
110:23,24
111:10
143:11
152:4,8,20,
23 153:2,7
175:6 176:21
177:2 191:20
200:8 204:20
206:20
248:6,14
**levels**
29:4 79:6
82:9,10 91:2
93:21 97:3
98:1 99:17
100:5 102:2
104:2 105:9
106:17 126:8
149:17,20
150:1 151:25
152:5,22
153:3,5,13
154:15,17,
19,22 156:7,
9 159:7
161:19 165:5
168:23
171:4,16
172:15
173:19
175:19
176:2,10,15
177:7,12,15,
18,22 182:1
190:24
191:4,6
217:5 219:23
230:16 243:4
247:8 248:9
250:6
**Lewis**
5:2 6:21
**Leydig**
169:2
**Liability**
7:1
**Liberty**
11:25
**life**
171:6
**lifespan**
203:12,23
206:5,23
208:3
**lifetime**
110:16 111:8
216:18
**limit**
23:10 113:17
178:13
**limitation**
190:8 222:6
248:13
**limitations**
218:24
224:24
225:13,16
226:3 230:22
231:11
232:15 233:8
235:1
238:12,15
**limited**
59:17 79:3
134:17 164:8
**limits**
112:6,18
113:1,7,8
**line**
121:4 124:22
201:18
210:23
**linear**
189:21,23
194:11
201:16
207:12,24
208:17,21,23
**linearity**
201:18
**lines**
14:15
**link**
9:4,7 12:13,
15
**linked**
147:15
148:11
**list**
10:13 11:7,9
36:19 37:6,
10 67:19
82:19 87:6
88:8,15,21,
24 89:2,6
141:6 151:14
163:3 179:21
180:2 190:21
194:19 217:2
221:11
223:19 224:6
232:18,19
233:25
234:2,22,24
239:3,10,17,
21 240:10
**listed**
11:18 20:25
21:3 22:12
44:8 88:7,17
114:12,14
158:12
168:19
179:20,21
180:1 217:10
222:14
223:18
236:21
240:9,10
241:1 242:10
250:7
**listing**
236:19
**lists**
56:3 168:17
217:1
**Liteplo**
204:14,17,20
205:9,12
210:19,20,21
212:5 244:18
**literature**
20:25 21:3
22:13,18,19
23:8,11,23
28:17 67:25
68:9 70:2
80:19 82:7
85:8 87:9
102:19 141:5
158:23 159:8
168:25
169:23
179:13 232:9
236:24
238:10 244:9
**litigation**
7:1 36:12

39:6 46:22 47:8,10,12, 18,19,22,24, 25 48:4,10, 19,24 49:5, 7,9,11,13, 15,18,22 50:17,21 52:8,13 59:2 60:1,3 61:3, 6,8,9,11,14, 20,25 62:13, 15 63:7,23 64:6,8 65:2 66:21 69:15 110:6 136:5 159:25 235:8 239:14,15

**litigations**
46:16,18 47:14

**little**
40:14 46:7 109:20 112:22 114:9 133:18 237:12

**live**
110:11 111:2 206:6 208:2

**lived**
198:19

**liver**
136:13 159:19 160:10,22,23 163:13 168:23 169:7 172:5 179:11 180:9,20,24 181:7,9,14, 22 182:5,11, 15,18,22,24 183:8,16,18, 22 185:13 186:1 187:22 191:4,16,21, 24 193:5,13, 23 194:5 199:20,22,24 202:5,6,8 206:13,16, 20,24 207:4, 7,14,22 208:5 209:5, 25 210:11 212:8 213:12 214:13,16, 18,25 215:7, 11

**liver's**
193:24

**lives**
77:6 111:5

**living**
96:14 107:8 142:7,13 144:11 171:5 246:17

**LLP**
4:3

**load**
36:14,16 221:5

**loaded**
36:23 57:5 137:7

**loading**
57:1

**loads**
36:11

**log**
162:20,21 201:17

**long**
21:8 36:16 73:18,22 74:11 110:11 111:2 126:14,15 206:6 248:12

**long-term**
167:19 168:2

**longer**
36:1,3 189:5 197:9 198:15,19 246:6 248:2

**longevity**
205:20 206:6 207:20

**look**
16:25 18:16 36:17 44:5, 11 50:15 54:1 58:15 59:21 62:24 66:2,3 67:6 75:18 79:18 80:2,16,19 82:7,8 87:1 88:25 90:1,3 101:11 102:21 111:13 115:9,10 141:6 158:23 161:21 162:12 163:13 172:8 184:11,13,25 209:23 213:22 214:15 221:4 222:15 225:10 229:8,16 233:18 234:13 239:5,24

**looked**
9:15 36:20 67:9 78:7,22 79:5 80:5 84:12 87:4 88:11,19 89:12 90:10 102:24 140:13 141:9,25 159:24 163:6,7 180:1 220:9 221:11 223:15,16, 20,25 225:6 233:3,10,22 239:11

**looking**
14:13 18:24 21:21 22:15, 16 25:5 26:5 52:23 57:18 58:3 79:1 80:10 82:21 87:7 102:22 117:13 138:4 161:15,24 163:14 188:3 214:12,15 215:9 221:5 226:16,23 231:23 234:25 244:6 249:23

**looks**
35:25 36:17, 19 57:15 58:4 97:14 117:4 199:2 249:24

**lose**
162:18

**losing**
112:19

**lost**
44:14 49:20 54:25 64:20 98:16 108:1 139:18 155:23 219:5

**lot**
136:3

**low**
91:1 107:8, 23 108:18,21 109:7,13,21, 23 110:2,4,9 138:19 139:2,3 140:23

149:17,20 152:4 153:7 159:6 165:17 176:2,10,21 177:7,12,18, 22 194:1,4 205:20 206:19,22 207:20,25
**low-dose** 186:19,22 206:12
**lower** 140:3,7 156:7,9 181:24 189:4 214:17
**lowest** 204:5 210:4, 8 211:5 212:17 213:21 214:5
**lumping** 213:11
**lunch** 84:6
**lung** 153:4 169:2, 8 200:13 223:17

**M**

**M-I-C-O** 186:18
**M.D.** 5:2 6:21
**made** 22:4 28:14 67:23 88:2, 12 122:25 123:22 145:16,19 167:24 183:15 218:22 221:14
242:24 243:7 244:12 246:11
**magnitude** 136:18 141:11 142:3 152:7 244:10
**mainstream** 215:20
**maintain** 156:22
**maintained** 21:25
**major** 26:21 160:4
**majority** 37:16 38:8, 13 106:20 107:9 140:12 156:12 180:25 181:11
**make** 7:20 13:6 28:17 61:12 80:9 82:12 122:23 151:25 152:11,17,24 153:1,10 166:13 168:11 180:6 183:6 208:15 219:11 246:22,25
**makes** 152:5,7 221:9 244:5 246:8
**making** 58:1 118:6 119:3 121:3 122:1 123:2 240:7
**male** 159:19 160:23 209:13
211:19
**males** 209:6 210:7
**malignancy** 199:23
**mammalian** 164:24
**mammals** 179:8
**mammary** 29:5
**manager** 25:5
**mandate** 124:11 144:23 145:4,22
**manner** 70:24 72:14 76:5 122:9 176:13
**manufactured** 100:22 111:22
**manufacturer's** 77:16
**manufacturers** 91:25
**manufacturing** 112:2
**manuscript** 185:19
**March** 84:14,15 85:17,21 86:2
**mark** 12:25 13:7 15:4 16:19, 24 84:13 241:11
**marked** 13:20 14:4, 6,7 15:7 17:2,13,19 35:15 37:12
50:8 53:5 56:19,21 60:10,13 84:18,21 89:21,24 116:9,11 117:10 137:2,4 145:25 161:24 184:5,7 196:7,12 204:3 205:4 220:14,16, 22,24 223:12 232:17 234:5,7 238:17,19 241:13 249:3,15
**markedly** 207:21
**marker** 94:15
**market** 240:5
**massive** 160:1 161:16 163:10
**master's** 42:1,4
**material** 96:19 98:13 141:9 165:10 205:22 206:9 241:2
**materials** 11:7 36:19 37:6 66:11, 12,15 67:7 68:2 82:19 87:1,6 88:8, 15,21,23 89:2,6,18 126:4 141:6 142:1 163:2 179:21 180:1 190:21

194:19 196:16 221:10 223:19 224:5 232:19 233:25 234:2,22,24 239:2,10,17, 21 240:10 241:2 246:1
**mathematical** 212:13 245:17
**matter** 6:25 14:12 16:14,16 18:3 22:10 26:19 37:2 47:20 48:9 49:2 66:14 67:2,8 72:1 78:5 83:7 85:4 86:4,18 90:9,21 91:24 100:21 126:5,11 153:9 161:25 170:7,11 173:6 195:22 248:10
**matters** 38:23,25 39:3,8,20 40:7,13 48:2 69:3 143:23
**maximal** 244:21
**maximizing** 178:7
**maximum** 244:20
**MDL** 8:2
**mean** 24:7,10,17 33:25 39:3 40:15 41:6 43:17 45:10, 17 46:11,13, 14 47:6 61:16 67:4, 20,21 71:1 72:13,25 73:19 75:1 76:5 83:13 87:18 90:11 91:14 92:12 94:12,24 99:6,7,8 101:12 102:8 105:13 109:16 112:10,11,14 127:16,21 136:19 139:2 142:20,21 146:14 147:9 151:13 158:5 178:23 179:5 182:8,14,21, 24 183:5,18, 22 185:12,16 188:8 189:7, 17 192:5 197:9 199:15 200:5 206:1, 9,18 238:2 247:12 248:20 249:23
**meaning** 34:2 149:21 152:12 195:7 202:21 210:16 231:20 246:23
**meaningful** 169:17 225:12
**means** 69:19 81:16 89:6,18 94:13 106:9 107:9 132:2, 18 165:12 183:2 236:24
**meant** 8:20 67:3 95:23 96:5 112:13 132:1,20 178:25
**measurable** 248:9
**measure** 224:17 230:3,8 246:9,22 247:7,10,25 248:2
**measured** 72:10 103:17 170:9 180:22 186:24 217:6 219:24 221:16 224:2 225:8 228:6, 7 229:24 230:24 244:20 245:16 247:5 248:5,15,16
**measurement** 97:16 187:21 244:21 247:16,18 248:13
**measurements** 242:13,16,18
**measuring** 222:7 228:14 246:20 247:21,22,24
**mechanism** 29:14 72:19 73:20 74:2 126:6 146:22 156:14 157:8 158:6 181:10
**mechanisms** 143:17,21 156:19,24 158:16
**median** 205:21 237:19
**mediated** 147:12 193:18
**mediator** 148:5
**medical** 29:8 30:4 33:11 34:3 41:16 68:5 245:19
**medication** 30:10 31:21 32:1 34:8 39:11
**medications** 50:16,20
**medicinal** 153:25
**medicine** 30:10 39:16 40:5 43:5 48:15 135:19 245:17
**medicines** 39:15
**meeting** 9:22,24 58:22
**member** 38:11 42:5 45:1
**members** 28:4 33:11 104:18 117:15 118:25 119:11 128:21
**memorized** 32:6 104:14 141:1 151:9 161:20 173:1,3 180:11

**memory** 10:13,22 50:15,19 82:8 88:4 90:1 138:9, 10 162:8,11, 16 173:1 180:14 184:10 243:19
**mention** 46:2 67:18 140:22
**mentioned** 10:7 23:25 28:10 30:22 49:11 52:7 68:11 73:6 82:20 139:20 199:6 242:7 245:7,8,9
**mentioning** 147:16
**mesothelioma** 153:4
**messaging** 12:18
**met** 7:24 9:17
**metabolic** 245:15
**metabolism** 131:8 146:25 147:22,24 148:5,25 149:9 150:7, 12,18 154:25 180:8 181:9, 13 187:11,16 189:6 193:6, 14,16,18,19 194:9 246:8 248:17,21
**metabolite** 151:5,23
**metabolize** 154:20 193:24
**metabolized** 131:13 148:2 150:9 151:3 179:11 180:8 181:14 186:9,17 193:5,13,23 246:2,5,13 247:15,17 248:1
**methlydiazonium** 146:25 147:21,22,25 148:6,9,11 150:12
**method** 218:10 228:22 229:18 242:19
**methodologies** 91:10 243:1 244:13
**methodology** 65:5,8 222:5,9 223:22,25 224:12 225:11 231:14 232:25 233:5,8
**methods** 67:7 176:8 242:23 243:3,17
**methyl** 148:10,14 149:1,7 159:1
**methylate** 106:10
**methylation** 148:21 159:19 160:10,22
**methylguanine** 148:22
**metric** 203:25
**mg/kg** 184:16,18,23 185:1 188:11 189:24,25 190:3,5 191:10 197:6 205:9 210:18,24 211:4
**MGMT** 144:8 148:21 149:3,6 156:14,17,25 157:7,12,19 158:5,10,14, 17,20 159:1, 3,9
**mice** 28:18 165:16
**Michael** 90:21
**Mico** 186:18
**microgram** 213:17
**micrograms** 236:19 237:4,5,17
**middle** 108:2 226:5
**milligrams** 211:16
**million** 208:1,3,6,7, 20 210:5 211:11,13, 14,18 212:2, 12 213:1
**mind** 8:13 9:7,17 10:10 27:14 29:19 55:6 82:6,8,18 89:17 92:14 93:12 97:18 118:23 119:16 166:24 201:24 202:23 208:22 217:25 218:3 219:25
**minimal** 169:21
**minimize** 112:6 113:1
**minimized** 151:7,20
**minor** 158:24 159:10 160:5
**minus** 114:3
**minute** 56:25
**minutes** 124:24 125:5 126:16 162:17 163:20,21 195:21 215:25 245:2,4,23, 24 246:19,22 249:8
**mischaracterize** 133:3
**mischaracterized** 133:1 223:8, 10 233:17
**mischaracterizing** 227:10
**misheard** 128:8
**missed** 147:4

