# EXHIBIT

# 31

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MDL NO. 2924 20-MD-2924

In Re: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

---

REMOTE VIDEOTAPED
DEPOSITION UNDER ORAL EXAMINATION OF:
ANDREW WHITEHEAD
July 14, 2021

REPORTED BY: JENNIFER L. WIELAGE, CCR, RPR, CRR

JOB # 360858

TRANSCRIPT of the videotaped deposition of the above-named witness, called for Oral Examination in the above-entitled matter, said deposition being taken pursuant to Federal Court Rules, by and before JENNIFER WIELAGE, Certified Realtime Reporter, License No. XI01916, on Wednesday, July 14, 2021, commencing at 9:30 UTC.



A P P E A R A N C E S:

HAUSFELD
1 Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0600
BY: STEVEN ROTMAN, ESQ.
srotman@hausfeld.com
BY: COLLEEN RYF, ESQ.
cryf@hausfeld.com
BY: RAMON RODRIGUEZ, JR.
rrodriguez@hausfeld.com
Attorneys for Plaintiff

KING & SPALDING
2 Foursquare tips
1180 Peachtree Street NE
Ste 1600
Atlanta, Georgia 30309
(404) 572-4600
BY: MICHA NANDARAJ GALLO, ESQ.
Attorneys for Boehringer Ingelheim

MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
BY: CARMEN S. SCOTT, ESQ.
cscott@motleyrice.com
Attorneys for Plaintiffs

SHOOK, HARDY & BACON
1325 Avenue Of The Americas
28th Floor
New York, New York 10019
BY: KIMBERLY PENNER, ESQ.
kpenner@shb.com
BY: THOMAS J. SHEEHAN, ESQ.
tjsheehan@shb.com
Attorneys for GSK



A P P E A R A N C E S:

DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
(215) 994-4000
BY: CAROLINE POWER, ESQ.
caroline.power@dechert.com
Attorneys for GSK

DECHERT, LLP
160 Queen Victoria Street
London, UK EC4V 4QQ
BY: JULIE WITHAM, ESQ.
julie.witham@dechert.com
Attorneys for GSK

ANAPOL WEISS
130 N 18th Street
Suite 1600
Philadelphia, Pennsylvania 19103
(215) 383-2741
BY: CATELYN MCDONOUGH, ESQ.
cmcdonough@anapolweiss.com
Attorneys for Plaintiff

ARNOLD & PORTER
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
BY: ANGELIQUE A. CILIBERTI, ESQ.
angelique.ciliberti@arnoldporter.com
BY: COLTON LACY
colton.lacy@arnoldporter.com
Attorneys for Sanofi

BEASLEY ALLEN LAW FIRM
301 St Louis Street
Mobile, Alabama 36602
BY: FRANK WOODSON, ESQ.
frank.woodscon@beasleyallen.com
Attorneys for the Plaintiffs

ALSO PRESENT - GREG CASSIN, VIDEOGRAPHER, JOHN SCHMITZER, Tech Support, JOHN O'TUEL, ESQ. (GSK)



I N D E X

W I T N E S S


Testimony of:

| | PAGE NO. |
|---|---|
| ANDREW WHITEHEAD | |
| EXAMINATION BY MR. ROTMAN | 11 |
| EXAMINATION BY MR. SHEEHAN: | 271 |
| EXAMINATION BY MR. ROTMAN: | 278 |


E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 3495 | Notice | 9 |
| Exhibit 3496 | Curriculum Vitae | 9 |
| Exhibit 3497 | Response to Swissmedic Concerning Reporting Obligations, Request For Results on NDMA Testing & Mechanism of NDMA Formation | 33 |
| Exhibit 3498 | Message | 46 |
| Exhibit 3499 | Email, September 18, 2019 | 51 |
| Exhibit 3500 | Email, September 18, 2019 | 53 |
| Exhibit 3502 | Conversation with Andrew Whitehead | 68 |
| Exhibit 3503 | Email from Mike Urquhart | 70 |
| Exhibit 3504 | Ranitidine Brainstorm | 78 |

| | | |
|---|---|---|
| Exhibit 3505 | Email to Mike Urquhart, Sebastian DeBarge and Andrew Searle | 106 |
| Exhibit 3506 | Email, December 13, 2019 | 109 |
| Exhibit 3507 | Email, December 20, 2019 | 112 |
| Exhibit 3508 | Email, January 6, 2020 | 123 |
| Exhibit 3509 | Tanner Study | 130 |
| Exhibit 3510 | Email, January 7, 2020 | 150 |
| Exhibit 3511 | Email, January 7, 2020 | 154 |
| Exhibit 3512 | Email, January 7, 2020 | 157 |
| Exhibit 3513 | Scheme | 161 |
| Exhibit 3514 | Conversation, January 9, 2019 | 163 |
| Exhibit 3515 | Slide | 164 |
| Exhibit 3516 | Slide | 168 |
| Exhibit 3517 | Slide | 168 |
| Exhibit 3518 | Ranitidine RCA Update | 175 |
| Exhibit 3519 | Communication with Andrew Whitehead | 183 |
| Exhibit 3520 | Communication, 2/10/20 | 192 |
| Exhibit 3521 | Lab Notebook No. 1237 | 196 |
| Exhibit 3522 | Conversation | 209 |
| Exhibit 3524 | Cover Memo | 214 |
| Exhibit 3525 | Slide | 214 |
| Exhibit 3526 | Ranitidine Summary Report, Root Cause Investigation Into the Formation of NDMA In Ranitidine Containing Products | 215 |



| | | |
|---|---|---|
| Exhibit 3527 | Email, October 29, 2020 | 234 |
| Exhibit 3528 | Broom Study | 245 |
| Exhibit 3529 | European Medicines Agency Assessment Report | 249 |
| Exhibit 3530 | Abe Paper | 260 |
| Exhibit 3531 | De Flora Paper | 265 |

PREVIOUSLY MARKED EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 3501 | Email September 19, 2019 | 59 |



DEPOSITION SUPPORT INDEX

DIRECTION TO WITNESS NOT TO ANSWER

| Page | Line |
|---|---|
| 148 | 20 |
| 149 | 6 |
| 237 | 10 |
| 239 | 3 |
| 239 | 23 |

REQUEST FOR PRODUCTION OF DOCUMENTS

| Page | Line |
|---|---|
| 88 | 25 |
| 90 | 5 |
| 97 | 18 |
| 214 | 4 |

STIPULATIONS

Page Line

QUESTION MARKED

Page Line



(Exhibit 3495, Notice, was marked for Identification by the court reporter.)

(Exhibit 3496, Curriculum Vitae, was marked for Identification by the court reporter.)

THE VIDEOGRAPHER: We are now on the record. Participants should be aware that this proceeding is being recorded and as such, all conversations will be recorded unless there is a request and agreement to go off the record. Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface. For the purpose of creating a witness-only video recording, the witness is being spotlighted or locked on all video screens while on speaker view. We ask that the witness not remove the spotlight setting during the deposition as it may cause other participants to appear on the final video rather than just the witness. For anyone that doesn't want the witness's video to take up a large part of your screen you might hit the interest fares. This is the remote deposition of Andrew Whitehead being taken for the counsel for the plaintiff. Today is July 14, 2021. The time is now 9:44 UTC. We are

Page 10

here in the matter of In Re: Zantac Ranitidine Products Liability Litigation.

My name is Greg Cassin, remote video technician on behalf of U.S. Legal Support. I'm not related to any party in this action, nor am I financially interested in the outcome.

At this time, will the reporter, Jennifer Wielage on behalf of U.S. Legal Support please enter the statement for remote proceedings into the record.

THE COURT REPORTER: The attorneys. participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath administered in person, the witness will verbally declare his testimony in this matter is under penalty of perjury. The parties and their counsel consent to this arrangement and waive any objection to this manner of reporting. Please indicate only if there are any objections. Hearing none, I will now swear in the witness.

(Reporter swears the witness.)

Page 11

PROFESSOR ANDREW WHITEHEAD, 12 Castle Farm, Monkstown, County Cork, Ireland TX3C, having been duly sworn according to law, testifies as follows:

EXAMINATION BY MR. ROTMAN:

Q. Good morning. Could you state your name, please?

A. Yeah, my name is Andrew Whitehead.

Q. Mr. Whitehead, my name is Steve Rotman. I'll be asking you questions today in this deposition.

I'd like to just go over a few preliminary matters, just ground rules so that we're on the same page for going forward.

My questions will be -- and your answers are going to be recorded and -- both by video and by a stenographer. It's important that only one of us speak at a time. I need to finish my question before you start your answer and you need to finish your answer before I ask another question.

So in order to do that, please let me know if I'm cutting you off. And we just need to be careful, one person speak at a time so that the court reporter can get the full question, the full answer.

Do you understand that?

A. I do.

Page 12

Q. Also, it's important that when you answer a question, you answer it with words, not with a head nod so that there's actually a verbal answer, yes or no, for example. Also, if I ask you a question that you can answer yes or no, please answer it yes or no. If you can't answer it yes or no, let me know that you can't answer it yes or no and perhaps I'll ask it a different way.

A. Fine.

Q. During the deposition, we're going to be taking breaks periodically, five or ten minutes every hour approximately, but if anybody needs a break before or in between, please speak up.

Mr. Whitehead, if you have any questions about my questions, if you don't understand my questions, would you please let me know?

A. I will.

Q. That way, if you're answering a question, I can assume you understood the question, okay?

A. Yeah, that's fine.

Q. Have you ever been deposed before?

A. No.

Q. Not as a fact witness or an expert witness?

Page 13

A. No.

Q. Where are you today?

A. I am in Monkstown, County Cork Island.

Q. Are you at your home?

A. I am.

Q. Is there anybody else in the room with you?

A. Nobody else apart from my dog.

Q. And other than the computer that you're using for this Zoom video, do you have any other electronic devices with you?

A. Yeah, there's a mobile phone that I'm hotspotting off to get to speak to you.

Q. My request is that you do not communicate using that phone during this deposition.

A. Yes, that's fine.

Q. Is that acceptable?

A. Yes.

Q. Have you done anything to prepare for this deposition?

A. Yes. I've had some discussions with Tom and Kimberly three or four times. I have read a couple of documents, an RCA document and a communication that GSK made to the EMA around

ranitidine.
Q. You identified a RCA document.
Does that stand for root cause analysis?
A. Yes, it does, yeah.
Q. And you mentioned an EMA document.
Were there other documents or were those the only two?
A. That I've read before the meeting, that's correct, yeah.
Q. Those are the only two documents that you've read before -- to prepare for this deposition?
A. That's correct, yeah.
Q. Now, you mentioned Tom and Kimberly.
Do you know their names -- their full names? Is it Tom Sheehan and Kimberly Penner?
A. That's correct.
Q. And have you met with them in person?
A. No, just on Teams.
Q. Teams is a video platform like Zoom?
A. Yeah.
Q. And when was the first time you meet with them on Teams?
A. Probably four or five weeks ago. I can't remember the exact date.



Q. And how many times did you meet with them?
A. We have met four or five times.
Q. And how long was the first meeting?
A. It was two-, stroke, three-hour briefing.
Q. A briefing that they provided to you?
A. That's correct, yeah.
Q. And the second meeting, how long did that last?
A. Similar period of time.
Q. And the third?
A. Similar period of time.
Q. And the fourth?
A. A similar period, yeah.
Q. And then the last, you said the fifth was the last, five times.
When was that?
A. That was yesterday.
Q. And how long did that meeting go?
A. That's 2 till 4 o'clock, two hours.
Q. Two hours?
A. Yeah.
Q. And have you met with them this morning?



A. No.
Q. Do you know, are those attorneys for GSK?
A. Yes, I believe so.
Q. Is that your employer, GSK?
A. It is, yeah.
Q. Is that how you refer to them? As GSK?
A. Yeah, GSK, yeah.
Q. Are you personally paying for these attorneys to represent you?
A. No.
Q. Do you know if they've been paid by GSK?
A. I would have thought so.
Q. How much time did you spend, other than in the meetings with the attorneys that you've just described, getting ready for this deposition?
A. Not a huge amount of time actually.
Q. Can you tell me a little more specifically how much time you spent?
A. I would say three hours on Friday, reading a document and similarly on Monday, yeah.
Q. About three hours on each of those two days?



A. That's correct, yeah.
Q. And how did you locate the documents that you reviewed?
Did you select them for yourself?
A. They were previously sent to me just for my own awareness a while back, ages ago.
Q. Who sent them to you?
A. A gentleman called Andrew Searle.
Q. Have you spoken to Andrew Searle in the last month?
A. I have, yes, on a regular basis.
Q. Have you spoken to Andrew Searle in the last month about his deposition?
A. No. We're not allowed to.
Q. Have you read the transcript of his deposition?
A. No.
Q. Let's mark as the first exhibit -- we've already marked as the first exhibit the deposition notice and that's Exhibit 3495.
Can you put that up, please? Is it Greg that's going to put it up or John?
MR. SCHMITZER: John.
MR. ROTMAN: John, thanks.

BY MR. ROTMAN:
Q. Mr. Whitehead, do you see there's a document called Notice to Take Videotaped Deposition of Andrew Whitehead?
A. Yes.
Q. Have you seen that before?
A. I saw it yesterday.
Q. And you understand that it's requesting that certain documents be provided to us in advance of the deposition, correct?
A. Yes.
Q. Did you read through it when you received it?
A. I read the first page and the second page but not the rest of the document.
Q. Did you take any steps to inquire about documents being requested, that they be produced?
A. No.
MR. SHEEHAN: Just for the record, Steve, obviously, we responded with objections and provided his -- his file and documents in response to the Notice.
BY MR. ROTMAN:
Q. Mr. Whitehead, you did not take any



steps to oversee the production of documents to us pursuant to this Notice of Deposition, correct?
A. No, correct.
Q. Let's put that down, please.
Mr. Whitehead, I'd like to understand something about your -- the nature of your work for GSK and I received this morning for the first time your CV.
Can you make that the next exhibit, please? And that should be Exhibit No. 3544.
Can you put that up, John?
MR. SCHMITZER: 3544?
MR. ROTMAN: 3496, I'm sorry.
BY MR. ROTMAN:
Q. Mr. Whitehead, did you prepare this CV?
A. I did, yes, yeah.
Q. And when did you prepare it?
A. It was prepared six weeks ago for a potential job that I was applying for and it has been refreshed a number of times throughout my career, so it's a rolling document.
Q. So the last time you changed it was six weeks ago?
A. The last time it was changed -- it was changed yesterday actually. I -- I did insert



this thing around where it says Adjunct Professor, as it didn't read that well. So it was changed yesterday.
Q. And prior to that, it was --
A. Six weeks -- six weeks ago.
Q. Okay. And --
A. Around six weeks ago. I don't remember the exact date when I -- when I submitted it.
Q. Do you have earlier versions of your CV, the ones over the past year or two?
A. No. This is just the version that I update on a needs basis. I don't save a -- a new copy. I just update this version.
Q. So there's no copies of your CV from before six weeks ago -- six weeks ago?
A. I'm sure there must be around, but I just tend to use the same CV, which is here, yeah.
Q. When you say they "must be around," where would you look for a copy that existed prior to six weeks ago?
A. Well, it's this -- it's this document here. This is my --
Q. The document prior to six weeks ago, I'm looking for what that looked like.



A. It didn't have the current key activities on because I hadn't updated it. It had my old role on there. So it looked like -- where it says career 2016 to 2021 --
Q. Yeah.
A. It looked like that. So now I've added what I'm currently doing in my -- at 2021 onwards.
Q. Understood. I'm just asking about where we can find a copy of what it looked like prior to the change six weeks ago?
A. I'm not sure. It's just on my -- on my C drive.
Q. When did you become nitrosamine chemistry director?
A. I became nitrosamine chemistry director on the 1st of January, this year.
Q. January 1st, 2021?
A. Yes, that's correct.
That's when my -- my role was formalized. So it's, basically, working on nitrosamines, and I was then secunded into our quality organization to work on this full time and they gave me this job title of nitrosamine chemistry director.

Q. And who was the nitrosamine chemistry director prior to you being given that position?
A. There wasn't a nitrosamine chemistry director.
Q. As far as you know, within the entire company, there was no person with those responsibilities prior to you?
A. Yes.
MR. SHEEHAN: Objection.
A. There were. There were, but there was no job title in GSK with the name of title nitrosamine chemistry director.
It was created as part of my secondment. I needed a job title and they provided this one.
Q. And who had the responsibilities for that work prior to January 2021?
MR. SHEEHAN: Objection. You can answer, Andrew. I mean, I objected to the form of the question, but you can answer the question.
A. Okay. So, basically, there's a number of scientists within GSK who are responsible for nitrosamine risk assessments in both the drug substance, drug product, it's R&D and pharma supply chain and that has been going on for a number of



years.
Q. But nobody -- none of them -- there's no one person that was in charge?
A. Well, ultimately, it's down to toxicology, toxicological assessment, so -- but there are people in charge of genotoxic risk assessments and nitrosamines fall into that category to a degree, but there was -- there was a single point of contact for all nitrosamines and that was just -- not just the science, it was the managing, the recruitment and everything and that was a gentleman called Michael O'Sullivan, Mike O'Sullivan.
So he was appointed to that role around October -- September/October 2019.
Q. And was he involved in nitrosamine risk assessments?
A. He was -- he was, to a degree, yes, but he would step out and leave it to the -- to the experts, scientists. He is a scientist. He was -- he was more around setting up the operating level to deal with nitrosamine risk assessments in response to the health authority mandate.
Q. Can you go to the section of the CV that lists the employment -- the -- strike that.
Let me just ask you a few questions



without -- without scrolling through.
Mr. Whitehead, from my review of your CV, you have been employed by GSK since you graduated from college; is that correct?
A. That's correct, yeah.
Q. And that was around 1990?
A. Yes.
Q. And you had a Bachelor of Science in chemistry degree?
A. That's correct.
Q. And no advanced degrees in chemistry beyond that?
A. No, I did an MSC by research at the University of East Anglia.
Q. Was that general research or was that restricted to chemistry?
A. It was organic chemistry.
Q. A masters degree in research in organic chemistry?
A. Yes, that's correct.
Q. And your only job has been for GSK?
A. Glaxo Group Research, Glaxo Wellcome and GlaxoSmithKline, that's correct.
Q. And what was the first time you had any involvement in any work relating to ranitidine?



A. The first time I was involved in ranitidine was a clinical study in around 1991. That was my involvement in ranitidine.
MR. ROTMAN: Can you take down this exhibit, please, John?
BY MR. ROTMAN:
Q. And what was that study?
A. It was an alcohol tolerance study for ranitidine.
Q. And after that?
A. I, then, as part of a role in -- I considered developing a new synthetic root in, I don't know, 2010, as part of a new role that I had.
Q. And what does that mean, "a new synthetic root"?
A. Okay. A root to -- this happens all the time in pharmaceutical. It's called second generation, third generation; a continuous improvement activity to improve the way that the -- that the API is manufactured.
It's not -- it's not specific to ranitidine. It's something that happens as part of the lifecycle of a -- of a product.
Q. And when was it that you worked on that?

Page 26

A. That was -- I can't recall. It was such a -- there was no appetite in the business to take it on because we were working on other things. It was just an idea.
Q. Okay. And so when was the next involvement you had with ranitidine?
A. The next involvement I had with ranitidine was in a role as API remediation director where I was responsible for essentially fixing any -- any technical issues within -- within our supply chain, and there was a -- an issue with one of the suppliers, Saraca, whereby we had -- we had some particle size distribution issues that were linked to the -- the analytics rather than the actual distribution.
Q. Was that --
A. That was -- that was around 2019 -- 2019, yeah.
Q. And then, after that --
A. After that --
Q. Let me finish the question.
A. Sorry.
Q. After that work with Saraca and that issue that you've just described, what was your next involvement with ranitidine?

Page 27

A. It was around August 2019 when somebody mentioned to me that there was a -- there was an issue with ranitidine linked to NDMA.
Q. Who was that somebody?
A. It was Giuseppe Whelan.
Q. Who was he?
A. Giuseppe Whelan is -- was -- he's got a new role now, was the VP for technical within manufacturing.
Q. And that was the first time that you had heard that there was an issue with ranitidine in NDMA?
A. I've -- no, I heard about it on the -- in the news, on the Internet, but I wasn't actively considering next steps when I heard about it on the news. I wasn't working on ranitidine. I was just reading about ranitidine.
Q. And is it Mr. Whelan?
A. No, Dr. Whelan, Dr. Whelan.
Q. When Dr. Whelan mentioned it to you, did you get involved at that time in doing anything further?
A. Yeah. He, basically, said: Look, this is a very, very complicated problem that we've got here. I respect you as a -- as a scientist, an

Page 28

organic chemist because of your experience, could you have a look at this issue because we're struggling to get to a -- to solve this problem.
Q. And what was the question he was asking you to look at?
A. He -- I don't recall the specific question, but he said that -- Andrew, Andy, can you come up with a plausible mechanism for formation of low levels -- trace levels of NDMA in -- in ranitidine hydrochloride.
Q. And did you start working on that at that point?
A. I did because I like organic chemistry, and I like the technical challenge.
If it's a difficult problem, I like the challenge.
Q. And how did you go about addressing that issue?
A. Basically, I -- the first thing I looked at actually was what was known in the literature about ranitidine in NDMA.
So there was a few -- a few articles there, a number have been retracted since I first read them.
And then I looked at the molecule and

Page 29

spent some time developing mechanisms whereby NDMA could, in theory, be formed.
Q. So the specific question you were asked, as you just described it to me, was: Can you come up with a plausible mechanism for formation of low levels, trace levels of NDMA in ranitidine hydrochloride, right?
MR. SHEEHAN: Objection.
BY MR. ROTMAN:
Q. That was the question you were asked to address.
A. Yeah, along those lines. It wasn't exactly like that. I don't recall, but, basically, it's -- we've got -- we're architecting NDMA in ranitidine hydrochloride. Can you come up with a potential mechanisms?
Q. And, in fact, you did come up with some plausible mechanisms for how --
A. We did, yeah.
Q. -- ranitidine can form NDMA, didn't you?
A. Well --
Q. Yes or no?
MR. SHEEHAN: Objection.
A. I did, I did, yeah.

BY MR. ROTMAN:
Q. You -- you concluded -- and you reported that there's actually a well-understood degradation pathway for that to occur, right?
MR. SHEEHAN: Objection.
A. The obvious mechanistic pathways to form NDMA were -- were proven in the 1980s. And what we were looking for was a nonobvious mechanism here.
It is far from obvious, because, basically, the nitration -- the nitrosation, sorry, of ranitidine has been studied -- has been studied in the '80s, early '80s and has recently been studied again in 2021, as reported by the FDA.
So that was well understood. What we were looking for was the nonobvious mechanism because it was clear that it wasn't proceeding by an obvious mechanism.
Q. But you -- you did conclude that there were well-understood degradation pathways for the formation of NDMA, correct?
MR. SHEEHAN: Objection.
A. There are well-understood mechanistic pathways for the formation of NDMA.
BY MR. ROTMAN:
Q. And there are also -- and you also --



MR. SHEEHAN: Steve, Steve, you've got to let him finish his answer. Go ahead.
A. But there was no -- nobody had published in the literature a mechanism whereby NDMA could form from ranitidine.
Q. And you also --
A. And --
Q. You also concluded that there were actually buckets of literature on the subject of the degradation pathway, correct?
MR. SHEEHAN: Objection.
A. Not buckets of literature.
So if you take -- ranitidine comprises of a number of functionalities. One of those functionalities is a furan ring.
If you've got a furan ring where you've got a CH2 in a leaving group in the 2 of 5 position, those type of mechanistic pathways are on this...
BY MR. ROTMAN:
Q. Mr. Whitehead --
MR. SHEEHAN: What happened, Jennifer?
THE REPORTER: His answer trailed off. I don't know if I misheard it.



MR. SHEEHAN: Do you want to read back the answer? Steve, it's up to you. Do you want to read back the answer, Jennifer, and --
MR. ROTMAN: I think -- did you finish your answer, Mr. Whitehead?
A. Yes, I did, yeah.
BY MR. ROTMAN:
Q. Okay. Mr. Whitehead, when you were involved back -- starting in August of 2019, addressing this issue, did you do any laboratory experiments?
A. No.
Q. Did you read literature going back to the '80s?
A. No.
Q. How much time did you spend on the project in August?
A. A reasonable amount of time because it was all about thinking. It was -- I can't quantify the exact amount of time, but it was just thinking about the molecule and thinking about nonobvious mechanisms to try and work out a way for this thing to form because it's -- it wasn't obvious. So...
Q. Did you -- did you spend



approximately five hours in August on this or more?
A. I would say ten hours in August because it wasn't my core objective.
It was -- I was doing other things, so I wasn't full time working on ranitidine hydrochloride. I was asked to think about it, and I thought about it.
MR. ROTMAN: Let's put up Document No. 1234.
(Exhibit 3497, Response to Swissmedic Concerning Reporting Obligations, Request For Results on NDMA Testing & Mechanism of NDMA Formation, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. And we're going to have that marked as Exhibit 3497. This is a document called Response to Swissmedic Concerning Reporting Obligations, Request For Results on NDMA Testing & Mechanism of NDMA Formation.
Do you see that?
A. Yes.
Q. And it's a document prepared by GlaxoSmithKline, correct?
A. Yeah.

Q. And this is a document that you've seen before, correct?
A. I saw it first in around November of 2019. I think this was written in September of -- can you go to the date, please?
Q. It's on the bottom of this page, the date.
A. Yeah, I can't see the bottom.
Yeah, so this was written in September 2019 and I read it around November/December time.
Q. You had no role in developing this document; is that right?
A. Not actually drafting it and putting the words in, no. I will have -- I may have, as part of a brainstorm, provided mechanisms that may have gone into this document, but I was not responsible for drafting this document.
Q. All right. And if you could go to the first page after the cover and stop right there.
Do you see in the top of the page, the first sentence says: GlaxoSmithKline, GSK, received notification from Swissmedic on the 29th of August 2019 informing that their Official Medicines Control Laboratory detected genotoxic nitrosamine



NDMA in Zantac Injection Solution in analytical tests?
A. Yeah.
Q. Do you see that?
A. I do.
Q. Now, Swissmedic, do you understand Swissmedic is the regulatory authority for the country of Switzerland over --
A. I do.
Q. Over pharmaceutical products?
A. Correct.
Q. Do you know what the United States FDA is? You've heard of that?
A. It's the same as Swissmedic, but in the U.S.
Q. Right. So Swissmedic is the Swiss government's equivalent of the Food & Drug Administration in the United States, right?
MR. SHEEHAN: Objection.
A. It is the health authority that governs medicines in Switzerland, Swissmedic, as far as I understand.
Q. And they were describing NDMA as a genotoxic nitrosamine.
Do you see that?



A. Yes, that's correct.
Q. And what is your understanding of what it means to be genotoxic?
A. It has the potential to interfere with DNA, which could lead to it being a potential or probable carcinogen.
Q. And if you could go to the bottom of the page. It's already up there where it's Item No. 2, where Swissmedic is stating to GSK that: Your statement does not address the possibility of NDMA formation using building blocks from the ranitidine molecule itself (including its precursors).
Do you see that?
A. I see that. I'm not party to the actual original statement. It would be interesting to read that, but...
Q. Just let me ask the question. You see that, right?
A. Yeah, I do, yeah.
Q. And you're not aware of the statement made by GSK to Swissmedic that preceded this, that's being referred to, right?
A. No, no.
Q. But they're stating that whatever was provided did not address the possibility of NDMA



formation using building blocks from the ranitidine molecule itself, correct?
A. That's correct, yeah.
Q. And, in fact, that is exactly what you started to work on after Giuseppe Whelan spoke to you in August, right?
MR. SHEEHAN: Objection.
A. He asked me just about ranitidine and how it could generate NDMA in -- in a nonobvious nitrosation pathway because the obvious nitrosation pathways were already published.
BY MR. ROTMAN:
Q. And you were looking at whether -- in response to that, you were looking at whether NDMA could be formed out of the building blocks of the ranitidine molecule itself, right?
A. Correct, yeah.
Q. The specific point that's being made in Paragraph 2 --
A. Yes.
Q. -- right?
A. Yes, correct.
MR. ROTMAN: And if you could go now to the next page, John, and stop right there.

BY MR. ROTMAN:
Q. And you see under Question 1 that's being asked by Swissmedic in the second paragraph?
A. Yeah.
Q. Nitrosamine diseases can cause cancer and thus, represent a serious health hazard.
Do you see that?
A. Yeah.
Q. And is it your understanding that this is an accurate statement?
MR. SHEEHAN: Objection.
A. It -- it says: Nitrosamine diseases can cause cancer. It doesn't say they will cause cancer.
BY MR. ROTMAN:
Q. Do you agree that they can cause cancer and thus, represent a serious health hazard?
MR. SHEEHAN: Objection.
A. Nitrosamines are known to be, in certain animal models, carcinogenic. This specific nitrosamine, NDMA, is a probable carcinogen.
BY MR. ROTMAN:
Q. And "carcinogen," can you -- how do you -- what does that mean? What is a carcinogen?
A. It -- it has the potential to



interfere with DNA resulting in a cancer being formed.
Q. If something is a carcinogen, it does have the capability of causing cancer, right?
MR. SHEEHAN: Objection.
A. It -- it may cause cancer in some models. It may not cause cancer in other models.
BY MR. ROTMAN:
Q. And if you look down at the response from GSK, which is the first sentence after Response 1, GSK wrote back to Swissmedic on September 9th that GSK acknowledges that NDMA is a reasonably -- is reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in experimental animals.
Did I read that correctly?
A. You did read it correctly.
Q. And is it your understanding that that statement made by GSK to Swissmedic was accurate?
A. It's saying it's reasonably anticipated. It's not saying it's a human carcinogen.
Q. I didn't ask you if it's saying it's a human carcinogen. I'm asking if you agree that



this statement is accurate?
A. You'd have to ask a toxicologist. I'm an organic chemist. I'm not qualified to -- to make that call.
Q. So you don't have an understanding of whether NDMA is reasonably anticipated to be a human carcinogen?
A. No. That's for a toxicologist to answer.
Q. In your current position as director of nitrosamine -- what is the title again? I don't have the CV in front of me.
A. Nitrosamine chemistry director.
Q. Nitrosamine chemistry director?
A. Correct.
Q. It's not part of your responsibilities to know whether or not NDMA is anticipated to be a human carcinogen?
A. NDMA is a probable human carcinogen; not a human carcinogen.
Q. And Mr. Whitehead, what you just stated, that has been known for many years, correct?
MR. SHEEHAN: Objection.
A. Correct.



MR. ROTMAN: Now, I'd like to refer to a part of the document that's several pages later, the -- if you could turn to the page 1238, John, two pages ahead.
Swissmedic is asking in the question stating that it appears that investigations have been underway for some time. We assume that you already have results of your own NDMA determinations on Zantac Injection Solution restitution samples.
Do you see where it says that?
A. Yep.
Q. And you were not part of those investigations, were you?
A. No.
Q. And the answer that GSK provided was that GSK has not conducted any testing for NDMA content for Zantac solution for injection or any other dosage form or associated API batches.
Do you see where I -- do you see where I read that?
A. Yeah.
Q. And did I read it correctly?
A. Yeah.
Q. And to your knowledge, is that statement true; that, as of September, you were not

aware that GSK had done any testing for NDMA content in Zantac?
MR. SHEEHAN: Objection.
A. I am aware that, in 1982, GSK conducted testing for NDMA in Zantac in ranitidine.
Q. What year?
A. 1982.
Q. And after that, until August -- I'm sorry, September of 2019, was there any further testing?
MR. SHEEHAN: Objection.
A. There was no reason -- there was no reason to conduct any further testing.
BY MR. ROTMAN:
Q. That was not my question, Mr. Whitehead. My question was whether there was any further testing.
MR. SHEEHAN: Objection.
A. I am not aware of any testing that was conducted for NDMA because the original study in 1982 showed there was no further reason to test for NDMA.
Q. Move to strike the nonresponsive portion of the answer.
Are you referring to the Tanner



study, sir?
A. I am, yes.
Q. Hopefully, we'll have time to get to the Tanner study today.
But I want to go in a particular order so I'm not going to take that up now.
A. Okay.
Q. But I would like to ask you a further question on Response 2, and that is "a reference to or any other dosage form or associated API batches," is that a reference to Zantac tablets?
MR. SHEEHAN: Objection.
BY MR. ROTMAN:
Q. Would Zantac tablets be considered a ranitidine dosage form other than -- that's distinguished from an injection?
A. You have to ask the authors of this document.
Q. Do you consider -- well, are you aware that there was any testing after 1982 on ranitidine tablets or ranitidine pills?
A. There would have been --
MR. SHEEHAN: Any testing at all, Steve, just testing --
MR. ROTMAN: I'm sorry. Testing for



NDMA contents.
MR. SHEEHAN: Objection.
A. No, I am not aware, but as I say, I'm not -- yeah, I'm not aware, no. Because there was no need to test for NDMA.
BY MR. ROTMAN:
Q. Let's go to the next page and the question from the Swissmedic Health Authority that -- that -- I'm looking at Question 3, points out that GSK's prior submission to that agency did not address the possibility of NDMA formation using building blocks from the ranitidine molecule itself, including its precursors.
Do you see that?
A. That's correct, yeah.
Q. And we had already discussed that, right, you and I?
A. Yeah.
Q. And we already discussed that the work that you were doing in August was specifically looking at the possibility of NDMA formation using building blocks from the ranitidine molecule itself, right?
A. It wasn't just from the molecule itself. It was considering the -- the -- the



reagents, the intermediates, the solvents, I mean solvent recovery. It was the whole thing.
Q. Including from the molecule itself, right?
A. Including from the molecule itself.
Q. Right.
A. However, from the original degradation work that was conducted, there was no evidence at all for any loss of the dimethylamine functionality within ranitidine.
All the degradation chemistry was taking place -- all the known degradation chemistry was taking place on the right-hand side of the molecule.
Q. Let's go to the next page, please. I'm sorry. What I'd like to do actually is go to page 1241.
And at the bottom of the page, go a little further, right under the Scheme 3, there's a statement that begins: "In summary."
Do you see that, Mr. Whitehead? You see it?
A. Yeah, I do, yes.
Q. And what GSK is saying to the Swissmedic here is -- and I'm reading: GSK's view is

that chemical science suggests that NDMA would not be considered a reasonably-predicted byproduct of ranitidine decomposition.
Did I read that correctly?
A. That's correct, yeah.
MR. ROTMAN: Now, let's take down that exhibit and put up -- Ramon, if you could put up 5712 and let's make that the next numbered exhibit.
What exhibit number would that be?
(Exhibit 3498, Message, was marked for Identification by the court reporter.)
MR. SCHMITZER: 3498.
BY MR. ROTMAN:
Q. This is Exhibit 3498, Mr. Whitehead, and this is a communication between you and Steve McGhie.
Do you see that?
A. Yes.
Q. Is -- what is the format of this communication? Is it an email or is it some other method of messaging?
A. It looks like it's a Skype message or a Team message.
Q. And there's a time date stamp on it, September 10 at 11:01:51, right?



A. Yeah, I'm not sure how that time date stamp got on there, but it's there.
Q. Who is Steve McGhie?
A. Steve McGhie is an external supply quality lead.
Q. And you were asking him if you could catch up regarding the DRA workshop, right?
A. Yes, that's right.
Q. What is that?
A. It's called a Distribution Risk Assessment.
Q. And he responded that he is going to be available the following day. And he's also going to brief you on ranitidine, right?
A. That's what it says, yeah.
Q. And what is ranitidine PIRC?
A. It's Product Instant Recall Committee. It's where -- it's a process that GSK follows where there's a potential issue with a product.
Q. And the potential issue with ranitidine was that NDMA was found in -- in the -- to be forming in the -- in the tablets, right?
MR. SHEEHAN: Objection.
A. Low levels of NDMA were observed by,



as you've just shown me, Swissmedic to be present in -- in some formulations.
BY MR. ROTMAN:
Q. It wasn't just Swissmedic that was finding it, though, right?
A. That's -- that's -- there were other agencies and publications came out, yes, that's correct.
Q. This happens to be one day after the Swissmedic response went out, right?
A. Possibly.
Q. We just looked at it, it was September --
A. Okay. That's fine. So then it was the next day.
Q. And, again, what they stated on September 9th was that there was -- that NDMA would not be considered a reasonably predicted byproduct of ranitidine decomposition, right?
That's what GSK told Swissmedic, right?
A. That's correct, yeah.
Q. What you wrote here to Mr. McGhie was hopefully common sense is prevailing regarding ranitidine.



What were you re- --
A. Correct.
Q. What were you referring to?
A. The fact that ranitidine did not form NDMA. So I was thinking at the time that it was just some artifact of the analytical method because the -- the standard pathway for -- for reaction of ranitidine with an electrophile. So the electrophile would be a nitrosating agent is under- -- it's understood.
Q. What did you understand Mr. McGhie to be referring to when he wrote to you: This is GSK mind?
A. Where does it say that? This is GSK mind. This is -- I'm not sure what Steve is -- he's from Scotland, so he comes up with all sorts of interesting language.
Q. And then you wrote to him: It is a well-understood degradation pathway with buckets of literature on the subject.
Right?
A. The degradation pathway of ranitidine is in our regulated dossier. I already looked at it, and it was a well-understood subject.
So... that's correct.

Q. Let's go to -- let's break that --
A. So the bucket -- this is inferring -- this is inferring. This is saying that it shouldn't form because the degradation pathway is well understood of ranitidine.
As I mentioned earlier, the degradation takes place on the right-hand side of the molecule.
Q. You -- you didn't state that it shouldn't form. You stated that hopefully common sense is prevailing, and that there's a well-understood degradation pathway with buckets of literature.
That's -- those are the words you wrote, aren't they?
MR. SHEEHAN: Objection.
A. That's what -- that's what is written there. That's -- common sense prevailing, it means that the analytical investigations are conducted properly to ensure there's no false positives. That's the number one thing one should consider when nitrosamines are -- are detected.
There's literature -- even FDA published for Metformin on false/positives. So "common sense prevails" means doing the right thing



in terms of an investigation.
Q. But you didn't write that. You said hopefully common sense prevails. You just added something --
A. Yeah, that's fine. That's fine. As a -- that's what it says.
Q. And the "buckets of literature" reference is to there being a well-understood degradation pathway, right?
MR. SHEEHAN: Objection.
A. A well-understood degradation pathway for ranitidine and other similar heterocyclic molecules.
MR. ROTMAN: Let's go to No. 1127, Ramon, and make that the next numbered exhibit.
John, if you could give us a number for it.
MR. SCHMITZER: It's going to be Exhibit 3499.
(Exhibit 3499, Email, September 18, 2019, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. In 3499, on -- a week later after your conversation that we just discussed with



Mr. McGhie, Mr. Whelan asked you if you could support this.
Do you see that?
A. Yeah. Let me just read what the email says below. I think it's referring to a brainstorm. Yeah, the objectives for the brainstorm are...yeah.
Q. Right. And the objectives include, if you look at the email just below, by what mechanism ranitidine might be able to autocatalyze to produce N-Nitrosodimethylamine, right?
A. N-Nitrosodimethylamine.
Q. Which is NDMA, right?
A. Yeah.
Q. What does "autocatalyze" mean?
A. "Autocatalyze" means it's -- it can -- a catalytic cycle can take place which -- which is autocatalytic, so it's self -- self-replicating.
Q. Is this a reference back to the same point that the Swissmedic was describing as forming from the molecule itself?
A. We can consider by what mechanism might be able to autocatalyze -- yes, that could be what it's referring to.



Q. All right.
MR. ROTMAN: And let's go to 8381, Ramon. Make this an exhibit, the next numbered exhibit.
(Exhibit 3500, Email, September 18, 2019, was marked for Identification by the court reporter.)
MR. SCHMITZER: 3500.
BY MR. ROTMAN:
Q. Mr. Whitehead, you responded to Mike Urquhart and you wrote: Can I give you a call tomorrow morning as I have a mechanism for formation of NDMA by ranitidine reacting with a known degradant?
A. Yes, that's correct.
Q. You were saying to him, Mike Urquhart --
A. Yep.
Q. -- that you understood there was a way that NDMA could form from ranitidine by reacting with a known degradant of ranitidine, right?
MR. SHEEHAN: Objection.
A. I'm saying there's a mechanism. I'm not saying it will form -- and this known degradant is Impurity E in ranitidine, which is a hydroxy -- an

Page 54

oxine, which is a nitrosating species.
So, really, all I did was look at the degradation molecules and there was a potential nitrosating agent within a degradant that could react with ranitidine in a mechanism -- in a possible mechanism that could form NDMA.
This reaction was subsequently tested, and it did not form NDMA. It's an example of a mechanism. Not a -- not proof of formation of NDMA. It's a postulated idea.
Q. Exactly. You were not telling him how it was happening. You were saying how it could happen, right?
A. How it may happen, yes.
Q. And what you were suggesting is that you had a mechanism or, you believed, was a plausible mechanism, right?
A. A possible mechanism, yeah.
Q. One that was consistent with principles of chemistry, right?
MR. SHEEHAN: Objection.
A. Yes, yes, consistent with principles, but not obvious.
BY MR. ROTMAN:
Q. And Mike Urquhart, he worked for GSK,

Page 55

right?
A. He does, yeah.
Q. And what's his position?
A. He is -- he worked in R&D. He's a genotoxic chemistry expert and is also working on nitrosamine assessments.
Q. And where is he located?
A. He's located in Stevenage, within R&D at GSK in Stevenage.
Q. Is that in the London area?
A. It's just north of London, yeah.
Q. Was there anybody working on this project in the United States with a chemistry background?
A. I can't recall. We -- it's likely that folks from R&D in the U.S. were invited to contribute to the brainstorm.
In fact, I think they may have run their own brainstorm separately on this topic.
Q. The reference to there being a known degradant in your statement to Mr. Urquhart, it was well known that ranitidine was subject to degradation; isn't that right?
A. It was -- it was well known that the right-hand side of ranitidine was subject to

Page 56

degradation, hydrolytic degradation, which could form this -- what I'm referring to as this known degradant here, but it's -- it's not obvious that that known degradant could be a nitrosating species because of the way it sits in tautomeric equilibrium with isomers.
Q. When was it known that ranitidine would degrade under conditions of high temperature?
MR. SHEEHAN: Objection.
A. It would have been known in the '80s as part of the development. It's all part of ensuring you've got a robust, safe medicine.
Q. And when was it known that ranitidine would degrade when subjected to moisture?
MR. SHEEHAN: Objection.
A. That would have been part of the original development work.
Q. So that that ranitidine could degrade under conditions of high temperature and moisture has been known for almost 40 years?
MR. SHEEHAN: Objection.
A. That's -- that's correct because of the hydrolytic pathway that was investigated as part of the development.
Many molecules are unstable to heat

Page 57

and water.
Q. Including ranitidine?
A. At certain temperatures, ranitidine will degrade. But that's elevated temperatures. If it was degrading at ambient temperature, we wouldn't be able to -- we wouldn't have developed the product because you have to have stability in a molecule.
Q. Does ranitidine also degrade when exposed to oxygen?
A. Yeah, it -- it should do.
Q. And how long was it known that that would occur?
A. Probably at the same time. Your oxidative degradation studies are part of your hydrolytic degradation studies.
Q. The mechanism that you were proposing that you would discuss with Michael Urquhart was one that you considered to be plausible, correct?
A. It's not obvious. But we -- I was tasked with coming up with ideas on how somehow, if it's not with a nitrosating agent, that ranitidine somehow degrades, to give NDMA.
So I had to figure out all the -- you start with the non -- the obvious and the obvious pathway was, well, that's not the cause of it and

it's the nonobvious pathways that you have to think about.

Q. That's right. And what you've -- you've stated a number of times already this morning that -- that weren't obvious in your answers. And my question with respect to that is: Are you aware of any guidelines that restrict a pharmaceutical company to investigating only obvious pathways that will make its drug products harmful?

MR. SHEEHAN: Objection.

A. The reason why the degradation pathways are obvious is because you're able to detect the byproducts. So therefore, you can understand the degradation pathways.

MR. ROTMAN: Can you take down this exhibit, please?

BY MR. ROTMAN:

Q. In your prior answer -- if I can get it up on my screen here, you said: What we were looking for was the nonobvious mechanism because it was clear that it wasn't proceeding by an obvious mechanism.

A. That's correct, yeah. So if you --

Q. Let me ask the question.

A. I'm sorry.



Q. And then several minutes ago, you said: So I had to think about all the -- you start with the nonobvious and the obvious pathway was, well, that's not the cause of it, and it's the nonobvious pathways that you have to think about. Right?

A. That's correct, yeah.

Q. And that's what you were doing? You were considering what are the nonobvious pathways that are plausible that are consistent with what are known principles of chemical reactions that can explain how NDMA can form out of ranitidine, right?

MR. SHEEHAN: Objection.

A. What I was looking at is a way that ranitidine may form NDMA that not from an external nitrosating source because I knew that ranitidine nitrosated at different parts of the molecule.

Q. Let's put up No. 1021.

(Exhibit 3501, Email September 19, 2019, was previously for Identification marked at a prior deposition.)

MR. SCHMITZER: This will be 3501.

BY MR. ROTMAN:

Q. Here you're communicating again with Giuseppe Whelan and it's the same week. It's just



the next day. It's September 19th, right?

A. Yep.

Q. And you are going -- you offer to speak to him about a plausible mechanism for NDMA to form out of ranitidine, right?

A. Plausible, it does, yeah.

Q. It doesn't say "obvious" or "nonobvious". It says plausible, right?

MR. SHEEHAN: Objection.

A. This was -- this was after a number of weeks thinking about ranitidine. Plausible infers nonobvious there, because, as I said numerous times, ranitidine doesn't -- nitrosates on the right-hand side of the molecule.

So you have to think of other ways that NDMA could be formed, and what potentially I'm saying here, that there is another way it can happen, a plausible mechanism and I must emphasize a plausible mechanism doesn't mean proven in the laboratory. It just says it on paper.

Q. I understand that. And I don't need you to keep reminding me. I'm talking about plausible mechanisms, not actual. Throughout this deposition, we're going to be focusing on questions about your plausible mechanisms, understanding that



those are not necessarily the actual mechanisms; the mechanisms that you came up with on your own that were plausible, right?

MR. SHEEHAN: Objection.

BY MR. ROTMAN:

Q. Okay?

A. That's fine.

Q. Not only plausible but consistent with principles of chemical reactions and chemical -- and chemical science, right?

A. With the principles of chemical science, correct.

Q. And the mechanism that you were proposing is one where there was the -- where the reaction to form NDMA was with a known degradant.

That was the one you were proposing at the time?

A. I'm not sure if that was the same one.

Q. Well, at some point, you -- you had that in mind, correct?

MR. SHEEHAN: Objection.

A. Yeah, that's correct. I had a number of -- of possible ways that it could generate, but as I say, it's just -- you are brainstorming.

Therefore, you think of absolutely everything.
BY MR. ROTMAN:
Q. Right. On your own, you were coming up with a number of plausible ways that NDMA could form out of ranitidine, right?
A. Knowing -- knowing full well that it is present now.
If you approached it not knowing that NDMA was formed, then it's a lot harder. But knowing that it's formed, one needs to consider, as a scientist, an organic chemist, all the possible mechanisms that it could be formed. That's not to say that any of those mechanisms are the -- the exact mechanism for it to form.
MR. ROTMAN: Move to strike as nonresponsive.
Could you reread the question, please?
(Designated question was read back.)
BY MR. ROTMAN:
Q. That's a yes or a no?
MR. SHEEHAN: Objection. Mr. Whitehead, you can certainly explain your answer if you need to answer the same question again.



BY MR. ROTMAN:
Q. Please answer yes or no if you can answer it yes or no.
MR. SHEEHAN: Objection.
A. We're going around in circles here. What is the exact question you're asking me?
MR. ROTMAN: Jennifer?
(Designated question was read back.)
MR. SHEEHAN: Objection; asked and answered.
A. I was generating ideas.
BY MR. ROTMAN:
Q. So the answer is yes?
MR. SHEEHAN: Objection. You can answer.
A. I was -- I was ideating, I was generating ideas.
BY MR. ROTMAN:
Q. And what you wrote on the next page to Mr. Whelan --
A. Yeah.
Q. -- on September 18th was that the mechanism that you had in mind was one where ranitidine can form NDMA through reaction with a known degradant.



Those are your words, right?
A. It doesn't say that here.
Q. We're on the next page, 1022, top of the page.
A. Yeah. That's what we've previously discussed, yeah, that exact mechanism, which was proven to be incorrect.
Q. But that was plausible, that you -- that ranitidine could form in NDMA through reaction with a known degradant.
That is something that you concluded could happen, right?
MR. SHEEHAN: Objection.
A. I concluded that could happen based on my understanding of organic chemistry.
Other organic chemists may not have been able to come up with that mechanism. I suspect they would struggle.
Q. But looking at the molecule and knowing principles of organic chemistry, you came up with a way in which NDMA could form ranitidine through a reaction with a known degradant, right?
MR. SHEEHAN: Objection.
A. A potential mechanism, correct?
Q. Yeah, and that potential mechanism



was both plausible and consistent with principles of organic chemistry, right?
MR. SHEEHAN: Objection.
A. Probably not, as it was proven to be incorrect actually.
BY MR. ROTMAN:
Q. Well, it was not a -- it was not a chemical reaction that anybody at GSK said: This can not happen. Right?
Whether it was happening or not, whether it was the actual way in which NDMA was forming, nobody said: This is not plausible, or this can not happen, did they?
A. Actually, a number of people did because, basically, it was a C-nitrosating species and there aren't any examples in the literature of it actually taking place. So I was challenged by many scientists within GSK on that mechanism.
However, it was investigated and the folks who challenged me were correct because it wasn't because of NDMA formation.
Q. So I haven't seen any of those challenges in writing.
Mr. Whelan certainly didn't respond to you by saying: This is not plausible. And you,

Page 66

yourself, believed it was plausible, right?
MR. SHEEHAN: Objection.
A. When challenged with coming up with a mechanism for NDMA formation, then I felt that there was the potential for that degradant in a specific isomeric form to act as a nitrosating species; although there was no literature to support that.
Q. And what you wrote -- and what you wrote to Mr. -- to Dr. Whelan on September 18th was not only that NDMA could form through a reaction with a known degradant, but the mechanism that you had in mind mimics the in vivo formation of NDMA, which is already in the literature.
That's what you wrote, right?
A. That's correct, yeah. Because of what the mechanism -- the mechanism of that degradant would react with -- with access potentially a nitrosating agent to result in an intermediate that is cited in a paper on the in vivo formation of NDMA.
And that paper, if I recall, has been subsequently retracted because it was -- the analysis was generating NDMA because they're using the wrong method.
Q. The mechanism of in vivo formation of NDMA, which is in the literature, was what mechanism?

Page 67

A. It was, basically, whereby the tertiary amine gets nitrosated. And then it eliminates NDMA, but it was proven -- for hydroxylation and that was a postulated mechanism for NDMA formation when the guys had detected -- when these researchers had detected it.
Q. What literature were you referring to --
MR. SHEEHAN: If he's not done -- Steve, if he's not done, please don't cut him off and begin your next question.
BY MR. ROTMAN:
Q. Were you done?
A. Yeah, I'm finished.
Q. What literature were you referring to?
A. Some papers -- there was a -- it's a Zheng paper I was reading at the time where it came up with an in vivo postulation for NDMA formation and that was -- there was a scheme there. And I could use that same scheme and apply my degradation pathway to form NDMA.
THE REPORTER: Sorry. What paper?
THE DEPONENT: I can't remember the specific paper, but it may have been the Zheng paper

Page 68

where they were looking at in vivo levels of NDMA formed in urine.
MR. ROTMAN: Let's put up 3880, Ramon.
MR. SCHMITZER: This will be marked as 3502.
(Exhibit 3502, Conversation with Andrew Whitehead, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. The next day, you and Mr. Searle were communicating with each other through this series of messages.
A. Yes.
Q. Is this the email system or is this some other system?
A. It looks like it's what we were looking at earlier, whether it's Skype or Teams. I can't remember.
Q. And Mr. Searle told you at 11:40, about halfway down the page: We probably don't believe this unless it gets degraded in the tablet. We haven't yet tested a batch of API that doesn't contain it, but we have hundreds of tablets due in for testing very soon.

Page 69

Do you see that?
A. I see that, I'd just like to read the whole thing if that's okay.
Q. Yeah. The question I'm asking is: Is he telling you that every batch of API that GSK has tested contains NDMA? Is that your understanding?
MR. SHEEHAN: If you need to read the document, Professor Whitehead, feel free.
A. Looking at that Valisure report...(Reading.)
THE REPORTER: Sir, could you either read slower and louder or to yourself?
THE DEPONENT: I'll read it in my head.
A. Okay. So what was the question?
BY MR. ROTMAN:
Q. So the question is: Is it your understanding that Mr. Searle was saying that NDMA was being found in every batch that GSK had tested?
A. He's saying we haven't yet tested a batch of API that doesn't contain it, but then he doesn't say that it's -- it's a real result because -- he's saying --
Q. Doesn't contain what?

A. It doesn't tell me what levels we're detecting at. Is it part per billion?
Q. Is he saying that they're detecting NDMA in every batch?
MR. SHEEHAN: Objection.
A. It says -- it says: We haven't yet contained a batch of API that doesn't contain it.
Q. What is your understanding of what "it" is referring to? NDMA?
A. Yes, it's NDMA.
Q. And then at 11:42, he's telling you that the levels of NDMA varies from batch to batch; is that right?
A. That's correct, yeah.
Q. Take down that one, please.
A. So, basically, Andy was saying that they analyzed a lot of batches of API and they saw NDMA at very, very low levels in the batches annualized. They'd been looking at this -- they'd been conducting an investigation.
MR. ROTMAN: Move to strike. There's no question pending. Can you put up, Ramon, 8221?
(Exhibit 3503, Email from Mike Urquhart, was marked for Identification by the court reporter.)


MR. SCHMITZER: This will be marked as Exhibit 3503.
BY MR. ROTMAN:
Q. Mr. Whitehead, on September 24th, about a week later from the prior communications, you received an email from Mike Urquhart, along with others who also received it, and he was forwarding to you an email chain that included an email from Sebastian DeBarge written earlier that day.
Do you see that?
A. Yeah. Can you just scroll down the page, please?
Q. And do you know who Mr. DeBarge is?
A. Yes, I do, yeah.
Q. Who is he?
A. He's a scientist within pharma supply chain, a third-party technical.
Q. Where is he located?
A. He's currently located in Jurong, Singapore.
Q. And he's suggesting that there should be testing for dimethylamine and nitrite, right?
A. Yes.
Q. And it's your understanding that, as of that time, that had not occurred, right?


MR. SHEEHAN: Objection.
A. This is 24th of September. It may have occurred in -- through development. But it's not a -- an obvious test to conduct.
If there's no reason to look for nitrite in a compound, why would you test for it?
Q. And Mr. DeBarge is also putting forth and sharing with the team, including Mike Urquhart and Steve McGhie and Andrew Searle, part of this email chain that got forwarded to you, a chemical reaction that he is proposing as another explanation for how NDMA could form.
Do you see that on the next page?
A. Yeah. Just scroll down, yeah, yeah. And so Sebastian is a bright, smart chemist. I used to tutor him.
Q. But he's proposing another way in which NDMA could form out of ranitidine, right?
MR. SHEEHAN: Objection.
A. I'm just looking at the mechanism here. So we've got the standard hydrolytic mechanism. Yeah.
There's no NDMA on this -- he's coming up with a mechanism for how ranitidine could degrade to give a nitrous acid species.


BY MR. ROTMAN:
Q. What he wrote on the prior page -- if you could just scroll back up to the prior page, right there at the bottom, he says: In the same line of idea as my email below for potential theory on NDMA formation.
So he's proposing this chemical reaction that would -- that would lead to NDMA formation. And he describes that as -- in the formulas that he puts in the email below that, right?
A. It states a potential theory for NDMA formation, correct.
Q. And that was also something that he considered to be a plausible way in which NDMA could form from ranitidine, right?
A. It doesn't say that.
MR. SHEEHAN: Objection.
A. It says: Potential theory on NDMA formation.
Q. Well, it doesn't say the word "plausible." Was he -- is it your understanding that he was proposing a mechanism that was not plausible?
MR. SHEEHAN: Objection.
A. He's proposing a potential theory for NDMA formation.

BY MR. ROTMAN:
Q. Can you answer the question?
A. Can you repeat the question?
Q. Is it your understanding that what he was proposing, he deemed to be plausible?
MR. SHEEHAN: Objection.
A. Knowing that NDMA was present, Sebastian knew that NDMA was present in -- in ranitidine and, therefore, he was tasked -- and he's a bright chemist, very bright chemist, to think of a potential mechanism somehow NDMA can be formed. And he's drafted a potential theory on this email.
Q. And he's describing it as a NEF, N-E-F, type reaction, right?
A. Yes, that's correct.
Q. And a NEF reaction is a well-known type of reaction in organic chemistry, isn't it?
MR. SHEEHAN: Objection.
A. It is -- it is a named reaction in organic chemistry.
BY MR. ROTMAN:
Q. And when was it first -- when was the concept of a NEF-type reaction first discovered in chemistry?
A. Okay. So, basically, the NEF



reaction is the conversion of a Nitroalkene to a ketone or aldehyde by reaction with a Lewis acid.
It was published in -- that's the original NEF reaction if you look in any named chemistry textbook.
So that was probably published, I'd say, a hundred years ago, as a -- a hundred years ago.
Q. So a concept of organic chemistry that's been known for over a hundred years was the underlying principle of the mechanism that Sebastian DeBarge was proposing, right?
A. No. The mechanism that he was specifically referring to was a mechanism that was cited in the literature in -- I think it was tetrahedron letters in around -- in the 2000s, a base-mediated NEF reaction.
That is what he's referring to, not a standard NEF reaction. Because if you look at the scheme, there is no Lewis acid involved. I think you need titanium -- titanium chloride, titanium III chloride.
Q. And then if you could turn to the next page, 8223. This is, again, an email that was forwarded -- part of an email chain that was



forwarded to you on the 24th of September, maybe a day after it was written. But there's -- in this email, Andy Searle is telling Sebastian DeBarge: We're not planning to test for nitrite in DMA yet.
Do you see that?
A. Where are "we"? The top paragraph? That's correct. That's what Andy is saying.
Q. And he's also saying that: We have the capability of doing that, but we just haven't done it yet, right?
A. Yeah, that's correct because they would have prioritized the output of the brainstorm and depending where this sat, they would have scheduled it in on a priority basis.
Q. Of course if there was nitrate detected, that would provide an explanation -- an important part of the explanation that you were all searching for, right?
MR. SHEEHAN: Objection.
A. There were no obvious sources of nitrite in the manufacture of ranitidine, but what we do know is that nitrite is -- is ubiquitous.
It's present at low levels in many, many inorganic reagents and process water.
Q. Nitrite -- nitrite, when present with



a tertiary amine, can generate NDMA, correct?
MR. SHEEHAN: Objection.
A. Only in stoicheiometric and multi-stoicheiometric quantities. The reaction of a tertiary amine, with trace levels of nitrite, is considered to be a negligible reaction.
Q. I didn't talk about trace levels of nitrite. I talked about nitrate generally. Nitrite, in the presence of a tertiary amine can generate N -- can lead to NDMA formation, correct?
MR. SHEEHAN: Objection.
A. Yeah, that is correct. And what Sebastian is referring to here is trace levels of nitrites and trace levels of DMA and the reason why Andy said "and we're not going to do this yet" is because the original degradation work showed that there was no DMA liberated from the molecule. So this would have been prioritized reasonably -- not at the top of the list.
Q. You were invited to participate in a ranitidine brainstorm, correct?
A. Correct.
Q. And that occurred in September of 2019, right?
A. Yeah. Around the time of this -- I

can't remember the exact date, but it was around this time.

MR. ROTMAN: So if we could put up 9016.

(Exhibit 3504, Ranitidine Brainstorm, was marked for Identification by the court reporter.)

MR. SHEEHAN: And Steve, whenever you have a chance, we've been going for about an hour and a half or so, just take a short break.

MR. ROTMAN: What's the exhibit number?

MR. SCHMITZER: This is going to be Exhibit 3504.

MR. ROTMAN: Do you want to take that break now?

MR. SHEEHAN: That's fine with me.

MR. ROTMAN: Let's make it -- it's 7:23 here in Boston. So let's say 7:30. Is that enough time?

MR. SHEEHAN: Sure.

THE VIDEOGRAPHER: The time --

MR. ROTMAN: Let's go off the record.

THE VIDEOGRAPHER: The time is 11:23 UTC. We're going off the record.



(A discussion was held off the record.)

(A brief recess was taken.)

THE VIDEOGRAPHER: Back on the record. The time is 11:34 UTC.

BY MR. ROTMAN:

Q. Mr. Whitehead, when we were looking at the earlier email from Sebastian DeBarge with the mechanism for NDMA formation for ranitidine using the principle of a NEF, N-E-F reaction. Do you recall we were talking about that?

A. Yes, I do.

Q. You recall that, yeah?

A. Yep.

Q. And so that proposal that he was making, that was different from the one that you had made, right?

He was proposing a different mechanism than you were, right?

A. I'm not sure he was. He was proposing a similar mechanism. You'll have to pull them up and we can have a look.

Q. Were you proposing a NEF reaction?

A. I proposed -- I called it a NEF-type reaction, yeah.



Q. And going back to an earlier statement you made about the degradation on the right side, are you saying you're not aware of any evidence that the DMA group degradation was occurring on the left side of the molecule?

MR. SHEEHAN: Objection.

A. Under normal degradation conditions, there was no evidence to support the degradation other than forming an N-oxide on the right-hand -- sorry, on the left-hand side of the molecule because all of the molecules detected in the laboratory, when the degradation work was done, was from the right-hand side degrading.

Q. But you're not aware of any evidence of DMA group degradation on the left side of the molecule?

A. When ranitidine is treated with excess nitrous acid, you will form NDMA. You have to have excess nitrous acid, the type of levels that are not completely unacceptable -- can be present in ranitidine.

Q. So there are certain circumstances where it will occur? Is that what you're saying?

A. If you treat ranitidine with the appropriate concentrations of a nitrosating agent, it



will react at a number of -- at a number of sites, including potential formation -- including formation of NDMA. That's just classic tertiary amine chemistry with an excess of a nitrosating agent. With a trace amount of a nitrating agent, that formation of NDMA has been studied by many folks, and it's shown to be a negligible reaction.

MR. ROTMAN: Let's turn to Exhibit 3504 that's been marked before the break and if you can put it up, John.

Q. So you were asked to participate in this session, right?

A. Yes.

Q. And it was around September 24, 2019, right?

A. Yeah.

Q. And was this an in-person meeting?

A. It was -- it was face-to-face in Stevenage, yeah.

Q. And who was there?

A. Oh, there was -- I would say around 20, 25 people from chemists and R&D, people from manufacturing. We probably had a -- we may have had a statistician, I'm not sure, an analyst. There was a good number of people present in the face-to-face

Page 82

meeting and people dialing in online from -- that weren't able to attend.
Q. Is the furan ring on the left side or the right side of the molecule?
A. I would say the furan is in the middle. If you pull up -- if you go to the next slide here, we'll have a look and I'll explain what the middle is and what the left-hand side and what the right-hand side is.
Q. That's fine. Let turn to the next page, please.
A. Okay. This is --
Q. Where the furan ring?
A. The furan ring is next to the methylene adjacent to the dimethylamine tertiary amine.
Q. Is it in the middle? Is it in the middle?
A. It depends -- okay. Let's agree that it's towards the left-hand side of the molecule.
Q. And what we're looking at is a ranitidine molecule, right?
A. That's correct, yeah. These are my slides.
Q. What we're looking at is a ranitidine

Page 83

molecule and what we've talked about the left side and the right side, are they depicted here?
A. We're calling it C-2 and C-5 elimination. That refers to the specific position around the furan ring but the attached carbons are.
Q. And did you say these are your slides. So the words on this slide were written by you?
A. Yes. These were, yeah.
Q. And you wrote that degradation probably does occur at the 5 position of furan, right?
MR. SHEEHAN: Objection.
A. Yeah, this is in -- yeah, I did, yes, but it's not detected.
BY MR. ROTMAN:
Q. And that's on the left side of the molecule, isn't it?
MR. SHEEHAN: Objection.
A. Yeah, but I'm saying that it's -- it may occur. But the likely pathway, is it going on the -- on the right-hand side because it becomes irreversible.
Q. What you wrote was that it probably does occur?

Page 84

A. Yes, that's --
Q. That's --
MR. SHEEHAN: Guys, you're talking over one another.
THE DEPONENT: Sorry.
MR. SHEEHAN: Please, you know, just ask a question and an answer. That will be better.
A. So we were tasked to come up with a mechanism whereby NDMA is formed.
The most obvious starting point is to look for dimethylamine, and based on heterocyclic chemistry, it probably does -- does occur.
However, the data had shown that the actual site of degradation, as proven in the laboratory by isolating the intermediates and characterizing those intermediates, was, as I say here, via the C-2 elimination or reaction at the right-hand side of the molecule.
Q. But what you wrote here in the slide was that degradation probably does occur at the left side, right?
MR. SHEEHAN: Objection.
A. That's correct. Probably does. I'm not saying it does occur because there's no evidence to support my probability -- my probably.

Page 85

BY MR. ROTMAN:
Q. What you believed on September 24th is that that's what probably happened, right?
A. Given that we were looking for mechanisms for NDMA formation, we had to consider the probability -- probability, if that's the right word, of dimethylamine being formed which could then somehow get nitrosated.
Q. Now, dimethylamine, is that abbreviated to DMA?
A. That's -- yeah.
Q. And on the next slide -- we could go there now. The question you're asking is: How could ranitidine degrade to give DMA, right?
A. For some reason, the four schemes aren't coming through. I don't know if other people are seeing broken --
Q. Right. I was going to get to that. But let's just answer the question. The question was: The question you're asking in this slide is how could ranitidine degrade to give DMA, right?
A. Absolutely. Let me just --
Q. Let's just keep it to yes or no.
MR. SHEEHAN: Steve, let him finish his answer, for goodness sake.

MR. ROTMAN: Tom, he needs to just answer yes or no when I ask a yes-or-no question.
MR. SHEEHAN: He does not have to just answer yes or no.
MR. ROTMAN: Otherwise, we're going to go to the court -- otherwise, we're going to go the court.
MR. SHEEHAN: If you want to go to the court, then you have to do what you have to do, Steve. Please allow him to finish his answers.
BY MR. ROTMAN:
Q. I'm asking you a yes-or-no question. The question you asked in this slide was: How could ranitidine degrade to give DMA? That was the question you asked.
A. That's correct.
MR. SHEEHAN: Feel free to give your answer, Professor Whitehead.
BY MR. ROTMAN:
Q. I didn't ask you why. I didn't ask you when. I asked you whether. That was the question and the answer is yes.
MR. SHEEHAN: If you're going to provide the testimony, Steve -- are you providing the testimony or is Professor Whitehead providing the



testimony?
BY MR. ROTMAN:
Q. The answer you provided, Mr. Whitehead, was that there are a number of plausible mechanisms for formation of DMA from ranitidine? That was your answer, right, yes or no.
MR. SHEEHAN: Objection.
A. I -- what I'm saying is that knowing that -- knowing that NDMA is detected at low levels in the ranitidine API, as shown by testing, then we had -- I was positioning some mechanisms whereby dimethylamine could be formed as a way of -- as a way of introduction to the brainstorming. This was an introduction to the brainstorming session here, these slides we used for. So there's nothing -- this was just positioning. There are no rights or wrongs in here. These are just positioning some mechanisms.
Q. Mr. Whitehead, we're going to move to strike because the question -- your answer was not responsive to my question.
My question was -- allows for a yes-or-no answer.
Was your answer on the slide -- let me ask it this way, am I reading this correctly: Answer: There are a number of plausible mechanisms



for formation of DMA from ranitidine.
Did I read that correctly? Yes or no?
A. That's correct, yes, that's correct.
Q. And you -- and you wrote that, right?
A. I did, yeah. And you can see them on the -- on the slide here.
Q. Yeah.
MR. ROTMAN: And Tom, as Mr. Whitehead pointed out, the slide itself does not contain all of the information. It's cut off on the right-hand side. Is that right, Mr. Whitehead?
A. It looks to me like it's cut off on the right-hand side. There are words cut out of it.
MR. ROTMAN: Tom, we request a version of this document that is complete.
MR. SHEEHAN: Okay.
MR. ROTMAN: Can you make a note of that?
MR. SHEEHAN: I honestly don't know the answer with respect to the production of why this appears to be cut off, but we will look into it.
MR. ROTMAN: Yeah, just take it under advisement, and we'll follow up. But this is something that appears in several places in documents



we're going to be going through today. This is -- this is one of them.
MR. SHEEHAN: Okay.
BY MR. ROTMAN:
Q. Now, remember back in that Swissmedic document we were looking at where there was a discussion about the mechanism for formation of NDMA?
A. Yep.
Q. There was no statement in there that there are a number of plausible mechanisms for formation of DMA for ranitidine, was there?
A. No.
MR. SHEEHAN: Objection.
BY MR. ROTMAN:
Q. Let's go to the next slide.
A. But I must qualify that by saying that DMA was never detected from ranitidine.
Q. Move to strike as nonresponsive to any question pending.
The next slide, was that prepared by you?
A. Yeah, but again, there's bits missing from the slide.
MR. ROTMAN: Tom, I'm going to request that the parts of the slide that are not

Page 90

shown here, that we receive a version of this slide deck that shows all of the contents.

Could you take that under advisement, please?

MR. SHEEHAN: Absolutely.

BY MR. ROTMAN:

Q. The question you asked in this slide -- question: First of all, is this a slide that you wrote?

A. I wrote this slide. I wrote the completed version of this slide.

Q. Right. But the words are your words?

A. They are, yes, they are.

Q. And you created the slide yourself, right?

A. I did, yeah.

Q. And the question you were asking in this slide -- I'm going to read it, did you write the words: How could ranitidine degrade to give a source of nitrosation?

Did you write that?

A. I wrote those words, yeah.

Q. And the reason a source of nitrosation was important is that you need a source of nitrosation for ranitidine to form NDMA, right?

Page 91

A. Correct.

Q. And your answer -- and I'm reading correctly on this slide was, that there are at least two mechanisms for ranitidine to degrade to give a nitrosating reagent.

Did you write those words?

A. I did.

Q. And the Swissmedic response that we looked at initially this morning, there was no statement in there that there are at least two mechanisms for ranitidine to degrade to give a nitrosating reagent, correct?

MR. SHEEHAN: Objection.

A. There was no reason for that type of level of detail to go into that Swissmedic response.

Q. I didn't ask if there was a reason for it. It just didn't appear, did it? That statement didn't appear?

A. No, because again, these were postulated mechanisms, and this was proven here not to be the mechanism for how NDMA was formed from this impurity G, which was formed from degradation on the right-hand side of the molecule.

Q. Move to strike as nonresponsive. Let's go to the next slide, please.

Page 92

Let's go back.

So what you were saying here is, knowing what you know about organic chemistry and knowing what you know about the ranitidine molecule and knowing that ranitidine degrades, you were able to come up with at least two ways that the degradation of ranitidine could lead to a nitrosating agent that itself would then enable the formation of NDMA, right?

MR. SHEEHAN: Objection.

A. That's correct. We have to come up with ways because, as I keep saying, it's a nonobvious mechanism. So we have to come up with some -- some -- some crazy ways. And maybe, in a way, this -- this slide here is a crazy way, but -- and a lot of chemists wouldn't spot this as a crazy way of making a potential nitrosating species.

BY MR. ROTMAN:

Q. You didn't call it a "crazy way" in this slide, did you?

A. No, I didn't call it a "crazy way." It was an "innovative way," I would call it, but I didn't use that word here.

Q. But you were presenting this to over 20 of your colleagues, right?

Page 93

A. Yeah, that's correct.

Q. And you would not have presented to them what you considered to be an implausible mechanism, correct?

A. In a brainstorm, you consider every option.

Q. Did you present -- you would have presented to your colleagues mechanisms that you considered implausible?

A. You have to consider them because they could be a -- it could not have been discovered yet, so it could be -- it could be a new invention, so you've got to think of everything, everything.

Q. So here -- here, you didn't say there are at least two mechanisms which are not plausible. You just called them two mechanisms for ranitidine to degrade, to give a nitrosating reagent, right?

A. That's correct, yeah, yeah.

Q. And at the time that you wrote that, you thought that that was a plausible way for this to happen, right?

MR. SHEEHAN: Objection.

A. A potential way for it to form, knowing that we need the nitrosating agent to form NDMA.

BY MR. ROTMAN:
Q. Right.
A. So, yeah.
Q. And the mechanisms that you had in mind were all mechanisms that were consistent with principles of organic chemistry, correct?
MR. SHEEHAN: Objection.
A. Correct.
BY MR. ROTMAN:
Q. You did not have to do anything in the lab, in a laboratory, in order to come up with these mechanisms for how ranitidine could degrade to give a nitrosating agent, right?
A. That's correct.
Q. And there was nobody in the room, the 20 people in the room, that laughed at your proposal or stated that it was impossible to occur, right?
A. There were a number of people who challenged this because, as I say, the concept of -- that's a C-nitroso being reversible isn't in the literature.
So this was an idea which wasn't precedented, completely unprecedented. However, when you're looking for potential nitrosating sources, you have to consider every idea regardless of whether


it's precedented or not. And my colleagues felt that this wasn't precedented in the literature. Therefore, a number of them felt that it was not a plausible mechanism and we had that debate.
Q. Was there any memorandum or other documentation that you've seen where anybody challenged this slide, the answer that you provided in this slide as being a plausible mechanism for ranitidine to degrade to give the nitrosating reagents?
MR. SHEEHAN: Objection.
A. It was -- it was considered because the exact piece of work was conducted in the laboratory.
So it will be documented somewhere as part of the output from this brainstorming session, along with a number of other potential ideas.
BY MR. ROTMAN:
Q. So not only -- so my question was whether anybody had written any criticism of this answer.
And your answer to me was that this actually was tested in the laboratory?
A. It was tested.
Q. So they tested something because they


thought that it was possible, right, and plausible, right?
MR. SHEEHAN: Object.
A. It didn't have a lot of things -- ideas to test because it was such a challenging brainstorm to come up with a mechanism for formation of NDMA.
So there weren't a huge number of -- of options. This was an option because Impurity G it's -- you can make it. It's characterized. And it's quite an easy experiment to rule out or rule in the mechanism for NDMA formation because Impurity G is a known degradant.
Q. And known degradant of ranitidine?
A. Yes, it's named in the -- in the monograph.
Q. So there's a known degradant of ranitidine called Impurity G?
A. Impurity G, which is the structure, as shown there.
Q. And it could -- and it is a nitrosating agent?
A. No, it's not a nitrosating agent because it doesn't react with dimethylamine to give NDMA.


So it looks like, to me, it's an oxine rather than a nitrosating agent.
Q. Did anybody in the meeting write after the meeting anything stating that the mechanisms for ranitidine to degrade to give a nitrosating reagent that were presented by you at the meeting were not plausible?
A. I'm not sure if anybody wrote that. I'm not sure.
Q. Let's go to the next slide, please.
Is there information missing in the diagram?
A. Yeah, there's a -- there's, basically, ranitidine with a slide -- with an arrow and then some structures missing from that.
Q. Now, same request for the missing information, Tom, and please take that under advisement and get back to us.
MR. SHEEHAN: Yeah. I take it, Steve, to the extent there is information missing in this exhibit, the request is if a version exists that has complete information that hasn't been produced, you want that produced; is that fair? I mean, you can --
MR. ROTMAN: Yes, that's fair.

MR. SHEEHAN: You don't have to say it for every slide, Steve.
MR. ROTMAN: Okay. Good. I won't say it for every slide.
BY MR. ROTMAN:
Q. The question in the next slide -- did you write this one, too?
A. Yeah.
Q. The question you asked was: How could ranitidine degrade to give NDMA, right?
A. That's what it says.
Q. And you gave an answer: By N-nitrosation of dimethylamine, which is DMA, right?
A. Yeah.
Q. As ranitidine could degrade to give DMA, which reacts with a nitrosating reagents, in turn generated by degradation of ranitidine. Right?
A. That's correct.
Q. You're providing an answer for how ranitidine could degrade to give NDMA, and that answer is that the -- a degradation -- a -- a product of the degradation would react -- would be the -- would be the nitrosating reagent, right?
MR. SHEEHAN: Objection.
A. For NDMA to be formed from



ranitidine, it has to degrade to give a nitrosating agent, and it has to degrade or in some way react with the amine.
So this is, basically -- this is -- when you're looking for nonobvious ways to make -- to look for formation of NDMA, this is how it -- how it could happen, and I'm just stating how it could happen there. And I think, actually, if you look at the work that we proposed following this in terms of isotopically-labeled studies, then this statement is correct; except we don't know the exact mechanism of how it degrades in the solid state to give trace levels of NDMA.
It's easy after the event. Predicting it before is incredibly tricky. But once you know that there's NDMA in the molecule at very low levels, you have to come up with a mechanism for how it can be form -- how it can be formed.
Q. Let's go to --
A. All these -- all these slides have done is provide some examples of how it could be formed on paper.
Q. You were able to come up with -- and your colleagues were able to come up with a number of ways it could be formed from the molecule itself and



its -- and the results of degradation that could lead to the formation of NDMA, right?
MR. SHEEHAN: Objection.
A. After the event, once we knew it was in there, we had to come up with a way of -- of working out because we knew that it wasn't being introduced as a contaminant.
It wasn't coming in from the solvents. It wasn't coming in from the intermediates. It was present in the API at trace levels.
Q. So the answer is yes, correct?
MR. SHEEHAN: Objection.
A. Can you repeat the question?
MR. ROTMAN: Could you please read it, Jennifer?
(Designated question was read back.)
A. Correct. That is the purpose -- that was the purpose of that brainstorm.
Q. Thank you. Let's go to the next slide with any -- the one that starts with Ranitidine "known" impurities. Keep going. Yep.
Did you prepare this slide?
A. Yep.
Q. And you've identified a number of



impurities that you say are known, correct?
A. These were taken from the specification -- the monograph specification, I'm sure.
Q. So is this -- is this also incomplete?
A. I'm sure -- I'm not sure. There are a number -- it says "known impurities."
Q. When I say complete, I mean are there parts that are cut off?
A. Oh, sorry. There looks to be something down the bottom that's missing.
Do you see there's a little M and O cut off.
Q. Yep. Are these impurities what results from the degradation of the molecule?
A. These are impurities that are cited on the monograph.
Can they be process impurities, other maybe degradation impurities, but Impurity B looks like a degradation impurity. Impurity A does. We've discussed Impurity G. Impurity H is a known degradation. Yeah. These are -- these look like they're coming up with deg studies.
Q. What work was done, to your

knowledge, by GSK study in the 1980s through today to identify all impurities resulting from degradation?

A. There was a -- I think if you go to the next slides here, there might be some of the studies, yeah, if you go down. The hydrolytic degradation. Here we go. The hydrolytic -- yeah, it's not ideal because there's content missing.

So a complete hydrolytic study was done. If you go to the next slide -- this is all part of development of -- of a molecule. We've got the degradation pathways in there. But what's not cited in these slides is, to me, the most important study and that was when -- it's the Tanner study actually.

Q. We'll talk about that. I'm interested in talking about that Tanner study.

But my question is: What work has GSK undertaken to identify all of the degradation products?

MR. SHEEHAN: Objection.

A. GSK would have -- Glaxo Group Research would have conducted the necessary work which is expected of -- of the pharmaceutical company to identify those detectable impurities which are formed from degradation.



BY MR. ROTMAN:

Q. When?

A. They would have been -- it would have been done in the '80s and then there was the work of Britain, if I recall, who looked at exactly nitrosating -- nitrosating ranitidine and showed that you got an interesting molecule that was an NDMA in that first example.

So this would have been done in -- as part of the development.

Q. And since then, was there any additional work to make sure that all impurities were identified?

MR. SHEEHAN: Objection.

A. There may have been some additional work conducted in the -- through the lifecycle of ranitidine; just as part of understanding.

Q. But you cannot cite to any -- nothing that you're -- that has come to your attention?

A. I know that there was work some work around colored -- colored -- the presence of colored materials in some batches of tablets from wherever. I'm not sure which country. So they would have done some investigation there. But I can't -- I haven't seen any documents which have got the results of



that.

Q. Is discoloration the manifestation of degradation of the pill?

A. No. This was linked to specific tablets that were observed in -- in one country where there was a slight discoloration.

So they conducted some work to -- to try and determination what the slight discoloration was.

Q. I'm asking a different question.

Does discoloration of the tablet -- does discoloration indicate that there's degradation that has occurred?

MR. SHEEHAN: Objection.

BY MR. ROTMAN:

Q. Let me ask it a different way.

A. No, I can answer. It may or it may not. It depends what the -- the mechanism is of degradation it is, what's causing the discoloration.

Q. So discoloration might be a manifestation of degradation of the pill, right?

A. It might be introduced by one of the excipients. Who knows?

Q. It might be the result of degradation of the pill, right?



A. It might be.

Q. That was my question.

A. It might be.

Q. And has GSK looked at each of the identified impurities of ranitidine to assess whether it could be a nitrosation source for the formation of NDMA?

A. There was no need to do that activity, because there wasn't a nitrosamine risk associated with ranitidine.

Q. I didn't ask whether there was a need for it. I asked whether it was done.

MR. ROTMAN: Could you reread the question, please, Jennifer?

(Designated question was read back.)

A. I'm not sure -- I don't -- I'm not sure that specific activity was conducted until the summer of 2019.

Q. In an over 40-year period during which GSK was aware that there was degradation of the molecule and impurities resulting from the molecule, there was no work done on that that you're aware of, right?

A. No. That's because the best nitrosating species is nitrous acid and a series of

Page 106

studies and completed in 1982 and replicated recently by the FDA which confirmed that, in the presence of a nitrosating species, NDMA is only formed when levels of nitrous acid are incredibly high.
So there was no need to look -- there was no need to look for a nitrosating source.
MR. ROTMAN: Can you please take down this slide? If we can put up 5972, Ramon. What number would this be?
(Exhibit 3505, Email to Mike Urquhart, Sebastian DeBarge and Andrew Searle, was marked for Identification by the court reporter.)
THE REPORTER: 3505.
MR. ROTMAN: 3505. Can we put up, please, John.
BY MR. ROTMAN:
Q. On September 27th, three days after the brainstorm, you sent an email to Mike Urquhart, Sebastian DeBarge and Andrew Searle, with copies to others, stating that you had another mechanism for formation of NDMA, right?
A. Yep.
Q. And that was in addition to what was presented in the brainstorm three days earlier,

Page 107

right?
A. Yes, that's correct.
Q. And again, this would have been a mechanism for the formation of NDMA that was something that you considered to be plausible, correct?
MR. SHEEHAN: Objection.
A. Considered to be possible, but not proven.
BY MR. ROTMAN:
Q. Do you have a problem with the word "plausible"?
A. We seem to be using it quite a lot, so let's use "possible," should we?
Q. Because you used the word "plausible" in one of your earlier emails about mechanism.
A. Okay.
Q. So I'm trying to use words that you're comfortable with.
A. That's fine. We'll use "plausible" then. That's fine.
Q. You wouldn't have been proposing mechanisms that were not plausible to your colleagues, would you?
A. I like to initiate ideation by

Page 108

presenting folks something to think about. May be absolutely a crazy idea, but some of my best inventions have been from crazy ideas of -- I've delivered some great science.
So I like to ideate. I like to think about organic chemistry. And when we had a problem like ranitidine forming trace levels of NDMA, I didn't stop thinking about it for a long time.
Q. So here, you're proposing another mechanism, one that's different from the mechanisms that you had proposed in the past, right?
A. Looks like it, yes.
Q. And it was the mechanism that you considered at the time to be based on principles consistent with and based on principles of organic chemistry, right?
A. Correct, correct.
Q. And you describe it as a dimerization process, which liberates two EQ on NDMA, right?
A. Dimerization process which liberates two EQs of NDMA, right. That's correct?
THE REPORTER: I'm sorry?
MR. ROTMAN: Did you get that, Jennifer? I think you said I'm sorry. Did you get the answer?

Page 109

THE REPORTER: Yes, thank you.
A. Again, this is after the event, knowing that we have to come up with a mechanism of how NDMA can be formed. Why would we stop thinking about mechanisms after a brainstorm that was a few days earlier?
Q. Oh, I'm not criticizing you for doing this. I think what you were doing makes sense. I'm just trying to understand what exactly you were doing and -- and so that's why I'm asking you these questions. You don't have to be defensive about it.
Did anybody respond to you -- did anybody respond to your September 27 email, Exhibit 3505 that your proposed mechanism made no sense?
A. I don't know if they actually read this email but they didn't respond to that.
Q. And now let's put up 9940. And this will be 3506.
(Exhibit 3506, Email, December 13, 2019, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. Is this diagram complete or cut off?
A. No, it looks complete to me.
Q. It's not missing any parts?

Page 110

A. Doesn't -- I don't think so.

Q. Okay. And you're in communication here with Andrew Searle. He's sending you an email with a question, right?

A. Yep.

Q. He wants to know your rationale for assessing the structure shown below, right?

A. That's correct.

Q. He's saying to you that that structure is seen in batches with elevated NDMA that are somewhat linked to the level, right?

A. Yeah.

Q. And that there might be others as well, right?

A. I'm not sure what he means by "might be others linked as well."

Whether he's referring to other impurities or other batches, I don't know.

Q. So is this -- this diagram, is that of an impurity -- a structure of an impurity?

A. Yes. This is an impurity which is formed at low -- at elevated levels in batches of ranitidine, which have NDMA in there, a very important -- a very important impurity, I believe, here.

Page 111

Q. Does it have a name?

A. I think it's called a urea impurity because of the functionality within the molecule.

Q. And you came up with this without any laboratory work, right?

A. No. This structure was identified as part of screening batches of lamivudine -- sorry, not lamivudine -- ranitidine, which contained the highest levels of NDMA, and they were looking for other impurities, and this one stood out as the -- it was a correlation.

Q. But the mechanism which included this structure, for this structure to be implicated in the formation of NDMA, was one that you came up with without using the laboratory?

MR. SHEEHAN: Objection.

A. I came up with a mechanism for this impurity after I was presented with the impurity.

So they were wanting to know how it was -- how it could be formed. And a lot of scientists come to me -- come -- within GSK come to me and ask me for my thoughts on -- on challenging organic chemistry.

Q. Understood. I just want to sort of put things into terms that -- that I think I can

Page 112

understand and the jury can understand.

You came up with a mechanism for urea to be implicated in the formation of NDMA, and you did that without needing to work in a laboratory. You did that on paper, right?

MR. SHEEHAN: Objection.

A. I came up with a mechanism on paper for this impurity that's being formed, high levels -- higher levels or elevated levels when NDMA was present in batches of API. Might have been completely unrelated to formation of NDMA. There was a correlation -- and I came up with a potential or plausible -- I'll call it "potential" mechanism for how this impurity could be formed.

MR. ROTMAN: Let's take this one down, please.

Ramon, 6703, and this will be 3507.

(Exhibit 3507, Email, December 20, 2019, was marked for Identification by the court reporter.)

BY MR. ROTMAN:

Q. We're now in December of 2019, right?

A. Yes.

Q. Mr. Whitehead?

A. Yes, 20th of December.

Page 113

Q. So we've been -- right now, we've looking at activity that you've been involved with ranitidine in NDMA starting with a message -- messaging between you and Mr. McGhie on September 10th, where you were discussing mechanisms -- plausible mechanisms for ranitidine to form NDMA from the degradation process, right?

A. Uh-huh, yeah, yes.

Q. And all that -- that seven-month period, you also participated in that brainstorm, right?

A. That's correct.

Q. Okay. And now, we're in December, and you are receiving an email from John Hayler, telling you that Geoff is happy with the wording below. Do you see that?

A. That's correct.

Q. What wording did you understand he was referring to?

A. Right. So this is -- this specific experiment was one of the first things -- was one of the things that came out of the brainstorming session on the 24th of September because it was a definitive way we could prove, to the best of our ability, that NDMA -- proved the mechanism of NDMA formation. So

it's radiolabeled. And I wanted to get specifically the terminology from the isotope experts to make sure I've got it the right -- the right phrase.
Q. What phrase -- what language -- can you point to where on the document the language that was -- Geoff was happy with?
A. I think it's the phrase -- so Geoff -- let me just check who Geoff is on here. I think Geoff -- I think Geoff is an isotope chemist, and this -- this -- this sentence highlights it. There's something that I was drafting as part of a regulatory submission at the end of the year because we had a deadline. I can't remember whether there was a health authority deadline to get some context of the work that we were doing back to the health authority. And I just wanted to confirm the section that I wrote on radiolabeling, the various parts of ranitidine was correct from an isotope -- isotopic chemist perspective. I didn't want to use the wrong wording.
Yeah, that's where that came from, if I remember. Oh, right, it says so, it's the EMA, yeah. So it was the EMA. I was writing a response to the EMA.
Q. Okay. Let's go to the next page,


please.
A. Or we were writing a response.
Q. There's two paragraphs here that were included in the email forwarded to you by John Hayler.
Do you see them, Paragraphs numbered 1 and 2?
A. Yeah.
Q. The second one says -- and I'm reading. You can read along with me: There is uncertainty whether NDMA can be formed in vivo from ranitidine.
Do you see that?
A. Correct.
Q. "In vivo" means in the -- in the body, right?
A. Yes, yes.
Q. You shook your head, yes?
A. Yes.
Q. So "in vivo" means whether NDMA can be formed after a person swallows the pill, right?
A. Yes, yes, correct, correct.
Q. So in -- and who's Jim Harvey?
A. It says his name down the bottom, director of target and system safety. He's a


toxicologist.
Q. And is he a GSK employee?
A. He is, yeah.
Q. And so he was acknowledging that, as of December of 2019, after -- after ranitidine had been on the market for about 40 years, that there was still uncertainty about whether NDMA can be formed after the pill is ingested.
And there was no known answer to that question, right?
MR. SHEEHAN: Objection.
A. That's correct. That's correct, as there was conflicting literature on this topic.
Q. And although there was some study of that with the Tanner study, there was no follow-up to that that you're aware of, right?
MR. SHEEHAN: Objection.
A. There was no need -- no need to conduct an in vivo study because the Tanner study showed that, you could only form levels of NDMA. This was in vitro studies, at levels of -- if the levels of nitrite were way, way, way higher than any physiological level of nitrite.
So -- and also, as you probably -- you will know, the FDA has confirmed this, that in


their clinical study recently.
Q. Mr. Whitehead, I would like you to answer -- I've asked you a different question. I didn't ask you whether a study was needed. I asked you whether it was done.
MR. ROTMAN: And so, Jennifer, could you reread the question?
(Designated question was read back.)
MR. SHEEHAN: Objection; asked and answered.
A. There was no follow-up study conducted by GSK. There were follow-up studies conducted -- well, there were studies conducted by others.
BY MR. ROTMAN:
Q. When?
A. There was a study -- well, it's been retracted. I'm sure it was the Zheng paper. Actually, the best person to ask about in vivo studies on ranitidine is a toxicologist because that's his job, not an organic --
Q. Today, I'm just asking you questions and you can just answer what you know. And you can also answer what you don't know by just saying "I don't know."

So you're not aware of any studies, up until recently, following up on the question of whether ranitidine forms NDMA after ingestion, right?
A. I don't know.
Q. What we've been talking about so far is the formation of NDMA in ranitidine before ingestion, right?
A. That's correct.
Q. And that was the issue that you were working on with proposing plausible mechanisms for that to occur, right?
A. Correct.
Q. And so -- and that question is answered yes, it was forming pre-ingestion through the degradation process based on heat, moisture, time and oxygen, right?
MR. SHEEHAN: Objection.
A. I'm not sure oxygen's required actually, but the first three were correct.
BY MR. ROTMAN:
Q. And here, in December 2019, James Harvey is saying, on the third line of that Paragraph 2: For this purpose, a study in humans should be performed, correct?
A. That's what it says.



Q. And the purpose of the additional study was to answer the question whether NDMA can be formed after a person takes the pill, right?
A. That was the purpose of the study and it was being shown by the FDA that it does not happen.
Q. Move to strike the nonresponsive portion.
Once ingested, the pill goes into an environment where there is moisture, correct?
MR. SHEEHAN: Objection.
A. Correct.
BY MR. ROTMAN:
Q. Varying pH levels?
A. Yes.
Q. Varying levels of acid, correct?
A. Yeah.
Q. And a temperature of 98 degrees Fahrenheit, right, approximately?
A. Whatever that gets -- I deal in Celsius, so whatever that is in Celsius. 37 degrees Celsius.
Q. And there are other factors in the human body that could also interact with the molecule to form NDMA, correct?



MR. SHEEHAN: Objection.
A. And that -- and that was the exact reason why the Tanner study was done, to recreate that as best one can.
Q. The answer is yes, right?
MR. SHEEHAN: Objection.
A. Repeat the question, please?
MR. ROTMAN: Jennifer, please.
(Designated question was read back.)
MR. SHEEHAN: Objection.
A. Correct, correct. The study in healthy -- I mean, this is the right thing to be suggesting at this point in time and as I say, the FDA have essentially done this study, probably not with the radiolabeled stuff.
(Pause.)
MR. ROTMAN: Can we go to 2385, please?

MR. SHEEHAN: Hey, Steve, before you get into the next one, I don't know how long we've been going, but it's 1:40 here almost.
At some point, you know, we'll probably want to break for lunch, whenever it's



convenient.
MR. ROTMAN: Well, there's no -- I don't mind breaking when you want to break for lunch. I'm not going to have lunch at 8:30 in the morning in Boston, but I might have a cup of coffee and a bagel or something.
MR. SHEEHAN: Sure. I leave it to Professor Whitehead. You know, it honestly doesn't make any difference to me.
THE DEPONENT: I'm happy to drive on. I'm not that hungry, if that's okay with you, Tom?
MR. SHEEHAN: Yeah, yeah, that's fine. We can go for a bit and then we'll take a break. At some point, I'll get some food. But Steve, let's go for a bit and we'll break sometime down the line.
BY MR. ROTMAN:
Q. Mr. Whitehead, Mr. Sheehan referred to you as Professor Whitehead.
Are you a tenured professor?
A. It's an adjunct professor but at the university -- at the University College Cork and they -- all the documentation that I received from them is addressed as Professor Whitehead, so they're happy for me to be called a professor of analytical

biochemical research.
Q. What is an adjunct professor?
A. An adjunct professor is generally -- well, it depends which country you're in because the definition is different. If somebody's got a significant amount of industrial experience in a subject matter area, you can contribute to the scientific performance and future of a university through advising the academics on the future of research, application to industry, supervising PhD students, running problem sessions, tutorials and all -- as a normal professor would and should be doing, but I'm not employed by the university. I'm an adjunct professor of the university.
Q. How much teaching -- what amount of -- how many classes are you teaching now?
A. It varies. It's -- we run problem sessions. We run case studies. It just varies. It's just with the postgraduates, rather than the undergraduates.
Q. Do you actually teach a class?
A. Not a -- I present modules around industry -- industrial relevant chemistry case studies around drugs, roots of synthesis, grade chemistry. Yeah, that's what I do, as well as advise



PhD students on their research. They come to me and -- if they've got a problem, I'll spend some time with them advising on their science and also their careers as well.
MR. ROTMAN: Can we have 2385, Ramon?
(Exhibit 3508, Email, January 6, 2020, was marked for Identification by the court reporter.)
MR. SCHMITZER: That will be marked as Exhibit 3508.
BY MR. ROTMAN:
Q. In January of 2020, you received an email from Michael O'Sullivan. You were one of the people who received it. And that's up on the screen right now. And he's forwarding to you a -- an email chain where you had also been on at least part of it.
And I'd like to call your attention to the email in the middle of the page that starts with the sentence: I believe the only changes are the addition of root causes 7 and 8.
Do you see that?
A. Yeah.
Q. In reference to root causes, you're aware that the company ultimately published a paper on the root cause analysis of the formation of NDMA



in ranitidine, right?
A. Correct.
Q. And the coauthors of that were Fiona King, Andrew Searle and Mike Urquhart, right?
A. Yes, that's correct.
Q. We've so far seen a number of communications where you and Mr. Searle were in communication on the subject that we've been discussing?
A. Yes.
Q. We've also seen some correspondence between you and Mike Urquhart, right?
A. Yep, yes.
Q. You were in communication with them -- were you aware that they were doing a root cause analysis investigation?
A. Into ranitidine specifically?
Q. Yes.
A. Yes, I was aware, yeah.
Q. And were you part of the team for that?
A. No, I would come along at certain time points as results came available so people could present those ideas to me and I would bounce ideas with the core team, if I agree with them or disagree,



and we would discuss next steps.
So I wasn't part of the core team. I was there as more of an advisory peer review type role.
Q. And here we're referring to root causes 7 and 8.
Do you see that?
A. Yeah, I'm not sure what that specifically relates to.
Q. Let's go to the next page, please.
A. Yeah.
Q. And looking at the bottom of the page -- scroll up a little bit more, please.
A. Yeah, okay.
Q. Let's look at 7 below, under the topic that starts with 12.
What are the currently identified root causes for presence of nitrosamines. Right?
A. Yeah, this looks like it's health authority guidance that's come through here and folks are commenting on -- on this guidance that's come through.
Q. Is this relating to ranitidine or -- specifically?
A. I don't think it is. It looks like

Page 126

it's general -- general -- whether it's EMA guidance, EFPIA guidance. It's not FDA guidance because that didn't come out at that time. So it's guidance from somewhere.
Q. Okay. It's guidance from somewhere about different sources for -- different sources of nitrosamine impurities, right?
MR. SHEEHAN: Objection.
A. It's -- it's guidance on what it says -- where it starts with the number 12.
Q. Right. But the first line under that was: Currently identified sources of nitrosamine impurities are listed below. Right?
A. Whoever has written this guidance is saying that these things should be considered. I don't know who wrote them.
Q. And there are eight different categories, right?
A. Correct.
Q. And 7 is degradation processes of starting materials, intermediates and drug substances. Right?
A. Yes, that's correct.
MR. SHEEHAN: Objection to the extent it's not complete.

Page 127

BY MR. ROTMAN:
Q. It's not complete. It continues. It continues by saying: Including those induced by inherent reactivity in conjunction with carry-over of sodium nitrate or other nitrosating agents, right? Right?
A. Yes, that's correct.
Q. So whoever wrote this guideline is identifying degradation processes as a potential root cause of the presence of nitrosamines, right?
A. That's what it says here.
Q. Yeah. A pharmaceutical company should consider whether degradation processes are generating nitrosamine impurities, right?
A. In combination with carry-over sodium nitrate, it says. It doesn't say in isolation. So pharmaceutical companies will conduct stability on intermediates. And in certain cases start them because they have to be stable for them to be used and stored before use, so it's saying introduced inherently in combination with carry-over of sodium nitrites.
So what it's, basically, saying is if you've got some amines as byproducts -- or an amine degrades, a tertiary amine degrades to give a

Page 128

secondary amine impurity, then you should consider the possibility of nitrosation there. That's what it's saying and that's what we do consider.
Q. Ranitidine, a ranitidine molecule does include a tertiary amine, does not -- does it not?
A. It includes a tertiary amine.
Q. And that has been known for over 40 years, right?
A. That's correct.
Q. And in a tertiary -- and it is also -- in a tertiary amine, in the presence of a nitrosation source, can lead to NDMA, correct?
MR. SHEEHAN: Objection.
A. No, that's not correct.
Tertiary amines will form a nitrosamine in the presence of excess nitrosating agents. Not trace, not carry-over. Excess.
Q. Thank you. And that has been known for a number -- several decades, correct?
A. Correct.
Q. And what amounts to excess is not known, correct?
MR. SHEEHAN: Objection.
A. You need -- depending on the

Page 129

functionality within the molecule, you need stoichiometric or two equivalents of a nitrosating agent to convert a tertiary amine to a nitrosamine. Tertiary amines will not react with trace amounts of a nitrosating species.
Secondary amines may do. But not tertiary amines, to the best of -- best of our knowledge.
Q. What is not known is how much about trace will be sufficient to generate NDMA, correct?
MR. SHEEHAN: Objection.
A. Actually, specifically for ranitidine, it is known what levels above trace will form it, as shown in that Tanner study. So we've got the exact date and I think --
Q. Okay. So we'll get to the Tanner study.
A. Yeah, yeah, that's a good idea.
Q. Let's turn the page, though, before we do that to 2387.
I see a note that says: Redacted - Privileged.
Do you see that?
A. Yes, I do.
Q. Are you aware of any lawyers being

Page 130

involved in connection with these communications?
A. I don't know. I'm not aware of any.
Q. You can take down this exhibit?
A. Sorry, could I just -- could you ask that question again? You were referring to that specific email at that point in time.
MR. ROTMAN: I have no question pending.
THE DEPONENT: No, I just wanted to clarify what your previous question was. Was it -- it was linked to that specific email?
MR. ROTMAN: Yes, it was, yes.
THE DEPONENT: Yeah, okay, fine. Thank you. Thank you.
BY MR. ROTMAN:
Q. So several times today, you've wanted to talk about the Tanner study.
So now would be a good time to do that.
MR. ROTMAN: Ramon, if you could put that up.
(Exhibit 3509, Tanner Study, was marked for Identification by the court reporter.)
THE DEPONENT: And then could we have

Page 131

a break after we've discussed the Tanner study?
MR. ROTMAN: Yeah, that would be great.
THE DEPONENT: Okay.
MR. SCHMITZER: Counsel, does this need to be marked or has this been previously marked?
MR. ROTMAN: It needs to be marked, please.
MR. SCHMITZER: This will be Exhibit 3509.
BY MR. ROTMAN:
Q. When was it that you first read the Tanner study?
A. It was -- I would say two weeks ago in detail, two weeks ago.
Q. So you had not read the Tanner study until two weeks ago?
A. That's correct. I was aware of the study, but I'd never -- I've never read it -- never read it.
Q. You didn't read it until you knew we were having this deposition, right?
A. That's correct.
Q. And if you could go to page 80 -- I'm sorry, 4996. This is a summary of the study,

Page 132

correct?
A. Yes.
Q. And they report that the -- in the first sentence, they were: Experiments were carried out to determine whether nitrite reacted with ranitidine hydrochloride to form NDMA, right?
A. Correct.
Q. That was the purpose, is to see whether NDMA would form after the pill was swallowed, right?
MR. SHEEHAN: Objection.
A. No, no. The purpose of the study was here, as it says: Experiments were carried out to determine whether nitrite reacted with ranitidine hydrochloride to form NDMA.
BY MR. ROTMAN:
Q. Okay. And would that explain formation in vivo? You were describing this study as giving an answer to in vivo.
MR. SHEEHAN: Objection.
A. This is an in vitro study, which -- which, if you read it, you would conclude that you don't -- I wouldn't at the time need that in vivo study because ranitidine only degrades to give NDMA when the level is well above the -- the nitrite

Page 133

concentration is well above the physiological concentrations.
Q. Yeah. I've heard you say that now a number of times, and I want to ask you some questions about that.
But the first thing I want to clarify is, so this was not a study in humans, right?
A. No.
Q. This was a study out sort of in the test tubes, right?
A. I'm not familiar, but it says: The WHO NAP test. So it's presumably conditions that mimic, to a degree, physiological conditions and well above physiologic conditions here.
Q. So, based on the result of this, you're saying that there was no need to do a human study, right?
MR. SHEEHAN: Objection.
A. You'd have to ask a toxicologist to come up with that answer. But looking at the data here, it's saying that NDMA isn't formed a physiological concentrations nitrite.
Q. Now, you're saying that again, and I want to -- again, we'll come to that. But the -- let's turn to the second -- the next page, the

introduction. Do you see that?
A. Yeah.
Q. And the first sentence there is the dimethylamino groups of aminopyrine and oxytetracycline react with nitrite under certain conditions to yield NDMA, right?
A. That's correct, yeah, I read that paper.
Q. And so they're saying that with other drugs, the DMA group reacts with nitrite to form DMA, right?
A. These -- these studies were done with excess nitrite, if you read the actual papers, and the functionality within the molecule are -- those two molecules there are completely different from ranitidine. But, you know, as this paper -- as this research shows here this DMA would be formed from ranitidine --
MR. SHEEHAN: Yeah, I'm hearing sort of an in and out from Andrew. I don't know, Steve, whether you're catching everything or whether you're -- it's fading on you as well.
MR. ROTMAN: Yeah, it was fading on me, too.
THE DEPONENT: Okay. Sorry about



that.
THE REPORTER: Just in that spot.
BY MR. ROTMAN:
Q. Let me just ask a different question. The introduction in the first two sentences provides the reason why they were doing the study, correct?
A. Correct.
Q. They found that, with other molecules that had a DMA group that were -- that they reacted with nitrite under certain conditions to form NDMA, right?
A. Correct.
Q. And they also knew that tertiary amines were subject to nitrosation under certain conditions, correct?
A. Correct.
Q. They knew that ranitidine contains a DMA group, correct?
A. It contains a tertiary amine which has got -- it's dimethylamine as part of the tertiary amine, correct.
Q. It contains a tertiary amine, correct?
A. Tertiary amine, yeah.
Q. It contains a DMA group, correct?



A. Yeah, correct.
Q. And it has been known, since 1980, that there is a risk of nitrosation with tertiary amines, correct?
MR. SHEEHAN: Objection.
A. No, it's been known before 1980 because of the papers in '72 and '74.
Q. So thank you. Even before 1980, correct?
A. Yes, that's correct.
Q. So that's why they did the study, because they knew ranitidine had a DMA group, had a tertiary amine, and that it's been known since before 1980 that there was a risk of nitrosation with a tertiary amine DMA group, right?
MR. SHEEHAN: Objection.
A. Correct.
BY MR. ROTMAN:
Q. And nitrosation is the chemical process that can lead to NDMA, right?
A. Correct.
Q. So they did the study and they -- they generated NDMA by exposing ranitidine to sodium nitrite at different levels, correct?
MR. SHEEHAN: Objection.



BY MR. ROTMAN:
Q. At the highest level -- at the highest level, it generated at least 232,000 nanograms of NDMA when ranitidine was incubated with sodium nitrite, right?
A. Just give me the number again, please.
Q. Over 230,000 nanograms?
A. Point 0 -- yeah, that's what you would expect from ranitidine reacting with an excess of nitric acid -- sorry, nitrous acid. I'm surprised that -- the reason that the yields aren't higher than or the amount that is because its reaction all over the molecule as well, not just specifically that amine functionality.
Q. And the -- so the study, basically, showed that NDMA would form from ranitidine with exposure to sodium nitrite at certain levels, right?
A. At certain high levels.
Q. Certain high levels, correct.
A. Yeah.
Q. And that's a high level of NDMA, isn't it, 232,000 nanograms?
A. That's parts per million, yeah, that's 200 parts per million. So that is a high

level.

However, with those types of -- that concentration, it's -- it's showing you that there are a lot of other reactions taking place and that it's not the -- it's not the favored pathway.

MR. ROTMAN: Move to strike the nonresponsive portion.

THE DEPONENT: And --

BY MR. ROTMAN:

Q. Mr. Whitehead, they measured NDMA with a technology called GCMS, right?

A. Correct.

Q. GCMS, what does that stand for?

A. Gas chromatography mass spec. Gas spectometry --

Q. So gas chromatography mass spec --

A. Spectometry.

Q. -- was a technology in existence at the time of this study, which was 1982, correct?

A. Correct.

Q. And that technology allowed the researchers to detect NDMA formation, correct?

A. Correct.

Q. Now, they tested with different amounts of sodium nitrite, correct?



A. Yes.

Q. They tested at .3 micromoles and at 40 micromoles, right?

MR. SHEEHAN: Objection.

A. I think if you scroll down in the document, it tells you exactly the conditions that it was tested to.

Q. Yeah, what was -- what was the unit of measure, little M, big M, what does that stand for?

A. Where are you referring to little M, big M?

Q. What is the unit of measure that they were using of sodium nitrite?

MR. SHEEHAN: Are you talking about concentration?

THE DEPONENT: Yeah, it's millimolar, millimolar.

Q. Millimolar; is that it?

A. Millimolar.

Q. Was it 0.3 millimolar and 40 millimolar?

A. If you can just scroll down a little bit, you'll be able to see. There you go. Basically, this study takes ranitidine with



substoichiometric sodium nitrite, an excess of sodium nitrite and 1-to-1 stoichiometry under acetic conditions, those conditions are favorable to nitrosation.

Q. Move to strike as nonresponsive. What were the concentrations of sodium nitrite tested in this experiment?

A. According to this table, it says .3 millimolar and 40 millimolar.

Q. As a chemist, wouldn't you want to find out the lowest amount of sodium nitrite that can generate NDMA?

A. Well, if I recall from reading this paper, though, it was non-formed at -- nondetected at .3 millimolar, so, therefore, why would you go to lower strengths?

Q. Move to strike as nonresponsive.

As a chemist, would you want to find out the lowest amount of sodium nitrite that can generate NDMA?

MR. SHEEHAN: Objection.

A. I'd be more worried about -- it's down to the capability of the analytical method.

Q. So do you have an answer do my question, whether you'd want to find out the lowest



amount of sodium --

A. Well, what those papers tell you is that -- the previous papers is that trace levels of nitrate and the tertiary amine are not of a concern.

So, really, .3 millimolar, well, that's not quite trace, but it's telling us that, you know, this molecule isn't that reactive towards low concentration of sodium nitrite, so there's no need to go looking for lower levels.

Q. Is .4 the lowest that they tested?

A. There's .3 here and they also had zero because they had a control.

Q. Thank you.

A. Nothing was in the control.

Q. Is point -- is it -- other than zero, was .3 and 40 the only levels that were tested?

A. I'll have to have another read of this report, but looking at this table here, .3 millimolar and 40 millimolar.

Q. And nothing in between?

A. Nothing in between.

Q. Is .3 millimolar considered to be a high level or a physiologic level?

A. It's above what you'd -- as far as I understand, it's above -- way above physiological

levels of nitrite that you'd expect.
Q. .3 is?
A. .3 millimolar is concentration --
Q. .3 millimolar is way above physiologic levels?
A. It is -- you'd have to consult an expert. .3 millimolar, as far as I understand it, is above physiological concentrations.
Q. Now, this one was study, right?
A. It was one study, correct.
Q. This study was not repeated, correct?
MR. SHEEHAN: Objection.
A. It wasn't repeated, but as far as I understand, it wasn't repeated by GSK. It's been repeated by others.
Q. It wasn't performed on ranitidine that had been exposed to high temperature, was it?
A. Well, it's being exposed to 37 degrees, that's the ranitidine.
Q. That's the temperature it was exposed to, correct?
A. That's what it says in the method here: 37 degrees incubated.
Q. And is that body temperature?
A. Yeah. That's around -- yeah, that's


a healthy body temperature.
Q. So it wasn't exposed to higher temperatures, correct?
A. It may have been. I don't know. I don't know the batch of ranitidine that was --
Q. You have no information that it was exposed to higher temperatures, correct?
A. I suspect it would have been because it would have been dried in its manufacture at 40, 50 degrees. So I don't know. But I suspect that it may have been -- it may or may not have been exposed to high temperatures.
Q. Okay. And you have no information that it was exposed to moisture, correct?
MR. SHEEHAN: Objection.
A. There will be moisture present in ranitidine hydrochloride.
Q. Additional moisture?
A. Trace levels of -- of moisture -- water will be present. Not to hydrate, but there will be low level of water present in ranitidine hydrochloride.
Q. In all -- in other words, in every pill, there will be low levels of moisture, right? Is that what you're saying?


A. In every -- yes, exactly. I am saying that. I am saying that, yeah.
Q. So we have no information that the pills tested here were subjected to higher levels of moisture or higher temperatures, correct?
MR. SHEEHAN: Objection.
A. We've got no reason to believe they have or they haven't.
Q. And there's nothing in the study that subjected the ranitidine to conditions in vivo, in the human stomach, other than the sodium nitrite, correct?
A. And the gastric juice mix.
Q. But not what other conditions might exist, for example, in the saliva, correct?
A. There is -- that's -- there will be nitrite in saliva. However, you swallowed the tablet by that point.
Q. To your knowledge, GSK didn't test at .4 millimolar a .5 millimolar at 1 millimolar or at 1.5 millimolar or at 2 millimolar or anything between .3 and 40, correct?
MR. SHEEHAN: Objection.
A. To my knowledge, GSK hasn't, but others have.


BY MR. ROTMAN:
Q. Have you seen the Bronstein study?
A. Is the Bronstein study the recent FDA study?
Q. Have you seen -- I'm not -- I'm referring to the Bronstein study, not the recent FDA study.
A. I'm not aware of the Bronstein study.
MR. ROTMAN: Okay. Let's take this one down.
Those are my questions for now on Tanner. You wanted to take a break now?
THE DEPONENT: Yep, if everybody's okay with that.
MR. ROTMAN: Let's go off the record and talk. But we're off the record.
THE VIDEOGRAPHER: Okay. The time is 1313 UTC. We are going off the record.
(A discussion was held off the record.)
(A lunch recess was taken.)
THE VIDEOGRAPHER: We're back on the record. The time is 14:01 UTC.
BY MR. ROTMAN:
Q. Mr. Whitehead, before the break, when

Page 146

we were talking about the Tanner study, and I was asking you questions about whether the ranitidine in the Tanner study was subjected to high temperatures and moisture. Just to clarify what I was interested in in knowing is whether there's any reason for you to believe that the tablets that were involved in the Tanner study had been degraded?

A. I don't know. I'm sorry. Can you hear me okay? Yeah.

I've got no reason to believe that the tablets were in any way degraded.

Q. Thank you. And you don't know whether, if they had been degraded, whether the results would have been different, correct?

MR. SHEEHAN: Objection; calls for speculation.

A. With what we have learned, as part of the root cause, it's unlikely that the results would have been different to an appreciable amount because the primary degradation -- I've got no reason to believe they would have been different.

Q. You have no knowledge about whether if it had been tested with degraded tablets, the results would have been different? I didn't ask what you believed, but what we know.

Page 147

MR. SHEEHAN: Objection.

Q. That study hasn't been done, correct?

MR. SHEEHAN: Objection.

BY MR. ROTMAN:

Q. Let me ask it this way: Since -- assuming that they were not using degraded tablets, we don't know what the results would have been if the tablets had been degraded, correct?

MR. SHEEHAN: Objection.

A. We don't know what the results would have been like, but they would have been similar to what was observed.

MR. ROTMAN: Move to strike the nonresponsive portion.

BY MR. ROTMAN:

Q. Mr. Whitehead, as a current employee of GSK, you receive compensation, I assume, correct?

A. Correct.

Q. You receive an annual salary?

A. Correct.

Q. And you also receive certain fringe benefits?

A. Correct.

Q. What is your salary?

MR. SHEEHAN: Steve, come on. We're

Page 148

not -- we're not getting into the exact figures of his salary. Give me a break. He doesn't -- he doesn't have to tell you what his salary is.

MR. ROTMAN: I'm entitled to know whether a fact witness is biased.

MR. SHEEHAN: He's told -- you know that he gets paid by GSK. You know that he's an employee.

MR. ROTMAN: I don't need an argument.

MR. SHEEHAN: And I'm going to go ahead and direct him not to answer. If you want to get the magistrate judge on the line, go for it. This is ridiculous. It's harassing.

BY MR. ROTMAN:

Q. I've asked you a question how much you're paid. Are you going to answer the question or not?

MR. SHEEHAN: I'm going to direct the witness not to answer.

A. I'll take Tom's guidance there. It doesn't -- it's not relevant.

BY MR. ROTMAN:

Q. And are you -- have you been provided any stock, any GSK stock?

Page 149

A. Again, that question's not relevant.

Q. Are you going to answer that question or not?

MR. SHEEHAN: I'm going to go ahead and direct the witness not to answer. You don't need to answer these questions.

THE DEPONENT: I'll take Tom's guidance.

MR. ROTMAN: We believe we're entitled to this information and we reserve the right to bring this to the attention of the magistrate and continue the deposition to get answers to these questions. But I won't spend anymore time on that right now since the witness has been instructed not to answer and is refusing to answer the question.

Q. Now, can you -- are you aware of what salivary nitrite levels are after -- after a dietary nitrite load?

MR. SHEEHAN: Objection.

A. No, I'm not aware of the figures.

BY MR. ROTMAN:

Q. Do you know if the temperature inside the stomach is higher than the temperature of the body taken through a thermometer?

A. I'm not qualified to answer that

question.
Q. Let's put up 3403.
(Exhibit 3510, Email, January 7, 2020, was marked for Identification by the court reporter.)
MR. SCHMITZER: This will be mark as Exhibit 3510.
BY MR. ROTMAN:
Q. On January 7, 2020, you sent an email to Andy Searle. And that's in front of you right now, correct?
A. That's correct.
Q. What's the exhibit number on this, by the way?
MR. SCHMITZER: It's going to be 3 --
THE REPORTER: 3510.
BY MR. ROTMAN:
Q. Exhibit 3510, you're e-mailing Andrew Searle regarding the same issue that you've been talking about before, mechanisms for NDMA to form out of ranitidine, right?
A. Correct.
Q. And here, you're talking about the aldehyde impurity, yes?
A. Uh-huh, yes, yes, correct.



Q. And is that an impurity that arises out of decomposition of the tablet?
A. No, this -- this impurity, if I recall, was one of the other very, very low level impurities that were detected in batches of ranitidine, which contained trace levels of NDMA.
Q. When was the aldehyde impurity first identified?
A. Well, I'm not sure specifically to which aldehyde impurity this is referring to, but if I recall, it's the aldehyde, the root at the right-hand side of the molecule.
And it was part of the study whether urea -- a urea impurity was -- that we discussed earlier was detected. Whether there was a correlation between the urea impurity and -- and levels of NDMA. I think this was an impurity that came out of that specific study.
Q. So to your knowledge, the aldehyde impurity wasn't identified up until recent years?
A. There may have been other aldehyde impurities that were identified. I'll have to go back to the degs, the degradation work.
But if I recall, this was a new, novel, low level impurity.



Q. And even though ranitidine had been on the market for four decades, they were still discovering impurities that had not been identified before?
MR. SHEEHAN: Objection.
A. The levels of this impurity were below ICH -- levels of concern for ICH. So this impurity was tentatively assigned by mass spec as part of the root cause analysis investigation into the formation of low levels of NDMA in ranitidine.
Q. Move to strike as nonresponsive. The question was: This was -- I'm sorry. I'm going to ask the court reporter to reread the question.
(Designated question was read back.)
BY MR. ROTMAN:
Q. Is that true?
A. As far as I'm aware, this impurity was identified as part of the root cause investigation in 2019/2020 and was not previously identified.
Now, there may be other impurities which are -- have the same name, aldehyde impurity, but have a different structure.
Q. Thank you. But this impurity you found interesting, and you explain why in this email,



correct?
A. Yes, correct.
Q. And what you found interesting about it is that it corresponds to an intermediate from a NEF reaction which gives NDMA, correct? That's what you wrote?
A. That's what -- yeah, that's what I have written.
Q. So is -- are you saying here that this would be a nitrosation source potentially?
A. No. This is a byproduct, so what has been liberated -- the aldehyde impurity would be a byproduct of the NEF reaction, via a NEF reaction, which could liberate a nitrosating source during its formation.
Q. Thank you.
A. So it's a surrogate -- a potential surrogate -- a potential marker that is suggesting that there is an obvious nitrosating species within -- that's apparent.
But it's also at incredibly low levels and there was no correlation between levels of NDMA and levels of this impurity.
MR. ROTMAN: Move to strike the nonresponsive portion.

Can we go to 9650, please, Ramon?

(Exhibit 3511, Email, January 7, 2020, was marked for Identification by the court reporter.)

MR. SCHMITZER: 3511.

MR. ROTMAN: This will be 3511.

BY MR. ROTMAN:

Q. Again, on January 7, you're in communication with Andrew Searle, and as you were before -- this is -- looks like even maybe earlier in the day, 9:22 whereas the other one was 12:31.

And this is a discussion in this email regarding a mechanism involving the generation of nitromethane.

Do you see that?

A. I'm reading the email.

Okay. Say again.

Q. Do you see that it's discussing the mechanism involving the generation of nitromethane?

A. That's what the email is asking me.

Q. And was there an mechanism proposed that implicated nitromethane in the formation of NDMA for ranitidine?

A. Yes, there was.

Q. And that was suggested by somebody



named Argyrios --

A. I think folks -- I think Argyrios.

THE REPORTER: I can't hear the witness.

THE DEPONENT: Can you hear me now?

THE REPORTER: Yes.

A. I think there were other potential mechanisms whereby nitromethane was proposed as a potential byproduct.

Q. This email identifies Argyrios as the person --

A. Yeah.

Q. -- that suggested several path- -- a few pathways, correct?

A. That's what it's saying, yeah.

Q. Is it your understanding these are pathways for NDMA to form?

A. I'm not sure exactly what he was -- he was doing, but possibly he was asked to think about this. I don't know. You'd have to ask Andy Searle.

Q. Do you know who Argyrios is?

A. Vaguely. I think it's a member of his -- yeah, it's a member of Andy's team.

Q. So you had made a number of proposed



mechanisms to the group, right? We've already discussed that.

A. Yeah, I have.

Q. And here we have additional ones being suggested by Argyrios, right?

A. That's correct.

Q. And one of them generates nitromethane, right?

A. That's what it's saying here, yeah.

Q. What is the significance, as you understand it, of nitromethane to the generation of NDMA from ranitidine?

A. Nitromethane, under specific conditions, can act as a nitrosating agent.

Q. And where is the -- under this -- under this -- as you understand it, where is the nitromethane coming from?

A. It is coming from the CH and the NO2 of the right-hand side of the ranitidine.

Q. Through the degradation process?

A. Through -- through a potential degradation process. However, when nitromethane was spiked into ranitidine, I recall there weren't elevated levels of NDMA formed. There were some levels but not what you'd expect if it was a



nitromethane. Nitromethane was the actual source of the nitrosating agent.

Q. And nitromethane is another byproduct of degradation that was -- that has been identified by GSK, right?

MR. SHEEHAN: Objection.

A. No, it was proposed as a byproduct, but I don't think it was ever detected, but it was proposed and that's why a study was done whereby nitromethane was spiked into ranitidine hydrochloride, specifically looking for elevated levels of NDMA because if there was a nitrosating source added, then you may expect to see it, and I don't believe that the levels were excessive, indicating that nitromethane was not on its own the cause of the NO part of NDMA.

Q. Can we go to -- I'm sorry.

MR. ROTMAN: Could we go to 6734? And this would be 3512.

(Exhibit 3512, Email, January 7, 2020, was marked for Identification by the court reporter.)

BY MR. ROTMAN:

Q. This is somewhat redundant of the former one, but it carries on to some additional

Page 158

pages, so we're starting with it. But again, if you could scroll to the bottom, we see the -- not quite that far. We see that Andrew Searle was writing to you about mechanisms, right?
A. Yep.
Q. Mechanisms -- again, the subject matter is how NDMA can be formed for ranitidine, right?
A. Yes.
Q. Because we know that it was happening, right?
A. Say that again. You just broke up.
Q. You know that NDMA was forming in ranitidine, right?
A. NDMA forms at very, very, low levels in ranitidine API.
Q. And you've been tasked with coming up with: How can this happen? How could this have happened? That was the question you were asked to address back in August of 2019 by -- in that first conversation you had with --
A. Giuseppe Whelan.
Q. -- Giuseppe Whelan, right?
A. Yeah, so, basically, again, I was tasked to come up with a mechanism for the formation

Page 159

of NDMA, knowing full well that it wasn't a favored pathway because we were only seeing part per billion -- sorry, part per million amounts.
If it was a favored pathway, we would be seeing significant high levels. So this was an unfavored and nonobvious pathway that somehow, in the solid state, almost unprecedented, the API was forming NDMA at very low levels.
Q. And your -- this email continues from Mr. Searle.
Is it Mr. Searle or Dr. Searle, Andrew Searle?
A. Andrew Searle. I'm not sure whether he's -- ask Andrew.
Q. Okay. Well, Andrew Searle then continues by saying: It is worth knowing that aldehyde impurity corresponding to the urea is also detected weekly and also there seems to be a link between high NDMA and the quaternary methylated ranitidine analogue. Right?
A. Could you just go to the next page so I could have a look at the structures?
Q. What is -- can you explain what Mr. Searle is saying to you aldehyde and urea in that sentence that I just read to you in a way that

Page 160

somebody who's not a chemist would understand the significance of that to the issues you were working on?
A. What we're looking at here in this study or what Andrew Searle was looking --
MR. SHEEHAN: Just note my objection into the question. Go ahead. Object to the form.
A. What Andy -- what we were doing here -- what GSK was doing was looking for the byproduct, that is, if NDMA is somehow being formed, with molecular weight -- low molecular weight, 70-odd, then we must have a significant part of the molecule forming something else.
So we were looking for the byproducts in batches of API where there were elevated levels of -- of NDMA, and the purpose of this was to try and help us understand exactly the complex mechanism that were resulting in NDMA -- NDMA being formed in the solid state. That's simply the purpose of this. These are potential trace metal impurities, of which the aldehyde was an interesting one to me and the urea one was very interesting, especially as there was a correlation between the two.
Q. Let's go to 6746 in the same exhibit. Not attached? Okay. Ramon, do you have 6746?

Page 161

MR. RODRIGUEZ: Yes, it's its own exhibit. I just uploaded it.
MR. ROTMAN: All right. I'm sorry. Let's talk about that one. That will be 3513.
(Exhibit 3513, Scheme, was marked for Identification by the court reporter.)
A. Yeah, I recognize this.
BY MR. ROTMAN:
Q. So here we're seeing -- we see at the bottom, it says: Nitromethane can act as a nitrosating agent, right?
A. Yeah, this is my scheme here.
Q. That's what it says, right? That's the question I'm asking.
A. That's correct. That's correct. It's known in the literature that under certain conditions, primarily metal catalyze, with specific bases also, nitromethane can act as a nitrosating agent, but it needs something else.
Q. And if it's acting as a nitrosating agent, that can lead to NDMA from the ranitidine molecule, right?
A. Yes, because -- yes, that's correct. In theory, that's correct.
Q. Right. What you've done here is

Page 162

you've created a chemical reaction diagram showing how we start with ranitidine and we end up with metro -- I'm sorry, nitromethane, right?
A. Correct.
Q. And it involves the urea impurity that we discussed before, right?
A. Yeah.
Q. And these reactions that you're diagraming, are all chemically plausible?
A. The fear is that -- the only thing that concerns me -- this is all plausible, but if you read that ChemComm paper 2015, it needs something else. You can't just nitrosate an amine with nitromethane on its own. There has to be something else present.
Q. Like a tertiary amine?
A. No, something else. Like a catalyst to mediate it. Because what we're seeing here is -- this is a -- as I mentioned previous, a minor, minor, minor pathway, it has to be because we're seeing such low levels of NDMA -- NDMA formed. And we know that tertiary amines reacting with low levels of a nitrosating agent is not of concern. So something else is happening.
Q. Let's go to 1959, and that will be

Page 163

Exhibit 3514.
(Exhibit 3514, Conversation, January 9, 2019, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. And here you're back communicating with Giuseppe Whelan, right?
A. Yes, that's correct.
Q. He's the one that first got you involved in this issue back in August of 2019?
A. Yes, yep.
Q. And you're telling him at 12:48, there's another impurity that has been detected at low levels, which is further proof that ranitidine will nitrosate. It is the aldehyde impurity.
Did I read that correctly?
A. That's what it says, yeah.
Q. And when you say "proof that ranitidine will nitrosate," that means that ranitidine will form NDMA, right?
A. At low levels, absolutely. That's what it says here, at low levels.
We know that it forms NDMA at very low levels.
Q. It says here low levels? Can you

Page 164

show me where it says that?
A. There is another impurity that has been detected at low levels, which is further proof that ranitidine will nitrosate.
So the fact that it's a low-level impurity means that the nitrosation source is a low level impurity because this low level aldehyde impurity is the byproduct of the nitrosation source. So, it's, again, trace levels of a nitrosating agent being somehow formed, possibly by the mechanisms that you presented previously, giving very, very, very low levels of a nitrosating agent.
Q. And is this a separate mechanism from the urea mechanism that we discussed previously?
A. I think they may be linked, so aldehyde may be on the way to a more stable form, which, basically, reacts further to give the urea impurity.
It may well do because there's no correlation between the aldehyde impurity and levels of NDMA where there was correlation between the urea impurity.
Q. Let's go to 4 -- I'm sorry, 7309, please, Ramon. This will be 3515.
(Exhibit 3515, Slide, was marked for

Page 165

Identification by the court reporter.)
A. Yeah, I recognize it.
BY MR. ROTMAN:
Q. I have -- GSK's informed us that you're the author of this document?
A. That's correct. I remember putting this slide together --
Q. What was the time frame -- what was the time frame?
A. This was probably January -- January 2020 -- maybe February. I was struggling to come up with a -- a way of forming NDMA. So this was attempt number -- I don't know how many. Because now we got the -- oh, it has to be after the previous emails because now we got proof of the urea impurity. We needed to come up with a mechanism.
Q. When you say "proof of urea impurity." That means urea had been recently discovered?
A. No, the urea -- as I said, it was -- January you showed me the document where you said we found this urea impurity and the levels of the urea impurity correlate to levels of NDMA.
So the focus for me at that point was to try and work out a mechanism whereby we could get

Page 166

a nitrosating agent or formation of NDMA somehow which generated, as a byproduct, the urea impurity.
Q. So the urea impurity was discovered back in this January 2020 time frame?
A. Around that time, around that time, yeah, yeah.
Q. There would have been -- it would have been present for 40 years without being discovered, right?
A. It wasn't present in the original degradation studies or in that list of impurities that you showed earlier.
Q. It wasn't detected?
A. It wasn't detected. This is a low, low, low level impurity.
Q. And here, you've got a diagram that starts with the ranitidine molecule, and if you follow the arrows, it comes at the very bottom to NDMA, right?
A. Yeah. The only -- the only concern I have about this mechanism -- and again, we haven't proven the exact mechanism -- is where is the source of dimethylamine coming from here? Because we're not able to detect dimethylamine. So although this is a possible mechanism, something else needs to happen

Page 167

along the way.
THE VIDEOGRAPHER: If the witness -- yeah, if you could fix your microphone again. It has to be parallel with your mouth or lined up. It keeps falling down. No, higher, lined up with your mouth. Thank you.
BY MR. ROTMAN:
Q. So this reaction includes a step you've described aci-nitro to nitro tautomerism.
Do you see that?
A. Yeah, aci-nitro to nitro tautomerism. It's -- yeah, that's fine.
Q. Is that a chemical reaction that's known, in organic chemistry, to occur?
A. Yeah, it's the basis of the Henry reaction.
Q. And I see the Henry reaction below. Is that also -- you list that right before the urea impurity?
A. Yeah, yeah.
Q. Is the Henry reaction an established reaction in organic chemistry?
A. In the follow-up sense it is to give the product -- this is in the reverse sense. So it is -- it is documented but it's not an obvious

Page 168

pathway. However, not to say it couldn't happen.
MR. ROTMAN: Let's go to the next page, please. There's no next page? I want 3710 -- 7310, Ramon.
(Exhibit 3516, Slide, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. This will be 3516. Is this your work?
A. It looks like it.
Q. And this is a different chemical reaction that starts with ranitidine and ends with NDMA than the one that we were looking at just a minute ago, correct?
A. That's correct.
Q. And then let's go to the next one, 7311.
(Exhibit 3517, Slide, was marked for Identification by the court reporter.)
A. It's different but similar, so it's subtly different, I suppose.
MR. ROTMAN: Is 7311 a separate exhibit again or is that part of the same?
MR. RODRIGUEZ: It's a different one. I've just uploaded that one.

Page 169

BY MR. ROTMAN:
Q. And I'm looking at two additional reactions or are they --
A. I think that the top one is the same as the previous one you showed me. Let me have a look at the bottom one. So it's just the --
MR. SHEEHAN: I'm sorry. What exhibit number is this one actually?
MR. ROTMAN: This would be 3517, I think.
MR. SHEEHAN: Thank you.
BY MR. ROTMAN:
Q. You were about to say something about the bottom one.
A. Yeah, the bottom one is a new one. They're all on a theme really. They're all on a similar theme.
Q. So --
A. And I'm just looking at the last part of this mechanism, just to get myself familiar. Yeah, so that's -- that's forming nitrous -- so this is a -- a possible trace pathway that could result in a nitrosating species being generated. The reason I'm -- I don't like this idea is because -- well, you know, the bottom pathway looks okay. The bottom

Page 170

kicking out NDMA direct. That's known in the literature with the stoichiometric. So again, it's unlikely to occur.

However, I was trying to work out all the different ways, in theory, with the -- with the atoms in front of me, how I could form in a nonobvious pathway a nitrosating species because a nitrosating species has to be present at incredibly low levels because of the low levels of NDMA that we're seeing.

Q. And you come up with a number of different ways that this could happen. Just in the last few exhibits, we've seen three, right?

MR. SHEEHAN: Objection.

A. That's because --

Q. Is that yes or a no?

A. Yes, that's correct.

Q. And what you've come up with is different sources of nitrosation, right?

MR. SHEEHAN: Objection.

A. Different potential sources of nitrosation. None of these are proven in a laboratory. They're all -- they're all schemes on a piece of paper.

Q. All of them are chemical reactions

Page 171

that you had come up with on your own based on understanding how a molecule works and how it can react when degraded with -- and interacting with impurities, correct?

MR. SHEEHAN: Objection.

A. Knowing that all of these mechanisms would be minor mechanisms, as I say, because of the levels of NDMA detected. If there were major mechanisms, we'd be seeing levels higher than we, typically, would see.

BY MR. ROTMAN:

Q. And all of these chemical reaction pathways that you've proposed that we've been discussing, these new ones as well, are all plausible and consistent with established principles of organic chemistry, right?

MR. SHEEHAN: Objection.

A. They are plausible to somebody who's worked as an organic chemist for a significant number of years whose spent many, many hours, days, months, studying mechanistic organic chemistry.

So I would say most of these, people wouldn't come up with these type of -- chemists wouldn't come up -- you know, this is -- this is thinking about the nonobvious and trying to come up

Page 172

with some way of forming that NO plus.

Q. Mr. Whitehead, you have the -- you have, through your education and training, developed the expertise in organic chemistry to come up with these, right?

A. Correct.

Q. And you're doing it in the year 2019 and the year 2020, right?

A. Correct.

Q. Ranitidine was put on the market in the 1980s, correct?

A. That's correct.

Q. Most of the work, if not all of the work that you've -- that we've been looking at today that you did in 2019 and 2020, all of that could have been done by a good organic chemist in the year 2019 -- in the year 1990, right?

A. No, that's not correct. This type of chemistry, it only became precedented in the -- in the 2000ish. It's what we're talking about base mediated NEF-type reactions.

That was that type of reaction that had never been discovered. And all of these reaction schemes are based on a theme around a base mediated -- or a mediated NEF reaction, which is

Page 173

different than the normal NEF reaction.

This type of chemistry had not been discovered in 1982.

Q. It was discovered when?

A. I'm pretty sure it was -- well, I know -- I remember reading it in Tetrahedron letters. I've spent 30 years in the literature. So it was between 2000 -- I think it was 2008 Tet Let 2008.

Q. Before -- to your memory, before 2008, there was no ability for you to have come up with any of these chemical reaction mechanisms? Is that what you're saying?

MR. SHEEHAN: Objection.

A. I'm saying it wasn't precedented at the time in the literature. So it could have been possible but it's unlikely because there was no -- the obvious pathway had been considered and ruled out. That's direct nitrosation of the tertiary amine.

And then, hence, there's no reason to consider these elegant mechanisms here for folks to concern them.

Q. But the chemical pathways, the mechanistic pathways, that you've been identified -- had identified starting with the one that you

referred to with Mr. McGhie on September 10 as a plausible mechanism, all of those from that going forward, you're saying none of them could have been conceived by a chemist trained in organic chemistry --
A. I'm not --
Q. -- before the year 2000?
MR. SHEEHAN: Form.
A. I'm not saying that. I'm saying their ideas may not have been supported by the literature, so they may -- somebody may have considered it or could have considered this pathway.
Q. When you say "this pathway," we've looked at more than one.
A. Okay. These pathways, these pathways. They're all very -- very -- very similar, very similar.
Q. Okay. So I'd like to go off the record for a second.
THE VIDEOGRAPHER: The time is 14:47 UTC. We are going off the record.
(A discussion was held off the record.)
(A brief recess was taken.)
THE VIDEOGRAPHER: We're back on the


record. The time is 14:54 UTC.
MR. ROTMAN: Let's go to Exhibit -- I'm sorry, Document No. 6761.
(Exhibit 3518, Ranitidine RCA Update, was marked for Identification by the court reporter.)
MR. ROTMAN: I don't remember the number for this.
MR. SCHMITZER: It's going to Exhibit 3518.
MR. ROTMAN: John, are you having problems with it?
MR. SCHMITZER: I'm just trying to load the document.
BY MR. ROTMAN:
Q. Do you recognize this document?
A. No, I'm not sure. I'm not sure.
Q. Okay. Let's look at the next page.
A. No, I don't recognize this document.
Q. Okay. This was -- there was a presentation and a slide from January 22, 2020 where this is dated January 22, 2020. And looking at the next slide after this, do you still not recognize it?
A. No.
Q. If you go to the next one. Do you


still not recognize it?
A. I recognize these microscopy photos from -- from the RCA document, and I think maybe that draft previously was in -- is in the RCA document that I read.
Q. Okay. Can we go to the next one? Keep going. Keep going. Keep going. Keep going. Keep going. Stop right there.
So far, were you involved in the creation of any of these slides?
A. No.
Q. Did you create this slide here?
A. No.
Q. Do you agree that ranitidine can degrade to NDMA without any external agents?
A. Yeah. It's been proven at very low levels.
Q. Go to the next slide.
A. There's some structures missing from this, by the looks of things.
Q. Yeah.
MR. ROTMAN: Again, we're going to request the slides that do not have parts of the diagram missing.
MR. SHEEHAN: Okay. This is 3518,


correct?
MR. ROTMAN: Yes.
BY MR. ROTMAN:
Q. Do you know what LHS Option 1 stands for?
A. I would guess it's left-hand side, Option 1. But we need the full scheme, don't we, to --
Q. Yeah. What does it mean to say generate dimethylamine via protonation?
A. Okay. So when ranitidine -- when any tertiary amine is protonated, it can be more activated, and that's all it's saying here, activated, further reaction.
Q. Okay. Let's go to the next one. This is, basically, saying that you can generate NDMA if you nitrosate a tertiary amine.
And you agree with that, right?
MR. SHEEHAN: Objection.
A. I don't agree with this -- what you've just said. You can nitrosate the tertiary amine if you have the appropriate amount of nitrosating agent present.
BY MR. ROTMAN:
Q. Right. We know that ranitidine has a

tertiary amine, right?
A. That's correct. But there isn't a -- a large amount of a nitrosating agent because if there was, we'd see a large amount of NDMA being formed. So there isn't a large amount of a nitrosating agent.
Q. Well, we are seeing NDMA -- NDMA being formed. So there's something happening, right?
A. We're seeing NDMA at low levels, so similar to the NDMAs observed in food.
Q. We're seeing whatever levels are being formed under conditions that might apply to the tablet after it's been manufactured and stored and transported and then eventually consumed. We know that it's ingested, typically, every day by people that use it, right?
MR. SHEEHAN: Objection.
A. I'm not sure how many people take Zantac for -- ranitidine for --
Q. Do you have any information about what the typical usage patterns are --
A. You'll have to -- you'll have to ask somebody qualified.
Q. So you have no idea whether this is, typically, a daily use, long-term use medication?


A. I do have an idea because I've taken ranitidine, Zantac, yeah, so it's -- I don't know what the -- what the recommended number of days is, but I'm sure there's off-label people taking it for a number of days, months.
Q. So whatever the level of NDMA is, for people that take it every day for potentially years, they're taking a level of NDMA that's cumulative, correct?
MR. SHEEHAN: Objection.
A. No, because that's not correct. I'm not sure -- I mean, as I mentioned earlier, the FDA published a clinical study where they dosed people with ranitidine on high nitrite diets against placebo, and there was no difference in the levels of NDMAs observed.
Q. As reflected in what parameters?
A. As reflected in the level of NDMA detected in the plasma from those patients.
Q. And does that take into account NDMA that it could have been metabolized and existed in the tissue?
MR. SHEEHAN: Objection; vague.
A. You'll have to ask the authors of that study that question.


BY MR. ROTMAN:
Q. Going to page 6773, do you agree that ranitidine generates nitrous acid via a NEF reaction?
A. It hasn't been proven, so I can't agree.
Q. So would you agree that this could happen?
A. It could -- it could happen. That's -- it could happen. As I say, it hasn't been proven.
Q. Going to the next slide. This is referring, again, to the nitromethane generation that we talked about before the last break, right?
A. Yeah. I can't comment on this slide because it's missing half the structures, so it's best if I don't comment really.
Q. But just on the language that appears on the top of the page, this is saying ranitidine generates nitromethane via a Retro Henry Reaction. That is -- that was observed; is that correct?
A. No. This is a hypothesis from the reaction mechanisms we discussed earlier, and studies that I'm aware nitromethane was spiked into ranitidine and the levels weren't particularly high, so it indicates that, although there is a hypothesis


that nitromethane could be a nitrosating agent leading to NDMA formation. Laboratory studies tend to disagree with this hypothesis.
But that's what hypotheses are there for, to be proven or disproven in the laboratory.
Q. But the nitromethane is not a hypothesis. Nitromethane was identified, right?
A. Nitromethane was not -- as far as I understand, nitromethane was not identified -- detected in ranitidine.
Q. It was postulated as a -- as a byproduct?
A. It was postulated as a potential byproduct.
Q. That could generate NDMA?
MR. SHEEHAN: Objection.
A. Nitromethane can only form a nitrosating agent if something else is added to it to activate it in a way to act as a nitrosating agent. If you took an amine, a tertiary amine and nitromethane together, you wouldn't end up with a nitrosamine. You have to add something else.
Q. If you go to the next page. This is asking whether a particular mechanism can be confirmed. Do you see that?

A. Yes, yeah.
Q. And at the bottom, it says that the structural confirmation in some quantification will be completed by LC/MS.
Do you see that?
A. Yes.
Q. What is LC --
A. Hang on. I'd just like to read the slide. (Reading). That's fine. Thank you.
Q. What is LC/MS, Mr. Whitehead?
A. We've discussed that, liquid chromatography/mass spec.
Q. And when did that first become available for use?
MR. SHEEHAN: Objection.
A. It's been around -- well, it would have been around in 1982, in the early '80s. However, the sensitivities of the instrumentation, the capability of the specific technique, will not have had the sensitivities to be able to get down to the detection limits that one probably needs to explore this reaction mechanism.
So I'm saying it was around, but it's like the -- you know, we're up to 750 megahertz NMR now. In the '80s, it was US 70 megahertz if you're



lucky so technology has moved on. NMR, nuclear magnetic resonance spectroscopy.
Q. We know that NDMA was detected by the technology available to the investigators in the Tanner study in 1982, right?
A. Yes, by GCMS, yeah.
Q. Okay. Let's take this one down. Let's go to 5267.
(Exhibit 3519, Communication with Andrew Whitehead, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. This will be 3519. On January 30, you were in communication with Andy -- Andrew Searle, again talking about mechanisms, correct?
A. I'm not sure we're talking about mechanisms. We're talking about ranitidine.
Q. Well, it says on the first line: Free for a quick chat about mechanisms?
A. That was Andy -- okay, yep, Andy was asking me about mechanisms. That's okay. Sorry. I didn't read that bit.
Q. And then he goes on, after you tell him that you're not available to make a phone -- be on a phone call that day regarding ranitidine, he



tells you that: They have some images from Jurong API before it was granulated that looks like the good stuff.
Do you see that?
A. Yeah.
Q. And you respond: The story is coming together nicely. And he responds: And we think we can turn the good stuff bad just by recrystallization that oils out.
And you respond: Marvelous.
And then you write also: Will you put the bad stuff made from the good stuff on the accelerated stability test and show that you can generate lots of NDMA?
So my question is first, what is Jurong API?
A. Okay. Jurong API is API that was manufactured in GSK Singapore in the Jurong facility that we've got.
Q. And is API -- can you say what those initials stand for?
A. Active pharmaceutical ingredients -- ingredient.
Q. So the API, the active pharmaceutical ingredient is a component of the finest -- final



finished drug product, right?
A. Correct.
Q. And Jurong makes the API, right?
A. No. It used to make the API.
Q. At the time, Jurong was making the API?
A. Yeah. At which time are we talking about now?
Q. At some point in time, right?
A. Correct, I think it ceased manufacture in 2014.
Q. And where was the API sent to have it manufactured into the finished product?
A. It was sent to different secondary sites around the world.
Q. So it was made into finished product in different locations and distributed from those different locations to --
A. Yeah.
Q. -- final distribution?
A. Correct.
Q. Was any API manufactured in the United States?
A. No. No active pharmaceutical ingredient was ever manufactured by GSK in the United

Page 186

States. No, it wasn't, not that I'm aware of anyway. Don't have any API manufactured sites in the U.S.
Q. And who were the API manufacturers other than Jurong up to 2014?
A. I'm not -- I'm not sure. It might have just been GSK Jurong. It might have been Glaxo at Montrose. We may have been buying it from another company, maybe Dr. Reddy's. I'm not sure.
Q. And after 2014, who were the API manufacturers for ranitidine?
A. We had Dr. -- Dr. Reddy's. We had Saraca, and I think in one or two markets, we may have had some material registered which was manufactured by a company called SMS.
Q. And what API ended up coming to the United States? Which manufacturer's API came to the United States?
A. You'd have to ask somebody in logistics or supply on that.
Q. Why was Jurong discontinued?
A. Again, you should ask somebody in strategy as to why it was discontinued.
Q. Was Jurong part of GSK or was it an independent contractor?
A. It was part and is part of GSK.

Page 187

Q. Is Saraca part of GSK?
A. No.
Q. Is Dr. Reddy's part of GSK?
A. No.
Q. They're independent contractors?
A. Correct.
Q. What do you mean -- what is meant here in the conversation about "good stuff and bad stuff"?
A. This is quite straightforward. That means that how you -- the conditions that you use to make ranitidine influence the levels of -- the low levels of NDMA that may be present in the API. That's what this discussion is.
So Andy Searle has come up with a way of removing the low level of NDMA. However, I was asking the question, well, prove to me that it won't degrade or not and stick it on accelerated stability. See what happens. So this is -- this is telling us that different grades or flavors will have -- will produce trace levels -- very low levels of NDMA in different low level amounts.
Q. What is the difference between the good stuff/bad at 12:28 --
A. Okay. So, basically, what that

Page 188

means, bad stuff, good stuff -- when you put the bad stuff made from the good stuff -- okay. That's telling us, again, that depending on the conditions used, you can influence the low levels of NDMA that may be detectable in ranitidine.
It's telling us here that the conditions used to manufacture ranitidine influence the level of -- low level of NDMA detected.
Q. What is it about the manufacturing process that influences the formation of NDMA in ranitidine?
MR. SHEEHAN: Objection.
A. It's not completely understood, but there will be differences in the specific surface area. The polymorph is always the same. But there will be subtle differences in the properties of that API manufactured from different companies because they use different solvents, different equipment, and all of those can influence the properties in terms of trace degradation to form impurities.
BY MR. ROTMAN:
Q. So is there a protocol that Mr. Searle was developing that would alter the manufacturing process to eliminate the formation of NDMA?

Page 189

A. Well, this is the point of his question here is even if you eliminated it, it -- it may still form at very, very low levels over time. But Saraca -- Saraca had -- at least had another process which they were developing which manufactured -- which produced ranitidine which had lower levels, trace levels of NDMA in them.
So there is a -- there is some sort of correlation between the who -- who manufactures it and what process do they use influences the trace amount of NDMA that may be detected in ranitidine.
Q. And is that process and the differences in the process understood?
A. It will be under -- the differences in the process are understood. How they actually influence the levels of NDMA is not completely understood because we don't know the exact mechanism of how NDMA is formed in the solid state.
Q. You asked the question: Will you put the bad stuff made from the good stuff on the accelerated stability test --
A. Yeah.
Q. -- and show that you can generate lots of NDMA?
A. Yeah.

Q. What is it -- what is the bad stuff?
A. Okay. This is material that has slightly different physical properties, different moisture uptake, different trace solvent content, and as it's formed from a process, which is different to how an inverted the good stuff is made.
So there are different ways of manufacturing ranitidine hydrochloride.
Q. So what you're saying is the bad stuff made from the good stuff. What could be -- what is -- what are you referring to as "bad stuff" and "good stuff" in that sentence?
A. Good stuff is API that generates NDMA at a very, very, very low level.
Q. What is "bad stuff"?
A. Bad stuff is ranitidine hydrochloride that generates NDMA at a very -- at a lower -- at a less lower -- slightly less lower rate. So I think the levels are -- in the good stuff, one ppm, one microgram per gram or less. In bad stuff, it could range above that figure.
Q. Above or below?
A. Above that figure.
Q. The bad stuff is more NDMA and good stuff is less NDMA?



MR. SHEEHAN: Objection.
A. That's -- that's correct. In that context here.
BY MR. ROTMAN:
Q. But you're saying bad stuff made from the good stuff?
A. Yeah.
Q. How would bad stuff come from the good stuff?
A. Okay. So if you have a gram of good stuff and you processed it under the conditions that are used to make the bad stuff, you would end up with API which -- which is bad stuff.
So -- but the words "bad" and "good" aren't good use of words here.
But, basically, you can influence the stability of the active pharmaceutical ingredients by how you manufacture the product, API.
Q. Mr. Whitehead, what story was coming together nicely? You're saying at 12:28 to Mr. Searle, you say: The story is coming together nicely.
A. In terms of understanding that there are subtle differences in -- in -- in the properties of the API which influence the low levels of NDMA



being formed because in the lab, one can convert bad stuff to good stuff and vice versa, depending on the conditions that you wanted.
MR. ROTMAN: Let's go to 9134.
(Exhibit 3520, Communication, 2/10/20, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. This will be 3520.
In February, you're back with an email with Andrew Searle and you're talking about ranitidine freebase response for the urea and relationship to NDMA in -- in the pathway of NDMA formation, right?
A. Correct.
Q. And Mr. Searle writes to you: The alcohol and corresponding aldehyde coming from the loss of the DMA group are much higher, particularly the aldehyde. So it would suggest that the freebase can degrade independently in a way that is not directly linked to the NDMA formation.
Do you see where I read that?
A. Yeah.
Q. So what is causing the loss of the DMA group -- strike that.



What is meant by the statement "loss of the DMA group"?
A. Basically, what it's saying here is that ranitidine when it is not in its form of a hydrochloride salt is not as stable as the hydrochloride salt. And that's probably why the hydrochloride was made rather than the freebase. And it's telling us that there may be evidence that dimethylamine may form from the freebase because they're picking out the byproduct, which is either the alcohol or the aldehyde, which would arise from another impurity, which is called the N-oxide being formed.
So it's simply saying that the freebase is less stable than the hydrochloride, and in a way that's good because the API is a hydrochloride, not freebase.
Q. So if you're saying that the loss of the DMA group are much higher, higher than what?
A. Higher than -- well, they weren't able to detect it in the DMA group at all. They're looking for the levels of the alcohol N-aldehyde which correspond to loss of dimethylamine. And they're saying that -- here, Andy's saying that the level is higher than the freebase. The freebase is

Page 194

less stable than the hydrochloride salt and the API is the hydrochloride salt.
And one of the reasons why they were looking at this was to see if the freebase was -- the NDMA that was formed in the API was coming from the freebase.
Q. Is the loss of the DMA group also occurring in the -- in the -- in the tablet ranitidine?
A. We are unable to detect dimethylamine.
Q. Anybody detected DMA loss from ranitidine in the hydrochloride salt ranitidine formulation that is the tablet form?
A. No. To date, nobody has detected DMA and again, in the degs study, there wasn't any evidence to think about looking for it because the degs -- the degradation byproducts weren't giving these -- these -- these two things here.
They were giving -- they were giving byproduct which were linked to degradation at the right-hand side of the molecule.
Q. We can take this one down.
Do you work -- in your work for GSK, do you work with lab notebooks?

Page 195

A. No. I haven't worked with a lab notebook for -- since 2015.
Other people -- other people will have worked with electronic lab notebooks or lab notebooks.
Q. What's the purpose of a lab notebook?
A. The purpose of a lab notebook is to document -- accurately document your experimentation and results.
Q. And is it standard operating procedure to do that at GSK?
A. Absolutely.
Q. And are those lab notebooks retained?
A. They are.
Q. And when you were doing your work on ranitidine and NDMA, did you go back and look at the lab notebooks from the earlier years when there was work done documenting information about ranitidine in lab notebooks?
A. I didn't -- did not look at those for the specific reason I was looking for a nonobvious mechanism.
Q. So you haven't, to this date, looked at any of those lab notebooks?
A. No.

Page 196

Q. Would you know how to find them?
A. I would -- you can find them on -- on PIER, a system called PIER. I don't know what the acronym stands for.
Q. SO they're stored electronically?
A. They are stored electronically and they go back -- yes, they are stored electronically.
Q. So you could just access them on your computer?
A. Yes.
MR. SHEEHAN: Objection.
A. In theory, yes, that's correct.
MR. ROTMAN: Ramon, I'd like to have you bring up the lab notebook, LNV776123 and this will be what, 3521?
(Exhibit 3521, Lab Notebook No. 1237, was marked for Identification by the court reporter.)
MR. RODRIGUEZ: I'm sorry, 6123.
MR. ROTMAN: LNV66123. Ramon, do you have it?
MR. RODRIGUEZ: Yes, it's uploading now. It's a little bit larger. So the larger documents take a little bit longer.

Page 197

BY MR. ROTMAN:
Q. So we're looking at Lab Notebook No. 1237, and it's dated 1990, right?
A. Correct.
Q. And it's describing -- it's described as analytical chemistry, right?
A. Correct.
Q. What is analytical chemistry?
A. That is a massive question. It's the study of the purity -- it is a means of determining the purity of compounds through the use of analytics and hence, it's called analytical chemistry.
Q. Could you do analytical chemistry on ranitidine?
A. Analytical chemistry is conducted all the time on ranitidine.
Q. And would -- would analytical chemistry be what you would use if you wanted to detect NDMA in ranitidine?
MR. SHEEHAN: Objection.
A. That's correct, yeah.
Q. Could you go to page 122?
MR. SCHMITZER: Is that the date stamp or is that the page of the document?
MR. ROTMAN: Oh, gee. Let me take a

second and locate it myself.
So we're talking about -- if the Bates Stamp is what you want to put it up --
MR. SCHMITZER: I just wanted clarification of what you were referring to when you said "122."
MR. ROTMAN: I'm talking about Bates Stamp 6244, which is 122 pages in.
MR. SHEEHAN: Looks like we're at that right now. I would just remind Professor Whitehead to the extent you need to familiarize yourself with a document that you haven't seen before, you can do that.
A. Yeah, okay. So it says "continued" at the top. Can we go to the beginning of the experiment, please? Stop. Keep going. Let's go to the beginning, understand the title, the purpose of the experiment and everything.
MR. ROTMAN: Are you still wanting him to scroll back or are you --
THE DEPONENT: Yeah, keep going, keep going. I want -- LC/MS. I want to try to read this. Yeah, you'll have to go back another page. Keep going. It's still continued. This is very hard to read, so I don't even know what --



BY MR. ROTMAN:
Q. I haven't -- I haven't asked you a question yet.
A. Yeah.
Q. I'm asking you a question on the page you identified. You have to go back and look at other pages, which I'm fine with, but there's no question yet. I'll ask you a question when you say you're ready.
A. Okay. I'm ready. I mean, I can't read the thing, so it's going to be hard to answer the question.
Q. Well, if you can't answer the question, then fine.
A. Okay.
Q. But let's go to the page that I asked for.
A. Yeah.
Q. Do you see where it says: What is this, exclamation point, question mark at the beginning, exclamation point at the end?
MR. SHEEHAN: I don't this it says what is this?
MR. ROTMAN: Oh, what this is.
A. What this is? It's a statement. I'm



not sure --
Q. Question, what this is, exclamation point. You see the words?
A. Yeah, I see that, but I don't know what they're referring to.
Q. Okay. Looking at the -- looking at the presentation to the left of it, what would you call that? A graph?
A. No, that's the mass spectrum of a -- of a specific peak.
Q. Okay. A mass spectrum of a specific peak, and it's showing molecular weights of different -- what is it showing with each -- with each bar?
A. Basically, what it's showing is here it looks like -- I'll just keep this simple -- that where it says 453, yep, that is the molecular ion of a peak. And those other peaks with different numbers are the fragmentation of that -- that -- that compound.
But I don't know what peak it is or which peak it refers to, so this is just a -- a mass spec of a peak. And that peak has been generated by using LC, looking at the chromatogram above.
Q. And so looking at the Line 252 -- do



you see it?
A. 252, yeah, but there's a --
Q. There's a line in the middle that says 252, right?
A. That's one line, yeah.
Q. And what is that 252 measuring?
A. You can't -- it's either the molecular ion or molecular way of a specific peak or it's the fragment of a -- of a compound with a high molecular weight because if you look 252, 297, that's a fragment, isn't it, 40 -- 45.
Q. What is the molecular weight for ranitidine?
A. I don't know the molecular weight of ranitidine. I'm sure somebody can look it up on...
Q. Do you know how to look it up on your computer right now?
A. Yeah, if somebody could look it up on Google, it would tell us, give us the molecular weight.
Q. Do you want to do that?
A. Not on -- no, because I'm worried I'll lost my connection to you. But I'm sure you can tell me what the molecular weight of ranitidine is.
Q. My understanding is that the

molecular weight is 74.
Does that sound right to you?
A. Not of ranitidine. 74.
Q. I'm sorry, of NDMA. I'm sorry. I meant NDMA.
Do you know the molecular weight of NDMA?
A. Well, it doesn't -- a peak at 74 does not confirm that it is NDMA, that's for sure.
Q. That wasn't my question. Do you know what NDMA molecular weight is?
A. Well, we'll work it out, should we? That's 15, 30 plus 14, that is 44, plus 14, plus 16.
Q. That totals what?
A. Something around 74. I haven't got a pen to add it all up.
Q. And you see there is a bar on this mass spec that is 74, right?
MR. SHEEHAN: Objection.
A. There's also a bar -- that's correct. That's an arbitrary number.
BY MR. ROTMAN:
Q. Do you see the bar that's 74? The answer is yes, right?
MR. SHEEHAN: Objection.


A. There are many -- I do see a bar that's 74, and it could be 15, 20 different things.
BY MR. ROTMAN:
Q. Could one of them be NDMA?
MR. SHEEHAN: Objection.
A. Well, let me just check about the nitrogen general count, first of all.
The nitrogen count, so if you've got an even number of night, you would get an odd molecular ion for -- so that isn't the correct molecular ion for NDMA unfortunately.
If you've got an odd number of nitrogens in a molecule, you will have an even mass spec. So that's not NDMA there at 74.
Q. And you say that it's not because of -- how do you know that?
A. Well, I know that -- how many nitrogens has NDMA got in the molecule?
Q. You're asking me?
A. Yeah, I'm asking you.
Q. You're the witness.
A. Okay. I'm telling you there's two. So, therefore, the molecular -- the MH plus one mass spec would be 70 -- would be an odd number.
So I'll give you an example.


Triethylamine has got one nitrogen in it. Its molecular weight is 101. When you ionize it, it comes out with 102. It's just a nitrogen count that you use. So this here isn't telling me that there's anything near NDMA here.
What we've got is the wrong molecular ion for NDMA based on what you presented here.
Q. So if it was NDMA, it would be 73 or 75, is that what you're saying?
A. Well, if it's -- can somebody just tell me what the molecular weight of NDMA is. It should be 74.
Q. It is.
A. Okay. So when you run the mass spec of it, it will come out 75.
Q. The fact that it's not 75, but that it's 74 is telling you they were not detecting NDMA?
A. Well, based on that number there, that has not got the molecular ion -- well, I see this isn't ranitidine at all.
Q. It was produced to us because it was ranitidine.
A. Okay. So somebody tells me -- well, anyway, the molecular ion, when it ionizes for NDMA would be 75. The molecular weight is 74.


Q. The molecular weight is 74.0819.
A. Yep, so, therefore, when you ionize it, the MH plus is 75.
Q. So you're saying this is ruling out that -- your analysis tells you they were not detecting NDMA here, right?
A. I can't conclude anything from this because that could just be a fragment. The fact that it's got a molecular ion one unit different to what it should be for ionized NDMA, it doesn't tell us anything at all really. It's -- it doesn't tell us anything.
Q. Do you know whether there were any lab notebook documentation -- should there have been lab notebooks documenting efforts to identify the NDMA if it was present?
MR. SHEEHAN: Objection; form.
A. This is -- the peak there at 74 is more likely to be DMF, Dimethylformamide because it's got an odd number of nitrogens in the molecule.
So this isn't taking us anywhere really, is it?
Q. Back in this time frame, should they have been looking for identifying all of the impurities in ranitidine?

MR. SHEEHAN: Objection.
A. All of the impurities that were detected at the detection limits at the time would have been detected and hence reported.
Q. And would it be -- in your understanding of the operating procedures, would it be tested under accelerated stability testing?
MR. SHEEHAN: Objection.
A. Accelerated stability testing would have been conducted and the API under those accelerated conditions would be analyzed by HPLC looking for increase or decrease -- or decrease in some cases of impurities. So accelerated stability would have been done.
Q. And would the accelerated stability have looked at the effect of high temperature and moisture in time?
A. It would have done, yeah, because that defines your storage conditions.
Q. Okay.
MR. ROTMAN: Let's take this one down and let's go off the record.
THE VIDEOGRAPHER: The time is 15:48 UTC. We are going off the record.
(A discussion was held off the record.)



(A brief recess was taken.)
THE VIDEOGRAPHER: We're back on the record. The time is 16:01 UTC.
BY MR. ROTMAN:
Q. Before the break, I was asking you some questions about the lab notebook.
A. Yeah.
Q. And we checked the transcript and there was a point in which I asked you a question and you answered that somebody told you something about the molecular weight, I believe, is what you were saying.
Did you receive a message on your phone?
A. No. Nothing. I haven't looked at my phone actually. If I would have received a message, my connection would have lost because it cuts out when I'm hotspotting.
Q. You haven't received any dings on your phone?
A. No. No, sorry.
Q. So during this deposition, a number of times you've identified -- you've made a point of talking about obvious versus nonobvious ways in which NDMA could form from ranitidine and saying that there was no obvious path. The -- whatever path it was would be a nonobvious one.



Did I characterize your prior testimony on that accurately?
A. Yes, that's correct.
Q. Now, are you aware of any -- I've asked you this earlier, but I don't think I got an answer.
Are you aware of any guidelines or regulations that inform a pharmaceutical company that they should only be looking for obvious ways in which their pharmaceutical products could develop carcinogens?
MR. SHEEHAN: Objection.
A. I'm not aware of -- of that.
BY MR. ROTMAN:
Q. And nor are you aware of any regulations or guidelines that tell a pharmaceutical company that they should only be -- that they should only look at obvious ways in which their pharmaceutical products could form carcinogens, right?
MR. SHEEHAN: Objection.
A. There's no guidance around obvious and nonobvious or rules. You just conduct the best science you can with the available information.



Q. And -- okay.
MR. ROTMAN: Let's go to 6544 and that will be Exhibit 3522, I think. Correct me if I'm wrong.
(Exhibit 3522, Conversation, was marked for Identification by the court reporter.)
THE REPORTER: That's right.
BY MR. ROTMAN:
Q. 3122 -- 3522, do you have -- 3522, do you remember a conversation with Jim Harvey about the theoretical maximum of NDMA that could form from ranitidine, right?
A. It looks like it, yeah.
Q. What -- what was your -- can you explain what your method of answering his question was?
A. Okay. (Reading.)
THE REPORTER: Can you either read to yourself or out loud?
THE DEPONENT: Yeah.
A. I wasn't -- this was why I was confused, because in the airport, I wasn't with Jim

Harvey. We were at a meeting at the EMA on nitrosamines. And then I couldn't get into the airport -- into the departure lounge because I didn't have -- the ticket office wasn't open for -- for me to check in for my flight.

Q. Yeah. I'm not caring about whether the conversation occurred at the airport or not. But I'm focusing on the discussion about the substantive question he's asking.

What was your method for answering the question about calculating or estimating the maximum NDMA that could form from ranitidine?

A. I don't think I've answered -- I don't think I've said anything in here. I'm confused by the -- by the conversation that's on this here.

Q. Okay. He was asking you questions about that -- about the maximum with NDMA that can form.

And you said: We had a conversation of the like on the way to the EMA building in the morning.

And he says: Yes.

And then you said: Have you done the calc?

And then he says, if we do it on the



molecular weight, then it's 15 percent of the dose, isn't it?

Do you see that?

A. Yes, I don't understand this at all. Jim -- on the way to the meeting in the morning, Jim was talking to me about this type of stuff. I didn't really understand what he was talking about because he's a toxicologist. So I'm confused. It looks to me I was confused at the time of writing and I'm confused now after reading it.

Q. And then -- so you've never done an estimate or a calculation of the maximum NDMA that can form from ranitidine?

A. No, I haven't, because we don't know the amount of nitrite to do that there, so...

Q. 2165, please.

THE DEPONENT: Excuse me a second.

MR. ROTMAN: Let's go off the record.

THE VIDEOGRAPHER: The time is 16:09 UTC. We're going off the record.

(A brief recess was taken.)

THE VIDEOGRAPHER: We're back on the record. The time is 16:10 UTC.

BY MR. ROTMAN:

Q. So here we are in April 2020, after



all of the ranitidine mechanism NDMA diagrams that you've created and circulated, you're sending around another one. And this is called -- if you turn to the next page -- you can scroll to the next page. There's no next page?

THE REPORTER: John?

MR. ROTMAN: Is there a next page? All right. Let's go to 2166. And that should be 3524.

MR. SCHMITZER: It appears there are two documents in the today's deposition folder that are entitled 2165.

MR. ROTMAN: All right. Well, I want the one that has 2166 attached to it.

MR. RODRIGUEZ: I'm looking for it now. Do you have a different last four for that one, Steve? I don't have 2166.

MR. ROTMAN: Let's just skip it then.

BY MR. ROTMAN:

Q. Mr. Whitehead, in your document production, there's an email where you received PowerPoint slides from a presentation at Lhasa, L-h-a-s-a, regarding formation of nitrosamines in April of 2020.

Do you recall that?



A. That's possible. There are a number of presentations on -- from various sources on nitrosamines. And Lhasa is a good one, so, yes, I probably have.

Q. What is Lhasa?

A. I don't know what the acronym is, but it's a consortium of -- a small group of academics or industry folk who -- who have made their career out of assessing genotoxins and now nitrosamines.

Q. And so were you aware that there was a meeting with Lhasa?

A. I didn't attend a meeting with Lhasa. I've certainly looked at slides from Lhasa.

Q. And do you consider Lhasa to be knowledgeable about nitrosamine formation?

A. Yes.

Q. And about decomposition?

MR. SHEEHAN: Objection.

A. Decomposition of what?

Q. Of molecules.

MR. SHEEHAN: Objection.

A. They have an under -- they have an understanding of how molecules can decompose, that's correct.

MR. ROTMAN: Tom, I'm not going to go

through this with Mr. Whitehead. But I don't believe that the -- that the slides are complete the way the others were not complete and where the diagrams seem to be cut off. I want to make a request -- you can take it under advisement -- for production of a set of those slides. And the document production number for that --

MR. SHEEHAN: Are you going to mark this as an exhibit or no?

MR. ROTMAN: I could do that. Why don't I do that so there will be a record of that? So I believe, Ramon, the first slide is 7743, but the cover sheet is 7742.

MR. RODRIGUEZ: Would you like both?

MR. ROTMAN: I don't know if they're together as one or not.

MR. RODRIGUEZ: They're separate files.

MR. ROTMAN: Let's mark them both.

(Exhibit 3524, Cover Memo, was marked for Identification by the court reporter.)

(Exhibit 3525, Slide, was marked for Identification by the court reporter.)

THE DEPONENT: Can I just open the door? Somebody is knocking at my door. Is that



okay?

MR. ROTMAN: Go ahead.

THE DEPONENT: Thank you.

MR. ROTMAN: We're getting these documents ready; is that correct?

MR. RODRIGUEZ: Yeah, they're uploaded.

Do you want me to share them?

MR. ROTMAN: Yeah, if you could just put them up for a second just so that there's acknowledgement that they're the right ones.

That's just the cover memo and that will be No. Exhibit No. what?

THE REPORTER: 3524.

MR. ROTMAN: 3524. And then the slides themselves will be 3525. Put that up for a second.

I'm not going to ask you any questions about this, but I am requesting that complete slide set, Tom.

MR. SHEEHAN: Understood.

MR. ROTMAN: 6630, please, Ramon.

MR. RODRIGUEZ: This will be 3526.

(Exhibit 3526, Ranitidine Summary Report, Root Cause Investigation Into the



Formation of NDMA In Ranitidine Containing Products, was marked for Identification by the court reporter.)

BY MR. ROTMAN:

Q. What we're looking at here, Exhibit 3526 is entitled Ranitidine Summary Report, Root Cause Investigation Into the Formation of NDMA In Ranitidine Containing Products.

Did I read that correctly?

A. Yeah, that's correct.

Q. And is this a document -- this is a document that you've seen before and received while you were working on this project?

A. I'm not sure if this is the exact one I've seen, honestly. It looks different. If you go to the next page, I'll be able to -- yeah, this is a document that -- this is -- this is a document that was sent to the EMA. So I have looked at this, yeah.

Q. Okay.

A. I think, yeah.

Q. So this was sent to the European pharmaceutical regulatory authority, called the European Medicines Agency; is that right?

A. I believe this was the document, yeah.



Q. And what you're telling the EMA here is that NDMA is formed in ranitidine drug substance due to an internal degradation mechanism that occurs primarily in the solid state.

That sentence that I just read to you from the first -- from Section 1.1.

Do you agree with that?

A. In the solid state, yes.

Q. And what does that mean, "in the solid state"?

A. That means if you dissolve ranitidine up into solution, this type of degradation pathway isn't happening.

So it means that somehow, within that physical solid, somehow NDMA is somehow being formed. It's like unprecedented, really.

Yeah, that's what it's telling us in the -- in the solid state, solid state chemistry.

Q. And what you're saying there is that the formation of NDMA from ranitidine results from the degradation process, right?

MR. SHEEHAN: Objection.

A. What they're saying that in the solid state, there's some mechanism that's unknown that it somehow degrades in the solid state to give NDMA.

BY MR. ROTMAN:
Q. And the paragraph concludes by identifying the conditions that contribute to the rate of degradation and those are elevated temperature and relative humidity, right?
A. Yeah.
Q. And in connection with your work as API remediation director, do you oversee the process of maintaining temperature and humidity conditions that would be consistent with preventing degradation of the ranitidine?
MR. SHEEHAN: Objection.
A. I -- as part of my previous role as API mediation director, I would not -- not be in a position to control the relative humidity.
However, the storage conditions for ranitidine are defined.
Q. And are they -- in your work as remediation director, were you involved in overseeing compliance?
A. No. That was linked to quality.
Q. So you would not have been involved in whether, in fact, the temperature conditions and humidity conditions went outside of the levels that would be necessary to prevent degradation of


ranitidine during shipment and storage?
A. The storage conditions during shipment for ranitidine should be defined as part of the distribution risk assessment that we looked -- we highlighted earlier and that defines the storage conditions and temperature control required during shipment and that our suppliers and couriers need to follow but I am not in control of that.
Q. And you're not involved -- you were not involved in -- in assessing compliance?
A. We may -- I may have looked not specifically for ranitidine. I may have been involved in looking at how we ensure that our products are stored and transported under the correct conditions.
Q. And so if you could look below Figure 1 on the same page, the root cause summary continues, and it states -- and you can read along with me -- that NDMA is forming from the dimethylamino and nitro groups within the ranitidine molecule and not from any external sources. Correct?
A. I mean which paragraph were you --
Q. Right below --
A. Yeah, that's fine. That's correct.
Q. And do you -- is that consistent with


your understanding?
A. Absolutely, because, you know, there's a really nice isotopically labeled study which confirms that the NDMA that's formed from isotopically labeled ranitidine is isotopically labeled.
Q. And the Figure 1 shows on the left-hand side the ranitidine molecule, right?
A. Correct.
Q. And on the right-hand side, it shows NDMA, right?
A. It shows isotopically labeled NDMA.
Q. And on the left side, it shows ranitidine, right?
A. It shows isotopically labeled ranitidine.
Q. And on the left side of that, it shows the DMA group, right?
A. Correct.
Q. And on the right side of that, it shows the nitro group, right?
A. Correct, yeah.
Q. And the statement that I just read to you says that the NDMA is forming from those two groups marked in red on the left and the right side


of the molecule, the DMA group on the left and the nitro group on the right, correct?
A. Correct.
Q. And then in the paragraph below that, you're informing the EMA -- GSK is informing the EMA that the -- that the work done by GSK has led them to conclude -- led GSK to conclude that the evidence is pointing in the direction of the reaction being intermolecular, not intramolecular, correct? That will be on the next page.
A. It could, within a single molecule or an intermolecular process. It's saying two things.
Q. Yeah.
A. So it's not saying it's intermolecular. It could be one of two things, it's saying there.
Q. The -- the document continues by pointing out the stronger evidence in favor of the intermolecular reaction as being the best explanation for what was occurring, right?
A. Can you show me where it states that?
Q. Well, in the -- in the top of the next page, page 6632, it's describing strong evidence for the intermolecular reaction in Figure 2.
MR. SHEEHAN: I don't think the

exhibit is actually moving at all.
THE DEPONENT: No. Here we go.
MR. ROTMAN: Go to that page, yeah.
BY MR. ROTMAN:
Q. Strong evidence for intermolecular reaction, Figure 2. And then below it, additional evidence for intermolecular pathway occurring described in the paragraph right below Figure 2.
A. Yeah, that's what it says.
Q. And is that your understanding of what was happening?
A. There's -- based on these isotopically labeled studies, there is some very strange -- potentially very strange intermolecular reaction happening that isn't obvious.
Q. But if we go to the section called Mechanistic Considerations, the opening paragraph states that GSK's not defined the exact mechanism for the degradation reaction but the strong evidence is that there's two independent degradation reactions occurring in the products of those reactions combine to form NDMA.
That's what it says in that first sentence there, right?
A. Yeah.



Q. And is that your understanding of the best explanation for what was occurring?
A. Well, if you go back to Figure 2 and Figure 1, those things were done in solid state and somehow -- in almost an unprecedented manner, we are forming NDMA, which infers -- it doesn't prove, that somehow the dimethylamine is coming off and somehow it's reacting with a nitrosate species somehow, but I'm not sure what the exact mechanism is for that. But this isotopically labeled study is pretty definitive in terms of the outcome.
Q. And then in the next paragraph, there's a discussion about the impurities that are present below the limit of detection of the routine HPLC method.
A. Just tell me which paragraph that is and we'll have a look.
Q. There's a paragraph that begins with several trace level impurities --
A. Okay. That's fine. Several trace level... yep, that's correct.
Q. They're talking about a limit of detection, correct?
A. Limit of detection of the routine HPLC method used.



Q. And they're citing to an industrial standard ICH guideline?
A. Uh-huh, yeah.
Q. Is it your understanding that that ICH guideline defines a limit of testing -- a detection limit for testing?
A. It gives a guideline on what LOD, LOQ you should be going for for your impurities.
Q. Is there a limit on the level of detection that a pharmaceutical company is allowed to implement?
MR. SHEEHAN: Objection.
A. It's linked to the dose particularly. Higher dosage limit detection would be lower. You'd have to quote unspecified impurities at a lower limit than a lower dose, as detailed in that guidance there.
BY MR. ROTMAN:
Q. Yeah. But where in the guidance does it say that you can't test for a lower threshold limit of detection?
MR. SHEEHAN: Objection.
A. There's no guidance mandating that the LOD and LOQ of the method is ultimately defined.
Q. Let's turn to 6634. Under Figure 3,



it says: As the intermediate formed in this pathway is highly reactive.
Do you see that?
A. Yeah.
Q. Can you define "highly reactive"? What's your understanding of what that means?
A. It means it's not going to exist for any period of time because it reacts with other things to produce a more stable compound.
Q. If something is highly reactive, is that what you would expect in something that lacks stability?
MR. SHEEHAN: Objection.
A. No, not necessarily.
BY MR. ROTMAN:
Q. Would it be consistent with lacking stability?
A. Highly reactive and lacking -- no, not necessarily.
Q. It's Figure 4 is describing a Polonovski reargument to form NDMA from ranitidine.
Do you see that?
A. No, it's forming DMA from ranitidine via Polonovski rearrangement.
Q. What it says is to form NDMA from

ranitidine.
Do you see that?
A. I don't see NDMA on the scheme.
Q. Do you see the title?
A. Yeah, but I can't see it in the scheme. It says underneath in both cases dimethylamine is released which could undergo further reaction to form NDMA in the presence of a nitrosation source.
Q. So what's being described here is a chemical reaction identified as a Polonovski rearrangement that can lead -- that can lead to release of DMA that could then react with a nitrosation source to form NDMA, right?
A. In theory, however, the aldehyde wasn't detected in the degradation, but there's -- and the N-oxide was. So in theory, it could happen, but in reality it probably doesn't.
Q. Is this one of the mechanisms that you proposed?
A. This is just -- this is a mechanism whereby dimethylamine could theoretically be formed from the N-oxide polymer rearrangement. So I probably have proposed this. However, actual studies show that it's unlikely to happen because we don't



detect the aldehyde in the degradation studies. We detect the N-oxide. So it's telling us that the N-oxide has actually gone stable.
Q. Can you turn to 65? This is discussing in Section 1.2.2, Degradation of Nitroalkene Group.
And it's saying that there's a significant impurity that was identified with a loss of the Nitroalkene group and it's detected in Table 2.
Do you see that?
A. Yes, that's correct.
Q. And that was observed in -- they're reporting that it was observed in all samples containing NDMA and had a level that strongly correlated with the NDMA contents, right?
A. Yep. We've discussed this previously, yeah.
Q. This is the urea that we discussed previously?
A. Yeah.
Q. And this is one of the mechanisms that you had sent emails about, correct?
A. Right.
Q. And what they're saying here is that



when the MS response for this impurity was plotted versus the NDMA contents of the sample, there was a clear correlation.
What does that mean to you when there's a clear correlation?
A. There's a correlation, that's for sure. Whether you can say it's a clear correlation, it may be indicative of something else happening completely. But there appears to be high levels of that urea impurity, molecular weight 271, so it ionizes 272. There's a correlation between high levels of NDMA and high levels of this impurity.
Q. Go down to the page please.
In the text right below Figure 5, it states that after thermal stressing, both NDMA and urea were formed, right?
A. Yep.
Q. "Thermal stressing" means subjecting the sample to elevated temperature, right?
A. Well, yeah, they were held at 60 degrees for a number of days, yeah.
Q. So the answer is yes?
A. Yes.
Q. And then the end of the paragraph states, the GSK hypothesis is that the Nitroalkene



undergoes a reaction which generates a reactive nitrosation source in the urea as the remaining fragments of ranitidine, right?
A. Yeah.
Q. This was also the subject of some emails that you were on concerning the mechanism for NDMA formation discussing Nitroalkene, right?
A. Yeah. And that the sentence at the bottom refers to the spiking study we discussed earlier on where label nitromethane was added, and it didn't form the levels we should have observed if it was really the cause of NDMA. So this is -- yeah, we discussed it earlier today.
Q. And the concept, which is further described below, is that the degradation of Nitroalkene group releases nitromethane, which is a known nitrosamine agent?
A. It's a known -- this is what I was saying earlier, it is a known nitrosamine agent when other things are added to catalyze the conversion of nitromethane into a nitrosating agent. But this is telling us that this other thing isn't present because we're only seeing very, very low levels of the radiolabeled NDMA.
Q. But what it's saying is that the

nitromethane did generate low levels of NDMA after stress testing, which confirmed that nitrosation was possible, right?
A. Possible, absolutely. But maybe not the exact cause of why we see NDMA in ranitidine.
Q. Let's go to the next page. The top of the page -- you've gone a little too far -- it states the close link between NDMA and the urea impurity indicates that this is the limiting step in the overall degradation reaction.
What does it mean to be the limiting step? What is your understanding of what it means to describe the link between NDMA and the urea impurity as the limiting step?
A. The way I read that is it's saying that -- that's quite a confusing sentence there. It's, basically, saying that if the levels of NDMA formed are limited to a pathway whereby the urea is being formed.
Q. The next Section 1.3 called Rates of NDMA Formation starts with a sentence that states that: NDMA was detected in all historical batches of drug substance that have been tested by GSK.
Did I read that correctly?
A. Yes.



Q. And did you understand that that was the case, that in every batch tested by GSK, NDMA was detected?
A. I wasn't closely following how many batches were being tested, so I wasn't aware -- I saw a graph where there was some where it wasn't detected because the detection limit was whatever it was, but... it states here that it was detected in all historical batches. So it must have been. That's not to say that it was present at the point of manufacture. They're historical batches, so what we're talking about age-wise there, a number of years old.
THE REPORTER: Did you say "age-wise"?
THE DEPONENT: "Age-wise", the age.
BY MR. ROTMAN:
Q. Let's go to the last page of this document -- sorry -- to page 6645 of this document, please.
At the bottom of the page, please, under Conclusion. In the last paragraph, in the last two sentences on the page, GSK was informing the EMA that there's two independent degradation reactions that occur with DMA being released by a low level



background reaction combining with a reactive nitrosation source released by degradation of the Nitroalkene, this being the limiting step.
Do you have an understanding of what it means to be the "limiting step"?
A. Yeah. It looks like from this paragraph here that GSK is saying that it's the degradation of the Nitroalkene, which is limiting the rate of formation of NDMA.
Q. And it states: NDMA is formed when the dimethylamine and nitrosation source react together, right?
A. That's what it says, yeah.
Q. And that makes sense to you from an organic chemistry point of view, right?
A. No, not completely.
Q. Isn't the DMA the tertiary amine?
A. Dimethylamine is a secondary amine, so -- so it could happen in another way. We haven't proven the mechanism definitively, so NDMA is formed when...
Q. Did you say "definitively"?
A. It hasn't been -- the mechanism has not been proven, in terms of how, in solid state, NDMA is formed. We don't know how.



Q. I'm asking you a question about what you said and I think what you said was it hasn't been determined definitively.
A. That's correct. It hasn't been -- all that has been done and it's a very good study, is an isotopically labeled study which confirms that the NDMA formed is isotopically labeled. So somehow -- somehow the components are coming together to form NDMA.
Q. So -- but is the standard that you're using a standard of being definitive proof?
A. I'm not sure what the -- I'm not sure how to answer your question.
Q. All right. Did you read the published root cause analysis paper coauthored by King, Searle and Urquhart?
A. I have looked at it, but I have not read it word for word.
Q. Do you recall there being any discussion in that published paper about the same conclusion we just read?
A. I don't recall the conclusion from the organic process research and development paper.
Q. You called it the -- you're talking about the paper that -- coauthored by King, Searle --

Page 234

A. Yeah.
Q. -- Urquhart paper?
A. Yeah.
MR. ROTMAN: Let's go to 0444.
(Exhibit 3527, Email, October 29, 2020, was marked for Identification by the court reporter.)
MR. ROTMAN: And what number would this be?
MR. RODRIGUEZ: 3527.
BY MR. ROTMAN:
Q. By the way, have you been involved in any discussions regarding how the crystal morphology of the ranitidine affects NDMA formation?
A. Only in the original brainstorm when we discussed that physical properties may be an important factor to consider. I was not involved in any detail with the physical properties evaluation which -- which came to a conclusion that there was a potential link.
Q. Do you know which one was more strongly related to NDMA formation?
A. There were two -- it's the one that's not columnar. It's the two sort of habits, crystal habits formed by the two processes. One of the

Page 235

habits, it says stability.
The other it says the degree of degradation to give trace levels of NDMA.
Q. And so there's a column there. And then there's another form that's not columnar?
A. Yeah, I can't remember the specific name but it will come to me shortly.
Q. And do you know which type has been used in the product since sold in the United States?
A. No, I don't know.
Q. So Exhibit 3527 is in front of you. And you're involved in communications in October of 2020 regarding MDEA. You sent an email to somebody by the name of Mohammed asking to pull together photos of the different sample jars. You attach photos, which are the lab samples where you detected MDEA in -- from the NDMA spiking work.
Do you see that?
A. Yeah.
Q. Are you referring here to testing of ranitidine?
A. No.
Q. This has nothing to do with ranitidine?
A. Nothing to do with ranitidine.

Page 236

Q. Some other products?
A. Some other samples.
Q. And at any time were you involved with anything involving ranitidine where MDEA was detected?
A. No.
Q. Was Mylan involved in connection with any investigation of any ranitidine in NDMA?
A. No.
Q. Do you know what product would have been involved in your discussions regarding MDEA in connection with NDMA testing?
MR. SHEEHAN: Let me just -- we've previously informed that any non-ranitidine nitrosamine assessments of other products that are currently ongoing, we're going to direct the witness not to answer for a variety of reasons.
But if you want to take that up with the Special Master, you can.
MR. ROTMAN: Yeah. I just don't -- I don't know why these were produced to us, but there -- we've got the same -- some of the same people involved, and it's NDMA testing and the root cause analysis team. So Mr. Whitehead is saying it wasn't ranitidine and I am asking what it was then,

Page 237

which seems to be a legitimate question given that he's on these documents in the same time frame that he's dealing with NDMA in ranitidine.
MR. SHEEHAN: Well, I don't know -- I can't tell you why it was produced, but if it's not ranitidine, which is what he's telling you, I'm directing him not to answer to the extent that he's even aware of what other product it may have been.
MR. ROTMAN: Okay. Well, I could ask this then:
BY MR. ROTMAN:
Q. Was there another product where there was an investigation by GSK into detection of NDMA in MDEA?
You don't have to identify the product, but I'm interested in the question of whether there was such a product.
A. It wasn't a product. It was samples. It was -- there was no nitrosamines in the product. And that this has been communicated to the FDA. We don't need to worry about product because there were no nitrosamines in that product.
Q. But it was samples of a different product?
A. That's correct.

Page 238

Q. All right. So we can take this down.
MR. ROTMAN: Let's go off the record.
THE VIDEOGRAPHER: 1658 UTC, we're going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: Back on the record. The time is 17:16 UTC.
BY MR. ROTMAN:
Q. Mr. Whitehead, we just took a break, right?
A. Yep.
Q. And during the break, you went into a session where you were able to speak with other folks, correct?
A. That's correct, yeah.
Q. And the folks that you were meeting with were lawyers for GSK, right?
A. Correct, yeah.
Q. And in prior breaks, when we've taken prior breaks, you've done a similar discussion -- confidential, I wasn't involved in it, but you had a similar discussion with lawyers from GSK, right?
A. Yes.
Q. And there was some discussion -- and was there some discussion in those sessions with the

Page 239

lawyers about your testimony?
MR. SHEEHAN: Objection and direct the witness not to answer.
MR. ROTMAN: I'm not asking you about the subject specifically --
MR. SHEEHAN: No, you are asking about the content of discussions with lawyers and whether it concerned his testimony.
MR. ROTMAN: No.
MR. SHEEHAN: That is absolutely privileged.
MR. ROTMAN: What I'm not asking is what the lawyers said to you and what you said to them. But the subject matter --
MR. SHEEHAN: I'm not allowing him to answer. You're saying the subject of the conversation. That's confidential -- that's confidential information.
MR. ROTMAN: I agree with you, Tom. So we'll make a record of the fact that we disagree on that point.
Q. Are you going to following that instruction not to answer that question?
A. I'll follow Tom's guidance, yes.
MR. ROTMAN: So we disagree with your

Page 240

view that just whether or not there was a discussion about the subject of your testimony, without asking for specifics or the content of what anybody said, that that's not privileged and that's not work product and you should have answered it and we reserve our right to resume the deposition to get answers to that question.
MR. SHEEHAN: You can bring it up with the judge.
BY MR. ROTMAN:
Q. Now, earlier in the day, when we got started and we looked at the Swissmedic document.
We talked about carcinogen and genotoxic aspects of NDMA.
Do you remember that?
MR. SHEEHAN: Objection.
A. We talked about probable carcinogenic properties of NDMA.
Q. Yes.
A. I remember that, yeah, probable.
BY MR. ROTMAN:
Q. So if there is a reason to be concerned that a drug product may be forming a carcinogen or a probable carcinogen, based on your experience in working for GSK, would you expect that

Page 241

the company would undertake to investigate whether that ingredient was, in fact, forming?
MR. SHEEHAN: Objection.
A. Given the levels observed in foods, beer and other foods, then GSK has investigated formation of NDMA in ranitidine -- trace levels of NDMA in ranitidine.
As we have discussed today, GSK has done an incredibly thorough job in my opinion.
Q. And that was done in the last year, right?
A. That was done between 2019 and 2020, yes, correct.
Q. So the -- the question was -- if I can find my -- the question was: If there's a reason to be concerned that the drug is -- may be forming a probable carcinogen and you don't know what levels would be detected, but there's a reason to be concerned that the product is forming a probable carcinogen, would you expect that the company would undertake to investigate?
I didn't ask whether they did or when they did, but would you expect that they would do so?
MR. SHEEHAN: Objection.
A. If there was -- if there was a

reason, then they would investigate. There was no reason. As I discussed earlier on today, there was no reason.

MR. ROTMAN: I move to strike the nonresponsive portion.

BY MR. ROTMAN:

Q. You are agreeing that if there's a reason to be concerned that a drug product might be forming a probable carcinogen, that, based on your experience working for GSK, GSK should undertake to investigate whether, in fact, that is occurring. You agree that that's what they should do?

MR. SHEEHAN: Objection. Objection; asked and answered.

A. As Tom has just said, I answered the question.

BY MR. ROTMAN:

Q. I don't think you have.

A. Until 2019, there was no reason to believe that there was probable human carcinogen in ranitidine.

Q. I didn't ask whether there was a reason to believe. I asked you if there is a reason to believe.

I know your opinion is that there



wasn't. Some people might disagree about that. So I'm asking if there's a reason to be concerned?

MR. SHEEHAN: Objection. Asked and answered.

A. As Tom says, I've answered the question.

BY MR. ROTMAN:

Q. You don't want to answer my question if there's a reason to be concerned what the -- what a -- what a reasonable pharmaceutical company should do about investigating?

MR. SHEEHAN: Objection.

A. If there is a reason to believe that there -- it could be -- doesn't -- a probable carcinogen in any product, then it should be investigated if there is a reason to believe.

BY MR. ROTMAN:

Q. Thank you. And would you -- you've been working for GSK for your entire career up to this point, right?

A. That's correct, yeah.

Q. And that spans about 30 years; is that right?

A. 31 years in August, yep.

Q. And is it your understanding, based



on your 30 years of working for GSK that a drug manufacturer should undertake to understand how the ingredients in its drug products interact with each other?

MR. SHEEHAN: Objection.

A. Pharmaceutical companies do understand how products interact with each other in formulations. That's all part of development of a safe medicine.

Q. I didn't ask what they do. I asked whether you agree that's what they should do.

MR. SHEEHAN: Objection.

A. I agree that's what they should do.

BY MR. ROTMAN:

Q. And should they also undertake to understand how their drug products react to the environment?

MR. SHEEHAN: Objection.

A. They do understand how their products react to the environment.

BY MR. ROTMAN:

Q. That was not my question.

My question is whether they should understand how their products react with the environment?



A. Yes, they should understand how the product reacts with the environment.

Q. Again, the same type of question is about -- is about -- do you have an understanding of whether pharmaceutical companies should undertake to understand how their pharmaceutical products react inside the body?

MR. SHEEHAN: Objection.

A. I -- I agree. Pharmaceutical companies should understand how their products react inside the body. That's why clinical trials are conducted in patients, to understand how medicines react in a body.

BY MR. ROTMAN:

Q. Let's bring up the Broom study, also called Manchee. One's the first author. One's the last author.

MR. RODRIGUEZ: That will be Exhibit 3528.

(Exhibit 3528, Broom Study, was marked for Identification by the court reporter.)

MR. ROTMAN: 3528?

MR. RODRIGUEZ: Correct.

BY MR. ROTMAN:

Q. Is this a study that you've reviewed before today?
A. No.
Q. You've never reviewed it?
A. No, I don't -- no.
Q. This is a study from 1986 done internally at Glaxo and it involved -- it was a study to investigate the metabolic disposition of ranitidine in humans. And the study found that -- and I'm reading from page 9316, if you could go there. Under Summary, the last sentence in the first paragraph: In urine, ranitidine and its metabolites -- I'm sorry. I'm reading from the wrong -- the wrong page.
Give me a second to find the right page. Sorry.
Right. So the page I want to read from is on page 9316, and it's down below where I was reading before, down below the table, and I'm reading from the last sentence: The metabolites comprised the previously-identified an N-oxide, S-oxide and it says methyl metabolites, but in addition, the furoic acid metabolite was identified for the first time in human urine.
Do you see where it says that?



A. Yes, yeah.
Q. And does it mean anything to you for furoic acid metabolite to be identified in the urine of individuals who have ingested ranitidine?
A. I can't comment until I see the structure of the furoic acid metabolite that they refer to.
Q. Is there any structure of furoic acid that would be of significance to you as it relates to ranitidine and NDMA formation?
A. It depends on the structure of the furoic acid. If it's derived from the right-hand side, then fine. If it's derived from another position, then so be it. But until I know the structure of the furoic acid, the exact metabolite, I'm not going to comment.
Q. Is there any structure of furoic acid that would be relevant to the issue of whether ranitidine is forming NDMA?
MR. SHEEHAN: Objection.
A. Show me the structure of the furoic acid and then I'll be able to comment.
Q. I asked a different question.
Was there any of furoic acid that would be relevant? Either there is or there isn't or



you don't know.
MR. SHEEHAN: Objection.
A. As we see the metabolite N-oxide there, then, in theory, you could get furoic acid being formed. But that doesn't mean that there's any NDMA or DMA being formed there.
But I'd like to see the structure of the furoic acid to see what relevance it is.
Q. Do you agree that finding of furoic acid analogue of ranitidine in the urine of humans confirms that ranitidine underwent an oxidative deamination released in the DMA group?
A. No, no, I don't.
Q. Do you agree that finding furoic acid analogue in the urine of humans could be explained by ranitidine undergoing an oxidative deamination releasing the dimethylamine group?
A. No. Also, a study -- a similar study has just been published where no NDMA was detected, so... you show me the structure of the furoic acid and I can comment on your question.
Q. But your answer is no, you don't think there's any structure of furoic acid that would lead to an explanation that the ranitidine underwent oxidative deamination releasing the DMA group?



A. No, because, as we discussed earlier today, all of the degradation pathways occur on the right-hand side. So there's furoic acid derivative probably refers to on the right-hand side, the 5 position of the furoic -- of the furan ring. So...
MR. ROTMAN: Let's bring up the European Medicines Agency exhibit. This will be 3529.
MR. RODRIGUEZ: Do you have a number for that one, please?
MR. ROTMAN: Colleen had it on her list as 000EMA Assessment Report.
MR. RODRIGUEZ: Uploaded 3529.
(Exhibit 3529, European Medicines Agency Assessment Report, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. So what's up on the screen as 3529, European Medicines Agency Assessment Report Ranitidine.
Do you see it?
A. Yes.
Q. And what is the European Medicines Agency?
A. It is the European Medicines Agency.

It looks after medical products in Europe.
Q. It would be the equivalent of the FDA in the United States?
A. Similar to the FDA in the United States.
Q. And similar to Swissmedic in Switzerland, right?
A. Yeah.
Q. Have you read this?
A. I've looked at it, but I haven't -- I think it's quite a significant document, and I have looked at bits of it in the past.
Q. Do you recall reading about the implications of furoic acid in this document?
A. No.
Q. Could you turn to page 12 of 28? At the bottom, there will be a number 12 of 28.
A. Just remind me, when was this issued, the date? It was...
Q. September 17, 2020.
A. Okay. So that's prior to to the FDA's clinical study on ranitidine, yeah. That's fine.
THE REPORTER: Counsel, there's some static with the notebook against the microphone.


MR. ROTMAN: Okay.
BY MR. ROTMAN:
Q. Can you go scroll up to above the diagram?
If you look at this paragraph, there's a discussion of furoic acid.
A. Yes, that's correct.
Q. You can take a minute to read it to yourself and I'll ask you a question afterwards.
A. Okay.
Q. So I'm reading now from what you just read to yourself, after discussing finding furoic acid analogue in urine of people taking ranitidine, the European Medicine Agency wrote: The furoic acid analogue is formed by oxidative deamination. It would be predicted that formation of this metabolite, as postulated via oxidative deamination may also result in the release of DMA, which may be available to form NDMA when exposure to nitrite.
Do you see where I read that?
A. Yep.
Q. And you agree I read it accurately?
A. Yep.
Q. And so do you agree or disagree with the statement that I just read?


A. Okay. I agree with what you just read because it's just words that the EMA had written.
However, I disagree with the fact that the furoic acid -- the presence of the furoic acid doesn't mean that there is NDMA being formed.
Q. And this doesn't say that it moves that. It says that it raises a red flag. It says that it means that it would be predicted that the formation of the furoic acid analogue, as postulated by oxidative deamination, may result in the release of DMA, which may be available to form NDMA. And I'm asking if you read the words to mean exactly what's written, whether you agree or not. They're not saying it does. They're saying it raises a concern, right?
MR. SHEEHAN: Objection to the characterization.
A. As postulated by the oxidative deamination.
Q. That's what they're saying?
A. Yeah, that's a postulation. It's not saying that it's happening.
Q. Do you disagree that the EMA is saying that the furoic acid analogue in the urine


raises a concern about whether the source is NDMA?
MR. SHEEHAN: Objection.
A. What we know of course is that even if the furoic acid is formed in urine samples, that we don't see any NDMA generated in patients in the controlled clinical study.
So they postulate it. That's for sure. But subsequent to their postulation, a clinical study was conducted whereby the same metabolites should be formed and NDMA is not generated.
So the postulation isn't quite correct, is it?
Q. Well, I'm asking a question about whether, in the abstract, the finding raises a concern --
MR. SHEEHAN: Objection.
Q. -- that should be investigated.
As I read this, I think what the European Medicine Agency is saying is that if you see furoic acid in the analogue in the urine, that raises a concern that should be investigated?
A. No.
Q. You don't see it that way?
A. No, because if you look at the

desmethyl ranitidine, how much is the desmethyl is formed? Okay, a similar amount.
So the desmethyl could be a precursor to that furoic acid. So that's why it's a postulation. And if the desmethyl is a precursor, that's more methylamine being formed.
Q. So you disagree that the presence of furoic acid analogue raises concern?
A. Somebody would have to show me that definitively dimethylamine is produced in that pathway whereby furoic acid is produced.
Because it's not conclusive that it's coming from oxidative demethylation because that would give an aldehyde, and that would have to get oxidized further. The same thing could happen on the right-hand side with the desmethyl and if the desmethyl is being formed, then -- then again, that could be the furoic acid.
So this isn't conclusive evidence that dimethylamine is being formed. It's a postulation.
Q. Right. I'm really not asking -- I'm asking a very different question. I'm not asking about -- you answered conclusive evidence of anything. You used the words --


A. Well, I'm --
Q. I'm in the middle of a question. You used the word "conclusive evidence" in your answer. I'm not asking whether this raises conclusive evidence about anything. I'm asking about whether something raises a concern that should be investigated, whether it raises a red flag and should be investigated, but you don't know the answer to unless you do the investigation.
And so I found that the EMA was discussing the presence of furoic acid analogue in the urine in the fashion that I read to you and I told you that I interpreted that as saying it's -- the finding of furoic acid analogue in the urine raises a concern. And you answered, well, it's -- you need conclusive evidence.
So I'm asking you this: Do you need conclusive evidence of something before it raises a concern for you?
A. Well, what --
Q. That is my question.
A. Well, what is known here is that there's only 1 to 2 percent of that furoic acid being formed, as it states there.
That means there's only potentially,


if -- if I follow what is being said here, there's only 1 to 2 percent of dimethylamine being present. That means that there's a significant amount of ranitidine present, therefore, we know that nitrite reacts with ranitidine in the -- on the carbon on the right-hand side. So there -- you cannot -- knowing that ranitidine reacts with nitrite in different parts of the molecule doesn't really cause a concern. A furoic acid impurity is formed, postulated that low levels of dimethylamine are generated, but, ultimately, if there's any trace nitrite knocking around, then it's going to react preferentially other -- in other parts of the higher concentrations of molecules that are present.
Q. So I understand your answer is that that would not raise a concern for you. And the reason for that is in your prior answer; is that right?
A. Correct.
Q. Thank you.
A. And the answer I've just provided.
Q. Yes, the answer that you just provided is why it would not be a concern for you.
A. Yep.
MR. ROTMAN: You can take down this


exhibit.
Q. In your work on ranitidine and the issues surround ranitidine and NDMA in nitrosamines, are you -- did you come across a series of published papers that discussed how ranitidine interacts with chloramine in water to form NDMA.
A. I have come across those papers, that's correct.
Q. And there are a number of those papers, right? There's been several papers published on that subject, right?
A. Yes. But neither of those papers -- those papers do not actually address the issue of false/positives in their own analysis. So you can't -- I can't conclude the accuracy of those publications.
Q. I'm not asking you if you conclude the publications are accurate. I was asking if you are familiar with those publications?
A. I'm familiar with those publications, yeah.
Q. And those publications have been -- are dated about ten years ago, right?
A. Correct, yeah.
Q. And my question, again, is about

concern.

Does it raise any concerns for you if ranitidine forms NDMA from exposure to chloramine in water?

MR. SHEEHAN: Objection.

A. Well, we know that it doesn't form NDMA, as those controls studies showed. It doesn't form NDMA in water.

Q. What do these papers say is the effect of chloramine and ranitidine with respect to NDMA?

A. These papers infer that there is some reaction between wastewater -- water that's being treated with chloramine -- part the wastewater treatment in reaction with NDMA.

What they don't address is probably happening in their analytical system rather than actually being present in the -- in the system.

Q. What are they saying happens with the ranitidine when it is used with ranitidine? What are these papers finding and reporting happens when ranitidine is --

MR. SHEEHAN: Steve, I don't know whether you're bumping something or somebody is, but it keeps on breaking up.


THE VIDEOGRAPHER: Yeah, the notebook can't get close to the microphone or it will cause scraping noises.

MR. ROTMAN: Yeah, okay.

BY MR. ROTMAN:

Q. Okay. So my question is: You say you've reviewed the chloramine-ranitidine papers --

A. I said I've looked at them. I wouldn't say "reviewed," but as we discussed this morning, we know that when you take ranitidine with a nitrosating source at levels significantly higher than chloramine -- water treated with chloramine, we don't see any NDMA.

So the fact that somebody publishes some stuff doesn't mean it's relevant and probably don't even calculate how much water was present in there -- sorry, NDMA present in water they were using.

Q. Have you reviewed the Abe study?

A. I've looked at lots of papers. I can't recall the name.

Q. Temperature dependent formation of NDMA during the storage of ranitidine reagent powders in tablets.

A. I haven't read that paper, no, but


presumably it's going to say that the level of NDMA increases on storage because that's what we know. It was published in 2020?

Q. Yes.

A. Yeah.

So in 2020, we know -- we knew that ranitidine will, in the solid state, as we discussed earlier, degrade very, very slowly to give trace, trace levels of NDMA. So this publication is probably replicating something that we already know, but let's take a look.

MR. ROTMAN: Yeah, let's make it an exhibit, please, Ramon.

MR. RODRIGUEZ: That will be Exhibit 3530.

(Exhibit 3530, Abe Paper, was marked for Identification by the court reporter.)

BY MR. ROTMAN:

Q. Do you recognize this paper? Have you read it before?

A. No, I haven't read it before.

Q. Okay. So there's a few things about this paper that I want to ask you about. The abstract -- why don't you read the abstract?

A. That's what I'm reading at the


moment.

Q. About five lines from the bottom, I'm reading: Storage of ranitidine tablets and reagent powders at the high temperatures also increased the amount of nitrite, which is considered one of the factors influencing NDMA formation.

Do you see where I read that?

A. Yes.

Q. Is that an important finding?

MR. SHEEHAN: Objection.

A. Just -- well, we know that nitrites are present in excipients, okay.

Q. This is saying that nitrite levels are increased with high temperatures, right?

A. In the tablets, yes.

Q. And nitrite is considered one of the factors influencing NDMA formation? You agree with that?

A. Okay. So you can't -- they can't make this conclusion because how do they know that their -- the tablets are homogenous with respect to nitrite content? Did they do a homogeneity study with respect to nitrite?

Q. My question was whether nitrite is one of the factors influencing NDMA formation?

Page 262

A. Well, as we know, earlier on, that you have to have a lot of nitrite to give NDMA, as we discussed, what was it 40 millimolar? So nitrite at a certain concentration may influence the level of NDMA formed in -- in ranitidine.
Q. Let's scroll down --
A. Can we have a look at the nitrite data, please?
Q. I just want to ask you a question about something else on this page.
The bottom of the right column, do you see where it says: The European Medicines Agency reported that NDMA could be generated when DMA released from ranitidine is exposed to a source of nitrite?
Do you see that?
A. Yeah. It should be postulated really than reported. These authors are making some strong statements there.
Q. Let's read the next sentence together: Environmental health studies have reported that chlorination of water leads to the production of NDMA from ranitidine and other tertiary amine compounds.
Do you see where I read that from?

Page 263

A. Yeah, they were missing -- they need to add an extra paragraph in this.
Can we go over the page?
Q. Well, go to the next page.
A. Yeah, let's see. That no analytical investigation was conducted to determine whether the NDMA was actually formed.
Q. So my question is this: This paper is reporting that the chlorination studies that we were just talking about a few minutes ago, that the environmental health studies reported that chlorination of water leads to the production of NDMA for ranitidine.
Whether you agree with that or not, whether you think it's accurate or reliable or conclusive, but whether you agree with it or not, if it is true that that is occurring, does that raise a concern for you with respect to ranitidine and NDMA formation?
MR. SHEEHAN: Objection.
A. I'm not concerned about -- I'm not concerned, no, because -- an author of a paper such as this author, he can write whatever he wants.
Q. Right. I'm not asking you to comment on whether what he wrote was accurate. I'm asking if

Page 264

what he states there about what these studies found is accurate, whether that raises a concern for you. Let me just put it this way: I'll ask the same question. If studies report -- find that chlorination of water leads to the production of NDMA from ranitidine, would that be a concern for you?
MR. SHEEHAN: Objection.
A. If it was proven that -- and those papers don't prove it, they just report it -- that trace amounts of a nitrous acid species can give low levels of NDMA, then I would be concerned by that because it shouldn't happen and all the data to date indicates that it doesn't happen.
So I would be contacting the authors of those papers and asking to see the raw data.
And I'd also be taking into account the actual levels generated because, if I recall, the levels were -- were very, very low indeed, you know, and as I said earlier, if you have a bottle of Budweiser, you're probably drinking more NDMA than -- or I didn't specify the beer, but I am now -- you're probably in taking more NDMA.
Q. Okay.
A. So I don't -- I don't -- this is just telling us what we already know and this study is

Page 265

somehow saying that it degrades in the tablet, which is not what we're seeing at the same rate. So there's something not quite right. And they can't conclude the nitrite because they haven't done a homogeneity study.
MR. ROTMAN: Move to strike the nonresponsive portion of the answer.
Q. You would agree that -- I'm sorry, let's do this --
MR. ROTMAN: We can put up the De Flora paper, Ramon.
MR. RODRIGUEZ: That will be exhibit 3531.
(Exhibit 3531, De Flora Paper, was marked for Identification by the court reporter.)
BY MR. ROTMAN:
Q. This is a paper from 1982 titled Genotoxicity of Nitrosated Ranitidine -- I'm sorry, Of Nitrosated Ranitidine.
Do you see that?
A. Yeah.
Q. Is this one of the papers that you reviewed?
A. I've never reviewed this paper.

Q. When you were talking about buckets of literature supporting that NDMA can form from the degradation of ranitidine, this was not one of the papers you were referring to?

MR. SHEEHAN: Objection; mischaracterizes testimony.

A. Yeah, I didn't state what you just said.

Q. You were talking about buckets of literature on some subject, right?

A. Buckets of literature on the degradation of -- of -- of ranitidine and buckets I'm referring to in our regulatory dossiers.

Q. Now, this paper starts at the introduction with the sentence that I'm reading: The molecules of the widely-used histamine H2 receptor antagonists cimetidine in ranitidine carry nitrosatable sites --

A. Correct.

Q. -- which by analogy with other drugs might theoretically lead to the formation of genotoxic and/or carcinogenic derivatives.

Do you see where I read that?

A. Yeah.

Q. Did I read it accurately?



A. Yeah.

Q. What is a "nitrosatable site"?

A. It's any atom that can react with an NO plus to give a nitrosated species. It's not saying here a nitrosamine, is it?

Q. I'm asking what a nitrosatable site is, and you've just defined it?

A. Yep.

Q. Does ranitidine -- do you agree that ranitidine has a nitrosatable site?

A. Yeah, on the carbon adjacent to the nitro at the top, if I recall.

Q. In other words, it's saying -- it's saying that the molecule itself has a -- part of the molecule itself is capable of being nitrosated, right?

A. Yeah. Of course, yeah, that's correct, to give a nitrosated organic compound.

Q. Right. And what this first sentence says to me is there's a reason to be concerned and investigated --

MR. SHEEHAN: Objection.

Q. -- with respect to ranitidine and the formation of genotoxic and/or carcinogenic derivatives.



Do you see that?

A. There's a reason to be concerned and to investigate for many, many molecules which have a nitrosatable site.

Q. And this particular paper is talking about ranitidine specifically --

A. Yeah.

Q. -- or with cimetidine, another drug in the same class, right?

A. Yeah.

Q. Yes?

A. Yes, correct, 1982.

Q. And so in 1982, it was known that ranitidine -- that a part of the ranitidine molecule was a nitrosatable site capable of forming the nitrosamine, right?

A. No, no, not capable of forming a nitrosamine. Capable of forming a nitrosated organic compound. There's a massive difference.

Q. Is NDMA a nitrosatable organic compound?

A. A nitrosated organic compound, perhaps -- NDMA is classed as a nitrosated organic compound and specifically a nitrosamine because it's a nitrosate derivative of a secondary amine, hence,



the word "nitrosamine."

Q. Back in 1983, the papers being published were recognizing that ranitidine could nitrosate and that the result would -- could be genotoxic or carcinogenic, right?

A. Correct.

Q. And "genotoxic" means that it would be harmful to the DNA?

A. Yeah.

Q. Genotoxic means -- something that is genotoxic is harmful to the DNA, right?

MR. SHEEHAN: Objection.

A. It has the potential, yes.

Q. And something that is carcinogenic is something that is capable of causing cancer, right?

MR. SHEEHAN: Objection.

A. Potentially. This isn't looking at or even considering NDMA, is it? It's going to conclude here, go over the page.

This is not about nitrosamines.

Q. Move to strike as not responsive to any question.

You would agree also that it's been known for at least three decades that ranitidine is unstable with exposure to high temperatures and

humidity, right?
MR. SHEEHAN: Objection.
A. I'm not sure exactly how long it's been known.
BY MR. ROTMAN:
Q. I didn't ask you how -- exactly how long, but approximately how long has that been known?
A. I don't know.
Q. Have you read the Teraoka paper in 1991?
A. If it's referring to toxicological studies, then no. If it's an organic -- if it's a paper on organic chemistry, then I may have read it. Can I -- can you just excuse me a second? Just for two seconds, please.
MR. ROTMAN: Yeah.
MR. SHEEHAN: Could we get a time check real quick on time on the record.
THE VIDEOGRAPHER: We were 5:54 before and we have another 54 right now.
MR. SHEEHAN: Thank you.
THE VIDEOGRAPHER: You're welcome.
THE DEPONENT: Sorry about that. My dog was getting agitated.
MR. ROTMAN: We're about 6 hours and



50 minutes?
THE VIDEOGRAPHER: Yes.
MR. ROTMAN: I have no further questions.
MR. SHEEHAN: All right. Why don't we take -- let's see here, it's 7 -- it's about 10 after 7 now. Why don't we take 15, come back at 7:25 London time, and I'll probably, Steve, have -- it's not going to be much, a short redirect and then we can wrap up.
THE VIDEOGRAPHER: The time is 18:11 UTC. We are going off the record.
(A discussion was held off the record.)
THE VIDEOGRAPHER: We're back on the record. The time is 18:27 UTC.
EXAMINATION BY MR. SHEEHAN:
Q. Hello, good afternoon, or good evening now, Mr. Whitehead. My name is Tom Sheehan. We've met before, correct?
A. Correct.
Q. And I'm an attorney for -- representing GlaxoSmithKline. I'm just going to ask you a few questions in follow-up to the questions that you got from Mr. Rotman.



First, you've testified for approximately seven hours today in response to questions from counsel for plaintiffs, correct?
MR. ROTMAN: Objection.
A. Correct.
BY MR. SHEEHAN:
Q. Fair to say that you have decades of experience in mechanistic organic chemistry?
MR. ROTMAN: Objection.
A. Correct.
BY MR. SHEEHAN:
Q. You testified today about degradation pathways of ranitidine.
Do you recall that testimony?
A. I do.
Q. And you mentioned the phrase a number of times with respect to the -- whether the degradation pathways were either obvious or not obvious.
Do you recall that testimony?
A. Correct.
Q. Are there any obvious pathways for NDMA to form as a degradation product from ranitidine?
A. There is an obvious pathway as



discussed earlier on by the reaction with excess nitrous acid.
Q. And can you explain why the investigation of that obvious pathway did not lead to any conclusion that NDMA would be predicted as a degradation product?
A. The obvious -- the obvious pathway is a well understood -- sorry, there's feedback.
The obvious mechanistic pathway is well understood and well documented in the literature. We were definitely not leading the obvious pathway. We were looking for an absolutely nonobvious, probably unprecedented pathway, and the RCA here is testament to that.
Q. Professor Whitehead, can you explain for the jury why the obvious pathway that you've just described -- first of all, can you just describe for the jury what the obvious pathway that you've just described is?
A. The obvious pathway is reaction of the tertiary amine functionality within ranitidine reacting with excess nitrous acid to form NDMA in a well-understood mechanism that's documented in the literature.
Q. Okay. And can you explain for the

Page 274

jury why that well-documented mechanism is not operative with respect to NDMA that was detected in 2019 in ranitidine tablets?

A. Yeah, because the obvious mechanistic pathway requires excess nitrite. There's no excess nitrites present in ranitidine. So it was a nonobvious pathway that was clearly resulting in NDMA formation from trace -- ranitidine at a trace level, at a very trace level.

Q. And can you explain for the jury what the purpose of the brainstorming sessions was where you -- in 2019 where you discussed potential mechanisms for nonobvious pathways for NDMA to form?

A. The purpose of the brainstorm was to identify as many nonob -- as many pathways that we could think of which were not related to the obvious pathway that I've previously alluded to.

The idea was to -- it didn't matter how -- whether the idea was supported by literature because this stuff is mostly unprecedented and it was to pull out a number of ideas which could be prioritized and then trialed in the lab -- laboratory to determine the exact mechanism for this trace degradation of ranitidine to give trace levels of NDMA.

Page 275

Q. And to this day, with all of the effort that was put into identifying the root cause of NDMA in ranitidine, is the mechanism understood by which NDMA forms?

A. No. The exact mechanism is not understood. Somehow, in the solid state, this molecule reacts and as a byproduct of this unfavorable -- highly unfavorable reaction, very, very low levels of NDMA are formed.

Q. Is it fair to say that we are at the limits of organic chemistry in understanding how NDMA may result as a degradation product in ranitidine?

A. We're at the boundaries of organic chemistry within the solid state relating to exactly how NDMA can be formed at such low levels in the solid state from the ranitidine molecule itself.

Q. Professor Whitehead, do you recall an email that you testified about earlier today where you were referencing buckets of literature on the topic of ranitidine degradation?

A. I recall that email.

Q. Okay. And did the buckets of literature that you were referring to relate to the known degradation pathways?

A. Buckets of literature that I was

Page 276

referring to was the GSK degradation pathways that supported the regulatory dossiers when ranitidine was first filed.

Q. And did that relate to the known degradation pathways of ranitidine?

A. It related to exactly that, the known degradation pathways of ranitidine hydrochloride.

Q. And did any of that scientific literature, that empiric scientific literature, suggest that NDMA was a degradation product of ranitidine?

A. No.

Q. Did any of that scientific literature show that dimethylamine or DMA was a degradation product of ranitidine?

A. No.

Q. And that was all based on empirical scientific studies; is that correct?

A. Absolutely, yes.

Q. Did any of the scientific literature suggest that NDMA should be reasonably predicted as a degradation product of ranitidine?

A. No.

Q. Professor Whitehead, you also answered some questions about the Tanner study.

Page 277

Do you recall that testimony?

A. I do, yes.

Q. Do you recall characterizing the Tanner study as an important study?

A. I recall characterizing it as an important study because it, basically, told us what we knew, that is, ranitidine reacts with huge excesses of nitrous acid to give NDMA. It also told us in that study that if there were low levels of nitrous acid present, it didn't give NDMA, telling us -- telling me that it's a very, very complex, nonobvious, perhaps unprecedented mechanism whereby trace levels of NDMA are being formed in the solid state of ranitidine hydrochloride.

Q. Based on your understanding of the Tanner study, would the results of that study give any reason to be concerned about NDMA formation after an individual ingests Zantac?

A. No. And this has been followed up recently by the FDA in a clinical study looking at that exact possibility and no NDMA was detected which reinforces the original Tanner conclusion, which was an in vitro study. And again, if you recall, the FDA have just replicated, albeit in more detail, that original Tanner study confirming the original

conclusion is correct.

MR. SHEEHAN: Thank you very much, Professor Whitehead. I don't have any further questions right now.

MR. ROTMAN: I have just one question.

EXAMINATION BY MR. ROTMAN:

Q. Prior to Mr. Sheehan asking you questions, you met with him, correct?

A. I met with a number of GSK folk, correct.

Q. And he was one of them?

A. He was one of them, yes.

MR. ROTMAN: Thank you. Have a pleasant evening. Appreciate everybody's cooperation today. Nice to meet you, Mr. Whitehead. I enjoyed speaking with you about this subject and meeting your dog and my major concern before all of this started was that I wouldn't be able to understand you with your Irish accent because I was watching the Derby Girls which is a very funny --

MR. SHEEHAN: Are we off the record --

THE VIDEOGRAPHER: We're still on the record. Would you like to go off the record?



MR. ROTMAN: Yeah.

THE VIDEOGRAPHER: The time is 18:38 UTC. We're going off the record.

(Deposition concluded at 2:38 p.m.)



A C K N O W L E D G M E N T

STATE OF )
:SS
COUNTY OF )

I, ANDREW WHITEHEAD, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of July 14, 2021; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.

________________________
ANDREW WHITEHEAD

Signed and subscribed to before me, this ____ day of ____________, _____.

________________________
Notary Public, State of ______________



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

I, Jennifer L. Wielage, CCR No. 30X100191600, Certified Court Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

Dated this 16th day of July 2021.

________________________
Jennifer L. Wielage, CCR, RPR, CRR

Page 282

Errata Sheet

NAME OF CASE: Re: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
DATE OF DEPOSITION: 07/14/2021
NAME OF WITNESS: Andrew Whitehead
Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________
Page ____ Line ____ Reason ____
From ________________ to ________________

________________

## Exhibits

**EX 3495 Andrew Whitehead 071421**
9:2 17:20
**EX 3496 Andrew Whitehead 071421**
9:4
**EX 3497 Andrew Whitehead 071421**
33:10,17
**EX 3498 Andrew Whitehead 071421**
46:10,14
**EX 3499 Andrew Whitehead 071421**
51:19,20
**EX 3500 Andrew Whitehead 071421**
53:5
**EX 3502 Andrew Whitehead 071421**
68:7
**EX 3503 Andrew Whitehead 071421**
70:23 71:2
**EX 3504 Andrew Whitehead 071421**
78:5,14
81:8,9
**EX 3505 Andrew Whitehead 071421**
106:10
109:13,14
**EX 3506 Andrew Whitehead 071421**
109:19
**EX 3507 Andrew Whitehead 071421**
112:18
**EX 3508 Andrew Whitehead 071421**
123:6,10
**EX 3509 Andrew Whitehead 071421**
130:22
131:9,10
**EX 3510 Andrew Whitehead 071421**
150:3,7,18
**EX 3511 Andrew Whitehead 071421**
154:2
**EX 3512 Andrew Whitehead 071421**
157:20
**EX 3513 Andrew Whitehead 071421**
161:5
**EX 3514 Andrew Whitehead 071421**
163:1,2
**EX 3515 Andrew Whitehead 071421**
164:25
**EX 3516 Andrew Whitehead 071421**
168:5
**EX 3517 Andrew Whitehead 071421**
168:18
**EX 3518 Andrew Whitehead 071421**
175:4,9,10
**EX 3519 Andrew Whitehead 071421**
183:9
**EX 3520 Andrew Whitehead 071421**
192:5
**EX 3521 Andrew Whitehead 071421**
196:16
**EX 3522 Andrew Whitehead 071421**
209:5,7
**EX 3524 Andrew Whitehead 071421**
214:20
**EX 3525 Andrew Whitehead 071421**
214:22
**EX 3526 Andrew Whitehead 071421**
215:24
216:5,6
**EX 3527 Andrew Whitehead 071421**
234:5 235:11
**EX 3528 Andrew Whitehead 071421**
245:18,19,20
**EX 3529 Andrew Whitehead 071421**
249:14
**EX 3530 Andrew Whitehead 071421**
260:14,15,16
**EX 3531 Andrew Whitehead 071421**
265:12,13,14

## 0

**0**
137:9
**0.3**
139:21
**000EMA**
249:12
**0444**
234:4

## 1

**1**
38:2 39:11 115:7 144:20 177:4,7 219:17 220:7 223:4 255:23 256:2
**1-to-1**
140:2
**1.1**
217:6
**1.2.2**
227:5
**1.3**
230:20
**1.5**
144:21
**10**
46:25 174:1 271:6

**101**
204:2
**102**
204:3
**1021**
59:18
**1022**
64:3
**10th**
113:5
**1127**
51:14
**11:01:51**
46:25
**11:23**
78:24
**11:34**
79:5
**11:40**
68:20
**11:42**
70:11
**12**
11:1 125:16
126:10
250:16,17
**122**
197:22
198:6,8
**1234**
33:9
**1237**
196:16 197:3
**1238**
41:3
**1241**
45:17
**12:28**
187:24
191:20
**12:31**
154:11
**12:48**
163:12
**13**
109:19
**1313**
145:18
**14**
9:25 202:13
**14:01**
145:23
**14:47**
174:20
**14:54**
175:1
**15**
202:13 203:2
211:1 271:7
**15:48**
206:23
**16**
202:13
**1658**
238:3
**16:01**
207:4
**16:09**
211:19
**16:10**
211:23
**17**
250:20
**17:16**
238:7
**18**
51:20 53:5
**18:11**
271:11
**18:27**
271:16
**18:38**
279:2
**18th**
63:22 66:9
**19**
59:19
**1959**
162:25
**1980**
136:2,6,8,14
**1980s**
30:7 102:1
172:11
**1982**
42:4,7,21
43:20 106:1
138:19 173:3
182:17 183:5
265:18
268:12,13
**1983**
269:2
**1986**
246:6
**1990**
24:6 172:17
197:3
**1991**
25:2 270:10
**19th**
60:1
**1:40**
120:23
**1st**
21:17,18

**2**

**2**
15:21 31:17
36:9 37:19
43:9 115:7
118:23
144:21
221:24
222:6,8
223:3 227:10
255:23 256:2
**2/10/20**
192:6
**20**
81:22 92:25
94:16 112:18
203:2
**200**
137:25
**2000**
173:8 174:7
**2000ish**
172:20
**2000s**
75:16
**2008**
173:8,10
**2010**
25:13
**2014**
185:11
186:4,9
**2015**
162:12 195:2
**2016**
21:4
**2019**
23:14 26:17,
18 27:1 32:9
34:4,10,24
42:9 51:21
53:6 59:20
77:24 81:14
105:18
109:20
112:19,22
116:5 118:21
158:20
163:3,10
172:7,15,17
241:12
242:19
274:3,12
**2019/2020**
152:19
**2020**
123:7,12
150:4,9
154:3 157:21
165:11 166:4
172:8,15
175:21,22
211:25
212:24 234:6
235:13
241:12
250:20

260:3,6
**2021**
9:25 21:4,7, 18 22:17 30:13
**20th**
112:25
**2165**
211:16 212:12
**2166**
212:8,14,17
**22**
175:21,22
**230,000**
137:8
**232,000**
137:3,23
**2385**
120:18 123:5
**2387**
129:20
**24**
81:14
**24th**
71:4 72:2 76:1 85:2 113:23
**25**
81:22
**252**
200:25 201:2,4,6,10
**27**
109:13
**271**
228:10
**272**
228:11
**27th**
106:18
**28**
250:16,17
**29**
234:5
**297**
201:10
**29th**
34:23
**2:38**
279:4

**3**

**3**
44:9 45:19 139:2 140:8, 15 141:5,11, 16,18,22 142:2,3,4,7 144:22 150:15 224:25
**30**
173:7 183:13 202:13 243:22 244:1
**31**
243:24
**3122**
209:12
**3403**
150:2
**3495**
9:2 17:20
**3496**
9:4 19:12
**3497**
33:10,17
**3498**
46:10,12,14
**3499**
51:19,20,24
**3500**
53:5,8
**3501**
59:19,22
**3502**
68:6,7
**3503**
70:23 71:2
**3504**
78:5,14 81:9
**3505**
106:10,14,15 109:14
**3506**
109:18,19
**3507**
112:17,18
**3508**
123:6,10
**3509**
130:22 131:10
**3510**
150:3,7,16, 18
**3511**
154:2,5,6
**3512**
157:19,20
**3513**
161:4,5
**3514**
163:1,2
**3515**
164:24,25
**3516**
168:5,8
**3517**
168:18 169:9
**3518**
175:4,10 176:25
**3519**
183:9,13
**3520**
192:5,9
**3521**
196:15,16
**3522**
209:5,7,12
**3524**
212:9 214:20 215:14,15
**3525**
214:22 215:16
**3526**
215:23,24 216:6
**3527**
234:5,10 235:11
**3528**
245:19,20,23
**3529**
249:8,13,14, 18
**3530**
260:15,16
**3531**
265:13,14
**3544**
19:9,11
**37**
119:21 142:18,23
**3710**
168:3
**3880**
68:3

**4**

**4**
15:21 141:10 144:20 164:23 225:20
**40**
56:20 116:6 128:8 139:3, 21 140:9 141:16,19 143:9 144:22 166:8 201:11 262:3
**40-year**
105:19
**44**
202:13
**45**
201:11

**453**
200:17
**4996**
131:25

**5**

**5**
31:17 83:11 144:20 228:14 249:4
**50**
143:9 271:1
**5267**
183:8
**54**
270:20
**5712**
46:8
**5972**
106:8
**5:54**
270:19

**6**

**6**
123:6 270:25
**60**
228:20
**6123**
196:19
**6244**
198:8
**65**
227:4
**6544**
209:4
**6630**
215:22
**6632**
221:23
**6634**
224:25
**6645**
231:19
**6703**
112:17
**6734**
157:18
**6746**
160:24,25
**6761**
175:3
**6773**
180:2

**7**

**7**
123:20 125:6,15 126:20 150:3,9 154:2,8 157:20 271:6,7
**70**
182:25 203:24
**70-odd**
160:12
**72**
136:7
**73**
204:8
**7309**
164:23
**7310**
168:4
**7311**
168:17,22
**74**
136:7 202:1, 3,8,15,18,23 203:2,14 204:12,17,25 205:18
**74.0819**
205:1
**75**
204:9,15,16, 25 205:3
**750**
182:24
**7742**
214:13
**7743**
214:12
**7:23**
78:19
**7:25**
271:7
**7:30**
78:19

**8**

**8**
123:20 125:6
**80**
131:24
**80s**
30:12 32:14 56:10 103:4 182:17,25
**8221**
70:22
**8223**
75:24
**8381**
53:2
**8:30**
121:4

**9**

**9**
163:3
**9016**
78:4
**9134**
192:4
**9316**
246:10,18
**9650**
154:1
**98**
119:18
**9940**
109:17
**9:22**
154:11
**9:44**
9:25
**9th**
39:11 48:17

**A**

**abbreviated**
85:10
**Abe**
259:19 260:16
**ability**
113:24 173:10
**able**
52:10,24 57:6 58:12 64:17 82:2 92:5 99:23, 24 139:24 166:24 182:20 193:21 216:16 238:13 247:22 278:19
**above**
129:13 132:25 133:1,14 141:24,25 142:4,8 190:21,22,23 200:24 251:3
**absolutely**
62:1 85:22 90:5 108:2 163:21 195:12 220:2 230:4 239:10 273:12

276:19
**abstract**
253:15
260:24
**academics**
122:9 213:7
**accelerated**
184:13
187:18
189:21
206:7,9,11,
13,15
**accent**
278:20
**acceptable**
13:18
**access**
66:17 196:8
**account**
179:20
264:16
**accuracy**
257:15
**accurate**
38:10 39:20
40:1 257:18
263:15,25
264:2
**accurately**
195:8 208:5
251:22
266:25
**acetic**
140:2
**aci-nitro**
167:9,11
**acid**
72:25 75:2,
20 80:18,19
105:25 106:4
119:16
137:11 180:3
246:23
247:3,6,8,
12,15,17,22,
24 248:4,8,
10,14,20,23
249:3 250:14
251:6,13,14
252:5,6,10,
25 253:4,21
254:4,8,11,
18 255:11,
14,23 256:9
264:10
273:2,22
277:8,10
**acknowledge**
10:12,15
**acknowledgeme
nt**
215:11
**acknowledges**
39:12
**acknowledging**
116:4
**acronym**
196:4 213:6
**across**
257:4,7
**act**
66:6 156:14
161:10,18
181:19
**acting**
161:20
**action**
10:5
**activate**
181:19
**activated**
177:13,14
**active**
184:22,24
185:24
191:17
**actively**
27:15
**activities**
21:2
**activity**
25:19 105:9,
17 113:2
**actual**
26:14 36:15
60:23 61:1
65:11 84:14
134:13 157:1
226:24
264:17
**add**
181:22
202:16 263:2
**added**
21:7 51:3
157:13
181:18
229:10,20
**addition**
106:24
123:20
246:22
**additional**
103:12,15
119:1 143:18
156:4 157:25
169:2 222:6
**address**
29:11 36:10,
25 44:10
158:20
257:13
258:16
**addressed**
121:24
**addressing**
28:17 32:10
**adjacent**
82:15 267:11
**adjunct**
20:1 121:21
122:2,3,14
**administered**
10:16
**Administratio
n**
35:18
**advance**
18:10
**advanced**
24:11
**advise**
122:25
**advisement**
88:24 90:3
97:18 214:5
**advising**
122:9 123:3
**advisory**
125:3
**affects**
234:14
**afternoon**
271:18
**afterwards**
251:9
**age**
231:16
**age-wise**
231:12,15,16
**agencies**
48:7
**agency**
44:10 216:23
249:7,15,19,
24,25 251:14
253:20
262:12
**agent**
49:9 54:4
57:21 66:18
80:25 81:4,5
92:8 93:24
94:13 96:22,
23 97:2 99:2
129:3 156:14
157:2
161:11,19,21
162:23
164:9,12
166:1 177:23
178:3,6
181:1,18,19
229:17,19,21
**agents**
127:5 128:18

176:15
**ages**
17:6
**agitated**
270:24
**ago**
14:24 17:6 19:18,23 20:5,7,16, 21,24 21:11 59:1 75:7,8 131:14,15,17 168:14 257:23 263:10
**agree**
38:16 39:25 82:19 124:25 176:14 177:18,20 180:2,5,6 217:7 239:19 242:12 244:11,13 245:9 248:9, 14 251:22,24 252:1,14 261:17 263:14,16 265:8 267:9 269:23
**agreeing**
242:7
**agreement**
9:11
**ahead**
31:2 41:4 148:12 149:4 160:7 215:2
**airport**
209:25 210:3,7
**albeit**
277:24
**alcohol**
25:8 192:17 193:11,22
**aldehyde**
75:2 150:24 151:7,10,11, 19,21 152:22 153:12 159:17,24 160:21 163:15 164:7,16,20 192:17,19 193:11 226:15 227:1 254:14
**allow**
86:10
**allowed**
17:14 138:21 224:10
**allowing**
239:15
**allows**
87:21
**alluded**
274:17
**alter**
188:23
**ambient**
57:5
**amine**
67:2 77:1,5, 9 81:3 82:16 99:3 127:24, 25 128:1,5, 7,12 129:3 135:19,21, 22,24 136:13,15 137:15 141:4 162:13,16 173:19 177:12,17,22 178:1 181:20 232:17,18 262:23 268:25 273:21
**amines**
127:24
128:16 129:4,6,7 135:14 136:4 162:22
**aminopyrine**
134:4
**amount**
16:19 32:18, 20 81:5 122:6,15 137:13 140:11,19 141:1 146:19 177:22 178:3,4,5 189:11 211:15 254:2 256:3 261:5
**amounts**
128:22 129:4 138:25 159:3 187:22 264:10
**analogue**
159:20 248:10,15 251:13,15 252:10,25 253:21 254:8 255:11,14
**analogy**
266:20
**analysis**
14:4 66:21 123:25 124:16 152:9 205:5 233:15 236:24 257:14
**analyst**
81:24
**analytical**
35:1 49:6 50:19 121:25 140:23 197:6,8,12, 13,15,17 258:17 263:5
**analytics**
26:14 197:11
**analyzed**
70:17 206:11
**and/or**
9:12 266:22 267:24
**Andrew**
9:23 11:1,7 17:8,9,12 18:4 22:19 28:7 68:8 72:9 106:11, 20 110:3 124:4 134:20 150:18 154:9 158:3 159:12,13, 14,15 160:5 183:10,14 192:11
**Andy**
28:7 70:16 76:3,7 77:15 150:10 155:20 160:8 183:14,20 187:15
**Andy's**
155:24 193:24
**Anglia**
24:14
**animal**
38:20
**animals**
39:15
**annual**
147:19
**annualized**
70:19
**answer**
11:18,19,23 12:2,3,5,6,7 22:19,20 31:2,24 32:2,3,5

40:9 41:15 42:24 58:18 62:23,24 63:2,3,13,15 74:2 84:7 85:19,25 86:2,4,18,22 87:3,6,19, 22,23,25 88:21 91:2 95:7,21,22 98:12,19,21 100:12 104:17 108:25 116:9 117:3,23,24 119:2 120:5 132:19 133:20 140:24 148:12,17,20 149:2,5,6, 15,25 199:11,13 202:24 208:9 228:22 233:13 236:17 237:7 239:3,16,23 243:8 248:22 255:3,8 256:15,17, 21,22 265:7

**answered**
63:10 117:10 118:14 207:11 210:13 240:5 242:14,15 243:4,5 254:24 255:15 276:25

**answering**
12:18 209:18 210:10

**answers**
11:15 58:5

86:10 149:12 240:7

**antagonists**
266:17

**anticipated**
39:13,22 40:6,18

**anybody**
12:12 13:7 55:12 65:8 95:6,20 97:3,8 109:12,13 194:12 240:3

**anymore**
149:13

**anyone**
9:20

**apart**
13:9

**API**
25:20 26:8 41:18 43:10 68:23 69:5, 22 70:7,17 87:10 100:10 112:10 158:16 159:7 160:15 184:2,16,17, 20,24 185:3, 4,6,12,22 186:2,3,9, 15,16 187:13 188:17 190:13 191:13,18,25 193:16 194:1,5 206:10 218:8,14

**apparent**
153:20

**appears**
41:6 88:22, 25 180:17 212:10 228:9

**appetite**
26:2

**application**
122:10

**apply**
67:21 178:12

**applying**
19:19

**appointed**
23:13

**appreciable**
146:19

**Appreciate**
278:15

**approached**
62:8

**appropriate**
80:25 177:22

**approximately**
12:12 33:1 119:19 270:7 272:2

**April**
211:25 212:24

**arbitrary**
202:21

**architecting**
29:14

**are...yeah.**
52:7

**area**
55:10 122:7 188:15

**argument**
148:10

**Argyrios**
155:1,2,10, 22 156:5

**arise**
193:11

**arises**
151:1

**around**
13:25 20:1, 7,17,19 23:14,20

24:6 25:2 26:17 27:1 34:3,10 63:5 75:16 77:25 78:1 81:14, 21 83:5 103:21 122:22,24 142:25 166:5 172:24 182:16,17,23 185:15 202:15 208:25 212:2 256:12

**arrangement**
10:19

**arrow**
97:14

**arrows**
166:18

**articles**
28:22

**artifact**
49:6

**asked**
29:4,10 33:6 37:8 38:3 52:1 63:9 81:11 86:13, 15,21 90:7 98:9 105:12 117:3,4,9 148:16 155:19 158:19 189:19 199:2,16 207:10 208:8 242:14,23 243:3 244:10 247:23

**asking**
11:9 21:9 28:5 39:25 41:5 47:6 63:6 69:4 85:13,20

86:12 90:17 104:10 109:10 117:22 146:2 154:20 161:14 181:24 183:21 187:17 199:5 203:19,20 207:6 210:9, 16 233:1 235:14 236:25 239:4,6,12 240:2 243:2 252:13 253:14 254:22,23 255:4,5,17 257:17,18 263:24,25 264:15 267:6 278:8

**aspects** 240:14

**assess** 105:5

**assessing** 110:7 213:9 219:10

**assessment** 23:5 47:11 219:4 249:12,15,19

**assessments** 22:23 23:6, 16,21 55:6 236:15

**assigned** 152:8

**associated** 41:18 43:10 105:10

**assume** 12:19 41:7 147:17

**assuming** 147:6

**atom** 267:3

**atoms** 170:6

**attach** 235:15

**attached** 83:5 160:25 212:14

**attempt** 165:12

**attend** 82:2 213:12

**attention** 103:19 123:17 149:11

**attorney** 271:22

**attorney-client** 9:12

**attorneys** 10:11 16:2, 11,17

**August** 27:1 32:9,17 33:1,2 34:24 37:6 42:8 44:20 158:20 163:10 243:24

**author** 165:5 245:16,17 263:22,23

**authority** 23:22 35:7, 20 44:8 114:14,16 125:20 216:22

**authors** 43:17 179:24 262:18

264:14

**autocatalytic** 52:18

**autocatalyze** 52:10,15,16, 24

**available** 47:13 124:23 182:14 183:4,24 209:2 251:18 252:12

**aware** 9:8 36:20 42:1,4,19 43:20 44:3,4 58:6 80:3,14 105:20,22 116:16 118:1 123:24 124:15,19 129:25 130:2 131:18 145:8 149:16,20 152:17 180:23 186:1 208:7,10,16, 18 213:10 231:5 237:8

**awareness** 17:6

**B**

**Bachelor** 24:8

**back** 17:6 32:2,3, 9,13 39:11 52:20 62:19 63:8 73:3 79:4 80:1 89:5 92:1 97:18 100:17 105:15 114:15 117:8 120:9 145:22 151:23 152:14 158:20 163:6,10 166:4 174:25 192:10 195:16 196:7 198:20,23 199:6 205:23 207:3 211:22 223:3 238:6 269:2 271:7, 15

**background** 55:14 232:1

**bad** 184:8,12 187:8 188:1 189:20 190:1,9,11, 15,16,20,24 191:5,8,12, 13,14 192:1

**bagel** 121:5

**bar** 200:14 202:17,20,23 203:1

**base** 172:20,24

**base-mediated** 75:17

**based** 39:13 64:14 84:11 108:14,15 118:15 133:15 171:1 172:24 204:7,18 222:12 240:24 242:9 243:25 276:17 277:15

**bases** 161:18

**basically**
21:21 22:21 27:23 28:19 29:13 30:10 65:15 67:1 70:16 74:25 97:14 99:4 127:23 137:16 139:25 158:24 164:17 177:16 187:25 191:16 193:3 200:15 230:17 277:6
**basis**
17:11 20:13 76:14 167:15
**batch**
68:23 69:5, 20,22 70:4, 7,12 143:5 231:2
**batches**
41:18 43:10 70:17,18 103:22 110:10,18,22 111:7 112:10 151:5 160:15 230:22 231:5,9,11
**Bates**
198:3,7
**beer**
241:5 264:21
**begin**
67:11
**beginning**
198:15,17 199:21
**begins**
45:20 223:18
**behalf**
10:4,8
**believe**
16:4 68:22 110:24 123:19 144:7 146:6,10,21 149:9 157:14 207:12 214:1,12 216:24 242:20,23,24 243:13,16
**believed**
54:16 66:1 85:2 146:25
**below**
52:5,9 73:5, 10 110:7 113:16 125:15 126:13 152:7 167:17 190:22 219:16,23 221:4 222:6, 8 223:14 228:14 229:15 246:18,19
**benefits**
147:22
**best**
105:24 108:2 113:24 117:19 120:4 129:7 180:16 209:1 221:19 223:2
**better**
84:7
**biased**
148:5
**big**
139:9,12
**billion**
70:2 159:3
**biochemical**
122:1
**bit**
121:13,15 125:13 139:24 183:22 196:23,24
**bits**
89:22 250:12
**blocks**
36:11 37:1, 15 44:12,22
**body**
115:16 119:24 142:24 143:1 149:24 245:7,11,13
**Boston**
78:19 121:5
**bottle**
264:19
**bottom**
34:6,8 36:7 45:18 73:4 101:12 115:24 125:12 158:2 161:10 166:18 169:6,14,15, 25 182:2 229:9 231:21 250:17 261:2 262:11
**bounce**
124:24
**boundaries**
275:13
**brainstorm**
34:16 52:6 55:17,19 76:12 77:21 78:5 93:5 96:6 100:19 106:19,25 109:5 113:10 234:15 274:14
**brainstorming**
61:25 87:13, 14 95:16 113:22 274:11
**break**
12:13 50:1 78:10,16 81:9 120:25 121:3,14,15 131:1 145:12,25 148:2 180:13 207:6 238:9, 12
**breaking**
121:3 258:25
**breaks**
12:11 238:19,20
**brief**
47:14 79:3 174:24 207:2 211:21 238:5
**briefing**
15:6,7
**bright**
72:15 74:10
**bring**
149:11 196:14 240:8 245:15 249:6
**Britain**
103:5
**broke**
158:12
**broken**
85:17
**Bronstein**
145:2,3,6,8
**Broom**
245:15,20
**bucket**
50:2
**buckets**
31:9,12 49:19 50:12

51:7 266:1, 9,11,12 275:19,22,25
**Budweiser** 264:20
**building** 36:11 37:1, 15 44:11,22 210:20
**bumping** 258:24
**business** 26:2
**buying** 186:7
**byproduct** 46:2 48:18 153:11,13 155:9 157:3, 7 160:10 164:8 166:2 181:12,14 193:10 194:21 275:7
**byproducts** 58:13 127:24 160:14 194:18

**C**

**C-2** 83:3 84:17
**C-5** 83:3
**C-NITROSATING** 65:15
**C-NITROSO** 94:20
**calc** 210:24
**calculate** 259:16
**calculating** 210:11
**calculation** 211:12
**call** 40:4 53:11 92:19,21,22 112:13 123:17 183:25 200:8
**called** 17:8 18:3 23:11 25:17 33:17 47:10 79:24 93:16 96:18 111:2 121:25 138:11 186:14 193:12 196:3 197:12 212:3 216:22 222:16 230:20 233:24 245:16
**calling** 83:3
**calls** 146:15
**cancer** 38:5,13,14, 17 39:1,4,6, 7 269:15
**capability** 39:4 76:9 140:23 182:19
**capable** `267:15 268:15,17,18 269:15
**carbon** 256:5 267:11
**carbons** 83:5
**carcinogen** 36:6 38:21, 23,24 39:3, 13,23,25 40:7,18,19, 20 240:13,24 241:17,20 242:9,20 243:15
**carcinogenic** 38:20 240:17 266:22 267:24 269:5,14
**carcinogenicity** 39:14
**carcinogens** 208:14,22
**career** 19:20 21:4 213:8 243:19
**careers** 123:4
**careful** 11:22
**caring** 210:6
**carried** 132:4,13
**carries** 157:25
**carry** 266:17
**carry-over** 127:4,15,21 128:18
**case** 122:18,23 231:2
**cases** 127:18 206:13 226:6
**Cassin** 10:3
**Castle** 11:1
**catalyst** 162:17
**catalytic** 52:17
**catalyze** 161:17 229:20
**catch** 47:7
**catching** 134:21
**categories** 126:18
**category** 23:7
**causing** 39:4 104:19 192:24 269:15
**ceased** 185:10
**Celsius** 119:21,22
**certain** 18:9 38:20 57:3 80:22 124:22 127:18 134:5 135:10,14 137:18,19,20 147:21 161:16 262:4
**certainly** 62:23 65:24 213:13
**CH** 156:18
**CH2** 31:17
**chain** 22:25 26:11 71:8,17 72:10 75:25 123:16
**challenge** 28:14,16
**challenged** 65:17,20 66:3 94:19 95:7
**challenges** 65:23

**challenging** 96:5 111:22
**chance** 78:9
**change** 21:11
**changed** 19:22,24,25 20:2
**changes** 123:19
**characterization** 252:18
**characterize** 208:4
**characterized** 96:10
**characterizing** 84:16 277:3, 5
**charge** 23:3,6
**chat** 183:19
**check** 114:8 203:6 210:5 270:18
**checked** 207:9
**Chemcomm** 162:12
**chemical** 46:1 59:11 61:9,10,11 65:8 72:10 73:7 136:19 162:1 167:13 168:11 170:25 171:12 173:11,23 226:11
**chemically** 162:9
**chemist** 28:1 40:3 62:11 72:15 74:10 114:9, 19 140:10,18 160:1 171:19 172:16 174:4
**chemistry** 21:15,16,24 22:1,3,12 24:9,11,16, 17,19 28:14 40:13,14 45:11,12 54:20 55:5, 13 64:15,20 65:2 74:17, 20,24 75:5,9 81:4 84:12 92:3 94:6 108:6,16 111:23 122:23,25 167:14,22 171:16,21 172:4,19 173:2 174:5 197:6,8,12, 13,15,18 217:18 232:15 270:13 272:8 275:11,14
**chemists** 64:16 81:22 92:16 171:23
**chloramine** 257:6 258:3, 10,14 259:12
**chloramine-ranitidine** 259:7
**chloride** 75:21,22
**chlorination** 262:22 263:9,12 264:5
**chromatogram** 200:24
**chromatography** 138:14,16
**chromatography/mass** 182:12
**cimetidine** 266:17 268:8
**circles** 63:5
**circulated** 212:2
**circumstances** 80:22
**cite** 103:18
**cited** 66:19 75:15 101:17 102:12
**citing** 224:1
**clarification** 198:5
**clarify** 130:10 133:6 146:4
**class** 122:21 268:9
**classed** 268:23
**classes** 122:16
**classic** 81:3
**clear** 30:16 58:21 228:3,5,7
**clearly** 274:7
**clinical** 25:2 117:1 179:13 245:11 250:22
253:6,9 277:20
**close** 230:8 259:2
**closely** 231:4
**coauthored** 233:15,25
**coauthors** 124:3
**coffee** 121:5
**colleagues** 92:25 93:8 95:1 99:24 107:24
**Colleen** 249:11
**college** 24:4 121:22
**colored** 103:21
**column** 235:4 262:11
**columnar** 234:24 235:5
**combination** 127:15,21
**combine** 222:21
**combining** 232:1
**come** 28:8 29:5, 15,17 64:17 84:8 92:6, 11,13 94:11 96:6 99:17, 23,24 100:5 103:19 109:3 111:21 123:1 124:22 125:20,21 126:3 133:20,24 147:25 158:25

165:11,16 170:11,18 171:1,23,24, 25 172:4 173:10 187:15 191:8 204:15 235:7 257:4,7 271:7
**comes** 49:16 166:18 204:3
**comfortable** 107:19
**comment** 180:14,16 247:5,16,22 248:21 263:24
**commenting** 125:21
**Committee** 47:18
**common** 48:24 50:10, 18,25 51:3
**communicate** 13:16
**communicated** 237:20
**communicating** 59:24 68:12 163:6
**communication** 13:25 46:15, 20 110:2 124:8,14 154:9 183:9, 14 192:5
**communications** 71:5 124:7 130:1 235:12
**companies** 127:17 188:17 244:6 245:5,10
**company** 22:6 58:7 102:23 123:24 127:12 186:8,14 208:11,20 224:10 241:1,20 243:10
**compensation** 147:17
**complete** 88:16 97:22 101:9 102:8 109:23,24 126:25 127:2 214:2,3 215:20
**completed** 90:11 106:1 182:4
**completely** 80:20 94:23 112:11 134:15 188:13 189:16 228:9 232:16
**complex** 160:17 277:11
**compliance** 218:20 219:10
**complicated** 27:24
**component** 184:25
**components** 233:8
**compound** 72:6 200:20 201:9 225:9 267:18 268:19,21, 22,24
**compounds** 197:11 262:24
**comprised** 246:20
**comprises** 31:14
**computer** 13:10 196:9 201:17
**conceived** 174:4
**concentration** 133:1 138:3 139:16 141:8 142:3 262:4
**concentrations** 80:25 133:2, 22 140:6 142:8 256:13
**concept** 74:23 75:9 94:19 229:14
**concern** 141:4 152:7 162:23 166:20 173:22 252:15 253:1,16,22 254:8 255:6, 15,19 256:8, 16,23 258:1 263:18 264:2,6 278:18
**concerned** 239:8 240:23 241:16,19 242:8 243:2, 9 263:21,22 264:11 267:20 268:2 277:17
**concerns** 162:11 258:2
**conclude** 30:18 132:22 205:7 221:7 257:15,17 265:4 269:19
**concluded** 30:2 31:8 64:11,14 279:4
**concludes** 218:2
**conclusion** 231:22 233:21,22 234:19 261:20 273:5 277:22 278:1
**conclusive** 254:12,19,24 255:3,4,16, 18 263:16
**conditions** 56:8,19 80:7 133:12,13,14 134:6 135:10,15 139:6 140:3 144:10,14 156:14 161:17 178:12 187:11 188:3,7 191:11 192:3 206:11,19 218:3,9,16, 23,24 219:2, 6,15
**conduct** 42:13 72:4 116:19 127:17 209:1
**conducted** 41:16 42:5, 20 45:8 50:19 95:13 102:22 103:16 104:7

105:17 117:12,13 197:15 206:10 245:12 253:9 263:6
**conducting** 70:20
**confidential** 238:21 239:17,18
**confirm** 114:16 202:9
**confirmation** 182:3
**confirmed** 106:2 116:25 181:25 230:2
**confirming** 277:25
**confirms** 220:4 233:6 248:11
**conflicting** 116:13
**confused** 209:25 210:14 211:8,9,10
**confusing** 230:16
**conjunction** 127:4
**connection** 130:1 201:23 207:18 218:7 236:7,12
**consent** 10:18
**consider** 43:19 50:21 52:23 62:10 85:5 93:5,10 94:25 127:13 128:1,3 173:21 213:14
234:17
**Considerations** 222:17
**considered** 25:12 43:14 46:2 48:18 57:18 73:14 77:6 93:3,9 95:12 107:5, 8 108:14 126:15 141:22 173:17 174:12 261:5,16
**considering** 27:15 44:25 59:9 269:18
**consistent** 54:19,22 59:10 61:8 65:1 94:5 108:15 171:15 218:10 219:25 225:16
**consortium** 213:7
**consult** 142:6
**consumed** 178:14
**contact** 23:8
**contacting** 264:14
**contained** 70:7 111:8 151:6
**contains** 69:6 135:17, 19,22,25
**contaminant** 100:7
**content** 41:17 42:1 102:7 190:4 239:7 240:3 261:22
**contents** 44:1 90:2 227:16 228:2
**context** 114:14 191:3
**continue** 149:12
**continued** 198:14,24
**continues** 127:2,3 159:9,16 219:17 221:17
**continuous** 25:18
**contractor** 186:24
**contractors** 187:5
**contribute** 55:17 122:7 218:3
**control** 34:25 141:12,14 218:15 219:6,8
**controlled** 253:6
**controls** 258:7
**convenient** 121:1
**conversation** 51:25 68:7 158:21 163:2 187:8 209:7, 13 210:7,15, 19 239:17
**conversations** 9:10,12
**conversion** 75:1 229:20
**convert** 129:3 192:1
**cooperation** 278:15
**copies** 20:15 106:20
**copy** 20:14,20 21:10
**core** 33:3 124:25 125:2
**Cork** 11:2 13:3 121:22
**correct** 14:10,13,17 15:8 17:1 18:10 19:2,3 21:19 24:4, 5,10,20,23 30:20 31:10 33:24 34:2 35:11 36:1 37:2,3,17,22 40:15,22,24 44:15 46:5 48:8,22 49:2,25 53:15 56:22 57:18 58:23 59:7 61:12, 21,23 64:24 65:20 66:15 70:14 73:12 74:15 76:7, 11 77:1,10, 12,21,22 82:23 84:23 86:16 88:4 91:1,12 92:11 93:1, 4,18 94:6,8, 14 98:18 99:11 100:12,18

101:1 107:2, 6 108:17,21 110:8 113:12,17 114:18 115:14,22 116:12 118:8,12,19, 24 119:10, 12,16,25 120:11 124:2,5 126:19,23 127:7 128:10,13, 15,20,21,23 129:10 131:18,23 132:1,7 134:7 135:6, 7,12,15,16, 18,21,23,25 136:1,4,9, 10,17,21,24 137:20 138:12,19, 20,22,23,25 142:10,11,21 143:3,7,14 144:5,12,15, 22 146:14 147:2,8,17, 18,20,23 150:11,12, 22,25 153:1, 2,5 155:14 156:6 161:15,23,24 162:4 163:8 165:6 168:14,15 170:17 171:4 172:6,9,11, 12,18 177:1 178:2 179:9, 11 180:20 183:15 185:2,10,21 187:6 191:2 192:15 196:12 197:4,7,21 202:20 203:10 208:6 209:5 213:24 215:5 216:10 219:14,21,24 220:9,19,22 221:2,3,9 223:21,23 227:12,23 233:4 237:25 238:14,15,18 241:13 243:21 245:24 251:7 253:13 256:19 257:8,24 266:19 267:18 268:12 269:6 271:20,21 272:3,5,10, 21 276:18 278:1,9,11

**correctly** 39:16,17 41:22 46:4 87:24 88:2 91:3 163:16 216:9 230:24

**correlate** 165:23

**correlated** 227:16

**correlation** 111:11 112:12 151:16 153:22 160:23 164:20,21 189:9 228:3, 5,6,7,11

**correspond** 193:23

**correspondence** 124:11

**corresponding** 159:17 192:17

**corresponds** 153:4

**counsel** 9:24 10:18 131:5 250:24 272:3

**count** 203:7,8 204:3

**country** 35:8 103:23 104:5 122:4

**County** 11:2 13:3

**couple** 13:24

**couriers** 219:7

**course** 76:15 253:3 267:17

**court** 9:3,5 10:11 11:22 33:14 46:11 51:22 53:7 68:9 70:25 78:6 86:6,7,9 106:13 109:21 112:20 123:8 130:23 150:5 152:13 154:4 157:22 161:6 163:4 165:1 168:6,19 175:5 183:11 192:7 196:17 209:8 214:21,23 216:3 234:7 245:21 249:16 260:17 265:15

**cover** 34:20 214:13,20 215:12

**crazy** 92:14,15,16, 19,21 108:2, 3

**create** 176:12

**created** 22:13 90:14 162:1 212:2

**creating** 9:14

**creation** 176:10

**criticism** 95:20

**criticizing** 109:7

**crystal** 234:13,24

**cumulative** 179:8

**cup** 121:5

**current** 21:1 40:10 147:16

**Curriculum** 9:4

**cut** 67:10 88:11, 13,14,22 101:10,14 109:23 214:4

**cuts** 207:18

**cutting** 11:21

**CV** 19:7,15 20:11,15,18

23:23 24:3 40:12
**cycle** 52:17

**D**

**daily** 178:25
**data** 84:13 133:20 262:8 264:12,15
**date** 14:25 20:8 34:5,7 46:24 47:1 78:1 129:15 194:15 195:23 197:23 250:19 264:12
**dated** 175:22 197:3 257:23
**day** 47:13 48:9, 15 60:1 68:11 71:9 76:2 154:11 178:15 179:7 183:25 240:11 275:1
**days** 16:25 106:18,25 109:6 171:20 179:3,5 228:21
**De** 265:10,14
**deadline** 114:13,14
**deal** 23:21 119:20
**dealing** 237:3
**deamination** 248:12,16,25 251:15,17 252:11,20
**Debarge** 71:9,13 72:7 75:12 76:3 79:8 106:11, 20
**debate** 95:4
**decades** 128:20 152:2 269:24 272:7
**December** 109:19 112:18,22,25 113:13 116:5 118:21
**deck** 90:2
**declare** 10:17
**decompose** 213:23
**decomposition** 46:3 48:19 151:2 213:17,19
**decrease** 206:12
**deemed** 74:5
**defensive** 109:11
**define** 225:5
**defined** 218:17 219:3 222:18 224:24 267:7
**defines** 206:19 219:5 224:5
**definitely** 273:11
**definition** 122:5
**definitive** 113:23 223:11 233:11
**definitively** 232:20,22 233:3 254:10
**deg** 101:24
**degradant** 53:14,21,24 54:4 55:21 56:2,4 61:15 63:25 64:10, 22 66:5,11, 16 96:13,14, 17
**degradation** 30:4,19 31:10 45:8, 11,12 49:19, 22 50:4,7,12 51:9,11 54:3 55:23 56:1 57:14,15 58:11,14 67:21 77:16 80:2,4,7,8, 12,15 83:10 84:14,20 91:22 92:7 98:17,21,22 100:1 101:16,20, 21,23 102:2, 6,11,18,25 104:3,12,19, 21,24 105:20 113:7 118:15 126:20 127:9,13 146:20 151:23 156:20,22 157:4 166:11 188:20 194:18,21 217:3,12,21 218:4,10,25 222:19,20 226:16 227:1,5 229:15 230:10 231:24 232:2,8 235:3 249:2 266:3,12 272:12,18,23 273:6 274:24 275:12,20,24 276:1,5,7, 10,14,22
**degrade** 56:8,14,18 57:4,8 72:25 85:14,21 86:14 90:19 91:4,11 93:17 94:12 95:9 97:5 98:10,15,20 99:1,2 176:15 187:18 192:20 260:8
**degraded** 68:22 146:7, 11,13,23 147:6,8 171:3
**degrades** 57:22 92:5 99:12 127:25 132:24 217:25 265:1
**degrading** 57:5 80:13
**degree** 23:7,17 24:9,18 133:13 235:2

**degrees** 24:11 119:18,21 142:19,23 143:10 228:21
**degs** 151:23 194:16,18
**delivered** 108:4
**demethylation** 254:13
**departure** 210:3
**dependent** 259:22
**depending** 76:13 128:25 188:3 192:2
**depends** 82:19 104:18 122:4 247:11
**depicted** 83:2
**DEPONENT** 67:24 69:14 84:5 121:10 130:9,13,25 131:4 134:25 138:8 139:17 145:13 149:7 155:5 198:21 209:23 211:17 214:24 215:3 222:2 231:16 270:23
**deposed** 12:22
**deposition** 9:18,23 10:12,13,14 11:10 12:10 13:16,21 14:12 16:18 17:13,16,20 18:3,10 19:2 59:21 60:24 131:22 149:12 207:23 212:11 240:6 279:4
**Derby** 278:20
**derivative** 249:3 268:25
**derivatives** 266:22 267:25
**derived** 247:12,13
**describe** 108:18 230:13 273:17
**described** 16:18 26:24 29:4 167:9 197:5 222:8 226:10 229:15 273:17,19
**describes** 73:9
**describing** 35:23 52:21 74:13 132:18 197:5 221:23 225:20
**designated** 62:19 63:8 100:17 105:15 117:8 120:9 152:14
**desmethyl** 254:1,3,5, 16,17
**detail** 91:15 131:15 234:18 277:24
**detailed** 224:16
**detect** 58:12 138:22 166:24 193:21 194:10 197:19 227:1,2
**detectable** 102:24 188:5
**detected** 34:25 50:22 67:5,6 76:16 80:11 83:15 87:9 89:17 151:5,15 157:8 159:18 163:13 164:3 166:13,14 171:8 179:19 181:10 183:3 188:8 189:11 194:12,15 206:3,4 226:16 227:9 230:22 231:3,6,8 235:16 236:5 241:18 248:19 274:2 277:21
**detecting** 70:2,3 204:17 205:6
**detection** 182:21 206:3 223:14,23,24 224:6,10,14, 21 231:7 237:13
**determination** 104:8
**determinations** 41:8
**determine** 132:5,14 263:6 274:23
**determined** 233:3
**determining** 197:10
**develop** 208:13
**developed** 57:6 172:3
**developing** 25:12 29:1 34:12 188:23 189:5
**development** 56:11,17,24 72:3 102:10 103:10 233:23 244:8
**devices** 13:12
**diagram** 97:12 109:23 110:19 162:1 166:16 176:24 251:4
**diagraming** 162:9
**diagrams** 212:1 214:3
**dialing** 82:1
**dietary** 149:17
**diets** 179:14
**difference** 121:9 179:15 187:23 268:19
**differences** 188:14,16 189:13,14 191:24
**different** 12:8 59:17 79:16,18 104:10,16

108:10 117:3 122:5 126:6, 17 134:15 135:4 136:24 138:24 146:14,19, 21,24 152:23 168:11,20, 21,24 170:5, 12,19,21 173:1 185:14,17,18 187:20,22 188:17,18 190:3,4,5,7 200:13,18 203:2 205:9 212:16 216:15 235:15 237:23 247:23 254:23 256:7

**difficult**
28:15

**dimerization**
108:18,20

**dimethylamine**
45:9 71:22 82:15 84:11 85:7,9 87:12 96:24 98:13 135:20 166:23,24 177:10 193:9,23 194:11 223:7 226:7,22 232:11,18 248:17 254:10,20 256:2,10 276:14

**dimethylamino**
134:4 219:19

**Dimethylformamide**
205:19

**dings**
207:20

**direct**
148:12,19 149:5 170:1 173:18 236:16 239:2

**directing**
237:7

**direction**
221:8

**directly**
192:21

**director**
21:15,17,25 22:2,4,12 26:8 40:10, 13,14 115:25 218:8,14,19

**disagree**
124:25 181:3 239:20,25 243:1 251:24 252:4,24 254:7

**discoloration**
104:2,6,8, 11,12,19,20

**discontinued**
186:20,22

**discovered**
74:23 93:11 165:19 166:3,9 172:23 173:3,4

**discovering**
152:3

**discuss**
57:17 125:1

**discussed**
44:16,19 51:25 64:6 101:22 131:1 151:14 156:2 162:6 164:14 180:22

182:11 227:17,19 229:9,13 234:16 241:8 242:2 249:1 257:5 259:9 260:7 262:3 273:1 274:12

**discussing**
113:5 124:9 154:18 171:14 227:5 229:7 251:12 255:11

**discussion**
79:1 89:7 145:19 154:12 174:22 187:14 206:25 210:8 223:13 233:20 238:20,22, 24,25 240:1 251:6 271:13

**discussions**
13:22 234:13 236:11 239:7

**diseases**
38:5,12

**disposition**
246:8

**disproven**
181:5

**dissolve**
217:11

**distinguished**
43:16

**distributed**
185:17

**distribution**
26:13,15 47:10 185:20 219:4

**DMA**
76:4 77:14, 17 80:4,15 85:10,14,21 86:14 87:5 88:1 89:11, 17 98:13,16 134:10,17 135:9,18,25 136:12,15 192:18,25 193:2,19,21 194:7,12,15 220:18 221:1 225:23 226:13 231:25 232:17 248:6,12,25 251:18 252:12 262:13 276:14

**DMF**
205:19

**DNA**
36:5 39:1 269:8,11

**document**
13:24 14:2,6 16:23 18:3, 15 19:21 20:22,24 33:8,17,23 34:1,13,17, 18 41:2 43:18 69:9 88:16 89:6 114:5 139:6 165:5,21 175:3,14,16, 19 176:3,4 195:8 197:24 198:12 212:20 214:6 216:11,12, 17,24 221:17 231:19 240:12 250:11,14

**documentation**
95:6 121:23 205:14
**documented**
95:15 167:25 273:10,23
**documenting**
195:18 205:15
**documents**
13:24 14:7, 11 17:2 18:9,17,22 19:1 88:25 103:25 196:24 212:11 215:5 237:2
**dog**
13:9 270:24 278:18
**doing**
21:7 27:21 33:4 44:20 50:25 59:8 76:9 109:7, 8,9 114:15 122:13 124:15 135:6 155:19 160:8,9 172:7 195:15
**door**
214:25
**dosage**
41:18 43:10, 15 224:14
**dose**
211:1 224:13,16
**dosed**
179:13
**dossier**
49:23
**dossiers**
266:13 276:2
**DRA**
47:7
**draft**
176:4
**drafted**
74:12
**drafting**
34:14,18 114:11
**dried**
143:9
**drinking**
264:20
**drive**
21:13 121:10
**drug**
22:23,24 35:17 58:9 126:21 185:1 217:2 230:23 240:23 241:16 242:8 244:1,3,16 268:8
**drugs**
122:24 134:10 266:20
**due**
68:24 217:3
**duly**
11:3

**E**

**e-mailing**
150:18
**earlier**
20:10 50:6 68:18 71:9 79:8 80:1 106:25 107:16 109:6 151:15 154:10 166:12 179:12 180:22 195:17 208:8 219:5 229:10,13,19 240:11 242:2 249:1 260:8 262:1 264:19 273:1 275:18
**early**
30:12 182:17
**East**
24:14
**easy**
96:11 99:14
**education**
172:3
**effect**
206:16 258:10
**effort**
275:2
**efforts**
205:15
**EFPIA**
126:2
**eight**
126:17
**either**
69:12 193:10 201:7 209:21 247:25 272:18
**electronic**
13:12 195:4
**electronically**
196:5,6,7
**electrophile**
49:8
**elegant**
173:21
**elevated**
57:4 110:10, 22 112:9 156:24 157:11 160:15 218:4 228:19
**eliminate**
188:24
**eliminated**
189:2
**eliminates**
67:3
**elimination**
83:4 84:17
**EMA**
13:25 14:6 114:22,23,24 126:1 210:1, 20 216:18 217:1 221:5 231:23 252:2,24 255:10
**email**
46:20 51:20 52:5,9 53:5 59:19 68:15 70:23 71:6,8 72:10 73:5, 10 74:12 75:24,25 76:3 79:8 106:10,19 109:13,16,19 110:3 112:18 113:14 115:4 123:6,13,15, 18 130:6,11 150:3,9 152:25 154:2,13,16, 20 155:10 157:20 159:9 192:11 212:21 234:5 235:13 275:18,21
**emails**
107:16 165:14 227:23 229:6
**emphasize**
60:18

**empiric**
276:9
**empirical**
276:17
**employed**
24:3 122:13
**employee**
116:2 147:16 148:8
**employer**
16:5
**employment**
23:24
**enable**
92:8
**end**
114:12 162:2 181:21 191:12 199:21 228:24
**ended**
186:15
**ends**
168:12
**enjoyed**
278:16
**ensure**
50:20 219:13
**ensuring**
56:12
**enter**
10:9
**entire**
22:5 243:19
**entitled**
148:4 149:10 212:12 216:6
**environment**
119:10 244:17,20,25 245:2
**environmental**
262:21 263:11
**EQ**
108:19
**EQS**
108:21
**equilibrium**
56:5
**equipment**
188:18
**equivalent**
35:17 250:2
**equivalents**
129:2
**essentially**
26:9 120:14
**established**
167:21 171:15
**estimate**
211:12
**estimating**
210:11
**Europe**
250:1
**European**
216:21,23 249:7,14,19, 23,25 251:14 253:20 262:12
**evaluation**
234:18
**evening**
271:19 278:15
**event**
99:14 100:4 109:2
**eventually**
178:14
**everybody's**
145:13 278:15
**evidence**
39:14 45:9 80:3,8,14 84:24 193:8 194:17 221:7,18,23 222:5,7,19 254:19,24 255:3,5,16, 18
**exact**
14:25 20:8 32:20 62:13 63:6 64:6 78:1 95:13 99:11 120:2 129:15 148:1 166:22 189:17 216:14 222:18 223:9 230:5 247:15 274:23 275:5 277:21
**exactly**
29:13 37:4 54:11 103:5 109:9 139:6 144:1 155:18 160:17 252:13 270:3,6 275:14 276:6
**EXAMINATION**
11:4 271:17 278:7
**examples**
65:16 99:21
**excess**
80:18,19 81:4 128:17, 18,22 134:13 137:10 140:1 273:1,22 274:5
**excesses**
277:8
**excessive**
157:14
**excipients**
104:23 261:12
**exclamation**
199:20,21 200:2
**excuse**
211:17 270:14
**exhibit**
9:2,4 17:18, 19,20 19:8,9 25:5 33:10, 17 46:7,8,9, 10,14 51:15, 19,20 53:3, 4,5 58:16 59:19 68:7 70:23 71:2 78:5,11,14 81:8 97:21 106:10 109:13,19 112:18 123:6,10 130:3,22 131:9 150:3, 7,13,18 154:2 157:20 160:24 161:2,5 163:1,2 164:25 168:5,18,23 169:8 175:2, 4,9 183:9 192:5 196:16 209:5,7 214:9,20,22 215:13,24 216:5 222:1 234:5 235:11 245:18,20 249:7,14 257:1 260:13,14,16 265:12,14
**exhibits**
170:13
**exist**
144:15 225:7
**existed**
20:20 179:21

**existence** 138:18
**exists** 97:21
**expect** 137:10 142:1 156:25 157:13 225:11 240:25 241:20,23
**expected** 102:23
**experience** 28:1 122:6 240:25 242:10 272:8
**experiment** 96:11 113:21 140:7 198:16,18
**experimental** 39:15
**experimentation** 195:8
**experiments** 32:11 132:4, 13
**expert** 12:24 55:5 142:7
**expertise** 172:4
**experts** 23:19 114:2
**explain** 59:12 62:23 82:7 132:17 152:25 159:23 209:18 273:3,15,25 274:10
**explained** 248:15
**explanation** 72:11 76:16, 17 221:19 223:2 248:24
**explore** 182:22
**exposed** 57:9 142:17, 18,20 143:2, 7,11,14 262:14
**exposing** 136:23
**exposure** 137:18 251:19 258:3 269:25
**extent** 97:20 126:24 198:11 237:7
**external** 47:4 59:15 176:15 219:21
**extra** 263:2

**F**

**face-to-face** 81:18,25
**facility** 184:18
**fact** 12:24 29:17 37:4 49:4 55:18 148:5 164:5 204:16 205:8 218:23 239:20 241:2 242:11 252:4 259:14
**factor** 234:17
**factors** 119:23 261:6,17,25
**fading** 134:22,23
**Fahrenheit** 119:19
**fair** 97:23,25 272:7 275:10
**fall** 23:7
**falling** 167:5
**false** 50:20
**false/positives** 50:24 257:14
**familiar** 133:11 169:20 257:19,20
**familiarize** 198:11
**far** 22:5 30:9 35:21 118:5 124:6 141:24 142:7,13 152:17 158:3 176:9 181:8 230:7
**fares** 9:22
**Farm** 11:1
**fashion** 255:12
**favor** 221:18
**favorable** 140:3
**favored** 138:5 159:1, 4
**FDA** 30:13 35:13 50:23 106:2 116:25 119:5 120:14 126:2 145:3,6 179:12 237:20 250:2,4 277:20,23
**FDA's** 250:22
**fear** 162:10
**February** 165:11 192:10
**feedback** 273:8
**feel** 69:9 86:17
**felt** 66:4 95:1,3
**fifth** 15:16
**figure** 57:23 190:21,23 219:16 220:7 221:24 222:6,8 223:3,4 224:25 225:20 228:14
**figures** 148:1 149:20
**file** 18:22
**filed** 276:3
**files** 214:18
**final** 9:19 184:25 185:20
**financially** 10:6
**find** 21:10 140:11,18,25

196:1,2 241:15 246:15 264:4
**finding** 48:5 248:9, 14 251:12 253:15 255:14 258:21 261:9
**fine** 12:9,21 13:17 48:14 51:5 61:7 78:17 82:10 107:20,21 121:13 130:13 167:12 182:9 199:7,14 219:24 223:20 247:13 250:23
**finest** 184:25
**finish** 11:17,18 26:21 31:2 32:5 85:24 86:10
**finished** 67:14 185:1, 13,16
**Fiona** 124:3
**first** 14:22 15:4 17:18,19 18:14 19:7 24:24 25:1 27:10 28:19, 23 34:3,20, 22 39:10 74:22,23 90:8 103:8 113:21 118:19 126:11 131:12 132:4 133:6 134:3 135:5 151:7 158:20 163:9 182:13 183:18 184:15 203:7 214:12 217:6 222:23 245:16 246:11,23 267:19 272:1 273:17 276:3
**five** 12:11 14:24 15:3,17 33:1 261:2
**fix** 167:3
**fixing** 26:9
**flag** 252:8 255:7
**flavors** 187:20
**flight** 210:5
**Flora** 265:11,14
**focus** 165:24
**focusing** 60:24 210:8
**folder** 212:11
**folk** 213:8 278:10
**folks** 55:16 65:20 81:6 108:1 125:20 155:2 173:21 238:14,16
**follow** 88:24 166:18 219:8 239:24 256:1
**follow-up** 116:15 117:11,12 167:23 271:24
**followed** 277:19
**following** 47:13 99:9 118:2 231:4 239:22
**follows** 11:3 47:19
**food** 35:17 121:14 178:10
**foods** 241:4,5
**form** 22:19 29:20 30:7 31:5 32:23 41:18 43:10,15 49:4 50:4,10 53:20,24 54:6,8 56:1 59:12,15 60:5 61:15 62:5,14 63:24 64:9, 21 66:6,10 67:22 72:12, 18 73:15 80:18 90:25 93:23,24 99:18 113:6 116:20 119:25 128:16 129:14 132:6,9,15 134:10 135:10 137:17 150:20 155:17 160:7 163:20 164:16 170:6 174:8 181:17 188:20 189:3 193:4,9 194:14 205:17 208:1,22 209:14 210:12,18 211:13 222:22 225:21,25 226:8,14 229:11 233:8 235:5 251:19 252:12 257:6 258:6,8 266:2 272:23 273:22 274:13
**formalized** 21:21
**format** 46:19
**formation** 28:8 29:5 30:20,23 33:13,20 36:11 37:1 44:11,21 53:12 54:9 65:21 66:4, 12,19,24 67:5,19 73:6,9,12, 19,25 77:10 79:9 81:2,6 85:5 87:5 88:1 89:7,11 92:8 96:6,12 99:6 100:2 105:6 106:22 107:4 111:14 112:3,11 113:25 118:6 123:25 132:18 138:22 152:10

153:15
154:22
158:25 166:1
181:2
188:10,24
192:14,21
212:23
213:15
216:1,7
217:20 229:7
230:21 232:9
234:14,22
241:6 247:10
251:16
252:10
259:22
261:6,17,25
263:19
266:21
267:24 274:8
277:17
**formed**
29:2 37:15
39:2 60:16
62:9,10,12
68:2 74:11
84:9 85:7
87:12 91:21,
22 98:25
99:18,22,25
102:25 106:3
109:4 110:22
111:20
112:8,14
115:11,21
116:7 119:3
133:21
134:17
156:24 158:7
160:10,18
162:21
164:10
178:5,8,12
189:18 190:5
192:1 193:13
194:5 217:2,
15 220:4
225:1 226:22
228:16
230:18,19
232:10,20,25
233:7 234:25
248:5,6
251:15 252:6
253:4,10
254:2,6,17,
20 255:24
256:9 262:5
263:7 275:9,
15 277:13
**forming**
47:23 52:21
65:12 80:9
108:7 118:14
158:13 159:8
160:13
165:12
169:21 172:1
219:19
220:24 223:6
225:23
240:23
241:2,16,19
242:9 247:19
268:15,17,18
**forms**
118:3 158:15
163:23 258:3
275:4
**formulas**
73:10
**formulation**
194:14
**formulations**
48:2 244:8
**forth**
72:7
**forward**
11:13 174:3
**forwarded**
72:10 75:25
76:1 115:4
**forwarding**
71:7 123:15
**found**
47:22 69:20
135:8 152:25
153:3 165:22
246:9 255:10
264:1
**four**
13:23 14:24
15:3 85:15
152:2 212:16
**fourth**
15:14
**fragment**
201:9,11
205:8
**fragmentation**
200:19
**fragments**
229:3
**frame**
165:8,9
166:4 205:23
237:2
**free**
69:9 86:17
183:19
**freebase**
192:12,19
193:7,9,15,
17,25 194:4,
6
**Friday**
16:22
**fringe**
147:21
**front**
40:12 150:10
170:6 235:11
**full**
11:23 14:15
21:23 33:5
62:6 159:1
177:7
**functionaliti
es**
31:14,15
**functionality**
45:10 111:3
129:1 134:14
137:15
273:21
**funny**
278:21
**furan**
31:15,16
82:3,5,13,14
83:5,11
249:5
**furoic**
246:22
247:3,6,8,
12,15,17,21,
24 248:4,8,
9,14,20,23
249:3,5
250:14
251:6,12,14
252:5,10,25
253:4,21
254:4,8,11,
18 255:11,
14,23 256:9
**future**
122:8,9

G

**gas**
138:14,16
**gastric**
144:13
**gave**
21:24 98:12
**GCMS**
138:11,13
183:6
**gee**
197:25
**general**
24:15 126:1
203:7
**generally**
77:8 122:3
**generate**
37:9 61:24
77:1,9
129:10

140:12,20 177:10,16 181:15 184:14 189:23 230:1
**generated** 98:17 136:23 137:3 166:2 169:23 200:23 253:5,11 256:10 262:13 264:17
**generates** 156:7 180:3, 19 190:13,17 229:1
**generating** 63:11,17 66:22 127:14
**generation** 25:18 154:13,19 156:11 180:12
**genotoxic** 23:6 34:25 35:24 36:3 55:5 240:14 266:22 267:24 269:5,7,10, 11
**Genotoxicity** 265:19
**genotoxins** 213:9
**gentleman** 17:8 23:11
**Geoff** 113:15 114:6,8,9
**getting** 16:18 148:1 215:4 270:24
**Girls** 278:21
**Giuseppe** 27:5,7 37:5 59:25 158:22,23 163:7
**give** 51:16 53:11 57:22 72:25 85:14,21 86:14,17 90:19 91:4, 11 93:17 94:13 95:9 96:24 97:5 98:10,15,20 99:1,12 127:25 132:24 137:6 148:2 164:17 167:23 201:19 203:25 217:25 235:3 246:15 254:14 260:8 262:2 264:10 267:4,18 274:24 277:8,10,16
**given** 22:2 85:4 237:1 241:4
**giving** 132:19 164:11 194:18,20
**Glaxo** 24:22 102:21 186:6 246:7
**Glaxosmithkline** 24:23 33:24 34:22 271:23
**goes** 119:9 183:23
**going** 11:13,15 12:10 17:22 22:25 32:13 33:16 43:6 47:12,13 51:18 60:3, 24 63:5 77:15 78:9, 13,25 80:1 83:21 85:18 86:5,6,23 87:18 89:1, 24 90:18 100:22 120:23 121:4 145:18 148:11,17,19 149:2,4 150:15 152:12 174:2,21 175:9 176:7, 8,22 180:2, 11 198:16, 21,22,24 199:11 206:24 211:20 213:25 214:8 215:18 224:8 225:7 236:16 238:4 239:22 247:16 256:12 260:1 269:18 271:9,12,23 279:3
**good** 11:5 81:25 98:3 129:18 130:18 172:16 184:2,8,12 187:8,24 188:1,2 189:20 190:6,10,12, 13,19,24 191:6,9,10, 14,15 192:2 193:16 213:3 233:5 271:18
**goodness** 85:25
**Google** 201:19
**government's** 35:17
**governs** 35:21
**grade** 122:24
**grades** 187:20
**graduated** 24:3
**gram** 190:20 191:10
**granulated** 184:2
**graph** 200:8 231:6
**great** 108:4 131:3
**Greg** 10:3 17:22
**ground** 11:12
**group** 24:22 31:17 80:4,15 102:21 134:10 135:9,18,25 136:12,15 156:1 192:18,25 193:2,19,21 194:7 213:7 220:18,21 221:1,2 227:6,9 229:16 248:12,17,25
**groups** 134:4 219:20

220:25
**GSK**
13:25 16:3, 5,8,9,14 19:6 22:11, 22 24:3,21 34:22 36:9, 21 39:10,11, 12,19 41:15, 16 42:1,4 45:24 47:18 48:20 49:12, 14 54:25 55:9 65:8,18 69:5,20 102:1,18,21 105:4,20 111:21 116:2 117:12 142:14 144:19,24 147:17 148:7,25 157:5 160:9 184:18 185:25 186:6,23,25 187:1,3 194:24 195:11 221:5,6,7 228:25 230:23 231:2,23 232:7 237:13 238:17,22 240:25 241:5,8 242:10 243:19 244:1 276:1 278:10
**GSK's**
44:10 45:25 165:4 222:18
**guess**
177:6
**guidance**
125:20,21 126:1,2,3,5, 9,14 148:21 149:8 208:25 224:16,19,23 239:24
**guideline**
127:8 224:2, 5,7
**guidelines**
58:7 208:10, 19
**guys**
67:5 84:3

**H**

**H2**
266:16
**habits**
234:24,25 235:1
**half**
78:10 180:15
**halfway**
68:21
**Hang**
182:8
**happen**
54:13,14 60:17 64:12, 14 65:9,13 93:21 99:7,8 119:6 158:18 166:25 168:1 170:12 180:7,8,9 226:17,25 232:19 254:15 264:12,13
**happened**
31:22 85:3 158:19
**happening**
54:12 65:10 158:11 162:24 178:8 217:13 222:11,15 228:8 252:23 258:17
**happy**
113:15 114:6 121:10,25
**harassing**
148:14
**hard**
198:24 199:11
**harder**
62:9
**harmful**
58:9 269:8, 11
**Harvey**
115:23 118:22 209:13 210:1
**Hayler**
113:14 115:5
**hazard**
38:6,17
**head**
12:3 69:15 115:18
**health**
23:22 35:20 38:6,17 44:8 114:14,15 125:19 262:21 263:11
**healthy**
120:12 143:1
**hear**
146:9 155:3, 5
**heard**
27:11,13,15 35:13 133:3
**hearing**
10:21 134:19
**heat**
56:25 118:15
**held**
9:13 79:1 145:19 174:22 206:25 228:20 271:13
**Hello**
271:18
**help**
160:17
**hence**
173:20 197:12 206:4 268:25
**Henry**
167:15,17,21 180:19
**heterocyclic**
51:12 84:11
**Hey**
120:21
**high**
56:8,19 106:4 112:8 137:19,20, 22,25 141:23 142:17 143:12 146:3 159:5,19 179:14 180:24 201:9 206:16 228:9,11,12 261:4,14 269:25
**higher**
112:9 116:22 137:12 143:2,7 144:4,5 149:23 167:5 171:9 192:18 193:19,20,25 224:14 256:13 259:11

**highest**
111:8 137:2, 3
**highlighted**
219:5
**highlights**
114:10
**highly**
225:2,5,10, 18 275:8
**histamine**
266:16
**historical**
230:22 231:9,11
**hit**
9:22
**home**
13:5
**homogeneity**
261:22 265:5
**homogenous**
261:21
**honestly**
88:20 121:8 216:15
**hotspotting**
13:14 207:19
**hour**
12:12 78:9
**hours**
15:21,22 16:22,24 33:1,2 171:20 270:25 272:2
**HPLC**
206:11 223:15,25
**huge**
16:19 96:8 277:7
**human**
39:13,22,25 40:6,18,19, 20 119:24 133:16 144:11 242:20 246:24
**humans**
118:23 133:7 246:9 248:10,15
**humidity**
218:5,9,15, 24 270:1
**hundred**
75:7,10
**hundreds**
68:24
**hungry**
121:11
**hydrate**
143:20
**hydrochloride**
28:10 29:7, 15 33:6 132:6,15 143:17,22 157:11 190:8,16 193:5,6,7, 15,17 194:1, 2,13 276:7 277:14
**hydrolytic**
56:1,23 57:15 72:21 102:5,6,8
**hydroxy**
53:25
**hydroxylation**
67:4
**hypotheses**
181:4
**hypothesis**
180:21,25 181:3,7 228:25

**I**

**ICH**
152:7 224:2, 5
**idea**
26:4 54:10 73:5 94:22, 25 108:2 129:18 169:24 178:24 179:1 274:18,19
**ideal**
102:7
**ideas**
57:20 63:11, 17 95:17 96:5 108:3 124:24 174:10 274:21
**ideate**
108:5
**ideating**
63:16
**ideation**
107:25
**Identification**
9:3,5 33:13 46:11 51:21 53:6 59:20 68:9 70:24 78:6 106:12 109:20 112:19 123:7 130:23 150:4 154:3 157:21 161:6 163:3 165:1 168:6, 19 175:5 183:11 192:6 196:17 209:8 214:21,23 216:2 234:6 245:21 249:16 260:17 265:15
**identified**
14:2 100:25 103:13 105:5 111:6 125:17 126:12 151:8,20,22 152:3,18,20 157:4 173:24,25 181:7,9 199:6 207:24 226:11 227:8 246:23 247:3
**identifies**
155:10
**identify**
102:2,18,24 205:15 237:15 274:15
**identifying**
127:9 205:24 218:3 275:2
**III**
75:21
**images**
184:1
**implausible**
93:3,9
**implement**
224:11
**implicated**
111:13 112:3 154:22
**implications**
250:14
**important**
11:16 12:1 76:17 90:24 102:12 110:24 234:17 261:9 277:4,6

**impossible** 94:17
**improve** 25:19
**improvement** 25:19
**impurities** 100:22 101:1,8,15,17,19,20 102:2,24 103:12 105:5,21 110:18 111:10 126:7,13 127:14 151:5,22 152:3,21 160:20 166:11 171:4 188:20 205:25 206:2,13 223:13,19 224:8,15
**impurity** 53:25 91:22 96:9,12,18,19 101:20,21,22 110:20,21,24 111:2,18 112:8,14 128:1 150:24 151:1,3,7,10,14,16,17,20,25 152:6,8,17,22,24 153:12,23 159:17 162:5 163:13,15 164:2,6,7,8,18,20,22 165:15,18,22,23 166:2,3,15 167:19 193:12 227:8 228:1,10,12 230:9,13 256:9
**in-person** 81:17
**include** 52:8 128:5
**included** 71:8 111:12 115:4
**includes** 128:7 167:8
**including** 36:12 44:12 45:3,5 57:2 72:8 81:2 127:3
**incomplete** 101:6
**incorrect** 64:7 65:5
**increase** 206:12
**increased** 261:4,14
**increases** 260:2
**incredibly** 99:15 106:4 153:21 170:8 241:9
**incubated** 137:4 142:23
**indeed** 264:18
**independent** 186:24 187:5 222:20 231:24
**independently** 192:20
**indicate** 10:20 104:12
**indicates** 180:25 230:9 264:13
**indicating** 157:15
**indicative** 228:8
**individual** 277:18
**individuals** 247:4
**induced** 127:3
**industrial** 122:6,23 224:1
**industry** 122:10,23 213:8
**infer** 258:12
**inferring** 50:2,3
**infers** 60:11 223:6
**influence** 187:12 188:4,7,19 189:16 191:16,25 262:4
**influences** 188:10 189:10
**influencing** 261:6,17,25
**inform** 208:11
**information** 88:11 97:11,17,20,22 143:6,13 144:3 149:10 178:20 195:18 209:2 239:18
**informed** 165:4 236:14
**informing** 34:24 221:5
231:23
**ingested** 116:8 119:9 178:15 247:4
**ingestion** 118:3,7
**ingests** 277:18
**ingredient** 184:23,25 185:25 241:2
**ingredients** 184:22 191:17 244:3
**inherent** 127:4
**inherently** 127:21
**initially** 91:9
**initials** 184:21
**initiate** 107:25
**injection** 35:1 41:9,17 43:16
**innovative** 92:22
**inorganic** 76:24
**inquire** 18:16
**insert** 19:25
**inside** 149:22 245:7,11
**Instant** 47:17
**instructed** 149:14
**instruction** 239:23
**instrumentation** 182:18

**interact** 119:24 244:3,7
**interacting** 171:3
**interactions** 9:12
**interacts** 257:5
**interest** 9:22
**interested** 10:6 102:16 146:4 237:16
**interesting** 36:15 49:17 103:7 152:25 153:3 160:21,22
**interface** 9:14
**interfere** 36:4 39:1
**intermediate** 66:18 153:4 225:1
**intermediates** 45:1 84:15, 16 100:10 126:21 127:18
**intermolecular** 221:9,12,15, 19,24 222:5, 7,14
**internal** 217:3
**internally** 246:7
**Internet** 27:14
**interpreted** 255:13
**intramolecular** 221:9
**introduced** 100:7 104:22 127:20
**introduction** 87:13,14 134:1 135:5 266:15
**invention** 93:12
**inventions** 108:3
**inverted** 190:6
**investigate** 241:1,21 242:1,11 246:8 268:3
**investigated** 56:23 65:19 241:5 243:16 253:18,22 255:7,8 267:21
**investigating** 58:8 243:11
**investigation** 51:1 70:20 103:24 124:16 152:9,19 215:25 216:7 236:8 237:13 255:9 263:6 273:4
**investigations** 41:6,13 50:19
**investigators** 183:4
**invited** 55:16 77:20
**involved** 23:15 25:1 27:21 32:9 75:20 113:2 130:1 146:6 163:10 176:9 218:19,22 219:9,10,13 234:12,17 235:12 236:3,7,11, 23 238:21 246:7
**involvement** 24:25 25:3 26:6,7,25
**involves** 162:5
**involving** 154:13,19 236:4
**ion** 200:17 201:8 203:10,11 204:7,19,24 205:9
**ionize** 204:2 205:2
**ionized** 205:10
**ionizes** 204:24 228:11
**Ireland** 11:2
**Irish** 278:20
**irreversible** 83:23
**Island** 13:4
**isolating** 84:15
**isolation** 127:16
**isomeric** 66:6
**isomers** 56:6
**isotope** 114:2,9,18
**isotopic** 114:18
**isotopically** 220:3,5,12, 15 222:13 223:10 233:6,7
**isotopically-labeled** 99:10
**issue** 26:11,24 27:3,11 28:2,18 32:10 47:19, 21 118:9 150:19 163:10 247:18 257:13
**issued** 250:18
**issues** 26:10,13 160:2 257:3
**Item** 36:8

**J**

**James** 118:21
**January** 21:17,18 22:17 123:6, 12 150:3,9 154:2,8 157:20 163:2 165:10,21 166:4 175:21,22 183:13
**jars** 235:15
**Jennifer** 10:8 31:23 32:3 63:7

100:16
105:14
108:24 117:6
120:8
**Jim**
115:23
209:13,25
211:5
**job**
19:19 21:24
22:11,14
24:21 117:21
241:9
**John**
17:22,23,24
19:10 25:5
37:24 41:3
51:16 81:10
106:16
113:14 115:4
175:11 212:6
**judge**
148:13 240:9
**juice**
144:13
**July**
9:25
**Jurong**
71:19 184:1,
16,17,18
185:3,5
186:4,6,20,
23
**jury**
112:1
273:16,18
274:1,10

**K**

**keep**
60:22 85:23
92:12 100:22
176:7,8
198:16,21,23
200:16
**ketone**
75:2
**key**
21:1
**kicking**
170:1
**Kimberly**
13:23 14:14,
16
**King**
124:4
233:16,25
**knew**
59:16 74:8
100:4,6
131:21
135:13,17
136:12 260:6
277:7
**knocking**
214:25
256:11
**know**
11:21 12:7,
16 14:15
16:2,13 22:5
25:13 31:25
35:12 40:17
71:13 76:22
84:6 85:16
88:20 92:3,4
99:11,16
103:20
109:15
110:6,18
111:19
116:25
117:23,24,25
118:4
120:22,24
121:8 126:16
130:2
134:16,20
141:7 143:4,
5,10 146:8,
12,25 147:7,
10 148:4,6,7
149:22
155:20,22
158:10,13
162:21
163:23
165:13
169:25
171:24 173:6
177:4,25
178:14 179:2
182:24 183:3
189:17
196:1,3
198:25
200:4,21
201:14,16
202:6,10
203:16,17
205:13
211:14 213:6
214:15 220:2
232:25
234:21
235:8,10
236:10,21
237:4 241:17
242:25
247:14 248:1
253:3 255:8
256:4 258:6,
23 259:10
260:2,6,10
261:11,20
262:1
264:18,25
270:8
**knowing**
62:6,8,9
64:20 74:7
87:8,9 92:3,
4,5 93:24
109:3 146:5
159:1,16
171:6 256:6
**knowledge**
41:24 102:1
129:8
144:19,24
146:22
151:19
**knowledgeable**
213:15
**known**
28:20 38:19
40:22 45:12
53:13,21,24
55:20,22,24
56:2,3,7,10,
13,20 57:11
59:11 61:15
63:25 64:10,
22 66:11
75:10 96:13,
14,17 100:22
101:1,8,22
116:9 128:8,
19,23 129:9,
13 136:2,6,
13 161:16
167:14 170:1
229:17,18,19
255:22
268:13
269:24
270:4,7
275:24
276:4,6

**L**

**L-H-A-S-A**
212:23
**lab**
94:11 192:1
194:25
195:1,4,6,7,
13,17,19,24
196:14,16
197:2
205:14,15
207:7 235:16
274:22
**label**
229:10
**labeled**
220:3,5,6,
12,15 222:13

223:10 233:6,7
**laboratory** 32:10 34:25 60:20 80:11 84:15 94:11 95:14,23 111:5,15 112:4 170:23 181:2,5 274:22
**lacking** 225:16,18
**lacks** 225:11
**lamivudine** 111:7,8
**language** 49:17 114:4, 5 180:17
**large** 9:21 178:3, 4,5
**larger** 196:23
**laughed** 94:16
**law** 11:3
**lawyers** 129:25 238:17,22 239:1,7,13
**LC** 182:7 200:24
**LC/MS** 182:4,10 198:22
**lead** 36:5 47:5 73:8 77:10 92:7 100:1 128:13 136:20 161:21 226:12 248:24
266:21 273:4
**leading** 181:2 273:11
**leads** 262:22 263:12 264:5
**learned** 146:17
**leave** 23:18 121:7
**leaving** 31:17
**led** 221:6,7
**left** 80:5,15 82:3 83:1,17 84:20 200:7 220:13,17,25 221:1
**left-hand** 80:10 82:8, 20 177:6 220:8
**Legal** 10:4,8
**legitimate** 237:1
**letters** 75:16 173:6
**level** 23:20 91:15 110:11 116:23 132:25 137:2,3,22 138:1 141:23 143:21 151:4,25 164:7 166:15 179:6,8,18 187:16,22 188:8 190:14 193:25 223:19,21 224:9 227:15 231:25 260:1
262:4 274:8, 9
**levels** 28:9 29:6 47:25 68:1 70:1,12,18 76:23 77:5, 7,13,14 80:19 87:9 99:13,17 100:11 106:3 108:7 110:22 111:9 112:8, 9 116:20,21, 22 119:14,16 129:13 136:24 137:18,19,20 141:3,9,16 142:1,5 143:19,24 144:4 149:17 151:6,17 152:6,7,10 153:22,23 156:24,25 157:12,14 158:15 159:5,8 160:15 162:21,22 163:14,21, 22,24,25 164:3,9,12, 20 165:22,23 170:9 171:8, 9 176:17 178:9,11 179:15 180:24 187:12,13,21 188:4 189:3, 7,16 190:19 191:25 193:22 218:24 228:9,12 229:11,23 230:1,17
235:3 241:4, 6,17 256:10 259:11 260:9 261:13 264:11,17,18 274:24 275:9,15 277:9,13
**Lewis** 75:2,20
**Lhasa** 212:22 213:3,5,11, 12,13,14
**LHS** 177:4
**Liability** 10:2
**liberate** 153:14
**liberated** 77:17 153:12
**liberates** 108:19,20
**lieu** 10:15
**lifecycle** 25:23 103:16
**limit** 223:14,22,24 224:5,6,9, 14,15,21 231:7
**limited** 230:18
**limiting** 230:9,11,14 232:3,5,8
**limits** 182:21 206:3 275:11
**line** 73:4 118:22 121:16 126:11 148:13 183:18

200:25
201:3,5
**lined**
167:4,5
**lines**
29:12 261:2
**link**
159:18
230:8,13
234:20
**linked**
26:13 27:3
104:4
110:11,16
130:11
164:15
192:21
194:21
218:21
224:13
**liquid**
182:11
**list**
77:19 166:11
167:18
249:12
**listed**
126:13
**lists**
23:24
**literature**
28:21 31:4,
9,12 32:13
49:20 50:13,
23 51:7
65:16 66:7,
13,25 67:7,
15 75:15
94:21 95:2
116:13
161:16 170:2
173:7,15
174:11
266:2,10,11
273:11,24
274:19
275:19,23,25
276:9,13,20
**Litigation**
10:2
**little**
16:20 45:19
101:13
125:13
139:9,11,23
196:23,24
230:7
**LNV66123**
196:20
**LNV776123**
196:14
**load**
149:18
175:14
**locate**
17:2 198:1
**located**
55:7,8
71:18,19
**locations**
185:17,18
**locked**
9:16
**LOD**
224:7,24
**logistics**
186:19
**London**
55:10,11
271:8
**long**
15:4,9,20
57:11 108:8
120:22
270:3,7
**long-term**
178:25
**longer**
196:24
**look**
20:20 27:23
28:2,5 39:9
52:9 54:2
72:5 75:4,19
79:22 82:7
84:11 88:22
99:6,8
101:23
106:5,6
125:15
159:22 169:6
175:18
195:16,20
199:6
201:10,15,
16,18 208:21
219:16
223:17 251:5
253:25
260:11 262:7
**looked**
20:25 21:3,
6,10 28:20,
25 48:12
49:23 91:9
103:5 105:4
174:14
195:23
206:16
207:16
213:13
216:18
219:4,11
233:17
240:12
250:10,12
259:8,20
**looking**
20:25 30:8,
15 37:13,14
44:9,21
58:20 59:14
64:19 68:1,
18 69:10
70:19 72:20
79:7 82:21,
25 85:4 89:6
94:24 99:5
111:9 113:2
125:12
133:20
141:9,18
157:11
160:4,5,9,14
168:13
169:2,19
172:14
175:22
193:22
194:4,17
195:21 197:2
200:6,24,25
205:24
206:12
208:12
212:15 216:5
219:13
269:17
273:12
277:20
**looks**
46:22 68:17
88:13 97:1
101:11,20
108:12
109:24
125:19,25
154:10
168:10
169:25
176:20 184:2
198:9 200:16
209:16 211:8
216:15 232:6
250:1
**LOQ**
224:7,24
**loss**
45:9 192:18,
24 193:1,18,
23 194:7,12
227:8
**lost**
201:23
207:18
**lot**
62:9 70:17
92:16 96:4
107:13
111:20 138:4
262:2

**lots**
184:14
189:24
259:20
**loud**
209:22
**louder**
69:13
**lounge**
210:3
**low**
28:9 29:6
47:25 70:18
76:23 87:9
99:17 110:22
141:7
143:21,24
151:4,25
152:10
153:21
158:15 159:8
160:11
162:21,22
163:14,21,
22,24,25
164:3,6,7,11
166:14,15
170:9 176:16
178:9
187:12,16,
21,22 188:4,
8 189:3
190:14
191:25
229:23 230:1
231:25 256:9
264:10,18
275:9,15
277:9
**low-level**
164:5
**lower**
140:16 141:9
189:7
190:17,18
224:14,15,
16,20
**lowest**
140:11,19,25
141:10
**lucky**
183:1
**lunch**
120:25
121:3,4
145:21

**M**

**made**
13:25 36:21
37:18 39:19
79:17 80:2
109:14
155:25
184:12
185:16 188:2
189:20
190:6,10
191:5 193:7
207:24 213:8
**magistrate**
148:13
149:11
**magnetic**
183:2
**maintaining**
218:9
**major**
171:8 278:18
**make**
19:8 40:4
46:8 51:15
53:3 58:8
78:18 88:18
96:10 99:5
103:12 114:2
121:9 183:24
185:4 187:12
191:12 214:4
239:20
260:12
261:20
**makes**
109:8 185:3
232:14
**making**
79:16 92:17
185:5 262:18
**managing**
23:10
**Manchee**
245:16
**mandate**
23:22
**mandating**
224:23
**manifestation**
104:2,21
**manner**
10:20 223:5
**manufacture**
76:21 143:9
185:11 188:7
191:18
231:11
**manufactured**
25:20 178:13
184:18
185:13,22,25
186:2,14
188:17 189:6
**manufacturer**
244:2
**manufacturer's**
186:16
**manufacturers**
186:3,10
**manufactures**
189:9
**manufacturing**
27:9 81:23
188:9,24
190:8
**mark**
17:18 150:6
199:20
214:8,19
**marked**
9:2,5 17:19
33:13,16
46:10 51:21
53:6 59:21
68:5,8 70:24
71:1 78:6
81:9 106:12
109:20
112:19
123:7,9
130:23
131:6,7
150:4 154:3
157:21 161:5
163:3 164:25
168:5,18
175:5 183:10
192:6 196:17
209:8
214:20,22
216:2 220:25
234:6 245:21
249:15
260:16
265:15
**marker**
153:18
**market**
116:6 152:2
172:10
**markets**
186:12
**Marvelous**
184:10
**mass**
138:14,16
152:8 200:9,
11,22 202:18
203:13,23
204:14
**massive**
197:9 268:19
**Master**
236:19
**masters**
24:18

**material** 186:13 190:2
**materials** 103:22 126:21
**matter** 10:1,17 122:7 158:7 239:14 274:18
**matters** 11:12
**maximum** 209:14 210:12,17 211:12
**Mcghie** 46:16 47:3,4 48:23 49:11 52:1 72:9 113:4 174:1
**MDEA** 235:13,17 236:4,11 237:14
**mean** 22:19 25:14 38:24 45:1 52:15 60:19 97:23 101:9 120:12 177:9 179:12 187:7 199:10 217:9 219:22 228:4 230:11 247:2 248:5 252:6, 13 259:15
**means** 36:3 50:18, 25 52:16 110:15 115:15,20 163:19 164:6 165:18 187:11 188:1 197:10 217:11,14 225:6,7 228:18 230:12 232:5 252:9 255:25 256:3 269:7, 10
**meant** 187:7 193:1 202:5
**measure** 139:9,13
**measured** 138:10
**measuring** 201:6
**mechanism** 28:8 29:5 30:8,15,17 31:4 33:12, 19 52:10,23 53:12,23 54:5,6,9,16, 17,18 57:16 58:20,22 60:4,18,19 61:13 62:14 63:23 64:6, 17,24,25 65:18 66:4, 11,16,24,25 67:4 72:20, 22,24 73:22 74:11 75:11, 13,14 79:9, 19,21 84:9 89:7 91:21 92:13 93:4 95:4,8 96:6, 12 99:11,17 104:18 106:21 107:4,16 108:10,13 109:3,14 111:12,17 112:2,7,13 113:25 154:13,19,21 158:25 160:17 164:13,14 165:16,25 166:21,22,25 169:20 174:2 181:24 182:22 189:17 195:22 212:1 217:3,24 222:18 223:9 226:21 229:6 232:20,23 273:23 274:1,23 275:3,5 277:12
**mechanisms** 29:1,16,18 32:22 34:16 60:23,25 61:1,2 62:12,13 85:5 87:5, 11,17,25 89:10 91:4, 11,20 93:8, 15,16 94:4, 5,12 97:5 107:23 108:10 109:5 113:5,6 118:10 150:20 155:8 156:1 158:4, 6 164:10 171:6,7,9 173:11,21 180:22 183:15,17, 19,21 226:19 227:22 274:13
**mechanistic** 30:6,22 31:18 171:21 173:24 222:17 272:8 273:9 274:4
**mediate** 162:18
**mediated** 172:21,25
**mediation** 218:14
**medical** 250:1
**medication** 178:25
**medicine** 56:12 244:9 251:14 253:20
**medicines** 34:24 35:21 216:23 245:12 249:7,14,19, 23,25 262:12
**meet** 14:22 15:1 278:16
**meeting** 14:9 15:4,9, 20 81:17 82:1 97:3,4, 7 210:1 211:5 213:11,12 238:16 278:17
**meetings** 16:17
**megahertz** 182:24,25
**member** 155:23,24
**memo** 214:20 215:12
**memorandum** 95:5
**memory** 173:9

**mentioned** 14:6,14 27:2,20 50:6 162:19 179:12 272:16
**message** 46:10,22,23 113:3 207:14,17
**messages** 68:13
**messaging** 46:21 113:4
**met** 14:18 15:3, 24 271:20 278:9,10
**metabolic** 246:8
**metabolite** 246:23 247:3,6,15 248:3 251:16
**metabolites** 246:13,20,22 253:10
**metabolized** 179:21
**metal** 160:20 161:17
**Metformin** 50:24
**method** 46:21 49:6 66:23 140:23 142:22 209:18 210:10 223:15,25 224:24
**methyl** 246:22
**methylamine** 254:6
**methylated** 159:19
**methylene** 82:15
**metro** 162:3
**MH** 203:23 205:3
**Michael** 23:11 57:17 123:13
**microgram** 190:20
**micromoles** 139:2,3
**microphone** 167:3 250:25 259:2
**microscopy** 176:2
**middle** 82:6,8,17,18 123:18 201:3 255:2
**Mike** 23:12 53:10, 16 54:25 70:23 71:6 72:8 106:10, 19 124:4,12
**millimolar** 139:17,18, 19,20,21,22 140:9,15 141:5,19,22 142:3,4,7 144:20,21 262:3
**million** 137:24,25 159:3
**mimic** 133:13
**mimics** 66:12
**mind** 49:13,15
61:21 63:23 66:12 94:5 121:3
**minor** 162:19,20 171:7
**minute** 168:14 251:8
**minutes** 12:11 59:1 263:10 271:1
**mischaracterizes** 266:6
**misheard** 31:25
**missing** 89:22 97:11, 15,16,20 101:12 102:7 109:25 176:19,24 180:15 263:1
**mix** 144:13
**mobile** 13:13
**models** 38:20 39:7
**modules** 122:22
**Mohammed** 235:14
**moisture** 56:14,19 118:15 119:10 143:14,16, 18,19,24 144:5 146:4 190:4 206:17
**molecular** 160:11 200:12,17 201:8,10,12, 14,19,24 202:1,6,11
203:10,11,23 204:2,6,11, 19,24,25 205:1,9 207:12 211:1 228:10
**molecule** 28:25 32:21 36:12 37:2, 16 44:12,22, 24 45:3,5,14 50:8 52:22 57:7 59:17 60:14 64:19 77:17 80:5, 10,16 82:4, 20,22 83:1, 18 84:18 91:23 92:4 99:16,25 101:16 102:10 103:7 105:21 111:3 119:24 128:4 129:1 134:14 137:14 141:7 151:12 160:13 161:22 166:17 171:2 194:22 203:13,18 205:20 219:20 220:8 221:1,11 256:8 267:14,15 268:14 275:7,16
**molecules** 51:13 54:3 56:25 80:11 134:15 135:8 213:20,23 256:14 266:16 268:3
**moment** 261:1

**Monday** 16:23
**Monkstown** 11:2 13:3
**monograph** 96:16 101:3, 18
**month** 17:10,13
**months** 171:20 179:5
**Montrose** 186:7
**morning** 11:5 15:25 19:7 53:12 58:4 91:9 121:4 210:21 211:5 259:10
**morphology** 234:13
**mouth** 167:4,5
**move** 42:23 62:15 70:21 87:18 89:18 91:24 119:7 138:6 140:5,17 147:13 152:11 153:24 242:4 265:6 269:21
**moved** 183:1
**moves** 252:7
**moving** 222:1
**MSC** 24:13
**multi-stoicheiometric** 77:4
**Mylan** 236:7

**N**

**N-ALDEHYDE** 193:22
**N-E-F** 74:14 79:10
**N-NITROSATION** 98:13
**N-NITROSODIMETHYLAMINE** 52:11,12
**N-OXIDE** 80:9 193:12 226:17,23 227:2,3 246:21 248:3
**name** 10:3 11:6,7, 8 22:11 111:1 115:24 152:22 235:7,14 259:21 271:19
**named** 74:19 75:4 96:15 155:1
**names** 14:15,16
**nanograms** 137:4,8,23
**NAP** 133:12
**nature** 19:6
**NDMA** 27:3,12 28:9,21 29:1,6,14,20 30:7,20,23 31:4 33:12, 19,20 35:1, 23 36:10,25 37:9,14 38:21 39:12 40:6,17,19 41:8,16 42:1,5,20,22 44:1,5,11,21 46:1 47:22, 25 48:17 49:5 52:13 53:13,20 54:6,8,10 57:22 59:12, 15 60:4,16 61:15 62:4,9 63:24 64:9, 21 65:11,21 66:4,10,12, 19,22,25 67:3,5,19,22 68:1 69:6,19 70:4,9,10, 12,18 72:12, 18,23 73:6, 8,11,14,18, 25 74:7,8,11 77:1,10 79:9 80:18 81:3,6 84:9 85:5 87:9 89:7 90:25 91:21 92:9 93:25 96:7,12,25 98:10,20,25 99:6,13,16 100:2 103:7 105:7 106:3, 22 107:4 108:7,19,21 109:4 110:10,23 111:9,14 112:3,9,11 113:3,6,25 115:11,20 116:7,20 118:3,6 119:2,25 123:25 128:13 129:10 132:6,9,15, 24 133:21 134:6 135:10 136:20,23 137:4,17,22 138:10,22 140:12,20 150:20 151:6,17 152:10 153:5,23 154:22 155:17 156:12,24 157:12,16 158:7,13,15 159:1,8,19 160:10,16,18 161:21 162:21 163:20,23 164:21 165:12,23 166:1,19 168:13 170:1,9 171:8 176:15 177:16 178:4,7,9 179:6,8,18, 20 181:2,15 183:3 184:14 187:13,16,21 188:4,8,10, 25 189:7,11, 16,18,24 190:13,17, 24,25 191:25 192:13,21 194:5 195:16 197:19 202:4,5,7,9, 11 203:4,11, 14,18 204:5, 7,8,11,17,24 205:6,10,16 208:1 209:14 210:12,17 211:12 212:1 216:1,7

217:2,15,20, 25 219:19 220:4,11,12, 24 222:22 223:6 225:21,25 226:3,8,14 227:15,16 228:2,12,15 229:7,12,24 230:1,5,8, 13,17,21,22 231:2 232:9, 10,20,25 233:7,9 234:14,22 235:3,17 236:8,12,23 237:3,13 240:14,18 241:6,7 247:10,19 248:6,19 251:19 252:6,12 253:1,5,10 257:3,6 258:3,7,8, 11,15 259:13,17,23 260:1,9 261:6,17,25 262:2,5,13, 23 263:7,12, 18 264:5,11, 20,22 266:2 268:20,23 269:18 272:23 273:5,22 274:2,7,13, 25 275:3,4, 9,11,15 276:10,21 277:8,10,13, 17,21

**NDMAS** 178:10 179:16

**necessarily** 61:1 225:14, 19

**necessary** 102:22 218:25

**need** 11:17,18,21 44:5 60:21 62:24 69:8 75:21 90:24 93:24 105:8, 11 106:5,6 116:18 128:25 129:1 131:6 132:23 133:16 141:8 148:9 149:5 177:7 198:11 219:7 237:21 255:16,17 263:1

**needed** 22:14 117:4 165:16

**needing** 112:4

**needs** 12:12 20:13 62:10 86:1 131:7 161:19 162:12 166:25 182:21

**NEF** 74:13,16,25 75:4,17,19 79:10,23 153:5,13 172:25 173:1 180:3

**NEF-TYPE** 74:23 79:24 172:21

**negligible** 77:6 81:7

**never** 89:17 131:19 172:23 211:11 246:4 265:25

**news** 27:14,16

**nice** 220:3 278:16

**nicely** 184:7 191:20,22

**night** 203:9

**nitrate** 76:15 77:8 127:5,16 141:4

**nitrating** 81:5

**nitration** 30:10

**nitric** 137:11

**nitrite** 71:22 72:6 76:4,21,22, 25 77:5,8 116:22,23 132:5,14,25 133:22 134:5,10,13 135:10 136:24 137:5,18 138:25 139:14 140:1,2,6, 11,19 141:8 142:1 144:11,17 149:17,18 179:14 211:15 251:19 256:4,7,11 261:5,13,16, 22,23,24 262:2,3,7,15 265:4 274:5

**nitrites** 77:14 127:22 261:11 274:6

**nitro** 167:9,11 219:19 220:21 221:2 267:12

**Nitroalkene** 75:1 227:6,9 228:25 229:7,16 232:3,8

**nitrogen** 203:7,8 204:1,3

**nitrogens** 203:13,18 205:20

**nitromethane** 154:14,19,22 155:8 156:8, 11,13,17,22 157:1,3,10, 15 161:10,18 162:3,14 180:12,19,23 181:1,6,7,8, 9,17,21 229:10,16,21 230:1

**nitrosamine** 21:14,16,24 22:1,3,12,23 23:15,21 34:25 35:24 38:5,12,21 40:11,13,14 55:6 105:9 126:7,12 127:14 128:17 129:3 181:22 213:15 229:17,19 236:15 267:5 268:16,18,24 269:1

**nitrosamines**
21:22 23:7,9 38:19 50:22 125:18 127:10 210:2 212:23 213:3,9 237:19,22 257:3 269:20
**nitrosatable**
266:18 267:2,6,10 268:4,15,20
**nitrosate**
162:13 163:15,19 164:4 177:17,21 223:8 268:25 269:4
**nitrosated**
59:17 67:2 85:8 265:19, 20 267:4,15, 18 268:18, 22,23
**nitrosates**
60:13
**nitrosating**
49:9 54:1,4 56:4 57:21 59:16 66:6, 18 80:25 81:4 91:5,12 92:7,17 93:17,24 94:13,24 95:9 96:22, 23 97:2,6 98:16,23 99:1 103:6 105:25 106:3,6 127:5 128:17 129:2,5 153:14,19 156:14 157:2,12 161:11,18,20 162:23 164:9,12 166:1 169:23 170:7,8 177:23 178:3,6 181:1,18,19 229:21 259:11
**nitrosation**
30:10 37:10 90:20,24,25 105:6 128:2, 13 135:14 136:3,14,19 140:4 153:10 164:6,8 170:19,22 173:18 226:9,14 229:2 230:2 232:2,11
**nitrous**
72:25 80:18, 19 105:25 106:4 137:11 169:21 180:3 264:10 273:2,22 277:8,10
**NMR**
182:24 183:1
**NO2**
156:18
**nod**
12:3
**noises**
259:3
**non-formed**
140:14
**non-ranitidine**
236:14
**nondetected**
140:14
**nonob**
274:15
**nonobvious**
30:8,15 32:22 37:9 58:1,20 59:3,5,9 60:8,12 92:13 99:5 159:6 170:7 171:25 195:21 207:25 208:3 209:1 273:13 274:7,13 277:12
**nonresponsive**
42:23 62:16 89:18 91:24 119:7 138:7 140:5,17 147:14 152:11 153:25 242:5 265:7
**normal**
80:7 122:12 173:1
**north**
55:11
**note**
88:18 129:21 160:6
**notebook**
195:2,6,7 196:14,16 197:2 205:14 207:7 250:25 259:1
**notebooks**
194:25 195:4,5,13, 17,19,24 205:15
**notice**
9:2 17:20 18:3,23 19:2
**notification**
34:23
**novel**
151:25
**November**
34:3
**November/december**
34:10
**nuclear**
183:1
**number**
19:20 22:22, 25 28:23 31:14 46:9 50:21 51:16 58:4 60:10 61:23 62:4 65:14 78:12 81:1,25 87:4,25 89:10 94:18 95:3,17 96:8 99:24 100:25 101:8 106:9 124:6 126:10 128:20 133:4 137:6 150:13 155:25 165:13 169:8 170:11 171:19 175:8 179:3,5 202:21 203:9,12,24 204:18 205:20 207:23 213:1 214:6 228:21 231:12 234:8 249:9 250:17 257:9 272:16 274:21 278:10
**numbered**
46:8 51:15 53:3 115:6
**numbers**
200:18

**numerous**
60:12

**O**

**O'SULLIVAN**
23:12 123:13
**oath**
10:15
**Object**
96:3 160:7
**objected**
22:19
**objection**
10:19 22:9, 18 29:8,24 30:5,21 31:11 35:19 37:7 38:11, 18 39:5 40:23 42:3, 11,18 43:12 44:2 47:24 50:16 51:10 53:22 54:21 56:9,15,21 58:10 59:13 60:9 61:4,22 62:22 63:4, 9,14 64:13, 23 65:3 66:2 70:5 72:1,19 73:17,23 74:6,18 76:19 77:2, 11 80:6 83:13,19 84:22 87:7 89:13 91:13 92:10 93:22 94:7 95:11 98:24 100:3, 13 102:20 103:14 104:14 107:7 111:16 112:6 116:11,17 117:9 118:17 119:11 120:1,6,10 126:8,24 128:14,24 129:11 132:11,20 133:18 136:5,16,25 139:4 140:21 142:12 143:15 144:6,23 146:15 147:1,3,9 149:19 152:5 157:6 160:6 170:14,20 171:5,17 173:13 177:19 178:17 179:10,23 181:16 182:15 188:12 191:1 196:11 197:20 202:19,25 203:5 205:17 206:1,8 208:15,24 213:18,21 217:22 218:12 224:12,22 225:13 239:2 240:16 241:3,24 242:13 243:3,12 244:5,12,18 245:8 247:20 248:2 252:17 253:2,17 258:5 261:10 263:20 264:7 266:5 267:22 269:12,16 270:2 272:4, 9
**objections**
10:21 18:21
**objective**
33:3
**objectives**
52:6,8
**Obligations**
33:11,18
**observed**
47:25 104:5 147:12 178:10 179:16 180:20 227:13,14 229:11 241:4
**obvious**
30:6,9,16 32:23 37:10 54:23 56:3 57:19,24 58:5,8,12,21 59:3 60:7 72:4 76:20 84:10 153:19 167:25 173:17 207:25 208:2,12,21, 25 222:15 272:18,19, 22,25 273:4, 7,9,12,16, 18,20 274:4, 16
**obviously**
18:21
**occur**
30:4 57:12 80:23 83:11, 21,25 84:12, 20,24 94:17 118:11 167:14 170:3 231:25 249:2
**occurred**
71:25 72:3 77:23 104:13 210:7
**occurring**
80:4 194:8 221:20 222:7,21 223:2 242:11 263:17
**occurs**
217:3
**October**
23:14 234:5 235:12
**odd**
203:9,12,24 205:20
**off-label**
179:4
**offer**
60:3
**office**
210:4
**Official**
34:24
**oils**
184:9
**okay**
12:20 20:6 22:21 25:16 26:5 32:8 43:7 48:14 61:6 69:3,16 74:25 82:12, 19 88:17 89:3 98:3 107:17 110:2 113:13 114:25 121:11 125:14 126:5 129:16 130:13 131:4 132:17 134:25 143:13 145:9,14,17 146:9 154:17 159:15

160:25 169:25 174:15,18 175:18,20 176:6,25 177:11,15 183:7,20,21 184:17 187:25 188:2 190:2 191:10 198:14 199:10,15 200:6,11 203:22 204:14,23 206:20 209:3,20 210:16 215:1 216:19 223:20 237:9 250:21 251:1,10 252:1 254:2 259:4,6 260:22 261:12,19 264:23 273:25 275:22
**once**
99:15 100:4 119:9
**one**
11:16,22 22:15 23:3 26:11 31:14 48:9 50:21 54:19 57:17 61:14,16,19 62:10 63:23 70:15 79:16 84:4 89:2 98:7 100:21 104:5,22 107:16 108:10 111:10,14 112:15 113:21 115:9 120:4,22 123:13 142:9,10 145:10 151:4 154:11 156:7 157:25 160:21,22 161:4 163:9 168:13,16, 24,25 169:4, 5,6,8,14,15 173:25 174:14 175:25 176:6 177:15 182:21 183:7 186:12 190:19 192:1 194:3,23 201:5 203:4, 23 204:1 205:9 206:21 208:3 212:3, 14,16 213:3 214:16 216:14 221:15 226:19 227:22 234:21,23,25 249:10 261:5,16,25 265:23 266:3 278:5,12,13
**One's**
245:16
**ones**
20:11 156:4 171:14 215:11
**ongoing**
236:16
**online**
82:1
**onwards**
21:8
**open**
210:4 214:24
**opening**
222:17
**operating**
23:20 195:10 206:6
**operative**
274:2
**opinion**
241:9 242:25
**option**
93:6 96:9 177:4,7
**options**
96:9
**order**
11:20 43:6 94:11
**organic**
24:17,19 28:1,13 40:3 62:11 64:15, 16,20 65:2 74:17,20 75:9 92:3 94:6 108:6, 15 111:23 117:21 167:14,22 171:15,19,21 172:4,16 174:4 232:15 233:23 267:18 268:18,20, 22,23 270:12,13 272:8 275:11,13
**organization**
21:23
**original**
36:15 42:20 45:7 56:17 75:4 77:16 166:10 234:15
277:22,25
**outcome**
10:6 223:11
**output**
76:12 95:16
**outside**
9:13 218:24
**oversee**
19:1 218:8
**overseeing**
218:19
**oxidative**
57:14 248:11,16,25 251:15,17 252:11,19 254:13
**oxidized**
254:15
**oxine**
54:1 97:2
**oxygen**
57:9 118:16
**oxygen's**
118:18
**oxytetracycline**
134:5

**P**

**p.m.**
279:4
**page**
11:13 18:14, 15 34:6,20, 21 36:8 37:24 41:3 44:7 45:15, 17,18 63:19 64:3,4 68:21 71:12 72:13 73:2,3 75:24 82:11 114:25 123:18 125:10,13 129:19

131:24
133:25
159:21 168:3
175:18
180:2,18
181:23
197:22,24
198:23
199:5,16
212:4,5,7
216:16
219:17
221:10,23
222:3 228:13
230:6,7
231:18,19,
21,23
246:10,14,
16,17,18
250:16
262:10
263:3,4
269:19
**pages**
41:2,4 158:1
198:8 199:7
**paid**
16:13 148:7,
17
**paper**
60:20 66:19,
20 67:18,23,
25 99:22
112:5,7
117:18
123:24
134:8,16
140:14
162:12
170:24
233:15,20,
23,25 234:2
259:25
260:16,19,23
263:8,22
265:11,14,
18,25 266:14
268:5 270:9,
13
**papers**
67:17 134:13
136:7 141:2,
3 257:5,7,
10,12,13
258:9,12,21
259:7,20
264:9,15
265:23 266:4
269:2
**paragraph**
37:19 38:3
76:6 118:22
218:2 219:22
221:4 222:8,
17 223:12,
16,18 228:24
231:22 232:7
246:12 251:5
263:2
**paragraphs**
115:3,6
**parallel**
167:4
**parameters**
179:17
**part**
9:22 22:13
25:11,13,22
34:15 40:16
41:2,12
56:11,16,23
57:14 70:2
72:9 75:25
76:17 95:16
102:10
103:10,17
111:7 114:11
123:16
124:20 125:2
135:20
146:17
151:13
152:9,18
157:16
159:2,3
160:12
168:23
169:19
186:23,25
187:1,3
218:13 219:3
244:8 258:14
267:14
268:14
**participants**
9:8,19
**participate**
77:20 81:11
**participated**
113:10
**participating**
10:12
**particle**
26:13
**particular**
43:5 181:24
268:5
**parties**
10:18
**parts**
59:17 89:25
101:10
109:25
114:17
137:24,25
176:23
256:8,13
**party**
10:5 36:14
**past**
20:11 108:11
250:12
**path**
208:2
**path-**
155:13
**pathway**
30:4 31:10
37:10 49:7,
19,22 50:4,
12 51:9,11
56:23 57:25
59:3 67:21
83:21 138:5
159:2,4,6
162:20 168:1
169:22,25
170:7 173:17
174:12,13
192:13
217:12 222:7
225:1 230:18
254:11
272:25
273:4,7,9,
12,13,16,18,
20 274:5,7,
17
**pathways**
30:6,19,23
31:18 37:11
58:1,8,12,14
59:5,9
102:11
155:14,17
171:13
173:23,24
174:15,16
249:2
272:13,18,22
274:13,15
275:24
276:1,5,7
**patients**
179:19
245:12 253:5
**patterns**
178:21
**Pause**
120:17
**paying**
16:10
**peak**
200:10,12,
18,21,22,23
201:8 202:8
205:18
**peaks**
200:18
**peer**
125:3

**pen**
202:16
**penalty**
10:17
**pending**
70:22 89:19 130:8
**Penner**
14:16
**people**
23:6 65:14 81:22,25 82:1 85:16 94:16,18 123:14 124:23 171:22 178:15,18 179:4,7,13 195:3 236:23 243:1 251:13
**percent**
211:1 255:23 256:2
**performance**
122:8
**performed**
118:24 142:16
**period**
15:11,13,15 105:19 113:10 225:8
**periodically**
12:11
**perjury**
10:18
**person**
10:16 11:22 14:18 22:6 23:3 115:21 117:19 119:3 155:11
**personally**
16:10
**perspective**
114:19
**ph**
119:14
**pharma**
22:24 71:16
**pharmaceutical**
25:17 35:10 58:7 102:23 127:12,17 184:22,24 185:24 191:17 208:11,13, 19,22 216:22 224:10 243:10 244:6 245:5,6,9
**Phd**
122:10 123:1
**phone**
13:13,16 183:24,25 207:15,17,21
**photos**
176:2 235:15,16
**phrase**
114:3,4,7 272:16
**physical**
190:3 217:15 234:16,18
**physically**
10:13
**physiologic**
133:14 141:23 142:5
**physiological**
116:23 133:1,13,22 141:25 142:8
**picking**
193:10
**piece**
95:13 170:24
**PIER**
196:3
**pill**
104:3,21,25 115:21 116:8 119:3,9 132:9 143:24
**pills**
43:21 144:4
**PIRC**
47:16
**place**
45:12,13 50:7 52:17 65:17 138:4
**placebo**
179:15
**places**
88:25
**plaintiff**
9:24
**plaintiffs**
272:3
**planning**
76:4
**plasma**
179:19
**platform**
14:20
**plausible**
28:8 29:5,18 54:16 57:18 59:10 60:4, 6,8,11,18, 19,23,25 61:3,8 62:4 64:8 65:1, 12,25 66:1 73:14,21,22 74:5 87:5,25 89:10 93:15, 20 95:4,8 96:1 97:7 107:5,12,15, 20,23 112:13 113:6 118:10 162:9,11 171:14,18 174:2
**pleasant**
278:15
**please**
10:9,20 11:6,20 12:5,13,16 17:21 19:4,9 25:5 34:5 45:15 58:16 62:18 63:2 67:10 70:15 71:12 82:11 84:6 86:10 90:4 91:25 97:10,17 100:15 105:14 106:7,16 112:16 115:1 120:7,8,19 125:10,13 131:8 137:7 154:1 164:24 168:3 198:16 211:16 215:22 228:13 231:20,21 249:10 260:13 262:8 270:15
**plotted**
228:1
**point**
23:8 28:12 37:18 52:21 61:20 84:10 114:5 120:13,24 121:14 130:6 137:9 141:15 144:18 165:24 185:9 189:1 199:20,21 200:3 207:10,24 231:10

232:15
239:21
243:20
**pointed**
88:10
**pointing**
221:8,18
**points**
44:9 124:23
**Polonovski**
225:21,24
226:11
**polymer**
226:23
**polymorph**
188:15
**portion**
42:24 119:8
138:7 147:14
153:25 242:5
265:7
**position**
22:2 31:18
40:10 55:3
83:4,11
218:15
247:14 249:5
**positioning**
87:11,16,17
**positives**
50:20
**possibility**
36:10,25
44:11,21
128:2 277:21
**possible**
54:5,18
61:24 62:11
96:1 107:8,
14 166:25
169:22
173:16 213:1
230:3,4
**possibly**
48:11 155:19
164:10
**postgraduates**
122:19
**postulate**
253:7
**postulated**
54:10 67:4
91:20
181:11,13
251:17
252:10,19
256:9 262:17
**postulation**
67:19 252:22
253:8,12
254:5,21
**potential**
19:19 29:16
36:4,5 38:25
47:19,21
54:3 64:24,
25 66:5
73:5,11,18,
24 74:11,12
81:2 92:17
93:23 94:24
95:17
112:12,13
127:9
153:17,18
155:7,9
156:21
160:20
170:21
181:13
234:20
269:13
274:12
**potentially**
60:16 66:17
153:10 179:7
222:14
255:25
269:17
**powders**
259:23 261:4
**Powerpoint**
212:22
**ppm**
190:19
**pre-ingestion**
118:14
**preceded**
36:21
**precedented**
94:23 95:1,2
172:19
173:14
**precursor**
254:3,5
**precursors**
36:12 44:13
**predicted**
48:18 251:16
252:9 273:5
276:21
**Predicting**
99:15
**preferentiall y**
256:12
**preliminary**
11:12
**prepare**
13:20 14:12
19:14,17
100:23
**prepared**
19:18 33:23
89:20
**presence**
9:13 77:9
103:21 106:2
125:18
127:10
128:12,17
226:8 252:5
254:7 255:11
**present**
10:13 48:1
62:7 74:7,8
76:23,25
80:20 81:25
93:7 100:10
112:10
122:22
124:24
143:16,20,21
162:15
166:8,10
170:8 177:23
187:13
205:16
223:14
229:22
231:10
256:2,4,14
258:18
259:16,17
261:12 274:6
277:10
**presentation**
175:21 200:7
212:22
**presentations**
213:2
**presented**
93:2,8 97:6
106:25
111:18
164:11 204:7
**presenting**
92:24 108:1
**presumably**
133:12 260:1
**pretty**
173:5 223:10
**prevailing**
48:24 50:11,
18
**prevails**
50:25 51:3
**prevent**
218:25
**preventing**
218:10
**previous**
130:10 141:3
162:19
165:14 169:5
218:13

**previously**
17:5 59:20 64:5 131:6 152:19 164:11,14 176:4 227:18,20 236:14 274:17

**previously-identified**
246:21

**primarily**
161:17 217:4

**primary**
146:20

**principle**
75:11 79:10

**principles**
54:20,22 59:11 61:9, 11 64:20 65:1 94:6 108:14,15 171:15

**prior**
20:4,20,24 21:10 22:2, 7,17 44:10 58:18 59:21 71:5 73:2,3 208:4 238:19,20 250:21 256:17 278:8

**prioritized**
76:12 77:18 274:22

**priority**
76:14

**Private**
9:11

**privileged**
129:22 239:11 240:4

**probability**
84:25 85:6

**probable**
36:6 38:21 40:19 240:17,20,24 241:17,19 242:9,20 243:14

**probably**
14:24 57:13 65:4 68:21 75:6 81:23 83:11,24 84:12,20,23, 25 85:3 116:24 120:15,25 165:10 182:21 193:6 213:4 226:18,24 249:4 258:16 259:15 260:10 264:20,22 271:8 273:13

**problem**
27:24 28:3, 15 107:11 108:6 122:11,17 123:2

**problems**
175:12

**procedure**
195:11

**procedures**
206:6

**proceeding**
9:9 30:16 58:21

**proceedings**
10:9

**process**
47:18 76:24 101:19 108:19,20 113:7 118:15 136:20 156:20,22 188:10,24 189:5,10,12, 13,15 190:5 217:21 218:8 221:12 233:23

**processed**
191:11

**processes**
126:20 127:9,13 234:25

**produce**
52:11 187:21 225:9

**produced**
18:18 97:22, 23 189:6 204:21 236:21 237:5 254:10,11

**product**
22:24 25:23 47:17,20 57:6 98:21 167:24 185:1,13,16 191:18 235:9 236:10 237:8,12,16, 17,18,19,21, 22,24 240:5, 23 241:19 242:8 243:15 245:2 272:23 273:6 275:12 276:10,15,22

**production**
19:1 88:21 212:21 214:5,6 262:22 263:12 264:5

**products**
10:2 35:10 58:9 102:19 208:13,22 216:2,8 219:14 222:21 236:1,15 244:3,7,16, 19,24 245:6, 10 250:1

**professor**
11:1 20:1 69:9 86:18, 25 121:8,19, 20,21,24,25 122:2,3,12, 14 198:10 273:15 275:17 276:24 278:3

**project**
32:17 55:13 216:13

**proof**
54:9 163:14, 18 164:3 165:15,17 233:11

**properly**
50:20

**properties**
188:16,19 190:3 191:24 234:16,18 240:18

**proposal**
79:15 94:16

**proposed**
79:24 99:9 108:11 109:14 154:21 155:8,25 157:7,9 171:13 226:20,24

**proposing**
57:16 61:14, 16 72:11,17 73:7,22,24 74:5 75:12

79:18,21,23 107:22 108:9 118:10
**protocol** 188:22
**protonated** 177:12
**protonation** 177:10
**prove** 113:24 187:17 223:6 264:9
**proved** 113:25
**proven** 30:7 60:19 64:7 65:4 67:3 84:14 91:20 107:9 166:22 170:22 176:16 180:4,10 181:5 232:20,24 264:8
**provide** 76:16 86:24 99:21
**provided** 15:7 18:9,22 22:14 34:16 36:25 41:15 87:3 95:7 148:24 256:21,23
**provides** 135:5
**providing** 86:24,25 98:19
**publication** 260:9
**publications** 48:7 257:16, 18,19,20,22
**published** 31:4 37:11 50:24 75:3,6 123:24 179:13 233:15,20 248:19 257:4,10 260:3 269:3
**publishes** 259:14
**pull** 79:21 82:6 235:14 274:21
**purity** 197:10,11
**purpose** 9:14 100:18, 19 118:23 119:1,4 132:8,12 160:16,19 195:6,7 198:17 274:11,14
**pursuant** 19:2
**put** 17:21,22 19:4,10 33:8 46:7 59:18 68:3 70:22 78:3 81:10 106:8,15 109:17 111:25 130:20 150:2 172:10 184:12 188:1 189:19 198:3 215:10,16 264:3 265:10 275:2
**puts** 73:10
**putting** 34:14 72:7
165:6

**Q**

**qualified** 40:3 149:25 178:23
**qualify** 89:16
**quality** 21:23 47:5 218:21
**quantification** 182:3
**quantify** 32:20
**quantities** 77:4
**quaternary** 159:19
**question** 11:17,19,23 12:2,5,19 22:20 26:21 28:4,7 29:3, 10 36:17 38:2 41:5 42:15,16 43:9 44:8,9 58:6,24 62:17,19,24 63:6,8 67:11 69:4,16,18 70:22 74:2,3 84:7 85:13, 19,20 86:2, 12,13,15,22 87:19,20,21 89:19 90:7, 8,17 95:19 98:6,9 100:14,17 102:17 104:10 105:2,14,15 110:4 116:10 117:3,7,8 118:2,13 119:2 120:7, 9 130:5,7,10 135:4 140:25 148:16,17 149:2,15 150:1 152:12,13,14 158:19 160:7 161:14 179:25 184:15 187:17 189:2,19 197:9 199:3, 5,8,12,14,20 200:2 202:10 207:10 209:18 210:9,11 233:1,13 237:1,16 239:23 240:7 241:14,15 242:16 243:6,8 244:22,23 245:3 247:23 248:21 251:9 253:14 254:23 255:2,21 257:25 259:6 261:24 262:9 263:8 264:4 269:22 278:6
**question's** 149:1
**questions** 11:9,14 12:15,16 23:25 60:24 109:11 117:22 133:4 145:11 146:2 149:6,13 207:7 210:16

215:19 271:4,24 272:3 276:25 278:4,9
**quick**
183:19 270:18
**quite**
96:11 107:13 141:6 158:2 187:10 230:16 250:11 253:12 265:3
**quote**
224:15

**R**

**R&d**
22:24 55:4, 8,16 81:22
**radiolabeled**
114:1 120:16 229:24
**radiolabeling**
114:17
**raise**
256:16 258:2 263:17
**raises**
252:8,15 253:1,15,21 254:8 255:4, 6,7,15,18 264:2
**Ramon**
46:7 51:15 53:3 68:4 70:22 106:8 112:17 123:5 130:20 154:1 160:25 164:24 168:4 196:13,20 214:12 215:22
260:13 265:11
**range**
190:21
**ranitidine**
10:1 14:1 24:25 25:2, 3,9,22 26:6, 8,25 27:3, 11,16,17 28:10,21 29:6,15,20 30:11 31:5, 13 33:5 36:11 37:1, 8,16 42:5 43:15,21 44:12,22 45:10 46:3 47:14,16,22 48:19,25 49:4,8,22 50:5 51:12 52:10 53:13, 20,21,25 54:5 55:22, 25 56:7,13, 18 57:2,3,8, 21 59:12,15, 16 60:5,11, 13 62:5 63:24 64:9, 21 72:18,24 73:15 74:9 76:21 77:21 78:5 79:9 80:17,21,24 82:22,25 85:14,21 86:14 87:6, 10 88:1 89:11,17 90:19,25 91:4,11 92:4,5,7 93:16 94:12 95:9 96:14, 18 97:5,14
98:10,15,17, 20 99:1 100:21 103:6,17 105:5,10 108:7 110:23 111:8 113:3, 6 114:18 115:12 116:5 117:20 118:3,6 124:1,17 125:23 128:4 129:13 132:6,14,24 134:16,18 135:17 136:12,23 137:4,10,17 139:25 142:16,19 143:5,17,21 144:10 146:2 150:21 151:6 152:1,10 154:23 156:12,19,23 157:10 158:7,14,16 159:20 161:21 162:2 163:14,19,20 164:4 166:17 168:12 172:10 175:4 176:14 177:11,25 178:19 179:2,14 180:3,18,24 181:10 183:17,25 186:10 187:12 188:5,7,11 189:6,11 190:8,16 192:12 193:4 194:9,13
195:16,18 197:14,16,19 201:13,15,24 202:3 204:20,22 205:25 208:1 209:15 210:12 211:13 212:1 215:24 216:1,6,8 217:2,11,20 218:11,17 219:1,3,12, 20 220:5,8, 14,16 225:21,23 226:1 229:3 230:5 234:14 235:21,24,25 236:4,8,25 237:3,6 241:6,7 242:21 246:9,12 247:4,10,19 248:10,11, 16,24 249:20 250:22 251:13 254:1 256:4,5,7 257:2,3,5 258:3,10,20, 22 259:10,23 260:7 261:3 262:5,14,23 263:13,18 264:6 265:19,20 266:3,12,17 267:9,10,23 268:6,14 269:3,24 272:13,24 273:21 274:3,6,8,24 275:3,12,16, 20 276:2,5, 7,11,15,22

277:7,14
**rate**
190:18 218:4 232:9 265:2
**Rates**
230:20
**rationale**
110:6
**raw**
264:15
**RCA**
13:24 14:2 175:4 176:3, 4 273:14
**re-**
49:1
**react**
54:4 66:17 81:1 96:24 98:22 99:2 129:4 134:5 171:3 226:13 232:11 244:16,20,24 245:6,10,13 256:12 267:3
**reacted**
132:5,14 135:9
**reacting**
53:13,20 137:10 162:22 223:8 273:22
**reaction**
49:7 54:7 61:15 63:24 64:9,22 65:8 66:10 72:11 73:8 74:14, 16,17,19,23 75:1,2,4,17, 19 77:4,6 79:10,23,25 81:7 84:17 137:13 153:5,13 162:1 167:8, 13,16,17,21, 22 168:12 171:12 172:22,23,25 173:1,11 177:14 180:3,19,22 182:22 221:8,19,24 222:6,15,19 226:8,11 229:1 230:10 232:1 258:13,15 273:1,20 275:8
**reactions**
59:11 61:9 138:4 162:8 169:3 170:25 172:21 222:20,21 231:24
**reactive**
141:7 225:2, 5,10,18 229:1 232:1
**reactivity**
127:4
**reacts**
98:16 134:10 164:17 225:8 245:2 256:5, 7 275:7 277:7
**read**
13:23 14:9, 12 17:15 18:12,14 20:2 28:24 32:1,3,13 34:10 36:16 39:16,17 41:20,22 46:4 52:4 62:19 63:8 69:2,8,13,14 88:2 90:18 100:15,17 105:15 109:15 115:10 117:8 120:9 131:12,16, 19,20,21 132:22 134:7,13 141:17 152:14 159:25 162:12 163:16 176:5 182:8 183:22 192:22 198:22,25 199:11 209:21 216:9 217:5 219:18 220:23 230:15,24 233:14,18,21 246:17 250:9 251:8,12,20, 22,25 252:2, 13 253:19 255:12 259:25 260:20,21,24 261:7 262:20,25 266:23,25 270:9,13
**reading**
16:23 27:17 45:25 67:18 87:24 91:2 115:10 140:13 154:16 173:6 182:9 209:20 211:10 246:10,13,19 250:13 251:11 260:25 261:3 266:15
**ready**
16:18 199:9, 10 215:5
**reagent**
91:5,12 93:17 97:6 98:23 259:23 261:3
**reagents**
45:1 76:24 95:10 98:16
**real**
69:23 270:18
**reality**
226:18
**reargument**
225:21
**rearrangement**
225:24 226:12,23
**reason**
42:12,13,21 58:11 72:5 77:14 85:15 90:23 91:14, 16 120:3 135:6 137:12 144:7 146:5, 10,20 169:23 173:20 195:21 240:22 241:15,18 242:1,2,3,8, 19,23 243:2, 9,13,16 256:17 267:20 268:2 277:17
**reasonable**
32:18 243:10
**reasonably-predicted**
46:2
**reasons**
194:3 236:17
**recall**

26:1 28:6 29:13 47:17 55:15 66:20 79:10,13 103:5 140:13 151:4,11,24 156:23 212:25 233:19,22 250:13 259:21 264:17 267:12 272:14,20 275:17,21 277:1,3,5,23

**receive** 90:1 147:17, 19,21 207:14

**received** 18:13 19:7 34:23 71:6,7 121:23 123:12,14 207:17,20 212:21 216:12

**receiving** 113:14

**recent** 145:3,6 151:20

**recently** 30:12 106:1 117:1 118:2 165:18 277:20

**receptor** 266:16

**recess** 79:3 145:21 174:24 207:2 211:21 238:5

**recognize** 161:7 165:2 175:16,19,23 176:1,2 260:19

**recognizing** 269:3

**recommended** 179:3

**record** 9:8,11 10:10 18:20 78:23, 25 79:2,5 145:15,16, 18,20,23 174:19,21,23 175:1 206:22,24 207:1,4 211:18,20,23 214:11 238:2,4,7 239:20 270:18 271:12,14,16 278:23,25 279:3

**recorded** 9:9,10 11:15

**recording** 9:15

**recovery** 45:2

**recreate** 120:3

**recruitment** 23:10

**recrystallization** 184:8

**red** 220:25 252:8 255:7

**Redacted** 129:21

**Reddy's** 186:8,11 187:3

**redirect** 271:9

**redundant** 157:24

**refer** 16:7 41:1 247:7

**reference** 43:9,11 51:8 52:20 55:20 123:23

**referencing** 275:19

**referred** 36:22 121:18 174:1

**referring** 42:25 49:3, 12 52:5,25 56:2 67:7,15 70:9 75:14, 18 77:13 110:17 113:19 125:5 130:5 139:11 145:6 151:10 180:12 190:11 198:5 200:5 235:20 266:4,13 270:11 275:23 276:1

**refers** 83:4 200:22 229:9 249:4

**reflected** 179:17,18

**refreshed** 19:20

**refusing** 149:15

**regarding** 47:7 48:24 150:19 154:13 183:25 212:23 234:13 235:13 236:11

**registered** 186:13

**regular** 17:11

**regulated** 49:23

**regulations** 208:11,19

**regulatory** 35:7 114:12 216:22 266:13 276:2

**reinforces** 277:22

**relate** 275:23 276:4

**related** 10:5 234:22 274:16 276:6

**relates** 125:9 247:9

**relating** 24:25 125:23 275:14

**relationship** 192:13

**relative** 218:5,15

**release** 226:13 251:18 252:11

**released** 226:7 231:25 232:2 248:12 262:14

**releases** 229:16

**releasing** 248:17,25

**relevance** 248:8

**relevant** 122:23 148:22 149:1 247:18,25 259:15

**reliable** 263:15

**remaining** 229:2
**remediation** 26:8 218:8, 19
**remember** 14:25 20:8 67:24 68:19 78:1 89:5 114:13,22 165:6 173:6 175:7 209:13 235:6 240:15,20
**remind** 198:10 250:18
**reminding** 60:22
**remote** 9:13,23 10:3,9
**remotely** 10:14
**remove** 9:17
**removing** 187:16
**repeat** 74:3 100:14 120:7
**repeated** 142:11,13, 14,15
**replicated** 106:1 277:24
**replicating** 260:10
**report** 132:3 141:18 215:25 216:6 249:12,15,19 264:4,9
**report...( reading.)** 69:11
**reported** 30:3,13 206:4 262:13,18,21 263:11
**reporter** 9:3,6 10:7, 11,23 11:23 31:24 33:14 46:11 51:22 53:7 67:23 68:9 69:12 70:25 78:7 106:13,14 108:22 109:1,21 112:20 123:8 130:24 135:2 150:5,16 152:13 154:4 155:3,6 157:22 161:6 163:4 165:1 168:6,19 175:6 183:11 192:7 196:18 209:9,10,21 212:6 214:21,23 215:14 216:3 231:14 234:7 245:22 249:16 250:24 260:17 265:16
**reporting** 10:14,20 33:11,18 227:14 258:21 263:9
**represent** 16:11 38:6, 17
**representing** 271:23
**request** 9:11 13:15 33:11,19 88:15 89:25 97:16,21 176:23 214:4
**requested** 18:17
**requesting** 18:9 215:19
**required** 118:18 219:6
**requires** 274:5
**reread** 62:17 105:13 117:7 152:13
**research** 24:13,15,18, 22 102:22 122:1,10 123:1 134:17 233:23
**researchers** 67:6 138:22
**reserve** 149:10 240:6
**resonance** 183:2
**respect** 27:25 58:6 88:21 258:10 261:21,23 263:18 267:23 272:17 274:2
**respond** 65:24 109:12,13,16 184:6,10
**responded** 18:21 47:12 53:10
**responds** 184:7
**response** 18:22 23:21 33:10,17 37:14 39:9, 10 43:9 48:10 91:8, 15 114:23 115:2 192:12 228:1 272:2
**responsibilities** 22:7,16 40:17
**responsible** 22:22 26:9 34:17
**responsive** 87:20 269:21
**rest** 18:15
**restitution** 41:9
**restrict** 58:7
**restricted** 24:16
**result** 66:18 69:23 104:24 133:15 169:22 251:18 252:11 269:4 275:12
**resulting** 39:1 102:2 105:21 160:18 274:7
**results** 33:12,19 41:8 100:1 101:16 103:25 124:23 146:14,18,24 147:7,10 195:9 217:20 277:16
**resume** 240:6

**retained**
195:13
**retracted**
28:23 66:21 117:18
**Retro**
180:19
**reverse**
167:24
**reversible**
94:20
**review**
24:2 125:3
**reviewed**
17:3 246:1,4 259:7,9,19 265:24,25
**ridiculous**
148:14
**right**
29:7 30:4 34:13,19,20 35:16,18 36:18,22 37:6,16,21, 24 39:4 44:17,23 45:4,6,19 46:25 47:7, 8,14,23 48:5,10,19, 21 49:21 50:25 51:9 52:8,11,13 53:1,21 54:13,17,20 55:1,23 58:3 59:6,12 60:1,5,8 61:3,10 62:3,5 64:1, 12,22 65:2,9 66:1,14 70:13 71:22, 25 72:18 73:4,10,15 74:14 75:12 76:10,18 77:24 79:17, 19 80:2 81:12,15 82:4,22 83:2,12 84:21 85:3, 6,14,18,21 87:6 88:5,12 90:12,15,25 92:9,25 93:17,21 94:2,13,17 96:1,2 98:10,13,17, 23 100:2 104:21,25 105:23 106:22 107:1 108:11,16, 19,21 110:4, 7,11,14 111:5 112:5, 22 113:1,7, 11,20 114:3, 22 115:16,21 116:10,16 118:3,7,11, 16 119:3,19 120:5,12 123:15 124:1,4,12 125:18 126:7,11,13, 18,22 127:5, 6,10,14 128:9 131:22 132:6,10 133:7,10,17 134:6,11 135:11 136:15,20 137:5,18 138:11 139:3 142:9 143:24 149:10,14 150:10,21 156:1,5,8 157:5 158:4, 8,11,14,23 159:20 161:3,11,13, 22,25 162:3, 6 163:7,20 166:9,19 167:18 170:13,19 171:16 172:5,8,17 176:8 177:18,25 178:1,8,16 180:13 181:7 183:5 185:1, 3,9 192:14 197:3,6 198:10 201:4,17 202:2,18,24 205:6 208:23 209:10,15 212:8,13 215:11 216:23 217:21 218:5 219:23 220:8,11,14, 18,20,21,25 221:2,20 222:8,24 226:14 227:16,24 228:14,16,19 229:3,7 230:3 232:12,15 233:14 238:1,10,17, 22 240:6 241:11 243:20,23 246:15,17 250:7 252:16 254:22 256:18 257:10,11,23 261:14 262:11 263:24 265:3 266:10 267:16,19 268:9,16 269:5,11,15 270:1,20 271:5 278:4
**right-hand**
45:13 50:7 55:25 60:13 80:9,13 82:9 83:22 84:18 88:12,14 91:23 151:12 156:19 194:22 220:10 247:12 249:3,4 254:16 256:6
**rights**
87:16
**ring**
31:15,16 82:3,13,14 83:5 249:5
**risk**
22:23 23:6, 16,21 47:10 105:9 136:3, 14 219:4
**robust**
56:12
**RODRIGUEZ**
161:1 168:24 196:19,22 212:15 214:14,17 215:6,23 234:10 245:18,24 249:9,13 260:14 265:12
**role**
21:3,20 23:13 25:11, 13 26:8 27:8 34:12 125:4

218:13
**rolling**
19:21
**room**
10:13 13:7 94:15,16
**root**
14:3 25:12, 15,16 123:20,23,25 124:15 125:5,18 127:9 146:18 151:11 152:9,18 215:25 216:6 219:17 233:15 236:23 275:2
**roots**
122:24
**Rotman**
11:4,9 17:24 18:1,24 19:12,13 25:4,6 29:9 30:1,24 31:20 32:4,7 33:8,15 37:12,23 38:1,15,22 39:8 41:1 42:14 43:13, 25 44:6 46:6,13 48:3 51:14,23 53:2,9 54:24 58:15,17 59:23 61:5 62:2,15,20 63:1,7,12,18 65:6 67:12 68:3,10 69:17 70:21 71:3 73:1 74:1,21 78:3,11,15, 18,23 79:6 81:8 83:16 85:1 86:1,5, 11,19 87:2 88:9,15,18, 23 89:4,14, 24 90:6 92:18 94:1,9 95:18 97:25 98:3,5 100:15 103:1 104:15 105:13 106:7,15,17 107:10 108:23 109:22 112:15,21 117:6,15 118:20 119:13 120:8,18 121:2,17 123:5,11 127:1 130:7, 12,15,20 131:2,7,11 132:16 134:23 135:3 136:18 137:1 138:6,9 145:1,9,15, 24 147:4,13, 15 148:4,9, 15,23 149:9, 21 150:8,17 152:15 153:24 154:6,7 157:18,23 161:3,8 163:5 165:3 167:7 168:2, 7,22 169:1, 9,12 171:11 175:2,7,11, 15 176:22 177:2,3,24 180:1 183:12 188:21 191:4 192:4,8 196:13,20 197:1,25 198:7,19 199:1,24 202:22 203:3 206:21 207:5 208:17 209:4,11 211:18,24 212:7,13,18, 19 213:25 214:10,15,19 215:2,4,9, 15,22 216:4 218:1 222:3, 4 224:18 225:15 231:17 234:4,8,11 236:20 237:9,11 238:2,8 239:4,9,12, 19,25 240:10,21 242:4,6,17 243:7,17 244:14,21 245:14,23,25 249:6,11,17 251:1,2 256:25 259:4,5 260:12,18 265:6,10,17 270:5,16,25 271:3,25 272:4,9 278:5,7,14 279:1
**routine**
223:14,24
**rule**
96:11
**ruled**
173:17
**rules**
11:12 209:1
**ruling**
205:4
**run**
55:18 122:17,18 204:14
**running**
122:11

**S**

**S-OXIDE**
246:21
**safe**
56:12 244:9
**safety**
115:25
**sake**
85:25
**salary**
147:19,24 148:2,3
**saliva**
144:15,17
**salivary**
149:17
**salt**
193:5,6 194:1,2,13
**sample**
228:2,19 235:15
**samples**
41:9 227:14 235:16 236:2 237:18,23 253:4
**Saraca**
26:12,23 186:12 187:1 189:4
**sat**
76:13
**save**
20:13

**saying**
39:21,22,24 45:24 50:3 53:16,23,24 54:12 60:17 65:25 69:19, 21,24 70:3, 16 76:7,8 80:3,23 83:20 84:24 87:8 89:16 92:2,12 110:9 117:24 118:22 126:15 127:3,20,23 128:3 133:16,21,23 134:9 143:25 144:2 153:9 155:15 156:9 159:16,24 173:12,14 174:3,9 177:13,16 180:18 182:23 190:9 191:5,20 193:3,14,18, 24 204:9 205:4 207:13 208:1 217:19,23 221:12,14,16 227:7,25 229:19,25 230:15,17 232:7 236:24 239:16 252:15,21, 23,25 253:20 255:13 258:19 261:13 265:1 267:5,13,14

**says**
20:1 21:4 34:22 38:12 41:10 47:15 51:6 52:5 60:8,20 70:6 73:4,18 98:11 101:8 114:22 115:9,24 118:25 126:10 127:11,16 129:21 132:13 133:11 140:8 142:22 161:10,13 163:17,22,25 164:1 182:2 183:18 198:14 199:19,22 200:17 201:4 210:22,25 220:24 222:9,23 225:1,25 226:6 232:13 235:1,2 243:5 246:22,25 252:8 262:12 267:20

**scheduled**
76:14

**scheme**
45:19 67:20, 21 75:20 161:5,12 177:7 226:3, 6

**schemes**
85:15 170:23 172:24

**SCHMITZER**
17:23 19:11 46:12 51:18 53:8 59:22 68:5 71:1 78:13 123:9 131:5,9 150:6,15 154:5 175:9, 13 197:23 198:4 212:10

**science**
23:10 24:8 46:1 61:10, 12 108:4 123:3 209:2

**scientific**
122:8 276:8, 9,13,18,20

**scientist**
23:19 27:25 62:11 71:16

**scientists**
22:22 23:19 65:18 111:21

**Scotland**
49:16

**scraping**
259:3

**screen**
9:22 58:19 123:14 249:18

**screening**
111:7

**screens**
9:16

**scroll**
71:11 72:14 73:3 125:13 139:5,23 158:2 198:20 212:4 251:3 262:6

**scrolling**
24:1

**searching**
76:18

**Searle**
17:8,9,12 68:11,20 69:19 72:9 76:3 106:12, 20 110:3 124:4,7 150:10,19 154:9 155:21 158:3 159:10,11, 12,13,15,24 160:5 183:14 187:15 188:23 191:21 192:11,16 233:16,25

**Sebastian**
71:9 72:15 74:8 75:11 76:3 77:13 79:8 106:11, 20

**second**
15:9 18:14 25:17 38:3 115:9 133:25 174:19 198:1 211:17 215:10,17 246:15 270:14

**secondary**
128:1 129:6 185:14 232:18 268:25

**secondment**
22:14

**seconds**
270:15

**section**
23:23 114:16 217:6 222:16 227:5 230:20

**secunded**
21:22

**see**
18:2 33:21 34:8,21 35:4,25 36:13,14,18 38:2,7

41:10,19 44:14 45:21, 22 46:17 52:3 69:1,2 71:10 72:13 76:5 88:6 101:13 113:16 115:6,13 123:21 125:7 129:21,23 132:8 134:1 139:24 154:15,18 157:13 158:2,3 161:9 167:10,17 171:10 178:4 181:25 182:5 184:4 187:19 192:22 194:4 199:19 200:3,4 201:1 202:17,23 203:1 204:19 211:3 225:3, 22 226:2,3, 4,5 227:11 230:5 235:18 246:25 247:5 248:3,7,8 249:21 251:20 253:5,20,24 259:13 261:7 262:12,16,25 263:5 264:15 265:21 266:23 268:1 271:6

**seeing**
85:17 159:2, 5 161:9 162:18,20 170:10 171:9 178:7,9,11 229:23 265:2

**select**
17:4

**self-replicating**
52:19

**sending**
110:3 212:2

**sense**
48:24 50:11, 18,25 51:3 109:8,14 167:23,24 232:14

**sensitivities**
182:18,20

**sentence**
34:22 39:10 114:10 123:19 132:4 134:3 159:25 190:12 217:5 222:24 229:8 230:16,21 246:11,20 262:20 266:15 267:19

**sentences**
135:5 231:23

**separate**
164:13 168:22 214:17

**separately**
55:19

**September**
34:4,10 39:11 41:25 42:9 46:25 48:13,17 51:20 53:5 59:19 60:1 63:22 66:9 71:4 72:2 76:1 77:23 81:14 85:2 106:18 109:13 113:4,23 174:1 250:20

**September/october**
23:14

**series**
68:12 105:25 257:4

**serious**
38:6,17

**session**
81:12 87:14 95:16 113:22 238:13

**sessions**
122:11,18 238:25 274:11

**set**
214:5 215:20

**setting**
9:18 23:20

**seven**
272:2

**seven-month**
113:9

**several**
41:2 59:1 88:25 128:20 130:16 155:13 223:19,20 257:10

**share**
215:8

**sharing**
72:8

**Sheehan**
14:16 18:20 22:9,18 29:8,24 30:5,21 31:1,11,22 32:1 35:19 37:7 38:11, 18 39:5 40:23 42:3, 11,18 43:12, 23 44:2 47:24 50:16 51:10 53:22 54:21 56:9, 15,21 58:10 59:13 60:9 61:4,22 62:22 63:4, 9,14 64:13, 23 65:3 66:2 67:9 69:8 70:5 72:1,19 73:17,23 74:6,18 76:19 77:2, 11 78:8,17, 21 80:6 83:13,19 84:3,6,22 85:24 86:3, 8,17,23 87:7 88:17,20 89:3,13 90:5 91:13 92:10 93:22 94:7 95:11 96:3 97:19 98:1, 24 100:3,13 102:20 103:14 104:14 107:7 111:16 112:6 116:11,17 117:9 118:17 119:11 120:1,6,10, 21 121:7,12, 18 126:8,24 128:14,24 129:11 132:11,20 133:18 134:19 136:5,16,25 139:4,15 140:21 142:12 143:15

144:6,23
146:15
147:1,3,9,25
148:6,11,19
149:4,19
152:5 157:6
160:6 169:7,
11 170:14,20
171:5,17
173:13 174:8
176:25
177:19
178:17
179:10,23
181:16
182:15
188:12 191:1
196:11
197:20 198:9
199:22
202:19,25
203:5 205:17
206:1,8
208:15,24
213:18,21
214:8 215:21
217:22
218:12
221:25
224:12,22
225:13
236:13 237:4
239:2,6,10,
15 240:8,16
241:3,24
242:13
243:3,12
244:5,12,18
245:8 247:20
248:2 252:17
253:2,17
258:5,23
261:10
263:20 264:7
266:5 267:22
269:12,16
270:2,17,21
271:5,17,19
272:6,11
278:2,8,22

**sheet**
214:13

**shipment**
219:1,3,7

**shook**
115:18

**short**
78:10 271:9

**shortly**
235:7

**show**
164:1 184:13
189:23
221:21
226:25
247:21
248:20 254:9
276:14

**showed**
42:21 77:16
103:6 116:20
137:17
165:21
166:12 169:5
258:7

**showing**
138:3 162:1
200:12,13,15

**shown**
48:1 81:7
84:13 87:10
90:1 96:20
110:7 119:5
129:14

**shows**
90:2 134:17
220:7,10,12,
13,15,18,21

**side**
45:13 50:7
55:25 60:14
80:3,5,10,
13,15 82:3,
4,8,9,20
83:1,2,17,22
84:18,21
88:12,14
91:23 151:12
156:19 177:6
194:22
220:8,10,13,
17,20,25
247:13
249:3,4
254:16 256:6

**significance**
156:10 160:2
247:9

**significant**
122:6 159:5
160:12
171:19 227:8
250:11 256:3

**significantly**
259:11

**similar**
15:11,13,15
51:12 79:21
147:11
168:20
169:17
174:16,17
178:10
238:20,22
248:18
250:4,6
254:2

**similarly**
16:23

**simple**
200:16

**simply**
160:19
193:14

**Singapore**
71:20 184:18

**single**
23:8 221:11

**sir**
43:1 69:12

**site**
84:14 267:2,
6,10 268:4,
15

**sites**
81:1 185:15
186:2 266:18

**sits**
56:5

**size**
26:13

**skip**
212:18

**Skype**
46:22 68:18

**slide**
82:7 83:7
84:19 85:12,
20 86:13
87:23 88:7,
10 89:15,20,
23,25 90:1,
8,10,11,14,
18 91:3,25
92:15,20
95:7,8
97:10,14
98:2,4,6
100:21,23
102:9 106:8
164:25 165:7
168:5,18
175:21,23
176:12,18
180:11,14
182:9
214:12,22
215:20

**slides**
82:24 83:7
87:15 99:20
102:4,12
176:10,23
212:22
213:13
214:2,6
215:16

**slight**
104:6,8

**slightly**
190:3,18

**slower**
69:13
**slowly**
260:8
**small**
213:7
**smart**
72:15
**SMS**
186:14
**sodium**
127:5,15,21 136:23 137:5,18 138:25 139:14 140:1,6,11, 19 141:1,8 144:11
**sold**
235:9
**solid**
99:12 159:7 160:19 189:18 217:4,8,10, 15,18,23,25 223:4 232:24 260:7 275:6, 14,16 277:13
**solution**
35:1 41:9,17 217:12
**solve**
28:3
**solvent**
45:2 190:4
**solvents**
45:1 100:9 188:18
**somebody's**
122:5
**sort**
111:24 133:9 134:19 189:8 234:24
**sorts**
49:16
**sound**
202:2
**source**
59:16 90:19, 23,24 105:6 106:6 128:13 153:10,14 157:1,13 164:6,8 166:22 226:9,14 229:2 232:2, 11 253:1 259:11 262:14
**sources**
76:20 94:24 126:6,12 170:19,21 213:2 219:21
**spans**
243:22
**speak**
11:17,22 12:13 13:14 60:4 238:13
**speaker**
9:17
**speaking**
278:17
**spec**
138:14,16 152:8 182:12 200:23 202:18 203:14,24 204:14
**Special**
236:19
**species**
54:1 56:4 65:15 66:6 72:25 92:17 105:25 106:3 129:5 153:19 169:23 170:7,8 223:8 264:10 267:4
**specific**
25:21 28:6 29:3 37:18 38:20 66:5 67:25 83:4 104:4 105:17 113:20 130:6,11 151:18 156:13 161:17 182:19 188:14 195:21 200:10,11 201:8 235:6
**specifically**
16:21 44:20 75:14 114:1 124:17 125:9,24 129:12 137:14 151:9 157:11 219:12 239:5 268:6,24
**specification**
101:3
**specifics**
240:3
**specify**
264:21
**spectometry**
138:15,17
**spectroscopy**
183:2
**spectrum**
200:9,11
**speculation**
146:16
**spend**
16:16 32:16, 25 123:2 149:13
**spent**
16:21 29:1 171:20 173:7
**spiked**
156:23 157:10 180:23
**spiking**
229:9 235:17
**spoke**
37:5
**spoken**
17:9,12
**spot**
92:16 135:2
**spotlight**
9:18
**spotlighted**
9:16
**stability**
57:7 127:17 184:13 187:18 189:21 191:17 206:7,9,13, 15 225:12,17 235:1
**stable**
127:19 164:16 193:5,15 194:1 225:9 227:3
**stamp**
46:24 47:2 197:24 198:3,8
**stand**
14:3 138:13 139:9 184:21
**standard**
49:7 72:21 75:19 195:10 224:2 233:10,11

**stands**
177:4 196:4
**start**
11:18 28:11 57:24 59:2 127:18 162:2
**started**
37:5 240:12 278:18
**starting**
32:9 84:10 113:3 126:21 158:1 173:25
**starts**
100:21 123:18 125:16 126:10 166:17 168:12 230:21 266:14
**state**
11:5 50:9 99:12 159:7 160:19 189:18 217:4,8,10, 18,24,25 223:4 232:24 260:7 266:7 275:6,14,16 277:14
**stated**
40:22 48:16 50:10 58:4 94:17
**statement**
10:9 36:10, 15,20 38:10 39:19 40:1 41:25 45:20 55:21 80:2 89:9 91:10, 18 99:10 193:1 199:25 220:23 251:25
**statements**
262:19
**states**
35:12,18 55:13 73:11 185:23 186:1,16,17 219:18 221:21 222:18 228:15,25 230:8,21 231:8 232:10 235:9 250:3, 5 255:24 264:1
**static**
250:25
**stating**
36:9,24 41:6 97:4 99:7 106:21
**statistician**
81:24
**stenographer**
11:16
**step**
23:18 167:8 230:9,12,14 232:3,5
**steps**
18:16 19:1 27:15 125:1
**Steve**
11:8 18:21 31:1 32:2 43:24 46:15 47:3,4 49:15 67:10 72:9 78:8 85:24 86:10,24 97:20 98:2 120:21 121:15 134:20 147:25 212:17 258:23 271:8
**Stevenage**
55:8,9 81:19
**stick**
187:18
**stock**
148:25
**stoicheiometric**
77:3
**stoichiometric**
129:2 170:2
**stoichiometry**
140:2
**stomach**
144:11 149:23
**stood**
111:10
**stop**
34:20 37:24 108:8 109:4 176:8 198:16
**storage**
206:19 218:16 219:1,2,5 259:23 260:2 261:3
**stored**
127:20 178:13 196:5,6,7 219:14
**story**
184:6 191:19,21
**straightforward**
187:10
**strange**
222:14
**strategy**
186:22
**strengths**
140:16
**stress**
230:2
**stressing**
228:15,18
**strike**
23:24 42:23 62:15 70:21 87:19 89:18 91:24 119:7 138:6 140:5, 17 147:13 152:11 153:24 192:25 242:4 265:6 269:21
**stroke**
15:5
**strong**
221:23 222:5,19 262:18
**stronger**
221:18
**strongly**
227:15 234:22
**structural**
182:3
**structure**
96:19 110:7, 10,20 111:6, 13 152:23 247:6,8,11, 15,17,21 248:7,20,23
**structures**
97:15 159:22 176:19 180:15
**struggle**
64:18
**struggling**
28:2 165:11
**students**
122:11 123:1
**studied**
30:11,12

81:6
**studies**
39:15 57:14, 15 99:10 101:24 102:5 106:1 116:21 117:12,13,20 118:1 122:18,24 134:12 166:11 180:22 181:2 222:13 226:24 227:1 258:7 262:21 263:9,11 264:1,4 270:12 276:18
**study**
25:2,7,8 42:20 43:1,4 102:1,8,13, 16 116:14, 15,19 117:1, 4,11,17 118:23 119:2,4 120:3,11,15 129:14,17 130:17,22 131:1,13,16, 19,25 132:12,18, 21,24 133:7, 9,17 135:6 136:11,22 137:16 138:19 139:25 142:9,10,11 144:9 145:2, 3,4,6,7,8 146:1,3,7 147:2 151:13,18 157:9 160:5 179:13,25 183:5 194:16 197:10 220:3 223:10 229:9 233:5,6 245:15,20 246:1,6,7,9 248:18 250:22 253:6,9 259:19 261:22 264:25 265:5 276:25 277:4,6,9, 16,20,23,25
**studying**
171:21
**stuff**
120:16 184:3,8,12 187:8,9 188:1,2 189:20 190:1,6,10, 11,12,13,15, 16,19,20,24, 25 191:5,6, 8,9,11,12,13 192:2 211:6 259:15 274:20
**stuff/bad**
187:24
**subject**
31:9 49:20, 24 55:22,25 122:7 124:8 135:14 158:6 229:5 239:5, 14,16 240:2 257:11 266:10 278:17
**subjected**
56:14 144:4, 10 146:3
**subjecting**
228:18
**submission**
44:10 114:12
**submitted**
20:8
**subsequent**
253:8
**subsequently**
54:7 66:21
**substance**
22:24 217:2 230:23
**substances**
126:22
**substantive**
210:8
**substoichiome tric**
140:1
**subtle**
188:16 191:24
**subtly**
168:21
**sufficient**
39:14 129:10
**suggest**
192:19 276:10,21
**suggested**
154:25 155:13 156:5
**suggesting**
54:15 71:21 120:13 153:18
**suggests**
46:1
**summary**
45:20 131:25 215:24 216:6 219:17 246:11
**summer**
105:18
**supervising**
122:10
**suppliers**
26:12 219:7
**supply**
22:24 26:10 47:4 71:16 186:19
**support**
10:4,8 52:1 66:7 80:8 84:25
**supported**
174:10 274:19 276:2
**supporting**
266:2
**suppose**
168:21
**sure**
20:17 21:12 47:1 49:15 61:18 78:21 79:20 81:24 97:8,9 101:4,7 103:12,23 105:16,17 110:15 114:2 117:18 118:18 121:7 125:8 151:9 155:18 159:13 173:5 175:17 178:18 179:4,12 183:16 186:5,8 200:1 201:15,23 202:9 216:14 223:9 228:7 233:12 253:8 270:3
**surface**
188:14
**surprised**
137:11

**surrogate** 153:17,18
**surround** 257:3
**suspect** 64:17 143:8, 10
**swallowed** 132:9 144:17
**swallows** 115:21
**swear** 10:21
**swears** 10:23
**Swiss** 35:16
**Swissmedic** 33:10,18 34:23 35:6, 7,14,16,21 36:9,21 38:3 39:11,19 41:5 44:8 45:25 48:1, 4,10,20 52:21 89:5 91:8,15 240:12 250:6
**Switzerland** 35:8,21 250:7
**sworn** 11:3
**synthesis** 122:24
**synthetic** 25:12,15
**system** 68:15,16 115:25 196:3 258:17,18

**T**

**table** 140:8 141:18 227:9 246:19
**tablet** 68:22 104:11 144:17 151:2 178:13 194:8,14 265:1
**tablets** 43:11,14,21 47:23 68:24 103:22 104:5 146:6,11,23 147:6,8 259:24 261:3,15,21 274:3
**take** 9:21 18:3, 16,25 25:4 26:3 31:13 43:6 46:6 52:17 58:15 70:15 78:10, 15 88:23 90:3 97:17, 19 106:7 112:15 121:13 130:3 145:9,12 148:21 149:7 178:18 179:7,20 183:7 194:23 196:24 197:25 206:21 214:5 236:18 238:1 251:8 256:25 259:10 260:11 271:6,7
**taken** 9:24 79:3 101:2 145:21 149:24 174:24 179:1 207:2 211:21 238:5,19
**takes** 50:7 119:3 139:25
**taking** 12:11 45:12, 13 65:17 138:4 179:4, 8 205:21 251:13 264:16,22
**talk** 77:7 102:15 130:17 145:16 161:4
**talked** 77:8 83:1 180:13 240:13,17
**talking** 60:22 79:11 84:3 102:16 118:5 139:15 146:1 150:20,23 172:20 183:15,16,17 185:7 192:11 198:2,7 207:25 211:6,7 223:22 231:12 233:24 263:10 266:1,9 268:5
**Tanner** 42:25 43:4 102:13,16 116:15,19 120:3 129:14,16 130:17,22 131:1,13,16 145:12 146:1,3,7 183:5 276:25 277:4,16,22, 25
**target** 115:25
**tasked** 57:20 74:9 84:8 158:17, 25
**tautomeric** 56:5
**tautomerism** 167:9,11
**teach** 122:21
**teaching** 122:15,16
**team** 46:23 72:8 124:20,25 125:2 155:24 236:24
**Teams** 14:19,20,23 68:18
**technical** 26:10 27:8 28:14 71:17
**technician** 10:4
**technique** 182:19
**technology** 138:11,18,21 183:1,4
**tell** 16:20 70:1 141:2 148:3 183:23 201:19,24 204:11 205:10,11 208:19 223:16 237:5
**telling** 54:11 69:5 70:11 76:3 113:15 141:6 163:12

187:19
188:3,6
193:8 203:22
204:4,17
217:1,17
227:2 229:22
237:6 264:25
277:10,11
**tells**
139:6 184:1
204:23 205:5
**temperature**
56:8,19 57:5
119:18
142:17,20,24
143:1
149:22,23
206:16
218:5,9,23
219:6 228:19
259:22
**temperatures**
57:3,4
143:3,7,12
144:5 146:3
261:4,14
269:25
**ten**
12:11 33:2
257:23
**tend**
20:18 181:2
**tentatively**
152:8
**tenured**
121:20
**Teraoka**
270:9
**terminology**
114:2
**terms**
51:1 99:9
111:25
188:19
191:23
223:11
232:24
**tertiary**
67:2 77:1,5,
9 81:3 82:15
127:25
128:5,7,11,
12,16 129:3,
4,7 135:13,
19,20,22,24
136:3,13,15
141:4
162:16,22
173:18
177:12,17,21
178:1 181:20
232:17
262:23
273:21
**test**
42:21 44:5
72:4,6 76:4
96:5 133:10,
12 144:19
184:13
189:21
224:20
**testament**
273:14
**tested**
54:8 68:23
69:6,20,21
95:23,24,25
138:24
139:2,7
140:6
141:10,16
144:4 146:23
206:7 230:23
231:2,5
**testified**
272:1,12
275:18
**testifies**
11:3
**testimony**
10:17 86:24,
25 87:1
208:5 239:1,
8 240:2
266:6
272:14,20
277:1
**testing**
33:12,19
41:16 42:1,
5,10,13,17,
19 43:20,23,
24,25 68:25
71:22 87:10
206:7,9
224:5,6
230:2 235:20
236:12,23
**tests**
35:2
**Tet**
173:8
**tetrahedron**
75:16 173:6
**text**
228:14
**textbook**
75:5
**thank**
100:20 109:1
128:19
130:14 136:8
141:13
146:12
152:24
153:16 167:6
169:11 182:9
215:3 243:18
256:20
270:21
278:2,14
**thanks**
17:24
**theme**
169:16,17
172:24
**theoretical**
209:14
**theoretically**
226:22
266:21
**theory**
29:2 73:5,
11,18,24
74:12 161:24
170:5 196:12
226:15,17
248:4
**thermal**
228:15,18
**thermometer**
149:24
**thing**
20:1 28:19
32:23 45:2
50:21,25
69:3 120:13
133:6 162:10
199:11
229:22
254:15
**things**
26:3 33:4
96:4 111:25
113:21,22
126:15
176:20
194:19 203:2
221:12,15
223:4 225:9
229:20
260:22
**think**
32:4 33:6
34:4 52:5
55:18 58:1
59:2,5 60:15
62:1 74:10
75:15,20
93:13 99:8
102:3 108:1,
5,24 109:8
110:1 111:2,
25 114:7,9
125:25
129:15 139:5
151:17
155:2,7,19,
23 157:8

164:15 169:4,10 173:8 176:3 184:7 185:10 186:12 190:18 194:17 208:8 209:5 210:13,14 216:20 221:25 233:2 242:18 248:23 250:11 253:19 263:15 274:16

**thinking**
32:19,21 49:5 60:11 108:8 109:4 171:25

**third**
15:12 25:18 118:22

**third-party**
71:17

**thorough**
241:9

**thought**
16:15 33:7 93:20 96:1

**thoughts**
111:22

**three**
13:23 16:22, 24 106:18,25 118:19 170:13 269:24

**three-hour**
15:5

**threshold**
224:20

**ticket**
210:4

**till**
15:21

**time**
9:25 10:7 11:17,22 14:22 15:11, 13 16:16,19, 21 19:7,22, 24 21:23 24:24 25:1, 17 27:10,21 29:1 32:16, 18,20 33:5 34:11 41:7 43:3 46:24 47:1 49:5 57:13 61:17 67:18 71:25 77:25 78:2, 20,22,24 79:5 93:19 108:8,14 118:15 120:13 123:2 124:23 126:3 130:6,18 132:23 138:19 145:17,23 149:13 165:8,9 166:4,5 173:15 174:20 175:1 185:5,7,9 189:3 197:16 205:23 206:3,17,23 207:4 211:9, 19,23 225:8 236:3 237:2 238:7 246:23 270:17,18 271:8,11,16 279:2

**times**
13:23 15:1, 3,17 19:20 58:4 60:12 130:16 133:4 207:24 272:17

**tissue**
179:22

**titanium**
75:21

**title**
21:24 22:11, 14 40:11 198:17 226:4

**titled**
265:18

**today**
9:24 11:9 13:2 43:4 89:1 102:1 117:22 130:16 172:14 229:13 241:8 242:2 246:2 249:2 272:2, 12 275:18 278:16

**today's**
212:11

**told**
48:20 68:20 148:6 207:11 255:13 277:6,8

**tolerance**
25:8

**Tom**
13:23 14:14, 16 86:1 88:9,15 89:24 97:17 121:11 213:25 215:20 239:19 242:15 243:5 271:19

**Tom's**
148:21 149:7 239:24

**tomorrow**
53:12

**top**
34:21 64:3 76:6 77:19 169:4 180:18 198:15 221:22 230:6 267:12

**topic**
55:19 116:13 125:16 275:20

**totals**
202:14

**toxicological**
23:5 270:11

**toxicologist**
40:2,8 116:1 117:20 133:19 211:8

**toxicology**
23:5

**trace**
28:9 29:6 77:5,7,13,14 81:5 99:12 100:10 108:7 128:18 129:4,10,13 141:3,6 143:19 151:6 160:20 164:9 169:22 187:21 188:20 189:7,10 190:4 223:19,20 235:3 241:6 256:11 260:8,9 264:10 274:8,9,23, 24 277:13

**trailed**
31:24

**trained**
174:4
**training**
172:3
**transcript**
17:15 207:9
**transported**
178:14
219:14
**treat**
80:24
**treated**
80:17 258:14
259:12
**treatment**
258:15
**trialed**
274:22
**trials**
245:11
**tricky**
99:15
**Triethylamine**
204:1
**true**
41:25 152:16
263:17
**try**
32:22 104:8
160:16
165:25
198:22
**trying**
107:18 109:9
170:4 171:25
175:13
**tubes**
133:10
**turn**
41:3 75:23
81:8 82:10
98:17 129:19
133:25 184:8
212:3 224:25
227:4 250:16
**tutor**
72:16
**tutorials**
122:11
**two**
14:8,11
15:21,22
16:25 20:11
41:3 91:4,10
92:6 93:15,
16 108:19,21
115:3 129:2
131:14,15,17
134:15 135:5
160:23 169:2
186:12
194:19
203:22
212:11
220:24
221:12,15
222:20
231:23,24
234:23,24,25
270:15
**two-**
15:5
**TX3C**
11:2
**type**
31:18 74:14,
17 80:19
91:14 125:3
171:23
172:18,22
173:2 211:6
217:12 235:8
245:3
**types**
138:2
**typical**
178:21
**typically**
171:10
178:15,25

**U**

**U.S.**
10:4,8 35:15
55:16 186:2
**ubiquitous**
76:22
**Uh-huh**
113:8 150:25
224:3
**ultimately**
23:4 123:24
224:24
256:11
**unable**
194:10
**unacceptable**
80:20
**uncertainty**
115:11 116:7
**under-**
49:9
**undergo**
226:7
**undergoes**
229:1
**undergoing**
248:16
**undergraduate s**
122:20
**underlying**
75:11
**underneath**
226:6
**understand**
11:24 12:15
18:8 19:5
35:6,22
49:11 58:13
60:21 109:9
112:1 113:18
141:25
142:7,14
156:11,16
160:1,17
181:9 198:17
211:4,7
231:1 244:2,
7,16,19,24
245:1,6,10,
12 256:15
278:19
**understanding**
36:2 38:9
39:18 40:5
60:25 64:15
69:7,19 70:8
71:24 73:21
74:4 103:17
155:16 171:2
191:23
201:25 206:6
213:23 220:1
222:10 223:1
224:4 225:6
230:12 232:4
243:25 245:4
275:11
277:15
**understood**
12:19 21:9
30:14 49:10
50:5 53:19
111:24
188:13
189:13,15,17
215:21
273:8,10
275:3,6
**undertake**
241:1,21
242:10
244:2,15
245:5
**undertaken**
102:18
**underway**
41:7
**underwent**
248:11,24
**unfavorable**
275:8
**unfavored**
159:6
**unit**
139:8,13
205:9

**United**
35:12,18
55:13
185:23,25
186:16,17
235:9 250:3,
4
**university**
24:14 121:22
122:8,13,14
**unknown**
217:24
**unprecedented**
94:23 159:7
217:16 223:5
273:13
274:20
277:12
**unrelated**
112:11
**unspecified**
224:15
**unstable**
56:25 269:25
**update**
20:13,14
175:4
**updated**
21:2
**uploaded**
161:2 168:25
215:7 249:13
**uploading**
196:22
**uptake**
190:4
**urea**
111:2 112:2
151:14,16
159:17,24
160:22 162:5
164:14,17,21
165:15,17,
18,20,22
166:2,3
167:18
192:12
227:19
228:10,16
229:2 230:8,
13,18
**urine**
68:2 246:12,
24 247:3
248:10,15
251:13
252:25
253:4,21
255:12,14
**Urquhart**
53:11,17
54:25 55:21
57:17 70:24
71:6 72:8
106:11,19
124:4,12
233:16 234:2
**usage**
178:21
**UTC**
9:25 78:25
79:5 145:18,
23 174:21
175:1 206:24
207:4
211:20,23
238:3,7
271:12,16
279:3

**V**

**vague**
179:23
**Vaguely**
155:23
**Valisure**
69:10
**varies**
70:12
122:17,18
**variety**
236:17
**various**
114:17 213:2
**Varying**
119:14,16
**verbal**
12:3
**verbally**
10:16
**versa**
192:2
**version**
20:12,14
88:16 90:1,
11 97:21
**versions**
20:10
**versus**
207:25 228:2
**vice**
192:2
**video**
9:15,16,19,
21 10:3
11:15 13:11
14:20
**VIDEOGRAPHER**
9:7 78:22,24
79:4 145:17,
22 167:2
174:20,25
206:23 207:3
211:19,22
238:3,6
259:1
270:19,22
271:2,11,15
278:24 279:2
**Videotaped**
18:3
**view**
9:17 45:25
232:15 240:1
**Vitae**
9:4
**vitro**
116:21
132:21
277:23
**vivo**
66:12,19,24
67:19 68:1
115:11,15,20
116:19
117:19
132:18,19,23
144:10
**VP**
27:8

**W**

**waive**
10:19
**want**
9:21 32:1,2
43:5 78:15
86:8 97:23
111:24
114:19
120:25 121:3
133:4,6,24
140:10,18,25
148:12 168:3
198:3,22
201:21
212:13 214:4
215:8 236:18
243:8 246:17
260:23 262:9
**wanted**
114:1,16
130:9,16
145:12 192:3
197:18 198:4
**wanting**
111:19
198:19
**wastewater**
258:13,14
**watching**
278:20
**water**
57:1 76:24
143:20,21

257:6 258:4, 8,13 259:12, 16,17 262:22 263:12 264:5

**way**
12:8,18 25:19 32:22 53:20 56:5 59:14 60:17 64:21 65:11 72:17 73:14 87:12,24 92:15,17,19, 21,22 93:20, 23 99:2 100:5 104:16 113:24 116:22 141:25 142:4 146:11 147:5 150:14 159:25 164:16 165:12 167:1 172:1 181:19 187:15 192:20 193:16 201:8 210:20 211:5 214:2 230:15 232:19 234:12 253:24 264:3

**ways**
60:15 61:24 62:4 92:6, 12,14 99:5, 25 170:5,12 190:7 207:25 208:12,21

**week**
51:24 59:25 71:5

**weekly**
159:18

**weeks**
14:24 19:18, 23 20:5,7, 16,21,24 21:11 60:11 131:14,15,17

**weight**
160:11 201:10,12, 14,20,24 202:1,6,11 204:2,11,25 205:1 207:12 211:1 228:10

**weights**
200:12

**well-documented**
274:1

**well-known**
74:16

**well-understood**
30:3,19,22 49:19,24 50:12 51:8, 11 273:23

**Wellcome**
24:22

**went**
48:10 218:24 238:12

**Whelan**
27:5,7,18, 19,20 37:5 52:1 59:25 63:20 65:24 66:9 158:22, 23 163:7

**Whitehead**
9:23 11:1,7, 8 12:14 18:2,4,25 19:5,14 24:2 31:21 32:5,8 40:21 42:16 45:21 46:14 53:10 62:23 68:8 69:9 71:4 79:7 86:18,25 87:4,18 88:10,12 112:24 117:2 121:8,18,19, 24 138:10 145:25 147:16 172:2 182:10 183:10 191:19 198:11 212:20 214:1 236:24 238:9 271:19 273:15 275:17 276:24 278:3,16

**widely-used**
266:16

**Wielage**
10:8

**witness**
9:15,17,20 10:16,22,23 12:24,25 148:5,20 149:5,14 155:4 167:2 203:21 236:16 239:3

**witness's**
9:21

**witness-only**
9:15

**word**
73:20 85:6 92:23 107:11,15 233:18 255:3 269:1

**wording**
113:15,18 114:20

**words**
12:2 34:15 50:14 64:1 83:7 88:14 90:12,19,22 91:6 107:18 143:23 191:14,15 200:3 252:2, 13 254:25 267:13

**work**
19:6 21:23 22:17 24:25 26:23 32:22 37:5 44:20 45:8 56:17 77:16 80:12 95:13 99:9 101:25 102:17,22 103:4,12,16, 20 104:7 105:22 111:5 112:4 114:15 151:23 165:25 168:9 170:4 172:13,14 194:24,25 195:15,18 202:12 218:7,18 221:6 235:17 240:4 257:2

**worked**
25:24 54:25 55:4 171:19 195:1,4

**working**
21:21 26:3 27:16 28:11 33:5 55:5,12 100:6 118:10 160:2 216:13 240:25 242:10 243:19 244:1

**works**
171:2

**workshop**
47:7

**world**
185:15
**worried**
140:22
201:22
**worry**
237:21
**worth**
159:16
**wrap**
271:10
**write**
51:2 90:18,
21 91:6 97:3
98:7 184:11
263:23
**writes**
192:16
**writing**
65:23 114:23
115:2 158:3
211:9
**written**
34:4,9 50:17
71:9 76:2
83:7 95:20
126:14 153:8
252:3,14
**wrong**
66:22 114:19
204:6 209:6
246:14
**wrongs**
87:16
**wrote**
39:11 48:23
49:12,18
50:15 53:11
63:19 66:8,
9,14 73:2
83:10,24
84:19 88:5
90:9,10,22
93:19 97:8
114:17
126:16 127:8
153:6 251:14
263:25

**Y**

**yeah**
11:7 12:21
13:13 14:5,
10,13,21
15:8,15,23
16:6,9,23
17:1 19:16
20:18 21:5
24:5 26:18
27:23 29:12,
19,25 32:6
33:25 34:8,9
35:3 36:19
37:3,17
38:4,8
41:21,23
44:4,15,18
45:23 46:5
47:1,15
48:22 51:5
52:4,6,14
54:18 55:2,
11 57:10
58:23 59:7
60:6 61:23
63:21 64:5,
6,25 66:15
67:14 69:4
70:14 71:11,
14 72:14,22
76:11 77:12,
25 79:13,25
81:16,19
82:23 83:9,
14,20 85:11
88:6,8,23
89:22 90:16,
22 93:1,18
94:3 97:13,
19 98:8,14
101:23
102:5,6
110:12 113:8
114:21,23
115:8 116:3
119:17
121:12
122:25
123:22
124:19
125:8,11,14,
19 127:12
129:18
130:13 131:2
133:3 134:2,
7,19,23
135:24 136:1
137:9,21,24
139:8,17
142:25 144:2
146:9 153:7
155:12,15,24
156:3,9
158:24
161:7,12
162:7 163:17
165:2 166:6,
20 167:3,11,
12,15,20
169:15,21
176:16,21
177:9 179:2
180:14 182:1
183:6 184:5
185:7,19
189:22,25
191:7 192:23
197:21
198:14,21,23
199:4,18
200:4 201:2,
5,18 203:20
206:18 207:8
209:16,23
210:6 215:6,
9 216:10,16,
18,20,25
217:17 218:6
219:24
220:22
221:13
222:3,9,25
224:3,19
225:4 226:5
227:18,21
228:20,21
229:4,8,12
232:6,13
234:1,3
235:6,19
236:20
238:15,18
240:20
243:21 247:1
250:8,22
252:22
257:21,24
259:1,4
260:5,12
262:17
263:1,5
265:22
266:7,24
267:1,11,17
268:7,10
269:9 270:16
274:4 279:1
**year**
20:11 21:17
42:6 114:12
172:7,8,16,
17 174:7
241:10
**years**
23:1 40:22
56:20 75:7,
10 116:6
128:9 151:20
166:8 171:20
173:7 179:7
195:17
231:12
243:22,24
244:1 257:23
**yes-or-no**
86:2,12
87:22
**yesterday**
15:19 18:7
19:25 20:3

**yield**
134:6
**yields**
137:12

**Z**

**Zantac**
10:1 35:1
41:9,17
42:2,5
43:11,14
178:19 179:2
277:18
**zero**
141:12,15
**Zheng**
67:18,25
117:18
**Zoom**
13:11 14:20

# EXHIBIT

# 32

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY
LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_______________________________/

VIDEO RECORDED DEPOSITION OF

JOHN S. WITTE, Ph.D.

Taken on behalf of the Plaintiffs

(Via videoconference)

DATE TAKEN: Thursday, May 19, 2022

TIME: 12:08 p.m. - 10:56 p.m. EDT

PLACE: US Legal Support - Remotely

Reported by:
CANDIDA BORRIELLO
JOB NO. 6137219-001

A P P E A R A N C E S:

Appearing on behalf of the Zantac PSC:

ANAPOL WEISS
One Logan Squire
130 N. 18th Street, Suite 1600
Philadelphia, Pennsylvania 19103
BY: JAMES RONCA, ESQ.
CATELYN McDONOUGH, ESQ.
TRACY A. FINKEN, ESQ.
E-MAIL: jronca@anapolweiss.com
cmcdonough@anapolweiss.com
tfinken@anapolweiss.com

Appearing on behalf of the Zantac PSC:
MAY LIGHTFOOT, PLLC
3200 Martin Luther King Jr. Avenue S.E.
Third Floor
Washington, D.C. 20032
BY: JE YON JUNG, ESQ.
E-MAIL: jjung@maylightfootlaw.com

Appearing on behalf of the Defendant,
Chattem Inc., Sanofi U.S. Services, Inc.
Sanofi-Avertis U.S. LLC:

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
BY: AARON H. LEVINE, ESQ.
E-MAIL: aaron.levine@arnoldporter.com

-and-

DLA PIPER LLP (US)
1900 N. Pearl Street
Suite 2200
Dallas, Texas 75201-2482
BY: DANNY TOBEY, M.D., J.D., ESQ.
E-MAIL: danny.tobey@dlapiper.com
-and-



A P P E A R A N C E S: (Continued)

DLA PIPER LLP (US)
One Liberty Place 1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103-7300
BY: BRENNA D. KELLY, ESQ.
E-MAIL: brenna.kelly@dlapiper.com
-and-
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
BY: BRADLEY JENNINGS, ESQ.
E-MAIL bradley.jennings@dlapiper.com

Appearing on behalf of the Defendant,
Boehringer Ingelheim:

KING & SPALDING
1185 Avenue of the Americas
34th Floor
New York, New York 10036
BY: EVA CANAAN, ESQ.
E-MAIL: ecanaan@kslaw.com

Appearing on behalf of the Defendant,
Pfizer, Inc.:

WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
BY: PAUL E. BOEHM, ESQ.
TYLER INFINGER, ESQ.
E-MAIL: pboehm@wc.com
tinfinger@wc.com



A P P E A R A N C E S: (Continued)

Appearing on behalf of the Defendant,
Perrigo:
GOODELL, DeVRIES, LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, Maryland 21202
BY: JEFFREY J. HINES, ESQ.
E-MAIL: jjh@gdldlaw.com

Appearing on behalf of the Defendant,
Pantheon Manufacturing Services, LLC:

BOWMAN and BROOKE, LLP
2901 Via Fortuna
Suite 500
Austin, Texas 78746
BY: JOHN D. GARRETT, ESQ.
E-MAIL: john.garrett@bowmanandbrooke.com
-and-
BOWMAN and BROOKE, LLP
317 George Street
Suite 320
New Brunswick, New Jersey 08901
BY: CHRISTOPHER R. CARTON, ESQ.
E-MAIL: chris.carton@bowmanandbrooke.com

Appearing on behalf of the Defendant,
Walmart, Inc.:
SHOOK, HARDY & BACON, LLP
1325 Avenue of the Americas
28th Floor
New York, New York 10019
BY: THOMAS J. SHEEHAN, ESQ.
E-MAIL: tjsheehan@shb.com



A P P E A R A N C E S: (Continued)

Appearing on behalf of the Defendant,
Teva Pharmaceuticals:
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Miami, Florida 33131
BY: ALEXANDRA B. LAGOS, ESQ.
E-MAIL: lagosa@gtlaw.com

Appearing on behalf of the Defendant,
Mylan Pharmaceuticals, Inc.:

PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
BY: JASON M. REEFER, ESQ.
E-MAIL: jmr@pietragallo.com

Appearing on behalf of the Defendant,
Strides Pharma, Inc.:

LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
BY: ELLEN GONG, ESQ.
E-MAIL: ellen.gong@linklaters.com

ALSO PRESENT:

NICOLE A. COSTELLO, Scientific Specialist
KING & SPALDING LLP

STEVE ROTMAN, ESQ.
COLLEEN RYF, ESQ.
HAUSFELD
One Marina Park Drive
Suite 1410
Boston, Massachusetts 02210

------------------I N D E X------------------

WITNESS: JOHN S. WITTE

| EXAMINATION BY | PAGE |
|---|---|
| MR. RONCA | 8 |

----------------E X H I B I T S--------------

| NUMBER | | PAGE |
|---|---|---|
| Exhibit 6397 | (Previously marked) | 24 |
| Exhibit 6458 | | 58 |
| Exhibit 6420 | (Previously marked) | 69 |
| Exhibit 6399 | (Previously marked) | 90 |
| Exhibit 6410 | (Previously marked) | 101 |
| Exhibit 6457 | (Previously marked) | 114 |
| Exhibit 6401 | (Previously marked) | 162 |
| Exhibit 6459 | | 202 |
| Exhibit 6460 | | 202 |
| Exhibit 6400 | (Previously marked) | 206 |
| Exhibit 6461 | | 233 |
| Exhibit 6406 | (Previously marked) | 237 |
| Exhibit 6423 | (Previously marked) | 249 |
| Exhibit 6440 | (Previously marked) | 274 |
| Exhibit 6462 | | 289 |
| Exhibit 6404 | (Previously marked) | 301 |
| Exhibit 6403 | (Previously marked) | 306 |
| Exhibit 6447 | (Previously marked) | 335 |
| Exhibit 6456 | (Previously marked) | 338 |
| Exhibit 6463 | | 346 |
| Exhibit 6445 | (Previously marked) | 353 |
| Exhibit 6405 | (Previously marked) | 363 |




THE VIDEOGRAPHER: We are now on the record for the remote video deposition of Dr. John S. Witte. The time is 12:08 p.m., New York time, on Thursday, May 19, 2022 in the matter of In Re Zantac (Ranitidine) Products Liability Litigation. The court reporter is Candida Borriello, the videographer is Steve Decanio, and both are representatives of US Legal Support.

The court reporter will enter the statement for remote proceedings into the record and swear in the witness.

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, the witness will verbally declare his or her testimony in this matter is under penalty of perjury.



The parties and their counsel consent to this arrangement and waive any objection to this manner of reporting.

If there are no objections, I will now swear in the witness.

J O H N W I T T E,
called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. RONCA:

Q. Morning, Dr. Witte. My name is Jim Ronca. I'm an attorney representing the plaintiffs in this case. I said good morning. It's good afternoon for a lot of the other people on the call. But you're fresh and early in the morning.

So, can you just state your name for the record?

A. My name is John Witte.

Q. And would it be fair to say that you are a genetic epidemiologist?

A. I'm a cancer genetic methodological



epidemiologist.

Q. So when we take the deposition today, if I ask a question and you don't understand my question for any reason, would you please tell me and I'll try to repeat it or rephrase it?

A. Yes. Thank you.

Q. By the same token, if you answer a question, is it fair for me to assume that you felt that you understood it and you could answer it?

A. Of course.

Q. All right. Are you alone where you're presently located?

A. No, I'm not.

Q. Who's with you?

A. Danny Tobey is with me and Bradley Jennings.

MR. TOBEY: Mr. Ronca, we have an associate in the room. He's happy to be on camera if you want. It's completely up to you.

MR. RONCA: Okay. So with these remote proceedings, Danny, you know the concern is that there will be,

Page 10
J. Witte

like, hand signals or things like that to the -- to the witness. I'm not proposing that you would do that or that your associate would do that, but I think everybody needs to be on camera.
MR. TOBEY: He's already flipped it on. No problem.
MR. RONCA: Great. Okay. And no pejorative thoughts there. Okay?
MR. TOBEY: Of course.
MR. RONCA: Just sometimes you can't resist, like this or --
BY MR. RONCA:
Q. Okay. So, have you been deposed before?
A. Yes, I have.
Q. How many times?
A. Once.
Q. So you understand that you're under oath and that the testimony you give today is the same as the testimony you would give in court?
A. Yeah. I understand that.
Q. And has the same force and effect?

Page 11
J. Witte

A. Yes.
Q. Okay. It's important that you give a verbal answer to your questions. Although we can see you nod, the court reporter can't take that down, okay?
A. Understood.
Q. Sometimes it will happen. I'll try to remind you, okay?
A. Okay.
Q. It's important that we're not talk over each other. Sometimes you might get anxious to answer or I might get anxious to ask a question. We have to try to avoid doing that to the extent we can, all right?
A. Agreed.
Q. If I jump in 'cause I think you've finished an answer and you haven't, would you just please tell me?
A. Yes, I will.
Q. Great. And I'll try not to jump in so we'll see what happens.
Do you have any other communication devices with you in the room?
A. No. I have no communication devices with me.

Page 12
J. Witte

Q. So I want to establish some baseline items.
So, would you agree that epidemiology is a science that studies disease occurrence and in health states and human populations? And I'll leak to you that I took that right out of the textbook latest edition of Modern Epidemiology.
A. Yes. I would agree with that as a -- one of the many definitions of epidemiology.
Q. It's a broad definition. Can we agree on that?
A. Yeah.
Q. And would you agree that epidemiology assesses exposure disease burden in humans?
A. That is a primary focus of epidemiology, yes.
Q. Would you agree that in cancer epidemiology the focus is on trying to determine if certain exposures change the risk of developing a certain cancer?
A. The -- the focus is on, in epidemiology, is assessing the potential

Page 13
J. Witte

association between certain exposures and generally disease outcomes.
Q. And when you say "association," often that's characterized in the nature of risk?
A. It's often characterized in the nature of a relative risk estimate for a given study.
Q. And so sometimes when you have a relative risk greater than one, that's considered a positive association, is that right?
A. It -- it is above one so yes, it is a positive association although that does not mean that it's a causal association.
Q. Understood. I'm just asking about association now.
Numbers above one in a risk assessment are considered positive, and numbers below one are considered negative, is that right?
A. I think in an -- in a -- in a strict definition of greater than one is positive and less than one is -- is negative, yes. But I don't think that someone, I mean,

would necessarily conclude that there is a clear, unbiased association just because a relative risk is greater than or less than one.

Q. Yeah. I didn't ask you that. That's coming, but you're getting a little ahead of us.

Just establishing that one is the dividing line between positive and negative regardless of whether we have yet determined the strength or the association or whether it's a valid association or what the biases is or what the compounders are or any of those additional factors which determine whether -- how much weight you put on association, okay? So I'm just want to find out.

If it's greater than one, it's a positive association, correct?

MR. TOBEY: Objection. Form.

A. Yeah. I think that the reason that I explained that it's -- well, so greater than one is greater than one. I don't know necessarily that we'd have to define it. I mean, it's -- greater than one. You have an



association that's above the value of 1.0.

Q. The reason I'm asking the question is because sometimes when you see in the many articles that we all have looked at related to this case, or any other case, it is sometimes referred to as positive.

So the definition when you see that word "positive association" is that, for whatever reason and with whatever strength, the number was higher than one.

A. I'm not sure exactly what examples you're talking about from the literature on ranitidine. But usually, when an epidemiologist uses that language that it's a positive association, they don't mean necessarily that it's just above one. They're looking at the confidence in a role, whether there's potential bias and compounding.

Q. So your definition is above one but a judgment call by the epidemiologist that it's a legitimate above one.

Is that what you're saying?

MR. TOBEY: Objection. Form.

A. I don't think I'm saying that it's



a judgment call. I think I was referring to you said that the literature had many examples of people using the language "positive association," and I think that epidemiologists generally use that not in an anything goes manner whereby, in -- in a manuscript, they would say there's a positive association when it's clearly basically a no finding.

Q. So can it be a positive association and a no finding at the same time?

A. Sure. Well, I mean in your definition, not my definition.

Q. Got it.

A. Your definition of positive of 1.00001 is positive, then that could very well -- I would assume that -- that depending on the 95 percent interval if it ranged from .1 to 10, that would be, in your definition, a positive association. I'm not sure anyone who would report that result would say we found a positive association.

MR. TOBEY: Doctor, just a reminder to take a little pause before your answer just in case I have an



objection.

THE WITNESS: Sorry.

BY MR. RONCA:

Q. So, have you in studies where you were an author ever stated that there's a positive association where the confidence interval --

(Court Reporter clarification.)

Q. -- confidence interval included one?

A. I am not -- I'm not sure if anywhere in my over 250 publications we said that. I think that the -- that there could very well be, especially if it was an association that was replicating a previously strong result.

Q. Do you know if you've ever said that?

MR. TOBEY: Sorry. Mr. Ronca, we -- it was an audio issue, but we just lost the last half of your question.

THE COURT REPORTER: I'm having that issue as well.

Q. Do you know if you've ever done

Page 18
J. Witte

that, if you've ever said that in one of your 250 published papers?
A. Whether I've said that a association that was above 1.0 was positive when the 95 percent confidence interval included the null value of 1.0. Again, I can't remember whether I did.
Q. Have you ever done it the other way? Have you ever said it was a negative association when the number -- the risk number was below one but the confidence interval included one?
A. Again, I -- I can't remember whether -- whether we said that in a paper in my -- in my career.
Q. Okay. If the principles that you told us earlier were 100 percent correct, then you would have followed those principles in 100 percent of your papers, right?
MR. TOBEY: Objection. Form.
A. If by principals you mean that I said that epidemiologists generally use -- would reserve the term "positive association" to be something that had convincing evidence because it's not believed to be subject to

Page 19
J. Witte

bias or confounding, or I also gave the example where they're replicating a previously reported result and, let's say, your confidence interval crosses the null value, then no, I would disagree.
I think I never said anything about people restricting the term positive or negative to being having a 95 percent confidence interval that didn't cross the null.
Q. So you can see that, depending on the circumstances, a risk that is above one could be considered a positive risk even if the confidence interval included one, depending on the circumstances.
MR. TOBEY: Objection. Form.
A. I think we're talking about associations, not --
Q. All right. Association. I will reask the question.
A. Okay.
Q. Can we agree that, depending on the circumstances, a risk ratio greater than one could show an association even though the confidence interval included number one?

Page 20
J. Witte

MR. TOBEY: Objection. Form.
A. Well, I think that the depending on -- you know, depending on the situation, again, I gave a couple of examples; for example, where you have a very strong, clear-cut, reliable valid association and then a follow-up study detects effectively the exact same risk ratio but the confidence bound just barely crosses 1.0, then I would agree that -- that that suggests kind of a -- a replicated association.
I should point out in this situation looking at the 16 published ranitidine studies, that's not the situation we have.
Q. That's not what I asked you though, but it's fine.
I'm only asking you if, in certain circumstances, a qualified epidemiologist could look at the results of a study where the risk ratio was greater than one and find a positive association even though the confidence interval included one. And I think what you're saying is that can happen.
MR. TOBEY: Objection. Form.

Page 21
J. Witte

A. I think I would need to look to the specific example.
Q. You're saying it can't happen?
A. No. I'm saying that -- that you're asking me for a specific answer to a very -- to a very general question.
Q. I'm only asking if it can happen under the right circumstances. You gave an example.
A. Yeah. I think that -- that let's say the lower bound of the confidence interval was .99 and the relative risk was, you know, 1.5 and the upper bound were two, some epidemiologists -- and that was replicating a previous study that showed a relative risk of 1.5 before and had a very narrow confidence bound.
-- some epidemiologists, they say that -- well, that is a -- a similar association as what we saw in the previous study.
Q. So it can happen?
MR. TOBEY: Objection. Form.
A. I -- yeah. I think that there's -- yeah. It can -- it can happen. I think I

would need to look at specific examples to see instead of making a general statement.
Q. Sure. I mean, I don't want you to get the idea these are trick questions, okay? We'll get to specific examples.
I'm just trying to find out in general principles that you can find a positive association, depending on the circumstances, even though the confidence interval includes one.
MR. TOBEY: Objection. Form. Asked and answered.
A. Yeah. I would -- I would say again it would be helpful to see the specific examples we're talking about.
Q. Well, you gave a specific example. So in that circumstance it's true, right?
MR. TOBEY: Objection. Form.
A. Again, I think it would be good to a see specific empirical example that you're talking about here.
Q. So you won't answer?
MR. TOBEY: Objection. Form. Asked and answered.
A. I'm trying to answer. Again, it



would be good to see a specific example.
Q. Is the example you gave specific enough?
A. Well, we didn't actually identify what the -- what the specific 95 percent confidence interval was for the initial finding.
Q. You identified it in your example, didn't you?
A. I think I identified it for the first -- for the second follow-up finding, not for the first one.
Q. So can you define genetic epidemiology?
A. Yeah. So -- so genetic epidemiology, like epidemiology in general, is the study of determinants of health and disease, but with the addition of not only environmental information, but also genetic information. So more specifically, like ranitidine exposure or other non-genetic exposures, we use very similar methods, study designs and just treat DNA as another exposure.
MR. RONCA: Let's -- can we bring



up Dr. Witte's report, Exhibit 6397?
(Exhibit 6397 was previously marked for identification.)
BY MR. RONCA:
Q. Dr. Witte, I just want to identify this as the report that you prepared for this litigation.
A. Yes, that's correct.
Q. And you did so at the request of the lawyers for the brand defendants?
A. I was retained by the lawyers to write an independent report, yes.
Q. And -- and you charged for doing that work, right?
A. Yes.
Q. And how much did you charge per hour for that work?
A. $700 per hour.
Q. So is -- we review this report. You have a physical copy there with you?
A. I do, yes.
Q. Okay. So you have a narrative report consisting of 39 pages, correct?
A. That's correct.
Q. Then you have on pages 40 to 44 in



the PDF, but not marked on the pages -- oh, I think it is on this copy -- you have a list of 98 references.
A. That's correct.
Q. These are the references to statements that you made in the narrative report, right?
A. Yeah. These are the citations that -- that I cited in the report.
Q. Okay. Then you have Appendix 1, which is 10 pages, pages 45 to 54. Is that right?
A. Yeah. They're not numbered anymore but...
Q. They're numbered on the PDF. Trust me, it's ten.
A. Okay.
Q. All right. And in page 1, you describe the observational studies of ranitidine and cancer?
A. That's correct.
Q. And in that segment of ten pages, you review 14 studies; seven are listed on page 45 as active comparative studies and seven are listed on page 50 as use versus

non-use studies.
A. I think I'm seeing eight under the Active Comparator.
MR. RONCA: Can we go to page 45 in the PDF, please?
Q. Adami, Cardwell, Iwagami, Kim, Kumar, Norgaard and Yoon; that's seven. Is there another one?
A. Kantor.
Q. Kantor. So eight, and the active comparator studies and seven on the use versus non-use studies, is that right?
A. There's eight in the non-use versus use as well.
MR. RONCA: Let's go to page 50. Can we go to 50? Go down a little bit, please. Next page. Next page. Next page. Next page, please. All right.
Q. So what's the eighth study that I didn't count, 'cause I count seven listed there?
A. Starts at -- so Habel's one, Kim's two -- can we scan down? Kim S is number two.



Q. Yeah. I'm looking at your list at the top.
A. Oh. One, two, three, four, five, six, seven. Yeah. So that list, I see why you're -- so, that's, yeah, that's why you only counted seven for the active comparator because I had listed the ranitidine versus others and the ranitidine versus PPI was its own section.
And here, Pottegard is left out. That's -- it's -- it's actually in this list and it's used throughout my study. It's just not in that list right there.
Q. Okay. So it's tagged on to the back of this?
MR. TOBEY: Objection. Form.
A. No. It's not tagged on. It's actually -- it was in the report. There was just this list starting with Habel in parentheses should've had Pottegard listed in there. If we scan down, you'll see Pottegard is -- is written about and it's cited -- it's included throughout my report.
MR. RONCA: Okay. Can we go down a page? Another page. Another page,



another -- there it is. Okay.
Q. So what it is it's there, but it's not listed, is that right?
A. Exactly.
MR. TOBEY: Objection. Form. Go ahead.
Q. Then you have Appendix 2, which is two pages, which is your correspondence with Dr. Cardwell, right?
A. Yes, that's correct.
Q. And then you have Attachment A, which is a List of Materials Considered from PDF pages 57 to 66 and lists 135 items.
A. Yes, that's correct.
Q. Okay. And then, finally, Attachment B is your curriculum vitae. It's the rest of the report?
A. Yeah, that's correct.
Q. Okay. So in terms of what you consider in making up this report, can we find that on your List of Materials Considered, which is Attachment A?
A. Yes. I did have an addition of like four items that I think were provided.
Q. That were provided before you made



this report?
A. I think were just provided recently.
Q. And what are those four items?
A. So, it's number 136 is the McDowell 2021a Excel results spreadsheet shared by Cardwell from that e-mail correspondence. Titled PCCIUR Final Results For Circulation on Request.XLS. So that's the first.
137 is Rule 26 Rebuttal Report of Patricia G. Moorman rebuttal report. Sorry --
138 is the Rebuttable Report of Anne McTiernan, and 139 is FDA Food and Drug Administration Laboratory Test Ranitidine.
Q. Okay. So, you didn't have any of those, though, when you made this report that we're looking at as Exhibit 6397, right?
A. No. I did have -- I didn't have the rebuttal reports, of course, so Moorman and McTiernan. I did have the McDowell information, and that's actually included in my report.
Q. And the FDA information?
A. So I did have that when I was

preparing my report, yes.
Q. So that's a correction to your materials considered list, right?
A. It's an update. It's just providing additional materials considered.
Q. But you had that information and considered it at the time this report was created?
A. That's correct.
Q. And it's not listed?
A. No. It wasn't listed in the original doc of the report.
Q. Okay. Did you make up this List of Materials Considered?
A. I didn't make this up?
Q. Yes.
MR. TOBEY: Objection. Form.
A. When you say did I make it up, did I create it myself?
Q. Yes.
A. So this list, it was -- yeah, it was part of my report that I put together.
Q. You created a list yourself?
A. Attachment A.
Q. Okay. Is that the answer, you



created it yourself?
A. I think that for Attachment A, this was created in consultation with -- with counsel. For the references that we talked about, that was all created entirely by myself.
Q. Okay. So the list of 98 references was created by Dr. Witte, and the List of Materials Considered was created by the lawyers and then you reviewed it, is that right?
A. That's correct. And I reviewed everything that's in the document. And --
Q. And in the review you missed that you had these FDA test results, right?
A. Yeah. It was provided as an update.
Q. No. It was provided to us as an update. You said you had it at the time you created this report, didn't you?
A. Uhm, yes, I did. I think that, uhm -- well, the -- the Excel spreadsheet provided by Cardwell directly to me is -- is mentioned in my report.
It's a little bit -- you know,



we're talking about, that one we're talking about an Excel spreadsheet. Wasn't exactly clear to me how that is supposed to be referenced.
Q. Did you ask the lawyers?
A. Did I ask lawyers?
Q. How that should be referenced?
A. Well, I think that's --
MR. TOBEY: Objection to the extent this is asking for conversations with counsel, the content of the conversations with counsel.
MR. RONCA: I'm not asking the content.
Q. I'm just asking if you asked the lawyers should I include this or not?
A. Well, I was writing this report independently. And so when I wrote the report, I did exactly what I would do in my epidemiology research, which was I provided all of the conversations with Cardwell, and the fact that he was providing me with this.
I then included that information in my report and cited to the paper. This is



effectively supplemental information from McDowell 2021a.
So it's -- it's cited correctly to that publication. I was just trying to make sure that everyone was aware that there was an additional supplementary material that went along with that publication.
Q. But you didn't include it on your List of Materials Considered.
MR. TOBEY: Objection. Form.
A. Well, just to clarify.
McDowell 2021a is included in materials considered, and this is part of that paper.
Q. Dr. Witte, try to listen to my question.
The spreadsheet of information that you got from Dr. Cardwell is not listed on your list of matters considered, is it?
MR. TOBEY: Objection. Form. Asked and answered.
A. Again, that -- that information is noted in the McDowell 2021a paper, and that's listed in my materials considered.
Q. So the spreadsheet is in the

McDowell paper?
A. It's mentioned as -- as that -- so that's -- that spreadsheet gives the information that the study -- all the study results.
Q. Yeah. So --
MR. TOBEY: I don't think the witness was done answering.
Q. Go ahead.
A. In the field what -- what is done, and we can pull up McDowell if you like, where he mentions that -- you know, that this is not the whole -- they're not presenting all of the results so you can specifically look at them.
So to actually undertake a comprehensive evaluation of the literature, one had to get that information. It was basically anyone who is reading this paper who wanted to understand all the results in that paper had to get this information from Cardwell.
Q. Okay.
A. It was a necessary piece of information to actually review the paper and



that paper is noted as information included, that publication.
Q. Okay. Try to listen to my question.
Is the spreadsheet that you got from Dr. Cardwell listed on the List of Materials Considered?
MR. TOBEY: Object to form.
A. Again, I would say that the reason it initially wasn't listed was because it was part of that publication. Citing to McDowell, anyone in the field -- if I were writing a scientific paper that presented results from that spreadsheet from Cardwell from that paper, I wouldn't actually have a separate citation to the spreadsheet. I would just have a citation to the paper in which -- which is based on those results. Because they looked at over 5,000 comparisons, one needed to actually see the spreadsheet to fully evaluate the data on ranitidine and the five cancers of concern here.
Q. I'm not asking about your reference section. I'm asking about this List of



Materials Considered, which is required under the rules of procedure, that you give to us and that it list everything that you considered. This is the list you made up with the lawyers.
And what I'm understanding is you will not answer the question about whether that spreadsheet is listed on this document.
MR. TOBEY: Objection. Form.
A. Again, the -- the -- what I'm trying to answer is that that spreadsheet is effectively subsumed by item number 11 in the attachment.
Q. Okay. It's clear that you're not going to answer the question so just stop. All right? Let's go to a different question.
MR. TOBEY: Objection. Move to strike. Argumentative.
Q. Okay. Are the FDA testing results listed on your list of matters considered?
A. On this list that we're looking at right now?
Q. It's the only list of matters considered that we've talked about.
A. No. They're not included in this



list.
Q. And does the list of matter considered and only list the matter considered, not any other part of your report, just Appendix -- Attachment A, does Attachment A mention the spreadsheets that you got from Dr. Cardwell?
MR. TOBEY: Objection. Form. Asked and answered.
A. Again, insofar as that spreadsheet is part of the publication, then yes, it's listed there because it's part of that paper.
Q. I see. So did you have correspondence with Dr. Adami?
A. No.
Q. Did you get Dr. Adami's spreadsheets?
A. I got his supplemental. I believe there was supplemental information.
Q. What about his spreadsheets?
A. Not sure what you mean, what about his spreadsheets?
Q. Well, you wrote to Dr. Cardwell asking about the -- you know, this is backup information, right?

A. No. Well, okay. I'm not sure exactly what you mean about, what you mean by -- the point you mean by backup information is supplemental material that was required to evaluate the publication.

Q. You --

MR. TOBEY: I think the witness was still answering.

Correct me if I'm wrong, Doctor.

A. No. I was still answering.

So is it okay if I look at the McDowell paper?

Q. Sure.

A. So there's a section on page 15 of McDowell 2021 that I think may help clarify the -- the -- as what you're calling the spreadsheet. So it's a supplemental information.

So there's a section titled Availability of Data and Materials. And in that, they actually state specifically:

...[a]ccess to results for medicines not published in this paper should be directed to the corresponding author: Dr. Chris Cardwell.



So what they mean is that they looked at, you know, over 5,000 drug cancer comparisons, one of which was ranitidine, because they only had 16 pages to present their results. They only presented certain findings that passed a certain level of what they deemed to be interesting for the publication. And the other over 5,000 comparisons, you need to ask them for those data.

Q. So these are -- these are the non-published results?

MR. TOBEY: Objection. Form.

A. No. I was -- I -- sorry. I thought I clarified that.

These are the results that aren't listed in the paper but are part of this study. I mean they talk about how many comparisons they made. But they couldn't -- they didn't have space in the paper to list 5600 different drug cancer health cons.

Q. Okay. My question is -- I mean, your e-mail to Dr. Cardwell literally asks for the non-published results, right?

A. So they were considered for this



publication. They weren't put in the published version of it because they didn't pass the criteria that they set for magnitude of effect and -- and p-value to make it into that paper.

Q. You're not listening to me.

You asked in your e-mail for non-published results, is that right?

MR. TOBEY: Objection. Form.

A. In my e-mail I've said specifically, Would you mind sharing the complete set of non-published results that you referenced in your paper?

Q. Okay.

A. So these are -- these are the results -- so if we look back at their paper.

Q. I don't need you to look back at the paper, Doctor. You already explained that.

Did you ask Dr. Adami for any non-published results?

A. I just -- okay.

No. I didn't ask Dr. Adami for -- I didn't ask anyone for anything except for Cardwell because he specifically said in this



paper that the results that didn't make it into the limited length hard copy of this paper are available on request.

Q. Okay.

(Cross-talk.)

A. Just to clarify.

These are part of this paper. He talks about the 5600 results. They just didn't make it into the version that he presented, and so they're -- I mean these were results that they evaluated for this publication. It's not like this is some other set of data.

Q. Did you take that data and do any calculations from that?

A. No. I just looked directly at it.

Q. All right. So let's go back to page 1 of your report.

I think you said in there:

I provide here a detailed report on the observational studies investigating the potential association between the use of the histamine type-2 receptor agonist (H2RA) ranitidine (also known as Zantac) and cancer.

So that's what your report's about?

A. Well, I -- I provide a detailed report on those studies, yes.
Q. Okay.
A. I --
Q. And you also said:
I developed my opinion after performing an independent search and review of the literature and reviewing material provided to me.
MR. TOBEY: Mr. Ronca, can you blow up the sections you're reading, it's -- on the screen? It's very small.
Q. Starts here at -- after Patheon Manufacturing Services. Okay.
I developed my opinion after performing an independent search of the literature and reviewing material provided to me.
Right?
A. That's -- that's exactly what it says.
Q. Okay. And would it be fair to say that the independent search and review of the literature, all those things are listed in



your references or your List of Materials Considered?
A. Yes.
Q. And all material provided to you, is that listed on your List of Materials Considered?
A. I'm not sure that -- that I -- whether I considered in this report everything that was provided to me.
Q. Well, what other material was provided to you?
A. I'm just -- I'm not entirely sure whether -- whether the material provided to me was actually incorporated into this -- into this report.
Q. That doesn't matter.
What other material was provided to you that's not on your List of Materials Considered?
A. I -- I'm not entirely sure.
Q. Who provided it to you?
A. Well, so, some of the material was provided by counsel for me to determine whether it was relevant to my report.
Q. Yeah. Relevant is not the issue.



You reviewed material provided to you by counsel and it was not on your List of Materials Considered, isn't that true?
MR. TOBEY: Objection. Form. Misstates prior testimony.
A. I think what -- what I'm trying to say is there may have been something I didn't consider that was provided to me.
Q. I want to know, I want you to identify the material that you reviewed that was provided to you by anyone, including the lawyers, in preparing this report that is not on your List of Materials Considered?
A. Everything for -- that I used for this report is in the materials considered.
Q. You're still not understanding my question. Try real hard, okay?
Please identify for us any material you reviewed that were provided to you by anyone, including the lawyers.
MR. TOBEY: Objection. Form. Argumentative.
A. Everything that I considered is noted in my report.
Q. Yeah. That's not what I asked you.



You said in this sentence that you reviewed material provided to me. You've said that some of that material is not on the List of Materials Considered.
I'm asking you to identify for us the material you reviewed that came to you from anyone, including the lawyers, whether you think in your mind you considered it or not.
MR. TOBEY: Objection. Form.
A. Again, everything that I considered in this report is listed. I'm not --
Q. I'm asking you what you reviewed.
A. Well, everything that I reviewed is listed in the report. What I was -- yeah.
Q. Did you get any material from the lawyers that is not listed on the List of Materials Considered?
A. Well, I may have that I didn't actually incorporate it, but I don't -- I don't actually know exactly. I'd have to -- yeah. Everything that's relevant to my report that was considered for my report is listed here.
Q. Okay. But are there things that

you reviewed that were provided to you by the lawyers that are not listed?
A. No.
Q. So everything that you reviewed is listed?
A. That's correct. I think we need to differentiate between reviewed versus provided and --
Q. I didn't write this sentence, Doctor. You wrote it. It says:
I developed my opinion after...
And then you said:
...reviewing material provided to me.
Correct?
A. That's correct.
Q. I asked you if all the material that was provided to you was on the List of Materials Considered, and you said there was additional items.
MR. TOBEY: Objection. Form. Misstates prior testimony.
A. Says: ...review of the literature and reviewing material provided to me.
It doesn't say reviewing every



single thing that may have crossed my desk.
Q. It doesn't matter. I want to know what material was provided to you.
MR. TOBEY: I'm not sure if there's a question.
Q. Can you tell us the material that was provided to you?
A. The material that is relevant to my report that I base my report on is noted in my report.
Q. Okay. Are there anything that you deem not relevant that was provided to you?
A. Again, everything that I reviewed is noted in my report.
Q. So there -- you're saying under oath that there's nothing that was provided to you that you reviewed and it's not in the report?
MR. TOBEY: Objection. Form.
A. Everything that's relevant -- that is relevant to my review is noted in the report.
Q. Were you provided with any documents from any of the defendants?
A. You mean the defendants' --



Q. -- hired you?
A. -- reports?
Q. Were you provided internal documents from GSK or Sanofi?
A. Gosh. I -- I don't recall.
Q. Were you provided the GSK hazard assessment?
A. I don't -- I did not review that for my report.
Q. Did you receive it?
A. I don't recall.
Q. Do you have a file of all these materials that were provided to you?
A. Yeah. It was -- those materials were provided as a file.
Q. And you still have this file?
A. Yeah. I assume so.
Q. So we could recreate it if we needed to, right?
MR. TOBEY: Objection. Form.
A. I'm sorry. Can you repeat the question?
Q. If we needed to recreate a list of all the things you were provided, it's possible, right?



A. Again, everything that I reviewed for my report is listed in my report.
Q. Yeah. You -- you keep missing the question.
MR. TOBEY: Objection. Form.
Q. What was provided to you, can we recreate that list?
A. I assume so.
Q. Good. So, Doctor, would you say that none of the studies included in your 98 references or in your materials considered are studies that involve genetic epidemiology?
A. These studies are focused on -- primarily on ranitidine H2As and cancer. I'm just looking. I -- I don't know that any of these would be discussing with genetics because that's, you know, looking at DNA as an exposure, where we're focused here more on ranitidine as an exposure.
Q. Sure. Can you agree that none of the studies in your 98 references or on your List of Materials Considered discuss genetics?
A. I would have to look at them. To

say with certainty, I would have to look at them article by article. But in general, the report is focused on cancer epidemiology.

Q. And the 16 studies that you cited in your Appendix 1, none of those are focused on genetic epidemiology, right?

A. That's correct. It's focused on potential association between ranitidine and the five cancers of concern here.

Q. Part of preparing this report, is it true that none of your research involved ranitidine and cancer?

A. That's correct.

Q. None of your prior research has involved nitrosodimethylamine, also known as NDMA, correct?

A. That's correct. None of my prior research looked at -- has looked at NDMA. Although, I should -- although, I am an expert in cancer epidemiology and methodological epidemiology. Insofar as the methods used here in the epidemiologic research goes, I have extensive research experience.

Q. Yes. But none of your prior



research involved NDMA?

MR. TOBEY: Objection. Form. Asked and answered.

A. None of my prior research has focused on NDMA; although, I do have expertise in cancer epidemiology and methodological epidemiology, which is directly relevant to the studies and how they were designed, analyzed and interpreted.

Q. But you have not applied any of that knowledge to the study of NDMA yourself?

MR. TOBEY: Objection. Form. Asked and answered.

A. Again, I have not undertaken a study looking at NDMA; however, my expertise in epidemiologic methods and cancer epidemiology is applicable to the question at hand and the studies that were undertaken here.

Q. None of your prior research involved nitrosamines?

MR. TOBEY: Objection to form. Asked and answered three times, Mr. Ronca. Is there a different question?



MR. RONCA: It's a different question. I asked about nitrosamines, not NDMA.

MR. TOBEY: Okay. You can answer, Dr. Witte.

A. No. None of my research has looked -- actually, can I look at my CV for a second here?

Q. Go ahead. I searched it, but you can look through it.

MR. TOBEY: Objection to attorney commentary.

A. So, yeah, none of my research has looked directly at nitrosamines. Again, my expertise is in cancer epidemiology and epidemiology methods, which would be used for an observational study to evaluate that potential association, whether it's the design, analysis or interpretation of results.

Q. You keep telling us that. Okay.

MR. TOBEY: Mr. Ronca, I'm just gonna -- I've been letting this go a little bit, but your tone and the content of these questions is



bordering on abusive, if not already abusive. I would ask you to please ask more courteous questions of the witness.

MR. RONCA: Danny, the witness is being totally evasive and you know it, so that's --

(Cross-talk.)

MR. RONCA: -- the response he's getting. If we just get straight answers to obvious questions, we wouldn't have this problem.

MR. TOBEY: Mr. Ronca, you're using phrases like "try real hard." I mean, that's just -- I will ask you to use a little bit more courtesy in your questions.

MR. RONCA: And I'll ask the witness to use more courtesy in his answers.

MR. TOBEY: I think he's been --

MR. RONCA: All right?

MR. TOBEY: -- very, very professional towards you and patient. Why don't we take a break? We've

been going about an hour.
MR. RONCA: Can I just finish a couple more questions before we get there?
(Cross-talk.)
MR. RONCA: Can I finish my line? Okay.
BY MR. RONCA:
Q. Do any of your published papers use inverse probability of treatment waiting?
A. Sorry. I'm just -- I'm looking through my CV. (Document review.)
I'm not entirely sure. I think that there -- there are some projects where whether it's been made it into the papers, I'm going to say no right now.
Q. Do any of your published studies involve occupational epidemiology?
A. No. Insofar as occupational epidemiology, the methodology falls under the rubric of epidemiology methods and it focused on cancer -- cancer epidemiology methods, then that is an area that I've extensively published on but not occupational epidemiology.



Q. Have you ever done an exposure matrix for an occupational study?
A. I have not, though I have for nutritional epidemiology.
Q. In the textbook that we mentioned, Modern Epidemiology, 2021 edition, there are various chapters on the different types of epidemiology, right?
A. Yeah. There's chapters on different types of epidemiology and different methodologies in epidemiology.
Q. You wrote the chapter, along with a co-author, on genetic epidemiology, right?
A. That's correct.
Q. But there are other listed branches of epidemiology, including occupational epidemiology. That's one, right?
A. If what you mean is that there's a chapter on occupational epidemiology, yes, that's correct.
Q. There's a chapter on nutritional epidemiology, correct?
A. That's correct. There is a chapter on nutritional epidemiology.
Q. And there's a chapter on pharmacal



epidemiology?
A. I believe so. It would be helpful to see the table of contents.
Q. Can I share my screen?
A. Yes.
MR. TOBEY: Dr. Witte, you don't need to answer that.
Mr. Ronca, who was that directed to? I'm sorry.
MR. RONCA: That was directed to Steven I think. No. John. John.
DOCUMENT TECHNICIAN: Counselor, you can share your screen.
MR. TOBEY: I'm sorry. Are we marking this and putting this into evidence? I'm confused what we're doing.
MR. RONCA: Yeah. What we'll do is screenshot this, and we'll put it into evidence.
Can you do that, John?
DOCUMENT TECHNICIAN: I can. It will be blurry. You can screenshot your screen and it will be clearer.
MR. TOBEY: Mr. Ronca, since



you're going to do just a couple more questions --
MR. RONCA: Also still in the same line. This question is pending.
MR. TOBEY: Well, I do want to put an exhibit in. I'm not sure if we're screenshotting or what.
MR. RONCA: Yeah. He asked me to show him this to respond to his question. That's the only -- I didn't show it. He asked me to show is.
(Cross-talk.)
MR. RONCA: Answer this question. Then you can have your break, okay?
MR. TOBEY: Let me just get a little something on the record here.
You're asking him to remember details about a document, and he asked if he could see the document. If you don't have the exhibit ready, we're happy to take a break, go off record. It's been an hour and something anything way, and you can get your exhibits ready.
MR. RONCA: He's looking at it.

We're all looking at it. I just want to ask him. He said he wanted to see the table of contents. Here it is.
(Cross-talk.)
MR. TOBEY: Mr. Ronca, I do object to just sharing your web page. I don't know what that accomplishes.
But you can try and ask him a question if you want.
MR. RONCA: Sure.
(Exhibit 6458 was marked for identification.)
BY MR. RONCA:
Q. Does the textbook Modern Epidemiology, to which you're a contributor, list separate sections on infectious disease epidemiology, reproductive epidemiology, psychiatric epidemiology, clinical epidemiology, molecular epidemiology, genetic epidemiology, injury and violence epidemiology, social epidemiology, environment epidemiology, occupational epidemiology, nutritional epidemiology, and pharmacal epidemiology?
MR. TOBEY: Objection. Lack of



foundation. Reference to an unauthenticated website.
Q. Is that true?
A. I'm sorry. The -- the question is what you're sharing there is the list of Chapters 32 to 43 in the most recent Modern Epidemiology?
Q. Yes.
MR. TOBEY: Same objection. And document -- whatever this document is speaks for itself.
A. That's what -- what the website that you've gone to says.
Q. Okay. I mean this is the E-copy of the book. You have a copy?
A. I do.
Q. Okay. Well, maybe during break you could check. We're going on a break now.
THE VIDEOGRAPHER: The time is 1:16 p.m., and we're going off the record.
(Whereupon, a brief recess was taken.)
THE VIDEOGRAPHER: The time is 1:29 p.m., and we're back on the



record.
BY MR. RONCA:
Q. Dr. Witte, during the break, did you have any discussions regarding substance with the lawyers?
A. Well, they told me not to take anything personally.
MR. TOBEY: You don't -- you don't have to get into what we said. But he's asking you about, like, substance.
A. Oh, no.
Q. Good. All right.
So Dr. Witte, what is a carcinogen?
A. A carcinogen is a -- something that causes cancer, simplest sense.
Q. And what is a mutagen?
A. Mutagen is something that impacts -- well, impacts DNA which cause -- can cause cancer.
Q. Theoretically, would a single exposure to a mutagen -- strike that. Let me ask it again.
Theoretically, can a single expose sewer to a mutagen, after several steps,



result in cancer in a human?
MR. TOBEY: Objection. Outside the scope of the report.
Q. You can answer though, Doctor.
A. Oh. I think I would need a more specific example. And again, I'm an epidemiologist, expertise in epidemiology methods, cancer epidemiology.
Q. So you don't have the expertise to answer this question?
A. Well, I would need a -- a very specific example.
Q. Give me a mutagen that you've studied.
A. So, well, again, in epidemiology, we're generally studying things like diet that aren't necessarily themselves considered mutagens.
Q. But you're a genetic epidemiologist, so I assuming that includes the study of genes and DNA.
Am I right?
A. So I do study DNA. This is generally the DNA that -- that you're born with, your germ line genetics.

Q. And isn't part of what you study whether those genes might be prone to certain exposures and, therefore, prone to developing cancer from those exposures?
A. If what you mean is looking at kind of gene environment interactions between DNA and environmental things, yes, I -- we do look at that.
Q. Okay. So you do understand the process by which a mutagen alters a DNA and that can lead to cancer, right?
A. Yeah. In a general sense, of course.
Q. Of course. I mean you wouldn't be a genetic epidemiologist and not understand that, right?
MR. TOBEY: Objection. Form.
A. Again, our work is primarily focused on germ line genetics and how it interacts -- I mean the environment could be physical activity for example.
Q. But the environment could be exposure to a carcinogen too, right?
A. That's -- that's correct.
Q. And some of your studies, in fact,



have looked at that, right?
A. Yes.
Q. I don't need any specific ones but some have, right?
A. We have looked at the interaction between, say, dietary items that -- that may contain potential carcinogens.
Q. So is a process something like this: A mutagen can alter the DNA and, therefore, change the inheritance of these cells as they divide and that could end up, after several steps, with a neoplasm?
MR. TOBEY: Objection. Form.
A. Could you restate the question? There was...
Q. Please re- -- let me read it back myself.
You said: We have looked at the interaction between -- it's not typed right. I will restate the question. How's that? Okay.
Does the process work like this: A cell is exposed to a mutagen, the mutagen alters the DNA of the cell -- in other words, the cell mutates -- and after the mutation,



the cell could then go on to divide and form other mutated cells and that could, ultimately, in the right circumstances, end up being a cancerous tumor, is that right?
MR. TOBEY: Same objection as to scope of the report.
You can answer if you can.
A. Yeah. I -- if you give me a specific example, I think what you're asking -- well, I shouldn't say what you're asking.
So if what you mean is that a -- well, again, I'm not an expert in mutagenesis, but I think that cancer is caused by alterations in DNA and there's a multi-step hypothesis. I don't think that anyone would argue in this case that a single dose of -- or a single exposure to -- I don't -- I shouldn't get into a specific examples maybe.
But yeah. I would say that that's -- I don't, in general, in human immunologic data, I don't think that the understanding from humans is that a single dose of a mutagen will cause cancer in a



general sense. But I think if you want to talk about specific examples, present those.
Q. Okay. But a mutagen causes a cell to mutate, is that fair?
A. A mutagen can cause an alteration in the DNA, but I don't -- it's not like a -- a light switch that's just on or off.
Q. Not what I'm asking, okay?
It can happen. A mutagen can cause an alteration in DNA.
MR. TOBEY: Objection. Form. Asked and answered.
Q. Is that right?
MR. TOBEY: Objection. Form.
A. The -- I'm -- I'm -- I don't think a single -- yeah. I don't think the four epidemiologic studies that we considered that a single mutagen causes cancer.
Q. Not my question.
The way a mutagen causes cancer is that it alters the DNA and causes the cell to mutate.
MR. TOBEY: Objection. Form.
Q. As a general statement, is that correct?

MR. TOBEY: Same objection.

A. I think that -- that a single dose of a mutagen -- again, I'll just go back to an epidemiology.

We don't anticipate that a single dose of something that has a mutagen in it would cause cancer.

Q. Yeah. That's not what I asked you.

I'm asking you: The way that a mutagen can cause cancer, not limited to a single dose, is that the mutagen causes a change in the DNA in a cell and the cell mutates.

MR. TOBEY: Same objection. And just, Mr. Ronca, so I cannot interrupt you on every one of these, I'll just ask for a running objection that this is all outside the scope of the report.

MR. RONCA: You have it. You have it.

MR. TOBEY: Yeah.

Q. Can you answer it?

MR. TOBEY: Objection to that.

A. Yeah. I will just say that's



outside of my report and what I'm -- what my expert report touches on here.

Q. So as an expert in genetic epidemiology, you can't answer that question?

A. I think it's outside the scope of my report.

Q. Yeah. Is it outside the scope of your expertise is my question.

A. Well, I don't think I've undertaken any mutagenicity studies.

(Cross-talk.)

Q. Do you know what a mutagen is?

A. What's that?

Q. Do you know what a mutagen is?

MR. TOBEY: Objection. Harassing.

Q. 'Cause if you do, just explain it to us.

A. I guess we discussed it's something that alters DNA which causes -- can cause under certain circumstances uncontrolled cell growth.

Q. And that uncontrolled cell growth can start with a single cell being mutated, correct?

A. Yeah. I think, you know, again,



I'm not a cancer biologist.

Q. So you don't know the answer?

A. I think I would prefer to defer to other experts.

Q. 'Cause it's not within your expertise?

MR. TOBEY: Objection. Form. Asked and answered.

A. I think that -- that you're -- that I would defer to experts in cancer biology.

Q. So if the plaintiffs had experts in this case in cancer biology or toxicology or pathology or any of those things, they would be better able to talk about that than you.

Is that what you're saying?

MR. TOBEY: Objection. Form.

A. Again, my -- my focus here is on the observational epidemiologic studies.

Q. Yeah. I'm asking about your general expertise. Because you told us several times that you're an expert in cancer, so that's why I'm asking you these questions.

MR. TOBEY: Objection.

Q. So my question is coming.



Can you answer the question I asked you, which is: Can cancer start by a single cell being mutated?

A. So again, I would defer to an expert in that field. And just to clarify, my expertise is in cancer epidemiology and epidemiology methods and genetic epidemiology, so observational studies.

Q. Yeah.

MR. RONCA: Let's bring up Exhibit 6420. Pull up the top of it. Blow it up a little bigger so we can see the top.

(Exhibit 6420 was previously marked for identification.)

MR. TOBEY: And let me just ask the witness, since I think this is the first new exhibit in the Box.

Can you see it?

THE WITNESS: Yep.

MR. TOBEY: And you're able to open it okay and look at it?

THE WITNESS: Yep.

MR. TOBEY: Okay.

BY MR. RONCA:

Q. Can you identify this?
A. Yeah. This is my National Institutes of Health biosketch -- biographical sketch.
Q. Right. Good through 2/28/2023?
A. Well, that's not -- these are updated monthly. This is the form -- the unfilled form is good through that date.
Q. Okay.
A. The format is set by the National Institutes of Health.
Q. Sure.
MR. RONCA: So can we look at the next section, please.
Q. So you say here:
I have extensive experience designing and undertaking large-scale genetic epidemiologic studies such as supposed here. My research program encompasses a synthesis of applied and methodological work, with the overall aim of deciphering the mechanism underlying complex diseases and traits.
That's your statement, right?
A. That's what it says on my biosketch, yes.



Q. Right. And so those mechanisms underlying complex diseases, that include cancer?
A. The complex diseases include cancer, yes.
Q. And you understand and decipher the mechanisms underlying cancer?
A. Yeah. I think that -- I mean that's what it says there. But my overall -- the overall aim is deciphering the mechanisms underlying complex diseases and traits.
Q. Wouldn't you need to understand the mechanisms in order to decipher it?
A. Well, mostly in -- in the large-scale studies that we undertake, we're looking for associations.
Q. Okay. And then it says you're ongoing projects include -- go back. Go back. I'm sorry.
My research is focused on evaluating pleiotropy, polygenic risk scores, and prostate cancer in large-scale cohorts of diverse populations.
That's your statement?
A. Yeah. I'm not --



(Cross-talk.)
Q. My question is, is that your statement?
A. That's my statement. I should say I'm not sure exactly where this -- this was written.
The first sentence:
I have the appropriate scientific background and initiative for this project.
So this was specific to a -- a -- I don't know where this -- for a particular application to the National Institutes of Health.
Q. Right. You're telling them what you're good at so you can get the project, right?
A. Well, it says relevant to my role in that project.
Q. Right. Your research has been focused on --
MR. TOBEY: You have a copy that you can scroll through if you need more than just what this little box is showing you if that's what you're asking.



Q. You ready for a question?
A. Yes.
Q. Okay. So, pleiotropy is understanding the shared genetic basis of different cancers and diseases?
A. The pleiotropy is the relationship between different genes that cause multiple different outcomes.
Q. These are the same genes where the DNA is located?
MR. TOBEY: Objection. Form.
A. Could you restate the question?
Q. Sure.
A. So I understand.
Q. As I understand what you wrote here in trying to get a grant, understanding the shared genetic basis of different cancers and diseases, that's the definition of pleiotropy.
MR. TOBEY: Objection. Form.
Q. Right?
A. The definition of pleiotropy is the shared genetic basis of any diseases. It's not just specific to cancer.
Q. Yeah. It says different cancers

and diseases. I read that.
MR. TOBEY: Objection.
Q. That what it is? What you wrote there, is that what it is?
MR. TOBEY: Mr. Ronca, this is the tone is abusive and attacking the witness.
MR. RONCA: Yeah. All the witness has to say is that's what it says and then we won't have this problem.
MR. TOBEY: No, sir.
MR. RONCA: He's always searching for an angle to get out of the question, which is an obvious question.
MR. TOBEY: Mr. Ronca, you're berating him and I think that is having an effect on his ability to answer. I mean just ask him actual questions and give him a chance to answer.
Q. Here's an actual question.
Did you write understanding the shared genetic basis of different cancers and diseases is pleiotropy?



A. That's -- so that is one of my ongoing projects at the time this biosketch was written.
Q. That's not what I asked you. See, this is what the problem is, Dr. Witte.
I asked you did you write that in this document. And you answered with some other answer.
Did you write that in this document?
MR. TOBEY: Objection to the mischaracterization of the testimony.
A. So, yes, I wrote that in this document. I was just reading the very start of this, which was this is a list of the projects currently underway.
Q. Yeah. The only question pending, sir, did you write the highlighted sentence?
A. Yes.
MR. TOBEY: Objection. Asked and answered.
Q. And when you wrote it, is it true?
A. Is it true that ongoing projects include understanding --
Q. No. No. Is it true that



pleiotropy is understanding the shared genetic basis of different cancers and diseases?
A. Pleiotropy, the formal definition -- the simplest definition is, is one gene that can cause more than one outcome, whether it's cancer or another disease or any other trait like height -- height and something else, so it's that there are particular genes --
Q. That can cause particular cancers and diseases, right?
A. Well, the key is more than one.
Q. Okay.
A. So -- sorry.
Q. So each cell has genes in it?
A. That's correct.
(Cross-talk.)
Q. And gene has DNA in it?
MR. TOBEY: Objection. Form.
A. Yeah. That's what comprises a gene.
Q. Right. And when a mutagen alters a gene, it could cause the cell to mutate, is that right?



A. I think that is the definition of a mutagen.
Q. And when that happens, sometimes that ends up being cancer, right?
MR. TOBEY: Doctor, were you done with your prior answer? I think you were trying to talk.
A. Yeah. So I think a mutagen causes a change in the DNA, right? Whether or not that leads cells to mutate depends on the situation.
Q. Sure. And in some situations, that mutation can result in cancer.
MR. TOBEY: Objection. Form. Asked and answered.
A. I think that's -- that's a general statement.
Q. Right. And it can start with one cell mutating?
A. Again, I would defer to the cancer biologist and -- and other experts as my report is focused on the -- the epidemiology and observational data.
Q. But I'm not asking you about your report. I'm asking you about your expertise

as a genetic epidemiologist.
One cell that mutates could be the beginning of cancer.
MR. TOBEY: Objection. Form.
Q. Depending on the circumstances.
A. Again, it's -- in cancer, there's the general understanding is that multi-hit hypothesis in which multiple hits -- multiple things are altered and causing carcinogenesis.
So what we focus on in genetic epidemiology is what you're born with and --
Q. So what you're born with sometimes is more susceptible to developing into cancer than what some other people are born with?
A. That's what we focus on in general epidemiology, whether it's cancer or any other outcome.
Q. And it can all start with one gene, right?
MR. TOBEY: Objection. Form.
A. Well, again, we're talking about genes that you're born with. That's the --
Q. We can talk about multiple hits. But if one of those genes gets hit and



mutates, it could develop into cancer.
That's the general understanding, right?
A. Again, I'll defer to the cancer experts.
Q. You don't have sufficient expertise to answer that question?
A. Well, I think that it's a generalization that I'm not really prepared to -- to answer right now.
Q. Because you don't have the expertise to answer it?
MR. TOBEY: Objection. Form.
A. Cancer is a very complex process. And you're breaking it down to a single mutation in a single cell causing cancer, and I think that's a generalization that I would defer to a -- a -- an expert who's focused on mutagenesis.
Q. Would you agree that it's possible after multiple hits that one gene mutates and that gene then divides and divides and divides and ultimately becomes a cancerous tumor?
MR. TOBEY: Objection.



Q. After going through several steps.
(Cross-talk.)
MR. TOBEY: Objection.
Q. -- that's possible?
MR. TOBEY: Asked and answered multiple times. Can we get to a new line of questioning?
MR. RONCA: No.
MR. TOBEY: I mean at some point I'm just going to instruct him not to answer. He's said he's not a cancer biologist, and you're not asking about epidemiology.
MR. RONCA: You do that your risk. I'll read back the question.
Q. Would you agree that it's possible after multiple hits that one gene mutates and that gene then divides and that cell divides and divides and ultimately becomes a cancerous tumor? Do you agree that that's possible?
MR. TOBEY: Objection. Asked and answered multiple times.
A. I'll defer to a cancer biologist.
Q. So you can't answer?



MR. TOBEY: I'm going to instruct you not to answer. This is getting abusive again.
MR. RONCA: You can take down the exhibit.
Let's bring up the report again. It's 6397, page 1. I'm looking for the sentence, No major medical or scientific organization.
There it is. The last one under the first bullet. The last sentence of the first bullet.
BY MR. RONCA:
Q. Dr. Witte, you wrote:
No major medical or scientific organization has added prior ranitidine use to the list of cancer risk factors.
Is that what you wrote?
A. That is what I wrote.
Q. Okay. You'll agree, though, that the FDA has with -- caused the product to be recalled and withdrawn from the market because of the presence of a carcinogen in the pills?
MR. TOBEY: Objection. Form.

A. The FDA has -- did recall ranitidine due to the presence of NDMA. To the best of my knowledge, neither they or any other scientific organization has added that use to the list of cancer risk factors.
Q. Yeah. I understand.
It's not a risk factor anymore, but it's off the market, right?
MR. TOBEY: Objection. Form. Mischaracterizes prior testimony.
Q. Right?
A. Yes. It's off the market.
Q. So it's not a risk to anybody right now, right?
MR. TOBEY: Objection. Form.
A. It's -- it's been removed from the market. And again, no major scientific organization or any epidemiologist I know has said that apart from the plaintiffs' experts has said that ranitidine use is causal for cancer.
Q. But the FDA ordered it be pulled from the market, right?
MR. TOBEY: Objection. Form. Asked and answered.



A. Yes. It has been removed from the market.
Q. Because of its cancer risk potential?
MR. TOBEY: Objection. Form.
A. It was removed from the market due to the potential of NDMA.
Q. Which is a cancer-causing agent?
MR. TOBEY: Objection. Form.
A. NDMA has been ruled by International Agency for Research on Cancer to be a probable carcinogen type-2A based largely on animal data.
Q. Okay. So probably means more likely than not?
MR. TOBEY: Objection. Form.
A. I am not sure that IARC quantifies it that way, but it has been quantified as -- reported as a potential carcinogen, probable carcinogen, excuse me, based largely on animal studies.
Q. How do you define probable?
MR. TOBEY: Objection. Form.
A. I think that -- I mean I think my definition is irrelevant to what IARC has



defined it as. It's a probable carcinogen based on animal studies, which means they had insufficient human evidence.
Q. I'm allowed to ask you what your definition of probable is, and I'd appreciate an answer.
MR. TOBEY: Objection. Form.
A. I think I would -- I mean I would return to IARC has defined this as a probable carcinogen. I am not exactly sure whether -- how they're determining probable carcinogens. I mean, like, your question about more likely than not.
Q. So the Merriam Webster definition of probable is: Supported by evidence strong enough to establish a presumption.
Is that your definition of probable?
MR. TOBEY: Objection. Form. Assumes facts not in evidence.
A. I think that it's kind of a -- a situation specific.
Q. How about likely to be true or --
(Cross-talk.)
Q. Is that your definition of



probable?
MR. TOBEY: Mr. Ronca, he was trying to get his answer out when you spoke over him.
Q. Go ahead.
A. That's okay. That's fine.
Q. All right. I mean another definition is: Likely to become true or real.
Do you agree with that definition of probable?
MR. TOBEY: Objection. Form.
A. I think that, again, I don't know. It's a very general statement. You'd have to consider it in a specific situation.
Q. What about the Collins dictionary definition? If you say that something is probable, you mean it's likely to be true.
Do you agree with that?
MR. TOBEY: Objection. Form.
A. Again, it depends on the situation. I don't think -- again, it's NDMA has not been labeled a Type-1 carcinogen. And ranitidine use hasn't been defined by anyone but the plaintiffs' experts as a cause of

cancer.
Q. Okay. I'm asking you NDMA, probable, you can't -- what you're saying to us is you don't have a definition of probable?
MR. TOBEY: Objection. Misstates prior testimony.
A. No. I'm saying that -- that -- that it's situation specific, and I don't know what IARC is using when they are coming up with the terminology probable carcinogen.
Q. Didn't you spend some time working at IARC?
A. I did. I had a sabbatical there.
Q. Like six months?
A. It was a year.
Q. A year sabbatical?
A. Uh-huh.
Q. In your time in the sabbatical, did you ever have an understanding what IARC means by its classification "probable human carcinogen"?
A. I think that for NDMA -- NDMA it has been labeled a probable carcinogen based on animal data. I was -- on my sabbatical I



was not in the monographs group, which undertakes these evaluations.
Q. Okay. When did IARC do the full review of NDMA and make its determination that it was Category 2A, probable human carcinogen?
A. The original report was in 1987.
Q. And has IARC done a full review of NDMA since then?
A. Not to my knowledge.
Q. So if there is any additional human data that may have occurred between 1987 and 2022, that would [sic] not considered in the 1987 designation, right?
A. It would -- it couldn't be in 1987 because it -- you know.
Q. It happened afterwards.
MR. TOBEY: Objection. Form.
Q. They couldn't have -- when they said it was based on animal data in 1987, there was human data that has been studied since that time that they could not possibly have because it hadn't happened yet, right?
MR. TOBEY: Objection. Form. Asked and answered.



A. Yes. They couldn't include something in 1987 that happened after 1987.
Q. I mean they didn't even have the PETA rat study in 1987, correct?
MR. TOBEY: Objection. Form.
A. Anything that was not in -- done after 1987 wouldn't have been done before 1987.
Q. Have you ever seen the PETA rat study?
MR. TOBEY: We're doing my running objection. Outside the scope of the expert report.
A. I'm superficially aware -- I didn't even consider it here.
Q. Yeah. Was it in that book of documents, that file of documents that you got?
MR. TOBEY: Objection. Form.
A. Again, I'm not sure whether it was in that or not 'cause I didn't --
Q. How are you generally familiar with it?
A. Just from the field of cancer epidemiology. So it's not part of my expert



report.
Q. You just generally know about it from the field even though none of your studies in all this time has involved nitrosamines or NDMA?
A. I mean, I'm aware that PETA undertook study -- animal studies with I believe -- well, I shouldn't speculate, but looking at carcinogens. But it's not something --
Q. Was it a particularly large study?
MR. TOBEY: Hold on.
Do you want to finish your answer?
A. Yeah. It's not something that I've looked at at any time recently.
Q. Did you look at it in connection with this case?
A. No.
Q. Was it -- is the reason you know about it because it's a particular large and well done study?
MR. TOBEY: Objection. Form.
A. I would have to go back and look at the study, but it's not something that I considered here. Again, I'm -- I'm

evaluating the epidemiologic evidence of a potential association between ranitidine and cancer, not animal studies.
MR. RONCA: Give me a second, please.
So what do I do if I have an exhibit -- oh, no. I see it here. Can you bring up 6399?
(Exhibit 6399 was previously marked for identification.)
BY MR. RONCA:
Q. I'll represent to you, Dr. Witte, that this is the WHO Concise International Chemical Assessment Document for N-nitrosodimethylamine.
Have you ever seen this before?
MR. TOBEY: Mr. Ronca, hang on one second. Let's just make sure he has it in the Box so he can look at it.
A. I have it.
Q. Have you ever seen this before?
A. Yes.
Q. Was it in the file that was provided to you by the lawyers?
A. I would have to go and -- and



check.
Q. Well, why else would you have this in your possession, can you explain?
MR. TOBEY: Objection. Form. Misstates prior testimony.
Q. Why else would you have seen this document on NDMA that's stamped that it comes from GSK's internal documents? Why would you have seen this other than getting it from the lawyers?
A. Well, there's the possibility that I came across it in my own -- in my own research and --
(Cross-talk.)
Q. Do you know the answer?
MR. TOBEY: Objection. Form.
A. No. I'm not exactly sure.
Q. Was this on your List of Materials Considered or in your references?
A. I don't think that I considered it in my report, so I don't think it's referenced.
Q. It's not on the list; it's not in your references, correct?
A. That's correct. Sorry. I'm just



glancing.
Q. I assure you it's not there.
A. Okay.
MR. TOBEY: If you want to take your time to look at the document, that's your right.
A. (Document review.) I don't see this in my references for material considered.
Q. Okay.
MR. RONCA: Can we go do page 6 of this document? It's sixth page of the PDF I think it is. I'm sorry eight. I'm sorry eight. It's my astigmatism.
Yeah. Can we blow up that red box? That's good enough I think. There you go.
Q. So Doctor, in this WHO, that stands for World Health Organization, right?
A. That's correct.
Q. And IARC's part of the World Health Organization, right?
A. Yes, that's correct.
Q. Okay. So based on this WHO assessment, let's read what the first



sentence says there:
Based upon laboratory studies in which tumors have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic.
Did I read that correctly?
A. You did. I assume by all species, they mean all animal, non-human animals.
Q. Okay. Do you agree that NDMA is clearly carcinogenic?
MR. TOBEY: Objection. Form.
A. Well, I agree with the IARC's report that in animal studies that it's a probable carcinogen based largely on animal studies.
Q. Yeah. That was 1987. This is 2002, so I'll ask the question again.
MR. TOBEY: Objection. Form.
Q. Based on seeing this, do you agree that NDMA is clearly carcinogenic?
MR. TOBEY: Objection. Form. Asked and answered.
A. I think under the specific laboratory conditions in which these experiments were undertaken, that animal

studies -- animal -- non-human animal studies have -- have -- I don't know about -- you know, so it's a probable carcinogen based on IARC.

MR. RONCA: Let's highlight the next sentence.

Q. I'll read it. You tell me if I read it correctly:

There is overwhelming evidence that NDMA is mutagenic and clastogenic.

Did I read it right?

A. Yes, that's correct.

Q. Do you agree that there's overwhelming evidence that NDMA is mutagenic?

MR. TOBEY: Objection. Form.

A. I didn't review the -- the cancer biology of NDMA, and I'm not -- usually you would have citations that would be supporting this statement.

But again, I'm focused on the observational studies in -- in humans looking at ranitidine and cancer.

Q. I'm asking you about NDMA.

MR. TOBEY: Sorry. Is there a question?



MR. RONCA: Yes.

Q. Do you agree that there's overwhelming evidence that NDMA is mutagenic?

MR. TOBEY: Objection. Form.

A. I think based on the animal studies and the doses that they undertook there, again, I -- I haven't evaluated this because it's not part of my expert report.

Q. Is NDMA the contaminant that's in ranitidine?

A. Yes, it is. NDMA has been detected in ranitidine.

Q. And is it fair to say that because ranitidine degrades into NDMA and, therefore, there's NDMA in every pill, the FDA, European Union, United Kingdom, Japan, Canada, Australia, India, and every other country took ranitidine off the market?

MR. TOBEY: Objection. Form. Misstates facts. Miss -- assumes facts not in evidence and is largely attorney argument.

A. All right. Could you repeat the first part of that question?

MR. RONCA: Please read it back.



(Referred to portion of the record was read back by the court reporter.)

MR. TOBEY: Same objection.

A. I don't think any -- not sure anyone knows whether NDMA is in every pill of ranitidine. It was removed from the market because of NDMA detected.

Q. And was that because there's overwhelming evidence that NDMA is mutagenic and clastogenic?

MR. TOBEY: Objection. Form.

A. I'm not sure if that was the determining factor. No one has concluded that ranitidine causes cancer except for the plaintiffs' experts.

Q. What's a DNA adduct?

MR. TOBEY: Objection. Form.

A. This is outside of my report and my general expertise in epidemiology methods, cancer epidemiology and genetic epidemiology.

MR. RONCA: Let's highlight the last sentence, please.

Qualitatively, the metabolism of NDMA appears to be similar in humans and animals. As a result, it is



considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.

Q. Did I read that correctly?

A. Yes, you did.

Q. Do you agree with that statement?

MR. TOBEY: Objection. Form.

A. There were a lot of qualifying aspects of this sentence, including appears likely, potentially.

I think, again, based on the observational data in ranitidine, focused on ranitidine and the five cancers of concern here, there's no evidence from epidemiologic data that ranitidine causes those cancers.

Q. There's no evidence?

A. No convincing -- no reliable or valid evidence.

Q. But there is evidence, right?

A. Well, I think we should -- we could talk about specific studies.

Q. Is it your opinion that there is no evidence of an association between ranitidine use and the five cancers that the plaintiffs have claimed may be caused by ranitidine?

A. It's, as stated in my report, it's my assertion that there's no reliable evidence.
Q. Is there some evidence?
A. Taken as a whole, there's no reliable evidence that ranitidine causes cancer.
Q. Is there evidence?
MR. TOBEY: Objection. Form.
A. No. I'd say there's no reliable evidence that ranitidine causes cancer.
Q. You said taken as a whole there's no reliable evidence.
But is some of that whole evidence showing an association?
A. Not a reliable, valid association that's not due to bias or compounding.
Q. In your opinion?
A. Based on the data.
Q. In your opinion based on the data?
MR. TOBEY: Objection. Form.
A. In my expert opinion looking at the data.
Q. Okay. Do you have the expertise to comment on the first part of this sentence:



Qualitatively the metabolism of NDMA appears to be similar in humans and animals.
A. I don't know what papers they're referring to, so I would have to defer to another expert.
Q. Well, had you reviewed this document, you would see the references at the end.
MR. TOBEY: Objection. Form. And I guess that wasn't a question.
Move to strike attorney argument and badgering.
Q. Do you agree with the World Health Organization that it is highly likely that NDMA is carcinogenic to humans potentially at relatively low levels of exposure?
MR. TOBEY: Objection. Form. Asked and answered.
A. I think, as I've stated, from the observational data looking directly at the question at hand here, whether or not ranitidine causes cancer, there have been 16 published papers and there's no valid, reliable association arising from that work.



Q. Should people be taking ranitidine that has NDMA in it?
MR. TOBEY: Objection. Form.
A. I don't think that's for me to determine. It's been removed from the market as a -- by the FDA. But again, I have not -- the epidemiologic studies that have looked at specifically this question do not show an association, let alone a causal relationship, between ranitidine and the cancers of interest here.
Q. So is it your opinion it should just go back on the market?
MR. TOBEY: Objection. Form.
And also we have been going about an hour. You want to finish this line, Mr. Ronca, and take a break?
MR. RONCA: Sure. Sure.
A. No. I think as I said the FDA has removed ranitidine from the market.
Q. Do you agree the FDA was right to remove it from the market?
MR. TOBEY: Objection. Form.
A. I think -- again, my expert testimony here is focused on the



observational studies that have looked at the potential association between ranitidine and the five cancers.
Q. So if there's no association between ranitidine and the five cancers, the FDA should just put it back on the market, right?
MR. TOBEY: Objection. Form.
A. That's -- I think that the FDA has made that decision and, as a policy decision, I'm not going to opine on the validity of that decision. My focus here is on the observational studies looking at ranitidine and cancer.
Q. Okay. So I have a couple more questions, but they're on a different exhibit but right down this same line.
MR. RONCA: Can you bring up 6410?
(Exhibit 6410 was previously marked for identification.)
BY MR. RONCA:
Q. Dr. Witte, Exhibit 6410 is the Hazard Assessment Report.
MR. TOBEY: Hang on just a sec. Let's make sure that it's in the Box

Page 102
J. Witte
and make sure that the witness has a chance to review -- Dr. Witte, do you see it in the Box?
THE WITNESS: I do, yeah.
MR. TOBEY: Okay. Take your time and look at it and when you're ready, let us know.
A. (Document review.)
Q. Ready, Doctor?
A. No. I'm still looking through the document. (Document review.) Okay.
Q. Have you seen this before?
A. No. I didn't consider it in my evaluation.
Q. Yeah. That's not what I asked you. Please listen.
Did you -- have you ever seen this before today?
A. No. I haven't looked at this document.
Q. Never seen it?
MR. TOBEY: Objection. Asked and answered.
Q. Was it provided to you and you just didn't look at it?

Page 103
J. Witte
A. So I haven't actually seen this document or incorporated it into my report.
Q. Okay. That's fair. All right.
So this is a Hazard Assessment Report done by GSK?
MR. TOBEY: Objection. Lack of foundation.
A. It's titled Hazard Assessment Report and it says, Company Name GSK.
Q. It's one of the companies that hired you in this case?
MR. TOBEY: Objection. Form.
A. Yes, that's correct.
Q. Okay. And this is from 2019? Fifth box down, right?
A. Uh-huh.
Q. So right. And it's a Hazard Assessment Report of NDMA.
MR. TOBEY: Objection. Form.
A. That's what it says, Hazard Assessment Report.
Q. Okay?
MR. RONCA: Next page, please. Let's put a box around the top thing. Right there. Yeah.

Page 104
J. Witte
Q. So in this hazard assessment, GSK determined that NDMA is positive for genotoxicity?
MR. TOBEY: Objection. Form. Lack of foundation.
A. I'm sorry. Was that a question or --
Q. Yes. Is that what it says?
MR. TOBEY: Objection. Same objection.
A. Yeah. So there's an X in the box that says: Yes, positive genotoxicant.
Q. And the comment is that it's both a mutagen and a clastogen, right?
MR. TOBEY: Same objection.
A. That is what it says in the Box.
Q. So were you aware prior to today that GSK designates NDMA as a genotoxin that's both a mutagen and a clastogen?
MR. TOBEY: Objection. Form.
A. Again, I focused on the epidemiology observational human studies in my report.
Q. That's not what I asked you.
I asked you if you were aware that

Page 105
J. Witte
GSK had classified NDMA as a genotoxin that is both a mutagen and a clastogen. You either were aware or you weren't aware.
MR. TOBEY: Objection. Form.
A. So I -- I didn't use this particular document in my report.
Q. So you were not aware?
A. I was not familiar and does not -- did not consider this document in my report.
Q. Do you agree with the assessment that NDMA is a genotoxin that's both mutagenic and clastogenic?
MR. TOBEY: Objection. Form.
A. I would have to look more specifically at this report. I'm assuming that it's based on studies in laboratory animals, non-human data.
Q. Doctor, you know what happens when we assume.
Do you know if that's the response?
MR. TOBEY: Mr. Ronca, you're asking him about a document he said he's never seen before, and then you're chastising him for assuming.
I mean, which is it? Do you want

him to speculate about a document he's never seen --
(Cross-talk.)
MR. RONCA: He can simply say he doesn't know. He doesn't have to assume.
(Cross-talk.)
Q. If you look down lower, there is human studies in there. But I'm just saying don't assume, Doctor.
I'm asking if you agree or disagree.
MR. TOBEY: And if you don't know, it's a fine answer.
Q. If you don't know, it's a fine answer.
A. I'm sorry. I was trying to read through this. And the section just below the box talks about animal studies.
But I don't know if that was the genotoxicant, but I'm assuming it is animal studies. But I don't know for sure because I haven't read this document.
Q. Okay.
MR. RONCA: Can we go to page 6



of 9? The top box.
Q. This GSK hazard assessment says:
NDMA is a genotoxic carcinogen and exposure should be reduced to the extent possible.
Do you agree with that statement?
MR. TOBEY: Objection. Form.
A. Sorry. Can -- can I see what -- I can't see the entire sentence because the red box is actually covering.
MR. TOBEY: So, Doctor, that's why we have the Box.
THE WITNESS: It's on that one too.
MR. TOBEY: It is on -- sorry. Should we just state for the record --
(Cross-talk.)
Q. You said it begins with the word -- with the initials NDMA. I wasn't reading before that.
A. Oh, I'm sorry.
MR. TOBEY: Hold on.
Mr. Ronca, you're interrupting the witness repeatedly. Now you're interrupting me when I'm trying to get



objections and clarifications on the record.
Did you guys modify this document that you have marked and put into evidence? And if so, would you please state that for the record.
MR. RONCA: I don't know what you mean by modify. We put a red box.
MR. TOBEY: Well, I mean, is that a modification to the original document?
MR. RONCA: It's an emphasis on part of the original document. The original document is not modified. The sentence is not modified.
Put your objection on the record, and let's go.
MR. TOBEY: Okay. Objection. Because apparently you have marked up this document in ways where he can't read the sentence in full, and you have not said so on the record.
I mean I'm fine if you want to emphasize things. Just be straightforward about it.



MR. RONCA: I asked him about the last sentence, which begins with the letters NDMA.
MR. TOBEY: And the witness --
MR. RONCA: NDMA is --
(Cross-talk.)
MR. RONCA: -- and exposures should be reduced to the extent possible.
MR. TOBEY: Mr. Ronca, you're asking a witness about a document he's never seen and pulling one sentence out of context, and he said he would like to see the language before that one sentence, which your markup has obscured.
Would you like to produce him a clean copy so that he can at least know the context of the out-of-context sentence you're asking him about?
BY MR. RONCA:
Q. Do you need to see the preceding sentence, Doctor, now that the lawyer's told you that you need to?
MR. TOBEY: Actually, he was the

one who asked to see that.
MR. RONCA: Please -- please take that down. I'm going to share my screen and show it without the box.
THE WITNESS: Thank you.
BY MR. RONCA:
Q. My question is the sentence reads:
NDMA is a genotoxic carcinogen and exposure should be reduced to the extent possible.
Doctor, do you agree with that statement?
MR. TOBEY: Objection. Form.
A. Sorry. I'm just trying to read the -- the whole paragraph so I can put it into context.
MR. TOBEY: Mr. Ronca, we're way over an hour. Why don't we take a break and --
MR. RONCA: I have a question pending.
MR. TOBEY: You can give the witness a clean copy to look at, at the break.
MR. RONCA: He's looking at it.



A. So this is -- it appears, again, and this is the first time I've seen this document, that this is looking at hepatic tumors in rats and inhalation or drinking water, I think.
So I think that -- that in animal studies it appears that they -- that they are concluding that it is a genotoxic carcinogen at doses relevant to -- in the narrow laboratory conditions in which the animal studies were undertaken.
Again, I will return to my report is focused on observational epidemiologic data and whether or not there's an association between ranitidine and cancer in which there's no clear, valid association reported. So --
MR. RONCA: Let's take a break.
MR. TOBEY: I think, can we have that break now? We've let you do quite a bit of --
MR. RONCA: That's literally what I just said.
MR. TOBEY: Okay. Great.
THE VIDEOGRAPHER: Are you ready



for the break, Counsel?
MR. RONCA: Yeah.
THE VIDEOGRAPHER: The time is 2:42 p.m., and we're going off the record.
(Whereupon, a brief recess was taken.)
THE VIDEOGRAPHER: The time is 3 p.m., and we're back on the record.
BY MR. RONCA:
Q. Ready to go, Dr. Witte?
A. Yes.
Q. Talk about any substance during of the break?
A. No.
MR. TOBEY: Okay. Let me just get in an objection. I let it go last time.
I don't think you're entitled -- you know, you're not entitled to ask the attorney-client -- attorney-expect conversations. That's work product.
MR. RONCA: So there's a dispute about this because in the deposition of Dr. Zeiger, which I don't think you



were on, they were asking Dr. Zeiger, which I defended, the same question.
And I said, I don't think you're entitled to know that.
So we can have an agreement across the board as to what the rule is. Then I'm good with it. I don't care which way it goes. Either no conversations or yes, conversations; but what's good for the goose is good for the gander.
MR. TOBEY: Sure. But because I haven't discussed this with any other counsel, let's do this.
Subject to my objection and if you agree I'm not waiving anything, he can answer it this time around. But then I want to talk to the other lawyers and see if they're amenable to a, you know, a universal rule one way or another.
MR. RONCA: Okay.
MR. TOBEY: Okay, so you --
MR. RONCA: Which would've avoided the whole problem of the question what

we were talking about in the first place.
Okay. So let's bring up Exhibit 6457, please.
(Exhibit 6457 was previously marked for identification.)
BY MR. RONCA:
Q. Dr. Witte, you're familiar with this, study by you entitled Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea.
You're familiar with this, right?
A. I am. I don't think I'm seeing it in my Box.
MR. TOBEY: Try hitting refresh if that helps.
THE WITNESS: Okay.
MR. TOBEY: It just popped up for me.
A. Okay. There it is.
Q. Okay. I mean you reviewed this as part of your report?
A. That's correct.
Q. This is one of the eight active



comparative studies you talk about in Appendix 1?
A. Yes, that's correct.
Q. Okay.
MR. RONCA: I'd like to go straight to page 7. I've already highlighted a sentence. Can you pull that out?
Q. Now, this sentence was in the section which talked about the limitation of the study, is that right?
A. Yeah, it is. I think the version that's in my Box has highlights on it.
Q. Yeah, it does.
A. I can't read it.
Q. You can't read the -- you can't read what's on the screen?
A. I'm sorry. The version of -- that I've been shared, the highlight has actually covered all the text.
MR. TOBEY: Let me take a look. I didn't notice that. Oh, yeah. Okay.
So it's odd. It -- it's just yellow with no text, James.
MR. RONCA: What am I supposed to



do about that? This is the exhibit that we uploaded.
MR. TOBEY: You're not asking me that, are you? I don't know the answer to that question.
MR. RONCA: Why can't we just use the one on the screen?
MR. TOBEY: I think he'd like to opportunity to review the whole document is what he was saying.
Q. Dr. Witte, haven't you reviewed this document in detail in order to write your report?
MR. TOBEY: Well, he's entitled to look at a copy --
MR. RONCA: I am entitled to ask him that question.
Q. Have you reviewed it?
A. Yes. I have reviewed it. But if you're gonna pull out part of it, it's very helpful for me to be able to look at the context and -- and the actual report that you're referring to.
MR. RONCA: All right. Bring down the call out. And can you call out



that whole paragraph which discusses limitations?
MR. TOBEY: No, no. I'm going to object here. He has the right to have the entire document from first page to last page and be able to look through it if you're going to ask him about it.
MR. RONCA: Let's take a break. He can look at it for as long as he wants.
MR. TOBEY: I don't want to be here all night.
Is there a way for you guys to provide exhibits that don't obscure the text?
MR. RONCA: This is the exhibit I prescribed -- that we provided, and it doesn't obscure the text.
Let's go off the record. Stay on the stenographic record.
THE VIDEOGRAPHER: The time is 3:05 p.m., and we're going off the record.
***FOLLOWING DONE OFF THE VIDEO RECORDING***

MR. TOBEY: Are we on the record or off the record?
MR. RONCA: On the stenographic record.
MR. TOBEY: As opposed to?
MR. RONCA: The video record.
MR. TOBEY: Why -- why are we turning off video? I don't understand.
MR. RONCA: So we don't have this colloquy on video.
BY MR. RONCA:
Q. Do you have a copy handy, Dr. Witte?
A. This is Yoon, right?
Q. Yeah.
A. Yeah. I have a hard copy of it.
Q. Can you use that instead of the Box?
A. Yeah.
MR. TOBEY: I'm -- I'm fine with that.
MR. RONCA: Let's go back on the video record.



MR. TOBEY: Mr. Ronca, I'm fine with that for any exhibit where he has a copy handy, but we're not -- I just want to give your team a chance to put clean copies of the exhibit or I don't mind highlights as long as you can read the words.
MR. RONCA: Okay. Clearly the one that's in the folder you can read, so I don't know why his Box is doing that and that's not on our end.
MR. TOBEY: I am looking at it as well and seeing the same thing.
MR. RONCA: Okay. That's on your end.
MR. TOBEY: No. I don't think that's been established.
MR. RONCA: Well, when I call up the document, it comes up and you can read it.
MR. TOBEY: Let's talk to the technical people from --
THE COURT REPORTER: Are we staying on the record --
MR. TOBEY: Hey, John, you want to



weigh in on this? We're looking on Box and seeing --
THE COURT REPORTER: Are we staying on the record for this?
MR. RONCA: Yes. On the stenographic record.
MR. TOBEY: I don't understand the distinction. Is time running?
MR. RONCA: No, not for this colloquy.
MR. TOBEY: Okay.
DOCUMENT TECHNICIAN: Yeah. I think the issue is Box, anything that's highlighted. Because it's happening on my end also, and I have more privileges in Box than you guys have.
MR. TOBEY: Well, again, happy to proceed with this particular exhibit because he has a paper copy in front of him. But we're just -- I mean we're entitled to readable copies of exhibits that you're putting into evidence. That's just basic.
So you know, if there's an issue,



you guys can upload clean copies instead of highlighted copies and then highlight on the Zoom version, which is fine, but he'll have a clean version to read it.
MR. RONCA: I'm gonna ask somebody to do that.
(Off-the-record discussion.)
DOCUMENT TECHNICIAN: Mr. Tobey, unless you have credentials that you can give the witness, then that's the only ability. But US Legal sets up so that in an in-person deposition the witness doesn't leave with documents, so we don't give the witness permission to download documents to his or her computer.
MR. TOBEY: I -- I was told at the last US Legal deposition that there's a PTO that says there's no downloading for Box, so I don't think that's an option.
MR. RONCA: Right. Well, anyway, let's go back on the video record.
THE VIDEOGRAPHER: The time is

3:09 p.m., and we're back on the record.

MR. RONCA: All right. So we can bring up Exhibit 6457 again. Just leave it like that for now.

Q. Dr. Witte, this is the limitations section of the Yoon study?

A. Okay. Page 7 of 8, right?

Q. Yes.

A. Yes. I see this. Yeah.

Q. Okay. In the highlighted portion Dr. Yoon writes:

Third, the follow-up period is restricted to seven years; thus, the overall follow-up period is not long enough to assess the onset of cancer.

You see that?

A. I do see that.

Q. Do you agree with that?

A. No, I don't. I think that obviously this study has cancer cases in it so the follow-up period was long enough to assess the onset of some cancer. I think that -- well, I don't want to hypothesize what they meant.



But clearly cancer -- there's been cancer onset that happened in this study, so I'm not sure exactly what they mean.

Q. Isn't what they mean that most often it's thought that cancer development takes 20 to 30 years. In order to really see an effect in a population, you need to follow them for that period?

MR. TOBEY: Objection. Form.

A. I don't know what they mean actually.

Q. Okay. So you disagree that the -- you think the follow-up period is long enough at seven years?

A. I think that -- that for some people, you know, the length of time that it takes to develop cancer is a distribution. It's not like a single number. So for some people that length of time -- or that distributional length of time observed in this study should be sufficient. And I don't know exactly what they mean by this statement.

MR. TOBEY: I think -- hold on.

Q. Go ahead. Finish up.



A. All right. Just because, obviously, in this study they assess the onset of cancer.

Q. So you do not agree that this study has a limitation defined by the study authors that the follow-up period is restricted to seven years, thus, the overall follow-up period is not long enough to assess the onset of cancer?

A. Again, in this study, they have assessed the onset of cancer. I think all epidemiologic studies have limitations. And -- I mean clearly, they assessed cancer onsets. I think that -- so I would agree that, that a limitation of the study is how long the follow-up was, sure.

But you could probably say that about any epidemiologic study almost with cancer. And I disagree with the statement the overall follow-up period is not long enough to assess the onset of the cancer because they've done that in this study.

Q. All right.

MR. RONCA: And can we highlight the last paragraph, the concluding



paragraph? Yes.

Q. And so it says:

To conclude we found no association between probable NDMA exposure through ranitidine and short-term risk of cancer. However, further reach is needed to assess the long-term risk -- the long-term cancer risk.

So, do you interpret that that the authors are saying, yeah, we had seven years so we can make some comments on the short-term risk of cancer, but we can't comment on a longer term risk of cancer?

A. Yes. So I would agree that -- that, you know, that they didn't find any association in their study design, which limited the follow-up period for the development of cancer to the seven years.

I think that it's -- you know, there's no evidence of an association in this study or other observational studies of -- between ranitidine and cancer, whether it's short-term or long-term, when you look at the whole body of evidence.

Q. So, it's your opinion that seven

Page 126
J. Witte

years is long enough to assess the offset -- onset of cancer?
A. Well, I think that -- that I don't know exactly what they mean by assess the onset of cancer or -- so it's my opinion that within seven years in this particular study they did --
THE COURT REPORTER: I hear someone speaking but it's low.
A. I think someone -- sorry. Can you repeat the question?
MR. RONCA: Please read back the question.
(Referred to portion of the record was read back by the court reporter.)
MR. TOBEY: Objection. Form.
A. I think that -- that this one study, that's how long they followed up for and they observed the onset of cancer. So I'm not making the statement that any study just needs to follow up for seven years. Certainly --
SPEAKER: (Indiscernible.)
MR. TOBEY: I'm sorry. I think someone's not on mute. Mr. Heinz

Page 127
J. Witte

maybe?
Sorry. Can we restate the question?
Q. Your last answer was, quote, I think that this one study, that's how long they followed up for and they observed the onset of cancer. So I'm not making the statement that any study just needs to follow up for seven years certain.
Was that the end of your answer?
A. I think that -- that I would add, you know, this is what they've done in this observational study. And they're concluding no association between ranitidine and cancer.
And I would agree with their assessment; that in their study, they found no association.
Q. Would you agree that the shorter to follow-up time the less chance you have of finding cancers if you're looking at a large group of individuals?
A. Certainly the longer you follow a population, the more events you would observe.
Q. Is there a period of time that is

Page 128
J. Witte

too short that you wouldn't observe any cancers that are related to the exposure that you're examining?
MR. TOBEY: Objection. Form.
A. I think it -- it depends. If what you mean is will you see -- yeah. I think that -- not sure that -- that I know exactly what too short of a period. Because wait and see period with time to develop cancer varies from person to person, right?
It's a distribution. It's not a single value or suddenly at seven years everyone develops cancer. It varies a lot.
Q. And do you recall what the IARC preamble says about this?
A. I don't recall what that says.
Q. Do you think IARC would be a pretty good source for determining the latency period for studies that might try to find associations between exposures and cancer?
MR. TOBEY: Objection. Form.
A. I think -- I mean IARC is considered a -- a very highly reputable institution.
Q. And if IARC says that you really

Page 129
J. Witte

need a latency period of 20 to 30 years to find all the cancers, you disagree with that?
MR. TOBEY: Objection. Form.
A. I think I'd be interested to see that statement. It would be helpful for me to see that statement and take it, and so I can put it into context.
But again, cancer latency is a -- is a distribution and you'll have some people who develop cancer faster than others. It's not -- there's not an absolute number.
I should say that -- that in looking at meats and cancer outcomes, the follow-up periods were a similar distribution as what we've seen for ranitidine and cancer. And those follow-up periods were sufficient to detect associations between red meat and processed meat and colorectal cancer.
Q. Yeah. But the -- the Yoon authors didn't think seven years was long.
MR. TOBEY: Objection. Form.
A. They list a limitation that the follow-up period is restricted to seven years.
Q. And say: ...the overall follow-up

period is not long enough to assess the onset of cancer.

A. Again, I don't know exactly what they mean by assess the onset of cancer, because they did assess the onset of cancer. And they had many cancer cases that were detected in their follow-up period and were able to evaluate the potential association between ranitidine and cancer and concluded that they found no association in their study.

Q. We agree that the -- can we call it a latency period, this follow-up period?

MR. TOBEY: Sorry. Was that the question?

Q. Yeah. Can we call it that so we make sure we're talking about the same thing?

A. Yeah. Although, I think the language is used differently in -- in different papers. And so the follow-up period sometimes is -- is from when they started looking for cases occurring; whereas, the latency period is from exposure to -- to outcome.

Q. Okay.



(Cross-talk.)

Q. Follow-up period then.

MR. TOBEY: Just want to make sure the reporter got the end of his answer.

A. Those are -- those are two different things as -- and they're used differently in the literature.

Q. All right. Let's use follow-up period.

MR. TOBEY: Use follow-up period for what? I'm not understanding.

Q. For my question. I'm going -- I'm going to ask a question. Just want to make sure I can use -- we'll agree to use follow-up period as for the question, okay?

So if you were designing a study and you want to define cancer outcomes, would you want the follow-up period to be as long as possible?

A. I'm assuming by follow-up period you mean the time during which they were looking for cases occurring, right, because as -- as opposed to between when -- as opposed to the latency period. But I think



as a general sense, sure, longer follow-up is good because you have more cases observed.

That doesn't mean that you can't assess the onset of cancer or evaluate potential association between an exposure and an outcome because people develop cancer at all different rates.

Q. But if you're looking at a group, you -- you want to find out how many cancers are formed in that group whether they are people that develop cancer fast or people that develop cancer slow, right?

MR. TOBEY: Objection. Form.

A. I think if you're looking at the potential association between an exposure and an outcome, you can assess that without having -- without having followed people through their entire lifetime.

Q. But the longer period of time you have, the better, right?

MR. TOBEY: Mr. Ronca, just seeing a pattern here. I think Dr. Witte is soft spoken and you're kind of jumping on the end of his answers. If you could just give him a little room to



finish the answer.

He's -- you can tell he's thinking as he answers. Just give him a little time to get the answer out and then ask the next question.

Q. The longer period of time you have, the better?

A. The longer period of time you have the more cases that will occur. Does that mean that you can't detect an association with a shorter follow-up? No.

And that's what's shown in the study of red and processed meat where associations are detected with shorter follow-up.

So from a statistical standpoint it's not a requirement that you evaluate the entire population for their entire lives before you can actually assess a potential association.

Q. So, the following studies that you refer to in your report and your Appendix 1 had follow-up periods of less than seven years. Iwagami, 2.4 years; Kumar, 4.4 years; Kantor, 6.7 years; S Kim [sic], 5 years; and

Tran, 5.6 years.
Am I right about that?
A. I'm assuming you're listing the average or the median follow-up?
Q. Median follow-up.
A. And by follow-up, you mean from when they started looking at the -- at cancer cases as opposed to the time between when they first assessed ranitidine exposure. Remember, those are two different numbers and you need to put those two together to look at the latency period.
Q. Yeah. I'm aware of that. Some of these you actually commented on and use the words -- word follow-up.
So I'm asking you am I right that the follow-up time for Iwagami, Kumar, Kantor, S Kim and Tran were all less than seven years?
MR. TOBEY: Objection. Form.
A. So, again, I'm -- I think we go -- need to go through study by study, but I'm not sure. I'm assuming that you mean the median follow-up or the average follow-up. And again, that's the time from when they



started assessing cancer outcomes, not the total time when they look back at pharmacy records, which is what you would consider the latency period that was evaluated.
Q. Yes. My question was, in the Iwagami, Kumar, Kantor, S Kim and Tran studies, the follow-up time was less than seven years, isn't that true?
MR. TOBEY: Objection. Form. The witness has already said that he would like to go study by study.
Q. Yeah. Well, I'm just asking him if he can answer this question.
MR. TOBEY: I think he already answered it.
But subject to the objection, go ahead again.
A. Yeah. I do think we should go through study by study. If what you mean is the time period during which cancer was assessed, as opposed to the time period from between when they first took ranitidine or other H2RAs, let's say, and the outcome of cancer, those are -- are different numbers. And I would have to look specifically at each



study to assess whether -- again, whether is that the maximum follow-up is less seven years or the mean or the median?
Q. In the following studies, the median follow-up period was less than seven years: Iwagami, Kumar, Kantor, S Kim and Tran.
Do you know the answer?
MR. TOBEY: Same objection. He's asked to look at the studies you are asking him about.
MR. RONCA: Stop making speaking objections.
MR. TOBEY: I mean --
MR. RONCA: You're just giving the witness a hint to avoid my question again.
MR. TOBEY: No. This --
MR. RONCA: I have been chastised multiple times about speaking objections, which I may do.
Just say objection, form, and then we'll go on.
MR. TOBEY: Mr. Ronca, I object to your characterization.



In the two instances you have made that accusation, I think if you go back and look at the record, in both cases the witness made that request first, which you ignored. And I followed up by saying would you please listen to the witness's request.
MR. RONCA: My question is, can you answer the question?
MR. TOBEY: Same objection.
A. So the question was slightly different I think this time because you added the word "median" to it, I believe.
And again, I would like to look at the papers themselves and, you know, we need to differentiate between follow-up and the potential latency period that's evaluated in those studies.
Q. I hear you. I'm just asking if you know the answer, or if you can't answer without looking at each study as you sit here?
MR. TOBEY: Same objection.
A. Yeah. I think that -- that it would be helpful to me to look at the actual

papers before I answer. Thank you.
Q. You can't answer without looking?
MR. TOBEY: Objection. Form.
A. I don't want to misstate anything, so I would --
Q. Let me ask you this: Other than --
MR. TOBEY: Okay. Were you finished answering, Dr. Witte?
A. I was just going to add on that I -- that it -- I would appreciate being able to see the papers so that we can confirm. And you're asking me for a hard quantitative number, and I just want to make sure that that -- that I don't misstate something.
Q. Sure. You can check during the break.
So, did you comment in your report on the follow-up time in the Iwagami, Kumar, Kantor, or Tran studies?
A. Is it okay if I take a minute to look at my report?
Q. Sure.
A. Okay. (Document review.) Okay.
And the specific studies what Iwagami, Kantor.



Q. Kumar and Tran.
A. (Document review.) Okay.
So in -- in each of the tables that I present, I actually list the time period over which the study was undertaken. So that's the time period from when the earliest possible exposure to ranitidine or other H2RAs all the way up to the last follow-up period.
Looking through my appendix, when I discuss each of those different studies, I'm not seeing a specific comment. I do have a general comment in my report about the follow-up periods of the -- of the totality of the 16 studies reported on here.
Q. Yeah. This is what I want to talk about.
So you said that in your tables you gave the time from the first exposure to ranitidine to the last cancer, or to the end of the study?
A. To the end of the follow-up period.
Q. To the end of the follow-up period. So the longest possible period?
A. Well, it's -- yeah. I labeled it



the time period over which the study was covered.
Q. Right. So it's not the median follow-up, is it?
A. No. It's the range.
Q. It's the range. What you reported on was the range, not the median?
A. That's correct.
Q. Okay. And you did that for each of the active comparative studies that included Iwagami, Yoon -- let me look at my list, Kumar, Kantor, S Kim, Tran, Norgaard and Adami, right?
A. I listed it for all -- all studies.
Q. Okay. But you didn't list the median for any study?
A. No. I don't believe that's included in my report.
Q. Okay.
A. I should -- I should point out that this follow-up is similar to what's seen in other -- in a standard for cancer epidemiology studies and has been used in studies and detected an association, for example, between processed and red meat and



colorectal cancer.
Q. Okay. Thank you for the editorial.
But what I'm asking you is --
(Cross-talk.)
MR. TOBEY: Mr. Ronca.
(Cross-talk.)
Q. What you put in your report was the greatest range of time from very first exposure to end of follow-up period.
MR. TOBEY: Okay. Pause. I would like to get an objection on the record, Mr. Ronca.
You are being abusive and harassing to this witness. It's bordering on intimidation. We're not going to let this keep going on.
Comments like, Try real hard and thank you for the editorial, the sarcasm is not professional. It's not warranted.
He's trying to answer your questions. You're jumping all over him and barking at him. We would appreciate a little courtesy.
MR. RONCA: And from our

perspective, the witness is being evasive, not answering simple questions, adding on long discussions about things that are not relevant forcing me to ask the same question over and over again because he's not interested in answering the question I ask.

Now, you know, it can go both ways. So if the witness wants to be more specific in the answers, then there'll be no editorial comments. And I understand sometimes there needs to be explanation or sometimes I might ask a question in a way that's not appropriate. And the witness needs to school me on that. I get that. That's not what I'm saying.

BY MR. RONCA:

Q. What I'm saying is when I ask you, sir, in your report what you reported on in terms of the time was the very first exposure to the very end of the follow-up period, is that right?

MR. TOBEY: Objection. Form.



A. For the time period listed, that is what I reported because I was reporting the time period over which the study was -- was taken.

Q. And you did not report the median follow-up period?

MR. TOBEY: Objection. Asked and answered.

A. Not in -- not in the tables, no. But again, follow-up is a distribution. And the follow-up that we've had in these studies is not unlike what we're seeing in general cancer epidemiology studies that have been able to detect an association between an exposure and an outcome. So...

Q. So what you gave us was the longest time period and not the median time period, right?

MR. TOBEY: Objection.

A. That's correct. In my table -- and I specifically labeled it time period.

Q. Good.

MR. RONCA: Can we go to the 6397 again, please? And go to page -- and make sure you have your own personal



copy there that I asked you to have, okay?

THE WITNESS: Yes.

MR. RONCA: And go to page 48 of 124 and bring out the Yoon, please. And see this word "limitations," highlight that sentence please. In the discussion section, the word "limitations" on the right, the sentence.

Q. Dr. Witte, you wrote: Limitations include a follow-up period of only seven years and lack of information about some potential confounders, for example, lifestyle factors.

A. Yes, that's correct.

Q. And that's not in quotes, that's what you wrote?

A. Yeah.

Q. And the lifestyle factors in this study included smoking?

A. That's -- let me look at the paper again. (Document review.) Yeah. So that's correct.

Q. Good.



MR. RONCA: Now, let's go to page 50 of the report, please.

And can you just move that up we see the full S Kim there. Move up the page. Can you move up the page part way? Oh, you can't do that, huh? All right. Just enlarge the page, please.

Please enlarge the page. Okay. Just leave it like that.

Q. You see the portion that is about S Kim?

A. Yes.

MR. RONCA: Please go to the next page. Enlarge at the top that says Discussion.

Q. On the right-hand side under H. pylori where it says only five years of follow-up.

Do you agree what you wrote here was the limitations included only five years of follow-up?

A. I agree that's what I wrote there. That doesn't mean -- I mean limitations are limitations. It doesn't mean that the results are invalid.

Q. Okay. That's what you wrote, correct? Because that's what I asked you.
MR. TOBEY: Objection. Form.
A. Yes. That is what I wrote.
Q. And it's not in quotes. That was your assessment, right?
A. That's correct.
Q. Okay?
MR. RONCA: Take that down please.
A. Again, it doesn't mean that the study is somehow disqualified; otherwise, every epidemiologic study has some limitations.
MR. RONCA: Okay. Now bring up 6397 again. Go to page -- we're on page 1, and I'd like you to go in the second bullet point about the seventh or eighth line down. It says confounding bias, and highlight that sentence.
Q. Dr. Witte, please read what you wrote.
A. Confounding bias may also occur due to the separate association between the use of these drugs and other cancer risk factors,



for example, smoking.
MR. RONCA: Okay. Now, please go to page 19. And bring up the part about ranitidine versus non-use at the bottom.
Now, I want you to highlight the second sentence, please. No. I'm sorry. In the bottom paragraph after discuss -- there you go. Okay.
Q. So this is your summary of the Cardwell study?
A. This is my summary of the known active comparator studies.
Q. Okay. And you emphasize here that smoking is important because it's the strongest known risk factor for bladder cancer?
A. That's correct. Smoking is an important potential confounder actually for all five cancers studied here.
Q. Okay. And then you go on to say: ...smoking is associated with heartburn and GERD.
A. Uh-huh.
Q. You have to give a verbal answer.



She can't take --
A. Sorry. Yes, that's what that says.
Q. Okay. What's the reference for that?
A. I think that -- yeah. I didn't cite anything there. But that's my understanding that -- that nicotine relaxes the esophogeal sphincter and releases stomach acid.
Q. Are you a medical doctor?
A. No, I'm not.
Q. Have you ever seen a patient?
A. No, I haven't.
Q. Have you ever treated a patient for GERD?
A. No. I'm not a medical doctor.
Q. You made a statement that smoking is associated with heartburn and GERD without a reference.
So is that just based on your assumption?
MR. TOBEY: Objection. Form.
A. Well, I would have to check my -- my report to see if I mention that and cite it anywhere else. But at this point, there's



no reference cited for that statement.
Q. Do you know that that statement is controversial?
MR. TOBEY: Objection. Form.
A. I believe that -- well, no, I'm not familiar -- I'm not aware that that is a controversial statement.
Q. Do -- do -- sorry. Let me start that again.
Are you aware that the most recent studies indicate that there is no connection?
MR. TOBEY: Objection.
A. I would need to see the specific studies.
Q. This a situation where you put something in your report without checking?
MR. TOBEY: Objection. Form.
A. Again, I would have to check my entire report to see whether or not I have a citation somewhere else.
Q. Isn't the purpose of a citation to tell us where you got information from, particularly if you're not a doctor and you don't treat patients with GERD?
MR. TOBEY: Objection. Form.

A. The purpose of citing something is to reference a particular statement, yes.
Q. To give --
(Cross-talk.)
Q. I'm sorry. I'm sorry. I'm sorry. Please finish.
A. I should say the question of whether or not smoking may be a potential confounder is -- is of the potential association between ranitidine and bladder cancer is -- is not a question. I mean I think every article that's looked at this potential association brings up the fact that smoking needs to be taken into consideration, if possible.
Q. I'm not asking about smoking and bladder cancer. I'm asking about smoking and GERD.
Do you -- in this paragraph where you make this statement, do you have a reference that supports your statement that smoking is associated with heartburn and GERD?
A. I'd have to look to see if I cite it somewhere else but it -- there's no


citation to that statement. I would add that -- that there is certain that smokers -- that smoking may confound the potential association, and that's discussed in the studies that look specifically at the relationship between ranitidine and bladder cancer.
MR. RONCA: So let's go to page 32 of your report and bring up the paragraph: This is methodologically incorrect.
Highlight the -- no. Don't highlight that sentence. Highlight the second sentence. My mistake, third sentence beginning with, Moreover.
Q. What did you write? Can you read that for us?
A. Moreover, smoking leads to gastroesophageal reflux: nicotine relaxes the lower esophageal sphincter, which can allow reflux into the esophagus and cause heartburn.
Q. What's the reference for that statement?


A. I don't have a reference cited here.
Q. That's two instances where you make this statement and have no reference, right?
A. Yes, that's correct.
Q. Okay. And as you sit here today, do you know if that's a true statement?
A. Whether nicotine relaxes the lower esophogeal sphincter?
Q. Yes.
A. I believe so.
Q. Based on what?
A. I'm sorry. Was there a question?
Q. Yes. Based on what?
MR. TOBEY: Objection. Form.
A. Yeah. So I didn't actually cite a paper there.
Q. Do you know there have been studies where they use the nicotine patch to see if the exposure to nicotine would allow the lower esophogeal sphincter to be relaxed and allow reflux? Do you know they've had those studies?
MR. TOBEY: Objection. Form.
A. The nicotine patch? No. I'm not


familiar with those studies.
Q. And do you know what the result of those studies were?
MR. TOBEY: Objection. Form.
A. No. I'd have to see the papers.
Q. Okay. So you make these statements but you have no reference for them.
Is that what happened?
MR. TOBEY: Objection. Form.
A. Again, I -- I didn't provide a reference to this statement, that's correct. But there's I think --
Q. And -- and part of the reason for -- for saying that is to try to connect smoking with GERD, right?
A. I think it's to point out that the potential confounding by smoking as discussed by all of the authors here is -- is important thing to control for.
Q. And, but the reason you wanted to bring up smoking and GERD is because you wanted to show that even in the studies that didn't account for smoking there must have been smoking if the people had GERD.
Wasn't that what you were trying to

do?
MR. TOBEY: Objection. Form.
A. Can you restate that question?
Q. Yeah. Yeah.
See, two of the studies that you strongly rely on are Adami and Norgaard, right?
A. They are two of the sixteen studies that I have -- that have looked at the potential association.
(Cross-talk.)
Q. I'm sorry. I'm sorry.
A. Ranitidine and the five cancers considered here.
Q. And you thought they were good studies?
A. This is Adami and Norgaard?
Q. Yeah.
A. Yeah. I didn't discount any of the observational studies of ranitidine and cancer.
Q. And Norgaard and Adami didn't have any information on smoking, did they?
A. So I -- I believe that's the case. I mean, to save time -- I could go look



through each of those papers, but I'm going to take your word for it that they didn't have any information on smoking, which meant a couple of things.
Number one, that using an active comparator study was a better design than comparing users to non-users because of similarities in use of the drugs.
But number two, not controlling for smoking leads to positive confounding which would bias the estimates away from the null. So leaving smoking out of analysis -- an analysis has the potential to give you an even larger relative risk than if you controlled for it.
Q. But the point you want to make is that in a case of Norgaard and Adami it was better to not have smoking information.
A. No. That's not what I said whatsoever.
Q. Isn't it always better to have smoking information?
A. Yeah. What I said was that those studies used in active comparator design, which can help control for potential



confounding, one.
Number two, smoking -- for the relationship between ranitidine and cancer, smoking is a positive confounder which would mean that not adjusting for cancer -- not adjusting for smoking is more likely to give you an association that's biased away from the null.
So I'm not saying that you shouldn't have information about smoking. Certainly that's a -- you know, the more information the better. What I am saying is that lack of control for smoking leads to a biased result away from the null.
Q. And the Cardwell study did have information on smoking, right?
A. They did, yes.
Q. And so did all the other Scottish studies from the -- I'm not going to remember that acronym that begins with P.
A. The PCCIU.
Q. IUR?
A. Yeah.
Q. All those studies had information on smoking, right?



A. That's correct.
Q. Because those studies came from a general practice background?
MR. TOBEY: Objection. Form.
A. Well, they came from -- they were based on the database the PCCIU database.
Q. But it's a general practice database?
A. Yeah. I mean PC is Primary Care, Clinical Informatics Unit so that's what that stands for. So yes, I think that's from a general practice database.
Q. And that -- that database had more lifestyle information than the database used in Denmark by Adami and Norgaard, right?
A. I think if we're talking about lifestyle factors in general, we probably need to line them up next to each other and -- and, you know, agree with what we mean by lifestyle factors and we check that off.
But they did have information on smoking in the Scottish databases. Somewhat crude information I should say. Kind of what they adjusted for in their models was former, ever -- sorry, current, former or never

smokers.
Q. But that's better than no information at all?
A. Well, it depends on the study design, right? I mean, are we talking about an active comparator design or a user versus non-user.
Q. If smoke something a strong confounder, is it better to have information about smoking or not have information about smoking?
MR. TOBEY: Objection. Form.
A. Again, it depends in part on the study design. But I think that what's interesting about the Scottish studies is that there was no association when undertaking the active comparator's design, right? So the user -- all the analyses adjusted for smoking.
Q. Yeah. Well, we'll look at those -- those associations in a minute.
My question to you was, is it better to have information about smoking or not information about smoking?
MR. TOBEY: Objection. Asked and



answered.
A. I think if -- are you comparing within the same study? Would you rather have more information on a potential confounder or are you comparing one study to another study?
Q. Any cancer study of the five cancers we're talking about in this case, is it better to have information about whether the members of the cohort or the member -- or the cases are controlled, whether they smoked or didn't smoke, or any information, not smoke, is that better or is it better to have no information whatsoever?
A. Again, I'm -- it's unclear to me whether you're asking about comparing one study to another or within a given study, is it better to have --
Q. I'm comparing one database to another, and you're gonna use the database to determine, let's say, bladder cancer.
Is it better to have information about smoking or no information about smoking?
A. I think, again, it depends on the study design that was used. Are we talking



an active comparator or a non-user design?
MR. TOBEY: Mr. Ronca, we have been going over an hour. I want you to finish this line, but just flagging we might take a break soon.
MR. RONCA: Okay.
Q. So in the -- in the Norgaard and Adami studies, where did they get the information from for the codes?
A. Is it okay if I look at the papers?
Q. Sure.
MR. RONCA: You can take down the exhibit.
A. So you're asking about the ICD-10 codes?
Q. Yeah. Where -- where do they come from, what type of practice?
A. Where do the ICD-9 codes come from, what type of practice?
Q. Yeah. Where do -- where do they get their information about the -- the patients?
A. So in Adami, they used some registries, the data Cancer Registry and the dater -- Danish Register of Causes of Death.



Sorry. The Danish Cancer Registry. And also looks like the Danish National Patient Registry.
Q. Yeah. But did it come from hospitals, or did it come from general practices?
A. Well, so with regard to the ICD codes, which is what I think you're asking about, came from the Danish Cancer Registry. Looks like they also used the Danish Register of Causes of Death. It's unclear to me whether in Denmark whether cancer is reportable, you know, what's going into that registry.
Q. Did you look into that at all?
MR. TOBEY: Objection. Form.
I'm not sure we can hear the last word of that, Mr. Ronca.
Q. Did you look into that at all?
MR. TOBEY: At all.
A. Did I look into where the source of data for the Danish Cancer Registry is, whether it's from hospitals or general practitioner offices?
Q. Yes.

A. Was that the question?
Q. Yes.
A. No. But just to read you from the report. This is from Adami:
If all members of three cohorts starting one year after the index date for an incident diagnosis of cancer recorded in the Danish Cancer Registry that has recorded cancer diagnoses since 1943 with accurate and nearly complete case ascertainment.
Q. That's from Adami?
A. Yeah, that's from Adami.
MR. RONCA: Okay. Can we bring up Exhibit 6400? And that's the Adami paper, so you can hang onto it.
MR. TOBEY: The Adami supplementary material. I'm not sure if that's what you meant.
MR. RONCA: No. I want 6401.
(Exhibit 6401 was previously marked for identification.)
Q. Dr. Witte, we identified this as the Adami paper we've been talking about?
A. Yes, it is.
Q. This is the corrected version of



March 2022. Do you recall there was an error?
A. Yes, I do.
Q. Did you report on the error in the expert report you submitted in this case?
A. I did mention it in my expert report, yes.
Q. Please go to second page, last paragraph on the left. Please read that to us, Doctor.
A. The Danish National Patient Registry has recorded all inpatient admissions to all Danish hospitals since 1977, and hospital outpatient clinic emergency room visits since 1995.
Q. Continue.
A. Okay.
We retrieved all diagnoses of gastrointestinal disease, indicating H2RB treatment, including Barrett's esophagus, gastroesophageal reflux disease, and peptic ulcers, recorded before or on the index date, with a 10-year look-back period.
Do you want me to continue?
Q. Stop for a second.



A. Okay.
Q. Barrett's esophagus, gastroesophageal reflux disease, and peptic ulcers, they are all increased risk factors for esophogeal and stomach cancer?
MR. TOBEY: Objection. Form.
A. Yes, that's my understanding.
Q. Yes. And it would be important to know that information so you could balance your comparative groups between ranitidine, other H2RAs and PPIs?
A. What -- could you clarify -- sorry. If by balance you mean to statistically adjust for these conditions?
Q. You need to be aware of these potentially -- these potential confounders, don't you?
A. Yeah. I mean I think that -- the concern, of course, with any H2RB study is that there's potential confounding by indication and reverse causality due to these diseases which increase the use of H2R betas.
Q. Would you agree it would be important to know the incidence of Barrett's esophagus, gastroesophageal reflux disease,



and peptic ulcers to come to any conclusions in this study because of their relationship to some of the cancers that were studied?
MR. TOBEY: Doctor, before you answer, you were still speaking when Mr. Ronca started this question. I just want to make sure you have a chance to finish.
THE WITNESS: Yeah. Thank you. That's okay.
A. Okay. Sorry. Could you repeat the question?
Q. Yeah. If you're going to do a study like this, is it important to know how many of the patients have Barrett's esophagus, gastroesophageal reflux disease and peptic ulcers?
A. Sorry. Let me just look at the paper for a second.
MR. TOBEY: While he's looking, we've been going about an hour and 15 minutes. Are you close to a stopping point, Mr. Ronca?
MR. RONCA: Sure.
A. Yeah. So I would agree that that's

information that can be useful to the study.
Q. Okay.
A. I don't think not having that information makes the study invalid.
Q. Okay.
MR. RONCA: Next page, please.
Can you call out underlying gastrointestinal disease? I think it's four lines there. Good enough.
Q. So, this Table 1 is a table of the basic -- baseline characteristics of the cohort participants?
A. That's correct. That's what the --
Q. In column one is --
(Cross-talk.)
Q. I'm sorry. Go ahead.
A. I was just gonna say that's what the table legend says.
Q. Okay.
A. Baseline --
Q. Go ahead.
A. Just says: Baseline characteristics of cohorts participants by type of acid-suppressive drug: ranitidine, other H2R beta blockers and --



(Court Reporter clarification.)
A. Sorry. The -- I was confirming that the header of Table 1 says: Baseline characteristics of cohort participants by type of acid-suppressive drug: ranitidine, other H2RBs, and PPIs.
Q. Okay. And so the -- as the -- just helped us out here, they labeled the first column as ranitidine users, the second column is other H2RB users, and the third column is PPI users?
A. Yes, that's correct.
Q. Now, will you agree with me that the number of people in the ranitidine cohort who had a diagnosis of gastroesophageal reflux disease is 2.6 percent?
A. Yes, that's what the table says.
Q. And for other H2RBs, 1.2 percent?
A. Yes, that is what the table says.
Q. And for PPIs, 2.5 percent?
A. Yes.
Q. And for those with a diagnosis of Barrett's esophagus, .3 percent for ranitidine?
A. Yes, correct.



Q. And for gastric or duodenal ulcer, 2.9 percent for ranitidine?
A. Yes, that's correct.
Q. Okay. So that amounts to about 5.8 percent for ranitidine?
A. You're assuming no overlap?
MR. TOBEY: Objection. Form.
Q. Let's assume no overlap.
MR. TOBEY: Objection. Form.
Q. Did I add it up right?
A. Yes. You added up those three percentages, which I'm -- I'm guessing there's overlap.
Q. Okay.
A. That these aren't individual people.
Q. So what were the other 94 percent of the ranitidine users taking ranitidine for?
MR. TOBEY: Objection.
A. I wouldn't -- I don't know. I wouldn't be able to say.
Q. Apparently Adami didn't know either, right?
MR. TOBEY: Objection. Form.



A. I'm -- I'm not sure whether he talked about that in the paper.
Q. So what is the rate of gastroesophageal reflux disease in the general population in Denmark? Did you look at that? It's not in the paper.
A. Oh, it's not in the paper? No, I did not look at that.
Q. Didn't this puzzle you when you saw this? That they couldn't explain why these people were taking acid-suppressing drugs?
MR. TOBEY: Objection. Form.
A. Sorry. I'm just looking at the paper.
I think that -- I think the data are the data. And the reason for why they're taking it, I mean I was interested in the comparison whether or not ranitidine was associated with cancer.
Q. Aren't you interested in whether the numbers are valid?
MR. TOBEY: Objection. Form.
A. When you say "the numbers," do you mean underlying gastrointestinal disease or --

Q. Let's just look at those numbers. Do they look valid to you?
MR. TOBEY: Objection. Form.
A. I -- it's hard for me to know.
Q. You didn't check though, right?
A. I had no contact with Adami about the data that's presented in the paper.
Q. But can't you, when you're evaluating these studies, look at other papers that use the same database and find out where this is coming from and why there might be problems? Did you do any of that?
MR. TOBEY: Objection. Form.
A. You mean specifically the underlying gastrointestinal disease data?
Q. The data from where they got this patient data from that we just went over a minute ago.
MR. TOBEY: Objection. Form.
A. I evaluated the association between ranitidine and cancer in my report. I didn't -- I didn't dig into --
Q. You didn't dig into the underlying data?
MR. TOBEY: Okay. Hold on. He



was still answering, Mr. Ronca. And we've also been going almost an hour and a half.
(Cross-talk.)
MR. RONCA: We have to finish this part.
MR. TOBEY: Do you want to finish your answer or...
A. I was going to say I didn't dig into the underlying gastrointestinal disease rates in this paper.
Q. Let's go down on the same page to diabetes.
MR. TOBEY: Is this the last question or so, Mr. Ronca? I can use a break if no one else can.
MR. RONCA: We'll see.
Q. So once again we have this characteristics of the cohort participants, diabetes type one for ranitidine users, 1 percent, diabetes type-2, 2 percent.
Do those numbers sound accurate compared to what you know about the amount of diabetes in western societies?
A. I think that you're -- I don't want



to opine on the rates of diabetes. I think the -- I mean, I would refer back to the Cancer Registry, which seems like that's the relevant outcomes data that we're evaluating here.
Q. I'm not asking about outcomes. I'm asking you about variables.
Baseline characteristics of the cohort. It's reported here. It's important, isn't it?
A. Sorry. Can you ask the question again? I wasn't sure.
Q. Yes. Aren't baseline characteristics of the cohort participants important to doing this study?
MR. TOBEY: Objection. Form.
A. Well, I think that -- that -- that the Cancer Registry data has complete -- you know, accurate and nearly complete case ascertainment, right?
Q. Dr. Witte, no. Don't stop me.
Dr. Witte, I'm not asking you about the Cancer Registry at all, and you know that. I'm asking you about the baseline characteristics of the cohort participants,



which came from I different source.
And I'm asking you whether those numbers for diabetes are wildly out of whack with what we all know the incidence of diabetes is in society.
MR. TOBEY: Objection. Form.
Also, objection to yelling at the witness.
A. So I was referring to the -- the cancer rates presented in this table because those are the data that the outcomes are based on. Now, the Danish National Patient Registry was used to assess these different outcomes, and so those are two different sources.
Q. I'm only asking you about the second source. I'm asking about the baseline characteristic source. I'm not asking you about cancer outcomes.
Can I make that any clearer?
MR. TOBEY: Objection to form.
Objection to screaming.
Q. You keep referring back --
(Cross-talk.)
MR. RONCA: You're making a

speaking objection.
Q. You keep referring to the Cancer Registry. I am not asking you about the Cancer Registry. Do you understand that?
MR. TOBEY: Objection. Form.
And you don't have to answer questions where he's screaming at you.
Q. Do you understand that?
A. I do. And I guess my -- my point was that the National Patient Registry, which I think that you're referring to specifically, is based on hospital visits, right? Where the Cancer Registry, which is the data that -- that we're most interested in, is based on this complete Cancer Registry.
Q. I'm asking about baseline characteristics that are out of whack with what you would expect to see.
Did you notice that when you looked at this study and did your critical expert evaluation?
MR. TOBEY: Objection. Form.
A. Again, I think the explanation is that that registry, the patient registry, is



inpatient admissions and hospital outpatient clinic and emergency room visits.
Q. So we don't know how many people in any of these cohorts had Barrett's esophagus or GERD or erosive gastritis, which isn't even listed.
All risk factors for the cancers that they're looking for, right?
MR. TOBEY: Objection. Form.
A. These are the data that are -- that came from the Danish National Patient Registry, which is inpatient and outpatient. I think that this is exactly why you do an active comparator analysis.
Q. And if you have bad data, you can get bad results, right?
A. I think that's why --
MR. TOBEY: Objection -- objection. Form.
But go ahead and answer.
And then can we please take a break? It's been an hour and a half. I gave you leeway 15 minutes ago, but I think we all deserve a break. It's lunchtime here. It's past lunchtime.



A. I think that's why I kept referring back to the Cancer Registry, which is the outcome that we're interested in here. That's not bad data. That's --
MR. TOBEY: Let him finish the answer to the question first.
A. That's, as noted here, accurate and nearly complete case ascertainment of cancer.
Q. Did you check the validation of that patient registry?
MR. TOBEY: Objection. Asked and answered.
Q. The answer is no, right?
MR. TOBEY: Objection. Form. Asked and answered.
A. And I should say the Danish National Prescription Registry complains -- contains complete data on prescription medications.
Q. Yeah. We're gonna get to that. I'm asking you about the patient registry. You keep talking about other things.
Did you check the validation of the patient registry that forms the basis for this baseline characteristic of cohort



participants' table? Did you check it?
MR. TOBEY: Objection. Form.
Q. Did you check it?
MR. TOBEY: Objection. Form. Asked and answered.
A. Yeah. I didn't do an independent evaluation of this patient registry.
Q. Thank you. Right. Right.
THE VIDEOGRAPHER: It's 4:30 p.m., and we're going off the record.
(Whereupon, a lunch recess was taken.)
THE VIDEOGRAPHER: The time is 5:09 p.m., and we're back on the record.
MR. RONCA: I want to make a statement on the record first.
Several times earlier in the deposition Mr. Tobey has said that I was yelling at the witness. My colleagues told me that, and their impression is, I wasn't yelling at all. But I do speak firmly sometimes, which is my personality. I have not raised my voice and I have not yelled

at the witness.
So my view of that is that those are overstatements. I'm sure Mr. Tobey has the opposite impression. Not sure what Dr. Witte has, but I have not raised my voice in a nature of yelling in this deposition. And the video will -- will verify who's right on that.
MR. TOBEY: That -- that was my comment. We have a videotape, so we'll let it speak for itself.
MR. RONCA: Great. Okay. Let's go back to the Adami paper, and that is 6401.
BY MR. RONCA:
Q. And, Doctor, you have your paper copy there?
A. Yes, I do.
Q. Several things.
MR. RONCA: You could take that down, that -- that call-out, okay?
And I would like you to go to the next page and call out the top of the -- the -- of the figure. There



you go.
Q. Dr. Witte, will you agree that this top table here is the stabilized inverse-probability-of-treatment-weighted number of cancers per person-years of follow-up for ranitidine versus other two H2RBs?
A. Yes.
MR. RONCA: Please put a highlight adenocarcinoma over to the end at 1.68.
Q. Dr. Witte, will you please read the findings in Figure 1 from the stabilized inverse probability of treatment results?
A. So --
Q. Not all of them. Just adenocarcinoma of the esophagus.
A. Okay. So you want me to read the numbers from this table?
Q. Yeah.
A. Across the board?
Q. Just the highlighted part?
A. Just the highlighted cart -- part.
Okay.
So it says for adenocarcinoma there



were -- so I have to move my -- the headers are blocked on my screen, so I'm just going to read it from my paper.
The first column is ranitidine versus other H2RBs; events person-years; comparison events person-years; and then the hazards ratio, 95 percent confidence interval. So it says 105 events out of 1,522,808 person-years. And then comparison events is 133 out of 2,534,288. And then the hazard ratio reported for adenocarcinoma is 1.30, 1.01, 1.68.
Q. Does the confidence interval include one?
A. No. No. The confidence interval does not include one.
Q. Now, I want to ask you about the person-years, 1,522,653.
In this paper, Adami started counting people from the first prescription, is that correct?
A. I think so. I just want to confirm in the paper.
MR. TOBEY: Jim, you said 653 is the last three numbers. Are you



meaning to go to esophogeal or adenocarcinoma?
MR. RONCA: Any of those numbers in that first column.
MR. TOBEY: Okay.
Q. It's on page 45 of your report also, Doctor, if you can't find it in the study.
A. Yeah. So looks like the index date was the first prescription.
Q. Okay. Now, is it true that the Norgaard study came from the same dataset?
A. Yeah. It's from the same registries.
Q. Okay. And in the Norgaard study to which Dr. Adami is a co-author, right?
A. Yes, that's correct.
Q. Then he compared new uses of ranitidine who redeemed at least two prescriptions?
A. Wait. Let me correct that. Adami is not a co-author of Norgaard.
Q. Okay.
A. Yeah. Sorry. That's incorrect.
Q. Are Adami and Norgaard from the

same university?
A. Sorry. Adami reports three different universities, yeah. No. They're not from the same university. Even their -- so Adami's reporting Harvard, Karolinska Institute and University of Oslo; whereas, Norgaard is reporting Aarhus University. So no, they're not from the same university.
Q. Okay. Let me start over because I got myself down a rabbit hole, and now I want to come out.
In Adami, they started counting from the first prescription of each of the three kinds of drugs, right?
A. So they did define the index date as the date of the first prescription, and then used various, you know, lag times in their analyses.
Q. Norgaard, using the same dataset, started at the second prescription, is that right?
A. Sorry. Taking a minute to look at the -- at the paper.
Index date was date of the second prescription. It's at -- that's on Norgaard.



Q. So in the Adami situation, they started counting from first prescription, and in Norgaard they started counting from the second prescription, is that fair?
A. Yeah. That's what both of the papers say; that the index date was at the time of the first prescription or the time of the second prescription.
Q. And is it true that Adami had a lot more people in his cohort than Norgaard had in her cohort?
A. In each of their baseline characteristics tables, their Table 1s for each study, the initial -- and at the start of the study from which their cohort was -- for their cohorts was larger in Adami than Norgaard, yes.
Q. By how much?
A. Let's see. So ranitidine --
Q. Just give it to us for ranitidine.
A. Okay. Looks like it was somewhere on the order of three times larger, Adami.
Q. So both studies were looking at ranitidine users from the same dataset, right?



A. Yeah, from the -- the Danish registries.
Q. And why was Adami's numbers so much higher than Norgaard's?
MR. TOBEY: Objection. Form.
A. I don't know why.
Q. Let's see if we could figure it out, okay?
So, Norgaard only counted people who had at least two prescriptions, right?
A. That's when their index date started, yeah.
Q. And Adami counted everybody who even had only one prescription?
A. That's right. That's when the index date started.
Q. Right. So would the difference be people whoever only ever had one prescription?
MR. TOBEY: Objection. Form.
A. I wouldn't be able to answer that. I don't know what other potential differences there are between the two different cohorts.
Q. I mean, if everybody with two or more prescriptions is one number and



everybody with one prescription is another number, wouldn't the difference between the two be the fact that in that larger group there's a large number of people who only have one prescription?
A. Again, I wouldn't -- I wouldn't know -- I wouldn't be able to ascribe it to anything. I should note that Adami did restrict their analysis to individuals with at least ten prescriptions.
Q. That was a sub-analysis, right?
A. Well, it was a -- a analysis restricting to people with higher doses, since I think that's the question here.
Q. That's not my question. You can raise all the questions you want with your -- with the lawyers, okay? That's not my question. All right?
A. I was just --
MR. RONCA: Go back and read back my question, please.
A. I was just -- can I complete my -- what I was going to say?
MR. RONCA: Read back the question. You could start over.

Page 186
J. Witte

(Referred to portion of the record was read back by the court reporter.)
MR. TOBEY: Objection. Form.
Q. I didn't ask about ten prescriptions.
So can you answer the question?
A. Right. So I was saying I don't know why there's a difference. However, it was worth noting that when looking at ten prescriptions or more the relative risk that you had me read off was now .97 in Adami with a 95 percent confidence interval .53 to 1.76 indicating no association.
Q. Yeah. I know you wanted to throw that out there, but let's get back to where I'm going, okay, with my questions.
So is it fair to say that Adami had a much larger group because Adami started with one prescription?
MR. TOBEY: Objection. Form.
A. I don't know. But I think it is relevant to look at, since this question is being raised, what happens when the analysis is restricted to people with ten or more prescriptions.

Page 187
J. Witte

Q. And doesn't what Adami did dilute the pool of people in the cohort by adding two-thirds of the number who only ever had one prescription?
MR. TOBEY: Objection. Form.
A. Again, I don't know why they only had one prescription. But in the analysis restricted to ten or more prescriptions, Adami, there's no association for adenocarcinoma.
Q. So did you notice that difference when you looked at the two studies?
MR. TOBEY: Objection. Form.
A. The -- the difference in the index date?
Q. Yeah. No. The index prescription, number of prescriptions.
A. Yeah. I did notice that difference. And again, I think --
Q. Did you comment on it in your report?
A. No. I didn't comment it on my report because I don't think that it was something that would change the overall conclusions of my report; that is, that

Page 188
J. Witte

there's no association between ranitidine and cancer in these observational studies.
Q. And you don't think that putting two-thirds of your cohort -- putting in -- let me start again.
You don't think that with two-thirds of your cohort only having one prescription of ranitidine that that wouldn't dilute the number of cancers and that wouldn't dilute the -- the risk ratios?
MR. TOBEY: Objection. Form.
A. I have -- I don't know about any dilution of the number of cancers. I think, you know, the reality is when they undertook an analysis that restrict it to ten or more prescriptions, there was no association for adenocarcinoma.
Q. All right. Well, we'll get to that. I didn't forget about that.
So what -- looking back at our chart here, what Adami has done is vastly increased the denominator on all these numbers, right, by only going with one prescription?
MR. TOBEY: Objection. Form.

Page 189
J. Witte

A. I mean I would say that -- that they increased the numerators and the denominators. And whether or not there's any difference between those two, we don't know.
Q. Do you really think that the plaintiffs in this case are claiming that if you take one prescription of ranitidine you're gonna have a cohort-wide increase in cancer?
MR. TOBEY: Objection form.
A. I believe the claim is that ranitidine causes cancer.
Q. How much ranitidine is claimed causes cancer in the Complaint, which was part of your matters considered list?
A. I'm not entirely sure. I thought that it was any amount of ranitidine.
Q. Okay. Let's go on.
MR. RONCA: Now, let's take out this call-out and call out the bottom half of that chart. And highlight adenocarcinoma, just halfway across.
Q. And Dr. Witte, would you read the results for ranitidine versus PPIs for esophogeal cancer of the adenocarcinoma type?

A. Would you like me to read all the numbers again all the way across?
Q. Yes. Yes.
A. So adenomacarcinoma ranitidine events divided by person-years is 1.3 divided by 1,290,945; comparison events divided by person-years is 716 divided by 9,630,580; and the hazard ratio is 1.27 with a 95 percent confidence interval of 1.04 to 1.56.
Q. And confidence interval does not include the number 1, correct?
A. That's correct. It does not include the number 1. And just for completion's sake, since we're talking about index dates and number prescriptions, in their next table where they look at ten or more prescriptions, the hazards ratio for this exact comparison in that analysis, which I -- you know, the more doses of ranitidine the better, the hazards ratio is .62 with a 95 percent confidence interval of .38 to 1.0.
(Court Reporter clarification.)
A. So, the hazards ratio is .62 with a 95 percent confidence interval of .3 to 1.0.
So in the analysis where they



looked at higher doses, we're actually seeing a hazard ratio that's less than 1 with a 95 percent confidence interval that just touches the null value of 1.0.
Q. Not what I asked you but that's fine.
MR. RONCA: So we can take down --
A. I'm sorry. I think that it's important to put this into perspective.
I realize you just asked me to read this off, but I think you need -- you know, you're asking me about index date and how many prescriptions and arguing that Adami had inflated their denominators by using only the first prescription, and so I think it's relevant to look at what happens with ten prescriptions. And what happens with ten prescriptions is no association.
Q. Finish -- finish with that comment that was not responsive to any question I asked?
MR. TOBEY: Objection. Move to strike attorney argument.
Q. Are you finished?
A. Yes. I'm finished. Thank you.



Q. Good. Thank you.
MR. RONCA: Take down the call-out, please.
Let's go down to the next page. And on discussion on the right, you'll see smoking and alcohol use. Why don't you highlight those? Just smoking and alcohol use.
You can just do the call-out is fine.
Q. Is it fair to say that the Adami study did not have any information for this cohort regarding smoking or alcohol?
A. I'm just double-checking the paper. But you were specifically asking about smoking and alcohol, correct?
Q. I am specifically asking about smoking and alcohol.
A. (Document review.) So I am not seeing any information about controlling for smoking and alcohol. However, by using a active comparator design, this study is indirectly controlling for that.
And as I mentioned earlier, smoking is a positive confounder; therefore, not



fully adjusting for smoking should give you a larger association. Not a bias toward the null, but a bias away from the null. So the fact they're not seeing any association here is not explained by smoking confounding.
That would explain seeing a false positive association. Not an association that is negative because it's a positive confounder.
And this is a fairly straightforward epidemiology methodological issue. If you have a positive confounder, the bias is away from the null. So --
Q. That's assuming it's non-differential, right?
A. That's not confounding. That's measurement error, misclassification you're talking about.
Q. Okay. So if --
(Cross-talk.)
Q. -- if there's a difference between the groups in the number of smokers, that could affect it, right?
A. If there's confounding due to smoking, right, this isn't -- this isn't

misclassification of ranitidine. We're talking about confounding of any potential association between ranitidine and cancer by smoking. That's a positive confounder, right?

There's no -- and what that leads to is bias away from the null. So if you're seeing a result that's null, which is what they're reporting in this study, going to smoking and not having information about smoking being a confounder, wouldn't bias the results to the null. This bias results away from the null because it's a positive confounder.

Q. Aren't you comparing two groups?

A. Yes. For example, I have two comparator, H2R users to non-H2R users.

Q. Right. What if one of the groups had more smokers?

A. Then you could have confounding due to smoking leading to a false positive result.

Q. What if -- what if it leads it the other way. What --

A. It doesn't. That's my point. This



is a positive confounder.

Q. No. It's only a positive confounder if it's in both groups.

A. No. I mean this is -- confounding happens because you've got an association between the risk factor, here's smoking is a risk factor for cancer -- for the cancers we're considering here. It's also associated with ranitidine use.

That leads to a positive association of bias -- potentially bias positive association between ranitidine use and cancer. The beauty of this study is that they use an active comparator design.

Now, any potential bias due to smoking is going to be much smaller in an active comparator design than in a study that compares ranitidine users to non-users. Those are further apart with regard to potential confounders. This is exactly why people use active comparator studies.

Now, yes, could there be someone unmeasured residual confounding? Of course there could. And that could still exist in an active comparator study. However, that's



going to lead to a bias away from the null, right?

So if you're seeing a null result, like we're seeing here and in all of the other studies, smoking as a confounder doesn't explain that.

Q. Your testimony is that regardless of the difference between the number of smokers between, let's say, the ranitidine group and the other H2RA group, that it always biases away from the null?

MR. TOBEY: Objection. Form.

A. I'm saying that smoking a confounder of the association.

Q. Now, you --

(Cross-talk.)

Q. Say it again. Let's get the question right. Let's get the question right, then he can answer for as long as he wants, okay?

MR. TOBEY: Let him finish the answer to the last question.

A. So what you're describing right here is one of the confounding -- one of the arms of confounders; that you're saying that



smokers are different in the exposed and unexposed groups, right? That smokers are -- are more likely to take H2RA, let's say.

Q. That's not what I'm saying.

A. I thought you were saying there's a difference between those two groups.

Q. No. Let me try it again, okay?

You got two groups. One group takes ranitidine, right?

A. Uh-huh.

Q. Is that right?

A. Yeah. That's your example.

Q. No. In this study one group takes ranitidine.

A. Yes, that's correct.

Q. And one group takes other H2RAs.

A. Yes, that's correct.

Q. All right. If the other H2RA group has more smokers than the ranitidine group, what does that do to the numbers?

A. So your hypothetical is that the other ranitidine users have a higher -- so you're at -- well, in that case, I mean in that hypothetical situation, you could see bias in either direction. That doesn't mean

that active comparators aren't getting you much closer to controlling for confounding than nonactive comparators.

Q. Okay.

MR. RONCA: Let's go to the next page, please. Can you take that top group of -- there you go. Thank you. We'll call that out.

Q. All right. Dr. Witte, tell us what's going on in this table. I called it a table. This figure.

A. So this --

Q. Figure 3.

A. Well, when I look at this table, what's going on with it is that there's -- if I just look at the figure on the right-hand side, the one result that jumps out at me is pancreatic cancer being negative in association between ranitidine and other H2RBs.

I don't know if you want -- do you want me to read all the results?

Q. No. I don't want you to read the results. I want you to tell me what this table is about.



Let's say esophogeal cancer. Is this diagnosis within ten years and diagnosis after ten years? What -- what is this?

MR. TOBEY: Objection. Form.

A. Yeah. So basically, the -- for each cancer, the results are stratified by within or after ten years and within or after ten years of -- within follow-up.

Q. Thank you.

MR. RONCA: Now, will you take that down for a minute. And I want to share my screen, which I have a marked-up version of the same table.

Q. You see that, Doctor?

A. I do.

Q. We're looking at the same table?

A. Yes.

Q. Okay. Now, the one you pointed out in the top half here, ranitidine versus other H2RBs, was pancreatic cancer, right?

A. That's correct.

Q. And pancreatic cancer, what you can see is the -- the dot for within ten years, and it's kind of right on the "1" line, and the dot for after ten years goes further to



the left or below "1."

Did I interpret that correctly?

A. Yes, that's correct. I mean, you could -- arrows going in the opposite direction for both -- both of those bottom.

Q. No. I'm not talking about -- I'm talking about pancreatic.

A. That's what I mean. You -- if you're drawing arrows, you would have an arrow going to the left.

Q. Going the other way. Yeah.

MR. RONCA: Let's draw that arrow. Now, we're going to take a screenshot of this when we're done.

Doesn't want to let me draw.

Q. So this one goes this way, right?

A. That's right.

Q. Not that way. PDFs are so hard to work in.

Do I have the arrow right now?

A. Yep.

Q. That's the one you chose to point out, correct?

MR. TOBEY: Objection. Form.

A. You asked me to interpret this, and



I looked at the right-hand side and that was the one that jumped out at me as not crossing the null value of 1.0.

Q. These two other ones up here, esophogeal cancer and stomach cancer, they do cross the null value, don't they?

A. Yes, they do. You can see that from the wide 95 percent confidence intervals.

Q. Yes.

A. The lower bound for esophogeal is .66 and lower bound for stomach cancer is .79.

Q. And down versus PPIs, stomach cancer moves in the same direction, right?

A. You mean from the left to the right? Yes.

Q. And it crosses as "1," right?

A. That's correct.

Q. And remember it gives that example before with that .99 so close to 1 that you might consider that an association?

MR. TOBEY: Objection. Form.

A. Remember, that -- that was assuming that there was a very strong result that had

already been reported. That was the example that I gave; not as a single -- a single result from a sub-analysis.

Q. Right. Okay?

MR. RONCA: And so can we take a screenshot of this? And we'll call this Exhibit 6459.

(Exhibit 6459 was marked for identification.)

BY MR. RONCA:

Q. Now, another way to look at this might be to look at it this way, so that the arrows show either an increase or decrease from the line that indicates "1."

Would that be fair?

A. I think either way you turn it, it's the arrow's going from one side to the -- you know, yeah.

Q. All right.

MR. RONCA: And can we take a screenshot of that? And we'll call that Exhibit 6-4 -- must be up to 6-0. We get that?

DOCUMENT TECHNICIAN: I did.

(Exhibit 6460 was marked for



identification.)

MR. RONCA: Great. Thank you. Let's move on. All right.

Now, go back to the exhibit we were using 6410, right? No. No, no, no. 6401.

Great. Okay. Now lower part of that page, the very last paragraph, if you'll just highlight the first sentence, please.

Q. So Dr. Witte, you want to read that for us?

A. I would be happy to.

Our study also has limitations. Because malignant transformation of cancer may take longer than 20 years, the most severe shortcoming of our study is the limited number of participants with long-term follow-up.

MR. RONCA: Can you unhighlight that and highlight the second sentence, please?

Q. Doctor, would you read that for us?

A. Second, the Prescription Registry provides no information about drugs removed



from the Danish market, nor about compliance with prescriptions or use of drugs sold over-the-counter.

Q. So those two statements I asked you to read, that's what the author said about this study?

MR. TOBEY: Dr. Witte, when you read you might need to go just a tad slower just so the court reporter can capture it.

THE WITNESS: I'm sorry.

THE COURT REPORTER: Thank you.

Q. The two things you just read, Dr. Witte, those were the statements of the study authors, right?

A. That's correct. That's from Adami.

Q. Okay.

MR. RONCA: Next page, please. So in that -- bring out that first paragraph. Thank you.

Q. And start -- see where it says supplemental table 3?

A. Yep.

Q. Starting after that with "over" and to the end of that sentence.



A. Okay.

Q. Doctor, will you read that?

A. Do you want me to read Supplementary Table 3 or --

Q. No. Just start with "over-the-counter."

A. ...over-the-counter use inevitably led to underestimation of ranitidine exposure, as well as exposure to other H2RBs, in more recent years.

Q. From your review of this study, over time from when ranitidine and the other H2RAs came on the market, more and more and more they were available and purchased over-the-counter, right?

MR. TOBEY: Objection. Form.

A. I think in this population, I think Supplementary Table 2 shows that ranitidine proportion by prescription decreased at a similar rate between ranitidine and cimetidine and famotidine combined.

Q. Yeah. So let's take a look at that supplemental table 2.

MR. RONCA: Will you bring up Exhibit 6400? Yeah. Now, go down a

page. Stop there. Thank you. Just leave it like that.

(Exhibit 6400 was previously marked for identification.)

Q. So the data we were just talking about came from this table, right?

A. Do you mean the changes in prescription?

Q. Yeah.

A. Yes. So this is the annual -- titled, The annual proportion of defined daily doses of medication sold by prescription in Denmark.

Q. Of course when you did your review, you carefully examined supplemental table 2, right?

A. Yes, I did.

Q. And did you look at any other supporting information, like where this came from?

A. No, I didn't.

Q. So, what is cimetidine and famotidine?

A. So I would assume that it's those two drugs combined.



Q. In one drug?

A. No.

MR. TOBEY: Objection. Form.

A. Sorry. That would mean that looking at each of those two drugs; not combined in one drug, but the prescriptions for individuals of one of the other.

Q. Then why is the cimetidine and famotidine numbers over here from 2006 to 2009 different?

MR. TOBEY: Objection. Form.

Mr. Ronca, I don't know if you meant to have a cursor or highlight when you said "over here," but we can't see what "over here" is.

Q. Oh. From 2006 to 2009, is what I said.

A. Okay. So can you ask the question again?

Q. Sure. Look at 2007.

A. Okay.

Q. Cimetidine and famotidine, 58 percent?

A. Right.

Q. Cimetidine, 52 percent; famotidine,



nothing.

What does that mean?

A. I think it means -- I'm assuming it means they didn't have information on those years.

Q. Look at the table down below. From 2010 to 2018, they don't have any information on cimetidine and famotidine at all.

A. Yeah, that's correct. But you can see the patterns up to -- from 1999 to 2008 are very similar.

Q. So you're assuming that it's gonna with the same without any data? Is that what you do in your studies, Doctor?

MR. TOBEY: Objection. Form.

A. I'd say up to 2008, it looks like the changes in the proportion of defined daily doses are -- are paralleling each other between ranitidine and cimetidine and famotidine or cimetidine.

Q. What are the defined daily doses of ranitidine versus cimetidine and famotidine from 2010 to 2018?

A. That information is not in this table.



Q. Only ranitidine is in this table?

MR. TOBEY: Objection. Form.

Q. And PPI?

A. That's correct.

Q. Okay. So the authors didn't know how much cimetidine, famotidine for nine of the years of this study, right?

A. Yeah. For the data that they have, we just look across starting at 1999, the patterns are very similar. And so I don't think -- well, the data is not in the table for the following years. But I have no reason to assume that those are -- are erratically different or that they would change the results of their study.

Q. Yeah. Really need to listen to the question.

Is it true that they had no data on cimetidine or famotidine from 2010 through 2018?

MR. TOBEY: Objection. Form.

A. That's true. But I don't -- I don't think that that would change the results of their study.

I have never -- I haven't seen a

sensitivity analysis that assumed, for example, that those data for cimetidine and famotidine were radically different and that the results would change.

Q. Explain this to me. Let's look at 2003.

How is it 96 percent of famotidine is by prescription, 65 percent of cimetidine is by prescription, and 60 percent of the combined is by prescription?

MR. TOBEY: Objection. Form.

Q. How does that work?

MR. TOBEY: Objection. Form.

A. Well, I would assume it's because fewer people are using famotidine.

Q. Did you -- did you check in the statistics, which are available online, as to why that is that way?

MR. TOBEY: Objection. Form.

A. No, I didn't. But looking at this table, it looks like the cimetidine and famotidine trend is being driven by cimetidine.

Q. Yeah. It looks like. But you know, can you -- well, let me ask you.



Did you look at the medstat.dk?

A. Did I look at the what?

Q. Medstat.dk.

A. No, I didn't.

Q. This is it where this data comes from. Did you look at it at all?

MR. TOBEY: Objection. Form.

A. No, I didn't.

Q. To validate these numbers or figure out why so many numbers are missing?

A. No, I didn't.

Q. Okay.

MR. RONCA: Can you take that down for a second?

A. But I will add I don't think that's going to change the results of their study.

Q. Yeah. You can add whatever you want, okay?

So looking at the medstat.dk, it has all the information from 1996 to 2021. Even -- even I can look it up.

MR. TOBEY: I'll move to strike that last sidebar.

But is this an exhibit? I mean we're looking at --



(Cross-talk.)

MR. RONCA: It's the medstat.dk. Anybody can look at it. You can look at it right now on your computer.

MR. TOBEY: I'm just trying to understand --

MR. RONCA: I'm just asking the doctor so he can see it.

Q. Did you look at the med stats to check why there were such gaps in the data?

MR. TOBEY: Before you answer.

I move to strike any reference to that website that was pulled up and pulled down. You can ask him that question though.

Q. Did you?

A. I think that's, as I said before, I didn't look at the med stat. However, I don't think that that data is gonna change the results of the study or the overall conclusions of my own.

I should say, you know, while we have been talking, I've been thinking I little bit more about your question about confounding and smoking. And --



Q. There's no question pending, sir. Your lawyers can ask questions later.

A. Okay.

Q. Okay? Now, let's go back to Exhibit 6400.

Okay. Now, for the pills -- now this information is the annual proportion of defined daily doses of medication sold by prescription in Denmark.

So these are just percentages, right?

A. That's correct.

Q. This doesn't tell you how much any particular patient is getting?

A. This is summary data of the population --

Q. Right.

A. -- of the data.

Q. Right. So if we go back to the study itself --

MR. RONCA: So let's go back to 6401 and go up a couple pages. Back to I think it's Table 1. Up. Up. Up. Yeah. Make the top of that big.

Q. See the 103,565 ranitidine users?

A. Yes.
Q. How much -- they only know the number of prescriptions they got, right?
A. That's correct. They obtained the information on exposure from pharmacy -- from prescription records.
Q. Prescriptions were for how much? How much ranitidine? Because it comes in 75, 150 and 300.
A. Is it okay if I look at the paper again?
Q. Knock yourself out.
A. Thank you.
All right. Looks like they -- they don't specify in here what doses the prescriptions are for. But again --
Q. I'm sorry. So somebody who is getting 300 as opposed to 150, they're getting twice as much, right?
MR. TOBEY: Dr. Witte, were you finished with your prior answer?
A. No. I was still answering.
So I don't think that that would materially change the results of the study or from my analysis that showed no association



between ranitidine and cancer in the 16 published observational study.
I mean, I think we're focusing in on really narrow aspects without looking at the totality of the evidence, which is what my report is focused on.
Q. Yeah. My question was, do you know or did the study authors report, whether these people were getting 50 -- I'm sorry 75, 150, or 300 milligrams per pill?
A. I don't know. And the study authors didn't note that -- what prescriptions they were giving.
Q. And if I took a pill that's 150 milligrams and then if I took, separately, a pill that's 300 milligrams, the second time I'd be getting twice as much, right?
MR. TOBEY: Objection. Form.
A. Twice as much ranitidine?
Q. Twice as much of whatever is in the pill.
MR. TOBEY: Objection. Form.
A. I think that that means that the pill is twice the size, right?



Q. Yeah. I don't think you're gonna fight me on that, right?
Twice as much, correct?
MR. TOBEY: Objection. Form.
A. The pill is -- is twice the size, the ranitidine pill is twice the size. I don't think we know necessarily -- I mean, yeah.
Q. You can't tell me that there's twice -- how about this question?
In a 300-milligram pill, is there twice as much ranitidine as there is in 150-milligram pill?
A. I hope so.
Q. Good. All right. We agree on something.
All right. So in these prescriptions, each prescription, even though we don't know the dose, do we know how many pills were in the prescription?
A. I don't think that they have reported that here. Sorry. I'm going to have to look at this again. (Document review.)
I'm not seeing that information in



the paper. Again, I don't think that would change the overall conclusions of the study or my -- my conclusions because there's -- I know of no sensitivity analysis that's actually looked at this and evaluated how much measurement error there would have to be to actually change the results.
Q. You didn't do any such calculation yourself though, right?
A. No.
Q. And did you know that in Denmark these prescriptions come in anywhere from 10 to 90 pills in one prescription?
MR. TOBEY: Objection. Form.
A. I would -- it would be helpful to see a citation to that.
Q. Sure. Medstat.dk. Look it up.
MR. TOBEY: Okay.
Q. For purpose of my question --
MR. TOBEY: No. No, Mr. Ronca.
Q. -- assume --
MR. TOBEY: Mr. Ronca, that is abusive. We can mark it on the video. You are intimidating or at least trying to intimidate this witness.

I'm going to ask you to cut out the sidebar, the commentary, the attacking and sneering, snide comments. Just ask questions.

MR. RONCA: As soon as you instruct the witness to stop non-answers or answers that are not the question that I asked or reasserting his position -- his general position every time I ask a question about a simple subject.

How long did it get me -- how long did it take me to get the witness to admit that a 300-milligram pill has twice as much stuff in it as 150-milligram pill?

I mean we -- look. You've been observing this too, and this is also on the video.

Now, I will withdraw my comment -- that last comment and apologize to the witness. But the abuse is going both ways, Mr. Tobey. And --

MR. TOBEY: No --

MR. RONCA: -- anyone who watches



this video will understand that. But let's move on.

(Cross-talk.)

Q. I want you to assume --

MR. TOBEY: I have to respond to what you just said.

MR. RONCA: No. No, you don't. You're only -- first of all, you started a speaking objection and didn't say, Objection, form.

MR. TOBEY: It's not a form objection.

MR. RONCA: Like I was instructed by your colleagues a hundred times -- not a hundred times, I only did it four times -- but each time not to do, and you've been doing it throughout the -- the deposition, and you're taking up my time.

I have withdrawn what I said. I have apologized. I'll try to avoid those comments in the future. Let's move on.

MR. TOBEY: Mr. Ronca, no. I need to speak on the record.



And objection as to harassing or intimidating a witness is not a form objection and is not limited to objection, form. I can instruct him not to answer if you continue to treat him this way. I've a given you a lot of latitude that's going to end.

And you just mischaracterized his testimony when you asked a clean question about whether the milligrams of ranitidine were doubled. He answered it immediately.

It's your questions that are not clear, and he's being very precise. So please don't put that on the witness. He's trying.

MR. RONCA: Okay. That's in the eyes of the beholder, but let's just move on, okay?

BY MR. RONCA:

Q. So I want you to assume for purpose of my question that an individual prescription of ranitidine could come in anywhere from 10 to 90 pills, okay?

If that's the case, as a measure



there are ten prescriptions, that could be anywhere from 100 to 900 pills. Is my math correct?

A. Yeah. That's the right -- I think the right math. I have no idea what the distribution is of use of 10 versus 90 pill prescriptions.

Q. My point exactly. But --

MR. TOBEY: Objection. Form.

Q. But the -- so when you're measuring a prescription, it's possible, assuming that the prescription can be from 10, on the low end, to 90, on the high end, assuming that's correct, one person taking it could get nine times what another person has from one prescription.

Assuming I'm right, isn't that the case?

A. Well, I would -- I would agree that 10 is -- you know, 90 is nine times as much as 10. Again, I don't know what the distribution is of these different prescriptions, and I don't -- again, I don't think that that would change the interpretation of these results 'cause we're

looking at a population level and using statistics to see whether or not there's an association between ranitidine and cancer.
Q. Right. Isn't there an old saying exposure makes the poison? Do you know?
A. I'm -- I'm familiar with that saying.
Q. And -- and the point of that is for certain things, if you have a little bit of it, it doesn't matter but if you have a lot it does, right?
A. Again, I don't know the reference to this.
Q. I take the aspirin that comes in a pill for a headache, small chance of having an adverse event. If I take a bottle of aspirin, there's a large chance I can have an adverse event.
That's what I'm talking about. Is that -- is that true in real life?
MR. TOBEY: Objection. Form.
A. I think this is a very general statement that certainly, if you took one aspirin as opposed to an entire bottle of aspirin, presumably the second dose would be



much higher than you should have taken and you may suffer side effects from it.
Q. So in that sense, when you're trying to figure out exposure, doesn't the amount of the exposure matter?
MR. TOBEY: Objection. Form.
A. Certainly the -- the amount of exposure is important. But I would, again, don't think that that would change the general finding of no association between ranitidine and cancer. That's being seen not just in this study but across effectively all of the studies.
All 16 of the studies are not reporting any valid association between ranitidine and cancer. So we can pick at this one study as much as you want but, when we look at the totality of the evidence, there is no support for a causal association -- a causal relationship between ranitidine and cancer or an association.
Q. You couldn't even tell us in any way how much ranitidine a person who got ten prescriptions was exposed to in this study.
MR. TOBEY: Objection. Form.



A. Sorry. Was that a question or a statement?
Q. Yes. You can't tell you us -- isn't it true that you can't tell us how much ranitidine one of these subjects in this study was exposed to at their tenth prescription?
A. Well, we could probably look at the distribution of the population to get a sense of what that looked like. So not looking at just an individual, but what does the overall population look like -- and that's effectively what's being compared back to the other H2RAs.
Q. How much ranitidine did people in the ten prescription group get?
MR. TOBEY: Objection. Form.
A. Sorry. That's -- that's a question to me again?
Q. Yeah. How much?
A. So at an individual level, we don't know exactly how much anyone got. But we know who's exposed -- who received a prescription for ranitidine and who didn't.
Q. That's all we know, right?



MR. TOBEY: Objection. Form.
Q. With respect to exposure.
A. Well, we know the -- the number of prescriptions.
Q. That's all we know, right? We know the number of prescriptions generally for the group.
A. For -- that's right. So we know the number of prescriptions. And when you look at higher numbers of prescriptions, the results that you've called out basically are null associations.
Q. Follow me on this question.
I want you to assume that somebody with five prescriptions got 90 pills of prescription and somebody with ten prescriptions got ten pills per prescription.
Who got more exposed?
MR. TOBEY: Objection. Form.
A. So we know that one got more prescriptions than the other.
Q. No, no, no. One got more prescriptions, right. Continue.
A. And the -- you know, while the absolute number could vary, I think that the

Page 226
J. Witte

general distribution in the population would...
Q. Would what?
A. Sorry. I was thinking.
The -- by looking at a population level analysis, that the results here wouldn't change nor would the results that these replicate from all the other studies.
So I think that -- that you're kind of hypothesizing this information, but I -- I don't think that it's going to actually change the results of this study and --
Q. I hear you. That's -- you just avoided my question again.
MR. TOBEY: That's --
Q. I'll try to again. I'm going to try it again.
I want you to assume that a patient that got five prescriptions and in each prescription there were 90 150-milligram pills and the second patient got ten prescriptions of 150-milligram pills but that there were only 10 pills in each prescription.
And I just want you to tell me in

Page 227
J. Witte

this hypothetical question, which I am permitted to ask, who had more exposure, the five prescription person or the ten prescription person?
MR. TOBEY: Objection. Form.
A. So the number of pills would be higher in the one case than the other, right? But again, I'm -- I'm arguing that I don't think that's going to change the results of the study.
Q. Of course. All right.
Now, all this that we're talking about, the prescriptions and how many pills and what was the dosage and all that, the same is true for Norgaard also, right?
A. Could I take a break for a minute just to use the restroom?
Q. Sure. How long, five minutes?
A. Yeah. Just five minutes.
Q. Yeah. So it's 6:16.
THE VIDEOGRAPHER: The time is 6:17 p.m., and we are off the record.
(Whereupon, a brief recess was taken.)
THE VIDEOGRAPHER: The time is

Page 228
J. Witte

6:26 p.m., and we're back on the record.
BY MR. RONCA:
Q. Dr. Witte, just to show that I'm not all bad, I broke the first rule of lawyers which is you don't let a witness leave the room while a question is pending, but I did it anyway because you had to use the facilities. So I don't want you to think of me being a hundred percent bad.
A. Thank you. I appreciate that.
Q. So, and if there's another time you need, just let us know. All right.
Now the question was that I left pending was, now, all this that we're talking about, the prescriptions and how many pills and what was the dosage and all that, the same is true for Norgaard also, right?
A. So just so I understand the question, the concerns that you've raised about Adami with regard -- well, maybe we could -- let's expand on the question a little bit so that I'm --
Q. Sure.
A. Yeah. Thanks.

Page 229
J. Witte

Q. In the Adami study, they didn't know how much over-the-counter use there was in the cohort, correct?
MR. TOBEY: Objection. Form.
A. Yes. I believe that's correct.
Q. They didn't know the dosage that any other members of the cohort received in individual pills?
MR. TOBEY: Objection. Form.
A. They don't -- I'm not seeing any information about the -- the dosage, individuals. They have total numbers of prescriptions, right, but not...
Q. How much was in the prescriptions?
A. What the -- what the ranitidine dosage was.
Q. Yeah. And those two things, the same is true in Norgaard, right?
A. Yes. That's what we discussed about -- sorry. You mean the same was true in Adami?
Q. Oh, did I ask about Norgaard? I'm sorry.
A. Yeah.
Q. I thought I started with Adami.

Yeah. The same is true between Adami and Norgaard regarding those two things?
A. Yes, that's correct.
Q. And in both Norgaard and Adami, they didn't know how many pills were in each prescription?
MR. TOBEY: Objection. Form.
A. No. They didn't know how many pills. They did do a similar analysis where they restricted to people who received more prescriptions and had longer time since index date.
Q. But they didn't know how many pills were in each prescription in either study, right?
MR. TOBEY: Objection. Form.
A. No. That information is not provided in the paper.
Q. They didn't have information on smoking in either Norgaard or Adami, correct?
MR. TOBEY: Objection. Form.
A. Yes, that's correct.
Q. They didn't have information on alcohol use in either Norgaard or Adami, is



that right?
A. That's correct.
Q. Now, you didn't criticize neither Norgaard or Adami for not having information on alcohol or smoking, is that correct?
A. Sorry. I'm going to have to look at my report, see what I said there.
MR. RONCA: While the doctor is looking, please bring up Exhibit 6397. Go to page 45 of 124. There you go.
Q. Doctor, with this is your discussion of Adami in your Appendix A.1.1, Active Comparator Studies.
Does the word "smoking" appear anywhere in that?
A. No. The word "smoking" does not.
Q. All right. Let's go down to the next page.
Here is your discussion of Iwagami. Does the word "smoking" appear in Iwagami?
A. No. The word "smoking" does not appear in Iwagami.
Now, I should say that these are all active comparator studies, which, you know, by comparing users of one drug to



another helps adjust for potential confounding by design. That's the real strength of the active comparator approach.
Q. Understood.
Let's go to page 48 -- 47. See Norgaard? Look at this part and when you're done looking at this part, let us go to 48.
A. Okay.
Q. Let's go to 48, top. See the word "smoking" anywhere?
A. No. I don't see the word "smoking" anywhere.
Q. Let's go to page 46. Let's start on 45.
See discussion of Cardwell listed under Active Comparator Studies, right?
A. Yep.
MR. RONCA: Let's go to the next page. Highlight that top part.
Q. The last sentence, read it aloud for us.
A. Also, there was extensive missing information on smoking, suggesting that there may have been residual confounding.
MR. RONCA: Can I get a screenshot



of that one and make it the next exhibit number?
(Exhibit 6461 was marked for identification.)
Q. How extensive was that missing information?
A. There was somewhere in the order of -- well, I can confirm it, but let me look at the paper -- 20 to 24 percent missing in the cases and controls.
Q. So between 75 and 80 percent smoking information?
A. Never, former or current; yes, that's correct.
Q. So on three studies that show no association but had no information on smoking, you didn't mention that at all. But on the one study that does show an association and had some smoking information, you point out that there was a, quote, extensive missing information on smoking.
Is that what you did?
A. Well, I did write that there's extensive missing information on smoking in this study. So it's -- it's an interesting

Page 234
J. Witte

study because I would point out that this didn't find a positive association because in the active comparator analysis, there is no association.
Not only that, in the study that gave rise to this study, the McDowell study, once in their analysis, when they controlled for smoking looking across drugs and cancers, they found a positive association that was even larger than their non-comparator analysis between nicotine and bladder cancer.
So this indicates that they were unable to fully control for smoking even though they included their smoking variable in that analysis.
Q. So for three studies you like, no mention of smoking as a factor even though they had no data. And one study that you don't like, you have a whole sentence there out about the missing smoking data?
A. So just to --
MR. TOBEY: Brief second.
Objection to form.
You can answer.
A. Just to clarify, I don't not like

Page 235
J. Witte

this study. I actually think that this is a great study because it shows why active comparison -- comparator analyses are so important.
So unlike these hypotheticals that we've been talking about, about amount of prescriptions received, what was in those prescriptions, they actually undertook two sensitivity analyses and two very clear analyses in this paper that I think are -- are very available.
Number one, the active comparator analysis shows no association. Number two, when they looked at nicotine, even after adjusting for smoking, there was an association between nicotine and bladder cancer that was stronger than the non-active user design.
So I actually think that this is a great study because it highlights the argument that I've been making all along, that there is no valid, reliable association between ranitidine and cancer. So I like this study.
Q. You don't think this is

Page 236
J. Witte

cherry-picking though, by you?
MR. TOBEY: Objection. Form.
A. Could you explain more what you mean by cherry-picking?
Q. Pointing things out on a selective basis.
A. You mean with what I just said about the active comparator showed no analysis and then looking at nicotine still showed an association when adjusted for smoking --
Q. No.
A. -- which indicates that their crude measure of smoking wasn't able to fully adjust.
Q. No. I'm not commenting on -- not commenting on lack of information about smoking on three studies; but commenting on it in -- with the Cardwell study, the Habel study and the Hidajat study. You don't think that's selective?
A. Yeah. I -- I think that what we're seeing right here is that when you use an active comparator analysis you move away from this potential bias due to uncontrolled

Page 237
J. Witte

confounding due to smoking. And all the previous studies that you mentioned are all active comparator studies.
Remember Cardwell is -- is the most clear evidence in this one study of why you need an active comparator analysis.
MR. RONCA: Let's go to Exhibit 6406. Go to the last page.
(Exhibit 6406 was previously marked for identification.)
MR. TOBEY: That --
MR. RONCA: Sorry, what?
MR. TOBEY: I don't have it yet in the Box. I have the paper. It just came up.
MR. RONCA: All right. One page before that. The last sentence at the bottom of the left column toward the end of the -- up to the end of the sentence at the top where it says, of bladder cancer.
And highlight that sentence that starts with, In this large population-based study.
BY MR. RONCA:

Q. Dr. Witte, would you read that sentence for us?
A. Certainly.
In this large population-based study, the use of ranitidine particularly long-term use was associated with an increased risk of bladder cancer.
Q. Was that the conclusion of the authors?
A. Yes. That was written by the authors.
Q. Thank you.
MR. RONCA: Take down that exhibit, please.
Q. So when I asked you about cherry-picking, that's a term you used in your report, right?
A. That's correct. When I was talking about the -- the plaintiffs' experts' selective reporting and reporting results in methodologically incorrect manner, just giving a point estimate and not the 95 percent interval, interpreting results in a selective manner. Yes, that's a term I used.



Q. And then you didn't do any of that cherry-picking yourself, right?
A. No. Again, I think that in this example of Cardwell, we have what's called -- I mean they called it a sensitivity analysis to see how sensitive their results were when comparing ranitidine to non-users. And what they found was their results were sensitive.
And when they, at that point, and they mention it in their discussion also that the association could be explained by confounding by indication, right? So --
Q. And after all that discussion and also e-mail --
MR. TOBEY: Mr. Ronca, he was in the middle of a sentence.
A. So, the -- the Cardwell study undertook a sensitivity analysis to see how sensitive their results comparing ranitidine to non-users were to the assumption that that was a reasonable comparison group. And that their -- their assumption was found to be false because the results were null when undertaking the active comparator analysis.
Moreover, again, the -- when that



group looked at nicotine, controlling for smoking, they found an association with bladder cancer.
Q. Now are you finished?
A. Yes. Thank you.
Q. But nevertheless, knowing all that, the conclusion of the authors is what you read to us, right?
A. That was the end of their paper. I mean they had one more sentence: Further studies are necessary to attempt to replicate this finding.
Q. All right. And now, you had an e-mail exchange with Dr. Cardwell before the study was published, right?
A. Yes. Well, after the -- his initial study was published, McDowell.
Q. But before --
(Cross-talk.)
Q. -- Cardwell study was published, right?
MR. TOBEY: Objection. Form. And he was still answering.
A. So Cardwell is the senior author on the McDowell paper. Right.



Q. We're referring to the Cardwell study, which is the bladder cancer study. All right?
Do you know what I'm talking about? The one we just had up on the screen or should I put it up again?
A. No. I do know what you're talking about. But I just wanted to clarify that that study came from McDowell 2021a that I had e-mailed him about.
Q. Yeah. So he said to you -- well, let's start at the beginning.
You e-mailed him to ask for the non-published results, but you didn't reveal that you were doing so on behalf of the manufacturers for litigation, is that right?
MR. TOBEY: Objection. Form.
A. No. I think I was pretty clear with him about --
Q. Upfront?
A. Well, what do you mean "upfront"?
Q. Your first e-mail.
A. Let's look at the exact e-mail exchange.
Q. Exhibit 6397, page 55.

A. Okay.
Q. Did you reveal to Dr. Cardwell that you were seeking this information for litigation purposes in your initial e-mail?
A. In my first e-mail, I just asked him directly, as they indicated in the paper, that the full set of results that the paper was based on were available by request.
Q. My question was, did you reveal that it was for purposes of litigation?
MR. TOBEY: Objection. Form.
A. This is -- this is the e-mail that I wrote at -- at -- when this e-mail was sent, I asked him basically exactly what they said; that we should -- and I put a quote in here, access to results.
I mean I say exactly what he said. Direct, if you want the results from this study, the full results -- not just the ones that had a P less than .01 or a relative risk above 1.25 -- that you should ask him directly for those data.
Q. Okay. I'll ask the question again.
Did you reveal to Dr. Cardwell that you were seeking this information for



purposes of information?
MR. TOBEY: Objection. Form.
A. In this first e-mail that you pulled out, no. But if we go to the next e-mail, then it's -- it becomes clear.
Q. Well, this is after Dr. Cardwell said to you that there was concern about making this public, right?
MR. TOBEY: Objection. Form.
A. Well, I -- he kind of asked me what was I use them for. That's correct. I mean I think --
Q. And then you told him?
MR. TOBEY: Were you finished with the answer?
THE WITNESS: Yeah, that's fine.
A. I certainly did tell him exactly why I was requesting the data, and he didn't share those with me until after that.
Q. Okay. Now let's go to the next page.
So Dr. Cardwell wrote to you on March 30, 2021, before the Cardwell paper was published, the bladder cancer paper. He said:



I'm keen to avoid patients being unnecessarily worried about increased risk based upon non-sensible interpretation of the results.
Is that what he wrote?
A. That's exactly what he wrote.
Q. And after he wrote that, they published the Cardwell paper which had the conclusion in it that you read before, right?
A. That's correct.
Q. So despite his concern about making patients unnecessarily worry, he published a report that said there is an increased risk especially after long-term use.
Isn't that the way it happened?
A. Well, he did say that he was concerned about patients being unnecessarily worried about increased risk based upon non-sensible interpretation of the results. That's correct.
Q. And he did publish information that would make people worry after that, right?
MR. TOBEY: Objection.
A. Well, I don't know. I mean, he did say further studies are necessary to attempt



to replicate this finding. And --
Q. Done?
A. Yeah, that's fine.
Q. Dr. Cardwell is not involved in this litigation, is he?
A. No, not to my knowledge.
Q. He's an independent researcher who's got no axe to grind in this case, right?
MR. TOBEY: Objection. Form.
A. Not -- again, I wouldn't know.
Q. Now, Dr. Adami is different, right?
MR. TOBEY: Objection. Form.
A. Again, I wouldn't know.
Q. Dr. Adami was a consultant for the defendants in this litigation.
Did you know that?
A. Yes. He cited that in his paper.
Q. Right in the paper. So was that other author, right? Chang.
A. That's correct.
Q. Did you know that Dr. Adami, since 2012, out of over 200 papers with his name on it, only 12 has his name as first author? Did you know that?

A. I didn't know that.
Q. And of the 12 that he is the first author, 11 are like editorials, not research papers, but only one is a research paper.
A. Okay.
MR. TOBEY: Objection. Form.
Q. Did you know that?
A. No. I didn't know that.
Q. And the one research paper is the Adami paper we've been discussing in this case.
A. Okay.
Q. The one paper that he's the lead author on in ten years, that's a research paper, and he is a paid consultant of the defendants in this case.
MR. TOBEY: Objection. Form.
Q. Were you aware of that?
A. No. I didn't dig into his CV to see what papers he had published.
Q. I didn't think so.
MR. TOBEY: Objection. Form. Move to strike commentary.
THE WITNESS: James, I'm going to ask for another break. I had too much



caffeine at lunch. Is that okay?
MR. RONCA: You know something? Yes.
THE WITNESS: Okay. Thank you.
THE VIDEOGRAPHER: The time is 6:54 p.m., and we're going off the record.
(Whereupon, a brief recess was taken.)
THE VIDEOGRAPHER: The time is 6:59 p.m., and we're back on the record.
MR. RONCA: Can we bring Adami up one more time? 6401. Yeah, 6401.
BY MR. RONCA:
Q. Yes. I -- I want you to look at the top there, Dr. Witte. I had it backwards.
It's that Norgaard is a co-author on the Adami.
A. Understood.
Q. Is that correct?
A. That's correct.
Q. Okay. Yeah. I had it backwards when I said it before.



MR. RONCA: You can take that down. All right.
Can we bring up exhibits -- no, no, no. Don't take it down. Don't take it down. One more question.
Go to Table 1, please. All right. And can you just blow up part of it? I don't care which part. That's good.
Q. So Dr. Witte, I want you to look at these numbers here with me. See, they all end with odd numbers. Almost none of them -- I don't even see one -- here's one that ends in zero. But almost all of them end with 5, 2, 3, 4, 8, 2, 1; you see what I'm saying?
A. Okay. So like under ranitidine for the total number 103,565?
Q. Right.
A. So that ends with a 5, and the next one over ends with a 7, and then ends with a 5.
Q. Yeah. They're actual number counts of actual people, right?
A. That's correct, yeah. That's why the digits --
Q. Are different. That's why



they're -- they're counting individual people.
You got -- in the ranitidine group, you got 55,934 unhappy married people -- no, I'm kidding -- married people, right? That's an exact number based on their data.
A. Yeah. So when they say in the top ranitidine, N percentage, so it's the count of individuals.
Q. Right. Okay.
MR. RONCA: Now let's go to 6423. Doesn't seem right. 6423. There you go. All right. So let's leave it like that for now.
(Exhibit 6423 was previously marked for identification.)
Q. This is the -- I'm not sure how to pronounce it. It could be Yeseong Kim study. Ronnie Fass as senior author.
You're familiar with this one, right?
A. Yes.
Q. And so we've been calling it Y Kim. You know, like, not W-H-Y, but Y, the letter Y Kim. Okay. So can we agree to call it

that?
A. Yes, of course.
Q. And this is one of the active comparator studies you discuss in your report, right?
A. Yes.
MR. RONCA: Okay. So I would like you to go to Table 1, which is on the fifth page, I think. Go all the way down to the next blue. All the way down, down, more. There you go. Thanks.
Q. Dr. Witte, I want you to look carefully at this and what you will see is for the N number in each of these columns, every single number ends with a zero.
Do you see that?
A. I do see that.
Q. Did you notice that when you were reviewing this study and doing a careful evaluation and putting it --
MR. TOBEY: Objection. Form.
Q. -- in your report.
A. Yes. That's -- for this study, it makes perfect sense.



Q. Right. Because this is an aggregate study, right?
A. Well, samples in clumps of ten.
Q. Right. No individual data within the clump of ten?
A. For the clump of ten is -- is comprised of ten individual people.
Q. Right. But you don't know which individual in the ten gets cancer, do you?
MR. TOBEY: Objection. Form.
A. Well, I think that -- that the group of individuals that in the -- in the set of ten have whatever -- you know, indication that we're talking about here.
Q. All ten?
A. Yeah. I think the counts here are so -- so for esophogeal cancer at the top end, 180, that's ten people with esophogeal cancer -- sorry, 180 people all with esophogeal cancer. Gastric cancer, 170.
Q. So all -- every single one of them came out even?
A. Well, they're all in clumps of ten because that's how the data -- the data from the Explorys dataset is shared. But you can



actually undertake the same kind of analyses using data that comes in groups versus data that comes at the individual level.
Q. So, this is what they call aggregate data?
A. In the paper they call it that?
Q. Yes. Four different places.
MR. TOBEY: Objection. Form.
A. Okay.
Q. Do you want to look?
MR. TOBEY: Objection. Form.
A. No. I -- I think I recall that. They call that aggregate data, yes.
Q. Show us where in your report that you mention that this is aggregate data.
A. I don't think I do mention that it is aggregate data in my report because that wasn't a major concern of mine for these analyses. You can -- epidemiologic studies, you can look at the data in a similar fashion using aggregate data.
Q. Show us where in your report you explain what aggregate data is.
MR. TOBEY: Objection. Form.
A. I -- I didn't actually discuss



aggregate data in my report. But again, you can undertake methodologically appropriate epidemiologic data using datasets such as this. And, in fact, there have been quite a few peer-reviewed publications using this Explorys dataset.
So the scientific community is accepting of this dataset as a source of undertaking observational studies.
Q. So isn't a study that uses aggregate data often called an ecological study, EC?
A. No. This isn't an ecologic study. An ecologic study is where you actually are looking for trends, and you wouldn't have it grouped into sets of ten people. It would be an entire pop -- you know, an entire kind of rate of disease in a population.
So, for example, you could undertake a study of ranitidine and cancer by seeing whether or not the rates of ranitidine use track with rates of cancer without actually getting sets of ten or individual level data. That would be an ecologic study.
You would just say in United States

this is the rate of ranitidine use and here's the rate of cancer. Now, let's look at another country. That would be ecologic study.
So this groups of ten for confidentiality reasons, but it's not looking at -- they're not saying here's this one population so that -- that is an ecologic study.
Q. So out of all the people in this study, exactly 180 people got esophogeal cancer who were taking ranitidine?
A. Right. I think that, again, the data came out in groups of ten.
Q. And exactly 170 got gastric cancer?
A. Again, the data were provided in groups of ten; although, you can see for IBD, if it was less than ten, they just said it was less than ten for cirrhosis and IBD, down further on the table.
Q. And you don't think the fact that there's no individual data, that this is aggregate data, has any impact on the results at all, right?
A. Well, I think that -- that this is



using this database in exactly this manner, I mean it has been used in quite a few studies, observational studies. It was used here in a peer-viewed publication.
And so certainly, as we've talked about with effectively all the studies we discussed here, there are strengths and limitations. And so we can -- we can go through and pick it, the study, and -- and point out things.
But I -- this -- this wasn't concerning to me sufficiently whereby I would've dismissed this study and removed it. It's one of the 16 observational studies that have looked at the potential association between ranitidine and cancer.
Q. What is the average stay for a person that's in this database?
MR. TOBEY: Objection. Form.
A. The average hospital stay?
Q. No. How long does the average person remain in this database before they move on and go to -- out of the database and their data is no longer recorded?
And you can look in the study, but



you'd have to go to a separate study to find the answer to that question.
A. So I'm not going to find it in this study?
Q. No. You'd have to have looked somewhere else.
MR. TOBEY: Objection. Form.
Q. Now, did you look?
A. Did I look for how long the average stay for an individual in this database is? No, I didn't.
I should point out that this database has medical record data from over 360 and over 73 million individual patients in the United States. This is a big database.
Q. How long was the follow-up period here?
A. So the study took part, the time period, I know we -- is -- was from 2009 to 2018.
Q. So ten years?
A. From, again, this is, you know, remember, I'm calling it the time period. It's the range.



Q. Ten years. Now, if there's a person and they're in this Explorys database because they have insurance through one company and then they move to a different insurance or a different health system and they go out of the system, what happens to that person over that ten-year period? Are they still counted or not counted?
A. Sorry. I'm just trying to make sure that I look at the methods for this paper. (Document review.)
So I'm not seeing in the paper what specifically happens to an individual who, I think your example is changed health plans and were no longer included in a health plan that was evaluated by this dataset by the Explorys?
(Court Reporter clarification.)
A. Let me start over.
I'm not seeing in this paper indication of what happens with individuals if they moved outside of the Explorys -- outside of the systems. Remember, this is kind of a nationwide system.
They moved out of being in that

system. Again, it's a very large sample size, and it's a database that's been used extensively for -- for research exactly like this.
Q. Uh-huh. Yeah.
A. Peer-reviewed publications.
Q. Are there other peer-reviewed publication or publications by the Explorys people that could give you the information about how long people stay in this system?
MR. TOBEY: Objection. Form.
A. I don't know.
Q. Did you simply assume that all of these patients stayed in this system for the entire time?
MR. TOBEY: Objection. Form.
A. So I should point out that they did do a data validation to compare the incidence of the five cancers that they studied here, and the -- whether the rates were similar with rates reported in the literature and for suggesting the search strategy utilized and the cohorts generated contained accurate data. But --
Q. I know, but I didn't ask you about



that. We're gonna get to that.
I asked you about whether people moved in and out of this database over the ten-year period. And is the answer you don't know?
MR. TOBEY: Objection. Form.
A. Yeah. I don't think that information is provided in the -- in the peer-reviewed publication.
Q. And did you look for it elsewhere?
A. No, I didn't.
Q. Okay. Now, what would be the effect if the median stay in this database was 1,280 days or approximately three-plus years?
MR. TOBEY: Objection. Form.
A. So I think that the -- the stay is going to have its distribution, right? People coming in and out of the database. Well, I don't know. In and out being the -- the average stable range from some -- some level -- some point to some other point.
What would be the effect on -- well, I don't want to put words into your mouth, like -- the question is what would be



the effect on?
Q. Let me give you an example.
A. Okay.
Q. Person number one is there on day one. Three years later goes out of the system.
What happens to person one's data?
MR. TOBEY: Objection. Form.
A. Well, so looks like they used -- they looked at one-year intervals, so presumably the person at year three would be included up to year three.
Q. Okay. I was going to ask you about the one-year intervals. We'll put them on a shell. I'll come back to them.
What if person one stays in the system three years, leaves the system and then gets cancer?
MR. TOBEY: Objection. Form.
Q. How does that affect the outcomes?
A. The outcomes being the?
Q. Cancer.
A. What's that?
Q. Cancer.
A. You mean the -- the resulting



findings from the study, how does that affect that or --
Q. They get counted as three person-years, no cancer, right?
A. Right.
Q. But they did get cancer. They just weren't in the system when they got the cancer. Cancer diagnosed that is, when they knew they had the cancer.
A. I think --
Q. They don't get counted?
MR. TOBEY: The witness was answering and then Mr. Ronca provided his own answer.
A. So I think this is not unlike the discussions we have had about epidemiologic studies in general.
Once either the follow-up time or someone leaves the system happens, then any event that happens after that time is not included in the numerator.
Q. Exactly.
A. I still think that, you know, the overall conclusion of myself and the scientific community is that there's not an

association from these 16 studies and ranitidine.

Q. But my question to you is, did you discuss the length of time that the individuals in the study stay within the system?

Did you discuss that parameter of this particular study when you were explaining in your report how this study worked and why this study should be trusted?

A. No. I didn't discuss that parameter. But I still think that this study should be trusted. I don't think that it should be given a weight of zero and excluded from -- from consideration.

This is a very large study that's in the peer-reviewed literature.

Q. I forgot to ask you before.

How many times did the Norgaard study get rejected by journals before it was finally accepted?

A. I would have no idea.

Q. How about three?

(Cross-talk.)

Q. -- rejected, were you aware of



that?

A. Again, that would be information that I didn't -- wouldn't have.

Q. And which journal accepted it?

A. We're talking about the Norgaard or Adami?

Q. Norgaard.

A. So that was accepted in Cancer Epidemiology, Biomarkers & Prevention. So I should clarify.

Many of my papers are rejected from journals. In fact, because what you always do in -- in the field is that you write a paper and then you think, well, maybe I can get it into Nature Communications or one other Nature family journals. So you send did there, and you hope it gets sent out for review. But sometimes it doesn't. Sometimes it does.

Even when it gets sent out to review, it can be rejected. And then you're sending it to the next. I have papers that have been rejected many more times than three before they were finally found a place that was a suitable site for it to be published.



Q. And the place that it was published is a journal where you're a senior editor, right?

A. That's correct.

Q. Now, let's talk about Nature Communications now that you bring it up.

Is that a journal where you have to pay a fee to get the article published?

A. It's a journal -- yes. It's a -- a -- all of the major journals are starting this open source journal system whereby you pay to make the -- it's not pay to have it published. It's pay to make it freely available to anyone, even if -- so it's not a subscription base model anymore. It's a have the author fund it up front.

Still undergoes extensive peer-review evaluation. Nature Communication is not an -- not an easy journal to get a paper published in.

Q. Is Nature Communications actually associated with the journal Nature?

A. Yes, it is.

Q. And -- and what's the impact of the journal Nature?



A. It's high.

Q. And what's the impact factor of journal Nature Communications?

A. It's also relatively high but not -- I mean Nature is extremely high.

Q. Like 50?

A. Yeah.

Q. And Nature Communications is like five?

A. I'd have to look up to see exactly. I would think it's at least five.

Q. You should know enough by now you know I looked.

MR. TOBEY: Objection to form.

A. I should say the impact factors change every year as well.

Q. Sure.

A. Yeah.

Q. Has Nature Communications ever been higher than six?

A. I -- I don't know.

Q. And you published a number of things in Nature Communications, right?

A. That's correct.

Q. So, let's get back to the Kim

study. All right.
So you mention that they check the data once a year?
A. They checked the data once a year. They -- make sure I got the right -- okay.
Q. Let me put it a different way before you answer.
Analysis was conducted on a yearly basis because the incident data was on a yearly basis, is that right?
MR. TOBEY: Objection. Form.
A. The abstract states incidence data of new malignancies were obtained in one-year intervals for up to ten years.
Q. Okay. Now, let's explain how that works.
If I come into the database on January 1st, then I'm in the database 365 days in that year cycle, right? So that's patient one.
If patient two comes into the database on December 31st, they're in the database for one day.
But they both count as a person-year, correct?



MR. TOBEY: Objection. Form.
A. I think that's correct; although, they did use a lag time of one year.
Q. That was in the beginning, right?
MR. TOBEY: Objection. Form.
Q. So there's no way to know exactly how many years are covered by the person-years that are listed in the data 'cause you don't know how many actual days each individual person was in the system.
A. Yeah. But I don't think that's that different than, you know, lots of epidemiologic studies aren't counting individual days when they calculate person-years.
Q. Yeah. I mean in a longitudinal study, you would know everybody at day one and follow them all for ten years, right?
A. Yeah. But the question is how is a study treating someone who only lasts part of a year?
I think that's your -- the hypothetical example that you're giving. And I think that's gonna vary from study to study. So --



Q. Isn't this one of the -- you know, if you were to study to get an article about the problems with these big insurance databases that are not designed for research, isn't there a whole list of problems that are associated with this databases?
Not that they can't be used for some purposes. But there's a whole list of problems, isn't that right?
A. I think these types of databases have been shown to be very powerful for research. And as we spent most of today discussing, there's a whole list of problems with every observational study. That's why you can only assess association and not causation within epidemiologic studies.
Q. So did the database have any mortality data?
A. So I'm just double-checking the paper.
Q. Yeah. I don't know what version you have there, but you can look on page 614. That might be a different study. No. That's right. That's it, 614. I don't know if that's the page numbers you have on your



copy.
A. No. Mine starts with page 1.
Q. Okay. Yeah. I have the same one.
Yeah. You can look on -- under number four, Discussion, sixth page in the bottom paragraph. No, that's the wrong one. Let me see.
Yeah. No. It's on page -- it's on the fifth -- on the eighth page, right at the bottom on the right side under Limitations.
A. Yeah. So it says, Several population [sic] data points, such as mortality rates, et cetera, were not available at the population level.
Q. So what happens in a database like this when someone dies?
A. Presumably there are follow-up period, their follow-up ends.
Q. How would they know that? They have no mortality data.
A. Because they would no longer -- I would think they would no longer be in the database that's refreshed.
Q. How would the database know if there's no mortality data?

MR. TOBEY: Objection. Form.
A. I think that just like your example of someone who leaves one of the hospitals, one of the hospitals that's included in this database, when they would do their queries, the billing inquiries, EHRs and laboratory systems would no longer be updated.
Q. Do you even know how a dead patient is treated in this database?
MR. TOBEY: Objection. Form.
A. No. I don't think that they discussed that in this.
Q. But there could be other sources where you could've found out if you had looked, right?
A. I don't know. Possibly.
Q. What about medical compliance? They didn't have any of that data either, right?
A. With regard to whether?
Q. Medication compliance. Same sentence.
A. Yeah. I think that like anything in particular with regard to any prescription database, you know about prescriptions.



Q. You don't know if they're filled?
MR. TOBEY: Objection. Form.
Were you still answering the first question?
THE WITNESS: No. That's okay.
A. Well, I don't think you know whether they were taken.
Q. You don't even know if the prescription was filled.
A. I should say that these prescription record databases that have that limitation have been extremely powerful and valuable in the evaluation like ranitidine and cancer here. And I would say that -- that the potential for errors, like what we're discussing here, are actually limited by using these types of databases because the other options often self-recall, usually at a single point in time of, you know, maybe or what did you take on average within the last month or X days or something like that.
And that's, in epidemiology, that is subject to -- to lots of bias. So pharmacy record studies are actually considered quite powerful and valuable to



research.
Q. Is this a pharmacy record or just prescription record?
MR. TOBEY: Objection. Form.
A. You mean this specific study?
Q. We're talking about the Kim study in the Explorys database. We're not talking general stuff.
MR. TOBEY: Objection. Form.
Q. They had no information on medication compliance. Do you agree?
A. Yeah. And my point was that that pharmaceutical-type studies are still very valuable even without that -- without knowing exactly whether someone took --
Q. And they don't know of any information about over-the-counter use of these medications?
MR. TOBEY: Objection. Form. Go ahead.
A. So that's correct. Over-the-counter use is not recorded in the prescription databases.
Q. So someone could have been taking omeprazole and ranitidine at the same time?



MR. TOBEY: Objection. Form.
A. Yes. We know that, and I should point out that the concern here with ranitidine and cancer is really about bias due to confounding. HRA studies have discussed this at extensive length; that comparing users to non-users is susceptible to -- to bias.
And I think that that is a much more major source of potential bias than the hypothetical measurement errors that we're discussing here.
(Cross-talk.)
MR. TOBEY: Can he finish his answer?
A. No one -- the concerns raised by all -- the concerns raised by the authors who have been published in this area were more focused on confounding bias in a general sense than misclassification error.
Q. Yeah --
A. And that's because H2RAs are notoriously difficult to evaluate due to the potential for confounding by implication. There is a large amount of literature

discussing this. And, in fact, it's an example -- it's kind of like a prototypical example of potential bias is studying the potential relationship between H2RAs and cancer.

Q. Well, let's discuss this a little.

Did you do an evaluation of what the indications are for, let's say, ranitidine versus famotidine?

A. Did I -- did I personally do an evaluation of the indications of those two?

Q. Yeah.

A. No, I didn't.

Q. Are they different?

A. But I don't think that, you know, the -- the breadth of all the data across different datasets, different populations are showing no clear association between ranitidine and any of the five cancers that are being evaluated here.

MR. RONCA: Let's go to Exhibit 6440.

(Exhibit 6440 was previously marked for identification.)

MR. TOBEY: Is it already in the



Box? I'm not seeing it popping up.

MR. RONCA: I don't see anything yet on the screen, so. 6440.

MR. TOBEY: It just came up for me.

Do you have it, Dr. Witte in the Box?

MR. RONCA: I don't see it. I still see Kim on the screen.

BY MR. RONCA:

Q. All right. Dr. Witte, I'll represent to you that on the left are the indications from the FDA's access data website for famotidine and on the right for ranitidine.

MR. TOBEY: Just one second. Dr. Witte, do you have your own copy on Box.

THE WITNESS: Yeah. I see the copy now.

MR. TOBEY: Okay.

Q. Okay. Now, what I did -- go down a page please -- is copy the indications and blew them up and put them side by side.

Do you see that, Doctor?



A. Yeah. I can -- yep.

Q. The Pepcid or famotidine on the left. Zantac and ranitidine is on the right.

MR. TOBEY: Mr. Ronca, are you -- this is a demonstrative I assume.

Are you representing this is a copy-and-paste from the label? Or can you just explain?

MR. RONCA: Yes. Exactly. That's exactly what it is, Danny.

Q. So what I did -- next slide, please -- is I -- I lined up the ones that were the same.

So short-term treatment of active duodenal ulcer on the left, short-term treatment of active duodenal ulcer on the right.

Do you see that?

A. Yes, I do. Where the blue arrow is pointing?

Q. Yeah. So I did that.

And then next slide, please.

I eliminated the one that maxed. And then I did it for the next one:

Maintenance therapy for duodenal



ulcer patients have reduced doses after healing active ulcer.

It's the same on both sides. You see that?

A. Yes.

Q. So next slide.

Short-term treatment of benign active gastric ulcer.

Same on both sides?

A. Yeah. And just to clarify.

This is famotidine versus ranitidine? Not cimetidine?

Q. Yeah. Famotidine.

Trust me I also do it for cimetidine.

Next slide.

Short-term treatment of gastroesophageal reflux disease. The other one says treatment of GERD, systematic relief occurs within 24 hours, right? That's treatment of GERD.

Next slide.

Short-term treatment of the endoscopically diagnosed erosive esophagitis -- esophagitis. Those two are

the same.
Next slide.
Treatment of pathological hypersecretory conditions like Zollinger-Ellison syndrome.
Next slide.
What does that leave? It leaves two indications for ranitidine that don't exist for famotidine.
Were you aware of this? Were you aware of this?
A. No, I -- I was not aware of this.
Q. And notice that the two things are maintenance.
Do you know what maintenance means in an indication?
MR. TOBEY: Objection. Form.
A. Well, I would -- I would assume that it means ongoing.
Q. Ongoing, long-term use indicated for Zantac or ranitidine, not indicated for famotidine.
MR. RONCA: Let's go to the next slide.
MR. TOBEY: Was that last part a



question?
Q. That's what the slide shows, right, Doctor?
MR. TOBEY: Objection. Form.
A. I think what this slide says is Zantac is indicated in five and eight written out.
Q. And notice that they did placebo-controlled trials; in one case for a year, and the other case for 48 weeks.
You see that? Do you see that was the question?
A. Oh, yes. I see that.
Q. And then you don't know this and I don't have it here, but in the Warning section it says that it hasn't been tested beyond a year. Basically they weren't people taking it for more than a year.
But let me ask you this question.
Are you generally aware that there are many patients who take this drug, ranitidine, for many years?
MR. TOBEY: Objection. Form.
A. Yes. You can see that in the epidemiologic data.



Q. Next slide.
A. Sorry. I'm still -- I'm still back at the first part before you removed things.
So did it say for both of them that there was maintenance therapy for duodenal ulcer patients?
Q. Yeah. You good?
A. Yes.
Q. You're good?
A. What's that?
Q. We good for another question? Is that why you're nodding at me?
A. Yes.
Q. Next slide.
I didn't go through that whole process again with cimetidine. But if you go through the same process, you come up with the next slide.
Once again, maintenance therapy for ranitidine and not for cimetidine. Were you aware of that?
A. Can we go back and see where -- sorry. This is all -- the first time I've seen -- I've seen this and the -- can we look back at the --



MR. RONCA: Back one. So the highlighted ones are the ones that were gone.
A. Well, how come GERD is number four?
Q. Yeah. I didn't see that. No, no.
See number six, I didn't see a matching one for six on the cimetidine side. So that appears on the next slide.
A. Right. Isn't number four?
Q. Yeah. Number four is missing on the next slide. Five, six and eight are on the next slide.
A. But isn't four on the left-hand side? GERD?
Q. Well, it says, erosive, diagnosed by endoscopy. Look at 7, endoscopically diagnosed erosive esophagitis.
So seven matches four, okay?
MR. TOBEY: Can I ask a question? Are you -- are you representing that this the tablet, comparing tablet to tablet?
MR. RONCA: Yeah.
THE WITNESS: It says oral solution at the top.

Page 282
J. Witte

MR. TOBEY: Yeah.
MR. RONCA: Okay.
MR. TOBEY: Object to that. I think this is a misleading comparison I'm not saying it was intentional. I just --
MR. RONCA: I think --
MR. TOBEY: I --
MR. RONCA: -- are the same, but let's -- we'll just use famotidine, how's that?
MR. TOBEY: I actually didn't check famotidine for that same issue, but --
MR. RONCA: You did not?
MR. TOBEY: I just noticed it here.
MR. RONCA: Go back to the first slide, please.
BY MR. RONCA:
Q. So Pepcid is not oral. Zantac is not an oral solution, right?
MR. TOBEY: Do you have the larger document that these were taken from --
(Cross-talk.)

Page 283
J. Witte

MR. RONCA: I have no more questions on this. You have it in your Box. Please take it down.
MR. TOBEY: I'll just get on the record a running objection to the lack of foundation of these documents, but we can move on.
MR. RONCA: Okay. So let's go back to Exhibit 6423, and I want to go too -- where is it -- I want to go to page 7 of 10. I didn't realize that was marked. Okay. Well we'll work with it.
Can you draw out that whole big table, Table 2? Okay.
Q. Doctor, you see where I have it highlighted up there? Table 2 shows the significance of difference among ranitidine, famotidine and omeprazole cohorts, right?
A. Yes, that's correct.
Q. And so what they did was look at these various pieces of information. So at the top, age, sex, race.
And at the bottom, just under the blue line which I added to differentiate the

Page 284
J. Witte

two, tobacco use, alcohol use, diabetes, obesity, cirrhosis, irritable bowel syndrome, atropic gastritis, and Barrett's esophagus.
Did I get that right?
A. Yes, that's correct.
Q. Okay. And in this first area here is ranitidine versus famotidine, right?
A. Yes, that's correct.
Q. And famotidine is a other H2RA?
A. (Audio distortion.)
THE COURT REPORTER: I'm sorry?
Q. It's one of the other H2RAs, right?
A. That's correct.
Q. Okay. And in these calculations, they're looking at the ranitidine group versus the famotidine group, but they're trying to determine if there's significant difference between the two groups.
Is that what they're trying to do here?
MR. TOBEY: Objection. Form.
A. In the header that you highlight says, Significance of differences between ranitidine, famotidine and PPI cohorts.
Q. Okay. So in this first column at

Page 285
J. Witte

the bottom, under Tobacco use, ranitidine versus famotidine, it gives the difference between the two cohorts, right?
A. It gives the average percent.
Q. Right. But there's a p-value there, right?
A. That's correct.
Q. And the p-value is a calculation done by the author to determine whether this difference was significant?
A. Yes, that's correct.
Q. And the difference between ranitidine and famotidine -- in other words, famotidine had more smokers -- was significant, right?
A. Yes. It looks like that that is a statistically significant difference between those two groups.
Q. And tobacco use is a risk factor for plenty of cancers, including the cancers that were in this study, right?
A. That's correct.
Q. All right. Now, let's look at the difference between ranitidine and famotidine for diabetes.

Diabetes is a risk factor for pancreatic cancer, liver cancer, is that right?
MR. TOBEY: Objection. Form.
Q. Is that right?
A. So, diabetes is a risk factor for -- for some cancers.
Q. Okay. And in this case, again, was the difference between the ranitidine group and famotidine group where famotidine had 45 percent with diabetes and ranitidine had only 37.67 percent, was that significant?
A. That had a p-value of less than .0001.
Q. In your parlance, significant, right?
A. That would be considered statistically significant with P less than .05.
Q. Okay. Let's go to the next column, Obesity.
Obesity is associated with stomach cancer, esophogeal cancer, liver cancer, is that right?
A. Obesity is -- is associated with



some of the cancers, that's correct. I --
Q. Is it -- now, again, looking at this calculation done by the authors, once again, statistically significant; more famotidine users were obese than ranitidine users, right?
A. That's correct. I don't think any of these differences are going to change the results of this study in a material way whereby you're suddenly going to see a positive association between ranitidine and cancer.
The magnitude of -- sorry.
The magnitude of the differences between these groups, say 30 versus 37 percent, is not sufficient to flip these relative risks from less than 1 to greater than 1.
Q. Okay. Are you done?
My only question was, that this -- that the authors determined this was a significant difference?
MR. TOBEY: Objection. Form.
A. Yeah. And my answer was yes. But I don't think that's going to change the



results of the finding because the differences here are of a magnitude that wouldn't be -- wouldn't be sufficiently large to take a result as presented in this paper and turn it into a positive association.
Q. Did you calculate that?
A. No, I didn't. But in my expertise as a -- an epidemiologist to actually have a variable with this type of difference resulting in changing something from a negative association to a positive association, I've never actually seen that happen.
Q. But you did --
A. But --
Q. -- you didn't' calculate it, right?
A. No. But neither did any -- neither did the plaintiffs' experts.
Q. And neither did the authors, right?
MR. TOBEY: Mr. Ronca, while he's looking, when you finish with this row of the chart, we've been going for an hour from that little mini break and an hour and a half from the start of this session. If we could take a



break.
MR. RONCA: Sure. As soon as I finish with this.
And while the doctor is looking, can we talk a screenshot of this and make it the next exhibit number?
(Exhibit 6462 was marked for identification.)
Q. Can we go to cirrhosis now?
A. Yes.
Q. So cirrhosis was also statistically significant?
A. That's correct.
MR. TOBEY: Objection. Form.
Q. And in both cirrhosis and obesity, the famotidine group had 80 percent more than the ranitidine group approximately?
MR. TOBEY: Objection. Form.
A. I don't think that's 80 percent for obesity.
Q. Close? 70 percent? Higher? You know 32.2 divided by 23.97.
MR. TOBEY: Objection. Form.
Q. Here. I'll do it quick. I mean the difference is about nine. We can

calculate it later. All right.
And then the last one is atropic gastritis. Now, that is a strong risk factor for stomach cancer, right?
MR. TOBEY: Objection. Form.
A. If by strong, I'm not sure, you know, what you mean by strong, but it's a risk factor.
Q. And that was also significant?
A. At P at .05, yes, that's statistically significant.
Q. Now, show us where in your report you discussed any of this.
MR. TOBEY: Objection. Form.
A. Where I discuss these differences?
Q. Yeah.
A. So in my appendix, I listed -- I noted that ranitidine users will have a lower prevalence of conventional risk factors, i.e., tobacco, alcohol use, viral hepatitis, cirrhosis, inflammatory bowel disease --
(Court Reporter clarification.)
A. So okay. From the top:
Ranitidine users also had a lower prevalence of conventional risk factors



(i.e., tobacco/alcohol use, viral hepatitis cirrhosis, inflammatory bowel disease, atropic gastritis, Barrett's esophagus, diabetes mellitus, and obesity).
Q. Can you explain what that means?
MR. TOBEY: Objection. Form.
A. I was highlighting the fact of what we just went through here, that those ranitidine users all had lower prevalence of those conventional risk factors.
Q. Did you say that they were statistically significant?
MR. TOBEY: Objection. Form.
A. No. I just said users had a lower prevalence of conventional risk factors.
Q. Did you criticize the plaintiffs' experts for putting in numbers that were not statistically significant?
A. I criticized them for using incorrect methodology in epidemiology, for putting in results not only -- I mean, one concern was that they were putting in point estimates with no 95 percent confidence interval. The other was the assumption that anything different than zero was a -- a 1.0



was an increased risk regardless of the width of the 95 percent confidence interval.
And that that kind of methodology -- also leaving, you know, picking out certain results and emphasizing certain results. For example, when talking about the low study, the dietary study, the fact that the plaintiffs' experts said that that indicated an increased risk of gastrointestinal cancer from the dietary study, when actually it was rectal cancer as clearly stated by the authors. So that's what was driving that result.
Q. Okay. But you didn't -- anybody who read your report would not know that this prevalence of conventional risk factors you refer to here was statistically significant. They'd have to look at the study itself, right?
MR. TOBEY: Objection. Form.
A. I don't think I used statistical significance throughout my report really unless that's all that was reported.
But remember, we're not talking about the main -- you know, you're -- the



criticisms I had about the methodology used by the plaintiffs' experts had to do with looking at the main exposure, ranitidine, and the outcome of interest; not about theoretical confounders and other variables that are kind of ancillary to what we're talking about here.
Q. You think that these risk factors are theoretical?
A. Well, the impact of them on -- on the estimates of effect of association are unclear.
MR. RONCA: Let's take our break.
THE VIDEOGRAPHER: The time is 8:06 p.m., and we are going off the record.
(Whereupon, a brief recess was taken.)
THE VIDEOGRAPHER: The time is 8:23 p.m., and we're back on the record.
BY MR. RONCA:
Q. Dr. Witte, what's a defined daily dose?
A. A defined daily dose is, as it

sounds like, the dose -- it's a kind of a summation of the total number of doses an individual may take.

Q. That's the defined daily dose?

A. What's that?

Q. The defined daily dose is a sum for the total amount that an individual may take over a period of time.

Is that what you're saying?

A. Sorry. I was thinking in observational studies they were looking at the summation of defined daily doses. And isn't it just as it says, it's the daily dose of the drug?

Q. Isn't it a specifically defined measure that the WHO, the World Health Organization, puts out?

A. I'm not entirely sure. Can you share that with me? More details of the document?

Q. You just don't know generally what a defined daily dose is?

A. I had -- I had said that I thought it was the summation of daily doses across a population, among the individuals in that



population.

Q. What's the World Health Organization definition?

A. I don't know what the World Health Organization definition is.

Q. Was the defined daily dose as a term of art used to tell us what the dose was in any of these studies that you reviewed?

A. Yes, it was.

Q. Which study was that?

A. So one was the Liu PCCIU, where they categorized individuals in their dose response analysis based on the number of defined daily doses.

Q. Any others?

A. Yeah, Cardwell.

Q. Any more?

A. I'm just checking. So the others that looked at -- at some measure of dose response, we're looking at kind of number of prescriptions.

Q. But not defined daily dose?

A. No.

Q. 'Cause they didn't have the data, right?



MR. TOBEY: Objection. Form.

A. Well, they had the prescription information.

Q. They didn't have the data on the dose, right?

MR. TOBEY: Objection. Form.

A. Well, they had information on the number of prescriptions.

Q. But they didn't know how many pills or what the dosage was or any of that, did they?

MR. TOBEY: Objection. Form.

A. They -- they may not have, but they still were able to look for trends by looking at the number of prescriptions.

Q. But Cardwell and McDowell and Liu actually had the defined daily dose, didn't they?

A. Yes, they did.

Q. And they measured it by days and did their dose response measurement by number of days with the defined daily dose, isn't that true?

MR. TOBEY: Objection. Form.

A. Yeah. So in their -- in their dose



response, they looked at -- at different categories of defined daily doses.

MR. RONCA: Now, let's look at one more aspect of the Y Kim case and let's go to exhibit -- I feel like I'm missing something here. Give me a second, Doctor.

Is there a way for me to upload a document? I just don't know where it is. John?

DOCUMENT TECHNICIAN: Correct. You can upload it to your private folder in Box.com and then I'll have access.

MR. RONCA: Now I have to find out where Box.com is.

MR. ROTMAN: What if Jim just e-mails it to you, can you do it for him?

DOCUMENT TECHNICIAN: That's fine. First initial, last name, jschmitzer@uslegalsupport.com.

MR. RONCA: So, J, is it just S-M or S-C-H-M?

DOCUMENT TECHNICIAN:

Page 298
J. Witte

S-C-H-M-I-T-Z-E-R.
MR. RONCA: At US Legal?
DOCUMENT TECHNICIAN: Support.com.
MR. RONCA: Okay. Sent. I don't know how long that will take, so I'll move on to something else and come back to it.
So let's bring up Dr. Witte's report, 6397, again and go to page 29.
You there? All right. Now, I want to go into the section on Non-Standard Interpretation of Results, and I would like you to enlarge the second paragraph.
BY MR. RONCA:
Q. And this second paragraph says, Dr. Witte, and you wrote this, right?
A. Yes. I wrote my entire report.
Q. In particular, the American Statistical Association's President's Task Force recently published their unanimous view that "p-values and significance tests, when properly applied and interpreted, increase the rigor of the conclusions drawn from data and the last part of that from p-values to

Page 299
J. Witte

data."
And the last part of that from p-values was in quotes.
Did I read that right?
A. Yes. You read that correctly.
Q. And you wrote:
In other words, properly applied and interpreted p-values and significance tests bolster a study's findings.
Then you wrote:
The Task Force also highlighted that statistical significance, quote, thresholds are helpful when actions are required, end quote.
And then you put in parentheses: For example, in courts of law.
Did I read that part right?
A. Yes. You read that correctly.
Q. Then you wrote:
While some other statisticians have argued that one should not assess associations using statistical significance testing, they also are not advocating for an anything goes situation, in which weak evidence suddenly becomes credible.

Page 300
J. Witte

You wrote that too, right?
A. Yes, I did. With quotations in the last part of it. The not advocating anything goes situation was a direct quote from -- from citation 69.
Q. Okay. Now, is it true that the American Statistical Association issued an official statement of the organization in 2016 regarding statistical significance?
A. No, that's false. In fact, that's why the American Statistical Association's President's Task Force was found, was -- was pulled together and they formed a panel of eminent statisticians in response specifically to the concern that this -- the paper, the earlier paper that was written by a staff member of the American Statistical Association and other statisticians was being misinterpreted as official ASA policy.
(Cross-talk.)
Q. I'm sorry. I thought you were done.
A. In the -- in the President's Task Force at the very beginning of that -- that document they state, we have formed this task

Page 301
J. Witte

force because people are incorrectly assuming that this is ASA policy when it's not.
Q. Okay. And did they also say in the beginning of that that they're putting out this statement for comment?
A. And which -- which document?
Q. The task force document.
A. I -- well, I'd have to go back and look at it to confirm.
Q. Yeah. So let's look at it.
MR. RONCA: 6404, please.
(Exhibit 6404 was previously marked for identification.)
Q. What does that sentence say that's highlighted?
MR. RONCA: Please bring that out.
MR. TOBEY: Just a second. It's not in Box yet.
MR. RONCA: Well, you can bring it out while we're waiting.
MR. TOBEY: No. Before you start questioning, I'd like to be able to look at the whole document.
MR. RONCA: I just want the -- him to bring out -- what he did. I'm not

talking to Dr. Witte. I'm sorry.
MR. TOBEY: Okay. I understand.
It just came up by the way.
BY MR. RONCA:
Q. So read that sentence, Doctor?
MR. TOBEY: Dr. Witte, do you have the version you can look at it?
A. Yeah, I have it. I'm just glancing over the whole version. Just one second.
Q. Sure. And I will put the question out and you can answer when you're ready.
This is the task force document that you were referring to?
A. Yes, it is.
Q. And read this sentence.
A. This document is the statement of the task force, and the ASA invited us to publicize it.
Q. So it's not a statement of the ASA. It's a statement of the task force, is that right?
A. That's right. And that's exactly what I wrote in my report.
Q. And did you mention in the report that there is an actual statement, official



statement of the American Statistical Association on statistical significance? Did you mention that?
A. Well, I cited the report and I do have -- I say, While some other statisticians have argued that one should not assess associations using statistical significance testing, and then I cite to the -- the two articles that you're referring to that were authored in part by a staff member of the ASA.
(Cross-talk.)
Q. So you can?
A. Sorry.
Q. You mean the Wasserstein article?
A. That's right. And it's referred to in this -- in the editorial, the Wasserstein in the task force. The task force was to address concerns that a 2019 editorial in The American Statistician, an ASA journal, might be mistakenly interpreted as official ASA policy.
The other interesting thing is at the very top of this introduction, the first sentence is: Over the past decade, the



sciences have experienced elevated concerns about replicability of study results.
There is an enormous concern in the scientific community of false positive findings that are not replicated across studies.
Q. Okay.
A. Which is very relevant to the study at hand.
Q. Okay.
MR. RONCA: Can you close down that call-out, please?
Q. So you reference the -- let me ask you this.
Who is Wasserstein? He's a staffer?
A. Yeah. He works in the -- at the American Statistical Association.
Q. Is he the executive director?
A. I'm not sure exactly what his title is.
Q. Are you a member of the American Statistical Association?
A. At the current point in time, I'm not a member of the American Statistical



Association.
Q. Do you know that Wasserstein has been the -- the director of the American Statistical Association for many years?
A. Yes. I do know that.
Q. And --
A. That doesn't mean that --
Q. Wait a minute.
And still is?
A. Yes. But that --
Q. And --
A. -- doesn't mean that the papers he wrote were official policy of the American Statistical Association.
Q. Okay. And --
A. That's why they were being misinterpreted and that's why, as this says, you know, we're concerned about this is -- basically, if we look at this first statement, We're worried about false positive results. People falsely -- falsely interpreting results, like what we're seeing in ranitidine and cancer, as being true associations when they're clearly not.
And then they talk about the task

force -- they had to establish a task force because the statement that was published was being misinterpreted as being official ASA policy. And that's just wrong. It's not ASA policy.
Q. Okay.
A. Whatever position he is in the organization.
MR. RONCA: So let's go to Exhibit 6403, please.
(Exhibit 6403 was previously marked for identification.)
Q. What's the title there? Read that.
A. The ASA Statement on p-Values: Context, Process, and Purpose.
MR. RONCA: Let's go down to -- let's see. That's the editorial. Keep going down. Another page.
Q. Now, when you get past the editorial, you get to a document called the ASA Statement on statistical significance and p-values.
Now, what you're testifying to today is that this is not the statement of the --



A. It's not.
Q. -- American Statistical Association.
A. As it said directly in the article that we were just previously talking about, the president of the American Statistical Association established a task force to address concerns that a 2019 editorial in the American Statistician might be mistakenly interpreted as official ASA policy.
Q. That's what that task force said. But has the ASA withdrawn this statement?
A. I believe that there has been discussion where people have clarified that this isn't a formal ASA policy.
Q. Really? Were you involved in these discussions?
A. No. Sorry. Discussions that were made online and -- and elsewhere.
But, I mean again, I'm just referring back to what the president of the American Statistical Association who then formed a task force of some of the most preeminent statisticians in the world to actually evaluate this.



Q. And aren't some of the most preeminent statisticians and epidemiologists in the world want to retire the term "statistical significance"?
A. Yeah. I think that that's the P less -- should we retire P less than .05?
Q. Right. Isn't, for example, Sandler Greenland one of those people?
A. Yes, he is.
Q. Isn't Rothman one of those people?
A. Yes.
Q. Isn't Norgaard one of those people?
A. I wouldn't know about Norgaard.
Q. Did you know there was a statement signed by 854 eminent epidemiologists and statisticians supporting the idea of retiring the concept of the statistical significance? Are you aware of that?
A. Yes, I am. I --
Q. You're aware of it because you tweeted about it on your Twitter account, right?
MR. TOBEY: Hold on.
Mr. Ronca, he was in the middle of his answer.



A. Yeah. So I -- I am aware about this. And it's a very nuanced position between -- the examples that are given often are like what I gave this morning of a highly statistically significant result that's followed up by something that has a P of .051 and that, I think most people agree, that that .051 is not qualitatively different than .049.
Q. Okay. Well, let's see, okay?
MR. RONCA: Let's look at it more carefully.
Can you call out number 2 of the ASA statement on statistical significance and p-values?
Q. So the bolded statement is: P-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone.
Do you agree with that?
A. Yes, I do.
MR. RONCA: Next, please.
Q. Scientific conclusions and business or policy decisions should not be based only

on whether a p-value passes a specific threshold.
Do you agree with that?
A. Sorry. Is there a way to scan down? I'm -- in this document so I can read the top?
MR. TOBEY: Do you not have your own copy in the Box? Just make sure you have that.
THE WITNESS: No, I don't.
Q. Can you see it now?
A. It's not in the Box.
MR. TOBEY: It should be 6403. I do have it.
THE WITNESS: Oh, okay. I have to refresh it.
MR. TOBEY: Yeah.
THE WITNESS: Okay. There we go.
Q. Scientific conclusions and business or policy decisions should not be based only on whether a p-value passes a specific threshold.
Do you agree with that?
A. Yeah. I think that you want to look at the overall group of -- set of


evidence. And I think that we need to point out that the concern, as pointed out in the very first sentence of the President's Task Force, there's a serious concern that people who see a P less than .05 then conclude that that's a causal association or even a valid association that is then never replicated.
So it's -- it's a concern that people are -- that -- that scientific studies are hard to reproduce and that there's a reproducibility crisis, and that people are over interpreting things with small p-values; just as there's a certain if you are replicating a finding that has a P just on the other side of the interval with a -- again, I gave the example of .051, the -- so -- the statement justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision-making is both with assuming that there is an association -- I mean, could be that there is the concern with false positive results.
Q. Yeah. I hear you.
So do you agree with number 3?
A. Yes. Again, I would give the


example of when someone --
Q. First, do you agree? Then you can give all the examples you want.
MR. TOBEY: Look at the transcript. He opened with a yes or no, and then he tried to explain it.
MR. RONCA: Let me look -- let me look. Yeah. I mean I will be honest.
Q. It sounded to me like -- is the answer yes and then you have more to explain? Is that it, Dr. Witte? Your answer is yes, but you want to explain.
Is that the truth?
A. Yes. I think that I wanted to contextualize my answer.
Q. Right. So the answer is yes. Now you want to contextualize it. Go ahead.
A. Okay. So yes. And the concern is that P less than .05 is -- you know, that -- that we can have lots of false positive findings in the literature. And this is such a man or concern that it was the opening sentence in the President's Task Force.
They didn't open their sentence saying we're concerned with P greater than


.05 being misinterpreted as a false negative.
They said, we're concerned that too many people are using P less than .05 to conclude that there is an association.
Q. Yeah. Did you explain any of that context and anything about this statement in your report?
A. I -- I certainly tried to. So, in my report in the section you had just pulled up where I talked about the task force and I also talked about the ASA publications -- and again, I was quoting the task force, thresholds are helpful when actions are required.
So they're saying thresholds are helpful, right? But I point out the fact that Dr. McTiernan in her report, her expert report, said, Any relative risk other than 1.0 indicates an association, whether positive or negative, regardless of the results of statistical tests used with the relative risk.
And then this is exactly what the authors of citation 69 were saying. We're not advocating for an anything goes approach.

We're not advocating for an approach where someone just says, It's 1.01, therefore, it's a positive association, without looking at the 95 percent confidence interval and the p-value.

And then I went on to show an example of what Dr. McTiernan was doing when she looked at the Rademacher paper and she concluded risk of stomach cancers increased by 50 percent.

And the authors themselves said, now this risk that she said, risk was increased by 50 percent. That's -- that's a big increase, right? That's sounds pretty -- pretty big. That's like a real finding. 50 percent increase in risk.

Well, just to -- to clarify, that paper had a relative risk reported in observation of 1.5 with a 95 percent confidence interval of .12 to 18.25. And the authors themselves concluded that these results did not indicate an increased risk of gastric cancer at any level.

So I did try to put that into context saying there are different opinions



here, and there's concerns with false positives, there's concerns with false negatives. But no one is saying that we should have this anything go approach like McTiernan use -- McTiernan used whereby any relative risk different than 1 suggested an increased risk just as the point estimate alone, without looking at the 95 percent confidence interval.

Q. Yeah. But did she report the 95 percent confidence interval right in that sentence?

A. She did. But she still said risk of stomach cancer was increased by 50 percent, where the authors correctly interpreted it that these results do not indicate an increased risk of gastric cancer.

So she didn't say the estimated relative risk was 1.5. She said the risk -- the risk, which is very causal language -- was increased by 50 percent. And then in parentheses gave that relative risk.

Q. And then --

A. Where the authors correctly interpreted that and said there's no increase



in risk because you look at those confidence intervals, this is getting into the everything is associated with everything else realm. Anything goes. Unless the --

Q. So --

A. -- unless you have a relative risk of 1.0 exactly, everything else is increasing or decreasing risk, which is exactly going against what the President's Task Force started with, saying there's a concern that people are reporting things as being real when they're not.

And that's my concern here as an epidemiologist, that the results for ranitidine and the five cancers are not showing an association in the human epidemiologic data in the 16 published studies.

Q. Are you finished now?

A. I am. Sorry I went on. You asked me to contextualize, so...

Q. You asked -- you said you wanted to, so I let you. Are you finished?

A. Yes. I'm finished.

Q. Okay. So didn't Dr. McTiernan say



that instead of using the term "statistical significance," what you should do is report the risk estimate, the confidence interval, and then everybody who understands what it is knows what -- exactly what you're talking about? Didn't she say that?

A. We would have to go back and look at her report to see exactly what she said.

I should point out that the President's Task Force did indicate that p-values are -- are -- I mean it's more information, right? And in some of those 16 papers you will see p-values. Other times you won't, right, that are presented.

But what McTiernan did in her report wasn't that, and that's what I called out as incorrect methodology. Very many -- many of her results were only a point estimate, and then went on to say this is a 13 percent increase in risk of gastrointestinal cancer, when the realty was -- is that estimate of relative risk with a confidence interval of that was driven by rectal cancer.

Q. And do you -- do you think that

Dr. McTiernan was relying on Rademacher for her opinions?
A. I think that -- I mean this was a study -- I mean I think that it may have folded into her opinions, but I'm not sure exactly how she weighted it. But it was more a methodological approach. That was just one example.
She was definitely pulled out and highlighted below it all dietary studies throughout in her report, and that was the example where the result that was presented was misinterpreted or mis-presented -- represented as reflecting an overall risk in gastric cancer where the authors themselves state specifically gastrointestinal cancer, specifically rectal cancer.
Q. Didn't Dr. McTiernan review all the studies that she could find and report on all the studies she could find and make a table results of the confidence intervals, and then make conclusions based on the totality of the evidence, whether the confidence interval was .12 to 18.25 or the confidence interval was 2 to 4? She reported on everything.



MR. TOBEY: Objection. Form.
Q. Right?
MR. TOBEY: Objection. Form.
A. In her text of her report --
Q. She reported on everything?
MR. TOBEY: Let the witness answer.
Q. That's the question.
A. In the --
MR. TOBEY: Hold on, Dr. Witte. You asked a question. He got about two words out and then you yelled over him. That's not the way this works, and you know that.
A. So in her report -- in her written report, she highlights estimated relative risks without giving in her report 95 percent confidence intervals and indicates that the -- that those indicated a specific increase in risk as though it was a kind of -- as though it wasn't an estimate with some width of confidence interval around it.
Q. She reported the confidence interval, didn't she? It's right there.
A. Oh, in the tables at the back of



the report?
Q. No. It's in the quote that you took out of her report on page 29 of your report. Let's look at it.
A. She does --
Q. Look at it. Let's look at it. Let's go to the --
A. She doesn't --
Q. Go to the first exhibit, 6397.
A. So she does in that example. But maybe we should pull up her whole report and look at the way it reads. And the fact that she's giving point estimates as though they're causal increases in risk without a confidence interval around it.
So one example, she does --
Q. Page 29.
A. If we go and look at her report, you'll see exactly what I'm talking about.
Q. Yeah. But I'm going by your report, okay?
MR. RONCA: Page 29, please blow up the paragraph that says, As one example, down at the bottom left.
MR. TOBEY: Mr. Ronca, I just want



to clarify.
You were asking him a second ago about her whole report, and he's asking to see it.
Are you now not talking about her whole report?
MR. RONCA: I am not asking a question about her whole report. I am asking what Dr. Witte quoted from that report in his example.
Q. Is this -- is this in quotes? This came right out of Dr. McTiernan report, quote?
A. That's right. So this example, she gives a 95 percent confidence interval, but she's interpreting it completely opposite; risk of stomach cancer was increased by 50 percent.
Q. Is that without the risk estimate in Rademacher?
A. Rademacher's conclusion was these results did not indicate an increased risk of gastric cancer at any level.
Q. You're afraid of the question.
MR. TOBEY: He's answered your

question. You don't like his answer.
Q. No, no.
MR. TOBEY: And --
(Cross-talk.)
Q. -- parentheses, was that report in Rademacher just like that?
MR. TOBEY: Objection. Asked and answered.
A. So Dr. McTiernan had said there's no level of relative risk other than 1.0 that indicates lack of association.
MR. RONCA: Read back the question, please.
(Referred to portion of the record was read back by the court reporter.)
MR. TOBEY: Objection. Form.
MR. RONCA: I will restate the question.
Q. Didn't the words in the parentheses, 1.5, 95 confidence interval, 0.12 to 18.25, didn't that appear exactly like that in the Rademacher paper?
That's the question.
MR. TOBEY: Objection. Form. Asked and answered.



A. So that is in Rademacher. My issue that I tried to explain here was that -- twofold. And this is where she's making methodological assumptions that are incorrect in epidemiology.
First of all, that the risk of stomach cancer was increased by 50 percent. That statement right there is a problem.
And then the other point I made was that in her written report, and we can look at it if you want, in the text, she talks about just point estimates, all right? And interprets anything that's different than 1.0 is indicating an increased risk.
And so the concern that I have, that the ASA President's Task Force has is this -- and even that the statisticians who wrote the article in the American Statistician saying we should get rid of p-value less than .05 are concerned with, and that is an anything goes approach. That is in stating the risk of stomach cancer was increased by 50 percent.
Q. So you picked out one example, and it was the example where Dr. McTiernan lifted



the exact numbers out of the -- out of the study with the exact confidence interval and she didn't hide anything about that.
That was your example, right?
MR. TOBEY: Objection. Misstating --
Q. On a 300-plus-page report.
MR. TOBEY: Hold on.
Objection. Form. Asked and answered multiple times. And also misstating his testimony that he's answered the question twice now.
MR. RONCA: Okay. Fine.
MR. TOBEY: He's telling you, you conflated two different things. And he's told you that twice and you're doing it a third time. It's misleading.
MR. RONCA: I'm not -- I'm not conflating anything.
Q. The bottom line is that in a 300-plus-page were you picked out one example and no others.
MR. TOBEY: Objection. Form.
Q. Is that right?



A. This -- I give one specific example here. But if we looked at her report, you'll see that -- that there's many relative risks that are given that say the risk is this without taking into consideration the width of the confidence interval and the fact that -- so if we break this apart, risk of stomach cancer was increased by 50 percent. That was the statement she made.
Whatever she put in the -- in the parentheses, she put in the relative risk. She didn't say the relative risk estimate from the study was 1.5 with a really wide confidence interval. And that's what epidemiologists do.
They don't say the risk was increased by 50 percent. Because as the authors of the paper themselves say, these results did not indicate an increased risk of gastric cancer at any level.
Q. Doctor, I'm not an epidemiologist. But even I know that that's a wide confidence interval. So certainly anybody of science reading this would know that.
A. That's my -- that's exactly my

point. That her interpretation of this was that the risk was increased by 50 percent.
Q. Wasn't the risk -- wasn't, as reported, 1.5?
MR. TOBEY: Objection.
A. That's the --
MR. TOBEY: Objection. Form.
Go ahead and answer.
A. That's the estimated relative risk. It's not the risk of stomach cancers increased by 50 percent.
Q. It was the estimated relative risk of what in the paper?
A. It was the estimated relative risk of stomach cancer that was --
Q. See, who's cherry-picking now, Doctor?
A. No. I'm actually --
(Court Reporter clarification.)
Q. Who's cherry-picking now, Doctor?
MR. TOBEY: Okay. Wait. No, no.
Objection. Move to strike as abusive and harassing.
You don't have to answer that.
A. I just return to the authors of the


study correctly interpreted this. These results do not indicate an increased risk of gastric cancer at any level.
Q. All right.
MR. RONCA: Let's take that down.
Let's go back to the statement which was the ASA statement, 6403. All the way down to where the statement is, further. There. Okay. Bring out that paragraph again.
Q. It says:
Practices that reduce data analysis or scientific inference to a mechanical 'bright-line' rules (such as 'P less than 0.05') for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making.
Do you agree with that statement?
MR. TOBEY: Objection. Form.
Asked and answered.
A. I think, as I said, that having a P less than .05 doesn't mean that you have a real association.
As stated in the first sentence of the President's Task Force, there's a serious


concern in the scientific community of non-replicable results, okay?
Now, if you also have a P of .051, that doesn't necessarily mean that that's a false association, especially -- and this is usually what people do. Is they give an example, like I said, showed this morning, where you have one result that shows a very clear-cut, valid association, and then a follow-up result that has a small p-value that's just above .05 and then dismissing that second result when it's actually replicating the first finding as -- as being not informative.
Q. You finished?
A. Yes.
Q. Do you agree with that first sentence there?
MR. TOBEY: Objection. Asked and answered so many times I've lost count.
MR. RONCA: He didn't answer that.
MR. TOBEY: He has.
MR. RONCA: I just read this sentence. He didn't say whether he


agreed or disagreed. He launched with a discussion.
Q. Do you agree with the first statement?
MR. TOBEY: Objection --
Q. Practices that reduce data analysis or scientific inference to mechanical 'bright-line' rules (such as P less than 0.05) for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making.
My only question was, do you agree with that? You gave us all the explanation.
Now, can we just have the answer to that part of the question?
MR. TOBEY: Objection. Form.
Asked and answered multiple times.
We're getting to the point where I'm going to instruct him not to answer.
You can answer again.
A. As I indicated, having a P less than .05 does not indicate that an association is true. Having a P greater than .05, slightly greater, in a situation

that's usually the example given where you have an initial finding that's highly statistical significant and another finding that replicates that, that the P is just above .05, shouldn't be dismissed.
Now, I should add this is not the situation that we have here for ranitidine and cancer. We don't have a situation where we're seeing P of .0001 and then another p-value of .051. That's not the saying here.
We're not in a situation where we're talking about results that are replicating each other. You know, when you look at the overall body of evidence, as I've done in my report, there is no reliable, valid association between ranitidine and the five cancers in human data.
Q. Okay. Let's look at the last sentence:
The widespread use of 'statistical significance' (generally interpreted as P is less than or equal to 0.05) as a license for making a claim of a scientific finding (or implied truth) leads to considerable distortion of the scientific process.


Do you agree or disagree with that statement?
A. I agree that using P less than .05 to just say whether that something is statistically -- that something is validly associated is not an appropriate approach. And, in fact, that agrees with the ASA President's Task Force whose opening sentence was, We're concerned about the lack of replication.
MR. RONCA: Next -- take that down. Next page. Number 5.
Q. A p-value, or statistical significance, does not measure the size of an effect or the importance of a result.
Do you agree with that?
A. Yeah. So the -- the size of an effect would be estimated from the relative risk with certain confidence bounds around it.
Q. How about the importance of a result?
A. Yes. As I -- as I pointed out, you can certainly have things with P less than .05 that aren't true associations that


are due to invalid biased results.
Q. The next sentence:
Statistical significance is not equivalent to scientific human or economic significance.
Do you agree with that?
A. Yes. I think the -- the term statistical significance is very specifically applied to a particular Alpha level threshold and whether or not you pass that threshold.
Q. The next sentence:
Smaller p-values do not necessarily imply the presence of larger or more important effects, and larger p-values do not imply a lack of importance or even lack of effect.
Do you agree with that?
A. Yeah. I think that this agrees entirely with what I've been saying; that having a small p-value doesn't necessarily mean that you have a true, unbiased association. And having a p-value that's just above the threshold of .05, especially in a situation where you're actually have already seen a p-value that's substantially


less than .05, doesn't indicate a lack of effect.
Again, I just want to clarify here.
The situation that we're talking about here isn't in the realm of the examples that are given in the ASA statements. For example, saying, oh, we did a study and there was a p-value of .01 and then another study with a p-value of .06.
Right? That's not the situation we're in here.
Q. Any of those examples in this statement?
MR. TOBEY: Objection. Form.
A. I don't think there's an example of that in this statement.
Q. Okay.
MR. RONCA: Take that down, please. Next one.
Number 6:
By itself, a p-value does not provide a good measure of evidence regarding a model or hypothesis.
Do you agree with that?
A. Yeah. I mean I think that -- I was

just reading what they say below that statement:

Researchers should recognize that a p-value without context or other evidence provides limited information.

And yes, I agree with that.

Q. Okay. Good. So you have a Twitter account, right?

A. That's right. I'm not very active, but yes.

Q. I looked at it. That might be debatable.

MR. TOBEY: Objection. Form. Move to strike commentary.

MR. RONCA: I'll strike it myself.

MR. TOBEY: I think we've been going about an hour. If you're switching topics, should we take a quick break?

MR. RONCA: I'm still on this topic. Let's stay with it for a little bit.

Q. So do you recall -- I'll try -- I'll to make this shorter.

Do you recall referring in your



Twitter in 2020 to an article by Sander Greenland?

MR. TOBEY: Objection. Form.

A. I don't recall replying to that in Twitter, so...

MR. RONCA: Let's look at it then. Exhibit 6447.

(Exhibit 6447 was previously marked for identification.)

Q. There's a tweet -- you actually re-Tweeted. Sander Greenland responding to Andy Grieve.

Do you have any recollection of this? That was a question.

A. Sorry. I was just looking it over.

Yeah. So it looks like I re-Tweeted this statement by Sander Greenland in 2020.

Q. All right. So let's look at the next slide, which is the thread.

So in the Sander Greenland's tweet, he refers to this article, Statistical tests, p-values, confidence intervals, and something else in the European Journal of Epidemiology.

Do you have any recollection of



this?

MR. TOBEY: Can you call out where you're looking? I'm not tracking you.

MR. RONCA: I'm at the bottom in the box that says, link.springer.com.

MR. TOBEY: Okay.

Q. Do you have any recollection of this?

A. Yeah. This looks familiar.

Q. Yeah.

MR. RONCA: So let's take a look at that. Yeah, 6409. No, that's not the right one. Sorry.

Give me a second here, folks. Late in the day.

You know, let's take a break now so I can find this instead of just sitting here.

THE VIDEOGRAPHER: The time is 9:18 p.m., and we're going off the record.

(Whereupon, a brief recess was taken.)

THE VIDEOGRAPHER: The time is 9:47 p.m., and we're back on the



record.

BY MR. RONCA:

Q. Dr. Witte, I'd like to draw your attention to the study authored by Kumar for a second. Just have a couple of general questions. Let's see if you can answer them.

You can look at it if you want. But let me see if you can answer them.

That was a study where all the subjects had H. pylori?

A. Yes, that's correct.

Q. And H. pylori is a Class 1 carcinogen?

A. H. pylori is a risk factor for cancer.

Q. I think it says right in the paper that it's a Class 1 carcinogen.

A. Yes.

Q. And the exposure to ranitidine was 30 days?

A. So from their Method section, we included patients -- we included patients, those who had been prescribed an acid-suppressing medication for at least 30 days.

Q. Did they have a measure of how long any of these patients actually took the medication?
A. Sorry. I'm just looking over the paper now.
They do state they're unable to determine the amount of NDMA count consumed or a particular does-response relationships.
But your question was specifically about ranitidine and how long they took it for, right?
Q. Yes.
A. Okay. (Document review.) So I'm not seeing -- sorry. That took a while.
I'm not seeing mention of the length of time that they were taking the ranitidine for.
Q. To your knowledge, ranitidine is not indicated for H. pylori, right?
A. To my knowledge, no.
MR. RONCA: All right. Can we bring up Exhibit 6456, please?
(Exhibit 6456 was previously marked for identification.)
BY MR. RONCA:



Q. And Doctor, we're going to return with a couple questions about Kim.
So do you know what SEER is, S-E-E-R?
A. Yep. Yes, I do.
Q. What is it?
A. Surveillance epidemiology -- surveillance epidemiology and something research. So that's what it standards for.
Q. So it's -- I'm sorry. Explain what it is.
A. So, it's a -- a database that is -- you know, estimates age-adjusted rates of cancer.
Q. And it's part of the National Cancer Institute, right?
A. That's right.
Q. So, what we did on this chart, and we're only going to look at one because of the time, pancreatic cancer, is we looked at the SEER rates per 100,000 and the rates in the Kim study in the Explorys Database.
And the SEER rates are represented by all those converging lines at the top. And Y Kim rates is the green line



substantially lower.
Can you explain why the Explorys Database had so many fewer pancreatic cancer cases per hundred thousand than the SEER statistics?
MR. TOBEY: Objection. Form.
A. Yeah. I'd have to go back to Kim and look at whether or not they also -- average incidence ratios.
So these were the -- not from their own data, is that correct? These are just what they presented as being the average incidence ratios?
Q. You tell me. You're the expert.
MR. TOBEY: Objection. Form.
A. Okay. I think, again, it's a little bit hard out of context. So the Y Kim quote that you have, that's directly from their paper?
Q. Yeah. And references Table 5.
A. What's the Rawla, et al., that has a rate that's very close to Kim?
Q. That's information regarding Europe and North America.
A. Yeah. So whenever -- you know,



when I'm looking at data like this and I see there's two articles that have similar estimates and then the SEER that's different, you know, that gives more evidence about what might be going on.
So basically Kim and Rawla match up, correct, 7.8 and 7.6 where SER [sic] doesn't. So that's -- I just look at that as a -- as a clue. I'm not saying that something's wrong with the SE -- the SEER data.
Q. Yeah. I don't know that Rawla is pancreatic only?
MR. TOBEY: Objection. I don't know if that's a presentation or a question.
MR. RONCA: Well, I think the doctor asked me. Rawla is overall cancer rate.
MR. TOBEY: Well, but Doctor, you don't need to ask him questions. He'll ask you questions.
THE WITNESS: Yeah. Sorry.
A. So --
MR. TOBEY: Is there an open

question? I'm sorry. I just want to know where we are.
Q. I don't think he finished his answer actually. He asked me a question as part of his answer.
A. So I think the question was why is the green line below the rest of the other lines.
Q. Yeah.
A. I think that's the -- that's the crux of your question.
And I'm guessing that everyone doesn't want me to sit here for ten minutes to try to figure this out. But I mean one thought is maybe that the Y Kim -- I'm not sure whether it's age adjusted. It is, you know, and it's interesting that it's actually matching up with Rawla -- Rawla.
I would say that seeing this difference in the rates doesn't actually change my interpretation of the overall data; that there's no relationship between -- no clear association has been observed before -- between ranitidine and any of the five cancers. And I -- it feels like we're kind



of nitpicking at little bits and pieces of every paper to try to explain what is an overall body of evidence that clearly shows there's no association.
And so we're trying to pick at each paper or shifting over, like the plaintiffs' experts have done, to nutritional and occupational studies because there's no evidence in the 16 studies that have been peer reviewed and published looking at ranitidine and cancer, no one, except for the plaintiffs' experts, has come to the conclusion that ranitidine causes cancer.
Q. Except Cardwell?
A. Cardwell does not say that. He does not say ranitidine causes occasion.
Q. Okay.
A. Clearly --
Q. We're way off the question now.
MR. TOBEY: He was halfway through a sentence. I mean --
A. You said Cardwell so --
(Cross-talk.)
Q. -- editorial that has nothing to do with the original question.



MR. TOBEY: Mr. Ronca, you said, except Cardwell. And he's responding.
I think it's more than fair he gets to respond to your comment or question, whatever it was.
Just please, finish, Doctor.
A. So Cardwell, as I said before, is a great paper because it identifies the fact that their sensitivity analysis showed that when you undertake an active comparator analysis that there's no longer any association whatsoever. Moreover, their sensitivity analysis or their additional analysis looking at nicotine showed an association when they adjusted for smoking between nicotine and bladder cancer.
Now, the only reason I can think of why, why nicotine would still be associated with bladder cancer is because smoking wasn't adequately controlled for in the analysis that did not use an active comparator. But when an active comparator was used, there is no association anymore.
So their sensitivity analysis worked. That's -- that should have been a



red flag for them to say, oh. And, in fact, they do mention that results in their suggestion session. And they say, well, this could be due to confounding by indication because an active comparator analysis didn't show an association.
Q. You done now?
A. Yes. Thank you.
Q. Did you do any kind of check of the statistics in Explorys against the national statistical background rate?
A. No, I -- I didn't. But again, I don't think that this one study is going to change anyone's opinion in the -- in the -- about the fact that there's no association, no clear, valid association between ranitidine and any of the cancers.
MR. RONCA: Okay. You can take that down.
Did you get that exhibit yet?
DOCUMENT TECHNICIAN: Yes. It is marked as Exhibit 6550.
(NOTE: Exhibit 6550 was numbered in error and was later changed to Exhibit 6463.)

(Exhibit 6463 was marked for identification.)
MR. RONCA: Okay.
Q. Doctor, you wrote -- you were co-author with Robert S. White a book called Statistics. I'm holding it.
A. I think we pulled up a different one. Sorry.
MR. RONCA: Thank you for taking it down. I'll get to that in a minute or two.
Q. You're a co-author of a book called Statistics?
A. Yes, with my father. Dr. Witte, both of us.
Q. Right. So you did note in your report that this book was cited in a US Supreme Court case?
A. That's correct.
Q. Was that a gerrymandering case?
A. That's -- that it was a gerrymandering case, yes.
Q. And it was cited for the proposition that .8 wasn't substantially different than 1.0 for purposes of racial



diversity in a congressional district?
A. Oh, boy. I'd have to go back and look at the actual case.
Q. And it was in the dissenting opinion. It wasn't in the majority opinion, right?
A. That's correct. It was used as a -- for a meth -- statistical methodology. It had nothing to do with which side it was used for.
Q. Yeah. And this -- this is a book for undergraduate students and statistics, right?
A. That's right. This is a book that my father initially wrote the first edition. You'll notice that's like the 11th edition, I think.
Q. It is.
A. It is. So my father wrote the first few editions before I received my Ph.D. And he taught for many years undergraduate statistics in the social sciences, so nursing students, psychology students. And this book was used in -- in that type of classroom.
Q. So we established earlier you were



charging $700 an hour for your time?
A. Yes, that's correct.
Q. I almost hate to ask you these questions, but they asked our experts these questions so I'm going to ask the same questions to you.
A. That's fine.
Q. I added up the invoice that you sent us. Came to $339,150, is that right?
A. That sounds about right. I'm not exactly sure to be honest.
Q. And how long have you been working for the defense lawyers in this case?
A. For over two years.
Q. Who is your present employer?
A. Sorry. Who is my what?
Q. Employer.
A. Who's my present employer? Oh Stanford University.
Q. And how much does Stanford University pay you?
A. My salary is approximately in the high $300,000 a year.
Q. Okay. Done with that?
MR. RONCA: Now, we can go to that



exhibit, 6550 I think.
(Exhibit 6550 was later marked as Exhibit 6463.)
Q. So this is going back to your Twitter and you re-Tweeted Sander Greenland's response, which referenced this article.
Are you familiar with this article? It's entitled Statistical tests, p-values, confidence intervals and power, A guide to misinterpretations.
MR. TOBEY: Can we pause one second? I don't think it's in the Box yet.
THE WITNESS: No. I think it was 'cause it went up -- it's 6550 I think.
(Exhibit 6550 was later marked as Exhibit 6463.)
MR. TOBEY: Okay. I see. Yes. I have it now. Sorry. Thank you.
Q. Is this the article you re-Tweeted?
MR. TOBEY: Objection. Form.
A. I'm actually going back. So I'm looking back at the Twitter reference because I'm trying to understand. It's kind hard to

tell because it looks like the top part of this thread. But it says John Witte re-Tweeted Sander Greenland -- a statement by Sander Greenland.
I don't -- in the screenshot that you have, I don't see that I was re-Tweeting a particular article. I thought it was a statement. But, again, I --
Q. Yeah. No. In the -- in the thread, you have to open the thread which is on the next slide?
A. Okay. So -- so I re-Tweeted.
Q. You re-Tweeted this thread with a reference to --
A. Well --
Q. -- Springer.com and this article.
A. I think --
MR. TOBEY: Sorry. Objection. Form.
You can answer.
A. I think I re-Tweeted the first statement in the thread, right? I don't -- I don't know that I re-Tweeted -- I'm, it's -- again, it's hard for me to tell. Because it looks like when we get down, I'm thinking at



the very bottom of the thread, where he says:
That's wrong too in yet another way of not seen. Try this.
And there's one person who -- from what I can tell here one person had re-Tweeted that. But, yeah. Again, I don't -- I don't know exactly which -- which statement in this that I re-Tweeted. The way it looks to me it looks like I re-Tweeted the top part. But that's fine.
Q. Yeah. I mean -- I mean, well, all I do was go to your Twitter on that first one and hit, Show this thread. And then what's when this popped up.
A. Okay.
MR. TOBEY: Objection. Form.
A. Again, it's -- it's -- that's fine. It's unclear to me, though, whether I -- what part I re-Tweeted.
Q. Okay. Well, let me just ask you.
Are you familiar with?
A. Yes, I am.
Q. Okay.
A. Yeah.
Q. And some of the authors are --



MR. RONCA: Can you make the top big?
Q. Sander Greenland, Kenneth Rothman, Steven Goodman, Douglas Altman.
Are these all well-recognized experts in epidemiology and statistics?
A. You know, I don't know Steven Senn. I think you skipped over his name as well, but I know the rest of them.
Q. I don't recognize his name either.
A. Yeah.
Q. I recognize the others though.
I mean they're all top people in this field, right?
A. In epidemiology, yes.
Q. And -- and you've done articles with Greenland, right?
A. That's correct.
Q. And if you're familiar with this article, do you think that this is an authoritative discussion on a statistical test p-values, confidence intervals and power?
Not the authority but an authoritative review?



MR. TOBEY: Objection. Form.
A. I'm looking over the article. There's a long list of items in here.
Q. Yeah. Want to go through them?
A. It's up to you.
Q. I just want to find out if you think that the concepts of this article are valid.
MR. TOBEY: Objection. Form.
A. This is gonna take me a while. There's 25 points made in this article, so...
Q. Let me do this.
MR. RONCA: Can we bring up Exhibit 6445? Do you have that one?
Why don't we test some of this?
(Exhibit 6445 was previously marked for identification.)
Q. I'm going to take this statement. Tell me if you think this is true or not true:
The p-value is the probability that the test hypothesis is true; for example, if a test of the null hypothesis gave P equal 0.01, the null hypothesis only has a 1 percent chance of being true; if instead it

Page 354
J. Witte

gave P equals 0.40, the null hypothesis has a 40 percent chance of being true.
Do you agree or disagree with that statement?
MR. TOBEY: Mr. Ronca, can you please explain what we were looking at and if there's context to this?
It's like a white piece of paper with a -- just a random quote. No attribution.
MR. RONCA: No. He either it, not answer it or say he doesn't know.
A. No. No. This is -- this is incorrect. And I think in my report I actually give a definition of a p-value, which I think matches up with what Greenland was saying in that tweet.
Q. Okay. Next question?
MR. RONCA: Next slide, please.
Q. Is this true or not true:
The p-value for the null hypothesis is the probability that chance alone produced the observed association; for example, if the p-value for the null hypothesis is 0.08, then there is an 8 percent probability that chance

Page 355
J. Witte

alone produced the association.
MR. TOBEY: Objection. Form. Same as before. Lack of foundation and context.
Q. True or not true?
A. It's not true, and it's not the definition that I used. If you want to look at -- I mean if you want to go through all 25 of these --
(Cross-talk.)
A. Look at what I wrote. What I wrote --
(Cross-talk.)
A. -- what I wrote in my report will actually kind of short-circuit all of this.
Q. Okay. But I want to do it this way, and I get to ask the questions. So let's go to the next one.
True or not true:
A null hypothesis p-value greater than 0.05 means that no effect was observed, or that absence of an effect was shown or demonstrated.
MR. TOBEY: Same objection.
A. So I think, as I mentioned earlier,

Page 356
J. Witte

in the -- in the epidemiologic literature people commonly use an example of P .051 or .06 and it's generally tied into another example of a p-value that's substantially less than .05 to show that -- that an association that -- that the .051 does not mean that there was no effect observed.
Q. So this statement is not true?
MR. TOBEY: Objection. Form.
A. I think that -- that, yeah. But as the authors of -- which I think as the authors of one of the articles that we cited when we discussed this said, it's not an anything goes situation, where everything's associated with everything else.
Q. Okay.
A. And again --
Q. True or not true?
MR. TOBEY: Objection. Form.
A. Okay. I think I said yes. And there's a particular situation where you have a replicated data and you initially see a small p-value and then you replicate it, that that's -- even if the P is .07 or something like that.

Page 357
J. Witte

Now, just to clarify, this is not the situation we're talking about here. And I don't -- apart from the plaintiffs' experts, no one has concluded that based on the results in the studies of ranitidine and cancer that there's a valid association in human -- in human data, let alone a causal association.
MR. RONCA: Next slide.
Q. True or not true:
Statistical significance indicates a scientifically or substantially important relation has been detected.
MR. TOBEY: Same objection. No context. No attribution.
Q. True or not true?
MR. TOBEY: Objection. Same objection.
A. I think that -- I think this is addressing the concern I raised that was the very first sentence of the ASA President's Task Force, and that is false positive associations and the replication crisis.
So I agree with that. So seeing something with a P less than .05 doesn't

indicate that it's scientifically or substantively important relation has been detected.

Because we have seen so many results that weren't replicated that -- that were -- basically they had a P less than .05 in an initial finding, and that false positive was never further confirmed in other studies.

Q. So this is not true?

MR. TOBEY: Objection. Form.

A. That's correct. As I just said, P less than .05 doesn't necessarily mean that that's a real association.

MR. RONCA: Next slide.

Q. True or not true:

Lack of statistical significance indicates that the effect size is small.

MR. TOBEY: Objection. Form.

A. Again, I'll return to the example I gave.

Let's say a very small p-value and a -- a relative risk of 3 and then a follow up study that has the same relative risk and the fact that it may not have -- may not be



statistically significant. I think I gave an example of a lower bound being .99, but obviously with a wide confidence interval.

Q. So this statement is not true?

MR. TOBEY: Objection. Form.

A. No. I think -- I think I just gave an example of -- you know, now, again, I will return to the fact that that's not the situation we're talking about here in this case with -- with the ranitidine and cancer, right?

Q. But the statement is not true?

MR. TOBEY: Objection. Form. Asked and answered.

Q. You agree, right, it's not true?

MR. TOBEY: Objection. Form.

A. I think that the -- that any epidemiologist is going to look at all the data and they're not going to say, Here's a whole bunch of weak evidence. They're not statistically significant, therefore, that that somehow indicates an association.

MR. RONCA: Next slide.

Q. True or not true:

Statistical significance is a



property of the phenomenon being studied, and thus statistical test detect significance.

MR. TOBEY: Objection. Form. Lack of foundation. Lack of context.

Q. True or not true?

MR. TOBEY: Same objection.

Q. Answer?

MR. TOBEY: Was that a command?

Q. If you have an answer. If you don't have an answer, just tell us. We've been sitting a long time waiting for you to respond?

MR. TOBEY: Objection. Form. Move to strike commentary.

A. So the -- so I would say that's not true. That statistical -- statistical significance is kind of whether or not your p-value is on one side of an Alpha level or not.

MR. RONCA: Take down exhibit, please.

Q. Isn't it true the whole controversy about statistical significance is the word "significance"?

And what the reformers want to do



is say these are statistical tests, and what you should do is report the point estimates and the p-values or confidence intervals or both, and not have a cut point of significance and non-significance.

Isn't that the whole controversy wrapped up in a few sentences?

MR. TOBEY: Objection. Form.

A. Yeah. And it's -- it's, as we saw in the ASA President's Task Force, I mean those statisticians unanimously agreed that P less than .05 in certain situations is valuable.

Give you in genetic research, we use statistical significance testing all the time. And the reason for that is because the literature is full of false positive findings that didn't use a strict off-the-level threshold that the p-value had to be less than.

So, in that case, we use a -- we don't even use .05 we use .05 divided by a million. So we are using statistical significance in that case to distinguish genetic associations that are statistically

significant but are less than .05.
So, yes, the -- the controversy is whether or not something below .05 is true so as people will say that, or something just above .05 is false, right? But the -- the reality is that there are times like in my own work with genetic epidemiology where using a statistical significance threshold is very important for avoiding false positive results. And again, that was the very first statement of the ASA President's Task Force.
And then again, statement by those who are arguing to retire that p-value less than .05 is we are not advocating for an anything goes approach, right? They're not saying any relative risk different than 1 shows a positive risk, right? And the examples that are most commonly use are a small p-value followed up with a p-value at just about .05.
So in -- that's an example of why and where the concern is with using a threshold of P less than .05.
Q. Finished?
A. Yes. Thank you.



Q. Good.
MR. RONCA: Let's go back to 6397, page 10.
Q. In section, looks like Roman numeral I.E. Factors Considered in Exploring Causation.
You refer to the -- what have been called the Bradford Hill viewpoints or criteria for causality, is that right?
A. That's right.
Q. And you have a quote there from Dr. Hill? At the top --
A. At the very -- sorry. Are you at the very top?
Q. Yeah. Reference 51.
A. Okay. Yeah. So that reference 51 is to Bradford Hill's seminal paper.
Q. Right.
MR. RONCA: So let's go to Exhibit 6405. Go to the next page.
(Exhibit 6405 was previously marked for identification.)
Q. Wait. First of all, is this Bradford Hill's seminal paper?
MR. TOBEY: Objection. Form.



Q. Reference 51?
A. Yep, that's it.
Q. Yeah.
MR. RONCA: So let's go to the second page. See the part that I've highlighted? Can we pull them both up?
MR. TOBEY: What's the exhibit number? I'm sorry.
MR. RONCA: Yes, it's 6405.
MR. TOBEY: It just popped up. Sorry. I got it now.
BY MR. RONCA:
Q. So I'll quote Dr. Hill:
In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so.
Did I read that correctly?
A. Yes. You did read that.
Can you point me to where it is in



the article? Bottom of -- okay. I found it. Thank you.
Q. Yes. Did you quote this in your report, this quote?
A. This specific quote?
Q. Yeah. This specific quote.
A. I think -- the -- no. I didn't quote that. I believe this quote is talking about the effect size, which we discussed at length. So strength of association is often considered the magnitude of the relative risk.
And in the second sentence he talks about the grounds that the observed association appears to be slight. So I think we're talking about p-values or statistical significance.
This is the magnitude of the association. And so I think what he's saying is that even if you detect a clear-cut association, if that's only 1.2 but it's a clear-cut association, don't dismiss that just because it's only 1.2, right?
Q. Okay. I got it. We're done with that exhibit.

Let's go to page 5 of your report.
That's Exhibit 6397. You'd think I'd
remember it at this point.
In your section on confounding and
bias, you talked about the coffee and cancer
episode?
A. That's correct.
Q. So that episode was from 1981?
A. Yes.
Q. I have copies of it. You want me
to go through it with you?
A. No. I was just going to say it's
still -- I mean people are still writing
about this. They're not still but in the
just more recent time. But yeah, go ahead.
Sorry.
Q. Okay. And so this is 33 years
ago -- no, 40 years ago, right?
A. The initial paper. And -- and the
amazing thing is that people are still
disentangling this false association today.
I mean there's papers being written
discussing this, well, I mean today in the
21st century.
Q. But this was debunked in 2002 as


indicated in your reference number 28, right?
A. That's right.
Q. And where do you think the authors
referenced in number 28 are from?
A. Of 28?
Q. Yeah.
A. So, they're from, I believe they're
currently the Imperial College of London?
Q. How about University of Bristol?
A. University of Bristol, yeah.
Q. That's right. And who else is from
University of Bristol?
MR. TOBEY: Objection. Form.
Q. Dr. Hidajat?
A. Okay.
Q. And all those studies from
McElvenny and de Vocht and Hidajat and that
team, they're all from the epidemiology
department at that same university, right?
A. I would -- I'll take your word for
that. I'm not entirely sure whether they're
all in the same division, department.
Q. Trust me. And --
MR. TOBEY: Objection. Form.
You don't have to take his word


for it. If he wants to make a
representation, you can rely on it for
the purpose of a question.
Is that -- is that what's
happening here?
MR. RONCA: No. We're having a --
a little thing, he and I -- we're
tired and it's been a long day.
MR. TOBEY: Okay. I don't want to
make an objection and move to strike
the thing, but go ahead.
MR. RONCA: Sure. Sure.
Q. And you would think that the people
who revealed this problem would know about it
so they wouldn't repeat the error, right?
MR. TOBEY: Objection.
A. So I think that -- so you're saying
that George Davey Smith is a co-author on the
occupational epidemiology studies.
Are you saying that just because
he's in the same department he's somehow is
involved with that project?
Q. No. I'm saying isn't there an
implication that the people at University of
Bristol know what they're doing and wouldn't


fall into the coffee and confounding
conundrum that you talk about on page 5 of
your report?
MR. TOBEY: Objection. Form.
A. I -- that's a -- a broad
generalization that I think if we want to go
and talk about each person in that
department, I'm happy to. But I think...
Q. I'm sure you would be.
Can we think of another --
MR. TOBEY: Move to strike the
side comment.
MR. RONCA: I'll strike it myself.
Q. Okay. Let's -- can we think of an
example, a more recent example where an
active comparator study failed spectacularly?
Can you think of one?
MR. TOBEY: Objection. Form.
A. I'm not entirely sure what you mean
by "failed spectacularly." But off the top
of my head, I -- I can't think of one.
Q. How about the Vioxx study versus
Naproxen?
A. I think looking at -- if you'd like
to refer to that study, maybe we should pull

it up and talk about it.
Q. You never heard of the VIGOR study of Vioxx versus naproxen?
MR. TOBEY: Objection. Form.
Q. Randomized control trial?
MR. TOBEY: Objection. Form.
A. I thought you'd asked me about an active comparator study.
Q. Wouldn't naproxen be a COX-1 and 2 inhibitor and Vioxx a COX-2 inhibitor, wouldn't they be active comparators as antiinflammatory drugs?
MR. TOBEY: Objection. Form.
A. I'm just saying you asked me for an example of an active comparator study, which is not a randomized controlled trial, right? It's an attempt --
Q. No. Any study. Any study. Any study where there was active comparators and it failed spectacularly.
MR. TOBEY: Objection. Form.
A. Okay. So you're not asking me about an active comparator study, which we will agree is a particular study design that is considered a very appropriate method to



control for potential confounding from any study that was comparing two different things?
Q. No. Any study with active comparators because they wanted to control the different things.
MR. TOBEY: Objection. Form.
Q. They wanted to do exactly what you're saying. They wanted to see if you took a COX-2 inhibitor instead of an NSAID, which is a COX-1 and COX-2 inhibitor, they wanted to see if you got ulcers. And they wanted to flatten everything else out --
(Court Reporter clarification.)
Q. They wanted to take all the other effects out so they compared two antiinflammatories as active comparators to each other.
You have no recollection of this? 'Cause it was all over the news, and one of the biggest drugs in the world went off the market.
MR. TOBEY: Objection. Form.
A. So, yes, I -- I am aware of that. But I think if we're going to talk about it



it would be good to look at the paper you're specifically -- the randomized control trial that you're specifically looking at. I don't think that that's analogous to the situation here where the active comparator studies are seeing no association.
And even Cardwell's sensitivity analysis, which I mean they did that for a reason, and that was that they were concerned that the results were sensitive but for to potential well-known bias in looking at H2RAs and cancer. So they undertook a sensitivity analysis and showed that the results were null.
Q. So this was an act -- VIGOR was an active comparator study where they completely missed the adverse outcome and --
MR. TOBEY: Objection.
Q. Let me finish.
MR. TOBEY: I thought that was a question.
Q. And then they did a follow-up study, but this time they added a placebo on. In other words, an arm of non-users, and then they saw the outcome.



Do you recall this episode?
MR. TOBEY: Objection. Form.
Assumes facts not in evidence.
A. I think, as I said before, it would be good to look at the specific study that you're talking about. And I think you're -- you're pulling out a single example of a randomized control trial, which the relevance to the study at hand is the active comparator study -- not a randomized control trial, these are observational studies -- did not detect any association between ranitidine and cancer in humans.
Q. So it's okay for you to pull out a 40-year old specific example, but it's not okay for me to pull one out that's 15 years ago?
A. Well, if you -- this is in my discussion about different properties of confounding and bias. I wasn't making any inference about the particular studies at hand here. But it wasn't -- it doesn't have anything to do with the -- with the timing of how old that study is.
MR. RONCA: You're going to be

glad to hear my next words: No further questions. I reserve the remainder of my time for after rebuttal.

MR. TOBEY: Thanks, Mr. Ronca. Can I just take, let's say, five minutes max just to go over my notes and then we'll come back on?

MR. RONCA: No. You can have six minutes.

THE WITNESS: Thank you.

MR. TOBEY: Thank you. Appreciate you.

THE VIDEOGRAPHER: The time is 10:47 p.m., and we're going off the record.

(Whereupon, a brief recess was taken.)

THE VIDEOGRAPHER: The time is 10:56 p.m., and we're back on the record.

MR. TOBEY: Thank you.

Defendants have no questions, so we can close the deposition and adjourn.



MR. RONCA: Thank you, Dr. Witte. I'm sorry if I got a little forceful at times. And have a good rest of your day.

Tobey -- I'm going to call you Tobey because I have a friend who's Toby. Thanks.

MR. TOBEY: Thanks, James. Have a good night.

MR. RONCA: Everybody, have a good night. Bye-bye.

THE VIDEOGRAPHER: This concludes today's testimony for the remote video deposition of Dr. John S. Witte. The time is 10:56 p.m. and we're going off the record.

(Time noted: 10:56 p.m. Eastern Time)



J U R A T

I, JOHN S. WITTE, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on MAY 19, 2022; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

______________________
JOHN S. WITTE

Subscribed and sworn to before me

This _______ day of __________, 20__.

___________________________________
NOTARY PUBLIC



C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF RICHMOND )

I, CANDIDA BORRIELLO, a Notary Public for and within the State of New York, do hereby certify:

That the witness, JOHN S. WITTE, whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of May, 2022.

_________________________
CANDIDA BORRIELLO

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: ZANTAC LITIGATION
Dep. Date: MAY 19, 2022
Deponent: JOHN S. WITTE

| Pg. | Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |
| ___ | ___ | ______________ | _______________ | _____ |

________________________
JOHN S. WITTE

SUBSCRIBED AND SWORN BEFORE ME,

This___ day of_____________, 20__.

__________________________________
Notary Public

My Commission Expires:__________

### Exhibits

**EX 6458 John S. Witte, Ph. D. 051922** 6:11 58:11
**EX 6459 John S. Witte, Ph. D. 051922** 6:14 202:7,8
**EX 6460 John S. Witte, Ph. D. 051922** 6:15 202:25
**EX 6461 John S. Witte, Ph. D. 051922** 6:16 233:3
**EX 6462 John S. Witte, Ph. D. 051922** 6:18 289:7
**EX 6463 John S. Witte, Ph. D. 051922** 6:20 345:25 346:1 349:3,18

### $

**$300,000** 348:23
**$339,150** 348:9
**$700** 24:18 348:1

### 0

**0.01** 353:24
**0.05** 329:9 330:22 355:21
**0.05'** 327:15
**0.08** 354:24
**0.12** 322:21
**0.40** 354:1
**0001** 286:14 330:9
**01** 242:20 333:8
**049** 309:9
**05** 286:19 290:10 308:6 311:5 312:19 313:1,3 323:20 327:22 328:11 329:23,25 330:5 331:3,25 332:23 333:1 356:5 357:25 358:6,13 361:12,22 362:1,3,5,14,20,23
**051** 309:6,8 311:16 328:3 330:10 356:2,6
**06** 333:9 356:3
**07** 356:24

### 1

**1** 16:19 25:10,18 41:18 50:5 81:7 115:2 133:22 146:16 166:10 167:3 171:21 179:13 190:11,13 191:2 199:24 200:1 201:18,21 202:14 213:23 248:6,14 250:8 269:2 287:17,18 315:6 337:12,17 353:25 362:16
**1,280** 259:14
**1,290,945** 190:6
**1,522,653** 180:18
**1,522,808** 180:9
**1.0** 15:1 18:4,6 20:9 190:21,24 191:4 201:3 291:25 313:19 316:7 322:10 323:13 346:25
**1.00001** 16:16
**1.01** 180:12 314:2
**1.04** 190:9
**1.2** 167:18 365:21,23
**1.25** 242:21
**1.27** 190:8
**1.3** 190:5
**1.30** 180:12
**1.5** 21:13,16 314:19 315:19 322:20 325:13 326:4
**1.56** 190:9
**1.68** 179:11 180:12
**1.76** 186:12
**10** 16:19 25:11 217:12 220:24 221:6,12,20,21 226:23 283:11 363:3
**10-year** 163:23
**100** 18:17,19 221:2
**100,000** 339:21
**103,565** 213:25 248:16
**105** 180:8
**10:47** 374:15
**10:56** 374:20 375:15,17
**11** 36:12 246:3
**11th** 347:16

**12**
245:24 246:2 314:20 318:24
**124**
144:5 231:10
**12:08**
7:4
**13**
317:20
**133**
180:10
**135**
28:13
**136**
29:5
**137**
29:10
**138**
29:13
**139**
29:14
**14**
25:23
**15**
38:14 165:22 175:23 373:16
**150**
214:9,18 215:10,15
**150-milligram**
216:13 218:16 226:20,22
**16**
20:13 39:4 50:4 99:23 139:15 215:1 223:14 255:14 262:1 316:17 317:12 343:9
**170**
251:20 254:15
**18.25**
314:20 318:24 322:21
**180**
251:18,19 254:11
**19**
7:5 147:3
**1943**
162:9
**1977**
163:14
**1981**
366:8
**1987**
87:7,12,14, 15,20 88:2, 4,7,8 93:16
**1995**
163:15
**1996**
211:20
**1999**
208:10 209:9
**1:16**
59:20
**1:29**
59:25
**1s**
183:13
**1st**
266:18

**2**

**2**
28:7 171:21 205:18,23 206:15 248:14 283:15,17 309:13 318:25 370:9
**2,534,288**
180:10
**2.4**
133:24
**2.5**
167:20
**2.6**
167:16
**2.9**
168:2
**2/28/2023**
70:5
**20**
123:6 129:1 203:16 233:9
**200**
245:23
**2002**
93:17 366:25
**2003**
210:6
**2006**
207:9,16
**2007**
207:20
**2008**
208:10,16
**2009**
207:10,16 256:20
**2010**
208:7,23 209:19
**2012**
245:23
**2016**
300:9
**2018**
208:7,23 209:20 256:21
**2019**
103:14 303:19 307:8
**2020**
335:1,18
**2021**
38:15 55:6 211:20 243:23
**2021a**
29:6 33:2, 12,23 241:9
**2022**
7:5 87:13 163:1
**21st**
366:24
**23.97**
289:22
**24**
233:9 277:20
**25**
353:11 355:8
**250**
17:12 18:2
**26**
29:10
**28**
367:1,4,5
**29**
298:9 320:3, 17,22
**2:42**
112:4
**2A**
87:5

**3**

**3**
112:9 167:23 190:24 198:13 204:22 205:4 248:14 311:24 358:23
**30**
123:6 129:1 243:23 287:15 337:20,25
**300**
214:9,18 215:10,16

**300-milligram**
216:11
218:14
**300-plus-page**
324:7,22
**31st**
266:22
**32**
59:6 151:8
**32.2**
289:22
**33**
366:17
**360**
256:14
**365**
266:19
**37**
287:16
**37.67**
286:12
**38**
190:21
**39**
24:23
**3:05**
117:23
**3:09**
122:1

**4**

**4**
248:14
318:25
**4.4**
133:24
**40**
24:25 354:2
366:18
**40-year**
373:15
**43**
59:6
**44**
24:25
**45**
25:11,24
26:4 181:6
231:10
232:14
286:11
**46**
232:13
**47**
232:5
**48**
144:4 232:5,
7,9 279:10
**4:30**
177:9

**5**

**5**
133:25
248:13,18,20
331:12
340:20 366:1
369:2
**5,000**
35:19 39:2,8
**5.6**
134:1
**5.8**
168:5
**50**
25:25 26:15,
16 145:2
215:9 265:6
314:10,13,16
315:15,21
321:18
323:7,23
325:8,17
326:2,11
**51**
363:15,16
364:1
**52**
207:25
**53**
186:12
**54**
25:11
**55**
241:25
**55,934**
249:4
**5600**
39:21 41:8
**57**
28:13
**58**
207:23
**5:09**
177:14

**6**

**6**
92:11 106:25
333:20
**6-0**
202:22
**6-4**
202:22
**6.7**
133:25
**60**
210:9
**614**
268:22,24
**62**
190:20,23
**6397**
24:1,2 29:18
81:7 143:23
146:15 231:9
241:25 298:9
320:9 363:2
366:2
**6399**
90:8,9
**6400**
162:14
205:25 206:3
213:5
**6401**
162:19,20
178:15 203:6
213:22
247:14
**6403**
306:10,11
310:13 327:7
**6404**
301:11,12
**6405**
363:20,21
364:10
**6406**
237:8,9
**6409**
336:12
**6410**
101:18,19,22
203:5
**6420**
69:11,14
**6423**
249:11,12,15
283:9
**6440**
274:22,23
275:3
**6445**
353:14,16
**6447**
335:7,8
**6456**
338:22,23
**6457**
114:4,5
122:4
**6458**
58:11
**6459**
202:7,8
**6460**
202:25
**6461**
233:3
**6462**
289:7
**6463**
345:25 346:1

349:3,18
**65**
210:8
**653**
180:24
**6550**
345:22,23 349:1,2,15, 17
**66**
28:13 201:12
**69**
300:5 313:24
**6:16**
227:20
**6:17**
227:22
**6:26**
228:1
**6:54**
247:6
**6:59**
247:11

## 7

**7**
115:6 122:8 248:19 281:16 283:11
**7.6**
341:7
**7.8**
341:7
**70**
289:21
**716**
190:7
**73**
256:14
**75**
214:8 215:9 233:11
**79**
201:13

## 8

**8**
122:8 248:14 346:24 354:25
**80**
233:11 289:16,19
**854**
308:15
**8:06**
293:15
**8:23**
293:20

## 9

**9**
107:1
**9,630,580**
190:7
**90**
217:13 220:24 221:6,13,20 225:15 226:20
**900**
221:2
**94**
168:17
**95**
16:18 18:5 19:8 23:5 180:7 186:12 190:8,21,24 191:3 201:8 238:23 291:23 292:2 314:4,19 315:8,11 319:17 321:15 322:20
**96**
210:7
**97**
186:11
**98**
25:3 31:7 49:10,22
**99**
21:12 201:21 359:2
**9:18**
336:20
**9:47**
336:25

## A

**A.1.1**
231:12
**a]ccess**
38:22
**Aarhus**
182:7
**ability**
74:18 121:12
**able**
68:14 69:21 116:21 117:6 130:8 138:10 143:14 168:22 184:21 185:7 236:14 296:14 301:22
**above**
13:13,18 15:1,16,20, 22 18:4 19:12 242:21 328:11 330:5 332:23 362:5
**absence**
355:22
**absolute**
129:11 225:25
**abstract**
266:12
**abuse**
218:22
**abusive**
53:1,2 74:6 81:3 141:13 217:23 326:23
**accepted**
262:21 263:4,8
**accepting**
253:8
**access**
242:16 275:13 297:14
**accomplishes**
58:7
**account**
153:23 308:21 334:8
**accurate**
162:9 171:22 172:19 176:7 258:23
**accusation**
137:2
**acid**
148:9
**acid-suppressing**
169:11 337:24
**acid-suppressive**
166:24 167:5
**acknowledge**
7:17,21
**acronym**
156:20
**across**
91:12 113:5 179:21 189:22 190:2 209:9 223:12

234:8 274:16 294:24 304:5
**act**
372:15
**actions**
299:13 313:13
**active**
25:24 26:3, 10 27:6 114:25 140:10 147:13 155:5,24 158:6,17 160:1 175:14 192:22 195:14,17, 21,25 198:1 231:13,24 232:3,16 234:3 235:2, 12 236:8,24 237:3,6 239:24 250:3 276:14,16 277:2,8 334:9 344:10,21,22 345:5 369:16 370:8,11,15, 19,23 371:4, 17 372:5,16 373:9
**activity**
62:21
**actual**
74:19,22 116:22 137:25 248:21,22 267:9 302:25 347:3
**Adami**
26:6 37:14 40:20,23 140:13 154:6,17,22 155:17 157:15 160:8,23 162:4,11,12, 14,16,23 168:23 170:6 178:14 180:19 181:16,21,25 182:2,12 183:1,9,16, 22 184:13 185:8 186:11,17,18 187:1,9 188:21 191:13 192:11 204:16 228:21 229:1,21,25 230:2,5,21, 25 231:4,12 245:12,15,22 246:10 247:13,20 263:6
**Adami's**
37:16 182:5 184:3
**add**
127:11 138:9 151:1 168:10 211:15,17 330:6
**added**
81:16 82:4 137:12 168:11 283:25 348:8 372:23
**adding**
142:3 187:2
**addition**
23:18 28:23
**additional**
14:14 30:5 33:6 46:20 87:11 344:13
**address**
303:19 307:8
**addressing**
357:20
**adduct**
96:16
**adenocarcinoma**
179:10,17,25 180:11 181:2 187:10 188:17 189:22,25
**adenomacarcinoma**
190:4
**adequately**
344:20
**adjourn**
374:25
**adjust**
164:14 232:1 236:15
**adjusted**
157:24 158:19 236:10 342:16 344:15
**adjusting**
156:5,6 193:1 235:15
**administered**
7:22
**Administration**
29:15
**admissions**
163:13 175:1
**admit**
218:14
**adverse**
222:16,18 372:17
**advocating**
299:23 300:3 313:25 314:1 362:14
**affect**
193:23 260:20 261:1
**afraid**
321:24
**afternoon**
8:17
**afterwards**
87:17
**age**
283:23 342:16
**age-adjusted**
339:13
**Agency**
83:11
**agent**
83:8
**aggregate**
251:2 252:5, 13,15,17,21, 23 253:1,11 254:23
**ago**
170:18 175:23 321:2 366:18 373:17
**agonist**
41:23
**agree**
12:3,9,13, 15,20 19:22 20:10 49:21 79:20 80:16, 20 81:20 85:10,19 93:9,12,19 94:13 95:2 97:6 99:14 100:21 105:10 106:11 107:6 110:11 113:16

122:19 124:4,14 125:14 127:15,18 130:12 131:15 145:19,22 157:19 164:23 165:25 167:13 179:2 216:15 221:19 249:25 272:11 309:7,21 310:3,23 311:24 312:2 327:18 328:17 329:3,12 331:1,3,16 332:6,17 333:24 334:6 354:3 357:24 359:15 370:24

**agreed**
11:15 329:1 361:11

**agreement**
113:5

**agrees**
331:7 332:18

**ahead**
14:7 28:6 34:9 52:9 85:5 123:25 135:17 166:16,21 175:20 272:20 312:17 326:8 366:15 368:11

**aim**
70:21 71:10

**alcohol**
192:6,8,13, 16,18,21 230:25 231:5 284:1 290:20

**allow**
151:22 152:20,22

**allowed**
84:4

**aloud**
232:20

**Alpha**
332:9 360:18

**alter**
63:9

**alteration**
65:5,10

**alterations**
64:15

**altered**
78:9

**alters**
62:10 63:24 65:21 67:19 76:23

**Altman**
352:4

**amazing**
366:20

**amenable**
113:19

**America**
340:24

**American**
298:19 300:7,11,17 303:1,20 304:18,22,25 305:3,13 307:2,6,9,22 323:18

**amount**
171:23 189:17 223:5,7 235:6 273:25 294:7 338:7

**amounts**
168:4

**analogous**
372:4

**analyses**
158:18 182:18 235:3,9,10 252:1,19

**analysis**
52:19 155:12,13 175:14 185:9,12 186:23 187:7 188:15 190:18,25 210:1 214:25 217:4 226:6 230:10 234:3,7,11, 15 235:13 236:9,24 237:6 239:5, 18,24 266:8 295:13 327:12 329:6 344:9,11,13, 14,20,24 345:5 372:8, 13

**analyzed**
51:9

**ancillary**
293:6

**Andy**
335:12

**angle**
74:13

**animal**
83:13,21 84:2 86:25 87:20 89:7 90:3 93:8, 13,14,25 94:1 95:5 106:19,21 111:6,10

**animals**
93:8 96:25 99:3 105:17

**Anne**
29:14

**annual**
206:10,11 213:7

**answer**
9:8,11 11:3, 12,17 16:25 21:5 22:22, 25 30:25 36:7,11,15 52:4 56:7 57:13 61:4, 10 64:7 66:23 67:4 68:2 69:1 74:19,21 75:8 77:6 79:7,10,12 80:11,25 81:2 84:6 85:3 89:13 91:15 106:14,16 113:17 116:5 127:4,10 131:5 133:1, 4 135:13 136:8 137:9, 20 138:1,2 141:21 147:25 165:5 171:8 174:6 175:20 176:6,13 184:21 186:6 196:19,22 212:11 214:21 220:5 234:24 243:15 256:2 259:4 261:14 266:7 273:15 287:24

302:11 308:25 312:10,11, 15,16 319:7 322:1 326:8, 24 328:22 329:14,20,21 337:6,8 342:4,5 350:20 354:12 360:7,9,10
**answered** 22:12,24 33:21 37:9 51:3,13,23 65:12 68:8 75:7,21 77:15 80:5, 23 82:25 87:25 93:22 99:19 102:23 135:15 143:8 159:1 176:12,15 177:5 220:12 321:25 322:8,25 324:10,12 327:20 328:20 329:17 359:14
**answering** 34:8 38:8,10 138:8 142:2, 7 171:1 214:22 240:23 261:13 271:3
**answers** 53:11,20 132:24 133:3 142:11 218:7
**anticipate** 66:5
**antiinflammatories** 371:17
**antiinflammatory** 370:12
**anxious** 11:12
**anybody** 82:13 212:3 292:14 325:23
**anymore** 25:13 82:7 264:15 344:23
**anyone** 16:21 34:19 35:12 40:24 44:11,20 45:7 64:17 85:24 96:5 218:25 224:22 264:14
**anyone's** 345:14
**apart** 82:19 195:19 325:7 357:3
**apologize** 218:21
**apologized** 219:21
**apparently** 108:19 168:23
**appears** 96:24 97:9 99:2 111:1,7 281:8 364:20 365:15
**appendix** 25:10 28:7 37:5 50:5 115:2 133:22 139:10
231:12 290:17
**applicable** 51:17
**application** 72:12
**applied** 51:10 70:20 298:23 299:7 332:9
**appreciate** 84:5 138:10 141:24 228:11 374:12
**approach** 232:3 313:25 314:1 315:4 318:7 323:21 331:6 362:15
**appropriate** 72:8 142:16 253:2 331:6 370:25
**approximately** 259:14 289:17 348:22
**area** 54:23 273:18 284:6
**argue** 64:17
**argued** 299:21 303:6
**arguing** 191:13 227:8 362:13
**argument** 95:22 99:12 191:23 235:21
**Argumentative** 36:18 44:22
**arising** 99:25
**arm** 372:24
**arms** 196:25
**around** 103:24 113:17 319:22 320:15 331:19
**arrangement** 8:2
**arrow** 200:10,12,20 276:19
**arrow's** 202:17
**arrows** 200:4,9 202:13
**art** 295:7
**article** 50:2 150:12 264:8 268:2 303:15 307:4 323:18 335:1,22 349:6,7,21 350:7,16 352:20 353:2,7,11 365:1
**articles** 15:4 303:9 341:2 352:16 356:12
**ASA** 300:19 301:2 302:17,19 303:11,20,21 306:3,4,14, 21 307:10, 12,15 309:14 313:11 323:16 327:7 331:7 333:6 357:21

361:10 362:11
**ascertainment**
162:10 172:20 176:8
**ascribe**
185:7
**asked**
20:16 22:12, 24 32:16 33:21 37:9 40:7 44:25 46:17 51:3, 13,23 52:2 57:8,11,18 65:12 66:8 68:8 69:1 75:4,6,20 77:15 80:5, 22 82:25 87:25 93:22 99:19 102:15,22 104:24,25 109:1 110:1 136:10 143:7 144:1 146:2 158:25 176:11,15 177:5 191:5, 10,21 200:25 204:4 218:8 220:9 238:15 242:5,14 243:10 259:2 316:20,22 319:11 322:7,25 324:9 327:20 328:19 329:17 341:18 342:4 348:4 359:14 370:7,14
**asking**
13:16 15:2 20:18 21:5,7 32:10,14,16 35:24,25 37:24 45:5, 13 57:17 60:10 64:10, 11 65:8 66:9 68:19,22 72:25 77:24, 25 80:12 86:2 94:23 105:22 106:11 109:11,20 113:1 116:3 134:16 135:12 136:11 137:19 138:12 141:3 150:16,17 159:15 160:14 161:8 172:6,7,22, 24 173:2,16, 17,18 174:3, 17 176:21 191:12 192:15,17 212:7 321:2, 4,7,9 370:22
**asks**
39:23
**aspect**
297:4
**aspects**
97:9 215:4
**aspirin**
222:14,17, 24,25
**assertion**
98:2
**assess**
122:15,23 124:2,8,21 125:6 126:1, 4 130:1,4,5 132:4,16 133:19 136:1 173:13 268:15 299:21 303:6
**assessed**
124:11,13 134:9 135:21
**assesses**
12:16
**assessing**
12:25 135:1
**assessment**
13:19 48:7 90:14 92:25 101:23 103:4,8,18, 21 104:1 105:10 107:2 127:16 146:6
**associate**
9:20 10:4
**associated**
147:22 148:18 150:22 169:19 195:8 238:6 264:22 268:6 286:22,25 316:3 331:6 344:18 356:15
**association**
13:1,3,11, 14,15,17 14:2,11,12, 16,19 15:1, 8,15 16:4,8, 10,20,22 17:6,15 18:4,10,23 19:19,24 20:6,11,22 21:20 22:8 41:22 50:8 52:18 90:2 97:23 98:15, 16 99:25 100:9 101:2, 4 111:15,16 125:3,16,20 127:14,17 130:8,10 132:5,15 133:10,20 140:24 143:14 146:24 150:10,13 151:4 154:10 156:7 158:16 170:20 186:13 187:9 188:1,16 191:18 193:2,4,7 194:3 195:5, 11,12 196:14 198:19 201:22 214:25 222:3 223:10,15, 20,21 233:16,19 234:2,4,9 235:13,16,22 236:10 239:11 240:2 255:15 262:1 268:15 274:18 287:11 288:5,11,12 293:11 300:7,18 303:2 304:18,23 305:1,4,14 307:3,7,22 311:6,7,20 313:4,19 314:3 316:16 322:11 327:23 328:5,9 329:24 330:16 332:22 342:23 343:4

344:12,15,23 345:6,15,16 354:23 355:1 356:6 357:6, 8 358:14 359:22 364:16,20 365:10,15, 19,21,22 366:21 372:6 373:12

**Association's**
298:20 300:11

**associations**
19:18 71:16 128:20 129:17 133:14 158:21 225:12 299:22 303:7 305:24 331:25 357:23 361:25

**assume**
9:9 16:17 48:17 49:8 93:7 105:19 106:6,10 168:8 206:24 209:13 210:14 217:21 219:4 220:21 225:14 226:18 258:13 276:5 278:18

**assumed**
210:1

**assumes**
84:20 95:20 373:3

**assuming**
61:20 105:15,24 106:21 131:21 134:3,23 168:6 193:14 201:24 208:3,12 221:11,13,17 301:1 311:20

**assumption**
148:21 239:20,22 291:24

**assumptions**
323:4

**assure**
92:2

**astigmatism**
92:14

**atropic**
284:3 290:2 291:3

**attachment**
28:11,16,22 30:24 31:2 36:13 37:5,6

**attacking**
74:6 218:2

**attempt**
240:11 244:25 370:17

**attention**
337:4

**attorney**
8:15 52:11 95:22 99:12 191:23

**attorney-client**
112:21

**attorney-expect**
112:21

**attorneys**
7:15

**attribution**
354:10 357:15

**audio**
17:20 284:10

**Australia**
95:17

**author**
17:5 38:24 204:5 240:24 245:20,24 246:3,14 249:19 264:16 285:9

**authored**
303:10 337:4

**authoritative**
352:21,25

**authority**
352:24

**authors**
124:5 125:10 129:19 153:18 204:15 209:5 215:8,12 238:9,11 240:7 273:17 287:3,21 288:19 292:12 313:24 314:11,21 315:15,24 318:15 325:18 326:25 351:25 356:11,12 367:3

**Availability**
38:20

**available**
41:3 205:14 210:17 235:11 242:8 264:14 269:14

**average**
134:4,24 255:17,20,21 256:9 259:21 271:20 285:4 340:9,12

**avoid**
11:13 136:16 219:21 244:1

**avoided**
113:24 226:14

**avoiding**
362:9

**aware**
33:5 88:14 89:6 104:17, 25 105:3,7 134:13 149:6,10 164:15 246:18 262:25 278:10,11,12 279:20 280:21 308:18,20 309:1 371:24

**axe**
245:8

**B**

**back**
27:15 40:16, 17 41:17 59:25 63:16 66:3 71:18, 19 80:15 89:23 95:25 96:2 100:13 101:6 112:9 118:24 121:24 122:1 126:12,15 135:2 137:3 172:2 173:23 176:2 177:14 178:14 185:20,24

186:2,15 188:20 203:4 213:4,19,21, 22 224:13 228:1 247:11 260:15 265:25 280:2,22,25 281:1 282:18 283:9 293:20 298:7 301:8 307:21 317:7 319:25 322:12,15 327:6 336:25 340:7 347:2 349:4,23,24 363:2 374:8, 20

**background**
72:9 157:3 345:11

**backup**
37:24 38:3

**backwards**
247:18,24

**bad**
175:15,16 176:4 228:5, 10

**badgering**
99:13

**balance**
164:9,13

**barely**
20:9

**barking**
141:23

**Barrett's**
163:20 164:2,24 165:15 167:23 175:4 284:3 291:3

**base**
47:9 264:15

**based**
35:18 83:12, 20 84:2 86:24 87:20 92:24 93:2, 14,19 94:3 95:5 97:11 98:19,20 105:16 148:20 152:12,14 157:6 173:12 174:12,15 242:8 244:3, 18 249:6 295:13 309:25 310:20 318:22 357:4

**baseline**
12:2 166:11, 20,22 167:3 172:8,13,24 173:17 174:17 176:25 183:12

**basic**
120:24 166:11

**basically**
16:8 34:19 199:5 225:11 242:14 279:17 305:19 341:6 358:6

**basis**
73:4,17,23 74:24 76:2 176:24 236:6 266:9,10

**beauty**
195:13

**beginning**
78:3 151:15 241:12 267:4 300:24 301:4

**begins**
107:18 109:2 156:20

**behalf**
241:15

**beholder**
220:18

**beliefs**
311:19 327:16 329:10

**believe**
37:18 56:2 89:8 137:13 140:17 149:5 152:11 154:24 189:11 229:5 307:13 365:8 367:7

**believed**
18:25

**below**
13:20 18:11 106:18 200:1 208:6 318:10 334:1 342:7 362:3

**benign**
277:7

**berating**
74:17

**best**
82:3

**beta**
166:25

**betas**
164:22

**better**
68:14 132:20 133:7 155:6, 18,21 156:12 158:2,9,23 159:8,12,17, 21 190:20

**bias**
15:18 19:1 98:17 146:19,23 155:11 193:2,3,13 194:7,11,12 195:11,15 196:1 197:25 236:25 271:23 273:4,8,10, 19 274:3 366:5 372:11 373:20

**biased**
156:7,14 332:1

**biases**
14:12 196:11

**big**
213:24 256:15 268:3 283:14 314:14,15 352:2

**bigger**
69:12

**biggest**
371:21

**billing**
270:6

**biographical**
70:4

**biologist**
68:1 77:21 80:12,24

**biology**
68:10,12 94:17

**Biomarkers**
263:9

**biosketch**
70:3,25 75:2

**bit**
26:17 31:25 52:24 53:16 111:21 212:24 222:9

228:23 334:22 340:17
**bits** 343:1
**bladder** 147:16 150:10,17 151:6 159:20 234:11 235:16 237:21 238:7 240:3 241:2 243:24 344:16,19
**blew** 275:24
**blocked** 180:2
**blockers** 166:25
**blow** 42:11 69:12 92:15 248:7 320:22
**blue** 250:10 276:19 283:25
**blurry** 56:23
**board** 113:6 179:21
**body** 125:24 330:14 343:3
**bolded** 309:16
**bolster** 299:9
**book** 59:15 88:16 346:5,12,17 347:11,14,23
**bordering** 53:1 141:15
**born** 61:24 78:12, 13,15,23
**Borriello** 7:8
**bottle** 222:16,24
**bottom** 147:5,8 189:20 200:5 237:18 269:6,10 283:24 285:1 320:24 324:21 336:4 351:1 365:1
**bound** 20:9 21:11, 13,17 201:11,12 359:2
**bounds** 331:19
**bowel** 284:2 290:21 291:2
**box** 69:18 72:23 90:19 92:16 101:25 102:3 103:15,24 104:11,16 106:19 107:1,10,12 108:8 110:4 114:15 115:13 118:20 119:10 120:2,13,16 121:21 237:14 275:1,7,18 283:3 301:18 310:8,12 336:5 349:12
**Box.com** 297:13,16
**boy** 347:2
**Bradford** 363:8,17,24
**Bradley** 9:17
**branches** 55:15
**brand** 24:10
**breadth** 274:16
**break** 53:25 57:14, 21 59:17,18 60:3 100:17 110:19,24 111:18,20 112:1,14 117:9 138:16 160:5 171:16 175:22,24 227:16 246:25 288:23 289:1 293:13 325:7 334:19 336:16
**breaking** 79:15
**brief** 59:22 112:6 227:23 234:22 247:8 293:17 336:22 374:17
**bright-line** 327:14 329:8
**bring** 23:25 69:10 81:6 90:8 101:18 114:3 116:24 122:4 144:5 146:14 147:3 151:9 153:21 162:13
204:19 205:24 231:9 247:13 248:3 264:6 298:8 301:16,19,25 327:9 338:22 353:13
**brings** 150:13
**Bristol** 367:9,10,12 368:25
**broad** 12:12 369:5
**broke** 228:5
**bullet** 81:11,12 146:17
**bunch** 359:20
**burden** 12:16
**business** 309:24 310:19
**Bye-bye** 375:11

**C**

**caffeine** 247:1
**calculate** 267:14 288:6,16 290:1
**calculation** 217:8 285:8 287:3
**calculations** 41:15 284:14
**call** 8:18 15:21 16:1 116:25 119:18 130:12,16

166:7 178:24 189:20 198:8 202:6,21 249:25 252:4,6,13 309:13 336:2 375:5
**call-out**
178:22 189:20 192:3,9 304:12
**called**
8:8 198:10 225:11 239:4,5 253:11 306:20 317:16 346:5,12 363:8
**calling**
38:16 249:23 256:24
**camera**
9:21 10:6
**Canada**
95:16
**cancer**
8:25 12:20, 23 25:20 39:2,21 41:24 49:15 50:3,12,20 51:6,16 52:15 54:22 60:16,20 61:1,8 62:4, 11 64:14,25 65:18,20 66:7,10 68:1,10,12, 22 69:2,6 71:3,5,7,22 73:24 76:7 77:4,13,20 78:3,6,14,17 79:1,4,14,16 80:11,24 81:17 82:5, 21 83:3,11 86:1 88:24 90:3 94:16, 22 96:14,20 98:7,11 99:23 101:14 111:15 114:9 122:16,21,23 123:1,2,5,17 124:3,9,11, 13,19,21 125:5,7,12, 13,18,22 126:2,5,19 127:7,14 128:9,13,20 129:8,10,13, 15,18 130:2, 4,5,6,9 131:18 132:4,6,11, 12 134:7 135:1,20,24 139:20 140:22 141:1 143:13 146:25 147:17 150:11,17 151:7 154:21 156:3,5 159:6,20 160:24 161:1,9,12, 22 162:7,8,9 164:5 169:19 170:21 172:3,18,23 173:10,19 174:2,4,13, 15 176:2,8 188:2 189:9, 12,14,25 194:3 195:7, 13 198:18 199:1,6,20, 22 201:5,12, 15 203:15 215:1 222:3 223:11,16,21 234:11 235:17,23 237:21 238:7 240:3 241:2 243:24 251:9,17,19, 20 253:20,22 254:2,12,15 255:16 260:18,22,24 261:4,6,8,9 263:8 271:14 273:4 274:5 286:2,23 287:12 290:4 292:10,11 305:23 314:23 315:14,17 317:21,24 318:15,16,17 321:17,23 323:7,22 325:8,20 326:15 327:3 330:8 337:15 339:14,16,20 340:3 341:19 343:11,13 344:16,19 357:6 359:10 366:5 372:12 373:13
**cancer-causing**
83:8
**cancerous**
64:4 79:23 80:20
**cancers**
35:22 50:9 73:5,17,25 74:24 76:2, 11 97:13,15, 24 100:10 101:3,5 127:20 128:2 129:2 132:9 147:20 154:13 159:7 165:3 175:7 179:5 188:9, 13 195:7 234:8 258:19 274:19 285:20 286:7 287:1 314:9 316:15 326:10 330:17 342:25 345:17
**Candida**
7:8
**capture**
204:10
**carcinogen**
60:14,15 62:23 81:23 83:12,19,20 84:1,10 85:23 86:11, 22,24 87:6 93:14 94:3 107:3 110:8 111:8 337:13,17
**carcinogenesis**
78:10
**carcinogenic**
93:5,10,20 97:2 99:16
**carcinogens**
63:7 84:11 89:9
**Cardwell**
26:6 28:9 29:7 31:23 32:22 33:18 34:22 35:6, 14 37:7,23 38:25 39:23

40:25 147:11 156:15 232:15 236:19 237:4 239:4,17 240:14,20,24 241:1 242:2, 24 243:6,22, 23 244:8 245:4 295:16 296:16 343:14,15,22 344:2,7

**Cardwell's**
372:7

**care**
113:7 157:9 248:8

**career**
18:15

**careful**
250:20

**carefully**
206:15 250:14 309:12

**cart**
179:23

**case**
8:16 15:5 16:25 64:17 68:12 89:17 103:11 154:24 155:17 159:7 162:10 163:5 172:19 176:8 189:6 197:23 220:25 221:18 227:7 245:8 246:11,16 279:9,10 286:8 297:4 346:18,20,22 347:3 348:13 359:10 361:21,24

**cases**
122:21 130:6,22 131:23 132:2 133:9 134:8 137:4 159:10 233:10 340:4

**categories**
297:2

**categorized**
295:12

**Category**
87:5

**causal**
13:15 82:20 100:9 223:19,20 311:6 315:20 320:14 357:7

**causality**
164:21 363:9

**causation**
268:16 363:6

**cause-and-effect**
364:19

**caused**
64:15 81:21 97:25

**causing**
78:9 79:16

**cell**
63:23,24,25 64:1 65:3,21 66:12 67:20, 22,23 69:3 76:16,24 77:19 78:2 79:16 80:18

**cells**
63:11 64:2 77:10

**century**
366:24

**certain**
12:22,23 13:1 20:18 39:5,6 62:2 67:20 127:9 151:2 222:9 292:5,6 311:13 331:19 361:12

**certainly**
126:22 127:22 156:11 222:23 223:7 238:3 243:17 255:5 313:8 325:23 331:24

**certainty**
50:1

**cetera**
269:13

**chance**
74:20 102:2 119:4 127:19 165:8 222:15,17 309:20 353:25 354:2,22,25

**Chang**
245:20

**change**
12:22 63:10 66:12 77:9 187:24 209:15,23 210:4 211:16 212:19 214:24 217:2,7 221:24 223:9 226:7,12 227:9 265:16 287:8,25 342:21 345:14

**changed**
257:14 345:24

**changes**
206:7 208:17

**changing**
288:10

**chapter**
55:12,19,21, 23,25

**chapters**
55:7,9 59:6

**characteristic**
173:18 176:25

**characteristics**
166:11,23 167:4 171:19 172:8,14,25 174:18 183:13

**characterization**
136:25

**characterized**
13:4,6

**charge**
24:16

**charged**
24:13

**charging**
348:1

**chart**
188:21 189:21 288:22 339:18

**chastised**
136:19

**chastising**
105:24

**check**
59:18 91:1 138:15 148:23 149:18 157:20 170:5 176:9,23

177:1,3 210:16 212:10 266:2 282:13 345:9
**checked** 266:4
**checking** 149:16 295:18
**Chemical** 90:14
**cherry-picking** 236:1,4 238:16 239:2 326:16,20
**chose** 200:22
**Chris** 38:25
**cimetidine** 205:21 206:22 207:8,22,25 208:8,19,20,22 209:6,19 210:2,8,21,23 277:12,15 280:16,20 281:7
**Circulation** 29:8
**circumstance** 22:17
**circumstances** 19:12,15,23 20:19 21:8 22:9 64:3 67:20 78:5
**cirrhosis** 254:19 284:2 289:9,11,15 290:21 291:2
**citation** 35:16,17 149:20,21 151:1 217:16 300:5 313:24
**citations** 25:8 94:18
**cite** 148:6,24 150:24 152:16 303:8
**cited** 25:9 27:22 32:25 33:3 50:4 149:1 152:1 245:18 303:4 346:17,23 356:12
**citing** 35:11 150:1
**claim** 189:11 330:23
**claimed** 97:25 189:13
**claiming** 189:6
**claims** 311:18 327:15 329:9
**clarification** 17:8 167:1 190:22 257:18 290:22 326:19 371:14
**clarifications** 108:1
**clarified** 39:15 307:14
**clarify** 33:11 38:15 41:6 69:5 164:12 234:25 241:8 263:10 277:10 314:17 321:1 333:3 357:1
**Class** 337:12,17
**classification** 86:21
**classified** 105:1
**classroom** 347:24
**clastogen** 104:14,19 105:2
**clastogenic** 94:10 96:10 105:12
**clean** 109:18 110:23 119:5 121:1,4 220:9
**clear** 14:2 32:3 36:14 111:16 220:14 235:9 237:5 241:18 243:5 274:18 342:23 345:16
**clear-cut** 20:6 328:9 365:20,22
**clearer** 56:24 173:20
**clearly** 16:8 93:5,10,20 119:8 123:1 124:13 292:12 305:24 343:3,18
**clinic** 163:14 175:2
**clinical** 58:18 157:10
**close** 165:22 201:21 289:21 304:11 340:22 374:24
**closer** 198:2
**clue** 341:9
**clump** 251:5,6
**clumps** 251:3,23
**co-author** 55:13 181:16,22 247:19 346:5,12 368:18
**codes** 160:9,15,18 161:8
**coffee** 366:5 369:1
**cohort** 114:12 159:9 166:12 167:4,14 171:19 172:9,14,25 176:25 183:10,11,15 187:2 188:4,7 192:13 229:3,7
**cohort-wide** 189:8
**cohorts** 71:22 162:5 166:23 175:4 183:16 184:23 258:23 283:19 284:24 285:3
**coin** 364:18

**colleagues** 177:21 219:14
**College** 367:8
**Collins** 85:16
**colloquy** 118:12 120:10
**colorectal** 129:18 141:1
**column** 166:14 167:9,10 180:4 181:4 237:18 284:25 286:20
**columns** 250:15
**combined** 205:21 206:25 207:6 210:10
**come** 160:16,18 161:4,5 165:1 182:11 217:12 220:23 260:15 266:17 280:17 281:4 298:6 343:12 374:8
**comes** 91:7 119:19 211:5 214:8 222:14 252:2,3 266:21
**command** 360:8
**comment** 98:25 104:13 125:13 138:17 139:12,13 178:11 187:20,22 191:19 218:20,21 301:5 344:4 369:12
**commentary** 52:12 218:2 246:23 334:14 360:14
**commented** 134:14
**commenting** 236:16,17,18
**comments** 125:11 141:17 142:12 218:3 219:22
**commonly** 356:2 362:18
**communication** 11:22,24 264:18
**Communications** 263:15 264:6,21 265:3,8,19, 23
**community** 253:7 261:25 304:4 328:1
**companies** 103:10
**company** 103:9 257:4
**comparative** 25:24 115:1 140:10 164:10
**comparator** 26:3,11 27:6 147:13 155:6,24 158:6 160:1 175:14 192:22 194:17 195:14,17, 21,25 231:13,24 232:3,16 234:3 235:3, 12 236:8,24 237:3,6 239:24 250:4 344:10,21,22 345:5 369:16 370:8,15,23 372:5,16 373:9
**comparator's** 158:17
**comparators** 198:1,3 370:11,19 371:5,17
**compare** 258:18
**compared** 171:23 181:18 224:13 371:16
**compares** 195:18
**comparing** 155:7 159:2, 5,15,18 194:15 231:25 239:7,19 273:7 281:21 371:2
**comparison** 169:18 180:6,9 190:6,18 235:3 239:21 282:4
**comparisons** 35:20 39:3, 9,19
**complains** 176:17
**Complaint** 189:14
**complete** 40:12 162:10 172:18,19 174:15 176:8,18 185:22
**completely** 9:22 321:16 372:16
**completion's** 190:14
**complex** 70:22 71:2, 4,11 79:14
**compliance** 204:1 270:17,21 272:11
**compounders** 14:13
**compounding** 15:19 98:17
**comprehensive** 34:17
**comprised** 251:7
**comprises** 76:21
**computer** 121:17 212:4
**concept** 308:17
**concepts** 353:7
**concern** 9:25 35:22 50:9 97:13 164:19 243:7 244:11 252:18 273:3

291:22 300:15 304:3 311:2,4,8,21 312:18,22 316:10,13 323:15 328:1 357:20 362:22
**concerned** 244:17 305:18 312:25 313:2 323:20 331:9 372:9
**concerns** 228:20 273:16,17 303:19 304:1 307:8 315:1,2
**Concise** 90:13
**conclude** 14:1 125:3 311:5 313:4
**concluded** 96:13 130:9 314:9,21 357:4
**concludes** 375:12
**concluding** 111:8 124:25 127:13
**conclusion** 238:8 240:7 244:9 261:24 321:21 343:13
**conclusions** 165:1 187:25 212:21 217:2,3 298:24 309:24 310:19 311:18 318:22
327:16 329:10
**conditions** 93:24 111:10 164:14 278:4
**conducted** 266:8
**confidence** 15:17 17:6,9 18:5,11 19:4,9,14,25 20:8,23 21:11,17 22:9 23:6 180:7,13,15 186:12 190:9,10,21,24 191:3 201:8 291:23 292:2 314:4,20 315:9,11 316:1 317:3,23 318:21,23,24 319:18,22,23 320:15 321:15 322:20 324:2 325:6,14,22 331:19 335:23 349:9 352:22 359:3 361:3
**confidentiality** 254:6
**confirm** 138:11 180:22 233:8 301:9
**confirmed** 358:8
**confirming** 167:2
**conflated** 324:15
**conflating** 324:20
**confound** 151:3
**confounder** 147:19 150:9 156:4 158:9 159:4 192:25 193:9,12 194:4,11,14 195:1,3 196:5,14
**confounders** 144:14 164:16 195:20 196:25 293:5
**confounding** 19:1 146:19,23 153:17 155:10 156:1 164:20 193:5,16,24 194:2,20 195:4,23 196:24 198:2 212:25 232:2,24 237:1 239:12 273:5,19,24 345:4 366:4 369:1 371:1 373:20
**confused** 56:16
**congressional** 347:1
**connect** 153:14
**connection** 89:16 149:11
**cons** 39:21
**consent** 8:2
**consider** 28:20 44:8 85:15 88:15 102:13 105:9 135:3 201:22
**considerable** 330:24
**consideration** 150:14 262:15 325:5
**considered** 13:11,19,20 19:13 28:12,22 30:3,5,7,14 31:9 33:9,13,19,24 35:7 36:1,4,20,24 37:3,4 39:25 43:2,6,8,19 44:3,13,15,23 45:4,8,11,18,23 46:19 49:11,23 61:17 65:17 87:13 89:25 91:19,20 92:9 97:1 128:23 154:14 189:15 271:25 286:17 363:5 365:11 370:25
**considering** 195:8
**consisting** 24:23
**consultant** 245:15 246:15
**consultation** 31:3
**consumed** 338:7
**contact** 170:6
**contained** 258:23
**contains** 176:18

**contaminant** 95:9
**Contaminated** 114:11
**content** 32:12,15 52:25
**contents** 56:3 58:3
**context** 109:13,19 110:16 116:22 129:7 306:15 313:6 314:25 334:4 340:17 354:7 355:4 357:15 360:4
**contextualize** 312:15,17 316:21
**continue** 163:16,24 220:5 225:23
**contributor** 58:15
**control** 153:19 155:25 156:13 234:13 370:5 371:1,5 372:2 373:8, 10
**controlled** 155:15 159:10 234:7 344:20 370:16
**controlling** 155:9 192:20,23 198:2 240:1
**controls** 233:10
**controversial** 149:3,7
**controversy** 360:22 361:6 362:2
**conundrum** 369:2
**conventional** 290:19,25 291:10,15 292:16
**converging** 339:24
**conversations** 32:11,12,22 112:22 113:9
**convincing** 18:24 97:17
**copies** 119:5 120:22 121:1,2 366:10
**copy** 24:20 25:2 41:2 59:15 72:21 109:18 110:23 116:15 118:14,18 119:3 120:20 144:1 178:18 269:1 275:17,20,23 310:8
**copy-and-paste** 276:7
**correct** 14:19 18:17 24:8,23,24 25:4,21 28:10,14,18 30:9 31:12 38:9 46:6, 15,16 50:7, 13,16,17 55:14,20,22, 23 62:24 65:25 67:24 76:17 88:4 91:24,25 92:20,23 94:12 103:13 114:24 115:3 140:8 143:20 144:16,24 146:2,7 147:18 152:5 153:11 157:1 166:13 167:12,25 168:3 180:21 181:17,21 190:11,12 192:16 197:15,17 199:21 200:3,23 201:19 204:16 208:9 209:4 213:12 214:4 216:3 221:3,14 229:3,5 230:4,21,23 231:2,5 233:14 238:18 243:11 244:10,20 245:21 247:22,23 248:23 264:4 265:24 266:25 267:2 272:21 283:20 284:5,8,13 285:7,11,22 287:1,7 289:13 297:11 337:11 340:11 341:7 346:19 347:7 348:2 352:18 358:12 366:7
**corrected** 162:25
**correction** 30:2
**correctly** 33:3 93:6 94:8 97:4 200:2 299:5, 18 315:15,24 327:1 364:23
**correspondence** 28:8 29:7 37:14
**corresponding** 38:24
**could've** 270:14
**counsel** 8:1 31:4 32:11,13 43:23 44:2 112:1 113:14
**Counselor** 56:12
**count** 26:21 249:8 266:24 328:21 338:7
**counted** 27:6 184:9, 13 257:8 261:3,11
**counting** 180:20 182:12 183:2,3 249:1 267:13
**country** 95:17 254:3
**counts** 248:21 251:16
**couple** 20:4 54:3 57:1 101:15 155:4 213:22 337:5 339:2

**course**
9:12 10:11 29:20 62:13, 14 164:19 195:23 206:14 227:11 250:2
**court**
7:7,12,15 10:23 11:4 17:8,23 96:2 119:23 120:3 126:8,15 167:1 186:2 190:22 204:9,12 257:18 284:11 290:22 322:15 326:19 346:18 371:14
**courteous**
53:3
**courtesy**
53:16,19 141:24
**courts**
299:16
**covered**
115:20 140:2 267:7
**covering**
107:10
**COX-1**
370:9 371:11
**COX-2**
370:10 371:10,11
**create**
30:19
**created**
30:8,23 31:1,3,5,8, 9,20
**credentials**
121:10
**credible**
299:25
**crisis**
311:11 357:23
**criteria**
40:3 363:9
**critical**
174:21
**criticisms**
293:1
**criticize**
231:3 291:16
**criticized**
291:19
**cross**
19:9 201:6
**Cross-talk**
41:5 53:8 54:5 57:12 58:4 67:11 72:1 76:18 80:2 84:24 91:14 106:3, 7 107:17 109:6 131:1 141:4,6 150:4 154:11 166:15 171:4 173:24 193:20 196:16 212:1 219:3 240:19 262:24 273:13 282:25 300:20 303:12 322:4 343:23 355:10,13
**crossed**
47:1
**crosses**
19:4 20:9 201:18
**crossing**
201:2
**crude**
157:23 236:13
**crux**
342:11
**current**
157:25 233:13 304:24
**curriculum**
28:16
**cursor**
207:13
**cut**
218:1 361:4
**CV**
52:7 54:12 246:19
**cycle**
266:19

**D**

**daily**
206:12 208:18,21 213:8 293:23,25 294:4,6,12, 13,22,24 295:6,14,22 296:17,22 297:2
**Danish**
160:25 161:1,2,9, 10,22 162:8 163:11,13 173:12 175:11 176:16 184:1 204:1
**Danny**
9:17,24 53:5 276:10
**data**
35:21 38:20 39:10 41:13, 14 64:23 77:23 83:13 86:25 87:12, 20,21 97:12, 15 98:19,20, 23 99:21 105:17 111:14 160:24 161:22 169:15,16 170:7,15,16, 17,24 172:4, 18 173:11 174:14 175:10,15 176:4,18 206:5 208:13 209:8,11,18 210:2 211:5 212:10,19 213:15,18 234:18,20 242:22 243:18 249:6 251:4,24 252:2,5,13, 15,17,20,21, 23 253:1,3, 11,24 254:14,16, 22,23 255:24 256:13 258:18,24 260:7 266:3, 4,9,12 267:8 268:18 269:12,20,25 270:18 274:16 275:13 279:25 295:24 296:4 298:24 299:1 309:19 316:17

327:12 329:6 330:17 340:11 341:1,11 342:21 356:22 357:7 359:19
**database** 157:6,8,12, 13,14 159:18,19 170:10 255:1,18,22, 23 256:10, 13,16 257:2 258:2 259:3, 13,19 266:17,18, 22,23 268:17 269:15,23,24 270:5,9,25 272:7 339:12,22 340:3
**databases** 157:22 268:4,6,10 271:11,17 272:23
**dataset** 181:12 182:19 183:24 251:25 253:6,8 257:16
**datasets** 253:3 274:17
**date** 70:8 162:6 163:22 181:9 182:15,16,24 183:6 184:11,16 187:15 191:12 230:13
**dater** 160:25
**dates** 190:15
**Davey** 368:18
**day** 260:4 266:23 267:17 336:15 368:8 375:4
**days** 259:14 266:19 267:9,14 271:21 296:20,22 337:20,25
**de** 367:17
**dead** 270:8
**Death** 160:25 161:11
**debatable** 334:12
**debunked** 366:25
**decade** 303:25
**Decanio** 7:9
**December** 266:22
**decipher** 71:6,13
**deciphering** 70:21 71:10
**decision** 101:10,12 327:17 329:11
**decision-making** 311:19
**decisions** 309:25 310:20
**declare** 7:24
**decrease** 202:13
**decreased** 205:19
**decreasing** 316:8
**deem** 47:12
**deemed** 39:7
**defendants** 24:10 47:24 245:16 246:16 374:23
**defendants'** 47:25
**defended** 113:2
**defense** 348:13
**defer** 68:3,10 69:4 77:20 79:4, 18 80:24 99:5
**define** 14:24 23:13 83:22 131:18 182:15
**defined** 84:1,9 85:24 124:5 206:11 208:17,21 213:8 293:23,25 294:4,6,12, 15,22 295:6, 14,22 296:17,22 297:2
**definitely** 318:9
**definition** 12:12 13:23 15:7,20 16:13,15,20 73:18,22 76:5 77:1 83:25 84:5, 14,17,25 85:8,10,17 86:4 295:3,5 354:15 355:7
**definitions** 12:10
**degrades** 95:14
**demonstrated** 355:23
**demonstrative** 276:5
**Denmark** 157:15 161:12 169:5 206:13 213:9 217:11
**denominator** 188:22
**denominators** 189:3 191:14
**department** 367:19,22 368:21 369:8
**depending** 16:17 19:11, 15,22 20:2,3 22:8 78:5
**depends** 77:10 85:21 128:5 158:4, 13 159:24
**deposed** 10:15
**deposition** 7:3,16,18,20 9:2 112:24 121:13,19

177:19 178:7 219:18 374:24 375:14
**describe** 25:19
**describing** 196:23
**deserve** 175:24
**design** 52:19 125:16 155:6,24 158:5,6,14,17 159:25 160:1 192:22 195:14,17 232:2 235:18 370:24
**designates** 104:18
**designation** 87:14
**designed** 51:9 268:4
**designing** 70:17 131:17
**designs** 23:23
**desk** 47:1
**detail** 116:12
**detailed** 41:20 42:1
**details** 57:18 294:19
**detect** 129:17 133:10 143:14 360:2 365:20 373:12
**detected** 95:11 96:7 130:7 133:14 140:24 357:13 358:3
**detects** 20:7
**determinants** 23:17
**determination** 87:4
**determine** 12:22 14:14 43:23 100:5 159:20 284:17 285:9 338:7
**determined** 14:10 104:2 287:21
**determining** 84:11 96:13 128:18
**develop** 79:1 123:17 128:9 129:10 132:6,11,12
**developed** 42:6,16 46:11
**developing** 12:23 62:3 78:14
**development** 123:5 125:18
**develops** 128:13
**devices** 11:23,25
**diabetes** 171:13,20,21,24 172:1 173:3,5 284:1 285:25 286:1,6,11 291:4
**diagnosed** 261:8 277:24 281:15,17
**diagnoses** 162:9 163:18
**diagnosis** 162:7 167:15,22 199:2
**dictionary** 85:16
**didn't'** 288:16
**dies** 269:16
**diet** 61:16
**dietary** 63:6 292:7,10 318:10
**difference** 184:17 185:2 186:8 187:11,14,19 189:4 193:21 196:8 197:6 283:18 284:18 285:2,10,12,17,24 286:9 287:22 288:9 289:25 342:20
**differences** 184:22 284:23 287:8,14 288:2 290:15
**different** 36:16 39:21 51:24 52:1 55:7,10 73:5,7,8,17,25 74:24 76:2 101:16 130:20 131:7 132:7 134:10 135:24 137:12 139:11 173:1,13,14 182:3 184:23 197:1 207:10 209:14 210:3 221:22 245:12 248:25 252:7 257:4,5 266:6 267:12 268:23 274:14,17 291:25 297:1 309:8 314:25 315:6 323:13 324:15 341:3 346:7,25 362:16 371:2,6 373:19
**differentiate** 46:7 137:16 283:25
**differently** 130:19 131:8
**difficult** 273:23
**dig** 170:22,23 171:9 246:19
**digits** 248:24
**dilute** 187:1 188:9,10
**dilution** 188:13
**direct** 242:18 300:4
**directed** 38:24 56:8,10
**direction** 197:25 200:5 201:15
**directly** 31:23 41:16 51:8 52:14 99:21 242:6,22 307:4 340:18

**director**
304:19 305:3
**disagree**
19:5 106:12 123:12 124:19 129:2 331:1 354:3
**disagreed**
329:1
**discount**
154:19
**discuss**
49:23 139:11 147:9 250:4 252:25 262:4,7,11 274:6 290:15
**discussed**
67:18 113:13 151:4 153:17 229:19 255:7 270:12 273:6 290:13 356:13 365:9
**discusses**
117:1
**discussing**
49:17 246:10 268:13 271:16 273:12 274:1 366:23
**discussion**
121:8 144:8 145:15 192:5 231:12,19 232:15 239:10,13 269:5 307:14 329:2 352:21 373:19
**discussions**
60:4 142:3 261:16 307:17,18
**disease**
12:5,16 13:2 23:18 58:16 76:8 163:19, 21 164:3,25 165:16 166:8 167:16 169:4,24 170:15 171:10 253:18 277:18 290:21 291:2
**diseases**
70:22 71:2, 4,11 73:5, 18,23 74:1, 25 76:3,12 164:22
**disentangling**
366:21
**dismiss**
364:18 365:22
**dismissed**
255:13 330:5
**dismissing**
328:11
**dispute**
112:23
**disqualified**
146:11
**dissenting**
347:4
**distinction**
120:8
**distinguish**
361:24
**distortion**
284:10 330:25
**distribution**
123:17 128:11 129:9,14 143:10 221:6,22 224:9 226:1 259:18
**distributional**
123:20
**district**
347:1
**diverse**
71:23
**diversity**
347:1
**divide**
63:11 64:1
**divided**
190:5,6,7 289:22 361:22
**divides**
79:22,23 80:18,19
**dividing**
14:9
**division**
367:22
**DNA**
23:23 49:18 60:19 61:21, 23,24 62:6, 10 63:9,24 64:15 65:6, 10,21 66:12 67:19 73:10 76:19 77:9 96:16
**doc**
30:12
**doctor**
16:23 38:9 40:18 46:10 49:9 61:4 77:5 92:18 102:9 105:18 106:10 107:11 109:23 110:11 148:10,16 149:23 163:10 165:4 178:17 181:7 199:14 203:23 205:2 208:14 212:8 231:8,11 275:25 279:3 283:16 289:4 297:7 302:5 325:21 326:17,20 339:1 341:18,20 344:6 346:4
**document**
31:13 36:8 54:12 56:12, 22 57:18,19 59:10 75:7, 10,14 90:14 91:7 92:5,7, 12 99:8 102:8,11,20 103:2 105:6, 9,22 106:1, 23 108:3,11, 13,14,20 109:11 111:3 116:10,12 117:5 119:19 120:12 121:9 138:23 139:2 144:23 192:19 202:24 216:23 257:11 282:24 294:20 297:9,11,20, 25 298:3 300:25 301:6,7,23 302:12,16 306:20 310:5 338:13 345:21
**documents**
47:24 48:4

88:17 91:8 121:14,16 283:6
**does-response** 338:8
**doing** 11:14 24:13 56:17 88:11 119:10 172:15 219:17 241:15 250:20 314:7 324:17 368:25
**dosage** 227:14 228:17 229:6,11,16 296:10
**dose** 64:18,25 66:2,6,11 216:19 222:25 293:24,25 294:1,4,6, 13,22 295:6, 7,12,19,22 296:5,17,21, 22,25
**doses** 93:4 95:6 111:9 185:13 190:19 191:1 206:12 208:18,21 213:8 214:15 277:1 294:2, 12,24 295:14 297:2
**dot** 199:23,25
**double-checking** 192:14 268:19
**doubled** 220:11
**Douglas** 352:4
**download** 121:16
**downloading** 121:20
**draw** 200:12,15 283:14 337:3
**drawing** 200:9
**drawn** 298:24
**drinking** 111:4
**driven** 210:22 317:23
**driving** 292:13
**drug** 29:14 39:2, 21 166:24 167:5 207:1, 6 231:25 279:21 294:14
**drugs** 146:25 155:8 169:11 182:14 203:25 204:2 206:25 207:5 234:8 370:12 371:21
**due** 82:2 83:6 98:17 146:23 164:21 193:24 194:20 195:15 236:25 237:1 273:5,23 332:1 345:4
**duly** 8:9
**duodenal** 168:1 276:15,16,25 280:5

**E**

**E-COPY** 59:14
**e-mail** 29:7 39:23 40:7,10 239:14 240:14 241:22,23 242:4,5,12, 13 243:3,5
**e-mailed** 241:10,13
**e-mails** 297:18
**earlier** 18:17 177:18 192:24 300:16 347:25 355:25
**earliest** 139:6
**early** 8:19
**Eastern** 375:17
**easy** 264:19
**EC** 253:12
**ecologic** 253:13,14,24 254:3,8
**ecological** 253:11
**economic** 332:4
**edition** 12:8 55:6 347:15,16
**editions** 347:20
**editor** 264:2
**editorial** 141:2,18 142:12 303:17,19 306:17,20 307:8 343:24
**editorials** 246:3
**effect** 10:25 40:4 74:18 123:7 259:13,23 260:1 293:11 331:15,18 332:16 333:2 355:21,22 356:7 358:18 365:9
**effectively** 20:7 33:1 36:12 223:12 224:13 255:6
**effects** 223:2 332:14 371:16
**EHRS** 270:6
**eight** 26:2,10,13 92:13,14 114:25 279:6 281:11
**eighth** 26:20 146:18 269:9
**either** 105:3 113:8 168:24 197:25 202:13,16

230:15,21,25 261:18 270:18 352:10 354:11
**elevated** 304:1
**eliminated** 276:23
**emergency** 163:15 175:2
**eminent** 300:14 308:15
**emphasis** 108:12 364:15
**emphasize** 108:24 147:14
**emphasizing** 292:5
**empirical** 22:20
**employer** 348:15,17,18
**encompasses** 70:19
**end** 63:11 64:3 99:9 119:11, 15 120:15 127:10 131:4 132:24 139:20,22,23 141:9 142:23 179:10 204:25 220:7 221:13 237:19 240:9 248:11,13 251:18 299:14
**endoscopically** 277:24 281:16
**endoscopy** 281:16
**ends** 77:4 248:12, 18,19 250:16 269:18
**enlarge** 145:7,8,14 298:14
**enormous** 304:3
**enter** 7:12
**entire** 107:9 117:5 132:18 133:18 149:19 222:24 253:17 258:15 298:18
**entirely** 31:5 43:12, 20 54:13 189:16 294:18 332:19 367:21 369:19
**entitled** 112:19,20 113:4 114:9 116:14,16 120:22 349:8
**environment** 58:22 62:6, 20,22
**environmental** 23:19 62:7
**epidemiologic** 50:22 51:16 65:17 68:18 70:18 90:1 97:14 100:7 111:13 124:12,18 146:12 252:19 253:3 261:16 267:13 268:16 279:25 316:17 356:1
**epidemiologist** 8:24 9:1 15:14,21 20:19 61:7, 20 62:15 78:1 82:18 288:8 316:14 325:21 359:18
**epidemiologists** 16:5 18:22 21:14,18 308:2,15 325:15
**epidemiology** 12:4,8,11, 16,19,21,25 23:14,16 32:21 49:13 50:3,6,20,21 51:6,7,17 52:15,16 54:18,20,21, 22,25 55:4, 6,8,10,11, 13,16,17,19, 22,24 56:1 58:15,17,18, 19,20,21,22, 23,24 59:7 61:7,8,15 66:4 67:4 69:6,7,8 77:22 78:12, 17 80:13 88:25 96:19, 20 104:22 140:23 143:13 193:11 263:9 271:22 291:20 323:5 335:24 339:7,8 352:6,15 362:7 367:18 368:19
**episode** 366:6,8 373:1
**equal** 330:22 353:23
**equals** 354:1
**equivalent** 332:4
**erosive** 175:5 277:24 281:15,17
**erratically** 209:14
**erroneous** 311:18 327:16 329:10
**error** 163:2,4 193:17 217:6 273:20 345:24 368:15
**errors** 271:15 273:11
**esophageal** 151:21
**esophagitis** 277:25 281:17
**esophagus** 151:22 163:20 164:2,25 165:16 167:23 175:4 179:17 284:3

291:3
**esophogeal**
148:8 152:9, 21 164:5 181:1 189:25 199:1 201:5, 11 251:17, 18,20 254:11 286:23
**establish**
12:1 84:16 306:1
**established**
119:17 307:7 347:25
**establishing**
14:8
**estimate**
13:7 238:22 315:7 317:3, 19,22 319:21 321:19 325:12
**estimated**
315:18 319:16 326:9,12,14 331:18
**estimates**
155:11 291:23 293:11 320:13 323:12 339:13 341:3 361:2
**et**
269:13
**et al**
340:21
**Europe**
340:23
**European**
95:15 335:24
**evaluate**
35:21 38:5 52:17 130:8 132:4 133:17 273:23 307:25
**evaluated**
41:11 95:7 135:4 137:17 170:20 217:5 257:16 274:20
**evaluating**
71:21 90:1 170:9 172:4
**evaluation**
34:17 102:14 174:22 177:7 250:21 264:18 271:13 274:7,11
**evaluations**
87:2
**evasive**
53:6 142:2
**event**
222:16,18 261:20
**events**
127:23 180:5,6,8,10 190:5,6
**everybody**
10:5 184:13, 24 185:1 267:17 317:4 375:10
**everyone**
33:5 128:13 342:12
**everything's**
356:14
**evidence**
18:24 56:16, 20 84:3,15, 20 90:1 94:9,14 95:3,21 96:9 97:14,16,18, 19,23 98:3, 4,6,8,11,13, 14 108:5 120:24 125:20,24 215:5 223:18 237:5 299:25 311:1 318:23 330:14 333:22 334:4 341:4 343:3, 9 359:20 373:3
**exact**
20:8 190:18 241:23 249:6 324:1,2
**exactly**
15:11 28:4 32:2,20 38:2 42:21 45:21 72:5 84:10 91:17 123:3, 22 126:4 128:7 130:3 175:13 195:20 221:8 224:22 242:14,17 243:17 244:6 254:11,15 255:1 258:3 261:22 265:10 267:6 272:15 276:9,10 302:22 304:20 313:23 316:7,8 317:5,8 318:6 320:19 322:21 325:25 348:11 351:7 371:8
**EXAMINATION**
8:12
**examined**
8:10 93:4 206:15
**examining**
128:3
**examples**
15:11 16:3 20:4 22:1,5, 15 64:20 65:2 309:3 312:3 333:5, 12 362:18
**Excel**
29:6 31:22 32:2
**exchange**
240:14 241:24
**excluded**
262:14
**excuse**
83:20
**executive**
304:19
**exhibit**
24:1,2 29:18 57:6,20 58:11 69:11, 14,18 81:5 90:7,9 101:16,19,22 114:4,5 116:1 117:17 119:2,5 120:19 122:4 160:13 162:14,20 202:7,8,22, 25 203:4 205:25 206:3 211:24 213:5 231:9 233:2, 3 237:8,9 238:14 241:25 249:15 274:22,23 283:9 289:6,

7 297:5 301:12 306:10,11 320:9 335:7, 8 338:22,23 345:20,22, 23,25 346:1 349:1,2,3, 17,18 353:14,16 360:20 363:20,21 364:8 365:25 366:2
**exhibits**
57:24 117:15 120:23 248:3
**exist**
195:24 278:9
**expand**
228:22
**expect**
174:19
**experience**
50:24 70:16
**experienced**
304:1
**experiments**
93:25
**expert**
50:20 64:13 67:2,3 68:21 69:5 79:18 88:13,25 95:8 98:22 99:6 100:24 163:5,6 174:21 313:17 340:14
**expertise**
51:6,15 52:15 61:7,9 67:8 68:6,20 69:6 77:25 79:6,12 96:19 98:24 288:7
**experts**
68:4,10,11 77:21 79:5 82:19 85:25 96:15 288:18 291:17 292:8 293:2 343:7, 12 348:4 352:6 357:4
**experts'**
238:19
**explain**
67:16 91:3 169:10 193:6 196:6 210:5 236:3 252:23 266:15 276:8 291:5 312:6, 10,12 313:5 323:2 339:10 340:2 343:2 354:6
**explained**
14:22 40:18 193:5 239:11
**explaining**
262:9
**explanation**
142:14 174:24 329:13
**Exploring**
363:5
**Explorys**
251:25 253:6 257:2,17,22 258:8 272:7 339:22 340:2 345:10
**expose**
60:24
**exposed**
63:23 197:1 223:24 224:6,23 225:18
**exposure**
12:16 23:21, 24 49:19,20 55:1 60:22 62:23 64:18 97:3 99:17 107:4 110:9 125:4 128:2 130:23 132:5,15 134:9 139:7, 19 141:9 142:22 143:15 152:20 205:9 214:5 222:5 223:4,5,8 225:2 227:2 293:3 337:19
**exposures**
12:22 13:1 23:22 62:3,4 109:7 128:20
**extensive**
50:23 70:16 232:22 233:5,21,24 264:17 273:6
**extensively**
54:23 258:3
**extent**
11:14 32:10 107:4 109:8 110:9
**extremely**
265:5 271:12
**eyes**
220:18

**F**

**facilities**
228:9
**fact**
32:23 62:25 150:13 185:3 193:4 253:4 254:21 263:12 274:1 291:7 292:8 300:10 313:16 320:12 325:6 331:7 344:8 345:1,15 358:25 359:8
**factor**
82:7 96:13 147:16 195:6,7 234:17 265:2 285:19 286:1,6 290:3,8 337:14
**factors**
14:14 81:17 82:5 144:15, 20 146:25 157:17,20 164:4 175:7 265:15 290:19,25 291:10,15 292:16 293:8 363:5
**facts**
84:20 95:20, 21 373:3
**failed**
369:16,20 370:20
**fair**
8:23 9:9 42:23 65:4 95:13 103:3 183:4 186:17 192:11 202:15 344:3
**fairly**
193:10
**fall**
369:1
**falls**
54:20
**false**
193:6 194:21

239:23 300:10 304:4 305:20 311:22 312:20 313:1 315:1,2 328:5 357:22 358:7 361:17 362:5,9 366:21
**falsely**
305:21
**familiar**
88:22 105:8 114:8,13 149:6 153:1 222:6 249:20 336:9 349:7 351:21 352:19
**family**
263:16
**famotidine**
205:21 206:23 207:9,22,25 208:8,20,22 209:6,19 210:3,7,15, 22 274:9 275:14 276:2 277:11,13 278:9,22 282:10,13 283:19 284:7,9,16, 24 285:2,13, 14,24 286:10 287:5 289:16
**fashion**
252:20
**Fass**
249:19
**fast**
132:11
**faster**
129:10
**father**
346:14 347:15,19
**FDA**
29:14,24 31:15 36:19 81:21 82:1, 22 95:15 100:6,19,21 101:6,9
**FDA's**
275:13
**fee**
264:8
**feel**
297:5
**feels**
342:25
**felt**
9:10
**fewer**
210:15 340:3
**field**
34:10 35:12 69:5 88:24 89:3 263:13 352:14
**fifth**
103:15 250:9 269:9
**fight**
216:2
**figure**
178:25 179:13 184:7 198:11,13,16 211:9 223:4 342:14
**file**
48:12,15,16 88:17 90:23
**filled**
271:1,9
**Final**
29:8
**finally**
28:15 262:21 263:24
**find**
14:16 20:21 22:6,7 28:21 125:15 128:19 129:2 132:9 170:10 181:7 234:2 256:1,3 297:15 318:19,20 336:17 353:6
**finding**
16:9,11 23:7,11 127:20 223:10 240:12 245:1 288:1 311:14 314:15 328:13 330:2,3,23 358:7
**findings**
39:6 179:13 261:1 299:9 304:5 312:21 361:17
**fine**
20:17 85:6 106:14,15 108:23 118:22 119:1 121:4 191:6 192:10 243:16 245:3 297:20 324:13 348:7 351:10,17
**finish**
54:2,6 89:13 100:16 123:25 133:1 150:6 160:4 165:8 171:5, 7 176:5 191:19 196:21 273:14 288:21 289:3 344:6 372:19
**finished**
11:17 138:8 191:24,25 214:21 240:4 243:14 316:19,23,24 328:15 342:3 362:24
**firmly**
177:23
**first**
23:11,12 29:9 69:18 72:7 81:11, 12 92:25 95:24 98:25 111:2 114:1 117:5 134:9 135:22 137:5 139:19 141:8 142:22 167:8 176:6 177:17 180:4,20 181:4,10 182:13,16 183:2,7 191:15 203:9 204:19 219:8 228:5 241:22 242:5 243:3 245:24 246:2 271:3 280:3, 23 282:18 284:6,25 297:21 303:24 305:19 311:3 312:2 320:9 323:6 327:24 328:13,17 329:3 347:15,20 350:21 351:12 357:21

362:10 363:23
**five**
27:3 35:22 50:9 97:13, 24 101:3,5 145:17,20 147:20 154:13 159:6 225:15 226:19 227:3,18,19 258:19 265:9,11 274:19 279:6 281:11 316:15 330:17 342:24 374:6
**flag**
345:1
**flagging**
160:4
**flatten**
371:13
**flip**
287:16
**flipped**
10:7
**focus**
12:18,21,24 68:17 78:11, 16 101:12
**focused**
49:14,19 50:3,5,7 51:5 54:21 62:19 71:20 72:20 77:22 79:18 94:20 97:12 100:25 104:21 111:13 215:6 273:19
**focusing**
215:3
**folded**
318:5
**folder**
119:9 297:13
**folks**
336:14
**follow**
123:7 126:21 127:8,22 225:13 267:18 358:23
**follow-up**
20:7 23:11 122:13,15,22 123:13 124:6,7,16, 20 125:17 127:19 129:14,16, 23,25 130:7, 13,20 131:2, 9,11,16,19, 21 132:1 133:11,15,23 134:4,5,6, 15,17,24 135:7 136:2, 5 137:16 138:18 139:8,14,22, 23 140:4,21 141:9 142:23 143:6,10,11 144:12 145:18,21 179:6 199:8 203:19 256:17 261:18 269:17,18 328:10 372:22
**followed**
18:18 126:18 127:6 132:17 137:6 309:6 362:19
**following**
114:10
117:25 133:21 136:4 209:12
**follows**
8:11
**Food**
29:14
**force**
10:25 298:21 299:11 300:12,24 301:1,7 302:12,17,20 303:18 306:1 307:7,11,23 311:4 312:23 313:10,12 316:9 317:10 323:16 327:25 331:8 357:22 361:10 362:11
**forceful**
375:2
**forcing**
142:5
**forget**
188:19
**forgot**
262:18
**form**
14:20 15:24 18:20 19:16 20:1,25 21:23 22:11, 18,23 27:16 28:5 30:17 33:10,20 35:8 36:9 37:8 39:13 40:9 44:4,21 45:10 46:21 47:19 48:20 49:5 51:2, 12,22 62:17 63:13 64:1 65:11,14,23
68:7,16 70:7,8 73:11,20 76:20 77:14 78:4,21 79:13 81:25 82:9,15,24 83:5,9,16,23 84:7,19 85:12,20 87:18,24 88:5,19 89:22 91:4, 16 93:11,18, 21 94:15 95:4,19 96:11,17 97:7 98:9,21 99:10,18 100:3,14,23 101:8 103:12,19 104:4,20 105:4,13 107:7 110:13 123:9 126:16 128:4,21 129:3,21 132:13 134:20 135:9 136:22 138:3 142:25 146:3 148:22 149:4,17,25 152:15,24 153:4,9 154:2 157:4 158:12 161:16 164:6 168:7,9,25 169:12,22 170:3,13,19 172:16 173:6,21 174:5,23 175:9,19 176:14 177:2,4 184:5,20

186:3,20
187:5,13
188:11,25
189:10
196:12 199:4
200:24
201:23
205:16
207:3,11
208:15
209:2,21
210:11,13,19
211:7
215:19,23
216:4 217:14
219:10,11
220:2,4
221:9 222:21
223:6,25
224:17
225:1,19
227:5 229:4,
9 230:8,17,
22 234:23
236:2 240:22
241:17
242:11
243:2,9
245:10,13
246:6,17,22
250:22
251:10
252:8,11,24
255:19 256:7
258:11,16
259:6,16
260:8,19
265:14
266:11
267:1,5
270:1,10
271:2 272:4,
9,19 273:1
278:17
279:4,23
284:21 286:4
287:23
289:14,18,23
290:5,14
291:6,13
292:20
296:1,6,12,
24 319:1,3
322:16,24
324:9,24
326:7 327:19
329:16
333:14
334:13 335:3
340:6,15
349:22
350:19
351:16
353:1,9
355:2 356:9,
19 358:11,19
359:5,13,16
360:3,13
361:8 363:25
367:13,24
369:4,18
370:4,6,13,
21 371:7,23
373:2

**formal**
76:4 307:15

**format**
70:10

**formed**
132:10
300:13,25
307:23

**forms**
176:24

**found**
16:22 125:3
127:16
130:10 234:9
239:8,22
240:2 263:24
270:14
300:12 365:1

**foundation**
59:1 103:7
104:5 283:6
355:3 360:4

**four**
27:3 28:24
29:4 65:16
166:9 219:16
252:7 269:5
281:4,9,10,
13,18

**freely**
264:13

**fresh**
8:19

**friend**
375:6

**front**
120:20
264:16

**full**
87:3,8
108:21 145:4
242:7,19
361:17

**fully**
35:21 193:1
234:13
236:14

**fund**
264:16

**future**
219:22

G

**gander**
113:11

**gaps**
212:10

**gastric**
168:1 251:20
254:15 277:8
314:23
315:17
318:15
321:23
325:20 327:3

**gastritis**
175:5 284:3
290:3 291:3

**gastroesophageal**
151:20
163:21
164:3,25
165:16
167:15 169:4
277:18

**gastrointestinal**
163:19 166:8
169:24
170:15
171:10
292:10
317:21
318:16

**gave**
19:1 20:4
21:8 22:16
23:2 139:19
143:16
175:23 202:2
234:6 309:4
311:16
315:22
329:13
353:23 354:1
358:21
359:1,6

**gene**
62:6 76:6,
19,22,24
78:19 79:21,
22 80:17,18

**general**
21:6 22:2,7
23:16 50:2
62:12 64:22
65:1,24
68:20 77:16
78:7,16 79:2
85:14 96:19
132:1 139:13
143:12
157:3,7,12,
17 161:5,23
169:5 218:10

222:22 223:10 226:1 261:17 272:8 273:19 337:5
**generalization**
79:9,17 369:6
**generally**
13:2 16:5 18:22 61:16, 24 88:22 89:2 225:6 279:20 294:21 330:21 356:3
**generated**
258:23
**genes**
61:21 62:2 73:7,9 76:10,16 78:23,25
**genetic**
8:24,25 23:13,15,19 49:12 50:6 55:13 58:19 61:19 62:15 67:3 69:7 70:17 73:4, 17,23 74:24 76:2 78:1,11 96:20 361:14,25 362:7
**genetics**
49:17,24 61:25 62:19
**genotoxic**
107:3 110:8 111:8
**genotoxicant**
104:12 106:21
**genotoxicity**
104:3
**genotoxin**
104:18 105:1,11
**George**
368:18
**GERD**
147:23 148:15,18 149:24 150:18,23 153:15,21,24 175:5 277:19,21 281:4,14
**germ**
61:25 62:19
**gerrymandering**
346:20,22
**getting**
14:6 53:10 81:2 91:9 198:1 213:14 214:18,19 215:9,17 253:23 316:2 329:18
**give**
10:21,22 11:2 36:2 61:13 64:8 74:20 90:4 110:22 119:4 121:11,15 132:25 133:3 147:25 150:3 155:13 156:6 183:20 193:1 258:9 260:2 297:6 311:25 312:3 325:1 328:6 336:14 354:15 361:14
**given**
13:8 159:16 220:6 262:14 309:3 325:4 330:1 333:6
**giving**
136:15 215:13 238:22 267:23 319:17 320:13
**glad**
374:1
**glancing**
92:1 302:8
**goes**
16:6 50:23 113:8 199:25 200:16 260:5 299:24 300:4 313:25 316:4 323:21 356:14 362:15
**going**
36:15 54:1, 16 57:1 59:18,20 80:1,10 81:1 100:15 101:11 110:3 112:4 117:3, 7,23 131:13, 14 138:9 141:16 155:1 156:19 160:3 161:13 165:13,21 171:2,9 177:10 180:2 185:23 186:16 188:23 194:9 195:16 196:1 198:10,15 200:4,10,11, 13 202:17 211:16 216:22 218:1,22 220:7 226:11,16 227:9 231:6 246:24 247:6 256:3 259:18 260:13 287:8,10,25 288:22 293:15 306:18 316:8 320:20 329:19 334:17 336:20 339:1,19 341:5 345:13 348:5 349:4, 23 353:18 359:18,19 366:12 371:25 373:25 374:15 375:5,15
**good**
8:16,17 22:19 23:1 49:9 60:13 70:5,8 72:15 92:16 113:7, 10 128:18 132:2 143:22 144:25 154:15 166:9 192:1 216:15 248:8 280:7, 9,11 333:22 334:7 363:1 372:1 373:5 375:3,9,10
**Goodman**
352:4
**goose**
113:10
**Gosh**
48:5
**grant**
73:16

**great**
10:9 11:20 111:24 178:13 203:2,7 235:2,20 344:8
**greater**
13:10,23 14:3,18,22, 23,25 19:23 20:21 287:17 312:25 329:24,25 355:20
**greatest**
141:8
**green**
339:25 342:7
**Greenland**
308:8 335:2, 11,17 350:3, 4 352:3,17 354:16
**Greenland's**
335:21 349:5
**Grieve**
335:12
**grind**
245:8
**grounds**
364:20 365:14
**group**
87:1 127:21 132:8,10 185:3 186:18 196:10 197:8,13,16, 18,19 198:7 224:16 225:7 239:21 240:1 249:3 251:12 284:15,16 286:9,10 289:16,17 310:25
**grouped**
253:16
**groups**
164:10 193:22 194:15,18 195:3 197:2, 6,8 252:2 254:5,14,17 284:18 285:18 287:15
**growth**
67:21,22
**GSK**
48:4,6 103:5,9 104:1,18 105:1 107:2
**GSK's**
91:8
**guess**
67:18 99:11 174:9
**guessing**
168:12 342:12
**guide**
349:9
**guys**
108:3 117:14 120:16 121:1

**H**

**H2as**
49:15
**H2r**
164:22 166:25 194:17
**H2ra**
41:23 196:10 197:3,18 284:9
**H2ras**
135:23 139:8 164:11 197:16 205:13 224:14 273:22 274:4 284:12 372:11
**H2rb**
163:19 164:19 167:10
**H2rbs**
167:6,18 179:7 180:5 198:20 199:20 205:9
**Habel**
27:19 236:19
**Habel's**
26:23
**half**
17:21 171:3 175:22 189:21 199:19 288:24
**halfway**
189:22 343:20
**hand**
10:1 51:18 99:22 304:9 373:9,22
**handy**
118:14 119:3
**hang**
90:17 101:24 162:15
**happen**
11:7 20:24 21:3,7,22,25 65:9 288:13
**happened**
87:17,23 88:2 123:2 153:8 244:15
**happening**
120:15 368:5
**happy**
9:20 57:21 120:18 203:13 369:8
**harassing**
67:15 141:14 220:1 326:23
**hard**
41:2 44:17 53:14 118:18 138:12 141:17 170:4 200:18 311:10 340:17 349:25 350:24
**Harvard**
182:5
**hate**
348:3
**hazard**
48:6 101:23 103:4,8,17, 20 104:1 107:2 180:11 190:8 191:2
**hazards**
180:7 190:17,20,23
**he'll**
121:4 341:22
**head**
369:21
**headache**
222:15
**header**
167:3 284:22
**headers**
180:1
**healing**
277:2
**health**
12:5 23:17 39:21 70:3,

11 72:13 92:19,21 99:14 257:5, 14,15 294:16 295:2,4
**hear** 126:8 137:19 161:17 226:13 311:23 374:1
**heard** 370:2
**heartburn** 147:22 148:18 150:22 151:23
**height** 76:8,9
**Heinz** 126:25
**help** 38:15 155:25
**helped** 167:8
**helpful** 22:14 56:2 116:21 129:5 137:25 217:15 299:13 313:13,16
**helps** 114:17 232:1
**hepatic** 111:3
**hepatitis** 290:20 291:1
**Hey** 119:25
**Hidajat** 236:20 367:14,17
**hide** 324:3
**high** 221:13 265:1,4,5 348:23
**higher** 15:10 184:4 185:13 191:1 197:22 223:1 225:10 227:7 265:20 289:21
**highlight** 94:5 96:21 115:19 121:3 124:24 144:7 146:19 147:6 151:12,13 179:9 189:21 192:7 203:9, 21 207:13 232:19 237:22 284:22
**highlighted** 75:18 115:7 120:14 121:2 122:11 179:22,23 281:2 283:17 299:11 301:15 318:10 364:6
**highlighting** 291:7
**highlights** 115:13 119:6 235:20 319:16
**highly** 97:1 99:15 128:23 309:4 330:2
**Hill** 363:8,12 364:14
**Hill's** 363:17,24
**hint** 136:16
**hired** 48:1 103:11
**histamine** 41:23
**hit** 78:25 351:13
**hits** 78:8,24 79:21 80:17
**hitting** 114:16
**hold** 89:12 107:22 123:24 170:25 308:23 319:10 324:8
**holding** 346:6
**hole** 182:10
**honest** 312:8 348:11
**hope** 216:14 263:17
**hospital** 163:14 174:12 175:1 255:20
**hospitals** 161:5,23 163:13 270:3,4
**hour** 24:17,18 54:1 57:22 100:16 110:18 160:3 165:21 171:2 175:22 288:23,24 334:17 348:1
**hours** 277:20
**how's** 63:20 282:11
**HRA** 273:5
**human** 12:6 61:1 64:22 84:3 86:21 87:5, 11,21 104:22 106:9 316:16 330:17 332:4 357:7
**humans** 12:17 64:24 94:21 96:24 97:2 99:2,16 373:13
**hundred** 219:14,15 228:10 340:4
**hypersecretory** 278:4
**hypothesis** 64:16 78:8 309:18 333:23 353:22,23,24 354:1,21,24 355:20 364:19
**hypothesize** 122:24
**hypothesizing** 226:10
**hypothetical** 197:21,24 227:1 267:23 273:11
**hypotheticals** 235:5

**I**

**i.e** 291:1
**i.e.** 290:20 363:5

**IARC**
83:17,25 84:9 86:10, 13,20 87:3,8 94:4 128:14, 17,22,25
**IARC's**
92:21 93:12
**IBD**
254:17,19
**ICD**
161:7
**ICD-10**
160:14
**ICD-9**
160:18
**idea**
22:4 221:5 262:22 308:16
**identification**
24:3 58:12 69:15 90:10 101:20 114:6 162:21 202:9 203:1 206:4 233:4 237:10 249:16 274:24 289:8 301:13 306:12 335:9 338:24 346:2 353:17 363:22
**identified**
23:8,10 162:22
**identifies**
344:8
**identify**
23:4 24:5 44:10,18 45:5 70:1
**ignored**
137:5
**immediately**
220:12
**immunologic**
64:23
**impact**
254:23 264:24 265:2,15 293:10
**impacts**
60:19
**Imperial**
367:8
**implication**
273:24 368:24
**implied**
330:24
**imply**
332:13,15
**importance**
331:15,21 332:15
**important**
11:2,10 147:15,19 153:18 164:8,24 165:14 172:9,15 191:9 223:8 235:4 332:14 357:12 358:2 362:9
**impression**
177:22 178:4
**in-person**
121:13
**incidence**
164:24 173:4 258:18 266:12 340:9,13
**incident**
162:7 266:9
**include**
32:17 33:8 71:2,4,18 75:24 88:1 144:12 180:14,16 190:11,13
**included**
17:9 18:6,12 19:14,25 20:23 27:23 29:22 32:24 33:12 35:1 36:25 49:10 140:10,18 144:21 145:20 234:14 257:15 260:12 261:21 270:4 337:22
**includes**
22:10 61:20
**including**
44:11,20 45:7 55:16 97:9 163:20 285:20
**incorporate**
45:20
**incorporated**
43:14 103:2
**incorrect**
151:11 181:24 238:21 291:20 317:17 323:4 354:14
**incorrectly**
301:1
**increase**
164:22 189:8 202:13 298:23 314:14,16 315:25 317:20 319:20
**increased**
164:4 188:22 189:2 238:7 244:2,13,18 292:1,9 314:9,13,22 315:7,14,17, 21 321:17,22 323:7,14,23 325:8,17,19 326:2,11 327:2
**increases**
320:14
**increasing**
316:7
**independent**
24:12 42:7, 17,24 177:6 245:7
**independently**
32:19
**index**
162:6 163:22 181:9 182:15,24 183:6 184:11,16 187:14,16 190:15 191:12 230:12
**India**
95:17
**indicate**
149:11 314:22 315:17 317:10 321:22 325:19 327:2 329:23 333:1 358:1
**indicated**
242:6 278:20,21 279:6 292:9 319:19

329:22 338:19 367:1
**indicates** 202:14 234:12 236:13 313:19 319:18 322:11 357:11 358:18 359:22
**indicating** 163:19 186:13 323:14
**indication** 164:21 239:12 251:14 257:21 278:16 345:4
**indications** 274:8,11 275:13,23 278:8
**indirectly** 192:23
**Indiscernible** 126:23
**individual** 168:15 220:22 224:11,21 229:8 249:1 251:4,7,9 252:3 253:23 254:22 256:10,14 257:13 267:10,14 294:3,7
**individuals** 127:21 185:9 207:7 229:12 249:9 251:12 257:21 262:5 294:25

295:12
**induced** 93:3
**inevitably** 205:7
**infectious** 58:16
**inference** 327:13 329:7 373:21
**inflammatory** 290:21 291:2
**inflated** 191:14
**Informatics** 157:10
**information** 23:19,20 29:22,24 30:6 32:24 33:1,17,22 34:4,18,21, 25 35:1 37:19,25 38:4,18 144:13 149:22 154:23 155:3,18,22 156:10,12, 16,24 157:14,21,23 158:3,9,10, 23,24 159:4, 8,11,13,21, 22 160:9,21 164:9 166:1, 4 192:12,20 194:10 203:25 206:19 208:4,7,24 211:20 213:7 214:5 216:25 226:10 229:11 230:18,20,24 231:4 232:23

233:6,12,16, 19,21,24 236:17 242:3,25 243:1 244:21 258:9 259:8 263:2 272:10,17 283:22 296:3,7 317:12 334:5 340:23
**informative** 328:14
**inhalation** 111:4
**inheritance** 63:10
**inhibitor** 370:10 371:10,11
**initial** 23:6 183:14 240:17 242:4 297:21 330:2 358:7 366:19
**initially** 35:10 347:15 356:22
**initials** 107:19
**initiative** 72:9
**injury** 58:20
**inpatient** 163:12 175:1,12
**inquiries** 270:6
**instances** 137:1 152:3
**Institute** 182:6 339:16
**Institutes** 70:3,11 72:12

**institution** 128:24
**instruct** 80:10 81:1 218:6 220:4 329:19
**instructed** 219:13
**insufficient** 84:3
**insurance** 257:3,5 268:3
**intentional** 282:5
**interaction** 63:5,19
**interactions** 62:6
**interacts** 62:20
**interest** 100:11 293:4
**interested** 129:4 142:7 169:17,20 174:14 176:3
**interesting** 39:7 158:15 233:25 303:23 342:17
**internal** 48:3 91:8
**International** 83:11 90:13
**interpret** 125:9 200:2, 25
**interpretatio n** 52:19 221:25 244:3,19 298:12 326:1 342:21
**interpreted** 51:9 298:23

299:8 303:21 307:10 315:16,25 327:1 330:21
**interpreting** 238:23 305:22 311:12 321:16
**interprets** 323:13
**interrupt** 66:15
**interrupting** 107:23,25
**interval** 16:18 17:7,9 18:5,12 19:4,9,14,25 20:23 21:12 22:10 23:6 180:8,13,15 186:12 190:9,10,21, 24 191:3 238:23 291:24 292:2 311:15 314:4,20 315:9,11 317:3,23 318:23,24 319:22,24 320:15 321:15 322:20 324:2 325:6,14,23 359:3
**intervals** 201:9 260:10,14 266:14 316:2 318:21 319:18 335:23 349:9 352:22 361:3
**intimidate** 217:25
**intimidating** 217:24 220:2
**intimidation** 141:15
**introduction** 303:24
**invalid** 145:25 166:4 332:1
**inverse** 54:10 179:14
**inverse-probability-of-treatment-weighted** 179:4
**investigating** 41:21
**invited** 302:17
**invoice** 348:8
**involve** 49:12 54:18
**involved** 50:11,15 51:1,21 89:4 245:4 307:16 368:22
**irrelevant** 83:25
**irritable** 284:2
**issue** 17:20,24 43:25 120:13,25 193:12 282:13 323:1
**issued** 300:7
**item** 36:12
**items** 12:2 28:13, 24 29:4 46:20 63:6
353:3
**IUR** 156:22
**Iwagami** 26:6 133:24 134:17 135:6 136:6 138:18,25 140:11 231:19,20,22

**J**

**James** 115:24 246:24 375:8
**January** 266:18
**Japan** 95:16
**Jennings** 9:18
**Jim** 8:14 180:24 297:17
**John** 7:3 8:22 56:11,21 119:25 297:10 350:2 375:14
**journal** 263:4 264:2, 7,9,11,19, 22,25 265:3 303:20 335:24
**journals** 262:20 263:12,16 264:10
**jschmitzer@uslegalsupport.com.** 297:22
**judgment** 15:21 16:1
**jump** 11:16,20
**jumped** 201:2
**jumping** 132:23 141:22
**jumps** 198:17
**justifying** 311:17 327:15 329:9

**K**

**Kantor** 26:9,10 133:25 134:18 135:6 136:6 138:19,25 140:12
**Karolinska** 182:5
**keen** 244:1
**keep** 49:3 52:21 141:16 173:23 174:2 176:22 306:18
**Kenneth** 352:3
**kept** 176:1
**key** 76:13
**kidding** 249:5
**Kim** 26:6,24 133:25 134:18 135:6 136:6 140:12 145:4,11 249:18,23,25

265:25 272:6 275:9 297:4 339:2,22,25 340:7,17,22 341:6 342:15
**Kim's**
26:23
**kind**
20:10 62:5 84:21 132:23 157:23 199:24 226:9 243:10 252:1 253:17 257:24 274:2 292:3 293:6 294:1 295:20 319:20 342:25 345:9 349:25 355:15 360:17
**kinds**
182:14
**Kingdom**
95:16
**knew**
261:9
**Knock**
214:12
**know**
9:24 14:23 17:17,25 20:3 21:13 31:25 34:12 37:24 39:2 44:9 45:21 47:2 49:16, 18 53:6 58:7 67:12,14,25 68:2 72:11 82:18 85:13 86:10 87:16 89:2,19 91:15 94:2,3 99:4 102:7 105:18,20 106:5,13,15, 20,22 108:7 109:19 112:20 113:4,20 116:4 119:10 120:25 123:10,16,22 125:15,19 126:4 127:12 128:7 130:3 136:8 137:15,20 142:9 149:2 152:7,18,22 153:2 156:11 157:19 161:13 164:9,24 165:14 168:21,23 170:4 171:23 172:19,23 173:4 175:3 182:17 184:6,22 185:7 186:8, 14,21 187:6 188:12,14 189:4 190:19 191:11 198:21 202:18 207:12 209:5 210:25 212:22 214:2 215:7,11 216:7,19 217:4,11 221:20,21 222:5,12 224:22,23,25 225:3,5,8, 20,24 228:13 229:2,6 230:6,9,14 231:25 241:4,7 244:24 245:11,14, 17,22,25 246:1,7,8 247:2 249:24 251:8,13 253:17 256:20,23 258:12,25 259:5,20 261:23 265:12,13,21 267:6,9,12, 17 268:1,21, 24 269:19,24 270:8,16,25 271:1,6,8,19 272:16 273:2 274:15 278:15 279:14 289:22 290:7 292:4,15,25 294:21 295:4 296:9 297:9 298:5 305:2, 5,18 308:13, 14 312:19 319:14 325:22,24 330:13 336:16 339:3,13 340:25 341:4,12,15 342:2,17 350:23 351:7 352:7,9 354:12 359:7 368:14,25
**knowing**
240:6 272:14
**knowledge**
51:11 82:3 87:10 245:6 338:18,20
**known**
41:24 50:15 147:12,16
**Korea**
114:12
**Kumar**
26:7 133:24 134:17 135:6 136:6 138:18 139:1 140:12 337:4

**L**

**label**
276:7
**labeled**
85:23 86:24 139:25 143:21 167:8
**laboratory**
29:15 93:2, 24 105:16 111:10 270:6
**lack**
58:25 103:6 104:5 144:13 156:13 236:17 283:5 322:11 331:9 332:15 333:1 355:3 358:17 360:4
**lag**
182:17 267:3
**language**
15:14 16:3 109:14 130:19 315:20
**large**
89:11,20 127:20 185:4 222:17 237:23 238:4 258:1 262:16 273:25 288:3
**large-scale**
70:17 71:15, 22

**largely**
83:13,20 93:14 95:21
**larger**
155:14 183:16,22 185:3 186:18 193:2 234:10 282:23 332:13,14
**lasts**
267:20
**Late**
336:15
**latency**
128:18 129:1,8 130:13,23 131:25 134:12 135:4 137:17
**latest**
12:7
**latitude**
220:7
**launched**
329:1
**law**
299:16
**lawyer's**
109:23
**lawyers**
24:10,11 31:10 32:5, 6,17 36:5 44:12,20 45:7,17 46:2 60:5 90:24 91:10 113:18 185:17 213:2 228:6 348:13
**lead**
62:11 196:1 246:13 311:18 327:16 329:10
**leading**
194:21
**leads**
77:10 151:19 155:10 156:13 194:6,23 195:10 330:24
**leak**
12:6
**leave**
121:14 122:5 145:9 206:2 228:7 249:13 278:7
**leaves**
260:17 261:19 270:3 278:7
**leaving**
155:12 292:4
**led**
205:8
**leeway**
175:23
**left**
27:10 163:9 200:1,10 201:16 228:14 237:18 275:12 276:3,15 320:24
**left-hand**
281:13
**Legal**
7:10 121:12, 19 298:2
**legend**
166:18
**legitimate**
15:22
**length**
41:2 123:16, 19,20 262:4 273:6 338:16 365:10
**let alone**
100:9 357:7
**letter**
249:24
**letters**
109:3
**letting**
52:23
**level**
39:6 222:1 224:21 226:6 252:3 253:24 259:22 269:14 314:23 321:23 322:10 325:20 327:3 332:9 360:18
**levels**
97:3 99:17
**Liability**
7:7
**license**
330:22
**lieu**
7:22
**life**
222:20
**lifestyle**
144:14,20 157:14,17,20
**lifetime**
132:18
**lifted**
323:25
**light**
65:7
**limitation**
115:10 124:5,15 129:22 271:12
**limitations**
117:2 122:6 124:12 144:6,9,11 145:20,23,24 146:13 203:14 255:8 269:10
**limited**
41:2 66:10 125:17 203:18 220:3 271:16 334:5
**line**
14:9 54:6 57:4 61:25 62:19 80:7 100:17 101:17 146:18 157:18 160:4 199:24 202:14 283:25 324:21 339:25 342:7
**lined**
276:12
**lines**
166:9 339:24 342:8
**link. springer.com.**
336:5
**list**
25:2 27:1,4, 11,13,19 28:12,21 30:3,13,21, 23 31:7,8 33:9,19 35:6,25 36:3,4,20, 21,23 37:1, 2,3 39:20 43:1,5,18 44:2,13 45:4,17 46:18 48:23 49:7,23

58:16 59:5 75:15 81:17 82:5 91:18, 23 129:22 139:4 140:11,15 189:15 268:5,8,13 353:3
**listed**
25:23,25 26:21 27:7, 20 28:3 30:10,11 33:18,24 35:6,10 36:8,20 37:12 39:17 42:25 43:5 45:12,15,17, 24 46:2,5 49:2 55:15 140:14 143:1 175:6 232:15 267:8 290:17
**listen**
33:15 35:3 102:16 137:7 209:16
**listening**
40:6
**listing**
134:3
**lists**
28:13
**literally**
39:23 111:22
**literature**
15:12 16:2 34:17 42:8, 18,25 46:23 131:8 258:21 262:17 273:25 312:21 356:1 361:17
**litigation**
7:7 24:7

241:16 242:4,10 245:5,16
**little**
14:6 16:24 26:16 31:25 52:24 53:16 57:16 69:12 72:23 132:25 133:3 141:24 212:24 222:9 228:23 274:6 288:23 334:22 340:17 343:1 368:7 375:2
**Liu**
295:11 296:16
**liver**
286:2,23
**lives**
133:18
**located**
9:14 73:10
**London**
367:8
**long**
117:10 119:6 122:15,22 123:13 124:8,16,20 126:1,18 127:5 129:20 130:1 131:19 142:3 196:19 218:12 227:18 255:21 256:9,17 258:10 298:5 338:1,10 348:12 353:3 360:11 368:8
**long-term**
125:7,23 203:18 238:6 244:14

278:20
**longer**
125:13 127:22 132:1,19 133:6,8 203:16 230:12 255:24 257:15 269:21,22 270:7 344:11
**longest**
139:24 143:16
**longitudinal**
267:16
**look**
20:20 21:1 22:1 34:15 38:11 40:16, 17 49:25 50:1 52:7,10 62:8 69:22 70:13 89:16, 23 90:19 92:5 102:6, 25 105:14 106:8 110:23 115:21 116:15,21 117:6,10 125:23 134:11 135:2,25 136:10 137:3,14,25 138:21 140:11 144:22 150:24 151:5 154:25 158:20 160:10 161:15,19,21 165:18 169:5,8 170:1,2,9

182:22 186:22 190:16 191:16 198:14,16 202:11,12 205:22 206:18 207:20 208:6 209:9 210:5 211:1,2,6,21 212:3,9,18 214:10 216:23 217:17 218:17 223:18 224:8,12 225:10 231:6 232:6 233:8 241:23 247:16 248:9 250:13 252:10,20 254:2 255:25 256:8,9 257:10 259:10 265:10 268:22 269:4 280:24 281:16 283:21 285:23 292:18 296:14 297:3 301:9,10,23 302:7 305:19 309:11 310:25 312:4,7,8 316:1 317:7 320:4,6,12, 18 323:10 330:14,18 335:6,19 336:11 337:7 339:19 340:8 341:8 347:3

355:7,11 359:18 364:17 372:1 373:5
**look-back**
163:23
**looked**
15:4 35:19 39:2 41:16 50:18 52:7, 14 63:1,5,18 89:15 100:7 101:1 102:19 150:12 154:9 174:20 187:12 191:1 201:1 217:5 224:10 235:14 240:1 255:15 256:5 260:10 265:13 270:15 295:19 297:1 314:8 325:2 334:11 339:20
**looking**
15:17 20:13 27:1 29:18 36:21 49:16, 18 51:15 54:11 57:25 58:1 62:5 71:16 81:7 89:9 94:21 98:22 99:21 101:13 102:10 110:25 111:3 119:12 120:1 127:20 129:13 130:22 131:23 132:8,14 134:7 137:21 138:2 139:10 165:20 169:13 175:8 183:23 186:9 188:20 199:16 207:5 210:20 211:19,25 215:4 222:1 224:10 226:5 231:9 232:7 234:8 236:9 253:15 254:6 284:15 287:2 288:21 289:4 293:3 294:11 295:20 296:14 314:3 315:8 335:15 336:3 338:4 341:1 343:10 344:14 349:24 353:2 354:6 369:24 372:3,11
**looks**
161:2,10 181:9 183:21 208:16 210:21,24 214:14 260:9 285:16 335:16 336:9 350:1,25 351:9 363:4
**lost**
17:21 328:20
**lot**
8:17 97:8 128:13 183:9 220:6 222:10
**lots**
267:12 271:23 312:20
**low**
93:4 97:3 99:17 126:9 221:12 292:7
**lower**
21:11 106:8 151:21 152:8,21 201:11,12 203:7 290:18,24 291:9,14 340:1 359:2
**lunch**
177:11 247:1
**lunchtime**
175:25

**M**

**made**
25:6 28:25 29:17 36:4 39:19 54:15 101:10 137:1,4 148:17 307:19 323:9 325:9 353:11
**magnitude**
40:3 287:13, 14 288:2 365:11,18
**main**
292:25 293:3
**maintenance**
276:25 278:14,15 280:5,19
**major**
81:8,15 82:17 252:18 264:10 273:10
**majority**
347:5
**make**
30:13,15,18 33:4 40:4 41:1,9 87:4 90:18 101:25 102:1 125:11 130:17 131:3,14 138:13 143:25 150:20 152:3 153:6 155:16 165:7 173:20 177:16 213:24 233:1 244:22 257:9 264:12,13 266:5 289:6 310:8 318:20,22 334:24 352:1 368:1,10
**makes**
166:4 222:5 250:25
**making**
22:2 28:20 126:20 127:7 136:12 173:25 235:21 243:8 244:11 323:3 327:17 329:11 330:23 373:20
**malignancies**
266:13
**malignant**
203:15
**man**
312:22
**manner**
8:3 16:6 238:21,24 255:1
**manufacturers**
241:16
**Manufacturing**
42:15
**manuscript**
16:7

**March** 163:1 243:23
**mark** 217:23
**marked** 24:3 25:1 58:11 69:15 90:10 101:20 108:4,19 114:6 162:21 202:8,25 206:4 233:3 237:10 249:16 274:24 283:12 289:7 301:13 306:12 335:9 338:24 345:22 346:1 349:2,17 353:17 363:22
**marked-up** 199:13
**market** 81:22 82:8, 12,17,23 83:2,6 95:18 96:6 100:5, 13,20,22 101:6 204:1 205:13 371:22
**marking** 56:15
**markup** 109:15
**married** 249:4,5
**match** 341:6
**matches** 281:18 354:16
**matching** 281:7 342:18
**material** 33:6 38:4 42:8,18 43:4,10,13, 17,22 44:1, 10,18 45:2, 3,6,16 46:13,17,24 47:3,6,8 92:8 162:17 287:9
**materially** 214:24
**materials** 28:12,21 30:3,5,14 31:9 33:9, 13,24 35:7 36:1 38:20 43:1,5,18 44:3,13,15 45:4,18 46:19 48:13, 14 49:11,23 91:18
**math** 221:2,5
**matrix** 55:2
**matter** 7:5,25 37:2, 3 43:16 47:2 222:10 223:5
**matters** 33:19 36:20, 23 189:15
**max** 374:7
**maxed** 276:23
**maximum** 136:2
**Mcdowell** 29:5,21 33:2,12,23 34:1,11 35:12 38:12, 15 234:6 240:17,25 241:9 296:16
**Mcelvenny** 367:17
**Mctiernan** 29:14,21 313:17 314:7 315:5 316:25 317:15 318:1,18 321:12 322:9 323:25
**mean** 13:15,25 14:25 15:15 16:12 18:21 22:3 37:21 38:2,3 39:1, 18,22 41:10 47:25 53:15 55:18 59:14 62:5,14,20 64:12 71:8 74:19 80:9 83:24 84:8, 12 85:7,18 88:3 89:6 93:8 105:25 108:8,9,23 114:22 120:21 123:3,4,10, 22 124:13 126:4 128:6, 22 130:4 131:22 132:3 133:10 134:6,23 135:19 136:3,14 145:23,24 146:10 150:11 154:25 156:5 157:9,19 158:5 164:13,18 169:17,24 170:14 172:2 184:24 189:1 195:4 197:23,25 200:3,8 201:16 206:7 207:4 208:2 211:24 215:3 216:7 218:17 229:20 236:4,7 239:5 240:10 241:21 242:17 243:11 244:24 255:2 260:25 265:5 267:16 272:5 289:24 290:7 291:21 303:15 305:7,12 307:20 311:21 312:8 317:11 318:3,4 327:22 328:4 332:21 333:25 342:14 343:21 351:11 352:13 355:8 356:7 358:13 361:10 366:13,22,23 369:19 372:8
**meaning** 181:1
**means** 83:14 84:2 86:21 208:3, 4 215:24 278:15,19 291:5 355:21
**meant** 122:25 155:3 162:18

207:13
**measure**
220:25 236:14 294:16 295:19 309:17 331:14 333:22 338:1
**measured**
296:20
**measurement**
193:17 217:6 273:11 296:21
**measuring**
221:10
**meat**
129:17,18 133:13 140:25
**meats**
129:13
**mechanical**
327:13 329:7
**mechanism**
70:21
**mechanisms**
71:1,7,10,13
**med**
212:9,18
**median**
134:4,5,24 136:3,5 137:13 140:3,7,16 143:5,17 259:13
**medical**
81:8,15 148:10,16 256:13 270:17
**medication**
206:12 213:8 270:21 272:11
337:24 338:3
**medications**
176:19 272:18
**medicine**
364:22
**medicines**
38:23
**medstat.dk**
211:1,19
**medstat.dk.**
211:3 212:2 217:17
**mellitus**
291:4
**member**
159:9 300:17 303:10 304:22,25
**members**
159:9 162:5 229:7
**mention**
37:6 148:24 163:6 233:17 234:17 239:10 252:15,16 266:2 302:24 303:3 338:15 345:2
**mentioned**
31:24 34:2 55:5 192:24 237:2 355:25
**mentions**
34:12
**Merriam**
84:14
**metabolism**
96:23 99:1
**meth**
347:8
**method**
337:21 370:25
**methodological**
8:25 50:21 51:7 70:20 193:11 318:7 323:4
**methodologically**
151:10 238:21 253:2
**methodologies**
55:11
**methodology**
54:20 291:20 292:4 293:1 317:17 347:8
**methods**
23:22 50:22 51:16 52:16 54:21,22 61:8 69:7 96:19 257:10
**middle**
239:16 308:24
**milligrams**
215:10,15,16 220:10
**million**
256:14 361:23
**mind**
40:11 45:8 119:6
**mine**
252:18 269:2
**mini**
288:23
**minute**
138:20 158:21 170:18 182:22 199:11 227:16 305:8 346:10
**minutes**
165:22 175:23 227:18,19 342:13 374:7,10
**mis-presented**
318:13
**mischaracterization**
75:12
**mischaracterized**
220:8
**Mischaracterizes**
82:10
**misclassification**
193:17 194:1 273:20
**misinterpretations**
349:10
**misinterpreted**
300:19 305:17 306:3 313:1 318:13
**misleading**
282:4 324:18
**missed**
31:14 372:17
**missing**
49:3 211:10 232:22 233:5,9,21,24 234:20 281:10 297:6
**misstate**
138:4,14
**Misstates**
44:5 46:22 86:6 91:5 95:20
**misstating**
324:6,11

**mistake**
151:14
**mistakenly**
303:21 307:9
**model**
264:15
333:23
**models**
157:24
**Modern**
12:8 55:6
58:14 59:6
**modification**
108:10
**modified**
108:14,15
**modify**
108:3,8
**molecular**
58:19
**monographs**
87:1
**month**
271:21
**monthly**
70:7
**months**
86:15
**Moorman**
29:11,20
**morning**
8:14,17,19
309:4 328:7
**mortality**
268:18
269:13,20,25
**mouth**
259:25
**move**
36:17 99:12
145:3,4,5
180:1 191:22
203:3 211:22
212:12
219:2,23
220:19
236:24
246:23
255:23 257:4
283:7 298:6
326:22
334:14
360:14
368:10
369:11
**moved**
257:22,25
259:3
**moves**
201:15
**multi-hit**
78:7
**multi-step**
64:16
**multiple**
73:7 78:8,24
79:21 80:6,
17,23 136:20
324:10
329:17
**mutagen**
60:17,18,22,
25 61:13
62:10 63:9,
23 64:25
65:3,5,9,18,
20 66:3,6,
10,11 67:12,
14 76:23
77:2,8
104:14,19
105:2
**mutagenesis**
64:14 79:19
**mutagenic**
94:10,14
95:3 96:9
105:12
**mutagenicity**
67:10
**mutagens**
61:18
**mutate**
65:4,22
76:24 77:10
**mutated**
64:2 67:23
69:3
**mutates**
63:25 66:13
78:2 79:1,21
80:17
**mutating**
77:19
**mutation**
63:25 77:13
79:16
**mute**
126:25

**N**

**N-NITROSODIMETHYLAMINE**
90:15 114:10
**name**
8:14,20,22
103:9
245:23,24
297:21
352:8,10
**naproxen**
369:23
370:3,9
**narrative**
24:22 25:6
**narrow**
21:17 111:9
215:4
**national**
70:2,10
72:12 161:2
163:11
173:12
174:10
175:11
176:17
339:15
345:10
**nationwide**
114:12
257:24
**nature**
13:4,7 178:6
263:15,16
264:5,18,21,
22,25 265:3,
5,8,19,23
**NDMA**
50:16,18
51:1,5,11,15
52:3 82:2
83:7,10
85:22 86:2,
23 87:4,9
89:5 91:7
93:4,9,20
94:10,14,17,
23 95:3,9,
11,14,15
96:5,7,9,24
97:1 99:2,16
100:2 103:18
104:2,18
105:1,11
107:3,19
109:3,5
110:8 114:11
125:4 338:7
**necessarily**
14:1,24
15:16 61:17
216:7 328:4
332:12,20
358:13
**necessary**
34:24 240:11
244:25
**need**
21:1 22:1
39:9 40:17
46:6 56:7
61:5,11 63:3
71:12 72:22
109:22,24
123:7 129:1
134:11,22

137:15 149:13 157:18 164:15 191:11 204:8 209:16 219:24 228:13 237:6 311:1 341:21
**needed** 35:20 48:19, 23 125:6
**needs** 10:5 126:21 127:8 142:13,16 150:14
**negative** 13:20,24 14:9 18:9 19:8 193:8 198:18 288:11 313:1,20
**negatives** 315:3
**neoplasm** 63:12
**never** 19:6 102:21 105:23 106:2 109:12 157:25 209:25 233:13 288:12 311:7 358:8 370:2
**news** 371:20
**nicotine** 148:7 151:20 152:8,19,20, 25 234:11 235:14,16 236:9 240:1 344:14,16,18
**night** 117:13
375:9,11
**nine** 209:6 221:14,20 289:25
**nitpicking** 343:1
**nitrosamines** 51:21 52:2, 14 89:5
**nitrosodimethylamine** 50:15
**nod** 11:4
**nodding** 280:12
**non-active** 235:17
**non-answers** 218:7
**non-comparator** 234:10
**non-differential** 193:15
**non-genetic** 23:21
**non-h2r** 194:17
**non-human** 93:8 94:1 105:17
**non-published** 39:12,24 40:8,12,21 241:14
**non-replicable** 328:2
**non-sensible** 244:3,19
**non-significance** 361:5
**Non-standard** 298:12
**non-use** 26:1,12,13 147:4
**non-user** 158:7 160:1
**non-users** 155:7 195:18 239:7,20 273:7 372:24
**nonactive** 198:3
**Norgaard** 26:7 140:12 154:6,17,22 155:17 157:15 160:7 181:12,15, 22,25 182:7, 19,25 183:3, 10,17 184:9 227:15 228:18 229:18,22 230:2,5,21, 25 231:4 232:6 247:19 262:19 263:5,7 308:12,13
**Norgaard's** 184:4
**North** 340:24
**Notary** 8:9
**note** 185:8 215:12 345:23 346:16
**noted** 33:23 35:1 44:24 47:9, 14,21 176:7 290:18 375:17
**notes** 374:7
**notice** 115:22 174:20 187:11,18 250:19 278:13 279:8 347:16
**noticed** 282:16
**noting** 186:9
**notoriously** 273:23
**NSAID** 371:10
**nuanced** 309:2
**null** 18:6 19:4,10 155:11 156:8,14 191:4 193:3, 13 194:7,8, 12,13 196:1, 3,11 201:3,6 225:12 239:23 353:23,24 354:1,21,24 355:20 372:14
**number** 15:10 18:10, 11 19:25 26:24 29:5 36:12 123:18 129:11 138:13 155:5,9 156:2 167:14 179:5 184:25 185:2,4 187:3,17 188:9,13 190:11,13,15 193:22 196:8

203:18 214:3 225:3,6,9,25 227:6 233:2 235:12,13 248:16,21 249:6 250:15,16 260:4 265:22 269:5 281:4, 6,9,10 289:6 294:2 295:13,20 296:8,15,21 309:13 311:24 331:12 333:20 364:9 367:1,4

**numbered**
25:13,15 345:23

**numbers**
13:18,20 134:10 135:24 169:21,23 170:1 171:22 173:3 179:19 180:25 181:3 184:3 188:23 190:2 197:20 207:9 211:9, 10 225:10 229:12 248:10,11 268:25 291:17 324:1

**numeral**
363:5

**numerator**
261:21

**numerators**
189:2

**nursing**
347:22

**nutritional**
55:4,21,24 58:23 343:7

## O

**oath**
7:22 10:21 47:16

**obese**
287:5

**obesity**
284:2 286:21,22,25 289:15,20 291:4

**object**
35:8 58:5 117:4 136:24 282:3

**objection**
8:3 14:20 15:24 17:1 18:20 19:16 20:1,25 21:23 22:11, 18,23 27:16 28:5 30:17 32:9 33:10, 20 36:9,17 37:8 39:13 40:9 44:4,21 45:10 46:21 47:19 48:20 49:5 51:2, 12,22 52:11 58:25 59:9 61:2 62:17 63:13 64:5 65:11,14,23 66:1,14,17, 24 67:15 68:7,16,24 73:11,20 74:2 75:11, 20 76:20 77:14 78:4, 21 79:13,25 80:3,22 81:25 82:9, 15,24 83:5, 9,16,23 84:7,19 85:12,20 86:6 87:18, 24 88:5,12, 19 89:22 91:4,16 93:11,18,21 94:15 95:4, 19 96:3,11, 17 97:7 98:9,21 99:10,18 100:3,14,23 101:8 102:22 103:6,12,19 104:4,9,10, 15,20 105:4, 13 107:7 108:16,18 110:13 112:17 113:15 123:9 126:16 128:4,21 129:3,21 132:13 134:20 135:9,16 136:9,22 137:10,23 138:3 141:11 142:25 143:7,19 146:3 148:22 149:4,12,17, 25 152:15,24 153:4,9 154:2 157:4 158:12,25 161:16 164:6 168:7,9,20, 25 169:12,22 170:3,13,19 172:16 173:6,7,21, 22 174:1,5, 23 175:9,18, 19 176:11,14 177:2,4 184:5,20 186:3,20 187:5,13 188:11,25 189:10 191:22 196:12 199:4 200:24 201:23 205:16 207:3,11 208:15 209:2,21 210:11,13,19 211:7 215:19,23 216:4 217:14 219:9,10,12 220:1,3,4 221:9 222:21 223:6,25 224:17 225:1,19 227:5 229:4, 9 230:8,17, 22 234:23 236:2 240:22 241:17 242:11 243:2,9 244:23 245:10,13 246:6,17,22 250:22 251:10 252:8,11,24 255:19 256:7 258:11,16 259:6,16 260:8,19 265:14 266:11 267:1,5 270:1,10 271:2 272:4, 9,19 273:1 278:17 279:4,23

283:5 284:21 286:4 287:23 289:14,18,23 290:5,14 291:6,13 292:20 296:1,6,12, 24 319:1,3 322:7,16,24 324:5,9,24 326:5,7,22 327:19 328:19 329:5,16 333:14 334:13 335:3 340:6,15 341:14 349:22 350:18 351:16 353:1,9 355:2,24 356:9,19 357:14,17,18 358:11,19 359:5,13,16 360:3,6,13 361:8 363:25 367:13,24 368:10,16 369:4,18 370:4,6,13, 21 371:7,23 372:18 373:2

**objections** 8:5 108:1 136:13,21

**obscure** 117:15,19

**obscured** 109:16

**observation** 314:19

**observational** 25:19 41:21 52:17 68:18 69:8 77:23 94:21 97:12 99:21 101:1, 13 104:22 111:13 125:21 127:13 154:20 188:2 215:2 253:9 255:3,14 268:14 294:11 373:11

**observe** 127:24 128:1

**observed** 123:20 126:19 127:6 132:2 342:23 354:23 355:21 356:7 364:20 365:14

**observing** 218:18

**obtained** 214:4 266:13

**obverse** 364:17

**obvious** 53:11 74:14

**obviously** 122:21 124:2 359:3

**occasion** 343:16

**occasions** 364:21

**occupational** 54:18,19,24 55:2,16,19 58:22 343:8 368:19

**occur** 133:9 146:23

**occurred** 87:12

**occurrence** 12:5

**occurring** 130:22 131:23

**occurs** 277:20

**odd** 115:23 248:11

**off-the-level** 361:18

**off-the-record** 121:8

**offices** 161:24

**official** 300:8,19 302:25 303:21 305:13 306:3 307:10

**offset** 126:1

**okay** 9:23 10:9, 10,15 11:2, 5,8,9 14:16 18:16 19:21 22:4 24:22 25:10,17 27:14,24 28:1,15,19 29:16 30:13, 25 31:7 34:23 35:3 36:14,19 38:1,11 39:22 40:14, 22 41:4 42:3,15,23 44:17 45:25 47:11 52:4, 21 54:7 57:14 59:14, 17 62:9 63:21 65:3,8 69:22,24 70:9 71:17 73:3 76:14 81:20 83:14 85:6 86:2 87:3 92:3, 10,24 93:9 98:24 101:15 102:5,11 103:3,14,22 106:24 108:18 111:24 112:16 113:22,23 114:3,18,21, 22 115:4,22 119:8,14 120:11 122:8,11 123:12 130:25 131:16 138:7,20,23 139:2 140:9, 15,19 141:2, 10 144:2 145:8 146:1, 8,14 147:2, 9,14,21 148:3 152:6 153:6 160:6, 10 162:13 163:17 164:1 165:10,11 166:2,5,19 167:7 168:4, 14 170:25 178:13,22 179:18,24 181:5,11,15, 23 182:9 183:21 184:8 185:17 186:16 189:18 193:19 196:20 197:7 198:4 199:18

202:4 203:7 204:17 205:1 207:18,21 209:5 211:12,18 213:3,4,6 214:10 217:18 220:17,19,24 232:8 242:1, 23 243:20 246:5,12 247:1,4,24 248:15 249:10,25 250:7 252:9 259:12 260:3,13 266:5,15 269:3 271:5 275:21,22 281:18 282:2 283:8,12,15 284:6,14,25 286:8,20 287:19 290:23 292:14 298:4 300:6 301:3 302:2 304:7, 10 305:15 306:6 309:10 310:15,18 312:18 316:25 320:21 324:13 326:21 327:9 328:2 330:18 333:17 334:7 336:6 338:13 340:16 343:17 345:18 346:3 348:24 349:19 350:12 351:15,20,23 354:18 355:16 356:16,20 363:16 365:1,24 366:17 367:15 368:9 369:14 370:22 373:14,16

**omeprazole**
272:25 283:19

**once**
10:19 171:18 234:7 261:18 266:3,4 280:19 287:3

**one**
12:10 13:10, 13,18,20,23, 24 14:4,8, 18,23,25 15:10,16,20, 22 17:10 18:1,11,12 19:12,14,23, 25 20:21,23 22:10 23:12 26:8,23 27:3 32:1 34:18 35:20 39:3 55:17 66:16 75:1 76:6,13 77:18 78:2, 19,25 79:21 80:17 81:10 90:17 96:13 103:10 107:13 109:12,15 110:1 113:20 114:25 116:7 119:8 126:17 127:5 155:5 156:1 159:5, 15,18 162:6 166:14 171:16,20 180:14,16 184:14,18,25 185:1,5 186:19 187:4,7 188:7,23 189:7 194:18 196:24 197:8,13,16 198:17 199:18 200:16,22 201:2 202:17 207:1,6,7 217:13 221:14,15 222:23 223:17 224:5 225:20,22 227:7 231:25 233:1,18 234:18 235:12 237:5,16 240:10 241:5 246:4,9,13 247:14 248:5,12,19 249:20 250:3 251:21 254:7 255:14 257:3 260:4,5,16 263:15 266:20,23 267:3,17 268:1 269:3, 6 270:3,4 273:16 275:16 276:23,24 277:19 279:9 281:1,7 284:12 290:2 291:21 295:11 297:3 299:21 302:9 303:6 308:8, 10,12 315:3 318:7 320:16,23 323:24 324:22 325:1 328:8 333:19 336:13 339:19 342:14 343:11 345:13 346:8 349:11 351:4,5,12 353:14 355:18 356:12 357:4 360:18 369:17,21 371:20 373:16

**one's**
260:7

**one-year**
260:10,14 266:13

**ones**
63:3 201:4 242:19 276:12 281:2

**ongoing**
71:18 75:2, 23 278:19,20

**online**
210:17 307:19

**onset**
122:16,23 123:2 124:3, 8,11,21 126:2,5,19 127:7 130:1, 4,5 132:4

**onsets**
124:14

**open**
69:22 264:11 312:24 341:25 350:10

**opened**
312:5
**opening**
312:22 331:8
**opine**
101:11 172:1
**opinion**
42:6,16
46:11 97:22
98:18,20,22
100:12
125:25 126:5
345:14 347:5
**opinions**
314:25
318:2,5
**opportunity**
116:9
**opposed**
118:6
131:24,25
134:8 135:21
214:18
222:24
**opposite**
178:4 200:4
321:16
**option**
121:22
**options**
271:18
**oral**
281:24
282:21,22
**order**
71:13 116:12
123:6 183:22
233:7
**ordered**
82:22
**organization**
81:9,16
82:4,18
92:19,22
99:15 294:17
295:3,5
300:8 306:8
**original**
30:12 87:7
108:10,13,14
343:25
**Oslo**
182:6
**out-of-context**
109:19
**outcome**
76:7 78:18
130:24
132:6,16
135:23
143:15 176:3
293:4
372:17,25
**outcomes**
13:2 73:8
129:13
131:18 135:1
172:4,6
173:11,14,19
260:20,21
**outpatient**
163:14
175:1,12
**outside**
61:2 66:18
67:1,5,7
88:12 96:18
257:22,23
**over-the-counter**
204:3 205:6,
7,15 229:2
272:17,22
**overlap**
168:6,8,13
**overstatements**
178:3
**overwhelming**
94:9,14 95:3
96:9

**P**

**p-value**
40:4 285:5,8
286:13
310:1,21
314:5 323:20
328:10
330:10
331:13
332:20,22,25
333:8,9,21
334:4 353:21
354:15,21,24
355:20
356:4,23
358:22
360:18
361:19
362:13,19
**p-values**
298:22,25
299:3,8
306:14,22
309:15,17
311:12
317:11,13
332:12,14
335:23 349:8
352:22 361:3
365:16
**p.m.**
7:4 59:20,25
112:4,9
117:23 122:1
177:9,14
227:22 228:1
247:6,11
293:15,20
336:20,25
374:15,20
375:15,17
**page**
25:18,24,25
26:4,15,17,
18 27:25
38:14 41:18
58:6 81:7
92:11,12
103:23
106:25 115:6
117:5,6
122:8 143:24
144:4 145:1,
5,7,8,14
146:15,16
147:3 151:8
163:8 166:6
171:12
178:24 181:6
192:4 198:6
203:8 204:18
206:1
231:10,18
232:5,13,19
237:8,16
241:25
243:21 250:9
268:22,25
269:2,5,8,9
275:23
283:11 298:9
306:18
320:3,17,22
331:12
363:3,20
364:5 366:1
369:2
**pages**
24:23,25
25:1,11,22
28:8,13 39:4
213:22
**paid**
246:15
**pancreatic**
198:18
199:20,22
200:7 286:2
339:20 340:3
341:13
**panel**
300:13
**paper**
18:14 32:25

33:14,23 34:1,19,21, 25 35:1,13, 15,17 37:12 38:12,23 39:17,20 40:5,13,16, 18 41:1,3,7 120:20 144:22 152:17 162:15,23 165:19 169:2,6,7,14 170:7 171:11 178:14,17 180:3,19,23 182:23 192:14 214:10 217:1 230:19 233:9 235:10 237:14 240:9,25 242:6,7 243:23,24 244:8 245:18,19 246:4,9,10, 13,15 252:6 257:11,12,20 263:14 264:20 268:20 288:4 300:16 314:8,18 322:22 325:18 326:13 337:16 338:5 340:19 343:2,6 344:8 354:8 363:17,24 366:19 372:1

**papers** 18:2,19 54:9,15 99:4,24 130:20 137:15 138:1,11 153:5 155:1 160:10 170:10 183:6 245:23 246:4,20 263:11,22 305:12 317:13 366:22

**paragraph** 110:15 117:1 124:25 125:1 147:8 150:19 151:10 163:9 203:8 204:20 269:6 298:14,16 320:23 327:10

**paralleling** 208:18

**parameter** 262:7,12

**parentheses** 27:20 299:15 315:22 322:5,20 325:11

**parlance** 286:15

**part** 30:22 33:13 35:11 37:4, 11,12 39:17 41:7 50:10 62:1 88:25 92:21 95:8, 24 98:25 108:13 114:23 116:20 145:5 147:3 153:13 158:13 171:6 179:22,23 189:15 203:7 232:6,7,19 248:7,8 256:19 267:20 278:25 280:3 298:25 299:2,17 300:3 303:10 329:15 339:15 342:5 350:1 351:10,19 364:5

**participants** 166:12,23 167:4 171:19 172:14,25 203:18

**participants'** 177:1

**participating** 7:16

**particular** 72:11 76:10, 11 89:20 105:6 120:19 126:6 150:2 213:14 262:8 270:24 298:19 332:9 338:8 350:7 356:21 370:24 373:21

**parties** 8:1

**pass** 40:3 332:10

**passed** 39:6

**passes** 310:1,21

**past** 175:25 303:25 306:19

**patch** 152:19,25

**Patheon** 42:14

**pathological** 278:3

**pathology** 68:13

**patient** 53:24 148:12,14 161:2 163:11 170:17 173:12 174:10,25 175:11 176:10,21,24 177:7 213:14 226:18,21 266:20,21 270:8

**patients** 149:24 160:22 165:15 244:1,12,17 256:14 258:14 277:1 279:21 280:6 337:22 338:2

**Patricia** 29:11

**pattern** 132:22

**patterns** 208:10 209:10

**pause** 16:24 141:10 349:11

**pay** 264:8,12,13 348:21

**PC** 157:9

**PCCIU** 156:21 157:6 295:11

**PCCIUR**
29:8
**PDF**
25:1,15 26:5 28:13 92:13
**PDFS**
200:18
**peer**
343:10
**peer-review**
264:18
**peer-reviewed**
253:5 258:6, 7 259:9 262:17
**peer-viewed**
255:4
**pejorative**
10:10
**penalty**
7:25
**pending**
57:4 75:17 110:21 213:1 228:7,15
**people**
8:18 16:3 19:7 78:15 100:1 119:22 123:16,19 129:9 132:6, 11,17 153:24 167:14 168:16 169:11 175:3 180:20 183:10 184:9,18 185:4,13 186:24 187:2 195:21 210:15 215:9 224:15 230:11 244:22 248:22 249:2,4,5 251:7,18,19 253:16 254:10,11 258:9,10 259:2,19 279:17 301:1 305:21 307:14 308:8,10,12 309:7 311:4, 9,11 313:3 316:11 328:6 352:13 356:2 362:4 366:13,20 368:13,24
**Pepcid**
276:2 282:21
**peptic**
163:21 164:3 165:1,17
**percent**
16:18 18:5, 17,19 19:8 23:5 167:16, 18,20,23 168:2,5,17 171:21 180:7 186:12 190:8,21,24 191:3 201:8 207:23,25 210:7,8,9 228:10 233:9,11 238:23 285:4 286:11,12 287:16 289:16,19,21 291:23 292:2 314:4,10,13, 16,19 315:8, 11,15,21 317:20 319:17 321:15,18 323:7,23 325:8,17 326:2,11 353:25 354:2,25
**percentage**
249:8
**percentages**
168:12 213:10
**perfect**
250:25
**performing**
42:7,17
**period**
122:13,15,22 123:8,13 124:6,8,20 125:17 127:25 128:8,9,19 129:1,23 130:1,7,13, 21,23 131:2, 10,11,16,19, 21,25 132:19 133:6,8 134:12 135:4,20,21 136:5 137:17 139:4,6,9, 22,23,24 140:1 141:9 142:23 143:1,3,6, 17,21 144:12 163:23 256:17,20,24 257:7 259:4 269:18 294:8
**periods**
129:14,16 133:23 139:14
**perjury**
7:25
**permission**
121:16
**permitted**
227:2
**person**
7:23 128:10 221:14,15 223:23 227:3,4 255:18,22 257:2,7 260:4,7,11, 16 267:10 351:4,5 369:7
**person-year**
266:25
**person-years**
179:5 180:5, 6,9,18 190:5,7 261:4 267:8, 15
**personal**
143:25
**personality**
177:24
**personally**
60:7 274:10
**perspective**
142:1 191:9
**PETA**
88:4,9 89:6
**Ph.d.**
347:20
**pharmacal**
55:25 58:24
**pharmaceutical-type**
272:13
**pharmacy**
135:2 214:5 271:24 272:2
**phenomenon**
360:1
**phrases**
53:14
**physical**
24:20 62:21
**physically**
7:17

**pick**
223:16 255:9 343:5
**picked**
323:24 324:22
**picking**
292:5
**piece**
34:24 354:8
**pieces**
283:22 343:1
**pill**
95:15 96:5 215:10,14, 16,22,25 216:5,6,11, 13 218:14,16 221:6 222:15
**pills**
81:24 213:6 216:20 217:13 220:24 221:2 225:15,17 226:21,22,23 227:6,13 228:16 229:8 230:6,10,14 296:9
**place**
114:2 263:24 264:1
**placebo**
372:23
**placebo-controlled**
279:9
**places**
252:7
**plaintiffs**
8:16 68:11 97:24 189:6
**plaintiffs'**
82:19 85:25 96:15 238:19 288:18 291:16 292:8 293:2 343:6, 12 357:3
**plan**
257:15
**plans**
257:14
**please**
9:5 11:18 26:5,17,18 44:18 53:2 63:16 70:14 90:5 95:25 96:22 102:16 103:23 108:5 110:2 114:4 126:12 137:6 143:24 144:5,7 145:2,7,8,13 146:9,21 147:2,7 150:6 163:8, 9 166:6 175:21 179:9,12 185:21 192:3 198:6 203:10,22 204:18 220:15 231:9 238:14 248:6 275:23 276:12,22 282:19 283:3 301:11,16 304:12 306:10 309:23 320:22 322:13 333:19 338:22 344:6 354:6,19 360:21
**pleiotropy**
71:21 73:3, 6,19,22 74:25 76:1,4
**plenty**
285:20
**point**
20:12 38:3 80:9 140:20 146:17 148:25 153:16 155:16 165:23 174:9 194:25 200:22 221:8 222:8 233:20 234:1 238:22 239:9 255:10 256:12 258:17 259:22 271:19 272:12 273:3 291:22 304:24 311:1 313:16 315:7 317:9,18 320:13 323:9,12 326:1 329:18 361:2,4 364:25 366:3
**pointed**
199:18 311:2 331:23
**pointing**
236:5 276:20
**points**
269:12 353:11
**poison**
222:5
**policy**
101:10 300:19 301:2 303:22 305:13 306:4,5 307:10,15 309:25 310:20
**polygenic**
71:21
**pool**
187:2
**poor**
311:19 327:17 329:11
**pop**
253:17
**popped**
114:19 351:14 364:11
**popping**
275:1
**population**
123:7 127:23 133:18 169:5 205:17 213:16 222:1 224:9,12 226:1,5 253:18 254:8 269:12,14 294:25 295:1
**population-based**
237:24 238:4
**populations**
12:6 71:23 274:17
**portion**
96:1 122:11 126:14 145:10 186:1 322:14
**position**
218:9,10 306:7 309:2
**positive**
13:11,14,19, 24 14:9,19 15:6,8,15 16:4,7,10, 15,16,20,22

17:6 18:4,23 19:7,13 20:22 22:8 104:2,12 155:10 156:4 192:25 193:7,8,12 194:4,13,21 195:1,2,10, 12 234:2,9 287:11 288:5,11 304:4 305:20 311:22 312:20 313:20 314:3 357:22 358:8 361:17 362:9,17
**positives** 315:2
**possession** 91:3
**possibility** 91:11
**possible** 48:25 79:20 80:4,16,21 107:5 109:9 110:10 131:20 139:7,24 150:15 221:11
**possibly** 87:22 270:16
**potential** 12:25 15:18 41:22 50:8 52:18 63:7 83:4,7,19 90:2 101:2 130:8 132:5, 15 133:19 137:17 144:14 147:19 150:8,9,13 151:3 153:17 154:10 155:13,25 159:4 164:16,20 184:22 194:2 195:15,20 232:1 236:25 255:15 271:15 273:10,24 274:3,4 371:1 372:11
**potentially** 97:2,10 99:16 164:16 195:11
**Pottegard** 27:10,20,21
**power** 349:9 352:23
**powerful** 268:11 271:12,25
**PPI** 27:8 167:11 209:3 284:24
**PPIS** 164:11 167:6,20 189:24 201:14
**practice** 157:3,7,12 160:17,19
**practices** 161:6 327:12 329:6
**practitioner** 161:24
**preamble** 128:15
**preceding** 109:22
**precise** 220:14
**preeminent** 307:24 308:2
**prefer** 68:3
**prepared** 24:6 79:9
**preparing** 30:1 44:12 50:10
**prescribed** 117:18 337:23
**prescription** 176:17,18 180:20 181:10 182:13,16, 20,25 183:2, 4,7,8 184:14,19 185:1,5 186:19 187:4,7,16 188:8,24 189:7 191:15 203:24 205:19 206:8,13 210:8,9,10 213:9 214:6 216:18,20 217:13 220:23 221:11,12,16 224:7,16,24 225:16,17 226:20,24 227:3,4 230:7,15 270:24 271:9,11 272:3,23 296:2
**prescriptions** 181:20 184:10,25 185:10 186:5,10,25 187:8,17 188:16 190:15,17 191:13,17,18 204:2 207:6 214:3,7,16 215:13 216:18 217:12 221:1,7,23 223:24 225:4,6,9, 10,15,17,21, 23 226:19,22 227:13 228:16 229:13,14 230:12 235:7,8 270:25 295:21 296:8,15
**presence** 81:23 82:2 332:13
**present** 7:18 39:4 65:2 139:4 348:15,18
**presentation** 341:15
**presented** 35:13 39:5 41:10 170:7 173:10 288:4 317:14 318:12 340:12
**presenting** 34:13
**presently** 9:14
**president** 307:6,21
**President's** 298:20 300:12,23 311:3 312:23

316:9 317:10 323:16 327:25 331:8 357:21 361:10 362:11
**presumably** 222:25 260:11 269:17
**presumption** 84:16
**pretty** 128:17 241:18 314:14,15
**prevalence** 290:19,25 291:9,15 292:16
**Prevention** 263:9
**previous** 21:15,20 237:2
**previously** 17:15 19:3 24:2 69:14 90:9 101:19 114:5 162:20 206:3 237:9 249:15 274:23 301:12 306:11 307:5 335:8 338:23 353:16 363:21
**primarily** 49:15 62:18
**primary** 12:18 157:9
**principals** 18:21
**principles** 18:16,18 22:7
**prior** 44:5 46:22 50:14,17,25 51:4,20 77:6 81:16 82:10 86:7 91:5 104:17 214:21
**private** 297:12
**privileges** 120:16
**probability** 54:10 179:14 309:17,19 353:21 354:22,25
**probable** 83:12,19,22 84:1,5,9,11, 15,18 85:1, 11,18 86:3, 5,11,21,24 87:5 93:14 94:3 125:4
**probably** 83:14 124:17 157:17 224:8
**problem** 10:8 53:12 74:10 75:5 113:25 323:8 368:14
**problems** 170:12 268:3,5,9,13
**procedure** 36:2
**proceed** 120:19
**proceedings** 7:13 9:24
**process** 62:10 63:8, 22 79:14 280:16,17 306:15
330:25
**processed** 129:18 133:13 140:25
**produce** 109:17
**produced** 309:19 354:22 355:1
**product** 81:21 112:22
**Products** 7:6 114:11
**professional** 53:24 141:19
**program** 70:19
**project** 72:9,15,18 368:22
**projects** 54:14 71:18 75:2,16,23
**prone** 62:2,3
**pronounce** 249:18
**properly** 298:23 299:7
**properties** 373:19
**property** 360:1
**proportion** 205:19 206:11 208:17 213:7
**proposing** 10:3
**proposition** 346:24
**prostate** 71:22
**prototypical** 274:2
**provide** 41:20 42:1 117:15 153:10 333:22
**provided** 28:24,25 29:2 31:16, 18,23 32:21 42:9,18 43:4,9,11, 13,17,21,23 44:1,8,11,19 45:2 46:1,8, 13,18,24 47:3,7,12, 16,23 48:3, 6,13,15,24 49:6 90:24 102:24 117:18 230:19 254:16 259:8 261:13
**provides** 203:25 334:5
**providing** 30:5 32:23
**psychiatric** 58:18
**psychology** 347:23
**PTO** 121:20
**public** 8:9 243:8
**publication** 33:4,7 35:2, 11 37:11 38:5 39:8 40:1 41:12 255:4 258:8 259:9
**publications** 17:12 253:5 258:6,8 313:11

**publicize**
302:18
**publish**
244:21
**published**
18:2 20:13
38:23 40:2
54:9,17,24
99:24 215:2
240:15,17,20
243:24
244:8,12
246:20
263:25
264:1,8,13,
20 265:22
273:18
298:21 306:2
316:17
343:10
**pull**
34:11 69:11
115:7 116:20
320:11 364:6
369:25
373:14,16
**pulled**
82:22
212:13,14
243:4 300:13
313:9 318:9
346:7
**pulling**
109:12 373:7
**purchased**
205:14
**purpose**
149:21 150:1
217:19
220:21
306:15 368:3
**purposes**
242:4,10
243:1 268:8
346:25
**put**
14:15 30:22
40:1 56:19
57:5 101:6
103:24
108:4,8,16
110:15 119:4
129:7 134:11
141:7 149:15
179:9 191:9
220:15 241:6
242:15
259:24
260:14 266:6
275:24
299:15
302:10
314:24
325:10,11
**puts**
294:17
**putting**
56:15 120:23
188:3,4
250:21
291:17,21,22
301:4 364:15
**puzzle**
169:9
**pylori**
145:17
337:10,12,14
338:19

**Q**

**qualified**
20:19
**qualifying**
97:8
**qualitatively**
96:23 99:1
309:8
**quantified**
83:18
**quantifies**
83:17
**quantitative**
138:12
**queries**
270:5
**question**
9:3,4,9
11:13 15:2
17:22 19:20
21:6 33:16
35:4 36:7,
15,16 39:22
44:17 47:5
48:22 49:4
51:17,25
52:2 57:4,
10,13 58:9
59:4 61:10
63:14,20
65:19 67:4,8
68:25 69:1
72:2 73:1,12
74:14,15,22
75:17 79:7
80:15 84:12
93:17 94:25
95:24 99:11,
22 100:8
104:6 110:7,
20 113:2,25
116:5,17
126:11,13
127:3 130:15
131:13,14,16
133:5 135:5,
13 136:16
137:8,9,11
142:5,7,15
150:7,11
152:13 154:3
158:22 162:1
165:6,12
171:15
172:11 176:6
185:14,15,
18,21,25
186:6,22
191:20
196:18,22
207:18
209:17
212:15,24
213:1 215:7
216:10
217:19
218:8,11
220:10,22
224:1,18
225:13
226:14 227:1
228:7,14,20,
22 242:9,23
248:5 256:2
259:25 262:3
267:19 271:4
279:1,12,19
280:11
281:19
287:20
302:10
319:8,11
321:8,24
322:1,13,18,
23 324:12
329:12,15
335:14 338:9
341:16
342:1,4,6,11
343:19,25
344:5 354:18
368:3 372:21
**questioning**
80:7 301:22
**questions**
11:3 22:4
52:25 53:3,
11,17 54:3
57:2 68:23
74:20 101:16
141:22 142:3
174:7 185:16
186:16 213:2
218:4 220:13
283:2 337:6
339:2
341:21,22
348:4,5,6
355:17
374:2,23

**quick**
289:24
334:19
**quite**
111:21 253:4
255:2 271:25
**quotations**
300:2
**quote**
127:4 233:20
242:15
299:12,14
300:4 320:2
321:13
340:18 354:9
363:11
364:14
365:3,4,5,6,
8
**quoted**
321:9
**quotes**
144:17 146:5
299:3 321:11
**quoting**
313:12

**R**

**rabbit**
182:10
**race**
283:23
**racial**
346:25
**Rademacher**
314:8 318:1
321:20
322:6,22
323:1
**Rademacher's**
321:21
**radically**
210:3
**raise**
185:16
**raised**
177:25 178:6
186:23
228:20
273:16,17
357:20
**random**
309:20 354:9
**randomized**
370:5,16
372:2 373:8,
10
**range**
140:5,6,7
141:8 256:25
259:21
**ranged**
16:18
**ranitidine**
7:6 15:13
20:14 23:21
25:20 27:7,8
29:15 35:22
39:3 41:24
49:15,20
50:8,12
81:16 82:2,
20 85:24
90:2 94:22
95:10,12,14,
18 96:6,14
97:12,13,15,
23,25 98:6,
11 99:23
100:1,10,20
101:2,5,13
111:15
114:11
125:5,22
127:14
129:15 130:9
134:9 135:22
139:7,20
147:4 150:10
151:6
154:13,20
156:3 164:10
166:24
167:5,9,14,
24 168:2,5,
18 169:18
170:21
171:20 179:6
180:4 181:19
183:19,20,24
188:1,8
189:7,12,13,
17,24 190:4,
19 194:1,3
195:9,12,18
196:9 197:9,
14,19,22
198:19
199:19
205:8,12,18,
20 208:19,22
209:1 213:25
214:8 215:1,
20 216:6,12
220:11,23
222:3
223:11,16,
21,23 224:5,
15,24 229:15
235:23 238:5
239:7,19
248:15
249:3,8
253:20,21
254:1,12
255:16 262:2
271:13
272:25 273:4
274:9,19
275:15 276:3
277:12
278:8,21
279:22
280:20
283:18
284:7,15,24
285:1,13,24
286:9,11
287:5,11
289:17
290:18,24
291:9 293:3
305:23
316:15
330:7,16
337:19
338:10,17,18
342:24
343:11,13,16
345:17 357:5
359:10
373:12
**rat**
88:4,9
**rate**
169:3 205:20
253:18
254:1,2
340:22
341:19
345:11
**rates**
132:7 171:11
172:1 173:10
253:21,22
258:20,21
269:13
339:13,21,
23,25 342:20
**ratio**
19:23 20:8,
21 180:7,11
190:8,17,20,
23 191:2
**ratios**
188:10
340:9,13
**rats**
111:4
**Rawla**
340:21
341:6,12,18
342:18
**re-**
63:16
**re-tweeted**
335:11,17
349:5,21
350:3,12,13,
21,23 351:6,

8,9,19
**re-tweeting**
350:6
**reach**
125:6
**read**
63:16 74:1 80:15 92:25 93:6 94:7,8, 11 95:25 96:2 97:4 106:17,23 108:21 110:14 115:15,16,17 119:7,9,20 121:5 126:12,15 146:21 151:17 162:3 163:9 179:12,18 180:3 185:20,24 186:2,11 189:23 190:1 191:10 198:22,23 203:11,23 204:5,8,13 205:2,3 232:20 238:1 240:8 244:9 292:15 299:4,5,17, 18 302:5,15 306:13 310:5 322:12,15 328:24 364:23,24
**readable**
120:22
**reading**
34:19 42:11 75:14 107:19 325:24 334:1
**reads**
110:7 320:12
**ready**
57:20,24 73:1 102:6,9 111:25 112:11 302:11 364:18
**real**
44:17 53:14 85:9 141:17 222:20 232:2 314:15 316:11 327:23 358:14
**reality**
188:14 362:6
**realize**
191:10 283:11
**realm**
316:4 333:5
**realty**
317:21
**reask**
19:20
**reason**
9:4 14:21 15:2,9 35:9 89:19 153:13,20 169:16 209:13 344:17 361:16 372:9
**reasonable**
239:21
**reasons**
254:6
**reasserting**
218:9
**Rebuttable**
29:13
**rebuttal**
29:10,11,20 374:4
**recall**
48:5,11 82:1 128:14,16 163:1 252:12 334:23,25 335:4 373:1
**recalled**
81:22
**receive**
48:10
**received**
224:23 229:7 230:11 235:7 347:20
**recent**
59:6 149:10 205:10 366:15 369:15
**recently**
29:3 89:15 298:21
**receptor**
41:23
**recess**
59:22 112:6 177:11 227:23 247:8 293:17 336:22 374:17
**recognize**
334:3 352:10,12
**recollection**
335:13,25 336:7 371:19
**record**
7:2,14 8:21 57:16,21 59:21 60:1 96:1 107:16 108:2,6,16, 22 112:5,9 117:20,21,24 118:2,3,5,7, 25 119:24 120:4,6 121:24 122:2 126:14 137:3 141:12 177:10,15,17 186:1 219:25 227:22 228:2 247:7,12 256:13 271:11,24 272:2,3 283:5 293:16,21 322:14 336:21 337:1 374:16,21 375:16
**recorded**
162:7,8 163:12,22 255:24 272:22
**RECORDING**
117:25
**records**
135:3 214:6
**recreate**
48:18,23 49:7
**rectal**
292:11 317:24 318:17
**red**
92:15 107:9 108:8 129:17 133:13 140:25 345:1
**redeemed**
181:19
**reduce**
327:12 329:6
**reduced**
107:4 109:8 110:9 277:1
**refer**
133:22 172:2 292:17 363:7 369:25

**reference** 35:24 59:1 148:3,19 149:1 150:2, 21 151:24 152:1,4 153:7,11 212:12 222:12 304:13 349:24 350:14 363:15,16 364:1 367:1
**referenced** 32:4,7 40:13 91:22 349:6 367:4
**references** 25:3,5 31:4, 7 43:1 49:11,22 91:19,24 92:8 99:8 340:20
**referred** 15:6 96:1 126:14 186:1 303:16 322:14
**referring** 16:1 99:5 116:23 173:9,23 174:2,11 176:1 241:1 302:13 303:9 307:21 334:25
**refers** 335:22
**reflecting** 318:14
**reflux** 151:20,22 152:22 163:21 164:3,25 165:16 167:16 169:4 277:18
**reformers** 360:25
**refresh** 114:16 310:16
**refreshed** 269:23
**regard** 161:7 195:19 228:21 270:20,24
**regarding** 60:4 192:13 230:2 300:9 333:23 340:23
**Register** 160:25 161:10
**registries** 160:24 181:14 184:2
**registry** 160:24 161:1,3,9, 14,22 162:8 163:12 172:3,18,23 173:13 174:3,4,10, 13,16,25 175:12 176:2,10,17, 21,24 177:7 203:24
**rejected** 262:20,25 263:11,21,23
**related** 15:4 128:2
**relation** 357:13 358:2
**relationship** 73:6 100:9 151:6 156:3 165:2 223:20 274:4 342:22
**relationships** 338:8
**relative** 13:7,10 14:3 21:12,16 155:14 186:10 242:20 287:17 313:18,22 314:18 315:6,19,22 316:6 317:22 319:16 322:10 325:3,11,12 326:9,12,14 331:18 358:23,24 362:16 365:11
**relaxed** 152:21
**relaxes** 148:7 151:20 152:8
**releases** 148:8
**relevance** 373:8
**relevant** 43:24,25 45:22 47:8, 12,20,21 51:8 72:17 111:9 142:4 172:4 186:22 191:16 304:8
**reliable** 20:6 97:17 98:2,6,10, 13,16 99:25 235:22 330:15
**relief** 277:19
**rely** 154:6 368:2
**relying** 318:1
**remain** 255:22
**remainder** 374:3
**remember** 18:7,13 57:17 134:10 156:19 201:20,24 237:4 256:24 257:23 292:24 366:3
**remind** 11:8
**reminder** 16:24
**remote** 7:2,13 9:24 375:13
**remotely** 7:20
**remove** 100:22
**removed** 82:16 83:1,6 96:6 100:5, 20 203:25 255:13 280:3
**repeat** 9:5 48:21 95:23 126:11 165:11 368:15
**repeatedly** 107:24
**rephrase** 9:6
**replicability** 304:2
**replicate** 226:8 240:11

245:1 356:23
**replicated**
20:11 304:5 311:7 356:22 358:5
**replicates**
330:4
**replicating**
17:15 19:2 21:15 311:14 328:13 330:13
**replication**
331:10 357:23
**replying**
335:4
**report**
16:21 24:1, 6,12,19,23 25:7,9 27:18,23 28:17,20 29:1,10,11, 13,17,23 30:1,7,12,22 31:20,24 32:18,20,25 37:5 41:18, 20 42:2 43:8,15,24 44:12,15,24 45:12,15,23 47:9,10,14, 18,22 48:9 49:2 50:3,10 61:3 64:6 66:19 67:1, 2,6 77:22,25 81:6 87:7 88:13 89:1 91:21 93:13 95:8 96:18 98:1 101:23 103:2,5,9, 18,21 104:23 105:6,9,15 111:12 114:23 116:13,22 133:22 138:17,21 139:13 140:18 141:7 142:21 143:5 145:2 148:24 149:16,19 151:9 162:4 163:4,5,7 170:21 181:6 187:21,23,25 215:6,8 231:7 238:17 244:13 250:5,23 252:14,17,22 253:1 262:9 290:12 292:15,22 298:9,18 302:23,24 303:4 313:7, 9,17,18 315:10 317:2,8,16 318:11,19 319:4,15,16, 17 320:1,3, 4,11,18,21 321:3,6,8, 10,12 322:5 323:10 324:7 325:2 330:15 346:17 354:14 355:14 361:2 365:4 366:1 369:3
**report's**
41:25
**reportable**
161:13
**reported**
19:3 83:19 111:17 139:15 140:6 142:21 143:2 172:9 180:11 202:1 216:22 258:21 292:23 314:18 318:25 319:5,23 326:4
**reporter**
7:8,12,15 11:4 17:8,23 96:2 119:23 120:3 126:8, 15 131:4 167:1 186:2 190:22 204:9,12 257:18 284:11 290:22 322:15 326:19 371:14
**reporting**
7:19 8:4 143:2 182:5, 7 194:9 223:15 238:20 316:11
**reports**
29:20 48:2 182:2
**represent**
90:12 275:12
**representation**
368:2
**representatives**
7:10
**represented**
318:14 339:23
**representing**
8:15 276:6 281:20
**reproduce**
311:10
**reproducibility**
311:11
**reproductive**
58:17
**reputable**
128:23
**request**
24:9 41:3 137:4,7 242:8
**Request.xls.**
29:9
**requesting**
243:18
**required**
36:1 38:5 299:14 313:14
**requirement**
133:17
**research**
32:21 50:11, 14,18,23 51:1,4,20 52:6,13 70:19 71:20 72:19 83:11 91:13 246:3, 4,9,14 258:3 268:4,12 272:1 339:9 361:14
**researcher**
245:7
**Researchers**
334:3
**reserve**
18:23 374:2
**residual**
195:23 232:24
**resist**
10:13

**respect**
225:2
**respond**
57:9 219:5
344:4 360:12
**responding**
335:11 344:2
**response**
53:9 105:20
295:13,20
296:21 297:1
300:14 349:6
**responsive**
191:20
**rest**
28:17 342:7
352:9 375:3
**restate**
63:14,20
73:12 127:2
154:3 322:17
**restrict**
185:9 188:15
**restricted**
122:14 124:6
129:23
186:24 187:8
230:11
**restricting**
19:7 185:13
**restroom**
227:17
**result**
16:21 17:16
19:3 61:1
77:13 96:25
153:2 156:14
194:8,22
196:3 198:17
201:25 202:3
288:4 292:13
309:5 318:12
328:8,10,12
331:15,22
**resulting**
260:25
288:10
**results**
20:20 29:6,8
31:15 34:5,
14,20 35:14,
18 36:19
38:22 39:5,
12,16,24
40:8,12,16,
21 41:1,8,11
52:20 145:25
175:16
179:14
189:24
194:12
198:22,24
199:6
209:15,24
210:4 211:16
212:20
214:24 217:7
221:25
225:11
226:6,7,12
227:9
238:20,23
239:6,8,19,
23 241:14
242:7,16,18,
19 244:4,19
254:23 287:9
288:1 291:21
292:5,6
298:13 304:2
305:21,22
311:22
313:21
314:22
315:16
316:14
317:18
318:21
321:22
325:19 327:2
328:2 330:12
332:1 345:2
357:5 358:5
362:10
372:10,13
**retained**
24:11
**retire**
308:3,6
362:13
**retiring**
308:16
**retrieved**
163:18
**return**
84:9 111:12
326:25 339:1
358:20 359:8
**reveal**
241:14
242:2,9,24
**revealed**
368:14
**reverse**
164:21
**review**
24:19 25:23
31:14 34:25
42:7,24
46:23 47:21
48:8 54:12
87:4,8 92:7
94:16 102:2,
8,11 116:9
138:23 139:2
144:23
192:19
205:11
206:14
216:24
257:11
263:18,21
318:18
338:13
352:25
**reviewed**
31:10,12
44:1,10,19
45:2,6,13,14
46:1,4,7
47:13,17
49:1 99:7
114:22
116:11,18,19
295:8 343:10
**reviewing**
42:8,18
46:13,24,25
250:20
**rid**
323:19
**right**
9:13 11:14
12:7 13:12,
21 18:19
19:19 21:8
22:17 24:14
25:7,12,18
26:12,19
27:13 28:3,9
29:18 30:3
31:11,15
36:16,22
37:25 39:24
40:8 41:17
42:20 48:19,
25 50:6
53:22 54:16
55:8,13,17
60:13 61:22
62:11,16,23
63:1,4,19
64:3,4 65:13
70:5,23 71:1
72:14,16,19
73:21 76:12,
23,25 77:4,
9,18 78:20
79:3,10
82:8,11,13,
14,23 85:7
87:14,23
92:6,19,22
94:11 95:23
97:19 100:21
101:7,17
103:3,15,17,
25 104:14
114:13
115:11
116:24 117:4

118:16
121:23
122:3,8
124:1,23
128:10
131:9,23
132:12,20
134:2,16
140:3,13
142:24
143:18 144:9
145:7 146:6
152:4 153:15
154:7
156:16,25
157:15
158:5,18
168:10,24
170:5 172:20
174:13
175:8,16
176:13 177:8
178:9 181:16
182:14,21
183:25
184:10,15,17
185:11,18
186:7
188:18,23
192:5
193:15,23,25
194:5,18
196:2,18,19,
23 197:2,9,
11,18 198:9
199:20,24
200:16,17,20
201:15,17,18
202:4,19
203:3,5
204:15
205:15
206:6,16
207:24 209:7
212:4
213:11,17,19
214:3,14,19
215:18,25
216:2,15,17
217:9 221:4,
5,17 222:4,
11 224:25
225:5,8,23
227:7,11,15
228:13,18
229:13,18
230:16
231:1,17
232:16
236:23
237:16
238:17
239:2,12
240:8,13,15,
21,25 241:3,
16 243:8
244:9,22
245:9,12,19,
20 248:2,6,
17,22 249:5,
10,12,13,21
250:5 251:1,
2,4,8
254:13,24
259:18
261:4,5
264:3 265:23
266:1,5,10,
19 267:4,18
268:9,24
269:9,10
270:15,19
275:11,14
276:3,17
277:20 279:2
281:9 282:22
283:19
284:4,7,12
285:3,5,6,
15,21,23
286:3,5,16,
24 287:6
288:16,19
290:1,4
292:19
295:25 296:5
298:10,17
299:4,17
300:1
302:21,22
303:16
308:7,22
312:16
313:16
314:14
315:11
317:12,14
319:2,24
321:12,14
323:8,12
324:4,25
327:4 333:10
334:8,9
335:19
336:13
337:16
338:11,19,21
339:16,17
346:16
347:6,13,14
348:9,10
350:22
352:14,17
359:11,15
362:5,15,17
363:9,10,18
365:23
366:18
367:1,2,11,
19 368:15
370:16

**right-hand**
145:16
198:16 201:1

**rigor**
298:24

**rise**
234:6

**risk**
12:23 13:5,
7,10,18 14:3
18:10 19:12,
13,23 20:8,
21 21:12,16
71:21 80:14
81:17 82:5,
7,13 83:3
114:9 125:5,
7,8,12,13
146:25
147:16
155:14 164:4
175:7 186:10
188:10
195:6,7
238:7 242:20
244:2,13,18
285:19
286:1,6
290:3,8,19,
25 291:10,15
292:1,9,16
293:8
313:18,22
314:9,12,16,
18,22 315:6,
7,13,17,19,
20,22 316:1,
6,8 317:3,
20,22 318:14
319:20
320:14
321:17,19,22
322:10
323:6,14,22
325:4,7,11,
12,16,19
326:2,3,9,
10,12,14
327:2 331:19
337:14
358:23,24
362:16,17
365:12

**risks**
287:17
319:17 325:3

**Robert**
346:5

**role**
15:17 72:17

**Roman**
363:4

**Ronca**
8:13,15 9:19,23 10:9,12,14 17:3,19 23:25 24:4 26:4,15 27:24 32:14 42:10 51:24 52:1,22 53:5,9,13, 18,22 54:2, 6,8 56:8,10, 18,25 57:3, 8,13,25 58:5,10,13 60:2 66:15, 20 69:10,25 70:13 74:5, 8,12,16 80:8,14 81:4,13 85:2 90:4,11,17 92:11 94:5 95:1,25 96:21 100:17,18 101:18,21 103:23 105:21 106:4,25 107:23 108:7,12 109:1,5,7, 10,21 110:2, 6,17,20,25 111:18,22 112:2,10,23 113:22,24 114:7 115:5, 25 116:6,16, 24 117:9,17 118:4,7,11, 13,24 119:1, 8,14,18 120:5,9 121:6,23 122:3 124:24 126:12 132:21 136:12,15, 19,24 137:8 141:5,12,25 142:19 143:23 144:4 145:1,13 146:9,14 147:2 151:8 160:2,6,12 161:18 162:13,19 165:6,23,24 166:6 171:1, 5,15,17 173:25 177:16 178:13,16,21 179:9 181:3 185:20,24 189:19 191:7 192:2 198:5 199:10 200:12 202:5,10,20 203:2,20 204:18 205:24 207:12 211:13 212:2,7 213:21 217:20,22 218:5,25 219:7,13,24 220:17,20 228:3 231:8 232:18,25 237:7,12,16, 25 238:13 239:15 247:2,13,15 248:1 249:11 250:7 261:13 274:21 275:2,8,10 276:4,9 278:23 281:1,23 282:2,7,9, 15,18,20 283:1,8 288:20 289:2 293:13,22 297:3,15,23 298:2,4,15 301:11,16, 19,24 302:4 304:11 306:9,16 308:24 309:11,23 312:7 320:22,25 321:7 322:12,17 324:13,19 327:5 328:22,24 331:11 333:18 334:15,20 335:6 336:4, 11 337:2 338:21,25 341:17 344:1 345:18 346:3,9 348:25 352:1 353:13 354:5,11,19 357:9 358:15 359:23 360:20 363:2,19 364:4,10,13 368:6,12 369:13 373:25 374:5,9 375:1,10

**Ronnie**
249:19

**room**
7:18 9:20 11:23 132:25 163:15 175:2 228:7

**Rothman**
308:10 352:3

**ROTMAN**
297:17

**row**
288:21

**rubric**
54:21

**rule**
29:10 113:6, 20 228:5

**ruled**
83:10

**rules**
36:2 327:14 329:8

**running**
66:17 88:11 120:8 283:5

## S

**S-C-H-M**
297:24

**S-C-H-M-I-T-Z-E-R**
298:1

**S-E-E-R**
339:4

**S-M**
297:23

**sabbatical**
86:14,17,19, 25

**sake**
190:14

**salary**
348:22

**sample**
258:1

**samples**
251:3

**Sander**
335:1,11,17, 21 349:5

350:3,4
352:3
**Sandler**
308:7
**Sanofi**
48:4
**sarcasm**
141:19
**save**
154:25
**saying**
15:23,25
20:24 21:3,4
47:15 68:15
86:3,8 106:9
116:10
125:10 137:6
142:18,20
153:14
156:9,12
186:7
196:13,25
197:4,5
222:4,7
248:14 254:7
282:5 294:9
312:25
313:15,24
314:25 315:3
316:10
323:19
330:10
332:19 333:7
341:9 354:17
362:16
365:19
368:17,20,23
370:14 371:9
**says**
42:22 46:10,
23 59:13
70:24 71:9,
17 72:17
73:25 74:9
93:1 103:9,
20 104:8,12,
16 107:2
121:20 125:2
128:15,16,25
145:14,17
146:18 148:2
166:18,22
167:3,17,19
179:25 180:8
204:21
237:20
269:11
277:19
279:5,16
281:15,24
284:23
294:13
298:16
305:17 314:2
320:23
327:11 336:5
337:16 350:2
351:1
**scan**
26:24 27:21
310:4
**school**
142:17
**science**
12:4 325:23
**sciences**
304:1 347:22
**scientific**
35:13 72:8
81:9,15
82:4,17
253:7 261:25
304:4 309:24
310:19
311:9,17
327:13,15
328:1 329:7,
9 330:23,25
332:4
**scientificall y**
357:12 358:1
**scope**
61:3 64:6
66:18 67:5,7
88:12
**scores**
71:21
**Scottish**
156:18
157:22
158:15
**screaming**
173:22 174:7
**screen**
42:12 56:4,
13,24 110:4
115:17 116:7
180:2 199:12
241:5 275:3,
9
**screenshot**
56:19,23
200:14
202:6,21
232:25 289:5
350:5
**screenshottin g**
57:7
**scroll**
72:22
**search**
42:7,17,24
258:22
**searched**
52:9
**searching**
74:12
**sec**
101:24
**second**
23:11 52:8
90:4,18
146:17 147:7
151:14
163:8,25
165:19 167:9
173:17
182:20,24
183:4,8
203:21,24
211:14
215:17
222:25
226:21
234:22
275:16 297:7
298:14,16
301:17 302:9
321:2 328:12
336:14 337:5
349:12 364:5
365:13
**section**
27:9 35:25
38:14,19
70:14 106:18
115:10 122:7
144:8 279:16
298:11 313:9
337:21 363:4
366:4
**sections**
42:11 58:16
**see**
11:4,21
15:3,7 19:11
22:2,14,20
23:1 27:4,21
35:20 37:13
56:3 57:19
58:2 69:13,
19 75:4 90:7
92:7 99:8
102:3 107:8,
9 109:14,22
110:1 113:19
122:10,17,18
123:6 128:6,
9 129:4,6
138:11 144:6
145:4,10
148:24
149:13,19
150:24
152:19 153:5
154:5 171:17
174:19
183:19 184:7
192:6 197:24

199:14,23 201:7 204:21 207:15 208:10 212:8 213:25 217:16 222:2 231:7 232:5, 9,11,15 239:6,18 246:20 248:10,12,14 250:14,17,18 254:17 265:10 269:7 275:2,8,9, 19,25 276:18 277:4 279:11,13,24 280:22 281:5,6 283:16 287:10 306:17 309:10 310:11 311:5 317:8,13 320:19 321:4 325:3 326:16 337:6,8 341:1 349:19 350:6 356:22 364:5 371:9, 12

**seeing**
26:2 93:19 114:14 119:13 120:2 132:21 139:12 143:12 191:1 192:20 193:4,6 194:8 196:3, 4 216:25 229:10 236:23 253:21 257:12,20 275:1 305:22 330:9 338:14,15 342:19 357:24 372:6

**seeking**
242:3,25

**SEER**
339:3,21,23 340:4 341:3, 10

**segment**
25:22

**selective**
236:5,21 238:20,24

**self-recall**
271:18

**seminal**
363:17,24

**send**
263:16

**sending**
263:22

**senior**
240:24 249:19 264:2

**Senn**
352:7

**sense**
60:16 62:12 65:1 132:1 223:3 224:9 250:25 273:20

**sensitive**
239:6,8,19 372:10

**sensitivity**
210:1 217:4 235:9 239:5, 18 344:9,13, 24 372:7,12

**sentence**
45:1 46:9 72:7 75:18 81:8,11 93:1 94:6 96:22 97:9 98:25 107:9 108:15,21 109:2,12,15, 20,23 110:7 115:7,9 144:7,10 146:20 147:7 151:13,14,15 203:10,22 204:25 232:20 234:19 237:17,20,22 238:2 239:16 240:10 270:22 301:14 302:5,15 303:25 311:3 312:23,24 315:12 327:24 328:18,25 330:19 331:8 332:2,11 343:21 357:21 365:13

**sentences**
361:7

**separate**
35:16 58:16 146:24 256:1

**separately**
215:16

**SER**
341:7

**serious**
311:4 327:25

**Services**
42:15

**session**
288:25 345:3

**set**
40:3,12 41:13 70:10 242:7 251:13 310:25

**sets**
121:12 253:16,23

**seven**
25:23,25 26:7,11,21 27:4,6 122:14 123:14 124:7 125:10,18,25 126:6,21 127:9 128:12 129:20,23 133:23 134:19 135:8 136:2,5 144:12 281:18

**seventh**
146:17

**several**
60:25 63:12 68:21 80:1 177:18 178:20 269:11

**severe**
203:17

**sewer**
60:25

**sex**
283:23

**share**
56:4,13 110:3 199:12 243:19 294:19

**shared**
29:6 73:4, 17,23 74:24 76:1 115:19 251:25

**sharing**
40:11 58:6 59:5

**shell**

260:15
**shifting**
343:6
**short**
128:1,8
**short-circuit**
355:15
**short-term**
125:5,12,23
276:14,15
277:7,17,23
**shortcoming**
203:17
**shorter**
127:18
133:11,14
334:24
**should've**
27:20
**show**
19:24 57:9,
11 100:8
110:4 153:22
202:13 228:4
233:15,18
252:14,22
290:12 314:6
345:6 351:13
356:5
**showed**
21:15 214:25
236:8,10
328:7 344:9,
14 372:13
**showing**
72:24 98:15
274:18
316:16
**shown**
133:12
268:11
355:22
**shows**
205:18
235:2,13
279:2 283:17
328:8 343:3

362:17
**sic**
87:13 133:25
269:12 341:7
**side**
145:16
198:17 201:1
202:17 223:2
269:10
275:24
281:7,14
311:15 347:9
360:18
369:12
**sidebar**
211:23 218:2
**sides**
277:3,9
**signals**
10:1
**signed**
308:15
**significance**
283:18
284:23
292:22
298:22
299:8,12,22
300:9 303:2,
7 306:21
308:4,17
309:15 317:2
331:14
332:3,5,8
357:11
358:17
359:25
360:2,17,23,
24 361:5,15,
24 362:8
365:17
**significance'**
330:21
**significant**
284:17
285:10,15,17
286:12,15,18
287:4,22

289:12
290:9,11
291:12,18
292:17 309:5
330:3 359:1,
21 362:1
**similar**
21:19 23:22
96:24 99:2
129:14
140:21
205:20
208:11
209:10
230:10
252:20
258:20 341:2
**similarities**
155:8
**simple**
142:2 218:11
**simplest**
60:16 76:5
**simply**
106:4 258:13
**single**
47:1 60:21,
24 64:17,18,
24 65:16,18
66:2,5,11
67:23 69:2
79:15,16
123:18
128:12 202:2
250:16
251:21
271:19 373:7
**sir**
74:11 75:18
142:21 213:1
**sit**
137:21 152:6
342:13
**site**
263:25
**sitting**
336:18
360:11

**situation**
20:3,13,14
77:11 84:22
85:15,21
86:9 149:15
183:1 197:24
299:24 300:4
329:25
330:7,8,11
332:24
333:4,10
356:14,21
357:2 359:9
372:4
**situations**
77:12 361:12
**sixteen**
154:8
**sixth**
92:12 269:5
**size**
215:25
216:5,6
258:2
331:14,17
358:18 365:9
**sketch**
70:4
**skipped**
352:8
**slide**
276:11,22
277:6,16,22
278:2,6,24
279:2,5
280:1,14,18
281:8,11,12
282:19
335:20
350:11
354:19 357:9
358:15
359:23
**slight**
364:21
365:15
**slightly**
137:11

329:25
**slow**
132:12
**slower**
204:9
**small**
42:13 222:15
311:12
328:10
332:20
356:23
358:18,22
362:19
**smaller**
195:16
332:12
**Smith**
368:18
**smoke**
158:8
159:11,12
**smoked**
159:10
**smokers**
151:2 158:1
193:22
194:19 196:9
197:1,2,19
285:14
**smoking**
144:21
147:1,15,18,
22 148:17
150:8,14,16,
17,22 151:3,
19 153:15,
17,21,23,24
154:23
155:3,10,12,
18,22 156:2,
4,6,10,13,
16,25 157:22
158:10,11,
19,23,24
159:22,23
192:6,8,13,
16,18,21,24
193:1,5,25
194:4,10,11,
21 195:6,16
196:5,13
212:25
230:21
231:5,14,16,
20,21
232:10,11,23
233:12,17,
19,21,24
234:8,13,14,
17,20 235:15
236:11,14,18
237:1 240:2
344:15,19
**sneering**
218:3
**snide**
218:3
**social**
58:21 347:22
**societies**
171:24
**society**
173:5
**soft**
132:23
**sold**
204:2 206:12
213:8
**solution**
281:25
282:22
**someone's**
126:25
**something's**
341:10
**sound**
171:22
**sounded**
312:9
**sounds**
294:1 314:14
348:10
**source**
128:18
161:21
173:1,17,18
253:8 264:11
273:10
**sources**
173:15
270:13
**South**
114:12
**space**
39:20
**speak**
177:23
178:12
219:25
**SPEAKER**
126:23
**speaking**
126:9
136:12,20
165:5 174:1
219:9
**speaks**
59:11
**species**
93:3,7
**specific**
21:2,5 22:1,
5,14,16,20
23:1,2,5
61:6,12 63:3
64:9,19 65:2
72:10 73:24
84:22 85:15
86:9 93:23
97:21 138:24
139:12
142:11
149:13 272:5
310:1,21
319:19 325:1
365:5,6
373:5,15
**specifically**
23:20 34:14
38:21 40:11,
25 100:8
105:15
135:25
143:21 151:5
170:14
174:12
192:15,17
257:13
294:15
300:15
318:16,17
332:8 338:9
372:2,3
**specify**
214:15
**spectacularly**
369:16,20
370:20
**speculate**
89:8 106:1
**spend**
86:12
**spent**
268:12
**sphincter**
148:8 151:21
152:9,21
**spoke**
85:4
**spoken**
132:23
**spreadsheet**
29:6 31:22
32:2 33:17,
25 34:3
35:5,14,16,
21 36:8,11
37:10 38:17
**spreadsheets**
37:6,17,20,
22
**Springer.com**
350:16
**stabilized**
179:3,13
**stable**
259:21
**staff**
300:17
303:10

**staffer** 304:16
**stamped** 91:7
**standard** 140:22
**standards** 339:9
**standpoint** 133:16
**stands** 92:18 157:11
**Stanford** 348:19,20
**start** 67:23 69:2 75:14 77:18 78:19 149:8 182:9 183:14 185:25 188:5 204:21 205:5 232:13 241:12 257:19 288:24 301:21
**started** 130:22 134:7 135:1 165:6 180:19 182:12,20 183:2,3 184:12,16 186:18 219:9 229:25 316:10
**starting** 27:19 162:6 204:24 209:9 264:10
**starts** 26:23 42:14 237:23 269:2
**stat** 212:18
**state** 8:20 38:21 107:16 108:6 300:25 318:16 338:6
**stated** 17:5 98:1 99:20 292:12 327:24
**statement** 7:13 22:2 65:24 70:23 71:24 72:3,4 77:17 85:14 94:19 97:6 107:6 110:12 123:23 124:19 126:20 127:8 129:5,6 148:17 149:1,2,7 150:2,20,21 151:1,25 152:4,7 153:11 177:17 222:23 224:2 300:8 301:5 302:16,19, 20,25 303:1 305:20 306:2,14,21, 24 307:12 308:14 309:14,16 311:17 313:6 323:8 325:9 327:6,7,8,18 329:4 331:2 333:13,16 334:2 335:17 350:3,8,22 351:8 353:18 354:4 356:8 359:4,12 362:11,12
**statements** 25:6 153:6 204:4,14 333:6
**states** 12:5 253:25 256:15 266:12
**stating** 323:22
**statistical** 133:16 292:21 298:20 299:12,22 300:7,9,11, 17 303:1,2,7 304:18,23,25 305:4,14 306:21 307:2,6,22 308:4,17 309:14 313:21 317:1 330:3,20 331:13 332:3,8 335:22 345:11 347:8 349:8 352:21 357:11 358:17 359:25 360:2,16,23 361:1,15,23 362:8 365:16
**statistically** 164:13 285:17 286:18 287:4 289:11 290:11 291:12,18 292:17 309:5 331:5 359:1, 21 361:25
**Statistician** 303:20 307:9 323:19
**statisticians** 299:20 300:14,18 303:5 307:24 308:2,16 323:17 361:11
**statistics** 210:17 222:2 340:5 345:10 346:6,13 347:12,22 352:6
**stats** 212:9
**stay** 117:20 255:17,20 256:10 258:10 259:13,17 262:5 334:21
**stayed** 258:14
**staying** 119:24 120:4
**stays** 260:16
**stenographic** 117:21 118:4 120:6
**steps** 60:25 63:12 80:1
**Steve** 7:9
**Steven** 56:11 352:4, 7
**stomach** 148:8 164:5 201:5,12,14 286:22 290:4 314:9 315:14 321:17 323:7,22 325:8 326:10,15

**stop** 36:15 136:12 163:25 172:21 206:1 218:6
**stopping** 165:23
**straight** 53:10 115:6
**straightforward** 108:25 193:11
**strategy** 258:22
**stratified** 199:6
**strength** 14:11 15:9 232:3 364:16 365:10
**strengths** 255:7
**strict** 13:23 361:18
**strike** 36:18 60:22 99:12 191:23 211:22 212:12 246:23 326:22 334:14,15 360:14 368:10 369:11,13
**strong** 17:16 20:5 84:15 158:8 201:25 290:3,6,7
**stronger** 235:17
**strongest** 147:16
**strongly** 154:6
**students** 347:12,23
**studied** 61:14 87:21 147:20 165:3 258:19 309:18 360:1
**studies** 12:4 17:4 20:14 25:19, 23,24 26:1, 11,12 41:21 42:2 49:10, 12,14,22 50:4 51:8,18 54:17 62:25 65:17 67:10 68:18 69:8 70:18 71:15 83:21 84:2 89:4,7 90:3 93:2,13,15 94:1,21 95:5 97:21 100:7 101:1,13 104:22 105:16 106:9,19,22 111:7,11 115:1 124:12 125:21 128:19 133:21 135:7 136:4,10 137:18 138:19,24 139:11,15 140:10,14, 23,24 143:11,13 147:13 149:11,14 151:5 152:18,23 153:1,3,22 154:5,8,16, 20 155:24 156:19,24 157:2 158:15 160:8 170:9 183:23 187:12 188:2 195:21 196:5 208:14 223:13,14 226:8 231:13,24 232:16 233:15 234:16 236:18 237:2,3 240:11 244:25 250:4 252:19 253:9 255:2,3,6,14 261:17 262:1 267:13 268:16 271:24 272:13 273:5 294:11 295:8 304:6 311:9 316:18 318:10,19,20 343:8,9 357:5 358:9 367:16 368:19 372:5 373:11,21
**study** 13:8 20:7,20 21:15,21 23:17,22 26:20 27:12 34:4 39:18 51:11,15 52:17 55:2 61:21,23 62:1 88:4,10 89:7,11,21, 24 114:9,12 115:11 122:7,21 123:2,21 124:2,4,5, 10,15,18,22 125:16,21 126:6,18,20 127:5,8,13, 16 130:11 131:17 133:13 134:22 135:11,19 136:1 137:21 139:5,21 140:1,16 143:3 144:21 146:11,12 147:11 155:6 156:15 158:4,14 159:3,5,6, 16,25 164:19 165:2,14 166:1,4 172:15 174:21 181:8,12,15 183:14,15 192:12,22 194:9 195:13,17,25 197:13 203:14,17 204:6,15 205:11 209:7,15,24 211:16 212:20 213:20 214:24 215:2,8,11 217:2 223:12,17,24 224:6 226:12 227:10 229:1 230:15 233:18,25 234:1,5,6,18 235:1,2,20, 24 236:19,20 237:5,24 238:5 239:17 240:15,17,20

241:2,9 242:19 249:18 250:20,24 251:2 253:10,12, 13,14,20,24 254:4,9,11 255:9,13,25 256:1,4,19 261:1 262:5, 8,9,10,12, 16,20 266:1 267:17,20, 24,25 268:2, 14,23 272:5, 6 285:21 287:9 292:7, 11,18 295:10 304:2,8 318:4 324:2 325:13 327:1 333:7,8 337:4,9 339:22 345:13 358:24 369:16,22,25 370:2,8,15, 18,19,23,24 371:2,4 372:16,23 373:5,9,10, 24

**study's** 299:9

**studying** 61:16 274:3

**stuff** 218:15 272:8

**sub-analysis** 185:11 202:3

**subject** 18:25 113:15 135:16 218:11 271:23

**subjects** 224:5 337:10

**submitted** 163:5

**subscription** 264:15

**substance** 60:4,11 112:13

**substantially** 332:25 340:1 346:24 356:4 357:12

**substantively** 358:2

**subsumed** 36:12

**suddenly** 128:12 287:10 299:25

**suffer** 223:2

**sufficient** 79:6 123:21 129:16 287:16

**sufficiently** 255:12 288:3

**suggested** 315:6

**suggesting** 232:23 258:22

**suggestion** 345:3

**suggests** 20:10

**suitable** 263:25

**sum** 294:6

**summary** 147:10,12 213:15

**summation** 294:2,12,24

**superficially** 88:14

**supplemental** 33:1 37:18, 19 38:4,17 204:22 205:23 206:15

**supplementary** 33:6 162:17 205:4,18

**support** 7:11 223:19

**Support.com.** 298:3

**Supported** 84:15

**supporting** 94:18 206:19 308:16

**supports** 150:21

**supposed** 32:3 70:18 115:25

**Supreme** 346:18

**sure** 15:11 16:12, 21 17:11 22:3 33:5 37:21 38:1, 13 43:7,12, 20 47:4 49:21 54:13 57:6 58:10 70:12 72:5 73:13 77:12 83:17 84:10 88:20 90:18 91:17 96:4, 12 100:18 101:25 102:1 106:22 113:12 123:3 124:16 128:7 130:17 131:3,15 132:1 134:23 138:13,15,22 143:25 160:11 161:17 162:17 165:7,24 169:1 172:12 178:3,5 189:16 207:20 217:17 227:18 228:24 249:17 257:10 265:17 266:5 289:2 290:6 294:18 302:10 304:20 310:8 318:5 342:16 348:11 367:21 368:12 369:9,19

**surveillance** 339:7,8

**susceptible** 78:14 273:7

**swear** 7:14 8:6

**switch** 65:7

**switching** 334:18

**sworn** 8:9

**syndrome** 278:5 284:2

**synthesis** 70:19

**system** 257:5,6,24 258:1,10,14 260:6,17 261:7,19 262:6 264:11

267:10
**systematic**
277:19
**systems**
257:23 270:7

**T**

**table**
56:3 58:3 143:20 166:10,18 167:3,17,19 173:10 177:1 179:3,19 183:13 190:16 198:10,11, 14,25 199:13,16 204:22 205:4,18,23 206:6,15 208:6,25 209:1,11 210:21 213:23 248:6 250:8 254:20 283:15,17 318:20 340:20
**tables**
139:3,18 143:9 183:13 319:25
**tablet**
281:21,22
**tad**
204:8
**tagged**
27:14,17
**take**
9:2 11:5 16:24 41:14 53:25 57:21 60:6 81:4 92:4 100:17 102:5 110:2, 18 111:18 115:21 117:9 129:6 138:20 146:9 148:1 155:2 160:5, 12 175:21 178:21 189:7,19 191:7 192:2 197:3 198:6 199:10 200:13 202:5,20 203:16 205:22 211:13 218:13 222:14,16 227:16 238:13 248:1,4,5 271:20 279:21 283:3 288:4,25 293:13 294:3,7 298:5 327:5 331:11 333:18 334:18 336:11,16 345:18 353:10,18 360:20 367:20,25 371:15 374:6
**taken**
59:23 98:5, 12 112:7 143:4 150:14 177:12 223:1 227:24 247:9 271:7 282:24 293:18 336:23 374:18
**takes**
123:6,17 197:9,13,16
**taking**
100:1 168:18 169:11,17 182:22 219:19 221:14 254:12 272:24 279:18 325:5 338:16 346:9
**talk**
11:10 39:18 65:2 68:14 77:7 78:24 97:21 112:13 113:18 115:1 119:21 139:16 264:5 289:5 305:25 369:2,7 370:1 371:25
**talked**
31:4 36:24 115:10 169:2 255:5 313:10,11 366:5
**talking**
15:12 19:17 22:15,21 32:1 78:22 114:1 130:17 157:16 158:5 159:7,25 162:23 176:22 190:14 193:18 194:2 200:6,7 206:5 212:23 222:19 227:12 228:15 235:6 238:18 241:4,7 251:14 263:5 272:6,7 292:6,24 293:7 302:1 307:5 317:5 320:19 321:5 330:12 333:4 357:2 359:9 365:8,16 373:6
**talks**
41:8 106:19 323:11 365:13
**task**
298:20 299:11 300:12,23,25 301:7 302:12,17,20 303:18 305:25 306:1 307:7,11,23 311:3 312:23 313:10,12 316:9 317:10 323:16 327:25 331:8 357:22 361:10 362:11
**taught**
347:21
**team**
119:4 367:18
**technical**
119:22
**TECHNICIAN**
56:12,22 120:12 121:9 202:24 297:11,20,25 298:3 345:21
**tell**
9:5 11:18 47:6 94:7 133:2 149:22 198:9,24 213:13 216:9

223:22 224:3,4 226:25 243:17 295:7 340:14 350:1,24 351:5 353:19 360:10
**telling** 52:21 72:14 324:14
**ten** 25:16,22 185:10 186:4,9,24 187:8 188:15 190:16 191:16,17 199:2,3,7,8, 23,25 221:1 223:23 224:16 225:16,17 226:21 227:3 246:14 251:3,5,6,7, 9,13,15,18, 23 253:16,23 254:5,14,17, 18,19 256:22 257:1 266:14 267:18 342:13
**ten-year** 257:7 259:4
**tenth** 224:6
**term** 18:23 19:7 125:13 238:16,24 295:7 308:3 317:1 332:7
**terminology** 86:11
**terms** 28:19 142:22
**test** 29:15 31:15 352:22 353:15,22,23 360:2
**tested** 279:16
**testified** 8:10
**testifying** 306:23
**testimony** 7:24 10:21, 22 44:5 46:22 75:12 82:10 86:7 91:5 100:25 196:7 220:9 324:11 375:13
**testing** 36:19 299:23 303:8 361:15
**tests** 298:22 299:9 313:21 335:22 349:8 361:1
**text** 115:20,24 117:16,19 319:4 323:11
**textbook** 12:7 55:5 58:14
**thank** 9:7 110:5 138:1 141:2, 18 165:9 177:8 191:25 192:1 198:7 199:9 203:2 204:12,20 206:1 214:13 228:11 238:12 240:5 247:4 345:8 346:9 349:20 362:25 365:2 374:11,12,22 375:1
**Thanks** 228:25 250:12 374:5 375:7,8
**theoretical** 293:5,9
**Theoretically** 60:21,24
**therapy** 276:25 280:5,19
**there'll** 142:12
**thing** 47:1 103:24 119:13 130:17 153:19 303:23 366:20 368:7,11
**things** 10:1 42:25 45:25 48:24 61:16 62:7 68:13 78:9 108:24 131:7 142:4 155:4 176:22 178:20 204:13 222:9 229:17 230:3 236:5 255:10 265:23 278:13 280:3 311:12 316:11 324:15 331:24 371:3,6
**think** 10:5 11:16 13:22,25 14:21 15:25 16:1,4 17:13 19:6,17 20:2,24 21:1,10,24, 25 22:19 23:10 25:2 26:2 28:24 29:2 31:2,21 32:8 34:7 38:7,15 41:19 44:6 45:8 46:6 53:21 54:13 56:11 61:5 64:9,14,16, 23 65:1,15, 16 66:2 67:5,9,25 68:3,9 69:17 71:8 74:17 77:1,6,8,16 79:8,17 83:24 84:8, 21 85:13,22 86:23 91:20, 21 92:13,16 93:23 95:5 96:4 97:11, 20 99:20 100:4,19,24 101:9 111:5, 6,19 112:19, 25 113:3 114:14 115:12 116:8 119:16 120:13 121:21 122:20,23 123:13,15,24 124:11,14 125:19 126:3,10,17, 24 127:5,11 128:5,6,17, 22 129:4,20 130:18 131:25 132:14,22 134:21

135:14,18
137:2,12,24
148:5 150:12
153:12,16
157:11,16
158:14
159:2,24
161:8 164:18
166:3,8
169:15
171:25
172:1,17
174:11,24
175:13,17,24
176:1 180:22
185:14
186:21
187:19,23
188:3,6,13
189:5 191:8,
11,15 202:16
205:17 208:3
209:11,23
211:15
212:17,19
213:23
214:23
215:3,24
216:1,7,21
217:1 221:4,
24 222:22
223:9 225:25
226:9,11
227:9 228:9
235:1,10,19,
25 236:20,22
239:3 241:18
243:12
246:21 250:9
251:11,16
252:12,16
254:13,21,25
257:14
259:7,17
261:10,15,23
262:12,13
263:14
265:11
267:2,11,22,
24 268:10
269:22
270:2,11,23
271:6 273:9
274:15 279:5
282:4,7
287:7,25
289:19
292:21 293:8
308:5 309:7
310:24 311:1
312:14
317:25
318:3,4
327:21
332:7,18
333:15,25
334:16
337:16
340:16
341:17
342:3,6,10
344:3,17
345:13 346:7
347:17
349:1,12,14,
16 350:17,21
352:8,20
353:7,19
354:14,16
355:25
356:10,11,20
357:19
359:1,6,17
365:7,15,19
366:2 367:3
368:13,17
369:6,8,10,
14,17,21,24
371:25 372:4
373:4,6

**thinking**
133:2 212:23
226:4 294:10
350:25

**third**
122:13
151:15
167:10
324:17

**thought**
39:15 123:5
154:15
189:16 197:5
229:25
294:23
300:21
342:15 350:7
370:7 372:20

**thoughts**
10:10

**thousand**
340:4

**thread**
335:20
350:2,10,13,
22 351:1,13

**three**
27:3 51:23
162:5 168:11
180:25
182:2,14
183:22
233:15
234:16
236:18
260:5,11,12,
17 261:3
262:23
263:23

**three-plus**
259:14

**threshold**
310:2,22
332:9,10,23
361:19
362:8,23

**thresholds**
299:13
313:13,15

**throw**
186:14

**Thursday**
7:5

**tied**
356:3

**time**
7:4 16:11
30:7 31:19
59:19,24
75:2 86:12,
19 87:22
89:4,15 92:5
102:5 111:2
112:3,8,18
113:17
117:22 120:8
121:25
123:16,19,20
127:19,25
128:9 131:22
132:19
133:4,6,8
134:8,17,25
135:2,7,20,
21 137:12
138:18
139:4,6,19
140:1 141:8
142:22
143:1,3,17,
21 154:25
177:13 183:7
205:12
215:17
218:10
219:16,19
227:21,25
228:12
230:12
247:5,10,14
256:19,24
258:15
261:18,20
262:4 267:3
271:19
272:25
280:23
293:14,19
294:8 304:24
324:17
336:19,24
338:16
339:20 348:1

360:11
361:16
366:15
372:23
374:3,14,19
375:15,17

**times**
10:18 51:23
68:21 80:6,
23 136:20
177:18
182:17
183:22
219:14,15,16
221:15,20
262:19
263:23
317:13
324:10
328:20
329:17 362:6
375:3

**timing**
373:23

**tired**
368:8

**title**
304:20
306:13

**titled**
29:8 38:19
103:8 206:11

**tobacco**
284:1 285:1,
19 290:20

**tobacco/ alcohol**
291:1

**Tobey**
9:17,19
10:7,11
14:20 15:24
16:23 17:19
18:20 19:16
20:1,25
21:23 22:11,
18,23 27:16
28:5 30:17
32:9 33:10,
20 34:7 35:8
36:9,17 37:8
38:7 39:13
40:9 42:10
44:4,21
45:10 46:21
47:4,19
48:20 49:5
51:2,12,22
52:4,11,22
53:13,21,23
56:6,14,25
57:5,15
58:5,25 59:9
60:8 61:2
62:17 63:13
64:5 65:11,
14,23 66:1,
14,22,24
67:15 68:7,
16,24 69:16,
21,24 72:21
73:11,20
74:2,5,11,16
75:11,20
76:20 77:5,
14 78:4,21
79:13,25
80:3,5,9,22
81:1,25
82:9,15,24
83:5,9,16,23
84:7,19
85:2,12,20
86:6 87:18,
24 88:5,11,
19 89:12,22
90:17 91:4,
16 92:4
93:11,18,21
94:15,24
95:4,19
96:3,11,17
97:7 98:9,21
99:10,18
100:3,14,23
101:8,24
102:5,22
103:6,12,19
104:4,9,15,
20 105:4,13,
21 106:13
107:7,11,15,
22 108:9,18
109:4,10,25
110:13,17,22
111:19,24
112:16
113:12,23
114:16,19
115:21
116:3,8,14
117:3,12
118:2,6,8,22
119:1,12,16,
21,25 120:7,
11,18 121:9,
18 123:9,24
126:16,24
128:4,21
129:3,21
130:14
131:3,11
132:13,21
134:20
135:9,14
136:9,14,18,
24 137:10,23
138:3,7
141:5,10
142:25
143:7,19
146:3 148:22
149:4,12,17,
25 152:15,24
153:4,9
154:2 157:4
158:12,25
160:2
161:16,20
162:16 164:6
165:4,20
168:7,9,20,
25 169:12,22
170:3,13,19,
25 171:7,14
172:16
173:6,21
174:5,23
175:9,18
176:5,11,14
177:2,4,19
178:4,10
180:24 181:5
184:5,20
186:3,20
187:5,13
188:11,25
189:10
191:22
196:12,21
199:4 200:24
201:23 204:7
205:16
207:3,11
208:15
209:2,21
210:11,13,19
211:7,22
212:5,11
214:20
215:19,23
216:4
217:14,18,
20,22
218:23,24
219:5,11,24
221:9 222:21
223:6,25
224:17
225:1,19
226:15 227:5
229:4,9
230:8,17,22
234:22 236:2
237:11,13
239:15
240:22
241:17
242:11
243:2,9,14
244:23
245:10,13
246:6,17,22
250:22
251:10

252:8,11,24 255:19 256:7 258:11,16 259:6,16 260:8,19 261:12 265:14 266:11 267:1,5 270:1,10 271:2 272:4, 9,19 273:1, 14 274:25 275:4,16,21 276:4 278:17,25 279:4,23 281:19 282:1,3,8, 12,16,23 283:4 284:21 286:4 287:23 288:20 289:14,18,23 290:5,14 291:6,13 292:20 296:1,6,12, 24 301:17,21 302:2,6 308:23 310:7,13,17 312:4 319:1, 3,6,10 320:25 321:25 322:3,7,16, 24 324:5,8, 14,24 326:5, 7,21 327:19 328:19,23 329:5,16 333:14 334:13,16 335:3 336:2, 6 340:6,15 341:14,20,25 343:20 344:1 349:11,19,22 350:18 351:16 353:1,9 354:5 355:2, 24 356:9,19 357:14,17 358:11,19 359:5,13,16 360:3,6,8,13 361:8 363:25 364:8,11 367:13,24 368:9,16 369:4,11,18 370:4,6,13, 21 371:7,23 372:18,20 373:2 374:5, 12,22 375:5, 6,8

**Toby**
375:7

**today**
9:3 10:21 102:18 104:17 152:6 268:12 306:24 366:21,23

**today's**
375:13

**token**
9:8

**told**
18:17 60:6 68:20 109:23 121:18 177:21 243:13 324:16

**tone**
52:24 74:6

**top**
27:2 69:11, 13 103:24 107:1 145:14 178:24 179:3 198:6 199:19 213:24 232:9,19 237:20 247:17 249:7 251:17 281:25 283:23 290:23 303:24 310:6 339:24 350:1 351:10 352:1,13 363:12,14 369:20

**topic**
334:21

**topics**
334:18

**total**
135:2 229:12 248:16 294:2,7

**totality**
139:14 215:5 223:18 318:22

**totally**
53:6

**touches**
67:2 191:4

**toxicology**
68:12

**track**
253:22

**tracking**
336:3

**trait**
76:8

**traits**
70:22 71:11

**Tran**
134:1,18 135:6 136:7 138:19 139:1 140:12

**transcript**
312:5

**transformation**
203:15

**treat**
23:23 149:24 220:5

**treated**
148:14 270:9

**treating**
267:20

**treatment**
54:10 163:20 179:14 276:14,16 277:7,17,19, 21,23 278:3

**trend**
210:22

**trends**
253:15 296:14

**trial**
370:5,16 372:2 373:8, 10

**trials**
279:9

**trick**
22:4

**true**
22:17 44:3 50:11 59:3 75:22,23,25 84:23 85:8, 18 135:8 152:7 181:11 183:9 209:18,22 222:20 224:4 227:15 228:18 229:18,20 230:1 296:23 300:6 305:23 309:18 329:24 331:25 332:21

353:19,20, 22,25 354:2, 20 355:5,6, 19 356:8,18 357:10,16 358:10,16 359:4,12,15, 24 360:5,16, 22 362:3
**Trust** 25:15 277:14 367:23
**trusted** 262:10,13
**truth** 312:13 330:24 364:22
**try** 9:5 11:7,13, 20 33:15 35:3 44:17 53:14 58:8 114:16 128:19 141:17 153:14 197:7 219:21 226:16,17 314:24 334:23 342:14 343:2 351:3
**trying** 12:21 22:6, 25 33:4 36:11 44:6 73:16 77:7 85:3 106:17 107:25 110:14 141:21 153:25 212:5 217:25 220:16 223:4 257:9 284:17,19 343:5 349:25
**tumor** 64:4 79:24 80:20
**tumors** 93:3 111:4
**turn** 202:16 288:5
**turning** 118:9
**tweet** 335:10,21 354:17
**tweeted** 308:21
**twice** 214:19 215:17,20, 21,25 216:3, 5,6,10,12 218:15 324:12,16
**Twitter** 308:21 334:7 335:1,5 349:5,24 351:12
**two** 21:13 26:24, 25 27:3 28:8 131:6 134:10,11 137:1 152:3 154:5,8 155:9 156:2 173:14 179:6 181:19 184:10,23,24 185:3 187:12 189:4 194:15,16 197:6,8 201:4 204:4, 13 206:25 207:5 229:17 230:2 235:8, 9,13 266:21 274:11 277:25 278:8,13 284:1,18 285:3,18 303:8 319:12 324:15 341:2 346:11 348:14 371:2,16
**two-thirds** 187:3 188:4, 7
**twofold** 323:3
**type** 160:17,19 166:24 167:5 171:20 189:25 288:9 347:24
**Type-1** 85:23
**type-2** 41:23 171:21
**type-2a** 83:12
**typed** 63:19
**types** 55:7,10 268:10 271:17

## U

**Uh-huh** 86:18 103:16 147:24 197:10 258:5
**uhm** 31:21,22
**ulcer** 168:1 276:15,16 277:1,2,8 280:6
**ulcers** 163:22 164:4 165:1,17 371:12
**ultimately** 64:3 79:23 80:19
**unable** 234:13 338:6
**unanimous** 298:21
**unanimously** 361:11
**unauthenticated** 59:2
**unbiased** 14:2 332:21
**unclear** 159:14 161:11 293:12 351:18
**uncontrolled** 67:20,22 236:25
**underestimation** 205:8
**undergoes** 264:17
**undergraduate** 347:12,21
**underlying** 70:22 71:2, 7,11 166:7 169:24 170:15,23 171:10
**understand** 9:4 10:20,24 34:20 62:9, 15 71:6,12 73:14,15 82:6 118:10 120:7 142:13 174:4,8 212:6 219:1 228:19 302:2

349:25
**understanding** 36:6 44:16 64:24 73:4, 16 74:23 75:24 76:1 78:7 79:2 86:20 131:12 148:7 164:7
**understands** 317:4
**understood** 9:10 11:6 13:16 232:4 247:21
**undertake** 34:16 71:15 252:1 253:2, 20 344:10
**undertaken** 51:14,18 67:9 93:25 111:11 139:5
**undertakes** 87:2
**undertaking** 70:17 158:17 239:24 253:9
**undertook** 89:7 95:6 188:14 235:8 239:18 372:12
**underway** 75:16
**unexposed** 197:2
**unfilled** 70:8
**unhappy** 249:4
**unhighlight** 203:20
**Union** 95:16
**Unit** 157:10
**United** 95:16 253:25 256:15
**universal** 113:20
**universities** 182:3
**university** 182:1,4,6,7, 8 348:19,21 367:9,10,12, 19 368:24
**unlike** 143:12 235:5 261:15
**unmeasured** 195:23
**unnecessarily** 244:2,12,17
**update** 30:4 31:17, 19
**updated** 70:7 270:7
**upfront** 241:20,21
**upload** 121:1 297:8, 12
**uploaded** 116:2
**upper** 21:13
**user** 158:6,18 235:18
**users** 155:7 167:9, 10,11 168:18 171:20 183:24 194:17 195:18 197:22 213:25 231:25 273:7 287:5,6
290:18,24 291:9,14
**utilized** 258:22

**V**

**valid** 14:12 20:6 97:18 98:16 99:24 111:16 169:21 170:2 223:15 235:22 311:6 328:9 330:16 345:16 353:8 357:6
**validate** 211:9
**validation** 176:9,23 258:18
**validity** 101:11
**validly** 331:5
**valuable** 271:13,25 272:14 361:13
**value** 15:1 18:6 19:5 128:12 191:4 201:3, 6
**variable** 234:14 288:9
**variables** 172:7 293:5
**varies** 128:9,13
**various** 55:7 182:17 283:22
**vary** 225:25 267:24
**vastly** 188:21
**verbal** 11:3 147:25
**verbally** 7:23
**verify** 178:8
**version** 40:2 41:9 115:12,18 121:3,5 162:25 199:13 268:21 302:7,9
**versus** 25:25 26:12, 13 27:7,8 46:7 147:4 158:6 179:6 180:5 189:24 199:19 201:14 208:22 221:6 252:2 274:9 277:11 284:7,16 285:2 287:15 369:22 370:3
**video** 7:2 117:25 118:7,9,12, 25 121:24 178:8 217:23 218:19 219:1 375:13
**videographer** 7:1,9 59:19, 24 111:25 112:3,8 117:22 121:25 177:9,13 227:21,25 247:5,10 293:14,19 336:19,24

374:14,19 375:12
**videotape** 178:11
**view** 178:2 298:21
**viewpoints** 363:8
**VIGOR** 370:2 372:15
**violence** 58:20
**Vioxx** 369:22 370:3,10
**viral** 290:20 291:1
**visits** 163:15 174:12 175:2
**vitae** 28:16
**Vocht** 367:17
**voice** 177:25 178:6

**W**

**W-H-Y** 249:24
**wait** 128:8 181:21 305:8 326:21 363:23
**waiting** 54:10 301:20 360:11
**waive** 8:2
**waiving** 113:16
**want** 9:21 12:1 14:16 22:3 24:5 44:9 47:2 57:5 58:1,9 65:1 89:13 92:4 100:16 105:25 108:23 113:18 117:12 119:4,25 122:24 131:3,14,18, 19 132:9 138:4,13 139:16 147:6 155:16 160:3 162:19 163:24 165:7 171:7,25 177:16 179:18 180:17,22 182:10 185:16 198:21,22, 23,24 199:11 200:15 203:11 205:3 211:18 219:4 220:21 223:17 225:14 226:18,25 228:9 242:18 247:16 248:9 250:13 252:10 259:24 283:9,10 298:11 301:24 308:3 310:24 312:3,12,17 320:25 323:11 333:3 337:7 342:1, 13 353:4,6 355:7,8,16 360:25 366:10 368:9 369:6
**wanted** 34:20 58:2 153:20,22 186:14 241:8 312:14 316:22 371:5,8,9, 12,13,15
**Warning** 279:15
**warranted** 141:20
**Wasserstein** 303:15,17 304:15 305:2
**watches** 218:25
**water** 111:5
**way** 18:9 57:23 65:20 66:9 83:18 110:17 113:8,20 117:14 139:8 142:15 145:6 190:2 194:24 200:11,16,18 202:11,12,16 210:18 220:6 223:23 244:15 250:9,10 266:6 267:6 287:9 297:8 302:3 310:4 319:13 320:12 327:8 343:19 351:2,8 355:17
**ways** 108:20 142:10 218:23
**weak** 299:24 359:20
**web** 58:6
**website** 59:2,12 212:13 275:14
**Webster** 84:14
**weeks** 279:10
**weigh** 120:1
**weight** 14:15 262:14
**weighted** 318:6
**well-known** 372:11
**well-recognized** 352:5
**went** 33:7 170:17 291:8 314:6 316:20 317:19 349:15 371:21
**western** 171:24
**whack** 173:3 174:18
**whatsoever** 155:20 159:13 344:12
**white** 346:5 354:8
**wide** 201:8 325:13,22 359:3
**widespread** 330:20
**width** 292:1 319:22 325:5

**wildly**
173:3
**withdraw**
218:20
**withdrawn**
81:22 219:20 307:12
**witness**
7:14,23 8:6, 8 10:2 17:2 34:8 38:7 53:4,5,19 69:17,20,23 74:7,8 102:1,4 107:13,24 109:4,11 110:5,23 114:18 121:11,14,15 135:10 136:16 137:4 141:14 142:1,10,16 144:3 165:9 173:8 177:20 178:1 204:11 217:25 218:6,13,22 220:2,16 228:6 243:16 246:24 247:4 261:12 271:5 275:19 281:24 310:10,15,18 319:6 341:23 349:14 374:11
**witness's**
137:7
**Witte**
7:3 8:14,22 24:5 31:8 33:15 52:5 56:6 60:3,14 75:5 81:14 90:12 101:22 102:2 112:11 114:8 116:11 118:15 122:6 132:22 138:8 144:11 146:21 162:22 172:21,22 178:5 179:2, 12 189:23 198:9 203:11 204:7,14 214:20 228:4 238:1 247:17 248:9 250:13 275:6,11,17 293:23 298:17 302:1,6 312:11 319:10 321:9 337:3 346:14 350:2 375:1, 14
**Witte's**
24:1 298:8
**word**
15:8 107:18 134:15 137:13 144:6,8 155:2 161:18 231:14,16, 20,21 232:9, 11 360:23 367:20,25
**words**
63:24 119:7 134:15 259:24 285:13 299:7 319:12 322:19 372:24 374:1
**work**
24:14,17 62:18 63:22 70:20 99:25 112:22 200:19 210:12 283:12 362:7
**worked**
262:10 344:25
**working**
86:12 348:12
**works**
266:16 304:17 319:14
**world**
92:19,21 99:14 294:16 295:2,4 307:24 308:3 371:21
**worried**
244:2,18 305:20
**worry**
244:12,22
**worth**
186:9
**would've**
113:24 255:13
**wrapped**
361:7
**write**
24:12 46:9 74:23 75:6, 9,18 116:12 151:17 233:23 263:13
**writes**
122:12
**writing**
32:18 35:13 366:13
**written**
27:22 72:6 75:3 238:10 279:6 300:16 319:15 323:10 366:22
**wrong**
38:9 269:6 306:4 341:10 351:2
**wrote**
32:19 37:23 46:10 55:12 73:15 74:3 75:13,22 81:14,18,19 144:11,18 145:19,22 146:1,4,22 242:13 243:22 244:5,6,7 298:17,18 299:6,10,19 300:1 302:23 305:13 323:18 346:4 347:15,19 355:11,12,14

**Y**

**yeah**
10:24 12:14 14:5,21 21:10,24,25 22:13 23:15 25:8,13 27:1,4,5 28:18 30:21 31:16 34:6 43:25 44:25 45:15,22 48:14,17 49:3 52:13 55:9 56:18 57:8 62:12 64:8,21 65:16 66:8, 22,25 67:7, 25 68:19

69:9 70:2
71:8,25
73:25 74:8
75:17 76:21
77:8 82:6
88:16 89:14
92:15 93:16
102:4,15
103:25
104:11 112:2
115:12,14,22
118:17,18,21
120:12
122:10
125:10 128:6
129:19
130:16,18
134:13
135:12,18
137:24
139:16,25
144:19,23
148:5 152:16
154:4,18,19
155:23
156:23 157:9
158:20
160:16,20
161:4 162:12
164:18
165:9,13,25
176:20 177:6
179:20
181:9,13,24
182:3 183:5
184:1,12
186:14
187:16,18
197:12 199:5
200:11
202:18
205:22,25
206:9 208:9
209:8,16
210:24
211:17
213:24 215:7
216:1,8
221:4 224:20
227:19,20
228:25
229:17,24
230:1 236:22
241:11
243:16 245:3
247:14,24
248:21,23
249:7 251:16
258:5 259:7
265:7,18
267:11,16,19
268:21
269:3,4,8,11
270:23
272:12
273:21
274:12
275:19
276:1,21
277:10,13
280:7 281:5,
10,23 282:1
287:24
290:16
295:16
296:25
301:10 302:8
304:17 308:5
309:1
310:17,24
311:23 312:8
313:5 315:10
320:20
331:17
332:18
333:25
335:16
336:9,10,12
340:7,20,25
341:12,23
342:9 347:11
350:9 351:6,
11,24 352:11
353:4 356:10
361:9
363:15,16
364:3 365:6
366:15
367:6,10

**year**
86:16,17
162:6
260:11,12
265:16
266:3,4,19
267:3,21
279:10,17,18
348:23

**yearly**
266:8,10

**years**
122:14
123:6,14
124:7
125:10,18
126:1,6,21
127:9 128:12
129:1,20,24
133:24,25
134:1,19
135:8 136:3,
6 144:13
145:17,20
199:2,3,7,8,
23,25 203:16
205:10 208:5
209:7,12
246:14
256:22 257:1
259:15
260:5,17
266:14
267:7,18
279:22 305:4
347:21
348:14
366:17,18
373:16

**yelled**
177:25
319:13

**yelling**
173:7
177:20,22
178:7

**yellow**
115:24

**Yeseong**
249:18

**Yoon**
26:7 118:16
122:7,12
129:19
140:11 144:5

**York**
7:4

## Z

**Zantac**
7:6 41:24
276:3 278:21
279:6 282:21

**Zeiger**
112:25 113:1

**zero**
248:13
250:16
262:14
291:25

**Zollinger-ellison**
278:5

**Zoom**
121:3

# EXHIBIT

# 33

TRUE COPY
Digitally signed by Sue Holway
Date: 2019.11.20 08:50:29 Z

# GLAXO GROUP RESEARCH LIMITED

Report No: WBP 82:011
Confidentiality CONFIDENTIAL
No. of Pages: 7

Title:

THE DETERMINATION OF N-NITROSODIMETHYLAMINE FORMED BY THE REACTION OF RANITIDINE HYDROCHLORIDE WITH SODIUM NITRITE.

Report to: DR. L. E. MARTIN

Authors: DR. R.J.N. TANNER

Division/Department BIOCHEMICAL PHARMACOLOGY

Site: WARE

Distribution (*denotes summary only):

| Copy No. | | Copy No. | |
|---|---|---|---|
| 1 | Central File, Data & Documentation Services ✓ | | |
| 2 | DR. R. T. BRITTAIN | | |
| 3 | DR. B. J. PRICE | | |
| 4 | DR. D. GATEHOUSE | | |
| 5 | DR. J. A. BELL | | |

Approved by: L. E. Martin Date of Issue: 6th April 82

All additional copies of this report or any part of it must be issued from Data and Documentation Services, Science Information.
NO OTHER COPYING IS PERMITTED

Authorisation of use statement.

Indicate any restriction on the use of the report or its contents using the following statements:

* This report was prepared specifically for ........................................................ It is not to be submitted to any other party or regulatory authority without my approval.

* The data in this report must not be used in whole or in part in any other publication, patent application or drug submission, or in any other way disclosed to a third party without approval of the Head of Division or Department from which this report was issued.

* A draft copy of any document in which any data from this report are reproduced must be shown to the appropriate Divisional or Departmental Head before publication.

Signed ....................................................................................

Date ..........................................................................................

* delete any of the above sentences that do not apply.

SUMMARY

Experiments were carried out to determine whether nitrite reacted with ranitidine hydrochloride to form N-nitroso-dimethylamine (NDMA).

NDMA was formed in 3.1% yield, based on ranitidine hydrochloride, in the WHO NAP test, (40mM nitrite, 10mM ranitidine, 6% acetic acid). The yield decreased to 0.74% when the test conditions were modified by increasing the drug concentration to 40mM.

Further in vitro incubations were carried out in gastric juice at pH 3 and in 6% acetic acid. These reactions simulated the concentrations of ranitidine (1mM) and nitrite (0.3mM) expected in the human stomach after oral administration of 150mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a weak signal similar to that observed from a control incubation without drug.

## INTRODUCTION

The dimethylamino groups of aminopyrine and oxytetracyclin react with nitrite under certain conditions to yield N-nitrosodimethylamine (NDMA), (Lijinsky et al 1972; Mirvish et al 1974). The mechanism of nitrosation of tertiary amines has been discussed, (Singer 1980).

Ranitidine hydrochloride contains a dimethylamino group therefore experiments were carried out to determine whether NDMA could be formed from the drug in the presence of nitrite. Ranitidine hydrochloride (10mM or 40mM) and nitrite (40mM) were incubated in 6% acetic acid at 37°C using conditions similar to those described for the WHO Nitrosation Assay Procedure (NAP test), (Coulston and Dunne 1980). Further incubation experiments simulated the drug and nitrite concentrations anticipated in the human stomach after ingestion of a nitrite rich meal and 150mg ranitidine (Bell and Smith 1981). In these reactions ranitidine hydrochloride (1mM) and nitrite (0.3mM) were incubated at 37°C in either 6% acetic acid or in gastric juice pH3.

The NDMA content of concentrated extracts of the incubation mixtures was determined by gas chromatography-mass spectrometry, (g.c.m.s.).

## EXPERIMENTAL

### Materials

Ranitidine hydrochloride batch C267/270/2 was used in these experiments.

Analar dichloromethane was redistilled before use.

NDMA for standard solutions was obtained from Sigma London Chemical Co. Ltd.

Pentagastrin stimulated gastric juice was collected from fasted male volunteers attending the Clinical Pharmacology Unit.

### Methods

#### Incubation

Ranitidine hydrochloride was incubated with sodium nitrite in 10ml 6% acetic acid or in 10ml gastric juice, pH3, for four hours at 37°C. The drug and nitrite concentrations used are given in the table. Control incubations, with no drug, were carried out with each experiment. N-nitrosodiethylamine (NDEA, 1μg) was added to the incubates in experiments 4 and 5 as a potential internal standard, however it proved unsatisfactory.

TABLE

Incubation Mixtures

| Experiment No. | Ranitidine HCl mM | Sodium Nitrite mM | Medium |
|---|---|---|---|
| 1 | 1 | 0.3 | 6% Acetic acid |
| 2 | 1 | 0.3 | gastric juice pH3 |
| 3 | 10 | 40 | 6% acetic acid |
| 4 | 40 | 40 | 6% acetic acid |

## EXTRACTION

The extraction procedure was derived from a technique described for food analysis. (Gough and Webb 1978). The incubation mixtures were extracted with dichloromethane (3 x 10ml), the combined extracts were washed with 1M sodium hydroxide (20ml) and dried by passing down a column of anhydrous sodium sulphate (6 x 1cm). The column was washed with dichloromethane (10ml) and the combined extract was evaporated to about 700µl at 50°C under partial reflux, in a Kuderna-Danish flask made from a 50ml round bottomed flask, (Sen 1978). The reflux column used was either a Quickfit adaptor, MF 10/2, packed with silanised glass wool (experiments 1 and 2) or an insulated 2 bubble Snyder column (experiments 3 and 4), (Burke et al 1966). The dichloromethane concentrate was transferred to a 1ml volumetric flask and the solution made up to the mark with a dichloromethane wash of the evaporation flask.

### Recovery Experiment

Acetic acid (6%, 10ml) containing sodium nitrite (40mM) was spiked with NDMA (7.4µg) and the mixture was extracted and concentrated using the QF adaptor as a reflux condenser as described above.

Standard solutions of NDMA were prepared by successive dilutions of NDMA (1g) obtained in a septum sealed 100ml vial (Isopac, Sigma).

### G.C.M.S. Analyses

A Pye 204 gas chromatograph interfaced, via a glass jet separator, to a VG 7070H mass spectrometer was used to determine the NDMA concentration of the dichloromethane concentrates. The mass spectrometer was operated in the selected ion monitoring mode under control of the VG2035 data system. The 1.7m x 4mm glass g.c. column was packed with 5% Carbowax 20M on Chromasorb WAW HP. The carrier gas was helium (30ml/min), the column was maintained at 100°C and the injection port and separator at 200°C. Under these conditions the retention time of NDMA was 190s. The mass spectrometer was operated in the electron

impact mode at 5000 resolving power with a trap current of 200µA at 70V, the amplifier was set to $10^{-7}$A and the filter to 1ms time constant. The ions monitored were m/z 68.9952 ($CF_3^+$, tris-(trifluoromethyl)-s-triazine, lockmass) and m/z 74.04801 ($M^{\bullet+}$ NDMA) with a 500 ms dwell time. The extracts from experiments 3 and 4 also contained NDEA as internal standard which was monitored at m/z 102.0793 ($M^{\bullet+}$ NDEA).

Confirmation of the identity of NDMA in the dichloromethane concentrates from experiments 3 and 4 was obtained by reanalyses of the samples with the mass spectrometer operating in the peak matching mode at 10,000 resolving power, (Gough and Webb 1978). The g.c. and m.s. source parameters were the same as those described above. The reference ion was m/z 68.9952 ($CF_3^+$ from tris-(trifluoromethyl)-s-triazine) and the peak match unit was set to a ratio of 1.073234 to focus the molecular ion of NDMA when it eluted from the g.c. into the m.s. source. The ion, m/z 74.0480, was observed as a singlet co-incident with the reference ion at the expected retention time of NDMA, 190s.

Results and Discussion

NDEA proved to be an unsatisfactory internal standard for the analytical technique used. In order to monitor the molecular ion of NDEA, m/z 102, as well as the Lockmass ion, m/z 69, it was necessary to switch the accelerating voltage from 4KV to 2.9KV. This large voltage jump could not be achieved with sufficient reproducibility with the instrument operating at 5000 resolving power. Therefore quantification was based on the result of an early recovery experiment and on the analyses of standard solutions of NDMA. The NDMA peak height observed in the analysis of the dichloromethane concentrate from the recovery experiment indicated that 62% of the NDMA added to the sodium nitrite-acetic acid solution was recovered.

When ranitidine (10ml, 10mM) was incubated with sodium nitrite (40mM) under the conditions of the WHO NAP test (Experiment 3) 232µg NDMA were formed (corrected for 62% recovery), equivalent to 3.1% yield based on ranitidine. A similar quantity of NDMA, 219µg, was formed in a 10ml incubation mixture when the ranitidine concentration was raised to that of nitrite (40mM). This quantity of NDMA represented a decreased yield (0.74% based on ranitidine) and suggested that other reactions of ranitidine compete for the available nitrite, (Bella and Smith 1981). Peak matching at 10,000 resolving power confirmed the presence of NDMA in these dichloromethane extracts.

In further experiments ranitidine (1mM) and nitrite (0.3mM) were incubated in gastric juice pH3 or in 6% acetic acid. These concentrations simulated those of drug and nitrite anticipated in the human stomach after oral administration of 150mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a low intensity signal, in the m/z 74 records, that were similar to that observed in the analytical record of an extract of control gastric juice incubated without drug.

ACKNOWLEDGEMENT

I would like to thank G. Manchee for his technical assistance.

R. Tanner
2 Apr 1982.

REFERENCES

Bell. J.A., and Smith W.P.,
Nitrosation of ranitidine under simulated stomach conditions. Glaxo Group Research Report, 1981, BIO 81/29.

Burke, J.A., Mills, P.A., and Bostwick, D.C..
Experiments with evaporation of solutions of chlorinated pesticides, J. Assoc. Offic. Anal. Chemists, 1966, 49, 999-1003.

Coulston, F. and Dunne, J.F. (eds).
Informal consultation on the potential carcinogenicity of nitrosatable drugs, in 'The potential carcinogenicity of nitrosatable drugs, WHO Symposium Geneva 1978', Ablex, Norwood, New Jersey, 1980, 8.

Gough, T. and Webb, K.,
Mass spectrometric determination of volatile N-nitrosamines after screening by Coulson electrolytic detector, in 'Environmental carcinogens selected methods of analysis' vol. 1, analysis of volatile nitrosamines in food' IARC scientific publication No. 18, Chief ed. Egan H, IARC, Lyon, 1978, 141-150.

Lijinsky, W., Conrad, E., and Van de Bogart, R.,
Formation of carcinogenic nitrosamines by interactions of drugs with nitrite, in 'N-nitroso compounds analysis and formation', IARC scientific publication No.3, ed Bogovski P, Preussman R and Walker E.A. IARC, Lyon, 1972, 130-133.

Mirvish, S.S., Gold, B., Eagen, M. and Arnold, S.,
Kinetics of the nitrosation of aminopyrine to give dimethylnitrosamine. Z. Krebsforsch, 1974, 82, 259-268.

Sen, N.P.,
Analysis of volatile N-nitrosamines using gas chromatography with Coulson detector:estimation of N-nitrosopyrrolidine by thin layer chromatography with fluorimetric detection, in 'Environmental carcinogens selected methods of analysis, volume 1, Analysis of volatile nitrosamines in food', IARC scientific publication no. 18, chief ed. Egan H, IARC, Lyon, 1978, 119-131.

Singer, G.M.,
The mechanism of nitrosation of tertiary amines, in 'N-nitroso comounds. Analysis, formation and occurrence', IARC scientific publication no. 31., ed Walker E A, Griciute L, Castegnaro M and Borzsonyi M, IARC, Lyon, 1980, 139-151.

19065 X

# EXHIBIT

# 34

Environment Canada / Environnement Canada
Health Canada / Santé Canada

*Canadian Environmental Protection Act, 1999*

# PRIORITY SUBSTANCES LIST ASSESSMENT REPORT

# *N*-Nitrosodimethylamine (NDMA)

Canada

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**Canadian Cataloguing in Publication Data**

Priority substances list assessment report:
*N*-nitrosodimethylamine (NDMA)

(Priority substances list assessment report)
Issued also in French under title: *Liste des substances d'intérêt prioritaire, rapport d'évaluation, la N-nitrosodiméthylamine (NDMA)*
At head of title: *Canadian Environmental Protection Act.*
Co-published by Health Canada.
Includes bibliographical references.
Issued also on the Internet.
ISBN 0-662-29137-9
Cat. no. En40-215/53E

1. Dimethylnitrosamine — Toxicity testing — Canada.
2. Dimethylnitrosamine — Environmental aspects — Canada.
3. Environmental monitoring — Canada.
I. Canada. Environment Canada.
II. Canada. Health Canada.
III. Series.

TP247.P74 2000 363.738'4 C00-980304-1

Additional information can be obtained at Environment Canada's Web site at www.ec.gc.ca or from the Inquiry Centre at 1-800-668-6767.

© Minister of Public Works and Government Services 2001

*Canadian Environmental Protection Act, 1999*

# PRIORITY SUBSTANCES LIST ASSESSMENT REPORT

# *N*-Nitrosodimethylamine (NDMA)

Environment Canada
Health Canada

September 2001

# TABLE OF CONTENTS


SYNOPSIS ..... 1

1.0 INTRODUCTION ..... 3

2.0 SUMMARY OF INFORMATION CRITICAL TO ASSESSMENT OF "TOXIC" UNDER CEPA 1999 ..... 7

2.1 **Identity and physical/chemical properties** ..... 7
- 2.1.1 *Analytical methods* ..... 7

2.2 **Entry characterization** ..... 8
- 2.2.1 *Production, uses and importation* ..... 8
- 2.2.2 *Sources and releases* ..... 8
  - 2.2.2.1 Natural sources ..... 8
  - 2.2.2.2 Anthropogenic sources ..... 8

2.3 **Exposure characterization** ..... 10
- 2.3.1 *Environmental fate* ..... 10
  - 2.3.1.1 Air ..... 10
  - 2.3.1.2 Water ..... 10
  - 2.3.1.3 Sediment ..... 10
  - 2.3.1.4 Soil ..... 10
  - 2.3.1.5 Biota ..... 11
  - 2.3.1.6 Environmental partitioning ..... 11
- 2.3.2 *Environmental concentrations* ..... 12
  - 2.3.2.1 Ambient air ..... 12
  - 2.3.2.2 Indoor air ..... 12
  - 2.3.2.3 Water ..... 12
  - 2.3.2.4 Sediment and soil ..... 14
  - 2.3.2.5 Human tissues ..... 14
  - 2.3.2.6 Food ..... 14
  - 2.3.2.7 Consumer products ..... 16

2.4 **Effects characterization** ..... 18
- 2.4.1 *Ecotoxicology* ..... 18
  - 2.4.1.1 Aquatic organisms ..... 18
- 2.4.2 *Abiotic atmospheric effects* ..... 18
- 2.4.3 *Experimental animals and* in vitro ..... 19
  - 2.4.3.1 Acute toxicity ..... 19
  - 2.4.3.2 Short-term and subchronic toxicity ..... 19
  - 2.4.3.3 Carcinogenicity ..... 20
  - 2.4.3.4 Genotoxicity ..... 22
  - 2.4.3.5 Reproductive and developmental toxicity ..... 23




Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620060

2.4.3.6 Neurotoxicity and effects on the immune system ........... 24
2.4.3.7 Toxicokinetics and mode of action ................................ 24
*2.4.4 Humans* ........................................................................ 27

**3.0 ASSESSMENT OF "TOXIC" UNDER CEPA 1999** ........................................ **29**

**3.1 CEPA 1999 64(a): Environment** ........................................ **29**
*3.1.1 Assessment endpoints* ........................................ 29
3.1.1.1 Assessment endpoints for releases to water ................... 29
*3.1.2 Environmental risk characterization* ........................................ 30
3.1.2.1 Aquatic organisms ........................................ 30
3.1.2.2 Discussion of uncertainty ........................................ 30

**3.2 CEPA 1999 64(b): Environment upon which life depends** ................. **31**

**3.3 CEPA 1999 64(c): Human health** ........................................ **31**
*3.3.1 Estimated population exposure* ........................................ 31
*3.3.2 Hazard characterization* ........................................ 33
3.3.2.1 Carcinogenicity ........................................ 34
3.3.2.2 Non-neoplastic effects ........................................ 35
*3.3.3 Exposure–response analysis* ........................................ 35
3.3.3.1 Carcinogenicity ........................................ 35
3.3.3.2 Non-neoplastic effects ........................................ 39
*3.3.4 Human health risk characterization* ........................................ 40
*3.3.5 Uncertainties and degree of confidence in human health risk characterization* ........................................ 41

**3.4 Conclusions** ........................................ **43**

**3.5 Considerations for follow-up (further action)** ........................................ **44**

**4.0 REFERENCES** ........................................ **45**

**APPENDIX A SEARCH STRATEGIES EMPLOYED FOR IDENTIFICATION OF RELEVANT DATA** ........................................ **63**




Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

# List of Tables


| | | |
|---|---|---|
| **Table 1** | Physical and chemical properties of NDMA | 7 |
| **Table 2** | Carcinogenicity study with male rats | 21 |
| **Table 3** | Carcinogenicity study with female rats | 22 |
| **Table 4** | Reasonable worst-case estimates of daily intake of NDMA by the general population in Canada | 32 |
| **Table 5** | Data on hepatic carcinogenicity in male rats used for modelling | 37 |
| **Table 6** | Data on hepatic carcinogenicity in female rats used for modelling | 37 |
| **Table 7** | $TD_{05}$s for NDMA | 39 |


# List of Figures


| | | |
|---|---|---|
| **Figure 1** | Chemical structure of NDMA | 7 |
| **Figure 2** | $TD_{05}$s for NDMA | 38 |




Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620062

# List of Acronyms and Abbreviations

| | |
|---|---|
| ARET | Accelerated Reduction/Elimination of Toxics |
| CAS | Chemical Abstracts Service |
| CEPA | *Canadian Environmental Protection Act* |
| CEPA 1999 | *Canadian Environmental Protection Act, 1999* |
| CFC | chlorofluorocarbon |
| CTV | Critical Toxicity Value |
| DMA | dimethylamine |
| $EC_{50}$ | median effective concentration |
| EEV | Estimated Exposure Value |
| ENEV | Estimated No-Effects Value |
| EPI | Exposure Potency Index |
| ETS | environmental tobacco smoke |
| GWP | Global Warming Potential |
| $K_{ow}$ | octanol/water partition coefficient |
| kg-bw | kilogram body weight |
| $LC_{50}$ | median lethal concentration |
| LCL | lower confidence limit |
| $LD_{50}$ | median lethal dose |
| NDMA | *N*-nitrosodimethylamine |
| ODP | Ozone Depletion Potential |
| POCP | Photochemical Ozone Creation Potential |
| PSL | Priority Substances List |
| PSL2 | Second Priority Substances List |
| $TD_{05}$ | Tumorigenic $Dose_{05}$; dose causing a 5% increase in tumour incidence over background |



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620063

# SYNOPSIS

*N*-Nitrosodimethylamine (NDMA) is the simplest dialkylnitrosamine, with a molecular formula of $C_2H_6N_2O$. There are no industrial or commercial uses of NDMA in Canada. NDMA is released to the Canadian environment as a by-product and contaminant from various industries and from municipal wastewater treatment plants. Major releases of NDMA have been from the manufacture of pesticides, rubber tires, alkylamines and dyes. NDMA has also been detected in drinking water and in automobile exhaust. Sources of release of NDMA may occur across Canada, but releases have been quantified only in Ontario. NDMA may also form under natural conditions in air, water and soil as a result of chemical, photochemical and biological processes.

Photolysis is the major removal pathway from surface water, air and land. However, in surface waters with high concentrations of organic substances and suspended matter, photodegradation is much slower. In subsurface water and in soil, biodegradation is the removal pathway of importance. NDMA is unlikely to be transported over long distances in air or to partition to soil and sediments. Because of its solubility and low partition coefficient, NDMA has the potential to leach into and persist in groundwater. It is metabolized and does not bioaccumulate. NDMA is generally not detectable in surface waters, except for localized contamination from industrial sites, where end-of-pipe effluent concentrations as high as 0.266 µg/L have been measured.

Acute and chronic toxicity data are available for aquatic organisms. The most sensitive toxic effect was a reduction in the growth of algae at 4000 µg/L. Concentrations of NDMA in Canadian surface waters are less than the threshold for adverse effects estimated for aquatic organisms. No data on concentrations of NDMA in sediments or in soil have been identified in Canada. NDMA is not involved in stratospheric ozone depletion and is not an important contributor to climate change or photochemical smog formation.

NDMA has not been detected in ambient air, except in the vicinity of industrial sites, in small surveys of several cities in southern Ontario. Low concentrations of NDMA have been measured in drinking water in Ontario, where sources have included the contamination of groundwater with industrial effluents and the formation of NDMA in water treatment plants. The presence of NDMA has been demonstrated in some foods in Canada, most frequently in beer, cured meat and fish products, and some cheeses, although levels of NDMA have decreased in these products in recent years owing to changes in food processing. Some of these changes have been mandated under the Canadian *Food and Drugs Act* and Regulations.

Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic, with a very strong likelihood that the mode of action for the induction of tumours involves direct interaction with genetic material. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.

**Based on the information available, it is concluded that NDMA is not entering the environment in a quantity or concentration or under conditions that have or may have an immediate or long-term harmful effect on the environment or its biological diversity, or that constitute or may constitute a danger to the**



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

**environment on which life depends. NDMA is considered to be entering the environment in a quantity or concentration or under conditions that constitute or may constitute a danger in Canada to human life or health. Therefore, NDMA is considered to be "toxic" as defined in Section 64 of the *Canadian Environmental Protection Act, 1999* (CEPA 1999).**

While there have been a number of measures taken to limit exposure of the general population in Canada to NDMA in foodstuffs, cosmetics and consumer products, recent data on the NDMA content of foodstuffs and rubber-containing products in Canada other than infant feeding bottle nipples and pacifiers have not been identified. Moreover, with the exception of monitoring conducted in Ontario in the early 1990s, potential for exposure to NDMA in the vicinity of point sources in Canada is also largely unknown, although stakeholders under the voluntary Accelerated Reduction/Elimination of Toxics (ARET) program have committed to reducing total emissions of NDMA from 6000 g in 1993 to 87 g by the year 2000.

Continued monitoring of levels of nitrosamines (including NDMA) in Canadian foodstuffs to verify reduction of content seems warranted. Determination of the potential presence of nitrosamines (including NDMA) in rubber products other than infant feeding bottle nipples and pacifiers may also be warranted, particularly for those products with which infants (who exhibit mouthing behaviour) may come into contact.

On the basis of limited information from short-term monitoring surveys of ambient air and water near industrial facilities, the priority for investigation of options to reduce exposure to NDMA in the vicinity of such point sources is considered high. It is recommended, therefore, that there be additional investigation of the magnitude of exposure of populations in the vicinity of point sources to assist risk management actions.

Optimization of drinking water treatment to minimize formation of NDMA is also recommended, though such measures must not compromise human health protection.

Since NDMA may be released directly to the environment through the application of certain pesticides, the levels of this nitrosamine in products regulated under the *Pest Control Products Act* should also continue to be monitored. Monitoring by the Pest Management Regulatory Agency has shown that the review standard of 1 μg/g is rarely exceeded.

Owing to the common practice in Canada of applying sewage sludge to agricultural lands and the potential for uptake by plants, it is recommended that concentrations of NDMA in such sludge be monitored to determine the potential of this practice to contribute to the exposure of humans and non-human organisms.

Since NDMA is likely to be carcinogenic to humans at relatively low levels of exposure and is not currently used in commerce in Canada, it is recommended that the manufacture, import and use of the substance be banned in order to prevent its introduction into the Canadian market.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# 1.0 INTRODUCTION

The *Canadian Environmental Protection Act, 1999* (CEPA 1999) requires the federal Ministers of Environment and of Health to develop and publish a Priority Substances List (PSL) that identifies substances, including chemicals, groups of chemicals, effluents and wastes, that may be harmful to the environment or constitute a danger to human health. The Act also requires both Ministers to assess these substances and determine whether they are "toxic" as defined in Section 64 of the Act, which states:

> ...a substance is toxic if it is entering or may enter the environment in a quantity or concentration or under conditions that
> (a) have or may have an immediate or long-term harmful effect on the environment or its biological diversity;
> (b) constitute or may constitute a danger to the environment on which life depends; or
> (c) constitute or may constitute a danger in Canada to human life or health.

Substances that are assessed as "toxic" as defined in Section 64 may be placed on Schedule I of the Act and considered for possible risk management measures, such as regulations, guidelines, pollution prevention plans or codes of practice to control any aspect of their life cycle, from the research and development stage through manufacture, use, storage, transport and ultimate disposal.

Based on initial screening of readily accessible information, the rationale for assessing NDMA provided by the Ministers' Expert Advisory Panel on the Second Priority Substances List (Ministers' Expert Advisory Panel, 1995) was as follows:

> NDMA is used in rubber formulations and in the organic chemical industry. The general population is exposed to the substance from ambient air; from foods, including beer, cured meats, fish, and cheeses; from smoking and chewing tobacco; from cosmetic products, including shampoos, conditioners, and children's bath products; from the interior air of automobiles as a result of NDMA use in upholstery and rubber products; and from various household products. There are already steps to minimize exposure to this potent carcinogen from some specific sources including food, cosmetics, pesticides and rubber nipples. However, there are also public health concerns about potential airborne exposure. Moreover, most assessments have not considered the general public's exposure from all sources. An assessment is required to determine the extent of exposure and the associated risks to human health and the environment in Canada.

Descriptions of the approaches to assessment of the effects of Priority Substances on the environment and human health are available in published companion documents. The document entitled "Environmental Assessments of Priority Substances under the *Canadian Environmental Protection Act*. Guidance Manual Version 1.0 — March 1997" (Environment Canada, 1997a) provides guidance for conducting environmental assessments of Priority Substances in Canada. This document may be purchased from:

Environmental Protection Publications
Environmental Technology Advancement Directorate
Environment Canada
Ottawa, Ontario
K1A 0H3

It is also available on the Internet at www.ec.gc.ca/cceb1/eng/psap.htm under the heading "Technical Guidance Manual." It should be noted that the approach outlined therein has evolved to incorporate recent developments in risk assessment methodology, which will be addressed in future releases of the guidance manual for environmental assessments of Priority Substances.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620066

The approach to the assessment of effects on human health is outlined in the following publication of the Environmental Health Directorate of Health Canada: "*Canadian Environmental Protection Act* — Human Health Risk Assessment for Priority Substances" (Health Canada, 1994), copies of which are available from:

Environmental Health Centre
Room 104
Health Canada
Tunney's Pasture
Ottawa, Ontario
K1A 0L2

or on the Environmental Health Directorate publications web site — www.hc-sc.gc.ca/ehp/ehd/catalogue/bch.htm. The approach is also described in an article published in the *Journal of Environmental Science and Health — Environmental Carcinogenesis & Ecotoxicology Reviews* (Meek *et al.*, 1994). It should be noted that the approach outlined therein has evolved to incorporate recent developments in risk assessment methodology, which are described on the Environmental Substances Division web site (www.hc-sc.gc.ca/ehp/ehd/bch/env_contaminants/psap/psap.htm) and which will be addressed in future releases of the approach paper for the assessment of effects on human health.

The search strategies for identification of data relevant to assessment of potential effects on the environment (prior to August 1998) and on human health (prior to August 1999) are presented in Appendix A. Review articles were consulted where appropriate. However, all original studies that form the basis for determining whether NDMA is "toxic" under CEPA 1999 have been critically evaluated by staff of Environment Canada (entry and environmental exposure and effects) and Health Canada (human exposure and effects on human health).

Almost all of the environmental information was incorporated into the Assessment Report, and therefore no supporting document for the environmental assessment of NDMA was prepared. Sections of the Assessment Report related to the environmental assessment of NDMA were prepared by the following members of the Environmental Resource Group, established by Environment Canada to support the environmental assessment of NDMA:

H. Atkinson, Environment Canada
V. Taguchi, Ontario Ministry of the Environment
W. Windle, Environment Canada

Other members of the Environmental Resource Group who reviewed the document and participated in discussions were:

S. Abernethy, Ontario Ministry of the Environment
T. Boose, Uniroyal Chemical Ltd.
R. Breton, Environment Canada
N. Bunce, University of Guelph
A. Edmonds, Ontario Ministry of the Environment
T. Leah, Environment Canada
F. Onuska, Environment Canada
B. Patel, Chinook Group
G. Rutherford, Ontario Ministry of the Environment

Environmental sections of the Assessment Report were also reviewed by the following people: R. Chénier (Environment Canada), G. Moore (Health Canada), A. McLarty (Ontario Ministry of the Environment), E. McBean and J. Kochany (Conestoga-Rovers & Associates) and D. Carlisle (Brez-Carlisle Inc.). Special acknowledgement is given to the following staff of the Ontario Ministry of the Environment for their assistance: L. MacDonnell, B. Birmingham, G. Rutherford, R. Angelow, D. Spry and S. Abernethy.

The content of the health-related sections of this Assessment Report and supporting documentation was prepared by the following



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

staff of Health Canada, based, in part, on background information compiled by BIBRA Toxicology International (1997, 1998):

R. Beauchamp
K. Byrne
R.G. Liteplo
M.E. Meek
M. Walker

In order to address primarily adequacy of coverage, sections of the supporting documentation pertaining to human health were reviewed externally by B. Birmingham (Ontario Ministry of the Environment) and R. Brecher (Globaltox International Consultants, Inc.).

Accuracy of reporting, adequacy of coverage and defensibility of conclusions with respect to hazard characterization and dose–response analysis were considered at a panel meeting of the following members, convened by Toxicology Excellence for Risk Assessment (TERA) on August 12, 1999, in Ottawa, Ontario:

M. Bogdanffy, DuPont Haskel Laboratory
J. Christopher, California Environmental Protection Agency
M. Dourson, TERA
S. Felter, Procter & Gamble
J. Mandel, Exponent
R. Rudel, Silent Spring Institute
V. Walker, New York State Department of Health

The health-related sections of the Assessment Report were reviewed and approved by the Health Protection Branch Risk Management meeting of Health Canada.

The entire Assessment Report was reviewed and approved by the Environment Canada/Health Canada CEPA Management Committee.

A draft of the Assessment Report was made available for a 60-day public comment period (February 19 to April 19, 2000) (Environment Canada and Health Canada, 2000). Following consideration of comments received, the Assessment Report was revised as appropriate. A summary of the comments and their responses is available on the Internet at:

www.ec.gc.ca/cceb1/eng/final/index_e.html

The text of the Assessment Report has been structured to address environmental effects initially (relevant to determination of "toxic" under Paragraphs 64(a) and (b)), followed by effects on human health (relevant to determination of "toxic" under Paragraph 64(c)).

Copies of this Assessment Report are available upon request from:

Inquiry Centre
Environment Canada
Main Floor, Place Vincent Massey
351 St. Joseph Blvd.
Hull, Quebec
K1A 0H3

or on the Internet at:

www.ec.gc.ca/cceb1/eng/final/index_e.html

Unpublished supporting documentation on the health-related effects of NDMA, which presents additional information, is available upon request from:

Environmental Health Centre
Room 104
Health Canada
Tunney's Pasture
Ottawa, Ontario
K1A 0L2



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620068

# 2.0 Summary of Information Critical to Assessment of "Toxic" under CEPA 1999

## 2.1 Identity and physical/chemical properties

*N*-Nitrosodimethylamine, or NDMA, is the simplest dialkylnitrosamine, with a molecular formula of $C_2H_6N_2O$ and a molecular weight of 74.08 g/mol (ATSDR, 1989) (Figure 1). NDMA belongs to a class of chemicals known as *N*-nitroso compounds, characterized by the *N*-nitroso functional group (–N–N=O), and to the family of nitrosamines, which, in addition, possess an amine function ($–NR_2$, where R is H or an alkyl group). NDMA is also known as dimethylnitrosamine, dimethylnitrosoamine, *N,N*-dimethylnitrosamine, *N*-methyl-*N*-nitrosomethanamine, *N*-nitroso-*N,N*-dimethylamine, DMN and DMNA. NDMA has the Chemical Abstracts Service (CAS) registry number 62-75-9.

**Figure 1** Chemical structure of NDMA




NDMA is a volatile, combustible, yellow, oily liquid. It is susceptible to photolytic breakdown due to its absorption of ultraviolet light (Sax and Lewis, 1987). The physical/chemical properties relevant to the environmental fate of NDMA are presented in Table 1. The conversion factor for NDMA in air is 1 ppm = 3.08 mg/m$^3$.

### 2.1.1 *Analytical methods*

Analytical methods for NDMA incorporate a concentration step, followed by chromatographic separation of the components in the extract and detection of the *N*-nitrosamine. Concentration steps include liquid–liquid extraction and solid-phase extraction. Chromatographic separations have been achieved almost exclusively by gas chromatography. Detection of NDMA has been accomplished by flame ionization detectors (Nikaido *et al.*, 1977), nitrogen–phosphorus detectors (U.S. EPA, 1984), the Hall electrolytic conductivity detector operated in the reductive mode (von Rappard *et al.*, 1976; U.S. EPA, 1984), the thermal energy analyser or chemiluminescent nitrogen detector (Fine *et al.*,

**Table 1** Physical and chemical properties of NDMA

| Physical/chemical property | Value[1] |
|---|---|
| Melting point ( C) | –50 |
| Boiling point ( C) | 151–154 |
| Log $K_{ow}$ | –0.57 |
| Vapour pressure | 1080 Pa (25 C) |
| Henry's law constant | 3.34 Pa·m$^3$/mol (25 C) |
| Solubility | miscible |

[1] Includes experimental and calculated values listed in Callahan *et al.* (1979); Clayton and Clayton (1981); ATSDR (1989); Budavari *et al.* (1989); OME (1991); DMER and AEL (1996).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620069

1975; Fine and Rounbehler, 1976; Webb *et al.*, 1979; Kimoto *et al.*, 1981; Parees and Prescott, 1981; Sen and Seaman, 1981a; Sen *et al.*, 1994; Tomkins *et al.*, 1995; Tomkins and Griest, 1996) and mass spectrometry. Mass spectrometric methods have utilized electron ionization low-resolution mass spectrometry (Sen *et al.*, 1994), high-resolution mass spectrometry (Taguchi *et al.*, 1994; Jenkins *et al.*, 1995), chemical ionization tandem mass spectrometry on an ion trap mass spectrometer (Plomley *et al.*, 1994) and laser ionization time-of-flight mass spectrometry (Opsal and Reilly, 1986). Liquid chromatography has also been used in conjunction with a photolysis reactor and (electrospray ionization) mass spectrometry (Volmer *et al.*, 1996). Detection limits range from 0.150 µg/L using nitrogen–phosphorus detectors (U.S. EPA, 1984) to 0.002 µg/L using a gas chromatograph–thermal energy analyser (Kimoto *et al.*, 1981; Tomkins *et al.*, 1995; Tomkins and Griest, 1996) to 0.001 µg/L using gas chromatography–high-resolution mass spectrometry (Taguchi *et al.*, 1994; Jenkins *et al.*, 1995). Comparable detection limits are possible with chemical ionization tandem mass spectrometry on an ion trap mass spectrometer (Plomley *et al.*, 1994).

## 2.2 Entry characterization

### *2.2.1 Production, uses and importation*

There are no industrial or commercial uses of NDMA in Canada. NDMA is not imported into Canada and is not listed on the Domestic Substances List (Environment Canada, 1996a). In the past, NDMA was used in Canada and other countries in rubber formulations as a fire retardant and in the organic chemical industry as an intermediate, catalyst, antioxidant, additive for lubricants and softener of copolymers (ATSDR, 1989; Budavari *et al.*, 1989).

### *2.2.2 Sources and releases*

#### 2.2.2.1 Natural sources

NDMA can be formed as a result of biological, chemical or photochemical processes (Ayanaba and Alexander, 1974). It may form in water, air and soil by a chemical reaction between ubiquitous, naturally occurring precursors classified as nitrosatable substrates (secondary amines) and nitrosating agents (nitrites) (OME, 1998a). For example, NDMA may form in air during nighttime as a result of the atmospheric reaction of dimethylamine (DMA) with nitrogen oxides (Cohen and Bachman, 1978). Soil bacteria from various precursor substances, such as nitrate, nitrite and amine compounds, may also synthesize NDMA (ATSDR, 1989). NDMA precursors are widespread throughout the environment, occurring in plants, fish, algae, urine and feces (Ayanaba and Alexander, 1974).

#### 2.2.2.2 Anthropogenic sources

NDMA is produced as a by-product of industrial processes that use amines and nitrites under a range of pH conditions. This is due to its inadvertent formation in industrial situations when alkylamines, mainly DMA and trimethylamine, come into contact and react with nitrogen oxides, nitrous acid or nitrite salts, or when trans-nitrosation via nitro or nitroso compounds occurs (ATSDR, 1989). Therefore, NDMA may be present in discharges of such industries as rubber manufacturing, leather tanning, pesticide manufacturing, food processing, foundries and dye manufacturing and, as a result, in sewage treatment plant effluent. Almost all of the releases to the Canadian environment are to water. A regulatory limit for effluents, which was subsequently reduced to 200 ng/L, was introduced in Ontario in 1992, following detection of NDMA in groundwater in Elmira that was contaminated by effluents from a chemical production facility (Jenkins *et al.*, 1995).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

NDMA can be also formed during the treatment of drinking water (OME, 1994a); it has also been detected in emissions from diesel vehicle exhaust (Goff *et al.*, 1980).

NDMA may form directly in sewage as a result of the biological and chemical transformation of alkylamines in the presence of nitrite (Ayanaba and Alexander, 1974; ATSDR, 1989). It may also be released into the environment as the result of land application of sewage sludge containing this compound (Pancholy, 1978; McBean, 1999).

NDMA's precursor, DMA, together with nitrite, may enter surface water streams from agricultural runoff (Taguchi, 1998). Water treatment plants incorporating a chlorination process (e.g., sodium hypochlorite) will produce NDMA from these precursors (Jobb *et al.*, 1993; Graham *et al.*, 1996). Ultraviolet treatment can decompose NDMA to DMA (OME 1994a). However, it is also possible to generate/regenerate NDMA from the DMA within distribution systems that have post-chlorination (Taguchi, 1998). Some treated drinking water samples continue to generate NDMA upon storage, even in the refrigerator at 4°C, because of the presence of the precursors and residual chlorine. These samples have been considered to be "reactive" and are usually analysed within 3 days (OME, 1994b).

In the Section 16 survey under the *Canadian Environmental Protection Act* (CEPA), only two of the companies reported releases of NDMA to the environment (Environment Canada, 1997b). In 1996, a large chemical plant released 29 g of NDMA in wastewater into the St. Clair River. This amount is expected to decrease, as the company installed a wastewater treatment plant in early 1998. A second large chemical plant released 4 g of NDMA into the Canagagigue Creek in 1997. In 1994, this same company released 15 g of NDMA from its kiln stack. The remaining companies reported releasing NDMA in their effluent discharged directly into the local sewage treatment plant at loadings from non-quantifiable to 3000 g.

In a voluntary survey on substances on the Second Priority Substances List (PSL2) sent to Canadian companies, three reported releasing NDMA during the manufacturing process in 1993 (Environment Canada, 1996b). No information on loadings or concentrations, however, was provided by the companies. Under the voluntary Accelerated Reduction/Elimination of Toxics (ARET) program, stakeholders have committed to reducing total emissions of NDMA to all media from 6000 g in 1993 to 87 g by the year 2000 (ARET Secretariat, 1998).

NDMA may be released into the environment as a result of use of certain pesticides contaminated with this compound (Pancholy, 1978). NDMA is present in various technical and commercial pesticides used in agriculture, hospitals and homes as the result of its formation during the manufacturing process and during storage. The following active ingredients in pesticides may contain NDMA as a microcontaminant: bromacil DMA formulation, benazolin DMA formulation (no registered pest control products; discontinued since December 31, 1995), 2,4-D DMA formulation, dicamba DMA formulation, MCPA DMA formulation and mecoprop DMA formulation (Ballantine, 1997; Smith, 1999). Issues related to pesticide contamination are regulated under the *Pest Control Products Act* and Regulations.

Since 1990, the Pest Management Regulatory Agency laboratories, as part of the microcontaminant program, have tested over 100 samples of formulated products (DMA salt of phenoxy acid herbicides) potentially contaminated by NDMA. NDMA was detected in 49% of the samples, with an average concentration of 0.44 µg/g. Only six samples contained NDMA above the Pest Management Regulatory Agency non-regulatory review standard (maximum tolerance) of 1.0 µg/g, with a range from 1.02 to 2.32 µg/g; NDMA concentrations in pesticides have decreased over



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

time, and this review standard is rarely exceeded (Moore, 1999). In 1994, approximately 1 million kilograms of DMA-formulated phenoxy acid herbicides for commercial use were applied to the terrestrial environment in Canada (Moore, 1999). Based on the average concentration of NDMA mentioned above and percent estimate of detection, it was calculated that approximately 200 g of NDMA may have been released into the environment through the use of these herbicides.

## 2.3 Exposure characterization

### *2.3.1 Environmental fate*

#### 2.3.1.1 Air

NDMA has a low vapour pressure (1080 Pa at 25°C), and, if emitted to or formed in air, it is not likely to adsorb to airborne particulate matter and is expected to exist almost entirely in the vapour phase. In daylight, it degrades rapidly by direct photolysis to form dimethylnitramine. The photolytic half-life of NDMA vapour exposed to sunlight has been found to range between 0.5 and 1.0 hour (Hanst *et al.*, 1977). Half-lives for the reaction with hydroxyl radicals range from 25.4 to 254 hours in air (Atkinson, 1985). DMER and AEL (1996) selected a mean half-life for NDMA in air of 5 hours in order to calculate environmental partitioning (see Section 2.3.1.6). The short half-lives for NDMA in air suggest that it is not persistent in this compartment.

#### 2.3.1.2 Water

Since NDMA is miscible in water and has a low vapour pressure and a low octanol/water partition coefficient (log $K_{ow}$ of −0.57), it is not likely to bioaccumulate, adsorb to particulates or volatilize to any significant extent (Thomas, 1982; ATSDR, 1989; OME, 1991). Oxidation, hydrolysis, biotransformation and biodegradation are not significant factors affecting the fate of NDMA in lake water (Tate and Alexander, 1975). Photodegradation is the main process for removing NDMA from the aquatic environment. The efficiency of removal of NDMA depends on the characteristics of the particular water environment. Typically, photodegradation of NDMA is much slower in waters with high concentrations of organic substances and suspended solids than in clear water bodies. The rate of degradation through photolysis may be significantly decreased in the presence of interferences with light transmission, such as ice cover on receiving water bodies (CRA, 1994; McBean, 1999). This observation is supported in the groundwater compartment, where, in the absence of light, NDMA has the potential to persist (OME, 1991).

DMER and AEL (1996) selected a mean half-life of 17 hours for NDMA in surface water at 25°C for use in environmental partitioning (Section 2.3.1.6). Howard *et al.* (1991) reports a half-life range for NDMA in groundwater of 1008–8640 hours, based on estimated unacclimated aqueous aerobic biodegradation.

#### 2.3.1.3 Sediment

DMER and AEL (1996) selected a mean half-life of 5500 hours for NDMA in sediment at 25°C for use in environmental partitioning (Section 2.3.1.6). Factors that slow degradation include anoxic conditions and lack of illumination, the former by preventing the generation of oxidants and the latter by preventing photolysis and the generation of oxidants by photolytic processes.

#### 2.3.1.4 Soil

On soil surfaces, photolysis and volatilization rapidly remove NDMA. Oliver (1979) reported that 30–80% of an unreported concentration of NDMA volatilized from the soil within the first few hours of application to the soil surface. Once incorporated into subsurface soil, however, NDMA will be highly mobile, with the potential to migrate into groundwater supplies. Subsurface biodegradation is slightly slower under anaerobic than under aerobic conditions (ATSDR, 1989).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620072

Soil type only slightly affects biodegradation of NDMA. Aeration of soil improved biodegradation compared with waterlogged soil. Pre-exposure of bacteria to NDMA increased biodegradation in soil (Mallik and Tesfai, 1981). DMER and AEL (1996) selected a mean half-life of 1700 hours for NDMA in soil at 25°C for use in environmental partitioning (Section 2.3.1.6).

#### 2.3.1.5 Biota

Although NDMA is not present in plants under natural conditions, it can be taken up from the growth medium. Lettuce and spinach plants absorb NDMA from sand, soil and water after exposure for 2 days to concentrations ranging from 10 to 100 mg NDMA/kg wet weight, with 3.25% and 0.38% being taken up from the growth medium by lettuce and spinach plants, respectively (Dean-Raymond and Alexander, 1976).

A bioconcentration factor of 0.2 has been estimated for NDMA (Bysshe, 1982). However, OME (1998a) observed that a conventional estimate of a bioconcentration factor (correlation with $K_{ow}$) is not applicable, because biota generally can biotransform NDMA.

#### 2.3.1.6 Environmental partitioning

Fugacity modelling was carried out to provide an overview of key reaction, intercompartment and advection (movement out of a system) pathways for NDMA and its overall distribution in the environment. A steady-state, non-equilibrium model (Level III fugacity model) was run using the methods developed by Mackay (1991) and Mackay and Paterson (1991). Assumptions, input parameters and results are presented in DMER and AEL (1996) and summarized here: molecular weight, 74.08 g/mol; water solubility, miscible; vapour pressure, 1080 Pa; log $K_{ow}$, –0.57; Henry's law constant, 3.34 Pa m$^3$/mol; half-life in air, 5 hours; half-life in water, 17 hours; half-life in soil, 1700 hours; half-life in sediment, 5500 hours. Modelling was based on an assumed default emission rate of 1000 kg/hour into a region of 100 000 km$^2$, which includes a surface water area (20 m deep) of 10 000 km$^2$. The height of the atmosphere was assumed to be 1000 m. Sediments and soils were assumed to have an organic carbon content of 4% and 2% and a depth of 1 cm and 10 cm, respectively. The estimated percent distribution predicted by this model is not affected by the assumed emission rate.

Fugacity modelling indicates that NDMA behaves differently depending on the medium to which it is released. Generally, when NDMA is continuously released into a medium, most of it will be found in that medium at steady state. For example, if NDMA is discharged into water, almost all of it will be found in the aqueous phase, with very small amounts in air and soil. Almost all of the NDMA is removed by reaction in water. Similarly, most NDMA released to air will exist in the atmosphere, with very small amounts in soil and water. Finally, when NDMA is discharged continuously to soil, almost all of the substance is transported to surface water, and about a third goes into the atmosphere. However, since NDMA is much more persistent in soil than in water or air at steady state, almost all of the NDMA is found in soil, with very little found in surface water, and even less found in the atmosphere (DMER and AEL, 1996).

In summary, the Level III fugacity model predicts that if NDMA is emitted into water or air, it will be found in, and react in, the medium of discharge. Emission of NDMA into water or air will tend to result in localized contamination of short duration. If emitted to soil, NDMA moves to the water or air compartments, where it undergoes reaction, or it reacts slowly in the soil. Because rates of volatilization, absorption, runoff and reaction in soil are relatively slow compared with reaction in air and water, the persistence of NDMA emitted to soil is longer, and there is potential for NDMA to move into the groundwater compartment (DMER and AEL, 1996).

### *2.3.2 Environmental concentrations*



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620073

#### 2.3.2.1 Ambient air

There is little information concerning the presence or concentrations of NDMA in ambient (i.e., outdoor) air in Canada or elsewhere. Limited Canadian data are restricted to the province of Ontario, where short-term measurements have been taken in the immediate vicinity of potential point sources of discharge to the atmosphere, for comparison with background measurements from other urban locations. No data on airborne concentrations at rural locations were identified.

At industrial and urban locations in Ontario in 1990, based on seven samples taken in five cities, concentrations of NDMA were all below the detection limit (detection limits ranged from 0.0034 to 0.0046 µg/m$^3$) (OME, 1990). Based on 51 30-minute samples taken in the city of Windsor, Ontario, in August 1991, concentrations of NDMA were all below the detection limits, which ranged from 0.0014 to 0.017 µg/m$^3$ (OME, 1994b).

In surveys during 1990 of a chemical production facility in Elmira, Ontario, concentrations of NDMA ranged from not detected (detection limits ranged from 0.0029 to 0.0048 µg/m$^3$) to 0.230 µg/m$^3$, based on 41 samples; concentrations in 20 of the 41 samples were at or above the detection limit (OME, 1990). The highest concentrations were measured within the perimeter of the production facility, while the maximum concentration measured beyond this perimeter was 0.079 µg/m$^3$. Concentrations in 22 of 40 samples taken in the vicinity of an industrial site in Kitchener, Ontario, in the summer of 1992 ranged from the detection limit (0.0017–0.0042 µg/m$^3$) to 0.14 µg/m$^3$ (OME, 1992a). In 1994, at a chemical plant near Elmira, Ontario, two air samples taken from the top of the kiln stack contained NDMA at the detection limit (0.17 µg/m$^3$) and at 0.35 µg/m$^3$ (Environment Canada, 1997b).

#### 2.3.2.2 Indoor air

No data were identified concerning the presence or concentrations of NDMA in indoor air from residential or public locations in Canada. Available data indicate that levels of NDMA were elevated in indoor air contaminated with environmental tobacco smoke (ETS) in the United States (Brunnemann and Hoffmann, 1978) and Austria (Stehlik *et al.*, 1982; Klus *et al.*, 1992). The maximum concentration of NDMA in ETS-contaminated indoor air was 0.24 µg/m$^3$, whereas NDMA was not detected (i.e., <0.003 µg/m$^3$) when the indoor air of a residence of a non-smoker was sampled in the same manner (Brunnemann and Hoffmann, 1978). Concentrations of NDMA in ETS-contaminated indoor air in these countries were generally between 0.01 and 0.1 µg/m$^3$ (Health Canada, 1999).

#### 2.3.2.3 Water

Releases of NDMA to water in Canada have been measured primarily in Ontario. In 1996, a chemical plant released wastewater containing NDMA into the St. Clair River at a concentration of 0.266 µg/L (Environment Canada, 1997b). In April 1997, concentrations of NDMA at the point of release to surface water ranged from 0.096 to 0.224 µg/L for this company. These concentrations are expected to decrease, as the company installed a wastewater treatment plant in early 1998. A second large chemical plant released 0.04 µg NDMA/L to Canagagigue Creek in 1997 (Environment Canada, 1997b). In an 8-week survey in spring 1992, average concentrations in surface water of the Canagagigue Creek ranged from not detectable (<0.05 µg/L) to 0.36 µg/L in 65 samples (16 above detection limit) (OME, 1992b). In 1989, NDMA concentrations above 1 µg/L in industrial discharges were detected in effluent from a chemical plant producing rubber chemicals, a rubber plant producing hoses and belts, and a pulp fibre de-inking and recovery operation (OME, 1991).

In 1994, a sanitary discharge from a re-



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620074

refinery in Ontario resulted in concentrations up to 65 µg NDMA/L (OME, 1994c). In a survey of sewage treatment plant effluent in Ontario in 1990, NDMA was detected in 27 of 39 samples, with the maximum concentration being 0.22 µg/L (unpublished 1990 data, as cited in OME, 1991). Although NDMA may be formed during sewage treatment, the typical background concentrations associated with sewage treatment plant operations have not been characterized (OME, 1991). In 1996, four companies reporting under Section 16 of CEPA released NDMA in effluent into the local sewage treatment plant (Environment Canada, 1997b).

Under the Ontario Drinking Water Surveillance Program, 390 samples of raw surface water from 101 water treatment plants were sampled for NDMA. Data collected from 1990 to July 1998 indicated that 37 plants had detectable concentrations (>0.001 µg/L) in the raw water. The average concentration in raw water was $1.27 \leftrightarrow 10^{-3}$ µg/L. The highest concentration of NDMA in raw water was 0.008 µg/L from two water treatment plants in 1996 (OMEE, 1996; OME, 1998b).

In 1997–1998, a joint Environment Canada/provincial survey of monitoring by municipal drinking water treatment facilities and distribution systems was conducted. Only one municipality in Ontario (the Regional Municipality of Ottawa-Carleton) reported sampling for NDMA in its raw and treated water in 1995 and 1996. In 1995, NDMA was not detected (<0.001 µg/L) in four samples of raw water and was detected in one of six samples of treated water at a concentration of 0.003 µg/L. In 1996, NDMA was not detected (<0.15 µg/L) in two and four samples of raw and treated water, respectively (Environment Canada, 1998).

In 1990, under the Ontario Drinking Water Surveillance Program, concentrations of NDMA in 24 groundwater samples taken from various locations in Ontario were below detection limits (detection limits ranged from 0.001 to 0.010 µg/L). Concentrations of NDMA in the municipal aquifer in Elmira ranged from 1.3 to 2.9 µg/L, attributed to contamination from a nearby chemical facility (unpublished 1990 data, as cited in OME, 1991). The municipal wells using this aquifer were closed in 1989 (OME, 1989). In 1994 and 1995, concentrations of up to 0.005 µg NDMA/L (detection limit 0.001 µg/L) in raw surface water and groundwater supplies in rural areas in southern Ontario were reported (OME, 1991).

There were 313 samples of treated water analysed from 100 locations within Ontario under the Drinking Water Surveillance Program between 1994 and 1996. NDMA was detected (i.e., at greater than 0.001 µg/L) in at least one sample at 40 of these 100 sites. The proportion of samples in which NDMA was detected was 45% (i.e., 140 of 313 samples). The censored mean concentration was 0.0027 µg/L when a concentration equivalent to one-half the limit of detection (i.e., $1/2 \leftrightarrow 0.001$ µg/L = 0.0005 µg/L) was assumed for the 173 samples in which NDMA was not detected.

The highest concentrations were measured in samples from drinking water plants using a specific pre-blended polyamine/alum water treatment coagulant (OMEE, 1996). These included a concentration of 0.04 µg/L at the water treatment plant in Huntsville, Ontario. NDMA was detected in all (i.e., at greater than 0.001 µg/L) 20 samples collected from four water treatment plants using the specific coagulant. The mean concentration of NDMA in these 20 samples was 0.012 µg/L, whereas the (censored) mean concentration in the remaining 293 samples for the locations where the specific coagulant was not used was 0.002 µg/L (irrespective of whether a value of zero, one-half the limit of detection or the limit of detection was assumed for the concentration of NDMA in samples in which it was not detected).

Treatment studies on groundwater at a



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620075

chemical plant in southern Ontario indicated that activated sludge can accumulate NDMA, particularly when nitrification and denitrification are applied to increase the sludge age. Concentrations of NDMA sampled in activated sludge ranged from 5 to 10 mg/L (Kochany, 1999; McBean, 1999). In the United States, NDMA has been reported to be a common constituent of sewage sludge. Concentrations ranging from 0.6 to 45 µg/g were found in the dried sludge from 14 of 15 cities (Mumma *et al.*, 1984).

#### 2.3.2.4 Sediment and soil

No data on concentrations of NDMA in sediments or soils in Canada were identified.

#### 2.3.2.5 Human tissues

NDMA has been quantitated in a variety of tissues and biological fluids. In a study conducted in Quebec, Cooper *et al.* (1987) detected NDMA in the liver, kidneys, brain and pancreas from four (non-occupationally exposed) individuals at postmortem; concentrations ranged from approximately 0.12 to 0.9 ng/g tissue. In studies conducted outside of Canada, reported levels of NDMA in the blood or plasma of non-occupationally exposed individuals have ranged from approximately 0.03 to 1.5 ng/mL (Fine *et al.*, 1977; Lakritz *et al.*, 1980; Yamamoto *et al.*, 1980; Garland *et al.*, 1982; Gough *et al.*, 1983; Dunn *et al.*, 1986). In other studies, concentrations of NDMA in breast milk ranged from 0.1 to 1.8 ng/g (Lakritz and Pensabene, 1984; Mizuishi *et al.*, 1987; Uibu *et al.*, 1996). NDMA has been detected in the urine of individuals having no clearly defined exposure to this nitrosamine; reported concentrations from studies conducted in Canada (Kakizoe *et al.*, 1979) and elsewhere (Lakritz *et al.*, 1982; Webb *et al.*, 1983) have ranged from 0.02 to 0.2 ng/mL.

#### 2.3.2.6 Food

NDMA can be formed during food processing, preservation and/or preparation from precursor compounds already present in, or added to, the specific food items. The foodstuffs that have been most commonly contaminated with NDMA can be classified into several broad groups:

1) foods preserved by the addition of nitrate and/or nitrite, such as cured meat products (in particular, bacon) and cheeses (since these methods of preservation introduce nitrosating species into the food);

2) foods preserved by smoking, such as fish and meat products (since oxides of nitrogen in the smoke act as nitrosating agents);

3) foods dried by combustion gases, such as malt, low-fat dried milk products and spices (since combustion gases can contain oxides of nitrogen); and

4) pickled and salt-preserved foods, particularly pickled vegetables (since microbial reduction of nitrate to nitrite occurs).

Since 1975, efforts have been made to reduce the potential for exposure to NDMA in foodstuffs in Canada through continued reduction of allowable nitrite levels during preservation and suspension of the use of nitrate for certain food groups made through changes to the Food and Drugs Regulations. In regulations amended in 1975, permissible levels of nitrite in cured meat products were lowered and the use of nitrate was eliminated, except for a few classes of products (including "slow-cured" meats) (Lawrence, 1999). For example, the permitted level of use of nitrite in bacon, in which the potential for formation of nitrosamines is greatest, was lowered from 200 to 150 mg/kg. A further amendment in 1985 lowered the permitted maximum level of use of potassium nitrite and sodium nitrite from 150 to 120 mg/kg in cured side bacon. The use of nitrate in seafood preservation was suspended in 1965,



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

shortly after inception of the Food Additive Tables in 1964 (Salminen, 1999).

Data concerning the concentrations of NDMA in Canadian food items from each of the groups in which there is potential for exposure are limited and largely predate the introduction of controls outlined above. Concentrations of NDMA in 121 samples of various meat products in Canada ranged from less than 0.1 µg/kg (the limit of detection) to a maximum of 17.2 µg/kg in a sample of bacon (Sen *et al.*, 1979, 1980b). Concentrations of NDMA in 63 samples of various fish and seafood products in Canada ranged from less than 0.1 µg/kg (the limit of detection) to a maximum of 4.2 µg/kg in a sample of salted/dried fish (Sen *et al.*, 1985). Concentrations of NDMA in 62 samples of cheese (31 of Canadian origin and 31 imported) purchased in Canada ranged from less than 1 µg/kg (the limit of detection) to a maximum of 68 µg/kg in a sample of wine cheese (Sen *et al.*, 1978).

NDMA was generally not detected in samples of milk products, except for skim milk powder, where it was present in all 11 samples, at a maximum concentration of 0.7 µg/kg (Sen and Seaman, 1981b). In other countries, the presence of NDMA in non-fat dried milk powders has been attributed to the use of natural gas for direct fired heating (Kelly *et al.*, 1989; Scanlan *et al.*, 1994). In Canada, in other foods dried directly, NDMA was detected in 1 of 10 samples of instant coffee at a concentration of 0.3 µg/kg and in 2 of 20 samples of dried soup with a maximum concentration of 0.25 µg/kg (Sen and Seaman, 1981b).

NDMA was not detected (at limits of detection ranging from 0.1 to 0.5 µg/kg) in 25 samples of baby food, including formula, cereal and mixed food containing meat, analysed from 1979 to 1981 (Sen *et al.*, 1979, 1980b; Sen and Seaman, 1981b). In a survey of other food products in 1979, NDMA was not detected in apple juice or drink, ketchup and other sauces, Ovaltine, margarine, butter, lard or (fresh and canned) mushrooms (Sen *et al.*, 1980b). The limit of detection was 0.1 µg/L or 0.1 µg/kg. NDMA was detected at a trace level (<0.2 µg/kg) in 1 of 11 samples of pizza and pizza toppings (Sen *et al.*, 1980b).

Among the cured meat products analysed, bacon was unique, in that it was generally free of nitrosamines in the raw stage. Nitrosamines were formed in bacon only during high-heat frying (Sen *et al.*, 1979). Various factors control the formation of NDMA in fried bacon, including the initial and residual levels of nitrite, processing conditions, the diet of the pigs, the lean to adipose tissue ratio, the presence of inhibitors, frying temperatures and cooking methods (Sen, 1986). The cooked-out fat contains higher (approximately twice as high) levels of nitrosamines than the cooked lean bacon, and steam-volatile nitrosamines such as NDMA are volatilized in the fumes produced during frying (Sen, 1986).

Concentrations of NDMA in bacon currently consumed in Canada are unlikely to be as high as the maximum of 17.2 µg/kg reported previously (Sen *et al.*, 1979, 1980b), as a result of the controls on the use of nitrate and nitrite in cured meat products introduced in Amendments to the Canadian Food and Drugs Regulations in 1975. However, quantitative data are not available to support this conclusion.

There is consensus among the literature surveyed that concentrations of NDMA in foods from developed countries were an order of magnitude lower in the late 1980s and early 1990s than in the 1970s (Tricker *et al.*, 1991a; Cornée *et al.*, 1992; Sen *et al.*, 1996). The reduction in the concentrations of preformed NDMA in foods is attributed to improvements in food cooking and preservation techniques. However, no data are available with which to determine whether the concentrations of preformed NDMA in foods in Canada or elsewhere have continued to decline throughout



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

the 1990s or remain at the levels measured in the late 1980s and early 1990s.

Most malt beverages, including beer and most brands of whiskey, regardless of origin, contain NDMA (ATSDR, 1989). The presence of NDMA in beer was first reported in 1977 (Sen *et al.*, 1980a; OME, 1991). Malt was found to be the main source of NDMA contamination in beer, and NDMA was shown to be formed during direct drying of malt using hot flue gases — a practice that was common prior to 1980 (Spiegelhalder *et al.*, 1980). Improved malt drying techniques (direct to indirect in 1981) have now significantly reduced the levels of NDMA in malt and beer (OME, 1991; Sen *et al.*, 1996). It is currently believed that NDMA is only a minor component of the total *N*-nitroso compounds in beer and that the major contribution is made by as yet unidentified non-volatile *N*-nitroso compounds (Massey *et al.*, 1990; U.K. MAFF, 1992). Among samples of beer produced in Canada, a maximum concentration of 4.9 µg/L was reported in a beer from Ontario in 1978, while in more recent samples (i.e., 1988–1989), the maximum concentration was 0.59 µg/L. Among imported beers purchased in Canada, a maximum concentration of 9.2 µg/L was reported in a beer sampled in 1991–1992, while in more recent samples (i.e., October–December 1994), the maximum concentration was 3.2 µg/L.

NDMA may also be endogenously produced *in vivo* from precursor compounds contained in the food ingested (e.g., DMA in meats and fish and nitrate/nitrite in vegetables) and/or already present in the human body (e.g., nitrate, nitrite). Urinary excretion of NDMA was significantly increased in human volunteers after intake of nitrate in drinking water in combination with a fish meal (Vermeer *et al.*, 1998). Fish was selected, as it contains high amounts of amines, including DMA (Sen *et al.*, 1985).

Available data are inadequate to serve as a basis for determining the quantities of endogeneous NDMA formed or their relative contribution to exposure via ingestion compared with NDMA's exogenous presence in food (Cornée *et al.*, 1992).

#### 2.3.2.7 Consumer products

Exposure can result from the use of consumer products that contain NDMA, such as cosmetics and personal care products, products containing rubber and tobacco products.

NDMA has been detected in a variety of personal care and cosmetic products (e.g., shampoos, hair conditioners and toners, bath and shower gels, creams and oils, face tonics, cleansers), likely due to the reaction of nitrosating agents such as nitrite and/or nitrogen oxides, which occur frequently therein (Spiegelhalder and Preussmann, 1984), with amine-containing compounds, which are used extensively in ingredients of personal care products. Examples include surfactants, detergents, foam boosters, protein additives and colouring agents (ECETOC, 1990). Ingredients that might in some circumstances give rise specifically to NDMA include quaternary ammonium compounds, betaines and amine oxides (ECETOC, 1991). Nitrosation in cosmetic matrices is often slow, but cosmetic products may remain on store shelves and in consumers' cabinets for extended periods of time, during which nitrosamines can continue to form in the products (Havery and Chou, 1994).

Fifty (or 34.5%) of 145 products surveyed in Germany in 1984 contained NDMA, at a maximum concentration of 24 µg/kg in one shampoo (Spiegelhalder and Preussmann, 1984). However, while data on concentrations of NDMA in Canadian cosmetic products were not identified, current levels of NDMA in Canadian products are likely much lower than these levels. Indeed, Health Canada recommends for cosmetic notifications that manufacturers ensure that their raw materials are not contaminated with nitrosamines, and that their formulations do not include combinations of nitrosating agents and amines/amides. Manufacturers who submit



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

cosmetic notifications for formulations that include combinations of such precursor substances are requested to provide evidence that the level of nitrosamines present in the product or formed over a period equivalent to the shelf life of the product does not exceed 10 μg/kg. Failing this, manufacturers are required to reformulate the products to remove either the amines/amides or the nitrosating agents (Green, 1995).

Rubber-containing products that come into contact with human skin are another potential source of exposure to NDMA, since dialkylamines used by rubber manufacturers as accelerators and stabilizers during rubber vulcanization can react with nitrosating agents during processing to form nitrosamines (Biaudet *et al.*, 1997). NDMA has been detected in a diverse selection of workplace, consumer and medical products containing rubber (Health Canada, 1999). The maximum concentration of NDMA detected (i.e., 329 mg/kg) was in latex disposable protective gloves in the United States. However, only a small proportion of the total nitrosamines in the gloves would be expected to be leached out and dermally absorbed (Fiddler *et al.*, 1985). *N*-Nitrosamines have been detected in baby bottle rubber nipples and pacifiers in Canada. The maximum concentrations of NDMA reported in the published literature were 25 mg/kg in baby bottle rubber nipples and 8.6 mg/kg in rubber pacifiers (Sen *et al.*, 1984).

Currently, in Canada, however, under the *Hazardous Products Act* and Regulations, infant feeding bottle nipples and pacifiers may not contain more than 10 mg total volatile *N*-nitrosamines/kg, as determined by dichloromethane extraction (Health Canada, 1999). The determination of nitrosamines is conducted according to a cyclical enforcement policy, which calls for a survey of samples of products representative of those available in the Canadian market at least every 6 years. In surveys conducted in 1995 and 1998, NDMA was not detected (detection limit 1 mg/kg); the next survey is scheduled for fiscal year 2001–2002 (Wright, 1999).

The nitrosation of natural constituents of tobacco during curing and fermentation results in the formation of three major classes of *N*-nitroso compounds in tobacco and tobacco products — volatile, non-volatile and tobacco-specific *N*-nitrosamines (Hoffmann *et al.*, 1984; Tricker *et al.*, 1991b). In addition, the combustion of cigarette tobacco results in the pyrolytic formation of volatile *N*-nitrosamines, including NDMA (Tricker and Preussmann, 1992). The yields of these volatile *N*-nitrosamines in cigarette smoke from combustion of tobacco depend on many chemical and physical parameters, including the amounts of organic nitrogen and nitrate present (Hoffmann *et al.*, 1987). Furthermore, nicotine serves as a specific precursor for formation of NDMA (Hoffmann *et al.*, 1987).

The NDMA content of cigarette and oral tobacco and the amounts of NDMA in mainstream smoke, sidestream smoke and ETS have been assessed in several studies (Health Canada, 1999). The levels of preformed volatile *N*-nitrosamines in the cigarette tobacco are considerably lower than the corresponding levels in the mainstream smoke (Tricker *et al.*, 1991b), and the levels of NDMA in sidestream smoke are generally 1 or 2 orders of magnitude greater than in the mainstream smoke from the same cigarette (Health Canada, 1999).

In other studies, emissions of NDMA and other *N*-nitrosamines in ETS rather than in sidestream smoke have been determined. The determination of emission factors (e.g., ng/cigarette) of nitrosamines (and other smoke constituents) in ETS requires measurements in environmental chambers. The measured concentrations and calculated emission factors are highly sensitive to operating conditions in these chambers (e.g., chamber volume, air exchange rate); however, the environmental chamber is thought to more closely simulate real smoking environments.

The average ETS emission factor for NDMA for six U.S. commercial cigarette brands

was 570 ± 120 ng/cigarette (CARB, 1994; Mahanama and Daisey, 1996). These data have been extrapolated to estimate the concentration of NDMA in indoor air spaces of defined volume and air exchange rates. The predicted concentrations of NDMA in indoor air ranged from 0.002 to 0.005 mg/m$^3$ (Mahanama and Daisey, 1996). Predicted concentrations based on data from other studies ranged from 0.011 to 0.037 mg/m$^3$ (Mahanama and Daisey, 1996). These modelled concentrations are similar to the measured concentrations of NDMA in indoor air contaminated with ETS, summarized in Section 2.3.2.2.

## 2.4 Effects characterization

### *2.4.1 Ecotoxicology*

The effects of NDMA resulting from acute and chronic exposure have been extensively studied in a variety of species of aquatic plants and animals. A brief summary of effects is presented below, with emphasis on the most sensitive endpoints for aquatic organisms. Studies summarized below were critically reviewed in the following reports: OME (1991, 1998a) and ATSDR (1989).

#### 2.4.1.1 Aquatic organisms

Green algae (*Selenastrum capricornutum*) and blue-green algae (*Anabaena flos-aqua*) were exposed to NDMA over a 13-day period in static systems. The test was conducted to determine effects on algal growth rate, cell number, maximum standing crop and dry weight. The 13-day $EC_{50}$s for growth were 4 mg/L and 5.1 mg/L for the green and blue-green algae, respectively (Draper and Brewer, 1979).

Draper and Brewer (1979) reported a 96-hour $LC_{50}$ of 940 mg/L for fathead minnow (*Pimephales promelas*) and a 96-hour $LC_{50}$ of 1365 mg/L for flatworms (*Dugesia dorotocephala*). For scud (*Gammarus limnaeus*), 96-hour $LC_{50}$ values ranged from 280 to 445 mg/L (Draper and Fisher, 1980). Both studies were conducted in static renewal systems.

The $LC_{50}$ values for a saltwater fish, the common mummichog (*Fundulus heteroclitus*), in a static non-renewal system were 8300 mg/L at 24 hours, 5500 mg/L at 48 hours, 4700 mg/L at 72 hours, 3300 mg/L at 96 hours and 2700 mg/L at 120 hours (Ferraro *et al.*, 1977).

Grieco *et al.* (1978) reported a dose-related increase in hepatocellular carcinomas in a study in which rainbow trout (*Oncorhynchus mykiss*) received 3, 200, 400 or 800 mg NDMA/kg in the diet over 52 weeks. Tumours did not form in trout receiving 3 mg/kg, although body weight was reduced. OME (1998a) observed that growth reduction in rainbow trout was a more sensitive response than tumour induction.

Frogs (*Rana temporaria*) were exposed to 5 mg NDMA/L in water for 63 days and 203 days. In both studies, the frogs developed hepatocellular carcinomas as well as adenomas and tumours of the hematopoietic system. Approximately 44% of the frogs exposed for 203 days developed tumours (Khudoley, 1977). In another species of frog (*Xenopus borealis*) exposed for 52 weeks to 400 mg NDMA/L in aquarium water, 54% of the test animals developed liver and kidney tumours (Khudoley and Picard, 1980). The authors believed that amphibians were more sensitive (shorter latency period and higher tumour incidence) than fish to the carcinogenic effects of the nitrosamine.

### *2.4.2 Abiotic atmospheric effects*

Worst-case calculations were made to determine if NDMA has the potential to contribute to the depletion of stratospheric ozone, ground-level ozone formation or climate change (Bunce, 1996).

The Ozone Depletion Potential (ODP) is 0, as NDMA is not a halogenated compound.

The Photochemical Ozone Creation Potential (POCP) was estimated to be 11.3



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

(relative to the value of an equal mass of the reference compound ethene, which has a POCP of 100), based on the following formula:

$$POCP = (k_{NDMA}/k_{ethene}) \quad (M_{ethene}/M_{NDMA}) \quad 100$$

where:

- $k_{NDMA}$ is the rate constant for the reaction of NDMA with OH radicals ($2.53 \quad 10^{-12}$ $cm^3$/mol per second),
- $k_{ethene}$ is the rate constant for the reaction of ethene with OH radicals ($8.5 \quad 10^{-12}$ $cm^3$/mol per second),
- $M_{ethene}$ is the molecular weight of ethene (28 g/mol), and
- $M_{NDMA}$ is the molecular weight of NDMA (74.08 g/mol).

The Global Warming Potential (GWP) was calculated to be $5.0 \quad 10^{-4}$ (relative to the reference compound CFC-11, which has a GWP of 1), based on the following formula:

$$GWP = (t_{NDMA}/t_{CFC\text{-}11}) \quad (M_{CFC\text{-}11}/M_{NDMA}) \quad (S_{NDMA}/S_{CFC\text{-}11})$$

where:

- $t_{NDMA}$ is the lifetime of NDMA (0.016 years),
- $t_{CFC\text{-}11}$ is the lifetime of CFC-11 (60 years),
- $M_{CFC\text{-}11}$ is the molecular weight of CFC-11 (137.5 g/mol),
- $M_{NDMA}$ is the molecular weight of NDMA (74.08 g/mol),
- $S_{NDMA}$ is the infrared absorption strength of NDMA (2389/$cm^2$ per atmosphere, default), and
- $S_{CFC\text{-}11}$ is the infrared absorption strength of CFC-11 (2389/$cm^2$ per atmosphere).

These figures suggest that the potential contribution of NDMA to stratospheric ozone depletion, to ground-level ozone formation and to climate change is negligible. Also, these calculations do not consider the short photolytic half-life of NDMA vapour in sunlight (i.e., 0.5–1.0 hour; Hanst *et al.*, 1977), resulting in a seriously overestimated GWP and POCP. Finally, the environmental impact of NDMA emissions to the atmosphere will be much smaller than that of the ozone-forming reference compound ethene, because much smaller quantities of NDMA are emitted (Bunce, 1996).

### *2.4.3 Experimental animals and* in vitro

#### 2.4.3.1 Acute toxicity

NDMA is highly acutely toxic after oral administration to rats, with $LD_{50}$s ranging from 23 to 40 mg/kg-bw. It is also highly acutely toxic via inhalation; 4-hour $LC_{50}$s are 78 ppm (240 mg/$m^3$) for rats and 57 ppm (176 mg/$m^3$) for mice. One day after three dogs were exposed (via inhalation) to 16 ppm (49 mg/$m^3$) NDMA for 4 hours, one had died, and the others were moribund (ATSDR, 1989). In all three species, acute inhalation exposure produced hemorrhagic necrosis in the liver; an increased blood clotting time was reported for the NDMA-exposed dogs (ATSDR, 1989). In other laboratory species, acute exposure to NDMA produced effects in the liver (hepatotoxicity), kidney (tumours) and testes (necrosis of the seminiferous epithelium) (Magee and Barnes, 1962; Schmidt and Murphy, 1966; Hard and Butler, 1970a,b; McLean and Magee, 1970; OME, 1991).

#### 2.4.3.2 Short-term and subchronic toxicity

Hepatic effects (i.e., hepatocyte vacuolization, portal venopathy and necrosis/hemorrhage), often associated with reduced survival, have been observed in a number of mammalian species exposed under various conditions (e.g., in rats receiving 1, 3.8 or 5 mg NDMA/kg-bw per day for 30, 7–28 or 5–11 days, respectively; in mice receiving 5 mg/kg-bw per day for 7–28 days; in hamsters receiving 4 mg/kg-bw per day for 1–28 days; in guinea pigs, cats and monkeys receiving 1 or 5 mg/kg-bw per day for 30 or 5–11 days, respectively; in dogs receiving 2.5 mg/kg-bw per day, 2 days per week, for 3 weeks; and in mink



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620081

receiving 0.32 mg/kg-bw per day for 23–34 days) (ATSDR, 1989).

In addition to effects in the liver, "congestion" in a variety of organs (i.e., kidneys, lung, spleen and myocardium) has been reported following gross examination of rats receiving 3.8 mg NDMA/kg-bw per day in the diet for 1–12 weeks; the results of histopathological examination were not reported (Khanna and Puri, 1966). Gastrointestinal hemorrhage has been observed in rats receiving dietary doses of 10 mg NDMA/kg-bw per day for 34–37 days (Barnes and Magee, 1954) and in mink receiving 0.3 or 0.6 mg NDMA/kg-bw per day in the diet for 23–34 days (Carter *et al.*, 1969). Effects in the kidneys (including glomerulus dilatation and slight thickening of the Bowman's capsule) were observed in mink receiving 0.2 mg NDMA/kg-bw per day from the diet (period not specified) (Martino *et al.*, 1988).

#### 2.4.3.3 Carcinogenicity

Although most studies were conducted early and would be considered limited by today's standards, clear evidence of carcinogenicity has been observed in a number of studies in which rodents (i.e., rats, mice, hamsters) were exposed to NDMA orally, via inhalation or by intratracheal instillation. NDMA increased the incidence of liver and Leydig cell tumours in rats ingesting this nitrosamine from drinking water or the diet (Terao *et al.*, 1978; Arai *et al.*, 1979; Ito *et al.*, 1982; Lijinsky and Reuber, 1984); increased tumour incidences were noted at NDMA concentrations of about 5 mg/L in drinking water and 10 mg/kg in the diet. Increased incidences of nasal, hepatic, pulmonary and renal tumours were observed in rats exposed to NDMA via inhalation (Moiseev and Benemanskii, 1975; Klein *et al.*, 1991); increases in the incidence of hepatic, pulmonary and renal tumours were observed following exposure to NDMA at a concentration of 0.2 mg/m$^3$ (Moiseev and Benemanskii, 1975). Hepatic, pulmonary and renal carcinogenicity was observed in mice administered NDMA via drinking water (Terracini *et al.*, 1966; Clapp and Toya, 1970; Anderson *et al.*, 1979, 1986, 1992b) or through inhalation (Moiseev and Benemanskii, 1975); increases in tumour incidence were observed at concentrations of NDMA in drinking water ranging from 0.01 to 5 mg/L. Moreover, in some cases (e.g., Terracini *et al.*, 1966), the period of exposure to NDMA was relatively short (i.e., 3 weeks). In mice administered NDMA via drinking water or intragastrically, co-exposure with ethanol increased the pulmonary carcinogenicity of the nitrosamine (Anderson, 1988; Anderson *et al.*, 1992b), an effect attributed to inhibition of the (first-pass) metabolism of NDMA in the liver by the alcohol. NDMA increased the incidence of liver tumours in hamsters exposed intratracheally (Tanaka *et al.*, 1988). The administration of NDMA to pregnant rats (by intraperitoneal injection) or mice (by stomach tube) increased the frequency of hepatic and renal tumours in the offspring (Alexandrov, 1968; Anderson *et al.*, 1989). An increased incidence of renal tumours has also been observed in rats administered either a single oral (Magee and Barnes, 1962) or intraperitoneal (Hard and Butler, 1970a; McLean and Magee, 1970) dose of NDMA (at levels of 30–60 mg/kg-bw).

In a more recently conducted comprehensive carcinogenicity bioassay (designed to provide detailed information on exposure–response) involving lifetime exposure (i.e., animals were exposed continuously until natural death), 15 dose groups of 60 male and 60 female Colworth-Wistar rats were provided with drinking water containing NDMA covering a wide range of concentrations[1] (see Tables 2 and 3) (Brantom, 1983; Peto *et al.*, 1991a,b). The estimated daily intakes of NDMA ranged from 0.001 to 0.697 mg/kg-bw in the males and from 0.002 to 1.224 mg/kg-bw in the females. A control group of 120 males and 120 females received drinking water without NDMA

[1] The concentrations of NDMA were 33, 66, 132, 264, 528, 1056, 1584, 2112, 2640, 3168, 4224, 5280, 6336, 8448 and 16 896 µg/L.

(Brantom, 1983; Peto *et al.*, 1991a,b). Groups of animals were taken for interim sacrifice after 12 and 18 months of study. Dose-related increases in tumour incidence were observed only in the liver in both males and females (see Tables 2 and 3). The increase in tumour incidence was greatest for hepatocellular carcinoma and biliary cystadenoma. For some other sites (i.e., pituitary and thyroid in males, and pituitary, uterus, thymus and mammary tissue in females), the incidence of tumours declined with increasing exposure to NDMA. Non-neoplastic effects observed in the liver included hyperplastic nodules and the shrinkage of hepatocytes. Peto *et al.* (1991a,b) conducted detailed analyses relating the development of liver tumours in these animals to the period of exposure and dose of NDMA administered. These authors concluded that in rats exposed to low levels of NDMA starting at 6 weeks of age, mortality due to liver cancer would be approximately 7-fold greater in the animals allowed to succumb naturally than in those exposed to the nitrosamine for only 2 years.

2.4.3.4 Genotoxicity

**TABLE 2** Carcinogenicity study with male rats[1]

| Exposure group | NDMA concentration in drinking water (mg/L) | Estimated intake (mg/kg-bw per day)[2] | Animals with hepatic tumours (%)[3] | | |
|---|---|---|---|---|---|
| | | | Carcinoma | Hemangio-sarcoma | Biliary cystadenoma |
| 1 | 0 | 0 | 1 | 1 | 1 |
| 2 | 0.033 | 0.001 | 2 | 0 | 4 |
| 3 | 0.066 | 0.003 | 2 | 0 | 4 |
| 4 | 0.132 | 0.005 | 4 | 2 | 4 |
| 5 | 0.264 | 0.011 | 2 | 4 | 4 |
| 6 | 0.528 | 0.022 | 6 | 0 | 2 |
| 7 | 1.056 | 0.044 | 10 | 2 | 2 |
| 8 | 1.584 | 0.065 | 13 | 2 | 8 |
| 9 | 2.112 | 0.087 | 10 | 13 | 13 |
| 10 | 2.640 | 0.109 | 25 | 13 | 23 |
| 11 | 3.168 | 0.131 | 29 | 29 | 27 |
| 12 | 4.224 | 0.174 | 33 | 21 | 25 |
| 13 | 5.280 | 0.218 | 58 | 6 | 29 |
| 14 | 6.336 | 0.261 | 60 | 15 | 40 |
| 15 | 8.448 | 0.348 | 77 | 6 | 29 |
| 16 | 16.896 | 0.697 | 88 | 6 | 4 |

[1] Brantom (1983); Peto *et al.* (1991a,b). Animals were provided, for their entire lives until natural death, drinking water containing the indicated concentrations of NDMA. The animals were sacrificed and necropsied if moribund or exhibiting palpable liver alterations.
[2] Intakes estimated by authors (Peto *et al.*, 1991b).
[3] Proportion of animals with tumours specified at each dose level; n = 192 for unexposed controls (treatment group 1); n = 48 for each dose level (treatment groups 2–16) (Brantom, 1983).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620083

**Table 3** Carcinogenicity study with female rats[1]

| Exposure group | NDMA concentration in drinking water (mg/L) | Estimated intake (mg/kg-bw per day)[2] | Animals with hepatic tumours (%)[3] | | |
|---|---|---|---|---|---|
| | | | Carcinoma | Hemangio-sarcoma | Biliary cystadenoma |
| 1 | 0 | 0 | 1 | 1 | 2 |
| 2 | 0.033 | 0.002 | 0 | 2 | 2 |
| 3 | 0.066 | 0.005 | 0 | 0 | 8 |
| 4 | 0.132 | 0.010 | 4 | 2 | 0 |
| 5 | 0.264 | 0.019 | 4 | 0 | 6 |
| 6 | 0.528 | 0.038 | 10 | 2 | 10 |
| 7 | 1.056 | 0.076 | 6 | 4 | 15 |
| 8 | 1.584 | 0.115 | 10 | 2 | 71 |
| 9 | 2.112 | 0.153 | 10 | 6 | 69 |
| 10 | 2.640 | 0.191 | 8 | 2 | 83 |
| 11 | 3.168 | 0.229 | 13 | 6 | 92 |
| 12 | 4.224 | 0.306 | 15 | 4 | 90 |
| 13 | 5.280 | 0.382 | 25 | 0 | 85 |
| 14 | 6.336 | 0.459 | 38 | 0 | 69 |
| 15 | 8.448 | 0.612 | 69 | 6 | 33 |
| 16 | 16.896 | 1.224 | 73 | 10 | 8 |

[1] Brantom (1983); Peto *et al.* (1991a,b). Animals were provided, for their entire lives until natural death, drinking water containing the indicated concentrations of NDMA. The animals were sacrificed and necropsied if moribund or exhibiting palpable liver alterations.
[2] Intakes estimated by authors (Peto *et al.*, 1991b).
[3] Proportion of animals with tumours specified at each dose level; n = 192 for unexposed controls (treatment group 1); n = 48 for each dose level (treatment groups 2–16) (Brantom, 1983).

The results of numerous studies conducted *in vitro* with bacterial and mammalian cells have provided overwhelming evidence that NDMA is mutagenic and clastogenic (reviewed in IARC, 1978; ATSDR, 1989). Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays conducted in the presence or absence of metabolic activation. Positive results have been observed in human as well as in rodent cells.

Similarly, clear evidence of genetic effects has also been observed in *in vivo* studies. Clastogenic effects (e.g., micronuclei, sister chromatid exchange, chromosomal aberrations) in hepatocytes (Tates *et al.*, 1980, 1983, 1986; Braithwaite and Ashby, 1988; Cliet *et al.*, 1989; Neft and Conner, 1989; Sawada *et al.*, 1991), bone marrow cells (Bauknecht *et al.*, 1977; Wild, 1978; Neal and Probst, 1983; CSGMT, 1986; Neft and Conner, 1989; Krishna *et al.*, 1990; Sato *et al.*, 1992; Morrison and Ashby, 1994), spleen cells (Neft and Conner, 1989; Krishna *et al.*, 1990), peripheral blood lymphocytes (Tates *et al.*, 1983; Sato *et al.*, 1992) and spermatids (Cliet *et al.*, 1993), as well as in esophageal (Mehta *et al.*,

1987) and kidney cells (Robbiano *et al.*, 1997), have been observed in rodents (rats, mice or hamsters) administered NDMA either orally or by intraperitoneal injection. The inhalation exposure of female mice to NDMA increased the frequency of micronucleated bone marrow cells (Odagiri *et al.*, 1986). Evidence of genotoxicity (e.g., chromosomal aberrations, micronuclei, gene mutation, DNA strand breaks) has also been observed in the offspring of hamsters (Inui *et al.*, 1979) and mice (Bolognesi *et al.*, 1988) administered NDMA during gestation.

In rodents (rats, mice or hamsters) administered NDMA either orally or by intraperitoneal injection, evidence of DNA damage has been observed in the liver, kidneys and lungs (Laishes *et al.*, 1975; Petzold and Swenberg, 1978; Abanobi *et al.*, 1979; Mirsalis and Butterworth, 1980; Brambilla *et al.*, 1981, 1987; Bermudez *et al.*, 1982; Cesarone *et al.*, 1982; Barbin *et al.*, 1983; Doolittle *et al.*, 1984; Kornbrust and Dietz, 1985; Loury *et al.*, 1987; Mirsalis *et al.*, 1989; Pool *et al.*, 1990; Brendler *et al.*, 1992; Jorquera *et al.*, 1993; Asakura *et al.*, 1994; Tinwell *et al.*, 1994; Webster *et al.*, 1996). DNA damage in thymus (Petzold and Swenberg, 1978), sperm (Cesarone *et al.*, 1979), and nasal and tracheal cells (Doolittle *et al.*, 1984) has also been noted. NDMA was mutagenic at the *lacI* locus (in the liver) in *in vivo* assays involving transgenic mice (Mirsalis *et al.*, 1993; Tinwell *et al.*, 1994; Butterworth *et al.*, 1998).

Exposure to NDMA may lead to the formation of methylated bases within the genome (see Section 2.4.3.7).

#### 2.4.3.5 Reproductive and developmental toxicity

Available data on the reproductive or developmental toxicity of NDMA are limited primarily to results derived from older studies. In a report by Anderson *et al.* (1978), time to conception in female mice provided with drinking water containing 0.1 mg NDMA/L for 75 days prior to mating was about 3 days longer than in unexposed controls; no other reproductive effects were assessed in this study. In a study conducted with male rats, a single intraperitoneal injection of 30 or 60 mg NDMA/kg-bw induced testicular damage (necrosis or degeneration of the seminiferous epithelium) (Hard and Butler, 1970b).

In a single-generation study (Anderson *et al.*, 1978) in which the reproductive effects of a number of substances were examined, groups of 20 female mice were provided with drinking water containing 0 or 0.1 mg NDMA/L for 75 days prior to mating and throughout pregnancy and lactation (estimated daily and total intakes of 0.02 mg/kg-bw per day and 2 mg/kg-bw, respectively). The proportion of deaths (based upon the total number of stillborn and neonatal deaths) was increased ($p < 0.05$) 2-fold in the NDMA-exposed animals, compared with controls (i.e., 20% and 9.9%, respectively), due in large part to an increase in the number of stillborn animals. Exposure to NDMA had no effect upon maternal fluid consumption, litter size or average body weight of the weanlings, and no consistent gross or histopathological abnormalities were observed in the stillborn fetuses or dead neonates to account for the increased mortality. In a somewhat more recent study with mice administered higher doses of the nitrosamine, a single intraperitoneal injection of 37 mg NDMA/kg-bw on day 16 or 19 of gestation resulted in the deaths of the fetuses in all exposed dams; lethality was not observed following the administration of 7.4 mg NDMA/kg-bw (Anderson *et al.*, 1989).

Fetal body weight was significantly ($p < 0.05$) reduced after a single oral dose of 20 mg NDMA/kg-bw was administered to pregnant rats on day 15 or 20 of gestation (Nishie, 1983). Although information on fetal survival or teratogenicity was not provided, toxic effects (reduced weight gain, hepatotoxicity and death) were observed among the dams. Fetal deaths were noted in a number of studies (cited in



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620085

ATSDR, 1989) conducted with rats in which NDMA was administered to pregnant dams 1) as a single oral dose (30 mg/kg-bw) on one of days 1–12 (Alexandrov, 1974) or 1–15 (Napalkov and Alexandrov, 1968) of gestation; 2) as repeated gavage doses of 1.4–2.9 mg/kg-bw per day for 7 or more days during gestation (Napalkov and Alexandrov, 1968); or 3) in the diet (intake of 5 mg/kg-bw per day) from an unspecified day in early pregnancy to sacrifice on day 20 of gestation (Bhattacharyya, 1965). Although no teratogenic effects were reported in these studies, interpretation of these investigations is difficult owing to insufficient information on experimental design and results, lack of controls and lack of information on maternal toxicity (ATSDR, 1989).

2.4.3.6 Neurotoxicity and effects on the immune system

Data concerning effects on the brain or central nervous system in animals exposed to NDMA were not identified.

In studies in which B6C3F$_1$ female mice were administered repeated intraperitoneal injections of 1.5, 3 or 5 mg NDMA/kg-bw per day for 14 days, observed effects on the immune system included suppression of humoral immunity with declines in the IgM antibody-forming cell response to sheep red blood cells and reductions in splenocyte proliferation in response to lipopolysaccharide (reviewed in Haggerty and Holsapple, 1990). Also observed were reductions in T-lymphocyte function (i.e., reduced cell-mediated immunity) with a decline in proliferative responses to various T-cell mitogenic stimuli, suppression of the mixed lymphocyte response and selected delayed hypersensitivity responses, as well as significant reductions in host resistance to infection with *Listeria monocytogenes*, *Streptococcus zooepidemicus* or the influenza virus or to challenge with B16F10 tumour cells.

Female CD-1 mice provided with drinking water containing 1 or 10 mg NDMA/L for 30–120 days exhibited marked suppression of humoral- and cell-mediated immunity (Desjardins *et al.*, 1992). No effects were observed in animals consuming drinking water containing 1 mg NDMA/L.

2.4.3.7 Toxicokinetics and mode of action

Quantitative information on the absorption or distribution of NDMA following oral, inhalation or dermal exposure in humans was not identified. The development of severe effects following acute exposure to NDMA provides evidence that this nitrosamine is absorbed from the gastrointestinal tract and the lungs.

On the basis of studies conducted with laboratory animals, ingested NDMA is absorbed rapidly and extensively (Daugherty and Clapp, 1976; Diaz Gomez *et al.*, 1977; Kunisaki *et al.*, 1978), primarily from the lower intestinal tract (Phillips *et al.*, 1975; Hashimoto *et al.*, 1976; Agrelo *et al.*, 1978; Pegg and Perry, 1981). Detection of NDMA in the urine of rats and dogs exposed by inhalation indicates that the nitrosamine is absorbed through the lungs; however, reliable quantitative information on the absorption of NDMA following inhalation was not identified.

Once absorbed, NDMA and its metabolites are distributed widely (Daugherty and Clapp, 1976; Anderson *et al.*, 1986) and likely passed to offspring through mothers' milk (Diaz Gomez *et al.*, 1986). The nitrosamine and its metabolites have been detected in the fetuses of pregnant rodents injected with the substance (Althoff *et al.*, 1977; Johansson-Brittebo and Tjäve, 1979). Pharmacokinetic analyses of NDMA injected intravenously into a number of laboratory species have revealed that the nitrosamine is cleared rapidly from the blood, with metabolism involving both hepatic and extrahepatic components. NDMA and its metabolites may be excreted in the urine or exhaled as carbon dioxide.

The metabolism of NDMA involves either the alpha-hydroxylation or denitrosation of



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620086

the nitrosamine. Both pathways are considered to proceed through a common intermediate radical [$CH_3(CH_2\cdot)N–N=O$], generated by the action of the cytochrome P450[CYP2E1]-dependent mixed-function oxidase system (Haggerty and Holsapple, 1990; Lee *et al.*, 1996). Along the alpha-hydroxylation pathway, the hydroxymethyl-nitrosamine ($HOCH_2CH_3N–N=O$) formed from the intermediate radical decomposes to formaldehyde (itself ultimately converting to carbon dioxide) and monomethylnitrosamine ($CH_3NHN=O$); the monomethylnitrosamine, owing to its instability, undergoes rearrangement to the strongly methylating methyldiazonium ion ($CH_3N^+...N$), which alkylates biological macromolecules such as DNA, RNA and proteins. Metabolic conversion of the intermediate radical via denitrosation may lead to the formation of methylamine ($CH_3NH_2$) and formaldehyde. There appear to be no qualitative differences in the metabolism of NDMA between humans and laboratory animals.

On the basis of *in vitro* assays conducted with rat hepatocyte cultures, Lee *et al.* (1996) attributed the hepatotoxicity of NDMA to the methyldiazonium ion formed via the alpha-hydroxylation pathway; denitrosation was considered to make little contribution to the overall hepatotoxic effect of this nitrosamine in rats. Available data provide strong evidence that the toxicological effects of NDMA are directly dependent upon the cytochrome P450[CYP2E1]-dependent metabolic conversion of this nitrosamine to highly reactive species; therefore, substances that alter the expression and/or activity of this protein might have an influence upon the toxicological effects exerted by NDMA (Yang *et al.*, 1991; Anderson, 1992; Tsutsumi *et al.*, 1993; Barcelo *et al.*, 1996; Encell *et al.*, 1996; Espinosa-Aguirre *et al.*, 1996, 1997; Shu and Hollenberg, 1996, 1997). Ethanol is a competitive inhibitor of the cytochrome P450[CYP2E1]-dependent metabolism of NDMA. Compared with studies in which laboratory animals were administered NDMA alone, the concurrent administration of the nitrosamine and ethanol has been shown to increase the bioavailability of NDMA (administered orally) in monkeys and mice (Anderson *et al.*, 1992a, 1994), the levels of the nitrosamine measured within the various tissues of mice (Anderson *et al.*, 1986), its residence time within the blood, liver and lungs in mice (Anderson *et al.*, 1994), the half-life for the elimination of NDMA (administered either intravenously or by gavage) from the blood in monkeys and mice (Anderson *et al.*, 1992a, 1994) and the amount of the nitrosamine eliminated in the urine of rats and monkeys (Swann *et al.*, 1984; Anderson *et al.*, 1992a).

Exposure to NDMA may lead to the formation of methylated bases within the genome. These methylation reactions occur after NDMA has been metabolized to the highly reactive methyldiazonium ion through the action of microsomal cytochrome P450[CYP2E1]-dependent mixed-function oxidase. The principal DNA adduct formed following exposure to NDMA is $N^7$-methylguanine (representing about 65% of all adducts formed initially upon exposure); $O^6$-methylguanine is a secondary adduct (representing about 7% of all adducts formed initially). Other DNA adducts formed in smaller amounts include $N^3$-methyladenine and $O^4$-methylthymine.

Data indicate that there may be quantitative age- and species-related differences in the formation of $O^6$-methylguanine following exposure to NDMA, possibly linked to the activity of $O^6$-methylguanine DNA-methyltransferase, the enzyme involved in the repair of such lesions. In a study in which a single dose of 7 mg [$^{14}$C]NDMA/kg-bw was injected intraperitoneally into newborn and adult Swiss Webster mice, higher amounts of hepatic $O^6$-methylguanine were measured in the newborns than in the adults (Coccia *et al.*, 1988). Notably, hepatic $O^6$-methylguanine DNA-methyltransferase activity was greater in the adults than in the newborns. In an earlier study (Lindamood *et al.*, 1984) in which F344 rats and



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

C3H or C57BL mice were provided drinking water containing 10, 30 or 100 mg NDMA/L for 16 days, hepatic $O^6$-methylguanine DNA-methyltransferase activity was increased in the rats but reduced in the mice receiving NDMA. The levels of this DNA adduct in the liver were higher in mice than in rats. A comparison of the two mouse strains revealed a greater accumulation of $O^6$-methylguanine in hepatocytes from C3H mice than in hepatocytes from C57BL mice. In mice, the formation of $O^6$-methylguanine DNA adducts within the lungs was increased markedly when the animals were administered (intragastrically) NDMA and ethanol, compared with the nitrosamine alone (Anderson, 1992).

The influence of dietary constituents on hepatic DNA methylation by NDMA was examined by Camus *et al.* (1990). These authors observed a 6-fold higher level of $O^6$-methylguanine in the livers of rats administered NDMA in a high-fat diet for 6 weeks, compared with animals receiving the same amount of the nitrosamine in a low-fat diet.

In monkeys administered (orally) 0.1 mg NDMA/kg-bw, $O^6$-methylguanine was detected in 32 tissues examined (Anderson *et al.*, 1996). The highest levels were in the gastric mucosa and liver, but elevated levels were also present in white blood cells, the esophagus, ovaries, pancreas, bladder and uterus. $O^6$-Methylguanine DNA-methyltransferase activity varied over a 30-fold range; the highest activities were in the gastric mucosa, liver, kidneys and lungs. Levels of $O^6$-methylguanine in a variety of tissues were higher following co-exposure with ethanol (Anderson *et al.*, 1995, 1996). The formation of $O^6$-methylguanine was detected in fetal liver, lung, kidney, spleen and brain in a study in which pregnant patas monkeys were administered (intragastrically) a single dose of 1 mg NDMA/kg-bw (Chhabra *et al.*, 1995).

The mutagenic and carcinogenic activities of NDMA are believed to be mediated (in part) by the methylation of specific bases within the genome. Although there appears to be no direct relationship between the formation of $N^7$-methylguanine and tumour development, the formation and persistence of $O^6$-methylguanine have been shown to be associated with both the carcinogenicity and mutagenicity of NDMA (reviewed in Haggerty and Holsapple, 1990; Swenberg *et al.*, 1991; Souliotis *et al.*, 1995). The ability of cells to repair such DNA adducts (by removing $O^6$-methylguanine through the action of a specific $O^6$-methylguanine DNA-methyltransferase) prior to cell division likely plays a critical role in determining the susceptibility of tissues to tumour development.

$N^7$-Methylguanine may undergo depurination yielding apurinic sites, which, if not repaired prior to DNA replication, can result in guanine to thymine transversions (Swenberg *et al.*, 1991). $O^6$-Methylguanine and $O^4$-methylthymine (formed at about 1% of the amount of $O^6$-methylguanine) are strongly promutagenic by direct mispairing. $O^6$-Methylguanine gives rise to guanine:cytosine to adenine:thymine (i.e., G:C to A:T) transitions, while $O^4$-methylthymine causes A:T to G:C transitions (Swenberg *et al.*, 1991; Souliotis *et al.*, 1995). The greater persistence of $O^6$-methylguanine DNA adducts in the kidney compared with the liver in rats administered a single oral dose of 20 mg NDMA/kg-bw parallels earlier findings in which the acute oral or intraperitoneal administration of NDMA to rats at such dose levels increased the incidence of kidney but not liver tumours (Magee and Barnes, 1962; Schmidt and Murphy, 1966; Hard and Butler, 1970a; McLean and Magee, 1970). In contrast, the long-term oral administration of low doses of NDMA (i.e., <2 mg/kg-bw per day) increases the incidence of liver but not kidney tumours in these animals (Brantom, 1983; Lijinsky and Reuber, 1984; Peto *et al.*, 1991a,b), a finding attributed to the first-pass metabolism of NDMA in the liver (Swenberg *et al.*, 1991).

Evidence supporting a role for $O^6$-methylguanine formation in tumour development



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620088

following exposure to NDMA was recently reviewed by Souliotis *et al.* (1995). G:C to A:T transitions have been observed in the *ras* oncogene in mouse lung tumours induced by NDMA (Devereux *et al.*, 1991), in the livers of *lacI* transgenic mice administered a single dose of 4 mg NDMA/kg-bw (Mirsalis *et al.*, 1993) and in the liver, kidney and lung of *lacI* transgenic mice administered five daily doses of 1 mg NDMA/kg-bw (Wang *et al.*, 1998). Moreover, transgenic mice expressing high levels of $O^6$-methylguanine DNA-methyltransferase in the liver were less susceptible than normal controls to NDMA-induced hepatocarcinogenesis (Nakatsuru *et al.*, 1993). However, Souliotis *et al.* (1995) also reported that the dose–response relationship for the accumulation of $O^6$-methylguanine in hepatic DNA in rats administered drinking water (for 28 days) containing concentrations of NDMA similar to those used in the study conducted at BIBRA Toxicology International (Brantom, 1983; Peto *et al.*, 1991a,b) did not strictly parallel the dose–response for the development of hepatic tumours in the carcinogenicity bioassay.

### *2.4.4 Humans*

Two deaths linked to the acute ingestion of NDMA, as well as a third attributed to the consumption of at least four doses of approximately 250–300 mg NDMA over a 2-year period, have been reported (Fussgänger and Ditschuneit, 1980; Pedal *et al.*, 1982). Liver failure was observed in all three cases; the two acutely exposed decedents also exhibited cerebral hemorrhage. In two fatalities involving exposure to unknown concentrations of NDMA fumes, a tender and enlarged liver, splenic enlargement, abdominal distension and the accumulation of yellow fluid in the peritoneal cavity were observed in one man prior to death (Freund, 1937); in the other death, liver cirrhosis was observed at autopsy (Hamilton and Hardy, 1974). In two other non-fatal cases involving exposure to NDMA fumes, effects included jaundice, the accumulation of fluid in the peritoneal cavity, exhaustion, headaches, abdominal cramps, soreness on the left side, nausea and vomiting (Freund, 1937; Hamilton and Hardy, 1974).

Relevant epidemiological studies include case–control investigations in which the potential risks of cancer of the stomach (Risch *et al.*, 1985; González *et al.*, 1994; Pobel *et al.*, 1995), upper digestive tract (Rogers *et al.*, 1995) and lung (Goodman *et al.*, 1992; De Stefani *et al.*, 1996) associated with the ingestion of NDMA have been assessed. Exposure-related increased risks of stomach cancer (González *et al.*, 1994; Pobel *et al.*, 1995), oral, laryngeal and esophageal cancers (Rogers *et al.*, 1995) and lung cancer (Goodman *et al.*, 1992; De Stefani *et al.*, 1996) have been reported; however, the trends were not always statistically significant. Moreover, in some of these reports (Goodman *et al.*, 1992; González *et al.*, 1994; Pobel *et al.*, 1995), the estimated intake of NDMA was based upon recollection of an individual's typical diet consumed in the year preceding the onset of illness, as well as the reported levels of this nitrosamine in the foodstuffs consumed, derived from other studies. In the studies conducted by De Stefani *et al.* (1996) and Rogers *et al.* (1995), subjects were asked to recall their typical diet in the 5 and 10 years, respectively, prior to the onset of illness. Other factors (e.g., other dietary constituents; occupational exposures) may also contribute to the increased risks observed in these studies.

There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA. In a case of suspected NDMA poisoning in a human male, methylation of liver DNA was evident at both the $N^7$- and $O^6$-positions of guanine (Herron and Shank, 1980). Using an immunohistochemical technique, Parsa *et al.* (1987) detected the formation of $O^6$-methylguanine in human pancreatic explants incubated *in vitro* with NDMA.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# 3.0 ASSESSMENT OF "TOXIC" UNDER CEPA 1999

## 3.1 CEPA 1999 64(a): Environment

The environmental risk assessment of a PSL substance is based on the procedures outlined in Environment Canada (1997a). Environmental assessment endpoints (e.g., adverse reproductive effects on sensitive fish species in a community) are selected based on analysis of exposure pathways and subsequent identification of sensitive receptors. For each endpoint, a conservative Estimated Exposure Value (EEV) is selected and an Estimated No-Effects Value (ENEV) is determined by dividing a Critical Toxicity Value (CTV) by an application factor. A conservative (or hyperconservative) quotient (EEV/ENEV) is calculated for each of the assessment endpoints in order to determine whether there is potential ecological risk in Canada. If these quotients are less than one, it can be concluded that the substance poses no significant risk to the environment, and the risk assessment is completed. If, however, the quotient is greater than one for a particular assessment endpoint, then the risk assessment for that endpoint proceeds to an analysis where more realistic assumptions are used and the probability and magnitude of effects are considered. This latter approach involves a more thorough consideration of sources of variability and uncertainty in the risk analysis.

### *3.1.1 Assessment endpoints*

Since NDMA is not persistent in the environment, environmental effects are most likely to occur near point sources. Results of various industry and municipal surveys indicate that most releases of NDMA are to water. When NDMA is released to water, nearly all of it remains and reacts in the water phase. Based on NDMA's short half-life in air and the amounts being released to air, it is unlikely that effects will occur on wildlife near point sources. Since there are no detectable releases to sediment and soil, and as NDMA does not move from water to these compartments, they do not appear to be of concern. Therefore, the assessment of NDMA released to water focusses on organisms exposed in water near point sources.

#### 3.1.1.1 Assessment endpoints for releases to water

Assessment endpoints include abundance and survival of fish, invertebrates, amphibians and algae. These organisms are an integral part of ecosystems, as each trophic level provides food for higher levels in the aquatic food chain. For example, algae are primary producers, forming the base of the food chain. Phytoplankton abundance and productivity are important to aquatic ecosystems, because phytoplankton provides food for a variety of planktivorous organisms and thus controls energy flow in a portion of the ecosystem. Cladocerans such as *Daphnia magna* consume bacteria and phytoplankton and are themselves consumed by many fish species. Various fish species feed on aquatic vegetation, phytoplankton, zooplankton, benthic invertebrates, benthic vertebrates, etc. Vertebrate omnivores provide food for vertebrate carnivores. The most sensitive measurement endpoint identified for aquatic species was growth of the green alga (*Selenastrum capricornutum*).

As NDMA is a potent inducer of acute toxic and chronic neoplastic lesions in aquatic species, assessment endpoints reflecting these effects are mentioned here. Nearly all of the studies conducted on a variety of species at different trophic levels have shown tumour formation as a result of exposure to NDMA. Although a tumorigenic endpoint is not traditionally used as an indicator of a population-



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

level effect, it may have implications if an endangered species is found in the area of discharge of effluent containing NDMA. At this time, however, implications of tumour induction in environmental species are unclear.

### *3.1.2 Environmental risk characterization*

#### 3.1.2.1 Aquatic organisms

Based on the sources and fate of NDMA, and because data on concentrations in ambient water near point sources are not available, end-of-pipe concentrations in final effluent were used as a measure of exposure to aquatic organisms. Recent concentrations have been selected to reflect present exposures. The highest concentration of NDMA in wastewater discharged to a water body was 0.266 µg/L. Although this concentration is expected to decrease, as the company installed a wastewater treatment plant in early 1998, this value is used as the EEV in the hyperconservative analysis of chronic exposure for aquatic plants and animals.

For chronic exposure of aquatic organisms to NDMA, the CTV is 4000 µg/L, based on a 13-day $EC_{50}$ for inhibition of growth in the green alga (*Selenastrum capricornutum*). This value was selected from a data set composed of several studies conducted on at least eight species of aquatic organisms, which include phytoplankton, zooplankton, fish, amphibians and invertebrates. It is important to note that in the second most sensitive study, tumours were found in the organism. Khudoley (1977) reported that liver tumours were induced in 44% of frogs (*Rana temporaria*) after 203 days of exposure at a concentration of 5000 µg/L. Again, as was indicated in Section 3.1.1.1, the implications of tumour induction as a population-level effect cannot be determined at this time.

For a hyperconservative analysis, the ENEV is derived by dividing the CTV by a factor of 100. This accounts for the uncertainty surrounding the conversion of a short-term $EC_{50}$ to a chronic no-effects value, the extrapolation from laboratory to field conditions, and interspecies and intraspecies variations in sensitivity. As a result, the ENEV is 40 µg/L.

The hyperconservative quotient is calculated by dividing the EEV of 0.266 µg/L by the ENEV for green algae as follows:

$$\text{Quotient} = \frac{\text{EEV}}{\text{ENEV}}$$

$$= \frac{0.266\ \mu g/L}{40\ \mu g/L}$$

$$= 0.007$$

Since the hyperconservative quotient is less than one, it is unlikely that NDMA releases will cause adverse effects on populations of aquatic organisms in Canada.

#### 3.1.2.2 Discussion of uncertainty

There are a number of sources of uncertainty in this environmental risk assessment. Concentrations of NDMA in some areas in Canada could be higher than those identified and used in this assessment. While no or limited data were identified for Canadian soil, sediments and air, NDMA is not expected in these compartments or would be present at extremely low concentrations, because of the absence of sources to these media and the unlikely partitioning of NDMA to these compartments from water. There were adequate data identified on concentrations of NDMA in water near industrial point sources, such as rubber chemical manufacturers. However, the data used in this assessment are considered acceptable because they were selected from recent water monitoring studies that included sites of known contamination located in southwestern Ontario. Point sources are expected to have the highest NDMA emissions due to the presence of NDMA precursors in the effluent and in the receiving waters.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620091

Regarding effects of NDMA on aquatic organisms, there is uncertainty in the extrapolation from available toxicity data to potential ecosystem effects. The toxicity data set for aquatic biota, however, is considered adequate, as it includes a variety of species from different trophic levels. While some of the studies are relatively old (1960s to 1980s), they are generally of good quality and are considered acceptable for the assessment. To counter uncertainties in extrapolation, an appropriate application factor was used in the environmental risk analysis to derive an ENEV.

## 3.2 CEPA 1999 64(b): Environment upon which life depends

The estimated potential contribution of NDMA to stratospheric ozone depletion, to ground-level ozone formation and to climate change is negligible. Both the GWP and the POCP are overestimated. In addition, the environmental impact of NDMA emissions to the atmosphere will be much smaller than that of the ozone-forming reference compound ethene, because much smaller quantities of NDMA are emitted.

## 3.3 CEPA 1999 64(c): Human health

### *3.3.1 Estimated population exposure*

Data on levels of NDMA in environmental media in Canada to serve as a basis for development of estimates of population exposure are limited in both spatial and temporal scope. Monitoring of NDMA in food in Canada was more intensive in the 1970s and 1980s than in more recent periods. Surveys of NDMA in ambient air (primarily in the vicinity of point sources) in Canada have been conducted only in Ontario in the early 1990s. Similarly, data on concentrations of NDMA in drinking water are available only for Ontario, although this information is available for the 1990s and is ongoing. Among consumer products, there have been periodic surveys of the NDMA content of rubber baby bottle nipples and pacifiers in Canada from the early 1980s to the present. In contrast, no Canadian data were identified on concentrations of NDMA in indoor air, personal care products (e.g., cosmetics) or tobacco products, although for cosmetics, notifications of products with levels exceeding 10 μg nitrosamines/kg are precluded.

Point estimates of daily intake (per kilogram body weight), based on these few data and reference values for body weight, inhalation volumes and amounts of food and drinking water consumed daily, are presented for six age groups in Table 4. These are ranges of reasonable worst-case estimates of daily intake, based on historic data, and indicate that daily intake of NDMA may be as high as 0.03 μg/kg-bw per day. It is not possible to develop defensible estimates of the current average daily intakes of NDMA for the general population due to the limitations of the (particularly recent) available Canadian data. If, despite these limitations, the lower ends of the ranges of reasonable worst-case estimates are considered upper bounds of average population exposure estimates, the daily intake of NDMA from outdoor air (in the vicinity of point sources), water and food for the general population is unlikely to exceed 0.008 μg/kg-bw per day. Based on the assumptions underlying the reasonable worst-case estimates, most of the daily intake can be attributed to consumption of food contaminated with NDMA during processing, preservation and/or preparation. It should be noted, though, that the early data on which the estimates in food are based may not be representative of the situation today, due to the impact of subsequent introduction of changes in food processing and controls to limit formation in food. Intake of NDMA due to inhalation of air contaminated by atmospheric discharges from industrial point source contributes somewhat less



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**TABLE 4** Reasonable worst-case estimates of daily intake of NDMA by the general population in Canada

| Media | Reasonable worst-case estimates of daily intake of NDMA (µg/kg-bw per day) | | | | | |
|---|---|---|---|---|---|---|
| | 0–0.5 years[1] | 0.5–4 years[2] | 5–11 years[3] | 12–19 years[4] | 20–59 years[5] | 60+ years[6] |
| Air[7] | 0.0005–0.005 | 0.001–0.011 | 0.0008–0.009 | 0.0004–0.005 | 0.0004–0.004 | 0.0003–0.004 |
| Water[8] | 0.0013–0.004 | 0.0006–0.002 | 0.0004–0.001 | 0.0002–0.001 | 0.0003–0.001 | 0.0003–0.001 |
| Food[9,10] | 0.0004–0.001[11] | 0.0065–0.016 | 0.0045–0.011 | 0.0036–0.009 | 0.0043–0.011 | 0.0036–0.009 |
| Subtotals | 0.0022–0.010[12] | 0.0081–0.029 | 0.0057–0.021 | 0.0042–0.015 | 0.005–0.016 | 0.0042–0.014 |
| Indoor air–ETS[13] | 0.06 | 0.13 | 0.10 | 0.06 | 0.05 | 0.04 |
| Groundwater[14] | 0.14–0.31 | 0.06–0.13 | 0.05–0.10 | 0.03–0.06 | 0.03–0.06 | 0.03–0.06 |
| Beer[15] | | | | <0.0002 | 0.0009 | <0.0004 |
| Shampoo[16] | | | | 0.000 02 | 0.000 02 | 0.000 02 |

[1] Assumed to weigh 7.5 kg, to drink 0.8 L/day of total tap water (as infant formula) and to breathe 2.1 m³ of air per day (EHD, 1998).
[2] Assumed to weigh 15.5 kg, to drink 0.7 L/day of total tap water and to breathe 9.3 m³ of air per day (EHD, 1998).
[3] Assumed to weigh 31.0 kg, to drink 1.1 L/day of total tap water and to breathe 14.5 m³ of air per day (EHD, 1998).
[4] Assumed to weigh 59.4 kg, to drink 1.2 L/day of total tap water and to breathe 15.8 m³ of air per day (EHD, 1998).
[5] Assumed to weigh 70.9 kg, to drink 1.5 L/day of total tap water and to breathe 16.2 m³ of air per day (EHD, 1998).
[6] Assumed to weigh 72.0 kg, to drink 1.6 L/day of total tap water and to breathe 14.3 m³ of air per day (EHD, 1998).
[7] These reasonable worst-case estimates of intake by inhalation are based on short-term measurements of NDMA in outdoor air in the close vicinity of point sources of atmospheric discharge in Ontario. The minimum estimates are based on the lowest limit of detection (i.e., 0.0017 µg/m³) for half-hour averaging times for Trace Atmospheric Gas Analyser (TAGA) measurements of NDMA in Kitchener, Ontario, in 1992 (OME, 1992a). The maximum estimates are based on the censored mean concentration (i.e., 0.019 µg/m³) for half-hour averaging times for TAGA measurements of NDMA (n = 74) in Elmira and Kitchener, Ontario (OME, 1990, 1992a). Concentrations equivalent to one-half the appropriate limits of detection were assumed for half-hour averages during which NDMA was not detected. It was assumed that the population would be exposed to similar concentrations for 24 hours daily, and that concentrations in the indoor air would be the same as those in outdoor air, in the immediate vicinity of the point sources.
[8] These reasonable worst-case estimates of intake by ingestion of drinking water are based on concentrations of NDMA measured in drinking water in Ontario. The minimum estimates are based on the mean concentration (i.e., 0.012 µg/L) for 20 samples from four water treatment plants in Ontario where elevated concentrations of NDMA were attributed to the use of a pre-blended polyamine/alum product in the water treatment plant (OMEE, 1996). The maximum estimates are based on the maximum concentration (i.e., 0.04 µg/L) among these 20 samples, measured at the water treatment plant in Huntsville, Ontario (OMEE, 1996).
[9] Daily consumption rates (i.e., grams/person per day) of 181 food items by six age groups of Canadians (EHD, 1998) are the basis for the calculation of the reasonable worst-case daily intake of NDMA from ingestion of foods. In Canada, NDMA has been detected in 10 food items for which these daily consumption rates are available. (Intakes from an 11th food item [i.e., beer] are not included in these intake estimates.) The maximum concentrations of NDMA reported for each of the 10 food items (Sen *et al.*, 1978, 1979, 1980b, 1985) were selected for calculation of the maximum estimates of intake from foods for the six age groups. Concentrations of NDMA in the remaining 171 were assumed to be zero.
[10] The maximum concentrations in each of the 10 food items (i.e., referred to in footnote 9) were reduced in proportion to the frequencies of detection of NDMA in the food item for calculation of the minimum estimates of intake from foods for the six age groups (EHD, 1998). The number of samples of each of the 10 food items referred to in footnote 9 ranged from 2 (for cottage cheese) to 55 (for cured pork). The frequencies of detection of NDMA in the 10 food items were calculated and ranged from 25% to 100%. Concentrations of NDMA in the remaining 171 food items were assumed to be zero.
[11] The estimates of intake of NDMA by infants were based on the assumption that these infants consume table-ready foods at rates indicated in EHD (1998).
[12] The total daily intake of NDMA by infants is overestimated, since the infants are assumed to be consuming both formula (i.e., reconstituted with drinking water) and table-ready foods on a daily basis.
[13] Based on the assumption that the population spends 21 hours per day (EHD, 1998) breathing ETS-contaminated indoor air containing NDMA at the maximum reported concentration (0.24 µg/m³) measured in a bar in the United States (Brunnemann and Hoffmann, 1978).
[14] Based on the minimum (1.3 µg/L) and maximum (2.9 µg/L) concentration of NDMA in well water in Elmira, Ontario (ECO LOGIC, 1989), resulting from contamination of groundwater by a nearby industrial facility, and average daily rates of water consumption (EHD, 1998).
[15] Based on the most recent maximum concentration (0.59 µg/L) of NDMA in Canadian beer (Sen *et al.*, 1996) and average daily rates of intake of beer from EHD (1998).
[16] Dermal intake only. These estimates are based on the Canadian regulatory limit (i.e., 10 µg/kg) for nitrosamines in personal care products (Green, 1995). Shampoo was selected, as the maximum reported concentration of NDMA (24 µg/kg) in such products has been in shampoo, in Germany (Spiegelhalder and Preussmann, 1984). Dermal intake was estimated by a generalized approach involving product use scenarios (ECETOC, 1994).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620093

to the total daily intake,[2] and an even smaller contribution is attributed to consumption of drinking water containing NDMA, based on a survey of water treatment plants in Ontario. However, although possibly unrepresentative, available data indicate that contaminated groundwater in the vicinity of industrial point sources can, in some cases, lead to intakes that are greater than those from all other media combined.

No data were identified concerning concentrations of NDMA in non-workplace indoor air in Canada. NDMA is one of a number of *N*-nitrosamines present in cigarette smoke and ETS. Concentrations of NDMA in ETS-contaminated indoor air in other countries have ranged as high as 0.24 µg/m$^3$. If it is assumed that the population is exposed to this maximum concentration in indoor air for 21 hours per day (EHD, 1998), the upper-bounding estimates of intake by inhalation range from 0.04 to 0.13 µg/kg-bw per day.

No data were identified concerning the concentrations of NDMA in the mainstream smoke of cigarettes in Canada. Data from the United States indicate that mainstream smoke may contain between 4 ng/cigarette (Adams *et al.*, 1987) and 278 ng/cigarette (Kataoka *et al.*, 1997). If it is assumed that an average adult smoker consumes 20 cigarettes a day, the estimated intake of NDMA is 0.080–5.6 µg/smoker per day, or 0.001–0.08 µg/kg-bw per day. The upper end of this range of estimates of daily intake for smokers (i.e., 0.08 µg/kg-bw per day) is 5 times greater than the upper end of the range of reasonable worst-case estimates of intakes for adults from air, water and food (i.e., 0.016 µg/kg-bw per day, as summarized in Table 4).

Reasonable worst-case estimates of daily intake of NDMA for all age groups from ingestion of contaminated groundwater range from 0.03 to 0.31 µg/kg-bw per day (see Table 4). These estimates are based on the minimum (i.e., 1.3 µg/L) and maximum (i.e., 2.9 µg/L) confirmed concentrations of NDMA in supply wells in Elmira, Ontario, in 1989 (ECO LOGIC, 1989). The groundwater was contaminated by discharges from a nearby industrial facility.

Estimates of daily intake of NDMA from ingestion of beer are not included in the reasonable worst-case estimates of intakes from food in Table 4. For comparison, the most recent maximum concentration (i.e., 0.59 µg/L) of NDMA in Canadian beer (Sen *et al.*, 1996) and average daily rates of consumption of beer (EHD, 1998) are the basis for reasonable worst-case estimates of daily intake, which range from <0.0002 to 0.0009 µg/kg-bw per day.

Based on the limit (i.e., 10 µg/kg) for nitrosamines in cosmetics in Canada (Green, 1995), the potential dermal intake of NDMA from a shampoo was estimated based on product use scenarios (ECETOC, 1994). A shampoo was selected for this calculation, as the maximum reported concentration (i.e., 24 µg/kg) of NDMA in personal care products was in a shampoo in Germany (Spiegelhalder and Preussmann, 1984). The estimated intake of 0.000 02 µg/kg-bw per day resulting from this calculation (Health Canada, 1999) is several orders of magnitude less than the reasonable worst-case estimates of combined daily intakes from air, water and food that are summarized in Table 4.

### *3.3.2 Hazard characterization*

Available data are consistent with the toxicological effects of NDMA being due, in large part, to the alkylation of biological macromolecules (e.g., DNA, RNA, proteins) by the methyldiazonium ion formed during metabolism. Putative pathways for the metabolism of NDMA are similar in rodents and humans.

#### 3.3.2.1 Carcinogenicity

[2] Since NDMA was not detected in the one available survey of air not impacted by industrial point sources (i.e., Windsor, Ontario) (OME, 1994b), data were considered inadequate as a basis for estimation of the intake of NDMA in ambient air by the general population residing in an urban area, without point sources.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Information relevant to assessment of the carcinogenicity of NDMA has been derived from epidemiological (case–control) studies of the general population, carcinogenesis bioassays involving laboratory animals, as well as supporting data related to the genotoxicity, metabolism and interaction of this compound with biological macromolecules.

Although the database is rather limited, data from epidemiological studies are at least suggestive of an association between exposure to NDMA and several forms of cancer (i.e., gastric and lung). In two of three case–control studies, there was a positive relationship with evidence of exposure–response for the intake of NDMA and gastric cancer (González *et al.*, 1994; Pobel *et al.*, 1995), although not in an additional study in which oral, laryngeal and esophageal cancers were investigated separately (Rogers *et al.*, 1995). In two recent case–control studies in which matching or control for confounders was rather more extensive than that for the investigations of gastric cancer mentioned above, there were clear exposure–response relationships for NDMA and lung cancer (Goodman *et al.*, 1992; De Stefani *et al.*, 1996). In almost all studies, associations between the cancers of interest and nitrate, nitrite and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA; results for nitrite were mixed, and nitrate generally had a protective effect. Although estimated intakes in these investigations were based on dietary recall, and although confounding factors such as alcohol were not accounted for, the data fulfil, at least in part, some of the traditional criteria for causality of an association between ingestion of NDMA and cancer.

Although, with the exception of a very extensive recent study, the available carcinogenesis bioassays for NDMA were conducted early and are considered quite limited by today's standards, the weight of evidence of the carcinogenicity of NDMA in mammalian species is consistent and convincing. Moreover, the pattern of tumour development is characteristic of that for a mode of action of carcinogenesis involving direct interaction with genetic material. In available studies, NDMA has induced tumours in all species examined (mice, rats, hamsters), at relatively low doses in some cases, irrespective of the route of exposure (oral, inhalation, dermal); tumours were induced in a wide range of tissues, including the liver, Leydig cells, lungs, kidney and nasal cavity, in the absence of significant non-neoplastic effects, in the limited number of studies in which these were well examined. Where it was reported, time to first tumour was relatively short. The incidence of specific tumours has been increased following administration of even a single dose or repeated doses for short periods (i.e., 2–3 weeks); tumours have also been observed in the offspring of exposed pregnant rats and mice.

NDMA has been consistently mutagenic and clastogenic in human and rodent cells exposed *in vitro*. Clear evidence of genetic effects has also been observed in a number of tissues from animals exposed to this substance. Notably, genotoxic effects have been observed in tissues (i.e., liver, kidney, lung) where tumours commonly arise following experimental exposure to NDMA.

While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, $O^6$-methylguanine) formed by the methyldiazonium ion generated during the metabolism of this nitrosamine likely make a significant contribution to its carcinogenicity. The importance of metabolism in mediating the toxicological effects of NDMA is illustrated by increases in $O^6$-methylguanine upon co-exposure to ethanol, a competitive inhibitor of the cytochrome P450-dependent mixed-function oxidase system. Levels of this putatively important adduct are higher in newborns than in adult animals exposed to similar levels of NDMA, likely due to the lower activity of $O^6$-methylguanine DNA-methyltransferase in



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

young animals; levels are also higher in animals consuming high-fat diets. Putative pathways for the metabolism of NDMA are similar in rodents and humans, and indeed the formation of $O^6$-methylguanine has been detected in human tissues exposed to NDMA.

Therefore, owing to the considerable evidence of carcinogenicity of NDMA in laboratory species, evidence of direct interaction with DNA consistent with tumour formation, as well as the apparent lack of qualitative species-specific differences in the metabolism of this substance, NDMA is highly likely to be carcinogenic to humans.

#### 3.3.2.2 Non-neoplastic effects

Information on adverse health effects other than cancer in humans associated with exposure to NDMA is limited. In case reports, liver failure, brain hemorrhage and death have been attributed to the ingestion of NDMA. Effects resulting from exposure to unspecified amounts of airborne NDMA have included an enlarged liver and spleen, hepatic cirrhosis, jaundice, ascites as well as death.

Data on non-neoplastic effects in laboratory animals associated with exposure to NDMA are also limited, attributable primarily to the focus on its carcinogenicity. Effects on the liver and kidney in early repeated-dose toxicity studies, embryo toxicity and embryo lethality in early, single-dose developmental studies and a range of immunological effects (suppression of humoral and cell-mediated immunity) reversible at lowest concentrations have been reported.

### *3.3.3 Exposure–response analysis*

The principal route of human exposure to NDMA for the general population, including those exposed in the vicinity of point sources, is ingestion. Moreover, information on exposure–response for the critical endpoint following inhalation and dermal exposure to NDMA is limited. Therefore, quantitation of dose–response is limited here to exposure via ingestion.

Scaling for variations in the ratios of surface area to body weight between rodent species and humans was not considered appropriate for the measures of exposure–response developed on the basis of experimental data in animals, since it is highly probable that the carcinogenicity of NDMA is mediated primarily through the generation of an active metabolite (i.e., the methyldiazonium ion).

#### 3.3.3.1 Carcinogenicity

Cancer is clearly the critical endpoint for quantitation of exposure–response for risk characterization of NDMA. This has been the best characterized endpoint for this substance. Moreover, in general, tumours occur at lowest concentration, compared with those typically reported to induce non-cancer effects. An increased incidence of hepatic tumours was observed at doses as low as approximately 0.1 mg/kg-bw per day in rats, and the genotoxicity of NDMA (including formation of putatively critical adducts with DNA), for which the weight of evidence is exceedingly consistent and convincing, undoubtedly plays a critical role in tumour induction. A 2-fold increase in stillbirths and neonatal deaths (combined) was observed in mice receiving an estimated daily intake of 0.02 mg NDMA/kg-bw per day for 75 days prior to mating and throughout pregnancy and lactation. However, exposure to NDMA had no effect upon maternal fluid consumption, litter size or average body weight of the weanlings, and there were no consistent gross or histopathological abnormalities in the stillborn fetuses or dead neonates to account for the increased mortality. Moreover, increased mortality was not observed in another study in which mice were administered higher doses of the nitrosamine (i.e., a single intraperitoneal injection of 7.4 mg NDMA/kg-bw on day 16 or 19 of gestation)



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620096

(Anderson *et al.*, 1989).

Quantitation of exposure–response for cancer for NDMA is based on studies in laboratory animals, since existing epidemiological data, although suggestive of a possible association between ingestion of NDMA and cancer, are inadequate to serve as a basis for characterization of exposure–response. There appear to be no *qualitative* differences in metabolism of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently.

By far the most suitable study for exposure–response analyses of the carcinogenic effects of NDMA is that reported by Brantom (1983) and Peto *et al.* (1991a,b), which involved the administration of NDMA in drinking water to a large number (n = 15) of large dose groups (n = 60) of male and female rats. Other available bioassays were early and considerably more limited — i.e., single dose groups, small group sizes and histopathological examination often restricted to one tissue.

The Tumorigenic Dose$_{05}$ ($TD_{05}$; i.e., the dose level that causes a 5% increase in tumour incidence over background) was calculated by first fitting the multistage model to the dose–response data. The multistage model is given by

$$P(d) = 1 - e^{-q_0 - q_1 d - \ldots - q_k d^k}$$

where $d$ is dose, $k$ is the number of dose groups in the study minus one, $P(d)$ is the probability of the animal developing a tumour at dose $d$ and $q_i > 0$, $i = 1,\ldots,k$ are parameters to be estimated. $TD_{05}$s were then calculated as the dose $D$ that satisfies

$$\frac{P(D) - P(0)}{1 - P(0)} = 0.05$$

A chi-square lack of fit test was performed for each of the three model fits. The degrees of freedom for this test are equal to $k$ minus the number of $q_i$'s for which estimates are non-zero. A p-value less than 0.05 indicates a significant lack of fit.

The study reported by Brantom (1983) and Peto *et al.* (1991a,b) contained 15 dose groups and controls, which is unusually large. Upper dose groups for which there was downturn in the dose–response curve were first eliminated from calculations of the $TD_{05}$. These dose groups add no information to the shape of the dose–response curve in the range of the $TD_{05}$ and contribute to lack of fit of the model. In addition, extreme downturn is likely a sign that animals are dying of some other cause before having a chance to develop the tumour of interest.

Two methods were used to fit models to the large number of dose groups. In the first method, quadratic models (i.e., models with $k = 2$) were fit to the full set of data, less any dose groups contributing to downturn at the upper end of the dose–response curve. Any model with $k$ larger than 2 did not converge when fitting models to the full data set. The second method involved reducing the number of dose groups to 10 (or less) by first eliminating upper dose groups with downturn and then collapsing adjacent similar dose groups together. Collapsing was accomplished by averaging the dose level and totalling the number of tumours for the two groups. Global82 (Howe & Crump, 1982) was then used to fit full multistage models to the reduced data. With the exception of biliary cystadenomas in females, these models did not show significant lack of fit. However, they generally appeared to overestimate the risk in the range of the $TD_{05}$, resulting in $TD_{05}$ values that might be overly conservative. There was no evidence of a dose–response relationship for hemangiosarcomas in females; these data were not modelled, therefore, for the purpose of calculating a $TD_{05}$.

After reducing the data to 10 dose groups, the multistage model still occasionally exhibited lack of fit, due in large part to a levelling off of the dose–response relationship at higher doses. Since a good fit in the range of the $TD_{05}$ is required, upper dose groups were systematically



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620097

eliminated until a reasonable fit was achieved. The data finally used to compute $TD_{05}$s for hepatic tumours in the male and female rats from the Brantom (1983) and Peto *et al.* (1991a,b) study are presented in Tables 5 and 6, respectively.

After comparing the two methods of model fitting, the second was judged to provide a better description of the dose–response relationship in the range of the $TD_{05}$. These fits were used to generate the final $TD_{05}$s. Plots of the collapsed data and the final fitted models are displayed in Figure 2. The $TD_{05}$s and model-fitting information are presented in Table 7. For female rats, values for the $TD_{05}$ (95% lower confidence limit, or LCL) range from 34 µg/kg-bw per day (95% LCL = 18 µg/kg-bw per day) for hepatic biliary cystadenoma to 82 µg/kg-bw per day (95% LCL = 61 µg/kg-bw per day) for hepatic carcinoma. For male rats, values for the $TD_{05}$ (95% LCL) range from 35 µg/kg-bw per day (95% LCL = 29 µg/kg-bw per day) for hepatic biliary cystadenoma to 78 µg/kg-bw per day (95% LCL = 48 µg/kg-bw per day) for hepatic hemangiosarcoma.

Based upon extensive analysis of the

**TABLE 5** Data on hepatic carcinogenicity in male rats used for modelling

| Carcinoma | | Hemangiosarcoma | | Biliary cystadenoma | |
|---|---|---|---|---|---|
| Intake (mg/kg-bw per day) | Incidence | Intake (mg/kg-bw per day) | Incidence | Intake (mg/kg-bw per day) | Incidence |
| 0 | 2/192 | 0 | 2/192 | 0 | 2/192 |
| 0.0020 | 2/96 | 0.002 | 0/96 | 0.0020 | 4/96 |
| 0.0080 | 3/96 | 0.005 | 1/48 | 0.0080 | 4/96 |
| 0.0330 | 4/96 | 0.011 | 2/48 | 0.0330 | 2/96 |
| 0.0760 | 11/96 | 0.022 | 0/48 | 0.0760 | 10/96 |
| 0.1200 | 26/96 | 0.044 | 1/48 | 0.1200 | 24/96 |
| 0.1960 | 44/96 | 0.065 | 1/48 | 0.1960 | 26/96 |
| 0.3045 | 66/96 | 0.087 | 6/48 | 0.3045 | 33/96 |
| | | 0.109 | 6/48 | | |
| | | 0.131 | 14/48 | | |

**TABLE 6** Data on hepatic carcinogenicity in female rats used for modelling

| Carcinoma | | Biliary cystadenoma | |
|---|---|---|---|
| Intake (mg/kg-bw per day) | Incidence | Intake (mg/kg-bw per day) | Incidence |
| 0 | 2/192 | 0 | 4/192 |
| 0.0035 | 0/96 | 0.002 | 1/48 |
| 0.0145 | 4/96 | 0.005 | 4/48 |
| 0.057 | 8/96 | 0.010 | 0/48 |
| 0.134 | 10/96 | 0.019 | 3/48 |
| 0.210 | 10/96 | 0.380 | 5/48 |
| 0.344 | 19/96 | 0.760 | 7/48 |
| 0.459 | 18/48 | 0.115 | 34/48 |
| 0.612 | 33/48 | | |



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620098

**Figure 2** $TD_{05}$s for NDMA






Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**Table 7** $TD_{05}$s for NDMA

| | $TD_{05}$ (μg/kg-bw per day) | 95% LCL on $TD_{05}$ | Chi-square | df | p-value |
|---|---|---|---|---|---|
| **Male rats** | | | | | |
| Hepatic carcinoma | 38 | 24 | 2.17 | 5 | 0.82 |
| Hepatic hemangiosarcoma | 78 | 48 | 7.67 | 6 | 0.26 |
| Hepatic biliary cystadenoma | 35 | 29 | 10.25 | 6 | 0.11 |
| **Female rats** | | | | | |
| Hepatic carcinoma | 82 | 61 | 7.36 | 5 | 0.19 |
| Hepatic biliary cystadenoma | 34 | 18 | 7.036 | 5 | 0.22 |

results of this bioassay, Peto *et al.* (1984) derived the following relationship between cumulative liver tumour incidence in the female Colworth-Wistar rats, exposure time and dose:

$$CI = 51.45(d + 0.1)^6 \quad t^7$$

where CI is the cumulative incidence, *d* is the dose in mg/kg-bw per day and *t* is the exposure time in years. For males, the relationship between cumulative liver tumour incidence, exposure time and dose was:

$$CI = 37.43(d + 0.1)^6 \quad t^7$$

where the terms are as defined above.

3.3.3.2 Non-neoplastic effects

Information on non-neoplastic effects in humans associated with exposure to NDMA is inadequate to characterize exposure–response.

Effects on the liver (i.e., hepatocyte vacuolization, portal venopathy and necrosis/hemorrhage) and kidney (i.e., glomerulus dilatation and slight thickening of the Bowman's capsule), "congestion" in the spleen and lungs, and gastrointestinal hemorrhage have been reported in early short-term and subchronic studies of animals receiving greater than 0.2 mg NDMA/kg-bw per day. Embryo toxicity and embryo lethality have been observed in a number of early, inadequately reported studies following oral exposure to high (maternally toxic) doses in the range of 20–30 mg/kg-bw per day or lower doses upon repeated exposure (1.4–2.9 mg/kg-bw per day by gavage or 5 mg/kg-bw per day in diet); teratogenicity has not been reported. In one report of a single-generation study (Anderson *et al.*, 1978) in mice, the number of stillbirths and neonatal deaths (combined) was increased 2-fold at 0.1 mg/L (estimated daily intake of 0.02 mg NDMA/kg-bw per day). However, confidence in the significance of this observation is mitigated by the lack of a more reliable estimate of intake, the absence of significant effects on other reproductive parameters, the lack of histopathological changes to account for the increased mortality, as well as the observation of no increased fetal mortality in dams administered a higher total dose of NDMA (Anderson *et al.*, 1989).

Although suppression of cell- and humoral-mediated immune responses was reported in mice consuming doses greater than approximately 0.05 μg/kg-bw per day in drinking water for 30–120 days, effects were fully reversible within 30 days of cessation of exposure.

Based on available documented studies, therefore, non-neoplastic effects of NDMA have rarely been consistently observed; where they have been observed, they have typically occurred



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620100

(except for one report of the single-generation reproduction study) at doses greater than those at which increases in tumour incidence have been reported in other studies (i.e., the latter was observed at doses as low as about 0.1 mg/kg-bw per day in rats). In addition, in view of the likely critical role of the genotoxicity of NDMA, for which the weight of evidence is consistent and convincing in the induction of tumours, cancer is clearly the critical endpoint for quantitation of exposure–response for risk characterization, and measures based on this endpoint will be protective for other reported non-neoplastic effects.

### 3.3.4 *Human health risk characterization*

It should be noted that, with the exception of monitoring of NDMA in water supplies in Ontario, most of the sampling and analyses for this contaminant in the general environment have been source directed — i.e., confined to foodstuffs in which it is most likely to be present or media in the vicinity of industrial sources.[3] Moreover, while estimates of intake in food are presented primarily as a basis for comparison with those from other media, the early data on which these estimates are based may not be representative of the situation today, due to the impact of subsequent introduction of changes in food processing and controls to limit the formation of NDMA in food. While notifications of cosmetics with levels of nitrosamines exceeding 10 µg/kg are precluded in Canada, with the exception of baby bottle nipples and pacifiers for which the maximum content is specified under the *Hazardous Products Act* and Regulations, the NDMA content of other rubber-containing products in Canada is largely unknown. Owing primarily to limitations of the available data, therefore, the principal focus of the human health risk characterization is media contaminated in the vicinity of industrial point sources, for which available data are those collected at several locations in Ontario in the early 1990s.

For substances such as NDMA, for which it is likely that the mode of action for the induction of tumours involves direct interaction with genetic material, estimates of exposure are compared with quantitative estimates of carcinogenic potency (Exposure Potency Index, or EPI) to characterize risk and to provide guidance in establishing priorities for further action (i.e., analysis of options to reduce exposure) under CEPA 1999. Calculated values of the $TD_{05}$ for the development of hepatic tumours in male and female rats exposed to NDMA in the critical study (Brantom, 1983; Peto *et al.*, 1991a,b) were similar. The lowest $TD_{05}$ was 34 µg/kg-bw per day for the development of biliary cystadenomas in female animals; the 95% LCL was 18 µg/kg-bw per day (Table 7). The margins between carcinogenic potency and estimated intakes of NDMA, based upon the levels of this substance detected in ambient air and contaminated drinking water (groundwater), both in the vicinity of point sources and in drinking water surveyed across the province of Ontario, are presented in the table below. On the basis of this (possibly unrepresentative) information from short-term monitoring surveys of ambient air (and contaminated drinking water) near industrial facilities, the priority for investigation of options to reduce exposure to NDMA in the vicinity of such point sources is considered to be high.

[3] NDMA was not detected in a single survey of ambient air not impacted by point sources.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| Estimated daily intake of NDMA | $TD_{05}$ (95% LCL) (µg/kg-bw per day) | Margin between potency and estimated intake | Exposure Potency Index (EPI) | Priority for further action (Health Canada, 1994) |
|---|---|---|---|---|
| 0.011 µg/kg-bw per day: highest worst-case estimate of daily intake of NDMA based upon censored mean concentrations in ambient air in close proximity to point sources (Table 4) | 34 (18) | 3100 (1600) | $3.2 \times 10^{-4}$ ($6.3 \times 10^{-4}$) | High (High) |
| Drinking water in Ontario (Table 4): | | | | |
| 0.0013 µg/kg-bw per day: highest estimated daily intake of NDMA, based upon mean level | 34 (18) | 26 200 (13 800) | $3.8 \times 10^{-5}$ ($7.3 \times 10^{-5}$) | Moderate (Moderate) |
| 0.004 µg/kg-bw per day: highest estimated daily intake of NDMA, based upon the maximum level measured | 34 (18) | 8500 (4500) | $1.2 \times 10^{-4}$ ($2.2 \times 10^{-4}$) | Moderate (High) |
| Contaminated drinking water (i.e., well water in the vicinity of an industrial facility in Canada) (Table 4): | | | | |
| 0.14 µg/kg-bw per day: highest worst-case estimate of daily intake of NDMA, based upon minimum level measured | 34 (18) | 240 (130) | $4.2 \times 10^{-3}$ ($7.7 \times 10^{-3}$) | High (High) |
| 0.31 µg/kg-bw per day: highest worst-case estimate of daily intake of NDMA, based upon maximum level measured | 34 (18) | 100 (60) | $1.0 \times 10^{-2}$ ($1.7 \times 10^{-2}$) | High (High) |

### *3.3.5 Uncertainties and degree of confidence in human health risk characterization*

There is a high degree of uncertainty in the quantitative estimates of intake of NDMA. Except for situations of direct industrial discharge to the atmosphere, concentrations of NDMA in outdoor air are typically below limits of detection, despite the sensitive methodologies available for its detection. Cases where NDMA has been detected in outdoor air in the vicinity of industrial point sources have been restricted to a few sites in southern Ontario, where measured concentrations have been highly variable and largely dependent on the proximity of the sampling site to the point source and on the wind direction. Additional uncertainty is introduced by the conservative assumption that the average and maximum concentrations from short-term measurements are



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

similar to 24-hour average concentrations at these locations. In reality, concentrations are likely to be at least an order of magnitude lower for these longer averaging times. As the proportion of the general population directly impacted by industrial atmospheric emissions containing NDMA is unknown, but likely to be small, there is considerable uncertainty concerning the relevance of the reasonable worst-case estimates of intake by inhalation to the general population as a whole.

There is a high degree of uncertainty concerning the concentrations of NDMA in the indoor air of residences and public places in Canada, as no relevant data were identified. In other countries, ETS has contributed to elevated levels of NDMA in the indoor air of public places where smoking is permitted, but no data are available concerning concentrations in residential locations. Nevertheless, there is a reasonably high degree of certainty that daily exposure to ETS would result in intakes of NDMA in Canada that are 1 or 2 orders of magnitude higher than intakes from any other route or exposure pathway. Although data concerning the NDMA content of mainstream smoke from Canadian cigarettes were not identified, there is a high degree of certainty that the daily intake of NDMA by smokers is greater than intakes by non-smokers.

There is a moderate degree of uncertainty concerning the concentrations of NDMA in the drinking water consumed in Canada. Data are available only for the province of Ontario, where concentrations of NDMA are generally below the limits of detection of the sensitive methodologies employed. The formation of NDMA in drinking water from a small number of water treatment plants in Ontario resulted in extensive efforts to identify the cause and minimize this formation. There is no information available concerning similar potential in other provinces. Considerably higher concentrations of NDMA were measured in supply wells at a single location in southern Ontario, as a consequence of contamination of groundwater by a nearby industrial facility. Although this may be an isolated incident, as no information was identified concerning contamination of groundwater destined for human consumption elsewhere in Canada, it does indicate potential (at least in the past) for contamination of groundwater sources in the vicinity of industrial point sources.

There is a moderate degree of uncertainty concerning intake from ingestion of foods in which NDMA is formed during processing, preservation and/or preparation. Following the identification of NDMA in foods, relatively intensive international monitoring efforts led to a focus on a relatively small number of food categories for which remedial methods have been largely successful in minimizing formation of NDMA. While there is a general consensus that concentrations of NDMA in foods in developed countries are currently less than historic levels, representative data concerning recent or current concentrations of NDMA in foods in Canada were not identified. Uncertainty is introduced by the assumption that historic maximum concentrations can be used to develop reasonable worst-case estimates of current intake of NDMA by ingestion. Additional uncertainty is introduced by the assumption that the concentration of NDMA is zero in the large number of food items for which no data concerning concentrations of NDMA are available. However, this assumption is not unreasonable, since most of these foods are unlikely to contain both precursor amines and nitrosating agents.

Although historic maximum concentrations of NDMA in foods in Canada were the basis of the reasonable worst-case estimates of intake, average per capita daily rates of consumption of these food items were assumed. It is certain that individuals within the general population consume favourite foods or beverages at rates far greater than these average per capita daily rates. For example, the per capita average daily intake rate of beer for adults (i.e., 20–59 years) is 111 mL/day (EHD, 1998), but an adult consuming several beers on a daily basis would consume perhaps 1 L/day — the corresponding intake of NDMA from beer would be 10 times higher.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620103

There is a reasonable degree of certainty that exposure of the general population to NDMA in personal care products is minimal, since nitrosamine content of greater than 10 µg/kg in cosmetics in Canada is precluded, upon notification. However, some uncertainty exists, since there is no evidence of systematic monitoring programs to ensure regulatory compliance.

Non-neoplastic effects associated with exposure to NDMA have not been well studied. Although non-neoplastic effects in laboratory animals have typically been observed only at dose levels higher than those associated with increased tumour incidence (approximately 0.1 mg/kg-bw per day in rats), in one report, stillborn and neonatal deaths (combined) were observed in a single-generation study in mice receiving an estimated intake of approximately 0.02 mg/kg-bw per day for 75 days. While there is uncertainty surrounding the biological significance of this finding, further experimental work in this area would provide more definitive information concerning potential reproductive effects linked to long-term exposure to low levels of NDMA.

There is a high degree of certainty that the genotoxicity of NDMA (likely involving the formation of $O^6$-methylguanine in DNA) is critical in the mechanism of carcinogenicity of this substance. Also, due to the unusually large number of dose groups in the critical study, characterization of exposure–response for induction of tumours by NDMA in laboratory animals is considered to be optimal. Based upon the highest $TD_{05}$ identified from the study in which exposure–response was best characterized (i.e., 82 µg/kg-bw per day for hepatic carcinomas in female rats), the resulting EPIs would be approximately 2.5-fold lower than those derived (in Section 3.3.4) on the basis of the hepatic biliary cystadenomas in female rats. The 95% LCL on the lowest $TD_{05}$ on which the EPIs were based was 18 µg/kg-bw per day versus the maximum likelihood estimate of 34 µg/kg-bw per day.

## 3.4 Conclusions

CEPA 1999 64(a): Based on available data, NDMA is not entering the environment in a quantity or concentration or under conditions that have or may have an immediate or long-term harmful effect on the environment or its biological diversity. Therefore, NDMA is not considered to be "toxic" as defined under Paragraph 64(a) of CEPA 1999.

CEPA 1999 64(b): Based on available data, NDMA is not entering the environment in a quantity or concentration or under conditions that constitute or may constitute a danger to the environment on which life depends. Therefore, NDMA is not considered to be "toxic" as defined under Paragraph 64(b) of CEPA 1999.

CEPA 1999 64(c): Based on available data, it has been concluded that NDMA is entering the environment in a quantity or concentration or under conditions that constitute or may constitute a danger in Canada to human life or health. Therefore, NDMA is considered to be "toxic" as defined under Paragraph 64(c) of CEPA 1999. This approach is consistent with the objective that exposure to substances where cancer is likely induced through direct interaction with genetic material be reduced wherever possible and obviates the need to establish an arbitrary "*de minimis*" level of risk for the determination of "toxic" under CEPA 1999. On



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

the basis of worst-case estimates, priority for investigation of options to reduce exposure from NDMA in ambient air in the vicinity of point sources is considered to be high.

Overall conclusion: Based on critical assessment of relevant information, NDMA is considered to be "toxic" as defined in Section 64 of CEPA 1999.

## 3.5 Considerations for follow-up (further action)

There have been a number of measures taken to limit exposure of the general population in Canada to NDMA. Since 1975, the potential for formation in foodstuffs has been reduced through changes in food processing, some of which have been mandated under the *Canadian Food and Drugs Act* and Regulations. Notifications of cosmetics with levels of nitrosamines exceeding 10 µg/kg are precluded, and, under the *Hazardous Products Act* and Regulations, infant feeding bottle nipples and pacifiers may not contain more than 10 mg total volatile N-nitrosamines/kg.

While several steps have been taken to reduce exposure of the general population in Canada, recent data on the NDMA content of foodstuffs and rubber-containing products in Canada other than infant feeding bottle nipples and pacifiers have not been identified. Moreover, with the exception of monitoring conducted in Ontario in the early 1990s, potential for exposure to NDMA in the vicinity of point sources in Canada is also largely unknown, although stakeholders under the voluntary ARET program have committed to reducing total emissions of NDMA from 6000 g in 1993 to 87 g by the year 2000 (ARET Secretariat, 1998).

Continued monitoring of levels of nitrosamines (including NDMA) in Canadian foodstuffs to verify reduction of content seems warranted. Determination of the potential presence of nitrosamines (including NDMA) in rubber products other than infant feeding bottle nipples and pacifiers may also be warranted, particularly for those products with which infants (who exhibit mouthing behaviour) come into contact.

On the basis of limited information from short-term monitoring surveys of ambient air and water near industrial facilities, the priority for investigation of options to reduce exposure to NDMA in the vicinity of such point sources is considered high. It is recommended, therefore, that there be additional investigation of the magnitude of exposure of populations in the vicinity of point sources to assist risk management actions.

Optimization of drinking water treatment to minimize formation of NDMA is also recommended, though such measures must not compromise human health protection.

Since NDMA may be released directly to the environment through the application of certain pesticides, the levels of this nitrosamine in products regulated under the *Pest Control Products Act* should also continue to be monitored. As indicated in Section 2.2.2.2, monitoring by the Pest Management Regulatory Agency has shown that the review standard of 1 µg/g is rarely exceeded.

Owing to the common practice in Canada of applying sewage sludge to agricultural lands and the potential for uptake by plants, it is recommended that concentrations of NDMA in such sludge be monitored to determine the potential of this practice to contribute to the exposure of humans and non-human organisms.

Since NDMA is likely to be carcinogenic to humans at relatively low levels of exposure and is not currently used in commerce in Canada, it is recommended that the manufacture, import and use of the substance be banned in order to prevent its introduction into the Canadian market.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620105

# 4.0 References


Abanobi, S.E., E. Farber and D.S.R. Sarma. 1979. Persistence of DNA damage during development of liver angiosarcoma in rats fed dimethylnitrosamine. Cancer Res. 39: 1592–1596.

Adams, J.D., K.J. O'Mara-Adams and D. Hoffmann. 1987. Toxic and carcinogenic agents in undiluted mainstream smoke and sidestream smoke of different types of cigarettes. Carcinogenesis 8(5): 729–731.

Agrelo, C., J.C. Phillips, B.G. Lake, R.C. Longland and S.D. Gangolli. 1978. Studies on the gastrointestinal absorption of *N*-nitrosamines: effect of dietary constituents. Toxicology 10: 159–167.

Alexandrov, V.A. 1968. Blastomogenic effect of dimethylnitrosamine on pregnant rats and their offspring. Nature 218: 280–281.

Alexandrov, V.A. 1974. [Embryotoxic and transplacental oncogenic action of symmetrical dialkylnitrosamines on the progeny of rats.] Bull. Exp. Biol. Med. 78: 1308–1310 (in Russian) [cited in ATSDR, 1989].

Althoff, J., P. Pour, C. Grandjean and S. Marsh. 1977. Transplacental effects of nitrosamines in Syrian hamsters. Z. Krebsforsch. 90: 79–86.

Anderson, L.M. 1988. Increased numbers of *N*-nitrosodimethylamine-initiated lung tumours in mice by chronic co-administration of ethanol. Carcinogenesis 9: 1717–1719.

Anderson, L.M. 1992. Modulation of nitrosamine metabolism by ethanol: implications for cancer risk. *In*: R.R. Watson (ed.), Alcohol and cancer. CRC Press, Boca Raton, Florida. pp. 17–54.

Anderson, L.M., A. Giner-Sorolla, D. Ebeling and J.M. Budinger. 1978. Effects of imipramine, nitrite, and dimethylnitrosamine on reproduction in mice. Res. Commun. Chem. Pathol. Pharmacol. 19: 311–327.

Anderson, L.M., L.J. Priest and J.M. Budinger. 1979. Lung tumorigenesis in mice after chronic exposure in early life to a low dose of dimethylnitrosamine. J. Natl. Cancer Inst. 62: 1553–1555.

Anderson, L.M., G.W. Harrington, H.M. Pylypiw, Jr., A. Hagiwara and P.N. Magee. 1986. Tissue levels and biological effects of *N*-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. Drug Metab. Dispos. 14(6): 733–739.

Anderson, L.M., A. Hagiwara, R.M. Kovatch, S. Rehm and J.M. Rice. 1989. Transplacental initiation of liver, lung, neurogenic, and connective tissue tumors by *N*-nitroso compounds in mice. Fundam. Appl. Toxicol. 12: 604–620.

Anderson, L.M., R. Koseniauskas, E.S. Burak, T.J. Moskal, C.T. Gombar, J.M. Phillips, E.B. Sansone, S. Keimig, P.N. Magee, J.M. Rice and G.W. Harrington. 1992a. Reduced blood clearance and increased urinary excretion of *N*-nitrosodimethylamine in patas monkeys exposed to ethanol or isopropyl alcohol. Cancer Res. 52: 1463–1468.

Anderson, L.M., J.P. Carter, D.L. Logsdon, C.L. Driver and R.M. Kovatch. 1992b. Characterization of ethanol's enhancement of tumorigenesis by *N*-nitrosodimethylamine in mice. Carcinogenesis 13: 2107–2111.




Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620106

Anderson, L.M., R. Koseniauskas, E.S. Burak, D.L. Logsdon, J.P. Carter, C.L. Driver, C.T. Gombar, P.N. Magee and G.W. Harrington. 1994. Suppression of *in vivo* clearance of *N*-nitrosodimethylamine in mice by cotreatment with ethanol. Drug Metab. Dispos. 22: 43–49.

Anderson, L.M., S.K. Chhabra, P.V. Nerurkar, V.L. Souliotis and S.A. Kyrtopoulos. 1995. Alcohol-related cancer risk: a toxicokinetic hypothesis. Alcohol 12: 97–104.

Anderson, L.M., V.L. Souliotis, S.K. Chhabra, T.J. Moskal, S.D. Harbaugh and S.A. Kyrtopoulos. 1996. *N*-Nitrosodimethylamine-derived $O^6$-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol. Int. J. Cancer 66: 130–134.

Arai, M., Y. Aoki, K. Nakanishi, Y. Miyata, T. Mori and N. Ito. 1979. Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats. Gann 70: 549–558.

ARET (Accelerated Reduction/Elimination of Toxics) Secretariat. 1998. Environmental Leaders 2: ARET voluntary action on toxic substances. Update. Ottawa, Ontario. 49 pp.

Asakura, S., S. Sawada, H. Daimon, T. Fukuda, K. Ogura, K. Yamatsu and C. Furihata. 1994. Effects of dietary restriction on induction of unscheduled DNA synthesis (UDS) and replicative DNA synthesis (RDS) in rat liver. Mutat. Res. 322: 257–264.

Atkinson, R. 1985. Kinetics and mechanisms of the gas-phase reactions of hydroxyl radicals with organic compounds under atmospheric conditions. Chem. Rev. 85: 69–201.

ATSDR (Agency for Toxic Substances and Disease Registry). 1989. Toxicological profile for *N*-nitrosodimethylamine. Prepared by the Syracuse Research Corporation for ATSDR in collaboration with the U.S. Environmental Protection Agency. U.S. Public Health Service, Washington, D.C. 119 pp.

Ayanaba, A. and M. Alexander. 1974. Transformation of methylamines and formation of a hazardous product, dimethylnitrosamine, in samples of treated sewage and lake water. J. Environ. Qual. 3: 83–89.

Ballantine, J. 1997. Personal communication (letter dated September 24, 1997). Regulatory Affairs and Innovations Division, Pest Management Regulatory Agency, Health Canada.

Barbin, A., J.-C. Béréziat and H. Bartsch. 1983. Evaluation of DNA damage by the alkaline elution technique in liver, kidneys and lungs of rats and hamsters treated with *N*-nitroso-dialkylamines. Carcinogenesis 4: 541–545.

Barcelo, S., J.M. Gerdiner, A. Gescher and J.K Chipman. 1996. CYP2E1-mediated mechanism of anti-genotoxicity of the broccoli constituent sulforaphane. Carcinogenesis 17: 277–282.

Barnes, J.M. and P.N. Magee. 1954. Some toxic properties of dimethylnitrosamine. Br. J. Ind. Med. 11: 167–174 [cited in ATSDR, 1989].

Bauknecht, Th., W. Vogel, U. Bayer and D. Wild. 1977. Comparative *in vivo* mutagenicity testing by SCE and micronucleus induction in mouse bone marrow. Hum. Genet. 35: 299–307.

Bermudez, E., J.C. Mirsalis and H.C. Eales. 1982. Detection of DNA damage in primary cultures of rat hepatocytes following *in vivo* and *in vitro* exposure to genotoxic agents. Environ. Mutagen. 4: 667–679.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Bhattacharyya, K. 1965. Fetal and neonatal responses to hepatotoxic agents. J. Pathol. Bacteriol. 90: 151–161 [cited in ATSDR, 1989].

Biaudet, H., L. Mouillet and G. Debry. 1997. Migration of nitrosamines from condoms to physiological secretions. Bull. Environ. Contam. Toxicol. 59: 847–853.

BIBRA Toxicology International. 1997. *N*-Nitrosodimethylamine (NDMA). Report prepared for Health Canada. Carshalton, Surrey, U.K.

BIBRA Toxicology International. 1998. Endogenous formation of *N*-nitrosamines. Report prepared for Health Canada. Carshalton, Surrey, U.K.

Bolognesi, C., L. Rossi and L. Santi. 1988. A new method to reveal the genotoxic effects of *N*-nitrosodimethylamine in pregnant mice. Mutat. Res. 207: 57–62.

Braithwaite, I. and J. Ashby. 1988. A non-invasive micronucleus assay in the rat liver. Mutat. Res. 203: 23–32.

Brambilla, G., M. Cavanna, A. Pino and L. Robbiano. 1981. Quantitative correlation among DNA damaging potency of six *N*-nitroso compounds and their potency in inducing tumor growth and bacterial mutations. Carcinogenesis 2: 425–429.

Brambilla, G., P. Carlo, R. Finollo and L. Sciabà. 1987. Dose–response curves for liver DNA fragmentation induced in rats by sixteen *N*-nitroso compounds as measured by viscometric and alkaline elution analyses. Cancer Res. 47: 3485–3491.

Brantom, P.G. 1983. Dose–response relationships in nitrosamine carcinogenesis. Ph.D. thesis, University of Surrey, Guildford, U.K. British Industrial Biological Research Association (BIBRA), Carshalton, Surrey, U.K. 158 pp.

Brendler, S.Y., A. Tompa, K.F. Hutter, R. Preussmann and B.L. Pool-Zobel. 1992. *In vivo* and *in vitro* genotoxicity of several *N*-nitrosamines in extrahepatic tissues of the rat. Carcinogenesis 13: 2435–2441.

Brunnemann, K.D. and D. Hoffmann. 1978. Analysis of volatile nitrosamines in tobacco smoke and polluted indoor environments. Chemical studies on tobacco smoke LIX. IARC Sci. Publ. 19: 343–356.

Budavari, S., M.J. O'Neil, A.S. Smith and P.E. Heckelman. 1989. The Merck Index — An encyclopedia of chemicals, drugs, and biologicals. 11th edition. Merck & Company, Inc., Rahway, New Jersey. 1606 pp.

Bunce, N. 1996. Atmospheric properties of substances on the Priority Substances List #2 (PSL2). Contract report prepared for Environment Canada, Ottawa, Ontario. University of Guelph, Guelph, Ontario. 13 pp.

Butterworth, B.E., M.V. Templin, A.A. Constan, C.S. Sprankle, B.A. Wong, L.J. Pluta, J.I. Everitt and L. Recio. 1998. Long-term mutagenicity studies with chloroform and dimethylnitrosamine in female *lac I* transgenic B6C3F1 mice. Environ. Mol. Mutagen. 31: 248–256.

Bysshe, S.B. 1982. Bioconcentration factor in aquatic organisms. *In*: W.J. Lyman, W.F. Reehl and D.H. Rosenblatt (eds.), Handbook of chemical property estimation methods. American Chemical Society, Washington, D.C. pp. 5–6.

Callahan, M.A., M.W. Slimak, N.W. Gabel, I.P. May, C.F. Fowler, J.R. Freed, P. Jennings, R.L. Durfee, F.C. Whitemore, B. Maestri, W.R. Mabey, B.R. Holt and C. Gould. 1979. Water related environmental fate of 129 priority pollutants. Versar, Inc., Springfield, Virginia (EPA-440-4-79-029a,b).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

GSKZAN0000620108

Camus, A.-M., J.-C. Béréziat, D.E.G. Shuker, E. Hietanen, C.P. Wild, R. Montesano and H. Bartsch. 1990. Effects of a high fat diet on liver DNA methylation in rats exposed to *N*-nitrosodimethylamine. Carcinogenesis 11: 2093–2095.

CARB (California Air Resources Board). 1994. Toxic volatile organic compounds in environmental tobacco smoke: Emission factors for modeling exposures of California populations. Prepared by J.M. Daisey, K.R.R. Mahanam and A.T. Hodgson, Lawrence Berkeley Laboratory, University of California, Berkeley, California. Prepared for CARB, California Environmental Protection Agency, Sacramento, California (Final Report Contract No. A133-186).

Carter, R.L., W.H. Percival and F.J.C. Roe. 1969. Exceptional sensitivity of mink to the hepatotoxic effects of dimethylnitrosamine. J. Pathol. 97: 79–88 [cited in ATSDR, 1989].

Cesarone, C.F., C. Bolognesi and L. Santi. 1979. DNA repair synthesis in mice spermatids after treatment with *N*-methyl-*N*-nitroso-urea and *N*,*N*-dimethylnitrosamine: preliminary results. Toxicology 12: 183–186.

Cesarone, C.F., C. Bolognesi and L. Santi. 1982. Evaluation of damage to DNA after *in vivo* exposure to different classes of chemicals. Arch. Toxicol., Suppl. 5: 355–359.

Chhabra, S.K., V.L. Souliotis, A.B. Jones, L.M. Anderson and S.A. Kyrotopoulos. 1995. *O*-Methylguanine DNA-adduct formation and modulation by ethanol in placenta and fetal tissues after exposure of pregnant patas monkeys to *N*-nitrosodimethylamine. Proc. Am. Cancer Assoc. 36: 150.

Clapp, N.K. and R.E. Toya. 1970. Effect of cumulative dose and dose rate on dimethyl-nitrosamine oncogenesis in RF mice. J. Natl. Cancer Inst. 45: 495–498.

Clayton, G. and F. Clayton (eds.). 1981. Patty's industrial hygiene and toxicology. 3rd edition. John Wiley and Sons, New York, N.Y. pp. 2786–2788.

Cliet, I., E. Fournier, C. Melcion and A. Cordier. 1989. *In vivo* micronucleus test using mouse hepatocytes. Mutat. Res. 216: 321–326.

Cliet, I., C. Melcion and A. Cordier. 1993. Lack of predictivity of bone marrow micronucleus test versus testis micronucleus test: comparison with four carcinogens. Mutat. Res. 292: 105–111.

Coccia, P., M. Salmona, L. Diomede, L. Citti, L. Mariani and M. Romano. 1988. Liver DNA alkylation after a single carcinogenic dose of dimethylnitrosoamine to newborn and adult CFW Swiss mice. Chem.-Biol. Interact. 68: 259–271.

Cohen, J.B. and J.D. Bachman. 1978. Measurement of environmental nitrosamines. IARC Sci. Publ. 19: 357–372.

Cooper, S.F., C. Lemoyne and D. Gauvreau. 1987. Identification and quantitation of *N*-nitrosamines in human postmortem organs. J. Anal. Toxicol. 11: 12–18.

Cornée, J., D. Lairon, J. Velema, M. Guyader and P. Berthezene. 1992. An estimate of nitrate, nitrite and *N*-nitrosodimethyl-amine concentrations in French food products or food groups. Sci. Aliments 12: 155–197.

CRA (Conestoga-Rovers & Associates). 1994. Treatability test report for Conestoga-Rovers & Associates on Rayox UV/oxidation treatment of Uniroyal off-site groundwater. Waterloo, Ontario. December.

CSGMT (Collaborative Study Group for the Micronucleus Test). 1986. Sex difference in the micronucleus test. Mutat. Res. 172: 151–163.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620109

Daugherty, J.P. and N.K. Clapp. 1976. Studies on nitrosamine metabolism: I. Subcellular distribution of radioactivity in tumor-susceptible tissues of RFM mice following administration of ($^{14}$C)dimethylnitrosamine. Life Sci. 19: 265–271 [cited in ATSDR, 1989].

Dean-Raymond, D. and M. Alexander. 1976. Plant uptake and leaching of dimethylnitrosamine. Nature 262: 394.

Desjardins, R., M. Fournier, F. Denizeau and K. Krzystyniak. 1992. Immunosuppression by chronic exposure to *N*-nitrosodimethylamine (NDMA) in mice. J. Toxicol. Environ. Health 37: 351–361.

De Stefani, E., H. Deneo-Pellegrini, J.C. Carzoglio, A. Ronco and M. Mendilaharsu. 1996. Dietary nitrosodimethylamine and the risk of lung cancer: a case–control study from Uruguay. Cancer Epidemiol. Biomarkers Prev. 5: 679–682.

Devereux, T.R., M.W. Anderson and S.A. Belinsky. 1991. Role of *ras* protooncogene activation in the formation of spontaneous and nitrosamine-induced lung tumours in the resistant C3H mouse. Carcinogenesis 12: 299–303.

Diaz Gomez, M.I., P.F. Swann and P.N. Magee. 1977. The absorption and metabolism in rats of small oral doses of dimethylnitrosamine. Biochem. J. 164: 497–500.

Diaz Gomez, M.I., D. Tamayo and J.A. Castro. 1986. Administration of *N*-nitrosodimethylamine, *N*-nitrosopyrrolidine, or *N*'-nitrosonornicotine to nursing rats: their interactions with liver and kidney nucleic acids from sucklings. J. Natl. Cancer Inst. 76(6): 1133–1136.

DMER (Don Mackay Environmental Research) and AEL (Angus Environmental Limited). 1996. Pathways analysis using fugacity modelling of *N*-nitrosodimethylamine for the second Priority Substances List. Unpublished report prepared for the Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, Hull, Quebec. DMER, Peterborough, Ontario, and AEL, Don Mills, Ontario. 63 pp.

Doolittle, D.J., E. Bermudez, P.K. Working and B.E. Butterworth. 1984. Measurement of genotoxic activity in multiple tissues following inhalation exposure to dimethylnitrosamine. Mutat. Res. 141: 123–127.

Draper, A.C. and W.S. Brewer. 1979. Measurement of the aquatic toxicity of volatile nitrosamines. J. Toxicol. Environ. Health 5: 985–993.

Draper, A.C. and J.W. Fisher. 1980. The effects of selected aquatic sediments on the acute toxicity of *N*-nitrosodimethylamine to *Gammarus limnaeus*. Aerospace Medical Research Laboratory, Wright-Patterson Air Force Base, Ohio. 10 pp. (Technical Report No. AMBL-TR-79-94).

Dunn, S.R., J.W. Pensabene and M.L. Simenhoff. 1986. Analysis of human blood for volatile *N*-nitrosamines by gas chromatography–chemiluminescence detection. J. Chromatogr. 377: 35–47.

ECETOC (European Chemical Industry Ecology & Toxicology Centre). 1990. Human exposure to *N*-nitrosamines, their effects, and a risk assessment for *N*-nitrosodiethanolamine in personal care products. European Centre for Ecotoxicology and Toxicology of Chemicals, Brussels, Belgium (Technical Report No. 41; ISSN-07773-8072-41).

ECETOC (European Chemical Industry Ecology & Toxicology Centre). 1991. Critical evaluation of methods for the determination



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620110

of *N*-nitrosamines in personal care and household products. European Centre for Ecotoxicology and Toxicology of Chemicals, Brussels, Belgium (Technical Report No. 42; ISSN-0773-8072-42).

ECETOC (European Chemical Industry Ecology & Toxicology Centre). 1994. Assessment of non-occupational exposure to chemicals. European Centre for Ecotoxicology and Toxicology of Chemicals, Brussels, Belgium (Technical Report No. 58; ISSN-0773-8072-58).

ECO LOGIC. 1989. Special report to Regional Municipality of Waterloo. Contamination of Elmira drinking water with *N,N*-dimethylnitrosamine. Prepared by P.J. Kornelsen, D.J. Hallett and R.W. Brecher. Rockwood, Ontario. December 14, 1989.

EHD (Environmental Health Directorate). 1998. Exposure factors for assessing total daily intake of Priority Substances by the general population of Canada. Draft internal report. Bureau of Chemical Hazards, Health Canada, Ottawa, Ontario, December 18, 1998.

Encell, L., P.G. Foiles and B. Gold. 1996. The relationship between *N*-nitrosodimethylamine metabolism and DNA methylation in isolated rat hepatocytes. Carcinogenesis 17(5): 1127–1134.

Environment Canada. 1996a. Domestic Substances List. Commercial Chemicals Evaluation Branch, Hull, Quebec.

Environment Canada. 1996b. Voluntary response to special request for information on PSL2 substances which accompanied the NPRI (National Pollutant Release Inventory) survey, 1993 reporting year. Commercial Chemicals Evaluation Branch, Hull, Quebec.

Environment Canada. 1997a. Environmental assessments of Priority Substances under the *Canadian Environmental Protection Act*. Guidance manual version 1.0 — March 1997. Environmental Protection Series. Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Hull, Quebec (EPS/2/CC/3E).

Environment Canada. 1997b. Results of the CEPA Section 16 Notice respecting the second Priority Substances List and di(2-ethylhexyl)phthalate. Use Patterns Section, Commercial Chemicals Evaluation Branch, Hull, Quebec.

Environment Canada. 1997c. Notice respecting the second Priority Substances List and di(2-ethylhexyl) phthalate. *Canada Gazette*, Part I, February 15, 1997. pp. 366–368.

Environment Canada. 1998. A joint 1997–98 DOE/provinces survey of municipal drinking water treatment facilities and distribution systems. Commercial Chemicals Evaluation Branch, Hull, Quebec.

Environment Canada and Health Canada. 2000. Notice concerning the assessment of the Priority Substance *N*-nitrosodimethylamine. *Canada Gazette*, Part I, February 5, 2000. pp. 518–521.

Espinosa-Aguirre, J.J., J. Rubio, M. Cassani, R. Nosti, S. Caballero, I. Gonzalez and G. Martinez. 1996. Induction of microsomal enzymes in liver of rats treated with cyclohexanol. Mutat. Res. 368: 103–107.

Espinosa-Aguirre, J.J., J. Rubio, I. Lopez, R. Nosti and J. Asteinza. 1997. Characterization of the CYP isozyme profile induced by cyclohexanol. Mutagenesis 12: 159–162.

Ferraro, L.A., R.E. Wolke and P.P. Yevich. 1977. Acute toxicity of water-borne dimethylnitrosamine (DMN) to *Fundulus heteroclitus* L. J. Fish. Biol. 10: 203–209.

Fiddler, W., J.W. Pensabene and W.I. Kimoto. 1985. Investigation of volatile nitrosamines in disposable protective gloves. Am. Ind. Hyg. Assoc. J. 46(8): 463–465.

Fine, D.H. and D.P. Rounbehler. 1976. Environmental *N*-nitroso compounds analysis and formation: Analysis of volatile *N*-nitroso compounds by combined gas chromatography and thermal energy analysis. IARC Sci. Publ. 14: 404–408.

Fine, D.H., D.P. Rounbehler and F. Huffman. 1975. Analysis of volatile *N*-nitroso compounds in drinking water at the part per trillion level. Bull. Environ. Contam. Toxicol. 14: 404–408.

Fine, D.H., R. Ross, D.P. Rounbehler, A. Silvergleid and L. Song. 1977. Formation *in vivo* of volatile *N*-nitrosamines in man after ingestion of cooked bacon and spinach. Nature 265: 753–755.

Freund, H.A. 1937. Clinical manifestations and studies in parenchymatous hepatitis. Ann. Intern. Med. 10: 1144–1155 [cited in ATSDR, 1989].

Fussgaenger, R.D. and H. Ditschuneit. 1980. Lethal exitus of a patient with *N*-nitroso-dimethylamine poisoning 2.5 years following the first ingestion and signs of intoxication. Oncology 37: 273–277.

Garland, W.A., H. Holowschenko, W. Kuenzig, E.P. Norkus and A.H. Conney. 1982. A high resolution mass spectrometry assay for *N*-nitrosodimethylamine in human plasma. *In*: P.N. Magee (ed.), Nitrosoamines and human cancer. Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. pp. 183–192 (Banbury Report 12).

Goff, E.U., J.R. Coombs and D.H. Fine. 1980. Determination of *N*-nitrosamines from diesel engine crankcase emissions. Anal. Chem. 52: 1833–1836.

González, C.A., E. Riboli, J. Badosa, E. Batiste, T. Cardona, S. Pita, J.M. Sanz, M. Torrent and A. Agudo. 1994. Nutritional factors and gastric cancer in Spain. Am. J. Epidemiol. 139: 466–473.

Goodman, M.T., J.H. Hankin, L.R. Wilkens and L.N. Kolonel. 1992. High-fat foods and the risk of lung cancer. Epidemiology 3: 288–299.

Gough, T.A., K.S. Webb and P.F. Swann. 1983. An examination of human blood for the presence of volatile nitrosamines. Food Chem. Toxicol. 21(2): 151–156.

Graham, J.E., S.A. Andrews, G.J. Farquhar and O. Meresz. 1996. Factors affecting NDMA formation during drinking water treatment. Proceedings of the 1995 Water Quality Technology Conference, American Water Works Association.

Green, R. 1995. Personal communication (e-mail dated June 27, 1995). Cosmetic ingredient policy statement for nitrosamines, dated July 1993. Pharmaceutical Assessment and Cosmetics Division, Bureau of Non-Prescription Drugs, Drugs Directorate, Health Canada, Ottawa, Ontario.

Grieco, M.P., J.D. Hendricks, R.A. Scanlon, R.O. Sinnhube and D.A. Pierce. 1978. Carcinogenicity and acute toxicity of dimethylnitrosamine in rainbow trout (*Salmo gairdneri*). J. Natl. Cancer Inst. 60(5): 1127–1131.

Haggerty, H.G. and M.P. Holsapple. 1990. Role of metabolism in dimethylnitrosamine-induced immunosuppression: a review. Toxicology 63: 1–23.

Hamilton, A. and H.L. Hardy. 1974. Industrial toxicology. 3rd edition. Publishing Science Group, Inc., Acton, Massachusetts. p. 311 [cited in ATSDR, 1989].



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620112

Hanst, P.L., J.W. Spence and M. Miller. 1977. Atmospheric chemistry of *N*-nitroso dimethylamine. Environ. Sci. Technol. 11(4): 403–405.

Hard, G.C. and W.H. Butler. 1970a. Cellular analysis of renal neoplasia: light microscope study of the development of interstitial lesions induced in the rat kidney by a single carcinogenic dose of dimethylnitrosamine. Cancer Res. 30: 2806–2815.

Hard, G.C. and W.H. Butler. 1970b. Toxicity of dimethylnitrosamine for the rat testis. J. Pathol. 102: 201–207.

Hashimoto, S., T. Yokokura, Y. Kawai and M. Mutai. 1976. Dimethylnitrosamine formation in the gastro-intestinal tract of rats. Food Cosmet. Toxicol. 14: 553–556.

Havery, D.C. and H.J. Chou. 1994. Nitrosamines in sunscreens and cosmetic products. *In*: R.N. Loeppky and C.J. Michejda (eds.), Proceedings of the 204th National Meeting of the American Chemical Society on Nitrosamines and Related *N*-Nitroso Compounds, August 23–28, 1992, Washington, D.C. pp. 20–33 (ACS Symposium Series 553).

Health Canada. 1994. *Canadian Environmental Protection Act*. Human health risk assessment for Priority Substances. Minister of Supply and Services Canada, Ottawa, Ontario. 36 pp. (Catalogue No. En40-215/41E).

Health Canada. 1999. Supporting documentation (exposure) for *N*-nitrosodimethylamine. Priority Substances Section, Environmental Health Directorate, Health Canada, Ottawa, Ontario. August 1999 draft.

Herron, D.C. and R.C. Shank. 1980. Methylated purines in human liver DNA after probable dimethylnitrosamine poisoning. Cancer Res. 40: 3116–3117.

Hoffmann, D., K.D. Brunnemann, J.D. Adams and S.S. Hecht. 1984. Formation and analysis of *N*-nitrosamines in tobacco products and their endogenous formation in consumers. *In*: I.K. O'Neill, R.C. von Borstel, C.T. Miller, J. Long and H. Bartsch (eds.), *N*-Nitroso compounds: Occurrence, biological effects and relevance to human cancer. Proceedings of the VIIIth International Symposium on *N*-Nitroso Compounds, held in Banff, Alberta, September 5–9, 1983. IARC Sci. Publ. 57 (ISBN 0-19-723055-5).

Hoffmann, D., J.D. Adams and K.D. Brunnemann. 1987. A critical look at *N*-nitrosamines in environmental tobacco smoke. Toxicol. Lett. 35: 1–8.

Howard, P.H., R.S. Boethling, W.F. Jarvis, W.M. Meylan and E.M. Michalenko (eds.). 1991. Handbook of environmental degradation rates. Lewis Publishers Inc., Chelsea, Michigan.

Howe, R.B. and K.S. Crump. 1982. Global82: A computer program to extrapolate quantal animal toxicity data to low doses. Science Research Systems, Ruston, Louisiana.

IARC (International Agency for Research on Cancer). 1978. Some *N*-nitroso compounds. IARC Monogr. Eval. Carcinog. Risk Chem. Hum. 17: 125–175.

Inui, N., Y. Nishi, M. Taketomi and M. Mori. 1979. Transplacental action of sodium nitrite on embryonic cells of Syrian golden hamster. Mutat. Res. 66: 149–158.

Ito, N., S. Fukushima, H. Tsuda and T. Shirai. 1982. Induction of preneoplastic and neoplastic lesions in rats treated with *N*-nitroso compounds. IARC Sci. Publ. 41: 597–601.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620113

Jenkins, S.W.D., C.J. Koester, V. Taguchi, D.T. Wang, J.-P.F.P. Palmentier and K.P. Hong. 1995. *N*-Nitrosodimethylamine in drinking water using a rapid, solid-phase extraction method. Environ. Sci. Pollut. Res. Int. 2(4): 207–210.

Jobb, D.B., R.B. Hunsinger, O. Meresz and V.Y. Taguchi. 1993. A study of the occurrence and inhibition of formation of *N*-nitrosodimethylamine (NDMA) in the Ohsweken water supply. Proceedings of the 1992 Water Quality Technology Conference, American Water Works Association.

Johansson-Brittebo, E. and H. Tjälve. 1979. Studies on the distribution and metabolism of $^{14}$C-dimethylnitrosamine in foetal and young mice. Acta Pharmacol. Toxicol. 45: 73–80.

Jorquera, R., A. Castonguay and H.M. Schuller. 1993. Effects of age and ethanol on DNA single-strand breaks and toxicity induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone or *N*-nitrosodimethylamine in hamster and rat liver. Cancer Lett. 74: 175–181.

Kakizoe, T., T.-T. Wang, V.W.S. Eng, R. Furrer, P. Dion and W.R. Bruce. 1979. Volatile *N*-nitrosamines in the urine of normal donors and of bladder cancer patients. Cancer Res. 39: 829–832.

Kataoka, H., M. Kurisu and S. Shindoh. 1997. Determination of volatile *N*-nitrosamines in combustion smoke samples. Bull. Environ. Contam. Toxicol. 59: 570–576.

Kelly, P.M., J.I. Gray and J. Slattery. 1989. Direct "low-NOX" gas combustion heating of a spray drier during milk powder manufacture. J. Soc. Dairy Technol. 42(1): 14–18.

Khanna, S.D. and D. Puri. 1966. The hepatotoxic effects of dimethylnitrosamine in the rat. J. Pathol. Bacteriol. 91: 605–608 [cited in ATSDR, 1989].

Khudoley, V.V. 1977. The induction of tumours in *Rana temporaria* with nitrosamines. Neoplasma 24(3): 249–252.

Khudoley, V.V. and J.J. Picard. 1980. Liver and kidney tumours induced by *N*-nitrosodimethylamine in *Xenopus borealis* (Parker). Int. J. Cancer 25: 679–683.

Kimoto, W.I., C.J. Dooley, J. Carre and W. Fiddler. 1981. Nitrosamines in tap water after concentration by a carbonaceous adsorbent. Water Res. 15: 1099–1106.

Klein, R.G., I. Janowsky, B.L. Pool-Zobel, P. Schmezer, R. Hermann, F. Amelung, B. Spiegelhalder and W.J. Zeller. 1991. Effects of long-term inhalation of *N*-nitroso-dimethylamine in rats. IARC Sci. Publ. 105: 322–328.

Klus, H., H. Begutter, G. Scherer, A.R. Tricker and F. Adlkofer. 1992. Tobacco-specific and volatile *N*-nitrosamines in environmental tobacco smoke of offices. Indoor Environ. 1: 348–350.

Kochany, J. 1999. Personal communication (letter dated July 30, 1999). Conestoga-Rovers & Associates, Waterloo, Ontario.

Kornbrust, D. and D. Dietz. 1985. Aroclor 1254 pretreatment effects on DNA repair in rat hepatocytes elicited by *in vivo* or *in vitro* exposure to various chemicals. Environ. Mutagen. 7: 857–870.

Krishna, G., M.L. Kropko and J.C. Theiss. 1990. Dimethylnitrosamine-induced micronucleus formation in mouse bone marrow and spleen. Mutat. Res. 242: 345–351.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Kunisaki, N., H. Matsuura and M. Hayashi. 1978. Absorption and decomposition of *N*-nitrosodimethylamine in rats. Shokuhin Eiseigaku Zasshi 19(1): 62–67 (in Japanese).

Laishes, B.A., D.J. Koropatnick and H.F. Stich. 1975. Organ-specific DNA damage induced in mice by the organotropic carcinogens 4-nitroquinoline-1-oxide and dimethylnitrosamine. Proc. Soc. Exp. Biol. Med. 149: 978–982.

Lakritz, L. and J.W. Pensabene. 1984. Survey of human milk for volatile *N*-nitrosamines and the influence of diet on their formation. Food Chem. Toxicol. 22: 721–724.

Lakritz, L., M.L. Simenhoff, S.R. Dunn and W. Fiddler. 1980. *N*-Nitrosodimethylamine in human blood. Food Cosmet. Toxicol. 18: 77–79.

Lakritz, L., R.A. Gates, A.M. Gugger and A.E. Wasserman. 1982. Nitrosamine levels in human blood, urine and gastric aspirate following ingestion of foods containing potential nitrosamine precursors or preformed nitrosamines. Food Chem. Toxicol. 20: 455–459.

Lawrence, G. 1999. Personal communication to B. Meek regarding nitrosamines in foods, July 21, 1999. Foods Directorate, Health Protection Branch, Health Canada, Ottawa, Ontario.

Lee, V.M., L.K. Keefer and M.C. Archer. 1996. An evaluation of the roles of metabolic denitrosation and α-hydroxylation in the hepatotoxicity of *N*-nitrosodimethylamine. Chem. Res. Toxicol. 9: 1319–1324.

Lijinsky, W. and M.D. Reuber. 1984. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. Cancer Lett. 22: 83–88.

Lindamood, C., III, M.A. Bedell, K.C. Billings, M.C. Dyroff and J.A. Swenberg. 1984. Dose response for DNA alkylation, [$^3$H]thymidine uptake into DNA, and $O^6$-methylguanine-DNA methyltransferase activity in hepatocytes of rats and mice continuously exposed to dimethylnitrosamine. Cancer Res. 44: 196–200.

Loury, D.J., T. Smith-Oliver and B.E. Butterworth. 1987. Assessment of unscheduled and replicative DNA synthesis in rat kidney cells exposed *in vitro* or *in vivo* to unleaded gasoline. Fundam. Appl. Toxicol. 87: 127–140.

Mackay, D. 1991. Multimedia environmental models: the fugacity approach. Lewis Publishers Inc., Chelsea, Michigan.

Mackay, D. and S. Paterson. 1991. Evaluating the multimedia fate of organic chemicals: a level III fugacity model. Environ. Sci. Technol. 25: 427–436.

Magee, P.N. and J.M. Barnes. 1962. Induction of kidney tumours in the rat with dimethyl-nitrosamine (*N*-nitrosodimethylamine). J. Pathol. Bacteriol. 84: 19–31.

Mahanama, K.R.R. and J.M. Daisey. 1996. Volatile *N*-nitrosamines in environmental tobacco smoke: Analysis, emission factors, and indoor air exposures. Environ. Sci. Technol. 30: 1477–1484.

Mallik, M. and K. Tesfai. 1981. Transformation of nitrosamines in soil and *in vitro* by soil microoganisms. Bull. Environ. Contam. Toxicol. 27: 115–121.

Martino, P.E., M.I. Diaz Gomez, D. Tamayo, A.J. Lopez and J.A. Castro. 1988. Studies on the mechanism of the acute and carcinogenic effects of *N*-nitrosodimethylamine on mink liver. J. Toxicol. Environ. Health 23: 183–192.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620115

Massey, R., M.J. Dennis, M. Pointer and P.E. Key. 1990. An investigation of the levels of *N*-nitrosodimethylamine, apparent total *N*-nitroso compounds and nitrate in beer. Food Addit. Contam. 7(5): 605–615.

McBean, E. 1999. Personal communication (e-mail sent May 30, 1999). Conestoga-Rovers & Associates, Waterloo, Ontario.

McLean, A.E.M. and P.N. Magee. 1970. Increased renal carcinogenesis by dimethyl nitrosamine in protein deficient rats. Br. J. Exp. Pathol. 51: 587–590.

Meek, M.E., R. Newhook, R. Liteplo and V. Armstrong. 1994. Approach to assessment of risk to human health for Priority Substances under the *Canadian Environmental Protection Act*. J. Environ. Sci. Health C12: 105–134.

Mehta, R., K.C. Silinskas, P.F. Zucker, A. Ronen, J.A. Heddle and M.C. Archer. 1987. Micronucleus formation induced in rat liver and esophagus by nitrosamines. Cancer Lett. 35: 313–320.

Ministers' Expert Advisory Panel. 1995. Report of the Ministers' Expert Advisory Panel on the second Priority Substances List under the *Canadian Environmental Protection Act* (CEPA). Ottawa, Ontario. 26 pp.

Mirsalis, J.C. and B.E. Butterworth. 1980. Detection of unscheduled DNA synthesis in hepatocytes isolated from rats treated with genotoxic agents: an *in vivo–in vitro* assay for potential carcinogens and mutagens. Carcinogenesis 1: 621–625.

Mirsalis, J.C., C.K. Tyson, K.L. Steinmetz, E.K. Loh, C.M. Hamilton, J.P. Bakke and J.W. Spalding. 1989. Measurement of unscheduled DNA synthesis and S-phase synthesis in rodent hepatocytes following *in vivo* treatment: testing of 24 compounds. Environ. Mol. Mutagen. 14: 155–164.

Mirsalis, J.C., G.S. Provost, C.D. Matthews, R.T. Hamner, J.E. Schindler, K.G. O'Loughlin, J.T. MacGregor and J.M. Short. 1993. Induction of hepatic mutations in *lacI* transgenic mice. Mutagenesis 8: 265–271.

Mizuishi, K., M. Teacake, H. Yamanobe, Y. Watanabe, Y. Unuma and Y. Yamanashi. 1987. Trace analysis of volatile *N*-nitrosamines in human milk. Kenkyu Nenpo Tokyo-toritsu Eisei Kenkyusho 38: 150–154 (in Japanese) [cited in Uibu *et al.*, 1996].

Moiseev, G.E. and V.V. Benemanskii. 1975. Concerning the carcinogenic activity of small concentrations of nitrosodimethylamine during inhalation. Vopr. Onkol. 21: 107–109 (translated for U.S. Environmental Protection Agency by Scitran [Scientific Translation Service], Santa Barbara, California).

Moore, G. 1999. Personal communication. Regulatory Affairs and Innovations Division, Pest Management Regulatory Agency, Health Canada.

Morrison, V. and J. Ashby. 1994. Reconciliation of five negative and four positive reports of the activity of dimethylnitrosamine in the mouse bone marrow micronucleus assay. Mutagenesis 9: 361–365.

Mumma, R.O., D.C. Raupach, J.P. Waldman, S.S.C. Tong, M.L. Jacobs, J.G. Babish, J.H. Hotchkiss, P.C. Wszolek, W.H. Gutenman, C.A. Bache and D.J. Lisk. 1984. National survey of elements and other constituents in municipal sewage sludges. Arch. Environ. Contam. Toxicol. 13: 75–83.

Nakatsuru, Y., S. Matsukama, N. Nemoto, H. Sugano, M. Sekiguchi and T. Ishikawa. 1993. $O^6$-Methylguanine-DNA methyltransferase protects against nitrosamine-induced hepatocarcinogenesis. Proc. Natl. Acad. Sci. U.S.A. 90: 6468–6472.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620116

Napalkov, N.P. and V.A. Alexandrov. 1968. On the effects of blastomogenic substances during embryogenesis. Z. Krebsforsch. 71: 32–50 [cited in ATSDR, 1989].

Neal, S.B. and G.S. Probst. 1983. Chemically-induced sister-chromatid exchange *in vivo* in bone marrow of Chinese hamsters. An evaluation of 24 compounds. Mutat. Res. 113: 33–43.

Neft, R.E. and M.K. Conner. 1989. Induction of sister chromatid exchange in multiple murine tissues *in vivo* by various methylating agents. Teratogen. Carcinogen. Mutagen. 9: 219–237.

Nikaido, M.M., D. Dean-Raymond, A.J. Francis and M. Alexander. 1977. Recovery of nitrosamines from water. Water Res. 11: 1085–1087.

Nishie, K. 1983. Comparison of the effects of *N*-nitrosodimethylamine on pregnant and nonpregnant Holtzman rats. Food Chem. Toxicol. 21: 453–462.

Odagiri, Y., S. Adachi, H. Katayama and K. Takemoto. 1986. Detection of the cytogenetic effect of inhaled aerosols by the micronucleus test. Mutat. Res. 170: 79–83.

Oliver, J. 1979. Volatilization of some herbicide-related nitrosamines from soils. J. Environ. Qual. 8(4): 596–601.

OME (Ontario Ministry of the Environment). 1989. Information report on drinking water quality, Elmira, Ontario. Prepared by D. Ireland, Regional Operations Division, Cambridge, Ontario, November 14, 1989 (unpublished).

OME (Ontario Ministry of the Environment). 1990. Technical memorandum from A. Ng to G. De Brou dated April 27, 1990, regarding the Elmira (1990) survey: Results of the mobile TAGA. With covering memorandum dated May 5, 1990, from L. Lusis to E. Piché regarding the Elmira DMNA survey report, April 1990. Toronto, Ontario.

OME (Ontario Ministry of the Environment). 1991. Scientific criteria document for multimedia standard development No. 01-90. *N*-Nitrosodimethylamine. Hazardous Contaminants Coordination Branch, Toronto, Ontario. 64 pp.

OME (Ontario Ministry of the Environment). 1992a. Technical memorandum from A. Ng to M. Lusis dated July 24, 1992, regarding the Kitchener (1992) survey: NC Rubber Products Inc. — Results of the mobile TAGA 6000. With covering memorandum dated July 28, 1992, from M. Lusis to D. Ireland regarding the mobile TAGA 6000 survey of NC Rubber Products Inc. Toronto, Ontario.

OME (Ontario Ministry of the Environment). 1992b. Summary of water quality data. Canagagigue Creek, Elmira. Unpublished data prepared by the Technical Assessment Section, June 1992.

OME (Ontario Ministry of the Environment). 1994a. Removal of *N*-nitrosodimethylamine from the Ohsweken (Six Nations) water supply. Final report. Science and Technology Branch. Toronto, Ontario. November. 10 pp. + appendix (ISBN 0-7778-3439-1).

OME (Ontario Ministry of the Environment). 1994b. Windsor Air Quality Study: TAGA 6000 survey results. Prepared by A.C. Ng and N.S. Karellas. Windsor Air Quality Committee, Environmental Monitoring and Reporting Branch. Queen's Printer for Ontario. Fall 1994 (Publication No. PIBS 3152E; ISBN 0-7778-2831-6).

OME (Ontario Ministry of the Environment). 1994c. Memorandum — NDMA sanitary sewer discharge, unpublished data. Cambridge District Office. 3 pp.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620117

OME (Ontario Ministry of the Environment). 1998a. Scientific criteria document for the development of an interim provincial water quality objective for *N*-nitrosodimethylamine (NDMA). Standards Development Branch, Toronto, Ontario. July. 28 pp.

OME (Ontario Ministry of the Environment). 1998b. Ontario drinking water surveillance program: 1990–July 1998 survey of Ontario water treatment plants. Unpublished data supplied by P. Lachmaniuk.

OMEE (Ontario Ministry of the Environment and Energy). 1996. Ontario drinking water surveillance program: 1994–1996 survey of Ontario water treatment plants. Unpublished data. Toronto, Ontario. 9 pp.

Opsal, R.B. and J.P. Reilly. 1986. Selective analysis of nitro- and nitroso-containing compounds by laser ionization gas chromatography/mass spectrometry. Anal. Chem. 58: 2919–2923.

Pancholy, S.K. 1978. Formation of carcinogenic nitrosamines in soils. Soil Biol. Biochem. 10: 27–32.

Parees, D.M. and S.R. Prescott. 1981. Direct determination of *N*-nitrosamines in amines using a gas chromatograph–thermal energy analyzer. J. Chromatogr. 205: 429–433.

Parsa, I., S. Friedman and C.M. Cleary. 1987. Visualization of $O^6$-methylguanine in target cell nuclei of dimethylnitrosamine-treated human pancreas by a murine monoclonal antibody. Carcinogenesis 8: 839–846.

Pedal, I., K. Besserer, K. Goerttler, B. Heymer, H.J. Mittmeyer, M. Oehmichen and D. Schmahl. 1982. Fatal nitrosamine poisoning. Arch. Toxicol. 50: 101–112 [cited in ATSDR, 1989].

Pegg, A.E. and W. Perry. 1981. Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat. Cancer Res. 41: 3128–3132.

Peto, R., R. Gray, P. Brantom and P. Grasso. 1984. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *In*: I.K. O'Neill, R.C. von Borstel, C.T. Miller, J. Long and H. Bartsch (eds.), *N*-Nitroso compounds: Occurrence, biological effects and relevance to human cancer. Proceedings of the VIIIth International Symposium on *N*-Nitroso Compounds, held in Banff, Alberta, September 5–9, 1983. IARC Sci. Publ. 57: 627–665 (ISBN 0-19-723055-5).

Peto, R., R. Gray, P. Brantom and P. Grasso. 1991a. Effects on 4080 rats of chronic ingestion of *N*-nitrosodiethylamine or *N*-nitrosodimethylamine: a detailed dose–response study. Cancer Res. 51: 6415–6451.

Peto, R., R. Gray, P. Brantom and P. Grasso. 1991b. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of *N*-nitrosodiethylamine or *N*-nitrosodimethylamine. Cancer Res. 51: 6452–6469.

Petzold, G.L. and J.A. Swenberg. 1978. Detection of DNA damage induced *in vivo* following exposure of rats to carcinogens. Cancer Res. 38: 1589–1594.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

Phillips, J.C., B.G. Lake, C.E. Heading, S.D. Gangolli and A.G. Lloyd. 1975. Studies on the metabolism of dimethylnitrosamine in the rat. I. Effects of dose, route of administration and sex. Food Cosmet. Toxicol. 13: 203–209.

Plomley, J.B., C.J. Koester and R.E. March. 1994. Determination of *N*-nitrosodimethylamine in complex environmental matrices by quadrupole ion storage tandem mass spectrometry enhanced by unidirectional ion ejection. Anal. Chem. 66: 4437–4443.

Pobel, D., E. Riboli, J. Cornée, B. Hémon and M. Guyader. 1995. Nitrosamine, nitrate and nitrite in relation to gastric cancer: A case–control study in Marseille, France. Eur. J. Epidemiol. 11: 67–73.

Pool, B.L., S.Y. Brendler, U.M. Liegibel, A. Tompa and P. Schmezer. 1990. Employment of adult mammalian primary cells in toxicology: *in vivo* and *in vitro* genotoxic effects of environmentally significant *N*-nitrosodialkylamines in cells of the liver, lung, and kidney. Environ. Mol. Mutagen. 15: 24–35.

Risch, H.A., M. Jain, N.W. Choi, J.G. Fodor, C.J. Pfeiffer, G.R. Howe, L.W. Harrison, K.J.P. Craib and A.B. Miller. 1985. Dietary factors and the incidence of cancer of the stomach. Am. J. Epidemiol. 122: 947–957.

Robbiano, L., E. Mereto, A.M. Morando, P. Pastore and G. Brambilla. 1997. An *in vivo* micronucleus assay for detecting the clastogenic effect in rat kidney cells. Mutat. Res. 390: 51–57.

Rogers, M.A.M., T.L. Vaughan, S. Davis and D.B. Thomas. 1995. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol. Biomarkers Prev. 4: 29–36.

Salminen, J. 1999. Priority Substances assessment on NDMA. Internal memorandum dated September 13, 1999, from A/Chief, Chemical Health Hazard Assessment Division, Bureau of Chemical Safety, Food Directorate, to B. Meek, Head, Priority Substances Section, Bureau of Chemical Hazards, Environmental Health Directorate, Health Canada, Ottawa, Ontario (File No. FP99072001-597).

Sato, S., M. Taketomi and T. Morita. 1992. Simplified mouse peripheral reticulocyte micronucleus test with dimethylnitrosamine. Mutat. Res. 278: 103–107.

Sawada, S., T. Yamanaka, K. Yamatsu, C. Furihata and T. Matsushima. 1991. Chromosome aberrations, micronuclei and sister-chromatid exchanges (SCEs) in rat liver induced *in vivo* by hepatocarcinogens including heterocyclic amines. Mutat. Res. 251: 59–69.

Sax, N. and R. Lewis, Sr. 1987. Hawley's condensed chemical dictionary. 11th edition. Van Nostrand Reinhold Co., New York, N.Y. p. 832.

Scanlan, R.A., J.F. Barbour, F.W. Bodyfelt and L.M. Libbey. 1994. *N*-Nitrosodimethylamine in nonfat dry milk. *In*: R.N. Loeppky and C.J. Michejda (eds.), Proceedings of the 204th National Meeting of the American Chemical Society on Nitrosamines and Related *N*-Nitroso Compounds, August 23–28, 1992, Washington, D.C. pp. 34–41 (ACS Symposium Series 553).

Schmidt, J.D. and G.P. Murphy. 1966. Urinary lactic dehydrogenase activity in rats with dimethylnitrosamine induced renal tumors.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Invest. Urol. 4: 57–63.

Sen, N.P. 1986. Formation and occurrence of nitrosamines in food. *In*: L.A. Cohen and B.S. Reddy (eds.), Diet, nutrition and cancer: A critical evaluation. Vol. II: Micro nutrients, nonnutritive dietary factors, and cancer. CRC Press, Boca Raton, Florida. pp. 135–160.

Sen, N.P. and S. Seaman. 1981a. Gas–liquid chromatographic–thermal energy analyzer determination of *N*-nitrosodimethylamine in beer at low parts per billion level. J. Assoc. Off. Anal. Chem. 64: 933–938.

Sen, N.P. and S. Seaman. 1981b. Volatile *N*-nitrosamines in dried foods. J. Assoc. Off. Anal. Chem. 64(5): 1238–1242.

Sen, N.P., B.A. Donaldson, S. Seaman, J.R. Iyengar and W.F. Miles. 1978. Recent studies in Canada on the analysis and occurrence of volatile and non-volatile *N*-nitroso compounds in foods. IARC Sci. Publ. 19: 373–393.

Sen, N.P., S. Seaman and W.F. Miles. 1979. Volatile nitrosamines in various cured meat products: Effect of cooking and recent trends. Agric. Food Chem. 27(6): 1354–1357.

Sen, N.P., S. Seaman and M. McPherson. 1980a. Nitrosamines in alcoholic beverages. J. Food Saf. 2: 13–18.

Sen, N.P., S. Seaman and M. McPherson. 1980b. Further studies on the occurrence of volatile and non-volatile nitrosamines in foods. *In*: A. Walker, L. Griciute, M. Castegnaro and M. Borzsonyi (eds.), *N*-Nitroso compounds: Analysis, formation and occurrence. IARC Sci. Publ. 31: 457–465.

Sen, N.P., S. Seaman, S. Clarkson, F. Garrod and P. Lalonde. 1984. Volatile *N*-nitrosamines in baby bottle rubber nipples and pacifiers. Analysis, occurrence and migration. *In*: I.K. O'Neill, R.C. von Borstel, C.T. Miller, J. Long and H. Bartsch (eds.), *N*-Nitroso compounds: Occurrence, biological effects and relevance to human cancer. Proceedings of the VIIIth International Symposium on *N*-Nitroso Compounds, held in Banff, Alberta, September 5–9, 1983. IARC Sci. Publ. 57: 51–57 (ISBN 0-19-723055-5).

Sen, N.P., L. Tessier, S.W. Seaman and P.A. Baddoo. 1985. Volatile and nonvolatile nitrosamines in fish and the effect of deliberate nitrosation under simulated gastric conditions. J. Agric. Food Chem. 33: 264–268.

Sen, N.P., P.A. Baddoo, D. Weber and M. Boyle. 1994. A sensitive and specific method for the determination of *N*-nitrosodimethylamine in drinking water and fruit drinks. Int. J. Environ. Anal. Chem. 56: 149–163.

Sen, N.P., S.W. Seaman, C. Bergeron and R. Brousseau. 1996. Trends in the levels of *N*-nitrosodimethylamine in Canadian and imported beers. J. Agric. Food Chem. 44(6): 1498–1501.

Shu, L. and P.F. Hollenberg. 1996. Role of cytochrome P450 in DNA damage induced by *N*-nitrosodialkylamines in cultured rat hepatocytes. Carcinogenesis 17: 569–576.

Shu, L. and P.F. Hollenberg. 1997. Alkylation of cellular macromolecules and target specificity of carcinogenic nitrosodialkylamines: metabolic activation by cytochromes P450 2B1 and 2E1. Carcinogenesis 18(4): 801–810.

Smith, J. 1999. Personal communication (e-mail dated November 10, 1999). Regulatory Affairs and Innovations Division, Pest Management Regulatory Agency, Health

Canada.

Souliotis, V.L., S. Chhabra, L.M. Anderson and S.A. Kyrtopoulos. 1995. Dosimetry of $O^6$-methylguanine in rat DNA after low-dose, chronic exposure to *N*-nitrosodimethylamine (NDMA). Implications for the mechanism of NDMA hepatocarcinogenesis. Carcinogenesis 16: 2381–2387.

Spiegelhalder, B. and R. Preussmann. 1984. Contamination of toiletries and cosmetic products with volatile and nonvolatile *N*-nitroso carcinogens. J. Cancer Res. Clin. Oncol. 108: 160–163.

Spiegelhalder, B., G. Eisenbrand and R. Preussmann. 1980. Occurrence of volatile nitrosamines in food: A survey of the West German market. *In*: A. Walker, L. Griciute, M. Castegnaro and M. Borzsonyi (eds.), *N*-Nitroso compounds: Analysis, formation and occurrence. IARC Sci. Publ. 31: 467–479.

Stehlik, G., O. Richter and H. Altmann. 1982. Concentration of dimethylnitrosamine in the air of smoke-filled rooms. Ecotoxicol. Environ. Saf. 6: 495–500.

Swann, P.F., A.M. Coe and R. Mace. 1984. Ethanol and dimethylnitrosamine and diethylnitrosamine metabolism and disposition in the rat. Possible relevance to the influence of ethanol on human cancer incidence. Carcinogenesis 5(10): 1337–1343.

Swenberg, J.A., D.G. Hoel and P.N. Magee. 1991. Mechanistic and statistical insight into the large carcinogenesis bioassays on *N*-nitrosodiethylamine and *N*-nitrosodimethylamine. Cancer Res. 51: 6409–6414.

Taguchi, V.Y. 1998. Personal communication. Laboratory Services Branch, Ontario Ministry of the Environment.

Taguchi, V.Y., S.W.D. Jenkins, D.T. Wang, J.-P.F.P. Palmentier and E.J. Reiner. 1994. Determination of *N*-nitrosodimethylamine by isotope dilution, high-resolution mass spectrometry. Can. J. Appl. Spectrosc. 39: 87–93.

Tanaka, A., A. Hisanaga, T. Inamasu, M. Hirata and N. Ishinishi. 1988. A comparison of the carcinogenicity of *N*-nitrosodiethylamine and *N*-nitrosodimethylamine after intratracheal instillation into Syrian golden hamsters. Food Chem. Toxicol. 26: 847–850.

Tate, R.L., III and M. Alexander. 1975. Stability of nitrosamines in samples of lake water, soil, and sewage. J. Natl. Cancer Inst. 54: 327–330.

Tates, A.D., I. Neuteboom, M. Hofker and L. den Engelse. 1980. A micronucleus technique for detecting clastogenic effects of mutagens/carcinogens (DEN, DMN) in hepatocytes of rat liver *in vivo*. Mutat. Res. 74: 11–20.

Tates, A.D., I. Neuteboom, N. de Vogel and L. den Engelse. 1983. The induction of chromosomal damage in rat hepatocytes and lymphocytes. I. Time-dependent changes of the clastogenic effects of diethylnitrosamine, dimethylnitrosamine and ethyl methanesulfonate. Mutat. Res. 107: 131–151.

Tates, A.D., I. Neuteboom, A.H.M. Rotteveel, N. de Vogel, G.J. Menkveld and L. den Engelse. 1986. Persistence of preclastogenic damage in hepatocytes of rats exposed to ethylnitrosourea, diethylnitrosamine, dimethylnitrosamine and methyl methanesulfonate. Correlation with DNA *O*-alkylation. Carcinogenesis 7: 1053–1058.

Terao, K., T. Aikawa and K. Kera. 1978. A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats. Food



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Cosmet. Toxicol. 16: 591–596.

Terracini, B., G. Palestro, M.R. Gigliardi and R. Montesano. 1966. Carcinogenicity of dimethylnitrosamine in Swiss mice. Br. J. Cancer 20: 871–876.

Thomas, R.G. 1982. Volatilization from water. *In*: W.J. Lyman, W.F. Reehl and D.H. Rosenblatt (eds.), Handbook of chemical property estimation methods. McGraw-Hill, New York, N.Y. pp. 15–27.

Tinwell, H, P.A. Lefevre and J. Ashby. 1994. Mutation studies with dimethyl nitrosoamine in young and old *lac I* transgenic mice. Mutat. Res. 307: 501–508.

Tomkins, B.A. and W.H. Griest. 1996. Determinations of *N*-nitrosodimethylamine at part-per-trillion concentrations in contaminated groundwaters and drinking waters featuring carbon-based membrane extraction disks. Anal. Chem. 68: 2533–2540.

Tomkins, B.A., W.H. Griest and C.E. Higgins. 1995. Determination of *N*-nitrosodimethyl-amine at part-per-trillion levels in drinking waters and contaminated groundwaters. Anal. Chem. 67: 4387–4395.

Tricker, A.R. and R. Preussmann. 1992. Volatile *N*-nitrosamines in mainstream cigarette smoke: occurrence and formation. Clin. Invest. 70: 283–289.

Tricker, A.R., B. Pfundstein, E. Theobald, R. Preussmann and B. Spiegelhalder. 1991a. Mean daily intake of volatile *N*-nitrosamines from foods and beverages in West Germany in 1989–1990. Food Chem. Toxicol. 29(11): 729–732.

Tricker, A.R., C. Ditrich and R. Preussmann. 1991b. *N*-Nitroso compounds in cigarette tobacco and their occurrence in the mainstream tobacco smoke. Carcinogenesis 12(2): 257–261.

Tsutsumi, M., Y. Matsuda and A. Takada. 1993. Role of ethanol-inducible cytochrome P-450 2E1 in the development of hepatocellular carcinoma by the chemical carcinogen, *N*-nitrosodimethylamine. Hepatology 18: 1483–1489.

Uibu, J., O. Tauts, A. Levin, N. Shimanovskaya and R. Matto. 1996. *N*-Nitrosodimethylamine, nitrate and nitrate-reducing microorganisms in human milk. Acta Paediatr. 85: 1140–1142.

U.K. MAFF (United Kingdom Ministry of Agriculture, Fisheries and Food). 1992. Nitrate, nitrite and *N*-nitroso compounds in foods — Second report. The 32nd Report of the Steering Group on Chemical Aspects of Food Surveillance. HMSO, London, U.K. 77 pp. (Food Surveillance Paper No. 321; ISSN 0141-8521).

U.S. EPA (United States Environmental Protection Agency). 1984. EPA Method Study 17, Method 607 (Nitrosamines). Quality Assurance Branch, Environmental Monitoring and Support Laboratory, Cincinnati, Ohio (EPA-600/4-84-051; PB84207646).

Vermeer, I.T.M., D.M.F.A. Pachen, J.W. Dallinga, J.C.S. Kleinjans and J.M.S. van Maanen. 1998. Volatile *N*-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. Environ. Health Perspect. 106(8): 459–463.

Volmer, D.A., J.O. Lay, Jr., S.M. Billedeau and D.L. Vollmer. 1996. Detection and confirmation of *N*-nitrosodialkylamines using liquid chromatography–electrospray ionization coupled on-line with a photolysis



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620122

reactor. Anal. Chem. 68: 546–552.

Von Rappard, E., G. Eisenbrand and R. Preussmann. 1976. Selective detection of *N*-nitrosamines by gas chromatography using a modified microelectrolytic conductivity detector in the pyrolytic mode. J. Chromatogr. 124: 247–255.

Wang, X., T. Suzuki, T. Itoh, M. Honma, A. Nishikawa, F. Furukawa, M. Takahashi, M. Hayashi, T. Kato and T. Sofuni. 1998. Specific mutational spectrum of dimethylnitrosamine in the *lacI* transgene of Big Blue® C57BL/6 mice. Mutagenesis 13: 625–630.

Webb, K.S., T.A. Gough, A. Carrick and D. Hazelby. 1979. Mass spectrometric and chemiluminescent detection of picogram amounts of *N*-nitrosodimethylamine. Anal. Chem. 51: 989–992.

Webb, K.S., B.J. Wood and T.A. Gough. 1983. The effect of the intake of a nitrosatable drug on the nitrosamine levels in human urine. J. Anal. Toxicol. 7: 181–184.

Webster, R.P., M.D. Gawde and R.K. Bhattacharya. 1996. Protective effect of rutin, a flavonol glycoside, on the carcinogen-induced DNA damage and repair enzymes in rats. Cancer Lett. 109: 185–191.

Wild, D. 1978. Cytogenetic effects in the mouse of 17 chemical mutagens and carcinogens evaluated by the micronucleus test. Mutat. Res. 56: 319–327.

Wright, S. 1999. Personal communication (e-mail dated July 15, 1999, regarding Product Safety Laboratory Method C-24 for determining nitrosamines in pacifiers and bottle nipples and cyclical enforcement policy). Product Safety Laboratory, Product Safety Bureau, Health Protection Branch, Health Canada, Ottawa, Ontario.

Yamamoto, M., T. Yamada and A. Tanimura. 1980. Volatile nitrosamines in human blood before and after ingestion of a meal containing high concentrations of nitrate and secondary amines. Food Cosmet. Toxicol. 18: 297–299.

Yang, C.S., H. Ishizaki, M. Lee, D. Wade and A. Fadel. 1991. Deuterium isotope effect in the interaction of *N*-nitrosodimethylamine, ethanol, and related compounds with cytochrome P-450IIE1. Chem. Res. Toxicol. 4: 408–413.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

GSKZAN0000620123

# APPENDIX A SEARCH STRATEGIES EMPLOYED FOR IDENTIFICATION OF RELEVANT DATA

## Environmental assessment

Data relevant to the assessment of whether NDMA is "toxic" to the environment under CEPA were identified from existing review documents, published reference texts and on-line searches conducted between January and April, 1996, of the following databases: Aqualine (1984–1996), ASFA (Aquatic Sciences and Fisheries Abstracts, Cambridge Scientific Abstracts; 1984–1996), BIOSIS (Biosciences Information Services; 1984–1996), CAB (Commonwealth Agriculture Bureaux; 1984–1996), CESARS (Chemical Evaluation Search and Retrieval System, Ontario Ministry of the Environment and Michigan Department of Natural Resources; 1996), Chemical Abstracts (1984–1996), CHRIS (Chemical Hazard Release Information System; 1996), Current Contents (1993–January 15, 1996), ELIAS (Environmental Library Integrated Automated System, Environment Canada library; 1990–February 1996), Enviroline (R.R. Bowker Publishing Co.; 1984–1996), Environmental Abstracts (1975–February 1996), Environmental Bibliography (Environmental Studies Institute, International Academy at Santa Barbara; 1984–1996), GEOREF (Geo Reference Information System, American Geological Institute; 1984–1996), HSDB (Hazardous Substances Data Bank, U.S. National Library of Medicine; 1984–1996), Life Sciences (Cambridge Scientific Abstracts; 1984–1996), NTIS (National Technical Information Service, U.S. Department of Commerce; 1984–1996), Pollution Abstracts (Cambridge Scientific Abstracts, U.S. National Library of Medicine; 1984–1996), POLTOX (Cambridge Scientific Abstracts, U.S. National Library of Medicine; 1990–1995), RTECS (Registry of Toxic Effects of Chemical Substances, U.S. National Institute for Occupational Safety and Health; 1996), Toxline (U.S. National Library of Medicine; 1984–1996), TRI87–94 (Toxic Chemical Release Inventory, U.S. Environmental Protection Agency, Office of Toxic Substances; 1993), USEPA-ASTER (Assessment Tools for the Evaluation of Risk, U.S. Environmental Protection Agency; up to December 21, 1994), WASTEINFO (Waste Management Information Bureau of the American Energy Agency; 1973–September 1995), Water Resources Abstracts (U.S. Geological Survey, U.S. Department of the Interior; 1984–1996).

A survey of Canadian industry was carried out under authority of Section 16 of CEPA (Environment Canada, 1997c). Companies were required to provide information on uses, releases, environmental concentrations, effects or other data on NDMA available to them if they met the trigger quantity of 10 g NDMA per year. Reveal Alert was used to maintain an ongoing record of the current scientific literature pertaining to the potential environmental effects of NDMA. Data obtained after August 31, 1998, were not considered in this assessment unless they were critical data received during the 60-day public review of the report (February 19 to April 19, 2000).

## Health assessment

Data relevant to the assessment of the potential risks of NDMA to human health were identified through evaluation of existing review documents of the U.S. Agency for Toxic Substances and Disease Registry (ATSDR, 1989), the International Agency for Research on Cancer (IARC, 1978) and the Ontario Ministry of the Environment (OME, 1991), as well as reviews prepared under contract by BIBRA Toxicology



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000620124

International (1997, 1998). To identify additional relevant toxicological data, literature searches on NDMA were conducted using the strategy of searching by its name or CAS registry number in the following databases: CCRIS (Chemical Carcinogenesis Research Information System, U.S. National Cancer Institute), Dialogue, EMIC (Environmental Mutagen Information Center database, Oak Ridge National Laboratory) and EMICBACK (backfile of EMIC), ETICBACK (backfile of Environmental Teratology Information Center database, U.S. Environmental Protection Agency and U.S. National Institute of Environmental Health Sciences), GENETOX (Genetic Toxicology, Office of Toxic Substances, U.S. Environmental Protection Agency), HSDB, IRIS (Integrated Risk Information System, U.S. Environmental Protection Agency) and RTECS. Its name, registry number and major synonyms were searched in the ToxlinePlus (1985–1999) and Toxline (before 1985) databases. The CAS registry number was searched in the Toxlit (1981–1999) database. The EMBASE database, for 1981–1999, was searched using the name, registry number and major synonyms, combined with a link to toxicological information. In addition to the above sources of information, numerous provincial and federal government officials and representatives of various industrial sectors were contacted between February and August of 1996 for data relevant to exposure and/or effects.



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# EXHIBIT

# 35

# The Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop

Moderated by Dr. Aisar Atrakchi

Monday, March 29, 2021

9 a.m.

Food and Drug Administration (FDA)

Office of New Drugs

White Oak Campus

10903 New Hampshire Avenue

Silver Spring, MD 20903

Reported by: Irene Gray

JOB No.: 4377489

A P P E A R A N C E S

List of Attendees:

Dr. Gerhard Eisenbrand

Dr. Soterios Kyrtopoulos

Dr. Joseph Guttenplan

Dr. Errol Zeiger

Dr. John R. Bucher

Dr. Jerry M. Rice

Dr. Stephen S. Hecht

Dr. Richard H. Adamson

Dr. Michael DiNovi

Dr. Aisar Atrakchi

Dr. Sruthi King

C O N T E N T S


| | PAGE |
|---|---|
| Dr. Aisar Atrakchi | 5 |
| Dr. Gerhard Eisenbrand | 8 |
| Dr. Sruthi King | 38 |
| Questions for Panelists | 59 |

P R O C E E D I N G S

MS. PAINTER: Hello, everybody, and thank you so much for joining this two-day workshop on Nitrosamines as Impurities in Drugs. Before we get started with Day 1, we did want to just go over some house rules, just things to keep in mind as we go through this workshop.

For those who are not speaking, please be sure to keep your phone or computer audio on mute. All attendees will be muted, and only the panelists who will be speaking in today's discussion will have the ability to unmute.

As far as using the video feature, only the panelists that will be engaging in today's discussions will have their video features turned on. So, if you are not speaking, please be sure to have your video feature turned off. And regarding questions and discussions during today's workshop, please utilize the QA to submit any questions that you'd like to have answered during today's workshop using the QA feature. You may not automatically receive a response from us, but we do have a team of

moderators reviewing the questions, and then they will be submitted and addressed as time allows during this workshop.

If you are a panelist who will be speaking, please check your chat feature as the host will be prompting you when it is time for you to present.

And last, I just wanted to let everybody know that this workshop today and tomorrow will be recorded, and the slides will be made available on the FDA webpage after this workshop.

Thank you.

DR. ATRAKCHI: Can everybody hear me?

MS. PAINTER: Yes, we can.

DR. ATRAKCHI: Thank you. Good morning, good afternoon, and good evening. My name is Aisar Atrakchi. I am a pharmacology/toxicology supervisor in the Division of Psychiatry, Office of Neuroscience in the Center for Drug Evaluation and Research, CDER. I am a member of the CDER Nitrosamine Task Force and one of the organizers of this workshop, as well as the Moderator.

I would like to welcome all of you to this workshop on Nitrosamine as Impurities in Drugs. There are over 3,500 registrants for this workshop.

Over the past 2-1/2 years since the detection of nitrosamines in medicines, both the regulators and the pharmaceutical industry have been challenged with the many aspects of this public safety incident. There is a discontinuity in our knowledge of nitrosamines since most of the research and science was conducted 50 years ago. In order to make the best scientifically-based decisions on the safety and risk assessment and mitigation, we have gathered the most qualified nationally and internationally recognized scientists and researchers in this field to inform us of previous foundational knowledge and the current state of the art practices.

We have prepared a number of critical questions for the panelists to discuss and answer over the next two days. Before we begin the presentations, I would like to remind everyone this is a scientific workshop. No policy or regulatory comments will be discussed. So, please limit your questions to the

science and to the discussions. You may send a clarifying question as just mentioned to you or comment to the chat box or the Q&A box, and we will attempt to answer as many as possible during the discussion of the particular question or at the end of the day. However, please note that the objectives of this workshop are for the experts to discuss and deliberate on the questions the Agency has provided to them.

Without further delay, we begin with the first presentation by Professor Gerhard Eisenbrand to give us an overview on the Chemistry and the Toxicity of Nitrosamines to set the stage.

This will be followed by a presentation by my colleague Dr. Sruthi King, who will provide the background on the Nitrosamine Contamination Incident in Drugs that was identified in June of 2018.

Biographies of all of the panelists have been posted on the FDA website for your information, and as also mentioned earlier, this workshop will be recorded and will be available soon after the workshop.

And with that, please, we will begin with Dr. Eisenbrand. Thank you.

DR. EISENBRAND: Thank you very much, Dr. Atrakchi. And I may start with stating that my presentation reflects my personal views as a retired professor of fruit chemistry and toxicology, and I may admit it may be perhaps be biased a bit by my scientific experience in the history of field of N-Nitroso chemistry and biology for the last 50 years or so. So, for some time the subject has been thought to be adequately explored or for some people, even over-explored, but I myself never shared this opinion, mainly because there are definitely knowledge gaps, especially with respect to the problem of in-vivo N-nitrosation.

Now it has resurfaced as a consequence of discovering seemingly unexpected drug contamination originating from changes in a production process introduced without awareness of the risk to generate nitrosamine contamination. This exemplifies the need of adequate safety checks of processes based on scientific knowhow. Now, after realizing that this

appears to be quite a general problem, we are faced with increasing complexity with respect to the potential causes. There is another point. And as I will outline, the second field of complexity is connected to the fact that human physiology provides ample potential for endogenous formation of nitroso compounds. And this needs to be evaluated as well when assessing respective health risks occasionally associated with APIs carrying the risk to become nitrosated.

Now, could I get the next slide please? This slide just shows the discovery, history, and earlier research. There have been acute intoxication reports, several. The first one was by Freund who described clinical manifestations and studies of acute human intoxication resulting in parenchymatous hepatitis, and this was later on almost -- or even much later then it was again taken up. And toxic properties of dimethylnitrosamine were described because dimethylnitrosamine had been proposed at that time as an industrial solvent. So, it turned out for those two, Dr. Barnes and Magee that the intoxication

symptoms, rescinded to some extent intoxication with pyrrolizidine alkaloids from which it was known already that these were hepatocarcinogens. So, it was very logical to see whether nitrosodimethylamine might also be a hepatic carcinogen or a carcinogen all together, and this was more or less against the current views at that time because this was a very well water-soluble and very low molecular weight compound contrary to all the other known carcinogens like polycyclic aromatic hydrocarbons and so on.

But to cut a long story very short, this indeed has been shown to be the case, and this later was repeated by a German group, and these authors also tested the next analog, that was dimethylnitrosamine, showed that it even was more carcinogenic. And then within a relatively short time, the group of Peter Magee showed that dimethylnitrosamine was a methylating agent, methylating DNA very effectively.

Next please. So, again cutting a long story short, there was then a tremendous amount of research, biological and chemical. And I just

mentioned two publications that reflect the results of all this research. One is what was long called in German The Nitrosamine Bible that was this publication here as structure activity related and dose response related, very extensive investigation of 65 N-nitroso compounds published in 1967. And then another time John showed the megamouse rodent studies that have been evaluated very formally by the group of Peto and his coworkers with a very detailed dose response, details especially for dimethyl- and diethylnitrosamine.

Next, please. So, to get a summary of the biological activities of NOC shows NOC means N-nitroso compounds. It shows that over 90 percent, more than 300 nitroso compounds are known to be carcinogenic and in animal experiments, so if you find a new compound or a new structure, the probability is relatively high that this may be a carcinogen, but there are some structural activity showing that one can get a little bit more power into the predictions of carcinogenic potency. The most investigated compounds, dimethyl- and diethylnitrosamine and also

the tobacco-specific compounds use tumors in a very wide spectrum of animal species up to subhuman primates, and there is no species that is found to be resistant. Structured community studies have helped to conclude on structural elements that are responsible for carcinogenicity, and those vice versa that may abrogate carcinogenicity. And there is a characteristic feature of many of these nitroso compounds that they may induce at the right dosage quite specific organotrophic activities. Almost all organs of experimental animals that have been used are listed here.

The last one is that the bioactivation of nitroso compounds that the interaction is crucial induced in targets proceeds basically similar in animals and in human tissues.

Next please. So, the metabolism is very well investigated, and it shows that the most critical event is the alpha-C hydroxylation of nitroso compounds. Nitrosamines in this case where you see that after the alpha-hydroxy group has been introduced by cytochrome p450, then the enzymes, and aldehyde is

split off, and you get an alkylating intermediate, either diazonium ion or a -- cation, which then is able to alkylate nulceophilicites in the DNA at different DNA bases, including also phosphates by the way. Metabolism is not necessary for the direct-acting nitroso compounds like here shown, the alkyl nitrosureas that just alkylate by direct decompensation, often catalyzed by basic media.

Next please. So, there is a group of rules concerning prediction of carcinogenic activity from structures. Since the alpha-C hydroxylation, the metabolic one matters so much that it is easy to conceive that if you put in branching in the other position, you will inhibit or at least decelerate the metabolic activation. That is definitely the case of branch compounds, and the alpha position branch compounds are less carcinogen than the stretching ones. And this goes up to the point that you have tertiary butyl branch. They are noncarcinogenic.

The second point of consideration also is that if you have a tertiary butyl substituent in this position, then you very often have also a slowing

down of nitrosation because it leads to some extent the nitrosation.

Next slide. So, compounds that are known to be relevant for human exposure versus nitroso compounds are shown here in this selection. There are volatile compounds. This has this reflection in the analytical determination of these compounds that are basically determined by a purification at the destinative step. Dimethylnitrosmine up to nitrosomorpholine. These are the carcinogenic or even highly carcinogenic ones. Nitrosopyrrolidine is somewhat less active than the short chain ones, nitrosomorpholine, and then there are non-volatilized nitrosodiethylamine known to be a contaminate of cosmetics, or they have been a contaminant of cosmetics. And then the nitrosoamino acids, most of them are noncarcinogenic with the exception of nitrososarcosine that is a weak carcinogen. The reason for this non-carcinogenicity is believed to be the very good water solubility and the ionization under physiological pH, and this is also true for compounds that may contain amino groups, ionizable, or

protonable amino groups that may then if the compound is protonized also inhibit or at least make this option quite slow.

Next slide. So some words to the basics of formation of N-nitroso compounds.

Next please. So, this depicts -- it is a busy slide, but it depicts more or less what has been published already in 1975 by Sid Mirvish and depicts rates and the factors that are important for the rates. First of all, it is important to realize that the nitrosating agent itself is N203 in aqueous acidic solution, and the formation of this N203 is going through the interaction of two molecules of undissociated nitrous acid. So, the formation of nitrous acid is favored by proton concentration. The more acidic the milieu is, the more nitrosating agent is available. On the other side, it is only the unprotonated amino nitrogen that can be nitrosated, so in other words, the results is then this bell-shaped curve you see on the righthand side of the panel that shows the pH dependency of the nitrosation rates in short.

The second point also to take into consideration is that the pK(a) value of the amines very strongly determines the nitrosation rates, saying that high pK values, strongly basic amines are relatively much less easily nitrosated than weakly basic amines. The examples shown here are dimethylamine for a strongly basic one and for instance morpholine or piperazine for a weakly basic amine.

Next please. This is also shown again here. On the left-hand side, you will see what you have seen directly before, but on the right-hand side, there is a collection of data showing that this in vivo nitrosation can be shown interactions by giving appropriate dosages of amines, not nitrosamines but amines, and of nitride. And in that case, the green field here, the green area, shows the high pK(a) amines that are not producing enough nitrosamine in the acidic medium of the gastric milieu of the stomach, whereas the ones that are within this red field here, the low pK(a) amines, the weakly basic amines, they have been shown like nitroso

methylbenzylamine or nitroso piperazine, they have been shown to yield enough nitroso compound in vivo, in the stomach to induce the same tumors as what would be seen when getting the nitroso compound itself. So, that's the first information about this in vivo situation that has been tested many years ago.

Next please. So, as another point of importance, and that is if you remove the possibility of the amine to get protonated, for instance by interaction with formaldehyde, then the nitrosation is no longer dependent on the acid medium, but it can also directly go on in neutral or either basic milieu, and that is a problem that has been faced mainly in occupational exposure situations. For instance, with the metal industry, the cutting fluids that are normally weakly basic. Where nitrogen oxides in the industrial environment directly interact with amines and form nitroso compounds, and this may also happen with nitride.

Next please. So, to get this together, I have not mentioned yet the primary amines that also to some extent might directly react in an acidic

medium for instance to form diazonium ions, so in other words, they may also form electrophiles that could be available for interacting with DNA for instance or biological material. However, the rates are much slower than those for secondary amines, which normally nitrosate quite rapidly under the conditions I have just outlined before. And of course, as mentioned in basic or nonaqueous media, there is also a rapid possibility of rapid interaction with nitrosating agents, since the protonation is not completed. Most tertiary amines form also nitroso compounds by a process called dealkylating nitrosation. Normally, a few significant exceptions at much smaller rates, and then they have the catalysts, formaldehyde, and other carbonyl compounds that may interact also. Halogenides and thiocyanate for instance are acting as catalysts, whereas compounds that are scavenging nitrosating agents, like ascorbates, tocopherols, and phenolics, for instance flavonoids, they are normally considered as inhibitors of the nitrosating reaction.

Next please. Again, quite a busy

slide, but it's important. This is a relevant tertiary amine. It is nicotine. Nicotine undergoes quite easily nitrosation, dealkylating nitrosation, and in response to the ring opening reaction or demethylating reaction that is going on, we get three different compounds that are shown here, NNN, NNA, and NNK, which is very involved in tobacco-specific nitroso compound.

And the lower part of that slide shows the metabolic activation, which is well known and very well investigated, methylating or into a ketobutyrating agent that interacts with the DNA. Finally, and on the utmost right-hand side, you will also see a reaction that might be called a detoxification reaction because the keto group undergoes to some extent partial reduction to the alkyl ion, and the alkyl is then excreted in the urine as the corresponding glucuronide. Now, NNK and NNA have been rated to Group 1 carcinogens by IRC. So, they are carcinogenic to humans because there is sufficient evidence for carcinogenicity in animals, and there's strong mechanistic evidence also in

exposed humans. And there is another aspect that also is quite important for human exposure, and that is --

Next slide, please. That we also have passive exposure to tobacco smoke, very well investigated by my dear colleague, Stephen Hecht, who has been working very intensely on these subjects. And the base of the biomarkers excreted in the urine of nonsmoking, exposed people, starting with transplacental exposure already and measured for instance in urine of newborns and other exposed population that may be passively exposed to so-called secondhand smoke. You see that it is about 1 to 5 percent of those in smokers as being rated there. So, it is quite significant.

Next slide please. So, let us just have a short walk-through nonfood products, cosmetics as the first example, and personal care products have been found many years ago already that these are providing exposure maybe by nitroso-methylalkylamines and some others that are listed here up to nitrosomorpholine and long chain components. The main problem there was insufficient purity of basic

materials. In other words, it has been so rapidly thereafter when people became aware of this problem, and also there have been some nitrosating preservatives like bronopol or bronidox that are transnitrosating or nitrosating agents.

Next slide, please. So, it's clear that mitigation based on the knowledge was quite effective. Purity was determined by purity specifications, maximum content of nitrosamines. And these all ended finally up an estimate of well-known exposure, systemic exposure by dermal application of cosmetics lower than 0.05 micrograms per person per day.

Next, please. One short word to the occupational exposure also known since many years. One of the courses I have already alluded to is the use of nitride as a corrosion inhibitor or the interaction of nitrogen oxides in an industrial situation with the amines that are present in cutting -- for instance in metal cutting fluids. And this contamination went up to PPN, even high PPN values.

Next slide, please. Again, the

logistics of mitigation are just written here. They are spelled out in the Technical Rules for Hazardous Substances. The last edition I think is 2018 in Germany or whatever it is called, TRGS 522. So, these are the mitigation measures recommended. No use of nitrite as a corrosion inhibitor, using nitrosation inhibitors, and replace chemicals giving rise to carcinogenic nitroso compounds by those that do not give rise to carcinogenic compounds. And that principal or that strategy has been called the strategy between "safe amines."

The next slide shows -- I think an example for that you see on the left-hand side compounds that are used, for instance, in rubber industry for vulcanization of rubber. These are thiuram disulfides, and they under good protection conditions, they would then generate dimethylnitrosamine or nitrosomorpholine at the lower example case. And on the right-hand side, you'll see what we can do for prevention or mitigation. These compounds can also equally be used or almost equally be used for technical purposes, and that falls along

carcinogenic nitrosamine within that green circle, and the same is true for the lower line examples shown here. Alpha branch nitrosopiperidine or N-methyl-nitrosopiperazine, which is not known to be carcinogenic contrary to dinitrosopiperazine, which is quite a strong carcinogen. Okay. So, that is the example of safe amines.

The next, please. We go now to the technical rules a little bit more in detail because I want to show you regulations as written in the TRGS 552. There is a tolerance and acceptance concentration. For instance, in the air, that is being inhaled at working places. At the moment it is 0.75 micrograms per cubic meter is the tolerance and one-tenth of it or 0.75 micrograms per cubic meter is the acceptance concentration also, not only for the individual nitroso components but also for the sum of it if there are several components in the air found.

Next please. Now the last word on the exogenous is exposure to food. They have the nutrition exposure. Interesting to see, but the very first incidence reported in the literature was in an

animal meal based on fishmeal that had been treated with nitrite. In that case, hepatotoxic factor, which at that time was not known, has been identified and later more or less identified because it was a very high contamination that it was dimethylnitrosamine, and truly enough the animals got liver toxicity. So, this, of course, triggered almost an avalanche of research into foods because of course animal-based foods are very often cured or smoked or at least should be an expected formation of nitroso compounds, and this research was long hampered by the relatively insufficient analytical methods. Finally, developed the thermal energy analyzer (TEA) and later on of course, and that is the present state of the art, is the coupling of chromatographic separation methods with multiple mass spectrometry for identification.

Next please. So, the processing methods -- because nitroso compounds in foods are process-related contaminants, which are potentially responsible are curing with nitrate or nitrite. So, reduction of these could help. Then, the addition of literature, then for smoked food, lowering of the NOx

content in the smoke with which foods are treated. Drying or kilning of malt by direct firing techniques has been found to be shown to nitrosamine formation. And in rare cases also packaging by migrational nitroso compounds into the food.

Next please. So, one example here is a kiln where barley after germination is being dried in a kiln. And also some specific browning reactions. And one can directly see whether the direct firing techniques with burners of above 1,100 degrees Celsius, they produce a lot of nitrogen oxides, and these are swept through the malt and of course interact then with constituents in the malt to form nitroso compounds, in other words to limit the temperature to degrees or to use indirect firing techniques or heating techniques that are very well established. Indirect heating techniques used throughout centuries that would remove that contamination quite efficiently.

Next slide. The main precursor for nitrosodimethylamine or NDMA in barley is gramine, again a compound that can easily be interacting with

nitrogen oxides by splitting off the nitrosamine elements. And as I said, the mitigation measures were quite effective to reduce the contamination to really very low levels nowadays.

Next, please. I think shows the estimated daily dietary intake of nitrosodimethylamine. And this is a collection that has been published by Hrudley up here in 2013, but the data are quite outdated I would say. So, there is not very much current data on nitrosamine contents in food nowadays. I think this is important for several reasons that we get updated data on this exposure for almost unavoidable food consumption of course, almost, but certainly unavoidable, almost unavoidable for the nitrosamine exposure that is connected to it. So, you see, this is all below 0.2 or 0.3, except for instance, for Australia. But as I said, I think we definitely need updated data on this exposure situation.

Next slide. So, now we turn to the endogenous formation thematics, and I start with mentioning the pioneers, not only for endogenous

formation but also for interaction of compounds with nitrosating agents. Sander and Burkle had already as early as 1969 made the first experiments to show that a secondary amine together with nitrite given to animals by gastric tube induces tumors that are indiscernible from the tumors of correspondent nitroso compounds. So, there is situ formation in the gastric compartment of nitroso compounds that is responsible. Then I have to mention Willie Lijinsky who had a tremendous amount of studies concerning the interaction of drugs with nitrous acid as a source of carcinogenic nitrosamines, incredible work and very important to revisit because in the face of our current situation. Finally, Richard Loeppky is also a very important contributor because he has been mainly elucidating with formation of nitroso compounds from tertiary amines, also a very important piece of science that is published in many publications.

Next, please. When we consider endogenous formation, we need to take into consideration that we have already concerning the upper gastrointestinal nitrite, we have a situation of

circulation. As soon as you take up nitrite, for instance, by consuming nitrate-rich vegetables, then this process will go on, which is resorption from the gastrointestinal tract, and then that circulation, but then nitrate is resecreted through the salivary glands back into the mouth, the cavity of the mouth. The mouth has its own microbiome, and in that microbiome, there are microorganisms that are able to reduce the nitrate to nitrite. In other words, generates part at least of nitrosating agents by this way. There is about 25 percent of a given dose of nitrate that is recirculated, and about 6 percent of it that has been very well studied is reduced to nitrite. So, there is a potential already here. But that is not he only one. The other one as many of we know.

Next please. Because there is an interrelationship between nitrate, nitride, and nitrogen monoxide. The first point is that very researched by Steven Tannenbaum's group showing that humans produce daily about 50 mg of day for a 70 kg person, endogenous synthesis of nitrate that has been verified by input and output, and, of course, there is

a lot of variety of enzymes and proteins that can act as reductases and reduce nitrate via nitrites to nitrogen monoxide. There is further, of course, the function of nitrogen monoxide as a signaling molecule, which is generated from arginine and also creates a sustained source for nitrogen oxides and from that on, then also nitrite and nitride. And there is also a key component that is found in response to bacterial infections and during inflammatory reactions. Various publications address this. To give just a number for the dietary nitrate uptake, that is an average about 175 mg per day as stated by EFSA (European Food Safety Agency) in 2008. This interrelationship of nitrates, nitrides, and nitrogen monoxide is again shown in the --

Next slide, please. These three components are metabolically interconvertible. Nitrogen monoxide can be oxidized to nitrate and nitride, and vice versa, nitrate and nitride can be reduced to nitrogen monoxide.

So, in summary, we have a certain endogenous physiological potential of generating

nitrogenous agents that is in part dependent on the nutritional exposure but is regulated and influenced by many other physiological parameters.

Next please. Of course, there have been estimates of endogenous formation of nitrosodimethylamine. I should perhaps mention before I go into that, that the urinary excretion of nitrosated amino acids has been used for a long time as an indicator, a biomarker for endogenous nitrosation in humans, and that is possible because these nitroso compounds are not mutagenic, not carcinogenic, and they are practically quantitatively excreted in the urine. So, they can be used as exposure biomarkers for nitrosation in vivo. And to go through carcinogenic nitroso compound, for instance, N-nitrosodimethylamine, this is very difficult because nitrosodimethylamine has a very short halfway in vivo. It is rapidly cleared from the body, maybe by cytochrome P450 metabolism. And therefore, attempts to measure this are sort of really difficult. And it is not only the difficulty itself you see, the data of these measurements are quite old,

1993 up to '86. Because there is another aspect, which is also important, and that is that in those early days, very often nitrosamine analysis has been plagued by the formation of artificial formation caused by artificial formation of nitroso compounds during workup and analysis. And if you see results in the literature that do not completely prove, for instance, by the addition of releasing the nitrosatable tracer compound that artificial formation of nitroso compounds is prohibited or inhibited, then these results are normally not really trustable. Anyway, if one takes these earlier results of very low levels of NDMA in blood samples that have been considered as reflecting steady state, then one would have incredibly high amounts of endogenous exposure to this compound. As you see here, it would be up to 2,500 mcg per day or 1.4 to 35 mcg/kg per day. And if one bases this on a biomarker, the biomarker of alkylation of O6 oxygen of guanine that is also very well developed as a technique. Then, you would end up in a similar range of about 18 mcg/kg per day. I think these are important points to mention here and

to show that we really need definite, dependable confirmation and delegation of these results. I think it is very important to know more about this.

Next, please. Before we come to the last part of endogenous nitrosation considerations, just I would like to mention just shortly the WHO nitrosation assay procedure or short NAP assay that has been published very early already in 1980. This is a very simple chemical test under rugged conditions with relatively high concentrations showing the reactivity as is seen here on the left and on the righthand side of a couple of compounds that have been investigated by this test. You see that secondary amines of course are very high on the scale but also tertiary amines on the other side. And the problem with this test was that there were never cutoff levels of reactivity really defined scientifically. So, it has not been used very much.

Next, please. Human information of formation of nitroso compounds in humans is of course available. There are several publications on this one. One of several publications. This is one by

Tricker and Preussmann showing in patients with parasitic infections that piperazine is nitrosated endogenously, and it can be measured by urinary excretion of mainly mononitrosopiperazine, a little trace of binitroso and the corresponding metabolites. And the other compound mentioned is amidopyrine because it is an extremely reactive compound towards nitrosating agents, almost considered as a reagent to show the presence of nitrosating agents. And here, in this case, the in vivo nitrosation was measured in urine on simultaneous passage of some ethanol to inhibit cytochrome P450 clearance. And then it became available in the urine, nitrosodimethylamine could be measured.

Next, please. So, the example of amidopyrine and its close analog, metamizole. The amidopyrine as I mentioned is extremely reactive and responding with the formation of dimethylnitrosamine, the other part of the panel. And this resulted very soon in withdrawal of amidopyrines from the market. And the analog here is metamizole. That is still on the market because it has been shown that the nitroso

compound that is shown, this mononitroso compound here shown in the green circle is nonmutagenic and noncarcinogenic. Again, close analogs showing vastly differing properties.

Next, please. Then, of course, you are all quite familiar with the occurrence of formation of dimethylnitrosamine in Sartans in the dimethylbiguanide (metformin) that is shown here. To my knowledge, at least, the source for the NDMA formation is not really elucidated yet. But this was, as I mentioned at the very beginning, the change with the Sartans, the change in the production process to a solvent, dimethylformamide, which of course then can react with nitrite that has been used to quench and destroy the azide that had been used to speed up the tetrazole ring. This then was the cause to form dimethylnitrosamine.

Next, please. That is similar for ranitidine, again structured as you may see here. The dimethyl amino group attached to the furan ring system. One could predict that this will carry easily. What I think is much more important is the

published study recently in 2016 with human volunteers where it was shown that enhanced levels of dimethylnitrosamine were excreted in the urine. And analytically, this was all right because these authors not only had the best sophisticated instruments, instruments with mass spectrometry to measure, but also, they were keen to shown that there is no artificial formation during analysis. So, from an analytical viewpoint, this is, in my opinion, all right. And again, this would be quite substantial, that is a nitrosamine formation rate that is going on as measured in humans. If it can be confirmed, in my opinion, it is very important to confirm, especially also raises the question why urinary excretion of dimethylnitrosamine is so relatively high because as we know, normally, it is very rapidly cleared and eliminated by metabolism.

So, we have one more, which is another H2 receptor antagonist. Please, next slide. That was the first one to study cimetidine. That is the one here. That can also be easily nitrosated, but unexpectedly this compound, although it was mutagenic,

it was revealed not to be carcinogenic. And the group Magee has contributed a lot to show that the mechanism is that this compound is metabolically mainly denitrosated by glutathione and glutathione transferases by other SH groups of cystine or hemoglobin groups and even by cytochrome P450. And they also realize that the imidazole ring here may also be ionized, so this would also contribute under physiologic conditions to keep perhaps the nitrosatable ability or the biological effect of the nitroso compound. That is all I have to say. So, we come to the end.

Next, please. Most of you will know the group limits that have been defined recently based on the TD50 values of the original Gold Database, now the Lhasa Database that came to either lower default values, which are, you know, much lower than those that might be seen either by food exposure or even by endogenous exposure if these values can be confirmed.

Next, please. This should show the breakout. As I promised, I would like to contribute to show open questions, knowledge gaps, and research

needs. First to the exposure, I think it is very important to get a database update on the exogenous exposure. I think maybe from diet. Because it may be used as a suitable reference, correct, at least the suitability needs to be considered for risk assessment of other exposure pathways like contaminated drugs. And of course it is even more urgent to come to grips with the endogenous exposure and to develop validated analytical methodology to use PBBK-based estimates for human endogenous exposure and to check the productivity of the biomarkers of in-vivo formation. Are the nitrosamine acids also predicting carcinogenic nitroso compound formation are all important questions. And for the mitigation, the most important point, of course, is to scrutinize the technology and the processes for drug production to be sure that one can really mitigate interactions of potential nitrosating agents with APIs. But I think one should not totally leave out the possibility that given a pharmacological or toxicological tolerance of an API, that one can explore possibilities to replace critical structural elements as successfully achieved in other

areas. With these open questions, I leave you now, and thank you very much for your attention. Thank you.

MS. KING: Good morning. My name Sruthi King. I am one of the Associate Directors of Pharmacology and Toxicology in the Office of Generic Drugs in the Center for Drug Evaluation and Research. I'm one of the members of the Safety Team on the CDER Nitrosamine Task Force. We have been working together for the past 2-1/2 years, and as we head into the technical discussion today, my objective is to provide some context into the considerations and strategies used by FDA since the start of this incident and to highlight some of the ongoing challenges from the scientific and regulatory perspective.

Next slide, please. So, this is just to indicate that the views presented today are mine and do not reflect FDA policy.

Next slide, please. As you have just heard Dr. Eisenbrand present, he gave an excellent introduction to nitrosamines. We know that nitrosamines are present in food, water, tobacco,

multiple sources in our environment. We know that their chemistry is not new. Their toxicity and potency is not new. We know that there are potent rodent carcinogens, and some are probably human carcinogens. However, the presence of nitrosamines in drug products was alarming when we first became aware of it at the FDA in 2018. This contamination incident affected products globally, resulting in recalls of vital medications. And this required the development of highly sensitive analytical methods to detect and quantify these nitrosamines and investigate the root cause of formation of these compounds, so that we could identify appropriate control strategies. Managing this nitrosamine contamination incident in drug product has required multidisciplinary approaches to conduct the risk-benefit assessments, to collaborate with industry, and with our international regulatory partners, and to develop effective communication strategies so that our patients are aware of what is in their drug products.

Next slide, please. So, CDER (Office of Generic Drugs) became aware of the presence of

N-nitrosodimethylamine or NDMA in valsartan, which is one of the angiotensin II receptor blocker class of drugs. Since that time, we have learned that nitrosamines have been identified in active pharmaceutical ingredients or APIs, along with finished drug products. And this contamination of nitrosamines has been seen in generic drugs, as well as brand drugs, although the effect has been greater on generic drugs. Multiple nitrosamines have now been identified, and so we are looking into control strategies for single and multiple nitrosamines in a drug product. What you see on the righthand panel of this slide is some of the nitrosamines that FDA has identified in drug products and posted acceptable intake limits. Also included in this list is 1-methyl-nitrosopiperazine and 1-cyclopentyl-nitrosopiperazine, which have been identified in some anti-infectives. Despite the nearly 2-1/2 years into this contamination issue, we have still many ongoing challenges.

Next slide, please. So, what are some of the considerations that we make when we become

aware of the presence of a nitrosamine. We first look at whether it is a single or multiple nitrosamine. Is it a risk of formation, or are there actual levels being detected? Are the analytical methods being used sufficiently sensitive? And what is the root cause investigation tell us? Is this an API issue, or is this a drug product issue, or is it both? Once we are aware of what is the specific nitrosamine, we then consider what are the available nonclinical data to establish an acceptable intake. We then also consider what are the products that are being affected? What is the patient population that is being impacted by this contamination issue? Are these products medically necessary? What are the levels detected in the actual drug product, and how does this correspond to the acceptable intake of that nitrosamine? Should products be recalled, and if a recall is required, will this precipitate a drug shortage if there are no alternate options available. Therefore, there are multiple considerations that go into managing this issue and also to determine what is the appropriate next step.

Next slide, please. This slide summarizes some of the key events and timeline of this incident from FDA standpoint. So, for each of the products that have been impacted by the nitrosamine contamination, FDA has conducted a risk assessment and posted acceptable intake limits, along with appropriate analytical methods for that nitrosamine and issued communications related to the risks of exposure, along with recalls that have happened, so that stakeholders are aware. As the incident evolved, FDA published a guidance in September of 2020 on the control of nitrosamines and drug products. We are actively engaged with our key stakeholders and researchers, along with our international regulatory colleagues to identify best approaches for risk assessments and control and mitigation strategies. As you can see, the incident began with contamination issue in antihypertensives in the ARBs, the angiotensin II receptor blocker drugs, and has now encompassed many classes of drugs, including ranitidine and nizatidine medications to manage diabetes and also infectious diseases such as

tuberculosis.

Next slide, please. When FDA first became aware of this contamination issue, our Center Director at the time, Dr. Janet Woodcock, activated the CDER Nitrosamine Task Force to manage this incident. She foresaw the potential broad impact on the qualify of medications and their impact on patient safety. The Nitrosamine Task Force is managed by the CDER Office of Counter-Terrorism and Emergency Coordination or CTECS. And this is a group that meets regularly. At any given time, there is over a hundred subject matter experts from across CDER and FDA that meet regularly to discuss and propose recommendations to mitigate the risk of nitrosamines in drug products and manage patient access to critical medications. As part of this effort, we routinely update senior management and discuss product and policy issues. We also engage international regulators to discuss harmonized approaches for addressing nitrosamine contamination on topics such as risk assessments, marketing actions, and sharing information related to these topics, along with communication strategies.

Next slide, please. This slide shows the Multidisciplinary Coordination that has been happening in order to manage this nitrosamine incident. In the middle, you will see the CDER Nitrosamine Task Force, and they regularly engage various groups within FDA. And this kind of multidisciplinary coordination is necessary to manage this incident locally and engage with international regulatory partners to address this global issue. I will go into further detail on some of the interactions that happen in the coming slides. But to briefly highlight some of the key interactions, the Office of Pharmaceutical Quality, chemistry experts play a critical role in the root cause investigations and analytical method development, sample testing, and managing of applications and setting expectations for pre- and post-marketing issues. Depending on the nitrosamine that is identified, pharm tox experts within Office of Generic Drugs and Office of New Drugs are called upon to identify specific acceptable intake limits based on animal data. These acceptable limits are then used to develop methods and identify

analytical targets. Clinical experts also work closely with pharm tox and quality and identify appropriate maximum daily dose for the proposed product as the maximum daily dose is used to set control limits for specific products as some products may have multiple indications. Also closely involved is the Drug Shortage Staff. When medically necessary products are impacted, Drug Shortage Staff informs us about drug supply issues. There are also Compliance experts that are involved in inspections and recalls and also managing regulatory discretion issues along with regulatory policy, Regulatory Affairs Staff that respond to inquiries from citizens. We have had Congressional inquiries into this issue. There is Post Marketing Surveillance Staff that characterize risk of exposure from post-marketing data. And then finally, there is Communications Staff and Patient Engagement Staff, and we have had to develop a robust communication plan in order to communicate to patients and stakeholders on what is happening, how FDA is managing this issue. And lastly, FDA Researchers are also actively working on developing key specific

specialized methods for quality assessments, along with nonclinical information, and nonclinical methods to optimize study conditions.

Next slide, please. So, what are some of the complexities that we have had to deal with? Root cause investigations were critical to identify what is causing formation of nitrosamines, and this would help inform control strategies. We know that nitrosamines can be formed because of process-related issues with starting materials or the API itself, intermediates. There are supply chain issues that were identified where use of recycled or recovered materials was introducing contamination into the synthesis. There are also product stability issues where excipients in the formulation for example were contributing to the formation of these impurities.

Highly sensitive methodologies, analytical methods were necessary in order to identify and quantify these nitrosamines. Sample testing was necessary to identify which of the lots consisted of nitrosamines that were above acceptable intake, and this was used to inform recall decisions.

Unacceptable intakes and sensitive methods were necessary in order to set controls within the manufacturing process.

Lastly, we had to establish risk assessment expectations where nitrosamines in pending and approved products as there could be different considerations that were necessary. From a safety standpoint, we were aware that nitrosamines are part of the cohort of concerned group of compounds, and so they needed tighter control because they posed greater risk than other compounds. We know that lifetime exposure is calculated based on an increase in one case of cancer in 100,000 patients, and this was considered an acceptable level of risk. And so our task was to balance the risk of exposure to nitrosamine versus the risk of no access to medically necessary drug. We know that potency of nitrosamines varies across compounds. Some are mutagenic and carcinogenic, while others are not mutagenic but are still carcinogenic. Also, mothers are weakly carcinogenic. There is general agreement across regulatory bodies that nitrosamine should be avoided

or tightly controlled if they are unavoidable in drug products. When we were faced with various nitrosamines, we had to determine an acceptable level, and this was done using approaches in the ICH M7 guidance, and this acceptable intake informed the analytical sensitivity of the methods that were necessary for detection of these compounds, along with informing recall decisions.

Next slide, please. So, how did we calculate acceptable intake? We had to identify a TD50, which is the dose that produces tumors in 50 percent of the animals in a dosing group from an animal carcinogenicity study. As you have heard in Dr. Eisenbrand's talk, there is a wealth of carcinogenicity information for many of the nitrosamines. The acceptable intake is the daily dose of a nitrosamine when taken over a lifetime that represents a risk of one additional case of cancer in 100,000 patients. How do we select the appropriate study when selecting a TD50. We look to see how robust the data are within the carcinogenicity study. And some of these criteria are listed here. How many

animals are there in a dosing group? What is the treatment regimen and dosing frequency? There are several nitrosamines with a number of studies that are available. Which is the appropriate study? Toxicology assessments and data presentation was another factor, along with relevance of the species and tumor. When establishing an acceptable intake, pharm tox experts in OGD, Office of Generic Drugs, worked closely with pharm tox experts in the Office of New Drugs. As I mentioned, generics and brand drugs were equally impacted by the nitrosamine issue, and therefore this collaboration was necessary to establish an acceptable intake.

Next slide, please. Not all nitrosamines have robust carcinogenicity data in the literature. Some nitroso compounds have no data at all. And so, in these cases, it was necessary to consider surrogate compounds to establish an acceptable intake. This is an approach that is described in ICH M7 where structurally or closely related structures could be used to justify an acceptable intake. When an appropriate surrogate is

not identified, we refer back to the acceptable intakes of NDMA, which is N-nitrosodimethylamine and N-nitrosodiethylamine to identify an appropriate, acceptable intake for the nitrosamine compound of interest. When we do have options for surrogates, we consider the robustness of the data that is available for that surrogate compound and structural similarities between that surrogate and the compound of interest. Just to note that some of the nitrosamines listed in the FDA Guidance have acceptable intakes that were developed using a similar process.

Next slide, please. What are some of the additional clinical complexities? A wide range of products have been affected, and this has impacted large numbers of patients with serious medical conditions, such as hypertension, diabetes, heartburn, tuberculosis. So, lack of medication, lack of medically necessary drugs could lead to public health emergencies, for example. So, the maximum daily dose is something that is necessary in order to calculate an acceptable intake or set control limits for a

specific drug product. And this is necessary to facilitate risk assessment of the manufacturing process. Another piece of this clinical risk-benefit assessment is a medical necessity evaluation. It is important to maintain patient access while balancing the risk of exposure to nitrosamines. And this multidisciplinary coordination goes into informing whether a product should be recalled. As I mentioned, prior to recall, there is a consideration of whether there are alternate therapeutic options for patients, whether the recalls will precipitate a drug shortage. And so, when there is a potential for drug shortage, additional strategies need to be considered.

Next slide, please. One of those strategies is the use of interim acceptable intakes. When patient access to drug is deemed medically necessary, FDA has applied flexibility by using interim acceptable intakes. Industry is a key partner in this short-term strategy as it offers flexibility to maintain patient access while process changes are instituted to remove or reduce nitrosamine formation. However, this requires multidisciplinary discussion

and consensus. Pharm tox staff along with clinical experts in Office of New Drugs and Office of Generic Drugs, Office of Pharmaceutical Quality, Drug Shortage Staff, Office of Compliance, and many others are needed in order to determine whether an interim acceptable intake can be tolerated to maintain patient access. This approach has been applied in several cases to mitigate drug shortages. For example, losartan was one of those cases where an interim acceptable intake was applied, along with rifampin and rifapentine.

Next slide, please. Not all products are used in the same way. Some are used as short-term, while others such as antihypertensives can be used long-term. So, how do we assess the risk of nitrosamines in short-term versus long-term use products. We know that M7 allows for adjustments based on duration of use for mutagenic impurities. We also know that nitrosamines are a cohort of concern compounds, and they are potent rodent carcinogens. Therefore, when assessing the risk of nitrosamines, we have considered lifetime exposure limits. And that is

because some nitrosamines have been shown to produce tumors at very short doses or even single doses, for instance. And therefore, there is uncertainty associated with a simple adjustment to the acceptable intake using the approach that is described in M7. In fact, M7 allows for this case-by-case approach where acceptable intakes for high-potency carcinogens, such as cohort of concern compounds, can be significantly lower than the typical less-than-lifetime adjustments. Therefore, the interim acceptable intakes do offer flexibility, but they are used as a short-term strategy to maintain patient access to medically necessary drugs. And this is a strategy we have used to avoid or mitigate a drug shortage. And adjustments based on duration of use have not been considered in determining the interim acceptable intake for a specific product.

Next slide, please. Another key factor or another key facet of the nitrosamine contamination issue in drug products from the FDA perspective has been our communication plan. Listed up here in the first bullet is the main FDA landing page for all

information associated or related to nitrosamines in medications. And using this hyperlink, you can access information that FDA has shared to inform industry of analytical methods of sampling and testing results and risk assessment strategies. This has been used to inform patients and care providers, pharmacy suppliers and distributors, list recalled products, and discuss alternate treatment options. FDA communications was critical to address media concerns and citizens petitions, along with Congressional inquiries. And finally, the Communication Staff is also actively engaged in talking with our regulatory partners internationally to discuss risk assessment strategies and harmonize on approaches on regulatory actions.

Next slide, please. One of the milestones in our communications strategy was the publication of the Nitrosamine Guidance, which you can access using the hyperlink that I provided in the first bullet. This Guidance provides detailed information on root cause assessments, regulatory expectations and risk assessments, and associated timelines, along with acceptable intakes for several

nitrosamines, and outlines risk mitigation strategies. It describes situations where there are single and multiple nitrosamines. Single nitrosamines may be allowed up to the compound-specific A1, and total nitrosamine exposure should not be exceeding 26.5 nanograms per day. There have been several webinars hosted by the Office of Pharmaceutical Quality to describe this guidance in detail to industry. Since that time, as I have mentioned, methylnitrosopiperazine and cyclopentylnitrosopiperazine have been identified, and the acceptable intake for each is posted on the FDA's nitrosamine landing page.

Next slide, please. However, we have several challenges that remain. Root cause investigations have identified multiple factors that can contribute to nitrosamine formation. We know that stability of the formulation, the excipients used, and storage conditions are some of the factors that can contribute to nitrosamine formation. Some of these factors can have broad impact on many classes of drugs because of their history of use in drug development.

The risk assessment is the key to understand whether nitrosamines can be completely eliminated or if control or monitoring are better options. In addition to working with firms that submit their risk assessments, FDA is proactively reaching out to firms with manufacturing processes that pose risk of formation of nitrosamines. The goal is to ensure that there is high quality and safe drug supply in the U.S. market. As new and more sensitive methods are developed, there is also increasing awareness of the presence of API-related nitroso impurities. These previously unidentified compounds, uncharacterized compounds, pose a unique challenge when it comes to risk assessments, and appropriate control strategies. Additionally, there is an effort to harmonize with our regulatory partners on analytical methods for testing, and to further discuss method sensitivity, monitoring, and other related topics.

Next slide, please. From a safety standpoint, it is important to acknowledge that nitrosamines are in our food, in our water, and can be formed endogenously. And so, we have to consider how

this exposure to nitrosamines from other sources, including endogenous production, how this compares to exposure from drug products. How does this impact our risk assessments and proposed control strategies for nitrosamines in drug products. In some cases, the quantity and quality of data available varies for nitrosamines. If data are not robust, identification of an appropriate TD50 to calculate an acceptable intake is challenging. We are becoming increasingly aware that improved testing methods are identifying previously uncharacterized nitroso impurities that have no published safety data. So, how do we balance this risk of exposure to nitrosamine while maintaining a high-quality drug product that is safe and effective for its indicated use for the American public. We are using surrogate compounds for assessment, but they come with their own limitations. Of those surrogates, it is important to identify compounds with robust carci data. We do apply chemical informatics approaches to inform potency. We look at structural similarity, metabolic activation. Some of these nitroso impurities are bulky, and considerations of

how size and steric hindrance impacts their potency is another challenge.

Next slide, please. So, as we head into the workshop today, we have to look back and say over the past 2-1/2 years, we have certainly learned a lot; however, I have described some of the challenges that are still ongoing. FDA researchers play a key role in optimizing testing conditions for nitrosamine safety assessments. We have researchers who are working on nonclinical safety assessments to best characterize mutagenicity and carcinogenic risk of some of these nitrosamine compounds. In particular, it is important to develop a testing paradigm for those that have little to no published data for those impurities that are previously unidentified or uncharacterized. What are some of the key pieces that are necessary to identify an acceptable intake? Bridging this gap in information also requires collaboration with experts in academia and industry, along with our international regulatory partners to identify harmonized risk assessment strategies. This concludes my presentation.

Next slide, please. I look forward to the discussion over the next two days amongst our panel of experts. I want to thank you for your attention, and I would like to acknowledge the colleagues on the Safety Team, Drs. Dorsam, Atrakchi, McGovern, and Karen Davis Bruno. And also the members of the CTECS Nitrosamine Task Force, various colleagues from CTECS, our OPQ colleagues, Office of Generic Drugs and New Drugs, Drug Shortage Staff, Office of Communication and Compliance. We have all worked very closely together over the last 2-1/2 years. So, thank you for your attention, and I look forward to an exciting workshop. Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand and Dr. King for the comprehensive and information presentations. We now begin with the questions. They are organized under two headings, exposure and risk assessment and chemistry. They focus on important issues and the challenges of impurities in medicines in general and nitrosamines in particular. We are also interested as you have heard in the panel's thoughts on the research needed to

further our understanding of nitrosamines. We begin with the first question under the heading of exposure and risk assessment.

What are the endogenous levels of nitrosamine formation in humans and rodents? Once formed, what is the rate or kinetics of elimination? What are the conversion rates in the liver, circulation levels in the blood, and normal variations? If this information is not available, can it be determined experimentally?

As we know and we have heard from Dr. Eisenbrand, nitrosamines are present in the environment. We also know, not only are we exposed to them exogenously, but they are also formed endogenously. Therefore, it is imperative that we understand their pharmacokinetics in order to determine exposure and ultimately calculate risk. This question asked how much do we know about nitrosamine absorption, their distribution, how quickly they are metabolized, and how fast they are excreted. I would like to start by asking Dr. Hecht to begin the discussion.

DR. HECHT: Yes, so, we know quite a bit about endogenous formation based on studies that have been carried out with nitrosoproline where subjects have been dosed with proline plus nitrite or even proline plus nitrate, and then nitrosoproline can be quantified in the urine because nitrosoproline is not metabolized. It is also not carcinogenic. So, many studies on nitrosoproline formation have been carried out, which demonstrate the endogenous formation of nitrosamine. So, the overall yield is actually quite low based on the amounts of proline and nitrate that are given. But we do not have reliable data for compounds such as dimethylnitrosamine because dimethylnitrosamine is rapidly metabolized in the liver, and we do not have good data on the quantitative formation and excretion of its metabolites. One can visualize why this could be addressed, but it is very challenging. So, while, from a structural activity point of view, you would expect some endogenous formation of dimethylnitrosamine from dimethylamine, for example, in the diet and nitrate and nitrite that are normally

taken in. But quantitatively, we do not have good data because of its rapid metabolism. So, it is still a challenge to determine whether the endogenous formation of carcinogenic nitrosamine, such as dimethylnitrosamine would be far greater, for example, than the exposure from pharmaceuticals. That is my answer.

DR. ATRAKCHI: Next we go to Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Thank you. And generally I agree with what Dr. Hecht has just said. And he mentions that Dr. Eisenbrand that basically three approaches have been used to try and estimate, basically guess, and the formation for dimethylnitrosamine. This is really the only carcinogenic nitrosamine about which we can try to guess regarding its endogenous formation. Based on the concentrations of NDMA that have been found in blood or in urine and some estimates of the toxicokinetics of NDMA and having in mind that it is a very small fraction of NDMA that is actually excreted in the urine, people have tried to come up, and they

have come up with estimates as we have previously of hundreds to thousands of micrograms of total throughput of NDMA through endogenous formation. I can say a little bit more about the third approach towards the same question. Based on the fact that NDMA methylates DNA, it gives rise to methylated adducts, and it is possible to measure methylated DNA adducts in human patients. Of course, there is a question of what is the source of these adducts, but assuming that NDMA is a major source, one can try to use animal data and extrapolate back to how much exposure would be required to give rise to the adducts we know. So, I would like to just take you through this argument. Data on methylated DNA adducts in humans are really quite limited, and most of them have been based on small pilot studies. However, there is a series of studies that we had carried out some years ago, which were relatively extensive. We have measured 0-6 methylguanine, which is an important DNA adduct, premutagenic and precarcinogenic, this one by NDMA, and we had measured it in human blood DNA, that is in blood leukocytes. And I would like to show you

some numbers because I think it is important to have an idea of the scale of what we find.

If I could have the next slide, please. In three studies all together, which we carried out over a period of 10 years or so, we looked at about a thousand blood samples from women citing general environmental exposure. In about 700 of those samples, we could measure 0-6 methylguanine, and we had an average content of 16 attomoles per microgram DNA. An attomole is 10 to the -18 moles. With a range of 4.5 to 109. Sixteen attomoles corresponds to 27 moles per 10 to the 8th moles of guanine or about 59 or 60 molecules per diploid cell. I would like to explain why I use these units of content per cell. This is because repair of adducts is an issue that comes up frequently in discussing response and risk assessment. And it may come up during the discussion of subsequent questions. 0-6 methylguanine is repaired by a protein, a methyltransferase, known as MGMT which acts stoichiometrically for every molecule of adduct that it repairs, a molecule of alkytransferase is destroyed. That means that if

there are enough adducts in the cell to be repaired, and if MGMT does get depleted, that means that the dose response curve might show an upward turn. So, expressing the adducts on the basis of cellular content allows us to compare them with the content of MGMT in differing cells. Now, in experimental animals treated with low oral doses of dimethylnitrosamine (NDMA), blood DNA accumulates more adducts than almost all other tissues expect for the liver, which accumulates a little bit more adducts. So, if the adducts that we measure do come from NDMA, these levels are unlikely to be exceeded by other tissues. In other words, what we measure in blood represents the higher level of adducts in any tissue. As far as I am aware, MGMT content of primary human tissues is substantially some orders of magnitude higher than the highest adduct levels we have seen in human blood DNA. In other words, the 109 attomoles per microgram DNA is much, much lower from 10 to 100 hundred times than the levels of MGMT that are usually found in human tissues. So, that means that it is unlikely that loss of repair is likely to play a role in environmentally

relevant exposure levels.

Now, how likely is it that these others come from NDMA. We know about a dozen methylating agents -- experimental, industrial, medicinal, of endogenous origin to which humans may be exposed. From studies in rodents, we know that NDMA is by far the most efficient chemical capable of giving rise to 06-methylguanine in blood leukocytes in-vivo. Therefore, taking into account the degree of human exposure to these chemicals, I think it is not unreasonable to think that NDMA is probably the most likely source of these adducts in the human tissues that we measure. So, assuming that this is so, we can attempt to estimate the exposure that is required to give rise to the others that we see based on those responses in animals. There have been many stoichiometric studies published at times. Many of the older studies have used quite high doses of methylating agents, NDMA in particular, which likely decreased from MGMT. We have carried out studies using much lower levels of NDMA, non-MGMT depleting, and so we have those response information, primarily

in rodents buy also in monkeys, in patas monkeys. What we have found that if the dose of NDMA is expressed not as an amount per kilogram for the weight but as amount per square meter surface area, and if those response curves for adduct accumulation in blood DNA in different species become quite compatible, well within -- the slopes are within a factor of 5 easily. And I should add that we have also found that the rate of repair of 06-methylguanine in blood leukocytes is similar in rats, in monkeys, and also in humans who have been treated with methylating drugs. So, if we can go to the exposure response curves.

Can we see the next slide, please. On the left, you can see the adduct accumulation curves in blood DNA of rats treated chronically with NDMA in the drinking water, and on the right, you see the dose response curve for the steady state levels, which is fairly linear. The dashed horizontal line corresponds to the upper limits of adducts measured in humans, and from that, we can see that the corresponding exposure is just under 500 micrograms per square meter, which adjusting, extrapolating to the human exposure would

correspond to 982 micrograms per day. That is for the maximal adduct levels, and for the mean adduct levels, something around 144 micrograms. So, we are speaking again about background NDMA exposures of hundreds of micrograms per day, which are much higher than those that are derived from external exposures. And therefore, they are likely to be of endogenous origin. And, of course, these numbers are in the same ballpark as those presented earlier by Dr. Eisenbrand, coming from the Hrudley publication of 2013. For some reason, they had used our data to come up with other higher numbers. In any case, this is where we stand. Just two words about the uncertainties of this analysis. First, I liked Dr. Eisenbrand's statement about the need to validate the measurements. And we used immunochemical methodologies, and the immunochemical methodologies when pushed at their limit of sensitivity always had question marks. We had taken steps to minimize these question marks, but one would like to see measurements of DNA adducts carried out by more reliable modern methodologies, analytical methodologies. Secondly, we are not really

sure about the similarity of the dose response curves in humans with those of the rats that we have used. And perhaps an important thing to also have in mind is that we really do not understand the determinants of the endogenous formation of NDMA. No known studies have really been carried out to answer this question.

And I stop there. Thank you.

DR. ATRAKCHI: Thank you. Now, we move to Dr. Rice.

DR. RICE: First, I want to thank Drs. Eisenbrand, Hecht, and Kyrtopoulos for their comprehensive overviews of some of the issues associated with endogenous levels of NDMA and other nitrosamine formation. And I cannot add a great deal to what they have already presented. I should just like to draw attention to the fact that NDMA and other nitrosamines largely are metabolized by P450-2B1, and that metabolism is subject to competitive inhibition by simultaneous administration of other substrates for that enzyme. Dr. Kyrtopoulos especially has done a lot of work with ethanol consumption concomitantly with the administration of nitrosamine in experimental

animal and better suited perhaps, so I can raise this issue. But the basic point is that the distribution, excretion, and so forth is not something that is unchanging but is very dependent on what other exposures are simultaneously occurring. But great shifts both in organ distribution of methylating effects, as well as excretion of nitrosamines can occur when substances compete for p450 simultaneously in my experience. Consequently, I would just note the need to keep in mind in efforts to understand the levels and adducts of elimination such that it is very much dependent on what else is present in an individual. Thank you.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand. I know you have spoken quite a bit, but maybe you can add a little bit more.

MR. EISENBRAND: No, I would like to actually. Thank you very much. I think this Question 1 is one of the most important questions of the whole meeting here because I think we really need to get reliable information about endogenous exposure, especially to dimethylnitrosamine but not exclusively.

There are other compounds as well as Dr. Shukars [ph], and some have shown a couple of years ago. Methylation is also carboxymethylation and some others. So, as I proposed at the end of my talk, we really need to revisit this endogenous formation and exposure question quite a bit. I think it is very important also to put in relation what happens by potential exposure to drug constituents. And it is not only that, but the second point is also as I mentioned in my talk as well that we also need an updated database on exposure from food to compare with potential exposure from drugs. I mean, if you look into the proposed AI levels, the acceptable intake levels, these are maybe from the TD50 values. Some of them have a good database and data density but most of them not. And in my opinion, we end up with a series of theoretical values in the nanogram range, which is all right, of course, as a safety measure, but we need also to have this view of what happens in real life, and that is my meaning as a toxicologist. We need to know what we are normally exposed to, not only exogenously maybe by our nutrition but also by the

endogenous exposure. Nowadays, we have the means to measure that. It is not the situation of 30 years or 50 years ago. And as Dr. Kyrtopoulos pointed out, I think one biomarker that is already very well usable, that is 06-methylguanine. And again, we have to have the adequate PBPK random models and come to numbers that are really dependable. I think it is very important.

DR. ATRAKCHI: Thank you. And Dr. Bucher.

DR. BUCHER: Yes. I agree that the improved methodologies have improved data for endogenously generated nitrosamines and are very good and very useful in this context. I am somewhat afraid that it is going to take quite a while to generate this information and to be able to actually contribute to this discussion. I think it is going to be perhaps necessary to make some other considerations that I think will be coming out in the discussions to some of the other questions later on. So, I would hope that we would keep experimental work going in this area or restart experimental work in this area. I think there

are some practical issues related to the timing of generating data to answer the questions that are really, really on the table at the moment. Thank you.

DR. ATRAKCHI: Thank you. And Dr. Zeiger.

DR. ZEIGER: Thank you. I think the earlier speakers have pretty much covered all the points pretty well. One additional item I would like to interject is whenever we do these types of studies, we assume that the kinetics and the potency of the mutagenic or carcinogenic response will be similar in humans and in the test rodents. And we know at least from mutagenicity studies that there is quite a bit of difference in the rate of activation by liver of these various nitrosamines and differs quite widely just between mice and rats and hamsters where we have data. We have no idea how those measurements would translate to a human exposure in a human situation. I just wanted to raise that point now. But other than that, I have nothing to add.

DR. ATRAKCHI: Thank you. Very good points. And Dr. Adamson.

DR. ADAMSON: I think the talks by Dr. Eisenbrand and Dr. King were very helpful, but I think the additional comments that Dr. Eisenbrand made are particularly important because the endogenous formation from both the data and the literature and what Dr. Kyrtopoulos presented shows magnitudes of formation of endogenous nitrosamine, particularly DMNA much higher than we are getting in the medicines in which it has been detected. So, I think with the newer techniques, analytical techniques need to be applied to both endogenous formation and particularly also with food. Because the amount in food varies from country to country with the current analytical techniques and also varies between various investigators. So, I think using the new analytical techniques should help us because at the present time, the endogenous formation of nitrosamines and the amount in food overwhelms what has been found in the medicines to date. So, I would emphasize that what Dr. Eisenbrand said, we need to go back and look at food and endogenous formation with the newer analytical techniques. Thank you.

DR. ATRAKCHI: Thank you. And Dr. DiNovi.

DR. DINOVI: I don't actually have much to add, but based on what we just heard there, I would agree. It does appear as though the endogenous exposure is going to overwhelm the food. There are differences from country to country, but it is comforting that if you look at the surveys that have been done -- and I'll talk a little bit about this this afternoon probably -- they are relatively similarly, and the role in that sub 1 microgram a day range, endogenous will have to be considered further. Thank you.

DR. ATRAKCHI: Thank you. I think we will discuss this a little bit later on with the other questions. But one issue that to me seems very important is we need to have analytical methods that can distinguish between endogenous and exogenous formation. Otherwise, the data will not be very accurate. With that, I would like to move on to the second question.

Can nitrosamines be classified? If

yes, what is the basis of their classification? Could they be classified based on carcinogenic potency, on their chemical structure, on the chemical reactivity, direct alkylating agents versus those that require metabolism, or based on the adducts that are formed as just heard, the 06 or the N7 methylation? Any other basis for classification? And once we choose a classification, what is the basis of using that over the other ones? If classification is not possible, is it feasible to calculate a single, acceptable intake value for nitrosamines? That is we can come up with a class-specific limit using the existing carcinogenicity study results of over 100 nitrosamines irrespective of the study quality. It seems that the main concerns for pharmaceuticals and maybe biopharmaceuticals are the volatile nitrosamines in particular. As noted earlier, since the discovery of the toxicities of these nitrosamines, much of the carcinogen assessment studies were done in the '70s through the '80s and early '90s by scientists here in the U.S., as well as abroad, some of whom are as we already noted are here with us today on the expert

panels. Nitrosamines were shown to be toxic, both in androgens and carcinogens. They are also teratogens. They have a wide range of potency on order of magnitudes, and the majority cause cancer in around 40 animal species. They cause tumors in multiple organs, different durations of exposure, some would induce tumors after a single dose even though their half-life is short within a few hours.

They also have different latency. All of this makes classification of nitrosamines that are quite a bit difficult. However, it is an important and critical aspect of what we are trying to discuss today at this workshop. And with that, I'd like to start with Dr. Eisenbrand.

DR. EISENBRAND: Thank you, Dr. Atrakchi. Again, a very important question is going to the classification of nitroso compounds. Of course, one can use a classification based on trying to develop a system for carcinogenic potency and rating, and of course, that has been carried out before already, based mainly on the TD50 values that are in the former Gold database and the CPDB. And it

is a way of doing that. Probably at the moment, it may be the best way to go on until further questions have been addressed sufficiently such as the ones we have just discussed before. It is the relation between the drug-mediated exposure to the exposure that is coming from food unavoidable or from endogenous exposure. And I agree that this may need some time to systematically do the research that we can depend on and for that time being, it may be the best way to go just with the deferred proposals of group-specific values concerning the acceptable intakes based on the TD50 procedure. So, this is a way to go. And the second point, of course, it is a complex task, but it can be simplified because we know already about defined chemical structures that inhibit carcinogenesis or mutagenesis. As we have heard, these are the tertiary butyl groups, and these are the ionic compounds like the nitrosated amino acids. And on the other side, there might be also protonation that is important to reduce bioavailability. So, there are possibilities to look into this with more defined questions to answer.

The chemical reactivity of course that would be the first thing to consider, that nitrosoureas for instance or carbamates or this other compounds that do not require metabolic activation, they react by themselves, and this is a consideration that is also important when you consider stability questions. For instance, I would personally think that nitrosureas are not really very stable, so it might be that there comes stability issues into consideration showing that within a certain time of let us say storage of so, these compounds may be done. Of course, this is open to research. It has to be really looked into quite closely. But just as a potential point of view. And what I would personally think is very promising is to use the biomarkers of epilation. 06 methylation or carboxymethylation or some others, I think that is a good way to go, and it should be really substantiated by I would say PBBK modeling of the enzyme activity that is going on and formation and repair and all these things. I think we are much better today to address these questions in a reliable way. So, that could also be a good

possibility.

In terms of other I do not have very much further to add, and the classification I may just recall you that EFSA (European Food Safety Agency) has proposed a couple of years ago the margin of exposure methodology where you use a benchmark dose as obtained in animals, mostly on the low side of the dose response score, at least not more than 10 percent population percentage of the dose effect or even lower. And do that with the appropriate modern methods of modeling. And then if you have this BNDL value or BNDL 10 or BNDL 5 or around that area or even lower, then to use for risk assessment the distance to human exposure. And of course, again, we come back to human exposure, but this human exposure I think has considered overall exposure, the real-life exposure. And then determine the margin of exposure between this BNDL value and the exposure of the consumer nowadays on average. That I think I would think is a good way to good. EFSA has tentatively said that if this margin is more than 10,000, the space between the BNDL value and the consumer's exposure, then one could say

that is of very low concern, no primary concern. And I think it is a way of addressing these things. My idea would be that this is also a good way to go. So, I stop here. Thank you very much.

MS. ATRAKCHI: Thank you. Dr. Bucher.

DR. BUCHER: So, to me the key to this question is can nitrosamines be classified. Whether they should be classified or not, under certain conditions, that is another discussion. But to the question of can they be classified, I would agree that there is a qualifying yes. Chemical-structured-based models have been published, and do a reasonable job of classifying nitrosamines as carcinogenic or not. A few models have attempted to classify nitrosamines according to their carcinogenic potency using the TD50 values as described earlier. And while I agree that the benchmark dose calculations and the margin of exposure models are better than the TD50s, given what we have to work with, I think the TD50s are going to have to remain as part of our considerations. Nitrosamines have also been classified by quantitative structure activity, relationships using structural

alerts for carcinogenicity with some success, and of course, expert judgement and additional experimentation is also valuable and needed and will need to be used along with modeled results to improve the predictivity of these models. Many of the nitrosamines that have been identified as contaminants in drugs require metabolic activation, so such things as susceptibility to P450 hydroxylation in the alpha carbon. And also important is the half-life of the resulting diazonium ion and reactivity of the carbynium ion. All of these things are very important to consider with respect to expert judgement, and including in new models. To widely use these parameters, they would need to be predicted in many cases, so this would reduce the confidence of the outcomes of some of the models. So, to me, there are a variety of classification modeling approaches that could be and have been applied to this question. But so far, even the best of the models are only pretty good. They are very far from perfect, and some are fairly computationally intensive. As to which model, I would choose for FDA going forward in the absence of

anything better, I would choose one of the reasonably predictive QSAR models and incorporate carcinogenic potency using the TD50 values and measured with a heavy dose of expert judgment.

Turning to the question of the feasibility of a single acceptable intake, I believe this is possible. Again, and relying on the carcinogenic potency database. If one simply scans the estimated TD50 values for the over 100-plus rodent carcinogens for nitrosamines in the database, they can reasonably be placed within some ranges. In a few potent rodent carcinogens with a lifetime daily TD50 doses below 1 mg/kg, many of these have values between 1 and 10 mg/kg per day and others between 10 and 100 or even higher. Those with a very high TD50s can probably be ignored insofar as human hazards from drug contamination is concerned, and acceptable intakes could be calculated for substances falling within these high potency ranges. And it seems reasonable to use the European Medicine Agency's proposed linear dose extrapolation based on either the most potent or the median nitrosamine potency in the range to the

risk level of 1 in a 100,000 as proposed in the AMA report. Actual TD50 values or modeled estimates could also be used, but you should recall, of course, as pointed out earlier, the potency estimates from the rodent cancer studies are very imprecise. They depend on a whole list of factors having to do with the study design and the power to detect increases in tumors, to study at length of the extent of histopathologic evaluation in these studies, and other factors related to the way the study was performed. With that said, I think the data probably have value in predicting relative carcinogenic potency and perhaps if used within these various ranges of TD50s that I've mentioned, they may be useful, and clearly, they have already been incorporated into some of the existing published models of nitrosamine carcinogenicity. I think I'll stop there.

DR. ATRAKCHI: Thank you. And Dr. Guttenplan.

DR. GUTTENPLAN: I don't have too much to add. I just have the feeling that we need to have some way of superimposing the difference between human

metabolic activation of carcinogens and the rodent data. I am not sure the best way to do that but maybe with some model compounds, at least, it would be possible from what we know about human data to compare it to rodent data. And maybe there is some way of adjusting the carcinogenicity from rodent values into human values, possibly by looking at their ability to form say 06-methylguanine if you have a carcinogen in rodents that is very good at forming it, and it is not so good in humans it would suggest that there are metabolic differences or pharmacological differences that might account for these differences. So, I would say the carcinogenic potency is the first stage, and it is probably the best we have at the moment. But I would suggest that there are improvements that could be made. And that is about all I have to say on the issue.

DR. ATRAKCHI: Thank you. Dr. Zeiger.

DR. ZEIGER: Right now what we use is primarily mutagenicity versus non-mutagenicity, which is at first the Ames test, which is the first test generally applied to these chemicals. And obviously,

the ones that are mutagenic are presumed to be carcinogenic. You know, unfortunately, as I have mentioned, I think I mentioned before, the mutagenic potency does not correspond to the potential carcinogenic potency with these chemicals. We have in the Ames test a mutagenic potency range of about four or five orders of magnitude, but whether these compare with carcinogenic potency, they generally do not. We heard before that, for example, nitrosodiethylamine has a higher carcinogenic potency than the diethyl form. But in the mutagenicity studies, they have equivalent potencies. So, that does not help. I think what we really need, and it has been addressed before, is that we need to have more information on the human metabolism of these substances. We do not have very much on in-vitro human metabolism using either metabolic incompetent cells or just liver homogenates. Without this information to compare it to the rodent information, I am not sure if we can go much further than going through just like basing it on structure, basing it on DNA alkylation. Whether it is possible to calculate a single acceptable intake, I do

not think we have enough information to even address that question at this point. And that is all I have to say at this point.

DR. ATRAKCHI: Dr. Adamson.

DR. ADAMSON: I think the response that Dr. Guttenplan made I would echo, that we have to remember this is a TD50 or benchmark dose based on rodent data and that the human data both with regards to activation of the carcinogen and the alkylation may be different. So, we have to keep that in mind. But at the present time, I would agree the best we can do is either use the TD50 or benchmark dose in rats. But I think further work needs to be done to try to relate this to humans.

DR. ATRAKCHI: Dr. Cronin.

DR. CRONIN: Yeah, thank you. I firmly agree with all of the previous comments, and when considering classification, we need something to base the classification on. We have the TD50. We also have the possibility of going to BNDL. I think, as well, from my perspective, it would be interesting to review the data and see if we are just going to

classify as carcinogenic-noncarcinogenic, that is one issue. If we want to look for potency classifications within the data, then we need to look at the data, and I am aware, for instance, from Professor Eisenbrand's presentation, we talk about high potency. We talk about low potency. And there have been some efforts to quantify that a little bit more. So, can we investigate the data to see if there are natural fallouts in terms of TD50 or the BNDLs in terms of potency. I also take on board all of the comments about reactivity and metabolism. I am intrigued to know is there a direct correlation between reactivity and carcinogenic potency. I suspect not because of all of the other issues that are involved in it. That is something again we need to tease out. Can we measure reactivity itself? We have done in other instances. For instance, for protein binding, or probably we have less data for reactivity for DNA binding. And I am intrigued by the suggestion. I had not really thought it before, but I think it is an excellent suggest to consider biomarkers, measures of reactivity, particularly if we can extrapolate up or

we can use human data.

I would also like just to think -- obviously we need short-term and FDA needs short-term achievable goals. A lot of those have been articulated but also to think where we are going in the future with aspects such as classification. I would just like to raise the issues. For instance, it can be given by Bayesian modeling probabilistic-type modeling of how we can incorporate data, how we can incorporate knowledge in different lines of evidence. So, that could be structural activity relationships. That could be biomarker data or metabolism-type data. And the reason I raise this is because it does give us the possibility of being able to assign some kind of level of probability and certainty to prediction. And I am very taken by the thoughts in the moment of rather than thinking of a TD50 as a single value, it is a distribution, and what we are trying to do is narrow that down to make a decision. Such as, for instance, to be able to find acceptable intake values.

With regard to acceptable intake values, I do not have any more specific comments. It

does seem a little bit analogous to TTC. I know that is probably a strange thing to say as we have already identified the nitrosamines as the cohort of concern, which is automatically removed from TTC, but maybe there are other ways or more data or more knowledge we can take from the TTC paradigm. And just to mention, there will be a workshop in Europe in the next few weeks on carcinogenicity and updating the TTC paradigm for that. Other than that, I do not have any more comments. Thank you.

DR. ATRAKCHI: Thank you. And Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Thank you. I think it has all been said actually. The only thing I would add is that because a number of people refer to this issue of using biomarkers, in other words the DNA adducts generated by the nitrosamines. The extent to which they could serve as markers for potency or markers of risk and so on. The trouble is that despite all of the work that is being done on the nitrosamines, I do not think that we really understand the mechanism by which all the carcinogenesis in

sufficient detail. For the simple ones like dimethylnitrosamine, the other methylating nitroso compounds, methylnitrosourea, and so on. Okay, 06-methylguanine seems to be potent in various animal models. But the minute you go to more complex structures, and especially with regard to the chemicals out of concern in relation to the current issue, drug contamination, where the structures are quite varied, and I do not think that some of them are quantitated, and certainly the cyclic nitrosamines and so on, we do not really know whether it is 06-alkylation or whatever other adducts are. So, I am not really very optimistic that they would be, based on what we know today, a very practical guide toward helping us to classify. I guess if a chemical is giving rise to 06-methylguanine, yes, it would be likely to be a more potent carcinogen, but that does not tell us much about many of the other chemicals. So, I would eventually fall back to animal carcinogenicity combined with some expert judgment in relation to chemical metabolism, conversion to alkylating agents, and so on along the lines, which

have been presented previously. That is it.

DR. ATRAKCHI: Thank you very much. We are close to a break of 10 minutes, but before we go, I would like to ask all the other panelists if anyone has anything to add for the first two questions that we went through right now. Please go ahead if you would like to comment.

DR. HECHT: Yes. This is Steve Hecht. I think we need better measurements. I think there are way now to look at DNA adduct formation in humans, and I think we need to do that more thoroughly, more precisely, more reliably using the currently available high-resolution mass spectrometric methods to really determine how much relevant DNA damage comes from nitrosamine formation and nitrosamine exposure in humans. So, I do not think we really have that data, and it is quite critical for the risk assessment. Thank you.

DR. ATRAKCHI: Thank you. Anyone else?

UNIDENTIFIED PANELIST: Dr. Kyrtopoulos, you gave some data from the blood levels of 06-methylguanine and sort of extrapolated back to

an intake of dimethylnitrosamine. Is there any way to determine how much of that came from DNN and how much came from other sources?

DR. KYRTOPOULOS: Well, not directly, but as I indicated in the beginning, I am aware of maybe a dozen chemicals, to which potentially there is human exposure and which are capable of methylating DNA. There is s dimethylnitrosamine. We know other chemicals to which humans are not likely to be exposed like methylnitrosourea. There are also chemicals like dimethylsulfate, iodide, and so on. There are medicine drugs such as temozolomide, which all give rise to DNA methylation. We worked with quite a few of those chemicals in experimental animals, in rodents, and it turns out that NDMA really stands out. It is the most efficient generator of 06-methylguanine in blood DNA. I emphasize that I am speaking about blood because blood does not metabolize nitrosamines. So, it gets methylated as it goes through various tissues that generate the intermediate methylating agent. So, keeping in mind how likely people may be exposed to these chemicals that I have named, one does

not have very much left. Endogenously generated amino acids, glycine for instance. Carboxymethylate and methylate, so that is a potential source of endogenous methylation. However, from the data that we have, the methylating ability of that intermediate because it is a stable chemical seems to be quite low. So, taking everything into account, animal data, animal dosimetric data and human exposures, NDMA seems to be the most likely source of this adduct.

UNIDENTIFIED PANELIST: How about NNK?

DR. KYRTOPOULOS: NNK on a per dose administered dose basis it methylates much less than NDMA. Dr. Hecht may have the numbers. I do not have them in my mind right now, but I remember at the time when we worked on it, it could not be compared with NDMA.

DR. HECHT: Yes, that's correct. We compared that -- we published a paper in 1986 on that. NDMA is a better methylating agent, but also NMK.

DR. KYRTOPOULOS: That's right.

DR. ATRAKCHI: Okay, then. Thank you very much. And we will take now a 10-minute break,

and we'll resume at 11:40. Thank you.

MS. PAINTER: All right. It is just one minute after 11:40, so, we are going to begin with the next question.

Just as a reminder for everybody, please utilize the Q&A box, to submit your questions. While we do have a team of people moderating the questions, please know that we will not send a response. However, if you see that your question is dismissed, that means that it has been received and sent to the moderators. Thank you.

DR. ATRAKCHI: Thank you. We move on now the third question.

The carcinogenic potential of nitrosamines is dose and duration dependent. Is there an in-vivo exposure level for nitrosamines that could define low versus high risk for carcinogenicity? Is it appropriate to calculate a now-observed-effective-level dose for carcinogenicity? What are the criteria to do so? Would a resultant in an Ames negative be adequate, in vivo mutation assay negative, or another other test?

The second part of the question is can a less than lifetime approach as described in M7 Guidance be used to determine the acceptable intake of nitrosamine if the drug is indicated for a short period of use?

Based on the discussion so far with the understanding that humans are exposed endogenously and exogenously to nitrosamines, we know some of the pharmacokinetics. We also know that DNA repair capacity varies tremendously among humans as well as among animals. And there is also the less ideal quality of the carcinogenicity studies conducted with nitrosamines. With all of this in mind, can a NOEL be identified with confidence? Some of the studies have shown clear and abrupt transition to a no effect. Other chemicals showed gradual change with a curvilinear dose response and a sigmoidal in the low dose. Another consideration to keep in mind is the dose rate, is the interval between the doses and how would this affect the DNA repair. Earlier studies have show cancer rate is independent on age, and DEA for example when administered at the same dose to

animal species of different life expectancies all animals developed tumors at the same rate and time. Regarding the second part of the question, a less-than-lifetime approach, how reliable are the models that extrapolate from long to short duration. What is the model sensitivity and the shape of the response, nonlinear versus threshold, for example. In the end, can an acceptable cancer risk be achieved based on exposure to a predefined limit for one or more nitrosamines that are known to be potent mutagenic carcinogens when exposed only for a short period of time?

We will start with Dr. Bucher.

DR. BUCHER: Thank you. You laid out a large number of questions there that are quite difficult to respond to, but I will start with the question of whether there is an in-vivo exposure level for nitrosamines that could define low versus high risk for carcinogenicity. I think that one must simply take a practical approach to this question and look at the approach that has been laid out in the European Medicine Agency's report. As an example, a

practical answer would have to be that an in-vivo exposure level of high-risk would simply be the adjusted human dose representing more than a 1:100,000 risk calculated based on the carcinogenic potency database. This would mean that a nitrosamine dose of high risk would be one with a TD50 extrapolated dose of greater than 1.5 mg/kg per day for a nitrosamine with a TD50 less than 1.5 mg/kg per day. By definition then, a human nitrosamine exposure of low risk would be an extrapolated TD50 dose of less than 1.5 mg/kg per day for a nitrosamine with a TD50 greater than 1.5 mg/kg per day.

And with respect to the second question about it, is it appropriate to calculate a NOEL dose for carcinogenicity? I personally do not think that the concept of an experimentally derived NOEL is appropriate for genotoxic carcinogens and generally for genotoxic compounds in general. In the example I just mentioned, the NOEL is in essence the dose defining the risk level low or below 1:100,000 because this is a generally agreed upon acceptable level. A second hypothetical NOEL in the dose where the

additional risk from exposure to an exogenous nitrosamine falls below the risk from nitrosamines that are generated endogenously. In this case, I see two ways of looking at this information. One is that a low NOEL would simply be the exposure dose where the risk presented by the exogenous nitrosamine is below the absolute total risk from endogenously generated nitrosamines. The counterview would ignore the risk from endogenously generated nitrosamines and consider that exogenous nitrosamine exposures would always present an additional incremental risk that can be calculated as in the example I mentioned earlier. I believe the second view is more ethically defendable and that an incremental risk is still a risk. I note that this concept is going to be further discussed and addressed in Question 5, so I will leave it at that for now.

With respect to the less-than-lifetime acceptable daily intake approach as outlined in the ICH M7 Guidance, I understand the concerns, especially those that you mentioned, given the experimental animal cancer data that might lead one to question

whether this is an appropriate practice based on data on the observations of the higher potency of some of these nitrosamines if given in say high dose post dosing rather than in long lifetime lower-level doses. But I am in general agreement that given low doses that correspond to the very low risk levels that we are talking about, the 1:100,000, that to exceed the acceptable lifetime intake levels for shorter periods of time probably does not represent an unreasonable risk for adults and likely for patients starting even at younger ages. But when you consider that some of these models of short-term rodent cancer studies, especially the neonatal mouse model, in particular in their response to short exposures to genotoxic agents showing carcinogenesis, I would suggest that based on these that the risks of the less-than-lifetime approach may be more significant in children, and I think that this whole area needs a whole lot more discussion and careful consideration. Thank you.

DR. ATRAKCHI: Thank you. Dr. Adamson.

DR. ADAMSON: I would agree that use of the dose for additional risk of 1:100,000 would be

appropriate. I would say to use the benchmark dose rather than the TD50 would be appropriate from the rodent data, remembering you are extrapolating from the rodent data. But I would also say that with regards to the second part of the question about a lifetime approach, yes, I think it is appropriate because I believe that the induction of cancers, dose times time plus the repair mechanism, so I think the use of a lifetime approach is fine, but if it is a short duration of use, I think the present application that FDA uses is appropriate to determine the dose.

DR. ATRAKCHI: But are you saying that the use -- you are agreeing to use the less-than-lifetime approach if the medicine is used for a shorter period, not a chronic use, you are agreeing to adjust for that or not?

DR. ADAMSON: Yes, I'm saying that I think you can adjust for the fact that it is less than a lifetime use.

DR. ATRAKCHI: Okay. Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Yes. Well, I am trying to think a little bit in kinesthetic terms. I

would like us to remember the Peto rat mega bioassay that is used to derive what is today considered the acceptable intake. In that study, what they observed a dose response curve for the induction of liver cancers, which was hockey stick-shaped as it was called. We have the slide. On the right, the dashed lines show the dose response for the induction of different types of liver cancer in the Peto bioassay. It was expressed with it by a parameter called the Weibull index. And you can see that at a dose rate of about 200 mcg/kg per day, there is a sharp upward turn. However, below that exposure, the dose response curve was described by Peto as linear with no evidence of a threshold. And this linearity in absence of a threshold ties up with the data that we have on adducts in rat liver, which is a continuous line above. This is the data formation from an animal which basically replicated, repeated the Peto bioassay. And you can see that the other dose response is pretty linear all the way down to very low doses. So, there is no break in the other dose response curve. What happens around 200 mcg/kg per

day is that there is an increase in the induced cell proliferation in the liver, and that is one factor, which contributes to this upward turn of the carcinogenesis exposure response. So, both on the basis of the bio assay and the adducts dose response, the dose response at low dosages is linear, and there is no evidence of a threshold. We should say, of course, that this is what happens in animals, in the rats. We do not know whether the same thing applies to humans, and it is actually something that was already pointed out in the Peto paper. However, based on what we know from the animal data, we do not see any evidence of a no-effect dose.

So, can turn to the second question regarding the application of a less-than-lifetime approach? Carcinogenesis is a function of the accumulated dose, the accumulated carcinogenic damage. But it also depends on additional factors as we see. It may be cell proliferation, maybe other biological phenomenon, apoptosis, and so on. As far as the DNA damage part is concerned, the fact that we have linear dose response means that it is defensible. It is

acceptable to accept an exposure to a higher dose for a shorter period of time because the integrated overall lifetime exposure in terms of DNA damage would remain the same. On the other hand, we do not know what the dose response relationship is with regard to the other factors, which contribute to the carcinogenesis overall. So, we do not know how cell proliferation or the reduction of cofactors and so on may vary if temporarily increase the dose. It is not so easy to say that the effect of a higher dose for a shorter time is equivalent to a lower dose for a longer time. Nevertheless, on the other hand, we do have the real problem of the possibility that we may have to live with the presence of an undesirable chemical in a medicinal product. So, I think the overall evidence that we have here would make it possible -- it would be acceptable for me to accept a higher than the lifetime-acceptable intake limit. However, one should have in mind the unknowns, which are present, and keep this exceedance as low as possible. That's all.

DR. ATRAKCHI: Dr. Zeiger.

DR. ZEIGER: Thank you. My comments are mostly regarding to calculation of a NOEL dose of carcinogenicity. And I've never been a big fan of the NOEL calculation because it is very highly dependent on the test protocols that are used to generate the data. For example, you know, most carcinogenicity, most in-vivo mutagenicity studies are done at subtoxic doses for in-vivo for long-term subtoxic doses, whereas the human exposure is generally on orders of magnitude lower. And we assume that there is a linear extrapolation, but also that extrapolation is based on the dosing and dosing regimen that is used in the studies. I think we already classify chemicals of nitrosamines as Ames test negative and Ames test positive. With Ames test positive being presumed to be carcinogenic unless they are shown otherwise. And the majority of Ames test negative studies to my knowledge are noncarcinogenic. With regard to using in-vivo mutation assays, we do not have that much data on nitrosamines from the in-vivo studies. The in-vivo studies tend to be less sensitive than the in-vitro studies, and they are also conducted at high subtoxic

or up to toxic doses, but the advantage to them is they are done on blood cells, whether red or white blood cells, which have been shown earlier to be good indicators of the maximum DNA damage dosing you are going to get in-vivo. So, the mutagenicity of gene tox studies can be used to at classify the nitrosamines, but with regard to the potency, I am still stuck with the information that I have that the potency at least in the in-vitro studies does not predict the potency in-vivo, and we do not really have much date to determine how well the potency of the in-vivo mutation assays will predict the predict the potency of the cancer assays. The DNA adduct data may be linear, but to go from the DNA adduct to a mutation requires a number of steps, some of which are toxic, some of which will produce a mutation. Then, to go from the mutation to the cancer, you need another number of stages, any one of which could fail and not give you a cancer result. So, the linear extrapolation from an adduct to a mutation is still very tenuous. I think we have seen that the adduct to mutation studies where we have the data tend to be

nonlinear in appearance.

With regard to the less-than-lifetime approach, I think that is an important consideration. And as we have shown in some of the neonatal mouse studies, which are mentioned, a short-term dosage approach in younger animals, in neonates, can give you different results than the same approach in adult animals. So, the less-than-lifetime approach really needs to be investigated a lot more with regard to nitrosamines.

And I think that's it for me.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand.

DR. EISENBRAND: Everything has been said already to that question. I think personally I would not favor very much an NOEL approach. In my opinion, it is better to use the BNDL approach, especially since the BNDL approach takes consideration of the whole dose range with a specific regard to the low-dose range. And that is why I think it appears to me as more stringent than the TD50 based values concerning NOEL. And that is the one thing. The

other thing, the correspondence between Ames positive or negative and carcinogenicity positive and negative, which Zeiger had already alluded to very convincingly. So, to me the less LTL approach, the second question, I think the reservations concerning the LTL approach consider mainly because of the possibility of intervening repair. And I think this question needs to be decided with respect to the expectable dose that is being taken up by the drug as a contamination or by other ways because this fear that the repair, especially the demethylase repair, the 06-demethylating repair may be not really substantial in this very low dose that we are discussing at the moment. So, from this point of view, I would think, yes, one could use the LTL approach at least for a certain time until scientific evidence shows that it is useful or even it is not. In that relation, I would also mention that there has been a very thorough dose response study by the Dulthai [ph] Group many years ago in the '60s where they used DNA in very widely spaced daily dosage, coming from the upper end of about 10 mg/kg down to as low as 70 mcg/kg

bodyweight. And there it is quite interesting to see that the slope of all these dose responses remains very parallel, very similar down to the lowest level, which still within a lifetime I most say, an extended lifetime of three years of the rats still produced tumors. So, the overall cumulative dose diminished in response to the lower daily dose quite significantly, which shows that even at the very low dose end and of 70 mcg/kg bodyweight per day, there is a sort of -- without any losses actually of the carcinogenic activity. Let's say the DNA mutations used by diethylnitrosamine, there is still a clear dose response seen. So, they calculated from this dose response, the time dose with an exponent of 2.3, so it is a very important parameter to consider that the time of these nitroso compounds goes in a relationship. And so, maybe that the LTL approach really is defendable when we are in the very low dose range. The dose range should be connected to induction of tumors, at least as animal experiments teach us.

DR. ATRAKCHI: So, to your point

towards the end, do we know with reasonable accuracy that the DNA repair mechanisms in enzymes do not get saturated, animals or humans, when we give a large dose of a nitrosamine? And that is not necessarily -- we have to clearly understand whether this nitrosamine is coming from the medicine, not only the medicine alone, but obviously we need to take into consideration the collected totality of all sources of nitrosamines that are taken in. We do say it is dose and duration dependent, so going to taking a big dose of nitrosamine, are we saying that is okay to adjust because the DNA repair mechanism is capable of that. And so, I have another question, but can anyone comment on this?

Perhaps to address your question directly, the question always is what is a big dose. I would not think that in the dose response relationship the upper dose range would be useful to consider. I think that this exercise in risk assessment beyond the lower dosage definitely. If not on a very low dosage, and there I think it is probably not really of great relevance that we have to consider

saturation effects of this demethylase. As soon as you go into the higher dosage, then certainly you have this quite clear.

DR. ATRAKCHI: Okay.

DR. ZEIGER: I'd like to address this.

DR. ATRAKCHI: Yes, please.

DR. ZEIGER: Remember, there are some studies many, many years ago with regard to you talking about DNA repair enzymes but also metabolic enzyme, whether they are saturable. I recall some old VMN studies where once you get above a certain dose of VMN -- I don't remember if it was rat or mouse -- that you start getting kidney tumors in addition to the liver tumors because you are saturating the liver metabolic capability. With regard to DNA repair enzymes, there are two different categories. There are those that are constitutive, which means you always have a certain level of that repair enzyme available in the cell to address the damage, but you also have the inducible enzymes, which means you have to get to a certain level of DNA damage before that enzyme is induced. So, you can get saturation in a

way. You can get saturation of the constituent enzyme, and presumably, you should also be able to get saturation of the inducible enzyme at high enough levels of damage.

DR. EISENBRAND: I totally agree with that. I mean, that's quite clear that you can get separation, especially the experiments where we receive the kidney tumors that happens at high dosages, sometimes even at one single dose. You do not see liver, but you see kidney tumors. But as I said, I think we need to mainly concentrate on the low-dose range because I would not think or I would not expect that enzyme saturation plays any role with the dosage where we are here.

DR. ATRAKCHI: And this is even taking into consideration the exposure from the number of sources that we have already discussed from the environment, from the food. The people's habits. Some of them will eat a lot of smoked foods, smoked fish, and so on. We are not only addressing the level of nitrosamines in the drugs. We know these are comparable to other sources that could be lower. You

all are taking that into consideration, the multiple sources, is that correct?

DR. EISENBRAND: Well, by and large, my impression is that from the multiple sources we have to consider, it is mainly the food because water is so low that in that sense I do not think of any relevance. And the exposure from food still is very, very low. I mean it is in the low microgram a day range, which is nanogram/kilogram body weight. So, I would not expect that it is the nitroso compounds themselves, if there is any influence on enzymes that activate or deactivate in terms of saturation, as well as in terms of repair adducts.

DR. ATRAKCHI: Okay. One more question. It seems like at least based so far on the discussion that potentially the less-than-lifetime approach could be applicable to the nitrosamines that we are addressing here. If that is the case, would safety factors need to be considered and incorporated based on age? And I say this because -- first of all, M7 does not ask and does not require additional safety factors. That is one issue is that it is not -- we do

not use safety factors in M7. Also, our colleagues in the Center for Foods in FDA do not adjust for longer lifespans, and they use models that they estimate now much specific food ingredients is consumed based on surveys of dietary habits. For example, they can limit the analysis to people who consume cheese on a daily basis. Nevertheless, EPA does not assess for carcinogenic impurities in fruits, but they do use safety factors to determine limits in pesticides that are used on foods. So, would you recommend adjusting for less-than-lifetime between let us say pediatric indications versus adults -- medicines used for adults? This would be somewhat not under the guidance of M7, but would you recommend that based on the nitrosamine as carcinogens.

DR. BUCHER: This is John Bucher. This is a very difficult question, of course, and I think that one might pay attention to any kind of information that is available concerning the development of aspects of various repair enzymes according to age. Pay attention to the P450 profile changes with respect to the developing individual.

Certainly, we know they change probably in life. Conjugation reactions change, so all of these things tend to contribute I think to a higher sensitivity of early life stages to carcinogenic exposures. So, I think that unless one takes into consideration the profile of all of these activities, it is really hard to decide whether you need to particularly adjust by a certain factor. That would be my response.

DR. ATRAKCHI: Thank you. And Dr. Kyrtopoulos, would you like to comment?

DR. KYRTOPOULOS: I'd like to say something about the previous discussion on this question of DNA repair and how it may be affected if one is exposed temporarily to higher doses. I really do not think that with the kinds of exposures that we are speaking about even though once potentially coming from the contaminated drugs, there is any likelihood of any significant exhaustion or any significant depletion of the alpha transferase. If you just look at the diagrams from the Peto study where the exposure rates that were used, they go up to quite large doses. In the animal experiment that we did, there was no

depletion, no change in the alpha transferase in the MGMT levels throughout this range. And if you think about the adduct levels that are likely to be generated following an intake of a contaminated drug containing NDMA, I think that the adduct levels that are likely generated, it is concerning. But I think it is very unlikely that they would significantly impact on the pull of the repair enzyme. So, I would not count this factor as one of the items to consider in trying to decide whether an LTL approach is applicable or not.

DR. ATRAKCHI: Thank you. I'd like to ask Dr. Rice to make comments on this question, on Question 3.

DR. RICE: (No response.)

DR. ATRAKCHI: Would anyone else like to comment? We'll get back to Dr. Rice in a moment.

DR. ZEIGER: Yeah. I have a comment. We have been considering thresholds mainly with response to data on liver carcinogenesis, and that it is very unlikely it gets saturated at doses that would be achieved just by intake of contaminated drugs. How

about other organs, though? What is known about the capacity, the 06-methyltransferase repair in other organs? Does anybody know?

DR. KYRTOPOULOS: May I come in? May I respond?

DR. ATRAKCHI: Of course. Certainly.

DR. KYRTOPOULOS: The alpha transferase has been measured in a number of human tissues. As far as primary human tissues are concerned, they all contain quite significant levels. The liver usually has the highest level, but the lowest levels that have been measured maybe let us say five times less. Even in tissues with relatively low levels of alpha transferase, this is orders of magnitude higher than the level of others that we are likely to see coming from all of the environmental exposures and the contaminated drugs. Of course, there is always the possibility that there may be small subpopulations of cells, which are even more repair deficient. But again I emphasize as far as primary human cells are concerned, I am not aware of any deficiency. Cancer cells? Yes. There are cancer cells where the

expression of the MGMT has been lost but not in primary -- I am not aware of data in primary cells showing such an effect.

DR. ADAMSON: Thank you. I would like to make a comment on this question.

DR. ATRAKCHI: Of course.

DR. ADAMSON: We did an experiment in nonhuman primates primarily Cynomolgus monkeys to do a dose response to administration of diethylnitrosamine, and we used at least 10 animals per dose starting at six months of age. And what we found with the diethylnitrosamine giving doses of 40, 20, 10, 5, 1, and 0.1 mg/kg once per week. A clear dose response occurred. At the lower doses, we did not get any tumors at all as long as we did the experiment and when the monkeys were sacrificed, nor did we determine any lesions in the liver or in the organs. That was about 16 years after dosing. The lifetime of cynomolgus monkey is about 20 years. At the lowest dose, only 10 animals per group. At the highest dose, we got 100 percent tumors of the dose of all of the animals, and there was dose response with regards to

both the latent period, as well as percentage of the tumors. And it was a pretty linear response until we got to 5 mg/kg and at 1 mg/kg. We got 40 percent of the animals. Again at 0.1 mg/kg, there were no tumors when the study was stopped. Minimally, this is only 10 animals per group, but it is administration of a very potent carcinogen, diethylnitrosamine, which at that top dose 40 mg/kg, we got 100 percent of the animals with a hepatocellular carcinoma. So, there is a clear dose response and a clear latent period over the lifetime of the animals.

DR. ATRAKCHI: Thank you. Dr. Rice, would like to commend on Question 3?

DR. RICE: Thank you. I am having considerable difficulty with the signal fading in and out here. I do not have specifics to add to this, but I want to express some concurrence with first the caution expressed about calculating the NOEL dose of carcinogenicity with a potent genotoxic agent like any of the nitrosamines under discussion. And I do not think it is really practical in a comparatively low-dose range to attempt to identify in-vivo exposure

that would rather absolutely define low versus high risk. I do not see how the continuum, that is response, can readily be found in these agents, except, of course, as the dosage becomes very, very much higher in any of those that would be experienced by anyone from taking any of the drugs that are under consideration. With that, I have nothing more to add.

DR. ATRAKCHI: Thank you. I would like to go back to one point we made here in the question, which is Ames negative. We use Ames negative as the first step or the first test to determine if a chemical is mutagenic or not. Some of those nitrosamines could test negative in the Ames test. This is difficult for us to decide that this would be acceptable, even though the Ames test was conducted properly under GLP in a valid test, but the result is negative. What would you recommend? Would you accept a single, well-conducted valid Ames test to conclude that a particular nitrosamine is negative, is not a mutagenic agent? Or would you follow this up with an in-vivo gene mutation test or any other followup mutation test to verify the negative result?

DR. ZEIGER: This is Dr. Zeiger. With regard to the negative Ames test for nitrosamines, the response on the Ames test for the nitrosamines is very species specific and very protocol specific. Initially, dimethylnitrosamine was reported as negative in the Ames test until people started increasing the relative liver homogenate concentration to VMN concentration, and then it became positive. Similarly, you have different potencies of responses when you test the same chemical using rat liver, mouse liver, or hamster liver, to the extent if you are using rat liver, which tends to be the least sensitive to the nitrosamines, you might get a very weak or negative response with rat liver but might get a fairly potent response if you are using mouse liver or hamster liver. We do not know which one of those livers is most comparable to what would be obtained with humans. So, as far as I am concerned, even a negative mutagenicity study with nitrosamines, if the structure is such that you think it might be metabolizable. And Dr. Eisenbrand showed a number of structures early on that you would not expect to be

activated to alkylating agents. You know, if the structure does not tell you that it should be or might be negative, I would consider a negative Ames test as not sufficient to say it is not going to be a carcinogen.

DR. ATRAKCHI: Thank you. Anyone else would like to comment?

DR. ADAMSON: I would think you would want to follow up with an in-vivo mutation assay before I would accept a negative Ames test as being possible.

DR. ZEIGER: I agree to some extent, but the in-vivo assays tend to be less sensitive, though it does not hurt to look at the in-vivo assays. They are getting better every day. We are now able to look fairly easily at gene mutation, as well as chromosomal mutations in red blood cells, mutations that were induced when the cell was still nucleated. So, a positive in-vivo assay would trump negative in-vitro assay. I agree with you on that. But because of the variations and responses with different protocols in the in-vitro assay, I would be reluctant

to conclude that something is negative based on a single assay with, for example, rat liver S9. Using the standard OECB protocol. The OECD protocol is a minimum protocol. It is not the definitive protocol.

DR. ATRAKCHI: Thank you. Anyone else who would like to comment on this?

DR. ADAMSON: Yes. The in-vivo mutagenesis assay picks up a number of compounds. I do not know about nitrosamines but some related to nitrosamines like dimethylhydrazine, which are negative in the Ames assay but are positive in in-vivo mutagenesis assays. So, it is a good followup, but of course, it is a lot more expensive and a lot more time consuming.

DR. ATRAKCHI: Thank you. So, I understand that even though not everybody responded to this question, but the general agreement is that a negative Ames by itself is inadequate to conclude that the compound is negative for mutagenicity.

There is one question from the attendees. I will read it. Would experts consider there is a limit maximum exposure for less than

lifetime and number of nitrosamines in a drug product? Multiple nitrosamines in drug products are not limited in M7. The less-than-lifetime allows 80-fold acceptable intake for 30-day treatment, so that theoretically, the total exposure for nitrosamines may increase to even milligram amounts. Would anyone like to comment on this?

I think that basically the question is what is a low-dose range for a nitrosamine exposure? Maybe that is what the question is.

UNIDENTIFIED PANELIST: Could I comment on that?

DR. ATRAKCHI: Absolutely, please.

UNIDENTIFIED PANELIST: Just as a pragmatic answer -- I mean I would personally orient myself on the unavoidable exposure from foods. The nutritional exposure is there, and I think it is in most cases, it is considered to be somewhat higher than the potential exposure from contaminated drugs. But of course, that has be check in any case. And if it comes to the mentioned dose level of milligrams, I would think this is in my opinion not feasible. It is

far exceeding the levels of nutritional exposure.

DR. ATRAKCHI: Thank you. Anyone else?

DR. KYRTOPOULOS: May I comment?

DR. ATRAKCHI: Yes.

DR. KYRTOPOULOS: Surely, it would depend very much on which nitrosamines we are speaking about. I mean the idea of affecting a milligram of NDMA even for a few days is just not something that one would consider. On the other hand, if it was something like a nitrosoproline, which I know is not the case for drugs -- I mean a noncarcinogenic nitrosamine, it would be a completely different thing. So, one has to look at specific cases. I do not think we can put -- it would be a case-by-case evaluation. I do not think we can put a general number on this.

DR. ATRAKCHI: Okay. Thank you very much.

So, we should probably now break for lunch. We will come back at one o'clock. Thank you very much.

DR. ATRAKCHI: Welcome back. It is 1:01. Before we continue to the last question of

today, Question 4, I would like to go back to Question 3 for a moment. It is fairly important for us as regulators to really understand a little bit better. With your responses and your thoughts and the reasons for your recommendations about Ames negative. The issue we face is that a nitrosamine will be tested, comes negative in Ames. They would repeat it. It would be repeated let us say with a blood product with a mouse or a hamster S9. The test becomes negative as well. So, let us address this scenario. Would that be convincing that this nitrosamine is negative in Ames? Is not a mutagenic nitrosamine and will end it there. And this means from a regulatory perspective that the next step is this impurity, nitrosamine impurity will be considered a regular impurity, meaning it will fall under ICH Q3A or B where it is controlled under much higher levels than an impurity that is mutagenic. So, it is a very important regulatory decision to make to allow such a one-test or two-test of a nitrosamine of a negative nitrosamine in an Ames test and then move it from the category of a cohort of concern to a regular impurity. We really

would like to understand from you your expertise and your knowledge of is this an acceptable or if one conducts an Ames with an S9 from the rat and it is negative, they follow it up with an Ames using a hamster S9, and it is negative, would they need to confirm because we may have missed something -- those tests have missed something -- and it has the nitroso group. It is on structural alert. Would this need to be confirmed in a followup test, whatever that test is? Whether it is an in-vivo mutation test or any other that from your experience would provide a more reliable result? Anyone who would like to comment?

DR. ADAMSON: I will start by saying I think that you need an in-vivo followup, not another in-vitro followup, regardless whether it is human liver, whether it is nonhuman primate liver, whether it is hamster. I think you need an Ames negative, and then you need an in-vivo assay negative, from my perspective.

DR. ATRAKCHI: Thank you. Anyone else?

DR. GUTTENPLAN: As I said before, there are certain compounds that are more sensitive --

DR. ATRAKCHI: Yes. Dr. Guttenplan?

DR. GUTTENPLAN: Yeah, as I mentioned before, there are certain chemicals that are more sensitive in the in-vivo metagenesis assay than in the Ames assay. And also in the in-vivo assays, you can give repeated doses over a longer period of time. So, the assay can be quite sensitive. As mentioned before, also, it is more time-consuming and more resource-consuming. And then assuming you exposed the animal for a sufficient time and sufficient dose and you get a positive result, what does that mean? That is another question. If you give enough of the compound for a long enough period of time, is that relevant to human exposure? So, that is just a question.

DR. ATRAKCHI: Now, when we are talking about in-vivo mutation assays from your perspectives -- there are a number of them. M7 has a number of them in their table over there in the Guidance. But clearly some of them are better than others and depending as you indicated on the compound itself, one would be preferable over the other. But,

which ones would you think for a nitrosamine would be more appropriate than other in-vivo mutation tests?

DR. GUTTENPLAN: I think for nitrosamines the Mutamouse assay, the Big Blue Assay. There is a Japanese assay. I think it is GDL Mouse. I am not sure of that, but that would also be another assay. Those are the ones that I am familiar with those, and those are pretty good for detecting particularly relatively small molecular weight lesions.

DR. ATRAKCHI: Very good. Thank you. Anyone else?

DR. HECHT: I think we have to consider the carcinogenicity database that we have for nitrosamines. There are very few nitrosamines that are noncarcinogenic, really only the nitrosamino acids with maybe a few other exceptions fall into that category. So, I absolutely agree with everything that has been said so far. Just a negative Ames is not enough. You need to do an in-vivo test. You need to have tested thoroughly before you can conclude that nitrosamine compound would be noncarcinogenic or

nonmutagenic. Thank you.

DR. ATRAKCHI: Yes. To your point, Dr. Hecht, and also to Dr. Guttenplan, your comment, what does it mean if it is in-vivo positive when the Ames was negative? You are correct, but from a regulatory perspective, the first test or group of tests, the battery of tests is mutagenicity. Ultimately, the concern is carcinogenicity for risk assessment. So, this is why it is essential, and it is important and critical for us to determine if the nitroso is mutagenic. It is the first step, and that is why we need to confirm if it is negative, why is it negative in a mutagenicity test. What we need to do is a followup, and that followup is an in-vivo mutation to further verify the organ metabolic mechanisms in place and an in-vivo system, physiological conditions to make us at least more comfortable in making the decision if that nitroso is negative in the in-vivo mutation. Ultimately, it is the carcinogenicity, but we cannot possibly continue with an impurity such as nitrosamine and go ahead and conduct a carcinogenicity, a two-year bioassay for every nitroso

that has been detected. So, we are trying to be reasonable and practical and resource-sensitive in what we ask for, but we also need to make sure that it is the public safety that is important.

DR. HECHT: Well, the first thing to do is to look at the structure and compare it to the huge amount of data that we have on structural aspects of nitrosamine carcinogenicity. You will not find many negatives.

DR. ATRAKCHI: That is correct. That is the concern.

DR. BUCHER: This is John Bucher. I think that if you are looking at doing an in-vivo assay after a negative Ames, which I agree is the best thing to do, I would encourage that there be a requirement that there be a couple of known nitrosamines running along with that assay, whatever that assay might be, so that one could (a) make sure that that particular assay is picking up nitrosamines, and that (b) you have some even imprecise idea of relative potency.

DR. ATRAKCHI: Absolutely. A positive

Workshop March 29, 2021



control of one of the nitrosamines, which likely would be NDMA or NDEA would be run in parallel in the same test. Anyone else from FDA who would like to comment on this or add to this question that I know we all are interested in having a discussion over?

DR. MCGOVERN: This is Tim McGovern from FDA. I'll just ask -- and I think it was Dr. Hecht who mentioned it -- that you are just looking at the nitrosamine database. There are very few nitrosamines that test negatively in a carcinogenicity study. So, I guess I would just ask the question, is there any concern even should one of these impurities test negative in an Ames assay or a modified Ames to some degree and then a followup in-vivo assay, would you still have any residual concern about its carcinogenicity potential?

DR. HECHT: I think if it was negative in the Ames and negative in an in-vivo system assay and you take a good look at the structure compared to what is known about nitrosamines of similar structure, I think you would be on solid ground to say that a particular compound would likely not show carcinogenic

activity.

DR. ATRAKCHI: Okay. If there are no further comments on this question, then I think we will move on to Question 4.

Okay. How would the risk assessment change when multiple nitrosamines are present in a drug product? What are the key variables to consider when conducting such risk assessment? One nitrosamine could be mutagenic carcinogen with another one that is mutagenic carcinogen and so on. This is not an unlikely scenario unfortunately. More than one nitrosamine has been detected recently in a single drug substance and/or drug product. Would the risk be additive or synergistic. Do we know how the in-vivo PK or pharmacokinetics would change when we have multiple nitrosamines in the same drug product or drug substance? What is the efficiency of the DNA repair to handle multiple nitrosamines at the same time and considering all of the other sources of nitrosamines together? I would like to start with Dr. DiNovi.

DR. DINOVI: Thank you. As with the questions we have done so far, this is a very

multilevel, multifaceted question. My particular area of expertise is on the exposure side. I'm the Dietary Accessor on the Center for Food Safety. And when we consider I will not say risk assessment since certainly substances added to food are not supposed to present a risk, but you understand what I mean. When we are looking a chemically closely related substances, our default assumption is that the effects, any toxic effects would be additive. And the way we deal with that is simply do the exposure in a way of simply adding the materials. More to the point of the nitrosamines here, though, there are classes that come back to my mind, where the structures present different toxicities, and what our toxicologists have done as have others around the world is taken toxic equivalent factors into effect. So, the way you deal with it in the assessment, of course, is you look at the exposures and you weight the exposures based on the relative toxicities. It is fairly straightforward and fairly simplistic, but we are also not looking at situations with carcinogens typically. These are in fact, but you are not looking

at the kind of questions that we have here where it is nonmutagenic versus mutagenic. That part of the answer to this question I am going to have to leave to our toxicology colleagues, and we can come back if there are other questions we want to talk about with the exposure. So, let me just pass it on at this point. Thank you.

DR. ATRAKCHI: Dr. Cronin.

DR. CRONIN: Thank you, yes. And I am going to put a modeling slant to this. So, I think the previous speaker set me up quite nicely in many ways because I was going to start off by saying, well, really repeating the question here. The key consideration is whether the concentrations, the potencies are additive and whether we can make an assumption as we have just heard or what would we need to assume synergy. I will start off by also passing the buck on the synergy question. I am not aware of synergisms specifically in carcinogenicity. As I say, I will rely on the experimental toxicologists who determine whether I am right or wrong or whether we need evidence on that. I guess where that may come in

place is if we see things like increased metabolic activation or knocking out of defense mechanisms. And again, if we are going to assume that from my simplistic modeling point of view, if we are assuming that some of the defense mechanisms are relatively generic and unspecific, then we can probably assume additivity. I agree with the first respondent. We will consider similar structures. We will work together and beat the additive. But we are assuming in that the similarity in mechanism, similarity in potency, and similarity in reactivity. This is quite possible, but also let us bear in mind the subtleties of some of the reaction mechanisms, and we know we have these what we know as activity cliffs when we have the correct substitution patterns. So, here we also have a second opportunity to think about categories and chemicals and when can we lump together, when can we group together molecules and understand the problems. And also where do we have the data. And I am going to discuss data more tomorrow in the answer to Question 6. But we need to consider it is not just a question whether we can

group together, but do we have data to support any argument. And also think about the differences. We are actually getting quite good in some areas. I will talk again in more detail about read-across tomorrow, but we are getting quite good at understanding differences between molecules and what they may potentially have. Here we can understand them in terms of reactivity and possibly bioavailability.

So, we also need to think about the mechanisms of action and whether we have information of mechanisms of action. And we have also been thinking, wondering what scenario would be if we had for instance a very high potency carcinogen and something that may be acting by the same mechanism but with a much lower potency. There is really a need in that regard to even include additivity if the high-potency carcinogen is several orders of magnitude above that of the low-potency carcinogen. More specifically around read-across and QSAR. Again, I will define these terms and talk about them a little bit more tomorrow. Let us start with QSARs. I am not aware of an QSARs for mixtures with regard to these

particular endpoints. Mixtures related to QSARs tend to be on the whole the vast majority for acute toxicity or acute lethality. Where we do see occasionally additivity on a very occasionally synergism. In terms of read-across, again read-across relies on adequate data. So, here would be adequate data for two or more nitrosamines that we could extrapolate across to a set of similar compounds. We will talk about this tomorrow. It is possible. It has been done. There is some work on read-across for mixtures, particularly within the UVCB area, but is really assuming that we can assure ourselves of the similarity of our structures. So, we are again getting back to this argument of structural activity, and we know we have some knowledge in that area.

With regard to the question, one area where we can use SAR and QSAR -- we have just been having this discussion of course -- is to predict whether a compound may be mutagenic or may be a nonmutagenic carcinogen. So, we may be able to take if we have two or a small number of nitrosamines in the sample, we may be able to use particular modeling

approaches or read-across to enable some kind of assessment to be made to at least see whether or not they fit into those categories that are on the screen there.

The other thing I would like to highlight is the possibility of using some of the techniques that are currently applied in terms of commutative risk assessment, particularly commutative assessment groups. And the European Food Safety Authority, EFSA, has done a lot of work in this area. And their work is on residues from pesticides. So, not nitrosamines but in some ways analogous to what we are talking about here. So, I think there could be some learnings from that, and they have a full-stage methodology based around identification, characterization, collecting the data, and grouping. And if you look at their approach, in part of their approach, they are saying at the lowest level where you have the least certainty, you can assume we are looking at some kind of structural similarity or grouping basis, but we may not know for instance, mechanisms of action or similar through up to the

highest level where we can assure similarity in mechanisms of action. So, as with many of the arguments in this workshop that I will put forward, it comes out to structured activity relationships and also being clever about what we are doing and learning and also building up bodies of evidence. And also thinking about how we can extrapolate what we are talking about in earlier questions about structural activity and showing that we are using the same information and the same groupings, not only for single chemicals for applying for single chemicals, but can we use that to apply up to groups of chemicals that may be present in the same sample. Thank you.

DR. ATRAKCHI: Thank you. Dr. Bucher.

DR. BUCHER: Yes. So, my answering this question really relies on the experience that we have generated over the course of many years looking at combinations of chemicals in toxicology studies, and it has really been our experience that irrespective of the mechanisms in general for these chemicals, additive models more than adequately predict outcomes in the vast majority of cases. In

particular when you are dealing with chemicals of similar mechanism as you would think in nitrosamines and also certainly at the levels of nitrosamines that would be appearing individually in any of these drugs at an acceptable intake level, so I do not think it matters really to my mind. When we do chemical mixture studies, it does not matter whether they are mutagenic or not mutagenic, if there is a carcinogenic potency associated with a particular chemical, those would be the numbers to use for the acceptable intake level, and in my mind, it is -- so in my mind, in our experience, until you get to significant exposure levels of chemicals, you very rarely will run into anything that looks like either synergism or antagonism. So, I think additive models are probably more than adequate for the cases of nitrosamines that you are going to be dealing with.

DR. ATRAKCHI: Thank you. Dr. Guttenplan.

DR. GUTTENPLAN: Yeah, I basically agree with the previous comments. The important factor here is that we are dealing with subthreshold

levels with respect to DNA repair. As Dr. Kyrtopoulos mentioned, even for the saturable enzyme, which is not really an enzyme but a protein 06-methylguanine transferase, we are apparently well below the threshold in almost any organ of the body, and the levels in drugs is so low that we are probably not going to approach the threshold. I will say though that different nitrosamines are going to be repaired by different enzyme systems. Most of them can be repaired by the 06-methylguanine transferase system, but as you get to larger adducts, particularly above the ethyl group, then there are other base excision repair and nucleotide excision repair. And they are all going to play a role, but in each case, if you are subthreshold, then there is no reason to think that you are not going to have an additive response for each agent. So, I basically agree with what has been said so far.

DR. ATRAKCHI: Dr. Adamson.

DR. ADAMSON: Generally, within the same class of compounds, the default position is generally addition unless there is some indication

otherwise. But I would say -- you brought up additive or synergistic, there is also the possibility of less than activated, particularly when compounds need to be activated when you have binding and when you have DNA repair. But I would say at the low levels that the nitrosamines are present in a drug product, probably those do not factor in. You probably would not have competition for activation. You probably would not have competition for binding. You probably would not have competition for DNA repair. So, with regards to the small amounts that are present in drug products, I would say that you would probably, unless indicated otherwise, you would have to do an additive.

DR. ATRAKCHI: Thank you. Dr. Hecht.

DR. HECHT: Yes. I agree. Considering the low levels that we are going to be observing, additivity is definitely the default assumption of the molar amounts that are present. So, I agree with everything that has been said about additivity.

DR. ATRAKCHI: Dr. Rice.

DR. RICE: I too agree that additivity is the most likely way to consider the issue of

multiple carcinogens. I would think though that there is always the likelihood that if there is more than one nitrosamine in a product, it could well be one about which next to nothing or absolutely nothing is known. And I should not think that the regulatory focus would be to be undertake a full-scale search of chemical structure to identify precisely what this unknown nitroso compound is. I should think given the fact that it is fairly clear that dimethylnitrosamine or perhaps the most potent of known carcinogens, that an overall analysis of total nitroso compounds present in an adduct could -- from the standpoint solely of other health protection, you could treat them as essentially an equivalent total dimethylnitrosamine. Most of the time that will be an overestimate of the potential hazard, but that is an error on the correct side of caution. So, in sum, I would just treat them as additive, and in the case where there is a new unknown or normally known agent in addition to one of the better understood nitrosamines or something added to them as though they were equivalent in the known publications. Thank you.

DR. ATRAKCHI: Thank you. Dr. Kyrtopoulos.

DR. KYRTOPOULOS: Yes, I think Dr. Rice made an excellent summary of the situation. And I agree 100 percent with what is being said. Basically, additivity and if necessary, taking the potency of the most powerful of the nitrosamines, NDMA. I do not have anything else to add.

DR. ATRAKCHI: Thank you. Dr. Eisenbrand.

DR. EISENBRAND: (No response.)

DR. ATRAKCHI: We can move to Dr. Zeiger.

DR. EISENBRAND: So, I am back. Sorry. I had a lot of problem with it. Well, I agree totally with what has been said concerning additivity. I think an additive modification be applied here, and it may be in a case where we have nitrosamines with vastly efferent biological activity, the most potent ones and nitrosamine of minor potency, then I would think that the potent one, of course, would primarily add and be the one that should be looked at and

evaluated. Just to mention, there has been I think it was in 1990 a publication from the German Cancer Research Center, the first author I think if I recall correctly -- I can send you this -- is Pergot [ph] where they tested combined application in rats of I think it was diethylnitrosamine or dimethylnitrosamine, nitrosomorpholine, and nitrosopyrrolidine, and what they found out in that lifelong exposure study was clear additivity of the effects. So, that is published already since many year.

DR. ATRAKCHI: Thank you. Dr. Zeiger.

DR. ZEIGER: Okay. I also agree that additivity is the most appropriate way to go for the reasons expressed by all of the previous speakers. Obviously for the data just presented. Just one point on the question. I would not separate out mutagenic from weakly mutagenic carcinogens. I agree with the comments on additivity. Thank you.

DR. ATRAKCHI: Thank you, Dr. Zeiger. I would like to make a comment here. Well, to sum up this question is basically everybody seems to agree

that if we have one nitrosamine as a contaminant, as an impurity in the drug, will we have five? To be the most conservative approach is to use the amount of the most potent nitrosamine and to apply for all the five, even though there is one or more of the others that either there is no carcinogenicity data or the data is very poor. And it seems like almost -- well, actually all of you agree with this assessment that the risk assessment would be an additive in using the most conservative and most potent carcinogen, and nitrosamine is carcinogenic.

Going back a little bit for the whole day that we have been discussing now, reaching to Question 4, it would seem to me that all of you have indicated the large amounts of endogenous formation, and that is due either internally formed or exogenously from foods that we are exposed to for nitrosamines. And the miniscule amount that we could be exposed to from drugs. I assume you are not saying or indicating that we do not need to worry about the small amounts of nitrosamines in our drugs. Is this accurate? And certainly, that is not the case. It

does not seem that is the case based on what we just discussed in Question 4 where we said if we have one or more nitrosamine, we need to use the most conservative limit of the most potent carcinogen, and use that one as the total for the five or six nitrosamines in a drug. However, it is not clear to me that from what we have discussed all day that it is the endogenous formation, the exposure from exogenous intake compared to the minimal or the small amount that has been contaminated in drugs should be an issue. Is this what you have indicated or not?

DR. EISENBRAND: Maybe I comment first, if you allow.

DR. ATRAKCHI: Absolutely.

DR. EISENBRAND: Well, you know, as I pointed out in my lecture, the data on exogenous exposure first in my opinion are relatively outdated. So, it is our suspicion, our interpretation of the data with our approach that the amount that is being taken in for contaminated drugs by comparison may be very, very low. But we do not know really for sure. That is my point. That is why I think we need to

update first the database on exogenous, but even more so the database on endogenous formation of nitroso compounds. We need really scientifically based updates on these data because they will become very important when it comes to risk assessment. And I mean I just recall the last one of the publications about ranitidine I show where you have this publication of 2,016 reporting about substantial in-vivo formation of nitrosodimethylamine from ranitidine. We need to look at that. This is a very relevant question in my opinion still. By and large, I agree with you that probably we finally can say that normally the contamination with preformed nitroso contaminants of drugs is relatively negligible in comparison to the exogenous exposure for food and even more so to the endogenous exposure. But we need to have safe data on that. That is my opinion.

DR. ATRAKCHI: I understand that there are recent studies that came out of the Center for Foods where they indicate the amounts in foods are fairly low. The amount of nitrosamines in foods over the past 20 years is extremely low. So, we need to

take that into consideration, and I think Dr. DiNovi can comment on this.

DR. DINOVI: Yeah. It is certainly less than 1 mcg a day, and that is true for all of the studies we looked at. One of my colleagues, Dr. Jolie [ph] just recently went through and did a review of nitrosamines in food, and that was the conclusion, less than 1. Even at a high percentile of the distributions. The thing about what we are talking about here is precision in a risk assessment is much more of an academic than a regulatory concern. At CDER, you need to make timely resource-efficient decisions, and we really do not have the luxury to go beyond some of these false assumptions.

DR. ATRAKCHI: And also in terms for drugs, the drugs they have a GMP. They need to be clean and not containing impurities. So, it becomes an issue of quality. At the beginning, it is a quality issue. Then, it comes the safety issue. So, that is important for us. We cannot allow any impurity, whether regular impurity or mutagenic impurity to be above a certain level. That is why we

have guidelines. That is why we have regularity limits on such things, excipients and impurities and so on. But beyond that, the nitrosamines as we all know, they have been put in its own class as a cohort of concern in N7. They need to be much more restricted below a 0.5 mcg per day because of their potency as mutagenic carcinogens. So, it just seems to me that whether it is this study, as you indicated, Dr. Eisenbrand, the database needs to be updated. There are some new studies that did show there are very little amounts of nitrosamines in foods, and the intake is fairly low. So, I am just trying to make it clear that none of you is saying that we do not need to regulate or we do not need to worry too much about the small amounts of nitrosamines in drugs. I am assuming that is not what you are saying here.

DR. RICE: May I make a comment on that?

DR. ATRAKCHI: Absolutely.

DR. RICE: I found in reading the materials you supplied in preparation for this workshop, both in the Guidance document and the

European Medicine Agency, very brief mention of laboratory findings that the amount of dimethylnitrosamine in ranitidine samples tended to increase over time, and thus could not very well have come from contaminants arising in the manufacturing process. If in fact you look at the structure of ranitidine, which is I suppose fairly remarkable in that within the molecule there is both a dimethylamino group and a potentially nitrosating nitroalkene structure that dimethylnitrosamine may be forming in the finished drug product as a decompensation product that tends to increase over time. And I would very much like to see that suggestion confirmed or refuted by further studies. If a nitrosamine contaminant analyzed during decomposition of the active pharmacologic ingredient, then that renders almost moot efforts to calculate just how much is derived from whatever might have been there at the beginning of packaging or whenever a single sampling was done. Can you comment from the FDA standpoint on this issue?

DR. ATRAKCHI: Yes. I will let Dr. Keire perhaps can comment on this.

DR. KEIRE: Yeah. Sure. I think the drug has to be stable over its shelf life and keep any nitrosamines that may be forming over time to a level that is acceptable. And when we looked at ranitidine samples over time -- I am talking about months -- that we observed that the amount of NDMA did increase over time, and they went above the viable intake limit that had been set for the drug. Of course, this was part of the information that was used to make a decision about requesting market removal of the drug. So, that is one aspect of it. But I would also mention that there is a recent publication from the group that showed that this was very formulation-specific. So, if you have particular polymorphic forms, amorphous versus crystalline forms of the drug, you would get more degradant in one form over another. So, it is possible, and we also observed this in other, from product to product, the amount that you would see that would form over time would be very different. Some products remain below this 96 nanogram limit for long periods of time. So, there is a potential that there are some formulations that could stabilize this drug

such that the amount of NDMA would not form excessively. And I guess the other thing I would like to comment on is the very valid point brought up by Dr. Eisenbrand about, you know, these studies that are about endogenous formation of NDMA in the GI tract, and I guess where the supposition is that this is happening, and the FDA is also concerned about that. And whether there is a clinical trial that has been performed to look into exactly that point. That has not been completed yet, but certainly we are very interested in checking the results. Like you said, what we really be careful about what we base our decisions on. We need to have very good data and know what has been discussed. The scientific literature in this area is fraught with examples of measurements gone awry for whatever reason. So, we have to take a lot of care to measure things down here in the parts per million and parts per billion range, and certainly the sample preparation is key. You do not want to introduce any artifacts in the measurement process itself. So, I will stop there. Thank you.

DR. ATRAKCHI: Thank you, Dr. Keire.

Anyone else who would like to comment?

DR. ADAMSON: I generally what you say was correct, but I also agree that we do need some up-to-date data with increased measurements to see what endogenous formation of the nitrosamines is. And I would also like to bring up I remember reading several years ago a study I think it was by Shubik where he gave -- I believe the compound was pipercycline, but I am not positive of that. But I am probably 90 percent sure. It was formulated with ascorbic acid N. And therefore nitrosamine was not formed. But if you checked it out without ascorbic acid being present, you would be forming in the same laneu [ph] as in the stomach that could be forming a nitrosamine. So, I think there is something positive to consider formulations of some of these drugs with an antioxidant, like the vitamin E or ascorbic acid or something else. And I think also with regards to the comment that came up with regards to the final formulation of a drug, it might be interesting to check out the final formulation, which does or does not contain an antioxidant to make sure that the drug

does not break down to nitrosamine. Thank you.

DR. EISENBRAND: Could I comment as well?

DR. ATRAKCHI: Yes, please.

DR. EISENBRAND: It is very right what has been said. This compound, ranitidine, reminds me very much of aminopyrine, the compound I showed in my talk where we literally found that this always just presents a snapshot of dimethylnitrosamine contamination because you could not predict it because any time you measure it again, it turned out to be higher. And Dr. Keire has already alluded to the problem of these highly reactive materials of avoiding artifact formation during analysis. This is not trivial. This is a real problem because one has really to try everything to show that there is no artificial formation. But by and large, these compounds with these structures like aminopyrine or I think also ranitidine are really very easily reactant. And that is why I think this potential of in-vivo formation needs to be really considered thoroughly. And in a sense putting antioxidants or ascorbic acid

into the formulation may be a very good possibility. But with aminopyrine, we measure this also using ascorbic acid to inhibit dimethylnitrosamine formation. And it turned out that the pharmacokinetics are quite different. For instance, aminopyrine was recirculated for the gut salivary glands, reflecting just blood levels, plasma levels. And ascorbic acid was after the first passage, it was just done. So, the protective action of vitamin C was just for the first passage through the gastrointestinal tract, not for the delayed one when the drug was recirculated. Maybe it is different with cimetidine but maybe not. So, that was my comment.

DR. ATRAKCHI: Thank you. Any other comments?

DR. KEIRE: Yeah. I mean I guess that each of these drugs is different, and so there is going to be some case-by-case analysis of the reactivity of these things and the conditions needed to get conversion of any particular drug. So, there is nitrosation chemistry. There is a lot of literature about it that is quite complicated, and the

conditions have to be right to get certain reactions to go. And so, I think that is another consideration. But in basic chemistry, there is not the potential for particularly biologic enzymatic processes that might lead to formation of nitrosamine.

DR. ATRAKCHI: There is a question from the attendees. I will read it. Nitrosamine exposure level from foods including water relative to IV drugs, where IV drugs are not subject to digestion and absorption. Would anyone like to comment on this?

DR. EISENBRAND: Well, my comment would be that needs to be studied case-by-case. If you give a drug IV and it is just distributed systemically, it might very well end by being recirculated like many drugs where you can even measure blood levels in saliva. So, it really -- at first it will go through the gastrointestinal tract. The second point is that nitrosation may very well occur elsewhere in the body. As soon as inflammation or infections, it is always then connected to the generation of nitrogen monoxide and NOx. And then you have the nitrosating there. So, irrespective of the way of ingestion.

DR. ATRAKCHI: Thank you. Any other comments on Question 4 from the panelists?

I would like to go back to the biomarkers. We have talked a lot about DNA adducts and other biomarkers that could be used to determine risk assessment. Can we elaborate on this a little bit more? Can we have more discussion on what do you think about all of biomarkers that you have discussed, we have discussed today, that could be more appropriate for nitrosamines?

DR. HECHT: I think DNA adducts would be good to look at. I think that we have the technology now to reliably quantify DNA adducts by high-resolution mass spectrometry, and we also have the knowledge based on years of study about artifact formation. So, I think with regard to the question of endogenous formation, which is critical here because there are really high levels in endogenous formation, maybe we do not have to be that concerned about the low levels that are present in drugs. And I think we could envision experiments similar to what was done with nitrosoproline 25 years ago by looking at its

levels in urine when you gave people proline and nitrite. You can now envision studies where you can look at DNA adduct formation from compounds like dimethylnitrosamine by giving the precursors dimethylamine perhaps labeled and then determining the level of DNA out of formation using the labels to trace it. So, there are ways that you could really address this question. Dr. Eisenbrand mentioned still a critical question with respect to the overall exposure to nitroso compounds.

DR. ATRAKCHI: Is it fair to say that we really understand the mechanism or action of nitrosamines at this time? Do we really know it is only 06? Is it combination of 06 and N7 methylation when we say we can use the biomarkers let us say for the 06 methylation, would we be confident that this would address?

DR. HECHT: Well, I think we are confident that DNA damage is critical. I think we are pretty confident about that. We are reasonable confident that 06 methylguanine is important in the case of dimethylnitrosamine. And there is plenty of

data on that. But I you were going to look at DNA adducts, you would not have to restrict your analysis to 06 methylguanine.

DR. ATRAKCHI: Very good thank you.

DR. KYRTOPOULOS: May I add something?

DR. ATRAKCHI: Of course.

DR. KYRTOPOULOS: Certainly, 06-methylguanine is important, and there is a lot of experimental evidence from certain animals, directly modified animals, which clearly demonstrated carcinogenesis by methylating agents. However, just because it is the best studied model, we should not say that it is a general model. Not all nitrosamines methylate. In fact, I think that for many of them, I personally do not know which is the most important kind of DNA damage that they cause. So, DNA adducts in general -- first of all, I agree absolutely what was said before by Dr. Hecht regarding the need to apply modern, powerfully sensitive methodologies, clinically specific methodologies to the analysis. And certainly there is a potential today to go down to very high sensitivities. So, measuring DNA adducts is

a good way to have biomarkers of exposure, but if we want to go a step further in a mechanistic sense involving biomarkers of risk if you like, like 06-methylguanine is both a biomarker of exposure but also a biomarker of risk. We have to know much more about how the mechanism of carcinogenesis by many of the nitrosamines, which I do not think we do. Even for the simple ones. Diethylnitrosamine. Secondly, 06-methylguanine is important. But 04-artathiamine [ph] probably plays a role in some cases. In fact, if know the correct name -- it is a long time since I read this literature. I think 04-lithothiamine [ph] was accumulated. So, it could be that there are different adducts playing an important role in carcinogenesis by different nitrosamines. From what I am aware, we do not really know which are the key adducts. So, we cannot really say today that we know enough to develop risk biomarkers. DNA adducts is not exposure, quantitative exposure, or even just to verify that there is exposure. It is certainly important, and it is achievable today. That's all.

DR. ATRAKCHI: Thank you. So, you're

saying that essentially, we should not limit ourselves to only the 06-methylation, although for NDMA and for the nitrosamines that are well studied, we know that. We know that very well. A lot of studies have been done and shown that, but we should not be limited to only the 06 as our biomarker for exposure.

DR. KYRTOPOULOS: Yes, I think so. I mean the fact that NDMA is a problem in the context that we are discussing, the drugs. And it is a very powerful carcinogen. So, 06-methylguanine is certainly relevant to our efforts to evaluate the problem that this NDMA contamination poses, but I dare say, I would not generalize the importance of 06-methylguanine.

DR. ATRAKCHI: Thank you. I would like to ask my colleagues from FDA if they have any comments or if they have received any questions from the FNDs because I do not see any at this time.

DR. KEIRE: I guess I just have one comment. I think that there is a lot of DNA around, right? If you have a meal of fish -- I was just reading this -- there can be up to like 40 mg of DNA

in a meal. And certainly if there are conditions that are conducive to a nitrosamine formation, there is a substrate there pretty much all the time for it to happen. So, I guess it goes back to that conversation about what potential endogenous sources. And if the conditions are appropriate for formation of a lot NDMA from dimethylamine, which is a much simpler substrate than many of these drugs. Just a comment.

DR. ATRAKCHI: Thank you.

DR. GUTTENPLAN: I have a comment. In the publication with ranitidine, they monitored dimethylnitrosamine in the urine, but they also monitored total nitrosamines. So, is urinary analysis a possibility because this could be done in humans, in human volunteers who are taking the drugs anyhow. Just a question.

DR. KEIRE: Yeah, that is exactly right. The FDA actually conducted a small trial, and the results are now pending. So, hopefully, we will have new data on it to share on that soon on exactly that question.

DR. KYRTOPOULOS: May I add a question

to this? One thing that puzzles me about the paper is the following. I've seen few data on the levels of dimethylnitrosamine that have been found in drugs. The first analysis on ranitidine, the amount of NDMA that were found were enormous. I think it was 2 or 3 mg per tablet. Is that a real finding, or was it maybe an artifact because subsequent numbers were much lower. Because if that was the real level that present in the tablets that were taken by the volunteers who had these high levels in their urine, it might even be that they were actually taking it --

DR. KEIRE: Right. So those measurements were done by using a technique called headspace UCMF that using high temperature to vulcanize the sample for analysis. And ranitidine is temperature sensitive. I will form NDMA. So, those original reports of 3 mg quantities from ranitidine are not effective measurements, and we were speaking to that point earlier that you really have to be carefully how make your measurements on. Sometimes these compounds -- you know, and actually that was an FDA method that they used that was developed for

valsartan. So, it was developed for a different drugs, which was not heat labile, and they applied it to ranitidine and unfortunately, that led to this artifactual finding. So, what the FDA reports on its website are much lower numbers, still unacceptable numbers, but in terms of limits that are set right now, but much, much, much lower than was in those original reports.

DR. GUTTENPLAN: I believe they published the correction. The group that published the ranitidine they published a correction taking into account the head-space formation, and it was very minor. It was not a major artifact.

DR. KEIRE: So, I'm talking about -- there are two different things. So, there was a report by this private lab that reported these 3 mg amounts being formed. But you are correct in the Zang and Mitch [ph], they did work to see what percentage of the total from the measurements they did. It was only 5 percent formed of these large amounts that they were seeing was formed from the headspace. You have seen this method in their

application of it. But in the other application that was reported were these really very high amounts reported. That was just because of the headspace method used. So, two different things were being discussed.

DR. GUTTENPLAN: Okay. That's clear. Yeah.

DR. ATRAKCHI: Thank you. I cannot follow the questions on the side. They are moving on me very fast. But I would like to ask one question going back to Question 2 on the classification, and then maybe I will ask my colleagues to read some of those questions on the side. They disappear quickly from the chatroom.

In terms of the classification, EMA had come up with one value, one class, a specific number, which is 18 nanograms per day. Would that be something that you treat all the nitrosamines as impurities with one number, and that is lower than the most potent nitrosamine, NDEA, which we have listed as an acceptable intake of 26.5. Is that something that you would consider? Anyone on the panel?

DR. EISENBRAND: May I?

DR. ATRAKCHI: Yes, please.

DR. EISENBRAND: Actually, I wouldn't really think there is a big difference between 18 and 26. In terms of biological efficacy, it is the same ballpark more or less. So, these default values of extrapolation of potential acceptable mutates in my opinion are helpful and could be used as a primary measure to protect actually the consumers, but in fact we need scientific confirmation of this. And this, I think I come always back to the proposal that one should really look into what happens outside in the real world, which, in my opinion, is just what we need necessarily to take up with foods. And admittedly as we discussed before, this is low. It is below 1 mcg a day, internationally even. But by comparison to the exposure to the potential exposure for contaminated drugs, it is still higher, much higher in most cases. I do not know of all of the cases, because this is a problem that rapidly develops. Many things I just do not know. I am not aware of. But as a pragmatic proposal, I think this is definitely in my opinion a

rationale to go on and pursue what is happening outside the drug situation to compare with. It is more or less the levels of nutritional uptake of at least -- it is below 0.3 mcg per day. There is at least a good orientation.

DR. ATRAKCHI: Thank you. Any other comment on this?

DR. CRONIN: Yes, maybe if can just add a thought. I certainly agree it is a starting place. And we have heard the arguments for that. Clearly, you may look for evidence and go to a higher level if such evidence exists. I am certainly aware of some work from Kevin Cross who recently presented some information that suggested that you can use SAR and read-across. We will talk more about this tomorrow. In some circumstances, we can do read-across and demonstrate the very high probability that you could go to a higher level. So, that is how I would view it, that if you had no other data or information, then you would start there. Then start to build your lines of evidence. And certainly starting with SARs and looking for similar structures in similarity in terms

of mechanisms and seeing whether you could read-across and whether there was room to increase that in terms of safety. Thank you.

DR. ADAMSON: I would like to bring up one factor that has just been touched on, and that is are there sensitive populations. For example, ranitidine was in a syrup that was used primarily for children and infants. Are there other examples where there is potential nitrosamines in such medicines that would be given to newborns because I think they should be more classified as perhaps more prone to develop adverse effects than adults.

DR. ATRAKCHI: Are you suggesting that one number -- let us say it is the 18 nanogram per day would need -- maybe we would need to apply safety factors for the more sensitive population because that is certainly not in ICH M7 because ICH M7 considers that the values in the assessment is fairly conservative, that there is no need to add safety factors for pregnant woman or children or any other sensitive population.

DR. ADAMSON: I am not phrasing the

issue. I think it needs to be looked out.

DR. ATRAKCHI: Okay. Thank you.

I will read this comment or question. I think that the discussion of the Ames test appeared somewhat contradictory. Could we get some clarify from Dr. Zeiger's statement that the common LACD protocol was insufficient and that it needed adapting, e.g., additional S9 systems, or was the overall conclusion that even a modified assay would be insufficient.

DR. ZEIGER: I did not mean to imply that there were problems with the OECD protocol. But the OECD protocol, you know, allows for a variety of options. For example, I have seen many labs that do the Ames test with 5 percent S9 as an example. This is acceptable within the OECD protocol. Yet something like dimethyl- and diethylnitrosamine need much higher levels of S9 in order to respond to the assay. This is what I mean. FDA OECD protocol limits the strains that are used for testing. There are other strains that will be positive, whereas these strains might be negative. The OECD assay protocol emphasizes the rat

S9. I think there is more than enough data to show that other S9s, other rodent S9s, are more suitable for nitrosamines than rat S9. So, if I got a negative for a very weak response with rat S9, I would immediately go to the mouse S9, which might be much better or hamster S9. Or a higher concentration of S9. These would still be allowed within the OECD protocol, but most laboratories will not do this in general. I would not do it if I was looking at polycyclic aromatic hydrocarbon, but I would do it if I was looking at a nitrosamine that came up equivocal or negative.

DR. ATRAKCHI: Thank you. I agree. There is a great deal of literature out there to show that the rat S9 may not be sensitive to the nitrosamines, and some modification in the test system in the Ames needs to be conducted in order to provide the more appropriate response.

The other comment or question. I do not think the panel answered this part of the Ames discussion. If an Ames assay is not considered conclusive, then why would not the panel recommend

going directly to an in-vivo assay directly? Anyone would like to answer this

DR. GUTTENPLAN: Yeah, because it would be too resource consuming. It is a lot more work and probably orders of magnitude more expensive. So, if you can already find a positive in the Ames assay, you do not have to go ahead to he in-vivo assays.

DR. ATRAKCHI: You are correct.

DR. ZEIGER: Based on the available data, a negative in-vivo assay does not counteract the positive Ames assay. They have many chemicals other than nitrosamines that are strongly positive in Ames tests but negative in in-vivo, but gets still negative in carcinogenicity. Well, it is still positive, I am sorry, in carcinogenicity. So, if you have a positive Ames test, no other test really negates the implications for carcinogenicity of that positive Ames test, no other gene tox test that we know of.

DR. ATRAKCHI: Very good. Thank you.

What are the possible reasons a negative Ames test when it is positive in the in-vivo?

DR. ZEIGER: Well, the Ames test does

not detect every type of DNA interaction, every type of DNA damage. The Ames test will not detect DNA deletions, which might still allow survival of the cells. But the in-vivo tests look at different endpoints, the same endpoint but different target sites and have different sensitivities. So, something like the new Pig-a test -- that is a gene mutation measurement in blood cells -- will detect deletions, whereas as an Ames test will not detect deletions. The Ames test does not detect all possible DNA damages.

DR. ATRAKCHI: Thank you.

DR. GUTTENPLAN: There are compounds that are just not metabolizing well enough in the Ames test but are metabolized more efficiently in-vivo, so you will get a positive result in-vivo. I think something like diethanolamine will probably not be positive in the Ames test, but I will bet under the right conditions, it will be carcinogenic and mutagenic in-vivo because there is more metabolic capacity. Many, many years ago people were doing host-mediated assays, and there were compounds that

were negative in Ames test but were positive in the host-mediated assay. The reason was in the host-mediated assay where you injected the bacteria into the tail vein of the animal and then recovered the bacteria, you had the whole liver metabolizing the carcinogen. So, that is another reason why the Ames test does not always detect a potential mutagen is there just is not sufficient metabolic capacity.

DR. ZEIGER: Yeah. I would like to support that point. In the Ames test, we are just looking at the metabolic capability of a liver homogenate supplemented with NADPH, whereas as was just said, in the animal you have the intact liver and other organs doing the metabolism. Though, I would walk back the statement on the host-mediated assay. That is the assay that got me involved in this deal. Then, my Ph.D. dissertation was on the host-mediated assay in nitrosamines. In theory, it is a very sensitive test. In practice, it is a very insensitive test because it is measuring mutation in bacteria in the peritoneal cavity of the animal, which means for something DMN or diethylnitrosamine, the active

metabolite actually had to get into the peritoneal cavity to deal with the bacteria, so you are working with a very low level of active product, and very few chemicals were mutagenic in the host-mediated assay, except for some of the cyclic nitrosamines.

DR. EISENBRAND: May I just comment for second on the data because it was just mentioned by Dr. Guttenplan. In diethylnitrosamine is a medium potency carcinogen, by far not as potent as NDEA for instance. And we have investigated the mutagenicity response to the Ames test. First of all, it was not really active, but it became active when it was activated with alcohol dehydrogenase. And this was published years ago. But later on, they also found that is activated by alpha-C hydroxylation. So, we have both activation processes. One is the beta oxidation of the OH group or groups, and the other one is the still ongoing alpha-C hydroxylation that finally turns the compound into a DNA alkylating agent with a positive mutagenicity test.

DR. ATRAKCHI: Any other comment on this?

Okay. I would like to go back to the use of TD50 versus the BNDL. Could we have more discussion on the pros and cons of each? It seems like the tendency was more preferable for the BNDL.

DR. BUCHER: This is John Bucher. I can address that. So, the main difference is the BNDL uses dose response information, whereas the TD50 uses a point estimate to extrapolate to a particular risk level. Anytime you are dealing more doses, you are dealing with better precision as to a lower dose estimate of risk. But the problem is that the calculations require multiple dose groups, and for the nitrosamines, there are many nitrosamines in the TD50 or the carcinogenic potency database that perhaps do not have this kind of information, and certainly the calculation for BNDL have not been performed on the original data. So, I do not think anybody is arguing that the BND is less preferable than the TD50, but it is just sort of a practical matter of what is available.

DR. ATRAKCHI: So, you would use either one?

DR. BUCHER: Preferably, I use the BND if it is available.

DR. ATRAKCHI: Okay. Another other comment?

DR. ADAMSON: I agree with John on this. If it is available, the TD50 is sort of a default. But I you do not have a dose response.

DR. EISENBRAND: Yes. I would also largely agree. I think the BNDL is preferable wherever applicable. Do not forget one could read-across to make the argument that a compound that has not the right data density still could be evaluated in that sense if it is close to the reference compound in structure that may be in TD50.

DR. ATRAKCHI: Thank you.

A question from attendees. If some nitroso impurity is unavoidable and it comes negative for mutagenicity in Ames, will in-vivo assay need to be conducted to follow up with an in-vivo Comet assay or a Pig-A mutation assay or transgenic mutation assay?

DR. ZEIGER: Well, my choice would be

to follow it up with the in-vivo Comet assay looking at a number of different tissues and the Pig-A mutation assay in-vivo. The in-vivo mutation assay is extensive. It takes a lot of time, and we have data from other chemicals that the tissues in which you see mutation are not necessarily the tissues in which you see tumors. So, other than the liver, you may be guessing at which tissues to sample, whereas with the Comet assay, you can sample many tissues at minimal additional cost. And it takes less time.

DR. ATRAKCHI: Right. And certainly with the Ames, we are addressing an endpoint of mutation, and the in-vivo test would need to have a similar endpoint.

UNIDENTIFIED PANELIST: We have done some work on the Pig-A assay with nitrosomethyl- and nitrosoethylurea and aromatic hydrocarbons. We have not found it more sensitive than the in-vivo mutagenesis assay. I guess it is less expensive because you do not need transgenic animals. On the other hand, with the in-vivo assay, a lot of the expense is the animals. They are very expensive, but

once you have the animal, then you can sample any organ you want, and that is not much more expensive. So, once you get around the cost of treating the animals, then the assay is not that expensive, but it is the animal part and treating the animals. But you have that with any in-vivo assay that you have to treat the animals, and you have animal costs.

DR. ATRAKCHI: Thank you.

Another question is, when extrapolating from one nitrosamine to another, should molecular weight of the nitrosamine be a factor? The default limit of 18 nanograms per day or 26.5 nanograms per day was derived for relatively low molecular weight nitrosamine. Would higher limits be appropriate for higher molecular weight nitrosamines?

Would anyone from the panel like to answer this?

DR. EISENBRAND: I may just mention drawing the attention to let us say asymmetrically substituted methyl long chain where you have quite a spacing in molecular weight. These compounds are subject to chain shortening metabolism from the end,

from the long end chain here, very similar to the fatty acid metabolism, so they end up with a common determinant finally, which is a ketocarboxylate derivate that methylates again. So, I do not think it is probably a very good idea to use the molecular weight information for evaluation in comparison to dimethylnitrosamine. We have a lot of different nitrosamines. Dimethyl, diethyl, nitrosomorpholine. Different rates but similar potency. And as I said, with the long chain ones, you finally get to a very short chain methylating analog. So, I do not think it is probably advisable.

UNIDENTIFIED PANELIST: I do not know, but you may want to on a molar basis. I think that would be a more reasonable way to make the comparison.

DR. ATRAKCHI: But it would appear that most of the nitrosamines that have been detected are of the low molecular weight nitrosamines.

UNIDENTIFIED PANELIST: Yeah, that is true.

DR. ATRAKCHI: Any other comments from any of the panelists, from my FDA colleagues on any of

the topics that we have discussed today to this point? Any other questions from the FNDs that I may have missed?

DR. KEIRE: I guess I just kind of have what may be a naþve question. My lack of familiarity with this. I guess I have heard that the larger the nitrosamine is, right. So, you have NMDA, small molecules, but then when you get to say a drug substance that may be nitrosylated, so larger, 500 molecular weight maybe because of the other steric factors, that the larger nitrosamine would be less likely to be mutagenic or carcinogenic. Is that true? Can you make that statement?

DR. HECHT: I do not think so. I would be very cautious about making a statement like that. We can compare for example dimethylnitrosamine with NMK with much higher weight and also more carcinogenic. I do not think we can make that kind of generalization.

DR. KEIRE: Okay. Thank you.

DR. GUTTENPLAN: I agree with Steve Hecht on that. Dimethylnitrosamines are potent in the

liver but dibutylnitrosamine is very potent in the urinary bladder. And it is much larger.

DR. ATRAKCHI: Well, I think maybe the tendency for such a larger molecule like what Dr. Keire was discussing is that it may come up to be negative in an Ames test based on the probable steric hindrance, or it is just going through the bacterial cell wall and will not cause the mutation. So, right there up front, the test would be negative for such larger molecules. But your response is that you will not just because it is a large molecule, it does not mean it is not carcinogenic or mutagenic.

DR. HECHT: Correct. Just look at the database. I mean look at the literature. Look at the papers that Gerhard cited. I mean there are plenty of relatively high molecular weight nitrosamines that are highly active carcinogens.

DR. GUTTENPLAN: And these might be good examples of compounds that are not mutagenic in the Ames but would be mutagenic in in-vivo assays.

DR. ZEIGER: Well, so far as I know, many of these larger molecules are mutagenic in the

Ames test. I do not think you can make that generalization.

DR. ATRAKCHI: Very good. Thank you. Any other comments from anyone on the panel? Hearing none, I think we are short of five minutes to ending the first day of the workshop. If there is nothing else, I would like to thank the panelists for your valuable discussions, and we will resume tomorrow for the second and last day of this workshop with the continuation of the questions. We will get into the chemistry and the manufacturing of nitrosamines, and we will start again at nine o'clock. Thank you very much. Thanks for everybody.

(Whereupon, the meeting concluded at 2:41 p.m.)

CERTIFICATE OF NOTARY PUBLIC

I, IRENE GRAY, the officer before whom the foregoing proceedings were taken, do hereby certify that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



IRENE GRAY

Notary Public in and for the

District of Columbia

CERTIFICATE OF TRANSCRIBER

I, CYNTHIA GRACE PEACOCK, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



CYNTHIA GRACE PEACOCK

**0**

**0-6** 63:19 64:8,18
**0.05** 21:12
**0.1** 118:13 119:4
**0.2** 26:16
**0.3** 26:16 169:4
**0.5** 151:6
**0.75** 23:14,15
**04** 162:9,12
**06** 66:8 67:9 72:5 76:6 79:16 85:8 91:4,12,16 92:22 93:16 108:12 117:2 142:3,10 160:14,14,16,21 161:3,8 162:4,9 163:2,6,10,14

**1**

**1** 4:5 19:19 20:12 40:16,17 70:19 75:11 83:13,14 84:1 118:12 119:3 150:4,8 168:15
**1,100** 25:10
**1.4** 31:17
**1.5** 98:7,8,11,12
**10** 64:5,10,12 65:19 80:8,12 83:14,14 92:3 94:22 108:22 118:10,12,20 119:6
**10,000** 80:21
**100** 65:19 76:13 83:9,14 118:21 119:8 145:5
**100,000** 47:13 48:19 84:1
**109** 64:11 65:18
**10903** 1:14
**11:40** 95:1,3
**144** 68:3
**14799** 185:15
**16** 64:9 118:18
**175** 29:12
**18** 31:21 64:10 167:17 168:4 170:14 180:12
**1967** 11:6
**1969** 27:3
**1975** 15:8
**1980** 32:8
**1986** 94:18
**1990** 146:2
**1993** 31:1
**1:01** 125:22
**1:100,000** 98:3,20 100:7,22

**2**

**2** 165:5 167:11
**2,016** 149:8
**2,500** 31:17
**2-1/2** 6:4 38:10 40:19 58:5 59:11
**2.3** 109:14
**20** 118:12,19 149:22
**200** 102:11,22
**2008** 29:13
**2013** 26:8 68:10
**2016** 35:1
**2018** 7:17 22:3 39:7
**2020** 42:11
**2021** 1:7
**20903** 1:15
**25** 28:11 159:22
**26** 168:5
**26.5** 55:5 180:12
**26.5.** 167:21
**26310** 186:14
**27** 64:12
**29** 1:7
**2:41** 184:15

**3**

**3** 116:14 119:13 126:2 165:5,17 166:17
**3,500** 6:3
**30** 72:2 124:4
**300** 11:15
**35** 31:17
**38** 3:5

**4**

**4** 126:1 133:4 147:14 148:2 159:2
**4.5** 64:11
**40** 77:4 118:12 119:3,8 163:22
**4377489** 1:22

**5**

**5** 3:3 20:12 67:7 80:12 99:16 118:12 119:3 166:20 171:15
**50** 6:10 8:9 28:20 48:11 72:3
**500** 67:21 182:9
**522** 22:4
**552** 23:11
**59** 3:6 64:13

**6**

**6** 28:12 136:21
**60** 64:13
**60s** 108:20
**65** 11:5

**7**

**70** 28:20 108:22 109:9
**700** 64:7
**70s** 76:19

**8**

**8** 3:4
**80** 124:3
**80s** 76:20
**86** 31:1
**8th** 64:12

**9**

**9** 1:8
**90** 11:14 155:10
**90s** 76:20
**96** 153:20
**982** 68:1

**a**

**a.m.** 1:8
**a1** 55:4
**ability** 4:12 36:10 85:7 94:5 185:8 186:7
**able** 13:3 28:8 72:16 89:14,20 112:2 122:15 138:20,22
**abroad** 76:21
**abrogate** 12:7
**abrupt** 96:15
**absence** 82:22 102:14
**absolute** 99:7
**absolutely** 120:1 124:13 129:18 131:22 144:4 148:14 151:19 161:17
**absorption** 60:19 158:10
**academia** 58:19
**academic** 150:11
**accept** 104:1,17 120:17 122:10
**acceptable** 40:14 41:10,16 42:6 44:20,21 46:21 47:14 48:3,5,10 48:16 49:7,13,19 49:22 50:1,4,11

50:22 51:15,18 52:6,10 53:4,7,10 53:16 54:22 55:12 57:8 58:17 71:13 76:10 78:11 83:6 83:17 86:22 89:20 89:21 96:3 97:8 98:21 99:19 100:8 102:3 104:1,17,18 120:15 124:4 127:2 141:5,10 153:4 167:21 168:7 171:16
**acceptance** 23:11 23:16
**access** 43:15 47:16 51:5,16,20 52:7 53:12 54:2,18
**accessor** 134:3
**account** 66:9 85:12 94:7 166:12
**accumulated** 103:17,17 162:13
**accumulates** 65:8 65:10
**accumulation** 67:5,14
**accuracy** 110:1
**accurate** 75:20 147:22 185:7 186:5
**achievable** 89:4 162:21
**achieved** 37:22 97:8 116:22
**acid** 15:14,15 17:11 27:11 155:11,13,17 156:22 157:3,8 181:2
**acidic** 15:12,16 16:19 17:22
**acids** 14:16 30:8 37:12 78:18 94:2 129:16
**acknowledge** 56:20 59:4
**act** 29:1
**acting** 13:6 18:17 137:14
**action** 137:10,11 139:22 140:2 157:9 160:12 185:10,14 186:8 186:12
**actions** 43:21 54:14
**activate** 113:12
**activated** 43:4 122:1 143:3,4 176:13,15
**activation** 13:15 19:10 57:21 73:14 79:4 82:7 85:1 87:9 136:2 143:8 176:16
**active** 14:12 40:4 152:15 175:22 176:3,12,12 183:17
**actively** 42:13 45:22 54:11
**activities** 11:13 12:10 115:6
**activity** 11:4,19 13:10 61:19 79:19 81:22 89:11 109:11 133:1 136:14 138:14 140:4,9 145:19
**acts** 64:20
**actual** 41:3,15 84:2
**acute** 9:13,15 138:2,3
**adamson** 2:10 73:22 74:1 87:4,5 100:20,21 101:17 118:4,7 122:8 123:7 127:13 142:19,20 155:2 170:4,22 178:5
**adapting** 171:7
**add** 67:8 69:14 70:16 73:20 75:4 80:3 84:21 90:15 92:5 119:16 120:7 132:4 145:8,22 161:5 164:22 169:8 170:19
**added** 134:5 144:20
**adding** 134:11
**addition** 24:21 31:8 56:3 111:13 142:22 144:19
**additional** 48:18 50:14 51:13 73:8 74:3 82:2 99:1,11 100:22 103:18 113:21 171:8 179:10
**additionally** 56:15
**additive** 133:14 134:9 135:15 136:9 140:21 141:15 142:16 143:1,13 144:18 145:17 147:9
**additivity** 136:7 137:16 138:4 143:17,19,21 145:6,16 146:9,14 146:19
**address** 29:10 44:9 54:9 79:21 87:1 110:15 111:5 111:19 126:10 160:8,17 177:6
**addressed** 5:2 61:18 78:3 86:13 99:16
**addressing** 43:19 81:2 112:20 113:18 179:12
**adduct** 63:20 64:21 65:17 67:5 67:14 68:2,2 92:10 94:9 106:13 106:14,20,21 116:3,5 144:12 160:3
**adducts** 63:7,8,9 63:12,14 64:15 65:1,4,8,10,11,14 66:12 67:19 68:20 70:11 76:5 90:17 91:12 102:16 103:5 113:13 142:11 159:4,11 159:13 161:2,16 161:22 162:14,17 162:18
**adequate** 8:21 72:6 95:21 138:6 138:6 141:16
**adequately** 8:11 140:21
**adjust** 101:16,18 110:11 114:2 115:7
**adjusted** 98:3
**adjusting** 67:22 85:6 114:10
**adjustment** 53:4
**adjustments** 52:17 53:9,14
**administered** 94:12 96:22
**administration** 1:11 69:19,22 118:9 119:6
**admit** 8:7
**admittedly** 168:14
**adult** 107:7

adults 100:10 114:12,13 170:12
advantage 106:1
adverse 170:12
advisable 181:12
affairs 45:12
affect 96:20
afraid 72:14
afternoon 5:16 75:10
age 96:21 113:20 114:21 118:11
agency 7:8 29:13 80:4 152:1
agency's 83:20 97:22
agent 10:18 15:11 15:16 19:12 93:21 94:19 119:19 120:20 142:17 144:19 176:19
agents 18:10,18 21:5 27:2 28:10 30:1 33:8,9 37:18 66:4,19 76:4 91:22 100:14 120:3 122:1 161:11
ages 100:11
ago 6:10 17:6 20:18 63:18 71:2 72:3 80:5 108:20 111:8 155:7 159:22 174:21 176:14
agree 62:11 72:11 75:5 78:7 81:10 81:16 87:11,17 100:21 112:5 122:12,20 129:18 131:14 136:7 141:21 142:17 143:15,18,21 145:5,15 146:13 146:18,22 147:8 149:12 155:3 161:17 169:9 172:13 178:5,9 182:21
agreed 98:21
agreeing 101:13 101:16
agreement 47:21 100:5 123:17
ahead 92:6 130:21 173:7
ai 71:13
air 23:12,18
aisar 1:6 2:12 3:3 5:17
alarming 39:6
alcohol 176:13
aldehyde 12:22
alert 127:8
alerts 82:1
alkaloids 10:2
alkyl 13:6 19:17 19:17
alkylate 13:3,7
alkylating 13:1 76:4 91:22 122:1 176:19
alkylation 31:19 86:21 87:9 91:12
alkytransferase 64:22
allow 126:19 148:13 150:20 174:3
allowed 55:4 172:7
allows 5:2 52:17 53:6 65:5 124:3 171:13
alluded 21:16 108:3 156:12
alpha 12:19,21 13:11,16 23:3 82:8 115:19 116:1 117:7,13 176:15 176:18
alternate 41:19 51:10 54:8
ama 84:1
american 57:15
ames 85:21 86:6 95:20 105:14,14 105:15,17 108:1 120:10,10,13,15 120:18 121:2,3,6 122:3,10 123:11 123:18 126:5,7,12 126:21 127:3,4,17 128:5 129:19 130:4 131:14 132:13,13,18 171:4,15 172:17 172:20,21 173:6 173:11,12,16,17 173:21,22 174:2,9 174:10,14,18 175:1,6,10 176:11 178:18 179:12 183:6,20 184:1
amidopyrine 33:6 33:16,17
amidopyrines 33:20
amine 16:9 17:9 19:2 27:4
amines 16:2,4,6 16:15,16,18,21,22 17:17,21 18:5,11 21:19 22:11 23:7 27:17 32:14,15
amino 14:22 15:1 15:18 30:8 34:20 78:18 94:1
aminopyrine 156:7,18 157:2,6
amorphous 153:14
amount 10:21 27:10 67:3,4 74:12,18 131:7 147:3,18 148:9,19 149:21 152:2 153:6,18 154:1 165:4
amounts 31:15 61:11 124:6 143:11,18 147:15 147:21 149:20 151:11,15 166:17 166:21 167:2
ample 9:6
analog 10:14 33:16,21 181:11
analogous 90:1 139:12
analogs 34:3
analysis 31:3,6 35:8 68:14 114:6 144:11 156:14 157:18 161:2,20 164:13 165:4,15
analytical 14:7 24:12 35:9 37:9 39:10 41:4 42:7 44:15 45:1 46:18 48:6 54:4 56:16 68:22 74:10,13,15 74:22 75:17
analytically 35:4
analyzed 152:15
analyzer 24:13
androgens 77:2
angiotensin 40:2 42:19
animal 11:16 12:2 24:1,8 44:21 48:13 63:11 70:1 77:5 91:4,19 94:7 94:7 97:1 99:22 102:17 103:12 109:20 115:22

128:10 175:4,13 175:21 180:1,5,7
**animals** 12:11,16 19:21 24:6 27:5 48:12 49:1 65:6 66:16 80:7 93:14 96:11 97:2 103:8 107:6,8 110:3 118:10,20,22 119:4,6,9,11 161:9,10 179:20 179:22 180:4,5,7
**answer** 6:18 7:4 62:7 69:6 73:2 78:22 98:1 124:15 135:3 136:21 173:2 180:17
**answered** 4:20 172:20
**answering** 140:15
**antagonism** 141:15
**antagonist** 35:19
**anti** 40:18
**antihypertensives** 42:18 52:14
**antioxidant** 155:17,22
**antioxidants** 156:22
**anybody** 117:3 177:17
**anytime** 177:9
**anyway** 31:12
**api** 37:20 41:6 46:10 56:11
**apis** 9:9 37:18 40:5
**apoptosis** 103:20
**apparently** 142:4
**appear** 75:5 181:16
**appearance** 107:1
**appeared** 171:4
**appearing** 141:4
**appears** 9:1 107:20
**applicable** 113:17 116:11 178:10
**application** 21:11 101:10 103:15 146:5 167:1,1
**applications** 44:16
**applied** 51:17 52:7 52:10 74:11 82:18 85:22 139:7 145:17 166:2
**applies** 103:9
**apply** 57:19 140:12 147:4 161:19 170:15
**applying** 140:11
**approach** 49:19 52:7 53:5,6 63:4 96:2 97:4,20,21 99:19 100:17 101:6,9,14 103:16 107:3,6,7,8,16,17 107:18 108:4,5,15 109:17 113:17 116:10 139:17,18 142:7 147:3 148:19
**approaches** 39:15 42:15 43:19 48:4 54:14 57:20 62:13 82:17 139:1
**appropriate** 16:15 39:13 41:21 42:7 45:3 48:19 49:4 49:22 50:3 56:14 57:8 80:12 95:18 98:14,17 100:1 101:1,2,6,11 129:2 146:14 159:10 164:6 172:18 180:14
**approved** 47:6
**aqueous** 15:11
**arbs** 42:18
**area** 16:17 67:4 72:21,22 80:12 100:18 134:1 138:11,15,16 139:10 154:15
**areas** 38:1 137:3
**arginine** 29:5
**arguing** 177:17
**argument** 63:14 137:2 138:14 178:11
**arguments** 140:3 169:10
**arising** 152:5
**aromatic** 10:10 172:10 179:17
**art** 6:16 24:14
**artathiamine** 162:9
**articulated** 89:5
**artifact** 156:14 159:15 165:7 166:13
**artifacts** 154:20
**artifactual** 166:4
**artificial** 31:4,5,9 35:8 156:17
**ascorbates** 18:19
**ascorbic** 155:11 155:12,17 156:22 157:3,8
**asked** 60:18
**asking** 60:21
**aspect** 20:1 31:1 77:12 153:11
**aspects** 6:7 89:6 114:20 131:7
**assay** 32:7,7 95:21 103:5 122:9,19,20 122:22 123:2,8,11 127:18 128:4,5,7 129:4,4,5,7 131:14,17,18,19 132:13,14,18 171:9,18,22 172:21 173:1,6,10 173:11 175:2,3,15 175:16,18 176:4 178:18,19,20,21 179:1,3,3,9,16,19 179:21 180:4,6
**assays** 105:19 106:12,13 122:13 122:14 123:12 128:5,17 173:7 174:22 183:20
**assess** 52:15 114:7
**assessing** 9:8 52:21
**assessment** 1:2 6:12 37:5 42:5 47:5 51:2,4 54:5 54:13 56:1 57:16 58:21 59:18 60:3 64:17 76:19 80:13 92:17 110:20 130:8 133:5,8 134:4,17 139:2,8 139:9 147:8,9 149:5 150:10 159:6 170:18
**assessments** 39:16 42:16 43:20 46:1 49:5 54:20,21 56:5,14 57:4 58:9 58:10
**assign** 89:14
**associate** 38:5
**associated** 9:9 53:4 54:1,21 69:13 141:9
**assume** 73:10 105:10 135:17 136:3,6 139:19 147:19

**assuming** 63:10 66:13 128:9 136:4 136:9 138:12 151:16
**assumption** 134:8 135:16 143:17
**assumptions** 150:14
**assure** 138:12 140:1
**asymmetrically** 180:19
**atrakchi** 1:6 2:12 3:3 5:13,15,17 8:4 59:5,14 62:8 69:8 70:14 72:9 73:4 73:21 75:1,14 77:16 81:5 84:18 85:18 87:4,15 90:11 92:2,19 94:21 95:12 100:20 101:12,20 104:22 107:12 109:22 111:4,6 112:15 113:14 115:9 116:12,16 117:6 118:6 119:12 120:8 122:6 123:5,15 124:13 125:2,4,16 125:21 127:20 128:1,16 129:11 130:2 131:10,22 133:2 135:8 140:14 141:18 142:19 143:14,20 145:1,9,12 146:12 146:20 148:14 149:18 150:15 151:19 152:21 154:22 156:4 157:14 158:6 159:1 160:11 161:4,6 162:22 163:15 164:9 167:8 168:2 169:6 170:13 171:2 172:13 173:8,19 174:12 176:21 177:21 178:3,15 179:11 180:8 181:16,21 183:3 184:3
**attached** 34:20
**attempt** 7:4 66:14 119:22
**attempted** 81:14
**attempts** 30:20
**attendees** 2:2 4:10 123:21 158:7 178:16
**attention** 38:2 59:4,12 69:16 114:18,21 180:19
**attomole** 64:10
**attomoles** 64:9,11 65:18
**attorney** 185:12 186:10
**audio** 4:9 185:6 186:4
**australia** 26:17
**author** 146:3
**authority** 139:10
**authors** 10:14 35:4
**automatically** 4:21 90:4
**available** 5:11 7:21 15:17 18:3 32:21 33:13 41:9 41:19 49:4 50:6 57:6 60:9 92:12 111:19 114:19 173:9 177:20 178:2,6
**avalanche** 24:7
**avenue** 1:14
**average** 29:11 64:9 80:19
**avoid** 53:14
**avoided** 47:22
**avoiding** 156:13
**aware** 21:2 39:6 39:20,22 41:1,8 42:10 43:3 47:8 57:10 65:15 88:4 93:5 117:21 118:2 135:18 137:22 162:16 168:21 169:12
**awareness** 8:19 56:10
**awry** 154:16
**azide** 34:15

**b**

**b** 126:16 131:20
**back** 28:6 50:1 58:4 63:11 74:20 80:14 91:19 92:22 116:17 120:9 125:19,21 126:1 134:13 135:4 138:14 145:14 147:12 159:3 164:4 167:11 168:11 175:15 177:1
**background** 7:16 68:4
**bacteria** 175:3,5 175:20 176:2
**bacterial** 29:8 183:7
**balance** 47:15 57:12
**balancing** 51:5
**ballpark** 68:8 168:6
**barley** 25:7,21
**barnes** 9:22
**base** 20:7 87:18 142:12 154:12
**based** 6:11 8:21 21:7 24:1,8 36:14 37:9 44:21 47:12 52:18 53:15 61:2 61:11 62:17 63:5 63:16 66:15 75:4 76:2,5 77:18,21 78:12 81:11 83:21 87:7 91:13 96:6 97:9 98:4 100:1 100:15 103:11 105:11 107:21 113:15,20 114:4 114:14 123:1 134:19 139:15 148:1 149:3 159:15 173:9 183:6
**bases** 13:4 31:18
**basic** 13:8 16:4,6,7 16:8,21 17:12,16 18:8 20:22 70:2 158:3
**basically** 12:15 14:8 62:12,14 102:18 124:8 141:20 142:17 145:5 146:22
**basics** 15:5
**basing** 86:20,21
**basis** 65:4 76:1,7,8 94:12 103:5 114:7 139:21 181:14
**battery** 130:7
**bayesian** 89:8
**bear** 136:12
**beat** 136:9
**becoming** 57:9
**began** 42:17
**beginning** 34:11 93:5 150:18

152:18
**believe** 83:6 99:13 101:7 155:8 166:9
**believed** 14:19
**bell** 15:19
**benchmark** 80:6 81:17 87:7,12 101:1
**benefit** 39:16 51:3
**best** 6:10 35:5 42:15 58:10 78:2 78:10 82:19 85:2 85:14 87:11 131:14 161:12 185:8 186:6
**bet** 174:18
**beta** 176:16
**better** 56:3 70:1 79:21 81:18 83:1 92:9 94:19 107:17 122:15 126:3 128:20 144:20 172:6 177:10
**beyond** 110:20 150:14 151:3
**biased** 8:7
**bible** 11:3
**big** 105:3 110:10 110:16 129:4 168:4
**billion** 154:18
**binding** 88:17,19 143:4,9
**binitroso** 33:5
**bio** 103:5
**bioactivation** 12:13
**bioassay** 102:1,8 102:19 130:22
**bioavailability** 78:20 137:8
**biographies** 7:18
**biologic** 158:4
**biological** 10:22 11:13 18:4 36:10 103:19 145:19 168:5
**biology** 8:9
**biomarker** 30:9 31:18,18 72:4 89:12 162:4,5 163:6
**biomarkers** 20:7 30:14 37:11 79:15 88:21 90:16 159:4 159:5,8 160:15 162:1,3,18
**biopharmaceuti...** 76:16
**bit** 8:7 11:20 23:9 61:2 63:4 65:10 70:15,16 71:6 73:13 75:9,15 77:11 88:7 90:1 101:22 126:3 137:21 147:12 159:7
**bladder** 183:2
**blocker** 40:2 42:19
**blood** 31:13 60:8 62:19 63:21,22 64:6 65:8,13,17 66:8 67:5,9,15 92:21 93:17,18,18 106:2,3 122:17 126:8 157:7 158:15 174:8
**blue** 129:4
**bnd** 177:18 178:1
**bndl** 80:11,12,12 80:18,21 87:20 107:17,18 177:2,4 177:6,16 178:9
**bndls** 88:9
**board** 88:10
**bodies** 47:22 140:6
**body** 30:19 113:9 142:5 158:18
**bodyweight** 109:1 109:9
**box** 7:3,3 95:6
**branch** 13:16,16 13:19 23:3
**branching** 13:13
**brand** 40:8 49:10
**break** 92:3 94:22 102:21 125:18 156:1
**breakout** 36:21
**bridging** 58:18
**brief** 152:1
**briefly** 44:12
**bring** 155:6 170:4
**broad** 43:6 55:21
**bronidox** 21:4
**bronopol** 21:4
**brought** 143:1 154:3
**browning** 25:8
**bruno** 59:6
**bucher** 2:7 72:10 72:11 81:5,6 97:13,14 114:16 114:16 131:12,12 140:14,15 177:5,5 178:1
**buck** 135:18
**build** 169:20
**building** 140:6
**bulky** 57:22
**bullet** 53:22 54:19
**burkle** 27:2
**burners** 25:10
**busy** 15:7 18:22
**butyl** 13:19,21 78:17
**buy** 67:1

**c**

**c** 2:1 3:1 4:1 12:19 13:11 157:9 176:15,18
**calculate** 48:10 50:21 57:8 60:17 76:10 86:22 95:18 98:14 152:17
**calculated** 47:12 83:18 98:4 99:12 109:13
**calculating** 119:18
**calculation** 105:2 105:4 177:16
**calculations** 81:17 177:12
**called** 11:2 18:12 19:14 20:11 22:4 22:10 44:20 102:6 102:9 165:13
**campus** 1:13
**cancer** 47:13 48:18 77:4 84:5 96:21 97:8 99:22 100:12 102:8 106:13,17,19 117:21,22 146:2
**cancers** 101:7 102:5
**capability** 111:15 175:11
**capable** 66:7 93:7 110:12
**capacity** 96:10 117:2 174:21 175:8
**carbamates** 79:3
**carbon** 82:9
**carbonyl** 18:15
**carboxymethylate** 94:2
**carboxymethyla...** 71:3 79:16

**carbynium** 82:11
**carci** 57:19
**carcinogen** 10:5,5 11:18 13:17 14:18 23:6 76:19 85:8 87:9 91:17 119:7 122:5 133:9,10 137:13,17,18 138:20 147:10 148:4 163:10 175:6 176:9
**carcinogenesis** 78:16 90:22 100:15 103:4,16 104:7 116:20 161:11 162:6,15
**carcinogenic** 10:16 11:16,21 13:10 14:10,11 19:20 22:8,9 23:1 23:5 27:12 30:12 30:15 36:1 37:12 47:19,20,21 58:11 61:7 62:4,16 73:11 76:2 77:19 81:13,15 83:2,8 84:12 85:13 86:2 86:5,8,10 88:1,13 95:14 98:4 103:17 105:16 109:10 114:8 115:4 132:22 141:8 147:11 174:19 177:14 182:12,18 183:12
**carcinogenicity** 12:6,7 14:19 19:21 48:13,15,21 49:15 76:13 82:1 84:16 85:6 90:8 91:20 95:17,19 96:12 97:19 98:15 105:3,6 108:2 119:19 129:14 130:8,19,22 131:8 132:10,16 135:19 147:6 173:14,15 173:17
**carcinogens** 10:9 19:19 39:4,5 52:20 53:7 77:2 83:10,12 85:1 97:11 98:17 114:15 134:21 144:1,10 146:18 151:7 183:17
**carcinoma** 119:9
**care** 20:17 54:6 154:17
**careful** 100:19 154:12
**carefully** 165:20
**carried** 61:3,9 63:17 64:4 66:20 68:21 69:6 77:20
**carry** 34:21
**carrying** 9:9
**case** 10:12 12:20 13:15 16:16 22:19 24:2 33:10 47:13 48:18 53:6,6 68:12 99:3 113:18 124:20 125:11,14 125:14 142:14 144:18 145:18 147:22 148:1 157:18,18 158:12 158:12 160:22
**cases** 25:4 49:17 52:8,9 57:5 82:15 124:18 125:13 140:22 141:16 162:10 168:18,19
**catalysts** 18:15,17
**catalyzed** 13:8
**categories** 111:16 136:17 139:3
**category** 126:21 129:18
**cation** 13:2
**cause** 34:16 39:12 41:5 44:14 46:6 54:20 55:15 77:4 77:5 161:16 183:8
**caused** 31:5
**causes** 9:3
**causing** 46:7
**caution** 119:18 144:17
**cautious** 182:15
**cavity** 28:6 175:21 176:2
**cder** 5:20,20 38:8 39:21 43:5,9,12 44:4 150:12
**cell** 64:13,14 65:1 103:1,19 104:7 111:19 122:18 183:8
**cells** 65:6 86:17 106:2,3 117:19,20 117:22,22 118:2 122:17 174:4,8
**cellular** 65:4
**celsius** 25:11
**center** 5:19 38:7 43:3 114:2 134:3 146:3 149:19
**centuries** 25:18
**certain** 29:21 79:10 81:8 108:16 111:11,18,21 115:8 127:22 128:3 150:22 158:1 161:9
**certainly** 26:14 58:5 91:10 111:2 115:1 117:6 134:5 141:3 147:22 150:3 154:10,18 161:7,21 162:20 163:11 164:1 169:9,12,21 170:17 177:15 179:11
**certainty** 89:15 139:19
**certificate** 185:1 186:1
**certify** 185:3 186:2
**chain** 14:12 20:21 46:11 180:20,22 181:1,10,11
**challenge** 56:13 58:2 62:3
**challenged** 6:7
**challenges** 38:14 40:20 55:15 58:6 59:19
**challenging** 57:9 61:18
**change** 34:11,12 96:16 115:1,2 116:1 133:6,15
**changes** 8:18 51:20 114:22
**characteristic** 12:8
**characterization** 139:16
**characterize** 45:15 58:11
**chat** 5:5 7:3
**chatroom** 167:14
**check** 5:5 37:10 124:20 155:21
**checked** 155:12
**checking** 154:11
**checks** 8:21
**cheese** 114:6
**chemical** 10:22 32:9 57:19 66:7 76:3,3 78:15 79:1 81:11 91:15,21

94:6 104:15 120:12 121:10 141:6,9 144:7
**chemically** 134:7
**chemicals** 22:7 66:10 85:22 86:5 91:7,18 93:6,9,10 93:14,22 96:16 105:13 128:3 136:17 140:11,11 140:12,18,21 141:1,13 173:11 176:4 179:5
**chemistry** 7:12 8:6,9 39:2 44:13 59:18 157:21 158:3 184:11
**children** 100:17 170:8,20
**choice** 178:22
**choose** 76:7 82:22 83:1
**chromatographic** 24:15
**chromosomal** 122:17
**chronic** 101:15
**chronically** 67:15
**cimetidine** 35:20 157:13
**circle** 23:1 34:2
**circulation** 28:1,4 60:8
**circumstances** 169:16
**cited** 183:15
**citing** 64:6
**citizens** 45:13 54:9
**clarify** 171:5
**clarifying** 7:2
**class** 40:2 76:12 142:21 151:4 167:16
**classes** 42:20 55:21 134:12
**classification** 76:1 76:7,8,9 77:10,17 77:18 80:3 82:17 87:18,19 89:6 167:11,15
**classifications** 88:2
**classified** 75:22 76:2 81:7,8,10,21 170:11
**classify** 81:14 88:1 91:15 105:13 106:6
**classifying** 81:13
**clean** 150:17
**clear** 21:6 96:15 109:12 111:3 112:6 118:13 119:10,10 144:9 146:9 148:6 151:13 167:6
**clearance** 33:12
**cleared** 30:18 35:16
**clearly** 84:14 110:5 128:20 161:10 169:10
**clever** 140:5
**cliffs** 136:14
**clinical** 9:15 45:1 50:14 51:3 52:1 154:8
**clinically** 161:20
**close** 33:16 34:3 92:3 178:13
**closely** 45:2,6 49:9 49:20 59:11 79:13 134:7
**cofactors** 104:8
**cohort** 47:9 52:19 53:8 90:3 126:22 151:4
**collaborate** 39:17
**collaboration** 49:12 58:19
**colleague** 7:15 20:5
**colleagues** 42:15 59:5,8,8 114:1 135:4 150:5 163:16 167:12 181:22
**collected** 110:8
**collecting** 139:16
**collection** 16:13 26:7
**columbia** 185:18
**combination** 160:14
**combinations** 140:18
**combined** 91:20 146:5
**come** 32:4 36:12 37:7 57:17 62:22 63:1 64:17 65:11 66:3 68:11 72:6 76:11 80:14 117:4 125:19 134:13 135:4,22 152:5 167:16 168:11 183:5
**comes** 56:13 64:16 79:9 92:14 124:21 126:7 140:4 149:5 150:19 178:17
**comet** 178:19 179:1,9
**comfortable** 130:17
**comforting** 75:8
**coming** 44:11 68:9 72:19 78:6 108:21 110:6 115:16 117:15
**commend** 119:13
**comment** 7:3 92:7 110:14 115:10 116:17,18 118:5 122:7 123:6 124:7 124:11 125:3 127:12 130:3 132:3 146:21 148:12 150:2 151:17 152:20,22 154:3 155:1,19 156:2 157:13 158:10,11 163:20 164:8,10 169:7 171:3 172:19 176:6,21 178:4
**comments** 6:21 74:3 87:17 88:10 89:22 90:10 105:1 116:13 133:3 141:21 146:19 157:15 159:2 163:17 181:21 184:4
**common** 171:6 181:2
**communicate** 45:19
**communication** 39:19 43:22 45:19 53:21 54:11 59:10
**communications** 42:8 45:17 54:8 54:16
**community** 12:4
**commutative** 139:8,8
**comparable** 112:22 121:17
**comparatively** 119:21
**compare** 65:5 71:11 85:4 86:7 86:18 131:6 169:2

182:16
**compared** 94:15 94:18 132:19 148:9
**compares** 57:2
**comparison** 148:20 149:15 168:16 181:6,15
**compartment** 27:8
**compatible** 67:6
**compete** 70:8
**competition** 143:8 143:9,10
**competitive** 69:18
**completed** 18:11 154:10
**completely** 31:7 56:2 125:12
**complex** 78:14 91:5
**complexities** 46:5 50:14
**complexity** 9:2,4
**compliance** 45:9 52:4 59:10
**complicated** 157:22
**component** 29:8
**components** 20:21 23:17,18 29:17
**compound** 10:9 11:17 15:1 17:2,4 19:8 25:22 30:15 31:9,16 33:6,7 34:1,1 35:22 36:3 36:11 37:13 50:4 50:7,8 55:4 123:19 128:13,21 129:22 132:22 138:19 144:8 155:8 156:6,7 176:19 178:11,14
**compounds** 9:7 11:6,14,15,22 12:1,9,14,20 13:6 13:16,17 14:3,5,6 14:7,22 15:5 17:18 18:12,15,18 19:6 22:8,9,14,21 24:10,18 25:5,14 27:1,7,8,16 30:11 31:5,10 32:12,20 39:12 47:9,11,18 48:7 49:16,18 52:20 53:8 56:12 56:13 57:16,18 58:12 61:13 71:1 77:17 78:18 79:4 79:11 85:3 91:3 98:18 109:16 113:10 123:8 127:22 138:8 142:21 143:3 144:11 149:3 156:18 160:3,10 165:21 174:13,22 180:21 183:19
**comprehensive** 59:15 69:12
**computationally** 82:21
**computer** 4:9
**conceive** 13:13
**concentrate** 112:11
**concentration** 15:15 23:12,16 121:7,8 172:6
**concentrations** 32:10 62:18 135:14
**concept** 98:16 99:15
**concern** 52:19 53:8 81:1,1 90:3 91:7 126:22 130:8 131:11 132:12,15 150:11 151:5
**concerned** 47:9 83:17 103:21 117:9,21 121:18 154:7 159:19
**concerning** 13:10 27:10,21 78:11 107:22 108:5 114:19 116:6 145:16
**concerns** 54:9 76:15 99:20
**conclude** 12:5 120:18 123:1,18 129:21
**concluded** 184:14
**concludes** 58:22
**conclusion** 150:7 171:9
**conclusive** 172:22
**concomitantly** 69:21
**concurrence** 119:17
**conditions** 18:6 22:17 32:9 36:9 46:3 50:17 55:19 58:8 81:9 130:16 157:19 158:1 164:1,6 174:19
**conducive** 164:2
**conduct** 39:16 130:21
**conducted** 6:10 42:5 96:12 105:22 120:15,18 164:18 172:17 178:19
**conducting** 133:8
**conducts** 127:3
**confidence** 82:15 96:14
**confident** 160:16 160:19,20,21
**confirm** 35:13 127:6 130:12
**confirmation** 32:2 168:10
**confirmed** 35:12 36:19 127:9 152:13
**congressional** 45:14 54:10
**conjugation** 115:2
**connected** 9:5 26:15 109:19 158:20
**cons** 177:3
**consensus** 52:1
**consequence** 8:16
**consequently** 70:9
**conservative** 147:3,10 148:4 170:19
**consider** 27:19 41:9,10 49:18 50:6 56:22 79:2,6 82:12 88:21 99:9 100:11 108:6 109:15 110:19,22 113:5 116:9 122:3 123:21 125:9 129:13 133:7 134:4 136:8,22 143:22 155:16 167:22
**considerable** 119:15
**consideration** 13:20 16:2 27:21 51:9 79:5,10 96:18 100:19 107:3,18 110:8 112:16 113:1 115:5 120:7 135:14 150:1 158:2

**considerations** 32:5 38:12 40:22 41:20 47:7 57:22 72:18 81:20
**considered** 18:20 31:14 33:8 37:5 47:14 51:13 52:22 53:15 75:12 80:16 102:2 113:19 124:18 126:15 156:21 172:21
**considering** 87:18 116:19 133:19 143:15
**considers** 170:17
**consisted** 46:20
**constituent** 112:1
**constituents** 25:13 71:8
**constitutive** 111:17
**consume** 114:6
**consumed** 114:4
**consumer** 80:18
**consumer's** 80:22
**consumers** 168:9
**consuming** 28:2 123:14 128:8,9 173:4
**consumption** 26:13 69:21
**contain** 14:22 117:10 155:22
**containing** 116:5 150:17
**contaminant** 14:15 147:1 152:14
**contaminants** 24:19 82:6 149:14 152:5
**contaminate** 14:14
**contaminated** 37:6 115:17 116:4 116:22 117:17 124:19 148:10,20 168:17
**contamination** 7:16 8:17,20 21:21 24:5 25:19 26:3 39:7,14 40:6 40:19 41:13 42:5 42:17 43:3,20 46:13 53:19 83:17 91:8 108:9 149:13 156:10 163:12
**content** 21:9 25:1 64:9,14 65:5,5,15
**contents** 26:10
**context** 38:12 72:14 163:8
**continuation** 184:10
**continue** 125:22 130:20
**continuous** 102:16
**continuum** 120:2
**contradictory** 171:5
**contrary** 10:9 23:5
**contribute** 36:8,21 55:17,20 72:16 104:6 115:3
**contributed** 36:2
**contributes** 103:3
**contributing** 46:16
**contributor** 27:15
**control** 39:13 40:10 42:12,16 45:5 46:8 47:10 50:22 56:3,14 57:4 132:1
**controlled** 48:1 126:17
**controls** 47:2
**conversation** 164:4
**conversion** 60:7 91:21 157:20
**convincing** 126:11
**convincingly** 108:3
**coordination** 43:10 44:2,7 51:7
**correct** 37:4 94:17 113:2 130:5 131:10 136:15 144:16 155:3 162:11 166:17 173:8 183:13
**correction** 166:10 166:11
**correctly** 146:4
**correlation** 88:12
**correspond** 41:15 68:1 86:4 100:6
**correspondence** 108:1
**correspondent** 27:6
**corresponding** 19:18 33:5 67:20
**corresponds** 64:11 67:18
**corrosion** 21:17 22:6
**cosmetics** 14:15 14:16 20:16 21:12
**cost** 179:10 180:3
**costs** 180:7
**counsel** 185:9,12 186:7,10
**count** 116:9
**counter** 43:9
**counteract** 173:10
**counterview** 99:8
**country** 74:13,13 75:7,7
**couple** 32:12 71:2 80:5 131:16
**coupling** 24:15
**course** 18:7 24:7,8 24:14 25:12 26:13 28:22 29:3 30:4 32:14,20 34:5,13 37:7,15 63:8 68:8 71:18 77:18,20 78:13 79:1,12 80:14 82:2 84:3 103:8 114:17 117:6,17 118:6 120:4 123:13 124:20 134:18 138:18 140:17 145:21 153:8 161:6
**courses** 21:16
**covered** 73:7
**coworkers** 11:9
**cpdb** 77:22
**creates** 29:5
**criteria** 48:22 95:19
**critical** 6:17 12:19 37:21 43:15 44:14 46:6 54:9 77:12 92:17 130:10 159:17 160:9,19
**cronin** 87:15,16 135:8,9 169:8
**cross** 169:13
**crucial** 12:14
**crystalline** 153:15
**ctecs** 43:10 59:7,8
**cubic** 23:14,15
**cumulative** 109:6
**cured** 24:9
**curing** 24:20
**current** 6:15 10:7 26:10 27:14 74:13 91:7

**currently** 92:12 139:7
**curve** 15:20 65:3 67:17 102:4,13,22
**curves** 67:5,12,14 69:1
**curvilinear** 96:17
**cut** 10:11
**cutoff** 32:16
**cutting** 10:20 17:15 21:19,20
**cyclic** 91:10 176:5
**cyclopentyl** 40:17
**cyclopentylnitro...** 55:11
**cynomolgus** 118:8 118:19
**cynthia** 186:2,15
**cystine** 36:5
**cytochrome** 12:22 30:19 33:12 36:6

**d**

**d** 4:1
**daily** 26:6 28:20 45:3,4 48:16 50:20 83:12 99:19 108:21 109:7 114:7
**damage** 92:14 103:17,21 104:3 106:4 111:19,21 112:4 160:19 161:16 174:2
**damages** 174:11
**dare** 163:12
**dashed** 67:18 102:6
**data** 16:13 26:9,10 26:12,18 30:22 41:9 44:21 45:16 48:21 49:5,15,16 50:6 57:6,7,12,19 58:14 61:13,15 62:2 63:11,14 68:11 71:15 72:12 73:2,16 74:5 75:19 84:11 85:2 85:4,5 87:8,8,22 88:3,3,8,18 89:1,9 89:12,12 90:5 92:16,21 94:4,7,8 99:22 100:1 101:3 101:4 102:15,17 103:12 105:6,19 106:13,22 116:20 118:2 131:7 136:20,20 137:1 138:6,7 139:16 146:16 147:6,6 148:16,19 149:4 149:17 154:13 155:4 161:1 164:20 165:2 169:19 172:1 173:10 176:7 177:17 178:12 179:4
**database** 36:15,16 37:2 71:11,15 77:22 83:8,10 98:5 129:14 132:9 149:1,2 151:9 177:14 183:14
**date** 74:19 106:11 155:4
**davis** 59:6
**day** 4:3,5 7:6 21:13 28:20 29:12 31:17,17,21 55:6 68:1,5 75:11 83:14 98:7,8,11 98:12 102:11 103:1 109:9 113:8 122:15 124:4 147:13 148:7 150:4 151:6 167:17 168:16 169:4 170:14 180:12,13 184:6,9
**days** 6:19 31:3 59:2 125:8
**dea** 96:21
**deactivate** 113:12
**deal** 46:5 69:14 134:10,17 172:14 175:16 176:2
**dealing** 141:1,17 141:22 177:9,10
**dealkylating** 18:12 19:3
**dear** 20:5
**decelerate** 13:14
**decide** 115:7 116:10 120:14
**decided** 108:8
**decision** 89:19 126:19 130:18 153:9
**decisions** 6:11 46:22 48:8 150:13 154:13
**decompensation** 13:8 152:11
**decomposition** 152:15
**decreased** 66:20
**deemed** 51:16
**default** 36:16 134:8 142:21 143:17 168:6 178:7 180:11
**defendable** 99:13 109:18
**defense** 136:2,5
**defensible** 103:22
**deferred** 78:10
**deficiency** 117:21
**deficient** 117:19
**define** 95:17 97:18 120:1 137:20
**defined** 32:17 36:14 78:15,22
**defining** 98:20
**definite** 32:1
**definitely** 8:13 13:15 26:18 110:20 143:17 168:22
**definition** 98:9
**definitive** 123:4
**degradant** 153:16
**degree** 66:9 132:14
**degrees** 25:10,15
**dehydrogenase** 176:13
**delay** 7:10
**delayed** 157:11
**delegation** 32:2
**deletions** 174:3,8 174:9
**deliberate** 7:8
**demethylase** 108:11 111:1
**demethylating** 19:5 108:12
**demonstrate** 61:9 169:17
**demonstrated** 161:10
**denitrosated** 36:4
**density** 71:15 178:12
**depend** 78:9 84:5 125:6
**dependable** 32:1 72:7
**dependency** 15:21
**dependent** 17:11 30:1 70:4,12 95:15 105:4 110:10
**depending** 44:17 128:21
**depends** 103:18

**depicts** 15:6,7,9
**depleted** 65:2
**depleting** 66:21
**depletion** 115:19 116:1
**derivate** 181:4
**derive** 102:2
**derived** 68:6 98:16 152:17 180:13
**dermal** 21:11
**describe** 55:8
**described** 9:15,19 49:20 53:5 58:6 81:16 96:2 102:13
**describes** 55:2
**design** 84:7
**despite** 40:18 90:20
**destinative** 14:9
**destroy** 34:15
**destroyed** 64:22
**detail** 23:9 44:10 55:8 91:1 137:4
**detailed** 11:9 54:19
**details** 11:10
**detect** 39:10 84:7 174:1,2,8,9,10 175:7
**detected** 41:4,14 74:9 131:1 133:12 181:17
**detecting** 129:8
**detection** 6:5 48:7
**determinant** 181:3
**determinants** 69:4
**determination** 14:7
**determine** 41:21 48:3 52:5 60:17 62:3 80:17 92:14 93:2 96:3 101:11 106:11 114:9 118:16 120:11 130:10 135:21 159:5
**determined** 14:8 21:8 60:10
**determines** 16:3
**determining** 53:16 160:5
**detoxification** 19:15
**develop** 37:8 39:18 44:22 45:18 58:13 77:19 162:18 170:11
**developed** 24:12 31:20 50:11 56:10 97:2 165:22 166:1
**developing** 45:22 114:22
**development** 39:9 44:15 55:22 114:20
**develops** 168:20
**diabetes** 42:22 50:17
**diagrams** 115:20
**diazonium** 13:2 18:1 82:10
**dibutylnitrosami...** 183:1
**diet** 37:3 61:22
**dietary** 26:6 29:11 114:5 134:2
**diethanolamine** 174:17
**diethyl** 86:10 181:8
**diethylnitrosami...** 11:11,22 109:12 118:9,12 119:7 146:6 162:8 171:17 175:22 176:8
**difference** 73:14 84:22 168:4 177:6
**differences** 75:7 85:11,11,12 137:2 137:6
**different** 13:4 19:6 47:6 67:6 77:6,9 87:10 89:10 97:1 102:8 107:7 111:16 121:9 122:21 125:12 134:14 142:8,9 153:19 157:5,12,17 162:14,15 166:1 166:15 167:4 174:4,5,6 179:2 181:7,9
**differing** 34:4 65:6
**differs** 73:15
**difficult** 30:17,21 77:11 97:16 114:17 120:14
**difficulty** 30:21 119:15
**digestion** 158:9
**digital** 185:6 186:3
**dimethyl** 11:10,22 34:20 171:17 181:8
**dimethylamine** 16:7 61:21 160:5 164:7
**dimethylamino** 152:8
**dimethylbiguani...** 34:8
**dimethylforma...** 34:13
**dimethylhydrazi...** 123:10
**dimethylnitrosa...** 9:19,20 10:15,18 22:18 24:5 33:18 34:7,17 35:3,15 61:13,14,21 62:5 62:15 65:7 70:22 91:2 93:1,8 121:5 144:9,14 146:7 152:3,10 156:9 157:3 160:4,22 164:12 165:3 181:7 182:16
**dimethylnitrosa...** 182:22
**dimethylnitrosm...** 14:9
**dimethylsulfate** 93:11
**diminished** 109:6
**dinitrosopiperaz...** 23:5
**dinovi** 2:11 75:2,3 133:20,21 150:1,3
**diploid** 64:13
**direct** 13:5,7 25:2 25:9 76:4 88:12
**directly** 16:12 17:12,17,22 25:9 93:4 110:16 161:9 173:1,1
**director** 43:4
**directors** 38:5
**disappear** 167:13
**discontinuity** 6:8
**discovering** 8:17
**discovery** 9:12 76:17
**discretion** 45:11
**discuss** 6:18 7:7 43:13,17,18 54:7 54:13 56:17 75:15 77:12 136:20
**discussed** 6:22 78:4 99:15 112:17

148:2,7 154:14 159:8,9 167:5 168:15 182:1
**discussing** 64:16 108:13 147:13 163:9 183:5
**discussion** 4:11 7:5 38:11 51:22 59:2 60:22 64:17 72:17 81:9 96:6 100:19 113:16 115:12 119:20 132:5 138:18 159:7 171:4 172:21 177:3
**discussions** 4:15 4:18 7:1 72:19 184:8
**diseases** 42:22
**dismissed** 95:10
**dissertation** 175:17
**distance** 80:13
**distinguish** 75:18
**distributed** 158:13
**distribution** 60:19 70:2,6 89:18
**distributions** 150:9
**distributors** 54:7
**district** 185:18
**disulfides** 22:16
**division** 5:18
**dmn** 175:22
**dmna** 74:7
**dna** 10:19 13:3,4 18:3 19:12 63:6,7 63:14,19,21 64:10 65:8,17,18 67:6 67:15 68:20 86:21 88:18 90:16 92:10 92:14 93:8,13,17 96:9,20 103:20 104:3 106:4,13,14 108:20 109:11 110:2,12 111:9,15 111:21 115:13 133:17 142:1 143:4,10 159:4,11 159:13 160:3,6,19 161:1,16,16,22 162:18 163:20,22 174:1,2,2,10 176:19
**dnn** 93:2
**document** 151:22
**doing** 78:1 131:13 140:5 174:21 175:14
**dorsam** 59:5
**dosage** 12:9 107:5 108:21 110:20,21 111:2 112:14 120:4
**dosages** 16:15 103:6 112:9
**dose** 11:4,9 28:11 45:3,4 48:11,16 50:20 65:3 67:2 67:16 69:1 77:7 80:6,7,9 81:17 83:4,21 87:7,12 94:11,12 95:15,19 96:17,18,19,22 98:3,5,6,10,14,19 98:22 99:5 100:3 100:22 101:1,7,11 102:4,7,10,12,19 102:21 103:5,6,13 103:17,22 104:1,5 104:9,10,11 105:2 107:19,20 108:8 108:13,19 109:2,6 109:7,8,12,13,14 109:18,19 110:4,9 110:10,16,17,18 111:11 112:9,12 118:9,10,13,20,20 118:21,22 119:8 119:10,18,22 124:9,21 128:10 177:7,10,12 178:7
**dosed** 61:4
**doses** 53:2,2 65:7 66:18 83:13 96:19 100:4,5 102:21 105:8,8 106:1 115:14,21 116:21 118:12,14 128:6 177:9
**dosimetric** 94:8
**dosing** 48:12 49:1 49:2 100:4 105:12 105:12 106:4 118:18
**dozen** 66:3 93:6
**dr** 1:6 2:3,4,5,6,7 2:8,9,10,11,12,13 3:3,4,5 5:13,15 7:15 8:2,3,4 9:22 38:20 43:4 48:14 59:14,14,15 60:11 60:21 61:1 62:8,8 62:10,11,12 68:9 68:14 69:8,9,10 69:20 70:14,14 71:1 72:3,9,9,11 73:4,4,6,21,22 74:1,1,2,3,6,20 75:1,1,3,14 77:14 77:15,15 81:5,6 84:18,18,20 85:18 85:18,19 87:4,4,5 87:6,15,15,16 90:11,12,13 92:2 92:8,19,20 93:4 94:11,13,17,20,21 95:12 97:13,14 100:20,20,21 101:12,17,20,20 101:21 104:22,22 105:1 107:12,12 107:14 109:22 111:4,5,6,7 112:5 112:15 113:3,14 114:16 115:9,10 115:11 116:12,13 116:15,16,17,18 117:4,6,7 118:4,6 118:7 119:12,12 119:14 120:8 121:1,1,21 122:6 122:8,12 123:5,7 123:15 124:13 125:2,3,4,5,16,21 127:13,20,21 128:1,1,2,16 129:3,11,13 130:2 130:2,3 131:5,10 131:12,22 132:6,7 132:17 133:2,20 133:21 135:8,8,9 140:14,14,15 141:18,18,20 142:1,19,19,20 143:14,14,15,20 143:20,21 145:1,1 145:3,3,9,9,11,12 145:12,14 146:12 146:12,13,20,20 148:12,14,15 149:18 150:1,3,5 150:15 151:9,17 151:19,20 152:21 152:21 153:1 154:4,22,22 155:2 156:2,4,5,12 157:14,16 158:6 158:11 159:1,11 160:8,11,18 161:4 161:5,6,7,18 162:22 163:7,15 163:19 164:9,10 164:17,22 165:12 166:9,14 167:6,8

168:1,2,3 169:6,8 170:4,13,22 171:2 171:6,11 172:13 173:3,8,9,19,22 174:12,13 175:9 176:6,8,21 177:5 177:21 178:1,3,5 178:8,15,22 179:11 180:8,18 181:16,21 182:4 182:14,20,21 183:3,4,13,18,21 184:3
**draw** 69:16
**drawing** 180:19
**dried** 25:7
**drinking** 67:16
**drs** 59:5 69:10
**drug** 1:11 5:19 8:17 37:16 38:7 39:6,15,20 40:6 40:12,14 41:7,15 41:18 42:12 43:14 45:7,8,9 47:17 48:1 51:1,11,12 51:16 52:3,8 53:14,20 55:22 56:8 57:3,5,14 59:9 71:8 78:5 83:16 91:8 96:4 108:9 116:4 124:1 124:2 133:7,13,13 133:16,16 143:6 143:11 147:2 148:6 152:11 153:2,8,10,15,22 155:20,22 157:12 157:20 158:13 169:2 182:8
**drugs** 1:1,12 4:4 6:2 7:17 27:11 37:6 38:7 39:22 40:3,7,8,9 42:19 42:20 44:19,19 49:8,10,10 50:19 52:2,3 53:13 55:21 59:9,9 67:11 71:12 82:7 93:12 112:21 115:17 116:22 117:17 120:6 124:19 125:11 141:4 142:6 147:19,21 148:10 148:20 149:14 150:16,16 151:15 155:16 157:17 158:8,9,15 159:20 163:9 164:8,15 165:3 166:2 168:18
**drying** 25:2
**due** 147:16
**dulthai** 108:19
**duration** 52:18 53:15 95:15 97:5 101:10 110:10
**durations** 77:6

**e**

**e** 2:1,1 3:1 4:1,1 155:17
**e.g.** 171:8
**earlier** 7:20 9:13 31:12 68:9 73:7 76:17 81:16 84:4 96:20 99:12 106:3 140:8 165:19
**early** 27:3 31:3 32:8 76:20 115:4 121:22
**easily** 16:5 19:3 25:22 34:22 35:21 67:7 122:16 156:19
**easy** 13:12 104:10
**eat** 112:19
**echo** 87:6
**edition** 22:3
**effect** 36:10 40:8 80:9 96:15 103:13 104:10 118:3 134:16
**effective** 21:8 26:3 39:18 57:14 95:18 165:18
**effectively** 10:19
**effects** 70:7 111:1 134:9,9 146:10 170:12
**efferent** 145:19
**efficacy** 168:5
**efficiency** 133:17
**efficient** 66:7 93:16 150:12
**efficiently** 25:19 174:15
**effort** 43:16 56:15
**efforts** 70:10 88:6 152:17 163:11
**efsa** 29:12 80:4,20 139:10
**eisenbrand** 2:3 3:4 7:11 8:2,3 38:20 59:15 60:12 62:12 68:9 69:11 70:15,17 74:2,3 74:20 77:14,15 107:13,14 112:5 113:3 121:21 145:10,11,14 148:12,15 151:9 154:4 156:2,5 158:11 160:8 168:1,3 176:6 178:8 180:18
**eisenbrand's** 48:14 68:14 88:4
**either** 13:2 17:12 36:16,18 83:21 86:17 87:12 141:14 147:6,16 177:21
**elaborate** 159:6
**electrophiles** 18:2
**elements** 12:5 26:2 37:22
**eliminated** 35:17 56:2
**elimination** 60:6 70:11
**elucidated** 34:10
**elucidating** 27:16
**ema** 167:15
**emergencies** 50:20
**emergency** 43:9
**emphasize** 74:19 93:17 117:20
**emphasizes** 171:22
**employed** 185:9 185:12 186:8,11
**employee** 185:11 186:10
**enable** 139:1
**encompassed** 42:20
**encourage** 131:15
**ended** 21:10
**endogenous** 9:6 26:21,22 27:20 28:21 29:22 30:5 30:9 31:15 32:5 36:19 37:8,10 57:2 60:4 61:2,9 61:20 62:3,17 63:3 66:5 68:7 69:5,13 70:21 71:5 72:1 74:4,7 74:11,17,21 75:5 75:12,18 78:7 94:3 147:15 148:8 149:2,16 154:5 155:5 159:17,18 164:5

**endogenously** 33:3 56:22 60:15 72:13 94:1 96:7 99:3,7,9
**endpoint** 174:5 179:12,14
**endpoints** 138:1 174:5
**energy** 24:13
**engage** 43:18 44:5 44:8
**engaged** 42:13 54:12
**engagement** 45:18
**engaging** 4:14
**enhanced** 35:2
**enormous** 165:5
**ensure** 56:7
**environment** 17:17 39:1 60:13 112:18
**environmental** 64:7 117:16
**environmentally** 65:22
**envision** 159:21 160:2
**enzymatic** 158:4
**enzyme** 69:20 79:19 111:10,18 111:22 112:2,3,13 116:8 142:2,3,9
**enzymes** 12:22 29:1 110:2 111:9 111:16,20 113:11 114:20
**epa** 114:7
**epilation** 79:16
**equally** 22:21,21 49:11
**equivalent** 86:12 104:11 134:16 144:14,21
**equivocal** 172:11
**errol** 2:6
**error** 144:16
**especially** 8:14 11:10 35:13 69:20 70:22 91:6 99:20 100:13 107:18 108:11 112:7
**essence** 98:19
**essential** 130:9
**essentially** 144:14 163:1
**establish** 41:10 47:4 49:13,18
**established** 25:17
**establishing** 49:7
**estimate** 21:10 62:13 66:14 114:3 177:8,11
**estimated** 26:6 83:9
**estimates** 30:5 37:9 62:19 63:1 84:2,4
**ethanol** 33:11 69:21
**ethically** 99:13
**ethyl** 142:12
**europe** 90:7
**european** 29:12 80:4 83:20 97:22 139:9 152:1
**evaluate** 163:11
**evaluated** 9:7 11:8 146:1 178:13
**evaluation** 5:19 38:7 51:4 84:9 125:14 181:6
**evening** 5:16
**event** 12:19
**events** 42:2
**eventually** 91:19
**everybody** 4:2 5:9 5:13 95:5 123:16 146:22 184:13
**evidence** 19:21,22 89:10 102:13 103:7,13 104:16 108:16 135:22 140:6 161:9 169:11,12,21
**evolved** 42:10
**exactly** 154:9 164:17,20
**example** 20:17 22:13,19 23:7 25:6 33:15 46:15 50:20 52:8 61:21 62:5 86:9 96:22 97:7,22 98:18 99:12 105:6 114:5 123:2 170:6 171:14,15 182:16
**examples** 16:6 23:2 154:15 170:8 183:19
**exceed** 100:7
**exceedance** 104:20
**exceeded** 65:12
**exceeding** 55:5 125:1
**excellent** 38:20 88:21 145:4
**exception** 14:17
**exceptions** 18:13 129:17
**excessively** 154:2
**excipients** 46:15 55:18 151:2
**excision** 142:12,13
**exciting** 59:13
**exclusively** 70:22
**excreted** 19:17 20:7 30:13 35:3 60:21 62:21
**excretion** 30:7 33:4 35:14 61:16 70:3,7
**exemplifies** 8:20
**exercise** 110:19
**exhaustion** 115:18
**existing** 76:12 84:15
**exists** 169:12
**exogenous** 23:20 37:2 75:18 99:1,6 99:10 148:8,16 149:1,15
**exogenously** 60:14 71:22 96:8 147:17
**expect** 61:20 65:9 112:13 113:10 121:22
**expectable** 108:8
**expectancies** 97:1
**expectations** 44:16 47:5 54:21
**expected** 24:10
**expense** 179:22
**expensive** 123:13 173:5 179:19,22 180:2,4
**experience** 8:8 70:9 127:11 140:16,19 141:12
**experienced** 120:5
**experiment** 115:22 118:7,15
**experimental** 12:11 65:6 66:4 69:22 72:21,22 93:14 99:21 135:20 161:9
**experimentally** 60:10 98:16
**experimentation** 82:3
**experiments** 11:16 27:3 109:20 112:7 159:21

**expert** 76:22 82:2 82:12 83:4 91:20
**expertise** 127:1 134:2
**experts** 7:7 43:12 44:13,18 45:1,10 49:8,9 52:2 58:19 59:3 123:21
**explain** 64:14
**explore** 37:21
**explored** 8:11,12
**exponent** 109:14
**exposed** 20:1,8,10 20:11 60:13 66:5 71:21 93:9,22 96:7 97:11 115:14 128:9 147:17,19
**exposure** 14:4 17:14 20:2,4,9,19 21:11,11,15 23:20 23:21 26:12,15,18 30:2,14 31:15 36:18,19 37:1,3,6 37:8,10 42:9 45:16 47:12,15 51:6 52:22 55:5 57:1,3,13 59:18 60:2,17 62:6 63:12 64:7 66:1 66:10,14 67:12,20 67:22 70:21 71:6 71:8,11,12 72:1 73:18 75:6 77:6 78:5,5,7 80:5,14 80:15,15,16,16,17 80:18,22 81:18 92:15 93:7 95:16 97:9,17 98:2,9 99:1,5 102:12 103:4 104:1,3 105:9 112:16 113:7 115:20 119:22 123:22 124:5,9,16,17,19 125:1 128:14 134:2,10 135:6 141:12 146:9 148:8,17 149:15 149:16 158:7 160:10 162:1,4,19 162:19,20 163:6 168:17,17
**exposures** 68:4,6 70:5 94:8 99:10 100:14 115:4,15 117:16 134:18,19
**express** 119:17
**expressed** 67:3 102:9 119:18 146:15
**expressing** 65:4
**expression** 118:1
**extended** 109:4
**extensive** 11:5 63:18 179:4
**extent** 10:1 14:1 17:22 19:16 84:8 90:17 121:11 122:12
**external** 68:6
**extrapolate** 63:11 88:22 97:5 138:8 140:7 177:8
**extrapolated** 92:22 98:6,10
**extrapolating** 67:22 101:3 180:9
**extrapolation** 83:21 105:11,11 106:20 168:7
**extremely** 33:7,17 149:22

**f**

**face** 27:13 126:6
**faced** 9:1 17:13 48:2
**facet** 53:19
**facilitate** 51:2
**fact** 9:5 53:6 63:5 69:16 101:18 103:21 134:22 144:9 152:6 161:14 162:10 163:8 168:9
**factor** 24:2 49:6 53:18 67:7 103:2 115:8 116:9 141:22 143:7 170:5 180:11
**factors** 15:9 55:16 55:19,21 84:6,9 103:18 104:6 113:19,22 114:1,9 134:16 170:16,20 182:11
**fading** 119:15
**fail** 106:18
**fair** 160:11
**fairly** 67:18 82:21 121:15 122:16 126:2 134:20,20 144:9 149:21 151:12 152:7 170:18
**fall** 91:19 126:16 129:17
**falling** 83:18
**fallouts** 88:9
**falls** 22:22 99:2
**false** 150:14
**familiar** 34:6 129:7
**familiarity** 182:5
**fan** 105:3
**far** 4:13 62:5 65:14 66:6 82:19 82:20 96:6 103:20 113:15 117:9,20 121:18 125:1 129:19 133:22 142:18 176:9 183:21
**fast** 60:20 167:10
**fatty** 181:2
**favor** 107:16
**favored** 15:15
**fda** 1:11 5:11 7:19 38:13,18 39:7 40:13 42:3,5,11 43:2,12 44:6 45:20,21 50:10 51:17 53:20,22 54:3,8 56:5 58:7 82:22 89:3 101:11 114:2 132:3,7 152:20 154:7 163:16 164:18 165:22 166:4 171:19 181:22
**fda's** 55:12
**fear** 108:10
**feasibility** 83:6
**feasible** 76:10 124:22
**feature** 4:13,17,21 5:5 12:8
**features** 4:15
**feeling** 84:21
**field** 6:14 8:8 9:4 16:17,21
**final** 155:19,21
**finally** 19:13 21:10 24:12 27:14 45:17 54:11 149:12 176:19 181:3,10
**financially** 185:13 186:11
**find** 11:16 64:2 89:20 131:8 173:6
**finding** 165:6 166:4
**findings** 152:2
**fine** 101:9

**finished** 40:6 152:11
**firing** 25:2,9,15
**firmly** 87:16
**firms** 56:4,5
**first** 7:11 9:14 15:10 17:5 20:17 23:22 27:3 28:18 35:20 37:1 39:6 41:1 43:2 53:22 54:19 60:2 68:14 69:10 79:2 85:13 85:21,21 92:5 113:20 119:17 120:11,11 130:6 130:11 131:5 136:7 146:3 148:12,17 149:1 157:8,10 158:16 161:17 165:4 176:11 184:6
**fish** 112:20 163:21
**fishmeal** 24:1
**fit** 139:3
**five** 86:7 117:12 147:2,4 148:5 184:5
**flavonoids** 18:20
**flexibility** 51:17 51:19 53:11
**fluids** 17:15 21:20
**fnds** 163:18 182:2
**focus** 59:19 144:6
**fold** 124:3
**follow** 120:20 122:9 127:4 167:9 178:19 179:1
**followed** 7:14
**following** 116:4 165:2
**followup** 120:21 123:12 127:9,14 127:15 130:14,14 132:14
**food** 1:11 23:20 24:22 25:5 26:10 26:13 29:12 36:18 38:22 56:21 71:11 74:12,12,18,21 75:6 78:6 80:4 112:18 113:5,7 114:4 134:3,5 139:9 149:15 150:7
**foods** 24:8,9,18 25:1 112:19 114:2 114:10 124:16 147:17 149:20,20 149:21 151:11 158:8 168:14
**force** 5:21 38:9 43:5,8 44:5 59:7
**foregoing** 185:3 186:4
**foresaw** 43:6
**forget** 178:10
**form** 17:18 18:1,2 18:11 25:13 34:16 85:8 86:11 153:16 153:19 154:1 165:16
**formaldehyde** 17:10 18:15
**formally** 11:8
**formation** 9:6 15:5,12,14 24:10 25:3 26:21 27:1,7 27:16,20 30:5 31:4,4,5,9 32:20 33:18 34:6,10 35:8,11 37:11,13 39:12 41:3 46:7 46:16 51:21 55:17 55:20 56:7 60:5 61:2,8,10,16,20 62:4,14,17 63:3 69:5,14 71:5 74:5 74:7,11,17,21 75:19 79:20 92:10 92:15 102:17 147:15 148:8 149:2,9 154:5 155:5 156:14,17 156:21 157:4 158:5 159:16,17 159:18 160:3,6 164:2,6 166:12
**formed** 46:9 56:22 60:6,14 76:5 147:16 155:12 166:17,20,21
**former** 77:22
**forming** 85:9 152:10 153:3 155:13,14
**forms** 153:14,15
**formulated** 155:10
**formulation** 46:15 55:18 153:13 155:20,21 157:1
**formulations** 153:22 155:16
**forth** 70:3
**forward** 59:1,13 82:22 140:3
**found** 12:3 20:18 23:18 25:3 29:8 62:18 65:20 67:2 67:8 74:18 118:11 120:3 146:8 151:20 156:8 165:3,5 176:14 179:18
**foundational** 6:15
**four** 86:6
**fraction** 62:21
**fraught** 154:15
**frequency** 49:2
**frequently** 64:16
**freund** 9:14
**front** 183:9
**fruit** 8:6
**fruits** 114:8
**full** 139:14 144:6
**function** 29:4 103:16
**furan** 34:20
**further** 7:10 29:3 44:10 56:17 60:1 75:12 78:2 80:3 86:20 87:13 99:15 130:15 133:3 152:14 162:2 185:11 186:9
**future** 89:6

**g**

**g** 4:1
**gap** 58:18
**gaps** 8:13 36:22
**gastric** 16:19 27:5 27:7
**gastrointestinal** 27:22 28:4 157:11 158:17
**gathered** 6:12
**gdl** 129:5
**gene** 106:5 120:21 122:16 173:18 174:7
**general** 9:1 47:21 59:20 64:6 98:18 100:5 123:17 125:15 140:20 161:13,17 172:9
**generalization** 182:19 184:2
**generalize** 163:13
**generally** 62:11 85:22 86:8 98:17 98:21 105:9 142:20,22 155:2
**generate** 8:19 22:17 72:15 93:20 105:5

**generated** 29:5 72:13 90:17 94:1 99:3,7,9 116:4,6 140:17
**generates** 28:9
**generating** 29:22 73:2
**generation** 158:20
**generator** 93:16
**generic** 38:6 39:22 40:7,9 44:19 49:8 52:2 59:9 136:6
**generics** 49:10
**genotoxic** 98:17 98:18 100:14 119:19
**gerhard** 2:3 3:4 7:11 183:15
**german** 10:13 11:3 146:2
**germany** 22:4
**germination** 25:7
**getting** 17:4 74:8 111:13 122:15 137:3,5 138:14
**gi** 154:5
**give** 7:12 22:9 29:10 63:12 66:15 89:13 93:12 106:19 107:6 110:3 128:6,12 158:12
**given** 27:4 28:11 37:19 43:11 61:12 81:18 89:8 99:21 100:3,5 144:8 170:10
**gives** 63:6
**giving** 16:15 22:7 66:7 91:16 118:12 160:4
**glands** 28:5 157:7
**global** 44:9
**globally** 39:8
**glp** 120:16
**glucuronide** 19:18
**glutathione** 36:4,4
**glycine** 94:2
**gmp** 150:16
**go** 4:5,6 17:12 23:8 28:3 30:7,15 41:20 44:10 62:8 67:12 74:20 78:2 78:10,13 79:17 81:3 86:19 91:5 92:3,6 106:14,16 111:2 115:21 120:9 126:1 130:21 146:14 150:13 158:2,16 159:3 161:21 162:2 169:1,11,18 172:5 173:7 177:1
**goal** 56:7
**goals** 89:4
**goes** 13:18 51:7 93:19 109:16 164:4
**going** 15:13 19:5 35:11 72:15,17,21 75:6 77:16 79:19 81:19 82:22 86:20 87:20,22 89:5 95:3 99:15 106:5 110:10 122:4 135:3,10,12 136:3 136:20 141:17 142:7,8,14,16 143:16 147:12 157:18 161:1 167:11 173:1 183:7
**gold** 36:15 77:22
**good** 5:15,16,16 14:20 22:16 38:4 61:15 62:1 71:15 72:13 73:21 79:17 79:22 80:19,20 81:3 82:20 85:9 85:10 106:3 123:12 129:8,11 132:19 137:3,5 154:13 157:1 159:12 161:4 162:1 169:5 173:19 181:5 183:19 184:3
**grace** 186:2,15
**gradual** 96:16
**gramine** 25:21
**gray** 1:21 185:2 185:16
**great** 69:14 70:5 110:22 172:14
**greater** 40:8 47:10 62:5 98:7,12
**green** 16:17,17 23:1 34:2
**grips** 37:7
**ground** 132:21
**group** 10:13,17 11:8 12:21 13:9 19:15,19 28:19 34:20 36:1,14 43:10 47:9 48:12 49:1 78:11 108:19 118:20 119:6 127:8 130:6 136:18 137:1 142:12 152:9 153:12 166:10 176:17
**grouping** 139:16 139:21
**groupings** 140:10
**groups** 14:22 15:1 36:5,6 44:6 78:17 139:9 140:12 176:17 177:12
**guanine** 31:19 64:12
**guess** 62:14,17 91:15 132:11 135:22 154:2,6 157:16 163:19 164:4 179:19 182:4,6
**guessing** 179:8
**guidance** 42:11 48:5 50:10 54:17 54:19 55:8 96:3 99:20 114:13 128:20 151:22
**guide** 91:14
**guidelines** 151:1
**gut** 157:6
**guttenplan** 2:5 84:19,20 87:6 127:21 128:1,2 129:3 130:3 141:19,20 164:10 166:9 167:6 173:3 174:13 176:8 182:21 183:18

**h**

**h** 2:10
**h2** 35:19
**habits** 112:18 114:5
**half** 77:7 82:9
**halfway** 30:18
**halogenides** 18:16
**hampered** 24:11
**hampshire** 1:14
**hamster** 121:11 121:16 126:9 127:5,17 172:6
**hamsters** 73:16
**hand** 16:11,12 19:13 22:13,19 104:4,12 125:9 179:21
**handle** 133:18
**happen** 17:18 44:11 164:4

**happened** 42:9
**happening** 44:3 45:20 154:7 169:1
**happens** 71:7,19 102:22 103:8 112:8 168:12
**hard** 115:6
**harmonize** 54:14 56:15
**harmonized** 43:19 58:21
**hazard** 144:16
**hazardous** 22:2
**hazards** 83:16
**head** 38:10 58:3 166:12
**heading** 60:2
**headings** 59:17
**headspace** 165:14 166:22 167:3
**health** 1:1 9:8 50:19 144:13
**hear** 5:13
**heard** 38:20 48:13 59:21 60:11 75:4 76:6 78:16 86:9 135:16 169:10 182:6
**hearing** 184:4
**heartburn** 50:17
**heat** 166:2
**heating** 25:16,17
**heavy** 83:4
**hecht** 2:9 20:5 60:21 61:1 62:11 69:11 92:8,8 94:13,17 129:13 130:3 131:5 132:8 132:17 143:14,15 159:11 160:18 161:18 182:14,22 183:13
**hello** 4:2
**help** 24:21 46:8 74:16 86:12
**helped** 12:4
**helpful** 74:2 168:8
**helping** 91:15
**hemoglobin** 36:6
**hepatic** 10:5
**hepatitis** 9:17
**hepatocarcinoge...** 10:3
**hepatocellular** 119:9
**hepatotoxic** 24:2
**hereto** 185:13 186:11
**high** 11:18 16:4,17 21:21 24:5 31:15 32:10,14 35:15 53:7 56:8 57:14 66:18 83:15,19 88:5 92:13 95:17 97:18 98:2,6 100:3 105:22 112:3,8 120:1 137:13,17 150:8 159:14,18 161:22 165:10,14 167:2 169:17 183:16
**higher** 65:14,16 68:5,12 74:8 83:15 86:10 100:2 104:1,10,18 111:2 115:3,14 117:14 120:5 124:18 126:17 156:12 168:18,18 169:11 169:18 171:17 172:6 180:14,15 182:17
**highest** 65:17 117:11 118:20 140:1
**highlight** 38:14 44:12 139:6
**highly** 14:11 39:10 46:17 105:4 156:13 183:17
**hindrance** 58:1 183:7
**histopathologic** 84:8
**history** 8:8 9:12 55:22
**hockey** 102:5
**homogenate** 121:7 175:12
**homogenates** 86:18
**hope** 72:20
**hopefully** 164:19
**horizontal** 67:18
**host** 5:5 174:22 175:2,3,15,17 176:4
**hosted** 55:7
**hours** 77:8
**house** 4:6
**hrudley** 26:8 68:10
**huge** 131:6
**human** 9:5,16 12:16 14:4 20:2 32:19 35:1 37:10 39:4 63:8,21 65:15,17,20 66:9 66:12 67:22 73:18 73:18 80:14,15,15 83:16 84:22 85:4 85:7 86:15,16 87:8 89:1 93:7 94:8 98:3,9 105:9 117:8,9,20 127:15 128:14 164:15
**humans** 19:20 20:1 28:20 30:10 32:20 35:12 60:5 63:15 66:5 67:10 67:19 69:2 73:12 85:10 87:14 92:10 92:16 93:9 96:7 96:10 103:10 110:3 121:18 164:14
**hundred** 43:11 65:19
**hundreds** 63:2 68:4
**hurt** 122:14
**hydrocarbon** 172:10
**hydrocarbons** 10:10 179:17
**hydroxy** 12:21
**hydroxylation** 12:19 13:11 82:8 176:15,18
**hyperlink** 54:2,18
**hypertension** 50:17
**hypothetical** 98:22

**i**

**ich** 48:4 49:20 99:20 126:16 170:17,17
**idea** 64:2 73:17 81:3 125:7 131:20 181:5
**ideal** 96:11
**identification** 24:16 57:7 139:15
**identified** 7:17 24:3,4 40:4,10,14 40:18 44:18 46:12 50:1 55:11,16 82:6 90:3 96:14
**identify** 39:13 42:15 44:20,22 45:2 46:6,18,20 48:10 50:3 57:18 58:17,21 119:22 144:7

**identifying** 57:10
**ignore** 99:8
**ignored** 83:16
**ii** 40:2 42:19
**imidazole** 36:7
**immediately** 172:5
**immunochemical** 68:16,17
**impact** 43:6,7 55:21 57:3 116:8
**impacted** 41:12 42:4 45:8 49:11 50:15
**impacts** 58:1
**imperative** 60:15
**implications** 173:17
**imply** 171:11
**importance** 17:8 163:13
**important** 15:9,10 19:1 20:2 26:11 27:13,15,17 31:2 31:22 32:3 34:22 35:13 37:2,13,14 51:5 56:20 57:18 58:13 59:19 63:19 64:1 69:3 70:19 71:7 72:8 74:4 75:17 77:11,16 78:20 79:6 82:9 82:11 107:3 109:15 126:2,18 130:9 131:4 141:21 149:5 150:20 160:21 161:8,15 162:9,14 162:21
**imprecise** 84:5 131:20
**impression** 113:4
**improve** 82:4
**improved** 57:10 72:12,12
**improvements** 85:15
**impurities** 1:1 4:4 6:2 46:16 52:18 56:11 57:11,22 58:15 59:20 114:8 132:12 150:17 151:2 167:19
**impurity** 126:14 126:15,15,17,22 130:20 147:2 150:21,21,22 178:17
**inadequate** 123:18
**incidence** 23:22
**incident** 6:8 7:16 38:13 39:7,14 42:3,10,17 43:6 44:4,8
**include** 137:16
**included** 40:15
**including** 13:4 42:20 57:2 82:13 158:8
**incompetent** 86:17
**incorporate** 83:2 89:9,10
**incorporated** 84:15 113:19
**increase** 47:12 103:1 104:9 124:6 152:4,12 153:6 170:2
**increased** 136:1 155:4
**increases** 84:7
**increasing** 9:2 56:10 121:7
**increasingly** 57:9
**incredible** 27:12
**incredibly** 31:15
**incremental** 99:11 99:14
**independent** 96:21
**index** 102:10
**indicate** 38:17 149:20
**indicated** 57:15 93:5 96:4 128:21 143:12 147:15 148:11 151:8
**indicating** 147:20
**indication** 142:22
**indications** 45:6 114:12
**indicator** 30:9
**indicators** 106:4
**indirect** 25:15,17
**indiscernible** 27:6
**individual** 23:17 70:13 114:22
**individually** 141:4
**induce** 12:9 17:3 77:6
**induced** 12:15 103:1 111:22 122:18
**induces** 27:5
**inducible** 111:20 112:3
**induction** 101:7 102:4,7 109:20
**industrial** 9:21 17:17 21:18 66:4
**industry** 6:6 17:15 22:15 39:17 51:18 54:3 55:8 58:19
**infants** 170:8
**infections** 29:9 33:2 158:19
**infectious** 42:22
**infectives** 40:18
**inflammation** 158:19
**inflammatory** 29:9
**influence** 113:11
**influenced** 30:2
**inform** 6:14 46:8 46:22 54:3,6 57:20
**informatics** 57:19
**information** 7:20 17:5 32:19 43:21 46:2 48:15 54:1,3 54:20 58:18 59:16 60:9 66:22 70:21 72:16 86:14,18,19 87:1 99:4 106:8 114:19 137:10 140:10 153:9 169:14,19 177:7 177:15 181:6
**informed** 48:5
**informing** 48:8 51:7
**informs** 45:8
**ingestion** 158:22
**ingredient** 152:16
**ingredients** 40:5 114:4
**inhaled** 23:13
**inhibit** 13:14 15:2 33:12 78:15 157:3
**inhibited** 31:10
**inhibition** 69:18
**inhibitor** 21:17 22:6
**inhibitors** 18:20 22:7
**initially** 121:5
**injected** 175:3
**input** 28:22
**inquiries** 45:13,14 54:10

**insensitive** 175:19
**insofar** 83:16
**inspections** 45:10
**instance** 16:8 17:9 17:14 18:1,4,17 18:19 20:10 21:20 22:14 23:12 26:17 28:2 30:16 31:8 53:3 79:3,7 88:4 88:17 89:7,20 94:2 137:13 139:21 157:5 176:10
**instances** 88:17
**instituted** 51:21
**instruments** 35:5 35:6
**insufficient** 20:22 24:12 171:7,10
**intact** 175:13
**intake** 26:6 40:15 41:10,16 42:6 44:20 46:21 48:5 48:10,16 49:7,13 49:19,22 50:4,22 52:6,10 53:5,16 55:12 57:9 58:17 71:13 76:10 83:6 86:22 89:20,21 93:1 96:3 99:19 100:8 102:3 104:18 116:4,22 124:4 141:5,10 148:9 151:12 153:7 167:21
**intakes** 47:1 50:2 50:11 51:15,18 53:7,10 54:22 78:12 83:17
**integrated** 104:2
**intensely** 20:6
**intensive** 82:21
**interact** 17:17 18:16 25:13
**interacting** 18:3 25:22
**interaction** 12:14 15:13 17:10 18:9 21:18 27:1,11 174:1
**interactions** 16:14 37:17 44:11,12
**interacts** 19:12
**interconvertible** 29:17
**interest** 50:5,9
**interested** 59:21 132:5 154:11 185:13 186:12
**interesting** 23:21 87:21 109:1 155:20
**interim** 51:15,18 52:5,9 53:10,16
**interject** 73:9
**intermediate** 13:1 93:20 94:5
**intermediates** 46:11
**internally** 147:16
**international** 39:17 42:14 43:18 44:8 58:20
**internationally** 6:13 54:13 168:16
**interpretation** 148:18
**interrelationship** 28:17 29:13
**interval** 96:19
**intervening** 108:7
**intoxication** 9:13 9:16,22 10:1
**intrigued** 88:11,19
**introduce** 154:20
**introduced** 8:19 12:21
**introducing** 46:13
**introduction** 38:21
**investigate** 39:11 88:8
**investigated** 11:21 12:18 19:11 20:5 32:13 107:9 176:10
**investigation** 11:5 41:6
**investigations** 44:14 46:6 55:16
**investigators** 74:15
**involved** 19:7 45:6 45:10 88:14 175:16
**involving** 162:3
**iodide** 93:11
**ion** 13:2 19:17 82:10,11
**ionic** 78:18
**ionizable** 14:22
**ionization** 14:20
**ionized** 36:8
**ions** 18:1
**irc** 19:19
**irene** 1:21 185:2 185:16
**irrespective** 76:14 140:20 158:22
**issue** 40:19 41:6,7 41:13,21 42:18 43:3 44:9 45:14 45:21 49:11 53:20 64:15 70:2 75:16 85:17 88:2 90:16 91:8 113:22 126:6 143:22 148:11 150:18,19,19 152:20 171:1
**issued** 42:8
**issues** 43:17 44:17 45:9,11 46:10,11 46:14 59:19 69:12 73:1 79:9 88:14 89:7
**item** 73:8
**items** 116:9
**iv** 158:8,9,13

**j**

**janet** 43:4
**japanese** 129:5
**jerry** 2:8
**job** 1:22 81:12
**john** 2:7 11:7 114:16 131:12 177:5 178:5
**joining** 4:3
**jolie** 150:5
**joseph** 2:5
**judgement** 82:2 82:12
**judgment** 83:4 91:20
**june** 7:17
**justify** 49:21

**k**

**karen** 59:6
**keen** 35:7
**keep** 4:6,9 36:9 70:10 72:21 87:10 96:18 104:20 153:2
**keeping** 93:21
**keire** 152:22 153:1 154:22 156:12 157:16 163:19 164:17 165:12 166:14 182:4,20 183:5
**keto** 19:15
**ketobutyrating** 19:12

**ketocarboxylate** 181:3
**kevin** 169:13
**key** 29:8 42:2,13 44:12 45:22 51:18 53:18,19 56:1 58:7,16 81:6 133:7 135:13 154:19 162:16
**kg** 28:20 31:17,21 83:13,14 98:7,8 98:11,12 102:11 102:22 108:22,22 109:9 118:13 119:3,3,4,8
**kidney** 111:13 112:8,10
**kiln** 25:7,8
**kilning** 25:2
**kilogram** 67:3 113:9
**kind** 44:6 89:14 114:18 135:1 139:1,20 161:16 177:15 182:4,18
**kinds** 115:15
**kinesthetic** 101:22
**kinetics** 60:6 73:10
**king** 2:13 3:5 7:15 38:4,5 59:15 74:2
**knocking** 136:2
**know** 5:9 28:15 32:3 35:16 36:13 36:17 38:21 39:1 39:3 46:8 47:11 47:17 52:17,19 55:17 60:11,13,18 61:1 63:13 66:3,6 70:15 71:21 73:12 78:14 85:4 86:2 88:12 90:1 91:11 91:14 93:8 95:8 96:8,9 103:9,12 104:4,7 105:6 110:1 112:21 115:1 117:3 121:16 122:1 123:9 125:10 132:4 133:14 136:13,14 138:15 139:21 148:15,21 151:4 154:4,13 160:13 161:15 162:5,11,16,17 163:3,4 165:21 168:19,21 171:13 173:18 181:13 183:21
**knowhow** 8:22
**knowledge** 6:8,15 8:13 21:7 34:9 36:22 89:10 90:5 105:18 127:2 138:15 159:15 185:8 186:6
**known** 10:2,9 11:15 14:4,14 19:10 21:10,15 23:4 24:3 64:19 69:5 97:10 117:1 131:16 132:20 144:5,10,19,21
**kyrtopoulos** 2:4 62:9,10 69:11,20 72:3 74:6 90:12 90:13 92:21 93:4 94:11,20 101:20 101:21 115:10,11 117:4,7 125:3,5 142:1 145:2,3 161:5,7 163:7 164:22

**l**

**lab** 166:16
**labeled** 160:5
**labels** 160:6
**labile** 166:2
**laboratories** 172:8
**laboratory** 152:2
**labs** 171:14
**lacd** 171:6
**lack** 50:18,18 182:5
**laid** 97:14,21
**landing** 53:22 55:13
**laneu** 155:14
**large** 50:16 97:15 110:3 113:3 115:21 147:15 149:11 156:17 166:20 183:11
**largely** 69:17 178:9
**larger** 142:11 182:6,9,11 183:2 183:4,10,22
**lastly** 45:21 47:4
**latency** 77:9
**latent** 119:1,10
**lead** 50:19 99:22 158:5
**leads** 14:1
**learned** 40:3 58:5
**learning** 140:5
**learnings** 139:14
**leave** 37:19 38:1 99:16 135:3
**lecture** 148:16
**led** 166:3
**left** 16:11 22:13 32:11 67:14 94:1
**length** 84:8
**lesions** 118:17 129:10
**lethality** 138:3
**leukocytes** 63:22 66:8 67:9
**level** 47:14 48:3 65:14 84:1 89:15 95:16,19 97:17 98:2,20,21 100:4 109:3 111:18,21 112:20 117:11,15 124:21 139:18 140:1 141:5,11 150:22 153:3 158:8 160:6 165:8 169:11,18 176:3 177:9
**levels** 26:4 31:13 32:16 35:2 41:3 41:14 60:4,8 65:12,17,20 66:1 66:21 67:17 68:2 68:2 69:13 70:11 71:13,14 92:21 100:6,8 112:4 116:2,3,5 117:10 117:11,13 125:1 126:17 141:3,13 142:1,6 143:5,16 157:7,7 158:15 159:18,20 160:1 165:2,10 169:3 171:18
**lhasa** 36:16
**life** 71:19 77:7 80:16 82:9 97:1 115:1,4 153:2
**lifelong** 146:9
**lifespans** 114:3
**lifetime** 47:11 48:17 52:22 53:9 83:12 96:2 97:4 99:18 100:4,8,16 101:6,9,14,19 103:15 104:3,18 107:2,8 109:4,5 113:16 114:11 118:18 119:11 124:1,3
**lijinsky** 27:9

**liked** 68:14
**likelihood** 115:17 144:2
**limit** 6:22 25:14 68:18 76:12 97:9 104:18 114:6 123:22 148:4 153:7,20 163:1 180:12
**limitations** 57:17
**limited** 63:15 124:2 163:5
**limits** 36:14 40:15 42:6 44:21,21 45:5 50:22 52:22 67:19 114:9 151:2 166:6 171:19 180:14
**line** 23:2 67:18 102:16
**linear** 67:18 83:20 102:13,20 103:6 103:21 105:10 106:14,19 119:2
**linearity** 102:14
**lines** 89:10 91:22 102:7 169:20
**list** 2:2 40:15 54:7 84:6
**listed** 12:12 20:20 48:22 50:10 53:21 167:20
**literally** 156:8
**literature** 23:22 24:22 31:7 49:16 74:5 154:14 157:22 162:12 172:14 183:14
**lithothiamine** 162:12
**little** 11:20 23:9 33:4 58:14 63:4 65:10 70:16 75:9 75:15 88:7 90:1 101:22 126:3 137:20 147:12 151:11 159:6
**live** 104:14
**liver** 24:6 60:7 61:15 65:9 73:14 86:17 102:4,8,16 103:2 111:14,14 112:10 116:20 117:10 118:17 121:7,10,11,11,12 121:14,15,16 123:2 127:16,16 175:5,11,13 179:7 183:1
**livers** 121:17
**locally** 44:8
**loeppky** 27:14
**logical** 10:4
**logistics** 22:1
**long** 10:11,20 11:2 20:21 24:11 30:8 52:15,16 97:5 100:4 105:8 118:15 128:13 153:20 162:11 180:20 181:1,10
**longer** 17:11 104:12 114:2 128:6
**look** 41:1 48:20 57:20 58:4 59:1 59:12 71:12 74:20 75:8 78:21 88:2,3 92:10 97:21 115:19 122:14,16 125:13 131:6 132:19 134:18 139:17 149:10 152:6 154:9 159:12 160:3 161:1 168:12 169:11 174:4 183:13,14,14
**looked** 64:5 79:13 145:22 150:5 153:4 171:1
**looking** 40:10 85:7 99:4 131:13 132:8 134:7,21,22 139:20 140:17 159:22 169:22 172:9,11 175:11 179:1
**looks** 141:14
**losartan** 52:9
**loss** 65:21
**losses** 109:10
**lost** 118:1
**lot** 25:11 29:1 36:2 58:6 69:21 89:4 100:18 107:9 112:19 123:13,13 139:10 145:15 154:17 157:21 159:4 161:8 163:4 163:20 164:6 173:4 179:4,21 181:7
**lots** 46:20
**low** 10:8 16:21 26:4 31:12 61:11 65:7 80:7 81:1 88:6 94:6 95:17 96:17 97:18 98:9 98:20 99:5 100:5 100:6 102:20 103:6 104:20 107:20 108:13,22 109:8,18 110:21 112:12 113:6,8,8 117:13 119:22 120:1 124:9 137:18 142:6 143:5,16 148:21 149:21,22 151:12 159:20 168:15 176:3 180:13 181:18
**lower** 19:9 21:12 22:18 23:2 36:16 36:17 53:9 65:19 66:21 80:10,13 100:4 104:11 105:10 109:7 110:20 112:22 118:14 137:15 165:8 166:5,7 167:19 177:10
**lowering** 24:22
**lowest** 109:3 117:11 118:19 139:18
**ltl** 108:4,5,15 109:17 116:10
**lump** 136:17
**lunch** 125:19
**luxury** 150:13

**m**

**m** 2:8
**m7** 48:4 49:20 52:17 53:5,6 96:2 99:20 113:21 114:1,14 124:3 128:18 170:17,17
**magee** 9:22 10:17 36:2
**magnitude** 65:16 86:7 105:10 117:14 137:17 173:5
**magnitudes** 74:6 77:4
**main** 20:21 25:20 53:22 76:15 177:6
**maintain** 51:5,20 52:6 53:12
**maintaining** 57:13
**major** 63:10 166:13
**majority** 77:4 105:17 138:2

140:22
**making** 130:17 182:15
**malt** 25:2,12,13
**manage** 42:21 43:5,15 44:3,7
**managed** 43:8
**management** 43:17
**managing** 39:14 41:20 44:16 45:11 45:21
**manifestations** 9:15
**manufacturing** 47:3 51:2 56:6 152:5 184:11
**march** 1:7
**margin** 80:5,17,21 81:17
**markers** 90:18,19
**market** 33:20,22 56:9 153:10
**marketing** 43:21 44:17 45:15,16
**marks** 68:18,19
**mass** 24:16 35:6 92:13 159:14
**material** 18:4
**materials** 21:1 46:10,13 134:11 151:21 156:13
**matter** 43:12 141:7 177:19
**matters** 13:12 141:6
**maximal** 68:2
**maximum** 21:9 45:3,4 50:20 106:4 123:22
**mcg** 31:17,17,21 102:11,22 108:22 109:9 150:4 151:6 168:15 169:4
**mcgovern** 59:6 132:6,6
**md** 1:15
**meal** 24:1 163:21 164:1
**mean** 68:2 71:12 98:5 112:6 113:8 124:15 125:7,11 128:11 130:4 134:6 149:6 157:16 163:8 171:11,19 183:12 183:14,15
**meaning** 71:20 126:16
**means** 11:13 64:22 65:2,21 72:1 95:10 103:22 111:17,20 126:13 175:21
**measure** 30:20 35:6 63:7 64:8 65:11,13 66:13 71:18 72:2 88:16 154:17 156:11 157:2 158:15 168:9
**measured** 20:9 33:3,10,14 35:12 63:19,21 67:19 83:3 117:8,12
**measurement** 154:20 174:8
**measurements** 30:22 68:15,20 73:17 92:9 154:15 155:4 165:13,18 165:20 166:19
**measures** 22:5 26:2 88:21
**measuring** 161:22 175:20
**mechanism** 36:2 90:22 101:8 110:12 136:10 137:14 141:2 160:12 162:6
**mechanisms** 110:2 130:15 136:2,5,13 137:10,11 139:22 140:2,20 170:1
**mechanistic** 19:22 162:2
**media** 13:8 18:8 54:9
**median** 83:22
**mediated** 78:5 174:22 175:2,3,15 175:17 176:4
**medical** 50:16 51:4
**medically** 41:14 45:7 47:16 50:19 51:16 53:12
**medication** 50:18
**medications** 39:9 42:21 43:7,15 54:2
**medicinal** 66:4 104:15
**medicine** 83:20 93:12 97:22 101:14 110:6,7 152:1
**medicines** 6:5 59:20 74:8,19 114:12 170:9
**medium** 16:19 17:11 18:1 176:8
**meet** 43:13
**meeting** 70:20 184:14
**meets** 43:10
**mega** 102:1
**megamouse** 11:7
**member** 5:20
**members** 38:8 59:6
**mention** 27:9 30:6 31:22 32:6 90:6 108:18 146:1 152:1 153:11 180:18
**mentioned** 7:2,20 11:1 17:21 18:8 33:6,17 34:11 49:10 51:8 55:9 71:10 84:14 86:3 86:3 98:19 99:12 99:21 107:5 124:21 128:2,7 132:8 142:2 160:8 176:7
**mentioning** 26:22
**mentions** 62:12
**metabolic** 13:12 13:15 19:10 57:21 79:4 82:7 85:1,11 86:17 111:9,15 130:15 136:1 174:20 175:8,11
**metabolically** 29:17 36:3
**metabolism** 12:17 13:5 30:19 35:17 62:2 69:18 76:5 86:15,16 88:11 89:12 91:21 175:14 180:22 181:2
**metabolite** 176:1
**metabolites** 33:5 61:17
**metabolizable** 121:21
**metabolize** 93:18
**metabolized** 60:20 61:7,14 69:17 174:15
**metabolizing** 174:14 175:5

**metagenesis** 128:4
**metal** 17:15 21:20
**metamizole** 33:16 33:21
**meter** 23:14,15 67:4,21
**metformin** 34:8
**method** 44:15 56:17 165:22 166:22 167:4
**methodologies** 46:17 68:16,17,21 68:22 72:12 161:19,20
**methodology** 37:9 80:6 139:15
**methods** 24:12,15 24:18 39:10 41:4 42:7 44:22 46:1,2 46:18 47:1 48:6 54:4 56:9,16 57:10 75:17 80:11 92:13
**methyl** 23:4 40:16 180:20
**methylalkylami...** 20:19
**methylate** 94:3 161:14
**methylated** 63:6,7 63:14 93:19
**methylates** 63:6 94:12 181:4
**methylating** 10:18 10:19 19:11 66:3 66:19 67:11 70:6 91:2 93:7,20 94:5 94:19 161:11 181:11
**methylation** 71:3 76:6 79:16 93:13 94:4 160:14,16 163:2
**methylbenzylam...** 17:1
**methylguanine** 63:19 64:8,18 66:8 67:9 72:5 85:8 91:4,16 92:22 93:16 142:3 142:10 160:21 161:3,8 162:4,9 163:10,14
**methylnitrosopi...** 55:10
**methylnitrosourea** 91:3 93:10
**methyltransferase** 64:19 117:2
**mg** 28:20 29:12 83:13,14 98:7,8 98:11,12 108:22 118:13 119:3,3,4 119:8 163:22 165:6,17 166:17
**mgmt** 64:20 65:2 65:6,15,20 66:20 66:21 116:2 118:1
**mice** 73:16
**michael** 2:11
**microbiome** 28:7 28:7
**microgram** 64:9 65:18 75:11 113:8
**micrograms** 21:12 23:14,15 63:2 67:21 68:1,3,5
**microorganisms** 28:8
**middle** 44:4
**migrational** 25:4
**milestones** 54:16
**milieu** 15:16 16:19 17:12
**milligram** 124:6 125:7
**milligrams** 124:21
**million** 154:18
**mind** 4:6 62:20 69:3 70:10 87:10 93:21 94:14 96:13 96:18 104:19 134:13 136:12 141:6,11,11
**mine** 38:17
**minimal** 148:9 179:9
**minimally** 119:5
**minimize** 68:19
**minimum** 123:4
**miniscule** 147:18
**minor** 145:20 166:13
**minute** 91:5 94:22 95:3
**minutes** 92:3 184:5
**mirvish** 15:8
**missed** 127:6,7 182:3
**mitch** 166:18
**mitigate** 37:17 43:14 52:8 53:14
**mitigation** 1:2 6:12 21:7 22:1,5 22:20 26:2 37:14 42:16 55:1
**mixture** 141:7
**mixtures** 137:22 138:1,11
**model** 82:21 85:3 97:6 100:13 161:12,13
**modeled** 82:4 84:2
**modeling** 79:19 80:11 82:17 89:8 89:9 135:10 136:4 138:22
**models** 72:6 81:12 81:14,18 82:5,13 82:16,19 83:2 84:16 91:5 97:5 100:12 114:3 140:21 141:15
**moderated** 1:6
**moderating** 95:7
**moderator** 5:22
**moderators** 5:1 95:11
**modern** 68:21 80:10 161:19
**modification** 145:17 172:16
**modified** 132:13 161:10 171:9
**molar** 143:18 181:14
**molecular** 10:8 129:9 180:10,13 180:15,21 181:5 181:18 182:10 183:16
**molecule** 29:4 64:20,21 152:8 183:4,11
**molecules** 15:13 64:13 136:18 137:6 182:8 183:10,22
**moles** 64:10,12,12
**moment** 23:13 73:3 78:1 85:14 89:16 108:14 116:17 126:2
**monday** 1:7
**monitored** 164:11 164:13
**monitoring** 56:3 56:17
**monkey** 118:19
**monkeys** 67:1,1 67:10 118:8,16
**mononitroso** 34:1

**mononitrosopip...** 33:4
**monoxide** 28:18 29:3,4,14,18,20 158:20
**months** 118:11 153:5
**moot** 152:17
**morning** 5:16 38:4
**morpholine** 16:8
**mothers** 47:20
**mouse** 100:13 107:4 111:12 121:10,15 126:9 129:5 172:5
**mouth** 28:6,6,7
**move** 69:8 75:20 95:12 126:21 133:4 145:12
**moving** 167:9
**multidisciplinary** 39:15 44:2,7 51:7 51:22
**multifaceted** 134:1
**multilevel** 134:1
**multiple** 24:16 39:1 40:9,11 41:2 41:20 45:6 55:3 55:16 77:5 113:1 113:4 124:2 133:6 133:16,18 144:1 177:12
**mutagen** 175:7
**mutagenesis** 78:16 123:8,12 179:19
**mutagenic** 30:11 35:22 47:18,19 52:18 73:11 86:1 86:3,6 97:11 120:12,20 126:12 126:18 130:11 133:9,10 135:2 138:19 141:8,8 146:17,18 150:21 151:7 174:20 176:4 182:12 183:12,19,20,22
**mutagenicity** 58:11 73:13 85:20 85:20 86:11 105:7 106:5 121:19 123:19 130:7,13 176:10,20 178:18
**mutamouse** 129:4
**mutates** 168:7
**mutation** 95:21 105:19 106:12,14 106:16,17,20,22 120:21,22 122:9 122:16 127:10 128:17 129:2 130:14,19 174:7 175:20 178:20,20 179:3,3,6,13 183:8
**mutations** 109:11 122:17,17
**mute** 4:9
**muted** 4:10

**n**

**n** 2:1 3:1,1 4:1 8:9 8:15 11:5,14 15:5 23:3 30:16 40:1 50:2,3 155:11
**n203** 15:11,12
**n7** 76:6 151:5 160:14
**nadph** 175:12
**name** 5:16 38:4 162:11
**named** 93:22
**nanogram** 71:17 113:9 153:20 170:14
**nanograms** 55:6 167:17 180:12,12
**nap** 32:7
**narrow** 89:19
**nationally** 6:13
**natural** 88:8
**naþve** 182:5
**ndea** 132:2 167:20 176:9
**ndma** 25:21 31:13 34:9 40:1 50:2 62:18,20,21 63:3 63:6,10,21 65:8 65:11 66:3,6,11 66:19,21 67:2,15 68:4 69:5,13,16 93:15 94:8,13,16 94:19 116:5 125:8 132:2 145:7 153:6 154:1,5 163:2,8 163:12 164:6 165:4,16
**nearly** 40:19
**necessarily** 110:5 168:14 179:6
**necessary** 13:5 41:14 44:7 45:7 46:18,20 47:2,7 47:17 48:7 49:12 49:17 50:19,21 51:1,17 53:13 58:17 72:18 145:6
**necessity** 51:4
**need** 8:20 26:18 27:20 32:1 51:13 68:15 70:10,20 71:5,10,18,20 74:10,20 75:17 78:7 82:4,14 84:21 86:13,14 87:18 88:3,15 89:3 92:9,11 106:17 110:7 112:11 113:19 115:7 127:5,8,14 127:17,18 129:20 129:20 130:12,13 131:3 135:16,22 136:21 137:9,15 143:3 147:20 148:3,22 149:3,10 149:16,22 150:12 150:16 151:5,13 151:14 154:13 155:3 161:18 168:10,13 170:15 170:15,19 171:17 178:18 179:13,20
**needed** 47:10 52:5 59:22 82:3 157:19 171:7
**needs** 9:7 37:1,5 87:13 89:3 100:18 107:9 108:7 151:9 156:21 158:12 171:1 172:17
**negates** 173:16
**negative** 95:20,21 105:14,17 108:2,2 120:10,10,13,17 120:19,22 121:2,6 121:14,19 122:3,3 122:10,19 123:1 123:11,18,19 126:5,7,9,11,20 127:4,5,17,18 129:19 130:5,12 130:12,18 131:14 132:13,17,18 171:22 172:3,12 173:10,13,13,21 175:1 178:17 183:6,9
**negatively** 132:10
**negatives** 131:9
**negligible** 149:14
**neither** 185:9 186:7
**neonatal** 100:13 107:4

**neonates** 107:6
**neuroscience** 5:19
**neutral** 17:12
**never** 8:12 32:16 105:3
**nevertheless** 104:12 114:7
**new** 1:12,14 11:17 11:17 39:2,3 44:19 49:10 52:2 56:9 59:9 74:15 82:13 144:18 151:10 164:20 174:7
**newborns** 20:10 170:10
**newer** 74:10,21
**nicely** 135:11
**nicotine** 19:2,2
**nine** 184:12
**nitrate** 24:20 28:2 28:5,9,11,17,21 29:2,11,18,19 61:5,12,22
**nitrates** 29:13
**nitride** 16:16 17:19 21:17 28:17 29:7,19,19
**nitrides** 29:14
**nitrite** 22:6 24:2 24:20 27:4,22 28:1,9,13 29:7 34:14 61:4,22 160:2
**nitrites** 29:2
**nitroalkene** 152:9
**nitrogen** 15:18 17:16 21:18 25:11 26:1 28:18 29:3,4 29:6,14,18,20 158:20
**nitrogenous** 30:1
**nitrosamine** 5:20 6:2 7:16 8:20 11:3 16:18 23:1 25:3 26:1,10,15 31:3 35:11 37:12 38:9 39:14 41:1,2,8,16 42:4,7 43:5,8,19 44:3,5,18 47:16 47:22 48:17 49:11 50:4 51:21 53:19 54:17 55:5,13,17 55:20 57:13 58:8 58:12 59:7 60:5 60:19 61:10 62:4 62:16 69:14,22 74:7 83:22 84:16 92:15,15 96:4 98:5,7,9,11 99:2,6 99:10 110:4,6,11 114:15 120:19 124:9 125:12 126:6,11,12,14,20 126:20 129:1,22 130:21 131:8 132:9 133:8,12 144:3 145:20 147:1,4,11 148:3 152:14 155:11,15 156:1 158:5,7 164:2 167:20 172:11 180:10,11 180:14 182:7,11
**nitrosamines** 1:1 4:4 6:5,9 7:13 12:20 16:15 21:9 27:12 38:21,22 39:5,11 40:4,7,9 40:11,13 42:12 43:14 46:7,9,19 46:21 47:5,8,17 48:3,16 49:3,15 50:10 51:6 52:16 52:19,21 53:1 54:1 55:1,3,3 56:2 56:7,21 57:1,5,7 59:20 60:1,12 69:17 70:7 72:13 73:15 74:17 75:22 76:11,13,16,18 77:1,10 81:7,13 81:14,21 82:6 83:10 90:3,17,21 91:10 93:18 95:15 95:16 96:8,13 97:10,18 99:2,8,9 100:3 105:14,20 106:7 107:10 110:9 112:21 113:17 119:20 120:13 121:2,3,13 121:19 123:9,10 124:1,2,5 125:6 129:4,15,15 131:17,19 132:1 132:10,20 133:6 133:16,18,19 134:12 138:7,21 139:12 141:2,3,16 142:8 143:6 144:20 145:7,18 147:18,21 148:6 149:21 150:7 151:3,11,15 153:3 155:5 159:10 160:13 161:13 162:7,15 163:3 164:13 167:18 170:9 172:3,16 173:12 175:18 176:5 177:13,13 180:15 181:8,17 181:18 183:16 184:11
**nitrosamino** 129:16
**nitrosatable** 31:9 36:10
**nitrosate** 18:6
**nitrosated** 9:10 15:18 16:5 30:8 33:2 35:21 78:18
**nitrosating** 15:11 15:16 18:10,18,21 21:3,5 27:2 28:10 33:8,9 37:18 152:9 158:21
**nitrosation** 8:15 14:1,2 15:21 16:3 16:14 17:10 18:13 19:3,3 22:6 30:10 30:14 32:5,7 33:10 157:21 158:18
**nitroso** 8:9 9:6 11:5,14,15 12:8 12:14,19 13:6 14:4 15:5 16:22 17:1,2,4,18 18:11 19:8 20:19 22:8 23:17 24:10,18 25:5,14 27:6,8,16 30:11,15 31:5,10 32:20 33:22 36:11 37:13 49:16 56:11 57:11,22 77:17 91:2 109:16 113:10 127:7 130:10,18,22 144:8,11 149:2,13 160:10 178:17
**nitrosoamino** 14:16
**nitrosodiethyla...** 14:14 50:3 86:9
**nitrosodimethyl...** 10:4 25:21 26:7 30:6,16,17 33:13 40:1 50:2 149:9
**nitrosoethylurea** 179:17
**nitrosomethyl** 179:16
**nitrosomorpholi...** 14:10,13 20:21

22:18 146:7 181:8
**nitrosopiperazine** 23:4 40:16,17
**nitrosopiperidine** 23:3
**nitrosoproline** 61:3,5,6,8 125:10 159:22
**nitrosopyrrolidine** 14:11 146:8
**nitrososarcosine** 14:18
**nitrosoureas** 79:3
**nitrosureas** 13:7 79:8
**nitrosylated** 182:9
**nitrous** 15:14,15 27:11
**nizatidine** 42:21
**nmda** 182:7
**nmk** 94:19 182:17
**nna** 19:6,18
**nnk** 19:7,18 94:10 94:11
**nnn** 19:6
**noc** 11:13,13
**noel** 96:13 98:14 98:16,19,22 99:5 105:2,4 107:16,22 119:18
**non** 14:13,19 66:21 85:20
**nonaqueous** 18:8
**noncarcinogenic** 13:19 14:17 34:3 88:1 105:18 125:11 129:16,22
**nonclinical** 41:9 46:2,2 58:10
**nonfood** 20:16
**nonhuman** 118:8 127:16
**nonlinear** 97:7 107:1
**nonmutagenic** 34:2 130:1 135:2 138:20
**nonsmoking** 20:8
**normal** 60:8
**normally** 17:16 18:6,13,20 31:11 35:16 61:22 71:21 144:19 149:13
**notary** 185:1,17
**note** 7:6 50:9 70:9 99:14
**noted** 76:17,22
**nowadays** 26:4,11 72:1 80:18
**nox** 24:22 158:21
**nucleated** 122:18
**nucleotide** 142:13
**nulceophilicites** 13:3
**number** 6:17 29:10 49:3 90:15 97:15 106:15,18 112:16 117:8 121:21 123:8 124:1 125:15 128:18,19 138:21 167:16,19 170:14 179:2
**numbers** 50:16 64:1 68:8,12 72:6 94:13 141:10 165:7 166:5,6
**nutrition** 23:21 71:22
**nutritional** 30:2 124:17 125:1 169:3

**o**

**o** 3:1 4:1
**o'clock** 125:19 184:12
**o6** 31:19
**oak** 1:13
**objective** 38:11
**objectives** 7:6
**observations** 100:2
**observed** 95:18 102:3 153:6,17
**observing** 143:16
**obtained** 80:6 121:17
**obviously** 85:22 89:3 110:7 146:16
**occasionally** 9:8 138:4,4
**occupational** 17:14 21:15
**occur** 70:8 158:18
**occurred** 118:14
**occurrence** 34:6
**occurring** 70:5
**oecb** 123:3
**oecd** 123:3 171:12 171:13,16,19,22 172:7
**offer** 53:10
**offers** 51:19
**office** 1:12 5:18 38:6 39:21 43:9 44:13,19,19 49:8 49:9 52:2,2,3,4 55:7 59:8,10
**officer** 185:2
**ogd** 49:8
**oh** 176:17
**okay** 23:6 91:3 94:21 101:20 110:11 111:4 113:14 125:16 133:2,5 146:13 167:6 171:2 177:1 178:3 182:20
**old** 30:22 111:10
**older** 66:18
**once** 41:7 60:5 76:7 111:11 115:16 118:13 180:1,3
**ones** 13:18 14:11 14:12 16:20 76:9 78:3 86:1 91:1 129:1,7 145:20 162:8 181:10
**ongoing** 38:14 40:20 58:7 176:18
**open** 36:22 38:1 79:12
**opening** 19:4
**opinion** 8:12 35:9 35:13 71:16 107:17 124:22 148:17 149:11,17 168:8,13,22
**opportunity** 136:16
**opq** 59:8
**optimistic** 91:13
**optimize** 46:3
**optimizing** 58:8
**option** 15:3
**options** 41:19 50:5 51:10 54:8 56:3 171:14
**oral** 65:7
**order** 6:10 44:3 45:19 46:18 47:2 50:21 52:5 60:16 77:3 171:18 172:17
**orders** 65:16 86:7 105:9 117:14 137:17 173:5
**organ** 70:6 130:15 142:5 180:2
**organized** 59:17
**organizers** 5:21
**organotrophic** 12:10

**organs** 12:11 77:5 117:1,3 118:17 175:14
**orient** 124:15
**orientation** 169:5
**origin** 66:5 68:7
**original** 36:15 165:17 166:8 177:17
**originating** 8:18
**outcome** 185:14 186:12
**outcomes** 82:16 140:22
**outdated** 26:9 148:17
**outline** 9:4
**outlined** 18:7 99:19
**outlines** 55:1
**output** 28:22
**outside** 168:12 169:2
**overall** 61:10 80:16 104:3,7,16 109:6 144:11 160:9 171:8
**overestimate** 144:15
**overview** 7:12
**overviews** 69:12
**overwhelm** 75:6
**overwhelms** 74:18
**oxidation** 176:17
**oxides** 17:16 21:18 25:11 26:1 29:6
**oxidized** 29:18
**oxygen** 31:19

**p**

**p** 2:1,1 4:1
**p.m.** 184:15
**p450** 12:22 30:19 33:12 36:6 70:8 82:8 114:21
**p450-2b1** 69:17
**packaging** 25:4 152:19
**page** 3:2 53:22 55:13
**painter** 4:2 5:14 95:2
**panel** 15:20 33:19 40:12 59:3 167:22 172:20,22 180:16 184:4
**panel's** 59:22
**panelist** 5:4 92:20 94:10 124:11,14 179:15 181:13,19
**panelists** 3:6 4:10 4:14 6:18 7:18 92:4 159:2 181:22 184:7
**panels** 77:1
**paper** 94:18 103:11 165:1
**papers** 183:15
**paradigm** 58:13 90:6,8
**parallel** 109:3 132:2
**parameter** 102:9 109:15
**parameters** 30:3 82:14
**parasitic** 33:2
**parenchymatous** 9:16
**part** 19:9 28:9 30:1 32:5 33:19 43:16 47:8 81:20 96:1 97:3 101:5 103:21 135:2 139:17 153:8 172:20 180:5
**partial** 19:16
**particular** 7:5 58:12 59:21 66:19 76:17 100:13 120:19 131:19 132:22 134:1 138:1,22 141:1,9 153:14 157:20 177:8
**particularly** 74:4 74:7,11 88:22 115:7 129:9 138:11 139:8 142:11 143:3 158:4
**parties** 185:10,12 186:8,11
**partner** 51:18
**partners** 39:18 44:9 54:12 56:16 58:20
**parts** 154:17,18
**pass** 135:6
**passage** 33:11 157:8,10
**passing** 135:17
**passive** 20:4
**passively** 20:11
**patas** 67:1
**pathways** 37:6
**patient** 41:12 43:7 43:15 45:17 51:5 51:16,20 52:6 53:12
**patients** 33:1 39:19 45:19 47:13 48:19 50:16 51:10 54:6 63:8 100:10
**patterns** 136:15
**pay** 114:18,21
**pbbk** 37:9 79:18
**pbpk** 72:6
**peacock** 186:2,15
**pediatric** 114:11
**pending** 47:5 164:19
**people** 8:11 20:8 21:2 62:22 90:15 93:21 95:7 114:6 121:6 160:1 174:21
**people's** 112:18
**percent** 11:14 20:13 28:11,12 48:12 80:8 118:21 119:3,8 145:5 155:10 166:20 171:15
**percentage** 80:9 119:1 166:19
**percentile** 150:8
**perfect** 82:20
**performed** 84:10 154:9 177:16
**pergot** 146:4
**period** 64:5 96:5 97:12 101:15 104:2 119:1,10 128:6,13
**periods** 100:8 153:21
**peritoneal** 175:21 176:1
**person** 21:12 28:21
**personal** 8:5 20:17
**personally** 79:7,14 98:15 107:15 124:15 161:15
**perspective** 38:15 53:20 87:21 126:13 127:19 130:6
**perspectives** 128:18
**pesticides** 114:9 139:11
**peter** 10:17
**petitions** 54:10

**peto** 11:8 102:1,8 102:13,18 103:11 115:20
**ph** 14:21 15:21 71:1 108:19 146:4 150:6 155:14 162:10,12 166:18
**ph.d.** 175:17
**pharm** 44:18 45:2 49:8,9 52:1
**pharmaceutical** 6:6 40:5 44:13 52:3 55:7
**pharmaceuticals** 62:6 76:15
**pharmacokinetics** 60:16 96:9 133:15 157:5
**pharmacologic** 152:16
**pharmacological** 37:20 85:11
**pharmacology** 5:17 38:6
**pharmacy** 54:6
**phenolics** 18:19
**phenomenon** 103:20
**phone** 4:9
**phosphates** 13:4
**phrasing** 170:22
**physiologic** 36:9
**physiological** 14:21 29:22 30:3 130:16
**physiology** 9:5
**picking** 131:19
**picks** 123:8
**piece** 27:17 51:3
**pieces** 58:16
**pig** 174:7 178:20 179:2,16
**pilot** 63:16
**pioneers** 26:22
**piperazine** 16:8 17:1 33:2
**pipercycline** 155:9
**pk** 16:2,4,17,21 133:15
**place** 130:15 136:1 169:9
**placed** 83:11
**places** 23:13
**plagued** 31:4
**plan** 45:19 53:21
**plasma** 157:7
**play** 44:14 58:7 65:22 142:14
**playing** 162:14
**plays** 112:13 162:10
**please** 4:8,16,19 5:5 6:22 7:6 8:1 9:11 10:20 11:12 12:17 13:9 15:6 16:10 17:7,20 18:22 20:3,15 21:6,14,22 23:8 23:19 24:17 25:6 26:5 27:19 28:16 29:16 30:4 32:4 32:19 33:15 34:5 34:18 35:19 36:13 36:20 38:16,19 39:21 40:21 42:1 43:2 44:1 46:4 48:9 49:14 50:13 51:14 52:12 53:18 54:15 55:14 56:19 58:3 59:1 64:3 67:13 92:6 95:6,8 111:6 124:13 156:4 168:2
**plenty** 160:22 183:15
**plus** 61:4,5 83:9 101:8
**point** 9:3 13:18,20 16:1 17:7 28:18 37:15 61:19 70:2 71:9 73:19 78:13 79:14 87:2,3 108:14 109:22 120:9 130:2 134:11 135:7 136:4 146:16 148:22 154:3,9 158:17 165:19 175:10 177:8 182:1
**pointed** 72:3 84:4 103:11 148:16
**points** 31:22 73:8 73:22
**policy** 6:21 38:18 43:17 45:12
**polycyclic** 10:10 172:10
**polymorphic** 153:14
**poor** 147:7
**population** 20:11 41:12 80:9 170:16 170:21
**populations** 170:6
**pose** 56:6,13
**posed** 47:10
**poses** 163:12
**position** 13:14,16 13:22 142:21
**positive** 105:15,15 108:1,2 121:8 122:19 123:11 128:11 130:4 131:22 155:9,15 171:21 173:6,11 173:12,14,15,17 173:21 174:16,18 175:1 176:20
**possibilities** 37:21 78:21
**possibility** 17:8 18:9 37:19 80:1 87:20 89:14 104:13 108:6 117:18 139:6 143:2 157:1 164:14
**possible** 7:4 30:10 63:7 76:9 83:7 85:4 86:22 104:17 104:21 122:11 136:12 138:9 153:17 173:20 174:10
**possibly** 85:7 130:20 137:8
**post** 44:17 45:15 45:16 100:3
**posted** 7:19 40:14 42:6 55:12
**potencies** 86:12 121:9 135:15
**potency** 11:21 39:3 47:17 53:7 57:20 58:1 73:10 76:2 77:3,19 81:15 83:3,8,19 83:22 84:4,12 85:13 86:4,5,6,8 86:10 88:2,5,6,10 88:13 90:18 98:4 100:2 106:7,9,10 106:11,13 131:21 136:11 137:13,15 137:17,18 141:9 145:6,20 151:7 176:9 177:14 181:9
**potent** 39:3 52:20 83:12,21 91:4,17 97:10 119:7,19 121:15 144:10

145:19,21 147:4 147:10 148:4 167:20 176:9 182:22 183:1
**potential** 9:3,6 28:14 29:22 37:17 43:6 51:12 71:8 71:12 79:14 86:4 94:3 95:14 124:19 132:16 144:16 153:21 156:20 158:3 161:21 164:5 168:7,17 170:9 175:7
**potentially** 24:19 93:6 113:16 115:16 137:7 152:9
**power** 11:20 84:7
**powerful** 145:7 163:10
**powerfully** 161:19
**ppn** 21:21,21
**practical** 73:1 91:14 97:20 98:1 119:21 131:2 177:19
**practically** 30:12
**practice** 100:1 175:19
**practices** 6:16
**pragmatic** 124:15 168:21
**pre** 44:17
**precarcinogenic** 63:20
**precipitate** 41:18 51:11
**precisely** 92:12 144:7
**precision** 150:10 177:10
**precursor** 25:20
**precursors** 160:4
**predefined** 97:9
**predict** 34:21 106:10,12,12 138:18 140:22 156:10
**predicted** 82:14
**predicting** 37:12 84:11
**prediction** 13:10 89:15
**predictions** 11:20
**predictive** 83:2
**predictivity** 82:5
**preferable** 128:22 177:4,18 178:9
**preferably** 178:1
**preformed** 149:13
**pregnant** 170:20
**premutagenic** 63:20
**preparation** 151:21 154:19
**prepared** 6:17 186:3
**presence** 33:9 39:5,22 41:1 56:11 104:14
**present** 5:7 21:19 24:14 38:20,22 60:12 70:12 74:16 87:11 99:11 101:10 104:20 133:6 134:6,14 140:13 143:6,11 143:18 144:11 155:13 159:20 165:9
**presentation** 7:11 7:14 8:5 49:5 58:22 88:5
**presentations** 6:19 59:16
**presented** 38:17 68:9 69:15 74:6 92:1 99:6 146:16 169:13
**presents** 156:9
**preservatives** 21:4
**presumably** 112:2
**presumed** 86:1 105:15
**pretty** 73:7,8 82:19 102:20 119:2 129:8 160:20 164:3
**preussmann** 33:1
**prevention** 22:20
**previous** 6:15 87:17 115:12 135:11 141:21 146:15
**previously** 56:12 57:11 58:15 63:1 92:1
**primarily** 66:22 85:20 118:8 145:21 170:7
**primary** 17:21 65:15 81:1 117:9 117:20 118:2,2 168:8
**primate** 127:16
**primates** 12:3 118:8
**principal** 22:10
**prior** 51:9
**private** 166:16
**proactively** 56:5
**probabilistic** 89:8
**probability** 11:17 89:15 169:17
**probable** 183:6
**probably** 39:4 66:11 75:10 78:1 83:16 84:11 85:14 88:18 90:2 100:9 110:21 115:1 125:18 136:6 141:15 142:6 143:6,7,8,9,12 149:12 155:10 162:10 173:5 174:17 181:5,12
**problem** 8:14 9:1 17:13 20:22 21:2 32:15 104:13 145:15 156:13,15 163:8,12 168:20 177:11
**problems** 136:19 171:12
**procedure** 32:7 78:12
**proceeding** 186:4
**proceedings** 185:3 185:4,7 186:6
**proceeds** 12:15
**process** 8:18 18:12 24:19 28:3 34:12 46:9 47:3 50:12 51:3,20 152:6 154:20
**processes** 8:21 37:16 56:6 158:4 176:16
**processing** 24:17
**produce** 25:11 28:20 53:1 106:16
**produced** 109:5
**produces** 48:11
**producing** 16:18
**product** 39:15 40:12 41:7,15 43:17 45:4 46:14 51:1,8 53:17 57:14 104:15 124:1 126:8 133:7 133:13,16 143:6 144:3 152:11,11 153:18,18 176:3

**production** 8:18 34:12 37:16 57:2
**productivity** 37:11
**products** 20:16,17 39:6,8,20 40:6,14 41:11,13,17 42:4 42:12 43:14 45:5 45:5,8 47:6 48:2 50:15 52:12,17 53:20 54:7 57:3,5 124:2 143:11 153:20
**professor** 7:11 8:6 88:4
**profile** 114:21 115:6
**prohibited** 31:10
**proliferation** 103:2,19 104:8
**proline** 61:4,5,11 160:1
**promised** 36:21
**promising** 79:15
**prompting** 5:6
**prone** 170:11
**properly** 120:16
**properties** 9:19 34:4
**proposal** 168:11 168:22
**proposals** 78:10
**propose** 43:13
**proposed** 9:20 45:3 57:4 71:4,13 80:5 83:20 84:1
**pros** 177:3
**protect** 168:9
**protection** 22:16 144:13
**protective** 157:9
**protein** 64:19 88:17 142:3
**proteins** 29:1
**protocol** 121:4 123:3,3,4,4 171:7 171:12,13,16,19 171:22 172:8
**protocols** 105:5 122:22
**proton** 15:15
**protonable** 15:1
**protonated** 17:9
**protonation** 18:10 78:19
**protonized** 15:2
**prove** 31:7
**provide** 7:15 38:11 127:11 172:17
**provided** 7:8 54:18
**providers** 54:6
**provides** 9:5 54:19
**providing** 20:19
**psychiatry** 5:18
**public** 6:7 50:19 57:15 131:4 185:1 185:17
**publication** 11:3 54:17 68:10 146:2 149:8 153:12 164:11
**publications** 11:1 27:18 29:10 32:21 32:22 144:22 149:6
**published** 11:6 15:8 26:8 27:18 32:8 35:1 42:11 57:12 58:14 66:17 81:12 84:16 94:18 146:10 166:10,10 166:11 176:14
**pull** 116:8
**purification** 14:8
**purity** 20:22 21:8 21:8
**purposes** 22:22
**pursue** 169:1
**pushed** 68:17
**put** 13:13 71:7 125:14,15 135:10 140:3 151:4
**putting** 156:22
**puzzles** 165:1
**pyrrolizidine** 10:2

**q**

**q&a** 7:3 95:6
**q3a** 126:16
**qa** 4:19,21
**qsar** 83:2 137:19 138:17
**qsars** 137:21,22 138:1
**qualified** 6:13 185:5
**qualify** 43:7
**qualifying** 81:11
**quality** 44:13 45:2 46:1 52:3 55:7 56:8 57:6,14 76:14 96:12 150:18,19
**quantified** 61:6
**quantify** 39:11 46:19 88:7 159:13
**quantitated** 91:10
**quantitative** 61:16 81:21 162:19
**quantitatively** 30:12 62:1
**quantities** 165:17
**quantity** 57:6
**quench** 34:14
**question** 7:2,5 35:14 60:2,18 63:5,9 68:18,19 69:6 70:19 71:6 75:21 77:16 81:7 81:10 82:18 83:5 87:2 95:4,9,13 96:1 97:3,17,20 98:13 99:16,22 101:5 103:14 107:15 108:4,7 110:13,15,16 113:15 114:17 115:13 116:13,14 118:5 119:13 120:9 123:17,20 124:8,10 125:22 126:1,1 128:12,15 132:4,11 133:3,4 134:1 135:3,13,18 136:21,22 138:16 140:16 146:17,22 147:14 148:2 149:11 158:6 159:2,16 160:8,9 164:16,21,22 167:10,11 171:3 172:19 178:16 180:9 182:5
**questions** 3:6 4:18 4:19 5:1 6:18,22 7:8 36:22 37:14 38:1 59:17 64:18 70:19 72:20 73:2 75:16 78:2,22 79:7,21 92:5 95:6 95:8 97:15 133:22 135:1,5 140:8 163:17 167:9,13 182:2 184:10
**quickly** 60:20 167:13
**quite** 9:1 12:10 15:3 18:6,22 19:3 20:2,14 21:7 23:6 25:19 26:3,9 30:22 34:6 35:10 61:1,11 63:15 66:18 67:6 70:15

71:6 72:15 73:13 73:15 77:11 79:13 91:9 92:17 93:13 94:6 97:15 109:1 109:7 111:3 112:6 115:21 117:10 128:7 135:11 136:11 137:3,5 157:5,22 180:20

**r**

**r** 2:1,7 4:1
**raise** 70:1 73:19 89:7,13
**raises** 35:14
**random** 72:6
**range** 31:21 50:14 64:11 71:17 75:12 77:3 83:22 86:6 107:19,20 109:19 109:19 110:18 112:12 113:9 116:2 119:22 124:9 154:18
**ranges** 83:11,19 84:13
**ranitidine** 34:19 42:21 149:7,10 152:3,7 153:4 156:6,19 164:11 165:4,15,17 166:3 166:11 170:7
**rapid** 18:9,9 62:2
**rapidly** 18:6 21:1 30:18 35:16 61:14 168:20
**rare** 25:4
**rarely** 141:13
**rat** 102:1,16 111:12 121:10,12 121:14 123:2 127:3 171:22 172:3,4,15
**rate** 35:11 60:6 67:8 73:14 96:19 96:21 97:2 102:10
**rated** 19:19 20:13
**rates** 15:9,10,21 16:3 18:4,14 60:7 115:21 181:9
**rating** 77:20
**rationale** 169:1
**rats** 67:10,15 69:2 73:16 87:12 103:9 109:5 146:5
**reaching** 56:5 147:13
**react** 17:22 34:14 79:5
**reactant** 156:19
**reaction** 18:21 19:4,5,14,15 136:13
**reactions** 25:8 29:9 115:2 158:1
**reactive** 33:7,17 156:13
**reactivity** 32:11 32:17 76:3 79:1 82:10 88:11,12,16 88:18,22 136:11 137:8 157:19
**read** 123:21 137:4 137:19 138:5,5,10 139:1 158:7 162:12 167:12 169:15,16 170:1 171:3 178:11
**readily** 120:3
**reading** 151:20 155:6 163:22
**reagent** 33:8
**real** 71:19 80:16 104:13 156:15 165:6,8 168:13
**realize** 15:10 36:7
**realizing** 8:22
**really** 26:3 30:20 31:11 32:1,17 34:10 37:17 62:15 63:15 68:22 69:4 69:6 70:20 71:5 72:7 73:3,3 79:8 79:13,18 86:13 88:20 90:21 91:11 91:13 92:13,16 93:15 106:10 107:8 108:12 109:18 110:22 115:6,14 119:21 126:3,22 129:16 135:13 137:15 138:12 140:16,19 141:6 142:3 148:21 149:3 150:13 154:12 156:16,19,21 158:16 159:18 160:7,12,13 162:16,17 165:19 167:2 168:4,12 173:16 176:12
**reason** 14:19 68:11 89:13 142:15 154:16 175:2,6
**reasonable** 81:12 83:19 110:1 131:2 160:20 181:15
**reasonably** 83:1 83:11
**reasons** 26:12 126:4 146:15 173:20
**recall** 41:17 46:22 48:8 51:9 80:4 84:3 111:10 146:3 149:6
**recalled** 41:17 51:8 54:7
**recalls** 39:8 42:9 45:10 51:11
**receive** 4:22 112:8
**received** 95:10 163:17
**receptor** 35:19 40:2 42:19
**recirculated** 28:12 157:6,12 158:14
**recognized** 6:13
**recommend** 114:10,14 120:17 172:22
**recommendations** 43:13 126:5
**recommended** 22:5
**record** 185:7 186:5
**recorded** 5:10 7:21 185:4
**recording** 185:6 186:4
**recovered** 46:12 175:4
**recycled** 46:12
**red** 16:20 106:2 122:17
**reduce** 26:3 28:8 29:2 51:21 78:20 82:15
**reduced** 28:13 29:20 185:5
**reductases** 29:2
**reduction** 19:16 24:21 104:8
**refer** 50:1 90:15
**reference** 37:4 178:14
**reflect** 11:1 38:18
**reflecting** 31:14 157:7
**reflection** 14:6
**reflects** 8:5
**refuted** 152:13

**regard** 89:21 91:6 104:5 105:18 106:7 107:2,9,19 111:8,15 121:2 137:16,22 138:16 159:16
**regarding** 4:17 62:17 97:3 103:15 105:2 161:18
**regardless** 127:15
**regards** 87:8 101:5 118:22 143:10 155:18,19
**regimen** 49:2 105:12
**registrants** 6:3
**regular** 126:15,22 150:21
**regularity** 151:1
**regularly** 43:11,13 44:5
**regulate** 151:14
**regulated** 30:2
**regulations** 23:10
**regulators** 6:6 43:18 126:3
**regulatory** 6:21 38:15 39:18 42:14 44:9 45:11,12,12 47:22 54:12,14,20 56:16 58:20 126:13,19 130:5 144:5 150:11
**relate** 87:13
**related** 11:4,5 24:19 42:8 43:21 46:9 49:21 54:1 56:11,18 73:1 84:9 123:9 134:7 138:1 185:9 186:7
**relation** 71:7 78:4 91:7,21 108:17
**relationship** 104:5 109:17 110:18
**relationships** 81:22 89:11 140:4
**relative** 84:12 121:7 131:21 134:19 158:8 185:11 186:10
**relatively** 10:16 11:18 16:5 24:11 32:10 35:15 63:18 75:10 117:13 129:9 136:5 148:17 149:14 180:13 183:16
**releasing** 31:8
**relevance** 49:6 110:22 113:7
**relevant** 14:4 19:1 66:1 92:14 128:14 149:11 163:11
**reliable** 61:12 68:21 70:21 79:22 97:4 127:12
**reliably** 92:12 159:13
**relies** 138:6 140:16
**reluctant** 122:22
**rely** 135:20
**relying** 83:7
**remain** 55:15 81:20 104:4 153:20
**remains** 109:2
**remarkable** 152:7
**remember** 87:7 94:14 102:1 111:7 111:12 155:6
**remembering** 101:3
**remind** 6:20
**reminder** 95:5
**reminds** 156:6
**removal** 153:10
**remove** 17:8 25:18 51:21
**removed** 90:4
**renders** 152:16
**repair** 64:15 65:22 67:9 79:20 96:9 96:20 101:8 108:7 108:10,11,12 110:2,12 111:9,15 111:18 113:13 114:20 115:13 116:8 117:2,19 133:17 142:1,13 142:13 143:5,10
**repaired** 64:19 65:1 142:8,10
**repairs** 64:21
**repeat** 126:7
**repeated** 10:13 102:18 126:8 128:6
**repeating** 135:13
**replace** 22:7 37:21
**replicated** 102:18
**report** 84:2 97:22 166:16
**reported** 1:21 23:22 121:5 166:16 167:2,3
**reporting** 149:8
**reports** 9:14 165:17 166:4,8
**represent** 100:9
**representing** 98:3
**represents** 48:18 65:13
**requesting** 153:10
**require** 76:4 79:4 82:7 113:21 177:12
**required** 39:9,15 41:17 63:12 66:14
**requirement** 131:16
**requires** 51:22 58:18 106:15
**rescinded** 10:1
**research** 5:20 6:9 9:13 10:22 11:2 24:8,11 36:22 38:7 59:22 78:8 79:12 146:3
**researched** 28:19
**researchers** 6:14 42:14 45:21 58:7 58:9
**resecreted** 28:5
**reservations** 108:5
**residual** 132:15
**residues** 139:11
**resistant** 12:4
**resolution** 92:13 159:14
**resorption** 28:3
**resource** 128:9 131:2 150:12 173:4
**respect** 8:14 9:2 82:12 98:13 99:18 108:8 114:22 142:1 160:9
**respective** 9:8
**respond** 45:13 97:16 117:5 171:18
**responded** 123:16
**respondent** 136:7
**responding** 33:18
**response** 4:22 11:4,9 19:4 29:8 64:16 65:3 66:22 67:5,12,17 69:1 73:11 80:8 87:5 95:9 96:17 97:7 100:14 102:4,7,12 102:20,22 103:4,5 103:6,22 104:5

108:19 109:7,13 109:14 110:17 115:8 116:15,20 118:9,13,22 119:2 119:10 120:3 121:3,14,15 142:16 145:11 172:4,18 176:11 177:7 178:7 183:10
**responses** 66:16 109:2 121:9 122:21 126:4
**responsible** 12:6 24:20 27:8
**restart** 72:22
**restrict** 161:2
**restricted** 151:6
**result** 106:19 120:16,22 127:12 128:11 174:16
**resultant** 95:20
**resulted** 33:19
**resulting** 9:16 39:8 82:10
**results** 11:1 15:19 31:6,11,12 32:2 54:4 76:13 82:4 107:7 154:11 164:19
**resume** 95:1 184:8
**resurfaced** 8:16
**retired** 8:5
**revealed** 36:1
**review** 87:22 150:6
**reviewing** 5:1
**revisit** 27:13 71:5
**rice** 2:8 69:9,10 116:13,15,17 119:12,14 143:20 143:21 145:3 151:17,20
**rich** 28:2
**richard** 2:10 27:14
**rifampin** 52:10
**rifapentine** 52:11
**right** 12:9 16:12 19:13 22:19 35:4 35:10 67:16 71:18 85:19 92:6 94:14 94:20 95:2 102:6 135:21 156:5 158:1 163:21 164:18 165:12 166:6 174:19 178:12 179:11 182:7 183:8
**righthand** 15:20 32:12 40:12
**ring** 19:4 34:16,20 36:7
**rise** 22:7,9 63:6,12 66:7,15 91:16 93:13
**risk** 1:1 6:11 8:19 9:9 37:5 39:16 41:3 42:5,15 43:14,20 45:16 47:4,11,14,15,16 48:18 51:2,3,6 52:15,21 54:5,13 54:21 55:1 56:1,4 56:6,14 57:4,13 58:11,21 59:18 60:3,17 64:16 80:13 84:1 90:19 92:17 95:17 97:8 97:19 98:2,4,6,10 98:20 99:1,2,6,7,8 99:11,14,14 100:6 100:10,22 110:19 120:2 130:8 133:5 133:8,13 134:4,6 139:8 147:8 149:5 150:10 159:6
162:3,5,18 177:8 177:11
**risks** 9:8 42:8 100:16
**robust** 45:18 48:21 49:15 57:7 57:18
**robustness** 50:6
**rodent** 11:7 39:4 52:20 83:9,12 84:5 85:1,5,6 86:19 87:8 100:12 101:3,4 172:2
**rodents** 60:5 66:6 67:1 73:12 85:9 93:15
**role** 44:14 58:8 65:22 75:11 112:13 142:14 162:10,14
**room** 170:2
**root** 39:11 41:5 44:14 46:6 54:20 55:15
**routinely** 43:16
**rubber** 22:14,15
**rugged** 32:9
**rules** 4:6 13:10 22:2 23:9
**run** 132:2 141:13
**running** 131:17

**s**

**s** 2:1,9 3:1 4:1 93:8
**s9** 123:2 126:9 127:3,5 171:8,15 171:18 172:1,3,4 172:5,6,7,15
**s9s** 172:2,2
**sacrificed** 118:16
**safe** 22:11 23:7 56:8 57:14 149:17
**safety** 6:7,11 8:21 29:12 38:8 43:8
47:7 56:19 57:12 58:9,10 59:5 71:18 80:4 113:19 113:21 114:1,9 131:4 134:3 139:9 150:19 170:3,15 170:19
**saliva** 158:16
**salivary** 28:5 157:6
**sample** 44:15 46:19 138:22 140:13 154:19 165:15 179:8,9 180:1
**samples** 31:13 64:6,8 152:3 153:5
**sampling** 54:4 152:19
**sander** 27:2
**sar** 138:17 169:14
**sars** 169:21
**sartans** 34:7,12
**saturable** 111:10 142:2
**saturated** 110:3 116:21
**saturating** 111:14
**saturation** 111:1 111:22 112:1,3,13 113:12
**saying** 16:3 101:12,17 110:11 127:13 135:12 139:18 147:19 151:13,16 163:1
**scale** 32:14 64:2 144:6
**scans** 83:8
**scavenging** 18:18
**scenario** 126:10 133:11 137:12

**science** 6:9 7:1 27:18
**scientific** 6:20 8:8 8:22 38:15 108:16 154:14 168:10
**scientifically** 6:11 32:17 149:3
**scientists** 6:14 76:20
**score** 80:8
**screen** 139:3
**scrutinize** 37:15
**search** 144:6
**second** 9:4 13:20 16:1 71:9 75:21 78:13 96:1 97:3 98:13,22 99:13 101:5 103:14 108:4 136:16 158:17 176:7 184:9
**secondary** 18:5 27:4 32:13
**secondhand** 20:12
**secondly** 68:22 162:8
**see** 10:4 12:20 15:20 16:11 19:14 20:12 22:13,19 23:21 25:9 26:16 30:22 31:6,16 32:13 34:19 40:12 42:17 44:4 48:20 66:15 67:13,14,16 67:20 68:20 87:22 88:8 95:9 99:3 102:10,19 103:12 103:18 109:1 112:10,10 117:15 120:2 136:1 138:3 139:2 152:13 153:18 155:4 163:18 166:18 179:5,7
**seeing** 166:21 170:1
**seemingly** 8:17
**seen** 16:12 17:4 32:11 36:18 40:7 65:17 106:21 109:13 165:2 166:22 171:14
**select** 48:19
**selecting** 48:20
**selection** 14:5
**send** 7:1 95:8 146:4
**senior** 43:16
**sense** 113:6 156:22 162:2 178:13
**sensitive** 39:10 41:5 46:17 47:1 56:9 105:21 121:12 122:13 127:22 128:4,7 131:2 161:19 165:16 170:6,16 170:21 172:15 175:19 179:18
**sensitivities** 161:22 174:6
**sensitivity** 48:6 56:17 68:18 97:6 115:3
**sent** 95:11
**separate** 146:17
**separation** 24:15 112:7
**september** 42:11
**series** 63:17 71:16
**serious** 50:16
**serve** 90:18
**set** 7:13 45:4 47:2 50:22 135:11 138:8 153:8 166:6
**setting** 44:16
**sh** 36:5
**shape** 97:6
**shaped** 15:19 102:5
**share** 164:20
**shared** 8:12 54:3
**sharing** 43:21
**sharp** 102:11
**shelf** 153:2
**shifts** 70:6
**short** 10:11,16,21 14:12 15:22 20:16 21:14 30:18 32:7 51:19 52:14,16 53:2,11 77:8 89:3 89:4 96:4 97:5,11 100:12,14 101:10 107:5 181:11 184:5
**shortage** 41:18 45:7,8 51:11,12 52:3 53:14 59:9
**shortages** 52:8
**shortening** 180:22
**shorter** 100:8 101:15 104:2,11
**shortly** 32:6
**show** 23:10 27:3 32:1 33:9 36:2,20 36:22 63:22 65:3 96:21 102:7 132:22 149:7 151:10 156:16 172:1,14
**showed** 10:15,17 11:7 96:16 121:21 153:13 156:7
**showing** 11:19 16:13 28:19 32:10 33:1 34:3 79:10 100:15 118:3 140:9
**shown** 10:12 13:6 14:5 16:6,10,14 16:22 17:2 19:6 23:2 25:3 29:14 33:22 34:1,2,8 35:2,7 53:1 71:2 77:1 96:15 105:16 106:3 107:4 163:5
**shows** 9:12 11:13 11:14 12:18 15:21 16:17 19:9 22:12 26:5 44:1 74:6 108:16 109:8
**shubik** 155:7
**shukars** 71:1
**sid** 15:8
**side** 15:17,20 16:11,12 19:13 22:13,19 32:12,15 78:19 80:7 134:2 144:17 167:9,13
**sigmoidal** 96:17
**signal** 119:15
**signaling** 29:4
**signature** 185:15 186:14
**significant** 18:13 20:14 100:17 115:18,18 117:10 141:12
**significantly** 53:8 109:7 116:7
**silver** 1:15
**similar** 12:15 31:21 34:18 50:11 67:10 73:11 109:3 132:20 136:8 138:8 139:22 141:2 159:21 169:22 179:14 181:1,9
**similarities** 50:8
**similarity** 57:21 69:1 136:10,10,11 138:13 139:20 140:1 169:22

**similarly** 75:11 121:9
**simple** 32:9 53:4 91:1 162:8
**simpler** 164:7
**simplified** 78:14
**simplistic** 134:20 136:4
**simply** 83:8 97:20 98:2 99:5 134:10 134:11
**simultaneous** 33:11 69:19
**simultaneously** 70:5,8
**single** 40:11 41:2 53:2 55:2,3 76:10 77:7 83:6 86:22 89:17 112:9 120:18 123:2 133:12 140:11,11 152:19
**sites** 174:6
**situ** 27:7
**situation** 17:6 21:19 26:19 27:14 27:22 72:2 73:18 145:4 169:2
**situations** 17:14 55:2 134:21
**six** 118:11 148:5
**sixteen** 64:11
**size** 58:1
**skills** 185:8 186:6
**slant** 135:10
**slide** 9:11,12 14:3 15:4,7 19:1,9 20:3 20:15 21:6,22 22:12 25:20 26:20 29:16 35:19 38:16 38:19 39:21 40:13 40:21 42:1,1 43:2 44:1,1 46:4 48:9 49:14 50:13 51:14 52:12 53:18 54:15 55:14 56:19 58:3 59:1 64:3 67:13 102:6
**slides** 5:10 44:11
**slope** 109:2
**slopes** 67:7
**slow** 15:3
**slower** 18:5
**slowing** 13:22
**small** 62:21 63:16 117:18 129:9 138:21 143:11 147:21 148:9 151:15 164:18 182:7
**smaller** 18:14
**smoke** 20:4,12 25:1
**smoked** 24:9,22 112:19,19
**smokers** 20:13
**snapshot** 156:9
**solely** 144:12
**solid** 132:21
**solubility** 14:20
**soluble** 10:8
**solution** 15:12
**solvent** 9:21 34:13
**somewhat** 14:12 72:14 114:13 124:18 171:5
**soon** 7:21 28:1 33:20 111:1 158:19 164:20
**sophisticated** 35:5
**sorry** 145:14 173:15
**sort** 30:20 92:22 109:9 177:19 178:6
**soterios** 2:4
**source** 27:11 29:6 34:9 63:9,10 66:12 94:3,9
**sources** 39:1 57:1 93:3 110:8 112:17 112:22 113:2,4 133:19 164:5
**space** 80:21 166:12
**spaced** 108:21
**spacing** 180:21
**speaker** 135:11
**speakers** 73:7 146:15
**speaking** 4:8,11 4:16 5:5 68:3 93:17 115:16 125:6 165:18
**specialized** 46:1
**species** 12:2,3 49:6 67:6 77:5 97:1 121:4
**specific** 12:1,10 19:7 25:8 41:8 44:20 45:5,22 51:1 53:17 55:4 76:12 78:11 89:22 107:19 114:4 121:4,4 125:13 153:13 161:20 167:16
**specifically** 135:19 137:19
**specifications** 21:9
**specifics** 119:16
**spectrometric** 92:13
**spectrometry** 24:16 35:6 159:14
**spectrum** 12:2
**speed** 34:15
**spelled** 22:2
**split** 13:1
**splitting** 26:1
**spoken** 70:15
**spring** 1:15
**square** 67:4,21
**sruthi** 2:13 3:5 7:15 38:5
**stability** 46:14 55:18 79:6,9
**stabilize** 153:22
**stable** 79:8 94:6 153:2
**staff** 45:7,8,12,15 45:17,18 52:1,4 54:11 59:9
**stage** 7:13 85:13 139:14
**stages** 106:18 115:4
**stakeholders** 42:10,13 45:20
**stand** 68:12
**standard** 123:3
**standpoint** 42:3 47:8 56:20 144:12 152:20
**stands** 93:15
**start** 8:4 26:21 38:13 60:21 77:14 97:13,16 111:13 127:13 133:20 135:12,17 137:21 169:20,20 184:12
**started** 4:5 121:6
**starting** 20:8 46:10 100:10 118:10 169:9,21
**state** 6:16 24:14 31:14 67:17
**stated** 29:12
**statement** 68:14 171:6 175:15 182:13,15
**stating** 8:4
**steady** 31:14 67:17

**step** 14:9 41:22 120:11 126:14 130:11 162:2
**stephen** 2:9 20:5
**steps** 68:19 106:15
**steric** 58:1 182:10 183:6
**steve** 92:8 182:21
**steven** 28:19
**stick** 102:5
**stoichiometric** 66:17
**stoichiometrically** 64:20
**stomach** 16:20 17:3 155:14
**stop** 69:7 81:4 84:17 154:21
**stopped** 119:5
**storage** 55:19 79:11
**story** 10:11,21
**straightforward** 134:20
**strains** 171:19,20 171:21
**strange** 90:2
**strategies** 38:12 39:13,19 40:11 42:16 43:22 46:8 51:13,15 54:5,13 55:1 56:14 57:4 58:21
**strategy** 22:10,11 51:19 53:12,13 54:16
**stretching** 13:17
**stringent** 107:21
**strong** 19:22 23:6
**strongly** 16:3,4,7 173:12
**structural** 11:19 12:5 37:22 50:7 57:20 61:19 81:22 89:11 127:8 131:7 138:14 139:20 140:8
**structurally** 49:20
**structure** 11:4,17 76:3 81:22 86:21 121:20 122:2 131:6 132:19,20 144:7 152:6,10 178:14
**structured** 12:4 34:19 81:11 140:4
**structures** 13:11 49:21 78:15 91:6 91:8 121:22 134:13 136:8 138:13 156:18 169:22
**stuck** 106:8
**studied** 28:13 158:12 161:12 163:3
**studies** 9:15 11:7 12:4 27:10 49:3 61:2,8 63:16,17 64:4 66:6,17,18 66:20 69:5 73:9 73:13 76:19 84:5 84:9 86:11 96:12 96:14,20 100:12 105:7,13,17,20,21 105:22 106:6,9,22 107:5 111:8,11 140:18 141:7 149:19 150:5 151:10 152:14 154:4 160:2 163:4
**study** 35:1,20 46:3 48:13,20,21 49:4 76:13,14 84:6,8 84:10 102:3 108:19 115:20 119:5 121:19 132:11 146:9 151:8 155:7 159:15
**sub** 75:11
**subhuman** 12:2
**subject** 8:10 43:12 69:18 158:9 180:22
**subjects** 20:6 61:4
**submit** 4:19 56:4 95:6
**submitted** 5:2
**subpopulations** 117:18
**subsequent** 64:18 165:7
**substance** 133:13 133:17 182:9
**substances** 22:3 70:8 83:18 86:15 134:5,8
**substantial** 35:10 108:12 149:8
**substantially** 65:16
**substantiated** 79:18
**substituent** 13:21
**substituted** 180:20
**substitution** 136:15
**substrate** 164:3,7
**substrates** 69:19
**subthreshold** 141:22 142:15
**subtleties** 136:12
**subtoxic** 105:7,8 105:22
**success** 82:1
**successfully** 37:22
**sufficient** 19:21 91:1 122:4 128:10 128:10 175:8
**sufficiently** 41:5 78:3
**suggest** 85:10,15 88:21 100:15
**suggested** 169:14
**suggesting** 170:13
**suggestion** 88:19 152:13
**suitability** 37:5
**suitable** 37:4 172:2
**suited** 70:1
**sum** 23:17 144:17 146:21
**summarizes** 42:2
**summary** 11:12 29:21 145:4
**superimposing** 84:22
**supervisor** 5:18
**supplemented** 175:12
**supplied** 151:21
**suppliers** 54:6
**supply** 45:9 46:11 56:8
**support** 137:1 175:10
**suppose** 152:7
**supposed** 134:5
**supposition** 154:6
**sure** 4:9,16 37:16 69:1 85:2 86:19 129:6 131:3,18 148:21 153:1 155:10,22
**surely** 125:5
**surface** 67:4
**surrogate** 49:18 49:22 50:7,8 57:16
**surrogates** 50:5 57:17

**surveillance** 45:15
**surveys** 75:8 114:5
**survival** 174:3
**susceptibility** 82:8
**suspect** 88:13
**suspicion** 148:18
**sustained** 29:6
**swept** 25:12
**symptoms** 10:1
**synergism** 138:5 141:14
**synergisms** 135:19
**synergistic** 133:14 143:2
**synergy** 135:17,18
**synthesis** 28:21 46:14
**syrup** 170:7
**system** 34:21 77:19 130:16 132:18 142:10 172:16
**systematically** 78:8
**systemic** 21:11
**systemically** 158:13
**systems** 142:9 171:8

**t**

**t** 3:1,1
**table** 73:3 128:19
**tablet** 165:6
**tablets** 165:9
**tail** 175:4
**take** 16:1 27:20 28:1 63:13 72:15 88:10 90:6 94:22 97:20 110:7 132:19 138:20 150:1 154:16 168:14
**taken** 9:18 48:17 62:1 68:19 89:16 108:9 110:9 134:16 148:20 165:9 185:3,10 186:9
**takes** 31:12 107:18 115:5 179:4,10
**talk** 48:14 71:4,10 75:9 88:5,5 135:5 137:4,20 138:9 156:8 169:15
**talked** 159:4
**talking** 54:12 100:7 111:9 128:16 139:13 140:8 150:9 153:5 166:14
**talks** 74:1
**tannenbaum's** 28:19
**target** 174:5
**targets** 12:15 45:1
**task** 5:21 38:9 43:5,8 44:5 47:15 59:7 78:14
**td50** 36:15 48:11 48:20 57:8 71:14 77:21 78:12 81:15 83:3,9,12 84:2 87:7,12,19 88:9 89:17 98:6,8,10 98:11 101:2 107:21 177:2,7,13 177:18 178:6,14
**td50s** 81:18,19 83:15 84:13
**tea** 24:13
**teach** 109:21
**team** 4:22 38:8 59:5 95:7
**tease** 88:15
**technical** 22:2,22 23:9 38:11
**technique** 31:20 165:13
**techniques** 25:2 25:10,16,16,17 74:10,10,14,16,22 139:7
**technology** 37:15 159:13
**tell** 41:6 91:18 122:2
**temozolomide** 93:12
**temperature** 25:15 165:14,16
**temporarily** 104:9 115:14
**tend** 105:21 106:22 115:3 122:13 138:1
**tended** 152:3
**tendency** 177:4 183:4
**tends** 121:12 152:12
**tentatively** 80:20
**tenth** 23:15
**tenuous** 106:21
**teratogens** 77:2
**term** 51:19 52:14 52:15,16,16 53:11 89:3,4 100:12 105:8 107:5
**terms** 80:2 88:9,9 101:22 104:3 113:12,13 137:8 137:20 138:5 139:7 150:15 166:6 167:15 168:5 169:22 170:2
**terrorism** 43:9
**tertiary** 13:19,21 18:11 19:2 27:17 32:15 78:17
**test** 32:9,13,16 73:12 85:21,21 86:6 95:22 105:5 105:14,14,15,17 120:11,13,13,15 120:16,18,21,22 121:2,3,6,10 122:3,10 126:9,19 126:20,21 127:9,9 127:10 129:20 130:6,13 132:3,10 132:13 171:4,15 172:16 173:16,16 173:18,18,21,22 174:2,7,9,10,15 174:18 175:1,7,10 175:19,20 176:11 176:20 179:13 183:6,9 184:1
**tested** 10:14 17:6 126:6 129:21 146:5
**testing** 44:15 46:19 54:4 56:16 57:10 58:8,13 171:20
**tests** 127:7 129:2 130:6,7 173:13 174:4
**tetrazole** 34:16
**thank** 4:3 5:12,15 8:2,3 38:2,2 59:3 59:12,13,14 62:10 69:7,8,10 70:13 70:14,18 72:9 73:3,4,6,21 74:22 75:1,13,14 77:15 81:4,5 84:18 85:18 87:16 90:10 90:11,13 92:2,18 92:19 94:21 95:1

95:11,12 97:14 100:19,20 105:1 107:12 115:9 116:12 118:4 119:12,14 120:8 122:6 123:5,15 125:2,16,19 127:20 129:11 130:1 133:21 135:7,9 140:13,14 141:18 143:14 144:22 145:1,9 146:12,19,20 154:21,22 156:1 157:14 159:1 161:4 162:22 163:15 164:9 167:8 169:6 170:3 171:2 172:13 173:19 174:12 178:15 180:8 182:20 184:3,7,12
**thanks** 184:13
**thematics** 26:21
**theoretical** 71:17
**theoretically** 124:5
**theory** 175:18
**therapeutic** 51:10
**thermal** 24:13
**thing** 69:3 79:2 90:2,14 103:9 107:22 108:1 125:12 131:5,15 139:5 150:9 154:2 165:1
**things** 4:6 79:20 81:2 82:7,11 115:2 136:1 151:2 154:17 157:19 166:15 167:4 168:20
**think** 22:3,12 26:5 26:11,17 31:22 32:2 34:22 37:1,3 37:18 64:1 66:10 66:11 70:18,20 71:6 72:4,7,17,19 72:22 73:6 74:1,2 74:9,15 75:14 79:7,15,17,20 80:15,19,19 81:2 81:19 84:11,17 86:3,13 87:1,5,13 87:20 88:20 89:3 89:5 90:13,21 91:9 92:9,9,11,16 97:19 98:15 100:18 101:6,8,10 101:18,22 104:15 105:13 106:21 107:3,11,15,20 108:5,7,14 110:17 110:19,21 112:11 112:12 113:6 114:17 115:3,5,15 116:2,5,6 119:21 121:20 122:8 124:8,17,22 125:13,15 127:14 127:17 129:1,3,5 129:13 131:13 132:7,17,21 133:3 135:10 136:16 137:2,9 139:13 141:2,5,15 142:15 144:1,5,8 145:3 145:17,21 146:1,3 146:6 148:22 150:1 153:1 155:7 155:15,18 156:19 156:20 158:2 159:8,11,12,16,20 160:18,19 161:14 162:7,12 163:7,20 165:5 168:4,11,22 170:10 171:1,4 172:1,20 174:16 177:17 178:9 181:4,11,14 182:14,18 183:3 184:1,5
**thinking** 89:17 137:12 140:7
**thiocyanate** 18:16
**third** 63:4 95:13
**thiuram** 22:16
**thorough** 108:18
**thoroughly** 92:11 129:21 156:21
**thought** 8:10 88:20 169:9
**thoughts** 59:22 89:16 126:4
**thousand** 64:6
**thousands** 63:2
**three** 19:5 29:16 62:13 64:4 109:5
**threshold** 97:7 102:14,15 103:7 142:5,7
**thresholds** 116:19
**throughput** 63:3
**ties** 102:15
**tighter** 47:10
**tightly** 48:1
**tim** 132:6
**time** 5:2,6 8:10 9:21 10:7,17 11:6 24:3 30:8 40:3 43:4,11 55:9 74:16 78:8,9 79:10 87:11 94:14 97:2,12 100:9 101:8 104:2,11,12 108:16 109:14,16 123:13 128:6,8,10 128:13 133:18 144:15 152:4,12 153:3,5,7,19,21 156:11 160:13 162:11 163:18 164:3 179:4,10
**timeline** 42:2
**timelines** 54:22
**timely** 150:12
**times** 65:19 66:17 101:8 117:12
**timing** 73:1
**tissue** 65:14
**tissues** 12:16 65:9 65:12,15,21 66:12 93:20 117:8,9,13 179:2,5,6,8,9
**tobacco** 12:1 19:7 20:4 38:22
**tocopherols** 18:19
**today** 5:9 38:11,17 58:4 76:22 77:13 79:21 91:14 102:2 126:1 159:9 161:21 162:17,21 182:1
**today's** 4:11,14,18 4:20
**tolerance** 23:11,14 37:20
**tolerated** 52:6
**tomorrow** 5:9 136:21 137:4,21 138:9 169:15 184:8
**top** 119:8
**topics** 43:20,22 56:18 182:1
**total** 55:4 63:2 99:7 124:5 144:11 144:14 148:5 164:13 166:19
**totality** 110:8
**totally** 37:19 112:5 145:15
**touched** 170:5
**tox** 44:18 45:2 49:8,9 52:1 106:6 173:18

**toxic** 9:18 77:1 106:1,15 134:9,16
**toxicities** 76:18 134:14,19
**toxicity** 7:13 24:6 39:2 138:3
**toxicokinetics** 62:20
**toxicological** 37:20
**toxicologist** 71:20
**toxicologists** 134:15 135:20
**toxicology** 5:17 8:6 38:6 49:5 135:4 140:18
**trace** 33:5 160:7
**tracer** 31:9
**tract** 28:4 154:5 157:11 158:17
**transcriber** 186:1
**transcript** 186:3,5
**transcriptionist** 185:6
**transferase** 115:19 116:1 117:7,14 142:4,10
**transferases** 36:5
**transgenic** 178:20 179:20
**transition** 96:15
**translate** 73:17
**transnitrosating** 21:5
**transplacental** 20:9
**treat** 144:13,17 167:18 180:7
**treated** 24:1 25:1 65:7 67:11,15
**treating** 180:3,5
**treatment** 49:2 54:8 124:4
**tremendous** 10:21 27:10
**tremendously** 96:10
**trgs** 22:4 23:10
**trial** 154:8 164:18
**tricker** 33:1
**tried** 62:22
**triggered** 24:7
**trivial** 156:15
**trouble** 90:19
**true** 14:21 23:2 150:4 181:20 182:12 185:7 186:5
**truly** 24:6
**trump** 122:19
**trustable** 31:11
**try** 62:13,16 63:10 87:13 156:16
**trying** 77:12,18 89:18 101:22 116:10 131:1 151:12
**ttc** 90:1,4,6,8
**tube** 27:5
**tuberculosis** 43:1 50:18
**tumor** 49:7
**tumors** 12:1 17:3 27:5,6 48:11 53:2 77:5,7 84:7 97:2 109:6,20 111:13 111:14 112:8,10 118:15,21 119:2,4 179:7
**turn** 26:20 65:3 102:12 103:3,14
**turned** 4:15,17 9:21 156:11 157:4
**turning** 83:5
**turns** 93:15 176:19
**two** 4:3 6:19 9:22 11:1 15:13 59:2 59:17 68:13 92:5 99:4 111:16 126:20 130:22 138:7,21 166:15 167:4
**type** 89:8,12 174:1 174:1
**types** 73:9 102:8
**typewriting** 185:5
**typical** 53:9
**typically** 134:22

**u**

**u.s.** 56:8 76:21
**ucmf** 165:14
**ultimately** 60:17 130:7,19
**unacceptable** 47:1 166:5
**unavoidable** 26:13,14,14 48:1 78:6 124:16 178:17
**uncertainties** 68:13
**uncertainty** 53:3
**unchanging** 70:4
**uncharacterized** 56:12 57:11 58:16
**undergoes** 19:2,16
**understand** 56:1 60:16 69:4 70:10 90:21 99:20 110:5 123:16 126:3 127:1 134:6 136:19 137:7 149:18 160:12
**understanding** 60:1 96:7 137:5
**understood** 144:20
**undertake** 144:6
**undesirable** 104:14
**undissociated** 15:14
**unexpected** 8:17
**unexpectedly** 35:22
**unfortunately** 86:2 133:11 166:3
**unidentified** 56:12 58:15 92:20 94:10 124:11,14 179:15 181:13,19
**unique** 56:13
**units** 64:14
**unknown** 144:8 144:19
**unknowns** 104:19
**unmute** 4:12
**unprotonated** 15:18
**unreasonable** 66:11 100:9
**unspecific** 136:6
**update** 37:2 43:16 149:1
**updated** 26:12,18 71:11 151:9
**updates** 149:4
**updating** 90:8
**upper** 27:22 67:19 108:21 110:18
**uptake** 29:11 169:3
**upward** 65:3 102:11 103:3
**urgent** 37:7
**urinary** 30:7 33:3 35:14 164:13 183:2
**urine** 19:17 20:7 20:10 30:13 33:11 33:13 35:3 61:6 62:19,22 160:1

164:12 165:10
**usable** 72:4
**use** 12:1 21:17 22:5 25:15 37:9 46:12 51:15 52:16 52:18 53:15 55:22 57:15 63:11 64:14 77:18 79:15 80:6 80:13 82:13 83:20 85:19 87:12 89:1 96:5 100:21 101:1 101:9,10,13,13,15 101:19 107:17 108:15 114:1,3,8 120:10 138:17,22 140:12 141:10 147:3 148:3,5 160:15 169:14 177:2,21 178:1 181:5
**useful** 72:14 84:14 108:17 110:18
**uses** 101:11 177:7 177:7
**usually** 65:20 117:10
**utilize** 4:19 95:6
**utmost** 19:13
**uvcb** 138:11

**v**

**valid** 120:16,18 154:3
**validate** 68:15
**validated** 37:8
**valsartan** 40:1 166:1
**valuable** 82:3 184:8
**value** 16:2 76:11 80:12,18,22 84:11 89:17 167:16
**values** 16:4 21:21 36:15,17,19 71:14 71:17 77:21 78:11 81:16 83:3,9,13 84:2 85:6,7 89:20 89:22 107:21 168:6 170:18
**variables** 133:7
**variations** 60:9 122:21
**varied** 91:9
**varies** 47:18 57:6 74:12,14 96:10
**variety** 29:1 82:17 171:13
**various** 29:9 44:6 48:2 59:7 73:15 74:14 84:13 91:4 93:19 114:20
**vary** 104:9
**vast** 138:2 140:22
**vastly** 34:3 145:19
**vegetables** 28:2
**vein** 175:4
**verified** 28:22
**verify** 120:22 130:15 162:20
**versa** 12:6 29:19
**versus** 14:4 47:16 52:16 76:4 85:20 95:17 97:7,18 114:12 120:1 135:2 153:15 177:2
**viable** 153:7
**vice** 12:6 29:19
**video** 4:13,15,17
**view** 61:19 71:19 79:14 99:13 108:14 136:4 169:18
**viewpoint** 35:9
**views** 8:5 10:7 38:17
**visualize** 61:17
**vital** 39:9
**vitamin** 155:17 157:9
**vitro** 86:16 105:21 106:9 122:20,22 127:15
**vivo** 8:14 16:14 17:2,5 30:14,18 33:10 37:11 66:8 95:16,21 97:17 98:1 105:7,8,19 105:20,20 106:5 106:10,12 119:22 120:21 122:9,13 122:14,19 123:7 123:11 127:10,14 127:18 128:4,5,17 129:2,20 130:4,14 130:16,18 131:13 132:14,18 133:14 149:9 156:20 173:1,7,10,13,21 174:4,15,16,20 178:18,19 179:1,3 179:3,13,18,21 180:6 183:20
**vmn** 111:11,12 121:8
**volatile** 14:6 76:16
**volatilized** 14:13
**volunteers** 35:1 164:15 165:10
**vulcanization** 22:15
**vulcanize** 165:15

**w**

**walk** 20:16 175:15
**wall** 183:8
**want** 4:5 23:10 59:3 69:10 88:2 119:17 122:9 135:5 154:19 162:2 180:2 181:14
**wanted** 5:8 73:19
**water** 10:8 14:20 38:22 56:21 67:16 113:5 158:8
**way** 13:5 28:10 52:13 78:1,2,10 78:13 79:17,22 80:19 81:2,3 84:10,22 85:2,5 92:10 93:1 102:20 112:1 134:10,11 134:17 143:22 146:14 158:22 162:1 181:15
**ways** 90:5 99:4 108:10 135:12 139:12 160:7
**weak** 14:18 121:13 172:4
**weakly** 16:5,8,21 17:16 47:20 146:18
**wealth** 48:14
**webinars** 55:6
**webpage** 5:11
**website** 7:19 166:5
**week** 118:13
**weeks** 90:8
**weibull** 102:10
**weight** 10:8 67:3 113:9 129:9 134:18 180:11,13 180:15,21 181:6 181:18 182:10,17 183:16
**welcome** 6:1 125:21
**went** 21:21 92:6 150:6 153:7
**white** 1:13 106:2
**wide** 12:2 50:14 77:3
**widely** 73:15 82:13 108:21

**willie** 27:9
**withdrawal** 33:20
**woman** 170:20
**women** 64:6
**wondering** 137:12
**woodcock** 43:4
**word** 21:14 23:19
**words** 15:4,19 18:2 21:1 25:14 28:9 65:13,18 68:13 90:16
**work** 27:12 45:1 69:21 72:21,22 81:19 87:13 90:20 136:8 138:10 139:10,11 166:18 169:13 173:4 179:16
**worked** 49:9 59:11 93:13 94:15
**working** 20:6 23:13 38:9 45:22 56:4 58:10 176:2
**workshop** 1:2 4:3 4:7,18,20 5:3,9,11 5:21 6:2,3,21 7:7 7:21,22 58:4 59:13 77:13 90:7 140:3 151:22 184:6,9
**workup** 31:6
**world** 134:16 168:13
**worry** 147:20 151:14
**written** 22:1 23:10
**wrong** 135:21

**y**

**yeah** 87:16 116:18 128:2 141:20 150:3 153:1 157:16 164:17 167:7 173:3 175:9 181:19
**year** 130:22 146:11
**years** 6:4,10 8:9 17:6 20:18 21:15 38:10 40:19 58:5 59:12 63:17 64:5 71:2 72:2,3 80:5 108:20 109:5 111:8 118:18,19 140:17 149:22 155:7 159:15,22 174:21 176:14
**yield** 17:2 61:10
**younger** 100:11 107:6

**z**

**zang** 166:18
**zeiger** 2:6 73:5,6 85:18,19 104:22 105:1 108:3 111:5 111:7 116:18 121:1,1 122:12 145:13 146:12,13 146:20 171:11 173:9,22 175:9 178:22 183:21
**zeiger's** 171:6

# EXHIBIT 36

# Nitrosamines as Impurities in Drugs; Health Risk Assessment and Mitigation Workshop

Moderated by Anne Painter

Tuesday, March 30, 2021

9:00 a.m.

Virtual Public Workshop

Food & Drug Administration (FDA)

Washington, DC 20001

Reported by: Irene Gray

JOB No.: 4377527

A P P E A R A N C E S

List of Attendees:

Anne Painter, Host

Dr. Aisar Atrakchi, Panelist

Dr. Gerhard Eisenbrand, Panelist

Dr. Soterios Kyrtopoulos Ph.D, Panelist

Dr. Joseph Guttenplan, Panelist

Dr. Mark Cronin, Panelist

Dr. Errol Zeiger, Panelist

Dr. John R. Bucher, Panelist

Dr. Jerry M. Rice, Panelist

Dr. Stephen S. Hecht, Panelist

Dr. Richard H. Adamson, Panelist

Dr. Michael DiNovi, Panelist

Dr. Sruthi King, Panelist

Dr. David Keire, Panelist

Dr. Deborah Johnson, Panelist

Dr. Timothy McGovern, Panelist

Dr. Robert T. Dorsam, Panelist

CONTENTS

| | PAGE |
|---|---|
| Welcome by Aisar Atrakchi | 5 |
| Exposure and Risk Assessment: | |
| Question 5 discussion by panelists | 5-49 |
| Chemistry: | |
| Question 6 discussion by panelists | 49-92 |
| Question 7 discussion by panelists | 92-144 |
| Workshop questions by panelists | 144-187 |
| Summary and Conclusion by Dr. Atrakchi | 187-192 |
| Adjourn by Dr. Atrakchi | 192-193 |

P R O C E E D I N G S

MS. PAINTER: Hi, everybody. Thank you so much for joining day two of our workshop on nitrosamines as impurities in drugs. Before we get started, we just wanted to do another reminder of the house rules for today's workshop.

As a reminder, everybody who is not speaking, please keep your phone on mute. And all attendees will be muted, and only panelists will have the ability to unmute themselves.

If you are using the video feature, only the panelists that will be engaging in today's discussions will have their video feature turned on. If you are not speaking, please have your video feature turned off.

Regarding any questions and discussion, please submit any questions that you would like to have answered by using the Q and A feature to the bottom center of your screen in Zoom. Any questions that you do submit, we do have a team of moderators who are monitoring the Q and A chat box. If you see that your question has been dismissed, that means it

has been received by the team and sent to the moderators for review.

If you are a panelist who will be speaking, please utilize your chat feature, as the host will prompt you when it is time for you to present. When using the Q and A chat box, the moderators and the workshop host will work together to monitor the questions, and they will make sure that they are addressed as time allows during the workshop.

And additionally, today's meeting presentation and recording will be made available on the webpage later this week.

Thank you.

DR. ATRAKCHI: Good morning, good afternoon, and good evening, and welcome back to the second and last day of the workshop on nitrosamines as impurities in drugs. We had a productive and informative day yesterday and look forward to the discussions today. We continue with the remaining questions, starting with question five, the last one under Exposure and Risk Assessment.

Question five: Should the regulatory

limits for nitrosamines listed for food and water, or amount formed endogenously be considered in determining the acceptable intake of nitrosamines in drugs?

Considering the abundance of nitrosamines, in and around us, should these amounts be taken into consideration to determine an acceptable intake in medicines. Keep in mind, one takes a drug as a patient to gain benefit to treat a disease or illness. It is not a choice that one makes. And the American public expects their medicines to be safe.

However, as a personal choice, we eat how much we eat, and what we eat and drink -- is our own choice. Some authors -- and also, from yesterday's discussion -- stated that endogenous production of nitrosamines and their precursors are a more important source of exposure than exogenous intake.

It is also important to keep in mind that in order to estimate the dietary intake, it is not only of nitrosamines, but in addition we need to estimate nitrates and nitrides, and not focus only on

diets that are rich in these compounds -- i.e., not a biased assessment.

So, with that, I would like to start with Dr. DiNovi.

DR. DINOVI: Yeah. Good morning. And thank you. So, this question has bothered me -- I guess is the right thing to say -- since we first started discussing it, because it is just -- there are lots of things, here, that are -- it is not obvious on the surface.

As an exposure assessor modeler -- purely as a numerical person, I would say the answer is, no. Because the regulatory limits do not actually impact the inputs into my exposure assessment models.

But clearly, a bigger answer has to be, yes. And as we discussed extensively yesterday, as more and more information becomes available about the endogenously formed nitrosamines, that would certainly impact how you choose to pick an acceptable intake, which is, of course, a risk management mitigation metric.

The limits themselves -- it sounds

contradictory but setting a limit does not impact exposure very much. Unless you are in a position where many -- and I am thinking in terms of food, which is my world. Unless you are in a position where many of the products would become unacceptable at a level that you have chosen for safety -- so then, you are brining in all sorts of economic impacts -- which I do not think we are discussing, here -- the limits are typically set in a way that balances the ability to measure the numbers -- for example, at -- although, I do not think that is particularly a problem, here -- with the cost, both in time and effort. We discussed this briefly yesterday, on getting here.

So that is why you can hear in my voice there is a hesitancy to just say -- you know, yes or no -- which is my normal choice for yes/no questions. But you clearly are going to have to take especially the endogenous formation into account when you get to the end, if the endogenous level is as we have heard three orders magnitude higher than the drugs, there would be no impact in picking an acceptable level from a numerical risk assessment point of view.

As you said yesterday, Dr. Atrakchi, you do not want them in there at all. So, the CDER's goal is to get them out. And that is a separate question from my world modeling the risk. And I will be interested in hearing what my colleagues have to say. So, I will pass it along, now. Thank you.

DR. ATRAKCHI: Thank you, Dr. DiNovi.

Dr. Kyrtopoulos? You are on mute. We could move to Dr. Eisenbrand and go back to Dr. Kyrtopoulos in a moment.

DR. EISENBRAND: Yeah. Thank you, Dr. Atrakchi. This is Gerhard Eisenbrand speaking.

Well, I have made this -- I have commented on this point yesterday, already. And again, I would like to repeat that in my opinion, it would be a pragmatic way of using the dietary exposure, for instance, as a point of reference for the potential to validate or evaluate the potential risk coming from drug connected exposure.

And while I, personally, would prefer to use, for the time being, the dietary exposure, is that it seems to me that although the data are, sort

of, 10 years old or some about that -- the database about the dietary exposure -- it still is valid, in a sense. And of course, one can confirm this -- I think, within a very reasonable timeframe, to be sure that the date had not moved very much, if at all. I would personally guess that they may, today, be even somewhat lower than before -- than 10 or 15 or 20 years before.

But this is a relatively good database. We have a lot of data there. It is data dense, and it allows a -- what I would call a commonsense approach, saying -- well, we have this -- in my opinion, really more or less unavoidable exposure. I mean, you have, perhaps, a certain liberty -- degree of liberty to modify it by your personal preferences. But still -- I mean, taking a reasonable medium amount of -- which we know is really below point five micrograms a day -- it is around point two, depending on the country where it has been measured. So that is a database that is quite solid and could be used. I think the intravenous risk of formation is much more -- in my opinion, much more difficult to quantitate in terms

of -- you have a lot of, perhaps -- ability by the health status and nutritional status, and so on. So, my plea would be to not disregard this nutritional exposure as a potential point of reference to -- you know, evaluate the risk from -- in a -- one -- it is a common sense approach, in my opinion.

So, I think, that is what I want to say, here, to this point, again. Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: Can you hear me, now?

DR. ATRAKCHI: Yes. We can hear you.

DR. KYRTOPOULOS: Ah. Okay. I am please.

So, I have started saying, before, that I agreed with what Dr. DiNovi had said, to a large extent, in that we have this exposure from the diet. Possibly, we have a much larger exposure endogenously. We do have certain reservations, as we discussed yesterday. But it does seem that there is significant endogenous exposure. So -- and there are two ways in

which one can see this background -- let's call it -- exposure in relation to the question we are discussing.

On one hand, one can say that there is this very large amount of exposure that is coming from sources other than the one we are interested in. And these sources -- the drug contaminants, are adding just a little bit to what is already a large number. So, there significance falls, in weight.

On the other hand, given that these background exposures -- especially the endogenous exposure -- if it worth -- for whatever value it may have, larger or smaller -- should be seen as contributing to the background incidents of cancer in the general population. I think that this was already stated, yesterday, by one of the panelists.

For example, taking the numbers that we are currently discussing -- assuming, for instance, that the mean -- average mean endogenous exposure holds true to the number of 144 micrograms per day that I mentioned yesterday -- that would seem, based on the Peto bioassay, to be -- to correspond to

something like a one percent lifetime exposure to that -- would be equivalent -- give rise to about one percent liver tumors. So that would be the contribution of dimethylnitrosamine to the background incidents of cancer. Which, overall, in humans, is, of course, much larger. It is in the order -- 30 to 40 percent.

On the other hand, traditional risk assessment considers this acceptable exposures. Those exposures, which are predicted to result in an incremental lifetime risk of one in a 100,000. So, from that point of view -- it starts from the general incidents and counts what gives rise to an incremental risk. In other words, ignoring the -- this background incidents and the associated exposures.

I think that in principal, that would be the correct way to go about it. And this becomes even more valid if we assume that maybe we are over estimating endogenous exposure. If real endogenous exposure is not in the thousands of micrograms that we are currently suspecting, but it is lower, then it becomes -- the weight of the incremental exposure --

it becomes more significant, conceptually.

So, I think, that in principal, we should not be taking into account this background exposure, whether it is coming from endogenous sources, or from food, or whatever else.

On the other hand, having said that, I do recognize the need for an expediency for a practical approach, given everything that was said before -- that people have to take med -- these medicines. They have no choice. And it is a question of balancing risk and benefits.

So, I -- my overall final, kind of, position, would be that we should aim at estimating what is acceptable based on risks calculated without taking into account the background exposure. However, we need to be flexible in view of the particular expediencies which exist. That is it for me.

DR. ATRAKCHI: Thank you, very much.

Dr. Rice?

DR. RICE: Good morning. In listening to the views of the previous speakers, I have thought carefully about my own position on this question,

which some might consider simplistic. But I keep returning to the fact that the physiologic effect of environmental exposures to a given agent is a cumulative result of all systemic exposures to a agent that one may experience. And I think, in consequence, that one really must consider the amounts in food and water in the context of what one may decide is the acceptable intake of nitrosamines in drugs.

The balance of evidence seems to be that the amount consumed by drugs -- consumed in drugs is miniscule -- or, at least, very much smaller than what one experiences from intake in water -- and especially, in foods. And I think it would send a confusing message to consumers -- citizens in general -- to try to tell them that the body somehow knows whether a given molecule -- any given nitrosamine comes from a drug taken by necessity or in a food taken voluntarily. Once it enters in the body it is all the same irrespective of origin. And therefore -- very strongly believe that you must look at the totality of environmental exposures in determining acceptable limits.

The amounts formed endogenously are, to a certain extent, a different issue. Ideally, you should consider that, also. But we have -- as Dr. Krytopoulos has just outlined, that seems to be a moving target. And while it might be helpful to make an effort to consider these -- again, to provide perspective in determining how much concern they give to small impurity in a drug preparation.

The net result is that if we start giving much different limits for what is consumed in food versus what is in drugs, it would seem -- I think, to most people, to call the entire risk evaluation process into some question. So, I say we should not prove it. Thank you.

DR. ATRAKCHI: Thank you, Dr. Rice. I just would like to make a -- maybe, one or two comments on that.

In foods, in general, we are not necessarily ingesting NDMA, NDEA, and other of the more potent nitrosamines. We are mostly taking the nitrates and nitrites of the food. It is when the food is cooked, that is when the nitrosamines are

present.

In recent dietary assessments -- in recent study in 2019 and 2020, the amount of -- the mean NDMA in foods was present at point one parts per billion. And the total nitrosamines -- there were about eight of them -- was present at point two three parts per billion. Very low amounts in foods. And this is all the result -- I would imagine -- from the progressive and advancement in food preparation, and so on, over the last 20 years.

So, the amounts from foods, and the natural amounts in vegetables, spinach, and others, they are very low. And in terms of calling the -- what we have in drugs -- as very, very miniscule amounts relative to what we are ingesting, again, I would like to emphasize that drugs -- we take drugs in the anticipation that we are taking the active pharmaceutical ingredient that is responsible for treating the disease or the illness. We do not expect the drug product -- or the drug substance to contain impurities that have no benefit to the -- or contribution to any benefit to the patient, and into

that tablet or pill that we are taking. So, it is a very different assessment.

And, also, we have -- as regulators, we have GMP quality to follow for what is in a drug. It is expected. We all expect the drugs to be clean, pure, as much as possible. So, it is a little bit different type of assessment.

Although, I do agree that -- we all, I think, agree that we are exposed -- around us, there is a lot of nitrosamines present. It is all relative. And I think you have -- you are saying the same thing. Again, I am not talking about the endogenous. The endogenous has so many variables. Whether it is the bacterial colonization, the nitrosation in the gastric of patients, different than those are who are healthy. That is not what we are talking about -- what I am talking about now. It is more of the exogenous exposure. So, just something to think about. And then, we can discuss this a little bit more, later on.

Dr. Guttenplan, please?

DR. GUTTENPLAN: Yeah. I am more of a laboratory researcher, than involved in regulation. I

do not disagree with anything that has been said so far. I just have one other view point.

And that is, suppose one did not have any exposure, either from exogenous agents, or endogenous formation. How would one regulate the nitrosamines that are present in drugs? Would that be considered a risk, or not?

And so, I think that is another way of approaching the regulation. Suppose we just disregarded the probably higher amounts that would be present in the normal dietary intake, and normal environment of the general population.

And that is the extent of my comments on this.

DR. ATRAKCHI: And we do -- I mean, to answer your question, if we are not going to take into consideration anything else outside the medicine, then this will be controlled under what ICH M7 -- and we have other -- that is for mutagenic impurities. And we also have other guidance's that are for regulatory -- for regular impurities that are not mutagenic. So -- and the complication, here, with

nitrosamines, as we all know, is because there are -- we are surrounded, almost, by them, in food and in the environment. So that is why this question is, should we take this into consideration. Otherwise, we can just go and follow some of those guidance's that we have, and we can calculate the risk/benefit in that sense.

But that is a very interesting and good point.

Dr. Bucher?

DR. BUCHER: Thank you. I think I mentioned this in my response to question three, yesterday. And I agree. And I think Dr. Kyrtopoulos laid this out very nicely.

In my view, we should not consider either the endogenous levels generation, or the amounts in food and water, with respect to determining the risks of the incremental increase in risks into the nitrosamines in drugs.

And I based this upon an argument that Dr. Kyrtopoulos also mentioned. There is no reason to believe that somehow the nitrosamines that are being

generated endogenously are not carcinogenic. I think there is a good case that could be made that a considerable amount of the, quote, unquote, "spontaneous tumor load," in the population -- which Dr. Kyrtopoulos correctly indicated runs between 30 and 40 percent -- could be due to contaminating nitrosamines in our own bodies, generated internally.

And if this is the case, then we really do not have a baseline on which to make a judgment about how much additional cancer risk could be posed by even the existing levels of nitrosamine contaminations in drugs. But we do have ways of estimating the risks associated with this, using the TD 50 calculations in the carcinogenic potency database, that I mentioned yesterday.

And I think it is appropriate to go ahead and use the one in 100,000 risk level as an acceptable increase risk due to contaminants in drugs. So, I would be in favor of ignoring, and not taking into consideration, the background endogenous formation, or the contributions of exogenous exposures through food and water, when calculating the risks of

nitrosamines in drugs. Thank you.

DR. ATRAKCHI: Thank you.

Dr. Adamson?

DR. ADAMSON: Well, I am with -- I would be in favor of saying you have to consider the amounts that are formed endogenously, and the amounts in food and water. And I want to bring up a point.

If you go to a delicatessen, or buy already cooked ham, or various other cooked things, those are all are already cooked foods, and probably have -- despite the fact they probably have an anti-oxidant in the preparation -- they probably have a small amount. So, you can buy foods, I think, that have small amounts of nitrosamines in them, in a store, in a delicatessen, and other places.

So, I think, you also need better measurements, as has been brought up numerous times, of the endogenous amounts. But we should also remember there are other endogenous carcinogens that contribute to the background. We make a lot of formaldehyde in our body. We make a lot of ethylene oxide. We have isoprene. We have a number of other

things. They all contribute to the background cancer.

And the amount that is present in drugs that we take, of nitrosamines, is miniscule, compared to the amount -- and probably adds -- you probably could not quantify the additional -- if you saying that 40/50 percent of the population -- let's say 40 percent comes down with some type of cancer, you probably could not quantify the additional amount. It is only a number because of risk assessment -- the addition of five or 10 cases per 100,000.

However, we should also remember that most people, when they get older -- my age, or starting in the sixth decade -- they are poly-pharmacy. They do not take just one pill. They do not something just for blood pressure. They take something for anti-acid. They take something for gout. They take something for numerous things. So, the drugs do give you a benefit.

But the amount of nitrosamines, in my view, should be whatever is feasible, with regards to also determining the cost of the drugs. So, those are the three points that I would like to make. We are

poly-pharmacy in the drugs. That the endogenous amounts do -- and food, do overwhelm the amount that we take as drugs. But we ought to regulate to the point where it is feasible concerning the cost and the benefit. Thank you.

DR. ATRAKCHI: Thank you, Dr. Adamson.

Dr. Zeiger?

DR. ZEIGER: Thank you. Hold on a second. Unfortunately, there are very good, logical positions -- logical arguments on both sides of this issue. And what I keep coming back to is that are our endogenous exposure -- that any health effects from nitrosamines would be based on the sum total of our exposure to nitrosamines, which includes exogenous and endogenous, as well as what is in the drugs.

But, the -- and we know the endogenous exposure is highly variable -- is affected by diet, by the genetics, by lifestyle, and many things. But everything contributes to the additivity of the response. And so, to some extent, this implies a need for more concurrent accurate -- more current, accurate human data on endogenous formation.

But even if the incremental increase is miniscule, I think a good argument can be made for considering the endogenous and exogenous -- other exogenous exposures to it.

You know, that said -- you know, it may not make a difference. You know, the added exposure from the drugs may not affect the overall risk assessment for that particular nitrosamine, or for the nitrosamines in summary. And I think maybe that would be a way to address it. What is the potential risk -- tumors per 100,000 -- cancers per 100,000 based on the exogenous plus the added drug. You know, showing there may be no difference, or there may be a difference. We do not know. But we just need more data on the endogenous levels.

But we cannot just say that -- you know, saying just looking at the -- what is in the drug, we cannot just say that, that is our only risk factor. Somehow, we have to include any communications on risk -- any calculations on risk, based on the total exposure. Whether that total exposure is just one percent more than the endogenous,

or 10 percent more than the endogenous.

But as I said in the beginning, one can make a good case for either approach, looking only the drug levels, or looking at the total exposure levels. Thank you.

DR. ATRAKCHI: Thank you.

Dr. Hecht?

DR. HECHT: Right. Well, we have very good data on nitrosamines in food and the exogenous exposure, particularly for the more common nitrosamines, like dimethyl and dimethylnitrosamines. So, we can really use that data in part to address this question of additional risk, as all the other speakers have mentioned. And chances are that the levels that you get of dimethyl and dimethylnitrosamine -- where we have a lot of good data -- from pharmaceuticals are probably quite low compared to the diet. But -- you know, the calculation has to be made.

But we do not have good data, in my opinion, on endogenous formation. It may very well be that the endogenous levels that are formed, are really

far greater than the amounts that you are exposed to through drugs -- as are also -- already been suggested. But I really do not think we have very good data on that.

And the other thing we have to consider are the structures of the nitrosamines. Most of what we have been talking about -- and a lot of the data in food is based on dimethyl and dimethylnitrosamine. But many of the structures of the nitrosamines that are found in drugs are quite different from that. So, I am not sure that we can actually make a blanket risk assessment by considering all nitrosamines at the same level of risk, because they have different biological activities.

In essence, I think that in some cases the nitrosamine exposure in drugs can be avoided by careful monitoring of the manufacturing process. And I do not think we should get into the situation where we are saying, oh, well, it does not matter because -- you know, you get so much exposure from food, that -- you know, so what if we generate some nitrosamines in the drug manufacturing process. No.

This is not correct. In most cases, the generation of nitrosamines during the manufacturing of the active pharmaceutical ingredient can be avoided by using correct chemistry.

That is all I have to say.

DR. ATRAKCHI: Thank you, very much, Dr. Hecht.

I would like to see if anybody else on the panel, who would like to add to this question?

DR. EISENBRAND: I would like to add a little bit more to that. If I am allowed.

DR. ATRAKCHI: Absolutely.

DR. EISENBRAND: I cannot agree more than with what Steve Hecht said. I think it is really important to recognize that we have a relatively solid database, in terms of exogenous exposure for food. And that is why I think it is a pragmatic process to take this as a point of reference. Mainly, because we do not really know how high or low the risk of the endogenous exposure side is. But this, of course, is a matter of future research.

But, Dr. Atrakchi, you brought a very

interesting point into the discuss. And that is the good manufacturing practice. And if we -- you know, leave a little bit at the moment, the discussion about the potential risk aside, and just concentrate, as -- by -- also said, just now -- on the good manufacturing practice, then we can say, well, according to good manufacturing practice, we can produce drugs without -- or with an extremely low miniscule contamination by n-nitroso compounds. And that, actually, would be, in my opinion, a good way out. Just concentrate on this. We did this in Europe before, for the cosmetics. Where it was realized that the exposure after mitigation measures had been taken, really approached miniscule amounts. So, we could concentrate on the good manufacturing principals, and say, well, according to good manufacturing principals, you can avoid nitrosamines conditions in the environment or in the fabrication environment, and so on, and can come down to limits that should not be exceeded. And that, I think, is a good way out, if we take this as a measure to follow.

But I think one point that should not

be forgotten, is that we also have a potential risk of endogenous formation of nitrosamines compounds from drugs. So, if you have, for instance -- the drug is really clean, but that has a structure that cannot be nitrosated endogenously, then we need to avoid that risk. And that is why it is now almost 40 years ago that WHO introduced this nitrosation as a procedure, just to get a rough measure about the nitrosatability of drugs. And this, I think, should not be forgotten -- that we also have to take this into consideration, in terms of regulation, as well.

Thank you, very much.

DR. ATRAKCHI: Thank you.

Dr. Keire?

DR. KEIRE: Yeah. I guess, I -- you know, when this nitrosamine -- when the nitrosamine started showing up in drugs, a lot of us at the FDA -- you know, were thinking along the lines of, well, okay -- you know, what is the level of exposure from drugs relative to diet, and -- you know, we got in contact with our colleagues at CFSAN, we dug into the literature, and a couple things strike me from that

whole process.

One is -- and I think it has, kind of, been referred to already -- that there is quite a wide range of values for the exposure from diet to nitrosamines. I mean, and -- you know, you might expect some level of variability because of the diet you might eat in South Korea, versus -- you know, a western diet, versus -- I do not know -- a lot of sausage in Denmark -- whatever it is. You know that there is a range of what you might consume in a given country.

And then, also, there is this aspect of the different measurement. And I think that there is a complexity to making measurements where you are -- you have to make sure that you are not adding nitrosamine in the process of making the measurements, right -- either from the preparation of the sample, or the measurement technique itself.

And so, I guess, I think I want to propose that I think there needs to be better data, right -- and newer data. And maybe with a standardized processes across many diets, right? The

drugs go in -- are distributed globally in lots of different populations with many different diets. And so, we really want to try to regulate -- you know, like, exposure to nitrosamines, you really have to think of it globally, across all those diets. And then, I guess, trying to come up with values, based on different measurements techniques, with -- you know, unknown suitability for the particular measurement.

You know, all these questions came up in that process. And so, I think it is a really difficult landscape to make a judgment about -- you know, what is the real level of exposure. And I think it does need a new focus.

As well as -- you know, the endogenous measurements -- you know, I think there needs to be better -- new and focused measurements that are doing this in the careful way. Again -- you know, down at this parts per billion level -- you know, trace measurements are -- can be challenging to do correctly -- you know, because of contamination issues, or other issues. So, I think there really is a need for good data with -- or new data with

standardized methods across many diets, to get a real baseline value. Thank you.

DR. ATRAKCHI: Thank you. And this is assuming that -- I mean, we did get a little bit different opinions -- or approaches, in the sense that, yes, we do need to take into consideration the diet and the exogenous exposure. But certainly, we also heard that, maybe, that should not be considered if we are simply, based on -- you know, we need the quality drugs, and when possible, these nitrosamines should not be present in drugs.

So, it is all relative. And it is all important things to take into consideration.

I do like to -- there was as discussion from yesterday that -- about this endogenous exposure in the past, versus the current situation. And I believe Dr. Eisenbrand, and Dr. Kyrtopoulos mentioned that there were good data -- very good -- there are good data that -- evaluation -- to update the evaluation of exposure to endogenous levels of nitrosamines. Can they -- can we use -- assuming the endogenous exposure is primarily driven by diet, is it

reasonable to use the current dietary intake levels in comparison to the past assessments to make a similar adjustments from those past measurements, until we get more of this new data that we can collect in the future? Can we extrapolate from those to the current status?

Anyone -- would like to comment?

DR. HECHT: Yeah. I --

DR. DINOVI: Dr. Atrakchi, it is Mike -- oops. Sorry.

DR. HECHT: Okay. Go on.

DR. DINOVI: Do you mean levels of nitrate and nitride in food now, versus the past?

DR. ATRAKCHI: Well, yeah. I mean, there was a discussion yesterday, that where there are a lot of -- there are good data from a while ago, where endogenous levels have been measured and determined, but they are old. And we need -- based on -- things have changed. The dietary -- how we eat, and what we eat, also, slightly have changed. So can we use the previous -- and everybody is telling us that we need more current information -- current

measurements of the endogenous levels compared to the past. But this will take some time. Can we use the old data and extrapolate from that for the current time, to see where we are in those amounts and measurements? Nitrates are -- obviously, we are -- it is mostly nitrates and nitrites that we are -- that are present in the diets. And the nitrosamines are present, but at very, very low levels in the fresh fruits and the fresh vegetables.

Did I --

DR. DINOVI: Yeah. Nitrate exposure is a thousand times higher than nitrosamine exposure. That is for sure.

DR. HECHT: Sure. I have some data on that.

DR. ATRAKCHI: Go ahead, Dr. Hecht.

DR. HECHT: Yeah. There was quite a bit of work some years ago on endogenous formation of nitrosoproline. It has been discussed yesterday. Of course, nitrosoproline is excreted unchanged, and it is not metabolized at all. So, the -- it is a good monitor of endogenous formation. And Mirvish, and

colleagues carried out a series of studies where they measured the amount of nitrosoproline in the urine of people who had ingested -- as an example, 400 milligrams of nitrate and 500 milligrams of proline. And this yielded about nanomoles of nitrosoproline in urine. That is a yield of point six times 10 to the minus third percent. So, that -- and I think that data is reliable. There is a lot of other data on nitrosoproline from 20 years ago, or so, that, I think, are quite reliable.

So, that gives you an idea of the extent of endogenous formation in one relatively favorable circumstance.

DR. DINOVI: So that is a very low conversion percentage, right?

DR. HECHT: Correct.

DR. DINOVI: Yeah. That is interesting. Thank you.

DR. ATRAKCHI: Thank you. Anyone else to comment on this?

DR. ZEIGER: Yes. You know, we have known for many years that diet -- you know, has a big

effect on cancer incidents. So, if we are going to do any studies on endogenous formation, maybe, they should be done -- not just take a few hundred people and measure it, but set it up, almost, as an epidemiology study. We are looking at effects of diets and different dietary regimes on nitrosamine formation. You know, vegetarian versus meat eater -- people high levels of fish -- people eating high levels of fruits and vegetables. You know, because this will all of -- this -- all of this will effect whatever endogenous levels we have. So, to just measure random -- people at random, I think will not give a fairly good range -- or fairly accurate range.

DR. EISENBRAND: Yeah. That has been -- actually, that has been carried out quite a bit -- this epidemically logical research by European and -- groups and also by groups in the United States. And -- you know, the main -- one of the main questions was -- that you have the highest levels of nitrate, you have in vegetables -- certain vegetables are really high, because they just accumulate nitrate.

And so, the highest intake of nitrate comes definitely from consumption of vegetables. However, fresh green vegetables have a protective associated -- at least, the consumption with a protective -- for instance, what mainly has been in focus in these investigations on colon cancer incidents. So, colon cancer incidents is -- there is a low incidence associated with enhanced consumption of green vegetables.

If you would think that nitrate in this case plays a role, then one has, really, to reconsider -- and has been reconsidered that. Because a possible explanation is that many anti-oxidative and inhibiting agents -- inhibiting to the n-nitrosation reaction, are also co-consumed in green vegetables, like phenolics and many other vitamins -- vitamin C, vitamin D, and so on -- and B.

So, that is the reason. And that is why I think the whole subject of endogenous formation is really very complex, and really, very complicated. It is not a simple way to really come to a point where you can say reliable, this endogenous formation is x times higher than what you get from exogenous

exposure. The suspicion is quite realistic that it is that way. But it is so many complex inference parameters going on, including the physiological state of the people -- the health state of the people -- inflammatory situation -- infections, and all these things that drive the formation -- the endogenous formation of nitrate.

And that is the main reason why I think that we have the best and most reliable data density with the analytics of the exogenous formation -- the exogenous occurrence of nitrosamine components in food. And I would, of course -- as I said yesterday, I think it is a good idea to re-check this -- to re-visit these levels. My suspicion is that they are even lower today. But it should be -- of course, it needs to be measured again -- the actual data as they are -- yeah.

But, still, I think the argument -- the most -- main argument is that we have a much bigger data density -- of good data, also -- despite of the -- all the analytical problems that have been mentioned, already by Dr. Keire.

But there are good data, because many of the more recent surveys have been carried out with -- especially, proof against artificial formation of nitrosamine components during analysis.

DR. ATRAKCHI: Thank you. Dr. DiNovi, would you like to comment on this -- in particular, what Dr. Zeiger was saying about conducting epidemiological studies on the -- what the diets and what people eat, and so on, and more controlled than just simply taking random. My understanding with CFSAN, you have fairly interesting software that where you can choose and determine what -- down to what a person -- how much a person can eat -- let's say a specific type of cheese and determine the content of whatever it is we are looking for -- whether it is nitrosamine, or something else -- fairly interesting models that CFSAN uses.

DR. DINOVI: Yeah. In fact, the numbers that you quoted earlier -- when you were talking about the exposure, came from work that one of my colleagues did -- Dr. Lee -- he is listed in the -- his papers are listed in the references. So, people

can take a look at those.

And the other thing that -- I mean, we do not do epidemiology type studies, at all, in my office -- and somewhere in the Center for Food Safety there are epidemiologist. But it is not us. The one thing that we do, do, that is related to what we are talking here, is we can look at time course of intake -- our food consumption databases go back, at least, to the late 90's. So, you can look at 20 years of data, and look at the trends and see if it is going up and down. So that is a question we can answer fairly easily -- whether or not nitrate -- and I am going back to nitrate and nitride level, which are -- you know, easier to get. That, we can take a look at.

But I do want to comment on one of the other questions -- and it is about the confounding things when you look at in vivo stuff. For example -- and I am just taking a look at some of Dr. Lee's data, here -- the single highest food sources for pre-formed nitrosamines are smoked meats, smoked fish, pureed and grilled meats. And the problem there is, all those, also, are

significant -- take that word with a grain of salt, but there are all good sources of polyaromatic hydrocarbons, and other carcinogens. You know, we, in the food world, know that grilling food makes it taste great, but it is also much more, air quote, toxicologically dangerous than boiling, steaming, or microwaving your food, right? So those things would have to be taken into account if you want to take a look at any of those things and see if you can tease out the nitrosamine contribution to whatever carcinogen -- carcinogenic endpoint you were looking at. But certainly, we would be more than happy to contribute to looking at these time courses of these things.

From a purely numeric point of view, thought, it is probably -- no -- I am going to go beyond probably -- it is certainly less than an order of magnitude change, if it is changed at all.

Thank you.

DR. ATRAKCHI: Thank you.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: Yes. Thank you. We

certainly have very good data on nitrosoproline excretion. I think these are the data we were mentioning in your introduction earlier, that -- we have reliable ES measurements and lots of studies.

What the nitrosoproline studies really told us, referred to -- concerned the conditions which influence endogenous nitrosation. They told us what the hosts capacity -- of different hosts, depending on the shelf conditions, and so on -- how they influence endogenous nitrosation. They told us about what intakes influence nitrosation, and so on. However, in the context that we are discussing now, I think that what -- which has to do with the role of endogenous exposure and how it should be assessed in the context of overall risk assessment for a particular chemical -- let's say NDMA -- here, we need studies which will somehow -- I do not exactly how that would be achieved -- give us reliable data on the endogenous formation of the particular compounds.

So, I can certainly see the weakness of what we have now, in terms of the analytical reliability of the data -- whether there may be

concentrations of NDMA in urine and blood, which are very old measurements -- or DNA adducts, whose shortcomings I mentioned yesterday. And I know that -- I believe that today we have -- we do have the technical capability to acquire much more reliable numbers. So, I think this is what we need, now, in order to be able to answer the questions that we have been asking. How serious is the endogenous burden of a particular nitrosamine towards the overall cancer risk. And, I think, for this, we need proper measurements. And I agree that they have to be done once we have set up the systems and we have found the proper design of the studies. I think we need, kind of, epidemiological studies, because it is very clear that we understand very little -- the determinants of endogenous nitrosation. We do not really have time to discuss this in detail, now. But I mean, there are papers in the literature where people try to give -- for example, anti-oxidants, inhibitors of nitrosamines -- ascorbic acid, or other chemicals -- and they saw results, which were not always what they had anticipated. They deviated from what one would

have predicted in one way or another.

So, I think the system -- this system of in vivo nitrosation is affected by a lot of factors, which we do not understand. So, until we get to the point where we can understand them, what -- if I had the technical capacity -- in other words, the right instrumentation to measure reliably what I want to measure, I would just collect a -- you know, a population of people, and measure what -- estimate -- carry out my estimation of endogenous nitrosation. And then, try to make sense of what the determinants may be, and what we -- the range of endogenous formation, and so on.

Thank you.

DR. ATRAKCHI: Thank you, very much. Any other comments from the panelists?

DR. GUTTENPLAN: -- yeah.

DR. ATRAKCHI: Yes?

DR. GUTTENPLAN: In a way, maybe, repetitive, but I think from what we talked about yesterday, we are below the threshold for non-linearity with exogenous and endogenous

nitrosation. So -- and the result -- the carcinogenicity and genotoxicity of nitrosamines is additive under these conditions. One should be able to calculate, then, an incremental affect of the nitrosamines and the drugs, irrespective of the endogenous and exogenous exposure, resulting in nitrosamines.

It is probably not measurable because it is such a small difference compared to what is there. But it should still be calculable.

So that is repetitive. But that is one way of looking at it.

DR. ATRAKCHI: Thank you. Anyone else?

DR. EISENBRAND: Just to state that I am totally in line with what Dr. Kyrtopoulos said. I think the -- going into the research to really address and quantify, wherever possible, the endogenous nitrosation potential, is very, very important for the future. But it is, in my opinion, quite, a big task. It is not really trivial. But we have -- today, we have the records and the means to approach that -- and I think it is very important to get quantitative

figures. But we do not have them, now, at the moment. At least not reliable ones. We have indication that there is, perhaps, substantially vivo formation, which may be exceeding the ex vivo exposure quite a bit -- the exogenous exposure quite dramatically, perhaps. But we need to confirm that. We need to really check it, re-check it, have the right methods to measure it. So, this will be an undertaking that will take time.

And for the time being, as I said already -- and I do not want to repeat me, again -- I think a good way of putting the endogenous potential of formulation of nitrosamine components in perspective to the exogenous exposure, or the diet.

And the other point I would like to make again is that, if we have good manufacturing practice rules set -- technically, to produce drugs without -- or with very, very low nitrosamine contamination, we should do that irrespective of a risk consideration, in my opinion. That, as I said, we did that for the cosmetics in Europe.

DR. ATRAKCHI: Thank you, very much, Dr. Eisenbrand. I think you -- I was about to more of

less summarize what seems to be the answer -- or comments on this question. But you just did it very nicely.

Mainly, overall, I believe is that it is very important to determine accurate the endogenous formation of nitrosamines. But this is require -- will require time and fairly sensitive and highly sophisticated analytical methods. And that should eb done -- need to be done. But it is in the future.

In the meantime, consideration for exogenous exposure to nitrates, nitrites, and other sources, as well as nitrosamines, that -- we have data from the past, and we could more or less reliably use some of this information, as well as, not terribly old data. However, more going back to the GMP, it comes down to the chemistries, and to the manufacturing. So, we do need, with respect to pharmaceuticals, and medicines, and drugs, to start with -- it is really the chemistry and the controls of the manufacturing that needs to be considered, until all these data are collected. Then, we can compare what is the levels that we ingest on a daily basis from the environment

around us, versus what is present in medicines.

If anybody disagrees with this quick summary, please go ahead and -- I know there were different opinions of how to do this, or -- but I think the overall -- there is pros and cons to both. Whether it is the exogenous, the endogenous exposure, as well as what is in the drugs, ultimately it is the drugs need to be under control for GMP for any types of impurities. And in this case, particularly for nitrosamines.

If no other comments, I would like to go to question six. Okay.

So, now we move to the chemistries of nitrosamines. Question six is one of two chemistry questions. In the absence of data and based on identified differences in nitrosamine chemistries and reactivities, can read-across for structural similarly to related compounds be used for nitrosamines? What are the key parameters to consider when conducting QSAR assessment for nitrosamines?

There has been a tremendous advancement of in silico modeling and software engineering to

predict many aspects of biology and chemistries, including chemical structural similarity. With a diversity of nitrosamine behaviors, both in vitro and in vivo, what are the pros and cons, and what is the extent of reliability for using QSAR to predict nitrosamine mutagenicity and/or their reactivity?

I would like to start with Dr. Cronin.

DR. CRONIN: Thank you. And there has already been a lot of discussion of chemistry and structural activity right from our first lecture yesterday, from Professor Eisenbrand. And let's just think for a moment why we want to do that.

And the advantages of going to structural activity, read-across QSAR, that in theory, at least, it is quick. It should be cheaper than doing, certainly, the longer-term animal tests. And it may not require animals.

You know, disadvantages; these are predictions, these are inferences, so we do have less certainty. And especially when we come to use read-across, we need some expertise. And already listening to the discussion in the last day or so, I

really appreciate the expertise already in this area.

My background is in, in silico toxicology. And I have taken the opportunity in the last couple of weeks to get a feel -- or refresh my opinions and understanding of this particular area, with regard to nitrosamines. There is a lot that has been going on. Particularly, very recently. And I am going to try to capture some of that, and, also bring together some of the information that we have already had.

Now, the question asks about read-across and QSAR, and I am going to deal with those separately. And I am going to start with read-across. And for those of you not familiar with the term, very briefly, read-across -- we are trying to infer an activity -- here, it might be the toxicity -- and that could be ultimately the carcinogenicity, or even a potency. We are trying to infer that for a molecule we may not know very much about -- or very little about -- from a similar molecule that is data rich -- or indeed a group of molecules that are data rich. And we have got a lot

of expertise in this, going back -- well, at least, 30 years -- and particularly with regard to regulatory use of read-across, and more specifically, probably in the last decade, how we can accept this, and the uncertainties associated with that. And I am thinking particularly of what has happened in Europe with REACH. But there is lots of other examples in the U.S. and Canada, and elsewhere in the world.

And read-across, itself, covers a number of techniques, which particularly in the last decade have been developed quite considerably, starting with the simple use of analogs -- and I will discuss that in a moment -- through to what we mean by chemical similarly.

So, I think there are three issues we need to think about with read-across, that are going to be immediately important for you for nitrosamines. And firstly is, what do we mean by data rich molecules? And, here, we have this term where we want to infer from data rich molecules, and actually -- as we have heard -- we are probably quite lucky for the nitrosamines, compared to many other chemical classes,

as we have many carcinogenic data supported by mutagenetic data publicly available, and available within corporate and regulatory arenas.

There are some really nice reviews in this area. There is a very good review, recently, in 2020, from Andrew Thresher, from Lhasa Limited, who takes you through the carcinogenic and mutagenic data, and as well, I am aware of the ad hoc working group led by LeadScope and Lhasa in this area.

In doing some background, I had looked at the publicly available resources. We have already heard reference to Lhasa Limited CP DB website. I just put a nitrosamine structure in there, and I got 140 structures out associated with carcinogenic data, to give you some idea of the data resources.

I also searched nitrosamines in the OECD QSAR tool box. And there are several hundred publicly available mutagenic data. And you will get these from -- or those kind of numbers from other resources. For instance, the US EPA chemistry dashboards, maybe ChEMBL and PubChem, as well.

And I also realize there is probably a

lot of data that have been made available -- or are available and could supplement the publicly available data from corporate backgrounds. I know the -- or I suspect the Lhasa LeadScope initiative has been able to tap in those.

So, with regard to data, therefore, we have many potential so-called data rich source molecules that we can read-across from. That gives us a strength -- or a position of strength.

The thing I would say, where are the data? Are they in a format that you can use easily for read-across? Are they in a correct informatics type format. The tool box -- the OECD QSAR tool box is one way of doing that. But may not be ideal for all sorts of purposes. So, FDA may need to think about how they are going to use those particular data resources.

Second issue with read-across is the concept of similarity. And similarity really is a very, very subjective opinion about whether two molecules are similar or not. And I know we have measures of similarity. But at some point, you are

going to have to make a decision that something is suitably similar, that you can have confidence in reading-across your toxicity.

We have got loads of guidance. There is lots of guidance -- for instance, from OECD, EFSA, ECHA, US EPA, and various industry bodies. And they give us several ways of defining how we can identify similar molecules.

For nitrosamines, the obvious way of doing this is saying it has the n-nitrosamine structure in it. But in practice, that would be too crude a measure to do read-across from. So, we need to undergo a process of sub-categorization. And that allows us to be quite discriminatory -- or it gives us the opportunity to be more discriminatory, at least. And to do that, we probably want to pull in our knowledge of reactivity, our knowledge of chemistry, and go to the data and get this information structural activity from the data.

So, again, I really appreciate some of the work that I have seen very recently from the ad hoc group. It was presented by LeadScope at SOT, a

couple of weeks ago -- to identify many of these types of structural activity relationships and put them into terms of structural alerts. And particularly, potency alerts can be based around chain lengths, substitution on the alpha and beta carbons, electron withdrawing groups, and so forth.

So, now, we can go from just a nitrosamine structure, through to much more subtleties about structural activity. And that really links in structural knowledge, to reactivity, to our understanding of mechanisms of action.

Final aspect of read-across, which has probably caused the most problems in Europe, in terms of REACH, is the justification of read-across. So, in other words, we build a category, we have identified analogs, we do the read-across, but then, we have to justify why that is acceptable.

We are back around into this -- the previous argument about structural activity, is, of course, a fantastic basis to start from. And we are also doing things like supplementing our arguments with new approach methodology and NAM type data. It

would be in vitro data, further in silico data, and chemico data. So therefore, maybe, if required possible to supplement these read-across arguments with a relatively small number of quite cheap, rapid tests to help us understand similarity, help us justify a hypothesis.

The reality I am learning is, it is -- we have greater certainty -- or we have less problems with certainty if we are reading across a positive, a strong carcinogen in this case. You are going to need more evidence, in reality, to be able to read-across a negative, or low toxicity compound. And we heard the argument yesterday at the end of the session about what happens if you have Ames negative compounds.

And the benefits of read-across, I think it gives you an ability to test hypotheses. And we heard again -- going back to the -- if we have a negative Ames test, we can then test hypotheses -- well, what do we know around that area of chemistry? What would we expect? Does it all fit together? And it gives us a rational way of organizing data. So, we are not just dealing with molecules, necessarily, in

isolation.

Moving onto QSAR, and more formally that is quantitative structure-activity relationships. And those -- there is a continuum from where read-across finishes and QSAR starts, it must be said. But they are more commonly thought of quantitative predictions on the basis of physical chemical properties structural descriptors. And they can be very, very varied. Clearly, we do not have time to go into the full gambit, here. But they can go from a very small number of molecules -- basements and some regression analysis -- which is where we started in the area -- right the way up to a very large number of molecules -- big data types of molecules where in we have to use -- and go up to machine learning -- artificial intelligence type methods.

For nitrosamines, I think we want to focus in on the smaller and more subtle types of models. I cannot see -- we do have large global QSARS -- as I call them -- coping with -- or including many types of molecules and many types of affects. But I think they will struggle with nitrosamines for

the subtleties we know that are in the chemistry and the activity cliffs.

So, my recommendation for QSARs -- if we are going to build them around -- for instance TD50 values, which would be very complex -- or mutagenic data -- would be to just look at nitrosamines as a group -- as the largest group -- and maybe even in -- to focus in on some of those structural activity relationships, and build quantitative models, there.

With regard to the kinds of descriptors that we are going to use -- well, I am a biologist, and I believe in mechanisms, and I believe our models should be relatable back to mechanisms of action, and also understandable. So, the question to ask ourselves is -- well, what is controlling the activity that we are trying to model?

Clearly, I have seen some relationships and QSARs attempted for -- to simply trying to correlate TD50 to log P. And without any surprise whatsoever, those relationships do not exist. So, it is more than our classic log P parameters. And of course, it must related in some ways to reactivity.

So, we need to think how we can parameterize reactivity. And I have not seen any good published QSARs in this area that they -- there may be some available. But surely, we can do quantum chemical level calculations to understand and model those particular steps that we know are controlling potency.

So, the last thing I would like to say about QSAR is, in terms of formulating the model itself -- and QSAR works best when you have a large variation of activity, going over several orders of magnitude. And ideally, that we have got a spread of data across that, so we can form a strong model. What I fear may be the case with QSARs for this -- for nitrosamines is, we have heard, repeatedly, we have got a lot of high potency nitrosamines. So, you may get a situation where you have a large group of data -- which are high potency, and then, relatively fewer data, which are lower potency. And this gives us some problems in modeling. There are ways around it. But just be very cautious with that.

So, to summarize, given the model and

given the problem of nitrosamines, given the current data resources and mechanistic knowledge, I think you can do read-across, you can do QSAR. My preference would be structural activity based rational read-across supported where possible by the data we have. And that is my comment for the moment. Thank you.

DR. ATRAKCHI: Thank you, very much.

Dr. DiNovi?

DR. DINOVI: So, I have to admit this is not my field, so I really -- I cannot say too much, here. But I certainly would not disagree with anything that I just heard. So, thank you.

DR. ATRAKCHI: Thanks.

Dr. Bucher?

DR. BUCHER: So -- well, I want to compliment Dr. Cronin. He has really done a terrific job at capturing the complexities and I must say, the -- his predictions about the issues related to read-across and QSAR models with respect to nitrosamines mimic, I think, our thinking, and what we have been able to do just in looking at this problem

over the last couple of weeks. Recognizing that people have been working in this area for 40 years, now, and trying to come up with good models to -- for classifying and predicting potency for various nitrosamines.

We have been looking at this only for a couple of weeks. So, I challenged our chemo informaticist, here, in the program, Dr. Kamel Mansouri, just to take a quick look at this, applying some of the new tools with machine learning, and something called the OPERA database, as a database of predicted physical chemical properties, and cross-referencing that to the carcinogenic potency database, and the loss of data what was just discussed. And it is very preliminary efforts. He was able to generate some predicted TD50s -- or potency estimates that did look reasonable, applying these machine learning and multiple regression models to the QSAR data and physical chemical properties. And as I said, incorporating the carcinogenic potency database numbers. He did this looking at the TD50's for over 700 substances in the database that have QSAR

ready data -- if you will -- and rodent TD50 data. And he also did this in models that were restricted only to the -- about 120 nitrosamine -- the rodent data TD50s, as well. And what he found is exactly what Dr. Cronin predicted.

The results of the five-fold cross validation studies that he did were somewhat promising, but the models needed additional work to better discriminate the very potent carcinogens -- the very potent nitrosamines, from ones that would be considered weak or negative. Additional information from the mutagenicity studies -- or QSAR and physical chemical properties for non-carcinogens -- which are not heavily represented in the carcinogenic potency database -- could improve these models. And of course, one problem with this is that it will not be addressed by additional work -- is the variability and the imprecision and the extremely -- in the experimentally derived TD50s have already been discussed. And this, of course, stems from the wide variety of study design and performance aspects of the rodent cancer studies.

So, the bottom line is, I think the answer is, yes, it is possible to get a general prediction of carcinogenic potency. How useful these numbers might be, remains to be determined. And just as Dr. Cronin predicted, the vast majority of the TD50s of the nitrosamines in the database, are, sort of, overwhelming the information from the less potent and the very, very potent carcinogens. So, we really need, unfortunately, to have a better spread of higher TD50 -- or lower potency carcinogens to look at to correctly model these chemicals. We do not have that in this case. And that is something that we are going to have to -- need to try to do some additional work, I think, to try to compensate for that aspect of the database.

So, that would be my comment.

DR. ATRAKCHI: Thank you.

Dr. Eisenbrand? Dr. Eisenbrand, I think you are muted.

DR. EISENBRAND: Sorry about that. I was quite impressed with the contributions until now. And I was very interested in. I may throw in some

further aspects that may be considered.

As far as I understand, this read-across validation exercise is going to find out ways to get reliable information about potency, including the extremes -- the very highly potent, and the non-potent -- or even, not ineffective. And that would be a little bit -- my point I would like to make, what about using our present day information we have about the non-carcinogenic nitroso compounds? And then, ask mechanistically minded, what makes them non-potent -- what makes them ineffective? And one can easily see that there is, of course, several layers of answers to that. Or maybe -- potency or the interaction with the nucleotides in the DNA. But there is, of course, a lot of metabolic action going on. And there we have activating, and disactivating metabolism. And I think mechanistically, it would be very important to input this information in.

For instance, we have -- of course, a very trivial molecular modifications -- the alpha C branching and the tert-butyl group. If that is attached, then the compound is not active, at all,

because there is no -- if there is alpha C hydroxylation on the other side, which may be a methyl group, then there is a split off, and the tert-butyl compound is not an affective -- agent. So, that is very easy, actually.

But what about, for instance isometrically substituted nitroso compounds. We had a series of investigations, for instance for n-methyl nitroso pyridines being either positioned -- substituted in two, three, and four positions. So, there is all three isomers have been subbed. And if I were to ask the specialists which one they would predict to be carcinogenic, I would be interested to hear. But -- so, just to make it short, it is just a two compound that is the two isomer. And the full nitro is a group attached to the two position of the pyridine that is carcinogenic and mutagenic, where as the three and the four are not. And they are -- the answer is, again, there is an equilibrium between activating and disactivating metabolism.

And this not only true for this -- for these compounds, but also -- for instance, the example

I showed yesterday, which was cimetidine, which was mutagenic in the hamsters. But turned out to be non-carcinogenic in vivo in the rat. Again, because of disactivating metabolism.

So, I personally think it would be a good idea to use all the negative examples -- the examples of negativity we have and study why they are negative. And of course, as I said, they are trivial answers, but there are also answers that need to be really investigated in detail. So, I think that would be a enrichment of the whole procedure. That is for the preformed nitroso compounds.

My second suggestion would actually be, we need some system of -- some predictive system to get grips on the nitrosatablity. How easy is a given compound -- maybe, of a new structure -- how easy is it nitrosatable? And I mentioned, yesterday, in my presentation, there is a richness in literature on that. Especially, Richard Loeppky has done a lot of work showing that there are specific structures that are very, very easily nitrosated -- tertiary amines -- and I showed yesterday, also, the example of

motapizone and metamizole. The one easily splitting of -- very easily splitting of dimethyl nitrosamine. The other one forming in nitroso compound that is not carcinogenic.

So, I think this second point to study the nitrosatablity, I think is important. It has been realized in the early times already. And that is why I mentioned the NIP test of the WHO, stemming from the early 80's -- which is a rugged test. But it very simply and chemically shows an information -- gives an information about the nitrosatablity. I think that is something that pharma will need. A simple test -- if there is not a in silico prediction systems that are reliable enough, which I do not see at the moment -- but there might be. And then, to use something like that.

Thank you.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand. Very good points.

Dr. Hecht?

DR. HECHT: Yes. So, there are certain aspects of the structure and activity relationships of

nitroso compounds that we understand quite well, that have already been mentioned, just by Professor Eisenbrand, including alpha substitution. So, if you substitute the alpha positions, then you are going to inhibit the alpha hydroxylation metabolism. And probably decrease the carcinogenicity.

The other aspect is the polarity of the compound. So nitrosoproline is a great example. It is not metabolized. It is not carcinogenic. It is excreted unchanged. But there are other examples where if you substitute with a carboxy group, there is still activity maintained.

I am not optimistic that read-across and structure activity relationships are going to lead to predictability of nitrosamine carcinogenesis. Just look at the review by Kreuzman and Stewart, published in 1984. Look at the table in the back of over 200 nitrosamines and their target tissues and activities and tell me whether predications can come up with these answers. I really doubt it. I am not optimistic, at all.

That is all I have to say.

DR. ATRAKCHI: Thank you, Dr. Hecht.

Dr. Kyrtopoulos?

DR. KYRTOPOULOS: I am afraid this is not really my field. And clearly, we are surrounded by great expert. So, I thank you, very much. I will pass on -- thank you.

DR. ATRAKCHI: Very good.

Dr. Zeiger?

DR. ZEIGER: Yes. Thank you. First of all, I appreciate -- definitely appreciated Dr. Cronin's introductory comments on this. It laid out the strengths and some of the weaknesses of the problems.

I look at this. There are a number of aspects to it. I remember Willie Lijinsky's early work in carcinogenicity, showing that relatively minor structural changes could lead to quite large difference and carcinogenic potency, and also, organ specificity. This is something that somehow would have to be worked into any QSAR or read-across system that we adopt.

Secondly, it has already been mentioned

by a number of people -- the high proportion -- the low proportion of negatives -- you know, in the database -- of clean true negatives in the database, makes it a problem. Otherwise, you are just stuck with -- without those negatives, you are just stuck with a possibility of a -- as was mentioned, a nitroso structure automatically gives you a conclusion of mutagenicity and carcinogenicity, which may not be all true.

And I am concerned -- you know, when I deal with QSAR systems -- of the quality of the literature that is used to train and develop those systems. And I have had the advantage of being able to work in the past with fairly pure -- you know, very pure nitrosamines synthesized by Lijinsky. But I have noticed that in the literature, there are -- outside of that, there are many of -- many potential problems.

One thing that just came to me when I was preparing for this symposium -- this talk, was that looking at -- for example nitrosodiethanolamine, which supposedly is a non-mutagenic nitrosamine. We tested it and published the data back a number of

years ago, that it was weakly positive in the Ames test. But then, looking further, I saw that the analyzed purity of our sample was only 78 percent. Would not take much of a potent nitrosamine, within that 22 percent impurity, to give us a positive result.

So, I think whatever data are used for any read-across, or QSAR, really has to be addressed -- the people who are using it have to address the quality of the studies -- or the purity of the nitrosamines. Because a small amount -- a small impurity of a potent nitrosamine will change all the in vitro reactivities of -- in vitro responses of a supposedly non-potent nitrosamine.

All that said, I think -- unless we want to do carcinogenicities -- you know, analyses -- carcinogenicity studies on all potential nitrosamines, we have to develop our read-across and QSAR systems for this. Thank you.

DR. ATRAKCHI: Thank you, Dr. Zeiger.

Dr. Rice?

DR. RICE: Having never worked in this

area or attempted what appear to be very formidable challenges in developing the assessment prediction of activity for nitrosamines, and using structural similarities, I do not think I can add anymore to what has previously been said. But I would second Dr. Hecht's caution about the complexity of the available data for nitrosamines, and hope that future improvements in this direction will shine more light in what remains to be a challenging area for prediction.

I have nothing more to say. Thank you.

DR. ATRAKCHI: Thank you. I have some questions to bring up. But I would like to know if anyone else from the panelists would like to comment on this question?

Okay. So, Dr. Cronin, one of the questions presented is, read-across analysis can be very subjective. What methods can be used to more objectively identify the most relevant analogs for risk assessment of a data poor in nitrosamines?

DR. CRONIN: Well, that is the killer question for read-across. Thank you for whoever asked

that one. And there is no simple way of asking -- answering that.

Just to point out, if you are unfamiliar with it, there is the so call read -- European chemical agencies read-across assessment framework sets out a number of criteria in which to evaluate your read-across. And also, there is quite a -- well, several papers on understanding uncertainties in terms of read-across. We have co-authored something recently, and there is more historic work, for instance, from Proctor and Gamble and various other authors, as well.

I think what we need to think is, we are going to start with the chemical structure. So, we need to understand, firstly, what the difference is between the chemical structure in our target molecule, where we have few data, or no data, an a-source molecule. If you understand the differences in chemical structure, the question you are actually asking, therefore, is -- are the differences in chemical structure significant enough that you cannot perform read-across? So, are the differences in

chemical structure going to change the toxicological profile, both in terms of toxicodynamic -- which is what we have been talking about mainly. But also, toxicokinetic, which is, sort of, the lost child of read-across in many ways. And we have not done a very good job, up until now, doing that.

So, we certainly have been looking at different approaches to doing that. One can do that in terms of just understanding the chemical structures, themselves. Do they have the same -- most fundamentally, the same functional groups. Is the arrangement around, the n-nitrosamine -- which we have heard is so important -- is that the same. If it is not, is that going to affect reactivity. And gaining that knowledge.

And then, also with any changes -- for instance with chain lengths -- if we have a basic analog that may be varying just in terms of a chain length, how will they affect bioavailability and toxicokinetic? So -- and we can also add into the mix, things like chemical similarity and so forth.

So, at some point, you need to make a

decision. At some point, you need to be able to say that the differences are not sufficiently significant to be able to not to read-across. And you may also need to go and take some measurements. Now, these could be in vitro measurements, they may be further calculations -- but to support your arguments to perform that.

And one thing I would just like to put in your mind -- and I do not -- it may come up later, is the process of problem formulation. We have been thinking about just jumping in with QSAR and read-across. And we have not really been thinking about, well, how are we going to use that. And what I would recommend is that, if the agencies are going to use read-across, then they stand back and think, okay, what is the problem we are trying to solve here with read-across. So, it could be, very rapid screening and prioritization. It could be a much more detailed risk assessment. And there are different criteria for acceptance of those points. And your levels of uncertainty will be -- acceptable uncertainty would be different. So, put that in the back of your mind and

have some pre-defined criteria. And at some point, you have got to assess the situation you are with read-across and your analog and say, does I meet -- do we have sufficient confidence to be able to do this. If not, why don't we, and how would we get more confidence.

So, there is no easy answer. It is a process of intelligently using read-across in many ways. Thank you.

DR. ATRAKCHI: Thank you. The other questions is, is there enough data on higher molecular weight nitrosamines -- for example, more than 350 deltons -- to assess the mutagenicity, carcinogenicity or un-tested nitrosamines in this size range?

DR. CRONIN: Well, I will start off by answering that very simple, that I do not know. But we have access to the data. And that would be quite a straight forward question to answer. But I cannot answer it definitively, yes, or no. You would have to go through the data resources.

And, again, as I said, with the problem formulation -- before you ask -- before you go and

interrogate the data, what do you mean by sufficient data? I mean, that is quite an interesting and leading statement to start off with. So, have some ideas about what your expectations would be, and what the answers would be that you would want to answer them.

Thank you.

DR. ATRAKCHI: Very good. Both positive and negative examples of mutagens, carcinogens are needed in order to develop a QSAR model. Are the available negative data sufficiently robust for this purpose? That is, were the examples tested at high enough concentrations?

DR. CRONIN: I am going to answer the first part, in terms of QSAR methodology, and then, defer the second part, in terms of experimental design, maybe, to the experimental toxicologist.

So, one thing I meant to say, and I forgot to say, in my description of QSAR is, we can have two types of QSARs. One is a categoric approach, where we might just predict activity. So, whether a substance is mutagenic, or not. And this is really

what we are referring to, here.

The second kind of QSAR is more what I was eluding to in my initial comments, which was that we were -- we are modeling at potency. Which we can do, as well, in theory, with mutagenicity. And there are some QSAR for mutagenic potency. At which time, we would not include the negative data.

So, I would just put those points in your mind. But certainly, we do need high quality negative data that we are certain of to develop models.

And I would -- I will pass it over to the experimental toxicologist to answer. Thank you.

DR. ATRAKCHI: Thank you. Anyone would like to take that part of the question?

DR. BUCHER: So, this is John Bucher. I -- you know, it has been stated earlier that greater than 90 percent of the studied nitrosamines are positive for carcinogenicity. And this is a -- this represents a huge problem with respect to the balance of positive and negative data that you need to create decent models.

So -- and the other problem, of course, is that the simple nitroso entity, in and of itself, derives so much of the bioactivity, that you really need to have strong confidence and extensive data to be able to have the R groups on that nitroso be determinative, and override this --

DR. ATRAKCHI: Dr. Bucher, we lost your audio. Dr. Bucher? Maybe, check your mute button, again. Okay. Maybe, we will get back to Dr. Bucher when he finds out -- hopefully, resolves the issue.

Next question is, are there areas of nitrosamine chemical space for which we have too little data to make a QSAR predications?

DR. CRONIN: That is a really good question. And how to define nitrosamine chemical space is the first question in this. And I guess, what we -- if this was a more general question in more general areas of chemistry, I would say, okay, tell me all the structures that you have which contain a nitrosamine, or the particular class of nitrosamine, or what you are interested in, and think about your domain. Which structures are in that domain. And

then, I would map on the data to that.

So, I would admit -- and I have just been simply looking at substances for which there are data. And what you would need to do to answer that question is go and find -- or consider all structures that would contain a nitrosamine group.

I mean, one way you can start doing that is just -- as I said, I went to OECD QSAR tool box, which is one tool of many. It is really downloadable. You could draw out all of the nitroso compounds in that. You could do the same in the US EPA dashboard or go to ChEMBL or PubChem. And do a search for nitrosamine compounds. And then, just map on the data for that, and see where you have good coverage, and where you are lacking coverage.

And you need to think what your criteria are for coverage. Do you just mean in terms of the structure that is the basis for reactivity? Or are you looking at all kinds of physical chemical properties.

So, I do not know the answer to that question. I suspect there will be areas where we are

quite data rich and got quite a lot of data -- probably do not need to do much more testing -- and areas where there will be distinct lacks of data.

Thank you.

DR. ATRAKCHI: Thank you. Another question is, it has been mentioned that the stability of the reactive intermediates -- or intermediate should be considered when predicting nitrosamine potency. Such calculations can be computationally intensive for complex molecules. How can this information be practically incorporated into a model for mainstream use?

DR. CRONIN: Again, really good question. And the -- what is great about that question is, it is implying the mechanistic interpretability of it. And there is no easy answer to that. If you got complex molecules and it is going to take a couple of weeks to do a calculation -- potentially, it could do -- then, that is the reality.

The problem, of course, is, if you have a relatively large data set -- even 10 or 20

compounds -- then you could be in -- it could take quite a long time to create a model. The only way around that is to try and use parameters that may be less computationally expensive. I mean, I refer to quantum chemical parameters as you go down the areas in -- back into some empirical calculations -- you may be able to get results that are as good, or even use very trivial 2-D structure based type approaches. But, again, they just do not capture the subtleties of the activities cliffs or at all give out specific reaction mechanisms.

There is no easy answer to that. If you get a high quality model that is based around a metabolic route -- or a reactivity route, and you got a good basis for that in calculation -- going down the levels of calculation does not -- it will make it cheaper and quicker, but it does not make it better or as good. Thank you.

DR. ATRAKCHI: And we will take one more question. The -- in reference to Dr. Cronin's comment about challenges with justifying read-across assessments, any thoughts on what could be cheap and

rapid data to supplement and support read-across? Anything other than Ames test? Something that could provide quantitative data that could be correlated to LD50 values in an absolute or relative sense, versus a compound with a well-established TD50?

DR. CRONIN: I am a bit caught out by the LD50 comment. And I am probably taking that out of context. We have done a little bit of work with cytotoxic data, and there may be some benefit in that.

As I said, in read-across, we are building up knowledge and using NAM data. And in other areas of read-across, we have certainly been pulling in data from ToxCast and the high content data, metabolism data, and also, in silico predictions.

But what -- I think that is a great question, and I will pass it over to the experimental toxicologist and see if they can answer it -- so, in terms of are there rapid quick win types of in vitro or other assays that can support our read-across argument.

DR. ATRAKCHI: Thank you. Anyone from

the panelist would like to take this?

DR. BUCHER: This is John Bucher. And I must apologize. My computer -- I dropped the signal last time, right after I stopped talking. So, if you asked me a question, I apologize for not answering.

With respect to a follow up, there, I -- the only thing I can think of is, there are a number of in silico models for metabolism and for -- you know, rapidity of excretion, and things of that nature, that might be useful to incorporate as second level steps, I guess.

DR. ATRAKCHI: Thank you, Dr. Bucher. Any other comments?

Okay. It is 11:02. We will take a 10 minute break, and we will be returning 11:10, or 11:12. Thank you.

(off the record)

DR. ATRAKCHI: I think we should go back and -- before we begin with question seven, there are a couple more questions on question six.

The first question is, there is a difference between QSAR and SAR, but they are being

used somewhat interchangeable. SAR is an approach that has been shown to be health protective when suitable analogs are identified. If nitrosamines with existing data can be mapped to major groups than a nitrosamine with limited data could be mapped to the appropriate classification based on structure. The scientific community would greatly benefit if a group of experts could help map the structural space of nitrosamines and associated supportable limit. Can this be done?

DR. CRONIN: I will start on that. I agree with the statement -- I am reading it, now. I certainly agree with that. I think the term, SAR, in the question, is -- to what I was talk about with read-across. And this is actually quite similar to -- I spoke a little bit about -- there is an ad hoc group being led by Lhasa Limited and LeadScope, and that has a number of industry and academic members. I am not part of that, I should add at this point. I have just been reviewing their work. So, that is part, at least, of what they have been trying to do -- is identify these groups in terms of structural

alerts that are associated with reactivity that we can understand the reactivity. And also, seeing within those groups, there seems to be some variations of potency, which are unsoundable and predictable. And that is quite all right, because what you would be saying is for a new molecule, you would be putting it into that structural group, and then, seeing where it lies in read-across terms. That might just be called a trend analysis, or even a small QSAR.

But I agree with the sentiment. And yes, I believe as long as we have got rational ways of grouping molecules, that is achievable.

DR. ATRAKCHI: Thank you. The next question is, along with the QSAR assessment, can we consider metabolism assessment of complex nitrosamine impurities, which would account to the bioactivation of nitrosamine into reactive diazonium ion that result in carcinogenicity? For example, if a compound gets converted into diazonium ion easily, it would be more potent?

DR. CRONIN: There is a couple of different aspects to this. Again, I am reading the

question. There is a couple of different aspects that would -- I would highlight.

If we are dealing with complex nitrosamine impurities, I am assuming -- I am not sure what that means, off the top of my head. So, I will give two opinions. It could be a complex structure -- a large structure with much complexity in it. Or, it could be a number of different impurities in that way.

So, yes. It is possible to trade models for bioactivation. Some of the discussion before the break was around that. And indeed, they might be quite some hefty models, if they are going to be used computationally. But we should be able to calculate conversion into the reactive diazonium ion. What, of course, we need, there, is some kind of -- is some benchmark against -- so we need some data. We cannot, necessarily, just create a model de novo, without data to base the model on and understand the model.

So, my question -- if you were to come to me with that question, I would say, well, do we have data on which to base the model in the first

place. And I do not know the answer to that, off the top of my head. So, in other words, for nitrosamine -- I am sorry -- diazonium ion conversion. I suspect there probably are some kinds of data that we can use.

The second part to the question, if compound get easily converted, would it be more potent? I assume so. But I am not a particular expert in that area, and I would pass that over to other toxicologists to answer.

DR. ATRAKCHI: Thank you. Anyone would like to answer the -- that part of the question?

Okay. The other question is, should SAR/read-across focus on carcinogenicity endpoint, or consider separately the mutagenicity metabolic activation calculation by activated nitrosamine, or repair of alkylated DNA?

DR. CRONIN: That is a really great question, and I like that question a lot. It shows a lot of insight into what we are trying to do.

The history of read-across -- or probably the last decade of history of the

read-across, particularly in Europe has been to cope -- or to provide information for REACH endpoints, most specifically. So, in terms of the REACH legislation -- and again, I am just saying these comments from memory -- what we are trying to do -- or what we are assuming is that our read-across would be -- or have the same level of scientific competence that the animal test on which it is replacing would have.

The other implication, in terms of using read-across and in silico methods for REACH type endpoints is, that they should be relevant -- or they should be replicating the actually regulatory end point. So, that is why there is read-across attempted for carcinogenicity. And to me, these very complex toxicological affects are the most challenging to try to attempt read-across.

You go back to your same arguments that we had before about what level -- for a complex endpoint, what level of reliability and confidence can you have on that, on the basis of your understanding of the similarity and dissimilarity between two or

more compounds. And, it may be that we can never get there definitively for carcinogenicity, and we do need to add in other test data, as we were discussing before.

However, the -- when we -- and I hate to use the word simplify -- but, when we are looking at slightly less complex endpoints, such as mutagenicity metabolic activation and alkylation, and so forth, then we are cutting down the possibilities for differences between molecules -- because clearly, here, if we are talking, certainly, about in vitro data, then we are eliminating a lot of the variability, in terms of toxicokinetic, and those issues -- and focusing in particularly on -- in API terminology, the molecular initiating event, and whether or read-across argument holds up in terms of the molecular initiating event.

So, yes. We can apply SAR and read-across to all of those. I would say we can apply it to all of the endpoints and effects that are listed by the questioner. And it may be, then, you need to think, well, how are you going to use that

information.

So, if you get a good read-across, you can do a good read-across. For instance, for alkylation -- well, how does that relate to your ultimate safety assessment and risk assessment? So, that becomes a different question.

So, to answer the question, yes. We can do read-across. But I would also caution how are you going to use that information.

Thank you.

DR. ATRAKCHI: Thank you, very much.

Anymore comments on this question from anyone?

Okay. We can move to question seven, which is the last question. And it is focused on pharmaceutical manufacturing.

Question seven; Nitrosamines can be formed during manufacturing of the Active Pharmaceutical Ingredient, and/or the drug product. What are possible approaches to consider in order to reduce nitrosamine formation during manufacturing? Can nitrosamines be eliminated completed from the API

and/or the drug product?

We heard from this -- yesterday, from Dr. King, on the evolution of the contamination incidents with -- of medicines with nitrosamines. Is it possible to eliminate nitrosamines from drugs, and particularly, in the final drug product, which is the entity will be taken by the patient? We know nitrosamines could form during various stages of drug manufacturing process. They could form during storage, during packaging. What are the parameters, or steps that could be followed to either prevent their formation, or reduce their amount to minimum, and maintain safe medicines?

I will be asking my colleagues from the FDA to present on this -- or to answer this question -- to present on the challenges that we have with regard to manufacturing and the elimination or the minimization of nitrosamines.

Dr. Keire?

DR. KEIRE: Thank you, Aisar.

So -- I mean, in the simplest terms -- you know, any step in the manufacturing process of a

drug substance -- or drug product that leads to the conjunction -- the brining together of a reactive amine -- a secondary or tertiary amine and a nitride -- or nitrous acid, can lead to nitrisation chemistry, and the formation of nitrosamines. So, that is the simple part, right?

And then, if you think about the range of different drug products and the complex chemistries that go into making them -- you know, then suddenly -- you know, that gets a little more complicated. But I would say, that -- you know, it is not a nullable. All these difference processes can be examined with this nitrosamine lens, right? You know, looking for back -- what -- you know, steps that bring these factors together. And you know, one of the control aspects would be to -- you know, change that process, so that you are not bringing those two components together, if it is possible.

You know, another approach is to think about that process where -- you know, maybe there is a step -- an unavoidable step in the synthesis of a particular active pharmaceutical ingredient, that --

you have that step early in the process, and then, you provide subsequent purging capacity with other steps in the process before you get to the purified API, that remove nitrosamines. And of course, that has to be established -- you know, either through measurements or other ways of knowing that you are -- you know, reducing or eliminating the nitrosamines from the process.

So -- but I guess I do want to make a point -- is that -- you know, in some of the initial findings in drugs of nitrosamines -- you know, they actually had nothing to do with the drug itself, right? That -- you know, in one particular example, DMF -- dimethylformamide, is a solvent, in which the reaction was carried out in. And that was heated for a long period of time, near the boiling point of that solvent. And, of course, it is known that when you do that you get the formation of dimethylamine from DMF. And then, in subsequent steps in the process, there was a quenching reaction, which involved nitride.

And so, what you had is a side reaction of a side reaction leaving to the -- leading to the

formation of NDMA. So -- you know, that is, kind of, a -- the example of one part of the complexity, right?

And then, the other part is that we have been surprised with -- is supply chain, right? There were certain manufacturers that were using recovered solvents, and they were -- the solvents were recovered in a way that led to their contamination by nitrosamines. So that when they were used in the synthetic process, where there was no risk of nitrosamines, they were present because they were in the recovered solvent used.

And then, the third, kind of, major consideration I the stability of the drug as formulated. So, there have been a couple of examples where the amount of nitrosamine increased over time, ranitidine is an example of that. And that is a degradant of the API.

So -- you know, all these things have to be considered in the manufacturer and the formulation, and the testing, right? You have to -- you know, if there is risk, you have to test and you have to see if your process has purge capability, and

you have to know your supply chain is clean. But you know, if you have all those things going, it is entirely possible that you could eliminate nitrosamine contamination from the drug.

I mean, there may be cases where you may not be able to completely eliminate it, but you can certainly assume over the shelf life of the drug -- you know, in real world condition, that the drug is stable, so that the amount of nitrosamines does not go above an acceptable amount. And in that case, it would be safe for patient use.

So, I will stop there.

DR. ATRAKCHI: Thank you.

Dr. Johnson?

DR. JOHNSON: So, hi. Yeah. This is actually a really good question, and it is one that I think regulatory agencies and manufacturers have been struggling with for the last two years. I have been involved with the agency on the nitrosamine task force for about two years.

Some of the things that, I guess, we have learned since the very beginning, when we first

saw these, it was -- you know, in the sartans, and as Dr. Keire had mentioned, they were really, kind of, surprises. They were side reactions. And as we have gone on over the last two years, we have seen them pop up in a lot of different places, and our understanding of, kind of, how this happening, I guess, has expanded.

I do not think we still truly have a -- you know, a complete understanding of all the possible ways. But from just the perspective of what I have seen as a chemistry assessor and being on this task force -- some of the things that I have noticed that -- directly related to the question, now -- what can a company do to help -- you know, minimize the formation of these -- or could they be eliminated completely.

So, some of what I have learned over the last two years is that in order to get a nitrosamine, you have got to have precursors. So, you need a secondary -- or tertiary mean, and you have got to have a nitrous aiding agent. And I think the one we have most commonly seen is nitrous acid. But there

are some others that could potentially be there. And the tricky part we found is -- as Dr. Keire alluded to -- a lot of times this is happening completely unrelated to the chemistry that is involved in actually making the API molecule. These are side reactions that are happening, kind of, unnoticed. And so that makes -- you know, a control strategy -- or understanding it difficult sometimes.

So, I guess, some of the main places -- and just, kind of, reiterate what Dr. Keire said -- some of the main places we have seen where nitrosamine formation is occurring and things that you can do are, one, when you have got a synthetic scheme, where you have got both the nitrous aiding agent, and an anime -- so that could be amines there that are -- aren't as -- anime bases -- tertiary anime bases -- they could be secondary amines -- they could be a tertiary or secondary anime functionality on a starting material, or an intermediate. So, they are in the same synthetic process. So, the worst case scenario is when they happen to be in the same step.

So -- I mean, the easiest way to

prevent this would just be to eliminate one of those. So, if you eliminate one of the agents -- one of the precursors, then, theoretically your risk of nitrosamines should -- you know, go away. But that is not always possible. It is not always possible just to eliminate these. There is some chemistry that just -- you know, requires a nitrous aiding agent, or requires anime bases. And sometimes it is just unavoidable.

So, if you have a case where they have to be used together, and you cannot -- you know eliminate one of them, it would be great if you could potentially not use them in the same step. If that is not possible, then -- you know, if the anime functionality is all on a starting material, or intermediate, you might consider -- you know, a protecting group on there. But, being aware that even if you have small amount of an unprotected anime, it is going to still react. So, you still -- if the risk is there, you have to think about what is going to form. And then, you have to have a strategy of determining whether or not it did not. If it did, to

what extent.

If you cold -- if the risk is that there is a nitrous aiding agent in one step, and the anime in several steps later, one thing that we found was industry was being surprised quite frequently they were getting nitrosamines, but if you looked in the synthetic scheme, they were not actually in the same step. They were actually separated by multiple steps. And there were actually -- you know, several workups in between. And what we discovered was that things travel through your process a lot farther than you think.

And so, what I tell industry when I am talking to them, is you have to think wholistically. You have got to look at the whole process. You have to think about what is in there, and you have got to understand how it is traveling through your process. So, even if they are not in the same step, they could potentially be traveling through and interacting more than you think.

So, the other thing that we were surprised on in this -- discussed in the sartans case,

the -- there was nitrous acid that was deliberated added -- it was actually nothing to do with the chemistry. It was actually a cleanup step, because they -- there had been a reagent that was using that was needed to be destroyed. Nitrous acid was just there to basically destroy that reagent. Unfortunately, they had also used some tertiary anime bases.

And so, a lot of companies -- you know, they were able to use that outside the process, because it was just a waste management step. And so that was simple. And we all thought, well, that is great. They have removed one of the precursors. Things should be great. And yet, they were still seeing some nitrosamine formation. Obviously, much less. But it was still there. And after further investigation, it turns out that one of the reagents, sodium azide, has a considerable amount of sodium nitride in it. So, while they thought their process was nitrate free, it actually was brining in quite a bit.

And so, that is another tricky part --

is you got to understand where these nitrous aiding agents -- or amines might be getting into your process as impurities. So, again, a wholistic thinking. What exactly is coming into your process? What is in it?

In the case where these are coming in as impurities, a lot of times people were able just to put -- you know, a limit on that reagent for that particular impurity, and they were able to show that when controlled at these levels, nitrosamines were not really a big issue.

Another one that we have seen a couple of times -- and again, nitrous acid is the -- probably the most common nitrous aiding agent we have seen. We have also seen some nitrosamines forming because some APIs had some residual amines in them, and then, they were put through a fluid bed drier. And this is a known issue with the malting process. You know, if there is nitrous oxides in the air in the malting process, they know they can get nitrosamines. Well, the same things with a fluid bed drier. On a couple of occasions, we have seen -- where there were some residual amines in the API, and then, what was put

through the fluid bed drying process, they actually were picking up nitrosamines.

So, again, it is a -- kind of, an exercise in thinking wholistically about the whole process. Not single steps, not just single reagents, but thinking about how the whole thing comes together, and how it all interacts.

Another place we picked up nitrosamines -- and sometimes they are actually intermediates -- or they are actually -- you know, on the starting shelf. So sometimes they are part of the process. And in that case, it is a little easier to control, because you know it is there. And then, it is just a matter of making sure that you have the control strategy that -- you know, controls those at an acceptable level.

And, as to the question, can we just eliminate them entirely, that is our hope. For the last two years, that is what we have been hoping -- is can we just eliminate them entirely. And in some cases, yes. They have been, by eliminating the precursors. Sometimes people have added just extra

purification steps, and they have been able to get those levels down to where they are either undetectable, or below a level that we are concerned.

But these are good questions. They are ones we are still dealing with. They are ones we are still learning about. And the longer we go, the more we learn.

But, anyway, that is what I have to share. So, thank you.

DR. ATRAKCHI: Thank you, very much, Dr. Johnson.

Dr. Dorsam?

DR. DORSAM: Well, good morning, and thank you. So, this is a fantastic question. And the first part of the question regarding what are the possible approaches to consider in order to reduce nitrosamine formation, I do have to say that I look to Dr. Keire and Dr. Johnson for answers to that question frequently. And they have outlined many of the different routes of formation, as well as mitigating strategies in this response, but also in many other forums.

Coming at this from a pharm/tox perspective, I would say that the two real key approaches -- I have two things that come to mind. Number one is awareness. And what Dr. Johnson said is that there is a need for a wholistic approach to one's drug product. That is a key element, because it is not one particular root cause. There are several potential contributors. And so, I think awareness that there are many potential places where nitrosamines might be forming in a product specific manner. That awareness is key to then, mitigate. And mitigate would then go towards -- you know, where is the root cause, and modifying the factors. So, I think, full awareness is a critical first piece. And then, mitigation, thereafter.

And I focus a little bit more on the second part of the question. Can nitrosamines be eliminated completed from the API or drug product? And I think that in some cases the answer is, yes. Nitrosamines can be eliminated. Although, we have -- eliminated is really not detected according to an assay that is appropriately sensitive. So, qualifying

it that way, we have seen that it can be eliminated from some drug products and APIs. I think it is accomplished through identifying the risk, understanding the chemistry, and then, making adjustments to reduce the risk of formation. And it is has been a credit to good science and good manufacturing -- good drug manufacturing, that we have been able to see nitrosamines can be eliminated in some cases.

I focus a little bit more on some of those other cases that we are still working with right now. There are some drug products where mitigation presents more challenges. And in that case, then we are looking more heavily at that risk/benefit scenario for a particular drug and a particular population.

In those cases where that mitigation is more complex, we are working in pharm/tox very closely with our chemistry colleagues, with our clinical colleagues, drug shortage staff, as well as compliance colleagues. In order to really understand the feasibility of reducing nitrosamines in these complex cases -- to understand the medical necessity of a drug

for a particular population. And then, not only the medical necessity, but what is the appropriate balance of risk from the impurity, and the benefit of that drug. So, this is something that is multi-disciplinary in nature. It is complex. It is very drug specific. And we engage in that sort of discussion on a case by case basis.

I think it remains to be seen whether some products can fully eliminate nitrosamines. But we are certainly going to continue on working in a multi-disciplinary fashion, and with international regulatory bodies, to really ensure that we are maintaining that right balance of safe drugs. Again, really trying to inform the risk, because I am coming at it more from a pharm/tox perspective.

So, whether they can be completely eliminated or not -- our focus is to inform the risk. And I think that we are looking to identify what is a one in one hundred thousand cancer risk for these drugs. We have heard about this over the last two days. We have posed some questions to the panel that we are grappling with on a frequent basis. We have

plenty of data to support that these are impurities that are potent carcinogens across many species. And we will continue to use all available data to identify what is the risk of a particular compound.

In cases where there is carcinogenicity information, we will use that data to inform what is a safe level for a drug. We will use data -- you know, in a surrogate approach to identify where there are imperfect carcinogenicity data. We are continually focused on how to appropriately characterize the risk and potency of compounds, and both for cases where there are plenty of data, as well as where there is none. So, we are going to do the best with all available information for those cases where nitrosamines cannot be eliminated.

So, we are focused on risk characterization. We will maintain a one a 100,000 cancer risk threshold for these impurities in drug products. We will certainly take the advice of the panel into consideration, interact with our national regulators in order to continually move through how to grapple with these nitrosamines as a broad issue,

which impacts a bunch of the -- many different drugs. Because, ultimately, we are going to keep our focus on acceptable risk, in light of all the available information.

And so, with that, I think I have finished my comments, for now. And I will pass it back to Dr. Atrakchi.

DR. ATRAKCHI: Thank you, Dr. Dorsam.

Dr. McGovern?

DR. MCGOVERN: Yes. Thank you. And good morning. I think the previous responding -- you know, really covered the issues well. You know, and again, coming from a safety perspective on this issue, and -- you know, and similar to Dr. Dorsam, really more focusing on the latter question of -- you know, can nitrosamines be eliminated. And I think as we have heard -- you know, with sufficient time and effort, yeah. Probably in most cases nitrosamines can be eliminated. And some of those cases that effort is -- or the required effort is going to be less than other cases, you are also dealing with issues such as -- you know, as we have talked about contaminations

in solvents, what water sources you are using -- you know, possible presence in excipients can be a complicating factor. And sometimes -- you know, it is unavoidable in order to be able to synthesis your API. And sometimes, as Dr. Johnson had mentioned, some changes that are made to try to avoid nitrosamine formation, may have unintended consequences that -- you know, lead to issues.

And then, of course, as analytical techniques improve -- you know, where you once thought you did not have any nitrosamines present, and the lower you look, the more likely you may be to find them at -- you know, very low levels. So, the question can really be -- you know, do they need to be completely eliminated in all cases in order to maintain patient safety? So that overall risk/benefit concept that Dr. Dorsam was -- you know, speaking to.

And at a certain point, the effort to eliminate nitrosamines may exceed the corresponding impact on patient safety. Given the multiple way in which people may be exposed to nitrosamines -- you know, we have talked about over the last day and a

half, or so -- you know, such as food, water, polypharmacy being another one -- it seems reasonable that drug sponsors implement appropriate quality be design -- or GMP approaches in order to -- you know, try to avoid the presence of -- or formation of nitrosamine impurities -- you know, as best they can -- and with due diligence, in terms of the supply chain, as well.

However -- you know, as we have seen, these impurities may be difficult to control, or predict, even, in certain circumstances. So -- you know, we need to balance the efforts required to control impurities versus the overall impact they would have on patient safety, so that we are not -- you know, over expending resources unnecessarily on this particular issue, when they could be better used elsewhere, in terms of -- you know, the public health issues involved with drug development.

As Dr. Dorsam mentioned -- you know, we have identified acceptable intake levels for various impurities, to date. More will likely be generated in

the future. And we have done a lot of work in this area in conjunction with regulatory partners around the world. In general, if a sponsor has demonstrated a reasonable effort to avoid or control these impurities, and the impurities are controlled within the AI limits as indicated in -- you know, our guidance and other regulatory guidance documents -- that level of control -- you know, certainly seems to be reasonable.

We have had -- you know, discussion over the last day and a half -- also taking into consideration -- you know, TD50 approaches, versus benchmark dosing. We can consider to take a look at that, and consider -- you know, those differences, and what impact they may have on -- in terms of acceptable levels. As well as -- you know, assessment in conjunction with -- you know, dietary intake levels, and endogenous production. And certainly, we have talked about -- you know, what data gaps may be present in those cases.

So, I think -- but you know, certainly is a start, those -- if you know, impurities are

controlled within those AI limits, that seems to be -- certainly, be a relatively safe level of control to being with. But certainly -- you know, if steps can be taken to completely avoid the presence of the nitrosamines, I think that is better for everybody. But as we all know, that is not always possible.

So, thanks.

DR. ATRAKCHI: Thank you, Dr. McGovern.

Dr. Hecht?

DR. HECHT: Yes. I think the key factor that was mentioned earlier is awareness. And if we have awareness of the possibility of nitrosamine formation, I think in most cases it can be mitigated. I think the sartan example is a good one -- where there was not sufficient awareness that when using sodium nitride to destroy the excess azid that was used to make the triazole in the -- that is in the drug, that -- you know, nobody thought about the fact that nitride can lead to nitrosamines by reacting with a small amount of impurity in the solvent. So, I think, now, we have awareness of this possibility, which should lead, presumable, to much less of a

problem.

I suppose there is some cases where, perhaps, the formation of nitrosamines cannot be avoided, due to the particular procedures that are used in the drug manufacturing process. In that case, might have to take other approaches, such as improved purification methods. But we have the tools to detect nitrosamine impurities. And very well, that whole -- and presumably, at this point, we should have the awareness to avoid their formation.

Thank you.

DR. ATRAKCHI: Thank you, very much.

Dr. Adamson?

DR. ADAMSON: Yes. Thank you. I would agree with the previous commentors. And I would say that it basically involves good manufacturing processes and practices. And good manufacturing practices include quality management, sanitation and hygiene, building and facilities, the equipment that is being used, the raw materials, the personnel -- and that includes awareness -- the validation and the qualification of the people that are manufacturing.

And it has been mentioned by Dr. Dorsam and echoed by Dr. Hecht, but complete awareness. So, look at the chemical reaction that is taking place. Look at the method of synthesis. Look at the reagents. Look at the solvents. Is there nitride in the solvents? If you are using water, look at the nitride level. And as been mentioned, avoid solvent dimethylformamide, which -- if possible. Certainly, avoid dimethylamine, if possible. And you can -- necessary, if you are recovering the solvents for efficiency, effective recovered solvents. And I cannot emphasize enough, check the contaminated equipment. That needs to be check, is all.

And then, also, avoid processes as has been stated, involving secondary and tertiary means, particular with nitride and other acid conditions. And then, also, check all batches -- and add a medium batches, if possible. And check the status of the -- not only the API, but of the finished product, and check it under adverse conditions, such as excess of heat and moisture. And I think if you do this, you will have checked most of the boxes that are necessary

in order to avoid nitrosamine formation.

Can it be eliminated completely from API and the drug product? That certainly is the goal, but I am not sure in some cases if it is necessary. And then, as previously said, you need to look at the amount, and -- that is present, and you need to look at the risk/benefit of the drug that is being used.

So, those are the comments that I would say.

DR. ATRAKCHI: Thank you, Dr. Adamson.

Any other comments from anyone else on the panel?

DR. EISENBRAND: Yeah. This is -- Eisenbrand speaking. I totally agree with what has been said. And I also agree that I think the driving principal behind mitigation is awareness. And that is what my colleague, Dr. Hecht, has already lined out.

It is extremely important to be aware of all possibilities. One example that has been mentioned by Dr. Johnson was that in a drying process, the air that is being used is not purified, but it is just environmental air containing nitrogen oxides.

And then, we get in a problem you may not have been aware of before.

But there are also some very straight forward things. For instance, the drug diclofenac has normally been formulated as a sodium, or a potassium salt. But in some instances, I do not exactly know for what reasons, it has been used and marketed as a dimethyl or a dialkylamine salt. So, that needs to be checked whether this is really necessary, or it is just probably a me too approach.

So, there are several of these things that can be used. But there are other totally unexpected sources of potential contamination. And one maybe also the use of nitrocellulose in packaging or printing, because it has been found out earlier, already, that nitrocellulose is a very strong nitrosating agent. We came across that because it was found in Europe that -- in cosmetics, the nail lacquers are very often formulated with nitrocellulose. And of course, they contain nitrosamines if they are secondary amines. Yeah.

So, there are expected and unexpected

things. And it is awareness of costs that is driving this mitigation. But one has to be open, also, to potentially unexpected things to scrutinize and mitigate nitroso compound formation during manufacture up to formulation and packaging.

Thank you. That is my --

DR. ATRAKCHI: Thank you. Any other comments?

Okay. There are some questions from the attendees. One of them is, as part of the nitrosamine risk assessment exercise, pharma companies are reaching out to the manufacturer of excipients asking for presence of potential nitrosamines in their excipients. Are these -- are there available data on levels of nitrosamines in excipients? Surely GMP process for APIs should guarantee absence of potential formation of nitrosamines, but the same should be applied to excipients that are much higher in quantity in the drug product. I am interested in the opinion of the experts on this.

Who would like to start?

DR. KEIRE: I guess, I can comment a

little bit. I think that -- you know, the main concern with the excipients is actually the presence of nitride. I do not think we have had any reports of excipients containing nitrosamines. Although, again, if the excipient -- particular excipient contains a secondary amine, and also nitride is present, then it is a possibility.

But the main concern I think that we have had, is that there is nitride present in these excipients -- or other amines that could be oxidized by some means to nitride. And then, that could lead to some chemistry with the API when it is formulated.

I do not know if Deborah, or others want to add to that.

DR. EISENBRAND: Could I ask a question? Is the excipient -- is that filling material? Or what is it? I mean, is it mainly starch, or is it inorganic material? Could you just explain a bit? I mean --

DR. KEIRE: Yeah. I mean -- yeah. There are many, many different excipients. You know, cellulose binders, magnesium stearate, coatings -- you

know, that are -- but for the most part they are not amines -- they do not contain amine. So, they -- you know, as you said, starch, cellulose based binders, that --

DR. EISENBRAND: Oh. Okay.

DR. KEIRE: -- those are the major components. But others should feel free to weigh in as well.

DR. EISENBRAND: I ask this because, we came across years ago that some -- certain inorganic materials -- for instance like bentonites or -- contain nitrogen oxides. So, they appear to be -- as we found at that time, as a source for artifactual nitrosamine formation. They can nitrosate amines. And maybe, they can also nitrosate drugs. So, I think it is important to know that is not the nitrosamine content, per se, that may be relevant. But it is the nitrosating possibility -- those things.

DR. KEIRE: Yeah. And I think that has been our -- you know, our major concern -- focus -- you know, question that we have been trying to ask.

You know, I guess I should say that

there is still a lot unknown, here, right? You know, we are really -- you know, working with the manufacturers and they are doing root cause analyses, we are trying to do -- you know, get better understanding about what is present in these excipients. And you know, in terms of these, kind of, other process related impurities in the excipients themselves, and how that could lead to chemistry in the solid state -- in the tablet -- you know, where -- or in the process of formulation.

So, it is a -- there is a -- still a lot of unknown in this area. We are still learning.

DR. ATRAKCHI: Thank you. The next question is, if nitrosamines are eliminated mostly from the API and/or the drug product, will there be any way to determine whether nitrosamines will form as the drug product sits on a shelf or in the person's body?

DR. KEIRE: Well, I guess I can speak to the first part of that. I mean, the -- you know, the drugs are put on stability testing, right? So, in that, there are, kind of, standard conditions for

that -- you know, 40 degree C, 75 percent humidity, is an example of an accelerated stability condition. And that -- or they are -- you know, put in -- they are just stored at room temperature, at the temperature that they are going to be -- you know, distributed in, in some supply chain. And for the period of time, over the shelf life of the drug, and -- you know, they would be tested periodically, if there was a risk for nitrosamine formation. And so, with that data -- you know, the agency could say, yeah, this is a -- we -- you know, we would approve this drug for this period of time -- you know, to be on the market, right? They would have an expiration date on it -- you know, established with those data.

DR. ATRAKCHI: Thank you. Any other comments?

DR. JOHNSON: Yeah. This is Deborah. Yeah.

And so, there is another thing -- you know, it -- when something goes on stability -- you know, your analytical methods are good for what you are looking for. So, some of the problem, these are

forming in drug products. And you know, if people are not looking for them, and they are really low in level, and they miss them.

But another place you might pick this up is during product development, where you were doing your drug excipient compatibility studies. Especially with -- you know, excipients that are known to have nitrite contaminants. That is another place that you could be looking to make sure that -- you know, you are not picking up nitrosamine formation, there. And you may have to explore several vendors, because -- you know, not every vendor is equal, they may not have the same process in making the excipient. So, that is just another place that you could be looking in -- again, in a proactive manner -- a wholistic manner, to -- you know, you are, kind of, building the quality into the product. Is -- you know, up front, is there a potential for this API -- especially if it has got a secondary or tertiary amine functionality, or you have residual.

You know, a lot of times some of these amines carry over because -- you know, they were used

in the process. If you got residual amines in the process -- you know, are there some excipients that are known to have these nitrite -- you know, contaminants -- you know, do some work up front to ensure that you are -- you know, kind of, picking things up early.

DR. ATRAKCHI: Thank you. Any other comment on this question?

Okay. The next question is, is it possible that nitrosamine impurities in drug products will keep on increasing during the shelf life of the drug product? What if some impurity is below the limit of detection, or tolerable levels, at the time of packaging, and it increased above the tolerable levels after six or 12 months, when it is reached to the consumer? How can you assure stability after a drug is in the marketplace?

DR. KEIRE: Yeah. I think I, kind of, answered this question earlier. I mean, the -- you know, the -- we have to be given data that says that the drug is sufficiently stable, such that -- you know, it -- talking about nitrosamines -- that, that

nitrosamine limits succeed in specified limit over the shelf life of the drug. There has to be data that would show that before the drug was allowed on the market. So --

DR. ATRAKCHI: Okay.

DR. KEIRE: Oh. And I guess -- sorry. The other point there is detectible. You know, it would not be detectible at the initial state, but then it would be detectible later, right? And that goes -- that speaks to the point of appropriate analytical methods to detect the presence, or the absence of something.

So -- and that is a -- you know, we -- you know, the FDA and also, actually, international regulatory partners have, kind of, established limits in guidance documents that say what they would call appropriate, right? I mean, one of those is, kind of, a 30 part per billion bar that has been set. I mean, of course, that might be difficult with a drug that is -- analytically, that might be difficult with a drug that has a very high dose. But for most drugs, that is going to be quite a load limit. And so that

is the approach that is being taken for -- you know, defining appropriately -- appropriate detection limits to say something is absent.

DR. ADAMSON: Yeah. I think the manufacturers might also want to consider the possibility of adding an anti-oxidant to the drug finished product.

DR. ATRAKCHI: Thank you.

Next question is, can stoichiometric ratios between amine or nitride levels be used as a rational to exclude a nitrosamine formation in drug product, considering that sometimes amines and nitrides may be concurrently present in negligible amounts in associated to unfavorable conditions for nitrosamine formation?

DR. KEIRE: Well, yeah. That is a bit of a complicated question. I think it depends on the -- yeah. It depends very much on circumstance. You know, I -- you know, you do need certain ratios to get some chemistry to go, right? So, you know, it -- certain amounts of nitride and amine may be necessary to get significant reactions under -- you know, a

particular condition. So, it is a little bit difficult to answer that question, because of the -- we need -- kind of, need a specific case to talk about, there.

DR. EISENBRAND: Could I comment, just for a second, on this?

I think it is worthwhile for the manufacturers if they are facing such a question of stability -- the one thing, I think, is very clear, if it is only very small, tiny traces of nitrosatable compounds, then, I think it is obvious that there is no risk. But one should also consider under -- you know, if make a false condition storage testing -- storage stability testing, one should think of having such a condition where you have environmental and NOx concentrations. Because, we have found out -- and many others, later, also -- that there is an interaction between solid material that contains nitrosatable and NOx, of course. And you can get them -- the question of stability, then, needs to be widened by this consideration. That it may be that the drug is sitting in a car -- or sitting somewhere

else -- or you have it in a bar, where it is smoking, and this sort of thing. And then, you have the exposure to NOx. And maybe, you can solve the whole thing by using the right packaging, or course. But one should look at this.

DR. KEIRE: Yeah. I mean, I think there is a big focus on -- you know, real world conditions, right? You know, the hot mailbox, the glovebox in the car -- you know, the human bathroom. You know, I mean, if you think about those things -- you know, what does it experience in the truck in the middle of summer in the southern U.S., right? You know, so -- you know, before it gets to the shelf.

So, you know, I mean, you cannot completely model all those conditions. But you know, you try to get appropriate data that can be predictive of stability under a variety of conditions. And you know -- and those are -- you know, have been, kind of, internationally harmonized in ICH documents, about -- you know, which conditions are standard conditions that can be used to establish stability.

DR. ATRAKCHI: The next question is, is

there any information regarding azocolorants and/or colorants with amine groups? Also, colorants normally have a non-negligible quantity of unspecified impurities.

DR. KEIRE: Yeah. I mean -- you know, I -- if the colorant contains -- you know, diethylamino group, or a secondary amine that might be reactive -- you know, that -- you need to look at it through that awareness lens, that we have been talking about, as a potential source of nitrosamine.

I mean, generally, the colorants are there in very small amounts. But you know, again, it is a case by case, kind of awareness question. And an understanding of what is going into the drug. But --

DR. ATRAKCHI: Thank you. Is good risk assessment enough? When should testing for nitrosamines be triggered?

DR. JOHNSON: So, I will give a crack at that. So, if you look at the FDA nitrosamine guidance, it has several steps. And the first one is to do the risk assessment. And it clearly says that if -- when you do the risk assessment, if you do

detect a risk, then you should do confirmatory testing. So, that is confirmatory testing.

So, if you do the confirmatory testing, and you use appropriate sensitive methods, with appropriate limits of quantitation in detection, and you do not detect these nitrosamines, then, you have confirmed that, yes, it was a risk that -- you know, your process has mitigated it, and -- you know, the product does not appear to be at risk for nitrosamines.

But if you do the confirmatory testing, and you are actually detecting these above the limit of quantitation, then, clearly, your process is creating them. And then, you have to move into the realm of the control strategy. And you have many control strategies open to you. And one of those might be -- you know, testing -- you know, putting a limit and a test forward in a starting material or intermediate -- something upstream. Or, you always have the -- you know, the option of testing the API.

So, there is some different ideas of testing. There is the confirmatory testing that has

to be done when you have identified a risk in your risk assessment, that does not necessarily -- you know, result in -- you know, normal -- you know, routine testing in the API.

DR. EISENBRAND: Dr. Atrakchi, may I have one further addition -- information to the former question about the azo dyes?

DR. ATRAKCHI: Yes, please

DR. EISENBRAND: Yeah. The Scientific Committee on Consumer Safety of the European Commission in 2012, I think it was, issued two opinions about nitrosamines in cosmetics. And the first one dealt with azo dye constituents of cosmetics, and -- the risks -- so this is publicly available information to that. Thanks.

DR. ATRAKCHI: Thank you. Considering the surprise, in quotes, nature of materials carrying through more steps than we through, or from coming in with other materials, do we think we need to start testing API routinely?

DR. JOHNSON: I will answer that one, if I can.

So, our goal with the nitrosamine guidance was never intended to tell people they have to test every single batch of API all of the time. You know, that is, kind of, the quality by testing. And I think we are encouraging people to have quality by design -- to build quality into the process.

And so, I think what we have learned throughout this process is, there was just some assumptions that materials were being removed from a step during the workout. That -- you know, nitrites in some of these that they were water soluble -- they were being removed. And I think what we learned was they are not being removed as thoroughly as one thought.

So, again, being wholistic -- realizing that potentially there are these materials -- you know, precursors in the process, then if you understand how they are being purged, then -- you know, final API testing is not necessarily -- you know, you do not have to do that. You might just have a in process control to make sure your nitrite level is below a certain level, or an amine level is below a

level. You might know that -- you know, there is potential for a particular nitrosamine forming in an intermediate step. And again, that could be controlled upstream, using an option three approach -- you know, as an API -- or as an IPC, or an intermediate specification.

So, there was never any -- you know, expectation that people would have to test everything. What we just learned was that things in the process were carrying through more steps than people thought, and that you cannot assume. I guess, that was the bottom line that we learned. Just do not assume. You have to understand the process and the purging capability completely, and then, move from there.

DR. ATRAKCHI: Thank you. Does every nitrosamine demand equal levels of removal or avoidance?

DR. KEIRE: Well, I think I will hand that to my pharm tox colleagues to -- I think -- you know, they have established limits that, kind of, point to the -- I mean -- you know, NDMA is at 96 nanograms as the AI limit, versus NDEA being at 26.5.

So, there is distinction between those two. And, as well as others. So -- but, I will leave that to my pharm toxicologist to weigh in.

DR. MCGOVERN: This is Tim. I can jump in. I -- currently, the identified limits we have in place range from 26 to about 96 nanograms per day. So -- you know, given the uncertainty in all these calculations, you can argue there is really there is not a lot of difference in that at those levels.

So -- you know, there is some differentiation in the approach taken. Of course, those are not every nitrosamine. Those are NDMA, and NDEA are probably the two with the most robust databases. There may be some others out there, as well. Certainly, if we are dealing with a nitrosamine that has yet to be identified, where we identify a significantly higher acceptable intake. Then, yeah, you could -- you know, obviously, you would treat those somewhat differently than you would with the current ones we are dealing with.

DR. DORSAM: That is right. I emphasize that. To say that we have tried to be

mindful about each chemical -- each compound as it comes in, to identify what is the risk associated with that compound. And so, I think, if -- you know, not all nitrosamines are created equal, and there are -- you know, some that are more potent, some that are less potent.

We do know that there is need for care with this class of compounds. And so, we will use whatever data are available to assess the risk for a particular compound, realizing that the risk for this compound may be different than NDEA, or NDMA. You know, we are trying to go mindfully compound specific for each of the products that we are encountering a nitrosamine issue. And I think that we will continue to do that.

DR. MCGOVERN: And as Dr. Dorsam mentioned earlier, you would also -- can take into consideration -- you know, what the drug product is, what the proved indication is for, and potential impact on drug shortages -- you know, especially for severe disease indications.

DR. ATRAKCHI: Thank you. I do not see

any more questions. Does anybody else notice other questions that maybe we can answer at this time?

DR. ZEIGER: This is Errol Zeiger. I have one quick question -- or comment. And it is based on my lack of knowledge about manufacturing logistics. But it can always -- one possible take away from all these discussions is that every manufacturer really needs to have an analytical laboratory to support them. And are there good -- are there analytical methods that they would have to obtain -- have to use, because -- you know, at the levels of nitrosamines that are being measured, one cannot use just any analytical method, but essentially what FDA would consider the state of the art effort. So, is this going to be a requirement -- you know, for manufacturers?

DR. KEIRE: Right. I mean, I think they have to have the technology, and the appropriate analytical tools to make the measurement -- you know, that is fit for this purpose, right? And which is down in the part per billion -- you know, part through million range. So, this is trace analysis that does

require instrumentation.

And you know, we -- you know, the FDA has provided, I think, to date, publicly posted on the website 11 different methods. And certainly, the European OMCL have also provided methods -- made them publicly available on really a wide variety of platforms. I mean, the -- you know, many of the FDA methods -- you know, we, kind of, transitioned over time form using GCMS approaches to LCMS -- high resolution LCMS approaches, because we had that equipment available, number one, and it was best and most sensitive that we had.

And I think, every manufacturer -- you know, has the access to these kinds of labs, or they have contact research organization where they have testing done. And that is the expectation. You know, the first thing you need to do is to have this analytical target for what you need to measure. You know, pharm tox provides us with that underpinning of -- you know, you need to control this particular impurity at this level. You know, whatever it is -- 96 nanograms. And then -- you know, with that

information, the analytical chemist is developing methods that are appropriate for that.

But -- so, I think there is actually a pretty wide range of technology that is available. I do not think that this a real limiter for most pharmaceutical manufacturing firms. So, the technology is there. The methods are available -- publicly available. So -- you know, and that is -- you know, one of the things -- the reason we do that is to, kind of, speed this process. We -- you know, if there is a question if there is a risk, we want them to make measurements and give us the data so that we can be assured that their product is of appropriate quality.

And -- oh. And I guess, one other thing. I want to -- I guess, often times there are too much focus on the ATI, and the synthesis. I think -- you know, we do want to emphasize that the drug product -- you know, and the formulation of that drug product really needs to be considered, as well, because we have cases where the API has no nitrosamines, but then, when it is made into a

formulated product, then nitrosamines appear. So, this is not only on the API manufacturer side. It is also in the drug product manufacturing side.

I will stop there. Thank you.

DR. ATRAKCHI: Thank you, Dr. Keire. One more question. Is -- can the panelists comment on the formation of API related nitroso impurities? What factors contribute to these impurity's formation? Is this a common occurrence across all products? And this is a -- the nitroso group is attached to the API, itself.

DR. KEIRE: Right. You know, I think if you look at the structures of --

DR. EISENBRAND: Ranitidine.

DR. KEIRE: -- many -- yeah. Ranitidine. Yeah. If you look at the structures of many of the drug substances, they have secondary amines that have the potential to react and for nitroso drug substance related impurities. So, this is also a consideration.

And the same question needs to be asked about the drug substance -- the molecule itself,

whether it can -- has the potential to form a nitroso compound.

DR. ATRAKCHI: Would you say this is a common occurrence among -- the last part of the question -- is this a common occurrence across all products?

DR. JOHNSON: So, if I could make a comment. When you are looking at the potential of the actual API forming nitrosamine, I mean, you can really look at the structure. If you have an API molecule that has a secondary amine -- I mean, you have to consider that a nitroso -- you know, API -- you know, degradant might form, because you have got a secondary amine. Especially, if you got one where the alkyl groups are tied back, and the amines is -- you know, really, really out there.

The -- you know, if it has got a tertiary anime -- well, ranitidine had a tertiary anime in it. I would think just from an organic perspective that a secondary amine functionality is probably at more risk than a tertiary amine. But, if the molecules got those function -- those amine

functional groups on it, then you have to consider this, because some of the excipients may contain nitrous aiding agents. Or -- you know, if you are doing fluid bed drawing in the API or in the drug product, again -- you know, if there is NOx available, it is possible.

So, you can literally look at the API molecule and do a real quick risk assessment just based on the actual structure.

DR. ATRAKCHI: Thank you. So, I think to summarize the -- really, this question, it is awareness, and it is wholistic approach. To me, it is all about chemistry. And we have the state of the art tools in the 21st century, and very sophisticated techniques that could eliminate -- or, at least, extremely minimize the levels of nitrosamines in pharmaceuticals. And certainly, the evidence for the sophisticated techniques, at least in the late 90's and early 2000's, is the food manufacturing and processing. It has -- it is a success story that really led to extremely lowering the levels of nitrosamines in foods. And I believe this can be

achieved with drugs, as well.

We are close to 12:00 -- I am sorry. Go ahead, Dr. Keire. Please.

DR. KEIRE: Well, I guess I just wanted to add to that. I think that is a really pertinent comment. I mean -- so, we are not the only industry -- you know, the pharmaceutical industry -- that has had to manage this -- you know, not having nitrosamines present in the product. And I think -- you know, that Dr. Eisenbrand has already -- you know, presented on the malt kilning step in beer. And you know, I was actually reading about this. And it used to be that -- you know, there was microgram per liter of nitrosamine -- NDMA present in beer because of this particular step. But then, when there was knowledge gained about this step and this process, then they ultimately eliminated that. And you know, more recent surveys of beer show almost no nitrosamines.

And so, I think -- you know, it just is -- you know, the food and beverage industry has gone through this transition the pharmaceutical industry is now facing this same task. But it is not

unachievable. Other have -- you know, succeeded in eliminating or minimizing the presence of these things. So, I remain hopeful that the pharmaceutical industry can be the same.

DR. ATRAKCHI: Fully agree. Thank you, very much.

It is almost 12:30. We will take the lunch break from 12:30 -- or from now, until one o'clock. And we will resume -- we have some other questions -- just follow up questions from yesterday, as well as today, that we can provide to the panelists to answer. And then, we can wrap up.

Thank you, very much. Enjoy your lunch.

(off the record)

MS. PAINTER: Good afternoon, good evening. We are back. It is 1:01, here on the East coast.

DR. ATRAKCHI: Welcome back for the last part of the second day and final day of this workshop. What I would like to do now, is we have some of the questions from the attendees, that

includes both from yesterday's discussion, as well as today. I would like to go over those. And that way we have a full discussion of everything that has been -- that is interesting and important to everybody.

The first question is, can you see a correlation between nitrosamines and radiation safety? Would the linear no threshold model for radiation safety be applicable for nitrosamines moving forward? Therefore, for drug manufacturer, we essentially have to eliminate the potentials for nitrosamines formation for a drug to be considered safe. Or, essentially, also, adopt the as low as reasonably applicable principal.

Who would like to start this discussion? Anyone?

DR. EISENBRAND: Maybe, I start?

DR. ATRAKCHI: Yes.

DR. EISENBRAND: I think there is a difference between radiation safety and the dose response towards nitrosamines. I would say for pharmacologic reasons, there should be somewhere in

the dose response curve of nitrosamines, a threshold where the dose is so low that no measurable -- let's say, DNA damage is to be seen. And if we agree that DNA damage is a very important point used as a biomarker for the potency as one may say -- yeah -- reflecting to biological activity on the target DNA, then we -- I think, now adays, will have the means to find out such a dose level, where DNA damage is negligible -- in a sense that it is just diving in the background DNA damage we have anyway. And this is a possibility that definitely deserves research and investigation. And I think with today's instrumental analysis means, we can do that. We have done this, for instance, for acrylamide, where one easily can follow down the dose response down to a level where the ancillarisation, in that case dives into the background of -- into the biological background, more or less. So that is a difference to -- you know, radiation, in that sense.

DR. ATRAKCHI: Thank you, Dr. Eisenbrand.

Anyone else would like to comment on

this?

DR. EISENBRAND: Just perhaps, to add on it, that is why I think a no risk level would be the -- as low as reasonable achievable would be the way to go in this question.

DR. HECHT: I basically agree with this. But I also recall the conclusion of the -- of bio assay of dimethylnitrosamine and diethylnitrosamine by Peto, and Grasso, and others, in which they concluded there was no evidence of a threshold. So, I do not know that we have the data to really establish a no risk level for compounds like dimethyl and diethylnitrosamine, as an example.

DR. EISENBRAND: Mm-hmm. Yeah. I totally agree, Steve. I think, this would, perhaps, cover dose ranges that are below the manifestation of tumors. So, in other words, one could, perhaps, follow down by studying DNA alkylation to further down dose levels, until one reaches, perhaps, somewhere a level where it really is insignificant from the physiological background of DNA alkylation. That is what I mean, actually.

DR. HECHT: Right. Yeah. I agree.

DR. EISENBRAND: By the way, Dr. Atrakchi, when I -- there was also a question concerning the acceptable intake estimates -- the default acceptable intake estimate -- estimated some type of -- this alluded to the big difference between nitrosodimethylamine and nitrosodiethlyamine. And actually, I think this shows the difficulty of relying on the TD50 when determining such estimates, because it would mean -- it would reflect a more than -- about a three times higher potency of diethylnitrosamine, as compared to dimethylnitrosamine, if you look into the pository of 96 nanogram per day for dimethylnitrosamine, versus 26.5 for methyltyrosine.

And that is why I favor, really, the BMDL 10 values, because if you look into the BMDL 10 values, they reflect much better. The vicinity, so to speak, of the biological effects of dimethyl and diethylnitrosamine, of course, still showing that diethylnitrosamine is the more potent with BMDL value of 18 microgram per kilogram, versus the BMDL 10 of n-nitrosodimethylamine of 27. But it is a much

smaller difference as the one from the default acceptable intake estimates, based on the TD 50 -- just as a general note of caution from my side.

DR. MCGOVERN: Dr. Eisenbrand, this is Tim McGovern. Just a follow up question regarding benchmark dosing approaching.

I think a good argument is made for using the entirety of the dose response curve as the benchmark dose uses. We get into some subjectivity and variability as -- you know, as you use that data, then, to support calculation of a PDE -- permissible daily exposure level. And the application of uncertainty factors -- and depending on what level of uncertainty factors you use across the various factors that are applied, you can end up in a wide range of permissible daily exposure levels.

And you know, often times -- you know, especially with nitrosamines, they can be -- even in a fairly conservative approach, you can up in an PDE that is -- you know, significantly -- you know, in least in order of magnitude greater than the AI calculation. Do you have any comments, or any of the

other panelists, in terms of -- you know, using that approach and the application of uncertainty factors, and differentiation or the difference in the PDE versus AI levels, that are the outcome of those calculations?

DR. EISENBRAND: Yeah. As I mentioned already, I think that unsafety or safety factors are default factors. Like, the AI values. And maybe the BMDL values are -- you know, considering the much more important portion of the dose response curve, as far, of course, as they are available. That is just the case for very few of the nitrosamines, like ethyl -- diethyl and dimethylnitrosamine. And, you know, that is why I think these BMDL 10 values reflect better the potency differences, as the AI estimates derive to.

DR. ZEIGER: This is Errol Zeiger. I might say, just as an aside, the genetic toxicology community has been moving more and more towards the use of BMDL for in vivo comparisons. There are some recent publications by Ilsey -- I do not remember who the first authors were -- that show that the BMDL was much more stable and useful than LOEL, or other

measurements. And the group at Health Canada, led by Paul White, in Ottawa, has been looking at BMDLs as a very effective for comparing related chemicals, such as polycyclic aromatics in vivo. But also comparing responses in different tissues -- you know, from the same animal. So, hopefully, in the future, more and more gene tox data will be coming out as -- with BMDL calculations, instead of just LOEL, or just -- you know, maximum response calculations.

DR. EISENBRAND: No. I agree. EFSA -- it -- the same, actually -- favoring the BMDL process.

DR. ATRAKCHI: So, in general, how would the results compare, that are available for the same compounds -- how do they compare between the BMDL and the TD 50? How far are they off? Or are they comparable?

DR. EISENBRAND: No. They -- the AI estimate reflect the TD 50 values in a way. You know, they are derived by exultating to one in a hundred thousand risk. And there is a big difference in the AI values between dimethyl and diethylnitrosamine, not reflecting the true biological difference and potency.

They are much closer. Of course, n-nitrosodiethylamine is more potent. But not by a factor of three.

DR. ATRAKCHI: But I also think the values -- the limits will go much higher for the -- for -- maybe not -- I mean, maybe not all nitrosamines, but the NDMA and NDEA, if you use BMDL. They are probably going to be even not in the cohort of concern if you use the BMDL. And that is a fairly big jump from what is indicated in M7.

DR. EISENBRAND: No. The way out -- and so for instance sabers, is that they say we do not take any acceptable intakes for these compounds -- for the cohort of concern compounds. We just calculate -- or -- yeah -- derive the distance between the 10 percent, or you may take a five percent BMDL, where you -- and the consumers exposure. And in a general -- a very general way, they say if the distance is more than 10,000, then there is no concern. Very -- as a -- over the sum --

Here, we are not totally at the 10,000. We are between -- I would say, 6,000 and 10,000. But

there is a big difference, still, between.

DR. ATRAKCHI: Right. There was a question earlier this morning along these same lines for NDMA and NDEA. The question is, can one of you address why NDMA is considered one of the most concerning nitrosamine impurities based on discussion during the day, day one, when it currently has an AI of 96 nanogram per day, versus NDEA and others that have a lower AI, at 26.5? If NDMA is of a greater concern, why does not -- why it does not have a lower AI?

DR. EISENBRAND: Yeah. That is what I have just addressed with my remark to the AI estimates and the BMDL 10 models that actually are, in that case, more realistic.

DR. ATRAKCHI: Right. I just thought I should read the question from the attendees. Thank you.

The next --

DR. MCGOVERN: And this is Tim. I think it --

DR. ATRAKCHI: Yes?

DR. MCGOVERN: -- might be safe to say that they are both highly potent. And you know, with these types of calculations, I would suggest there is not a big difference between 26 and 96 nanogram per day, in terms of potency, because there is a lot of uncertainty around those values to begin with.

And -- you know, I guess, in terms of endogenous levels, maybe more of the focus is on NDMA just because that has been the more commonly observed of the nitrosamines.

DR. EISENBRAND: Yeah. That is really fair. I think -- I agree, totally. But you know, this raises such questions. Let's see -- these estimates. I agree with you, that, that is not a big difference, actually.

DR. ATRAKCHI: Certainly, considering the dosimetry and the tumors that they both induce, fully agree that these numbers are not very meaningful between the two. They both are very potent mutagens and carcinogens.

The next question is, can panelists comment on the use of incorporating normal variation

in DNA repair gene expression in humans into risk assessment models? Anyone would like to comment?

DR. KYRTOPOULOS: Can I respond? This is Kyrtopoulos. Can you hear --

DR. ATRAKCHI: Yes, please.

DR. KYRTOPOULOS: Yeah.

DR. ATRAKCHI: Yes. We can hear you. Thank you.

DR. KYRTOPOULOS: Yeah. Okay. Well, first of all, first question is, which DNA repair genes we are speaking about. Among the nitrosamines, which are found in drugs. MGMT is one that we discuss a lot. And it is relevant to carcinogenesis by the methylating or, maybe, the ethylating agents, also. But we do not know it is all in connection with carcinogenesis by other longer chain nitrosamines, which are found as impurities in drugs.

It is quite probable that their pre-carcinogenic DNA damage is -- may well be repaired by other mechanism -- like, the excision repair mechanisms.

So, in contrast to MGMT, which is just

a single gene, excision repair involves multiple steps, multiple genes, and there, one has to start asking which genes to use are markers of repair efficiency.

The other, and probably more important issue in my -- problem, in my opinion, is that whereas in simple animal models we can see, clearly, the affects of DNA repair variation. Animals overexpressing MGMT, for instance, are resistant to NDMA carcinogenesis, and conversely MGMT knock outs are much more susceptible -- the -- in the case of carcinogenesis in man, in human populations, it is much more difficult to come up with relationships between the moderate -- I mean, the normal variation in DNA repair and a carcinogenic susceptibility. There are rare cases where there are, again -- there is genetic lack of some genes, which result in serious cancer susceptibility. But those are fairly extreme cases. Especially for -- I mean, in the case of smoking related cancers, there is some knowledge about the variation excision repair and its impact on susceptibility. But, if we speak about nitrosamines,

we cannot really point to a specific cancer which we believe is caused by nitrosamines, so as to be able to investigate in a quantitative way, the relationship between the variation in DNA repair and risk, so as being incorporated in risk assessment.

So, I am afraid this is just not possible. Thank you.

DR. ATRAKCHI: Thank you. No comment. I will go to the next question.

My understanding is that the use of linear extrapolation from TD 50 to one in 100,000 risk assumes that there is no impact of DNA repair on the dose response curve. If that is the case, why would the setting of less than lifetime limits be based on an understanding when repair is exceeded?

DR. BUCHER: Oh. If I -- maybe, I can take a stab at this one. I think those two are actually unrelated. I think that the issue of less than lifetime involving some concepts of where repair processes might be exceeded were in those situations where there was quite a large potential dose of nitrosamine given for a very short amount of time.

And in our -- in my discussions of this, and in our -- what I think we were talking about, was given situations where nitrosamines might be present in drugs at the acceptable intake level, or not much higher for short periods of time -- that these kinds of concepts would not necessarily apply where DNA repair processes would be exceeded.

So that was the way I took that question.

DR. KYRTOPOULOS: Yes. May I follow up on that?

DR. ATRAKCHI: Yes, please.

DR. KYRTOPOULOS: Yes. In fact, I think I pointed out rather the opposite. That we are in the dose -- in the linear dose area of the dose response when we are speaking about exposure levels, which include exposure coming from the environment and endogenous sources, even if we are over estimating that kind of exposure. Plus, the exposure that would come from the drug if we had imposed the standard risk assessment level -- 10 to the minus five -- that was well within the linear area -- really, a part of the

dose response curve -- so that even if were to exceed that within certain limits, obviously -- but even if you were to exceed that, we would still be -- by applying the LTL approach, we would still be in the dose response -- in the linear part. And that is why I had said that from the point of your DNA damage, LTL -- application of the LTL approach would be permissible. The reservation I expressed was that we do not how the other factors which affect cancer risk -- other biological processes, like -- sorry -- cell replication, DNA adduct formation -- how they respond to increase doses. But from the point of view of DNA adduct formation, we have -- suddenly, we are not suggesting by applying LTL we would be risking running into conditions of exhaustion of repair. No.

DR. ATRAKCHI: But the conclusion from what you said, Dr. Kyrtopoulos, is that with all these reservations and concerns you have, the conclusion is that it is not a good idea, because of these other unknowns that involved. It is not a matter of the exceeding the DNA adduct formation, but it these others --

DR. KYRTOPOULOS: Yeah.

DR. ATRAKCHI: -- factors that we do not know about. Therefore, the less than lifetime approach is not a good approach to use for nitrosamine. Is that correct?

DR. KYRTOPOULOS: Yes. Yes. That is right. I -- if for reasons of expedience one has to use it, it should be used with great cautions, because we do not know how these other biological factors, which are -- make important contributions to the overall cancer risk. Very -- and let's remember -- I mean, we saw some data, yesterday, focusing on the liver, coming from the rat studies. And the liver is the main target for -- of -- let's say dimethylnitrosamine in the rat, and also for -- both in terms of DNA adducts. And -- but also, in terms of carcinogenesis. But that need not be the -- so, in all species. In fact, for example, in the Pattes monkeys, which we have looked at, we see extensive DNA damage, extensive accumulation of O6 methylguanine in many of the tissues. So, if we extrapolate our discussions -- or, rather open up the framework of our

discussions to other tissues, we can see that we are introducing a lot of additional unknowns. How various biological processes in operate in different tissues.

So, we have too many unknowns. And this is why I said that one should take the decision to apply the LTL approach hesitantly. And if they -- we do, it should be with great caution.

DR. ATRAKCHI: Thank you. That is much clearer, at least in my mind. But in that case -- so the O6 adduct formation as biomarkers, may not be -- well, by itself -- on its own, is not appropriate. We have to incorporate many other parameters with a DNA adduct, in order to make it make sense. Does that --

DR. KYRTOPOULOS: Yes. Ideally, this is exactly as you describe it. In practice, of course, we often have to use -- we can only use a limited number of tools, which have certain -- satisfy certain characteristics. And we do tend to use DNA adducts -- especially, if there are others which are involved in -- on the biological pathway, like O6 methylguanine does -- is mutagenic. So, it is thought that it is actually directly contributing to the

generation of the mutation in oncogenes, or whatever else, which eventually drive the carcinogenesis.

So, if we have the opportunity to use it -- and this single biomarker, yes, we should use it. But we should keep in mind the limitations in its use. Yeah.

DR. ATRAKCHI: Very good. Thank you. Anyone else would like to comment on this?

Okay. Next question is, so far it seems that we do not have assuring data for less than lifetime to be safe with higher nitrosamine levels, even with short duration exposure. Do we know thresholds for adduct formation -- or of DNA repair?

I think we probably answered that question.

DR. KYRTOPOULOS: Yes. I think so. And, in fact, I pointed out that we have no evidence as far as O6 methylguanine is concerned of any -- a threshold. If you -- I went into the literature today, actually, because I had seen this question. And I looked up some papers which claim that they see non-linearity in the dose response. It turns out that

every time you see this claim, it is because they used high doses, which were generating so much O6 methylguanine that they were depleting the repair enzyme.

So, if we are speaking about exposures at the levels that we are speaking about -- these low levels, there is no good -- no evidence of a threshold for adduct accumulation.

DR. ZEIGER: Well, actually, there has been some shown of -- a group at University of Swansea led by George Johnson, looking at low levels of alkylating agent, was an inducible DNA repair enzyme. I do not remember which particular one, because I do not have the paper handy. But they did clearly see a threshold --

DR. KYRTOPOULOS: What -- yeah. I remember --

DR. ZEIRGER: -- of a mutation, and of an adduct formation -- or adduct persistence.

DR. KYRTOPOULOS: Was that an O6 methylguanine adduct?

DR. ZIEGER: I think it may have been.

But I -- the paper came out a couple of years ago, and I just do not remember the details.

DR. KYRTOPOULOS: Yeah. Yeah. I do not remember the details. But anyway, other papers which I tried to look up today, it was clear that they were using doses which, in my opinion, were very likely to have been impacting on the methyltransferase levels.

DR. ZEIGER: Oh. Agreed. One of the major problems we face in the field is a lot of the experiments are done at the high dose -- in the high dose, subtoxic range, whereas we are trying to extrapolate -- or draw conclusions from low dose administration, as we would see with nitrosamines.

DR. KYRTOPOULOS: Yeah.

DR. ZEIGER: And we know that once we get to the high dose, we are often not in a linear relationship. But we have to somehow draw a straight line down to zero to do the risk assessment for low doses.

DR. ATRAKCHI: Very good. Thank you. Does the less than lifetime considerations which are

based on extrapolations of wrath data, take into account what Dr. Zeiger said, concerning the inducible enzymes? MGMT is known to be inducible in rats with increasing dose, whereas it is not in humans.

DR. KYRTOPOULOS: I have to come in here. May I? I am sorry. I do not want to monopolize.

DR. ATRAKCHI: No. Please, go ahead.

DR. KYRTOPOULOS: -- yes. Again, this is a question that drove me to look at the literature today. It is true that in the early days, there was a lot of work done to look for evidence of inducibility of MGMT in experimental animals. And this came because -- you know, the first methyltransferase that was discovered to -- which was repairing all this methylguanine was found in E. coli. It was called the ADA gene. And that was a highly inducible gene.

So, people started to look for equivalents of the ADA gene in animals. And there were papers where people administered diethylnitrosamine, for instance, to rats, and they did find an increase in liver MGMT. But do you know

the doses they used? One paper used five milligrams per kilo, and another 100 milligrams per kilo.

With dimethylnitrosamine, the one that I have found from the old papers, which have found some induction, the lowest concentration -- dose that had been used was one milligram per kilo of dimethylnitrosamine for four weeks.

When we did our study, where we exposed rats through the drinking water to doses of dimethylnitrosamine at the levels in the range which have been used by the -- in the Peto bioassay, we -- excuse me -- and we had exposed for up to 180 days, we found a small increase in liver MGMT, between 15 and 30 percent after 120 days of exposure to, at least, 220 micrograms per day. For a human, that would correspond to 15 milligrams per day for a 70 kilo human.

So below those doses, we have found no evidence of a change in MGMT. So, I take these claims of inducibility of MGMT with a big pinch of salt.

DR. ATRAKCHI: Very well.

When exposure is considered, the low

dose range for nitrosamines? It is a big question. What is a low dose range for nitrosamines, I suppose to induce cancer?

DR. KYRTOPOULOS: Well, I would say -- comparable to those likely to be experienced by humans? Having in mind that a lot of the experimental studies use higher doses, which may distort the picture. For me, that is the primary criteria. And coupled to that, I would say, following on from previous discussion, non-MGMT depleting.

DR. EISENBRAND: I agree totally with Dr. Kyrtopoulos, because we discussed this before, and it was always in relation to human exposure, more or less. That is low dose.

DR. ATRAKCHI: So, I mean, is there a number? What is a low dose?

DR. KYRTOPOULOS: Sure.

DR. ATRAKCHI: A range of low dose?

DR. KYRTOPOULOS: Yeah. If you -- if you look into, as we discussed yesterday -- when you look into human exposure, you end up with at max one microgram per person per day. That is a low exposure.

And that is what we discussed yesterday. And that was meant, actually. At this level, you will not find any induction, or any -- be it repair, or be it a metabolic enzyme. I do not think so.

DR. EISENBRAND: Yeah. I would even go a bit higher. I mean, even within the limits of the possible endogenous exposure that we, kind of, estimate with the tools that we have, which goes up to, maybe -- even a milligram total -- in total. That is a few micrograms per kilo, I guess -- tens of micrograms per kilo. If you compare this with the experimental studies which are being carried out, it is very low. Okay.

So, I would -- personally, I would call even those exposures low in a practical sense. But, I mean, this -- we should not attach to the use of the word, low, any significance in terms of risk associated with it. It is more low in terms of the mechanistic considerations that go -- that we go into, in order to assess the risk.

DR. EISENBRAND: I agree.

DR. ATRAKCHI: Is there any possibility

that activation occurs by enzymes, other than P450 and in organs other than the liver?

DR. KYRTOPOULOS: When we gave MDMA to Pettes monkeys, we saw large levels of methylation in the liver -- the stomach had even higher levels than the liver -- bladder, esophagus, pancreas, uterus, all had high levels of methylation -- and every other tissues we looked at measurable levels of methylation, in contrast to the rat, in which we see methylation primarily in the liver, and much less in the lung, the esophagus and the bladder. I leave -- blood is always methylated. But let's leave that out.

Now, why is it -- where is -- why is there this big difference? Is it that there are other enzymes in the tissues of the monkey? It is a possibility. My own working hypothesis is that, first -- liver, first pass clearance in the monkey may be a little bit less efficient than it is in the rat. So, a bit more dimethylnitrosamine escapes, and has the opportunity to reach post hepatic tissues.

When we gave dimethylnitrosamine together with -- sorry -- with ethanol, which is an

inhibitor of P450 2E1, which is the main enzyme which metabolism dimethylnitrosamine -- we found a small decrease in the methylation in the liver, but an enormous increase in post hepatic tissues. In the esophagus the methylation went up by 20 times.

Again, I do not know whether that means that metabolism in these post hepatic tissues is being carried out by other enzymes. I suppose the ethanol dose that we gave did not kill 2E1, it just suppressed it sufficiently to allow MDMA to through.

But, yeah. I do not know. I believe that in the rat esophagus, an enzyme which metabolizes dimethylnitrosamine have been discovered by Peter Swann some years ago. But -- I mean, there are other people much more expert on metabolism than myself, here. So, maybe they want to comment.

DR. HECHT: There is plenty of data from organ culture studies that extra hepatic tissues can metabolize nitrosamines.

DR. KYRTOPOULOS: But this is why a 2E1 see -- or by a different mechanism?

DR. HECHT: I am not sure whether -- I

do not think in most cases we know what enzymes are involved. There are -- P450 is no doubt. But you know, there is plenty of data from organ culture studies with a variety of nitrosamines, that demonstrate ability to metabolically activate.

But for example, in the esophagus -- the rat esophagus, which a common tissue affected by nitrosamines -- methylbenzyl nitrosamine is a good example. I mean, we know that the rat esophagus can metabolize methylbenzyl nitrosamine to get an O6 methylguanine and other DNA adducts. But we do not really know the enzyme involved.

DR. KYRTOPOULOS: I think, Paul Kleihus [ph] has shown that it is mediated -- and he has also said that is made inside of P450, if I remember that correctly.

DR. HECHT: Probably a P450. Yeah. I do not think we know which one, though.

DR. ATRAKCHI: Are there certain genetic factors that are known to create higher levels of endogenous nitrosamines?

DR. KYRTOPOULOS: I do not think we

know anything about the factors which affect -- or almost anything. We know a little bit. But we really do not understand the determinates of endogenous nitrosation, whether they are environmental or genetic. At least, I do not know any such factors.

DR. ATRAKCHI: Yeah.

DR. HECHT: I think we know a little about diet, and --

DR. ATRAKCHI: Yes.

DR. HECHT: -- formation. I think there is a data on nitrosoproline inhibition by ascorbic acid, for example. I am pretty sure that data exists. In terms of the genetics, I do not think so.

DR. ATRAKCHI: Right. Would it be prudent to determine endogenous levels of nitrosamines in placebo groups in clinical trials for comparison with drug effect?

DR. KEIRE: So, yeah.

DR. ZEIGER: So -- quickly, I would just say, yes, because you are not measuring the drug affect against zero background. You are measuring

against the endogenous background.

DR. EISENBRAND: Yeah. I --

DR. KEIRE: And you should do --

DR. EISENBRAND: Sorry.

DR. KEIRE: Sorry. Yeah. You should do it -- you should do a crossover study, actually, on the same people, right? You know, so control as much as the biology as you can in the measurement.

DR. EISENBRAND: Yeah.

DR. KEIRE: Absolutely.

DR. EISENBRAND: That is a good idea, actually.

DR. KEIRE: Yeah.

DR. ATRAKCHI: Yeah. I think it is a must. The question is, probably that the number of molecules defines the of reactive diazonium or carbonium ions form. Does this -- doesn't this define the potency?

DR. HECHT: Yes. It should. And, I think, again, if you go back to the Peto study, you see -- a linear dose response, I think, down to very low doses, which is consistent with that.

DR. CRONIN: Yeah. I think this question may relate to -- there was some discussion at the end of yesterday's session, on whether we should be using weight -- or molar -- so nanograms, or micrograms, or molar values. So, yes. I would agree. It does. And it does bring into mind the use of the correct units for setting limits.

But regulatory units tend to be by weight, rather than by molar units. But for QSAR modeling, for instance, and for comparing between molecules, we would prefer to use molar units.

DR. KEIRE: Yeah. I mean, I guess, the comment I want to make is that, as a chemist, I am very comfortable with either of those, right? And molar units is just fine. But, I guess, in terms of public communication, people do not understand, sometimes -- you know, those terms. Or they do not think that way. And so -- but they do understand a weight. I do not even know if they even understand what a nanogram means, in terms of weight.

You know, but it is -- you know, in terms of communication, weight is easier to understand

by a bigger group of people.

DR. ATRAKCHI: TD50 and the CPDB does consider timetable data, whereas this is normally not done for the BMDL. How does this affect comparability?

DR. BUCHER: So, I looked at this question, and I -- it puzzles me a little bit, because I am not sure what timetable really referred to in either the enervation of the TD50 methodology, or in BMDL.

The Peto's group in developing the TD50s came up with a lot of corrections for comparing studies that had short period of dosing and various periods of observations. And maybe took into -- difference in, whether tumors were considered incidental, and not necessarily fatal -- or considered fatal. Things that we have also used in NTP and earlier days.

I think, though, that most of the studies, now -- certainly, the one that we have done at NTP, have shifted over to doing -- calculating an individual survival based risk for each animal,

depending upon when it died in during the course of the study, whether it was during the study, or at the end of the study. And these risks that would then be taken into consideration in determining a survival adjusted incidence factor -- which is then the appropriate metric used in BMDLs.

I do not know that this is in any way shape or form possible to retrofit on the TD50 calculations. But I have doubts -- serious doubts. But that is the only way I could understand that, that question might be interpreted.

DR. ATRAKCHI: The panel suggests that we should control nitrosamines in pharmaceuticals to zero exposure. However, proving zero is impossible given nitrosating agents -- nitrites are in water, excipients, so forth. Also, to show the absence of nitrosamines require an analytical limit. Shouldn't we be focused on the determining safe level of exposure, versus zero?

I think we have discussed this. But anyone would like to comment on this question?

DR. KEIRE: I guess I would say that

zero is preferred. When we cannot get that, we will take it below the acceptable intake.

DR. ATRAKCHI: Yes. I think that is the whole point -- is they should not be there. And I do not know if zero is a very absolute number. But --

DR. MCGOVERN: I guess, the main issue is -- it is difficult to prove zero.

DR. ATRAKCHI: Right.

DR. MCGOVERN: It is all based on your analytical --

DR. KEIRE: They are not --

DR. ATRAKCHI: It is all just the analytic method.

DR. KEIRE: They are not detectible by the appropriate analytical method.

DR. ATRAKCHI: Exactly. Right. Good.

The use of -- sorry -- if an API could potentially form a nitrosamine, wouldn't it be observed in toxicology studies, because endogenous formation is more probable than exogenous conditions? That is the question.

Any of the toxicologists or biologists

can answer this?

DR. EISENBRAND: I think that is -- if I may -- that is very difficult. We normally do the tox test in rats, or in animals, at least. Or -- and they are, of course, quite big differences between the rats and humans, in terms of nitrate, nitride, and nitrogen oxide metabolism, so to speak. So, rats, for instance, do not circulate in saliva nitrate as far as we know. And there are other differences.

So, I would not take this form an animal experiment as it guaranteed a nitrosation does not happen in humans. And that, of course, depends also from the nutritional status. You have a totally -- normally, a very different nutritional status between a rat experiment -- or rat populations and humans. Especially, with a -- of nitrate from vegetables. But.

DR. KEIRE: Yeah. So, I recall a comment that I heard that humans are a poor model for rat physiology. So -- you know, this is always going to be a gap that is present. You know, and the practical matter is sometimes you cannot test -- you

cannot do toxicology tests in humans. So --

DR. ATRAKCHI: The next question is the use or surrogate compounds has been discussed in relation to API related nitroso impurities, which could potentially form, in terms of setting limits and evaluating their carcinogenicity affect. When it comes to determination and control of such API related nitroso impurities, is the use of surrogate compound in method development, validation, and quantification, recommended? If yes, what aspects would you recommend that should be taken into account regarding this election of the appropriate surrogate, in terms of uncertainty factors, or setting method parameters, and etcetera?

I guess, this is specifically in relation to an API related nitroso. What surrogates, I guess, would be appropriate in setting the limits.

DR. CRONIN: I am not sure -- quite sure who -- or the surrogate means a read-across analog, which takes us back to the discussions we had earlier. In which case, it is one way we can demonstrate formalities of mechanism action and

structural similarity. Or whether there is some thoughts of the surrogate may mean it has the same drug action -- similar API. In which case, is a very different scenario.

That is how I start to think about answering this question.

DR. ATRAKCHI: Thank you. I think the next one -- I will read it. This is -- it is a follow up from yesterday's discussion about whether acceptable intakes for more complex higher molecular weight in nitrosamines should be addressed differently than low molecular weight nitrosamines, such as MDMA and MDEA. Specifically, in the case where a novel higher molecular weight nitrosamine is encountered in a drug product for which the carcinogenic potency is unknown, should the default AI -- 18 nanogram per day for EMA, or 26.5 nanogram per day from FDA -- be applied on a molar basis, rather than a mass basis -- parenthesis, 259 picomoles equals to 26.5 nanogram of NDEA -- to account for active site of NMO group, rather than the molecule's mass? AI based nitrosamines can have two to five times molecular

weight than the simple nitrosamines.

DR. HECTH: Sure. On a molar basis. It makes sense. It is the nitroso group, and the carbons that are alpha to it, that are critical in determining whether there is going to be activity or not. And the rest of the molecule, will -- sure, will play a role in the activity. But I think, at a first approximation, you would want to go on the molar basis, not just by molecular weight.

DR. ATRAKCHI: Any other thoughts? Thank you, Dr. Hecht.

DR. CRONIN: Yeah. I -- again, we are back to considering the whole question of the limits, and the unit in the limit. And really, to answer this question, you would have to say, is the -- my understanding of the question -- I apologize if I am misinterpreting -- is the limit, in itself, protective, and is that the most conservative limit we want, regardless of whether it is calculated in nanograms or molar value.

So, that is how I would think about it, just in terms of being precautionary.

DR. ATRAKCHI: Right. The next question is, it appears from the discussion that read-across, QSAR, and Ames data will not be sufficient to classify novel nitrosamines as low or no carcinogenic potential. What studies would the panelists recommend to definitely classify a novel nitrosamine as low or no carcinogenic potential?

DR. CRONIN: Again, I hope I was not that pessimistic about how we can use QSAR and read-across. I think there are possibilities for classifying a compound using good read-across, supported by good QSAR modeling, which could be modeling of the metabolic step, for instance, and Ames test data.

I think the caution I had was that we required more evidence -- more certainty to able to classify something as no or low toxicity, regardless of any point. So, I think there are possibilities to do it. I think we can be guided by the structural activity, here, as well as other information. Otherwise, you will be in the situation where everything you want to classify as no, or low toxicity

will have to be tested. I think we can move away from that paradigm.

DR. BUCHER: So, Dr. Cronin also mentioned the fact that problem formulation is very important in that kind of situation. And I would agree that -- you know, you have to, sort of, play out the whole possibilities associated with a potential contaminant that you are -- that is not recognized yet as to whether it is a carcinogen or not. Look at the potential concentrations of the material, and then, make some expert judgments based on -- you know, what is known about the chemistry of the material.

But I -- you know, as an organization that does two year bioassays, faced with the potential problems of many, many nitrosamines coming down the pipe, it is just not an attractive solution.

DR. ATRAKCHI: Any other questions that I may have missed, or any that came from the attendees -- my colleagues who are following on those? Or any other questions from the FDA to the panelists?

I think, if none, it is a -- we are a little bit early -- earlier than with the time allowed

for this workshop. But I think to make things -- there is one question.

If a novel nitrosamine tested negative in the Ames test, what modification to standard protocols would you recommend to make sure it is an Ames negative?

We have discussed changing the S9 from the rat to mouse or hamster. Any other recommendations?

DR. ZEIGER: So -- yeah. This question has come up before. Right. And if I saw a nitrosamine function on the chemical, I would do a quick test using just TA1535, TA100, and rat liver S9. That seems to be the most useful combination for detecting nitrosamines.

The rat is less sensitive -- rat S9 is less sensitive than mouse S9. And I think, also a bit less sensitive than hamster S9. And all the nitrosamines that I am familiar with are positive in the TA1535, TA100 series of strains.

So, that would be a quick and easy test. You know, S9, two strains. If it is negative,

there, I would go to the wider test battery. But if it is negative there, I would not expect it to be positive in the wide test battery, unless there was some other functional unit on the -- some other mutagenic unit further down the molecule that is not associated with the nitrosamine function.

DR. ATRAKCHI: Thank you, Dr. Zeiger.

DR. GUTTENPLAN: I have a comment.

DR. ATRAKCHI: Yes, please.

DR. GUTTENPLAN: So, probably 30 years ago we reported that the potency of nitrosamines in the Ames test can be greatly increased by dropping the PH. It turns out that the intermediate -- the hydroxy -- alpha hydroxy nitrosamine is much more stable at acidic pHs, and therefore, you get much more permeating into the bacteria.

So, if you want to start playing with conditions of the assay, dropping the pH to six, or six point five, for a nitrosamine, should greatly increase the sensitivity. And --

DR. ZEIGER: Dropping the PH to six would kill a lot of the salmonella on the plate.

DR. GUTTENPLAN: It works. We did it.

DR. ZEIGER: Okay. Because --

DR. GUTTENPLAN: It is published.

DR. ZEIGER: Okay.

DR. GUTTENPLAN: They were only exposed during the pre-incubation. And then, of course, they get -- it gets diluted into the top auger.

DR. ZEIGER: Okay. We have experiences where once you go down to six or below, you are getting toxicity from the pH affect, whether it be a pre-incubation, or a plate test.

DR. GUTTENPLAN: Yeah. I have to go back and look at the publication. Maybe, we went to six point five, rather than six.

But anyhow, it is out there. And it was confirmed by a group in Japan. And -- so it is just if you want to play with conditions, you can probably make the Ames test more sensitive. And as Dr. Zeiger mentioned, hamster S9, is certainly better than rat S9, and probably better than mouse S9.

DR. ZEIGER: Well, in my experience, the mouse was better -- equivalent or better than

hamster. It is -- but this is primarily with a series of cyclic nitrosamines. I have not compared them to any extent with the aliphatic.

DR. GUTTENPLAN: Yeah. I think there is literature out there on that.

DR. ZEIGER: There probably is. Yeah.

DR. ATRAKCHI: Very good. Thank you, very much for a very comprehensive and valuable information that you all have provided us to consider, and to think about.

I think, to summarize, mainly, is that in terms of nitrosamine classification, the parameters we suggested -- or proposed -- or put on the table, they all are important, whether it is the potency -- we should take that into consideration -- the chemical structure, as well as reactivity. These are all parameters that are important for us in order to make a classification of nitrosamines.

But, also, what is considered -- whether a classes specific limit -- whether it is the 18 nanogram per day, suggested by EMA, or any other number -- that could be used, as well. But it needs

to have some basis why if one number fits all.

We also discussed the issues of risk assessment of multiple nitrosamines in one that will be present -- or found in the drug substance or drug product, and we understood that the -- they need to be treated, basically, whether it is one, or 10, or five. They need to follow whatever the conservative approach as one potent nitrosamine -- whether it is the NDMA or the NDEA, because the affect is additive.

We also discussed the less than lifetime approach, and there is a great deal of information there to consider for the less than lifetime consideration with nitrosamines.

And the QSAR -- the QSAR is really the -- probably the future. But there are many gaps that needs to be addressed for the QSAR of nitrosamines, in particular. Things to consider is reactivity -- is the behavior of the diverse nature of the chemistries of nitrosamines in vitro and in vivo, and the slight modification in structure that could lead to significant different in biology of that particular nitrosamines.

But it is a tool that needs to take a lot of things into consideration, and a lot of the data that is available, out there. But I believe there is more to do with the QSAR and the read-across.

The topic of endogenous, whether it should be considered -- the exogenous as well as -- and/or endogenous levels of nitrosamines when we assess the risk assessment for the nitrosamines as impurities in drugs. The endogenous formation is -- seems to be, based on the discussions of the last two days -- is very important parameter that needs to be addressed, and it is lacking in good and accurate information.

But that is something for the future, that should be -- that studies should be designed and should be considered and should be conducted. It is not something we can do immediately and use the information from that.

In terms of the other exogenous -- the dietary -- that is another one that depending on the diets, different parts of the world, different parts of the same country -- it is also a difficult -- but

it more manageable than, perhaps, data from the past, as well as data that can be collected and some -- a lot of publications do exist -- could be considered.

But ultimately, the way that I think it ended -- the discussion on this -- is that we do need to pay attention. If we ignore both of those big contributors to the nitrosamines, then it is the quality of the drug -- of the medicines that are taken by patients that needs to be considered, in terms of limiting the amounts of nitrosamines in the pharmaceuticals -- in the medicine.

And again, the last two questions were on chemistries and manufacturing. And it became evident that nitrosamines -- it is all about chemistry. It is all about -- from the beginning, the awareness and the wholistic approach to understanding what is the synthetic pathway -- what is the particular molecular that one want to synthesize and manufacture. There is a lot of -- it is not only it. But it is everything around it -- all the excipients, all the temperatures, all the pH, and whatever the intermediates -- everything needs to be considered

along the path of formation of that API, and ultimately, the drug product, as well as beyond that. It is the post marketing, the packaging -- how is it -- where is it going -- in what conditions it is going.

So, I think, in my mind, there is a great deal that can be done and controlled right from the beginning on the chemistry and in manufacturing, before we get to the problems of -- we found nitrosamines in drugs and how do we do risk assessment. It need -- all of this needs to be addressed before we try to mitigate and see, well, what can we do, can we go to one in hundred thousand, can we go less than that, because this drug is essential, it needs to be on the market, and needs -- we cannot take it off.

In my mind, there are a lot of tools. There is a lot of things that can be done to prevent and minimize the formation of nitrosamines in drugs before we get to all the way and trying to see -- and try to really grapple on the issues of what can we do, it has to be there, it is going to be there, what can

we do, and what is the risk for the patients.

With that, I think, we really appreciate your contribution and your participation in this workshop. It has been valuable for the agency, and for the attendees to listed to your expert scientific opinions on the topic.

Thank you, very much. And this workshop, as we indicated in the beginning, it is recorded, and it will be available by the end of this week, as well as the two presentations, and Doctor -- both, Dr. King, as well as Dr. Eisenbrand, and Kyrtopoulos slides will be available at the end of the day today.

Thank you, so much, for participating.

DR. KEIRE: Thank you, Dr. Atrakchi, for your -- great moderation.

DR. ATRAKCHI: Thank you.

DR. KEIRE: Yeah. And the panelists, you guys are all great. I appreciate you brining all this knowledge together. It is very helpful. Appreciate it.

DR. ATRAKCHI: Thank you.

DR. KYRTOPOULOS: thank you.

DR. ATRAKCHI: Thank you, all. Bye-bye. Thank you.

(Whereupon, the meeting concluded at 2:12 p.m.)

CERTIFICATE OF NOTARY PUBLIC

I, IRENE GRAY, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



IRENE GRAY
Notary Public in and for the
State of Washington, DC

CERTIFICATE OF TRANSCRIBER

I, CAITLIN BALLARD, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CAITLIN BALLARD

**&**

**&** 1:13

**1**

**10** 10:1,7 23:10 26:1 36:6 82:22 85:14 148:16,16 148:21 150:14 152:15 153:14 158:21 188:6
**10,000** 152:19,21 152:22
**100** 166:2
**100,000** 13:11 21:17 23:10 25:11 25:11 109:17 157:11
**11** 138:4
**11:02** 85:14
**11:10** 85:15
**11:12** 85:16
**12** 125:15
**120** 63:3 166:14
**12:00** 143:2
**12:30** 144:7,8
**140** 53:14
**144** 12:20
**144-187** 3:9
**14799** 194:18
**15** 10:7 166:13,16
**18** 148:21 180:16 187:21
**180** 166:12
**187-192** 3:10
**192-193** 3:11
**1984** 69:17
**1:01** 144:17

**2**

**2** 83:8
**20** 10:7 17:10 36:9 41:9 82:22 170:5
**200** 69:17
**2000's** 142:19
**20001** 1:14
**2012** 132:11
**2019** 17:3
**2020** 17:3 53:6
**2021** 1:8
**21st** 142:14
**22** 72:5
**220** 166:15
**259** 180:19
**26** 135:6 154:4
**26.5** 148:14 153:9 180:17,19
**26.5.** 134:22
**26303** 195:14
**27** 148:22
**2:12** 193:5
**2e1** 170:1,9,20

**3**

**30** 1:8 13:6 21:5 52:1 126:18 166:14 185:10
**350** 77:12

**4**

**40** 13:7 21:6 23:6 30:6 62:2 123:1
**40/50** 23:6
**400** 36:3
**4377527** 1:21
**49-92** 3:7

**5**

**5** 3:3,5
**5-49** 3:5
**50** 21:14 149:2 151:15,18 157:11
**500** 36:4

**6**

**6** 3:7
**6,000** 152:22

**7**

**7** 3:8
**70** 166:16
**700** 62:22
**75** 123:1
**78** 72:3

**8**

**80's** 68:9

**9**

**90** 79:18
**90's** 41:9 142:18
**92-144** 3:8
**96** 134:21 135:6 138:22 148:13 153:8 154:4
**9:00** 1:9

**a**

**a.m.** 1:9
**ability** 4:10 8:9 11:1 57:16 171:5 194:10 195:7
**able** 44:7 46:3 54:4 57:11 61:22 62:16 71:13 76:1 76:3 77:4 80:5 83:7 88:13 97:6 102:10 103:6,8 105:1 107:8 111:4 157:2 182:16
**absence** 49:15 119:16 126:11 176:16
**absent** 127:3
**absolute** 84:4 177:5
**absolutely** 28:12 173:10
**abundance** 6:5
**academic** 86:18
**accelerated** 123:2
**accept** 52:4
**acceptable** 6:3,7 7:19 8:21 13:9 14:14 15:8,22 21:18 56:17 76:21 97:10 104:16 110:3 112:21 113:15 135:17 148:4,5 149:2 152:13 158:4 177:2 180:10
**acceptance** 76:20
**access** 77:17 138:14
**accomplished** 107:3
**account** 8:18 14:3 14:15 42:8 87:16 165:2 179:11 180:20
**accumulate** 37:22
**accumulation** 160:20 163:8
**accurate** 24:21,21 37:13 48:5 189:13 194:9 195:5
**achievable** 87:12 147:4
**achieved** 43:18 143:1
**acid** 23:16 44:20 94:4 98:22 102:1 102:5 103:12 116:16 172:12
**acidic** 185:15
**acquire** 44:5
**acrylamide** 146:14
**action** 56:11 59:13 65:15 179:22 180:3 194:12,16 195:8,12
**activate** 171:5
**activated** 89:16
**activating** 65:16 66:20
**activation** 89:16 91:8 169:1
**active** 17:17 28:2 65:22 92:18 94:22

180:20
**activities** 27:14 69:18 83:10
**activity** 50:10,14 51:16 55:19 56:2 56:9,19 58:3 59:2 59:8,15 60:11 61:4 68:22 69:12 69:14 73:3 78:21 146:6 181:5,7 182:20
**actual** 39:16 141:9 142:9
**ad** 53:8 55:21 86:16
**ada** 165:17,19
**adamson** 2:13 22:3,4 24:6 115:13,14 117:10 127:4
**adays** 146:7
**add** 28:9,10 73:4 75:20 86:19 91:3 116:17 120:14 143:5 147:2
**added** 25:6,12 102:2 104:22
**adding** 12:7 31:15 127:6
**addition** 6:21 23:10 132:6
**additional** 21:10 23:5,8 26:13 63:8 63:11,17 64:13 161:2
**additionally** 5:10
**additive** 46:3 188:9
**additivity** 24:19
**address** 25:10 26:12 46:16 72:10 153:5
**addressed** 5:9 63:17 72:9 153:13
180:11 188:16 189:12 191:12
**adds** 23:4
**adduct** 159:11,13 159:21 161:10,13 162:13 163:8,19 163:19,21
**adducts** 44:2 160:16 161:19 171:11
**adjourn** 3:11
**adjusted** 176:5
**adjustments** 34:3 107:5
**administered** 165:20
**administration** 1:13 164:14
**admit** 61:10 81:2
**adopt** 70:21 145:13
**advancement** 17:9 49:21
**advantage** 71:13
**advantages** 50:13
**adverse** 116:20
**advice** 109:19
**affect** 25:7 46:4 75:14,19 159:9 172:1,22 175:4 179:6 186:10 188:9
**affective** 66:4
**afraid** 70:3 157:6
**afternoon** 5:15 144:16
**age** 23:12
**agencies** 74:5 76:14 97:17
**agency** 97:19 123:10 192:4
**agent** 15:3,4 66:4 98:21 99:14 100:7 101:3 103:13
118:17 163:12
**agents** 19:4 38:13 100:2 103:2 142:3 155:14 176:15
**ago** 30:6 34:16 35:18 36:9 56:1 72:1 121:10 164:1 170:14 185:11
**agree** 18:8,9 20:13 28:13 44:11 86:12 86:13 87:10 115:15 117:14,15 144:5 146:3 147:6 147:15 148:1 151:10 154:12,14 154:18 167:11 168:21 174:5 183:6
**agreed** 11:17 164:9
**ah** 11:14
**ahead** 21:17 35:16 49:3 143:3 165:8
**ai** 113:6 114:1 134:22 149:21 150:4,8,15 151:17 151:21 153:7,9,11 153:13 180:16,21
**aiding** 98:21 99:14 100:7 101:3 103:1 103:13 142:3
**aim** 14:13
**air** 42:5 103:18 117:21,22
**aisar** 2:4 3:3 93:20
**alerts** 56:3,4 87:1
**aliphatic** 187:3
**alkyl** 141:14
**alkylated** 89:17
**alkylating** 163:12
**alkylation** 91:8 92:4 147:18,21
**allow** 170:10
**allowed** 28:11 126:3 183:22
**allows** 5:9 10:11 55:14
**alluded** 99:2 148:6
**alpha** 56:5 65:20 66:1 69:3,4,5 181:4 185:14
**american** 6:11
**ames** 57:14,18 72:1 84:2 182:3 182:13 184:4,6 185:12 186:18
**amine** 94:3,3 120:6 121:2 124:19 127:10,21 130:2,7 133:22 141:11,14,20,21 141:22
**amines** 67:21 99:15,17 103:2,15 103:22 118:21 120:10 121:2,14 124:22 125:1 127:12 140:18 141:15
**amount** 6:2 10:16 12:5 15:10 17:3 21:3 22:13 23:2,4 23:8,19 24:2 36:2 72:11 93:12 96:15 97:9,10 100:18 102:18 114:20 117:6 157:22
**amounts** 6:6 15:6 16:1 17:7,11,12 17:15 19:10 20:17 22:6,6,14,18 24:2 27:1 29:14 35:4 127:14,21 130:12 190:10
**analog** 75:18 77:3 179:20

analogs 52:12 56:16 73:19 86:3
analyses 72:16 122:3
analysis 40:4 58:12 73:17 87:9 137:22 146:13
analytic 177:13
analytical 39:21 43:21 48:8 111:9 123:21 126:10 137:8,10,13,19 138:18 139:1 176:17 177:10,15
analytically 126:20
analytics 39:10
analyzed 72:3
ancillarisation 146:16
andrew 53:6
animal 50:16 90:8 151:6 156:7 175:22 178:11
animals 50:17 156:8 165:13,19 178:4
anime 99:15,16,16 99:18 100:8,14,18 101:4 102:7 141:18,19
anne 1:7 2:3
answer 7:12,15 19:16 41:11 44:7 48:1 64:2 66:19 77:7,18,19 78:5 78:14 79:13 81:4 81:21 82:17 83:12 84:18 89:1,10,12 92:7 93:15 106:19 128:2 132:21 137:2 144:12 178:1 181:14
answered 4:18 125:19 162:14
answering 74:2 77:16 85:5 180:6
answers 65:13 67:9,9 69:20 78:5 105:18
anti 22:12 23:16 38:12 44:19 127:6
anticipated 44:22
anticipation 17:17
anybody 28:8 49:2 137:1
anymore 73:4 92:12
anyway 105:8 146:10 164:4
api 91:14 92:22 95:3 96:17 99:5 103:22 106:18 111:4 116:19 117:3 120:12 122:15 124:18 131:20 132:4,20 133:3,19 134:5 139:21 140:2,7,10 141:9,10,12 142:4 142:7 177:17 179:4,7,16 180:3 191:1
apis 103:15 107:2 119:16
apologize 85:3,5 181:16
appear 73:1 121:12 131:9 140:1
appears 182:2
applicable 145:9 145:13
application 149:12 150:2 159:7
applied 119:18 149:15 180:18
apply 91:18,19 158:6 161:6
applying 62:9,17 159:4,14
appreciate 51:1 55:20 70:10 192:3 192:19,21
appreciated 70:10
approach 10:11 11:6 14:8 26:3 46:21 56:22 78:20 86:1 94:19 106:5 109:8 118:10 127:1 134:4 135:11 142:12 149:19 150:2 159:4,7 160:4,4 161:6 188:7,11 190:16
approached 29:14
approaches 33:5 75:8 83:8 92:20 105:16 106:3 112:4 113:12 115:6 138:9,10
approaching 19:9 149:6
appropriate 21:16 86:6 108:2 112:3 126:10,17 127:2 129:16 131:4,5 137:18 139:2,13 161:11 176:6 177:15 179:12,17
appropriately 106:22 109:10 127:2
approve 123:11
approximation 181:8
area 51:1,5 53:5,9 57:19 58:13 60:3 62:2 73:1,9 89:9 113:2 122:12 158:15,22
areas 80:11,18 81:22 82:3 83:5 84:12
arenas 53:3
argue 135:8
argument 20:20 25:2 39:18,19 56:19 57:13 84:21 91:16 149:7
arguments 24:10 56:21 57:3 76:6 90:18
aromatics 151:4
arrangement 75:12
art 137:14 142:13
artifactual 121:13
artificial 40:3 58:16
ascorbic 44:20 172:12
aside 29:4 150:17
asked 73:22 85:5 140:21
asking 44:8 74:1 74:20 93:14 119:13 156:3
asks 51:11
aspect 31:12 56:12 64:14 69:7
aspects 50:1 63:21 65:1 68:22 70:15 87:22 88:1 94:16 179:10
assay 106:22 147:8 185:18
assays 84:20
assess 77:2,13 136:9 168:20 189:8

**assessed** 43:14
**assessment** 1:2 3:4 5:21 7:2,14 8:22 13:9 18:2,7 23:9 25:8 27:12 43:15 49:20 73:2,20 74:5 76:19 87:14 87:15 92:5,5 113:16 119:11 130:16,21,22 132:2 142:8 155:2 157:5 158:21 164:19 188:3 189:8 191:11
**assessments** 17:2 34:2 83:22
**assessor** 7:11 98:11
**associated** 13:15 21:13 38:3,7 52:5 53:14 86:9 87:1 127:14 136:2 168:18 183:7 185:6
**assume** 13:18 89:8 97:7 134:11,12
**assumes** 157:12
**assuming** 12:18 33:4,21 88:4 90:6
**assumptions** 133:9
**assure** 125:16
**assured** 139:13
**assuring** 162:10
**ati** 139:17
**atrakchi** 2:4 3:3 3:10,11 5:14 9:1,7 9:12 11:9,13 14:18 16:15 19:15 22:2 24:6 26:6 28:6,12,22 30:13 33:3 34:9,14 35:16 36:19 40:5 42:20 45:15,18 46:13 47:21 61:8 61:14 64:17 68:18 70:1,7 72:20 73:12 77:10 78:8 79:14 80:7 82:6 83:19 84:22 85:12 85:18 87:13 89:11 92:11 97:13 105:10 110:7,8 114:8 115:12 117:10 119:7 122:13 123:15 125:7 126:5 127:8 129:22 130:15 132:5,8,16 134:15 136:22 140:5 141:3 142:10 144:5,19 145:18 146:20 148:3 151:12 152:4 153:2,16,22 154:16 155:5,7 157:8 158:12 159:16 160:2 161:8 162:7 164:21 165:8 166:21 167:15,18 168:22 171:19 172:6,9,15 173:14 175:2 176:12 177:3,8,12,16 179:2 180:7 181:10 182:1 183:17 185:7,9 187:7 192:15,17 192:22 193:2
**attach** 168:16
**attached** 65:22 66:16 140:10
**attempt** 90:17
**attempted** 59:18 73:1 90:14
**attendees** 2:2 4:9 119:10 144:22 153:17 183:19 192:5
**attention** 190:6
**attorney** 194:14 195:10
**attractive** 183:16
**audio** 80:8 194:8 195:3
**auger** 186:7
**authored** 74:10
**authors** 6:14 74:12 150:21
**automatically** 71:7
**available** 5:11 7:17 53:2,2,11,18 54:1,2,2 60:4 73:7 78:11 109:3,14 110:3 119:14 132:15 136:9 138:6,11 139:4,7 139:8 142:5 150:11 151:13 189:3 192:9,12
**average** 12:19
**avoid** 29:17 30:5 111:6 112:5 113:4 114:4 115:10 116:7,9,14 117:1
**avoidance** 134:17
**avoided** 27:16 28:3 115:4
**aware** 53:8 100:17 117:18 118:2
**awareness** 106:4,8 106:11,14 114:11 114:12,15,21 115:10,21 116:2 117:16 119:1 130:9,13 142:12 190:16
**azid** 114:16
**azide** 102:18
**azo** 132:7,13
**azocolorants** 130:1

**b**

**b** 38:16
**back** 5:15 9:9 24:11 41:8,13 48:15 52:1 56:18 57:17 59:13 69:17 71:22 76:15,22 80:9 83:6 85:19 90:18 94:14 110:7 141:15 144:17,19 173:20 179:20 181:13 186:13
**background** 12:1 12:11,14 13:4,14 14:3,15 21:20 22:20 23:1 51:2 53:10 146:10,17 146:17 147:21 172:22 173:1
**backgrounds** 54:3
**bacteria** 185:16
**bacterial** 18:14
**balance** 15:9 79:20 108:2,13 112:12
**balances** 8:9
**balancing** 14:11
**ballard** 195:2,15
**bar** 126:18 129:1
**base** 88:18,22
**based** 12:21 14:14 20:20 24:13 25:12 25:21 27:8 32:6 33:9 34:18 49:15 56:4 61:4 83:8,13 86:6 121:3 137:5 142:9 149:2 153:6 157:14 165:1 175:22 177:9 180:21 183:11 189:10

**baseline** 21:9 33:2
**basements** 58:11
**bases** 99:16,16 100:8 102:8
**basic** 75:17
**basically** 102:6 115:16 147:6 188:6
**basis** 48:22 56:20 58:7 81:18 83:15 90:21 108:7,22 180:18,19 181:2,9 188:1
**batch** 133:3
**batches** 116:17,18
**bathroom** 129:9
**battery** 185:1,3
**bed** 103:16,20 104:1 142:4
**beer** 143:11,14,18
**beginning** 26:2 97:22 190:15 191:8 192:8
**behavior** 188:18
**behaviors** 50:3
**believe** 15:20 20:22 33:17 44:4 48:4 59:12,12 87:11 142:22 157:2 170:11 189:3
**benchmark** 88:16 113:13 149:6,9
**benefit** 6:9 17:21 17:22 20:6 23:18 24:5 84:9 86:7 107:14 108:3 111:16 117:7
**benefits** 14:11 57:15
**bentonites** 121:11
**best** 39:9 60:10 109:13 112:6 138:11 194:9
195:6
**beta** 56:5
**better** 22:16 31:20 32:16 63:9 64:9 83:17 112:17 114:5 122:4 148:17 150:14 186:19,20,22,22
**beverage** 143:20
**beyond** 42:17 191:2
**biased** 7:2
**big** 36:22 46:19 58:14 103:10 129:7 148:6 151:20 152:10 153:1 154:4,14 166:20 167:1 169:14 178:5 190:6
**bigger** 7:15 39:19 175:1
**billion** 17:5,7 32:18 126:18 137:21
**binders** 120:22 121:3
**bio** 147:8
**bioactivation** 87:16 88:10
**bioactivity** 80:3
**bioassay** 12:22 166:11
**bioassays** 183:14
**bioavailability** 75:19
**biological** 27:13 146:6,17 148:18 151:22 159:10 160:9 161:3,20
**biologist** 59:11
**biologists** 177:22
**biology** 50:1 173:8 188:21
**biomarker** 146:5 162:4
**biomarkers** 161:10
**bit** 12:8 18:6,19 28:11 29:3 33:4 35:18 37:17 47:4 65:7 84:6,8 86:16 102:21 106:16 107:10 120:1,19 127:16 128:1 168:6 169:18,19 172:2 175:7 183:22 184:17
**bladder** 169:6,11
**blanket** 27:11
**blood** 23:15 44:1 169:11
**bmdl** 148:16,16,20 148:21 150:9,14 150:19,21 151:7 151:11,14 152:7,9 152:16 153:14 175:4,10
**bmdls** 151:2 176:6
**bodies** 21:7 55:6 108:12
**body** 15:15,18 22:21 122:18
**boiling** 42:6 95:16
**bothered** 7:6
**bottom** 4:19 64:1 134:12
**box** 4:21 5:6 53:17 54:13,13 81:9
**boxes** 116:22
**branching** 65:21
**break** 85:15 88:11 144:8
**briefly** 8:13 51:15
**bring** 22:7 51:8 73:13 94:14 174:6
**bringing** 94:17
**brining** 8:7 94:2 102:20 192:19
**broad** 109:22
**brought** 22:17 28:22
**bucher** 2:10 20:10 20:11 61:15,16 79:16,16 80:7,8,9 85:2,2,12 157:16 175:6 183:3
**build** 56:15 59:4,9 133:6
**building** 84:11 115:19 124:16
**bunch** 110:1
**burden** 44:8
**button** 80:8
**butyl** 65:21 66:3
**buy** 22:8,13
**bye** 193:2,3

**c**

**c** 2:1 3:1 4:1 38:15 65:20 66:1 123:1
**caitlin** 195:2,15
**calculable** 46:10
**calculate** 20:6 46:4 88:14 152:14
**calculated** 14:14 181:19
**calculating** 21:22 175:21
**calculation** 26:19 82:19 83:15,16 89:16 149:11,22
**calculations** 21:14 25:20 60:5 76:6 82:10 83:6 135:8 150:5 151:8,9 154:3 176:9
**call** 10:11 12:1 16:12 58:20 74:4 126:16 168:14
**called** 54:7 62:11 87:8 165:16

**calling** 17:13
**canada** 52:8 151:1
**cancer** 12:14 13:5 21:10 23:1,7 37:1 38:6,6 44:9 63:22 108:19 109:18 156:18 157:1 159:9 160:11 167:3
**cancers** 25:11 156:20
**capability** 44:5 96:22 134:14
**capacity** 43:8 45:6 95:2
**capture** 51:8 83:9
**capturing** 61:18
**car** 128:22 129:9
**carbonium** 173:17
**carbons** 56:5 181:4
**carboxy** 69:11
**carcinogen** 42:11 57:10 183:9
**carcinogenesis** 69:15 155:13,16 156:10,12 160:17 162:2
**carcinogenic** 21:1 21:14 42:11 53:1 53:7,14 62:13,20 63:14 64:3 65:9 66:13,17 67:3 68:4 69:9 70:18 155:19 156:15 180:15 182:5,7
**carcinogenicities** 72:16
**carcinogenicity** 46:2 51:18 69:6 70:16 71:8 72:17 77:13 79:19 87:18 89:14 90:15 91:2 109:5,9 179:6
**carcinogens** 22:19 42:3 63:9,13 64:8 64:10 78:10 109:2 154:20
**care** 136:7
**careful** 27:17 32:17
**carefully** 14:22
**carried** 36:1 37:16 40:2 95:15 168:12 170:8
**carry** 45:10 124:22
**carrying** 132:17 134:10
**case** 21:2,8 26:3 38:10 49:9 57:10 60:14 64:12 97:11 99:20 100:10 101:22 103:5 104:12 107:13 108:7,7 115:5 128:3 130:13,13 146:16 150:12 153:15 156:11,19 157:13 161:9 179:21 180:3,13
**cases** 23:10 27:15 28:1 97:5 104:21 106:19 107:9,11 107:16,22 109:5 109:11,14 110:18 110:19,21 111:15 113:20 114:13 115:2 117:4 139:21 156:16,19 171:1
**categoric** 78:20
**categorization** 55:13
**category** 56:15
**caught** 84:6
**cause** 106:7,13 122:3
**caused** 56:13 157:2
**caution** 73:6 92:8 149:3 161:7 182:15
**cautions** 160:8
**cautious** 60:21
**cder's** 9:2
**cell** 159:11
**cellulose** 120:22 121:3
**center** 4:19 41:4
**century** 142:14
**certain** 10:14 11:20 16:2 37:21 68:21 79:10 96:5 111:18 112:11 121:10 127:19,21 133:22 159:2 161:17,18 171:19
**certainly** 7:18 33:7 42:12,17 43:1,20 50:16 61:12 75:7 79:9 84:12 86:13 91:11 97:7 108:10 109:19 113:8,18 113:21 114:2,3 116:8 117:3 135:15 138:4 142:17 154:16 175:20 186:19
**certainty** 50:20 57:8,9 182:16
**certificate** 194:1 195:1
**certify** 194:3 195:2
**cfsan** 30:21 40:11 40:17
**chain** 56:4 75:17 75:18 96:4 97:1 112:8 123:6 155:16
**challenged** 62:7
**challenges** 73:2 83:21 93:16 107:13
**challenging** 32:19 73:9 90:16
**chances** 26:14
**change** 42:18 72:12 75:1 94:16 166:19
**changed** 34:19,20 42:18
**changes** 70:17 75:16 111:6
**changing** 184:7
**characteristics** 161:18
**characterization** 109:17
**characterize** 109:10
**chat** 4:21 5:4,6
**cheap** 57:4 83:22
**cheaper** 50:15 83:17
**check** 39:13 47:6 47:7 80:8 116:12 116:13,17,18,20
**checked** 116:22 118:9
**cheese** 40:14
**chembl** 53:21 81:12
**chemical** 43:16 50:2 52:14,22 58:7 60:5 62:12 62:19 63:13 74:5 74:14,16,19,21 75:1,9,21 80:12 80:15 81:19 83:5 116:3 136:1 184:12 187:15
**chemically** 68:10

**chemicals** 44:20 64:11 151:3
**chemico** 57:2
**chemist** 139:1 174:13
**chemistries** 48:16 49:13,16 50:1 94:8 188:19 190:13
**chemistry** 3:6 28:4 48:19 49:14 50:9 53:20 55:17 57:19 59:1 80:18 94:5 98:11 99:4 100:6 102:3 107:4 107:18 120:12 122:8 127:20 142:13 183:12 190:15 191:8
**chemo** 62:7
**child** 75:4
**choice** 6:10,12,14 8:16 14:10
**choose** 7:19 40:12
**chosen** 8:6
**cimetidine** 67:1
**circulate** 178:8
**circumstance** 36:13 127:18
**circumstances** 112:11
**citizens** 15:14
**claim** 162:21 163:1
**claims** 166:19
**class** 80:20 136:8
**classes** 52:22 187:20
**classic** 59:21
**classification** 86:6 187:12,18
**classify** 182:4,6,17 182:22
**classifying** 62:4 182:11
**clean** 18:5 30:4 71:3 97:1
**cleanup** 102:3
**clear** 44:14 128:9 164:5
**clearance** 169:17
**clearer** 161:9
**clearly** 7:15 8:17 58:9 59:17 70:4 91:10 130:21 131:13 156:7 163:14
**cliffs** 59:2 83:10
**clinical** 107:18 172:17
**close** 143:2
**closely** 107:17
**closer** 152:1
**coast** 144:18
**coatings** 120:22
**cohort** 152:8,14
**cold** 101:2
**coli** 165:16
**colleague** 117:17
**colleagues** 9:5 30:21 36:1 40:21 93:14 107:18,19 107:20 134:19 183:19
**collect** 34:4 45:8
**collected** 48:21 190:2
**colon** 38:6,6
**colonization** 18:14
**colorant** 130:6
**colorants** 130:2,2 130:11
**combination** 184:14
**come** 29:19 32:6 38:20 50:20 62:3 69:19 76:9 88:20 106:3 156:13 158:20 165:5 184:11
**comes** 15:17 23:7 38:1 48:15 104:6 136:2 179:7
**comfortable** 174:14
**coming** 9:19 12:5 14:4 24:11 103:4 103:5 106:1 108:14 110:13 132:18 151:7 158:17 160:13 183:15
**comment** 34:7 36:20 40:6 41:15 61:6 64:16 73:14 83:21 84:7 119:22 125:8 128:5 137:4 140:6 141:8 143:6 146:22 154:22 155:2 157:8 162:8 170:16 174:13 176:21 178:19 185:8
**commented** 9:14
**commentors** 115:15
**comments** 16:17 19:13 45:16 48:2 49:11 70:11 79:3 85:13 90:5 92:12 110:6 117:8,11 119:8 123:16 149:22
**commission** 132:11
**committee** 132:10
**common** 11:6 26:10 103:13 140:9 141:4,5 171:7
**commonly** 58:6 98:22 154:9
**commonsense** 10:11
**communication** 174:16,22
**communications** 25:20
**community** 86:7 150:18
**companies** 102:9 119:11
**company** 98:14
**comparability** 175:5
**comparable** 151:16 167:5
**compare** 48:21 151:13,14 168:11
**compared** 23:3 26:18 35:1 46:9 52:22 148:12 187:2
**comparing** 151:3 151:4 174:10 175:12
**comparison** 34:2 172:17
**comparisons** 150:19
**compatibility** 124:6
**compensate** 64:14
**competence** 90:7
**complete** 98:9 116:2
**completed** 92:22 106:18
**completely** 97:6 98:16 99:3 108:16 111:15 114:4 117:2 129:15 134:14

**complex** 38:19 39:2 59:5 82:11 82:18 87:15 88:3 88:6 90:15,19 91:7 94:8 107:17 107:21 108:5 180:10
**complexities** 61:18
**complexity** 31:14 73:6 88:7 96:2
**compliance** 107:19
**complicated** 38:19 94:10 127:17
**complicating** 111:3
**complication** 19:22
**compliment** 61:17
**components** 39:11 40:4 47:12 94:17 121:7
**compound** 57:12 65:22 66:4,15 67:16 68:3 69:8 84:5 87:18 89:7 109:4 119:4 136:1 136:3,10,11,12 141:2 179:8 182:11
**compounds** 7:1 29:9 30:2 43:19 49:18 57:14 65:9 66:7,22 67:12 69:1 81:11,13 83:1 91:1 109:11 128:11 136:8 147:12 151:14 152:13,14 179:3
**comprehensive** 187:8
**computationally** 82:10 83:4 88:13
**computer** 85:3
**concentrate** 29:4 29:11,15
**concentration** 166:5
**concentrations** 44:1 78:13 128:16 183:10
**concept** 54:19 111:17
**concepts** 157:19 158:6
**conceptually** 14:1
**concern** 16:7 120:2,8 121:20 152:9,14,20 153:10
**concerned** 43:6 71:10 105:3 162:18
**concerning** 24:4 148:4 153:6 165:2
**concerns** 159:18
**concluded** 147:10 193:4
**conclusion** 3:10 71:7 147:7 159:16 159:18
**conclusions** 164:13
**concurrent** 24:21
**concurrently** 127:13
**condition** 97:8 123:2 128:1,13,15
**conditions** 29:17 43:6,9 46:3 116:16,20 122:22 127:14 129:8,15 129:17,20,20 159:15 177:20 185:18 186:17 191:4
**conducted** 189:16
**conducting** 40:7 49:19
**confidence** 55:2 77:4,6 80:4 90:20
**confirm** 10:3 47:6
**confirmatory** 131:1,2,3,11,22
**confirmed** 131:7 186:16
**confounding** 41:16
**confusing** 15:14
**conjunction** 94:2 113:2,17
**connected** 9:19
**connection** 155:15
**cons** 49:5 50:4
**consequence** 15:5
**consequences** 111:7
**conservative** 149:19 181:18 188:7
**consider** 15:1,6 16:3,6 20:15 22:5 27:5 49:19 81:5 87:15 89:15 92:20 100:16 105:16 113:13,14 127:5 128:12 137:14 141:12 142:1 175:3 187:9 188:12,17
**considerable** 21:3 102:18
**considerably** 52:11
**consideration** 6:7 19:17 20:4 21:20 30:10 33:6,13 47:19 48:10 96:13 109:20 113:12 128:21 136:18 140:20 176:4 187:15 188:13 189:2
**considerations** 164:22 168:19
**considered** 6:2 19:7 33:8 48:20 63:11 65:1 82:9 96:19 139:20 145:12 153:5 166:22 175:15,16 187:19 189:6,16 190:3,9,22
**considering** 6:5 25:3 27:12 127:12 132:16 150:9 154:16 181:13
**considers** 13:9
**consistent** 173:22
**constituents** 132:13
**consume** 31:10
**consumed** 15:10 15:10 16:10 38:14
**consumer** 125:16 132:10
**consumers** 15:14 152:17
**consumption** 38:2 38:4,8 41:8
**contact** 30:21 138:15
**contain** 17:20 80:19 81:6 118:20 121:2,12 142:2
**containing** 117:22 120:4
**contains** 120:5 128:18 130:6
**contaminant** 183:8
**contaminants** 12:7 21:18 124:8 125:4

**contaminated** 116:12
**contaminating** 21:6
**contamination** 29:9 32:20 47:18 93:3 96:7 97:4 118:13
**contaminations** 21:12 110:22
**content** 40:14 84:13 121:17
**context** 15:7 43:12 43:14 84:8
**continually** 109:9 109:21
**continue** 5:19 108:10 109:3 136:14
**continuum** 58:4
**contradictory** 8:1
**contrast** 155:22 169:9
**contribute** 22:20 23:1 42:13 140:8
**contributes** 24:19
**contributing** 12:14 161:22
**contribution** 13:4 17:22 42:10 192:3
**contributions** 21:21 64:21 160:10
**contributors** 106:8 190:7
**control** 49:8 94:15 99:7 104:13,15 112:10,13 113:4,8 114:2 131:15,16 133:21 138:20 173:7 176:13 179:7
**controlled** 19:18 40:9 103:9 113:5 114:1 134:4 191:7
**controlling** 59:15 60:6
**controls** 48:19 104:15
**conversely** 156:10
**conversion** 36:15 88:14 89:3
**converted** 87:19 89:7
**cooked** 16:22 22:9 22:9,10
**cope** 90:2
**coping** 58:20
**corporate** 53:3 54:3
**correct** 13:17 28:1 28:4 36:16 54:12 160:5 174:7
**corrections** 175:12
**correctly** 21:5 32:20 64:11 171:16
**correlate** 59:19
**correlated** 84:3
**correlation** 145:7
**correspond** 12:22 166:16
**corresponding** 111:19
**cosmetics** 29:12 47:20 118:18 132:12,14
**cost** 8:12 23:21 24:4
**costs** 119:1
**counsel** 194:10,13 195:7,10
**country** 10:18 31:11 189:22
**counts** 13:13
**couple** 30:22 51:4 56:1 62:1,7 82:19 85:20 87:21 88:1 96:14 103:11,20 164:1
**coupled** 167:9
**course** 7:20 10:3 13:6 28:20 35:20 39:12,15 41:7 56:20 59:22 63:16 63:20 65:12,15,19 67:8 80:1 82:21 88:15 95:4,17 111:9 118:20 126:19 128:19 129:4 135:11 148:19 150:11 152:1 161:16 176:1 178:5,12 186:6
**courses** 42:13
**cover** 147:16
**coverage** 81:15,15 81:17
**covered** 110:12
**covers** 52:9
**cp** 53:12
**cpdb** 175:2
**crack** 130:18
**create** 79:21 83:2 88:17 171:20
**created** 136:4
**creating** 131:14
**credit** 107:6
**criteria** 74:6 76:19 77:1 81:17 167:8
**critical** 106:14 181:4
**cronin** 2:8 50:7,8 61:17 63:5 64:5 73:16,21 77:15 78:14 80:14 82:14 84:6 86:11 87:21 89:18 174:1 179:18 181:12 182:8 183:3
**cronin's** 70:11 83:20
**cross** 62:13 63:6
**crossover** 173:6
**crude** 55:12
**culture** 170:18 171:3
**cumulative** 15:4
**current** 24:21 33:16 34:1,5,22 34:22 35:3 61:1 135:20
**currently** 12:18 13:21 135:5 153:7
**curve** 146:1 149:8 150:10 157:13 159:1
**cutting** 91:9
**cyclic** 187:2
**cytotoxic** 84:9

**d**

**d** 4:1 38:16 83:8
**daily** 48:22 149:12 149:16
**damage** 146:3,4,8 146:10 155:19 159:6 160:20
**dangerous** 42:6
**dashboard** 81:12
**dashboards** 53:21
**data** 9:22 10:10,10 24:22 25:15 26:9 26:12,17,20 27:4 27:7 31:20,21 32:22,22 33:18,19 34:4,16 35:3,14 36:8,8 39:9,16,20 39:20 40:1 41:10 41:19 43:1,2,18 43:22 48:12,15,20 49:15 51:21,22 52:18,20 53:1,2,7 53:14,15,18 54:1 54:3,6,7,11,16

55:18,19 56:22 57:1,1,2,21 58:14 59:6 60:13,18,19 61:2,5 62:14,19 63:1,1,4 71:22 72:7 73:7,20 74:17,17 77:11,17 77:20 78:1,2,11 79:7,10,21 80:4 80:13 81:1,4,14 82:1,2,4,22 84:1,3 84:9,11,13,14,14 86:4,5 88:16,18 88:22 89:4 91:3 91:12 109:1,3,6,7 109:9,12 113:19 119:14 123:9,14 125:20 126:2 129:16 136:9 139:12 147:11 149:10 151:7 160:12 162:10 165:1 170:17 171:3 172:11,13 175:3 182:3,14 189:3 190:1,2
**database** 10:1,9 10:19 21:15 28:16 62:11,11,14,21,22 63:15 64:6,15 71:3,3
**databases** 41:8 135:14
**date** 10:5 112:22 123:13 138:3
**david** 2:16
**day** 4:3 5:16,18 10:17 12:20 50:22 65:8 111:22 113:11 135:6 144:20,20 148:13 153:7,7,8 154:5 166:15,16 167:22 180:16,17 187:21 192:13
**days** 108:21 165:11 166:12,14 175:18 189:11
**db** 53:12
**dc** 1:14 194:20
**de** 88:17
**deal** 51:12 71:11 188:11 191:7
**dealing** 57:22 88:3 105:5 110:21 135:15,20
**dealt** 132:13
**deborah** 2:17 120:13 123:17
**decade** 23:13 52:4 52:11 89:22
**decent** 79:22
**decide** 15:7
**decision** 55:1 76:1 161:5
**decrease** 69:6 170:3
**default** 148:5 149:1 150:8 180:16
**defer** 78:16
**define** 80:15 173:17
**defined** 77:1
**defines** 173:16
**defining** 55:7 127:2
**definitely** 38:1 70:10 146:11 182:6
**definitively** 77:19 91:2
**degradant** 96:17 141:13
**degree** 10:14 123:1
**deliberated** 102:1
**delicatessen** 22:8 22:15
**deltons** 77:13
**demand** 134:16
**demonstrate** 171:5 179:22
**demonstrated** 113:3
**denmark** 31:9
**dense** 10:10
**density** 39:9,20
**depending** 10:18 43:8 149:13 176:1 189:20
**depends** 127:17 127:18 178:12
**depleting** 163:3 167:10
**derive** 150:15 152:15
**derived** 63:19 151:19
**derives** 80:3
**describe** 161:15
**description** 78:19
**descriptors** 58:8 59:10
**deserves** 146:11
**design** 44:13 63:21 78:17 112:4 133:6
**designed** 189:15
**despite** 22:11 39:20
**destroy** 102:6 114:16
**destroyed** 102:5
**detail** 44:17 67:10
**detailed** 76:18
**details** 164:2,4
**detect** 115:7 126:11 131:1,6
**detected** 106:21
**detectible** 126:7,8 126:9 177:14
**detecting** 131:12 184:15
**detection** 125:13 127:2 131:5
**determinants** 44:15 45:11
**determinates** 172:3
**determination** 179:7
**determinative** 80:6
**determine** 6:7 40:12,14 48:5 122:16 172:16
**determined** 34:18 64:4
**determining** 6:3 15:22 16:7 20:17 23:21 100:22 148:9 176:4,18 181:5
**develop** 71:12 72:18 78:10 79:10
**developed** 52:11
**developing** 73:2 139:1 175:11
**development** 112:19 124:5 179:9
**deviated** 44:22
**dialkylamine** 118:8
**diazonium** 87:17 87:19 88:14 89:3 173:16
**diclofenac** 118:4
**died** 176:1
**diet** 11:18 24:17 26:18 30:20 31:4 31:6,8 33:7,22 36:22 47:13 172:8

**dietary** 6:20 9:16 9:21 10:2 17:2 19:11 34:1,19 37:6 113:17 189:20
**diethyl** 150:13
**diethylamino** 130:7
**diethylnitrosami...** 147:9,13 148:11 148:19,20 151:21 165:21
**diets** 7:1 31:22 32:2,5 33:1 35:7 37:6 40:8 189:21
**difference** 25:6,13 25:14 46:9 70:18 74:15 85:22 94:12 135:9 145:20 146:18 148:6 149:1 150:3 151:20,22 153:1 154:4,15 169:14 175:15
**differences** 49:16 74:18,20,22 76:2 91:10 113:14 150:15 178:5,9
**different** 16:2,10 18:2,7,15 27:10 27:13 31:13 32:2 32:2,7 33:5 37:6 43:8 49:4 75:8 76:19,22 87:22 88:1,8 92:6 94:8 98:5 105:20 110:1 120:21 131:21 136:11 138:4 151:5 161:3 170:21 178:14 180:4 188:21 189:21,21
**differentiation** 135:11 150:3
**differently** 135:19 180:11
**difficult** 10:22 32:11 99:8 112:10 126:19,20 128:2 156:13 177:7 178:3 189:22
**difficulty** 148:8
**digital** 194:8 195:3
**diligence** 112:7
**diluted** 186:7
**dimethyl** 26:11,15 27:8 68:2 118:8 147:13 148:18 151:21
**dimethylamine** 95:18 116:9
**dimethylforma...** 95:14 116:8
**dimethylnitrosa...** 13:4 26:16 27:8 147:8 148:12,14 150:13 160:15 166:3,7,10 169:19 169:21 170:2,13
**dimethylnitrosa...** 26:11
**dinovi** 2:14 7:4,5 9:7 11:17 34:9,12 35:11 36:14,17 40:5,18 61:9,10
**direction** 73:8
**directly** 98:13 161:22
**disactivating** 65:16 66:20 67:4
**disadvantages** 50:18
**disagree** 19:1 61:12
**disagrees** 49:2
**disciplinary** 108:5 108:11
**discovered** 101:10 165:15 170:13
**discriminate** 63:9
**discriminatory** 55:14,15
**discuss** 18:19 29:1 44:17 52:13 155:12
**discussed** 7:16 8:12 11:20 35:19 62:15 63:20 101:22 167:12,20 168:1 176:20 179:3 184:7 188:2 188:10
**discussing** 7:8 8:8 12:3,18 43:12 91:3
**discussion** 3:5,7,8 4:16 6:15 29:3 33:14 34:15 50:9 50:22 88:10 108:7 113:10 145:1,3,16 153:6 167:10 174:2 180:9 182:2 190:5
**discussions** 4:13 5:19 137:7 158:1 160:22 161:1 179:20 189:10
**disease** 6:9 17:19 136:21
**dismissed** 4:22
**disregard** 11:3
**disregarded** 19:10
**dissimilarity** 90:22
**distance** 152:15 152:19
**distinct** 82:3
**distinction** 135:1
**distort** 167:7
**distributed** 32:1 123:5
**diverse** 188:18
**diversity** 50:3
**dives** 146:16
**diving** 146:9
**dmf** 95:14,18
**dna** 44:2 65:14 89:17 146:3,4,6,8 146:10 147:18,21 155:1,10,19 156:8 156:15 157:4,12 158:6 159:6,11,13 159:21 160:16,19 161:12,18 162:13 163:12 171:11
**doctor** 192:11
**documents** 113:7 126:16 129:19
**doing** 32:16 50:16 53:10 54:14 55:10 56:21 75:6,8 81:7 122:3 124:5 142:4 175:21
**domain** 80:22,22
**dorsam** 2:19 105:12,13 110:8 110:14 111:17 112:20 116:1 135:21 136:16
**dose** 126:21 145:20 146:1,2,8 146:15 147:16,19 149:8,9 150:10 157:13,21 158:15 158:15,15 159:1,5 162:22 164:11,12 164:13,17 165:4 166:5 167:1,2,14 167:16,18 170:9 173:21
**doses** 159:12 163:2 164:6,20 166:1,9,18 167:7 173:22

**dosimetry** 154:17
**dosing** 113:13 149:6 175:13
**doubt** 69:20 171:2
**doubts** 176:9,9
**downloadable** 81:10
**dr** 2:4,5,6,7,8,9,10 2:11,12,13,14,15 2:16,17,18,19 3:10,11 5:14 7:4,5 9:1,7,7,8,9,10,11 9:12 11:9,10,11 11:12,13,14,17 14:18,19,20 16:4 16:15,15 18:20,21 19:15 20:10,11,13 20:21 21:5 22:2,3 22:4 24:6,6,7,8 26:6,7,8 28:6,7,10 28:12,13,22 30:13 30:14,15 33:3,17 33:17 34:8,9,9,11 34:12,14 35:11,14 35:16,16,17 36:14 36:16,17,19,21 37:15 39:22 40:5 40:5,7,18,21 41:19 42:20,21,22 45:15,17,18,19 46:13,14,15 47:21 47:22 50:7,8 61:8 61:9,10,14,15,16 61:17 62:8 63:5 64:5,17,18,18,20 68:18,19,20,21 70:1,1,2,3,7,8,9 70:11 72:20,20,21 72:22 73:6,12,16 73:21 77:10,15 78:8,14 79:14,16 80:7,7,8,9,14 82:6 82:14 83:19,20 84:6,22 85:2,12 85:12,18 86:11 87:13,21 89:11,18 92:11 93:3,19,20 97:13,14,15 98:2 99:2,10 105:10,11 105:12,13,18,18 106:4 110:7,8,8,9 110:10,14 111:5 111:17 112:20 114:8,8,9,10 115:12,13,14 116:1,2 117:10,10 117:13,17,20 119:7,22 120:15 120:20 121:5,6,9 121:19 122:13,19 123:15,17 125:7 125:18 126:5,6 127:4,8,16 128:5 129:6,22 130:5,15 130:18 132:5,5,8 132:9,16,21 134:15,18 135:4 135:21 136:16,16 136:22 137:3,17 140:5,5,12,14,15 141:3,7 142:10 143:3,4,10 144:5 144:19 145:17,18 145:19 146:20,21 147:2,6,14 148:1 148:2,3 149:4,4 150:6,16 151:10 151:12,17 152:4 152:11 153:2,12 153:16,20,22 154:1,11,16 155:3 155:5,6,7,9 157:8 157:16 158:10,12 158:13 159:16,17 160:1,2,6 161:8 161:14 162:7,16 163:9,16,18,20,22 164:3,9,15,16,21 165:2,5,8,9 166:21 167:4,11 167:12,15,17,18 167:19 168:5,21 168:22 169:3 170:17,20,22 171:13,17,19,22 172:6,7,9,10,15 172:19,20 173:2,3 173:4,5,9,10,11 173:13,14,19 174:1,12 175:2,6 176:12,22 177:3,6 177:8,9,11,12,14 177:16 178:2,18 179:2,18 180:7 181:2,10,11,12 182:1,8 183:3,3 183:17 184:10 185:7,7,8,9,10,21 186:1,2,3,4,5,8,12 186:19,21 187:4,6 187:7 192:11,11 192:15,15,17,18 192:22 193:1,2
**dramatically** 47:5
**draw** 81:10 164:13,18
**drawing** 142:4
**drier** 103:16,20
**drink** 6:13
**drinking** 166:9
**drive** 39:6 162:2
**driven** 33:22
**driving** 117:15 119:1
**dropped** 85:3
**dropping** 185:12 185:18,21
**drove** 165:10
**drug** 1:13 6:8 9:19 12:7 15:17 16:8 17:20,20 18:4 25:12,18 26:4 27:22 30:3 92:19 93:1,6,8 94:1,1,8 95:12 96:13 97:4 97:8,9 106:6,18 107:2,7,12,15,19 107:22 108:4,6 109:7,18 112:3,18 114:18 115:5 117:3,7 118:4 119:19 122:15,17 123:7,11 124:1,6 125:10,12,17,21 126:2,3,19,21 127:6,11 128:22 130:14 136:18,20 139:19,20 140:3 140:17,19,22 142:4 145:10,12 158:20 172:18,21 180:3,15 188:4,4 190:8 191:2,14
**drugs** 1:1 4:4 5:17 6:4 8:20 15:8,10 15:10 16:11 17:14 17:16,16 18:5 19:6 20:19 21:12 21:18 22:1 23:2 23:18,21 24:1,3 24:15 25:7 27:2 27:10,16 29:7 30:3,9,17,20 32:1 33:10,11 46:5 47:16 48:18 49:7 49:8 93:5 95:11 108:13,20 110:1 121:15 122:21 126:21 143:1 155:12,17 158:4 189:9 191:10,19
**drying** 104:1 117:20
**due** 21:6,18 112:7 115:4

**dug** 30:21
**duly** 194:5
**duration** 162:12
**dye** 132:13
**dyes** 132:7

**e**

**e** 2:1,1 3:1 4:1,1 165:16
**earlier** 40:19 43:3 79:17 114:11 118:15 125:19 136:17 153:3 175:18 179:21 183:22
**early** 68:7,9 70:15 95:1 125:6 142:19 165:11 183:22
**easier** 41:14 104:12 174:22
**easiest** 99:22
**easily** 41:12 54:11 65:12 67:21 68:1 68:2 87:19 89:7 146:14
**east** 144:17
**easy** 66:5 67:15,16 77:7 82:17 83:12 184:21
**eat** 6:12,13,13 31:7 34:19,20 40:9,13
**eater** 37:8
**eating** 37:8
**eb** 48:8
**echa** 55:6
**echoed** 116:2
**economic** 8:7
**effect** 15:2 37:1,11 172:18
**effective** 116:11 151:3
**effects** 24:12 37:5 91:20 148:18
**efficiency** 116:11 156:4
**efficient** 169:18
**effort** 8:12 16:6 110:18,19,20 111:18 113:4 137:14
**efforts** 62:15 112:12
**efsa** 55:5 151:10
**eight** 17:6
**eisenbrand** 2:5 9:9,11,12 11:10 28:10,13 33:17 37:15 46:14 47:22 50:11 64:18,18,20 68:19 69:3 117:13 117:14 120:15 121:5,9 128:5 132:5,9 140:14 143:10 145:17,19 146:21 147:2,14 148:2 149:4 150:6 151:10,17 152:11 153:12 154:11 167:11 168:5,21 173:2,4,9,11 178:2 192:11
**either** 19:4 20:16 26:3 31:17 66:9 93:11 95:5 105:2 174:14 175:9
**election** 179:12
**electron** 56:5
**element** 106:6
**eliminate** 93:5 97:3,6 100:1,2,6 100:12 104:18,20 108:9 111:19 142:15 145:11
**eliminated** 92:22 98:15 106:18,20 106:21 107:1,8 108:17 109:15 110:16,19 111:15 117:2 122:14 143:17
**eliminating** 91:12 95:7 104:21 144:2
**elimination** 93:17
**eluding** 79:3
**ema** 180:17 187:21
**emphasize** 17:16 116:12 135:22 139:18
**empirical** 83:6
**employed** 194:11 194:14 195:8,11
**employee** 194:13 195:10
**encountered** 180:14
**encountering** 136:13
**encouraging** 133:5
**ended** 190:5
**endogenous** 6:15 8:18,19 11:22 12:11,19 13:19,19 14:4 18:12,13 19:5 20:16 21:20 22:18,19 24:1,12 24:15,16,22 25:3 25:15,22 26:1,21 26:22 28:20 30:2 32:14 33:15,20,22 34:17 35:1,18,22 36:12 37:2,11 38:18,21 39:6 43:7,10,13,18 44:8,16 45:10,12 45:22 46:6,17 47:11 48:5 49:6 113:18 154:8 158:18 168:7 171:21 172:3,16 173:1 177:19 189:5,7,9
**endogenously** 6:2 7:18 11:19 16:1 21:1 22:6 30:5
**endpoint** 42:11 89:14 90:20
**endpoints** 90:2,12 91:7,20
**enervation** 175:9
**engage** 108:6
**engaging** 4:12
**engineering** 49:22
**enhanced** 38:8
**enjoy** 144:13
**enormous** 170:4
**enrichment** 67:11
**ensure** 108:12 125:5
**enters** 15:18
**entire** 16:12
**entirely** 97:3 104:18,20
**entirety** 149:8
**entity** 80:2 93:7
**environment** 19:12 20:3 29:18 29:18 48:22 158:17
**environmental** 15:3,21 117:22 128:15 172:4
**enzyme** 163:4,12 168:4 170:1,12 171:12
**enzymes** 165:3 169:1,15 170:8 171:1
**epa** 53:20 55:6 81:12
**epidemically** 37:17
**epidemiological** 40:8 44:14

epidemiologist 41:5
epidemiology 37:5 41:3
equal 124:12 134:16 136:4
equals 180:19
equilibrium 66:19
equipment 115:19 116:13 138:11
equivalent 13:2 186:22
equivalents 165:19
errol 2:9 137:3 150:16
es 43:4 194:4
escapes 169:19
esophagus 169:6 169:11 170:5,12 171:6,7,9
especially 8:17 12:11 15:13 40:3 50:20 67:19 124:6 124:18 136:20 141:14 149:18 156:19 161:19 178:16
essence 27:15
essential 191:15
essentially 137:13 145:10,12
establish 129:21 147:12
established 84:5 95:5 123:14 126:15 134:20
estimate 6:20,22 45:9 148:5 151:18 168:8
estimated 148:5
estimates 62:17 148:4,9 149:2 150:15 153:13 154:14
estimating 13:19 14:13 21:13 158:18
estimation 45:10
etcetera 179:14
ethanol 169:22 170:8
ethyl 150:12
ethylating 155:14
ethylene 22:21
europe 29:11 47:20 52:6 56:13 90:1 118:18
european 37:17 74:5 132:10 138:5
evaluate 9:18 11:5 74:7
evaluating 179:6
evaluation 16:13 33:19,20
evening 5:15 144:17
event 91:15,17
eventually 162:2
everybody 4:2,7 34:21 114:5 145:5
evidence 15:9 57:11 142:17 147:10 162:17 163:7 165:12 166:19 182:16
evident 190:14
evolution 93:3
ex 47:4
exactly 43:17 63:4 103:4 118:6 161:15 177:16
examined 94:12
example 8:10 12:17 36:3 41:18 44:19 66:22 67:22 69:8 71:20 77:12 87:18 95:13 96:2 96:16 114:14 117:19 123:2 147:13 160:18 171:6,9 172:12
examples 52:7 67:6,7 69:10 78:9 78:12 96:14
exceed 111:19 159:1,3
exceeded 29:20 157:15,20 158:7
exceeding 47:4 159:21
excess 114:16 116:20
excipient 120:5,5 120:16 124:6,13
excipients 111:2 119:12,14,15,18 120:2,4,10,21 122:6,7 124:7 125:2 142:2 176:16 190:20
excision 155:20 156:1,21
exclude 127:11
excreted 35:20 69:10
excretion 43:2 85:9
excuse 166:12
exercise 65:3 104:4 119:11
exhaustion 159:15
exist 14:17 59:20 190:3
existing 21:11 86:4
exists 172:13
exogenous 6:17 18:17 19:4 21:21 24:14 25:3,4,12 26:9 28:16 33:7 38:22 39:10,11 45:22 46:6 47:5 47:13 48:11 49:6 177:20 189:6,19
expanded 98:7
expect 17:19 18:5 31:6 57:20 185:2
expectation 134:8 138:16
expectations 78:4
expected 18:5 118:22
expects 6:11
expedience 160:7
expediencies 14:17
expediency 14:7
expending 112:15
expensive 83:4
experience 15:5 129:11 186:21
experienced 167:5
experiences 15:12 186:8
experiment 178:11,15
experimental 78:16,17 79:13 84:17 165:13 167:6 168:12
experimentally 63:19
experiments 164:11
expert 70:5 89:9 170:15 183:11 192:5
expertise 50:21 51:1 52:1
experts 86:8 119:20
expiration 123:13
explain 120:19
explanation 38:12

**explore** 124:11
**exposed** 18:9 27:1 111:21 166:8,12 186:5
**exposure** 3:4 5:21 6:17 7:11,14 8:2 9:17,19,21 10:2 10:13 11:4,18,19 11:22 12:2,5,12 12:19 13:1,19,20 13:22 14:4,15 18:18 19:4 24:12 24:14,17 25:6,21 25:22 26:4,10 27:16,20 28:16,20 29:13 30:19 31:4 32:4,12 33:7,15 33:20,22 35:11,12 39:1 40:20 43:14 46:6 47:4,5,13 48:11 49:6 129:3 149:12,16 152:17 158:16,17,19,19 162:12 166:14,22 167:13,21,22 168:7 176:14,19
**exposures** 12:11 13:9,10,15 15:3,4 15:21 21:21 25:4 163:5 168:15
**expressed** 159:8
**expression** 155:1
**extensive** 80:4 160:19,20
**extensively** 7:16
**extent** 11:18 16:2 19:13 24:20 36:12 50:5 101:1 187:3
**extra** 104:22 170:18
**extrapolate** 34:5 35:3 160:21 164:13
**extrapolation** 157:11
**extrapolations** 165:1
**extreme** 156:18
**extremely** 29:8 63:18 117:18 142:16,21
**extremes** 65:5
**exultating** 151:19

**f**

**fabrication** 29:18
**face** 164:10
**faced** 183:14
**facilities** 115:19
**facing** 128:8 143:22
**fact** 15:2 22:11 40:18 114:18 158:13 160:18 162:17 183:4
**factor** 25:19 111:3 114:11 152:3 176:5
**factors** 45:4 94:15 106:13 140:8 149:13,14,14 150:2,7,8 159:9 160:2,9 171:20 172:1,5 179:13
**fair** 154:12
**fairly** 37:13,13 40:11,16 41:12 48:7 71:14 149:19 152:9 156:18
**falls** 12:9
**false** 128:13
**familiar** 51:14 184:19
**fantastic** 56:20 105:14
**far** 19:2 27:1 65:2 150:10 151:15 162:9,18 178:8
**farther** 101:11
**fashion** 108:11
**fatal** 175:16,17
**favor** 21:19 22:5 148:15
**favorable** 36:13
**favoring** 151:11
**fda** 1:13 30:17 54:15 93:15 126:14 130:19 137:14 138:2,7 180:17 183:20
**fear** 60:14
**feasibility** 107:21
**feasible** 23:20 24:4
**feature** 4:11,13,15 4:18 5:4
**feel** 51:4 121:7
**fewer** 60:19
**field** 61:11 70:4 164:10
**figures** 47:1
**filling** 120:16
**final** 14:12 56:12 93:6 133:19 144:20
**financially** 194:15 195:11
**find** 65:3 81:5 111:12 146:8 165:22 168:2
**findings** 95:11
**finds** 80:10
**fine** 174:15
**finished** 110:6 116:19 127:7
**finishes** 58:5
**firms** 139:6
**first** 7:7 50:10 70:9 78:15 80:16 85:21 88:22 97:22 105:15 106:14 122:20 130:20 132:13 138:17 145:6 150:21 155:10,10 165:14 169:17,17 181:7
**firstly** 52:18 74:15
**fish** 37:8 41:21
**fit** 57:20 137:20
**fits** 188:1
**five** 5:20,22 10:17 23:10 63:6 152:16 158:21 166:1 180:22 185:19 186:14 188:6
**flexible** 14:16
**fluid** 103:16,20 104:1 142:4
**focus** 6:22 32:13 38:5 58:18 59:8 89:14 106:16 107:10 108:17 110:2 121:20 129:7 139:17 154:8
**focused** 32:16 92:15 109:10,16 176:18
**focusing** 91:14 110:15 160:12
**fold** 63:6
**follow** 18:4 20:5 29:21 85:6 144:10 146:15 147:18 149:5 158:10 180:8 188:7
**followed** 93:11
**following** 167:9 183:19
**food** 1:13 6:1 8:3 14:5 15:6,18 16:11,21,22 17:9 20:2,17 21:22 22:7 24:2 26:9 27:8,20 28:16 34:13 39:12 41:4

41:8,19 42:4,4,7 112:1 142:19 143:20
**foods** 15:13 16:18 17:4,7,11 22:10 22:13 142:22
**force** 97:19 98:12
**foregoing** 194:3,4 195:4
**forgot** 78:19
**forgotten** 30:1,9
**form** 60:13 93:8,9 100:21 122:16 138:9 141:1,13 173:17 176:8 177:18 178:10 179:5
**formaldehyde** 22:21
**formalities** 179:22
**formally** 58:2
**format** 54:11,13
**formation** 8:18 10:21 19:5 21:21 24:22 26:21 30:2 35:18,22 36:12 37:2,7 38:18,21 39:6,7,10 40:3 43:19 45:13 47:3 48:6 92:21 93:12 94:5 95:18 96:1 98:15 99:12 102:15 105:17,20 107:5 111:7 112:5 114:13 115:3,10 117:1 119:4,17 121:14 123:9 124:10 127:11,15 140:7,8 145:11 159:11,13,21 161:10 162:13 163:19 172:10 177:20 189:9 191:1,19
**formed** 6:2 7:18 16:1 22:6 26:22 41:20 92:18
**former** 132:6
**formidable** 73:1
**forming** 68:3 103:14 106:10 124:1 134:2 141:9
**formulated** 96:14 118:5,19 120:12 140:1
**formulating** 60:9
**formulation** 47:12 76:10 77:22 96:20 119:5 122:10 139:19 183:4
**forth** 56:6 75:21 91:9 176:16
**forums** 105:22
**forward** 5:18 77:18 118:4 131:18 145:9
**found** 27:10 44:12 63:4 99:2 101:4 118:15,18 121:13 128:16 155:12,17 165:16 166:4,4,13 166:18 170:2 188:4 191:9
**four** 66:10,18 166:7
**framework** 74:6 160:22
**free** 102:20 121:7
**frequent** 108:22
**frequently** 101:5 105:19
**fresh** 35:8,9 38:2
**front** 124:17 125:4
**fruits** 35:9 37:9
**full** 58:10 66:15 106:14 145:3
**fully** 108:9 144:5 154:18
**function** 141:22 184:12 185:6
**functional** 75:11 142:1 185:4
**functionality** 99:18 100:15 124:19 141:20
**fundamentally** 75:11
**further** 57:1 65:1 72:2 76:5 102:16 132:6 147:18 185:5 194:12 195:9
**future** 28:21 34:5 46:19 48:9 73:7 113:1 151:6 188:15 189:14

**g**

**g** 4:1
**gain** 6:9
**gained** 143:16
**gaining** 75:14
**gambit** 58:10
**gamble** 74:11
**gap** 178:21
**gaps** 113:19 188:15
**gastric** 18:14
**gcms** 138:9
**gene** 151:7 155:1 156:1 165:17,17 165:19
**general** 12:15 13:12 15:15 16:18 19:12 64:2 80:17 80:18 113:3 149:3 151:12 152:18,18
**generally** 130:11
**generate** 27:21 62:16
**generated** 21:1,7 112:22
**generating** 163:2
**generation** 20:16 28:1 162:1
**genes** 155:11 156:2,3,17
**genetic** 150:17 156:17 171:20 172:5
**genetics** 24:18 172:13
**genotoxicity** 46:2
**george** 163:11
**gerhard** 2:5 9:12
**getting** 8:13 101:6 103:2 186:10
**give** 13:2 16:7 23:18 37:13 43:18 44:18 53:15 55:7 72:5 83:10 88:6 130:18 139:12
**given** 12:10 14:8 15:3,16,16 31:10 60:22 61:1,1 67:15 111:20 125:20 135:7 157:22 158:2 176:15
**gives** 13:13 36:11 54:8 55:14 57:16 57:21 60:19 68:10 71:7
**giving** 16:10
**global** 58:19
**globally** 32:1,5
**glovebox** 129:9
**gmp** 18:4 48:15 49:8 112:4 119:15
**go** 9:9 13:17 20:5 21:16 22:8 32:1 34:11 35:16 41:8 42:16 49:3,12 55:18 56:7 58:9 58:10,15 76:4 77:20,22 81:5,12

83:5 85:18 90:18 94:9 97:10 100:4 105:6 106:12 127:20 136:12 143:3 145:2 147:5 152:5 157:9 165:8 168:5,19,19 173:20 181:8 185:1 186:9,12 191:13,14
**goal** 9:3 117:3 133:1
**goes** 123:20 126:9 168:8
**going** 8:17 19:16 37:1 39:3 41:10 41:13 42:16 46:16 48:15 50:13 51:7 51:8,12,13 52:1 52:16 54:16 55:1 57:10,17 59:4,11 60:11 64:12 65:3 65:15 69:4,14 74:14 75:1,14 76:13,14 78:14 82:18 83:15 88:12 91:22 92:9 97:2 100:19,20 108:10 109:13 110:2,20 123:5 126:22 130:14 137:15 152:8 178:20 181:5 191:4,5,22
**good** 5:14,14,15 7:5 10:9 14:20 20:8 21:2 24:9 25:2 26:3,9,16,20 27:4 29:2,5,6,10 29:15,16,20 32:22 33:18,18,19 34:16 35:21 37:13 39:13 39:20 40:1 42:2 43:1 47:11,15 53:5 60:2 62:3 67:6 68:19 70:7 75:6 78:8 80:14 81:14 82:14 83:7 83:15,18 92:2,3 97:16 105:4,13 107:6,6,7 110:11 114:14 115:16,17 123:21 130:15 137:9 144:16,16 149:7 159:19 160:4 162:7 163:7 164:21 171:8 173:11 177:16 182:11,12 187:7 189:12
**gout** 23:17
**grain** 42:1
**grapple** 109:22 191:21
**grappling** 108:22
**grasso** 147:9
**gray** 1:20 194:2 194:19
**great** 42:5 69:8 70:5 82:15 84:16 89:18 100:12 102:13,14 160:8 161:7 188:11 191:7 192:16,19
**greater** 27:1 57:8 79:17 149:21 153:9
**greatly** 86:7 185:12,19
**green** 38:2,8,14
**grilled** 41:21
**grilling** 42:4
**grips** 67:15
**group** 51:21 53:8 55:22 59:7,7 60:17 65:21 66:3 66:16 69:11 81:6 86:7,17 87:7 100:17 130:7 140:10 151:1 163:10 175:1,11 180:21 181:3 186:16
**grouping** 87:12
**groups** 37:18,18 56:6 75:11 80:5 86:4,22 87:3 130:2 141:15 142:1 172:17
**guarantee** 119:16
**guaranteed** 178:11
**guess** 7:7 10:6 30:15 31:19 32:6 80:16 85:11 95:9 97:21 98:6 99:9 119:22 121:22 122:19 126:6 134:11 139:15,16 143:4 154:7 168:10 174:12,15 176:22 177:6 179:15,17
**guidance** 55:4,5 113:7,7 126:16 130:20 133:2
**guidance's** 19:20 20:5
**guided** 182:19
**guttenplan** 2:7 18:20,21 45:17,19 185:8,10 186:1,3 186:5,12 187:4
**guys** 192:19

**h**

**h** 2:13
**half** 112:1 113:11
**ham** 22:9
**hamster** 184:8,18 186:19 187:1
**hamsters** 67:2
**hand** 12:4,10 13:8 14:6 134:18
**handy** 163:14
**happen** 99:21 178:12
**happened** 52:6
**happening** 98:6 99:3,6
**happens** 57:14
**happy** 42:12
**harmonized** 129:19
**hate** 91:5
**head** 88:5 89:2
**health** 1:1 11:2 24:12 39:4 86:2 112:18 151:1
**healthy** 18:15
**hear** 8:14 11:12 11:13 66:14 155:4 155:7
**heard** 8:19 33:8 52:21 53:12 57:12 57:17 60:15 61:13 75:13 93:2 108:20 110:17 178:19
**hearing** 9:5
**heat** 116:21
**heated** 95:15
**heavily** 63:14 107:14
**hecht** 2:12 26:7,8 28:7,14 34:8,11 35:14,16,17 36:16 68:20,21 70:1 114:9,10 116:2 117:17 147:6 148:1 170:17,22 171:17 172:7,10 173:19 181:11
**hecht's** 73:6
**hecth** 181:2
**hefty** 88:12
**help** 57:5,5 86:8 98:14

**helpful** 16:5 192:20
**hepatic** 169:20 170:4,7,18
**hereto** 194:14 195:11
**hesitancy** 8:15
**hesitantly** 161:6
**hi** 4:2 97:15
**high** 28:19 37:8,9 37:22 60:16,18 71:1 78:13 79:9 83:13 84:13 126:21 138:9 163:2 164:11,11 164:17 169:7
**higher** 8:20 19:10 35:12 38:22 64:9 77:11 119:18 135:17 148:11 152:5 158:5 162:11 167:7 168:6 169:5 171:20 180:10,14
**highest** 37:20 38:1 41:19
**highlight** 88:2
**highly** 24:17 48:7 65:5 154:2 165:17
**historic** 74:11
**history** 89:21,22
**hmm** 147:14
**hoc** 53:8 55:22 86:16
**hold** 24:8
**holds** 12:20 91:16
**hope** 73:7 104:18 182:8
**hopeful** 144:3
**hopefully** 80:10 151:6
**hoping** 104:19
**host** 2:3 5:5,7
**hosts** 43:8,8
**hot** 129:8
**house** 4:6
**huge** 79:20
**human** 24:22 129:9 156:12 166:15,17 167:13 167:21
**humans** 13:5 155:1 165:4 167:6 178:6,12,16,19 179:1
**humidity** 123:1
**hundred** 37:3 53:17 108:19 151:19 191:13
**hydrocarbons** 42:3
**hydroxy** 185:14 185:14
**hydroxylation** 66:2 69:5
**hygiene** 115:19
**hypotheses** 57:16 57:18
**hypothesis** 57:6 169:16

**i**

**i.e.** 7:1
**ich** 19:18 129:19
**idea** 36:11 39:13 53:15 67:6 159:19 173:11
**ideal** 54:14
**ideally** 16:2 60:12 161:14
**ideas** 78:4 131:21
**identified** 49:16 56:15 86:3 112:21 132:1 135:5,16
**identify** 55:7 56:1 73:19 86:22 108:18 109:3,8 135:16 136:2
**identifying** 107:3
**ignore** 190:6
**ignoring** 13:14 21:19
**illness** 6:10 17:19
**ilsey** 150:20
**imagine** 17:8
**immediately** 52:17 189:17
**impact** 7:14,19 8:1 8:21 111:20 112:13 113:15 136:20 156:21 157:12
**impacting** 164:7
**impacts** 8:7 110:1
**imperfect** 109:9
**implement** 112:3
**implication** 90:10
**implies** 24:20
**implying** 82:16
**important** 6:17,19 28:15 33:13 46:18 46:22 48:5 52:17 65:18 68:6 75:13 117:18 121:16 145:4 146:4 150:10 156:5 160:10 183:5 187:14,17 189:11
**imposed** 158:20
**impossible** 176:14
**imprecision** 63:18
**impressed** 64:21
**improve** 63:15 111:10
**improved** 115:6
**improvements** 73:8
**impurities** 1:1 4:4 5:17 17:21 19:19 19:21 49:9 87:16 88:4,8 103:3,6 109:1,18 112:6,10 112:13,22 113:5,5 113:22 115:8 122:7 125:10 130:4 140:7,19 153:6 155:17 179:4,8 189:9
**impurity** 16:8 72:5,12 103:8 108:3 114:20 125:12 138:21
**impurity's** 140:8
**incidence** 38:7 176:5
**incidental** 175:16
**incidents** 12:14 13:5,13,15 37:1 38:6,6 93:4
**include** 25:19 79:7 115:18 158:17
**includes** 24:14 115:21 145:1
**including** 39:3 50:2 58:20 65:5 69:3
**incorporate** 85:10 161:12
**incorporated** 82:12 157:5
**incorporating** 62:20 154:22
**increase** 20:18 21:18 25:1 159:12 165:22 166:13 170:4 185:20
**increased** 96:15 125:14 185:12
**increasing** 125:11 165:4
**incremental** 13:11 13:13,22 20:18 25:1 46:4
**incubation** 186:6 186:11

**indicated** 21:5 113:6 152:10 192:8
**indication** 47:2 136:19
**indications** 136:21
**individual** 175:22
**induce** 154:17 167:3
**inducibility** 165:12 166:20
**inducible** 163:12 165:2,3,17
**induction** 166:5 168:3
**industry** 55:6 86:18 101:5,13 143:7,7,20,22 144:4
**ineffective** 65:6,11
**infections** 39:5
**infer** 51:16,19 52:20
**inference** 39:2
**inferences** 50:19
**inflammatory** 39:5
**influence** 43:7,9 43:11
**inform** 108:14,17 109:6
**informaticist** 62:8
**informatics** 54:12
**information** 7:17 34:22 48:14 51:9 55:18 63:11 64:7 65:4,8,18 68:10 68:11 82:12 90:2 92:1,9 109:6,14 110:4 130:1 132:6 132:15 139:1 182:20 187:9 188:12 189:13,18
**informative** 5:18
**ingest** 48:22
**ingested** 36:3
**ingesting** 16:19 17:15
**ingredient** 17:18 28:3 92:19 94:22
**inhibit** 69:5
**inhibiting** 38:13 38:13
**inhibition** 172:11
**inhibitor** 170:1
**inhibitors** 44:19
**initial** 79:3 95:10 126:8
**initiating** 91:15,17
**initiative** 54:4
**inorganic** 120:18 121:10
**input** 65:18
**inputs** 7:14
**inside** 171:15
**insight** 89:20
**insignificant** 147:20
**instance** 9:17 12:18 30:3 38:4 53:20 55:5 59:4 65:19 66:6,8,22 74:11 75:17 92:3 118:4 121:11 146:14 152:12 156:9 165:21 174:10 178:8 182:13
**instances** 118:6
**instrumental** 146:12
**instrumentation** 45:7 138:1
**intake** 6:3,8,18,20 7:19 15:8,12 19:11 34:1 38:1 41:8 112:21 113:17 135:17 148:4,5 149:2 158:4 177:2
**intakes** 43:11 152:13 180:10
**intelligence** 58:16
**intelligently** 77:8
**intended** 133:2
**intensive** 82:11
**interact** 109:20
**interacting** 101:19
**interaction** 65:14 128:18
**interacts** 104:7
**interchangeable** 86:1
**interested** 9:5 12:6 64:22 66:13 80:21 119:19 194:15 195:12
**interesting** 20:8 29:1 36:18 40:11 40:16 78:2 145:4
**intermediate** 82:8 99:19 100:16 131:19 134:3,6 185:13
**intermediates** 82:8 104:10 190:22
**internally** 21:7
**international** 108:11 126:14
**internationally** 129:19
**interpretability** 82:17
**interpreted** 176:11
**interrogate** 78:1
**intravenous** 10:21
**introduced** 30:7
**introducing** 161:2
**introduction** 43:3
**introductory** 70:11
**investigate** 157:3
**investigated** 67:10
**investigation** 102:17 146:12
**investigations** 38:5 66:8
**involved** 18:22 95:20 97:19 99:4 112:18 159:20 161:20 171:2,12
**involves** 115:16 156:1
**involving** 116:15 157:19
**ion** 87:17,19 88:14 89:3
**ions** 173:17
**ipc** 134:5
**irene** 1:20 194:2 194:19
**irrespective** 15:19 46:5 47:18
**isolation** 58:1
**isomer** 66:15
**isomers** 66:11
**isometrically** 66:7
**isoprene** 22:22
**issue** 16:2 24:11 54:18 80:10 103:10,17 109:22 110:13 112:16 136:14 156:6 157:18 177:6
**issued** 132:11
**issues** 32:21,21 52:15 61:19 91:14 110:12,21 111:8 112:18 188:2 191:21

**j**

**japan** 186:16
**jerry** 2:11
**job** 1:21 61:18 75:6
**john** 2:10 79:16 85:2
**johnson** 2:17 97:14,15 105:11 105:18 106:4 111:5 117:20 123:17 130:18 132:21 141:7 163:11
**joining** 4:3
**joseph** 2:7
**judgment** 21:9 32:11
**judgments** 183:11
**jump** 135:4 152:10
**jumping** 76:11
**justification** 56:14
**justify** 56:17 57:6
**justifying** 83:21

**k**

**kamel** 62:8
**keep** 4:8 6:8,19 15:1 24:11 110:2 125:11 162:5
**keire** 2:16 30:14 30:15 39:22 93:19 93:20 98:2 99:2 99:10 105:18 119:22 120:20 121:6,19 122:19 125:18 126:6 127:16 129:6 130:5 134:18 137:17 140:5,12 140:15 143:3,4 172:19 173:3,5,10 173:13 174:12 176:22 177:11,14 178:18 192:15,18
**key** 49:19 106:2,6 106:11 114:10
**kill** 170:9 185:22
**killer** 73:21
**kilning** 143:11
**kilo** 166:2,2,6,16 168:10,11
**kilogram** 148:21
**kind** 14:12 31:2 44:13 53:19 79:2 88:15 96:1,12 98:2,6 99:6,10 104:3 122:6,22 124:16 125:5,18 126:15,17 128:3 129:18 130:13 133:4 134:20 138:8 139:10 158:19 168:7 183:5
**kinds** 59:10 81:19 89:4 138:14 158:5
**king** 2:15 93:3 192:11
**kleihus** 171:13
**knock** 156:10
**know** 8:15 10:17 11:5 20:1 24:16 25:5,5,6,12,14,17 26:18 27:20,21 28:19 29:2 30:16 30:18,19,20 31:5 31:7,8,9 32:3,7,9 32:12,14,15,17,18 32:20 33:9 36:21 36:22 37:7,9,19 41:14 42:3,4 44:3 45:8 49:3 50:18 51:19 54:3,21 57:19 59:1 60:6 71:2,10,14 72:16 73:13 77:16 79:17 81:21 85:9 89:1 93:7,22 94:9,10 94:11,13,14,15,16 94:19,20 95:5,7 95:10,11,13 96:1 96:18,21 97:1,2,8 98:1,9,14 99:7 100:4,7,11,14,16 101:9 102:9 103:7 103:17,19 104:10 104:13,15 106:12 109:7 110:12,12 110:14,15,17,22 111:2,3,8,10,13 111:14,17,22 112:1,4,6,9,12,15 112:18,20 113:6,8 113:10,12,14,16 113:17,19,21,22 114:3,6,18 118:6 120:1,13,21 121:1 121:3,16,20,21,22 122:1,2,4,6,9,20 123:1,3,5,7,10,11 123:12,13,20,21 124:1,7,9,12,16 124:17,21,22 125:2,3,4,5,20,22 126:7,13,14 127:1 127:19,19,20,22 128:13 129:7,8,9 129:10,11,13,13 129:14,15,18,18 129:20 130:5,6,8 130:12 131:7,8,17 131:17,20 132:3,3 132:3 133:4,10,17 133:19,20 134:1,1 134:5,7,20,21 135:7,10,18 136:3 136:5,7,12,18,20 137:11,15,19,21 138:2,2,7,8,14,16 138:19,20,21,22 139:8,9,10,18,19 140:12 141:12,12 141:15,17 142:3,5 143:7,8,10,10,12 143:13,17,19,20 144:1 146:18 147:11 149:10,17 149:17,20,20 150:1,9,13 151:5 151:9,18 154:2,7 154:12 155:15 160:3,9 162:12 164:16 165:14,22 170:6,11 171:1,3 171:9,12,18 172:1 172:2,5,7 173:7 174:17,19,21,21 176:7 177:5 178:9 178:20,21 183:6 183:11,13 184:22
**knowing** 95:6
**knowledge** 55:17 55:17 56:10 61:2 75:15 84:11 137:5 143:15 156:20 192:20 194:9 195:6
**known** 36:22 95:17 103:17 124:7 125:3 165:3 171:20 183:12
**knows** 15:16
**korea** 31:7
**kreuzman** 69:16
**krytopoulos** 16:4
**kyrtopoulos** 2:6 9:8,10 11:11,12 11:14 20:13,21 21:5 33:17 42:21 42:22 46:15 70:2 70:3 155:3,4,6,9 158:10,13 159:17 160:1,6 161:14 162:16 163:16,20

164:3,15 165:5,9 167:4,12,17,19 169:3 170:20 171:13,22 192:12 193:1

**l**

**laboratory** 18:22 137:9
**labs** 138:14
**lack** 137:5 156:17
**lacking** 81:15 189:12
**lacks** 82:4
**lacquers** 118:19
**laid** 20:14 70:11
**landscape** 32:11
**large** 11:17 12:5,8 58:13,19 60:10,17 70:17 82:22 88:7 157:21 169:4
**larger** 11:19 12:13 13:6
**largest** 59:7
**late** 41:9 142:18
**layers** 65:13
**lcms** 138:9,10
**ld50** 84:4,7
**lead** 69:14 70:17 94:4 111:8 114:19 114:22 120:11 122:8 188:21
**leading** 78:3 95:22
**leads** 94:1
**leadscope** 53:9 54:4 55:22 86:17
**learn** 105:7
**learned** 97:22 98:17 133:7,12 134:9,12
**learning** 57:7 58:15 62:10,18 105:6 122:12
**leave** 29:3 135:2 169:11,12
**leaving** 95:22
**lecture** 50:10
**led** 53:9 86:17 96:7 142:21 151:1 163:11
**lee** 40:21
**lee's** 41:19
**legislation** 90:4
**length** 75:19
**lengths** 56:4 75:17
**lens** 94:13 130:9
**level** 8:6,19,21 21:17 27:13 30:19 31:6 32:12,18 41:13 60:5 85:11 90:7,19,20 104:16 105:3 109:7 113:8 114:2 116:7 124:3 133:21,22,22 134:1 138:21 146:8,15 147:3,12 147:20 149:12,13 158:4,21 168:2 176:18
**levels** 20:16 21:11 25:15 26:4,4,15 26:22 33:20 34:1 34:12,17 35:1,8 37:8,9,11,20 39:14 48:21 76:20 83:16 103:9 105:2 111:13 112:21 113:16,17 119:15 125:13,15 127:10 134:16 135:9 137:12 142:16,21 147:19 149:16 150:4 154:8 158:16 162:11 163:6,7,11 164:8 166:10 169:4,5,7 169:8 171:20 172:16 189:7
**lhasa** 53:6,9,12 54:4 86:17
**liberty** 10:14,14
**lies** 87:8
**life** 97:7 123:7 125:11 126:2
**lifestyle** 24:18
**lifetime** 13:1,11 157:14,19 160:3 162:11 164:22 188:11,13
**light** 73:8 110:3
**lijinsky** 71:15
**lijinsky's** 70:15
**limit** 8:1 86:9 103:7 125:13 126:1,22 131:12 131:18 134:22 176:17 181:14,17 181:18 187:20
**limitations** 162:5
**limited** 53:6,12 86:5,17 161:17
**limiter** 139:5
**limiting** 190:10
**limits** 6:1 7:13,22 8:8 15:22 16:10 29:19 113:6 114:1 126:1,15 127:2 131:5 134:20 135:5 152:5 157:14 159:2 168:6 174:7 179:5 179:17 181:13
**line** 46:15 64:1 134:12 164:19
**linear** 145:8 157:11 158:15,22 159:5 164:17 173:21
**linearity** 45:22 162:22
**lined** 117:17
**lines** 30:18 153:3
**links** 56:9
**list** 2:2
**listed** 6:1 40:21,22 91:20 192:5
**listening** 14:20 50:22
**liter** 143:13
**literally** 142:7
**literature** 30:22 44:18 67:18 71:12 71:16 162:19 165:10 187:5
**little** 12:8 18:6,19 28:11 29:3 33:4 44:15 51:20 65:7 80:13 84:8 86:16 94:10 104:12 106:16 107:10 120:1 128:1 169:18 172:2,7 175:7 183:22
**liver** 13:3 160:13 160:13 165:22 166:13 169:2,5,6 169:10,17 170:3 184:13
**load** 21:4 126:22
**loads** 55:4
**loel** 150:22 151:8
**loeppky** 67:19
**log** 59:19,21
**logical** 24:9,10 37:17
**logistics** 137:6
**long** 83:2 87:11 95:16
**longer** 50:16 105:6 155:16
**look** 5:18 15:20 41:1,7,9,10,14,17 41:18 42:9 59:6 62:9,17 64:10 69:16,17 70:14

101:15 105:17 111:12 113:13 116:3,4,4,5,6 117:5,6 129:5 130:8,19 140:13 140:16 141:10 142:7 148:12,16 164:5 165:10,12 165:18 167:20,21 183:9 186:13
**looked** 53:10 101:6 160:19 162:21 169:8 175:6
**looking** 25:17 26:3 26:4 37:5 40:15 42:11,13 46:12 61:22 62:6,21 71:20 72:2 75:7 81:3,19 91:6 94:13 107:14 108:18 123:22 124:2,9,14 141:8 151:2 163:11
**loss** 62:14
**lost** 75:4 80:7
**lot** 10:10 11:1 18:10 22:20,21 26:16 27:7 30:17 31:8 34:16 36:8 45:3 50:9 51:6,22 54:1 60:16 65:15 67:19 82:1 89:19 89:20 91:12 98:5 99:3 101:11 102:9 103:6 113:1 122:1 122:12 124:21 135:9 154:5 155:13 161:2 164:10 165:12 167:6 175:12 185:22 189:2,2 190:3,19 191:17 191:18
**lots** 7:9 32:1 43:4 52:7 55:5
**low** 17:7,13 26:17 28:19 29:8 35:8 36:14 38:7 47:17 57:12 71:2 111:13 124:2 145:13 146:2 147:4 163:6 163:11 164:13,19 166:22 167:2,14 167:16,18,22 168:13,15,17,18 173:22 180:12 182:4,7,17,22
**lower** 10:7 13:21 39:15 60:19 64:10 111:12 153:9,10
**lowering** 142:21
**lowest** 166:5
**ltl** 159:4,7,7,14 161:6
**lucky** 52:21
**lunch** 144:8,14
**lung** 169:10

**m**

**m** 2:11
**m7** 19:18 152:10
**machine** 58:15 62:10,18
**magnesium** 120:22
**magnitude** 8:20 42:18 60:12 149:21
**mailbox** 129:8
**main** 37:19,19 39:8,19 99:9,11 120:1,8 160:14 170:1 177:6
**mainstream** 82:13
**maintain** 93:13 109:17 111:16
**maintained** 69:12
**maintaining** 108:13
**major** 86:4 96:12 121:6,20 164:10
**majority** 64:5
**making** 31:14,16 94:9 99:5 104:14 107:4 124:13
**malt** 143:11
**malting** 103:17,18
**man** 156:12
**manage** 143:8
**manageable** 190:1
**management** 7:20 102:11 115:18
**manifestation** 147:16
**manner** 106:11 124:15,15
**mansouri** 62:9
**manufacture** 119:4 190:19
**manufacturer** 96:19 119:12 137:8 138:13 140:2 145:10
**manufacturers** 96:5 97:17 122:3 127:5 128:8 137:16
**manufacturing** 27:17,22 28:2 29:2,5,7,15,16 47:15 48:16,19 92:16,18,21 93:9 93:17,22 107:7,7 115:5,16,17,22 137:5 139:6 140:3 142:19 190:13 191:8
**map** 81:1,13 86:8
**mapped** 86:4,5
**march** 1:8
**mark** 2:8
**markers** 156:3
**market** 123:12 126:4 191:15
**marketed** 118:7
**marketing** 191:3
**marketplace** 125:17
**mass** 180:18,21
**material** 99:19 100:15 120:17,18 128:18 131:18 183:10,12
**materials** 115:20 121:11 132:17,19 133:9,16
**matter** 27:19 28:21 104:14 159:20 178:22
**max** 167:21
**maximum** 151:9
**mcgovern** 2:18 110:9,10 114:8 135:4 136:16 149:4,5 153:20 154:1 177:6,9
**mdea** 180:13
**mdma** 169:3 170:10 180:12
**mean** 10:13,16 12:19,19 17:4 19:15 31:5 33:4 34:12,14 41:2 44:17 52:13,18 78:1,2 81:7,17 83:4 93:21 97:5 98:20 99:22 120:17,19,20 122:20 125:19 126:17,18 129:6 129:10,14 130:5 130:11 134:21 137:17 138:7 141:9,11 143:6

147:22 148:10 152:6 156:14,19 160:12 167:15 168:6,16 170:14 171:9 174:12 180:2
**meaningful** 154:18
**means** 4:22 46:21 88:5 116:15 120:11 146:7,13 170:6 174:20 179:19
**meant** 78:18 168:2
**measurable** 46:8 146:2 169:8
**measure** 8:10 29:21 30:8 37:4 37:12 45:7,8,9 47:7 55:12 138:18
**measured** 10:19 34:17 36:2 39:16 137:12
**measurement** 31:13,18 32:8 137:19 173:8
**measurements** 22:17 31:14,16 32:7,15,16,19 34:3 35:1,5 43:4 44:2,11 76:4,5 95:6 139:12 151:1
**measures** 29:13 54:22
**measuring** 172:21 172:22
**meat** 37:7
**meats** 41:20,21
**mechanism** 155:20 170:21 179:22
**mechanisms** 56:11 59:12,13 83:11 155:21
**mechanistic** 61:2 82:16 168:19
**mechanistically** 65:10,17
**med** 14:9
**mediated** 171:14
**medical** 107:22 108:2
**medicine** 19:17 190:11
**medicines** 6:8,11 14:10 48:18 49:1 93:4,13 190:8
**medium** 10:16 116:17
**meet** 77:3
**meeting** 5:10 193:4
**members** 86:18
**memory** 90:5
**mentioned** 12:21 20:12,21 21:15 26:14 33:17 39:22 44:3 67:17 68:8 69:2 70:22 71:6 82:7 98:2 111:5 112:20 114:11 116:1,7 117:20 136:17 150:6 183:4 186:19
**mentioning** 43:3
**message** 15:14
**metabolic** 65:15 83:14 89:15 91:8 168:4 182:13
**metabolically** 171:5
**metabolism** 65:17 66:20 67:4 69:5 84:14 85:8 87:15 170:2,7,15 178:7
**metabolize** 170:19 171:10
**metabolized** 35:21 69:9
**metabolizes** 170:12
**metamizole** 68:1
**method** 116:4 137:13 177:13,15 179:9,13
**methodology** 56:22 78:15 175:9
**methods** 33:1 47:7 48:8 58:16 73:18 90:11 115:7 123:21 126:11 131:4 137:10 138:4,5,8 139:2,7
**methyl** 66:2,8
**methylated** 169:12
**methylating** 155:14
**methylation** 169:4 169:7,8,9 170:3,5
**methylbenzyl** 171:8,10
**methylguanine** 160:20 161:21 162:18 163:3,21 165:16 171:11
**methyltransferase** 164:7 165:14
**methyltyrosine** 148:14
**metric** 7:21 176:6
**mgmt** 155:12,22 156:9,10 165:3,13 165:22 166:13,19 166:20 167:10
**michael** 2:14
**microgram** 143:13 148:21 167:22
**micrograms** 10:17 12:20 13:20
166:15 168:10,11 174:5
**microwaving** 42:7
**middle** 129:12
**mike** 34:10
**milligram** 166:6 168:9
**milligrams** 36:4,4 166:1,2,16
**million** 137:22
**mimic** 61:21
**mind** 6:8,19 76:9 76:22 79:9 106:3 161:9 162:5 167:6 174:6 191:6,17
**minded** 65:10
**mindful** 136:1
**mindfully** 136:12
**minimization** 93:18
**minimize** 98:14 142:16 191:19
**minimizing** 144:2
**minimum** 93:12
**miniscule** 15:11 17:14 23:3 25:2 29:8,14
**minor** 70:16
**minus** 36:7 158:21
**minute** 85:15
**mirvish** 35:22
**misinterpreting** 181:17
**missed** 183:18
**mitigate** 106:11 106:12 119:4 191:12
**mitigated** 114:13 131:8
**mitigating** 105:20
**mitigation** 1:2 7:20 29:13 106:15 107:12,16 117:16 119:2

**mix** 75:21
**mm** 147:14
**model** 59:16 60:5 60:9,13,22 64:11 78:11 82:12 83:2 83:13 88:17,18,19 88:22 129:15 145:8 178:19
**modeler** 7:11
**modeling** 9:4 49:22 60:20 79:4 174:10 182:12,13
**models** 7:14 40:17 58:19 59:9,12 61:20 62:3,18 63:2,8,15 79:11 79:22 85:8 88:10 88:12 153:14 155:2 156:7
**moderate** 156:14
**moderated** 1:7
**moderation** 192:16
**moderators** 4:20 5:2,7
**modification** 184:4 188:20
**modifications** 65:20
**modify** 10:15
**modifying** 106:13
**moisture** 116:21
**molar** 174:4,5,9 174:11,15 180:18 181:2,8,20
**molecular** 65:20 77:11 91:15,17 180:10,12,14,22 181:9 190:18
**molecule** 15:16 51:19,21 74:16,18 87:6 99:5 140:22 141:10 142:8 181:6 185:5
**molecule's** 180:21
**molecules** 51:22 52:19,20 54:8,21 55:8 57:22 58:11 58:14,14,21 82:11 82:18 87:12 91:10 141:22 173:16 174:11
**moment** 9:10 29:3 47:1 50:12 52:13 61:6 68:14
**monitor** 5:8 35:22
**monitoring** 4:21 27:17
**monkey** 169:15,17
**monkeys** 160:19 169:4
**monopolize** 165:7
**months** 125:15
**morning** 5:14 7:5 14:20 105:13 110:11 153:3
**motapizone** 68:1
**mouse** 184:8,17 186:20,22
**move** 9:9 49:13 92:14 109:21 131:14 134:14 183:1
**moved** 10:5
**moving** 16:5 58:2 145:9 150:18
**multi** 108:5,11
**multiple** 62:18 101:8 111:20 156:1,2 188:3
**mutagenetic** 53:2
**mutagenic** 19:19 19:22 53:7,18 59:5 66:17 67:2 71:21 78:22 79:6 161:21 185:5
**mutagenicity** 50:6 63:12 71:8 77:13 79:5 89:15 91:8
**mutagens** 78:9 154:19
**mutation** 162:1 163:18
**mute** 4:8 9:8 80:8
**muted** 4:9 64:19

**n**

**n** 2:1 3:1,1 4:1 29:9 38:13 55:10 66:8 75:12 148:22 152:2
**nail** 118:18
**nam** 56:22 84:11
**nanogram** 148:13 153:8 154:4 174:20 180:16,17 180:20 187:21
**nanograms** 134:22 135:6 138:22 174:4 181:20
**nanomoles** 36:5
**national** 109:20
**natural** 17:12
**nature** 85:10 108:5 132:17 188:18
**ndea** 16:19 134:22 135:13 136:11 152:7 153:4,8 180:20 188:9
**ndma** 16:19 17:4 43:16 44:1 96:1 134:21 135:12 136:11 143:14 152:7 153:4,5,9 154:8 156:10 188:8
**near** 95:16
**necessarily** 16:19 57:22 88:17 132:2 133:19 158:6 175:16
**necessary** 116:10 116:22 117:4 118:9 127:21
**necessity** 15:17 107:22 108:2
**need** 6:21 14:7,16 22:16 24:20 25:14 30:5 32:13,22 33:6,9 34:18,22 43:16 44:6,10,13 47:6,6 48:9,17 49:8 50:21 52:16 54:15 55:12 57:10 60:1 64:9,13 67:9 67:14 68:12 74:13 74:15 75:22 76:1 76:4 79:9,21 80:4 81:4,16 82:2 88:15,16 91:2,21 98:20 106:5 111:14 112:12 117:5,6 127:19 128:3,3 130:8 132:19 136:7 138:17,18,20 160:17 188:5,7 190:6 191:11
**needed** 63:8 78:10 102:5
**needs** 31:20 32:15 39:16 48:20 116:13 118:8 128:20 137:8 139:20 140:21 187:22 188:16 189:1,12 190:9,22 191:11,15,15
**negative** 57:12,14 57:18 63:11 67:6 67:8 78:9,11 79:7 79:10,21 184:3,6 184:22 185:2
**negatives** 71:2,3,5

**negativity** 67:7
**negligible** 127:13 130:3 146:9
**neither** 194:10 195:7
**net** 16:9
**never** 72:22 91:1 133:2 134:7
**new** 32:13,16,22 34:4 56:22 62:10 67:16 87:6
**newer** 31:21
**nice** 53:4
**nicely** 20:14 48:3
**nip** 68:8
**nitrate** 34:13 35:11 36:4 37:20 37:22 38:1,9 39:7 41:12,13 102:20 178:6,8,16
**nitrates** 6:22 16:21 35:5,6 48:11
**nitride** 34:13 41:13 94:4 95:20 102:19 114:16,19 116:5,7,16 120:3 120:6,9,11 127:10 127:21 178:6
**nitrides** 6:22 127:13
**nitrisation** 94:4
**nitrite** 124:8 125:3 133:21
**nitrites** 16:21 35:6 48:11 133:10 176:15
**nitro** 66:16
**nitrocellulose** 118:14,16,20
**nitrogen** 117:22 121:12 178:7
**nitrosamine** 15:17 21:11 25:8 27:16 30:16,16 31:16 35:12 37:6 39:11 40:4,16 42:10 44:9 47:12,17 49:16 50:3,6 53:13 55:10 56:8 63:3 68:2 69:15 71:21 72:4,12,14 75:12 80:12,15,20 80:20 81:6,13 82:9 86:5 87:15 87:17 88:4 89:3 89:16 92:21 94:13 96:15 97:3,19 98:19 99:12 102:15 105:17 111:6 112:6 114:12 115:8 117:1 119:11 121:14,16 123:9 124:10 125:10 126:1 127:11,15 130:10,19 133:1 134:2,16 135:12 135:15 136:14 141:9 143:14 153:6 157:22 160:5 162:11 171:8,10 177:18 180:14 182:7 184:3,12 185:6,14 185:19 187:12 188:8
**nitrosamines** 1:1 4:4 5:16 6:1,3,6 6:16,21 7:18 15:8 16:20,22 17:5 18:10 19:6 20:1 20:19,22 21:7 22:1,14 23:3,19 24:13,14 25:9 26:9,11 27:6,9,12 27:22 28:2 29:17 30:2 31:5 32:4 33:10,21 35:7 41:20 44:20 46:2 46:5,7 48:6,12 49:10,14,18,20 51:6 52:17,22 53:16 55:9 58:17 58:22 59:6 60:15 60:16 61:1,21 62:5 63:10 64:6 69:18 71:15 72:11 72:17 73:3,7,20 77:12,14 79:18 86:3,9 92:17,22 93:4,5,8,18 94:5 95:4,7,11 96:8,10 97:9 100:4 101:6 103:9,14,19 104:2 104:9 106:10,17 106:20 107:8,21 108:9 109:15,22 110:16,18 111:11 111:19,21 114:5 114:19 115:3 118:21 119:13,15 119:17 120:4 122:14,16 125:22 130:17 131:6,10 132:12 136:4 137:12 139:22 140:1 142:16,22 143:9,18 145:7,9 145:11,21 146:1 149:18 150:12 152:7 154:10 155:11,16 156:22 157:2 158:3 164:14 167:1,2 170:19 171:4,8,21 172:16 176:13,17 180:11,12,22 181:1 182:4 183:15 184:15,19 185:11 187:2,18 188:3,13,17,19,22 189:7,8 190:7,10 190:14 191:10,19
**nitrosatability** 30:8
**nitrosatable** 67:17 128:10,19
**nitrosatablity** 67:15 68:6,11
**nitrosate** 121:14 121:15
**nitrosated** 30:5 67:21
**nitrosating** 118:17 121:18 176:15
**nitrosation** 18:14 30:7 38:13 43:7 43:10,11 44:16 45:3,10 46:1,18 172:4 178:11
**nitroso** 29:9 65:9 66:7,9 67:12 68:3 69:1 71:6 80:2,5 81:10 119:4 140:7 140:10,19 141:1 141:12 179:4,8,16 181:3
**nitrosodiethanol...** 71:20
**nitrosodiethlya...** 148:7
**nitrosodiethyla...** 152:2
**nitrosodimethyl...** 148:7,22
**nitrosoproline** 35:19,20 36:2,5,9 43:1,5 69:8 172:11
**nitrous** 94:4 98:21 98:22 99:14 100:7 101:3 102:1,5 103:1,12,13,18 142:3

**nmo** 180:20
**non** 45:22 63:13 65:6,9,11 67:3 71:21 72:14 130:3 162:22 167:10
**normal** 8:16 19:11 19:11 132:3 154:22 156:14
**normally** 118:5 130:2 175:3 178:3 178:14
**notary** 194:1,19
**note** 149:3
**notice** 137:1
**noticed** 71:16 98:12
**novel** 180:13 182:4,6 184:3
**novo** 88:17
**nox** 128:15,19 129:3 142:5
**ntp** 175:17,21
**nucleotides** 65:14
**nullable** 94:11
**number** 12:8,20 22:22 23:9 52:10 57:4 58:11,13 70:14 71:1,22 74:6 85:8 86:18 88:8 106:4 138:11 161:17 167:16 173:15 177:5 187:22 188:1
**numbers** 8:10 12:17 40:19 44:6 53:19 62:21 64:4 154:18
**numeric** 42:15
**numerical** 7:12 8:22
**numerous** 22:17 23:17
**nutritional** 11:2,3 178:13,14

**o**

**o** 3:1 4:1
**o'clock** 144:9
**o6** 160:20 161:10 161:20 162:18 163:2,20 171:10
**objectively** 73:19
**observations** 175:14
**observed** 154:9 177:19
**obtain** 137:11
**obvious** 7:9 55:9 128:11
**obviously** 35:5 102:15 135:18 159:2
**occasions** 103:21
**occurrence** 39:11 140:9 141:4,5
**occurring** 99:12
**occurs** 169:1
**oecd** 53:17 54:13 55:5 81:8
**office** 41:4
**officer** 194:2
**oh** 27:19 121:5 126:6 139:15 157:16 164:9
**okay** 11:14 30:19 34:11 49:12 73:16 76:15 80:9,18 85:14 89:13 92:14 119:9 121:5 125:9 126:5 155:9 162:9 168:13 186:2,4,8
**old** 10:1 34:18 35:3 44:2 48:14 166:4
**older** 23:12
**omcl** 138:5
**once** 15:18 44:12 111:10 164:16 186:9
**oncogenes** 162:1
**one's** 106:5
**ones** 47:2 63:10 105:5,5 135:20
**oops** 34:10
**open** 119:2 131:16 160:22
**opera** 62:11
**operate** 161:3
**opinion** 9:15 10:12,22 11:6 26:21 29:10 46:19 47:19 54:20 119:19 156:6 164:6
**opinions** 33:5 49:4 51:5 88:6 132:12 192:6
**opportunity** 51:3 55:15 162:3 169:20
**opposite** 158:14
**optimistic** 69:13 69:21
**option** 131:20 134:4
**order** 6:20 13:6 42:17 44:7 78:10 92:20 98:18 105:16 107:20 109:21 111:4,15 112:4 117:1 149:21 161:13 168:20 187:17
**orders** 8:20 60:11
**organ** 70:18 170:18 171:3
**organic** 141:19
**organization** 138:15 183:13
**organizing** 57:21
**organs** 169:2
**origin** 15:19
**ottawa** 151:2
**ought** 24:3
**outcome** 150:4 194:15 195:12
**outlined** 16:4 105:19
**outs** 156:10
**outside** 19:17 71:16 102:10
**overall** 13:5 14:12 25:7 43:15 44:9 48:4 49:5 111:16 112:13 160:11
**overexpressing** 156:9
**override** 80:6
**overwhelm** 24:2
**overwhelming** 64:7
**oxidant** 22:12 127:6
**oxidants** 44:19
**oxidative** 38:12
**oxide** 22:22 178:7
**oxides** 103:18 117:22 121:12
**oxidized** 120:10

**p**

**p** 2:1,1 4:1 59:19 59:21
**p.m.** 193:5
**p450** 169:1 170:1 171:2,15,17
**packaging** 93:10 118:14 119:5 125:14 129:4 191:3
**page** 3:2
**painter** 1:7 2:3 4:2 144:16
**pancreas** 169:6
**panel** 28:9 108:21 109:20 117:12 176:12

**panelist** 2:4,5,6,7 2:8,9,10,11,12,13 2:14,15,16,17,18 2:19 5:3 85:1
**panelists** 3:5,7,8,9 4:9,12 12:16 45:16 73:14 140:6 144:11 150:1 154:21 182:6 183:20 192:18
**paper** 163:14 164:1 166:1
**papers** 40:22 44:18 74:8 162:21 164:4 165:20 166:4
**paradigm** 183:2
**parameter** 189:11
**parameterize** 60:2
**parameters** 39:3 49:19 59:21 83:3 83:5 93:10 161:12 179:13 187:12,17
**parenthesis** 180:19
**part** 26:12 78:15 78:16 79:15 86:19 86:21 89:6,12 94:6 96:2,3 99:2 102:22 104:11 105:15 106:17 119:10 121:1 122:20 126:18 137:21,21 141:4 144:20 158:22 159:5
**participating** 192:14
**participation** 192:3
**particular** 14:16 25:8 32:8 40:6 43:15,19 44:9 51:5 54:16 60:6 80:20 89:8 94:22 95:13 103:8 106:7 107:15,15 108:1 109:4 112:16 115:4 116:16 120:5 128:1 134:2 136:10 138:20 143:15 163:13 188:17,22 190:18
**particularly** 8:11 26:10 49:9 51:7 52:2,6,10 56:3 90:1 91:14 93:6
**parties** 194:11,14 195:8,11
**partners** 113:2 126:15
**parts** 17:4,7 32:18 189:21,21
**pass** 9:6 70:6 79:12 84:17 89:9 110:6 169:17
**path** 191:1
**pathway** 161:20 190:17
**patient** 6:9 17:22 93:7 97:11 111:16 111:20 112:14
**patients** 18:15 190:9 192:1
**pattes** 160:18
**paul** 151:2 171:13
**pay** 190:6
**pde** 149:11,19 150:3
**people** 14:9 16:12 23:12 36:3 37:3,8 37:8,12 39:4,4 40:9,22 44:18 45:9 62:2 71:1 72:9 103:6 104:22 111:21 115:22 124:1 133:2,5 134:8,10 165:18 165:20 170:15 173:7 174:16 175:1
**percent** 13:1,3,7 21:6 23:6,7 25:22 26:1 36:7 72:3,5 79:18 123:1 152:16,16 166:14
**percentage** 36:15
**perform** 74:22 76:7
**performance** 63:21
**period** 95:16 123:6,11 175:13
**periodically** 123:8
**periods** 158:5 175:14
**permeating** 185:16
**permissible** 149:11,16 159:8
**persistence** 163:19
**person** 7:12 40:13 40:13 167:22
**person's** 122:17
**personal** 6:12 10:15
**personally** 9:20 10:6 67:5 168:14
**personnel** 115:20
**perspective** 16:7 47:13 98:10 106:2 108:15 110:13 141:20
**pertinent** 143:5
**pessimistic** 182:9
**peter** 170:13
**peto** 12:22 147:9 166:11 173:20
**peto's** 175:11
**pettes** 169:4
**ph** 171:14 185:13 185:18,21 186:10 190:21
**ph.d** 2:6
**pharm** 106:1 107:17 108:15 134:19 135:3 138:19
**pharma** 68:12 119:11
**pharmaceutical** 17:18 28:3 92:16 92:19 94:22 139:6 143:7,21 144:3
**pharmaceuticals** 26:17 48:17 142:17 176:13 190:11
**pharmacologic** 145:22
**pharmacy** 23:14 24:1
**phenolics** 38:15
**phone** 4:8
**phs** 185:15
**physical** 58:7 62:12,19 63:12 81:19
**physiologic** 15:2
**physiological** 39:3 147:21
**physiology** 178:20
**pick** 7:19 124:4
**picked** 104:8
**picking** 8:21 104:2 124:10 125:5
**picomoles** 180:19
**picture** 167:8
**piece** 106:14
**pill** 18:1 23:14
**pinch** 166:20
**pipe** 183:16
**place** 89:1 104:8 116:3 124:4,8,14

135:6
**placebo** 172:17
**places** 22:15 98:5 99:10,11 106:9
**plate** 185:22 186:11
**platforms** 138:7
**play** 181:7 183:6 186:17
**playing** 185:17
**plays** 38:10
**plea** 11:3
**please** 4:8,14,17 5:4 11:15 18:20 49:3 132:8 143:3 155:5 158:12 165:8 185:9
**plenty** 109:1,12 170:17 171:3
**plus** 25:12 158:19
**point** 8:22 9:14,17 10:17,18 11:4,8 13:12 17:4,6 19:2 20:9 22:7 24:4 28:18 29:1,22 36:6 38:20 42:15 45:5 47:14 54:22 65:7 68:5 74:3 75:22 76:1 77:1 86:19 90:14 95:10 95:16 111:18 115:9 126:7,10 134:21 146:4 157:1 159:6,12 177:4 182:18 185:19 186:14
**pointed** 158:14 162:17
**points** 23:22 68:19 76:20 79:8
**polarity** 69:7
**poly** 23:14 24:1
**polyaromatic** 42:2
**polycyclic** 151:4
**polypharmacy** 112:2
**poor** 73:20 178:19
**pop** 98:4
**population** 12:15 19:12 21:4 23:6 45:9 107:15 108:1
**populations** 32:2 156:12 178:15
**portion** 150:10
**posed** 21:10 108:21
**position** 8:2,4 14:13,22 54:9 66:16
**positioned** 66:9
**positions** 24:10 66:10 69:4
**positive** 57:9 72:1 72:5 78:9 79:19 79:21 184:19 185:3
**pository** 148:13
**possibilities** 91:9 117:19 182:10,18 183:7
**possibility** 71:6 114:12,21 120:7 121:18 127:6 146:11 168:22 169:16
**possible** 18:6 33:10 38:12 46:17 57:3 61:5 64:2 88:9 92:20 93:5 94:18 97:3 98:9 100:5,5,14 105:16 111:2 114:6 116:8 116:9,18 125:10 137:6 142:6 157:7 168:7 176:8
**possibly** 11:19
**post** 169:20 170:4 170:7 191:3
**posted** 138:3
**potassium** 118:5
**potency** 21:14 51:18 56:3 60:7 60:16,18,19 62:4 62:13,17,20 63:14 64:3,10 65:4,13 70:18 79:4,6 82:10 87:4 109:11 146:5 148:11 150:15 151:22 154:5 173:18 180:15 185:11 187:14
**potent** 16:20 63:9 63:10 64:7,8 65:5 65:6,11 72:4,12 72:14 87:20 89:8 109:2 136:5,6 148:20 152:2 154:2,19 188:8
**potential** 9:18,18 11:4 25:10 29:4 30:1 46:18 47:11 54:7 71:17 72:17 106:8,9 118:13 119:13,16 124:18 130:10 134:2 136:19 140:18 141:1,8 157:21 182:5,7 183:7,10 183:14
**potentially** 82:20 99:1 100:13 101:19 119:3 133:16 177:18 179:5
**potentials** 145:11
**practical** 14:8 168:15 178:22
**practically** 82:12
**practice** 29:2,6,7 47:16 55:11 161:15
**practices** 115:17 115:18
**pragmatic** 9:16 28:17
**pre** 41:20 77:1 155:19 186:6,11
**precautionary** 181:22
**precursors** 6:16 98:19 100:3 102:13 104:22 133:17
**predications** 69:19 80:13
**predict** 50:1,5 66:13 78:21 112:11
**predictability** 69:15
**predictable** 87:4
**predicted** 13:10 45:1 62:12,16 63:5 64:5
**predicting** 62:4 82:9
**prediction** 64:3 68:13 73:2,10
**predictions** 50:19 58:7 61:19 84:15
**predictive** 67:14 129:16
**prefer** 9:20 174:11
**preference** 61:3
**preferences** 10:15
**preferred** 177:1
**preformed** 67:12
**preliminary** 62:15
**preparation** 16:8 17:9 22:12 31:17
**prepared** 195:3

**preparing** 71:19
**presence** 111:2 112:5 114:4 119:13 120:2 126:11 144:2
**present** 5:6 17:1,4 17:6 18:10 19:6 19:11 23:2 33:11 35:7,8 49:1 65:8 93:15,16 96:10 111:11 113:20 117:6 120:6,9 122:5 127:13 143:9,14 158:3 178:21 188:4
**presentation** 5:11 67:18
**presentations** 192:10
**presented** 55:22 73:17 143:11
**presents** 107:13
**pressure** 23:15
**presumable** 114:22
**presumably** 115:9
**pretty** 139:4 172:12
**prevent** 93:11 100:1 191:18
**previous** 14:21 34:21 56:19 110:11 115:15 167:10
**previously** 73:5 117:5
**primarily** 33:22 169:10 187:1
**primary** 167:8
**principal** 13:16 14:2 117:16 145:14
**principals** 29:15 29:16
**printing** 118:15
**prior** 194:5
**prioritization** 76:18
**proactive** 124:15
**probable** 155:18 177:20
**probably** 19:10 22:10,11,12 23:4 23:4,8 26:17 42:16,17 46:8 52:3,21 53:22 55:16 56:13 69:6 82:2 84:7 89:4,22 103:12 110:18 118:10 135:13 141:21 152:8 156:5 162:14 171:17 173:15 185:10 186:18,20 187:6 188:15
**problem** 8:11 41:22 61:1,22 63:16 71:4 76:10 76:16 77:21 79:20 80:1 82:21 115:1 118:1 123:22 156:6 183:4
**problems** 39:21 56:13 57:8 60:20 70:13 71:17 164:10 183:15 191:9
**procedure** 30:7 67:11
**procedures** 115:4
**proceeding** 195:4
**proceedings** 194:3 194:4,6,8 195:6
**process** 16:13 27:17,22 28:17 31:1,16 32:10 55:13 76:10 77:8 93:9,22 94:16,20 95:1,3,8,19 96:9 96:22 99:20 101:11,15,17 102:10,19 103:2,4 103:17,19 104:1,5 104:12 115:5 117:20 119:16 122:7,10 124:13 125:1,2 131:8,13 133:6,8,17,21 134:9,13 139:10 143:16 151:11
**processes** 31:22 94:12 115:17 116:14 157:20 158:7 159:10 161:3
**processing** 142:20
**proctor** 74:11
**produce** 29:7 47:16
**product** 17:20 92:19 93:1,6 94:1 106:6,10,18 116:19 117:3 119:19 122:15,17 124:5,17 125:12 127:7,12 131:9 136:18 139:13,19 139:20 140:1,3 142:5 143:9 180:15 188:5 191:2
**production** 6:16 113:18
**productive** 5:17
**products** 8:5 94:8 107:2,12 108:9 109:19 124:1 125:10 136:13 140:9 141:6
**professor** 50:11 69:2
**profile** 75:2
**program** 62:8
**progressive** 17:9
**proline** 36:4
**promising** 63:8
**prompt** 5:5
**proof** 40:3
**proper** 44:10,13
**properties** 58:8 62:12,19 63:13 81:20
**proportion** 71:1,2
**propose** 31:20
**proposed** 187:13
**pros** 49:5 50:4
**protecting** 100:17
**protective** 38:3,4 86:2 181:18
**protocols** 184:5
**prove** 16:14 177:7
**proved** 136:19
**provide** 16:6 84:3 90:2 95:2 144:11
**provided** 138:3,5 187:9
**provides** 138:19
**proving** 176:14
**prudent** 172:16
**pubchem** 53:21 81:12
**public** 1:12 6:11 112:18 174:16 194:1,19
**publication** 186:13
**publications** 150:20 190:3
**publicly** 53:2,11 53:18 54:2 132:14 138:3,6 139:8
**published** 60:3 69:16 71:22 186:3
**pull** 55:16

**pulling** 84:13
**pure** 18:6 71:14 71:15
**pureed** 41:21
**purely** 7:12 42:15
**purge** 96:22
**purged** 133:18
**purging** 95:2 134:13
**purification** 105:1 115:7
**purified** 95:3 117:21
**purity** 72:3,10
**purpose** 78:12 137:20
**purposes** 54:15
**put** 53:13 56:2 76:8,22 79:8 103:7,16,22 122:21 123:3 187:13
**putting** 47:11 87:6 131:17
**puzzles** 175:7
**pyridine** 66:17
**pyridines** 66:9

**q**

**qsar** 49:20 50:5,14 51:12 53:17 54:13 58:2,5 60:9,10 61:3,20 62:19,22 63:12 70:20 71:11 72:8,18 76:11 78:10,15,19 79:2 79:6 80:13 81:8 85:22 87:9,14 174:9 182:3,9,12 188:14,14,16 189:4
**qsars** 58:20 59:3 59:18 60:3,14 78:20
**qualification** 115:22
**qualified** 194:7
**qualifying** 106:22
**quality** 18:4 33:10 71:11 72:10 79:9 83:13 112:3 115:18 124:16 133:4,5,6 139:14 190:8
**quantification** 179:9
**quantify** 23:5,8 46:17
**quantitate** 10:22
**quantitation** 131:5,13
**quantitative** 46:22 58:3,6 59:9 84:3 157:3
**quantity** 119:18 130:3
**quantum** 60:4 83:5
**quenching** 95:20
**question** 3:5,7,8 4:22 5:20,22 7:6 9:4 12:2 14:10,22 16:13 19:16 20:3 20:12 26:13 28:9 41:11 48:2 49:12 49:14 51:11 59:14 73:15,22 74:19 77:18 79:15 80:11 80:15,16,17 81:5 81:22 82:7,15,16 83:20 84:17 85:5 85:19,20,21 86:14 87:14 88:1,20,21 89:6,12,13,19,19 92:6,7,12,14,15 92:17 93:16 97:16 98:13 104:17 105:14,15,18 106:17 110:15 111:14 120:16 121:21 122:14 125:8,9,19 127:9 127:17 128:2,8,20 129:22 130:13 132:7 137:4 139:11 140:6,21 141:5 142:11 145:6 147:5 148:3 149:5 153:3,4,17 154:21 155:10 157:9 158:9 162:9 162:15,20 165:10 167:1 173:15 174:2 175:7 176:11,21 177:21 179:2 180:6 181:13,15,16 182:2 184:2,10
**questioner** 91:21
**questions** 3:9 4:16 4:17,19 5:8,20 8:16 32:9 37:19 41:16 44:7 49:15 73:13,17 77:11 85:20 105:4 108:21 119:9 137:1,2 144:10,10 144:22 154:13 183:17,20 190:12
**quick** 49:2 50:15 62:9 84:19 137:4 142:8 184:13,21
**quicker** 83:17
**quickly** 172:20
**quite** 10:20 26:17 27:10 31:3 35:17 36:10 37:16 39:1 46:19 47:4,5 52:11,21 55:14 57:4 64:21 69:1 70:17 74:7 77:17 78:2 82:1,1 83:2 86:15 87:5 88:12 101:5 102:20 126:22 155:18 157:21 178:5 179:18
**quote** 21:3 42:5
**quoted** 40:19
**quotes** 132:17

**r**

**r** 2:1,10 4:1 80:5
**radiation** 145:7,8 145:20 146:19
**raises** 154:13
**random** 37:12,12 40:10
**range** 31:4,10 37:13,14 45:12 77:14 94:7 135:6 137:22 139:4 149:15 164:12 166:10 167:1,2,18
**ranges** 147:16
**ranitidine** 96:16 140:14,16 141:18
**rapid** 57:4 76:17 84:1,19
**rapidity** 85:9
**rare** 156:16
**rat** 67:3 160:13,15 169:9,18 170:12 171:7,9 178:15,15 178:20 184:8,13 184:16,16 186:20
**rational** 57:21 61:4 87:11 127:11
**ratios** 127:10,19
**rats** 165:3,21 166:9 178:4,6,7
**raw** 115:20
**reach** 52:7 56:14 90:2,3,11 169:20
**reached** 125:15
**reaches** 147:19

**reaching** 119:12
**react** 100:19 140:18
**reacting** 114:19
**reaction** 38:14 83:10 95:15,20,21 95:22 116:3
**reactions** 98:3 99:6 127:22
**reactive** 82:8 87:17 88:14 94:2 130:8 173:16
**reactivities** 49:17 72:13
**reactivity** 50:6 55:17 56:10 59:22 60:2 75:14 81:18 83:14 87:1,2 187:16 188:18
**read** 49:17 50:14 50:21 51:12,14,15 52:3,9,16 54:8,12 54:18 55:12 56:12 56:14,16 57:3,11 57:15 58:5 61:3,5 61:20 65:3 69:13 70:20 72:8,18 73:17,22 74:4,5,7 74:9,22 75:5 76:3 76:12,15,17 77:3 77:8 83:21 84:1 84:10,12,20 86:15 87:8 89:14,21 90:1,6,11,14,17 91:16,19 92:2,3,8 153:17 179:19 180:8 182:3,10,11 189:4
**reading** 55:3 57:9 86:12 87:22 143:12
**ready** 63:1
**reagent** 102:4,6 103:7
**reagents** 102:17 104:5 116:5
**real** 13:19 32:12 33:1 97:8 106:2 129:7 139:5 142:8
**realistic** 39:1 153:15
**reality** 57:7,11 82:20
**realize** 53:22
**realized** 29:12 68:7
**realizing** 133:15 136:10
**really** 10:12,17 15:6 21:8 26:12 26:22 27:3 28:14 28:19 29:14 30:4 32:3,4,10,21 37:22 38:10,19,19 38:20 43:5 44:16 46:16,20 47:6 48:18 51:1 53:4 54:19 55:20 56:9 61:11,17 64:8 67:10 69:20 70:4 72:8 76:12 78:22 80:3,14 81:9 82:14 89:18 97:16 98:2 103:10 106:21 107:20 108:12,14 110:12 110:14 111:14 118:9 122:2 124:2 135:8 137:8 138:6 139:20 141:9,16 141:16 142:11,21 143:5 147:12,20 148:15 154:11 157:1 158:22 171:12 172:2 175:8 181:14 188:14 191:21 192:2
**realm** 131:15
**reason** 20:21 38:17 39:8 139:9
**reasonable** 10:4 10:16 34:1 62:17 112:2 113:4,9 147:4
**reasonably** 145:13
**reasons** 118:7 145:22 160:7
**recall** 147:7 178:18
**received** 5:1
**recognize** 14:7 28:15
**recognized** 183:8
**recognizing** 62:1
**recommend** 76:14 179:10 182:6 184:5
**recommendation** 59:3
**recommendations** 184:9
**recommended** 179:10
**reconsider** 38:11
**reconsidered** 38:11
**record** 85:17 144:15 194:9 195:5
**recorded** 192:9 194:6
**recording** 5:11 194:8 195:4
**records** 46:21
**recovered** 96:6,7 96:11 116:11
**recovering** 116:10
**reduce** 92:21 93:12 105:16 107:5
**reduced** 194:6
**reducing** 95:7 107:21
**refer** 83:4
**reference** 9:17 11:4 28:18 53:12 83:20
**references** 40:22
**referencing** 62:13
**referred** 31:3 43:6 175:8
**referring** 79:1
**reflect** 148:10,17 150:14 151:18
**reflecting** 146:6 151:22
**refresh** 51:4
**regard** 51:6 52:2 54:6 59:10 93:17
**regarding** 4:16 105:15 130:1 149:5 179:11
**regardless** 181:19 182:17
**regards** 23:20
**regimes** 37:6
**regression** 58:12 62:18
**regular** 19:21
**regulate** 19:5 24:3 32:3
**regulation** 18:22 19:9 30:11
**regulators** 18:3 109:21
**regulatory** 5:22 7:13 19:21 52:2 53:3 90:13 97:17 108:12 113:2,7 126:15 174:8
**reiterate** 99:10
**relatable** 59:13
**relate** 92:4 174:2

**related** 41:6 49:18 59:22 61:19 98:13 122:7 140:7,19 151:3 156:20 179:4,7,16 194:11 195:7
**relation** 12:2 167:13 179:4,16
**relationship** 157:3 164:18
**relationships** 56:2 58:3 59:9,17,20 68:22 69:14 156:13
**relative** 17:15 18:10 30:20 33:12 84:4 194:13 195:10
**relatively** 10:9 28:15 36:12 57:4 60:18 70:16 82:22 114:2
**relevant** 73:19 90:12 121:17 155:13
**reliability** 43:22 50:5 90:20
**reliable** 36:8,10 38:21 39:9 43:4 43:18 44:5 47:2 65:4 68:14
**reliably** 45:7 48:13
**relying** 148:8
**remain** 144:3
**remaining** 5:19
**remains** 64:4 73:9 108:8
**remark** 153:13
**remember** 22:19 23:11 70:15 150:20 160:11 163:13,17 164:2,4 171:15
**reminder** 4:5,7
**removal** 134:16
**remove** 95:4
**removed** 102:13 133:9,12,13
**repair** 89:17 155:1 155:10,20 156:1,3 156:8,15,21 157:4 157:12,15,19 158:7 159:15 162:13 163:3,12 168:3
**repaired** 155:19
**repairing** 165:15
**repeat** 9:15 47:10
**repeatedly** 60:15
**repetitive** 45:20 46:11
**replacing** 90:8
**replicating** 90:13
**replication** 159:11
**reported** 1:20 185:11
**reports** 120:3
**represented** 63:14
**represents** 79:20
**require** 48:6,7 50:17 138:1 176:17
**required** 57:2 110:20 112:12 182:16
**requirement** 137:15
**requires** 100:7,8
**research** 28:21 37:17 46:16 138:15 146:11
**researcher** 18:22
**reservation** 159:8
**reservations** 11:20 159:18
**residual** 103:15,22 124:20 125:1
**resistant** 156:9
**resolution** 138:10
**resolves** 80:10
**resources** 53:11 53:15,20 54:17 61:2 77:20 112:15
**respect** 20:17 48:17 61:20 79:20 85:6
**respond** 155:3 159:12
**responding** 110:11
**response** 20:12 24:20 105:21 145:21 146:1,15 149:8 150:10 151:9 157:13 158:16 159:1,5 162:22 173:21
**responses** 72:13 151:5
**responsible** 17:18
**rest** 181:6
**restricted** 63:2
**result** 13:10 15:4 16:9 17:8 46:1 72:6 87:17 132:3 156:17
**resulting** 46:6
**results** 44:21 63:6 83:7 151:13
**resume** 144:9
**retrofit** 176:8
**returning** 15:2 85:15
**review** 5:2 53:5 69:16
**reviewing** 86:20
**reviews** 53:4
**rice** 2:11 14:19,20 16:15 72:21,22
**rich** 7:1 51:21,22 52:18,20 54:7 82:1
**richard** 2:13 67:19
**richness** 67:18
**right** 7:7 26:8 31:17,21,22 36:15 42:7 45:7 47:7 50:10 58:13 85:4 87:5 94:6,13 95:13 96:2,4,20 107:11 108:13 122:1,21 123:12 126:9,17 127:20 129:4,8,12 135:21 137:17,20 140:12 148:1 153:2,16 160:7 172:15 173:7 174:14 177:8,16 182:1 184:11 191:7
**rise** 13:2,13
**risk** 1:1 3:4 5:21 7:20 8:22 9:4,19 10:21 11:5 13:8 13:11,14 14:11 16:12 19:7 20:6 21:10,17,18 23:9 25:7,11,18,20,20 26:13 27:11,13 28:19 29:4 30:1,6 43:15 44:10 47:19 73:20 76:19 92:5 96:9,21 100:3,19 101:2 107:3,5,14 108:3,14,17,19 109:4,10,16,18 110:3 111:16 117:7 119:11 123:8 128:12 130:15,21,22 131:1,7,9 132:1,2 136:2,9,10 139:11 141:21 142:8 147:3,12 151:20

155:1 157:4,5,11 158:20 159:10 160:11 164:19 168:17,20 175:22 188:2 189:8 191:10 192:1
**risking** 159:14
**risks** 14:14 20:18 20:18 21:13,22 132:14 176:3
**robert** 2:19
**robust** 78:12 135:13
**rodent** 63:1,3,22
**role** 38:10 43:13 181:7
**room** 123:4
**root** 106:7,13 122:3
**rough** 30:8
**route** 83:14,14
**routes** 105:20
**routine** 132:4
**routinely** 132:20
**rugged** 68:9
**rules** 4:6 47:16
**running** 159:15
**runs** 21:5

**s**

**s** 2:1,12 3:1 4:1
**s9** 184:7,13,16,17 184:18,22 186:19 186:20,20
**sabers** 152:12
**safe** 6:11 93:13 97:11 108:13 109:7 114:2 145:12 154:1 162:11 176:18
**safety** 8:6 41:4 92:5 110:13 111:16,20 112:14 132:10 145:7,9,20 150:7
**saliva** 178:8
**salmonella** 185:22
**salt** 42:1 118:6,8 166:20
**sample** 31:17 72:3
**sanitation** 115:18
**sar** 85:22 86:1,13 89:14 91:18
**sartan** 114:14
**sartans** 98:1 101:22
**satisfy** 161:17
**sausage** 31:9
**saw** 44:21 72:2 98:1 160:12 169:4 184:11
**saying** 10:12 11:16 18:11 22:5 23:5 25:17 27:19 40:7 55:10 87:6 90:4
**says** 125:20 130:21
**scenario** 99:21 107:14 180:4
**scheme** 99:13 101:7
**science** 107:6
**scientific** 86:7 90:7 132:9 192:6
**screen** 4:19
**screening** 76:17
**scrutinize** 119:3
**se** 121:17
**search** 81:13
**searched** 53:16
**second** 5:16 24:9 54:18 67:13 68:5 73:5 78:16 79:2 85:10 89:6 106:17 128:6 144:20
**secondary** 94:3 98:20 99:17,18 116:15 118:21
120:6 124:19 130:7 140:17 141:11,13,20
**secondly** 70:22
**see** 4:21 12:1 28:8 35:4 41:10 42:9 43:20 58:19 65:12 68:14 81:14 84:18 96:22 107:8 136:22 145:6 154:13 156:7 160:19 161:1 162:21 163:1,14 164:14 169:9 170:21 173:21 191:12,20
**seeing** 87:2,7 102:15
**seen** 12:13 55:21 59:17 60:2 98:4 98:11,22 99:11 103:11,13,14,21 107:1 108:8 112:9 146:3 162:20
**send** 15:13
**sense** 10:3 11:6 20:7 33:5 45:11 84:4 146:9,19 161:13 168:15 181:3
**sensitive** 48:7 106:22 131:4 138:12 184:16,17 184:18 186:18
**sensitivity** 185:20
**sent** 5:1
**sentiment** 87:10
**separate** 9:3
**separated** 101:8
**separately** 51:13 89:15
**series** 36:1 66:8 184:20 187:1
**serious** 44:8 156:17 176:9
**session** 57:13 174:3
**set** 8:9 37:4 44:12 47:16 82:22 126:18
**sets** 74:6
**setting** 8:1 157:14 174:7 179:5,13,17
**seven** 85:19 92:14 92:17
**severe** 136:21
**shape** 176:8
**share** 105:9
**shelf** 43:9 97:7 104:11 122:17 123:7 125:11 126:2 129:13
**shifted** 175:21
**shine** 73:8
**short** 66:14 157:22 158:5 162:12 175:13
**shortage** 107:19
**shortages** 136:20
**shortcomings** 44:3
**show** 103:8 126:3 143:18 150:21 176:16
**showed** 67:1,22
**showing** 25:13 30:17 67:20 70:16 148:19
**shown** 86:2 163:10 171:14
**shows** 68:10 89:19 148:8
**side** 28:20 66:2 95:21,22 98:3 99:5 140:2,3 149:3
**sides** 24:10

**signal** 85:3
**signature** 194:18 195:14
**significance** 12:9 168:17
**significant** 11:21 14:1 42:1 74:21 76:2 127:22 188:21
**significantly** 135:17 149:20
**silico** 49:22 51:2 57:1 68:13 84:14 85:8 90:11
**similar** 34:2 51:20 54:21 55:2,8 86:15 110:14 180:3
**similarities** 73:4
**similarity** 50:2 54:19,19,22 57:5 75:21 90:22 180:1
**similarly** 49:17 52:14
**simple** 38:20 52:12 68:12 74:1 77:16 80:2 94:6 102:12 156:7 181:1
**simplest** 93:21
**simplify** 91:6
**simplistic** 15:1
**simply** 33:9 40:10 59:18 68:10 81:3
**single** 41:19 104:5 104:5 133:3 156:1 162:4
**site** 180:20
**sits** 122:17
**sitting** 128:22,22
**situation** 27:18 33:16 39:5 60:17 77:2 182:21 183:5
**situations** 157:20 158:3
**six** 36:6 49:12,14 85:20 125:15 185:18,19,21 186:9,14,14
**sixth** 23:13
**size** 77:14
**skills** 194:10 195:6
**slides** 192:12
**slight** 188:20
**slightly** 34:20 91:7
**small** 16:8 22:13 22:14 46:9 57:4 58:11 72:11,11 87:9 100:18 114:20 128:10 130:12 166:13 170:2
**smaller** 12:13 15:11 58:18 149:1
**smoked** 41:20,21
**smoking** 129:1 156:20
**sodium** 102:18,18 114:16 118:5
**software** 40:11 49:22
**solid** 10:20 28:15 122:9 128:18
**soluble** 133:11
**solution** 183:16
**solve** 76:16 129:3
**solvent** 95:14,17 96:11 114:20 116:7
**solvents** 96:6,6 111:1 116:5,6,10 116:11
**somewhat** 10:7 63:7 86:1 135:19
**sophisticated** 48:8 142:14,18
**sorry** 34:10 64:20 89:3 126:6 143:2 159:10 165:6 169:22 173:4,5 177:17
**sort** 9:22 64:6 75:4 108:6 129:2 183:6
**sorts** 8:7 54:15
**sot** 55:22
**soterios** 2:6
**sounds** 7:22
**source** 6:17 54:7 74:17 121:13 130:10
**sources** 12:6,7 14:5 41:20 42:2 48:12 111:1 118:13 158:18
**south** 31:7
**southern** 129:12
**space** 80:12,16 86:8
**speak** 122:19 148:18 156:22 178:7
**speakers** 14:21 26:14
**speaking** 4:8,14 5:4 9:12 111:17 117:14 155:11 158:16 163:5,6
**speaks** 126:10
**specialists** 66:12
**species** 109:2 160:18
**specific** 40:14 67:20 83:10 106:10 108:6 128:3 136:12 157:1 187:20
**specifically** 52:3 90:3 179:15 180:13
**specification** 134:6
**specificity** 70:19
**specified** 126:1
**speed** 139:10
**spinach** 17:12
**split** 66:3
**splitting** 68:1,2
**spoke** 86:16
**sponsor** 113:3
**sponsors** 112:3
**spontaneous** 21:4
**spread** 60:12 64:9
**sruthi** 2:15
**stab** 157:17
**stability** 82:7 96:13 122:21 123:2,20 125:16 128:9,14,20 129:17,21
**stable** 97:9 125:21 150:22 185:15
**staff** 107:19
**stages** 93:8
**stand** 76:15
**standard** 122:22 129:20 158:20 184:4
**standardized** 31:22 33:1
**starch** 120:18 121:3
**start** 7:3 16:9 48:18 50:7 51:13 56:20 74:14 77:15 78:3 81:7 86:11 113:22 119:21 132:19 145:15,17 156:2 180:5 185:17
**started** 4:5 7:8 11:16 30:17 58:12 165:18

**starting** 5:20 23:13 52:12 99:19 100:15 104:11 131:18
**starts** 13:12 58:5
**state** 39:3,4 46:14 122:9 126:8 137:14 142:13 194:20
**stated** 6:15 12:16 79:17 116:15
**statement** 78:3 86:12
**states** 37:18
**status** 11:2,2 34:6 116:18 178:13,15
**steaming** 42:6
**stearate** 120:22
**stemming** 68:8
**stems** 63:20
**step** 93:22 94:21 94:21 95:1 99:21 100:13 101:3,8,18 102:3,11 133:10 134:3 143:11,15 143:16 182:13
**stephen** 2:12
**steps** 60:6 85:11 93:11 94:14 95:2 95:19 101:4,8 104:5 105:1 114:3 130:20 132:18 134:10 156:2
**steve** 28:14 147:15
**stewart** 69:16
**stoichiometric** 127:9
**stomach** 169:5
**stop** 97:12 140:4
**stopped** 85:4
**storage** 93:10 128:13,14
**store** 22:15
**stored** 123:4
**story** 142:20
**straight** 77:18 118:3 164:18
**strains** 184:20,22
**strategies** 105:21 131:16
**strategy** 99:7 100:21 104:15 131:15
**strength** 54:9,9
**strengths** 70:12
**strike** 30:22
**strong** 57:10 60:13 80:4 118:16
**strongly** 15:20
**structural** 49:17 50:2,10,14 55:18 56:2,3,9,10,19 58:8 59:8 61:4 70:17 73:3 86:8 86:22 87:7 180:1 182:19
**structure** 30:4 53:13 55:11 56:8 58:3 67:16 68:22 69:14 71:7 74:14 74:16,19,21 75:1 81:18 83:8 86:6 88:6,7 141:10 142:9 187:16 188:20
**structures** 27:6,9 53:14 67:20 75:10 80:19,22 81:5 140:13,16
**struggle** 58:22
**struggling** 97:18
**stuck** 71:4,5
**studied** 79:18
**studies** 36:1 37:2 40:8 41:3 43:4,5 43:16 44:13,14 63:7,12,22 72:10 72:17 124:6 160:13 167:7 168:12 170:18 171:4 175:13,20 177:19 182:5 189:15
**study** 17:3 37:5 63:21 67:7 68:5 166:8 173:6,20 176:2,2,3
**studying** 147:18
**stuff** 41:17
**sub** 55:13
**subbed** 66:11
**subject** 38:18
**subjective** 54:20 73:18
**subjectivity** 149:9
**submit** 4:17,20
**subsequent** 95:2 95:19
**substance** 17:20 78:22 94:1 140:19 140:22 188:4
**substances** 62:22 81:3 140:17
**substantially** 47:3
**substitute** 69:4,11
**substituted** 66:7 66:10
**substitution** 56:4 69:3
**subtle** 58:18
**subtleties** 56:8 59:1 83:9
**subtoxic** 164:12
**succeed** 126:1
**succeeded** 144:1
**success** 142:20
**suddenly** 94:9 159:13
**sufficient** 77:4 78:1 110:17 114:15 182:4
**sufficiently** 76:2 78:11 125:21 170:10
**suggest** 154:3
**suggested** 27:3 187:13,21
**suggesting** 159:14
**suggestion** 67:13
**suggests** 176:12
**suitability** 32:8
**suitable** 86:3
**suitably** 55:2
**sum** 24:13 152:20
**summarize** 48:1 60:22 142:11 187:11
**summary** 3:10 25:9 49:3
**summer** 129:12
**supplement** 54:2 57:3 84:1
**supplementing** 56:21
**supply** 96:4 97:1 112:7 123:6
**support** 76:6 84:1 84:20 109:1 137:9 149:11
**supportable** 86:9
**supported** 53:1 61:5 182:12
**suppose** 19:3,9 115:2 167:2 170:8
**supposedly** 71:21 72:14
**suppressed** 170:9
**sure** 5:8 10:4 27:11 31:15 35:13 35:14 88:4 104:14 117:4 124:9 133:21 167:17 170:22 172:12 175:8 179:18,19 181:2,6 184:5

**surely** 60:4 119:15
**surface** 7:10
**surprise** 59:19 132:17
**surprised** 96:4 101:5,22
**surprises** 98:3
**surrogate** 109:8 179:3,8,12,19 180:2
**surrogates** 179:16
**surrounded** 20:2 70:4
**surveys** 40:2 143:18
**survival** 175:22 176:4
**susceptibility** 156:15,18,22
**susceptible** 156:11
**suspect** 54:4 81:22 89:4
**suspecting** 13:21
**suspicion** 39:1,14
**swann** 170:14
**swansea** 163:10
**sworn** 194:5
**symposium** 71:19
**synthesis** 94:21 111:4 116:4 139:17
**synthesize** 190:18
**synthesized** 71:15
**synthetic** 96:9 99:13,20 101:7 190:17
**system** 45:2,2 67:14,14 70:20
**systemic** 15:4
**systems** 44:12 68:13 71:11,13 72:18

**t**

**t** 2:19 3:1,1
**ta100** 184:13,20
**ta1535** 184:13,20
**table** 69:17 187:13
**tablet** 18:1 122:9
**take** 8:17 14:9 17:16 19:16 20:4 23:3,14,15,16,17 24:3 28:18 29:21 30:10 33:6,13 35:2 37:3 41:1,14 42:1,8 47:8 62:9 72:4 76:4 79:15 82:19 83:1,19 85:1,14 109:19 113:13 115:6 136:17 137:6 144:7 152:13,16 157:17 161:5 165:1 166:19 177:2 178:10 187:15 189:1 191:16
**taken** 6:7 15:17,18 29:13 42:8 51:3 93:7 114:4 127:1 135:11 176:4 179:11 190:8 194:3,12 195:9
**takes** 6:8 53:7 179:20
**talk** 71:19 86:14 128:3
**talked** 45:20 110:22 111:22 113:19
**talking** 18:12,16 18:17 27:7 40:20 41:7 75:3 85:4 91:11 101:14 125:22 130:9 158:2
**tap** 54:5
**target** 16:5 69:18 74:16 138:18 146:6 160:14
**task** 46:19 97:19 98:11 143:22
**taste** 42:4
**td** 21:14 149:2 151:15,18 157:11
**td50** 59:4,19 63:1 64:10 84:5 113:12 148:9 175:2,9 176:8
**td50's** 62:21
**td50s** 62:16 63:4 63:19 64:6 175:12
**team** 4:20 5:1
**tease** 42:9
**technical** 44:5 45:6
**technically** 47:16
**technique** 31:18
**techniques** 32:7 52:10 111:10 142:15,18
**technology** 137:18 139:4,7
**tell** 15:15 69:19 80:18 101:13 133:2
**telling** 34:21
**temperature** 123:4,4
**temperatures** 190:21
**tend** 161:18 174:8
**tens** 168:10
**term** 50:16 51:15 52:19 86:13
**terminology** 91:15
**terms** 8:3 10:22 17:13 28:16 30:11 43:21 56:3,13 60:9 74:9 75:2,9 75:18 78:15,16 81:17 84:19 86:22 87:8 90:3,10 91:13,16 93:21 112:7,17 113:15 122:6 150:1 154:5 154:7 160:16,16 168:17,18 172:13 174:15,17,20,22 178:6 179:5,12 181:22 187:12 189:19 190:9
**terribly** 48:14
**terrific** 61:17
**tert** 65:21 66:3
**tertiary** 67:21 94:3 98:20 99:16 99:18 102:7 116:15 124:19 141:18,18,21
**test** 57:16,18,18 68:8,9,12 72:2 84:2 90:8 91:3 96:21 131:18 133:3 134:8 178:4 178:22 182:14 184:4,13,22 185:1 185:3,12 186:11 186:18
**tested** 71:22 77:14 78:13 123:8 183:1 184:3
**testifying** 194:5
**testing** 82:3 96:20 122:21 128:13,14 130:16 131:2,2,3 131:11,17,20,22 131:22 132:4,20 133:4,19 138:16
**tests** 50:16 57:5 179:1
**thank** 4:2 5:13 7:6 9:6,7,11 11:8,9 14:18 16:14,15

20:11 22:1,2 24:5 24:6,8 26:5,6 28:6 30:12,13 33:2,3 36:18,19 40:5 42:19,20,22 45:14 45:15 46:13 47:21 50:8 61:6,8,13 64:17 68:17,18 70:1,5,6,9 72:19 72:20 73:11,12,22 77:9,10 78:7 79:13,14 82:5,6 83:18 84:22 85:12 85:16 87:13 89:11 92:10,11 93:20 97:13 105:9,10,14 110:8,10 114:8 115:11,12,14 117:10 119:6,7 122:13 123:15 125:7 127:8 130:15 132:16 134:15 136:22 140:4,5 142:10 144:5,13 146:20 153:17 155:8 157:7,8 161:8 162:7 164:21 180:7 181:11 185:7 187:7 192:7 192:14,15,17,22 193:1,2,3
**thanks** 61:14 114:7 132:15
**theoretically** 100:3
**theory** 50:14 79:5
**thing** 7:7 18:11 27:5 41:2,6 54:10 60:8 71:18 76:8 78:18 85:7 101:4 101:21 104:6 123:19 128:9 129:2,4 138:17 139:16
**things** 7:9 22:9 23:1,17 24:18 30:22 33:13 34:19 39:6 41:17 42:7,9 42:14 56:21 75:21 85:9 96:18 97:2 97:21 98:12 99:12 101:10 102:14 103:20 106:3 118:4,11 119:1,3 121:18 125:6 129:10 134:9 139:9 144:3 175:17 184:1 188:17 189:2 191:18
**think** 8:8,11 10:4 10:20 11:7 12:15 13:16 14:2 15:5 15:13 16:12 18:9 18:11,18 19:8 20:11,13 21:1,16 22:13,16 25:2,9 27:3,15,18 28:14 28:17 29:20,22 30:9 31:2,13,19 31:20 32:5,10,12 32:15,21 36:7,10 37:12 38:9,18 39:8,13,18 43:2 43:12 44:6,10,13 45:2,20 46:16,22 47:11,22 49:5 50:12 52:15,16 54:15 57:16 58:17 58:22 60:1 61:2 61:21 64:1,14,19 65:17 67:5,10 68:5,6,11 72:7,15 73:4 74:13,13 76:15 80:21 81:16 84:16 85:7,18 86:13 91:22 94:7 94:19 97:17 98:8 98:21 100:20 101:12,14,16,20 106:8,14,19 107:2 108:8,18 110:5,11 110:16 113:21 114:5,10,13,14,21 116:21 117:15 120:1,3,8 121:15 121:19 125:18 127:4,17 128:7,9 128:11,14 129:6 129:10 132:11,19 133:5,7,12 134:18 134:19 136:3,14 137:17 138:3,13 139:3,5,18 140:12 141:19 142:10 143:5,9,19 145:19 146:7,12 147:3,15 148:8 149:7 150:7 150:14 152:4 153:21 154:12 157:17,18 158:2 158:14 162:14,16 163:22 168:4 171:1,13,18,22 172:7,10,13 173:14,20,21 174:1,18 175:19 176:20 177:3 178:2 180:5,7 181:7,21 182:10 182:15,18,19 183:1,21 184:1,17 187:4,10,11 190:4 191:6 192:2
**thinking** 8:3 30:18 52:5 61:21 76:11 76:12 103:3 104:4 104:6
**third** 36:7 96:12
**thoroughly** 133:13
**thought** 14:21 42:16 58:6 102:12 102:19 111:10 114:18 133:14 134:10 153:16 161:21
**thoughts** 83:22 180:2 181:10
**thousand** 35:12 108:19 151:20 191:13
**thousands** 13:20
**three** 8:20 17:6 20:12 23:22 52:15 66:10,11,18 134:4 148:11 152:3
**thresher** 53:6
**threshold** 45:21 109:18 145:8 146:1 147:11 162:19 163:7,15
**thresholds** 162:13
**throw** 64:22
**tied** 141:15
**tim** 135:4 149:5 153:20
**time** 5:5,9 8:12 9:21 35:2,4 41:7 42:13 44:16 47:8 47:9 48:7 58:9 79:6 83:2 85:4 95:16 96:15 110:17 121:13 123:6,12 125:13 133:3 137:2 138:9 157:22 158:5 163:1 183:22
**timeframe** 10:4
**times** 22:17 35:12 36:6 38:22 68:7 99:3 103:6,12 124:21 139:16 148:11 149:17 170:5 180:22

**timetable** 175:3,8
**timothy** 2:18
**tiny** 128:10
**tissue** 171:7
**tissues** 69:18 151:5 160:21 161:1,3 169:8,15 169:20 170:4,7,18
**today** 5:19 10:6 39:15 44:4 46:20 144:11 145:2 162:20 164:5 165:11 192:13
**today's** 4:6,12 5:10 146:12
**told** 43:6,7,10
**tolerable** 125:13 125:14
**tool** 53:17 54:13 54:13 81:8,9 189:1
**tools** 62:10 115:7 137:19 142:14 161:17 168:8 191:17
**top** 88:5 89:2 186:7
**topic** 189:5 192:6
**total** 17:5 24:13 25:21,21 26:4 168:9,9
**totality** 15:21
**totally** 46:15 117:14 118:12 147:15 152:21 154:12 167:11 178:14
**tox** 106:1 107:17 108:15 134:19 138:19 151:7 178:4
**toxcast** 84:13
**toxicity** 51:17 55:3 57:12 182:17,22 186:10
**toxicodynamic** 75:2
**toxicokinetic** 75:4 75:20 91:13
**toxicological** 75:1 90:16
**toxicologically** 42:6
**toxicologist** 78:17 79:13 84:18 135:3
**toxicologists** 89:10 177:22
**toxicology** 51:3 150:17 177:19 179:1
**trace** 32:18 137:22
**traces** 128:10
**trade** 88:9
**traditional** 13:8
**train** 71:12
**transcriber** 195:1
**transcript** 195:3,5
**transcriptionist** 194:7
**transition** 143:21
**transitioned** 138:8
**travel** 101:11
**traveling** 101:17 101:19
**treat** 6:9 135:18
**treated** 188:6
**treating** 17:19
**tremendous** 49:21
**trend** 87:9
**trends** 41:10
**trials** 172:17
**triazole** 114:17
**tricky** 99:2 102:22
**tried** 135:22 164:5
**triggered** 130:17
**trivial** 46:20 65:20 67:8 83:8
**truck** 129:11
**true** 12:20 66:21 71:3,9 151:22 165:11 194:9 195:5
**truly** 98:8
**try** 15:15 32:3 44:18 45:11 51:8 64:13,14 83:3 90:16 111:6 112:5 129:16 191:12,21
**trying** 32:6 51:15 51:18 59:16,18 62:3 76:16 86:21 89:20 90:5 108:14 121:21 122:4 136:12 164:12 191:20
**tuesday** 1:8
**tumor** 21:4
**tumors** 13:3 25:11 147:17 154:17 175:15
**turned** 4:13,15 67:2
**turns** 102:17 162:22 185:13
**two** 4:3 10:18 11:22 16:16 17:6 49:14 54:20 66:10 66:15,15,16 78:20 88:6 90:22 94:17 97:18,20 98:4,18 104:19 106:2,3 108:20 132:11 135:1,13 154:19 157:17 180:22 183:14 184:22 189:11 190:12 192:10
**type** 18:7 23:7 40:14 41:3 54:13 56:22 58:16 83:8 90:11 148:6
**types** 49:8 56:1 58:14,18,21,21 78:20 84:19 154:3
**typewriting** 194:7
**typically** 8:9

**u**

**u.s.** 52:8 129:12
**ultimate** 92:5
**ultimately** 49:7 51:17 110:2 143:17 190:4 191:2
**un** 77:14
**unacceptable** 8:5
**unachievable** 144:1
**unavoidable** 10:13 94:21 100:9 111:4
**uncertainties** 52:5 74:9
**uncertainty** 76:21 76:21 135:7 149:13,14 150:2 154:6 179:13
**unchanged** 35:20 69:10
**undergo** 55:13
**underpinning** 138:19
**understand** 44:15 45:4,5 57:5 60:5 65:2 69:1 74:15 74:18 87:2 88:18 101:17 103:1 107:20,22 133:18 134:13 172:3 174:16,18,19,22 176:10
**understandable** 59:14
**understanding** 40:10 51:5 56:11 74:8 75:9 90:21

98:5,9 99:8 107:4 122:5 130:14 157:10,15 181:16 190:16
**understood** 188:5
**undertaking** 47:8
**undetectable** 105:3
**unexpected** 118:13,22 119:3
**unfamiliar** 74:4
**unfavorable** 127:14
**unfortunately** 24:9 64:9 102:7
**unintended** 111:7
**unit** 181:14 185:4 185:5
**united** 37:18
**units** 174:7,8,9,11 174:15
**university** 163:10
**unknown** 32:8 122:1,12 180:16
**unknowns** 159:20 161:2,4
**unmute** 4:10
**unnecessarily** 112:16
**unnoticed** 99:6
**unprotected** 100:18
**unquote** 21:3
**unrelated** 99:4 157:18
**unsafety** 150:7
**unsoundable** 87:4
**unspecified** 130:3
**update** 33:19
**upstream** 131:19 134:4
**urine** 36:2,6 44:1
**use** 9:21 21:17 26:12 33:21 34:1 34:21 35:2 48:13 50:20 52:3,12 54:11,16 58:15 59:11 67:6 68:15 76:13,15 82:13 83:3,7 89:5 91:6 91:22 92:9 97:11 100:13 102:10 109:3,6,7 118:14 131:4 136:8 137:11,13 149:10 149:14 150:19 152:7,9 154:22 156:3 157:10 160:4,8 161:16,16 161:18 162:3,4,6 167:7 168:16 174:6,11 177:17 179:3,8 182:9 189:17
**useful** 64:3 85:10 150:22 184:14
**uses** 40:17 149:9
**uterus** 169:6
**utilize** 5:4

**v**

**valid** 10:2 13:18
**validate** 9:18
**validation** 63:7 65:3 115:21 179:9
**valuable** 187:8 192:4
**value** 12:12 33:2 148:20 181:20
**values** 31:4 32:6 59:5 84:4 148:16 148:17 150:8,9,14 151:18,21 152:5 154:6 174:5
**variability** 31:6 63:17 91:13 149:10
**variable** 24:17
**variables** 18:13
**variation** 60:11 154:22 156:8,14 156:21 157:4
**variations** 87:3
**varied** 58:9
**variety** 63:21 129:17 138:6 171:4
**various** 22:9 55:6 62:4 74:12 93:8 112:21 149:14 161:2 175:13
**varying** 75:18
**vast** 64:5
**vegetables** 17:12 35:9 37:9,21,21 38:2,3,8,14 178:17
**vegetarian** 37:7
**vendor** 124:12
**vendors** 124:11
**versus** 16:11 31:7 31:8 33:16 34:13 37:7 49:1 84:4 112:13 113:12 134:22 148:14,21 150:4 153:8 176:19
**vicinity** 148:17
**video** 4:11,13,14
**view** 8:22 13:12 14:16 19:2 20:15 23:20 42:15 159:12
**views** 14:21
**virtual** 1:12
**visit** 39:14
**vitamin** 38:15,16
**vitamins** 38:15
**vitro** 50:3 57:1 72:13,13 76:5 84:19 91:11 188:19
**vivo** 41:17 45:3 47:3,4 50:4 67:3 150:19 151:4 188:19
**voice** 8:14
**voluntarily** 15:18

**w**

**want** 9:2 11:7 22:7 31:19 32:3 41:15 42:8 45:7 47:10 50:12 52:19 55:16 58:17 61:16 72:16 78:5 95:9 120:14 127:5 139:11,16 139:18 165:6 170:16 174:13 181:8,19 182:22 185:17 186:17 190:18
**wanted** 4:5 143:4
**washington** 1:14 194:20
**waste** 102:11
**water** 6:1 15:7,12 20:17 21:22 22:7 111:1 112:1 116:6 133:11 166:9 176:15
**way** 8:9 9:16 13:17 19:8 25:10 29:10,20 32:17 38:20 39:2 45:1 45:19 46:12 47:11 54:14 55:9 57:21 58:13 74:1 81:7 83:2 88:8 96:7 99:22 107:1 111:20 122:16 145:2 147:5 148:2 151:18 152:11,18 157:3 158:8 174:18 176:7,10 179:21 190:4 191:20

**ways** 11:22 21:12 55:7 59:22 60:20 65:4 75:5 77:9 87:11 95:6 98:10
**weak** 63:11
**weakly** 72:1
**weakness** 43:20
**weaknesses** 70:12
**webpage** 5:12
**website** 53:12 138:4
**week** 5:12 192:10
**weeks** 51:4 56:1 62:1,7 82:19 166:7
**weigh** 121:7 135:3
**weight** 12:9 13:22 77:12 174:4,9,19 174:20,22 180:11 180:12,14 181:1,9
**welcome** 3:3 5:15 144:19
**went** 81:8 162:19 170:5 186:13
**western** 31:8
**whatsoever** 59:20
**white** 151:2
**wholistic** 103:3 106:5 124:15 133:15 142:12 190:16
**wholistically** 101:14 104:4
**wide** 31:3 63:20 138:6 139:4 149:15 185:3
**widened** 128:21
**wider** 185:1
**willie** 70:15
**win** 84:19
**withdrawing** 56:5
**witness** 194:4
**word** 42:1 91:6 168:17
**words** 13:14 45:6 56:15 89:2 147:17
**work** 5:7 35:18 40:20 55:21 63:8 63:17 64:13 67:20 70:16 71:14 74:11 84:8 86:20 113:1 125:4 165:12
**worked** 70:20 72:22
**working** 53:8 62:2 107:11,17 108:10 122:2 169:16
**workout** 133:10
**works** 60:10 186:1
**workshop** 1:2,12 3:9 4:3,6 5:7,9,16 144:21 184:1 192:4,8
**workups** 101:9
**world** 8:4 9:4 42:4 52:8 97:8 113:3 129:7 189:21
**worst** 99:20
**worth** 12:12
**worthwhile** 128:7
**wrap** 144:12
**wrath** 165:1

**x**

**x** 38:21

**y**

**yeah** 7:5 9:11 18:21 30:15 34:8 34:14 35:11,17 36:17 37:15 39:17 40:18 45:17 97:15 110:18 117:13 118:21 120:20,20 121:19 123:10,17 123:18 125:18 127:4,16,18 129:6 130:5 132:9 135:17 140:15,16 146:5 147:14 148:1 150:6 152:15 153:12 154:11 155:6,9 160:1 162:6 163:16 164:3,3,15 167:19 168:5 170:11 171:17 172:6,19 173:2,5 173:9,13,14 174:1 174:12 178:18 181:12 184:10 186:12 187:4,6 192:18
**year** 183:14
**years** 10:1,8 17:10 30:6 35:18 36:9 36:22 41:9 52:2 62:2 72:1 97:18 97:20 98:4,18 104:19 121:10 164:1 170:14 185:10
**yesterday** 5:18 7:16 8:13 9:1,14 11:21 12:16,21 20:13 21:15 33:15 34:15 35:19 39:12 44:3 45:21 50:11 57:13 67:1,17,22 93:2 144:10 160:12 167:20 168:1
**yesterday's** 6:15 145:1 174:3 180:9
**yield** 36:6
**yielded** 36:5

**z**

**zeiger** 2:9 24:7,8 36:21 40:7 70:8,9 72:20 137:3,3 150:16,16 163:9 164:9,16 165:2 172:20 184:10 185:7,21 186:2,4 186:8,19,21 187:6
**zeirger** 163:18
**zero** 164:19 172:22 176:14,14 176:19 177:1,5,7
**zieger** 163:22
**zoom** 4:19

# EXHIBIT

# 37

**Nitrosamines as Impurities in Drugs—
Health Risk Assessment and Mitigation Public Workshop**

March 29–30, 2021

Office of New Drugs,

Food and Drug Administration

Moderator: Aisar Atrakchi, PhD

Expert Panelists

Dr. Gerhard Eisenbrand
Dr. Soterios Kyrtopoulos
Dr. Mark Cronin
Dr. Joseph Guttenplan
Dr. Errol Zeiger
Dr. John R. Bucher
Dr. Jerry M. Rice
Dr. Stephen S. Hecht
Dr. Richard H. Adamson
Dr. Michael DiNovi
Dr. David Keire
Dr. Deborah Johnson
Dr. Timothy McGovern
Dr. Robert Dorsam
Dr. Sruthi King
Dr. Aisar Atrakchi

## PURPOSE AND GOALS OF THE WORKSHOP

The Office of New Drugs in the Center for Drug Evaluation and Research (CDER) of the Food and Drug Administration (FDA) organized this public workshop. International and national experts on nitrosamines were invited to discuss the chemistry and toxicology of nitrosamines in the environment and those recently identified as contaminants in pharmaceuticals. The experts answered and deliberated over 2 days on questions prepared by the FDA, and identified gaps in knowledge and the research needed to address and mitigate the drug contamination issue to ensure the safety of the drugs available to the American public.

For reasons of transparency, a recording and transcript of the workshop are available to the public on the FDA link. The background and a historical perspective on nitrosamines were presented by Dr. Gerhard Eisenbrand, a pioneer in nitrosamine research, and Dr. Sruthi King of the FDA described the incident of nitrosamine contamination in drugs.

## INTRODUCTION AND QUESTIONS

Detection of nitrosamines as impurities in drugs was first reported in June 2018 by the Office of Generic Drugs—N-nitrosodimethylamine (NDMA) was found in valsartan, an angiotensin II receptor blocker (ARB). Since then, nitrosamines have been found in other ARBs, such as Irbesartan and Losartan; in other drug classes, such as antibiotics and antacids; and in a widely used diabetes drug, in which they were present in the active pharmaceutical ingredient (API) and/or the drug product (DP). As investigation into the contamination incident continued, multiple nitrosamines were identified within the various DPs.

In July 2018, Dr. Janet Woodcock, CDER Director, activated the CDER Nitrosamine Task Force (NTF) to manage the contamination incident, under the direction of the CDER Office of Counter Terrorism and Emergency Coordination (CTECS). Over 100 subject-matter experts from across CDER and other FDA Centers meet regularly to discuss and propose recommendations to mitigate the risk of nitrosamines in DPs and maintain patient access to critical medications. The NTF also discusses and proposes recommendations and updates senior management on strategies to mitigate risk and maintain patient access. The FDA has engaged international regulators to discuss and harmonize approaches for addressing nitrosamine contamination. To date, the following nitrosamines have been reported as impurities in drugs: NDMA, N-nitrosodiethylamine (NDEA), N-nitrosomethylphenylamine (NMPA), N-nitrosodiisopropylamine (NDIPA),

N-nitrosoisopropylethylamine (NIPEA), nitrosodibutylamine (NDBA), and N-nitroso-N-methyl-4-aminobutyric acid (NMBA).

Although almost 3 years have elapsed since the contamination incident, the FDA and other international regulatory agencies continue to face many challenges. One is that nitrosamines are formed and widely distributed in the environment—found in fresh vegetables, fruits, smoked and grilled meats and fish; in water; in the air; and formed endogenously. Therefore, eliminating or minimizing nitrosamines in drugs is problematic. Eliminating or minimizing nitrosamines as impurities in drugs begins with quality control. To date, not all root causes have been identified; new root causes continue to emerge. Factors such as stability, excipients, and storage conditions affect nitrosamine formation, hampering mitigation and control efforts.

Another issue is development and validation of highly sensitive analytical methods for detecting low levels of nitrosamines. In addition, the safety and cancer risk of nitrosamines in drugs must be determined taking into consideration drug shortages, disease condition, and patient population, as well as the resources needed to mitigate the contamination. Cancer risk assessment and determination of nitrosamine Acceptable Intake (AI), is complex. Nitrosamines are one of the few chemicals in the Cohort of Concern (CoC) in the International Council for Harmonisation (ICH) M7, a class of highly potent mutagenic carcinogens that requires strict controls to limit their amounts. Cancer risk assessment is based on lifetime exposure calculated using an extrapolated increase of 1 case of cancer in 100,000 people, which is considered an acceptable conservative level for risk. Because nitrosamines are potent carcinogens, they were studied extensively in the 1960s; >300 nitrosamines were tested in rodent cancer bioassays and >90% were found to be carcinogenic. The mechanism of action (MOA) of cancer induction is not fully understood. Structure-activity relationships have helped to identify structural properties responsible for carcinogenicity. Nitrosamines cause tumors in various organs and tissues; for example, liver, lung, nasal cavity, esophagus, pancreas, stomach, urinary bladder, colon, kidneys, and central nervous system.

Generally, nitrosamines are bioactivated to reactive intermediates, which interact with cellular targets and cause DNA damage; this process is essentially similar in animals and human. In contrast to nitrosamines requiring metabolic activation, direct acting N-nitroso compounds do not require bioactivation but directly bind to and alkylate DNA, thus causing mutations and eventually cancer. The unclear MOA, complex chemistries,

and the lack of robust carcinogenicity data or for some nitrosamines no data, complicate the determination of risk.

The FDA has been communicating risk information to the public since identification of the contamination incident. The FDA has informed industry and stakeholders on acceptable analytical methods; alerted patients, pharmacies, and care providers; recalled products; addressed media concerns, citizen petitions, and Congressional inquiries; and engaged in global communication and collaboration. The FDA published a Nitrosamine Guidance that provides information on quality and risk assessment. This FDA public workshop was a venue for public discussion of scientific issues by national and international expert panelists who identified critical gaps in knowledge that is needed to better inform of risk and to maintain safe drugs on the US market.

Seven questions were prepared by the FDA and posed to the expert panelists. They covered the topics of pharmaceutical quality manufacturing and control, environmental exposure to nitrosamines, their endogenous formation, pharmacokinetics, reactivity, biomarkers of exposure, Quantitative Structure-Activity Relationships ((Q)SAR), single and multiple nitrosamines in drug substance (DS) and/or DP, the Less-Than Lifetime (LTL) approach and duration of exposure, cancer risk and risk assessment, and identification of gaps in research to characterize cancer risk from exposure to nitrosamines present as impurities in drugs.

The questions and the comments of the expert panelists are provided below. They are followed by an overall summary and conclusion of the workshop.

**Q1. What are the endogenous levels of nitrosamine formation in human and rodents? Once formed, what is the rate/kinetics of elimination? What are the conversion rates in the liver, circulation levels in blood, and normal variations? If this information is not available, can it be determined experimentally?**

In addition to their abundance in the environment, nitrosamines are formed endogenously. To calculate risk, it is imperative to determine endogenous formation and understand the pharmacokinetics of nitrosamine formation and distribution. At this time there is a considerable gap in knowledge on the endogenous formation of nitrosamines in general, and NDMA in particular. It is unknown whether endogenous formation of carcinogenic nitrosamines exceeds, is equal to, or is less than, the levels detected in pharmaceuticals.

The expert panelists emphasized the importance of determining endogenous formation for assessing risk and recommended that experimental work be initiated as soon as possible. Some of the expert panelists stated that irrespective of the risk of endogenous exposure, exogenous nitrosamines pose an additional risk, and it is this incremental increase in risk that must be understood and investigated.

Much information is available in the literature on nitrosoproline, a nitrosamine that is not metabolized and is not mutagenic nor carcinogenic. Subjects dosed with proline plus nitrite or nitrate excreted enhanced levels of urinary nitrosoproline. The dose-response relationship for the formation of nitrosoproline in rats in vivo, after concurrent administration of various concentrations of the precursors, L-proline and sodium nitrite, revealed the logarithm of the amount of nitrosoproline formed to be proportional to the logarithm of the product of the proline dose and the square of the nitrite dose (Ohshima,Bartsch,1994, IARC SciPub 59,233-246).

However, reliable data on many reactive carcinogenic nitrosamines, e.g., NDMA and NDEA, are sparse because they are rapidly metabolized and the distribution and excretion of their metabolites are unclear. It is assumed however, that NDMA and NDEA are formed endogenously as their dietary precursors (dimethylamine and diethylamine, respectively), which, together with nitrites and nitrates, are present in foods. However, no quantitative assessment of NDMA or NDEA is available because of their rapid metabolism.

NDMA and many other nitrosamines are mainly metabolized by cytochrome P450 (CYP)2E1, which is subject to competitive inhibition by the simultaneous presence of other substrates for this enzyme. Therefore, it is important to consider the multiple factors that can alter tissue/organ metabolism, distribution, and excretion of nitrosamines and must be considered in risk assessments. Only rough estimates are available in the literature on endogenous formation of NDMA based on its detection in blood and urine; because of its rapid metabolism, only a small fraction is excreted in urine unchanged.

A potential approach is to measure alkylated DNA adducts formed in subjects. However, this is controversial because of the uncertainty over repair capacity (e.g., by the protein $O^6$-methylguanine-DNA-methyltransferase (MGMT), which repairs stoichiometrically; and by a suicide mechanism, $O^6$-methylguanine, the major precarcinogenic DNA adduct formed by NDMA), and the lack of knowledge on the sources of these adducts. Most

research in human has been small pilot studies that have several deficiencies. Three studies conducted over 10 years analyzed around 1000 blood samples from pregnant women with general environmental exposure. Promutagenic $O^6$-methylguanine adducts were detected in about 700 samples at a mean of 16 attomoles/μg DNA (range 4.5–$10^9$ attomoles/μg DNA; 1 attomole is $10^{-18}$ moles). Expressing adducts based on *cellular units* allows comparison with cellular MGMT content across tissues. Oral administration of NDMA at *low doses* to animals resulted in the highest adduct levels in blood. The MGMT content of primary human tissues is at least one order of magnitude higher than the highest adduct level in human blood DNA, therefore, loss of DNA repair as a result of MGMT depletion is unlikely to occur at background nitrosamine exposure levels (exogenous and endogenous).

How likely is NDMA to be the source of these adducts? Data from rodents exposed to a number of methylating compounds showed NDMA at low doses to be an efficient generator of $O^6$-methylguanine in blood leukocytes. Therefore, taking into account the methylating agents to which humans are exposed, it is reasonable to conclude that these $O^6$-methylguanine adducts in human tissue are mainly due to NDMA.

Studies in rodents and patas monkeys using low non-MGMT-depleting doses of NDMA showed comparable dose response curves for adduct accumulation in blood across species (slopes within a factor of 5), whereas the rates of repair of $O^6$-methylguanine in blood were similar in rat, monkey, and human (the latter from methylating drugs). The dose response of the steady-state level of $O^6$-methylguanine during chronic NDMA exposure of rat is linear, and the chronic exposures corresponding to the adduct levels found in human blood DNA corresponded to 982 μg/day (maximum) or 144 μg/day (mean background level of $O^6$-methylguanine) (see slides by Dr. Kyrtopoulos). This exposure is higher than estimated from exogenous exposure; therefore, it can be assumed to be of endogenous origin.

These estimates are comparable with those of human background NDMA exposures derived by alternative methodologies based on the concentration of NDMA circulating in human blood or excreted in urine. The adduct analytical methods employed in the above-mentioned human studies have potential flaws and so those studies need to be repeated using appropriate analytical methods. Additionally, there is uncertainty regarding the similarity of the dose-response curves between animals and human and it is important to understand the various factors that play a role in endogenous formation of NDMA. To date, no experiments have been conducted to investigate these factors.

Amounts based on exogenous exposure from real-life 'normal' consumption of food and medicines or the environment should also be determined to provide perspective on exposure from endogenous formation. The expert panelists agreed that exposure from endogenous formation of nitrosamines is likely to be higher than exposure from exogenous sources such as food. In general, exposure from food is estimated to be <1 µg per day across countries and cultures. Acknowledging the critical need to the determination of endogenous formation is a long-term goal for the current urgent status to assess risk of drugs contaminated with nitrosamines, other approaches should be considered. Examples include physiologically based pharmacokinetic (PBPK) modelling, measurement of $O^6$- methylguanine adducts as biomarkers of exposure (not risk; see the relevant discussion below), and read-across combined with (Q)SAR.

**Q2. Can nitrosamines be classified? If yes, what is the basis of their classification? For example, could they be classified based on:**

- **Carcinogenic potency?**
- **Chemical structure, e.g., aliphatic vs. cyclic?**
- **Chemical reactivity? Direct alkylating agents vs. indirect (require metabolism)? Adduct formed, e.g., $O^6$-, $N^7$-methylation?**
- **Other?**
- **Why would you choose this basis of classification?**

**If classification is not possible, is it feasible to calculate a single acceptable intake (AI) value for nitrosamines; i.e., a class-specific limit, using the existing carcinogenicity study results of ≥110 nitrosamines (irrespective of study quality)?**

More than 90% of known nitrosamines are carcinogens spanning several orders of magnitude of potency. They cause cancer in 40 animal species in multiple organs by different routes of administration (in some cases the same tumors via different routes). Also, the same nitrosamine can cause different tumors in different animal species and had different latencies following short (including a single dose) and long durations of exposure. This diversity hampers classification of nitrosamines. A panelist posed the following question: "should nitrosamines be classified?"

The panelists stated that nitrosamines can be classified, but several research gaps need first be addressed. A simple classification would be *carcinogens and non-carcinogens* based on existing data. However, classification based on carcinogenic potency, which is more informative, is complex and information is lacking. Using the 50% toxic dose ($TD_{50}$)



Confidential Information – Subject to Protective Order 

values from the former Gold Carcinogenicity Potency Database (CPDB), this approach was collectively considered by the expert panelists to be the most appropriate in the absence of alternatives and can be revisited when some of the critical parameters have been addressed.

Alternatively, classification could be based on *chemical structure*. Some nitrosamines are devoid of carcinogenicity, such as those with tertiary butyl groups, nitrosated amino acids, or branched chains. Also, classification could be based on the likelihood/degree of *protonation* (PKb value), which reduces bioavailability and therefore bioactivation. Also, nitrosamines could be classified based on their *chemical reactivity*, an important factor, into *direct* vs. *indirect alkylating nitroso compounds.* For instance, nitrosoureas are direct alkylating agents and do not require metabolic activation.

The *Benchmark Dose–Lower (BMDL)*, which is based on the lower end of the dose response, e.g., 1 or 5%, and margin of safety were discussed as other bases for classification. The BMDL uses dose-response information whereas $TD_{50}$ uses a one-dose estimate to extrapolate to a given risk level. Use of data from multiple doses increases the accuracy of extrapolation to lower doses. However, this is not available for all nitrosamines and BMDL calculations on the original data of nitrosamines have yet to be performed.

The consensus of the expert panelists was that generally BMDL is the preferred approach. However, for nitrosamines, the $TD_{50}$ is the best-available carcinogenic risk estimation. (Q)SAR modelling based on $TD_{50}$ values in conjunction with expert knowledge supplemented with empirical data as needed shows promise for classification (more on this in Q6). Several parameters must be considered in expert knowledge assessment, e.g., stereoelectronic considerations and their effects on alpha hydroxylation rates, the half-life of the intermediate diazonium ion, and the reactivity of the carbonium ion. Several of these parameters are based on predictions, reducing confidence in the model outcome. In addition, many of these models are computationally intensive and require highly trained staff.

*A single value for an AI* applicable to all nitrosamines was also discussed. For example, using the AI of the most potent nitrosamine or the median potency based on modeling and a 1:100,000 risk of cancer. The European Medicines Agency (EMA) has been using 18 ng/day based on a re-assessment of $TD_{50}$ values by Lhasa/Leadscope. The difference

between 18 and 26.5 ng/day NDEA is small and such extrapolation may be acceptable until experimental data are collected to confirm or indicate the need for re-evaluation.

Nitrosamines could be classified based on the *range of $TD_{50}$s* (e.g., <1, 1–10, and 10–100 mg/kg); values >100 mg/kg could be discarded as being outside the hazard for drug contamination. The $TD_{50}$ calculations have shortcomings because the studies had inconsistent designs, and exposure durations (some used a single dose) and involved a small number of animals and fewer than the optimal number of doses.

Classifying nitrosamines at this time is difficult and improbable because of lack of essential data such as on N-nitrosation reactivity, formation of DNA adducts, binding to DNA, and ADME in human and how it compares to that in animals. This can be tested by comparing $O^6$-alkylation or other mutagenic DNA damage induced by a nitrosamine in cancer target and non-target organs of rodents to that in corresponding human tissues/cells. Such an approach could use surrogate biomarkers, reporting relevant biotransformation steps such as alkylation of hemoglobin as a long-term biomarker (averaging 3–4 months of exposure) or of glutathione with subsequent excretion of mercapturic acids in urine as short-term biomarkers (exposure within the prior 48 h). This may even be possible at exposure levels associated with human exposure to drugs. If $O^6$-alkylation in human is less than in rodents this would indicate differential biotransformation that can be ascertained using advanced PBPK modelling.

Testing for mutagenicity by Ames test is the first step in determining the potential carcinogenicity of a compound. However, the mutagenic potencies of nitrosamines differ by four or five orders of magnitude and do not correlate to similar carcinogenic potency. For example, the bacterial mutagenicities of NDMA and NDEA are similar, however, the latter is a somewhat more potent carcinogen.

Reliable risk assessment requires knowledge on the mechanism of carcinogenesis, which is currently not fully understood; not all nitrosamines give rise to $O^6$-guanine methylation. If a chemical forms adducts with oxygens of DNA bases, such as $O^6$-methylguanine, it is likely to be a potent carcinogen. DNA adduct formation or induction of DNA damage may be used as markers of potency (or risk assessment), provided it can be reliably assessed in an ex vivo system which would allow comparative dosimetry of DNA damage. The same conclusion can be reached for direct-alkylating nitrosamines, such as nitrosoureas. However, for some nitrosamines detected as contaminants in drugs, the DNA adducts formed and their reactivity and stability are unknown.

Therefore, such nitrosamines cannot be classified. Until experimental data are available, these compounds are assessed based on the $TD_{50}$ value of a surrogate molecule together with expert judgment on their metabolism and reactivity with DNA.

Another pivotal aspect of nitrosamines is their *reactivity*. There are few, if any, data on the correlation between reactivity and carcinogenic potency. However, reactivity can be measured using a sensitive and quantitative method, e.g., high-resolution mass spectrometry. Another classification approach is *Bayesian probabilistic modelling*, in which current data are combined with SARs and biomarker or metabolism data to assign a probability to prediction; such an approach could enable classification.

Another possibility is similar to the *threshold of toxicological concern (TTC)* paradigm used in ICH M7 but specific to nitrosamines, which are in the CoC based on the TTC and excluded from the Cramer classes.

Incorporation of safety factors in sensitive patient populations, e.g., children, pregnant women, and individuals deficient in metabolic enzymes, was also discussed. There are data showing transplacental carcinogenesis by nitroso compounds, which is a concern in pregnant women exposed to drugs contaminated with nitrosamines. Also unknown is the risk for individuals lacking or deficient in CYP450 and in other enzymes involved in biotransformation. The expert panelists suggested that default safety factors should be considered when determining risk.

In summary, reliable classification of nitrosamines is not possible without knowledge of their metabolism in human, efficiency of metabolic enzymes (rate, content in tissues and blood), human DNA repair capacity, MOA of cancer induction, level of reactivity, and the stability and DNA binding. At this time data are lacking or sparse for all of these parameters. In this situation, nitrosamines could be classified by relatively imprecise structure-based modelling, which is dependent on predictions.

**Q3. The carcinogenic potential of nitrosamines is dose and duration dependent:**

- **Is there an in vivo exposure level for nitrosamines to define low vs. high risk for carcinogenicity? Is it appropriate to calculate a no observed effect level (NOEL) dose for carcinogenicity? What are the criteria to do so (Ames negative, in vivo mutation assay negative, other)?**
- **Can LTL approach as described in ICH M7 be used to determine the AI of a nitrosamine if a drug is indicated for a short duration of use?**



Confidential Information – Subject to Protective Order 

Given that humans are exposed endogenously and exogenously to nitrosamines, the differences in DNA repair capacity among humans as well as among animal species, and the less than ideal quality of nitrosamine carcinogenicity studies, the expert panelists were asked if an in vivo exposure level that can define low vs. high risk for cancer could be identified and whether a NOEL dose could be established. Several published studies have shown a clear and abrupt transition of the dose-response to no toxicity, whereas other nitrosamines showed a gradual change with a curvilinear dose response and a sigmoidal curve at low doses. It is important to determine the dose rate, i.e., the interval between doses, and how it affects DNA repair.

Earlier studies showed that the cancer rate is independent on age. Indeed, when NDEA at the same doses was administered to animal species of different life expectancies, all animals developed tumors at the same rate and time. Issues over the applicability of the LTL approach (ICH M7) to nitrosamines include the reliability of the models for extrapolating from long to short durations, model sensitivity, and the shape of the dose-response curve (nonlinear vs. threshold). These are important points to consider when discussing the question of LTL. The expert panelists did not consider deriving a NOEL for nitrosamines to be appropriate, and it is not accepted for genotoxic carcinogens.

Reference was made to the Peto rat mega-bioassay (>4000 rats), in which the dose-response curve at low doses was linear with no threshold. This linearity was supported by the levels of DNA adducts. Therefore, cancer bioassay and adduct formation results produced a linear dose response without evidence of a threshold and so a NOEL was not identified. These findings were obtained in rodents; whether the paradigm holds in human is unclear.

A negative Ames should be followed-up by in vivo mutation tests, and a single in vitro mutation test is not adequate or acceptable to evaluate a nitrosamine. In vivo mutation tests do not predict in vivo cancer potency but are more physiologically relevant. Also, the duration of exposure and dose are important, but their determination is time- and resource-intensive. The linearity of the DNA adduct dose response may or may not induce mutation. Mutation induction requires several steps, some of which are toxic (e.g., cell death) whereas others proceed to mutation. There are also several steps between mutation and cancer, failure at any one of which halts carcinogenesis. Therefore, DNA adduct formation alone is inadequate to confirm mutation or cancer. Most nitrosamines are positive by standard Ames test, however, positivity is protocol dependent in some cases. NDMA was negative in rat S9 but positive in hamster S9. Also,



Confidential Information – Subject to Protective Order 

the chemical potency responses differ among rat, mouse, and hamster S9. Moreover, there are no such data using human liver S9.

It was reiterated that a negative Ames test for a nitrosamine does not suffice to qualify that nitrosamine, and very few nitrosamines are non-mutagenic and non-carcinogenic. Therefore, nitrosamines are typically considered guilty until proven innocent. An attendee asked why not test the nitrosamine impurity directly by in vivo mutation assay, skipping the Ames test? The expert panelists indicated that this would not be appropriate because most nitrosamines are positive, and the Ames test is rapid, reliable, in vitro, and inexpensive. In vivo tests involve animals, prolonged dosing, and are resource-intensive. Moreover, if only an in vivo test is performed and the result is negative, this alone cannot qualify a nitrosamine impurity. Negative Ames results can be due to the test not detecting all types of DNA damage, e.g., DNA deletions. Also, the in vitro metabolic system in the Ames test may not be efficient or adequate, and metabolic capacity is assessed using liver homogenates supplemented with nicotinamide adenine dinucleotide phosphate (NADPH); by contrast, in vivo exposure is to the intact liver.

If a nitrosamine is negative by standard or optimized (hamster S9, 30% S9) Ames test, an in vivo gene mutation test and an expert knowledge-based assessment must be conducted to determine intermediate nitrosation, reactivity, and stability. This, together with supporting evidence, such as established or expected (from SAR) absorption, distribution, metabolism, and excretion (ADME) behavior (e.g. nitrosated amino acids, which are excreted in urine), supports the premise that a non-mutagenic nitrosamine is unlikely to be carcinogenic.

Another query was what level of nitrosamine exposure is of de minimis cancer risk? This depends on the nitrosamine; there is *no generalization.* Certainly, milligram amounts are not accepted for NDMA or NDEA but could be accepted for nitrosoproline, which is not metabolized, mutagenic, or carcinogenic. Therefore, assessment would have to be case by case.

There was general consensus that the LTL approach could be applied to nitrosamines as impurities in drugs indicated for a short duration of use. Carcinogenesis is a function of accumulated dose and DNA damage; however, other factors (e.g., cell proliferation, apoptosis, metabolism, and repair) are also implicated. For DNA adduct formation, the dose response is linear over a wide range, therefore, high exposure for a short duration would have comparable risk to low exposure over a long duration because the

*integrated overall lifetime exposure as it relates to DNA damage* is the same. In addition, the 1:100,000 cancer risk is conservative and a small increase in risk over a short exposure period would be acceptable.

However, the dose response of the other factors implicated in carcinogenesis (proliferation, metabolic cofactors, DNA adducts), is unknown for high exposure over a short duration. Therefore, for nitrosamines the answer to the applicability of LTL is not as simple as stating that the effect of high exposure over a short duration is similar to low exposure over a long duration. DNA repair capacity must be considered for exposure to high doses of a nitrosamine for a short duration.

Moreover, total exposure to nitrosamines, i.e., the contents in food, which are low (≤1 μg/day), and all involved enzymes (e.g., MGMT, alpha hydroxylase) should be considered. The amounts of nitrosamines as impurities in drugs are considered low in the sense that depletion of MGMT is not expected. The consensus was that depletion of repair enzymes is unlikely at currently reported exposures, noting also that there are no known examples of MGMT-deficient human primary cells (the only such examples being cancer cells). There is, however, the caveat of individuals with repair deficiencies.

As indicated above, the experts cautioned using drugs contaminated with nitrosamines in children and recommended incorporating safety factors (SFs). ICH M7 does not include SFs and the FDA Center for Foods and Applied Nutrition (CFSAN) does not adjust for longer lifespan. The latter uses models to estimate consumption of a particular food item from surveys of dietary habits. The U.S. Environmental Protection Agency (EPA) does not assess carcinogenic impurities in fruits but uses SFs to determine the limits of pesticides used on foods. In short-duration cancer studies, neonatal mice had different responses than adults when dosed over a short duration. This is a cautionary note for using LTL for nitrosamines as impurities in drugs for children.

Reference was made to a study conducted in the 1960s (Druckrey et al.), which showed a linear no-threshold dose response over a dose range of 10 mg/kg bw to 70 μg/kg bw. The slopes were parallel down to the low dose and the lower end of the low dosage of 70 μg/kg bw; these tumor findings continued for the lifetime of the rats (3 years).

**Q4. How would the risk assessment change when multiple nitrosamines are present in a drug product? What are the key variables to consider when conducting such risk assessments? (nonmutagenic carcinogen + mutagenic carcinogen; nonmutagenic carcinogen + weakly mutagenic carcinogen; multiple mutagenic carcinogens).**

Multiple nitrosamines have been identified as impurities in a single DS and/or DP over the two-and-a-half years since the contamination incident was reported. It is unclear whether the PK and DNA adduct repair are affected, taking into consideration exposure from other nitrosamine sources and whether their effects are additive or synergistic. Adding multiple nitrosamines assumes similar mechanisms of metabolic activation and action, potencies, and reactivities, none of which is known. However, if there are adequate data (for both structural similarities and differences) to enable prediction by (Q)SAR then these parameters could be compared and data for similar nitrosamines could be grouped.

Nitrosamines with the same MOA may have different potencies; in such cases, the significance of adding a low-potency nitrosamine to a high-potency nitrosamine is unclear, i.e., the value of the high-potency chemical will be used. The expert panelists discussed the application of cumulative risk assessment to nitrosamines. The European Food and Safety Authority (EFSA) has conducted much work on residues from pesticides. For example, in mixtures whether there is a mutagenic or nonmutagenic chemical is irrelevant. If one of the chemicals is carcinogenic, that information would be the one used to calculate an AI, i.e., risk would be additive or data of the most-potent nitrosamine would be used to calculate AI. Mixtures of large bulky nitrosamines can result in competition for enzyme activation and repair. This is not an issue for low-molecular-weight nitrosamines, and so assumption of an additive effect may not be appropriate in such cases.

The need for up-to-date information on exogenous and endogenous formation of nitrosamines was reiterated by the expert panelists. Such information is essential for risk assessment and accurate calculation of AI. However, most available data are 20–50 years old and much has changed since, including dietary habits, exposures, and analytical methods. The levels of nitrosamines as impurities in drugs are likely miniscule in comparison to exogenous exposure from foods and even more so to endogenous levels. However, this estimate is based on old data and is thus likely to be inaccurate. By contrast, data on nitrosamines in food are more up-to-date and the food industry has made much improvement over the past few decades.

Recent studies on the nitrate, nitrite, and nitrosamine contents of foods have reported very small amounts; 0.2–0.4 µg/day and globally <1 µg/day for nitrosamines.

The expert panelists emphasized quality control via good manufacturing practices (GMP) and understanding the chemistry of each chemical of DS and DP for eliminating or minimizing nitrosamines in drugs (for more details, see Q7). Also, the drug formulation plays a role, e.g., polymorphic forms; amorphous vs. crystalline drug forms could contribute to the degree of degradation, making the product more stable. However, PK parameters may be affected when the formulation is changed to improve stability, e.g., ascorbic acid added to prevent formation of NDMA in aminopyrine. However, the former was protective only after the first passage and was excreted thereafter, and aminopyrine undergoes recirculation. Therefore, protection was lost after the first passage.

Several biomarkers of exposure and perhaps for risk assessment were discussed, including DNA adducts, MGMT, and metabolism modelling. The expert panelists were asked which is most suited for nitrosamine risk assessment. DNA adducts were deemed optimum because current analytical technologies (e.g., high-resolution mass spectroscopy) are highly sensitive and reliable. Many previously problematic artifacts can now be addressed. Prior studies involving nitrosoproline measured urinary levels following administration of proline and nitrite to human volunteers. Today, individuals could be exposed to labelled precursors of NDMA, i.e., dimethylamine labelled with $C^{13}$ as a tracer, and the levels of $C^{13}$-labelled DNA adducts assayed.

However, using only DNA adducts as biomarkers for nitrosamine exposure is inappropriate because it requires knowledge of the MOA. DNA damage is critical for nitrosamine carcinogenicity and $O^6$-methylation is the relevant adduct for NDMA. DNA methylation as a mechanism of carcinogenesis has been extensively studied. However, not all nitrosamines methylate; therefore, $O^6$-methylation is not the sole MOA—other sites (e.g., $O^4$, $N^7$) and other mechanisms should also be studied. Our knowledge is inadequate to develop biomarkers for risk but these could be biomarkers of exposure because they can potentially be quantified by more-sensitive methods. Further work is needed to understand the MOA of nitrosamines before DNA adducts can be used as biomarkers for risk assessment.

Concerns were raised over quantification of DNA adducts for nitrosamines because of exposure and formation from food and endogenously; therefore, separation of adduct



Confidential Information – Subject to Protective Order 

sources is important. Completed and ongoing human studies have measured total nitrosamines in urine after administration of drugs contaminated with them or other sources. The results showed very high levels of NDMA but further investigations indicated that the analytical methods were flawed. This is an important point—for assessing exposure, one method does not fit all. The websites of the FDA and other regulatory authorities list appropriate analytical methods and conditions.

**Q5. Should the regulatory limits for nitrosamines listed for food and water or, amount formed endogenously, be considered in determining AI of nitrosamines in drugs?**

Patients take medicines to treat a disease and so anticipate benefit; in most cases it is not a choice. The American public expects their medicines to be safe. However, one chooses what to eat and drink. Based on earlier discussion, endogenous production of nitrosamines and their precursors is likely to constitute a more important source of exposure than exogenous intake.

To estimate total dietary intake, in addition to nitrosamines, calculation of nitrate and nitrite intake is critical. Indeed, this is so not only for diets rich in these compounds but across all types of diet, i.e., an unbiased assessment. The panelists agreed that intake from all sources should be considered in nitrosamine risk assessment and determination of AI. However, they emphasized again the need for accurate assessment of endogenous formation. If the data show endogenous formation higher by several orders of magnitude, calculating an AI would not be difficult from a numerical risk assessment perspective. Using the existing data on exogenous content and intake was referred to as a common-sense approach. Unlike endogenous exposure, there is much old and new information on exogenous exposure. These constitute a good database, but it needs to be validated using current data. The likelihood is that intake is similar at 0.2–0.5 μg/day and <1 μg/day for nitrosamines.

Also, determination of endogenous formation is very important. However, many factors, such as dietary habits and overall health (inflammation, infection), play a role. The argument for a no answer was that if exposure from all sources other than drug contamination is large, then the health risk from the small amount present in drugs becomes insignificant. However, if these other sources are considered background, particularly endogenous formation whether large or small, they should be acknowledged as contributing to the background cancer risk in the general population. As an example, based on the discussion and data shown by Dr. Kyrtopoulos, mean

endogenous formation of 144 µg/day would translate (based on Peto bioassay) to a ~ 1% cancer risk for NDMA as the background incidence (the overall lifetime cancer incidence in humans is 30–40%). Nevertheless, traditional and M7 cancer risk is based on 1:100,000, which is an incremental risk over that of cancer in the general population, i.e., the background incidence is ignored. In principle this is the more accurate and correct approach, i.e., to consider nitrosamine exposure as a result of its presence only in drugs. This is also based on the uncertainty of endogenous formation. If endogenous exposure is overestimated (i.e., it is not >100 µg/day), then incremental exposure from drug contamination becomes more significant "conceptually." Therefore, exposure from other sources should not be considered in risk assessment or AI calculations for nitrosamines in drugs. It was acknowledged that investigation of endogenous formation is a relatively long-term goal and a practical approach is urgently needed, therefore, flexibility should be exercised.

It was pointed out that the body sees a molecule as-is and does not distinguish its origin, i.e., foods or drugs. Therefore, it is cumulative exposure that contributes to the additivity of the response. There are good data for exogenous exposure but endogenous data are sparse and highly variable; therefore, studies need to be repeated using current sensitive methods. It is important not to provide a wide range of limits for food vs. drugs so as not to compromise public confidence in risk evaluation.

There was support for nitrosamine incremental risk assessment based only on their presence in drugs. This is because endogenously generated nitrosamines are likely carcinogenic. It is possible that a spontaneous tumor load of 30–40% could be due to endogenously formed nitrosamines. If so, then there is no baseline for accurate determination of the additional cancer risk from nitrosamine-contaminated drugs. However, the $TD_{50}$-based risk calculation is the best approach for evaluating endogenous and exogenous exposure. Multiple compounds other than nitrosamines also contribute to the spontaneous tumor load; e.g., endogenously formed formaldehyde and ethylene oxide.

Another consideration in risk assessment is poly-pharmacy; if more than one drug is contaminated with nitrosamines then the cumulative risk must be considered, as should the cost of and resources required for implementation. There are good arguments on each side, i.e., determine cancer risk based only on the amount in drugs or on total exposure to nitrosamines. The amounts of nitrosamines in drugs may not add much to the overall risk from all sources (exogenous + endogenous + drugs). However, in the



Confidential Information – Subject to Protective Order 

absence of supporting data, communication on risk should take these factors into consideration.

The expert panelists stated that the structures of nitrosamines should be included in the assessment of risk. Most available data are on NDMA and NDEA, but other nitrosamines have been identified in drugs as contaminants. Therefore, a blanket assessment considering all nitrosamines at the same level of risk is inappropriate because their biological effects could be different. Exposure to such nitrosamines should be avoided by implementing correct chemistries. It was emphasized that it should not be considered acceptable to be exposed to such low levels in drugs because we are exposed to them in food. Again, there are reliable data on nitrosamines in food that could be used as a reference for risk assessment.

Future availability of data on the magnitude of endogenous formation will enable accurate assessment of total exposure and risk. Nevertheless, GMP, correct chemistry (avoiding drug precursors that can be nitrosated), and mitigation can prevent nitrosamine contamination of drugs. Over 40 years ago, the World Health Organization (WHO) introduced the Nitrosation Assay Procedure (NAP) to evaluate the nitrosability of drugs, which could be used to prevent nitrosamine formation. GMP and mitigation are key, irrespective of whether a risk assessment is performed.

A comment was made on whether the older data can be used to determine endogenous formation of some nitrosamines and extrapolated to current information on dietary intake. For example, the extensive work on endogenous formation of nitrosoproline, which is not metabolized and is excreted unchanged. When nitrates (400 mg) and proline (500 mg), were given to people, the urinary yield for nitrosoproline was in nanomoles. This finding is similar to several 20-year-old studies on nitrosoproline.

The expert panelists proposed that future epidemiological studies should include diets rich and poor in nitrosamine precursors. However, measuring endogenous formation is problematic; therefore, the extensive data on exogenous formation are the pragmatic approach at this time. They must, however, be verified based on current analytics. In recent publications, CFSAN evaluated the time course of intake using a database dating to the late 1990s.

Nevertheless, collective exposure is difficult to ignore—CFSAN reported that the single highest sources of preformed nitrosamines are smoked meats, smoked fish, and grilled meats. These are also high in polyaromatic hydrocarbons and other carcinogens.



Confidential Information – Subject to Protective Order 

Therefore, these other sources should be considered in epidemiological studies. However, the numerical change in nitrosamine levels was less than an order of magnitude, emphasizing the reliability of use of exogenous exposure.

**Q6. In the absence of data and based on identified differences in NA chemistries and reactivities, can read-across for structural similarity to related compounds be used for NAs? What are the key parameters to consider when conducting (Q)SAR assessments for NAs?**

There has been much progress in in silico modeling and prediction for chemical structural similarity. The diversity of nitrosamines' behavior in vitro and in vivo has raised questions as to the reliability of (Q)SAR to predict nitrosamine mutagenicity and/or carcinogenicity. In general, the advantages of in silico approaches, and (Q)SAR modeling in particular, are that they are rapid, inexpensive, and do not use animals. However, this is an inference/prediction and so of less certainty than experimental data, and there is a need for in-depth expertise to conduct read-across.

Read-across by definition is inference of the activity or toxicity and even potency of a data-poor or no-data molecule from a similar data-rich molecule(s). For read-across there are three issues to consider for nitrosamines. First, compared to other chemicals, much data are available on mutagenicity and carcinogenicity for nitrosamines. Such data on >140 nitrosamines may be found in the U.S. EPA CompTox Chemical Dashboard and other resources, such as ChEMBL and PubChem. Whether this information is in a useful format, i.e., can be easily retrieved and used, requires further consideration.

The second issue relates to molecular similarity, a highly subjective concept. Regulatory agencies (EPA, European Food Safety Authority, European Chemicals Agency, and the Organization for Economic Cooperation and Development) have published guidances on this matter. For nitrosamines there is a need for sub-categorization to enable discrimination, which requires knowledge of their reactivity and chemistry. The knowledge can be recorded as structural and potency alerts. Such alerts can be based on chain length, alpha/beta substitution around the nitrosamine functional group, and the presence of electron-withdrawing groups.

The third issue is justification of the acceptability of predictions from approaches such as read-across. In some cases, experimental data may be needed to support the outcome. More evidence is needed to read-across a negative nontoxic or low-toxicity



Confidential Information – Subject to Protective Order 

compound, which is similar to a negative result by Ames test, but there is greater acceptance of the read-across prediction of a positive outcome.

(Q)SAR is a quantitative prediction based on the physicochemical properties of the molecule or its structural descriptors. For nitrosamines, (Q)SAR models should be built with nitrosamines as the largest group using mutagenicity data from the CPDB. A good understanding of reactivity is needed and ultimately the models should relate to MOA. A strong (Q)SAR model is one that has large variation of activity over several orders of magnitude and ideally with a large spread of data across these activities. This is not the case for nitrosamines because there are abundant data for high-potency nitrosamines but sparse data on those of low potency; there are, however, several ways around this. There is no correlation between the logarithm of the octanol-water partition coefficient (log P) and the $TD_{50}$, so other descriptors, usually for reactivity, are required.

An attendee asked whether molecular weight should be considered when extrapolating from one nitrosamine to another because the EMA's single value of 18 ng/day was based on a small molecule, i.e., NDEA. This was not recommended because many of the substituted side-chain large nitrosamines are metabolized and broken down to low-molecular-weight compounds; instead, a molar basis could be used. A large nitrosamine compound would not necessarily be less mutagenic or carcinogenic. One must be cautious in making such conclusions; e.g., dibutylnitrosamine is a more potent carcinogen in the bladder than the lower-molecular-weight NDMA, which is a potent liver carcinogen. There are many examples of high-molecular-weight nitrosamines that are potent carcinogens.

Dr. Bucher and his group at the National Institute of Environmental Health Sciences recently investigated nitrosamines using machine learning and Opera software, creating models based on physicochemical properties. Data for >700 compounds were obtained from the CPDB and restricted to 129 nitrosamines. The results were subject to five-fold cross-validation; the findings were similar to the above discussion—the (Q)SAR model needs more information to better discriminate high and low-carcinogenic potency nitrosamines. Therefore, a general prediction of carcinogenic potency is possible but its utility is unclear because of lack of diversity of nitrosamine database. Also, read-across validation is important, as is the lack of information on non-carcinogens.

It was suggested to determine why noncarcinogenic nitrosamines are inactive. Possible reasons include aging and interaction with DNA, but there are also metabolic issues, and



Confidential Information – Subject to Protective Order 

a trivial structural modification can markedly affect activity. For instance, if the tert-butyl group is attached (depending on its location relative to the nitrosamine moiety), then the compound is rendered inactive. Another example is isometrically substituted nitroso compounds; n-methyl nitroso pyridines have three isomers substituted at the 2'-, 3'-, and 4'-positions of the pyridine ring. The substitution at the 2'-position of pyridine was predicted to be mutagenic and carcinogenic whereas that at the other positions is not. This is a result of differential activation and inactivation of the isomers. Another example was cimetidine, the nitrosated form of which is mutagenic in vitro but not carcinogenic in rodents in vivo because it preferentially undergoes metabolic inactivation, emphasizing the importance of metabolism. It was reiterated that data on noncarcinogenic nitrosamines should be considered and why they are inactive needs to be determined. Much work on nitrosation was done by Richard Loeppky, who showed that certain structures are easily nitrosated; e.g., several tertiary amines. The WHO NAP test is a crude but easy-to-use assay of nitrosability.

Another aspect to consider in modeling is polarity. Nitrosoproline is an non-metabolized and non-carcinogenic nitroso compound that is excreted unchanged. However, whether (Q)SAR and read-across can predict biological activity is unclear.

Attendees' questions are discussed below.

Q1. The terms SAR and (Q)SAR are used interchangeably, they are approaches to assess risk based on structural analysis: if a nitrosamine can be mapped to major groups with adequate data then one that is data-poor can be mapped to that specific classification based on structure, what is the experts' opinion on such structural space for nitrosamines?

A1. SAR is similar to read-across, there is an ad hoc group led by Lhasa and LeadScope with members from academia and industry working on this topic. They are attempting to identify such structural groups and assess their effects on potency. The potential for predictability is referred to as a trend analysis. As long as there is a rational way of grouping molecules, this is achievable.

Q2. Along with (Q)SAR assessment, can we consider metabolism assessment of complex nitrosamine impurities, which would account for bioactivation of nitrosamine into reactive diazonium ion that causes carcinogenicity? For example, is a nitrosamine that converts easily to a diazonium ion more potent?

A2. Yes, it is possible to develop models for bioactivation. These could be complex if they are to be used computationally but must be able to calculate conversion to reactive diazonium ion. However, it is unclear if the data needed to build such a model are available. The answer to the second part of the question is yes.

Q3. Should SAR/read-across focus on carcinogenicity endpoint or consider separately the mutagenicity metabolic activation calculation by activated nitrosamine, or repair of alkylated DNA?

A3. Yes, generally it can be used for any other endpoint. The main issue is how will such information be used? Also, read-across and SAR require reliable data to determine similarity and dissimilarity between molecules. For complex endpoints such as carcinogenicity, this may not be possible. For less-complex endpoints—such as in vitro mutagenicity metabolic activation and alkylation—we are eliminating much variability, such as toxicokinetics (determined in vivo).

**Q7. Nitrosamines can be formed during manufacturing of the active pharmaceutical ingredient (API) and/or DP. What are possible approaches to reduce nitrosamine formation during manufacturing? Can nitrosamines be eliminated completely from API and/or DP?**

According to Dr. King's presentation on the contamination incident, nitrosamines as impurities can form at various stages of DS or DP manufacturing, during storage and packaging, and over time as degradants. Therefore, their detection, presence, and mitigation have been challenging both to regulators and drug manufacturers. We have learned much in the 2 years since the contamination incident was reported, but we continue to be surprised as to the ways in which nitrosamines are formed. Our understanding of all possible formation pathways continues to evolve. Drug structures and chemistries are complex, control and deep knowledge of each step in synthesis is critical, and drug manufacturers must think holistically. The process must be thought through and every possibility considered even when it's not predicted. If there is risk of nitrosamine formation, a detection strategy must be in place.

Nitrosamine contamination may not be related to the drug synthesis pathway, as was the case with the ARB, valsartan. For valsartan the issue was the solvent, dimethylformamide, which was heated to high temperatures, promoting formation of dimethylamine. The latter underwent a quenching reaction in the presence of nitrite,

which was added for a different purpose, leading to formation of NDMA. Therefore, this was a side reaction of a side reaction, not direct contamination of the DS or DP.

Another possible source is the supply chain, if drug manufacturers use recovered or recycled solvents that contain nitrosamines and then re-used in drug manufacturing. Another aspect is the stability of the drug and/or drug formulation. In some cases, nitrosamine amounts increased over time due to instability, e.g., ranitidine. An unexpected source is nitrocellulose in packaging or printing. Nitrocellulose is a strong nitrosating agent, which was identified and addressed in Europe in the cosmetics industry.

Nitrosation can occur at any step of a chemical reaction under the right conditions, i.e., in the presence of a secondary or tertiary amine, nitrite, or nitrous acid. In such cases, steps must be taken to eliminate the process or minimize nitrosamine formation by adequate purge and mitigation methods with verification by testing. When eliminating a step in which nitrosamines are formed is not possible, attempts should be made to move it earlier in synthesis and perform purging prior to production of the API.

The formation of nitrosamines can be minimized by not using a secondary or tertiary amine plus an acid, e.g., nitrous acid, in the same step of manufacturing or by eliminating one of these sources. Even when these sources are not in the same step, they could be several steps later and lead to the surprise of nitrosamine being formed. Another potential source is APIs containing residual amines put through a fluid bed drier; this is similar to malting for making beer. Nitrogen oxides are present in the environmental air (not purified air) during the malting process, which results in formation of nitrosamines; this relates to awareness of the method. Good science and manufacturing practices must always be followed. If mitigation is difficult, a multidisciplinary (pharmacology/toxicology, clinical, drug shortage, and compliance) benefit-risk assessment is needed to assess the feasibility of reducing nitrosamine contamination. Multiple aspects need to be considered, such as the patient population, the medical necessity, the balance between risk from taking a contaminated drug vs. the benefit of that drug in treating the disease.

We are working with international regulators to ensure consistent messaging and provision of safe drugs globally. Our focus is to inform about risk, and there are much data supporting that nitrosamines are potent mutagenic carcinogens in several animal species and in human. Reliable carcinogenicity data are used to inform on the safe

intake level of a drug. In the absence of such data, we use surrogate and similar molecules to determine an acceptable and safe intake limit. The goal is to eliminate nitrosamines from drugs, and with sufficient time and effort it can be achieved. In most cases, nitrosamines can be eliminated by modifying the synthetic pathway, removing a source, not using recovered solvents, and adequate purging and testing. In other cases, elimination of nitrosamines may require considerable resources and effort.

Because analytical methods continue to improve in sensitivity, very low levels of nitrosamines can be detected and so it may not be possible to completely eliminate nitrosamines from drugs. The risk-to-benefit ratio will be determined using all data available to date as well as the findings of research on the knowledge gaps identified in this workshop. Several experts emphasized that drug manufacturers must fully implement GMP and have full knowledge of their process. The qualifications of staff involved in manufacturing must also be checked.

In most cases, nitrosamines in drugs can be eliminated by GMP, good/safe chemistry, modification of the synthetic route, elimination of sources of nitrosamine formation, and a holistic understanding of the entire manufacturing process. If it is not possible to eliminate nitrosamines from drugs, a risk-benefit analysis is needed. In some cases, assessing risk may be the appropriate approach than using resources. In such cases, the patient population, drug shortages, and clinical alternatives should be considered. Advancements in manufacturing and technologies enabled the food industry to almost eliminate nitrosamines. Therefore, this can also be achieved for drugs but will take time and require collection of extensive data.

## SUMMARY

The history of discovery and early research of nitrosamines as potent mutagenic carcinogens was discussed by Dr. Eisenbrand. Interest in nitrosamines faded somewhat from the mid-1990s until almost 3 years ago when they were detected as impurities in drugs. Dr. Eisenbrand presented an overview of the biological activities, metabolic activation, chemical structures of nitrosamines, as well as human exposure to nitrosamines from food, consumer products, drugs, and occupational sources. He also described their formation by nitrosation of secondary amines and from primary and tertiary amines, and their kinetics. NNN, NNA, and NNK are formed from nicotine in tobacco; the latter is responsible for a number of human cancers. The presence and potential formation of nitrosamines in cosmetics and personal care products as well as

occupational exposure by dermal and inhalation routes and their mitigation were presented. The concept of safe (non-carcinogenic) amines as a solution to eliminate nitrosamines as impurities in drugs was proposed. Mitigation of nitrosamines in food by, for example, adding ascorbic acid, tocopherol, and decreasing nitrous oxide in smoked foods, the kilning of beer and sources of nitrosamines from packaging were presented.

Endogenous formation of nitrosamines was explained beginning with the initial research carried out in the late 1960s and finishing in the 1990s. Endogenously formed nitrosamines, nitrites, and nitrates are metabolically related and undergo interconversion via reduction, oxidation, and cycling back to reactive nitrosamines in blood and tissues before being excreted as urinary nitrates. Endogenous formation of nitrosamines from various drugs was also described. To reliably determine risk, quantitative data on their endogenous formation and an understanding of the pharmacokinetics of nitrosamines are imperative. Currently, it is unknown if endogenous formation of carcinogenic nitrosamines exceeds, equals, or is less than the levels in drugs. The expert panelists emphasized the need for this information and urgently encouraged experimental work in this area.

Classifying nitrosamines would facilitate risk assessment and subgrouping based on potency and reactivity. However, the majority of nitrosamines are potent carcinogens, as shown in studies involving 40 animal species; few are non-carcinogenic. Such a vast range of potency hampers their classification. Cancer induction is cumulative although some nitrosamines can cause cancer after single exposure. Factors such as dose rate, latency to tumor induction, adducts formed, DNA-repair capacity, enzyme depletion, reactivity, and stability of reactive intermediates are important and differ among nitrosamines. The expert panelists discussed nitrosamine classification; the consensus was they should not be classified at this time because of the absence of necessary data on reactivity, DNA binding, and metabolism in human and how it differs from animals.

The above notwithstanding, a number of approaches to classification were suggested. The simplest was classification into carcinogens and non-carcinogens based on available information. However, classification based on $TD_{50}$ values from the CPDB was considered the optimum approach at present. Although generally the BMDL would be preferred because it is based on dose response modelling using multiple doses for evaluation. The European Scientific Committee on Consumer Safety (SCCS) performed such modelling to evaluate the risk posed by nitrosamine contamination in cosmetics (SCCS 2012). Other suggestions included bucketing nitrosamines into $TD_{50}$ value ranges

of <1, 1–10, and 10–100 mg/kg. Classification can be based on chemical reactivity, though there are no data on the correlation between reactivity and potency. Polarity and (Q)SAR/chemical structure were also discussed. Modelling would be based on $TD_{50}$ values in conjunction with expert knowledge and in some cases supplemented with experimental data. (Q)SAR modelling is based on predictions using estimated parameters that have not been verified for nitrosamines; therefore, caution is needed. The single value of 18 ng/day implemented by EMA was acknowledged, however, this is a highly conservative approach, being based on the most potent nitrosamine, NDEA. Two interesting proposals were Bayesian probabilistic modelling of data together with SAR and an approach conceptually similar to the TTC paradigm in ICH M7 but specific to nitrosamines. The expert panelists recommended incorporating safety factors when determining risk in children, patients with enzyme deficiency, and other sensitive populations.

Applying LTL as in ICH M7 to drugs contaminated with nitrosamines indicated for short durations is being discussed by international regulators to prevent recall of drugs and allow continued use by patients when benefit outweighs risk. However, the LTL approach for nitrosamines is not accepted globally. From the FDA's perspective, this is because nitrosamines are in the CoC, which comprises chemicals of high mutagenic and carcinogenic potencies that are strictly controlled in drugs. The shape of the dose response for such chemicals is unknown when extrapolating from high to low doses; prior experimental work suggests it to be linear with no threshold even at the lowest doses. The lack of a threshold is supported by data showing the linearity of DNA adduct formation over a dose range. In place of the LTL approach, the FDA implements a flexible approach that allows values higher than the AI as interim limits yet maintaining a 1:100,000 cancer risk.

Similarly, the expert panelists had diverse opinions on LTL. Studies have shown varied dose responses for carcinogenicity among nitrosamines—some are linear, curvilinear, sigmoidal at low dose, gradual and in some cases show an abrupt transition to toxicity. The cancer rate is independent of age, e.g., the same dose of NDEA administered to animal species of different life expectancies resulted in identical rates of tumor development. Application of the LTL approach as per ICH M7, therefore, is inappropriate because the reliability of the models that extrapolate from long to short durations is unknown with respect to their sensitivity, shape of the dose response, and threshold vs. linear. However, based on the need for safe drugs, the expert panelists indicated that

the LTL approach could be considered for nitrosamines. However, using the LTL is not as simple as stating that the effect of high exposure for a short duration is similar to that of low exposure for a long duration. The expert panelists urged further studies of the factors involved.

When more than one nitrosamine is found in a drug, the expert panelists agreed that their effects would be additive. With reference to EFSA's approach for mixtures—if one of the chemicals is a carcinogen then the most conservative AI is used irrespective of the presence of mutagens or non-mutagens.

DNA adducts were indicated by the expert panelists as the best biomarkers of exposure for nitrosamines because they can be reliably quantified using highly sensitive analytical methods. They indicated that there are no biomarkers for risk assessment because the MOA must be known but this is not the case for nitrosamines. Also necessary is verifying the source of these adducts to track back to the nitrosamine from the drug, i.e., separation of adducts from food and formed endogenously should be considered. Whether risk assessment should be based on exposure from contaminated drugs alone or consider total exposure was discussed. Based on the discussion there were good arguments for each response. Ultimately, the amount in drugs may not add much to the overall risk; however, this is unknown at present. Therefore, in the absence of needed data, communication on risk should take into consideration all important factors.

The expert panelists indicated that the structures of nitrosamines must be included in risk assessment and that a blanket assessment in which all nitrosamines are placed at the same risk level is not appropriate. They emphasized that this could be mitigated by eliminating such nitrosamines and following GMP. Exposure to low levels of nitrosamines in drugs cannot be justified because nitrosamines are also found in foods; noted that content in food is at ≤1 µg/day and as low as 0.4 µg/day. The expert panelists stated that nitrosamines can be eliminated from drugs by using safe amines and good chemistry and evaluating each step of the synthetic and manufacturing processes (including un-anticipated pathways), as well as post-market monitoring such as in packaging and storage. Moreover, if there is potential for formation from a side reaction, or if a solvent or a nitrosating agent is used, then a control strategy must be in place and the nitrosamine must be identified.

Steps known to form nitrosamines should be avoided, by moving them earlier in the synthetic or manufacturing pathway when possible. In most cases nitrosamines can be



Confidential Information – Subject to Protective Order 

eliminated by modifying the synthesis, removing the source, and adequate purging and control. However, if elimination is complicated and resource intensive, a risk assessment can be conducted using all information available. Nevertheless, it was emphasized repeatedly by the expert panelists that nitrosamines can be eliminated from drugs by implementing GMP, smart chemistry, and awareness of the manufacturing process, although this may not be possible in a few cases. Elimination of nitrosamines from drugs should not be more difficult than their near elimination from foods.

The extensive experimental data collected over the past 20 years have been used for in silico modelling to predict outcomes. Mutagenic impurities can be qualified as described in ICH M7 when two (Q)SAR models render negative predictions. Nitrosamines are in the CoC under M7 and cannot be qualified by (Q)SAR assessment. The expert panelists deliberated on potential development and use of (Q)SAR models specific for nitrosamines and utilize expert knowledge for read-across assessment. For appropriate read-across, nitrosamines must be subcategorized based on their reactivity and chemistry, which is at present available for few nitrosamines. A negative prediction by (Q)SAR and read-across justification may require experimental testing, e.g., by new approach methodologies.

There must be a good understanding of reactivity and ultimately the models should relate back to MOA; however, data on the MOA and reactivity of nitrosamines are lacking. A reliable model requires good data and a broad range of carcinogenic activity; however, the majority of nitrosamines are potent carcinogens. Much work and collaboration among regulators as well as industry and academia is focusing on building appropriate (Q)SAR models for nitrosamines. It was suggested to use available information on noncarcinogenic nitrosamines and investigate mechanistic questions to explain their lack of activity. (Q)SAR models for nitrosamines are complicated by their diverse reactivity, stability, and behavior in vivo and in vitro; a minor structural modification can markedly alter activity, hampering the making of predictions in the absence of experimental data.

The majority of nitrosamines are mutagenic and positive by standard Ames test. However, in some cases the standard Ames test is negative but positive using different test conditions, such as pH and use of hamster S9. The Ames test is the first step in assessing the mutagenicity of a chemical for regulatory purposes. The expert panelists agreed that a negative Ames test is not in itself adequate to qualify the non-mutagenicity of a nitrosamine. A modified Ames test using different conditions should

be conducted; if the results are negative an in vivo mutagenicity assay should be performed. If the latter is also negative, expert knowledge and read-across assessment must be conducted in support of the negative mutagenicity outcome. Thorough assessment of mutagenicity is important before concluding the non-mutagenicity of a nitrosamine; some nitrosamines are non-mutagenic but carcinogenic. The expert panelists noted that the in vivo assays are mutagenicity tests for hazard identification and not applicable for cancer risk assessment. Therefore, because 2-year bioassays are infeasible, an in vivo animal model of carcinogenicity may be needed in the absence of reliable read-across via expert knowledge to a data-rich surrogate nitrosamine.

## CONCLUSIONS

Nitrosamines are potent mutagenic carcinogens whose presence in drugs can in most cases be avoided by implementing good science and GMP, inspecting and evaluating every step of manufacturing, and post-market monitoring of formation and contamination. A negative Ames test is inadequate to qualify a nitrosamine as non-mutagenic. A follow-up test under modified optimal conditions is needed; if negative, an in vivo gene mutation test should follow. However, qualifying a nitrosamine as a non-mutagen does not necessarily indicate non-carcinogenicity; therefore, an alternative in vivo bioassay may be required. Caution was expressed over the LTL approach (as in ICH M7) for nitrosamines based on their diverse behaviors in vivo and in vitro, unknown dose response shape when extrapolating from long to short durations, and linear no-threshold dose response. However, to prevent drug shortages at this time other approaches for risk assessment can be applied to accept a higher AI for drugs indicated for short durations as long as a cancer risk of 1:100,000 is maintained. Multiple nitrosamines in a drug should be considered to have additive effects and the most conservative approach must be used for risk assessment. There are good arguments for use of total exposure and exposure from drugs only for risk assessment. Because of the lack of important information on endogenous formation, risk assessment based on exposure from drugs only is appropriate. (Q)SAR modelling specific to nitrosamines based on $TD_{50}$ values is needed and must incorporate expert knowledge. $TD_{50}$, not BMDL, is optimal for risk assessment. NAP testing can be used to verify nitrosation to support risk assessment.

## RECOMMENDATIONS OF THE EXPERT PANELISTS FOR FURTHER RESEARCH

The following research topics need to be addressed for reliable assessment of the cancer risk of nitrosamines with the ultimate goal of their elimination from drugs:

- Determination of endogenous formation.
    - Human epidemiological studies with designs incorporating diets rich and poor in nitrites, nitrates, and nitrosamines.
    - PBPK-based models to estimate endogenous exposure.
    - Prediction of nitrosation (measurement of urinary excretion of metabolites [e.g., nitrosoamino acids as surrogates]; data on distribution and excretion).
- Exogenous exposure—update current data.
- Measurement of DNA adducts as biomarkers of exposure in human; establishment of surrogate biomarkers of exposure as well as activating/deactivating biotransformations (e.g., hemoglobin adducts for long term and urinary mercapturic acids for short term); biomarkers will provide supportive information. Assessment of MGMT and other repair enzymes, such as those involved in excision repair in animals, and comparison to human; use sensitive analytical methods, verify the sources of adducts.
- Investigation of reactivity, stability, and nitrosation; correlation of reactivity to the carcinogenic potency of nitrosamines.
- Development and validation of sensitive analytical methods and monitoring for absence of artefacts.



Confidential Information – Subject to Protective Order 

# EXHIBIT 38

# Risk of Cancer With Use of Ranitidine: Results of a Cohort Study of 65 Million US Adults

Allegheny Health Network

Nabeeha Mohy-ud-din MD[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3,4], Shashvat M. Desai[5], Shyam Thakkar[3]

[1] Medicine Institute, Allegheny Health Network [2] Division of Hematology and Oncology, Kansas University Medical Center, [3]Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA [4]Department of Internal Medicine, Metrohealth Medical Center/Case Western Reserve University, Cleveland, OH [5] University of Pittsburgh Medical Center, Pittsburgh, PA

## Introduction

- Ranitidine is a H2 blocker used for prophylaxis and treatment of gastric acid secretion disorders.
- Regulatory agencies throughout the world have recalled ranitidine due to concerns of contamination with NDMA, a carcinogenic substance.

## Aim

- We aim to study if ranitidine use leads to an increased risk of various cancers using a large population-based database.

## Methods

- Explorys (IBM, New York) is a de-identified data base with patient records from over 26 health systems nation-wide.
- It allows for establishment of 'temporality' using SNOMED criteria.
- We searched for patients on the drug ingredient "ranitidine" use as an index event and assessing for all subsequent diagnoses of cancer from 1999-2019.
- Two control-populations were used: famotidine users and general population not using ranitidine or famotidine.
- Two analysis done: comparison of risk of cancer without adjustment for risk factors and comparison of risk of cancer after adjustment for risk factors (exclusion of smoking, obesity, alcohol use, family history of cancer, cirrhosis and GERD).

## Results

**Figure 1:** Incidence of cancer within different subgroups




**Figure 2:** Odds of cancer with ranitidine versus famotidine users without adjustment for risk factors



**Figure 3:** Odds of cancer with ranitidine versus famotidine users after adjustment for risk factors



## Conclusion

- No evidence of increased risk of various cancers (except melanoma and colorectal cancer) in ranitidine users above that of users of a comparable H2 blocker such as famotidine.
- Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.
- Future studies are needed to fully assess the risk of cancer with ranitidine.

archives

DDW
Digestive Disease Week

Tu1360 — 2020

Poster of Distinction AGA

# RISK OF CANCER WITH USE OF RANITIDINE: RESULTS OF A COHORT STUDY OF 65 MILLION US ADULTS




**Esophageal Diseases**
*GERD: Medical, Surgical and Endoscopic Therapies*
Presented on Tuesday, May 5, 2020 12:30 PM

**Author(s):** Nabeeha Mohy-ud-din[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3], Shashvat M. Desai[4], Shyam Thakkar[5]

## Introduction

Ranitidine is a histamine H-2 receptor antagonist that is used for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination with N-nitrosodimethylamine (NDMA) which is classified as a probable human carcinogen by the International Agency for Research on Cancer (IARC). We aim to study if ranitidine use leads to an increased risk of various cancers using a large population-based database.

## Methods

The Explorys database (IBM, New York) is a source of longitudinal real world deidentified data collected from electronic medical records from over 40 health systems nationwide. It allows for the assessment of temporal information about risk factors and occurrence of specific diseases based on SNOMED code criteria. We queried the Explorys database by searching for patients on the drug ingredient "ranitidine" use as an index event and assessing for all subsequent diagnoses of cancer from 1999-2019. We used two control populations: patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker. Statistical analysis was performed using SPSS 26 (Armonk, NY).

## Results

The Explorys database contained over 65 million patients at the time of our search. In our analyses, 1.62 million users of ranitidine were identified, 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. Users of ranitidine and famotidine when compared to the general population, and users of famotidine when compared to ranitidine, were older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), had liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$). Baseline characteristics of each population are listed in Table 1.

Overall, incidence of cancer was 26.4%, 31.1% and 13% in ranitidine, famotidine, and general population, respectively.Incidence of specific cancers is lower in the ranitidine users compared to famotidine users (Figure 1). Among subjects without risk factors including

smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (excluding non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.01-1.02, p=0.001)

**Conclusion**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk of various cancers in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

**(3349579_File000000.jpg)**

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) | Odds Ratio (P value) (Ranitidine vs Famotidine) | Odds Ratio (P value) (Ranitidine vs General Population) |
|---|---|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) | 0.81 (<0.001) | 1.61 (<0.001) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) | 0.83 (<0.001) | 1.08 (<0.001) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) | 0.96 (<0.001) | 0.27 (<0.001) |
| African-American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) | 0.99 (0.03) | 1.29 (<0.001) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) | 0.91 (<0.001) | 0.73 (<0.001) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) | 1.09 (<0.001) | 1.36 (<0.001) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) | 0.87 (<0.001) | 0.76 (<0.001) |
| Obesity (BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) | 0.80 (<0.001) | 5.65 (<0.001) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) | 0.89 (<0.001) | 6.61 (<0.001) |

Baseline characteristics of each population.

**(3349579_File000001.jpg)**




Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).

**Disclosure:** N. Mohy-ud-din: No Conflicts; G. Mohyuddin: No Conflicts; A. Syed: No Conflicts; S. M. Desai: No Conflicts; S. Thakkar: Boston Scientific: Consulting;

APPRISOR™ **(http://www.scientificposters.com)**

© 2020 Digital Acumen, Inc. — Content © 2020 Digestive Disease Week, All rights reserved.

---

**From:** Shashvat Desai [redacted]
**Sent:** Sunday, November 24, 2019 11:34 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Cc:** Ghulam Rehman Mohyuddin [redacted]; Nabeeha Mohyuddin [redacted]
**Subject:** Re: Zantac

Totally agree. Love the collaboration. I will send an updated version by tonight

On Sun, Nov 24, 2019 at 12:23 PM Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu> wrote:

> Thanks for your work on this Shasvat! I love the collaboration.
>
> Can you guys send me an updated manuscript after the comments have been incorporated. In general, I agree with Shashvat's recommendations/comments.
>
> I can help make more forest plots once we have the updated manuscript/information.
>
> Lets please stay on track and try to get this submitted before thanksgiving.
>
> Manni
>
> ---
>
> **From:** Shashvat Desai [redacted]
> **Sent:** Saturday, November 23, 2019 1:34 AM
> **To:** Ghulam Rehman Mohyuddin [redacted]
> **Cc:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; Nabeeha Mohyuddin [redacted]
> **Subject:** Re: Zantac
>
> Hi Manni and Bia,
>
> I have reviewed the manuscript upto discussion. Updated results. Please see my comments. Feel free to ignore any or all comments.
>
> @manni- well written. have added a few questions for you. Initially i thought of reporting risk ratios too, but these guys at AHN have previously published explorys data using odds ratio. So I stuck to that.
> @bia- can you format results in the format I have described in the comments. Also check questions. I can help tomorrow with this.
>
> We may need to analyze more depending on what you both think.

Thank you,
Shashvat

On Fri, Nov 22, 2019 at 8:24 PM Shashvat Desai [redacted] wrote:

Hi Manni and Bia,

Sorry for the delay. I am going through the abstract and the manuscript now. Will send it before sleeping today.

Shashvat

On Fri, Nov 22, 2019 at 2:36 PM Ghulam Rehman Mohyuddin [redacted] wrote:

Begin forwarded message:

**From:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Date:** November 22, 2019 at 1:35:34 PM CST
**To:** Ghulam Rehman Mohyuddin [redacted]
**Subject: Re: Zantac**

I have responded to some comments/made some minor changes.

Also, should we have been using relative risk for this cohort study rather than odds ratio? Considering that this is a cohort study with a fairly large percentage of events?

---

**From:** Ghulam Rehman Mohyuddin [redacted]
**Sent:** Friday, November 22, 2019 1:03 PM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Zantac

Begin forwarded message:

**From:** Nabeeha Mohyuddin [redacted]
**Date:** November 22, 2019 at 1:34:50 AM CST
**To:** Ghulam Rehman Mohyuddin [redacted]
**Cc:** Shashvat Desai [redacted]
**Subject: Zantac**

Hi guys,

I made some edits and I created a separate file with the abstract, because I want to send it sooner to the AGH people to review because DDW deadline is 12/1.

As a whole, the abstract checks out I think. Manni can you send me a bigger figure for the one you added please.

For the manuscript, I’ve made my edits. I’ve also added a bar chart showing time association of the drug and the diagnosis of cancer.

Let me know what your thoughts are guys.

Nabeeha

---

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:41 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: DDW Abstract

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Sun, Nov 24, 2019 at 5:03 PM
Subject: DDW Abstract
To: Ghulam Rehman Mohyuddin [redacted]
Cc: Shashvat Desai [redacted]

Hi, this is the abstract that I sent to the AGH people for review.

Thanks!

**Risk of Cancer with Use of Ranitidine: Results of a Cohort Study of 65 million US adults**

Nabeeha Mohy-Ud-Din[1], Ghulam Rehman Mohyuddin[2], Aslam Syed[3], Shashvat M. Desai[4], Shyam Thakkar[3],

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Hematology-Oncology, Kansas University Medical Center
[3] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[4] University of Pittsburgh Medical Center, Pittsburgh, PA

## Introduction

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. We aim to study if ranitidine use leads to an increased risk of cancer using the EXPLORYS database.

## Methods

The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors and occurrence of specific diseases. We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker. Statistical analysis were performed using SPSS 26 (Armonk, NY).

## Results

In our analyses, 1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. Users of ranitidine and famotidine when compared to the general population, and users of famotidine when compared to ranitidine, were older ($p<0.001$), smokers ($p<0.001$), obese ($p<0.001$), have liver cirrhosis ($p<0.001$), a history of alcohol use ($p<0.001$), and a family history of cancer ($p<0.001$). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine ($p<0.001$). Baseline characteristics of each population are listed in Table 1.

Overall, incidence of cancer was 26.4%, 31.1% and 13% in ranitidine, famotidine, and general population, respectively. Incidence of specific cancers is lower in the ranitidine users compared to famotidine users (Figure 1). Among subjects without risk factors including smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (excluding non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.01-1.02).

## Conclusion

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

**Table 1: Baseline characteristics of each population**

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) | Odds Ratio (P value) (Ranitidine vs Famotidine) | Odds Ratio (P value) (Ranitidine vs General Population) |
|---|---|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) | 0.81 (<0.001) | 1.61 (<0.001) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) | 0.83 (<0.001) | 1.08 (<0.001) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) | 0.96 (<0.001) | 0.27 (<0.001) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) | 0.99 (0.03) | 1.29 (<0.001) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) | 0.91 (<0.001) | 0.73 (<0.001) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) | 1.09 (<0.001) | 1.36 (<0.001) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) | 0.87 (<0.001) | 0.76 (<0.001) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) | 0.80 (<0.001) | 5.65 (<0.001) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) | 0.89 (<0.001) | 6.61 (<0.001) |
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) | 0.80 (<0.001) | 4.14 (<0.001) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) | 1.76 (<0.001) | 15.8 (<0.001) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) | 0.63 (<0.001) | 4.06 (<0.001) |

**Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).**



---

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:42 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Final Zantac Numbers

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Wed, Nov 20, 2019 at 4:22 AM
Subject: Final Zantac Numbers
To: Ghulam Rehman Mohyuddin [redacted]

The word file contains the numbers and odds ratio after applying the inclusion criteria of non-obese, non-smokers, non-alcoholics, non-cirrhotics, no family history of neoplasms. Let me know what you think.

| | All Zantac Inclusion Criteria (n=353660) | All Pepcid Inclusion Criteria (n=592290) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 158740 | 264400 | 1 | (1.00-1.01) | 0.02 |

| | All Zantac Inclusion Criteria (n=353660) | All Population Inclusion Criteria (n=22,258,520 ) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 158740 | 1435860 | 4.49 | 4.46-4.51 | <0.0001 |

| | All Pepcid Inclusion Criteria (n=592290) | All Population Inclusion Criteria (n=22,258,520) | OR | CI | p-value |
|---|---|---|---|---|---|
| All Cancers | 264400 | 1435860 | 11.69 | 11.63-11.75 | <0.0001 |

| | Ranitidine (n=1620830) | | | | | | Famotidine(n=3373740) | | | | | | All patients - Ranitidine and Famotidine(59,625,850) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | yes | no | or (r vs f) | ci | p value | | yes | no | or (r vs g) | ci | p | | | |
| Age >65 | 543,970 | 1,076,860 | 0 81 | 0 80-0.82 | <0.001 | 34 | 1,293,340 | 2,080,400 | 1.61 | 1.60-1.61 | <0.001 | 38 | 14,231,770 | 45,394,080 |
| Age 18-65 | 907,160 | 713,670 | 0 87 | 0 87-0.88 | <0.001 | 56 | 1,996,080 | 1,377,660 | 7.96 | 7.93-7.99 | <0.001 | 59 | 36,664,160 | 22,961,690 |
| Asian | 30,330 | 1,590,500 | 0 83 | 0 81-0.84 | <0.001 | 2 | 75,680 | 3,298,060 | 1.08 | 1.07-1.09 | <0.001 | 2 | 1,028,300 | 58,597,550 |
| Caucasian | 1,261,000 | 359,830 | 0 96 | 0 96-0.96 | <0.001 | 78 | 2,645,250 | 728,490 | 0.27 | 0.27-0.27 | <0.001 | 78 | 33,272,280 | 26,353,570 |
| African Ame | 209,260 | 1,411,570 | 0 99 | 0 98-0.99 | 0.03 | 13 | 437,840 | 2,935,900 | 1.29 | 1.29-1.30 | <0.001 | 13 | 6,113,070 | 53,512,780 |
| Male | 625,890 | 994,940 | 0 91 | 0 90-0.91 | <0.001 | 39 | 1,377,800 | 1,995,940 | 0.73 | 0.72-0.73 | <0.001 | 41 | 27,573,200 | 32,052,650 |
| Female | 994,600 | 626,230 | 1 09 | 1 09-1.1 | <0.001 | 61 | 1,995,440 | 1,378,300 | 1.36 | 1.36-1.37 | <0.001 | 59 | 32,052,670 | 27,573,180 |
| Smoking(finc | 1,205,340 | 415,490 | 0 87 | 0 86-0.87 | <0.001 | 74 | 2,595,000 | 778,740 | 0.76 | 0.76-0.76 | <0.001 | 77 | 16,391,210 | 43,234,640 |
| Obesity(BMI: | 143,650 | 1,477,180 | 0 80 | 0 80-0.81 | <0.001 | 9 | 362,870 | 3,010,870 | 5.65 | 5.62-5.68 | <0.001 | 11 | 1,007,740 | 58,618,110 |
| Alcohol(findi | 994,720 | 626,110 | 0 89 | 0 88-0.89 | <0.001 | 61 | 2,160,740 | 1,213,000 | 6.61 | 6.59-6.63 | <0.001 | 64 | 11,542,930 | 48,082,920 |
| Family Histor | 134,100 | 1,486,730 | 0 80 | 0.79-0.80 | <0.001 | 8 | 340,100 | 3,033,640 | 4.14 | 4.12-4.17 | <0.001 | 10 | 1,269,270 | 58,356,580 |
| GERD | 843,860 | 776,970 | 1.76 | 1.75-1.77 | <0.001 | 52 | 1,285,600 | 2,088,140 | 15.80 | 15.7-15.8 | <0.001 | 38 | 3,834,050 | 55,791,800 |
| Liver Cirrhosi | 22,790 | 1,598,040 | 0.63 | 0.62-0.63 | <0.001 | 1 | 74,670 | 3,299,070 | 4.06 | 4.01-4.12 | <0.001 | 2 | 208,240 | 59,417,610 |

r vs f inclusion crit
age<65
non smoker
non obese
non alcohol
no famoly h
gerd
no cirrhosis

r vs g inclusion crit
age <65
caucasian
non smoker
non obese
non alcoholic
no family his
gerd
no liver cirhossis

| | Ranitidine(1620830) | | | | | Famotidine(3373740) | | | | | | | | All population minus R and F (59,625,850) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | yes | no | odds ratio(r v | CI | p value(r vs f | yes | no | odds ratio (r | CI | p | OR (f vs g) | CI | p | yes | no | rr | p |
| All Cancers (minus non melanoma skin cancers) | 438,320 | 1,182,510 | 0.81 | 0.81-0.82 | <.001 | 1051950 | 2321790 | 2.84 | 2.83-2.85 | <.001 | 3.47 | 3.46-3.48 | <0.001 | 6,875,040 | 52,750,810 | | |
| Colorectal | 97160 | 1,523,670 | 0.97 | .96-0.98 | <0.001 | 207090 | 3166650 | 2.49 | 2.47-2.50 | <.001 | 2.55 | 2.54-2.56 | <0.001 | 1,488,850 | 58,137,000 | | |
| Pancreatic | 4480 | 1,616,350 | 0.63 | 0.61-0.65 | <.001 | 14710 | 3359030 | 3.42 | 3.32-3.53 | <.001 | 5.41 | 5.31-5.51 | <0.001 | 48,210 | 59,577,640 | | |
| Lung | 24730 | 1,596,100 | 0.6 | 0.59-0.61 | <.001 | 84250 | 3289490 | 3.3 | 3.26-3.35 | <.001 | 5.46 | 5.42-5.50 | <0.001 | 278,110 | 59,347,740 | | |
| Melanoma | 7570 | 1,613,260 | 0.99 | 0.96-1.02 | 0.8 | 15810 | 3357930 | 2.04 | 2.00-2.09 | <.001 | 2.05 | 2.02-.209 | <0.001 | 136,190 | 59,489,660 | | |
| Bladder | 8400 | 1,612,430 | 0.65 | 0.64-0.67 | <.001 | 26520 | 3347220 | 3.03 | 2.97-3.10 | <.001 | 4.62 | 4.55-4.68 | <0.001 | 102,040 | 59,523,810 | | |
| Uterine | 47940 | 1,572,890 | 0.81 | 0.80-0.82 | <.001 | 122060 | 3251680 | 2.4 | 2.37-2.42 | <.001 | 2.95 | 2.93-2.97 | <0.001 | 747,590 | 58,878,260 | | |
| Prostate | 21,890 | 1,598,940 | 0.74 | 0.72-0.75 | <.001 | 61270 | 3312470 | 2.24 | 2.21-2.27 | <.001 | 3.03 | 3.00-3.06 | <0.001 | 361,130 | 59,264,720 | | |
| Breast | 40,130 | 1,580,700 | 0.76 | 0.76-0.77 | <.001 | 107800 | 3265940 | 2.7 | 2.67-2.73 | <.001 | 3.51 | 3.49-3.53 | <0.001 | 554,700 | 59,071,150 | | |
| Liver | 11,120 | 1,609,710 | 0.54 | 0.53-0.55 | <.001 | 42130 | 3331610 | 3.38 | 3.31-3.44 | <.001 | 6.19 | 6.12-6.26 | <0.001 | 121,540 | 59,504,310 | | |

**From:** Rehman Mohyuddin [redacted]
**Sent:** Tuesday, November 17, 2020 9:41 AM
**To:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>
**Subject:** Fwd: Zantac

---------- Forwarded message ---------
From: **Nabeeha Mohyuddin** [redacted]
Date: Fri, Nov 22, 2019 at 1:34 AM
Subject: Zantac
To: Ghulam Rehman Mohyuddin [redacted]
Cc: Shashvat Desai [redacted]

Hi guys,

I made some edits and I created a separate file with the abstract, because I want to send it sooner to the AGH people to review because DDW deadline is 12/1.

As a whole, the abstract checks out I think. Manni can you send me a bigger figure for the one you added please.

For the manuscript, I've made my edits. I've also added a bar chart showing time association of the drug and the diagnosis of cancer.

Let me know what your thoughts are guys.

Nabeeha

# Risk of Cancer with Use of Ranitidine: Results of a Cohort Study of 65 million US adults

Nabeeha Mohy-Ud-Din[1], Aslam Syed[2], Shashvat Desai[3], Shyam Thakkar[2], Ghulam Rehman Mohyuddin[4]

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[3] University of Pittsburgh Medical Center, Pittsburgh, PA
[4] Division of Hematology-Oncology, Kansas University Medical Center

## Introduction:

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors.

## Methods:

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker (famotidine), and general population that did not use either H2 blocker.

## Results:

1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. The percentage of patients that went on to develop cancer in each arm were 26.4%, 31.1% and 13%, respectively.
Baseline characteristics of each population are listed in Table 1, and the incidence of different cancers in famotidine and ranitidine users are listed in Figure 1.

Compared to the general population, users of ranitidine and famotidine were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have GERD (p<0.001), liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001).

Users of famotidine (when compared to ranitidine) were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine (p<0.001).

When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01, p=0.001).

## Conclusion:

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

**Table 1: Baseline characteristics of each population**

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) |
|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) |

| | | | |
|---|---|---|---|
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) |

**Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).**



**Risk of Cancer with use of Ranitidine: Results of a Cohort Study of 65 million US adults**

Nabeeha Mohy-Ud-Din[1], Aslam Syed[2], Shashvat Desai[3], Shyam Thakkar[2], Ghulam Rehman Mohyuddin[4]

[1] Medicine Institute, Allegheny Health Network, Pittsburgh, PA
[2] Division of Gastroenterology and Hepatology, Allegheny Health Network, Pittsburgh, PA
[3] University of Pittsburgh Medical Center, Pittsburgh, PA
[4] Division of Hematology-Oncology, Kansas University Medical Center

**Corresponding Author Information:**

Nabeeha Mohy-Ud-Din MD
Resident Physician, Department of Internal Medicine, Allegheny Health Network
nabeeha.mohy-ud-din@ahn.org

Abstract (2521 characters, DDW limit is 2900 characters)

**Introduction:**

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion. Regulatory agencies throughout the world have asked for voluntary recall of all ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA). NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification. The EXPLORYS database is a robust source of longitudinal real world deidentified data collected from 65 million patients in the United States, allowing for assessment of temporal information about risk factors.

**Methods:**

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, patients using an alternate H2 blocker, and general population that did not use an H2 blocker.

**Results:**

1.62 million users of ranitidine were identified, as were 3.37 million users of famotidine, and 59.63 million individuals who did not use either H2 blocker. The percentage of patients that went on to develop cancer in each arm were 26.4%, 31.1% and 13%, respectively.
Baseline characteristics of each population are listed in Table 1, and the incidence of different cancers in famotidine and ranitidine users are listed in Figure 1.

Compared to the general population, users of ranitidine and famotidine were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have GERD (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001).

Users of famotidine (when compared to ranitidine) were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine (p<0.001).

When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01, p=0.001).

**Conclusion:**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also more likely to have other risk factors for cancer.

The lead author affirms that the manuscript is an honest, accurate, and transparent account of the study being reported; that no important aspects of the study have been omitted; and that any discrepancies from the study as originally planned have been explained. There was no external funding for this study.

**Introduction:**

Ranitidine is a histamine H-2 receptor antagonist that is used frequently for the prophylaxis and treatment of gastrointestinal disorders associated with gastric acid secretion[1]. The Federal Drug Administration has recently asked for a voluntary recall of ranitidine products given reports of contamination of ranitidine with N-nitrosodimethylamine (NDMA), and similar measures have been undertaken by regulatory agencies around the world[2-4]. NDMA is a dialkylnitrosamine that occurs naturally in low quantities and is classified as a probable human carcinogen as per the International Agency for Research on Cancer (IARC) classification[5,6]. NDMA has been shown to have carcinogenic effects due to the induction of DNA-damaging metabolites in the gastrointestinal tract and liver[7] and has been studied in several animal models and has consistently been shown to be carcinogenic[8,9].

The EXPLROYS database is a robust source of longitudinal real world deidentified data collected from over 65 million patients the United States[10]. As such, it represents a rich source of data to obtain information about the temporal associations between drug exposures and subsequent diagnoses.

We queried the EXPLORYS database by defining ranitidine use an index event and assessing for all subsequent diagnoses of cancer. We used two control populations, use of an alternate H2 blocker such as famotidine assuming that such patients would have been given famotidine for similar indications and would have similar characteristics compared to ranitidine. The second control population we used was the general population that did not use an H2 blocker. The aim of our study was to expeditiously study this issue and assess for cancer risk as consequences of NDMA exposure due to ranitidine use, given the public health implications of this issue.

**Methods:**

We conducted a cohort study comparing users of ranitidine to users of famotidine and to the general population that did not use either H2 blocker.

**Data Sources:**

We obtained data from the EXPLORYS database, which represents deidentified data collected across several health systems, collectively encompassing 65 million patients in the United States.

**Study Cohorts:**
The study cohort comprised all patients in the EXPLORYS database who had used ranitidine at any time from 1999 to 2019. Use of ranitidine was defined as an index event, and all cancer events subsequent to ranitidine use were explored. As a comparable population, the second

study cohort we evaluated were all users of famotidine. A third cohort, the general population that were not users of either H2 blockers were also assessed for their risk of cancer.

**Cancer Outcomes**

The EXPLORYS database allows for ascertainment of diagnoses following an index event. We assessed for the incidence all cancer minus non melanoma skin cancers such as cutaneous squamous and basal cell cancer. We also assessed for common cancers such as colorectal, pancreatic, liver, bladder, uterine, prostate, breast and liver cancer.

**Statistical Analysis**

**Commented [GRM1]:** Kindly review and improve Shashvat

The study cohort were defined as aforementioned. Other variables collected to ascertain for baseline characteristics included age, race, sex, smoking, obesity (defined as BMI >30) , alcohol use, family history of cancer and liver cirrhosis. Information regarding prevalence of gastroesophageal disease (GERD) was also collected.

The primary analysis comprised of a comparison of cancer occurrence subsequent to the index event (defined as drug exposure) between ranitidine users versus famotidine users, as well as cancer occurrence in the general population during the same time period. Odds ratio were calculated with 95% confidence intervals for the aforementioned cancers. Analyses were, initially performed as crude comparisons without adjustment, and then in a multi-variate analysis with adjustment for age, smoking, obesity, family history and alcohol use. All statistics were done on SPSS v26 (IBM Corporation) software.

**Commented [GRM2]:** I wonder if adjustment for GERD was needed/necessary? Excluding GERD prob excluded a substantial number of patients. Can we accurately say we performed a multivariate analysis Shashvat?

**Patient and public involvement**

No patients were involved in designing the research question or the outcome measures, nor were they involved in developing plans for design or implementation of the study. No patients were asked to advise on interpretation or writing of results. There are no plans to disseminate the results of the research directly to the patient community, however the data will be publicly available.

**Results**

In initial analyses, 1,620,830 users of ranitidine were identified from the database. These patients had used ranitidine at any time period between 1999 and 2019. ,373,740 users of famotidine were also identified. To compare trends of cancer, a general population cohort that did not use either of these H2 blockers consisting of 59,625,850 individuals was also identified.

**Commented [GRM3]:** Nabeeha: I think we should exclude mentioning time period altogether because we don't know how long these people were on ranitidine for (and there isn't a way to find out).

Baseline characteristics of each population are listed in Table 1.

| Patient Characteristics | Ranitidine (n=1620830) | Famotidine (n=3373740) | General Population (non H2 users) (n=59,625,850) |
|---|---|---|---|
| Age >65 | 543,970 (33.6%) | 1,293,340 (38.3%) | 14,231,770 (23.9%) |
| Asian | 30,330 (1.87%) | 75,680 (2.24%) | 1,028,300 (1.7%) |
| Caucasian | 1,261,000 (77.8%) | 2,645,250 (78.4%) | 33,272,280 (55.8%) |
| African American | 209,260 (12.9%) | 437,840 (13.0%) | 6,113,070 (10.25%) |
| Male | 625,890 (38.6%) | 1,377,800 (40.1%) | 27,573,200 (46.3%) |
| Female | 994,600 (61.4%) | 1,995,440 (59.1%) | 32,052,670 (53.8%) |
| Smokers | 1,205,340 (74.4%) | 2,595,000 (76.9%) | 16,391,210 (27.5%) |
| Obesity(BMI>30) | 143,650 (8.9%) | 362,870 (10.8%) | 1,007,740 (1.69%) |
| Alcohol Use | 994,720 (61.4%) | 2,160,740 (64.0%) | 11,542,930 (19.4%) |
| Family History of Cancer | 134,100 (8.3%) | 340,100 (10.1%) | 1,269,270 (2.1%) |
| GERD | 843,860 (52.0%) | 1,285,600 (38.1%) | 3,834,050 (6.4%) |
| Liver Cirrhosis | 22,790 (1.4%) | 74,670 (2.2%) | 208,240 (0.3%) |

Compared to the general population, users of ranitidine and famotidine were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have GERD (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001).

Users of famotidine (when compared to ranitidine) were more likely to be older (p<0.001), smokers (p<0.001), obese (p<0.001), have liver cirrhosis (p<0.001), a history of alcohol use (p<0.001), and a family history of cancer (p<0.001). Users of ranitidine were more likely to have a diagnosis of GERD compared to users of famotidine (p<0.001).

We then analyzed the risk of cancer in each cohort. In an initial comparison, without selecting for comorbidities and conditions pertaining to cancer risk, 428,320 patients that used ranitidine went on to have a diagnosis of cancer (excluding non-melanoma skin cancers) (26.4%). 1,051,950 patients that used famotidine went on to develop a diagnosis of cancer (excluding non-melanoma skin cancers) (31.1%). In the general population (excluding H2 blocker user) during that same time frame, 6,875,040 individuals developed a diagnosis of cancer (excluding non-melanoma skin cancers (13.0%).

We then analyzed the incidence of specific cancers in each population (Figure 1).

**Commented [GRM4]:** I don't buy this- you have to try another obesity definition. Prevalence cannot be this low. (Nabeeha: it's the same variable for all 3 populations, so the impact on final result is balanced out. If I change any number, that means, we have to start from scratch.

**Commented [GRM5]:** We should look for alcohol disorders rather than just mere users of alcohol. What do you mean alcohol disorders?

**Commented [GRM6]:** The general population should have more than a 2.1% family history of cancer risk. If we cant improve this statistic by finding another from EXPLORYS, may as well remove it. Ok I agree, we can remove this if it doesn tmake sense.

**Commented [GRM7]:** Also seems suspiciously low, maybe try other cirrhosis variables? Again, these are all billing codes and it's a limitation of explorys.

Figure 1: Risk of cancer with ranitidine versus famotidine users (OR= Odds Ratio, CI= Confidence Interval).




| | Number of events | OR | Lower CI | Upper CI |
|---|---|---|---|---|
| Colorectal | 97160 | 0.97 | 0.96 | 0.98 |
| Pancreatic | 4480 | 0.63 | 0.61 | 0.65 |
| Lung | 24730 | 0.6 | 0.59 | 0.61 |
| Melanoma | 7579 | 0.99 | 0.96 | 1.02 |
| Bladder | 8400 | 0.65 | 0.64 | 0.67 |
| Uterine | 47940 | 0.81 | 0.8 | 0.82 |
| Prostate | 21890 | 0.74 | 0.72 | 0.75 |
| Breast | 40130 | 0.76 | 0.76 | 0.77 |
| Liver | 11120 | 0.54 | 0.53 | 0.55 |

For all of the cancers we assessed, ranitidine users were no more likely to have cancer compared to famotidine users, with an increased risk noted with famotidine for each cancer we assessed (other than melanoma) in famotidine users.

We assessed a time-based risk of cancer by defining 'ranitidine' and 'famotidine' usage as index events and analyzing the incidence of cancers in 6 months, 1 year and 2 years' time (Figure 2).

**Commented [GRM8]:** I don't know how to explain this though. The longer the time, the lesser the number of patients with cancer which sounds counter-intuitive. Any ideas guys?




**Figure 2: Time based risk of cancer after index event of 'Ranitidine' and 'Famotidine'**

Given the difference in baseline characteristics in each cohort, a multivariate analysis was performed to assess for cancer risk. When adjusted for risk factors such as smoking, obesity, alcohol use, family history, cirrhosis and GERD, the risk of all cancers (minus non-melanoma skin cancers) was identical for ranitidine and famotidine (OR=1, CI=1.00-1.01).

The risk of all cancers in both famotidine and ranitidine was higher compared to the general population even after adjusting for the aforementioned risk factors (OR 4.49 for ranitidine versus general population, 95% CI=4.46-4.51, OR 11.69 for famotidine versus general population, 95% CI= 11.63-11.75).

**Discussion**

In this large cohort study of 65 million adults in the United States, we did not see any evidence of increased risk iof cancers in ranitidine users above that of users of a comparable H2 blocker such as famotidine. Users of ranitidine were more likely to have a diagnosis of cancer compared to the general population but were also substantially more likely to have other risk factors for cancer.

The main strength of this study is the use of a large database, encompassing 65 million US adults. This database allows for determination of temporality of events, and we identified use of H2 blockers as an index event after which patients were followed. Using such a database, also eliminates any selection bias, and allows for a large and diverse population to be assessed. The relatively large number of events in each cohort allows for greater power in our statistical observations. By using a cohort of users of a similar cohort of patients that used an alternate H2

**Commented [GRM9]:** Nabeeha: Can we truly say this is multivariate Shashvat?

**Commented [GRM10]:** The p value you quoted was 0 02 which is actually significant, I omitted it here, since it would confuse people. Let me know what you guys think

Should we not do a multivariate for the common cancers in the figure above? I

think we should. I don't know if what we did technically counts as a multivariate analysis, but that is what SHOULD be done. We cant do multivariate analysis from explorys because we don't have individual level data. It's one of the limitations of explorys.

**Commented [GRM11]:** Nabeeha: Nicely written Manni.

blocker, we aimed to have a cohort that was similar to users of ranitidine, although statistically significant differences were still found between the populations.

Limitations of this study are that we could not subclassify between different generic versions or certain batches of ranitidine that might have been contaminated with NDMA and hence predisposed to cancer. The significant differences in baseline characteristics between each cohort also limit a fair estimate of cancer risk attributable to use of ranitidine, although we tried to account for that using a multivariate analysis. Furthermore, when using specific diagnosis codes to harvest data, there is a possibility that certain diagnoses and conditions were not accurately coded for, and hence there may be underrepresentation in our database. However, such errors would likely have been equally distributed between all cohorts in our study. The higher risk of cancer in ranitidine compared to the general population could be attributed to other risk factors that were more prevalent in the ranitidine population, but the exact risk that use of ranitidine contributed cannot be ascertained with precision in our study. We also could not provide information on the duration of H2 blocker use in our study.

**Commented [GRM12]:** This would be useful information to obtain, if possible. I cant do that in explorys.

According to the SEER database, 39.3% of men and women will develop cancer at some point in their life[11]. In our dataset, 13% of patients went on to develop a diagnosis of cancer. Whereas, this could be attributed to the smaller duration of follow-up, an inability to capture all patients due to coding flaws, or differences between the EXPLORYS cohort and the broader population cannot be ruled out.

**Commented [GRM13]:** Had a diagnosis of cancer, there was no 'index' event in the general population hence they did not 'go on' to develop cancer but had a snapshot rate of 13%o of cancer documentation at the time we ran the search.

Our study is the first to use a large database encompassing millions of patients to assess for cancer risk in patients taking ranitidine. On our review of the literature, we could not find a comparable study evaluating cancer risk in users of ranitidine. Although our study did not find an increased risk of cancer in patients taking ranitidine compared to those taking a comparable H2 blocker (famotidine), patients using ranitidine had a much higher risk of cancer compared to the general population, owing at least in part due to other risk factors that users of ranitidine had that are established risk factors for cancer, such as age, obesity, smoking, liver cirrhosis, alcohol use and a family history for cancer[12,13].

Our findings can assist regulators that are evaluating the risk of cancer with ranitidine, allowing for timely decision making. In summary, our study did not find an increased risk of cancer in patients taking ranitidine compared to those taking famotidine, a comparable H2 blocker. Future studies are needed to fully assess the quantity of NDMA concentration in different formulations of ranitidine, as well as their long-term consequences, in order to better elucidate the risk of cancer with ranitidine.

1. Grant SM, Langtry HD, Brogden RN. Ranitidine. An updated review of its pharmacodynamic and pharmacokinetic properties and therapeutic use in peptic ulcer disease and other allied diseases. *Drugs.* 1989;37(6):801-870.
2. Ranitidine Drug Alert issued for Teva- UK- Recall. https://www.gov.uk/government/news/ranitidine-mhra-drug-alert-issued-for-teva-uk-recall.

3. EMA to review Ranitidine medications following detection of NDMA. https://www.ema.europa.eu/en/news/ema-review-ranitidine-medicines-following-detection-ndma.
4. Aurobindo Pharma Usa Inc Initiates Voluntary Nationwide Consumer Level recall 38 lots ranitidine. https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/aurobindo-pharma-usa-inc-initiates-voluntary-nationwide-consumer-level-recall-38-lots-ranitidine.
5. Act CEP. *Priority Substances List Assessment Report for N-Nitrosodimethylamine (NDMA).* 1999.
6. IARC. *Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1–42, IARC Monographs Supplement 7.* Lyon, France1987.
7. Tricker AR, Preussmann R. Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential. *Mutat Res.* 1991;259(3-4):277-289.
8. Peto R, Gray R, Brantom P, Grasso P. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). *IARC Sci Publ.* 1984(57):627-665.
9. Lijinsky W, Reuber MD. Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses. *Cancer Lett.* 1984;22(1):83-88.
10. IBM EXPLORYS database. https://www.ibm.com/us-en/marketplace/explorys-ehr-data-analysis-tools.
11. SEER Cancer STAT Facts. https://seer.cancer.gov/statfacts/html/all.html.
12. Sauer AG, Siegel RL, Jemal A, Fedewa SA. Updated Review of Prevalence of Major Risk Factors and Use of Screening Tests for Cancer in the United States. *Cancer Epidemiol Biomarkers Prev.* 2017;26(8):1192-1208.
13. Danaei G, Vander Hoorn S, Lopez AD, Murray CJ, Ezzati M, Comparative Risk Assessment collaborating g. Causes of cancer in the world: comparative risk assessment of nine behavioural and environmental risk factors. *Lancet.* 2005;366(9499):1784-1793.

---

**From:** Aslam Syed [redacted]
**Sent:** Friday, June 26, 2020 6:31 AM
**To:** Nabeeha Mohyuddin [redacted]
**Cc:** Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; [redacted]
Shyam Thakkar [redacted]
**Subject:** RE: [EXTERNAL] BJCP Decision - MP-00249-20

Thanks Nabeeha! Yes I definitely will look at this. I'm on call this weekend, but I'll try reviewing in the next few days.

Aslam Syed, MD | Gastroenterology & Hepatology, Fellow | Allegheny Health Network
Allegheny General Hospital | 1307 Federal Street, Suite B100 | Pittsburgh PA 15212
Pager: [redacted]

---

From: Nabeeha Mohyuddin [redacted]
Sent: Thursday, June 25, 2020 10:09 PM
To: Aslam Syed
Cc: gmohy-ud-din@kumc.edu; [redacted]; Shyam Thakkar
Subject: Re: [EXTERNAL] BJCP Decision - MP-00249-20

Hi,

I've made a few edits to the paper based on comments from reviewers at BJCP.
However, a lot of the comments (such a inability to quantify how long patients were on Zantac for or inability to quantify dose of Zantac) are due to limitations of Explorys which we have addressed in the paper.

Aslam, if you could please look at Tables 1 and 2 that would be great, the reviewers have suggested we remove odds ratio altogether since we are reporting baseline characteristics, and I wanted to see your thoughts are on that.

Aslam also had a great idea about reaching out to Healio/Practice Update/ MdEdge about journal suggestions since they covered our DDW abstract for the press.

While we wait to hear back, I think that if we are unable to find a suitable journal through them, we should consider submitting to 'American Journal of Therapeutics', it is pubmed indexed and IF of 1.5.

Confidentiality Notice: This e-mail message and any attachments are intended solely for the individual

or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged. If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message. If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or distribute this message, or disclose its contents to any other person. Thank you.

---

**From:** Nabeeha Mohyuddin [redacted]
**Sent:** Tuesday, March 10, 2020 4:29 PM
**To:** Aslam Syed [redacted]
**Cc:** Shyam Thakkar [redacted]; Ghulam Rehman Mohy-Ud-Din <gmohy-ud-din@kumc.edu>; [redacted]
**Subject:** Re: [EXTERNAL] DECISION: AP&T - Manuscript APT-0378-2020

Hi Aslam,

I don't personally know of GI specific pharmacology journals. I looked it up and found 'World Journal of GI Pharmacology and Therapeutics'. But it's open access and we would have to pay a fee.

I looked up a few general pharmacy/pharmacology journals, and found British Journal of Clinical Pharmacology which is pubmed indexed and has an IF of 3.8, which we could potentially aim for.

I'm open to ideas of where we should submit next. Agree a GI based pharm journal would be ideal, but don't know of many.

Nabeeha

> On Mar 10, 2020, at 2:04 PM, Aslam Syed [redacted] wrote:
>
> Hi Nabeeha, Gut and AP&T at this point mentioned a pharm journal, are there any strong impactful pharmacology journals that focus in GI that we could/should consider?
>
> Aslam Syed, MD | Gastroenterology & Hepatology, Fellow | Allegheny Health Network
> Allegheny General Hospital | 1307 Federal Street, Suite B100 | Pittsburgh PA 15212
> ( Pager: [redacted] | * [redacted]
> ________________________________
> From: Colin Howden [redacted]
> Sent: Tuesday, March 10, 2020 9:21 AM
> To: Shyam Thakkar
> Cc: [redacted]; gmohy-ud-din@kumc.edu; Aslam Syed; [redacted]; Shyam Thakkar
> Subject: [EXTERNAL] DECISION: AP&T - Manuscript APT-0378-2020
>
> Dear Dr Thakkar
>
> Your paper "Incidence of Cancer Among Users of Ranitidine: Results of a Cohort Study of 65 million US

adults" has now been reviewed preliminarily by members of the AP&T Editorial team.
>
> Unfortunately, we are unable to accept your paper for publication in AP&T. We felt that AP&T was not the most suitable journal for this study. We respectfully suggest that this would be better suited to a pharmacy journal. There is insufficient information obtainable from the database related to the duration of ranitidine use. Since we have no clear idea as to the extent of the NDMA contamination nor when it first occurred, it is unsurprising - even if the contaminant does act as a carcinogen - that you were unable to find any increased rates of various cancers among individuals who had been exposed to ranitidine.
>
> AP&T continues to gain popularity and we publish only approximately one-in-eight of the manuscripts we now receive. Submissions will continue to increase due to our higher 2018 Impact Factor of 7.731, ranking us 11th of all Gastroenterology and Hepatology journals, plus Google Scholar reports in the two years to June 2018, citations to AP&T also rank the journal 8th of all GI and Hepatology journals.
>
> Thank you for sending your work to AP&T.  I hope that I can be more positive in the future.
>
> Yours sincerely
>
>
> Colin W. Howden, MD
> Editor
>
>
> ________________________________
>
> Follow the latest articles on Twitter: @APandT
>
> AP&T aims to publish high quality, clinically relevant original research and review articles in gastroenterology and hepatology.
> ________________________________
>
>
>
> Confidentiality Notice:  This e-mail message and any attachments are intended solely for the individual or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged.  If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message.  If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or  distribute this message, or disclose its contents to any other person. Thank you.
>

# EXHIBIT

# 39

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

## GSK Chemistry Description

**Title**
AH19065 - Particle imaging of the Saraca Grade I and Grade III Processes to convert ranitidine free base to hydrochloride

**Objectives**

**Aim of experiment**

Run both Saraca Grade I and Grade III processes and collect particle imaging of the crystallisations

**Conclusion**

Imaging of the Grade I and Grade III crystallisation processes clearly showed respectively oiling and nucleation.

**Experiment**

| | |
|---|---|
| Creation Date | 26-Feb-2020 10:27:18 +0000 |
| Experiment ID | N75283-13 |
| *Site* >> | Stevenage |
| *Alliance Confirmation* >> | I have identified the Alliance if applicable. |

**Author**

| | Name | User Id |
|---|---|---|
| 1 | Dominey, Andrew (aqd55163) | aqd55163 |

**References**

| | |
|---|---|
| Literature Reference | GMS Jurong GUI_00000058185 - 3.0; Doc Alias PR/MAG/SR4; routine manufacturing process of Ranitidine Stage 4 N74638-3 |
| Repeat of Experiment | |
| Precursor ID | |
| Successor ID | |

**Keywords**

| | |
|---|---|
| Experiment Type >> | Iterative Synthesis |
| Synthesis Technology >> | Manual |

**Alliance Data**
The following information was captured at the time of this rendition but may have subsequently been updated.
Please refer to the appropriate repository for the most recent information.



GSKZAN0000389009

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| | Alliance Name | Restriction Description |
|---|---|---|
| | | |

**Project Codes**

| | *Project ID* | Project Name | Disease Target | Status | Phase | CEDD |
|---|---|---|---|---|---|---|
| 1 | 244 | ZANTAC Tablet Symptom Relief of GORD in Primary Care | Gastrointestinal Diseases | Completed | | UNKNOWN |

## Reaction Details




**Reactants**

| | Reactant Name | Lot # | Sample Mass (g) | Vol (mL) | Version MW | Reactant Mol (mmol) | Eq | Source | Limit? | Version MF | Molarity (M) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ranitidine free base | RI3(B)/PB-I/VB 1901 | 20 | | 314.404 | 63.6 | 1.000 | Saraca Laboratories Ltd, India | ☑ | C13H22N4O3S | | |
| 2 | Ranitidine free base | RI3(B)/PB-I/VB 1901 | 30 | | 314.404 | 95 | 1.500 | Saraca Laboratories Ltd, India | ☐ | | | |
| 3 | HCl | Acros 1917626 | 15.60 | 13 | 36.458 | 78 | 1.226 | | ☐ | ClH | 6 | 5-6M in isopropanol |
| 4 | HCl | Acros 1917626 | | 11.75 | 36.458 | 70.5 | 1.108 | | ☐ | | 6 | 5-6M in isopropanol |
| 5 | HCl | Acros 1917626 | | 20 | 36.458 | 120 | 1.886 | | ☐ | | 6 | 5-6M in isopropanol |
| 6 | HCl | Acros 1917626 | | 17.5 | 36.458 | 105 | 1.651 | | ☐ | | 6 | 5-6M in isopropanol |

**Products**

| | Product Name | LNB Reference | Sample Mass | Actual Mol | Version MW | % Yield | Theo Mass (g) | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | Ranitidine hydrochloride | | | | 350.862 | | 22.32 | |

**Solvents**

| | Solvent | Ratio | Density (25'C) | Volume (mL) |
|---|---|---|---|---|
| 1 | One volume reference | 1 | 1 g/ml | 20.00 |
| 2 | Isopropanol | 1.8 | 0.785 g/mL | 36.0 |
| 3 | Methanol | 0.9 | 0.791 g/mL | 18.00 |
| 4 | Isopropanol | 0.35 | 0.785 g/mL | 7.00 |



GSKZAN0000389010

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| | Solvent | Ratio | Density (25'C) | Volume (mL) |
|---|---|---|---|---|
| 5 | Water | 1.000 | 1.000 g/mL | 1.5 |
| 6 | Methanol | 1.55 | 0.791 g/mL | 31.0 |
| 7 | Isopropanol | 1 | 0.785 g/mL | 20.00 |
| 8 | Isopropanol | 1.000 | 0.785 g/mL | 40.00 |
| 9 | Methanol | 1.000 | 0.791 g/mL | 27.00 |
| 10 | Isopropanol | 1.000 | 0.785 g/mL | 11.00 |
| 11 | Water | 1.000 | 1.000 g/mL | 2.20 |
| 12 | Methanol | 1.000 | 0.791 g/mL | 47.00 |

**Reaction Conditions**

| | |
|---|---|
| Temperature | |
| Time | |

**Preparation**

26-Feb-2020

Reaction A Grade I trial without imaging

Ranitidine free base (20 g, 63.6 mmol) was allowed to dissolve in Isopropanol (36.0 mL) & Methanol (18.00 mL) at 15°C (jacket).

HCl (13 mL, 78 mmol) (IPA soln) was added

Start 11.22 pH 10.6
11.27 8ml added 19.6°C pH 6.7 rapid crystallisation
Stop 11.31 24.1°C pH 1.7 NB no aqueous present and pH probe significantly encrusted

The mixture was left to stir with jacket 15°C

15.30 it was cooled to 5°C (jacket)

16.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and left to dry at the filter for 5 min

It was transferred to a vacuum oven at 20°C.

Reaction B: Grade III trial without imaging



GSKZAN0000389011

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Ranitidine free base (20 g, 63.6 mmol) was allowed to dissolve in Isopropanol (7.00 mL), Water (1.5 mL) & Methanol (31.0 mL) at 15°C (jacket).

HCl (11.75 mL, 70.5 mmol) (IPA soln) was added:

Start 11.50 pH 9.5
Stop 12.00 20.5°C pH 5.5

The solution was left to stir with jacket 15°C

14.10 crystallisation had occurred. Poor agitation top and sides

15.30 it was cooled to 5°C (jacket)

16.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and left to dry at the filter for 1h

It was transferred to a vacuum oven at 20°C.

27-Feb-2020

Reaction C: Grade I trial with imaging

Ranitidine free base (30 g, 95 mmol) was allowed to dissolve in Isopropanol (40.00 mL) & Methanol (27.00 mL) at 27°C (contents). ***NB*** 15ml incorrectly removed from IPA charge to allow for HCl volume.

The jacket was cooled to 15°C and HCl (20 mL, 120 mmol) was added:

Start 09.45 17.2°C pH 10.3
Stop 09.56 21.8°C pH 5.3 Tmax = 26.2°C

10.00 pH had dropped to 4.5, further Isopropanol (7.00 mL) was added and oiling observed

10.15 remainder of missing Isopropanol (7.00 mL) added.

15.00 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and trasferred to a vacuum oven at ambient temperature

Reaction D: Grade III trial with imaging

Ranitidine free base (30 g, 95 mmol) was allowed to dissolve in Isopropanol (11.00 mL), Water (2.20 mL) & Methanol (47.00 mL) & at 15°C (jacket)



GSKZAN0000389012

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

The jacket was cooled to 15°C and HCl (17.5 mL, 105 mmol) was added:

Start 13.58 16.8°C pH 10.2
Stop 14.04 17.5°C pH 5.3 Tmax = 27.2°C

14.45 15.2°C pH 5.3 crystallisation underway

16.15 the solid was collected by filtration, washed with 2 x Isopropanol (20.00 mL) and trasferred to a vacuum oven at ambient temperature

05-Mar-2020

Reaction A

N75283-13-1: 106.71 - 87.25 = 19.46g

Reaction B

N75283-13-2: 105.87 - 85.34 = 20.53g

Reaction C

N75283-13-3: 111.57 - 84.06 = 27.51g

Reaction D

N75283-13-4: 107.52 - 85.68 + 107.01 - 100.49 = 28.36g

16-Nov-2020

Selected images were attached that clearly show the oiling in Reaction C (Grade I) and nucleation in Reaction D (Grade III). Further images were saved to \\cd-man-uk1\AH19065.

## Risk Assessment

### Reactant(s)

| | Reactant | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 1 | Ranitidine free base | H317, H334, H335 | Irritating to respiratory system. May cause an allergic skin reaction. May cause allergy or asthma symptoms or breathing difficulties if inhaled | RA09 - Working with Sensitisers |
| 2 | Ranitidine free base | | | |
| 3 | HCl | H225, H290, H319, H336 | Highly flammable, corrosive | |



GSKZAN0000389013

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| | Reactant | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 4 | HCl | | | |
| 5 | HCl | | | |
| 6 | HCl | | | |

## Solvent(s)

| | Solvent | Risk Number(s) | Comments | GSK Risk Assessment >> |
|---|---|---|---|---|
| 1 | One volume reference | N/A | | Chem01 Standard Controls |
| 2 | Isopropanol | R11, R36, R67 | | |
| 3 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 4 | Water | - | | |
| 5 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 6 | Isopropanol | R11, R36, R67 | | |
| 7 | Isopropanol | R11, R36, R67 | | |
| 8 | Isopropanol | R11, R36, R67 | | |
| 9 | Methanol | R11, R23/24/25, R39/23/24/25 | | |
| 10 | Isopropanol | R11, R36, R67 | | |
| 11 | Water | - | | |
| 12 | Methanol | R11, R23/24/25, R39/23/24/25 | | |

## Product(s)

| | Product | Hazard >> | Comments |
|---|---|---|---|
| 1 | Ranitidine hydrochloride | Unknown hazard, treat as toxic, OHC3 | H228, H251, H315, H317, H319, H334, H335: Irritating to eyes, respiratory system and skin. Self-heating: may catch fire. May cause sensitisation by inhalation and skin contact |

## Technology

## Standard Risk Assessment

| | |
|---|---|
| Standard Chemical Risk Assessment >> | Enhanced Controls Apply |

## Individual Chemical Risk Assessment

| | Reference | Date Recorded | Key Hazard | Document Location >> |
|---|---|---|---|---|
| 1 | | | | |

## Hazard Notes

Ranitidine hydrochloride may potentially contain <15ppm of an impurity N-nitrosodimethyl amine (NDMA) which is designated as OHC5 Carcinogen, standard controls are sufficient, however please note that a EH3S standard risk assessment for handling and disposal of N-nitrosodimethylamine or related materials, supplied as solutions, for LC-MS analysis has been completed - see 2019N420151v1

## Author Confirmation

| | |
|---|---|
| Author Confirmation >> | I, the author, confirm I have carried out a suitable and sufficient Risk Assessment of the above experiment |



GSKZAN0000389014

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| | |
|---|---|
| Date | Wed, 26 Feb 2020 10:37:57 GMT |
| First confirmed on | |

**Supervisor Confirmation**

| | |
|---|---|
| Supervisor Confirmation >> | |
| Date | |
| First confirmed on | |

## Results and Analysis

**Results**

| | 1 |
|---|---|
| Structure |  |
| Name | Ranitidine hydrochloride |
| LNB Reference | |
| [1H] NMR | |
| LCMS | |
| Calculated Isotopic MW | |
| Minimum % Purity | |
| Purity Comment | |
| GSK Compound Number | |
| Stereochemistry >> | |
| Geometric Isomerism >> | |
| % Yield | |
| HPLC | |
| Notes | |



**Notes and Discussion**

## Imaging:N75283-13

**Details**
Analyst:
Comp. No.:
Date: Mon, 16 Nov 2020 14:26:00 GMT
Description:
Document: C:\Users\aqd55163\OneDrive - GSK\Projects\Ranitidine\Imaging-N75283-13.pdf



GSKZAN0000389015

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

LNB Ref.:
Reference:
Source:
Spectrum ID:
Title:

**Notes**



GSKZAN0000389016

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# Grade 1 Crystallisation Imaging



Onset




Features growing on probe




Rapid formation of oil




Turbulence around crystal




Crystallisation on probe




Crystallised particles

GSKZAN0000389017

# Grade 3 Crystallisation Imaging



Onset




Start of growth




Formation of particles




Increasing turbulence




Crystallisation on probe




End of crystallisation age

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**PLM:N75283-13**

GSKZAN0000389019

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# Images stored on cd-man-uk1




LM_AH19065_N75283-13-1_x10




LM_AH19065_N75283-13-1_x10_2




LM_AH19065_N75283-13-2_x50




LM_AH19065_N75283-13-2_x50_2

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

# Images stored on cd-man-uk1




LM_AH19065_N75283-13-3_x5




LM_AH19065_N75283-13-4_x20




LM_AH19065_N75283-13-4_x50

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

## HPLC:N75283-13-1

**Details**

LNB Reference: N75283-13-1
Analytical Ref: S29_2020_04201228_Z_2020_0423_083402
Compound Number: Z_N75283-13-1
GADR GuID: B14DDF1C-E217-4fa6-A370-CB12C9A5F3B7
Runtime:
Solvent:

**Notes**



GSKZAN0000389022

Submitted by aqd55163 On S29
Sample N75283-13-1
Injection 2020-04-20 12:30:00
Project AH19065
Processed 2020-04-23 08:50:43 Reprocessed by aqd55163

---

Instrument Details

S29
Column Serial no.

Analysis Details

Injection 2020-04-20 12:30:00 Volume (uL) 10.0
Vial position 72
Filename S29_2020_04201228_Z_2020_0423_083402.D
Method C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M
Notebook Ref N75283-13-1
Sample Name N75283-13-1

Results

Signal 1 : VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.75 | 0.042 | 0.058 | 0.194 | 0.009 |
| 2 | 4.34 | 0.054 | 0.123 | 0.398 | 0.018 |
| 3 | 4.39 | 0.066 | 0.098 | 0.387 | 0.017 |
| 4 | 4.80 | 0.049 | 0.053 | 0.197 | 0.009 |
| 5 | 5.62 | 0.053 | 0.170 | 0.599 | 0.027 |
| 6 | 6.04 | 0.057 | 614.237 | 2257.708 | 99.882 |
| 7 | 6.82 | 0.056 | 0.053 | 0.176 | 0.008 |
| 8 | 7.49 | 0.064 | 0.058 | 0.223 | 0.010 |
| 9 | 7.91 | 0.056 | 0.055 | 0.184 | 0.008 |
| 10 | 9.92 | 0.050 | 0.099 | 0.300 | 0.013 |

```
Submitted by aqd55163            On S29                    Page   2 of 2
Sample       N75283-13-1               N75283-13-1
Injection    2020-04-20 12:30:00
Project      AH19065
Processed    2020-04-23 08:50:43               Reprocessed by aqd55163
---------------------------------------------------------------------
```

Chromatogram scaled to largest peak
===================================




Expanded chromatogram
====================




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**HPLC:N75283-13-2**

**Details**

LNB Reference: N75283-13-2
Analytical Ref: S29_2020_04201250_Z_2020_0423_085402
Compound Number: Z_N75283-13-2
GADR GuID: 3C701B5D-353B-44de-BB5F-C33D68B43211
Runtime:
Solvent:

**Notes**



GSKZAN0000389025

Submitted by aqd55163 On S29 
Sample N75283-13-2 N75283-13-2
Injection 2020-04-20 12:51:39
Project AH19065
Processed 2020-04-23 08:59:30 Reprocessed by aqd55163

## Instrument Details

S29
Column Serial no.

## Analysis Details

Injection 2020-04-20 12:51:39 Volume (uL) 10.0
Vial position 73
Filename S29_2020_04201250_Z_2020_0423_085402.D
Method C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M
Notebook Ref N75283-13-2
Sample Name N75283-13-2

## Results

Signal 1 : VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.76 | 0.067 | 0.044 | 0.175 | 0.009 |
| 2 | 4.34 | 0.054 | 0.072 | 0.235 | 0.012 |
| 3 | 4.40 | 0.061 | 0.050 | 0.184 | 0.009 |
| 4 | 4.80 | 0.059 | 0.040 | 0.141 | 0.007 |
| 5 | 5.62 | 0.050 | 0.143 | 0.513 | 0.025 |
| 6 | 6.04 | 0.057 | 548.573 | 2020.888 | 99.905 |
| 7 | 6.82 | 0.048 | 0.043 | 0.123 | 0.006 |
| 8 | 7.50 | 0.058 | 0.045 | 0.158 | 0.008 |
| 9 | 7.92 | 0.049 | 0.048 | 0.141 | 0.007 |
| 10 | 9.92 | 0.055 | 0.079 | 0.260 | 0.013 |

```
Submitted by aqd55163           On S29
Sample       N75283-13-2        N75283-13-2
Injection    2020-04-20 12:51:39
Project      AH19065
Processed    2020-04-23 08:59:30            Reprocessed by aqd55163
--------------------------------------------------------------------------
```

Chromatogram scaled to largest peak
===================================




Expanded chromatogram
====================




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

## HPLC:N75283-13-3

**Details**

LNB Reference: N75283-13-3
Analytical Ref: S29_2020_04201311_Z_2020_0423_090007
Compound Number: Z_N75283-13-3
GADR GuID: BCAF6632-B1F6-49e8-A557-A4B1A98C59A6
Runtime:
Solvent:

**Notes**

GSKZAN0000389028

Submitted by aqd55163 On S29
Sample N75283-13-3
Injection 2020-04-20 13:13:27
Project AH19065
Processed 2020-04-23 09:06:05 Reprocessed by aqd55163

---

Instrument Details

S29
Column Serial no.

Analysis Details

Injection 2020-04-20 13:13:27 Volume (uL) 10.0
Vial position 74
Filename S29_2020_04201311_Z_2020_0423_090007.D
Method C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M
Notebook Ref N75283-13-3
Sample Name N75283-13-3

Results

Signal 1 : VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 1.38 | 0.046 | 0.100 | 0.296 | 0.009 |
| 2 | 2.65 | 0.048 | 0.046 | 0.132 | 0.004 |
| 3 | 3.38 | 0.069 | 0.053 | 0.219 | 0.006 |
| 4 | 3.75 | 0.052 | 0.070 | 0.218 | 0.006 |
| 5 | 4.16 | 0.057 | 0.107 | 0.495 | 0.015 |
| 6 | 4.34 | 0.057 | 0.104 | 0.355 | 0.010 |
| 7 | 4.39 | 0.048 | 0.071 | 0.206 | 0.006 |
| 8 | 4.81 | 0.058 | 0.082 | 0.285 | 0.008 |
| 9 | 5.10 | 0.100 | 0.070 | 0.420 | 0.012 |
| 10 | 5.62 | 0.050 | 0.218 | 0.773 | 0.023 |
| 11 | 6.04 | 0.062 | 919.458 | 3400.638 | 99.873 |
| 12 | 6.82 | 0.057 | 0.085 | 0.291 | 0.009 |
| 13 | 7.50 | 0.047 | 0.069 | 0.235 | 0.007 |
| 14 | 9.92 | 0.045 | 0.145 | 0.387 | 0.011 |

Submitted by aqd55163 On S29 
Sample N75283-13-3 N75283-13-3
Injection 2020-04-20 13:13:27
Project AH19065
Processed 2020-04-23 09:06:05 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak




Expanded chromatogram




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

**HPLC:N75283-13-4**

**Details**

LNB Reference: N75283-13-4
Analytical Ref: S29_2020_04201333_Z_2020_0423_091409
Compound Number: Z_N75283-13-4
GADR GuID: 8A3AC44B-6B2C-46cf-83F1-1F805CDAB75A
Runtime:
Solvent:

**Notes**

GSKZAN0000389031

Submitted by aqd55163 On S29
Sample N75283-13-4 N75283-13-4
Injection 2020-04-20 13:35:18
Project AH19065
Processed 2020-04-23 09:17:13 Reprocessed by aqd55163

---

Instrument Details

S29
Column Serial no.

Analysis Details

Injection 2020-04-20 13:35:18 Volume (uL) 10.0
Vial position 75
Filename S29_2020_04201333_Z_2020_0423_091409.D
Method C:\Chem32\1\Methods\GSK\PS\RANITIDINE_HYDROCHLORIDE_EP5_1.M
Notebook Ref N75283-13-4
Sample Name N75283-13-4

Results

Signal 1 : VWD1 A, Wavelength=230 nm

| Peak # | RT (min) | Width (min) | Height | Area | Area % |
|---|---|---|---|---|---|
| 1 | 3.75 | 0.059 | 0.046 | 0.163 | 0.006 |
| 2 | 4.34 | 0.046 | 0.109 | 0.300 | 0.011 |
| 3 | 4.40 | 0.069 | 0.071 | 0.293 | 0.011 |
| 4 | 4.80 | 0.053 | 0.066 | 0.266 | 0.010 |
| 5 | 5.62 | 0.054 | 0.205 | 0.728 | 0.026 |
| 6 | 6.04 | 0.057 | 747.005 | 2757.749 | 99.900 |
| 7 | 6.82 | 0.048 | 0.064 | 0.231 | 0.008 |
| 8 | 7.50 | 0.058 | 0.071 | 0.249 | 0.009 |
| 9 | 7.93 | 0.063 | 0.047 | 0.180 | 0.007 |
| 10 | 9.93 | 0.048 | 0.116 | 0.337 | 0.012 |

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Submitted by aqd55163 On S29
Sample N75283-13-4 N75283-13-4
Injection 2020-04-20 13:35:18
Project AH19065
Processed 2020-04-23 09:17:13 Reprocessed by aqd55163

---

Chromatogram scaled to largest peak




Expanded chromatogram




*** End of Report ***

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

## Audit Trail

Wed, 26 Feb 2020 10:27:18 GMT Create N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:27:31 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:27:42 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:37:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:37:57 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:44:47 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:47:31 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 10:54:47 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:04:48 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:09:48 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 11:37:11 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 12:08:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 15:39:35 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Wed, 26 Feb 2020 17:12:24 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 09:21:41 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:00:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:10:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 10:20:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 13:18:13 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 14:44:57 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 27 Feb 2020 14:57:36 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 10:22:25 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 10:59:17 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 12:02:33 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Thu, 05 Mar 2020 13:49:32 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 13:49:50 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:36:02 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:48:01 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 14:54:10 GMT Sign and Close without Review N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 15:31:32 GMT Re-Open N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
Mon, 16 Nov 2020 15:34:15 GMT Save N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))
HPLC chromatograms added
Mon, 16 Nov 2020 15:37:06 GMT Sign and Close without Review N75283-13 by aqd55163 (Dominey, Andrew (aqd55163))



GSKZAN0000389034

# EXHIBIT 40

**From:** Susanne Wings
**Sent:** Fri, 6 Sep 2019 05:59:55 +0000
**To:** Anna Ferrari;Jim Harvey;Ethnie Conner;Steve McGhie;Anup Pingle;Helen Steel;Marianne Cunnington;Ben Thompson;Steve Ball;Elena Salsi;Ian Larrea;Andrew Searle
**Cc:** Steve Parker;Michael Fleming;Alina Boey;Giuseppe Martinelli;Thomas Civenti;Dorene Dixon;Anne Showalter;John Nunn;Nicholas Izzi;Giuseppe Whelan;Bernadette Maria Doyle;Wendy Stanford;Matt Popkin;Lynn Tarini;Anna Perez;Alex Delaney;Wendy Booth;Tom Spencer;Susannah Clements;Angelo Sarzi Amade';Ksymena Kwietniewska;Natalia Karkoszka;Deborah Giam;Avneeta Rekhi;Ludmila Luca
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today
**Attachments:** AW: ZL-Nr: 44374 - Zantic, Injektionslösung - Eröffnung eines Überprüfungsverfahrens, mu102_10_001e_mbnotificationofqualitydefects.pdf
**Importance:** High

Dear all,

we received yesterday evening the response from Swissmedic on the submitted information. They claim that we have **violated the reporting obligation** (see guideline attached) because we have been contacted by EMA and FDA ion this matter and the issue concerns the safety of the product and thus the general basis for the assessment.

According to the eTTS PAR-CHE-03 between Parma and Switzerland, A.1 Quality Defects I should have been informed about the concerns and information exchange with FDA and EMA in this matter.

**Anna: Can we please schedule another PIRC meeting for early this afternoon 14:00 or 15:00 pm CET to discuss the further proceeding on answering the questions?**

Here the translated, original text from Swissmedic:

We note that you have already been contacted by the FDA and EMA regarding this matter. As this concerns a problem relating to the safety of the product and thus its general basis for assessment, a notification to Swissmedic should have been made following these contacts in accordance with Art. 59 HMG (see attachment). There has been a clear violation of the reporting obligation.

Nitrosamine diseases can cause cancer and thus represent a serious health hazard. Accordingly, there is a potential Class I or II deficiency. The notification period in such cases is a maximum of 3 calendar days. You are hereby given the opportunity to report the defect within this period. We expect all documents submitted to the EMA and the FDA, including all correspondence with both authorities, to be filed by **Monday, September 9, 2019**.

The following must also be submitted:

1. It appears that investigations have been underway for some time, we assume that you already have results of your own NDMA determinations on Zantic, Injection Solution restitution samples. Please also submit these to us by September 9, 2019. If no data exist yet, please

initiate the corresponding analyses immediately. In this case, please let us know **by September 9, 2019** when we can expect the analysis results.

2. Your statement does not address the possibility of NDMA formation using building blocks from the ranitidine molecule itself (including its precursors).




On the left side of the molecule there is a secondary amine which can be activated by the neighbouring furan ring and is therefore detachable, on the right side nitrogen in formal oxidation state +III. By simple hydrolysis according to the following sketch nitrite could be released for nitrosation.




Please discuss **until September 9, 2019** why you exclude such a mechanism in your synthesis pathway.

Thank you and best regards
Susanne

**Dr. Susanne Wings**
**Local Quality Lead, Responsible Person**
PSC Quality
LOC Quality Nordics and Established Markets Cluster

**GSK AG**
Talstrasse 3-5, 3053 Münchenbuchsee, Switzerland

**Email** susanne.x.wings@gsk.com
**Tel** +41 31 862 2208
**Mobil** +41 78 704 91 00

gsk.com | Twitter | YouTube | Facebook | Flickr

do more
feel better
live longer

---

**From:** Anna Ferrari
**Sent:** Mittwoch, 4. September 2019 17:21
**To:** Jim Harvey <james.s.harvey@gsk.com>; Ethnie Conner <ethnie.s.conner@gsk.com>; Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey <alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today

All,
just to make you aware that following up the communication that Elena sent to AIFA, the Italian Agency has come back with the following request:

following up on the notification received the Agency must be made aware of the actions that GSK is taking on the ZANTAC inj batches distributed in Italy and in addition the list of batches has to be sent to AIFA; in addition, if available, analytical results related to presence/level of NDMA in those batches.

I think best way forward is to have a PIRC tomorrow to agree how to respond to this request
Steve can you please set it up?
Thanks
Anna

---

**From:** Jim Harvey
**Sent:** mercoledì 4 settembre 2019 15:21
**To:** Ethnie Conner <ethnie.s.conner@gsk.com>; Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Anna Ferrari <anna.n.ferrari@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey <alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** RE: Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today

Hi Ethnie & team

Thank you

No other comments from nonclinical safety line.

Jim

---

**From:** Ethnie Conner
**Sent:** 04 September 2019 12:17
**To:** Steve McGhie <steve.x.mcghie@gsk.com>; Anup Pingle <anup.s.pingle@gsk.com>; Helen Steel <helen.m.steel@gsk.com>; Marianne Cunnington <marianne.9.cunnington@gsk.com>; Jim Harvey <james.s.harvey@gsk.com>; Ben Thompson <ben.p.thompson@gsk.com>; Steve Ball <steven.x.ball@gsk.com>; Elena Salsi <elena.l.salsi@gsk.com>; Ian Larrea <ian.m.larrea@gsk.com>; Anna Ferrari <anna.n.ferrari@gsk.com>; Andrew Searle <andy.d.searle@gsk.com>
**Cc:** Steve Parker <steve.g.parker@gsk.com>; Michael Fleming <michael.d.fleming@gsk.com>; Alina Boey

<alina.x.boey@gsk.com>; Giuseppe Martinelli <giuseppe.i.martinelli@gsk.com>; Thomas Civenti <thomas.h.civenti@gsk.com>; Dorene Dixon <dorene.b.dixon@gsk.com>; Anne Showalter <anne.x.showalter@gsk.com>; John Nunn <john.e.nunn@gsk.com>; Nicholas Izzi <nicholas.2.izzi@gsk.com>; Susanne Wings <susanne.x.wings@gsk.com>; Giuseppe Whelan <giuseppe.s.whelan@gsk.com>; Bernadette Maria Doyle <bernadette.m.doyle@gsk.com>; Wendy Stanford <wendy.x.stanford@gsk.com>; Matt Popkin <matt.e.popkin@gsk.com>; Lynn Tarini <lynn.n.tarini@gsk.com>; Anna Perez <anna.a.perez@gsk.com>; Alex Delaney <alex.x.delaney@gsk.com>; Wendy Booth <wendy.m.booth@gsk.com>; Tom Spencer <tom.b.spencer@gsk.com>; Susannah Clements <susannah.j.clements@gsk.com>; Angelo Sarzi Amade' <angelo.s.sarzi-amade'@gsk.com>; Ksymena Kwietniewska <ksymena.m.kwietniewska@gsk.com>; Natalia Karkoszka <natalia.e.karkoszka@gsk.com>; Deborah Giam <deborah.x.giam@gsk.com>; Avneeta Rekhi <avneeta.x.rekhi@gsk.com>
**Subject:** Urgent - Zantac responses for Swissmedic - Please review and respond by 2pm today
**Importance:** High

Dear all following the call yesterday please find attached the updated responses to SwissMedic. These are both as a tracked document and clean version. Please have a final review and confirm any final critical comments no later than **2pm UK time** to enable this to be finalised and provided for submission today. **Please can those on the To confirm your agreement to the responses**. Thanks

Please note the following:

Q3 - that the reference to 31 consecutive days has been amended. At this point we do not have a specific document reference as submitted to SwissMedic, a publication to refer to, nor is it stated in the product label. Reference is therefore made to reasonably expected clinical practice. We will continue to seek a hard reference to this separate to these responses.
Q7 – the form for Saraca has not yet been received. This will need to be sent as soon as received. Andy considers that we know the answers from previous discussions with them and therefore the response to Q4 reflects both suppliers and no amendments are needed. **Steve** please confirm that the DRL form was sent to Susanne last night for signature. It will not be incoporaed into this response document.

Kind regards

**Ethnie Conner**
VP, Global Classic and Established Products
Global Regulatory and Quality (GRQ)

GlaxoSmithKline
1-3 Ironbridge Road
Stockley Park West
Uxbridge
UB11 1BT
Email ethnie.s.conner@gsk.com
Mobile +44 (0) 7717 800563

gsk.com | Twitter | YouTube | Facebook | Flickr

do more
feel better
live longer