**missing** 79:19 226:6
**misstated** 140:2
**misstates** 133:9,12 134:17
**misstating** 227:9
**misunderstood** 152:16 233:16
**Mitch** 99:22
**MNU** 27:25
**mode** 155:3 165:9
**model** 28:10,13,16 29:2,3 38:17,19
**modeling** 210:22 212:13 245:10,14, 17,18
**models** 25:19 26:21 27:2,18 38:21 65:12, 21 169:19 173:18
**modification** 148:15
**moieties** 72:25
**moiety** 73:3
**mole** 114:17 115:12
**molecular** 72:14,16 73:24 74:13 114:12,14,16 115:11
**molecule** 72:12 73:1, 2,4,9 92:22 93:3,11 94:16 95:13 98:5 100:2 101:13,15,18 102:14,22 103:6 111:19 126:8 133:10,13 148:3,4 154:18 246:5,6
**molecules** 74:8 96:1,2, 4,7 103:7 104:8 114:19,22 115:1,4,5, 14,17,18,22 116:5 143:3, 9 154:21 248:7
**moles** 248:7
**moment** 19:8 39:23 50:14,18 107:5 117:14 164:14 184:9 196:11 224:21 234:13 238:25 239:4
**moments** 246:16 247:2
**monkey** 179:9
**monkeys** 167:1,4 196:19 197:6,17
**monograph** 56:17,24 57:24 58:2, 4,6,10,11, 15,25 59:3, 5,6,21,22 116:8 117:9, 15 118:1,9, 17 127:9,15, 16 130:7
**monographs** 57:14 117:12 118:14 121:17 122:8
**months** 170:3 197:9, 10,13,23,24 198:7,13,22, 25
**morning** 6:1 7:24 84:12 85:3
**morphology** 96:19 97:5 98:12 99:20
**move** 195:14 220:20 241:6
**moved** 31:13
**moving** 73:25
**multiple** 36:20 43:24 47:7 91:25 110:8 140:18 156:18 165:23 213:11 221:22 238:8 241:5 244:9
**multiplied** 111:4
**multiplying** 240:1
**mutagenic** 105:6,9,11, 14,16 143:8, 25 144:10,16 146:3,12 151:2 170:24 171:8 172:20
**mutagenicity** 102:13
**mutation** 105:19,20 106:14,24 107:1,13,21, 23 108:8,17, 18,19 109:2, 22 110:2,3 148:13
**mutations** 105:17,22 106:1,8,12 107:7,11 109:5,8,13, 16 148:19 171:15 172:23 200:3,20

**N**

**N-DIMETHYLNITROSAMINE** 128:1,2
**N-METHYL** 27:24
**N-NITROSAMINE** 218:1
**N-NITROSO** 219:20
**N-NITROSODIETHYLAMINE** 133:7
**N-NITROSODIMETHYLAMINE** 91:2 127:23 128:3,9 131:1,17 132:10,22 137:20 184:3 185:25 186:21 205:6

**N3**
156:1 159:1
**N3-methyladenine**
155:18 156:10 158:20,21,24 159:5 160:7
**N7**
156:1 159:20 160:9,19,22
**N7-methylguanine**
155:13 156:7,13 157:5 158:12,15,18 160:4 161:5, 15
**Najafi**
82:23 83:1
**naked**
113:24 114:7
**name**
7:2,25 36:7 57:4 59:12 133:9,13 140:22
**names**
10:18
**nanogram**
113:19,21,23 114:1,3,7 115:4,18,22 116:5
**nanograms**
113:14,17,18 114:20,23,25 115:3,12 177:17 178:14 218:17
**narrative**
109:11
**narrow**
142:14
**narrower**
243:13
**nasal**
169:3
**National**
42:7,16
**natural**
208:2
**nature**
31:15 231:10
**NDEA**
208:3
**NDMA**
24:22,25 25:1,10,16, 18,20,23 26:2,3,8,10, 11,15,23 28:1,3 71:5, 10,15,17,22, 24 72:2,7, 10,15,19,21 73:5,9,11 74:3,6,10, 16,19 75:6, 10,15 78:3, 12,20 79:11, 25 80:22 81:21 82:15 83:4 86:21 92:21 93:2, 21 94:9,18, 25 95:8 96:8 97:2,8,10,16 98:1 99:15 100:5,16,20 101:2 102:3 103:2,12,16, 22,25 104:5, 25 105:2,6,8 106:4,8 107:10 111:11,14,21 112:3,7 113:2,4,11, 13 114:13, 14,16,19,22, 25 115:1,3, 5,12,14,17, 22 116:5 120:15,19,21 123:5,7,12, 14,23,24 124:3,7,21 125:12,16,20 126:3 127:12,15,22 128:10,13, 17,24 129:5, 6,18,20,25 130:7,22 131:5,12,23, 25 132:7,17 133:21,23 134:5,11 135:1,11,24, 25 136:8,12 138:19,24 139:8,9,11, 15,21 140:4, 7,14,15,21 141:11,14,15 142:2,6,18, 23 143:3,5, 19 144:1,18 145:15,16 146:3,9,11, 23 147:22,24 148:1,2,5,7, 25 149:9,16 150:1,3,7,9, 12,24 154:11,13 155:12,22,25 156:6,9,11 157:1,3 158:12 159:17,18 160:1,13 161:1,8,11, 13,17 163:10 164:7,24 165:3,16 166:10,14, 22,23 167:1, 8,19 168:3, 18,22,25 169:7,15 170:15,19,23 171:4,7,13, 16 172:6,11, 12,15,19 173:7,11 174:6,7,13, 24 175:3,6, 19 176:2,10, 16,18,21,24 177:2,7,17, 22,23 178:5, 8,13 179:4, 11,16 180:6, 7,21 181:1, 5,9,14,21,24 182:1,4 185:1,13 186:7,9,10, 15,16,24 187:5,12,17 188:5 189:13,25 190:4,5,11, 13,25 191:3, 6,11,14,15, 19,23 193:1, 4,5,12,13, 22,24 194:2, 4,22,24 195:5 196:19 197:2,18 198:1,5,8 203:18,19 204:1,12 207:8 208:3 209:5,16,21 210:4,7 213:25 214:5 216:6,10,25 217:2,4,5,9, 12,19 218:1, 5,7,18,25 219:23 220:6 221:6,12,16, 20,24,25 222:7,15,19, 21 223:1 224:2,8,17,

19 225:4,8,9 228:1,7,10, 11,14,16,20 229:10,20,24 230:16 234:10 235:13 236:3,19,23 237:1,3,16, 22 238:1,2 239:25 240:1,3,4 242:3,20,21, 22,25 244:3, 16,19,20 245:10,13, 21,22 246:2, 3,5,6,8,13, 17,20,21,23 247:5,8,15, 21,22,23,24, 25 248:1,6, 9,17,24
**NDMA's** 179:8
**NDMA-INDUCED** 172:22
**necessarily** 229:13
**necessary** 68:3
**necessity** 103:17
**need** 11:3 17:5 32:16 59:20 142:8 161:3
**needs** 142:24 173:25
**neoplasm** 208:5 209:25 210:11 212:8
**neoplasms** 205:23 206:11,14, 17,20 207:2, 5,16 209:5
213:8 214:16 215:1
**never** 29:20 47:10
**nine** 249:7 250:12
**nine-hour** 249:9
**ninth** 114:3,5
**nitrate** 236:23
**nitrite** 236:23
**nitrogen** 156:4
**nitrosamine** 25:12 27:22 28:1,2 104:5,19
**nitrosamines** 27:6,8 28:5 104:7,8,10, 16,22 128:20 218:5,7 220:21
**nitroso** 104:9
**nitrosodimethylamine** 133:12 225:22
**nitrosourea** 27:24
**NMU** 27:25 28:3, 6,15,21,25 29:4
**nods** 62:10
**noise** 215:13
**nominally** 226:16,19 227:3 236:11,14,15
**nonexistent** 121:20
**nonhuman** 167:20 168:1
**nonlinear** 194:12
**nonscientist** 69:17
**normal** 40:21 80:15 148:24 151:23 200:3,15,20 205:20 206:7,24
**note** 11:15 180:16 182:10 183:6
**noted** 160:5 165:2 183:8 184:1 196:16 209:24
**notes** 11:19,22 16:1,3,9
**notice** 12:25 15:6,9 39:10
**noticing** 14:12 79:15
**noting** 131:22
**notion** 163:9 166:16
**notoriously** 218:14 229:5 231:9,17 232:3
**notwithstanding** 67:17 72:18
**November** 20:11,19,22
**Ns** 156:4
**number** 17:8,14 21:9 23:20 25:23 27:11 30:9 35:11,24 37:20 41:18 53:2,21 58:13 63:25 65:25 78:21 86:17 87:3 88:10 99:1,4 104:12 110:10,25 116:2,3,5 132:15 135:22 139:2 153:11 167:4,17 187:3 191:8 198:3 203:1 205:8,9 206:13,24 207:22 212:8 220:17 221:11 224:4 229:23 231:23 232:5 234:16 245:23,24 246:18 248:6 249:20,22,24 250:2
**numbering** 13:2
**numbers** 13:5,16 14:5,25 15:1 158:3 180:3 184:24 210:17 241:25 242:4,5 243:16 249:24 250:4
**numeral** 215:3,4,5
**numerical** 210:14

237:17
**numerous**
218:9
**Nutritional**
232:7

**O**

**O2**
157:20,23
**O2-methylguanine**
157:19
**O4**
156:1
**O4-methylthymine**
155:18 156:10 159:3,5 160:7
**O6**
148:12 156:1 159:20 160:10,19,23
**O6-methylguanine**
146:24 147:17 148:12,14, 17,23 149:4, 6 155:15 156:8,16,17 157:4,8,13 158:7,13 160:5 161:6, 16
**oath**
5:5 7:8
**object**
75:22 125:6 132:24 133:8 228:18 240:12
**objected**
16:7
**objection**
11:15 21:20 26:18 28:8, 23 33:24 40:2 41:25 45:9,21 46:6,23 48:22 49:19 51:25 56:6 58:19 60:22 63:18 65:23 71:6 72:22 74:4 77:10 78:4 80:24 89:4 92:8 93:4 95:2 96:24 98:16 100:17 102:23 107:15 108:1 109:15 111:25 112:8 113:20,22 114:10 115:7 119:9 120:6, 16 122:6 123:15,25 127:24 128:5 134:16 135:3,14 140:1 141:17 142:19 144:5 145:18 146:6 150:21 151:8 152:14 154:4 156:2 157:10,14 160:14 161:2 162:5 164:10 165:22 166:11 168:21 173:16 174:9 175:7 176:11 177:9,24 180:10 182:12,20 183:1,10,20 189:18 193:8 195:3 197:19 198:11 200:6 203:20 208:12 212:24 215:18 217:15,22 219:5 220:8 222:3 223:6 227:8 231:5 232:21 233:13,20 238:7 239:19 241:4 246:14 248:19
**objections**
15:6,10,22 16:2
**observable**
111:7
**observation**
82:12 91:9 140:11 146:16 180:6 190:23 197:22 198:18
**observations**
182:11 183:15
**observe**
208:17,18,21
**observed**
140:16,21 144:17 198:25 207:25 213:3,5
**observing**
189:15
**obtain**
81:17
**obtained**
78:16 240:4
**obvious**
69:16
**obviously**
25:23 47:7 87:3 200:8
**Occasionally**
66:3
**occur**
75:3 76:4, 15,17,19 77:15,20 101:1 108:19 152:20 153:13 200:11,14 201:11
**occurred**
9:16 174:25
**occurrence**
175:12
**occurring**
74:2 96:11 200:2
**occurs**
96:13 107:10
**odd**
112:21
**odds**
225:23 226:12,24 235:25
**off-the-record**
53:8
**offer**
68:20,23 124:1 192:3
**offered**
68:2 162:11 183:11
**offering**
68:10 92:5 124:20 125:11,20 134:10,13,15 248:18,24
**official**
33:20 34:1, 2,14 99:4 113:9

**okay**
7:19 9:1 13:6 14:9 17:12 18:20 24:14 35:7, 23 36:7 56:14 57:18 84:23 85:2 90:7 100:13 126:12,17 128:9 130:21 133:17 163:16 164:15 184:8 193:21 241:21

**once**
36:10 53:1 137:6 171:11 208:19 246:2

**one**
4:3 10:11 11:25 13:12 18:6,8,11,21 20:2 22:1,3 25:16 28:14, 15 34:2 41:19 44:7,9 50:16,20 57:8 58:4,5 68:17 69:5 84:14,15,23 85:2 86:23 87:3 88:20 95:12 97:13, 14 99:1 101:7 107:4 108:25 110:17 111:6,7,9,10 115:4,17,21, 22 116:5,16 117:10 118:19 121:10 122:1 123:2 125:7 127:17 131:25 135:22 136:7 139:2 142:10,15 144:9,14 146:1 148:2 150:11,17 153:22 156:21,25 159:11 163:8 165:25 171:11 172:7,24 176:8 177:21 178:4 179:24 180:12,23 184:19 185:2 187:3,7 196:18 197:13 199:1,16 202:22,24 204:7 205:4 207:25 208:3,14,19, 24 209:8,12, 13,19,24,25 210:5,10 211:10,13 212:1,9,11 213:1,4,9 215:15 220:22 221:17 223:15 224:21 229:23 231:10 235:10 236:11,22 238:17 239:13,14 240:8 242:10,17 243:12 249:11 250:1

**one-page**
11:11 241:10

**ones**
84:11 168:11

**ongoing**
83:6 108:11

**online**
66:18

**open**
12:5,7,17

**opened**
10:11,14,18, 22,24 89:12

**opinion**
48:18,20,25 49:3,13 50:2,3 52:8, 16,17 60:2, 5,6 61:5,8,9 62:9,11,23 63:5 65:10, 18 69:11 70:5,14 80:21 81:2, 20 97:4,9 110:14 116:24,25 117:2,6,7 122:13 131:24 132:14,17,21 133:6 134:5, 7,10,13,15 135:1,23 138:11 141:8,13,25 142:6,18,23 143:10,14,15 144:2,4 145:7 190:15 192:3,22 193:1,4,12, 22 194:3,17, 21,23 200:25 202:15 214:23 215:17,19,20 216:5,9 222:17,23 223:14 230:21 237:20 243:10 244:8

**opinions**
52:2 62:4 66:10 68:4, 8,10,19,20, 23 69:1,11, 13 70:2 89:14 92:5, 13,16 118:24 124:2,19 125:10,21 126:5 135:6 137:24,25 138:1 162:2 190:10,17 200:7 223:4 233:19 248:18,25

**Opportunities**
232:6

**opportunity**
8:4,25 198:10

**opposed**
46:13 76:6, 10,12 77:1 94:19 111:17 117:22 120:11 146:19 230:9

**OPR&D**
90:12

**optimal**
167:6

**options**
171:22

**oral**
165:18 185:3,18 186:7,15 188:4 189:1 190:3 191:10

**orally**
179:10,16 181:1,22 189:25 190:4 191:18 195:6

**order**
10:4 25:22 26:16,24 27:9 46:9 56:18 70:17 109:1 117:11,19 122:8,12 123:16 173:24 178:3 185:7 189:4, 5 199:13 201:12 202:14,18 211:10 217:20 242:3 244:10 246:18,22

**orders**
136:18 141:11 142:3 152:6

**organism**
96:14 142:13 171:5,12 246:17

**organismal**
110:24 111:10 143:11

**organisms**
107:8

**Organization**
137:1 146:5 149:19 155:6,11 159:15 164:5 168:20

**Organization's**
137:19

**organs**
191:15

**origin**
172:14

**original**
188:7

**originally**
40:12 53:20 64:1 98:8

**ORS**
235:12

**Os**
156:3

**Osterdahl**
240:5

**outcome**
7:5

**outcomes**
221:13,21 222:16

**outset**
67:15 73:15

**outside**
6:7 68:10 75:11 95:15 152:12

**ovarian**
47:23 60:3, 8,21

**over-the-counter**
31:22 32:15 35:5

**overarching**
242:1

**overlapping**
156:19

**overly**
133:1,2 149:21

**oversee**
37:23

**overseeing**
37:25 38:3

**overwhelmed**
193:25

**overwhelming**
106:20 146:2

**Oxford**
4:3

**oxide**
47:25 49:2

**oxygen**
156:4

**P**

**P-O-B-E-L**
234:4

**p.m**
164:1 195:25

**p.m.**
84:5,8 126:19,22 130:16,19 163:23 196:3 227:15,18 250:14,15

**P450**
148:3,4

**package**
39:15 40:4, 8,9

**page**
14:20,23,24 15:1,20,25 18:25 19:24 36:6 37:3 57:21,24 58:3,4,5,7, 21 59:6,8,21 68:14 90:12 91:6 92:10 117:24,25 118:9 121:7 126:25 127:14 128:4,8,10 130:7 138:13 150:4,6 155:2 159:12,14 164:3,4 168:15 185:23 188:4 196:23,24 209:3 216:24 220:25 225:20 227:22 236:2,17 239:25 240:23

**pages**
69:5 141:1

**paid**
86:11

**pair**
140:10

**pairing**
108:13

**pancreatic**
201:22,25

**panel**
132:16

**Panigrahi's**
64:13

**paper**
80:5 82:14, 17 87:19 94:23 96:10 99:3 137:15 159:21,23 161:20 162:1,11 172:22 177:20 184:2,13 185:7,10,15, 22 187:1 189:11 190:7 192:6 196:5, 14 197:17 204:17 210:20 211:3 219:4,7,15 223:11,13, 20,23 226:14 229:6 232:5 234:23 236:25 237:21 239:9,12 240:20 242:9,11,23 243:18,21 244:6

**papers**
9:16 10:8 22:17 25:23 80:3,17 82:15 140:12 179:19,24 180:5,12,13 183:24 196:18 204:9 208:15 211:12 212:4
**paragraph**
68:15 114:11,15, 19,24 115:10 121:8,15,23 127:1,12 138:15 146:1 149:14 155:5,11 159:14 164:4,15,16, 17 167:18 169:10,16 170:22 185:24 186:4,6 197:1,20 199:25 200:1 205:16,17 216:24 217:1,10,16 218:3 224:22 225:13 231:23 235:11 242:18
**paragraphs**
199:7 218:23
**pardon**
157:21
**part**
6:16 42:16, 21 86:21 90:8 99:23 110:14 124:19 125:10 126:5 132:9,12 143:12 153:20 161:18 162:2 164:11 173:2 185:22 187:5 203:2 207:25 208:3,5 211:11,13 212:1,11 213:1 216:9, 23 218:6 219:5 220:2 231:18 235:3 243:2
**participants**
6:2,14 173:8,21 174:7 177:16 221:6,24 229:20,24 230:5,9
**participated**
29:7,20,21 42:15
**participation**
59:1
**particular**
10:7 11:5 23:18 25:12 29:3 62:1 67:11 69:19 73:20 74:2, 13 77:1 117:16 122:22 127:4,13 129:11 132:14 134:12,18 138:5,10 139:13 146:18,24 147:16 161:4,5 173:22 184:1 194:13 203:12 226:10 229:6 232:4 233:18 234:1,23
**partly**
218:16
**parts**
208:7,19 210:5 211:14,18
**party**
7:4
**pass**
179:15 180:8,20,25 181:9,13,14 182:2 186:9, 17 187:4 191:24 192:11,12, 20,22 193:1, 17 194:5,9, 14 195:8
**passed**
77:11 185:13
**past**
27:10 130:4 136:20
**patent**
98:8
**pathway**
150:11,15 248:9,11
**pathways**
150:7,9
**patient**
31:4,5 32:11 33:3,21 34:4,6 39:22 40:1 172:5 176:19
**patients**
29:15 31:16 32:6,21,25 33:6 54:1,6, 7 56:10,11 101:22 163:14 173:7 175:3,5,13, 20 176:8 177:6 224:2
**pattern**
79:13 165:8, 14 214:12
**pause**
114:9 126:12
**PDF**
10:23 17:15 36:25
**peak**
189:1,13,24 190:2
**peer-reviewed**
44:2,7 87:18 192:6 220:3 221:23
**pending**
241:1,3
**Penn**
41:7
**Pennsylvania**
4:4 32:25 33:17 38:12 40:23 42:7 43:1
**people**
23:15 25:15 27:5 33:17 48:8 76:18 77:2 110:7, 18 132:15 141:20 161:7 174:19 175:10 217:4 224:18 229:3
**people's**
112:6 113:1
**peptic**
31:4,5,8
**percent**
110:15 155:13,16 180:7 184:16,23 185:12

186:8,11,16 188:5 194:21,22,24 195:1 207:9 208:4,6,8 211:7 212:14,15 213:21 225:24 226:13 237:18

**percentage** 182:1 192:14 193:5,13,22 195:9 210:12,13

**percentile** 236:4 237:18,19

**Perfect** 128:12

**perform** 70:20 174:12

**performed** 27:15 66:2 87:22 103:15 137:23 173:15 177:14 227:1,2

**performs** 97:16

**period** 18:6 21:8 29:25 110:11 111:2 120:20 167:5 191:25 197:23 199:8,10,20 200:19 201:1,13,22 202:5,13,16 218:21 246:24

**periods** 23:23 78:11, 24 167:2 198:24

228:25

**peritoneal** 60:7

**persistent** 31:15

**persists** 208:21

**person** 34:9 94:3 120:5 128:22 135:12 141:14 153:14 154:2,10 217:8 218:19

**person's** 111:3 217:18

**perspective** 69:10 91:14 145:2 153:10 169:18 178:2

**persuasive** 244:11

**pertain** 143:16 144:4

**pertaining** 143:14 144:3

**perused** 67:9

**Peto** 140:10,17, 19,22 164:19 181:8 204:4, 8,10,18 205:15 208:13 211:17

**Pfizer** 92:7

**ph** 80:5

**Ph.d.** 5:2 6:21 44:24 45:2

**Ph.d.s** 45:3

**Pharma** 4:6

**pharmaceutical** 38:23,25 39:19 40:7, 10,13,20 77:21,25 93:22 96:12 97:3 113:5, 13 178:20

**pharmaceuticals** 40:18,24 41:3 100:22 178:14

**pharmacoepidemiologists** 42:10

**pharmacokinetic** 186:23 245:15

**pharmacokinetics** 184:3 186:19 189:3,5

**pharmacology** 44:20 45:1,3

**pharmacy** 34:11 39:2, 7,19

**phenomenon** 73:9,11 74:3

**Philadelphia** 12:2

**phone** 12:23 13:25

**phones** 12:22

**phrase** 22:13 46:8 93:5 99:5, 10,12 109:17 152:25 183:5 218:2 220:1

**physical** 35:22

**physically** 147:15 247:7

**physician** 29:11 30:1, 3,5 32:22,24 33:1,3,5,7, 10,15,21 34:1,4,9,13 39:1,4,14 40:22 41:17 69:11

**physiological** 151:4 181:25

**picture** 58:12 250:5

**piece** 73:2 99:25

**pieces** 65:15

**Pietragallo** 4:2

**pioglitazone** 59:13,14,19

**Piper** 91:16 92:4

**Pittsburgh** 4:4

**place** 7:8 11:25 12:16 94:16 144:12

**places** 208:14 224:23 225:14

**plaintiff** 6:22 82:24

**plaintiff's** 62:18

**plaintiffs** 8:1 37:5 48:17 63:16, 25 64:23 126:7

**plaintiffs'**
82:22 126:7, 10 176:14 198:4 239:13
**plasma**
247:21,22,25 248:2,6
**plate**
171:16
**play**
97:2,8
**played**
147:1
**please**
7:7,12 8:3, 15,25 11:4 12:24 15:4 16:24 19:9 35:10 39:24 50:6 56:16 57:9 59:23 60:11,25 84:13 86:24 89:19 90:1 92:17 93:25 94:5 96:15 108:3 116:7 121:8,10 125:9 126:2, 24 155:2 159:12 166:7 184:2 196:24 204:4 216:3 220:13,25 222:24 224:21 225:20 227:13 234:3,4,13, 17 236:16 237:8 238:16 241:8,9
**plot**
201:18,19
**plural**
200:17
**Pobel**
234:4 235:3
**pocket**
12:23
**point**
11:4 20:14 23:21 58:1 63:15 80:9 101:4 107:6 110:15 129:24 132:8 151:11 167:24 172:25 192:19 215:10 216:20 217:3 222:12 235:24 240:7 244:15 247:4
**pointing**
53:23 119:12 156:12 178:2 185:4 217:18 223:24
**points**
238:11 243:20
**poisoned**
191:3
**poisoning**
159:18 163:11,15
**policy**
145:11,14,15
**pop-up**
188:14
**popular**
71:20
**population**
76:12 202:10,25 203:1 223:17 229:11 232:24 233:7
**populations**
228:25 229:9
**portal**
179:12 182:5
**Porter**
91:15 92:4
**portion**
82:22 94:16 109:25 194:11 199:5 216:20 224:7 226:7 229:3 231:9 240:3
**position**
129:22 145:8 148:12 159:2
**positions**
159:20 160:19,23
**possesses**
105:16
**possibility**
161:17 198:19
**possible**
63:22 65:14, 16 88:10 103:16 120:23 125:2 176:22 185:21 198:15,16,17 204:2 208:20 230:15
**Possibly**
113:25
**posting**
9:7
**postulated**
136:5
**potential**
63:4 72:1,7 73:14 75:10, 14 103:1 104:24 106:24,25 107:13,21 108:16 119:2,23 120:2,3 148:18 149:24 151:2 156:11 173:20
**potentially**
31:5 66:9 72:15 74:15 101:6 103:2 149:16 182:6
**powder**
60:12,20
**powders**
60:7,18
**power**
115:13 176:20 201:9
**ppm**
210:25
**practical**
121:12,21 122:4,15 123:7,10 124:8 131:18 132:1,10,19
**practice**
65:9 66:20
**practices**
32:8
**preamble**
117:25
**precautionary**
124:11 144:23 145:4,22
**precautions**
53:10 56:3, 8,13
**precise**
34:19 108:10 144:7 218:4 243:20 245:24
**precisely**
93:11 107:17 148:21 178:4 206:9 212:20 239:23
**predicated**
229:2 248:15

**predictable** 127:3
**predominant** 156:22 181:10
**predominantly** 156:6 158:14 179:11
**prefer** 125:1
**preformed** 218:5
**pregnancy** 27:16 28:12, 18
**Premarin** 50:7,13,20
**Prentice** 232:5 238:11
**preparation** 10:19 218:10 228:22
**preparations** 97:4 175:17
**prepare** 9:13,23
**prepared** 11:10 16:2, 3,9 218:22
**preparing** 9:18
**prescribe** 30:7,13,19, 22,24 32:16 39:17 40:5
**prescribed** 29:23 30:10, 12 32:10
**prescribing** 30:1 32:1,8 34:8,17 35:1,4 50:7, 12 52:21 53:11,17 55:2,17,21 56:2
**prescription** 33:12,13 34:10,17 35:1
**prescriptions** 32:19 52:24
**presence** 6:7 86:21 91:1 92:21 93:2 100:1 247:23
**present** 4:9 52:2 103:12,17,22 104:1 127:1 154:18 159:6,7 160:20 161:6,10 175:19 191:25 218:18 219:23 228:17 229:20 230:4,17,18 246:7,23 248:2
**presented** 137:22 237:20 244:25
**preservation** 218:10 228:22 229:18
**press** 71:20
**presumably** 78:12 94:19 98:24 100:1 232:23
**presume** 11:21
**prevent** 109:2
**previous** 141:24
**previously** 28:13 35:2 36:1 56:18 184:25 204:14
**primarily** 31:12 248:15
**primary** 42:19 174:14 199:14 203:11
**primates** 167:20 168:2
**principal** 42:24 82:17 155:12 158:11 248:13
**principally** 9:25 76:1
**principles** 27:9,12 38:18 45:4
**print** 188:21
**printed** 241:16
**prior** 18:7,8 52:5 54:8 56:11 134:17
**Private** 6:6
**proactive** 53:25 55:15 59:4
**probability** 107:22 108:17,19,20 109:6,12,21, 22 110:1,3,8 178:7
**probable** 130:1 177:23
**probably** 44:5 58:18 59:14 62:20 63:14 66:1 104:12 199:17 203:13
**problem** 22:6 83:12
**proceeding** 6:3
**proceedings** 250:15
**process** 26:3 40:24 74:9 109:20 200:2,15,19
**produce** 112:4 127:4, 5 151:22
**produced** 16:16 21:13, 19 86:12 111:15 143:4 149:2 150:25 151:3,4
**product** 60:19 71:16 74:16,20 75:7,20 77:25 78:2, 19 80:22 104:1 111:18 148:7
**production** 16:1 118:14 161:11 242:22 243:4 244:4 245:13
**products** 7:1 56:24 57:25 58:11 71:23,25 72:2,8,11 75:15 78:11 91:3 98:1 113:5,14 150:17 244:21
**profession** 66:16

**professional** 26:1,20,22 39:4 46:19 65:9,18 129:2 194:8
**professionals** 42:11
**progestin** 50:25 51:1, 21,22
**program** 118:12 119:6 196:9
**Programme** 118:1
**programs** 118:18
**progression** 38:18
**progressively** 194:12
**promote** 74:19,22 81:21
**promulgated** 39:10 113:3, 12
**promutagenic** 157:5,6
**pronounce** 210:20
**properties** 26:25 104:17,19 129:17 143:22
**property** 105:16 106:7
**proportional** 189:2,14 206:14,21,25 207:16
**proportionality** 207:12
**proposal** 174:11 175:17
**proposed** 73:14 126:11 175:16 176:13 242:3
**proposing** 178:9
**proposition** 67:25 160:10 162:13 192:7 196:19 231:15 232:4
**prospective** 54:1,3 173:10 174:12 175:2,20
**prostate** 200:12
**protective** 27:17 28:11, 24
**proven** 74:25
**provide** 48:18,20,25 49:3,13 52:8 60:1 69:12 80:18 117:12 177:19 180:13 183:24 217:7 244:17,23 250:5
**provided** 11:16 15:17 16:13 19:23 21:16 22:5 36:12 58:2 61:5 66:12 84:11 85:5 86:1,16 88:18 120:1 180:12 211:17 243:24
**provides** 118:10
**providing** 217:5 237:17 242:1 244:16
**proviso** 131:3 149:11 167:3
**public** 46:25
**publication** 53:25 55:15 58:25 82:18 89:20 90:8 138:21 160:9,18 162:4 163:1 172:17 204:14 219:18 226:17
**publications** 38:7,13 43:19,22,24 204:7
**publish** 117:12
**published** 28:14 38:11 43:21 58:23 87:9,12,16, 18,19 98:4 119:18 186:18 204:8 220:3 221:23
**Pubmed** 66:2
**pull** 12:24 16:19 35:10 50:6 52:20 56:16 60:11 84:13 89:19 116:8 126:24 136:22 184:2 196:4 204:4 220:13 231:18 234:4 238:16 241:9 242:23
**pulled** 16:24 56:18 235:25
**pure** 74:7
**purely** 79:1
**purporting** 222:15
**purpose** 6:9 26:9 28:21 61:13 76:20 123:17,19 166:21 177:13
**purposes** 61:24 62:3 84:19 111:23 121:12,21 122:4,15 123:7,10 124:6,8,10, 13,16 131:18 132:1,11,19 144:25 145:6,21 242:15
**pursuing** 63:17
**purview** 124:10
**push** 83:22
**pushing** 163:17
**put** 13:24 39:12 46:23 60:18 72:9 84:16 92:17 94:15 105:15 189:20 242:3
**putting** 33:9 51:13 171:24 172:5

**puzzled**
46:7

## Q

**qualify**
105:5 113:5
**qualitative**
159:16 160:11,24
**qualitatively**
149:8,11
**quantification**
180:11 218:4 219:9
**quantified**
221:5 225:8
**quantifies**
234:10
**quantify**
217:17 222:21 223:1 224:19 225:4 231:4 246:23 247:10
**quantifying**
29:2 217:12 227:25 237:16,22,25 238:2
**quantitative**
180:22
**quantities**
217:9 219:24
**question**
8:3,6,9,10, 11,12,14,18, 23 10:3 16:8 19:9 24:14 28:20 30:17 33:19 34:25 36:10 37:19 39:24 40:12 46:9 47:13, 15 54:25 55:16 57:23 61:22 62:5, 7,8 64:21 65:1,6 68:13 69:3,4,7,23 70:4,9,11, 13,15,17,25 71:2,7,9,14 77:22 79:16, 22 81:2 83:16,17,19, 24 87:11 92:24 94:4, 17 95:23 97:13 101:19 102:12 106:2,3 107:12 112:13,15 116:18 122:9 124:2 125:4, 7,9,24 126:1 129:7 134:3, 7,22,24 135:16 136:10 139:19 141:4,18,21, 23,24 142:5, 10,16,17 144:2,8 147:3 150:8 151:18 155:23 157:7,11 158:5 160:16,20 162:2,24,25 163:2 165:25 166:5,7,20 167:14 170:13 171:21 174:23,25 175:9 176:19 177:3,10,11 178:3 180:15 182:4,24 183:11 187:14,19 192:16 193:10,11,21 200:23 201:5 216:8,12,13 219:1,3,12 222:24 224:15 226:5 230:3,14 233:10 234:20 236:1,8 237:6,7,15 238:23 239:1,16 240:8,11,16, 25 241:1,2,7 246:12 247:6,14 248:22,23 249:11,13
**question's**
239:6
**questioning**
121:4 124:23
**questionnaire**
224:11 229:7 231:4 237:24
**questionnaires**
218:13 228:10 230:10,13 231:3,7,16, 22 232:3 238:5 247:3
**questions**
8:1 9:16 68:24 79:14 97:13 138:3 156:15 158:7 185:20 187:10 250:9
**quibble**
140:2
**quick**
125:1 130:14 245:1
**quite**
18:5 27:11 136:3 214:11 215:9
**quote**
183:13 242:19
**quoting**
239:25

## R

**radiation**
203:8,12,15
**raise**
7:12
**raised**
235:8
**ran**
103:13
**randomized**
54:3 173:6,9 175:2
**range**
89:9 99:6 102:18 140:17 168:16 181:25 194:11 197:23 220:10 225:15 242:25 243:10,11, 15,20 244:3, 4
**ranges**
243:13
**ranging**
30:3
**ranitidine**
7:1 24:3,6, 15,20 29:8, 12,15,23 30:1,7,12, 13,20,23,24

31:25 32:11 34:18 35:1, 4,5 62:12,24 63:2,6 65:3 69:8,13 70:10,17 71:2,5,10, 16,18,23,25 72:2,8,10, 12,19,21,25 73:1,3,9,12 74:3,5,6,8, 15,19 75:6, 11,15,19 77:3 78:2, 11,19 80:21 81:22 82:16 83:5 86:21 91:2 92:22 93:3,10,20 94:8,10,14, 20,25 95:9, 10,11,13,16, 19,20,24,25 96:1,3,6,19 97:11,14 98:1,5,8,12 99:15,24 100:2,7,15, 20 101:1,11, 13,15,18,20, 21,22,23,25 102:1,14,16, 21,22,25 103:4,5,6,7, 11,18,19,23 126:9 174:20,22 175:5,10,11, 18 176:1,8, 9,14,17,21, 24 177:1,6, 22 178:5 216:7,11 217:11 244:20

**ranitidine-containing** 104:1

**ranitidines** 70:22

**rapid** 246:8

**rapidly** 246:13,15

**rare** 66:5 110:12, 22 111:5 159:25

**Raspanti** 4:3

**rat** 28:10 203:18 204:6 211:23

**rate** 19:3,6,10 96:17,20 98:11,14 105:17 107:7 205:22 206:10,15,25 207:8,12,17, 18,22 210:8 212:12 215:7 248:17,20

**rates** 174:21 206:13,19,21 207:20,25 242:3

**ratio** 225:23 226:12,13,24 235:25

**ratios** 241:25 249:22

**rats** 28:18,21,25 29:4,5 165:17 179:8 180:7 186:1, 7,15,21 188:5 204:1, 13 206:22,23 207:6 208:2 211:8,19,22 212:12 213:2,12,15, 22,25 214:2, 6 215:1

**raw** 204:10,11

**reach** 33:18 191:15

**reached** 142:24 198:21 232:11

**reaches** 191:20

**reaching** 161:11

**react** 29:1

**reaction** 72:14,16 74:13 94:10, 19,20 95:8, 10,11,12,18, 24,25 96:3, 10 100:25 101:6,7 111:18

**reactions** 73:14 193:20

**read** 15:17 51:7 52:1 53:15 55:4,9,20 58:25 59:16 60:23 63:12 64:4,12 67:1,4 68:14 89:3,7,9,17 90:20 91:5, 11 92:25 93:25 94:5 96:15 98:22 102:4 118:16 119:10 127:7 128:6 129:20 138:6 141:2 155:20 164:11 184:24 188:9 197:16 205:25 207:24 208:22 225:25 235:20 236:7 240:13

**readily** 35:5

**reading** 50:19 55:6 62:18 63:1,2 65:13 66:6 69:17 76:1 98:18 117:25 118:5 121:15 125:17 157:18 186:1 208:13 242:4 244:8

**reads** 51:1,21 53:11 56:4 59:17 121:10 127:1 130:24 138:17 146:2,22 164:23 165:7,15 184:22 197:8 205:19 206:12 217:24

**real** 75:3,14,17 76:4,10,11, 15,17,19 78:9 130:14

**realize** 36:22

**realtime** 9:3 55:5 79:16

**reask** 16:8 79:22 95:23 106:2 151:18

192:16
**reason**
8:2 9:8
23:10 32:15
72:23 141:23
144:9 148:23
152:19 161:5
173:21
177:12 181:8
190:19
243:2,16
**reasonable**
32:4 69:10
103:24
121:11,21
122:3,14
123:6,12,22
124:5,8,12,
14,15 149:12
152:23 153:9
**reasoning**
178:1
**reasons**
106:19 143:5
153:19
177:21 178:9
212:21
221:18
222:14
228:19
243:12
**reboot**
237:11
**recall**
10:22,23
18:11,15
42:23 43:6,
10,14,22
44:1,4
52:14,17
53:25 62:16
64:11 79:1
80:11 82:21
87:22,25
88:3,14
90:11,12
91:22 94:22
98:9 163:6
167:23
172:17,18,24
186:21
204:13,20
212:15
213:17
229:25
230:6,11
235:6,9
238:11
243:13
244:22
**recalling**
95:4
**recapitulated**
27:20
**recapitulates**
28:11
**recapitulatin g**
28:16
**receive**
53:2
**received**
41:23 44:22
45:2 85:16
**recent**
83:2 164:6,
12,18
**recently**
119:19
**receptor**
29:16
**recess**
13:19 54:22
84:6 126:20
130:17
163:24 196:1
227:16
**recognition**
103:16
203:22
**recognize**
17:1,18,21
42:11
**recognized**
41:24 44:23
**recognizing**
208:25
**recollection**
19:22 20:4
21:23,24
24:23 25:11
27:23 29:11
31:2 32:7,19
43:8 48:2
49:23 54:9
55:13 58:14,
20 60:6
62:20,22
63:10,14,22
64:2,10,15
78:21 79:4
80:4 86:25
87:1,24
88:13,16
129:4,14,20,
21 166:25
167:4,24
172:22
177:18 202:1
205:14
211:2,4,8
212:3,11,16
213:2
219:14,18,22
223:20
233:5,23
239:8,11
**reconnect**
9:8
**reconstruct**
129:23
**record**
6:2,5 13:14,
17,22 22:10
34:3,9 36:15
54:17,19,20,
24 55:9
66:17,19
83:8,12,19
84:1,4,8
124:24
126:18,22
130:14,15,19
163:22 164:1
195:24 196:3
215:22
227:15,18
237:10 245:4
250:14
**record's**
127:22
**recorded**
6:3,4 34:3
**recording**
6:10
**recurrent**
31:5
**reduce**
151:25
152:3,8,12
153:11
**reducing**
152:21
**refer**
22:14,17
39:18 47:12
119:15 156:4
178:19
179:19
219:16
227:22
**reference**
67:12 68:2
87:6 88:7
164:21
167:17,20,21
168:4,6
172:24,25
186:14,17,18
187:8 196:16
232:4,18
233:25
239:17
240:10 241:1
243:24
**referenced**
10:12,15
52:6 68:7
87:5 122:11
137:10 162:4
163:1,2,3

221:10 239:13
**references** 10:18 66:8, 25 67:1 82:25 159:18 163:4,8 234:22 236:25 243:21
**referencing** 67:3 99:19
**referred** 27:24,25 83:1 93:8,10 103:20 106:11 148:3 149:24 157:6 160:4 167:12,23 174:3 179:23 209:2 238:10 245:22
**referring** 14:25 27:13 39:8,21,25 40:4 47:9 53:18 61:15 73:18,20 74:12 75:24 81:8,19 87:7,10,21 95:6,12,25 121:8 122:7 139:13,25 140:6 151:17 155:6,7 158:21 164:13,18 165:13 167:10 168:12 169:19 172:4 180:19 184:20 185:6,9 187:2 188:24 189:19 190:9 193:17,18 200:10 202:19 203:3,9 205:3,12,15 206:2 207:6, 10 208:16 209:3 216:16,19,21 218:15 227:20 242:9 248:8
**refers** 23:24 55:22, 25 106:5 121:24 123:11 146:15 162:1 178:18 218:3 248:8
**refine** 119:19
**reflect** 21:17 78:9
**reflected** 18:22 20:16 21:7,14 23:4 190:20
**reflects** 18:21 20:21 241:24
**reflux** 31:15
**refresh** 10:13 14:18 17:10 36:6 50:15,19 57:17 82:7 88:4 90:1 162:11 173:1 180:14 184:9 239:4 243:19
**regard** 8:14 11:16 15:12 16:12 29:8 37:15 38:7 40:16 49:2 50:2 52:16,17 60:5 109:7 121:12,21 122:4,14 123:5,6,12, 21,23 124:5, 8 132:22 134:15 145:14,15 181:13 183:16 194:23 202:15 228:16 229:17 233:11 234:21
**regarded** 131:18 132:10,17
**regarding** 36:10 39:11 53:22 75:18 87:2 93:19 98:5 121:25 131:25
**regenerate** 148:22
**region** 218:9 228:21 229:18
**regulation** 145:11,21,23
**regulations** 40:17
**regulatory** 38:23,25 39:3,8,19 40:7,13,20 82:21 91:4 112:5,11,16, 25 113:6,7 121:24 122:1 123:4,21 124:1,12,14, 16 144:20, 21,22,25 145:4,11,13, 15,20
**reiterated** 23:25
**relate** 207:11 210:25 221:13,20,24
**related** 7:3 39:19 47:20 60:3 147:25 197:18 203:14 215:11
**relates** 147:22 217:10 234:10
**relating** 40:7 121:18 207:13
**relationship** 127:3 189:21,23 201:8,17 202:2 203:3 206:8 207:12,25 208:17,21,24
**relationships** 209:4
**relative** 22:20 114:2 139:3,4 152:10 154:24 246:15
**relevant** 22:20 66:2, 3,7 69:2
**reliable** 221:19 222:1 224:12 228:17
**reliably** 135:24

**relied**
217:21
224:18
**rely**
218:19
**relying**
192:2 230:9
**remained**
205:22
**remaining**
197:14
**remains**
148:16
**remember**
43:2,11 83:9
177:3 219:1
**remote**
6:8,18,20
7:2
**remotely**
7:10
**remove**
6:12
**removed**
53:20 59:22
148:15
**removing**
149:7 159:1
**rendered**
216:5
**rendering**
190:10
**renumbered**
36:2
**repair**
108:25
143:13,17,23
144:7,9,11,
13,14
156:14,19,24
157:8 158:5,
10,16,20
159:3,9
203:23,25
**repaired**
106:14,20
107:1,11,14
108:23
148:16
158:14,15,18
**repairing**
143:18
**repairs**
156:16,17
157:2,8,12,
19 158:7,17
**repeat**
19:9 39:24
61:22 79:19
108:3 125:9
132:14
139:18
141:21
160:16 166:7
187:14
193:10
200:23 216:8
222:24
224:15 226:7
237:7
**repeatedly**
195:10
**rephrase**
8:4 9:1
112:15 134:3
**replacement**
47:18 49:24
**replicate**
77:9
**replicated**
77:5,8
**replicates**
106:15,21
107:19
108:6,14,23
148:17
**replicating**
109:13,17
**replication**
109:8
**report**
9:15 10:11,
12,16 11:7
12:9,11
22:9,15,16
35:11,20,23
36:11,18,21,
25 37:1,3
47:11 48:9
61:13,19,24
62:4 64:13,
19,24 66:25
67:14,16,18
68:1,2,7,11,
15,18,21,24
69:5,6,9,12
70:1,7 82:22
87:7 88:5,7
92:9,10
103:9 111:14
114:12 115:9
125:13,17
135:7,21
137:11 141:5
143:10
161:25
162:7,14
165:2
167:13,15,18
169:5,24
179:20
199:6,7,12
200:1,9
203:6,10
204:19
205:10 209:2
210:25
213:13
216:5,16,20,
23 217:20
219:16
220:1,4
221:9,14
222:14 223:9
224:7,22,23
225:2,18
227:10
231:11,19,24
232:10,15
235:8 238:10
239:2,7,9,
17,21 240:9,
21 242:1,5,
7,12,15,18
249:18,20
250:2,3
**reported**
51:2,22 52:4
91:3 166:25
169:11
184:15
229:21
**reporter**
5:4 7:6,9,
12,18 9:10
13:2,6,10
54:13,16
100:11
130:11 154:9
176:3 187:13
**reporting**
58:22 129:6
195:13
235:15
**reports**
22:21 62:19
63:20 82:24
235:17
**represent**
135:6
**represented**
118:24
**representing**
115:24
155:13,15
**reproducible**
169:8 181:6
222:10
**reproducibly**
222:8
**request**
6:5 16:1,12
**requested**
14:21 15:13,
16,17,18
55:9 125:22
**requests**
14:21
**require**
175:1 202:3

**required** 127:4 200:3, 20
**reread** 9:15 51:8 158:2 164:14,15
**rereading** 10:10
**research** 24:2,5,8,15, 17,19,21 27:7 38:4,7, 9 62:5,7 78:1,18 79:22 111:23 116:20 118:11 129:9 179:3 203:16 220:2 245:19,20
**researcher** 37:16,17,20, 21 38:6
**researchers** 117:11
**resemble** 139:9,14,21
**resident** 30:4
**residues** 106:10
**resistance** 166:17
**resistent** 166:4,10,12
**resolved** 74:24 78:6 83:7
**respect** 132:25 242:19
**respective** 232:13
**respond** 7:17 202:21
**responded** 134:4
**response** 109:23,25 119:25 123:18 141:24 158:6 168:2 174:15 194:11 209:4 233:15,17
**responses** 15:5 156:15
**responsibility** 42:19
**responsible** 37:25 38:2 97:24 100:5 180:25
**responsive** 15:15
**rest** 73:2,4
**restatement** 208:23
**restating** 135:8
**result** 72:11 78:15 93:20 103:22 105:25 141:15 143:13 148:13 149:15 162:18 167:2 197:14,22,25 212:13 236:14
**resulted** 95:8 109:3 207:17
**results** 59:3 66:23 80:11 92:21 93:2 96:7 102:5 116:3 150:12,16 156:6 181:18
**retained** 91:18,21
**retardant** 153:21,23
**retracted** 99:22,23
**revealed** 230:21
**reverses** 148:21
**reversing** 149:3
**review** 10:8 20:25 22:13,17,19 23:7,11,23 82:14 85:8 86:20 90:8 141:4 158:25 159:7 161:4 162:3,6,25 163:4 169:23 170:6,14 172:10 174:4 177:20 180:14 189:10 190:7 235:3
**reviewed** 9:15 10:7,19 21:3 88:6 102:15 103:10 126:4 134:9,14 169:13,20 170:17,21 172:13,19 183:16 204:13 220:9 235:7,10
**reviewing** 22:21 90:4 94:2 117:14 143:1 164:15 183:7 184:10 219:14
**revised** 55:14
**right** 6:18 7:12 12:22 14:3 16:23 18:1, 12,15 21:23 25:9,16 27:14 32:12 34:16 44:10 48:1 52:22 57:22 61:21 77:8 79:1 80:11 82:6,8 89:1 98:7 99:20 102:7 104:13 109:8 114:8 116:15,16 127:17,19 130:2 150:15 161:24 163:17 168:11 172:16 189:10 190:6,8 194:6 210:12 211:12 212:3,16 219:13 223:12 231:13 241:6 243:14 245:25 247:23 250:1
**right-hand** 53:12 138:15 185:24 186:4
**rise** 103:19 106:16,24,25 107:11,13, 20,21,23 108:7,13,16 109:5 110:2, 3 144:15 148:6,18

156:8,9 226:24
**risk**
28:13,19 29:3 43:9 45:7,13,15, 19,22,25 46:1,2,8,11 52:3 53:13, 23,24 54:2,3 55:14 56:4,9 60:21 117:19,23 118:2,13,18 119:7,12,13, 16 120:3,8 211:6 219:18 220:5 221:7, 25 222:22 223:2,16 225:4,23
**risks**
51:2,23 57:14
**rodent**
131:9,14 170:25
**rodents**
159:16 160:11,25
**role**
30:2 37:25 38:5 97:2,8
**roles**
30:6 37:20 38:5,6 40:22 41:21 118:20
**room**
11:24 13:25 79:2 80:13, 15
**root**
86:20 87:2, 11,21 90:13, 16 91:8 92:20 94:18 98:4,10
**Rosemarie**
7:25 9:3 13:23 17:3 22:6 79:12 121:2 124:22
**Rosemarie's**
47:1
**Ross**
232:5
**roster**
25:6
**roughly**
114:25 210:23 244:13
**route**
148:2 165:18 175:19 185:6,9 187:6,20
**Rudy**
242:8
**run**
70:16 173:6, 24
**running**
25:13

**S**

**safe**
113:16 115:2
**safety**
124:11,13
**sale**
40:18
**sample**
103:23 247:23
**sand**
114:2,5
**Sanofi**
91:23 92:7
**saturated**
182:11,15, 19,22 187:17,22
189:6 193:7, 15,16
**saturation**
182:25 183:8,16,18, 22 188:6,8 189:15,17
**save**
66:22,23
**savvy**
51:17
**saying**
8:17,21,22 44:9 54:12 55:12 82:5 93:23 97:12 103:3 133:16 159:15 190:1 211:23
**says**
12:13 54:6 55:13,20 94:7 99:3 103:5 121:15 130:10 132:9 146:13 149:8 159:9 165:13 167:18 185:25 186:15,19 188:11,25 197:7 206:22 207:3,19 219:19 229:6 236:3 240:24 242:19
**scale**
245:23
**scanned**
89:13
**scenario**
31:10 32:14 178:4
**Scholar**
66:4
**school**
43:4
**science**
42:2,4 48:14 245:19
**scientific**
22:17 27:1 68:6 71:12 178:2 179:13 222:12
**scientifically**
176:20 215:12,16 228:13
**scientist**
66:21 69:10 77:19 81:16 117:5 129:3 231:21 238:3
**scientists**
45:2 132:16 215:21
**screen**
6:17 15:23 35:19 50:10 57:3,7,12 137:7 157:22 249:17
**screens**
6:11
**scroll**
188:13 211:22
**search**
15:14 22:4 65:25 66:4, 6,17,19
**searches**
66:2,18,22, 23
**searching**
22:20 249:20
**Searle**
90:20
**second**
13:13 18:25 19:23 20:9, 16 57:8 83:9

86:23 115:11 129:7 138:15 164:23 168:10 196:10 207:3 231:25 235:11,12 236:22 242:17
**secondary** 155:15
**secretion** 31:18
**section** 50:25 51:4 56:3 59:9,17 138:11 155:3
**sections** 203:9
**security** 162:19
**see** 7:19 11:3,9 14:3,5,14,25 15:14 16:23 17:16 20:24 21:11 23:21 36:6 37:1 50:10 53:14, 15 55:18,20 57:24 59:9, 11 60:16 89:20,25 90:2,3,24 91:10,11 92:22,24 99:3,19 108:4 110:5 113:21,23 114:6 117:15 118:2,6,15, 16 124:24 127:6,7 130:13 132:3 155:3,4,18, 20 157:22 158:1,2 163:3 164:8, 11,21 166:22 174:7 186:1, 14 187:24 188:6,9,13, 24 196:14 205:17,23,25 209:6,7 211:2 212:6 214:17 225:24,25 227:22 231:18 235:13,18,19 236:6,7,17, 18 242:7 247:14
**seeing** 9:3,9 32:25 57:6,13 87:22 242:5
**seek** 66:10
**selected** 76:7 185:5
**selects** 77:13
**self-evident** 125:16
**self-report** 229:3
**self-reported** 228:12 230:12 231:8
**self-reporting** 218:13 232:2
**seminar** 29:19,21
**seminars** 29:7,13
**send** 23:15
**sense** 34:14 102:2 151:25 152:5,7,11, 17,24 153:1, 10 166:13
**sensitive** 91:9 204:12 213:13,14 214:2,7,9,10
**sensitivity** 176:22 203:17,18 248:14
**sentence** 93:25 94:6, 7,12,13 96:15 98:18, 20 115:11 130:23 132:9 146:2,22 149:8,14,25 150:1 164:11,13,23 165:1,7,11, 12,15,21,24 185:5 188:3, 10 200:1,5 206:1,12,19 207:2,3 208:22 217:24 231:24,25
**sentences** 68:17 155:10 189:8 206:18
**separated** 73:1,4
**separately** 14:6
**September** 84:16,24
**sequence** 105:21 108:14,24 109:4,7
**sequentially** 13:2 17:4
**served** 11:20,21 30:6 33:2,20 37:4 41:17 46:16,19 47:14
**serving** 218:12 232:1
**set** 13:4 68:9 69:25 76:25 111:6 112:6, 17 113:1 180:12 219:24 249:21
**setting** 6:12 31:4 33:9,15 34:24 69:24 76:10,22,24 83:10 111:16 113:6,8 138:25 151:24 152:17 160:3 168:24 202:12
**settings** 29:5 111:16
**seven** 197:8 211:9 212:1,9,19, 21,23 213:1 214:20
**several** 109:9 110:13 131:6 132:13 135:7 222:13
**Shank** 159:21,22 160:9,18,21 161:4 162:1, 3 163:1,5
**shared** 14:21
**shear** 88:10
**sheet** 5:7 241:10
**shipped** 76:5

**shipping**
77:16
**short**
83:23 125:23 169:12,14,17 170:2 195:17 248:12
**shortcomings**
240:20,22
**shorter**
203:23 206:4
**shorthand**
241:24
**show**
16:17 35:24 59:22 88:4 116:14 138:10 139:14 150:8 161:20 162:10 183:13 191:7 217:3
**showed**
58:14 172:19 176:25 190:3 194:20 234:12
**showing**
15:22 57:3, 21 58:21 59:5 96:20 98:14 127:17 150:10 160:9,18 163:9 224:25
**shown**
57:11 139:4 150:15 167:25 168:1 186:10 204:5
**shows**
35:23 86:7 202:1 206:8 225:21
**sic**
133:7
**side**
50:24 53:12 124:13 138:16 144:24 145:7 164:4 185:24 186:5 188:20 214:4
**significance**
186:12
**significant**
210:16 215:7 220:5 224:7 226:12,20 227:3,5 235:23 236:9,12,15
**similar**
87:13 93:23 127:5 140:17 149:9 202:1, 2 233:8,9 243:23 244:14
**similarities**
44:21 131:8, 12,14
**similarly**
35:24
**simple**
80:9 240:8
**simplified**
133:1
**simplify**
133:2
**simply**
21:9 36:11, 25 59:21 76:23 77:12 105:15 107:8 148:24 152:2 162:10 185:4 206:14,21 215:12 222:17 231:3
**single**
58:3 59:6,21 67:5 73:2,3 170:15,19 186:9,17
**sir**
224:13
**sit**
16:20 44:6 80:20 138:2 182:23
**site**
108:25 181:3 214:2,7,9 232:23
**sites**
169:8 190:25 214:13
**sitting**
11:23,24 18:11,15 21:23 25:8, 15 27:14 30:8 32:12, 20 34:19 44:4,10 48:1 52:17 62:2 78:25 80:11 82:6 98:7 99:20 102:6 104:13 114:8 129:4 130:2 158:9,22 159:10 169:22 172:16 189:10 190:6,8 194:6 203:21,24 205:13 211:11 212:3,16 219:13 230:6 235:5 243:13 245:25 249:19,25
**situations**
32:17
**six-fold**
244:3
**size**
114:1
**sizes**
218:12 229:4 231:9 232:1 240:3
**slope**
202:3
**slow**
92:21 93:2, 10
**slower**
96:20 98:14
**small**
78:21 152:9 154:24
**smaller**
63:25 155:17 191:22
**so-called**
50:1
**solely**
94:9 95:19
**solid**
96:11 101:1 146:8
**someone's**
246:24
**sort**
57:19 80:13 100:25 113:3 178:25 191:8
**sorts**
45:22 93:7 151:13 242:2
**sought**
173:25
**sound**
113:8
**source**
66:1 68:4 71:24 72:2, 7,10 83:4 204:11
**sources**
68:7 217:13

**Spalding** 4:9
**spanned** 167:5
**speak** 101:15 127:11 177:25 178:11 198:18
**speaker** 6:11
**speaking** 25:5 34:23 127:13 196:15 202:7 236:14
**speaks** 194:7 199:6
**species** 131:2,6 138:18 139:1,5,8 164:25 165:16 166:3,9 170:5 179:4, 14,17 181:4, 11,24 190:14 191:5
**specific** 26:2 32:7,19 38:16 50:1 62:20,22 63:10,14,21 64:2,9,15 68:2,4 76:25 77:23 87:23 94:22 95:4 112:9 128:14 129:4,13,19, 21 130:3 132:15 139:24 141:6 143:18 148:4,20 149:3 157:7 170:12 172:17,21,24 174:13 175:12 194:15 199:18 217:19 239:20 250:2
**specifically** 24:24 28:6 38:15 44:25 62:16 91:22 102:20 106:9 151:12 156:17 157:2,12,19 158:17 175:2 194:7 217:18 235:5
**specifics** 43:11
**specified** 81:7
**specify** 156:5 185:6 216:19
**spectrum** 89:11
**speculate** 164:22
**spend** 9:18 18:13 89:1 125:18 185:7,15
**spent** 20:3,13,15 21:13 22:9 42:20 125:14
**spilled** 43:14
**spirit** 240:24
**spoken** 156:15 158:6
**spontaneous** 207:7
**spontaneously** 106:18
**spotlight** 6:12
**spotlighted** 6:10
**stable** 100:23
**stance** 99:4 123:4 145:4
**stand** 57:8 197:3
**standard** 80:13 245:18
**standards** 164:8
**start** 17:22 74:14 100:13 177:7 200:23
**started** 17:23 85:4 249:12
**starting** 13:3
**starts** 138:16 197:1
**state** 59:14 73:16 96:11 101:1 123:2 127:1, 8 218:4
**stated** 67:13,14 118:23 165:20 169:5 174:10 236:22 237:22 242:18
**statement** 67:23 93:16 94:24 96:23 98:15 103:25 104:3 121:14 122:2,21 127:8 131:2, 3,7,10,11,20 132:4,12 135:5 138:5, 20 146:4,13 147:20 149:13,18 156:5 168:15 171:1,2 185:11 197:11 246:10
**statements** 138:1 186:13 232:9
**states** 98:10 111:12,22 112:6,17 113:1 117:17 199:23 235:12
**stating** 118:17 119:6 197:20 207:15
**statistically** 210:16 211:6 215:6 220:4 226:12,16,20 227:3,4 235:22 236:8,12,15
**stay** 145:25
**Stefani** 220:20 223:11,23 226:10 227:20 232:17,22 233:3,18
**stenographer** 250:10
**step** 187:25 194:13
**stick** 201:25

**sticking**
147:14
**stomach**
200:21
201:1,3,8,11
220:5
**stopped**
35:3
**stops**
83:10
**storage**
77:16
**stored**
76:6
**STOY**
4:2
**straightforward**
23:14 162:25
**Street**
4:4
**strike**
20:14 160:20
**strikes**
215:9
**strings**
65:25
**Strom**
42:24 43:15
**student**
129:9
**students**
41:16 42:3
**studied**
25:24 140:9
144:14
174:20
180:18
181:12 185:2
203:10 221:6
**studies**
10:18 22:21
24:24 25:12,
21 27:5,15
63:2,3
65:12,13,20,
21 66:8
75:18,25
78:22 79:8,
23 80:12
82:25 83:6
93:18 97:19
101:20,22,23
102:13,17,
20,21,24
103:4,10
129:5
138:16,17,23
139:13,20,
23,25 140:6,
10,22 141:7
160:3 163:9,
14 165:15
166:2,8,21
167:25
168:13,18
169:13,14,
20,25 170:6,
14,21,23
172:4,8,9,
10,13,18
173:2,3
175:9,14
181:7 182:13
183:7,17,19
186:20,23
187:2
190:18,20,24
191:9,12
194:18 198:3
203:14,17
204:18
208:13
218:25
220:4,10,11
221:5,11,15,
19,23 222:1,
15,16,20,25
223:25
224:5,8,10,
16,19 225:3,
16 226:2
227:6
229:16,22
230:19,20,24
231:2,12,14
232:12,16
233:3 235:7
237:2 238:4,
13,14,15
245:9,15
**study**
24:3,6
25:10,19,22
26:2,16,24
27:9,22
28:22 41:18
42:14,16
43:12,16,17,
18,20,21,23,
24 44:3,7
52:5 79:10,
25 92:19
129:10
134:12,18
137:23
140:19,23
162:1,3
163:1,5
164:6,12,18,
19,21
166:15,21,24
167:6,10
168:4 173:20
174:6,7,19
175:4,16,22,
24,25 176:7,
9,12,25
177:5,16,22,
25 178:3,6,
8,12 181:8
182:10,18
184:15
186:22 192:6
194:20
203:12,24
204:2,4,5,8,
21 206:3
207:7 208:11
209:3
217:21,23,24
218:19,20
219:4,7,8,9,
10,11,15,25
220:13,20
221:1,17,24
223:16
224:1,25
225:7,8,9
226:2,11
227:5,20
229:11,20,24
230:2,3,5,8,
9,15,17,21
231:12,20
232:17,23
233:2,9,11,
19,22 234:1,
4,9,21 235:3
236:3 238:1,
16,24 239:1,
20,22 240:9
241:8 242:8
243:22,24
244:1,2
245:7,8,9
**studying**
27:4 81:11
129:10
**Stuff**
217:23,24
219:3,4,7,
11,14,19
**subject**
15:22 16:2
195:14
221:12
225:12
**subjected**
169:9 191:6
**subjecting**
99:24
**subjects**
175:22
176:19,20
178:6 183:9
221:17 222:7
225:9 228:8
238:1
**submit**
20:2
**submitted**
16:21 19:21

22:10 37:2 86:18 88:1 92:11
**subsequent** 235:7
**subsequently** 119:13
**substance** 173:18
**substantial** 125:14,18 154:19 217:8 226:7
**substantially** 152:23 153:12 182:2 208:19
**substitute** 117:7 137:24
**substudy** 51:1,22
**successfully** 106:15,16,22 107:19 108:5,6,15
**sudden** 188:2
**suffer** 225:16 226:3 230:25
**suffered** 230:22
**suffers** 234:25 239:22
**sufficient** 69:12 105:1, 18 120:25 121:17 130:24 131:4 143:20
**sufficiently** 104:20 105:7 205:20 206:22
**suggest** 78:8 136:3,6
220:11,12
**suggested** 92:20
**suggesting** 97:19 190:2 214:22 215:6 247:6
**suggests** 201:19 208:1
**suitably** 94:8
**sum** 111:3
**summaries** 163:8
**summarized** 110:1
**summarizes** 70:1
**summary** 68:8,18 138:14 163:7 200:7,8
**Sun** 4:6
**support** 7:3,7 12:15 67:25 69:13 72:4 143:10 160:10,24
**supports** 192:6
**suppose** 152:24
**supposed** 240:6
**sure** 7:20 9:11 11:6 13:7 16:5 18:10 19:10 45:10 53:18 55:8 61:15,24 84:3 91:23 94:2,22 102:7 112:9, 14 118:6
126:13 134:19 135:8 141:20,21 157:17 158:25 168:11 179:5 184:19 193:17 216:15 220:17,19 227:14 234:15 239:6 246:25 250:10
**surprising** 206:15 207:4,11
**surrounding** 55:14 122:15
**survival** 205:21
**survive** 106:22 107:20 108:7,16 197:10
**survived** 197:9 198:15
**surviving** 197:21
**suspect** 88:25
**suspected** 159:18
**swear** 7:13
**swearing** 7:10
**Swedish** 240:5
**swine** 179:9 184:4, 17 194:20,22
**switch** 195:14 199:5
**switching** 195:16
**symptoms** 31:11,24
**syndrome** 31:17
**syndromes** 31:17
**synthesize** 111:19
**system** 38:17 144:11 237:11
**systemic** 181:15 182:6 185:14 191:25 194:25 195:2
**systems** 38:20 65:12 105:10 143:22,23 144:7,9,12, 13,14

**T**

**tab** 220:17
**table** 11:10,11,12 12:9,11 58:5,15 209:23 211:1,22,23 214:11,15 227:22,23,25 236:2,12,17, 18,21,24 237:3,9,15, 20 244:6 249:24
**tables** 209:4 228:11,24 235:25 237:23 238:5 240:4 247:3

**tablet**
97:15
**tablets**
177:15 178:6
**tabular**
241:24
249:21
**take**
6:16 23:17
36:13 51:8
52:11,22
55:10 56:15
59:23 60:25
67:22 83:13
84:1 86:24
88:24 101:23
111:13 114:4
115:18
116:3,7
121:4 125:5,
8 126:15
163:16,18
165:24
175:17
182:10
185:19
190:11
191:13
195:17,20
199:4 200:5,
16 211:20
213:3 216:3
227:12 234:3
241:8
**taken**
6:21 59:6
90:21 171:17
228:24
247:16
**takes**
145:4 171:11
201:19
**taking**
23:21 36:16
54:1 80:12
90:3 171:21,
23 172:5
174:22 212:4
**talc**
47:23 48:24
49:9 60:1,3
**talc-containing**
60:7
**talcum**
60:20
**talk**
122:17
142:12,14
183:25
192:12
**talked**
93:5
**talking**
16:6 28:24
34:25 64:14
77:11 87:17
93:7 94:3
118:4
141:19,20
142:11
151:16
153:16,17
157:20
170:2,22
181:3 185:17
186:22
188:22
192:11,17
195:4 199:18
200:12
201:20
202:19
216:17,18
217:7 227:21
231:13
239:23
246:20
**talks**
147:20
**Tannebaum**
243:22 244:5
245:8
**targeted**
33:19
**tasks**
23:20
**TD05**
204:12,20,22
**teach**
41:15
**teaching**
38:6
**tech**
4:8 13:12
17:5 51:12
53:7 84:13
137:5 186:3
188:18
250:11
**technician**
7:2
**teleconference**
23:4,12 85:9
**teleconferencing**
23:8
**tell**
10:17 11:4
17:1,6 18:17
25:4,7,15
26:5 27:3,4
32:12 33:4
44:5,9 47:3
64:4,7 71:19
86:15 130:5
159:11
169:22
211:13
249:19,25
**telling**
8:8 18:3
46:14
**temperature**
75:4,19,25
77:7,23
79:2,9,23
80:7,8,13,
16,22 81:5,
7,9,10,12,
14,15,16
82:1,10,11,
13,16 97:20
**temperatures**
75:8 78:3,8,
10,23 79:5
97:21 99:17,
24
**ten**
33:6,8,21
34:8,22 35:7
114:3,4
163:20
195:22
198:14 199:1
**tend**
140:16
**tens**
27:3
**term**
23:24 39:4
45:13,15,23
46:1,9 69:23
72:24 73:6,
8,10 74:23
81:15 93:9,
12,19,20
102:2 106:5
113:8 120:1
139:3
146:15,17
166:18
169:18
178:17,19,23
182:14,24
183:2,4,5
192:9,10
193:19
246:15
**terminology**
48:16 70:5
**terms**
63:24 65:24
66:17,19
74:1 81:4
154:21
237:16 247:1
**tertile**
235:12

**test**
69:21 70:8, 21 76:14,16 77:13 78:14 102:8 103:5, 11,13 127:4 176:16

**tested**
69:25 102:3, 24 232:13

**testified**
47:7,17,18, 20,22,23,24 48:3 52:3 59:25 60:9 70:20,25 93:24 96:25 135:21 165:2 191:23

**testify**
47:11

**testifying**
47:2,15

**testimony**
5:2 7:13 11:8 16:10 22:23 37:10 48:7 133:1,3 134:10,17 155:8 187:11,16 222:2 223:8 227:9 240:21

**testing**
76:3,18 77:14 87:14 102:9,10

**tests**
103:15 227:1

**text**
157:15,18

**textbook**
67:22

**Thank**
47:16 51:15 56:14 89:23 90:6 92:18 188:21 250:8

**Thanks**
245:5

**theory**
126:10 176:13

**therapy**
47:18 49:24 50:25 51:21 175:11

**thing**
8:19 43:4 54:11 64:11 81:5 99:7 111:9 124:14,15 128:10 130:8 135:17,19 142:8 167:6 173:22 248:16

**things**
10:10,12,15, 23 11:9 15:18 21:8 23:18 31:15, 16,19 32:18 38:15 39:18, 19 41:3,8,18 62:21 69:1, 16 71:20 75:2 82:20 87:16 88:17, 18,21 89:9, 10,15 92:16 93:8 102:3,4 111:9 142:10,14 144:8 151:14 153:20 187:4 191:7 229:4 230:24 242:10 245:16 249:22 250:7

**think**
8:8,17,24 10:4,9 13:4 32:4 44:6 46:2 47:1 68:22 70:13 72:3 73:18, 20 74:11,24 77:11 81:18 93:5,7,9,17, 22 95:20 97:14 98:1 100:3,21 101:4 103:24 104:20 105:24 108:5 111:14 112:19 113:5,9 114:6 122:24 123:12,22 124:15 128:18 131:25 132:25 134:2 136:3 145:19 149:12 151:21 152:16 156:3 166:6 167:12 171:20 172:4 173:14 174:5,11 175:4 176:4 177:21 181:17 182:7 187:24 195:4 196:23 198:23 199:17 201:9 207:19 208:13 212:6,20,25 217:18 218:23 220:7 222:4 232:14 236:13 245:12 246:4 248:4 249:9

**third**
19:24 121:8 188:24 235:12 236:2,3 242:19

**Thorgeirsson**
167:11 168:4 196:5 197:17

**thorough**
216:14 240:15

**thought**
18:18 51:15 66:7,9 79:14 102:6,7 129:23 250:4

**thousands**
25:3 27:3 141:1

**three**
25:14 84:10 86:16 98:23 99:2 179:24, 25 190:20 213:5,6,7 215:15 242:12,17 243:13

**threshold**
113:14 141:10,14 142:1,6,18, 20 143:6 144:19 145:6,9,16 194:15 208:9

**thresholds**
113:4 142:11,13 143:12,24 144:10,16

**Thursday**
6:22

**thyroid**
192:13,14,17

**tied**
119:17 120:10,12 135:20

**time**

6:23 7:6 9:18 13:18, 22 18:21 19:1 20:3,22 21:6,8,17, 18,24 22:9 23:16,22 25:15 29:25 30:2,15,18 31:3,13,19 32:10 33:2, 4,20 34:16, 20 36:14,16 41:1 52:2 54:21,24 59:1 77:24 78:11,24 79:7 84:5,8 88:24 89:1 101:4,5 103:14 104:21 106:19 107:5,7 108:12 110:11 111:2,7 123:2 125:14,19 126:19,22 128:14 129:24 130:16,19 132:8 142:15 148:24 153:6 163:23 164:1 167:2 169:11,13, 21,25 170:6 178:12 184:12 185:7,15,19 188:2 189:10 190:7 192:1 193:9 195:25 196:3 198:24 212:4 215:22 218:8,21 227:13,15,18 229:1 245:1 246:24 247:4 249:4 250:14

**times**
30:12 47:8 132:14 133:15 135:4,8 190:4 209:20 238:8 240:16 241:5

**timing**
10:3 71:21 181:19 249:5

**tissue**
171:3,6,10, 12,15,18,24 172:1,14 203:18 204:13 213:14

**tissues**
131:9,14 168:17,19

**title**
57:21,24 58:7 89:12

**Tobey**
9:3,6,11 10:1 11:16 13:23 17:3, 11,13 21:20 22:6 26:18 28:8,23 33:24 35:13 40:2 41:25 44:14 45:9, 21 46:4,6,23 48:22 49:19 51:25 55:6, 10 56:6 57:5,13 58:19 60:22 63:18 65:23 71:6 72:22 74:4 75:22 77:10 78:4 79:12 80:24 82:2 83:12, 18 84:3 89:4 92:8 93:4 95:2 96:24 98:16 100:17 102:23 107:15 108:1 109:15 111:25 112:8,19 113:20,22 114:9 115:7, 24 119:9 120:6,16 121:2 122:6 123:15,25 124:22 125:6,22 126:1,12,14, 17 127:24 128:5 130:13 132:24 133:8,14,17 134:16 135:3,14 140:1 141:17 142:19 144:5 145:18 146:6 150:21 151:8 152:14 154:4 156:2 157:10,14 158:1 160:14 161:2 162:5, 17 163:18,20 164:10 165:22 166:11 168:21 173:16 174:9 175:7 176:4, 11 177:9,24 180:10 182:12,20 183:1,10,20 189:18 193:8 195:3,16 197:19 198:11 200:6 203:20 208:12 212:24 215:18 216:1 217:15,22 219:5 220:8 221:2 222:3 223:6 227:8 228:18 231:5 232:21 233:13,20 237:12 238:7 239:19 240:12 241:4,7 245:1,5 246:14 248:19 249:4,9,14 250:9

**today**
6:22 8:1 9:14,19 10:20,25 11:23 16:4, 10 27:15 30:8 32:20 34:19 44:4,6 52:18 62:2 80:20 129:4 156:15 158:7,9,22 159:10 165:3 182:23 203:21,24 205:5,13 230:6 235:5

**today's**
12:13 27:1

**told**
46:8 62:14, 18,20,21 63:7,12,15, 16,22 64:2, 10,11,15 65:1 110:19, 20,22 183:21 247:2

**top** 20:6 44:1 128:4,7,10 150:5 159:14 185:23 200:8 226:25
**topic** 43:6 199:5 200:8
**topics** 65:14 195:17
**topology** 182:7
**total** 20:13,15 85:13 86:11, 17 213:3,4 216:18
**totality** 134:8,11,14
**toxic** 197:14,22,25 198:5,7,8,13
**toxicity** 191:9 197:18
**toxicological** 146:18
**toxicologist** 44:18
**toxicology** 44:13,17,20, 23,25
**track** 21:6
**tract** 191:20
**trained** 45:2 224:11
**training** 29:11 65:17
**transcribed** 158:3
**transcript** 157:24 240:13
**transform** 71:5,11 200:3,20
**transforms** 71:10
**treat** 30:20 32:2, 21 144:18 145:5
**treated** 32:7 167:7 171:6,9,16 172:15 190:24 206:23 209:5 210:7
**treating** 32:22 33:1, 3,5,7,15,20 34:1,4,13 172:6
**treatment** 111:16 167:1 171:3 206:14,21 207:8,16,23 209:8,11,15, 16,19,20,24 210:3,9,10 211:25 212:1,19,21, 22 213:1,4, 5,7 214:18, 19,20 215:1
**tremendous** 36:13
**trend** 236:5
**trial** 17:5 42:20, 22 51:12 53:25 54:1,4 55:15 59:4 68:25 173:8, 10,24 174:12,14,16 175:2,21 186:3
**trials** 41:1 173:7, 17 232:13
**trillion** 115:1,4,5, 13,18,22 116:4
**true** 51:24 143:22 161:7 171:9, 17 178:15 207:1
**truth** 7:14,15
**try** 23:17,22 27:16 81:23 82:5 134:3, 21 170:12
**trying** 8:16 36:17 48:13 76:23 77:12 80:6, 9,25 81:4 103:2 108:4 120:13 157:25 173:3 188:7 214:4 235:24
**tumor** 38:3 165:8, 14 168:1 169:6,11,14, 21 170:7 196:5 199:14 202:8 214:12
**tumorigenesis** 181:4 212:14 215:7
**tumors** 25:21,22 26:13,24,25 29:5 138:17 140:17 146:23 165:16 167:20 168:16,19,23 169:1,3 181:7 191:1 206:24 207:23 213:3,5,16, 19,22
**turning** 74:3,6,10,11 150:4
**twice** 240:14
**two** 10:5,6 15:23 16:13,16 17:20 18:11 20:2,5 21:12,14 22:1 23:7 25:14 28:14 75:5,13 79:14,20 97:1,7,10 99:4 107:20 108:7,15 110:17 111:7,8 142:9 147:13 150:6,8,17 155:10 158:11 161:9 162:17 184:18 185:1 186:12 189:7 197:6 202:23,24 203:1 204:7, 9 205:21 206:18 210:3 212:10 213:4,6,7 215:3,4,10, 15 218:23 242:16,23 243:1,3,12, 17 247:11 249:8
**type** 23:3 78:12 108:23 109:3 135:23

142:23
150:23
157:2,3
173:25
224:24
225:18
228:12
231:20
245:10
**types**
46:5 70:3
102:18
108:22
143:18 144:9
155:21,24
156:20
175:13
190:18
200:13
213:12,24
218:11
224:20
231:25
232:15
242:13,16
**typical**
31:7 111:4
**typically**
31:1,3 39:16
70:13 110:6
119:16 157:5
179:17
199:13
245:22

## U

**ulcer**
31:4,6,8
**ultimately**
105:25 109:3
135:20
**umbrella**
23:24 93:9,
20 102:2
**unambiguous**
8:19
**uncertainly**
73:16
**unclear**
98:2 134:20
**uncommon**
25:25 26:23
**uncommonly**
33:10
**undergoing**
101:5,6
111:1
**underneath**
236:5
**understand**
8:2,9,10,11,
18,22,24
15:21 27:16
29:21 39:3,
12 72:25
81:7 83:4
90:17 101:7
109:16,23
120:8
125:15,19
165:12 183:3
188:7,16
222:2 238:2
247:1,5
**understanding**
15:21 40:17,
23 57:10
68:12 72:20
73:5 74:18
75:16 83:6
91:24,25
96:4 103:14,
15 104:22
111:14,20
112:1,3
124:6 129:17
158:11,24
159:6 166:17
200:15
209:22
233:14
244:24
**understood**
8:7 129:24
**undertook**
91:8
**undoubtedly**
29:13
**unexpected**
100:25
101:5,6
**unit**
248:7
**United**
111:12,22
112:5,16,25
117:17
199:23
**University**
32:24 33:16
38:12 40:22
42:6 43:1
**unknown**
75:3
**unreliable**
222:17 231:3
238:6
**unrepaired**
106:21
107:18
108:5,12
109:4 148:18
**uploaded**
238:24
**upper**
6:18 31:9
50:24 55:23
**upset**
250:11
**urinary**
242:21,24
243:7,16
**Urquhart**
90:21
**Uruguay**
223:18
232:24 233:7
**usual**
66:14
**UTC**
6:23 13:18,
22 54:21,24
84:5,8
126:19,22
130:16,19
163:23 164:1
195:25 196:3
227:15,18
250:14

## V

**vaccines**
47:21
**vague**
99:10 125:7
149:21
**validated**
229:7
**valsartan**
47:22 49:11,
12 61:3,10,
11 235:8
239:15
**value**
236:5 244:2
**values**
189:25
236:22
237:17 240:3
242:22 243:9
244:14,16,24
249:2,14,18
**variability**
104:4
**variable**
78:17 79:9,
24
**variables**
75:13 76:21
218:9
**variation**
180:23
**varied**
242:21
**varies**
228:21,22,23

**variety**
69:2 143:5,9 165:4 199:7 218:2
**various**
21:3 41:21 61:10 179:4 217:2 221:25 225:4 229:16 250:6
**vary**
67:10 80:8 81:8 103:23 104:2 195:8 218:12 232:1
**varying**
45:22 80:14 81:17
**vast**
107:9 140:12
**Vecchia**
220:13
**Vermeer**
243:24 244:1 245:8
**version**
241:16
**versus**
47:4 161:17 179:9 201:17 211:19 214:13 215:8
**vicinity**
9:21 35:4 211:9
**video**
6:10,11,14, 16 7:2
**video's**
130:12
**video-recorded**
6:20
**VIDEOGRAPHER**
4:7 6:1 13:17,21 14:7,17 17:7 35:12,14 36:5 53:3 54:20,23 56:19 57:8, 16 60:13 84:4,7,18 89:21 116:9 126:18,21 130:15,18 136:23 137:2 163:22,25 184:5 195:24 196:2,7 215:24 216:2 220:14,22 227:14,17 234:5,18 238:17 241:11 245:3 249:7 250:13
**view**
6:11,17 214:23 215:16
**views**
99:2
**virtually**
13:24 140:11
**virus**
202:11,12
**visibly**
212:7
**visual**
90:11
**visually**
215:8
**vitro**
65:11 101:23 102:14,16, 21,22,24 103:3,10,13 105:8 170:23,25 172:10,23
**vivo**
102:16 160:8 186:19 246:9 247:15
**vivos**
187:2
**volume**
56:24 57:22, 25 58:10,13 248:7
**volumes**
57:15 121:16 122:8

**W**

**waiting**
84:25 116:14 238:22
**want**
6:15 54:16 55:10 88:25 98:3 101:7 121:3 122:22 126:14 130:6,13 158:1 162:20 163:16,18 168:11 172:3 178:5 192:20 195:16,22 199:5 205:16 213:22 214:8 240:18 246:25
**wanted**
7:20 13:6 83:20 115:16
**warning**
39:11 50:23, 25 51:20,21 52:5 53:19, 21 54:5
**warnings**
53:10 56:3, 7,13 60:19
**wastewater**
111:16
**water**
208:4 211:18,19 244:19
**way**
8:11,15 23:13 28:20 44:9 71:7 73:10 76:11 81:13 88:12 102:12 103:19 115:22 147:11 153:2 154:19,20 159:11 166:20 169:24 172:24 188:16,25 189:20 191:5 193:21 214:23 215:6,15 222:4 225:12 238:1 246:12 247:1,15 248:23
**ways**
23:7 158:19 220:1 247:11
**wealth**
136:5
**weeks**
170:3,7,9,11 197:6
**weighs**
114:5 175:1
**weight**
65:7 114:12, 14,16 115:11 143:2 159:8 164:23 190:17 224:3 238:13
**weighting**
65:15
**went**
31:19 142:12 242:15

**WHI**
51:1,22 52:5
**Whose's**
51:11
**wide**
69:2 99:6 168:16 220:10
**widely**
103:24 140:10 153:19 218:12 232:1 238:10 242:21
**wider**
242:25
**window**
14:13 130:9
**witness**
6:10,12,15 7:8,11,16 17:9,12,16 35:16 36:7 51:9,11,15 53:6 55:8 83:13,17,21, 23 124:24 125:1,22 126:16 137:8 163:19 184:8 195:19,23 196:9 220:17
**witness's**
6:16
**witness-only**
6:9
**women**
27:17 203:11
**wondering**
134:13
**word**
29:21 34:14 67:5 69:19 70:6,14 71:11 79:14 89:10 104:2 108:2 119:16 120:8,11 128:25 129:1 147:4 162:15 166:12 187:15 192:8
**words**
52:1 53:15 56:1,12 59:16 60:23 79:20 91:5, 11 92:25 98:17,22,24 109:9 118:16,22 119:10 127:7 128:6 147:4 155:20 205:25 225:25 247:10
**work**
16:14,15 17:22,23 18:3 19:7, 11,14 20:10, 18 23:6,15 37:17,22,23, 24 38:2,10 45:3,20 62:6 71:4 85:3, 11,17,20,23 86:4,7 91:12 154:20
**working**
7:21 9:25 13:15 20:3 117:16,18,21 118:25 119:10 131:22,24 132:6,16 168:14
**works**
23:14 84:17
**world**
26:12 27:1,4 75:3,14,17 76:4,10,11, 15,17,19 77:2,5 78:9 117:5,11 136:25 137:18 146:4 149:18 155:5,11 159:14 164:5 168:19
**worth**
23:16
**write**
33:13 67:22 170:23 185:11 242:6
**writes**
130:8 131:7 155:11 164:5
**writing**
22:16 61:13, 24 62:4
**written**
32:18 56:12 69:4 115:10 127:10 167:22 197:20 221:18 226:15,18 227:2
**wrong**
56:18 222:8
**wrote**
68:1,17 69:6 88:5 98:23 200:1

**Y**

**Yagasaki**
203:13
**yeah**
11:6 13:12 14:15 17:16 26:6 32:13 54:18 55:6, 12 65:4 67:14 83:25 92:12 112:1 179:25 188:16
**year**
18:13
**years**
25:14 27:11 29:11 31:2 33:6,8,22 34:8,21,22 35:8 52:5 53:22 83:2 111:4 128:21 130:4 167:5, 25 198:14 199:1,3 205:21
**yellow**
188:11,23
**yesterday**
9:24 10:4
**yield**
72:15 102:2 148:12
**yielded**
103:2 244:10
**younger**
128:22

**Z**

**Zantac**
6:25 8:2
**Zeng**
99:22
**zero**
153:12 215:4,5,14
**Zollinger-ellison**
31:17
**Zoom**
12:6 57:6