# EXHIBIT 41

# Hazard Assessment Report

## N-Nitroso-dimethylamine (NDMA) / GR140578

| | |
|---|---|
| Company Name: | GlaxoSmithKline |
| Company Address: | R&D Site, Park Rd, Ware, SG12 0DP |
| Author: | Kamila Gromek, MSc Pharm, Occupational Toxicologist |
| Reviewer: | William A. Hawkins BSc (Hons) MSc, CBiol, ERT, Manager, Occupational Toxicology |
| Date: | 25 September 2019 |
| Compound: | N-Nitroso-dimethylamine |
| Synonyms: | NDMA, nitrosodimethylamine, N-methyl-N-nitrosomethanamine, N,N-dimethylnitrosamine |
| Compound Type: | Raw material / R&D substance |
| Stage of the development: | Not applicable |
| Cas number | 62-75-9 |
| Indication: | Not applicable |
| Molecular Formula: | C2N2H6O |
| Molecular Weight: | 74 g/mol |
| Physical Form: | Yellow liquid with faint characteristic or no distinct odor. |
| Solubility: | Water: Miscible (25 C) |
| LogP: | n/a |
| Structural Formula: |  |
| GHS Classification: | Acute Tox. 3 H301<br>Acute Tox. 2 H330<br>Carc. 1B H350<br>STOT RE 1 H372 |
| Occupational Exposure Limit (OEL) / Occupational Hazard Category (OHC) | 0.03 mcg/m3<br>OHC 5 |
| Permitted Daily Exposure (PDE): | 0.096 mcg/day (oral, parenteral, inhalation) |
| Hazard Notations: | CARCINOGEN, SKIN |



Confidential Information – Subject to Protective Order GSKZAN0003419540

| | Yes | No | Unknown | Comments |
|---|---|---|---|---|
| Positive genotoxicant | X | | | Mutagen/clastogen |
| Reproductive developmental toxicant | | X | | Not classified |
| Potential carcinogen | X | | | Classified as a 1B (probable human) carcinogen. |
| Sensitising potential | | X | | No data available. Not classified. |
| Significant dermal penetration | X | | | Dermal penetration is possible |
| Other | | X | | None known |

**1. Basis for the PDE/OEL:**

NDMA is a semivolatile organic chemical that forms in both industrial and natural processes. It is member of N-nitrosamines, a family of potent carcinogens. Quantitation of exposure-response for cancer for NDMA is based on studies in laboratory animals, since existing epidemiological data, although suggestive of a possible association between ingestion of NDMA and cancer, are inadequate to serve as a basis for characterisation of exposure–response. There appear to be no qualitative differences in metabolism of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently

## ICH M7 aligned limits of NDMA in drug products

N-Nitrosodimethylamine (NDMA) is reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in experimental animals. Regulatory guidance (ICH M7) exists for calculating generally accepted daily intakes of DNA reactive carcinogens, including individual nitrosamines such as NDMA, when present as impurities in drug products. This calculation involves linear extrapolation from the NDMA dose giving a 1 in 2 tumour incidence in rodents at the end of a standard lifespan, to define a dose associated with a theoretical 1 in 100,000 tumour incidence in humans over a specific exposure duration. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses is a hypothetical concept that is used for risk management by regulatory agencies.

Based on the ICH M7 guidance, the generally accepted lifetime (70 year) daily intake of NDMA is 0.0959 mcg/person/day (theoretical 1 in 100,000 excess lifetime risk of cancer - Note 1) as an impurity in drug product. The ICH M7 guidance also outlines how such compound specific lifetime intakes can be used to derive less than lifetime intakes for carcinogenic impurities, which are considered applicable for drug products with limited treatment durations. Based on a linear extrapolation from the generally accepted lifetime intake for NDMA of 0.0959 mcg/person/day, the less than lifetime intakes for NDMA are as follows (Table 1).



Confidential Information – Subject to Protective Order GSKZAN0003419541

**Table 1:** ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer.

| Number of doses | 1 | 7 | 31 | 84 | 365 | 2190 | 3285 | 3650 | 7300 | 25550 |
|---|---|---|---|---|---|---|---|---|---|---|
| Duration | 1 day | 7 days | 1 month | 12 weeks | 1 year | 6 years[a] | 9 years | 10 years | 20 years | 70 years |
| NDMA Daily Intake mcg/day | 2450.24 | 350.035 | 79.04 | 29.17 | 6.713 | 1.12 | 0.746 | 0.671 | 0.336 | 0.0959 |

[a] The less than lifetime approach has been described in previous regulatory documentation that stated the following "Using the AI calculated from TD50 i.e. 96 ng/day results in a lifetime acceptable dose associated with a 1:100,000 additional cancer risk of 2453 µg. As the maximum duration of exposure to NDMA from contaminated valsartan is 6 years or 2190 days the AI for 6 years can be calculated by dividing by 2190 resulting in: 1.12 µg/day as AI over 6 years.

These ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer can be used to qualify NDMA levels in drug products for risk assessment purposes.

**Note 1: Calculations used to derive the less than lifetime limits (mcg/day) of NDMA (associated with a theoretical 1 in 100,000 excess lifetime risk of cancer) as per the ICH M7 guideline.**
TD50 values for NDMA according to the Carcinogenic Potency Database are 0.0959 mg/kg body weight/day (rat) and 0.189 mg/kg body weight/day (mouse) [4]. For the calculation of an acceptable intake, the lower (i.e., more conservative) value of the rat is used.

To derive an estimated incidence of 1 in 100,000 animals, divide by 50,000: 0.0959 mg/kg / 50,000 = 0.000001918 mg/kg = 0.001918 mcg/kg.

To derive a lifetime (25550 days) daily dose of NDMA in humans: 0.001918 mcg/kg/day*50 kg body weight = 0.0959 mcg/person/day for a lifetime.

To derive a less than lifetime daily dose of NDMA in humans: 0.0959 mcg/person/day*25550/number of doses.

Therefore, based on the above calculation, the OEL will be calculated using 8800 days (220 working days for a working life time of 40 years, [5]) as workers generally work a 5 day week and will have a holiday allowance.

0.0959 x 25550/8800 = 0.2784, rounded to 0.3 mcg/day. As standard, this value is then divided by the amount of air breathed in an 8 hr working day (10 m3).

The calculated PDE for the inhalation, parenteral or oral route is not corrected for exposure being based on lifetime exposure.

OEL = 0.3 mcg/day = 0.03 mcg/m3



Confidential Information – Subject to Protective Order GSKZAN0003419542

10m3

| | | |
|---|---|---|
| PDE oral, parenteral, inh | = | 96 ng/day = 0.096 mcg/day |

**2. Rationales:**
NDMA is not currently produced in pure form or commercially used, except for research purposes. It was formerly used in production of liquid rocket fuel, antioxidants, additives for lubricants and softeners for copolymers. NDMA can be unintentionally produced in and released from industrial sources through chemical reactions, such as those that involve alkylamines with nitrogen oxides, nitrous acid or nitrite salts. Potential industrial sources include byproducts from tanneries, pesticide manufacturing plants, rubber and tire manufacturers, alkylamine manufacture and use sites, fish processing facilities, foundries and dye manufacturers. NDMA is also an unintended byproduct of the chlorination of wastewater and drinking water at treatment plants that use chloramines for disinfection.

NDMA exposure may occur through (1) ingesting food that contains nitrosamines, such as smoked or cured meats and fish; (2) ingesting food that contains alkylamines, which can cause NDMA to form in the stomach; (3) drinking contaminated water; (4) drinking malt beverages (such as beer and whiskey) that may contain low levels of nitrosamines formed during processing; (5) using toiletry and cosmetic products such as shampoos and cleansers that contain NDMA; and (6) breathing or inhaling cigarette smoke. Workplace exposure can occur at tanneries, pesticide manufacturing plants and rubber and tire plants.

**Acute and Repeat dose toxicity studies:** NDMA is highly acutely toxic after oral administration to rats, with LD50s ranging from 23 to 40 mg/kg body weight. It is also highly acutely toxic via inhalation; 4-h LC50s are 78 ppm (240 mg/m3) for rats and 57 ppm (176 mg/m3) for mice. Hepatic effects (i.e., hepatocyte vacuolization, portal venopathy, and necrosis/haemorrhage), often associated with reduced survival, have been observed in a number of mammalian species exposed orally under various conditions (e.g., in rats receiving 1, 3.8, or 5 mg NDMA/kg body weight per day for 30, 7–28, or 5–11 days, respectively; in mice receiving 5 mg/kg body weight per day for 7–28 days; in hamsters receiving 4 mg/kg body weight per day for 1–28 days; in guineapigs, cats, and monkeys receiving 1 mg/kg body weight per day for 30 days or 5 mg/kg body weight per day for 5–11 days; in dogs receiving 2.5 mg/kg body weight per day, 2 days/week, for 3 weeks; and in mink receiving 0.32 mg/kg body weight per day for 23–34 days) (summarized from IARC, 1978; ATSDR, 1989).
In addition to effects in the liver, "congestion" in a variety of organs (i.e., kidneys, lung, spleen, and myocardium) has been reported following examination of rats receiving 3.8 mg NDMA/kg body weight per day in the diet for 1–12 weeks (Khanna & Puri, 1966). Gastrointestinal haemorrhage has been observed in rats receiving dietary doses of 10 mg NDMA/kg body weight per day for 34–37 days (Barnes & Magee, 1954) and in mink receiving 0.3 or 0.6 mg NDMA/kg body weight per day in the diet for 23–34 days (Carter et al., 1969). Effects in the kidneys (including glomerulus dilatation and slight thickening of the Bowman's capsule) were observed in mink receiving 0.2 mg NDMA/kg body weight per day from the diet (period not specified) (Martino et al., 1988).



Confidential Information – Subject to Protective Order GSKZAN0003419543

**Genotoxicity:** There is overwhelming evidence that NDMA is mutagenic and clastogenic. In numerous studies conducted in vitro in bacterial and mammalian cells, (reviewed in IARC, 1978; ATSDR, 1989). Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of cell types, in assays conducted in the presence or absence of metabolic activation. Positive results have been observed in human as well as rodent cells.

**Reproductive developmental toxicity:** Available data are inadequate as a basis for assessment of the reproductive or developmental toxicity of NDMA. Interpretation of the results of most identified investigations is complicated by the high doses administered, likely to have induced acute or repeated-dose organ toxicity. In a report by Anderson et al. (1978), time to conception in female mice provided with drinking-water containing 0.1 mg NDMA/litre for 75 days prior to mating was about 3 days longer than in unexposed controls; no other reproductive effects were assessed in this study. In a study conducted with male rats, a single intraperitoneal injection of 30 or 60 mg NDMA/kg body weight induced testicular damage (necrosis or degeneration of the seminiferous epithelium) (Hard & Butler, 1970b).
In a single-generation study (Anderson et al., 1978) in which the reproductive effects of a number of substances were examined, groups of 20 female mice were provided with drinking-water containing 0 or 0.1 mg NDMA/litre for 75 days prior to mating and throughout pregnancy and lactation (estimated daily and total intakes of 0.02 mg/kg body weight per day and 2 mg/kg body weight, respectively). The proportion of deaths (based upon the total number of stillborn and neonatal deaths) was increased ($P < 0.05$) 2-fold in the NDMAexposed animals compared with controls (i.e., 20% and 9.9%, respectively), due in large part to an increase in the number of stillborn animals. Exposure to NDMA had no effect upon maternal fluid consumption, litter size, or average body weight of the weanlings, and no consistent gross or histopathological abnormalities were observed in the stillborn fetuses or dead neonates to account for the increased mortality. In a somewhat more recent study with mice administered higher doses of the nitrosamine, a single intraperitoneal injection of 37 mg NDMA/kg body weight on day 16 or 19 of gestation resulted in the deaths of all fetuses in exposed dams; information on maternal toxicity was not provided (Anderson et al., 1989). Notably, this dose is greater than the LD50 for this route in these animals of 20 mg/kg body weight (IARC, 1978). In the same study, lethality was not observed following the administration of 7.4 mg NDMA/kg body weight (Anderson et al., 1989). Fetal body weight was significantly ($P < 0.05$) reduced after a single oral dose of 20 mg NDMA/kg body weight was administered to pregnant rats on day 15 or 20 of gestation (Nishie, 1983). Although information on fetal survival or teratogenicity was not provided, toxic effects (reduced weight gain, hepatotoxicity, and death) were observed among the dams. Fetal deaths were noted in a number of studies (cited in ATSDR, 1989) conducted with rats in which NDMA was administered to pregnant dams 1) as a single oral dose (30 mg/kg body weight) on one of days 1–12 (Alexandrov, 1974) or 1–15 (Napalkov & Alexandrov, 1968) of gestation; 2) as repeated gavage doses of 1.4–2.9 mg/kg body weight per day for 7 or more days during gestation (Napalkov & Alexandrov, 1968); or 3) in the diet (intake of 5 mg/kg body weight per day) from an unspecified day of pregnancy to sacrifice on day 20 of gestation (Bhattacharyya, 1965). Although no teratogenic effects were reported in these studies, interpretation of these investigations is difficult owing to insufficient information on experimental design and results, lack of controls, and lack of information on maternal toxicity (ATSDR, 1989). The doses administered in some of these studies were close to the LD50



Confidential Information – Subject to Protective Order GSKZAN0003419544

**Carcinogenicity:** In animal studies of various species including rats and mice, exposure to NDMA has caused tumors primarily of the liver, respiratory tract, kidney and blood vessels. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, O-6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.
NDMA is classified as a B2 (probable human) carcinogen based on the induction of tumors in both rodents and nonrodent mammals exposed to NDMA by various routes (EPA IRIS 1993). The U.S. Department of Health and Human Services states that NDMA is reasonably anticipated to be a human carcinogen (DHHS 2011). The American Conference of Governmental Industrial Hygienists (ACGIH) has classified NDMA as a Group A3 confirmed animal carcinogen with unknown relevance to humans (ACGIH 2012).

Cancer is clearly the critical end-point for quantitation of exposure–response for risk characterization of NDMA. In addition to it, being best characterised, in general, tumours occur at lowest concentration, compared with those typically reported to induce non-cancer effects. The lowest tumorigenic dose TD05 for the development of hepatic tumours in male and female rats exposed to NDMA in the critical study was 34 mcg/kg body weight per day for the development of biliary cystadenomas in female animals. This equates to a unit risk of 1.5 × 10–3 per mcg/kg body weight. Based on estimated intakes of NDMA in ambient air and contaminated drinking-water (groundwater) in the sample risk characterization, risks in the vicinity of industrial point sources are >10–5. Those for ambient drinking-water are between 10–7 and 10–5. NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible.

**Sensitisation, irritation and dermal penetration:** Data on the potential of NDMA to induce sensitisation and/or irritation was not identified.

**Human use:** Exposure to high levels of NDMA may cause liver damage in humans. Potential symptoms of overexposure include headache, fever, nausea, jaundice, vomiting, abdominal cramps, enlarged liver, reduced function of liver, kidneys and lungs and dizziness (HSDB 2012; O'Neil 2006).
Two deaths linked to the acute ingestion of NDMA, as well as a third attributed to the consumption of at least four doses of approximately 250–300 mg NDMA over a 2-year period, have been reported (Fussgänger & Ditschuneit, 1980; Pedal et al., 1982). Liver failure was observed in all three cases; the two acutely exposed decedents also exhibited cerebral haemorrhage. In two fatalities involving exposure to unknown concentrations of NDMA fumes, a tender and enlarged liver, splenic enlargement, abdominal distension, and the accumulation of yellow fluid in the peritoneal cavity were observed in one man prior to death (Freund, 1937); in the other death, liver cirrhosis was observed at autopsy (Hamilton & Hardy, 1974). In two other non-fatal cases involving exposure to NDMA fumes, effects included jaundice, the accumulation of fluid in the peritoneal cavity, exhaustion, headaches, abdominal cramps, soreness on the left side, nausea, and vomiting (Freund, 1937; Hamilton & Hardy, 1974). Relevant epidemiological studies include case– control investigations in which the potential risks of cancer of the stomach (Risch et al., 1985; González et al., 1994; La Vecchia et al., 1995; Pobel et al., 1995), upper digestive tract (Rogers et al., 1995), and lung (Goodman et al., 1992;



Confidential Information – Subject to Protective Order GSKZAN0003419545

De Stefani et al., 1996) associated with the ingestion of NDMA have been assessed. In some of these reports (Goodman et al., 1992; González et al., 1994; Pobel et al., 1995), the estimated intake of NDMA was based upon recollection of an individual's typical diet consumed in the year preceding the onset of illness, as well as the reported levels of this nitrosamine in the foodstuffs consumed, derived from other studies. In the studies conducted by De Stefani et al. (1996) and Rogers et al. (1995), subjects were asked to recall their typical diet in the 5 and 10 years, respectively, prior to the onset of illness. In three of four case–control studies,1 there was a positive relationship with evidence of exposure–response for the intake of NDMA and gastric cancer (González et al., 1994; La Vecchia et al., 1995; Pobel et al., 1995), although not in an additional study in which oral, laryngeal, and oesophageal cancers were investigated separately (Rogers et al., 1995). In two case–control studies2 in which matching or control for confounders was rather more extensive than that for the investigations of gastric cancer mentioned above, there were clear exposure–response relationships for NDMA and lung cancer (Goodman et al., 1992; De Stefani et al., 1996). In almost all studies, associations between the cancers of interest and nitrate, nitrite, and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA; results for nitrite were mixed, and there was an inverse association with nitrate. In a population-based cohort study that assessed the risks of head and neck, stomach, and colorectal cancer associated with the dietary intake of NDMA, the relative risk (RR) of colorectal cancer was increased forthe group having the highest intake of NDMA1 (Knekt et al., 1999). The highest intake group had increased and reduced RRs of head and neck (RR = 1.37; 95% CI = 0.5–3.74) and stomach cancer (RR = 0.75; 95% CI = 0.37–1.51), respectively, compared with the lowest quartile (reference group). There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA. In a case of suspected NDMA poisoning in a human male, methylation of liver DNA was evident at both the N 7 and O 6 positions of guanine (Herron & Shank, 1980). Using an immunohistochemical technique, Parsa et al. (1987) detected the formation of O 6 -methylguanine in human pancreatic explants incubated in vitro with NDMA.

Although no permissible exposure limits or other occupational exposure limits have been established by the Occupational Safety and Health Administration (OSHA) and the National Institute for Occupational Safety and Health (NIOSH) or ACGIH, NDMA is regulated along with 13 other chemicals as a "potential occupational carcinogen" (NIOSH 2010; OSHA 2006). OSHA regulations promulgated in 29 CFR)1910.1003, 29 CFR 1910.1016 and 29 CFR 1910.1116 require the use of engineering controls, works practices and personal protective equipment to control the exposure of workers to NDMA (OSHA 2006). ACGIH states that exposure by all routes to NDMA should be reduced to the lowest possible levels (ACGIH 2012; DHHS 2011).

Substances/OELs regarded carcinogenic in Austria, additional to classification in EU classifications system (acc to Dir 67/548/EG) and Questionnaire Carcinogens 2007 Slovenia:
OEL: 0.0025 mg/m3
STEL: 0.01 mg/m3

Questionnaire Carcinogens 2007 Netherlands
OEL: 0.2 mcg/m3



Confidential Information – Subject to Protective Order GSKZAN0003419546

### 3. References:


- NTP 14th Report on Carcinogens (2016). https://ntp.niehs.nih.gov/ntp/roc/content/profiles//nitrosamines.pdf Accessed September 2019
- ICH M7 (R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk http://www.ich.org/ Accessed September 2019
- Assessment report Referral under Article 31 of Directive 2001/83/EC angiotensin-II-receptor antagonists (sartans) containing a tetrazole group Procedure no: EMEA/H/A-31/1471 https://www.ema.europa.eu/en/documents/variation-report/sartans-article-31-referral-chmp-assessment-report_en.pdf Accessed September 2019
- NDMA record in the Carcinogenic Potency Database https://toxnet.nlm.nih.gov/cpdb/chempages/N-NITROSODIMETHYLAMINE.html Accessed September 2019
- ECHA Study report on the conditions of use of five cobalt salts, Final Report May 2017 Accessed September 2019
- https://www.epa.gov/sites/production/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf Accessed September 2019
- https://osha.europa.eu/en/publications/reports/548OELs Accessed September 2019
- https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf Accessed September 2019
- Sertaria database
- European Medicines Agency (EMA) (2014). Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities
- PIC/S (Pharmaceutical Inspection Co-Operation Scheme) (2018) Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, PI 046-1, Annex, 1 July 2018
- Establishing GSK Occupational Hazard Categories (OHCs) 1 02 19 GUI WW
- ISPE (2017). ISPE Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products (Risk-MaPP), second edition
- ECHA (2012). Guidance on information requirements and chemical safety assessment. Chapter R. 8: Characterisation of dose -response for human health
- EMA: Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, EMA/CHMP/ CVMP/ SWP/169430/2012, November 2014
- Bercu, J.P., et al., Point of departure (PoD) selection for the derivation of Acceptable Daily Exposures (ADEs) for active pharmaceutical ingredients (APIs), Regulatory Toxicology and Pharmacology (2016),
- Dolan et al, Application of the threshold of toxicological concern concept to pharmaceutical manufacturing operations. Regulatory Toxicology and Pharmacology, 43 (2005) 1-9
- ECETOC 2006 Guidance for Setting Occupational Exposure Limits: Emphasis on Data-Poor Substances Technical Report No. 101




Confidential Information – Subject to Protective Order GSKZAN0003419547

- Faria, E.C., et al., Using default methodologies to derive an acceptable daily exposure (ADE), Regulatory Toxicology and Pharmacology (2016),
- Hayes, E.P., et al, 2016. A harmonization effort for acceptable daily exposure application to pharmaceutical manufacturing - Operational considerations. Regul. Toxicol. Pharmacol. 79, S39-S47.
- ISPE: Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products – RiskMaPP, October 2010
- Lovsin Barle E. et al., Comparison of Permitted Daily Exposure (PDE) values with 0.001 Minimal Daily Dose (MinDD), accepted for publication in Pharm Tech, May 2017
- Lovsin Barle, et al. 2014. Carryover and occupational exposure limits: can they be correlated? Chim. Oggi-Chem. Today 32, 1.
- Olson, M., et al. (2016). Issues and Approaches for Ensuring Effective Communication on Acceptable Daily Exposure (ADE) Values Applied to Pharmaceutical Cleaning. Regul.Toxicol. Pharmacol. 79, S19-S27
- Richard, J., et al. (2016). Toxicokinetic and Toxicodynamic Considerations when Deriving Health-Based Exposure Limits for Pharmaceuticals. Regul. Toxicol. Pharmacol. 79, S67-S78.
- Sussman, R.G., et al. (2016). A Harmonization Effort for Acceptable Daily Exposure Derivation - Considerations for Application of Adjustment Factors. Regul. Toxicol. Pharmacol. 79, S57-S66,
- Sussman, R.G., et al. (2016). Identifying and assessing highly hazardous drugs within quality risk management programs. Regul. Toxicol. Pharmacol. 79, S11-S18
- Teasdale, A, et al. (2016). EMA Guideline on Setting Health-Based Exposure Limits - The results of an industry workgroup's examination of EMA's guide on shared facilities. Pharm. Technol. 40(1):58-62.
- Weideman, P. Establishing Health-Based Exposure Limits in the Pharmaceutical Industry, Contract Pharma, 17, 74-81, 2015
- Weideman, P., et al. (2015). Deriving Health-Based Exposure Limits in the Pharmaceutical Industry - A workshop was convened to advance harmonization
- IPCS - Guidance document on evaluating and expressing uncertainty in hazard characterization. Second Edition (2017).
- Bruce D. Naumann & Patricia A. Weideman Scientific basis for uncertainty factors used to establish occupational exposure limits for pharmaceutical active ingredients. Human and Ecological Risk Assessment: An International Journal Volume 1, 1995 - Issue 5
- Sargent EV, Kirk GD. 1988, Establishing airborne exposure control limits in the pharmaceutical industry. Am Ind Hyg Assoc J. 1988 Jun;49(6):309-13.




Confidential Information – Subject to Protective Order GSKZAN0003419548

# Hazard Assessment Report

## N-Nitroso-dimethylamine (NDMA) / GR140578

| | |
|---|---|
| Company Name: | GlaxoSmithKline |
| Company Address: | R&D Site, Park Rd, Ware, SG12 0DP |
| Author: | Kamila Gromek, MSc Pharm, Occupational Toxicologist |
| Reviewer: | William A. Hawkins BSc (Hons) MSc, CBiol, ERT, Manager, Occupational Toxicology |
| Date: | 25 September 2019 |
| Compound: | N-Nitroso-dimethylamine |
| Synonyms: | NDMA, nitrosodimethylamine, N-methyl-N-nitrosomethanamine, N,N-dimethylnitrosamine |
| Compound Type: | Raw material / R&D substance |
| Stage of the development: | Not applicable |
| Cas number | 62-75-9 |
| Indication: | Not applicable |
| Molecular Formula: | C2N2H6O |
| Molecular Weight: | 74 g/mol |
| Physical Form: | Yellow liquid with faint characteristic or no distinct odor. |
| Solubility: | Water: Miscible (25 C) |
| LogP: | n/a |
| Structural Formula: |  |
| GHS Classification: | Acute Tox. 3 H301<br>Acute Tox. 2 H330<br>Carc. 1B H350<br>STOT RE 1 H372 |
| Occupational Exposure Limit (OEL) / Occupational Hazard Category (OHC) | 0.03 mcg/m3<br>OHC 5 |
| Permitted Daily Exposure (PDE): | 0.096 mcg/day (oral, parenteral, inhalation) |
| Hazard Notations: | CARCINOGEN, SKIN |



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

| | Yes | No | Unknown | Comments |
|---|---|---|---|---|
| Positive genotoxicant | X | | | Mutagen/clastogen |
| Reproductive developmental toxicant | | X | | Not classified |
| Potential carcinogen | X | | | Classified as a 1B (probable human) carcinogen. |
| Sensitising potential | | X | | No data available. Not classified. |
| Significant dermal penetration | X | | | Dermal penetration is possible |
| Other | | X | | None known |

**1. Basis for the PDE/OEL:**

NDMA is a semivolatile organic chemical that forms in both industrial and natural processes. It is member of N-nitrosamines, a family of potent carcinogens.

Quantitation of exposure–response for cancer for NDMA is based on studies in laboratory animals, since existing epidemiological data, although suggestive of a possible association between ingestion of NDMA and cancer, are inadequate to serve as a basis for characterisation of exposure–response. There appear to be no qualitative differences in metabolism of NDMA between humans and laboratory animals, and there is no reason to believe that humans would respond qualitatively differently

## ICH M7 aligned limits of NDMA in drug products

N-Nitrosodimethylamine (NDMA) is reasonably anticipated to be a human carcinogen based on sufficient evidence of carcinogenicity from studies in experimental animals [1]. Regulatory guidance (ICH M7) exists for calculating generally accepted daily intakes of DNA reactive carcinogens, including individual nitrosamines such as NDMA, when present as impurities in drug products [2]. This calculation involves linear extrapolation from the NDMA dose giving a 1 in 2 tumour incidence in rodents at the end of a standard lifespan, to define a dose associated with a theoretical 1 in 100,000 tumour incidence in humans over a specific exposure duration [2]. The use of a numerical cancer risk value (1 in 100,000) and its translation into risk-based doses is a hypothetical concept that is used for risk management by regulatory agencies [2].

Based on the ICH M7 guidance, the generally accepted lifetime (70 year) daily intake of NDMA is 0.0959 mcg/person/day (theoretical 1 in 100,000 excess lifetime risk of cancer - Note 1) as an impurity in drug product. The ICH M7 guidance also outlines how such compound specific lifetime intakes can be used to derive less than lifetime intakes for carcinogenic impurities, which are considered applicable for drug products with limited



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

treatment durations [2]. Based on a linear extrapolation from the generally accepted lifetime intake for NDMA of 0.0959 mcg/person/day, the less than lifetime intakes for NDMA are as follows (Table 1).

**Table 1:** ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer.

| Number of doses | 1 | 7 | 31 | 84 | 365 | 2190 | 3285 | 3650 | 7300 | 25550 |
|---|---|---|---|---|---|---|---|---|---|---|
| Duration | 1 day | 7 days | 1 month | 12 weeks | 1 year | 6 years[a] | 9 years | 10 years | 20 years | 70 years |
| NDMA Daily Intake mcg/day | 2450.24 | 350.035 | 79.04 | 29.17 | 6.713 | 1.12 | 0.746 | 0.671 | 0.336 | 0.0959 |

[a] The less than lifetime approach has been described in previous regulatory documentation that stated the following "Using the AI calculated from TD50 i.e. 96 ng/day results in a lifetime acceptable dose associated with a 1:100,000 additional cancer risk of 2453 µg. As the maximum duration of exposure to NDMA from contaminated valsartan is 6 years or 2190 days the AI for 6 years can be calculated by dividing by 2190 resulting in: 1.12 µg/day as AI over 6 years." [3].

These ICH M7 aligned less than lifetime limits of NDMA for drug products associated with a theoretical 1 in 100,000 excess lifetime risk of cancer can be used to qualify NDMA levels in drug products for risk assessment purposes.

**Note 1: Calculations used to derive the less than lifetime limits (mcg/day) of NDMA (associated with a theoretical 1 in 100,000 excess lifetime risk of cancer) as per the ICH M7 guideline.**

TD50 values for NDMA according to the Carcinogenic Potency Database are 0.0959 mg/kg body weight/day (rat) and 0.189 mg/kg body weight/day (mouse) [4]. For the calculation of an acceptable intake, the lower (i.e., more conservative) value of the rat is used.

To derive an estimated incidence of 1 in 100,000 animals, divide by 50,000: 0.0959 mg/kg / 50,000 = 0.000001918 mg/kg = 0.001918 mcg/kg.

To derive a lifetime (25550 days) daily dose of NDMA in humans: 0.001918 mcg/kg/day*50 kg body weight = 0.0959 mcg/person/day for a lifetime.

To derive a less than lifetime daily dose of NDMA in humans: 0.0959 mcg/person/day*25550/number of doses.

Therefore, based on the above calculation, the OEL will be calculated using 8800 days (220 working days for a working life time of 40 years, [5]) as workers generally work a 5 day week and will have a holiday allowance.

0.0959 x 25550/8800 = 0.2784, rounded to 0.3 mcg/day. As standard, this value is then divided by the amount of air breathed in an 8 hr working day (10 m3).



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

The calculated PDE for the inhalation, parenteral or oral route is not corrected for exposure being based on lifetime exposure.

$$\text{OEL} = \frac{0.3\ \text{mcg/day}}{10\text{m3}} = 0.03\ \text{mcg/m3}$$

PDE oral, parenteral, inh = 96 ng/day = 0.096 mcg/day



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order
GSKZAN0000236643

gsk do more feel better live longer

**2. Rationales:**

NDMA is not currently produced in pure form or commercially used, except for research purposes. It was formerly used in production of liquid rocket fuel, antioxidants, additives for lubricants and softeners for copolymers. NDMA can be unintentionally produced in and released from industrial sources through chemical reactions, such as those that involve alkylamines with nitrogen oxides, nitrous acid or nitrite salts. Potential industrial sources include byproducts from tanneries, pesticide manufacturing plants, rubber and tire manufacturers, alkylamine manufacture and use sites, fish processing facilities, foundries and dye manufacturers. NDMA is also an unintended byproduct of the chlorination of wastewater and drinking water at treatment plants that use chloramines for disinfection.

NDMA exposure may occur through (1) ingesting food that contains nitrosamines, such as smoked or cured meats and fish; (2) ingesting food that contains alkylamines, which can cause NDMA to form in the stomach; (3) drinking contaminated water; (4) drinking malt beverages (such as beer and whiskey) that may contain low levels of nitrosamines formed during processing; (5) using toiletry and cosmetic products such as shampoos and cleansers that contain NDMA; and (6) breathing or inhaling cigarette smoke. Workplace exposure can occur at tanneries, pesticide manufacturing plants and rubber and tire plants.

**Acute and Repeat dose toxicity studies:** NDMA is highly acutely toxic after oral administration to rats, with LD50s ranging from 23 to 40 mg/kg body weight. It is also highly acutely toxic via inhalation; 4-h LC50s are 78 ppm (240 mg/m3) for rats and 57 ppm (176 mg/m3) for mice. Hepatic effects (i.e., hepatocyte vacuolization, portal venopathy, and necrosis/haemorrhage), often associated with reduced survival, have been observed in a number of mammalian species exposed orally under various conditions (e.g., in rats receiving 1, 3.8, or
5 mg NDMA/kg body weight per day for 30, 7–28, or 5–11 days, respectively; in mice receiving 5 mg/kg body weight per day for 7–28 days; in hamsters receiving 4 mg/kg body weight per day for 1–28 days; in guineapigs, cats, and monkeys receiving 1 mg/kg body weight per day for 30 days or 5 mg/kg body weight per day for 5–11 days; in dogs receiving 2.5 mg/kg body weight per day, 2 days/week, for 3 weeks; and in mink receiving 0.32 mg/kg body weight per day for 23–34 days) (summarized from IARC, 1978; ATSDR, 1989).
In addition to effects in the liver, "congestion" in a variety of organs (i.e., kidneys, lung, spleen, and myocardium) has been reported following examination of rats receiving 3.8 mg NDMA/kg body weight per day in the diet for 1–12 weeks (Khanna & Puri, 1966). Gastrointestinal haemorrhage has been observed in rats receiving dietary doses of 10 mg NDMA/kg body weight per day for 34–37 days (Barnes & Magee, 1954) and in mink receiving 0.3 or 0.6 mg NDMA/kg body weight per day in the diet for 23–34 days (Carter et al., 1969). Effects in the kidneys (including glomerulus dilatation and slight thickening of the Bowman's capsule) were observed in mink receiving 0.2 mg NDMA/kg body weight per day from the diet (period not specified) (Martino et al., 1988).

**Genotoxicity:** There is overwhelming evidence that NDMA is mutagenic and clastogenic. In numerous studies conducted in vitro in bacterial and mammalian cells, (reviewed in IARC, 1978; ATSDR, 1989). Increased frequencies of gene mutations, chromosomal damage, sister chromatid exchange, and unscheduled DNA synthesis have been observed in a wide variety of



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order GSKZAN0000236644

cell types, in assays conducted in the presence or absence of metabolic activation. Positive results have been observed in human as well as rodent cells.

**Reproductive developmental toxicity:** Available data are inadequate as a basis for assessment of the reproductive or developmental toxicity of NDMA. Interpretation of the results of most identified investigations is complicated by the high doses administered, likely to have induced acute or repeated-dose organ toxicity. In a report by Anderson et al. (1978), time to conception in female mice provided with drinking-water containing 0.1 mg NDMA/litre for 75 days prior to mating was about 3 days longer than in unexposed controls; no other reproductive effects were assessed in this study. In a study conducted with male rats, a single intraperitoneal injection of 30 or 60 mg NDMA/kg body weight induced testicular damage (necrosis or degeneration of the seminiferous epithelium) (Hard & Butler, 1970b).
In a single-generation study (Anderson et al., 1978) in which the reproductive effects of a number of substances were examined, groups of 20 female mice were provided with drinking-water containing 0 or 0.1 mg NDMA/litre for 75 days prior to mating and throughout pregnancy and lactation (estimated daily and total intakes of 0.02 mg/kg body weight per day and 2 mg/kg body weight, respectively). The proportion of deaths (based upon the total number of stillborn and neonatal deaths) was increased ($P < 0.05$) 2-fold in the NDMAexposed animals compared with controls (i.e., 20% and 9.9%, respectively), due in large part to an increase in the number of stillborn animals. Exposure to NDMA had no effect upon maternal fluid consumption, litter size, or average body weight of the weanlings, and no consistent gross or histopathological abnormalities were observed in the stillborn fetuses or dead neonates to account for the increased mortality. In a somewhat more recent study with mice administered higher doses of the nitrosamine, a single intraperitoneal injection of 37 mg NDMA/kg body weight on day 16 or 19 of gestation resulted in the deaths of all fetuses in exposed dams; information on maternal toxicity was not provided (Anderson et al., 1989). Notably, this dose is greater than the LD50 for this route in these animals of 20 mg/kg body weight (IARC, 1978). In the same study, lethality was not observed following the administration of 7.4 mg NDMA/kg body weight (Anderson et al., 1989). Fetal body weight was significantly ($P < 0.05$) reduced after a single oral dose of 20 mg NDMA/kg body weight was administered to pregnant rats on day
15 or 20 of gestation (Nishie, 1983). Although information on fetal survival or teratogenicity was not provided, toxic effects (reduced weight gain, hepatotoxicity, and death) were observed among the dams. Fetal deaths were noted in a number of studies (cited in ATSDR, 1989) conducted with rats in which NDMA was administered to pregnant dams 1) as a single oral dose (30 mg/kg body weight) on one of days 1–12 (Alexandrov, 1974) or 1–15 (Napalkov & Alexandrov, 1968) of gestation; 2) as repeated gavage doses of 1.4–2.9 mg/kg body weight per
day for 7 or more days during gestation (Napalkov & Alexandrov, 1968); or 3) in the diet (intake of 5 mg/kg body weight per day) from an unspecified day of pregnancy to sacrifice on day 20 of gestation (Bhattacharyya, 1965). Although no teratogenic effects were reported in these studies, interpretation of these investigations is difficult owing to insufficient information on experimental design and results, lack of controls, and lack of information on maternal toxicity (ATSDR, 1989). The doses administered in some of these studies were close to the LD50



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order

do more feel better live longer

**Carcinogenicity:** In animal studies of various species including rats and mice, exposure to NDMA has caused tumors primarily of the liver, respiratory tract, kidney and blood vessels. While the mechanism by which NDMA induces tumours is not fully elucidated, DNA adducts (in particular, O-6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure.
NDMA is classified as a B2 (probable human) carcinogen based on the induction of tumors in both rodents and nonrodent mammals exposed to NDMA by various routes (EPA IRIS 1993). The U.S. Department of Health and Human Services states that NDMA is reasonably anticipated to be a human carcinogen (DHHS 2011). The American Conference of Governmental Industrial Hygienists (ACGIH) has classified NDMA as a Group A3 confirmed animal carcinogen with unknown relevance to humans (ACGIH 2012).

Cancer is clearly the critical end-point for quantitation of exposure–response for risk characterization of NDMA. In addition to it being best characterised, in general, tumours occur at lowest concentration, compared with those typically reported to induce non-cancer effects. The lowest tumorigenic dose TD05 for the development of hepatic tumours in male and female rats exposed to NDMA in the critical study was 34 mcg/kg body weight per day for the development of biliary cystadenomas in female animals. This equates to a unit risk of 1.5 × 10–3 per mcg/kg body weight. Based on estimated intakes of NDMA in ambient air and contaminated drinking-water (groundwater) in the sample risk characterization, risks in the vicinity of industrial point sources are >10–5. Those for ambient drinking-water are between 10–7 and 10–5. NDMA is a genotoxic carcinogen, and exposure should be reduced to the extent possible.

**Sensitisation, irritation and dermal penetration:** Data on the potential of NDMA to induce sensitisation and/or irritation was not identified.

**Human use:** Exposure to high levels of NDMA may cause liver damage in humans. Potential symptoms of overexposure include headache, fever, nausea, jaundice, vomiting, abdominal cramps, enlarged liver, reduced function of liver, kidneys and lungs and dizziness (HSDB 2012; O'Neil 2006).
Two deaths linked to the acute ingestion of NDMA, as well as a third attributed to the consumption of at least four doses of approximately 250–300 mg NDMA over a 2-year period, have been reported (Fussgänger & Ditschuneit, 1980; Pedal et al., 1982). Liver failure was observed in all three cases; the two acutely exposed decedents also exhibited cerebral haemorrhage. In two fatalities involving exposure to unknown concentrations of NDMA fumes, a tender and enlarged liver, splenic enlargement, abdominal distension, and the accumulation of yellow fluid in the peritoneal cavity were observed in one man prior to death (Freund, 1937); in the other death, liver cirrhosis was observed at autopsy (Hamilton & Hardy, 1974). In two other non-fatal cases involving exposure to NDMA fumes, effects included jaundice, the accumulation of fluid in the peritoneal cavity, exhaustion, headaches, abdominal cramps, soreness on the left side, nausea, and vomiting (Freund, 1937; Hamilton & Hardy, 1974). Relevant epidemiological studies include case– control investigations in which the potential risks of cancer of the stomach (Risch et al., 1985; González et al., 1994; La



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

Vecchia et al., 1995; Pobel et al., 1995), upper digestive tract (Rogers et al., 1995), and lung (Goodman et al., 1992; De Stefani et al., 1996) associated with the ingestion of NDMA have been assessed. In some of these reports (Goodman et al., 1992; González et al., 1994; Pobel et al., 1995), the estimated intake of NDMA was based upon recollection of an individual's typical diet consumed in the year preceding the onset of illness, as well as the reported levels of this nitrosamine in the foodstuffs consumed, derived from other studies. In the studies conducted by De Stefani et al. (1996) and Rogers et al. (1995), subjects were asked to recall their typical diet in the 5 and 10 years, respectively, prior to the onset of illness. In three of four case–control studies,1 there was a positive relationship with evidence of exposure–response for the intake of NDMA and gastric cancer (González et al., 1994; La Vecchia et al., 1995; Pobel et al., 1995), although not in an additional study in which oral, laryngeal, and oesophageal cancers were investigated separately (Rogers et al., 1995). In two case–control studies2 in which matching or control for confounders was rather more extensive than that for the investigations of gastric cancer mentioned above, there were clear exposure–response relationships for NDMA and lung cancer (Goodman et al., 1992; De Stefani et al., 1996). In almost all studies, associations between the cancers of interest and nitrate, nitrite, and NDMA were examined; results were relatively consistent in this regard, with there being an association with cancer most commonly with NDMA; results for nitrite were mixed, and there was an inverse association with nitrate. In a population-based cohort study that assessed the risks of head and neck, stomach, and colorectal cancer associated with the dietary intake of NDMA, the relative risk (RR) of colorectal cancer was increased forthe group having the highest intake of NDMA1 (Knekt et al., 1999). The highest intake group had increased and reduced RRs of head and neck (RR = 1.37; 95% CI = 0.5–3.74) and stomach cancer (RR = 0.75; 95% CI = 0.37–1.51), respectively, compared with the lowest quartile (reference group). There appears to be no qualitative difference between rodents and humans in the formation of DNA adducts following exposure to NDMA. In a case of suspected NDMA poisoning in a human male, methylation of liver DNA was evident at both the N 7 and O 6 positions of guanine (Herron & Shank, 1980). Using an immunohistochemical technique, Parsa et al. (1987) detected the formation of O 6 -methylguanine in human pancreatic explants incubated in vitro with NDMA.

Although no permissible exposure limits or other occupational exposure limits have been established by the Occupational Safety and Health Administration (OSHA) and the National Institute for Occupational Safety and Health (NIOSH) or ACGIH, NDMA is regulated along with 13 other chemicals as a "potential occupational carcinogen" (NIOSH 2010; OSHA 2006). OSHA regulations promulgated in 29 CFR)1910.1003, 29 CFR 1910.1016 and 29 CFR 1910.1116 require the use of engineering controls, works practices and personal protective equipment to control the exposure of workers to NDMA (OSHA 2006). ACGIH states that exposure by all routes to NDMA should be reduced to the lowest possible levels (ACGIH 2012; DHHS 2011).

Substances/OELs regarded carcinogenic in Austria, additional to classification in EU classifications system (acc to Dir 67/548/EG) and Questionnaire Carcinogens 2007 Slovenia:
OEL: 0.0025 mg/m3
STEL: 0.01 mg/m3



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

Questionnaire Carcinogens 2007 Netherlands
OEL: 0.2 mcg/m3

**3. References:**

NTP 14th Report on Carcinogens (2016).
https://ntp.niehs.nih.gov/ntp/roc/content/profiles//nitrosamines.pdf
[2] ICH M7 (R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk http://www.ich.org/
[3] Assessment report Referral under Article 31 of Directive 2001/83/EC angiotensin-II-receptor antagonists (sartans) containing a tetrazole group Procedure no: EMEA/H/A-31/1471 https://www.ema.europa.eu/en/documents/variation-report/sartans-article-31-referral-chmp-assessment-report_en.pdf
[4] NDMA record in the Carcinogenic Potency Database
https://toxnet.nlm.nih.gov/cpdb/chempages/N-NITROSODIMETHYLAMINE.html
ECHA Study report on the conditions of use of five cobalt salts, Final Report May 2017

- https://www.epa.gov/sites/production/files/2014-03/documents/ffrrofactsheet_contaminant_ndma_january2014_final.pdf
- https://osha.europa.eu/en/publications/reports/548OELs
- https://www.who.int/ipcs/publications/cicad/en/cicad38.pdf
- Sertaria database
- European Medicines Agency (EMA) (2014). Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities
- PIC/S (Pharmaceutical Inspection Co-Operation Scheme) (2018) Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, PI 046-1, Annex, 1 July 2018
- Establishing GSK Occupational Hazard Categories (OHCs) 1 02 19 GUI WW
- ISPE (2017). ISPE Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products (Risk-MaPP), second edition
- ECHA (2012). Guidance on information requirements and chemical safety assessment. Chapter R. 8: Characterisation of dose -response for human health
- EMA: Guideline on setting health-based exposure limits for use in risk identification in the manufacture of different medicinal products in shared facilities, EMA/CHMP/ CVMP/ SWP/169430/2012, November 2014
- Bercu, J.P., et al., Point of departure (PoD) selection for the derivation of Acceptable Daily Exposures (ADEs) for active pharmaceutical ingredients (APIs), Regulatory Toxicology and Pharmacology (2016),
- Dolan et al, Application of the threshold of toxicological concern concept to pharmaceutical manufacturing operations. Regulatory Toxicology and Pharmacology, 43 (2005) 1-9
- ECETOC 2006 Guidance for Setting Occupational Exposure Limits: Emphasis on Data-Poor Substances Technical Report No. 101
- Faria, E.C., et al., Using default methodologies to derive an acceptable daily exposure (ADE), Regulatory Toxicology and Pharmacology (2016),



Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

- Hayes, E.P., et al, 2016. A harmonization effort for acceptable daily exposure application to pharmaceutical manufacturing - Operational considerations. Regul. Toxicol. Pharmacol. 79, S39-S47.
- ISPE: Baseline® Guide: Risk-Based Manufacture of Pharmaceutical Products – RiskMaPP, October 2010
- Lovsin Barle E. et al., Comparison of Permitted Daily Exposure (PDE) values with 0.001 Minimal Daily Dose (MinDD), accepted for publication in Pharm Tech, May 2017
- Lovsin Barle, et al. 2014. Carryover and occupational exposure limits: can they be correlated? Chim. Oggi-Chem. Today 32, 1.
- Olson, M., et al. (2016). Issues and Approaches for Ensuring Effective Communication on Acceptable Daily Exposure (ADE) Values Applied to Pharmaceutical Cleaning. Regul.Toxicol. Pharmacol. 79, S19-S27
- Richard, J., et al. (2016). Toxicokinetic and Toxicodynamic Considerations when Deriving Health-Based Exposure Limits for Pharmaceuticals. Regul. Toxicol. Pharmacol. 79, S67-S78.
- Sussman, R.G., et al. (2016). A Harmonization Effort for Acceptable Daily Exposure Derivation - Considerations for Application of Adjustment Factors. Regul. Toxicol. Pharmacol. 79, S57-S66,
- Sussman, R.G., et al. (2016). Identifying and assessing highly hazardous drugs within quality risk management programs. Regul. Toxicol. Pharmacol. 79, S11-S18
- Teasdale, A, et al. (2016). EMA Guideline on Setting Health-Based Exposure Limits - The results of an industry workgroup's examination of EMA's guide on shared facilities. Pharm. Technol. 40(1):58-62.
- Weideman, P. Establishing Health-Based Exposure Limits in the Pharmaceutical Industry, Contract Pharma, 17, 74-81, 2015
- Weideman, P., et al. (2015). Deriving Health-Based Exposure Limits in the Pharmaceutical Industry - A workshop was convened to advance harmonization
- IPCS - Guidance document on evaluating and expressing uncertainty in hazard characterization. Second Edition (2017).
- Bruce D. Naumann & Patricia A. Weideman Scientific basis for uncertainty factors used to establish occupational exposure limits for pharmaceutical active ingredients. Human and Ecological Risk Assessment: An International Journal Volume 1, 1995 - Issue 5
- Sargent EV, Kirk GD. 1988, Establishing airborne exposure control limits in the pharmaceutical industry. Am Ind Hyg Assoc J. 1988 Jun;49(6):309-13.




Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

# EXHIBIT 42

GSK Confidential – Internal Use only

Internal communication for awareness

## Ranitidine- Risk of NDMA formation in-vivo

Dear Colleagues

We have had queries from EMA and Japan in relation to NDMA formation and ranitidine. We are also aware that US and Canada teams have also been contacted in relation to ranitidine but the reasons for these queries are not clearly known but we suspect that it is in relation to the same issue. The purpose of this note is to alert you and provide you with contact details should your local agency also ask questions in relation to ranitidine and NDMA.

Overview:

GSK Global Safety and Medical Governance received notification from the European Medicines Agency (EMA), Pharmacovigilance and Epidemiology Department on the 16 July 2019 of a request for information concerning the potential for ranitidine tablets to produce N-nitrosodimethylamine (NDMA). NDMA is a known carcinogen.

Information has been received by the EMA from International Regulatory Authorities. A private analytical pharmacy and laboratory in the US have recently conducted tests whilst others are ongoing, and preliminary reports seem to indicate that under certain conditions (e.g. high temperature, and low temperature and presence of NaNO2), ranitidine decomposes to form NDMA. Additionally, the same organisation has been conducting other testing experiments in "bio relevant conditions" confirming the results that ranitidine has the potential to generate NDMA under human gastric conditions.

There are two related queries:

1. A general query related to the potential for NDMA to be present in drug products. This is not specifically related to ranitidine but a more general query to multiple MAHs
2. A specific query in relation to the potential for formation of NDMA following ingestion. This is more specifically in relation to a 2016 publication by Zeng et al.

3015.pdf

The central teams are reviewing the information and putting a response together to submit to the agencies. Based on the information we have reviewed, we do not have any information that suggests a change to the benefit risk profile for ranitidine. Of note, life-long studies conducted with ranitidine in rats and mice did not identify any tumorigenicity. There is no evidence from epidemiology data of an increased risk and levels seen in literature reports of patients receiving ranitidine are many-fold lower than considered to be a risk factor.

If you receive any queries in relation to ranitidine, please forward them immediately to the central team to formulate a response.

Primary contact:

Back up:

Highly Confidential Information – Attorneys' Eyes Only Subject to Protective Order 

# EXHIBIT 43

Confidential 2020N435741_00

GlaxoSmithKline

Gunnels Wood Rd, Stevenage, Hertfordshire, SG1 2NY, UK

Technical Shared Service, Pharma Supply Chain

# Investigations into the Root Cause for the presence of N-Nitrosodimethylamine (NDMA) in Ranitidine Hydrochloride Drug Substance and associated Drug Products

**Author:** **Andy Searle, Director of Chemistry, Technical Shared Services, PSC**

**Date:** **15th June 2020**

**Ref:** **2020N435741_00**

| Author | Position | Signature | Date |
|---|---|---|---|
| Andy Searle | Director of Chemistry, Technical Shared Services, PSC | ASearle | 15-JUN-2020 |



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## Summary

This report describes activities undertaken by GSK to determine the root cause of the presence of low levels of N-nitrosodimethylamine (NDMA) in ranitidine drug substance and products. This work was conducted between September 2019 and April 2020.

It has been concluded that the presence of NDMA in ranitidine drug substance is due to a slow degradation reaction occurring primarily in the solid state. The two constituent parts of NDMA, the nitroso group and the dimethylamino group, are both derived from internal degradation reactions which occur at slow rates within the ranitidine molecule. This has been confirmed by the preparation and stress testing of appropriately isotopically labelled batches of ranitidine drug substance. Although it is not possible to determine a precise mechanism for the degradation reaction, there is no evidence that extraneous impurities are involved in the reaction pathways.

The crystal morphology of the ranitidine drug substance has been shown to be an important factor in determining the rate of NDMA formation. Two distinct morphologies, irregular and columnar, have been identified, with batches which exhibit the columnar morphology resulting in the slowest rates of NDMA formation.

NDMA testing of a large number of historical drug product batches provides a general trend that the rate of increase is slower in the drug products. An accelerated stability study of the film coated tablet formulation demonstrated that NDMA is generated following similar trends to those of the drug substance. At this point in time, no accelerated stability studies have been completed with solution or syrup ranitidine drug product formulations to determine whether NDMA continues to form via degradation when the drug substance is in solution.

Due to the current Covid-19 working restrictions, a small number of non-critical investigations are incomplete at this point. It is not expected that these results, when available will change the overall conclusion into root cause.

All analytical data contained in this report generated by the CMC Analytical Group in R&D has been reviewed and checked.[1]

NDMA analytical data generated by LGC for the accelerated stability monitoring studies contained in this report has been reviewed and checked.[2]

---

[1] 2020N441607 v1 – NDMA data and labelled study analysis
2020N441196 v1 – remainder of CMCA analytical data
[2] 2020N441901v1 and 2020N441902v1

## Acknowledgements

Material Sciences Group

Rosie Austin, Rachael Webber, Emily Greatorex, Rathy Kantharoopan, Kieran Redpath, Dipak Patel, Paula O'Meara, Ed Cole (R&D). Anais Lafontaine, Kirsty Hill

API 3rd Party Team

Sebastien Debarge, John McGill

Statistics, Pharma Supply Chain

Neil Walker

External Supply, Pharma Supply Chain

Andy Whitehead

Global Pharma Analytical Science and Technology, Pharma Supply Chain, Ware

Hlack Mohammed, Tim Cartwright, Elliot Hook

Thermofisher Cork (ex TSS Chemistry Group)

Donncha Carr, Denis Morrin, Suribabu Jammi, Argyrios Kanakis

Chemical Development Stevenage

John Hayler, Andrew Dominey, Darren Smith

Isotope Chemistry Stevenage

Geoff Badman

Analytical Chemistry Stevenage

Fiona King, James Wickens, Caroline Jaegger, Jean-Claude Wolff, Cris Lapthorne, Matt Cooke, David Murray, Mark Blower, Martin Collier-Smith, Calum Barclay, Rachel Collier. Tran Pham

Crystallography Modelling

Colin Edge, Roy Copley, Luca Russo

MST-PDS-CMCA-DS&PA, Ware

Tamas Balogh, Miles Ambler, Stan Cox



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## Contents

1 Introduction - Analysis of Data generated from NDMA testing of retained drug substance and drug product batches ........ 7
1.1 Drug Substance NDMA data ........ 7
1.2 Drug product data ........ 9
1.3 Estimated rates of reaction to form NDMA ........ 11
1.4 Section Conclusion ........ 11
2 Brainstorm into Potential Root Causes ........ 12
3 NDMA as a Potential Synthetic Impurity or Contaminant ........ 15
3.1 Synthetic Impurity ........ 15
3.2 NDMA as a contaminant ........ 16
3.3 Section Conclusion ........ 17
4 Drug Substance Stability Studies and Impact of Recrystallisation ........ 18
4.1 Development of thermal stressing conditions ........ 18
4.2 Initial assessment of recrystallised drug substance ........ 18
4.3 Statistical Study to assess stressed storage conditions ........ 19
4.4 Accelerated stability monitoring (ASM) study ........ 20
4.5 Section Conclusion ........ 21
5 Impact of Drug Substance Source on NDMA Stability ........ 22
5.1 Comparison of stability studies for different sources of drug substance ........ 22
5.2 Accelerated Stability Study with Grade 3 drug substance ........ 24
5.3 Comparison of Drug substance isolation processes ........ 26
5.4 Comparison of Drug substance impurity profiles ........ 28
5.5 Additional analysis ........ 29
5.5.1 Volatile impurities by Gas Chromatography ........ 29
5.5.2 Residual Trace Metals by ICP ........ 30
5.5.3 Residual Nitrate and Nitrite by Ion Chromatography ........ 31
5.6 Section Conclusion ........ 31
6 Impurity Spiking Studies ........ 32
6.1 Oxime (EP Impurity G) (AH22888) ........ 32
6.2 Nitrite/Nitrous Acid ........ 34
6.3 Impurities removed by recrystallisation ........ 35
6.4 Section Conclusion ........ 35

7 Analysis of Drug Substance Physical Properties ........ 36
7.1 Microscopy ........ 36
7.2 Link between crystal morphology and crystallisation process ........ 37
7.3 Crystallisation Imaging Study ........ 39
7.4 Interconversion of Grade 3 and Grade 1 Crystal Morphology ........ 43
7.5 Tests where discrimination between Grade 1 and Grade 3 Batches was observed ........ 44
7.5.1 Gravimetric Vapour Sorption (Hiden IGASorp) ........ 44
7.5.2 Thermogravimetric Analysis (TA Instruments Q500) ........ 45
7.5.3 Specific Surface Area (Tristar 3020) ........ 46
7.6 Tests where discrimination between Grade 1 and Grade 3 Batches was not observed ........ 47
7.6.1 Differential Scanning Calorimetry (TA Instruments Q series) ........ 47
7.6.2 Helium Pycnometry (AccuPyc 1330) ........ 48
7.6.3 Raman and FTIR spectroscopy ........ 48
7.6.4 X-Ray Powder Diffraction (XRPD) ........ 49
7.7 Section Conclusion ........ 50
8 Identification of Low-Level Drug Related Impurities linked to NDMA formation ........ 51
8.1 Urea Impurity, AH18937AA ........ 55
8.2 Section Conclusion ........ 57
9 Elucidation of Potential Mechanisms for NDMA formation ........ 58
9.1 Potential Mechanisms resulting in loss of dimethylamine fragment ........ 58
9.2 Amine Spiking Studies ........ 59
9.2.1 Disopropylamine ........ 59
9.2.2 Benzyldiisopropylamine ........ 60
9.3 Potential Mechanisms resulting in loss of a nitrosating species ........ 61
9.4 Use of $^{18}O$ water in the final isolation process ........ 63
9.5 Spiking with $^{15}N$ Nitromethane ........ 66
9.6 Impact of Isolation pH ........ 66
9.7 Ranitidine Free Base studies ........ 67
9.7.1 Ranitidine Free Base Stability ........ 67
9.7.2 Impurity Profile of degraded free base ........ 68
9.7.3 Nitrite and Nitrate Content of Free Base ........ 69
9.8 Section Conclusion ........ 69
10 Crystallographic Modelling and Solid-State NMR ........ 70

10.1 Crystallographic Modelling ..... 70
10.1.1 Morphology Modelling ..... 70
10.1.2 Sorption Studies ..... 71
10.1.3 Molecular Dynamics ..... 71
10.2 Solid-State NMR ..... 73
10.3 Section Conclusion ..... 73
11 Preparation and Stability of Isotopically Labelled Drug Substance ..... 74
11.1 Stress Testing of samples ..... 77
11.2 Section Conclusion ..... 77
12 Drug Product Stability ..... 79
12.1 Tablet Stability ..... 79
12.2 Solution Stability ..... 83
13 Root Cause Summary ..... 85
14 APPENDIX 1 – Experimental List and Analysis Completed with References 88
15 APPENDIX 2 – NDMA Test Method Summaries ..... 92
15.1 LGC Method ..... 92
15.2 Intertek Method ..... 92
15.3 GSK Method ..... 92




Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

# 1 Introduction - Analysis of Data generated from NDMA testing of retained drug substance and drug product batches

## 1.1 Drug Substance NDMA data

In response to requests that GSK received from regulatory agencies, indicating that NDMA had been detected in commercial batches of drug substance and drug product, notably from Swiss Medic in August 2019, GSK undertook an extensive batch testing exercise. Retained samples of drug substance and drug products were sourced from manufacturing sites across the network and analysed to determine their NDMA content.[3] This data was also required as part of GSK's response to the notification received on 23 September 2019 from the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) initiating an Article 31 referral procedure to review the potential presence of NDMA in ranitidine and ranitidine containing products from all marketing authorisation holders.

For drug substance batches, the measured NDMA content has been plotted against the date of manufacture of the batch and this is presented in **Table 1**. Batches manufactured by Dr Reddy's Laboratories Ltd. (Dr Reddy's), prior to April 2017, and by Saraca Laboratories Ltd. (Saraca) after April 2017 are shown, along with a small number of batches that were manufactured at the GSK Jurong factory in 2014 just prior to ceasing supply from this facility.

There is indication of a trend that the NDMA content does increase with the age of the batch which would indicate that NDMA could be forming via a slow degradation reaction. Lowest levels are observed in 2019 material generated by Saraca and the highest levels in 2014 material generated by Dr Reddy's. It was also noted that the drug substance manufactured at GSK Jurong in 2014 did not fit the trend identified for Dr Reddy's and Saraca batches, as the NDMA content of these batches were ≤0.2µg/g, rather than predicted levels of *ca* 10µg/g for batches that were five years old at the time of testing.

There does however remain a degree of variability in the dataset. One reason for this could be that these samples were sourced from retained samples stored at many different sites and so small differences in storage conditions could create an additional variable. As will be discussed later in this report, both temperature and relative humidity are significant factors impacting the actual rate of NDMA formation in drug substance.

[3] Master Data sheet 2020N429514

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 1** **NDMA content of drug substance batches (µg/g) vs batch date of manufacture (tested between October and December 2019)**



To illustrate the impact of the storage site, NDMA content of a series of batches (manufactured by Saraca) stored at the 3rd party site at Encore Healthcare Private Ltd. (Encore) in India were compared with batches stored at GSK Aranda Spain of a similar age.

**Table 2** **Impact of Storage Site on NDMA content**




Although the increase with age is observed for batches stored at both sites, the rate of NDMA generation for Encore stored material is approximately 3-4 times faster than Aranda stored drug substance. Although it is not possible to confirm retrospectively, this effect could be caused by an increase in storage temperature, relative humidity or a combination of both.

## 1.2 Drug product data

A detailed statistical analysis of the data generated for the drug substance and drug product (tablets, syrup and IV solution) has been carried out[4]. The conclusions from the drug product data analysis were that there is no evidence that the dosage form or strength is linked to differences in NDMA content and in all cases, the input drug substance is the most important factor in determining the NDMA content of the product

There is little evidence that the rate of increase of NDMA in the drug product after manufacture is greater than observed for the drug substance. When both drug product and the input drug substance batch have been tested within a period of a few weeks, in almost all cases, the NDMA content of the drug substance is higher, which indicates that the rate of NDMA formation decreases or ceases once the product is formulated and the level measured most likely reflects the content at the point of formulation. **Table 3** shows the difference between input drug substance NDMA content and the derived drug product batch NDMA content for all examples where both data points are available. All batch testing was carried out between October and December 2019. Approximately 90% of the examples are positive indicating a higher level of NDMA in the drug substance.

[4] RANITIDINE: STATISTICAL ANALYSIS OF DATA FOR NDMA CONTENT IN DRUG PRODUCT AND DRUG SUBSTANCE BATCHES NEIL WALKER 05-FEB-20



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

**Table 3** Difference in NDMA content (µg/g) between input drug substance and drug product batches






Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 1.3 Estimated rates of reaction to form NDMA

To put some context into the rate at which NDMA is forming in samples of drug substance that have been analysed, the amounts determined by analysis have been converted into a percent theoretical (%th) conversion for the reaction that is occurring to generate it.

For the worst-case scenario, referring back to **Table 1**, formation of 40µg/g NDMA over 5 years has been considered, representing a linear conversion rate of 8µg/g per year.

For the slowest rate, based on the results from batches of drug substance from GSK Jurong stored for 5 years, formation of 0.2µg/g NDMA has been considered, representing a linear conversion rate of 0.04µg/g per year.

Worst-Case Assessment

1kg drug substance = 1000/350.86 = 2.85 Moles

If this contained 8µg/g NDMA = 0.008/74.08 = 0.000108 Moles

So this would represent a %th. conversion of 0.0038% th. per year

If formation continued at a linear rate, it would take 100/0.0038 = **26,316 years** for reaction completion.

GSK Jurong Assessment

As Jurong estimated rate was 0.04µg/g compared to 8µg/g, time for reaction completion would be 8/0.04*26316 = **5,263,000 years**

## 1.4 Section Conclusion

Varying levels of NDMA have been detected in all historical batches of drug substance that have been tested, and a general trend is observed that the NDMA content is increasing with the age of the sample at the time of testing. There is a degree of variability which could be due to variation in storage conditions for the drug substance samples at different sites. Material manufactured by GSK Jurong is an exception to the observed trend.

NDMA has been detected in all batches of drug product from all formulations that have been tested. It is not possible to determine clear trends regarding the possible rate of increase in NDMA in drug product but the evidence indicates that the rate of formation is probably slower than for drug substance.

The actual rate of NDMA formation is extremely slow but differences are observed depending on the source of the drug substance. The slowest observed rate for drug substance manufactured by GSK Jurong resulted in formation of approximately 0.2µg/g over 5 years.

GSK undertook an extensive investigation into the cause of the presence of NDMA in ranitidine drug substance and products. The steps taken and outcome of this investigation are now reported. The focus of the root cause investigation has been the manufacture and stability of the drug substance.

## 2 Brainstorm into Potential Root Causes

Formation of NDMA is most likely to occur by reaction of dimethylamine with a reactive nitrosation source ($N\equiv O^+$) or alternatively by reaction of a tertiary amine possessing two methyl groups and a reactive nitrosation source ($N\equiv O^+$).




**Figure 1** Outline of most likely routes to formation of NDMA

As ranitidine possesses the tertiary amine possessing two methyl groups and a nitro group, there were several different ways that could lead to the presence or formation of NDMA which are listed in **Table 4**. These would provide the framework for the root cause investigation.

**Table 4** Potential Root Causes for the presence of NDMA in Ranitidine

| No | Source of Dimethylamino group | Nitrosation source | Root Cause |
|---|---|---|---|
| 1 | Synthetic Route (e.g. dimethylamine) | Synthetic route (e.g nitrite) | Synthetic Impurity |
| 2 | Synthetic Route (e.g. dimethylamine) | Ranitidine molecule | Drug substance reaction with impurity |
| 3 | Ranitidine molecule | Synthetic route (e.g nitrite) | Drug substance reaction with impurity |
| 4 | External to process | External to process | Contamination |
| 5 | Ranitidine molecule | Impurity | Drug substance reaction with impurity |
| 6 | Impurity | Ranitidine molecule | Drug substance reaction with impurity |
| 7 | Ranitidine molecule | Ranitidine molecule | Degradation |

In order to generate ideas for potential root causes into the presence of NDMA in ranitidine, a Brainstorm was held with R&D Chemists in September 2019. The full output from this is recorded separately[5]. A summary of key ideas and suggestions is presented below :-

**Table 5** R&D Brainstorm September 2019

| Priority | Focus Area | Activity/Idea | Actioned |
|---|---|---|---|
| High | Analytical | Trace Analysis for Dimethylamine in ranitidine | Yes |
| High | Analytical | Trace Analysis for Nitrites in ranitidine | Yes |
| High | Stability | Accelerated Stability Monitoring Study | Yes |
| Medium | Stability | Does rate of NDMA increase plateau? | Yes |
| Medium | Stability | Repeat forced degradation studies and test for NDMA | No |
| Low | Chemistry | Use N-hydroxyphthlalimide to simulate radical oxidation | No |
| Medium | Stability | Stress testing ranitidine under anoxic conditions | Yes |
| High | Chemistry | NDMA testing of synthetic intermediates | Yes |
| Medium | Chemistry | Analysis for dimethylamine in intermediates | No |
| Medium | Chemistry | Analysis for nitrites in intermediates | No |
| Low | Chemistry | Could dimethylamine form during NMSM synthesis? | No |
| High | Chemistry | Could EP Impurity G (Oxime) act as nitrosating agent)? | Yes |
| High | Chemistry | Could EP Imp G react with Imp F (Amino alcohol) to form NDMA? | Yes |
| High | Chemistry | Could residual nitrite react with ranitidine to form NDMA? | Yes |
| Medium | Chemistry | NDMA forming by reaction with chloramine (water treatment) | No |
| N/A | Chemistry | Degradation of nitroalkene to liberate nitrosating species (postulated mechanism) | N/A |
| N/A | Chemistry | Degradation via Nef reaction to liberate nitrite (postulated mechanism) | N/A |
| Medium | Chemistry | Could trace metals promote NDMA formation? | Yes |
| Low | Chemistry | Prepare isotopically labelled ranitidine to study degradation | Yes |

These ideas were prioritised and those which resulted in activities which were subsequently actioned are described in detail in this report. Some lower priority activities were not carried out and were superseded once results from the initial experiments were available.

[5] 2020N433483_00 Ranitidine UK Brainstorm 24th Sep 2019

A second brainstorm was held on November 26th, 2019 as a follow up to review new information that had been generated in the first two months of the investigation and generate a second list of ideas and actions.

**Table 6** R&D Brainstorm, November 2019

| Priority | Focus Area | Activity/Idea | Actioned |
|---|---|---|---|
| Low | Chemistry | Nitrosation of Impurity F (Amino Alcohol) | No |
| High | Chemistry | Measure pH of drug substance from different processes | Yes |
| High | Chemistry | Recrystallise drug substance to generate material for stability trial | Yes |
| High | Stability | Spiking of mother liquors to assess impact on stability | No |
| High | Analysis | Generate impurity profiles for drug substances batches from different sources | Yes |
| High | Analysis | Generate impurity profiles for stressed samples to identify impurities related to NDMA formation | Yes |
| High | Stability | Conduct DOE to assess factors that impact NDMA formation on stressed batches | Yes |
| Medium | Stability | Assess impact of moisture on NDMA formation | Yes |
| Medium | Chemistry | Study reaction between Impurity G (oxime) and dimethylamine | Yes |
| High | Crystallography | Study crystal lattice structure - does this place nitro and dimethylamino groups close together | Yes |
| High | Stability | Assess stability of ranitidine free base | Yes |
| High | Stability | Assess stability of very pure batch of drug substance (multiple recrystallisations) | Yes |
| Low | Chemistry | Could dimethylamine form from methylamine as precursor to NDMA | No |
| Medium | Chemistry | Nitrite testing of stressed drug substance | Yes |
| Medium | Chemistry | Stress drug substance in IPA solution at 60°C and test for NDMA | No |

As before, ideas which were taken forward to laboratory or analytical studies are described in this report.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# 3 NDMA as a Potential Synthetic Impurity or Contaminant

## 3.1 Synthetic Impurity

An outline of the synthetic route used to manufacture Ranitidine Hydrochloride is shown in **Figure 2**. Precise reaction conditions used by each supplier vary but the same process intermediates are always used.



**Figure 2 Overview of Synthetic Route for Ranitidine Hydrochloride**

The two constituents of NDMA, dimethylamine and nitrite are both present in the synthetic route, but in separate branches, with dimethylamine hydrochloride used to prepare the amino alcohol intermediate, and sodium nitrite as a reagent that can be used to prepare nitromethane which is an early precursor of NMSM. The probability that they could both be present at the ranitidine base forming step and react at that point is extremely low. Dimethylamine is a low boiling liquid (B.p. 6.8°C) so would be effectively removed if present by the high temperature and vacuum distillation used to purify the diamine intermediate.

Some synthetic intermediates were provided for NDMA testing by Saraca. The same analytical method used to determine NDMA levels in drug substance was used although not formally validated for these materials

The results obtained are tabulated below (**Table 7**).

**Table 7** – NDMA content of ranitidine synthetic intermediates

| **Intermediate** | **NDMA content (µg/g)**[1] |
|---|---|
| Diamine (Saraca Cystofur) | <0.25 (LOQ) |
| NMSM | Method not suitable due to interference |
| Ranitidine AST (aqueous solution before isolation) | <0.25 (LOQ) |
| Freeze dried Ranitidine AST solution (N74638-1-1) | Not Detected |
| Ranitidine base | 0.3 |

1. Analysed by Intertek Manchester – data supplied for information only as not validated for these compounds

There was no indication of NDMA being formed as a synthetic intermediate. As described in more detail later in section 9.7, the presence of a small amount of NDMA in isolated ranitidine base is likely to be due to degradation of the sample and not NDMA being formed as a synthetic impurity. So it was concluded that the root cause for elevated levels in the drug substance was not prior formation earlier in the manufacture.

## 3.2 NDMA as a contaminant

Consideration was given to the possibility that the root cause for the presence of NDMA was as a contaminant, introduced at a supplier as a result of inadequate GMP controls. The use of recycled solvents in the process was also considered as a potential source of contamination.

Contamination is not considered to be a root cause for the following reasons:-

- Presence of NDMA has been observed in drug substance samples sourced from five different sources (GSK Jurong, Dr Reddy's, Saraca, Orchev Pharma Private Ltd (Orchev) and SMS Lifesciences India Ltd. (SMS)) and in material prepared in a GSK laboratory. It is highly unlikely that contamination would occur to introduce NDMA across so many different sources in such a consistent manner. Contamination would likely be observed as a random occurrence.
- NDMA is not observed in the most freshly prepared samples of drug substance, manufactured commercially and in the laboratory.
- NDMA levels increase over time, particularly when samples are subjected to stressed conditions of temperature and humidity. This profile and behaviour are not consistent with NDMA introduced as a contaminant.

Contamination with another material that could then react over time to form NDMA will be considered in section 6.

## 3.3 Section Conclusion

NDMA is not considered to be a reasonably predicted synthetic impurity that could form during the manufacture of ranitidine. This is supported by analytical evidence that it is not detected in samples that have been freshly prepared.

As the presence of NDMA has been confirmed in batches supplied from a number of different sources, it is not considered likely to be due to external contamination (e.g. due to poor GMP controls).



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

# 4 Drug Substance Stability Studies and Impact of Recrystallisation

## 4.1 Development of thermal stressing conditions

When the initial drug substance NDMA testing results were being generated and the link between NDMA content and the age of the sample was first identified, it became desirable to develop a means of assessing the stability more quickly, as the rate of formation of NDMA at ambient temperature would have meant studies taking many weeks or months to complete.

A simple trial was conducted whereby a batch of ranitidine drug substance (Saraca 0000875414) supplied by GSK Parma, with an NDMA content of 0.46 µg/g was stored in a sealed vial in an oven at 60°C for 7 days. The NDMA content increased to 14 µg/g. Based on this result, thermal stressing under these conditions was adopted as a means to quickly assess the relative stability of samples and results from such studies are reported throughout this report.

## 4.2 Initial assessment of recrystallised drug substance

In order to determine whether it was possible to purge NDMA from drug substance, a batch from Dr Reddy's (AEKH001805 supplied by GSK Parma) was recrystallised from a mixture of isopropanol (6 vol) and water (0.4vol), using conditions provided by GSK Jurong (Experiment Ref GSK00060-096)[6]. It was noted that care had to be taken with this process to avoid material oiling out when the water was added. The NDMA content of product from the recrystallisation was <0.03µg/g, (<LOD) demonstrating an effective purge of NDMA. It was observed that the bulk density of the recrystallised material was lower than the input material. At the time, this was not considered to be a significant finding, but as reported in section 7, the link between the physical properties and NDMA has proved to be important.

This sample was stressed for 60°C for 7 days – the NDMA content at this point remained <0.11µg/g (<LOQ) indicating that the recrystallised drug substance was more stable with respect to formation of NDMA.

The initial conclusion from this result was that the recrystallisation may have purged an unknown component which was acting as the source of NDMA formation in the drug substance, therefore an understanding about what may have been removed into the crystallisation mother liquors became a key future objective.

[6] Thermofisher report ref DRTD20-001



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

### 4.3 Statistical Study to assess stressed storage conditions

In order to further understand the impact of storage conditions on the formation of NDMA, a simple statistical design of experiments (DOE) study was conducted[7].

**Table 8** DOE Factors and Ranges :-

| Factor | Range | |
|---|---|---|
| Drug Substance Source | As is (Saraca RH/0820191283) | Recrystallised (GSK00165-006) |
| Temperature | Ambient (20°C) | 60°C |
| Exposure | Sealed | Unsealed |
| Light | Protected | Exposed |

The study was conducted in a closed oven with a relative humidity of 10%RH at 60°C and 50-60% RH at 20°C so the impact of exposure to atmosphere would be limited. Before sealing, vials were purged first with nitrogen. Light exposure was only to the ambient light in the laboratory. The input batch was provided by Saraca (RH/0820191283) and recrystallised using isopropanol and water (Ref GSK00165-006) Samples were stored for a period of 7 days. The NDMA content and HPLC impurity profiles were determined for the samples - the NDMA results are tabulated below (**Table 9**).

**Table 9** NDMA results from DOE on storage conditions

| Experiment | Batch | Temperature | Exposure to Atmosphere | Exposure to Light | NDMA (µg/g) |
|---|---|---|---|---|---|
| GSK00158-51-1 | Saraca RH/0820191283 | 20°C | Yes | No | 0.49 |
| GSK00158-51-2 | Recryst. GSK00165-006 | 60°C | Yes | Yes | 0.56 |
| GSK00158-51-3 | Recryst. GSK00165-006 | 20°C | No | No | Not detected |
| GSK00158-51-4 | Recryst. GSK00165-006 | 60°C | No | Yes | 0.59 |
| GSK00158-51-5 | Saraca RH/0820191283 | 60°C | No | No | 3.9 |
| GSK00158-51-6 | Saraca RH/0820191283 | 60°C | Yes | Yes | 3.0 |
| GSK00158-51-7 | Recryst. GSK00165-006 | 20°C | Yes | Yes | NGT 0.17 |
| GSK00158-51-8 | Saraca RH/0820191283 | 20°C | No | No | 0.39 |

NGT - Not greater than

The results were processed using Design Expert Software. A good statistical model was achieved as determined by the R-squared value of 0.9717 and the significance of each factor is shown in the following summary Half-Normal Plot.

[7] Thermofisher report ref DRTD20-001



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order




**Figure 3** Half normal plot for Storage DOE

Points furthest to the right represent the factors which have the greatest impact on formation of NDMA. The significant factors were the drug substance storage temperature and the supplier (whether the drug substance had been recrystallised or not). These results provided confirmation for the previous findings. The exposure to atmosphere and light were not significant factors in this study.

Impurity content by HPLC analysis[8] was conducted on all the samples but there was little difference between samples – total impurities ranged between 0.2 and 0.4% area, with no single impurity exceeding 0.05% in any batch and no obvious trends. All batches would have met the HPLC impurities specification. No impurities were identified that could serve as NDMA precursors.

## 4.4 Accelerated stability monitoring (ASM) study

Accelerated stability monitoring studies are used routinely to assess the impact of storage conditions on materials, enabling the impact of temperature and relative humidity to be assessed using a statistically designed study over a period of a few weeks. The input drug substance batch was provided by Saraca (Batch RH/09 2019 1305), manufactured in September 2019 containing 0.33µg/g NDMA at the point the study was set down[9].

[8] Thermofisher report ref DRTD20-001
[9] EXP192759

**Table 10 NDMA Results (µg/g)) Generated for Drug Substance Batch No RH/09 2019 1305 in ASM Study**

| Temp (°C) | %RH | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|
| 60 | 30 | 0.33 | | | 21.6 | 29.0 | 38.3 | 47.1 |
| 60 | 65 | | | | 65.2 | 68.4 | 19.1 | 12.5 |
| 70 | 10 | | | 19.5 | 22.8 | 26.5 | 32.8 | 43.3 |
| 70 | 80 | | | 60.3 | 46.2 | 55.7 | 15.3 | 3.5 |
| 80 | 25 | | 59.8 | 83.0 | 93.3 | 120.2 | | |
| 80 | 50 | | 128.1 | 82.2 | 66.1 | 12.1 | | |

All data points apart from the initial sample result exceed the upper limit of the validation range of the LC/MS method which is 8 µg/g.

As these storage conditions involved both higher temperatures and relative humidity than applied in the simple lab trials, higher levels of NDMA were measured than previously determined. In the cases where the relative humidity was ≥50%, it was observed that the samples deliquesced and became dark brown, indicating considerable degradation was occurring, in addition to formation of NDMA. For a second study reported in section 5.2, the physical form and colour of all samples were recorded and some impurity profiles generated confirming that extensive chemical degradation occurred at some storage conditions.

The other observation made for the more degraded samples was that the NDMA content was reducing over time, most clearly seen for the samples stored at 80°C and 50% RH. No reason for this has been determined. NDMA has a boiling point of 151°C so loss through evaporation would not be expected. NDMA is stable to hydrolysis so should not be lost in this manner. At this point, it is assumed that there is an unknown secondary degradation pathway occurring in these samples but only under conditions which are far harsher than drug substance would be exposed to under normal handling and storage.

## 4.5 Section Conclusion

The amount of NDMA present in ranitidine drug substance has been shown to increase in solid samples, when subjected to elevated temperature and humidity. A simple stress testing protocol was developed whereby a solid sample is heated at 60°C in a sealed vial for an extended period. Differences in the rate of formation were able to be detected after 7 days. This protocol was adopted as a means to assess experiments designed to investigate the root cause for the presence of NDMA in a relatively short space of time.

Recrystallisation of ranitidine drug substance has been shown to impact the product in two ways; effective purging of residual levels of NDMA and formation of material that shows lower rates of NDMA formation after thermal stressing.

# 5 Impact of Drug Substance Source on NDMA Stability

## 5.1 Comparison of stability studies for different sources of drug substance

As the investigation progressed, samples of drug substance were received from a range of different suppliers used within the GSK supply network. Simple stability studies at 60°C were run for these batches to determine the rate of NDMA formation for each material. Data on two recrystallised batches is also included. These results are tabulated in **Table 11 and 12.**

**Table 11 NDMA Stability studies for Saraca Batches**

| **Saraca Batch 113423-136-1[1]** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| 113423-136-1 | 0 | 0.33 |
| N74638-11-1 | 1 | 1.7 |
| N74638-11-3 | 3 | 6.3 |
| N74638-11-6 | 7 | 7.7 |
| N74638-11-7 | 14 | 10 |
| N74638-11-8 | 21 | 11 |
| N74638-11-9 | 28 | 12 |
| N74638-11-10 | 42 | 15 |
| N74638-11-11 | 49 | 16 |
| N74638-11-12 | 56 | 16 |
| N74638-11-13 | 63 | 22 |

| **Saraca Batch R14/PB-I/ 190764** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| R14/PB-I/ 190764 | 0 | Not detected |
| N75344-2-3 | 3 | 3.6 |
| N75344-2-9 | 7 | 7.4 |
| N75344-2-11 | 21 | 20 |
| N75344-2-13 | 46 | 38* |

| **Saraca Batch R14/PB-I/ VB1901** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| R14/PB-I/ VB1901 | 0 | Not detected |
| N75344-2-2 | 3 | NGT 0.17 |
| N75344-2-8 | 7 | 0.28 |
| N75344-2-10 | 21 | 0.76 |
| N75344-2-12 | 46 | 2 |

1. 113423-136-1 was allocated to this batch in Stevenage – the Saraca Batch lot number was RH/08 20191283.

*Level above the upper quantitation limit of 33.3µg/g

NGT – Not greater than

**Table 12 NDMA Stability Studies for SMS, GSK Jurong and Recrystallised Batches**

| **SMS Batch RH S 11 19 073** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-17-3 | 0 | ND |
| N74638-17-1 | 10 | 0.43 |
| N74638-17-2 | 14 | 0.62 |
| N74638-17-4 | 21 | 0.92 |
| N74638-17-5 | 28 | 1.2 |
| N74638-17-6 | 35 | 1.6 |

| **Jurong Batch 381227 (DOM Dec-2014)** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N75283-3-1 | 0 | 0.2 |
| N75283-3-2 | 3 | 0.36 |
| N75283-3-3 | 7 | 0.39 |

| **Saraca Batch 113423-136-1 Recrystallised from IPA/MeOH** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-13-1 | 0 | Not detected |
| N74638-13-5 | 1 | 0.22 |
| N74638-13-6 | 4 | 0.58 |
| N74638-13-7 | 7 | 0.71 |
| N74638-13-8 | 11 | 0.98 |

| **Saraca Batch 113423-136-1 Double IPA/MeOH recrystallisation** | | |
|---|---|---|
| Reference | Day | NDMA (µg/g) |
| N74638-14-1 | 0 | Not detected |
| N74638-14-3 | 1 | 0.22 |
| N74638-14-4 | 5 | 0.56 |
| N74638-14-5 | 7 | 0.59 |

These results demonstrated that there was significant variability in the rates of NDMA formation across the different batches assessed. This can be seen when the change in NDMA content over the first 7 days of each study is compared.

**Table 13** Comparison of stability studies at 7-day timepoint

| Batch | Origin | NDMA increase over 7 days at 60°C (μg/g) |
|---|---|---|
| 113423-136-1 | Saraca Grade 1[1] | 7.37 |
| R14/PB-I/ 190764 | Saraca Grade 1[1] | 7.4 |
| R14/PB-I/ VB1901 | Saraca Grade 3[2] | 0.28 |
| N74638-17-3 | SMS | 0.43 (10 days) |
| N75283-5-1 | GSK Jurong | 0.19 |
| N74638-13-1 | Lab single recrystallisation | 0.71 |
| N74638-14-1 | Lab double recrystallisation | 0.59 |

1 Isolation solvent IPA/MeOH (ratio 73:27)
2 Isolation solvent IPA/MEOH (ratio 38:62) + 3.4% water)

Some key points are noted from these results

- Variation between samples supplied from Saraca – the batch that exhibited the slower rate of NDMA formation after stressing was manufactured using a modified process for the final isolation, which involved the addition of some water and a change to the isopropanol and methanol solvent ratio (refer to **Table 15**) – Saraca have designated this material as Grade 3 – the other two samples are designated as Grade 1. Saraca Grade 3 material has never been supplied to GSK for commercial use.
- GSK Jurong and SMS batches have a similar rate of NDMA formation to the Saraca Grade 3 material after stressing.
- Material recrystallised once or twice (input was Saraca batch 113423-136-1) from a mixture of isopropanol and methanol showed a much slower rate of NDMA formation after stressing.

When samples that had been heated at 60°C for a period were subsequently stored in a refrigerator (*ca* 5°C), there was no further increase in NDMA detected. Samples N74638-11-1 (NDMA 1.79μg/g after 1 day at 60°C) was retested after 1 day in the refrigerator (R74638-11-2, 1.8μg/g) and after 6 days (N74638-11-5, 1.7μg/g).

## 5.2 Accelerated Stability Study with Grade 3 drug substance

The accelerated stability study (ASM) that was reported in section 4.4 (which used the drug substance batch now designated as Grade1) was repeated with the Grade 3 batch R14/PB-I/ VB1901 to determine whether the differences in stability reported above were also seen when both temperature and humidity were varied. The study design was enhanced by inclusion of two less harsh additional storage conditions (50°C/10% RH and 50°C/75% RH).

The results **(in green)** are shown in **Table 14**. The results from the previous study are also included for comparison (in black) and for the second study, the physical form and colour of the samples are also recorded.

For selected samples, the HPLC impurity profile using the release method were also generated. These are reported where available **in red as % area** for the total impurities present in the sample.

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 14 Results for Saraca Grade 1 Batch No. RH/09 2019 1305 and Saraca Grade 3 Batch No. RI4/PB-I/VB 1901 from ASM Study**

| Temp (°C) | %RH | Batch ID | Test | Initial | Day 3 | Day 5 | Day 7 | Day 10 | Day 14 | Day 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | ND | 0.06[2] | 0.10[2] | 0.13 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.23 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | White Solid |
| 50 | 75 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | | | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 4.3 | 8.6[1] | 12.1[1] | 22.0[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 24.0 |
| | | | Description | NT | | | Orange Oil | Orange Oil | Orange Oil | Brown Oil |
| 60 | 30 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 21.6[1] | 29.0[1] | 38.3[1] | 47.1[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 0.08[2] | 0.19 | 0.41 | 0.80 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | NT | NT | NT | 0.46 |
| | | | Description | NT | | | White Solid | White Solid | White Solid | Pale Yellow Solid |
| 60 | 65 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | | 65.2[1] | 68.4[1] | 19.1[1] | 12.5[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | | 116.1[1] | 50.9[1] | 39.6[1] | 31.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | | 26.9 | NT | NT | 47.6 |
| | | | Description | NT | | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 70 | 10 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 19.5[1] | 22.8[1] | 26.5[1] | 32.8[1] | 43.3[1] |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 0.32 | 0.48 | 0.65 | 1.1 | 1.6 |
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 0.35 |
| | | | Description | NT | | White Solid | Off White Solid | Off White Solid | Pale Yellow Sticky Solid | Yellow Sticky Solid |
| 70 | 80 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | | 60.3[1] | 46.2[1] | 55.7[1] | 15.3[1] | 3.5 |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | | 37.3[1] | 45.1[1] | 22.2[1] | 39.4[1] | 63.8[1] |
| | | | Total Impurities by HPLC (%area) | 0.17% | | NT | NT | NT | NT | 69.0 |
| | | | Description | NT | | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil |
| 80 | 25 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 59.8[1] | 83.0[1] | 93.3[1] | 120.2[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 1.8 | 3.3 | 5.4 | 94.0[1] | | |
| | | | Total Impurities by HPLC (%area) | 0.17% | NT | NT | NT | 30.9 | | |
| | | | Description | NT | Yellow Solid | Orange Solid | Brown Solid | Dark Brown Oil | | |
| 80 | 50 | RH/09 2019 1305 | NDMA Content (mcg/g) | 0.33 | 128.1[1] | 82.2[1] | 66.1[1] | 12.1[1] | | |
| | | RI4/PB-I/VB 1901 | NDMA Content (mcg/g) | ND | 148.9[1] | 64.9[1] | 63.3[1] | 20.1[1] | | |
| | | | Total Impurities by HPLC (%area) | NT | 29.9 | NT | NT | 68.2 | | |
| | | | Description | NT | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | Dark Brown Oil | | |

**Notes:** ND Not Detected
1. Result exceeds the upper limit of the validation range of the LC/MS method which is 8 µg/g.
2 Result is below the Limit of Quantification of 0.13µg/g



GSKZAN0000051951

The observations and conclusions that can be drawn from the results of this study are as follows:-

- For the samples that remained as solids, the NDMA content for the Grade 3 batch was significantly lower than for the Grade 1 samples at the same time points and storage conditions.
- For samples which underwent deliquescence to oils, NDMA content was higher and similar to those observed for Grade 1 samples at the same time points and storage conditions. The same trend where NDMA content decreased in subsequent time-points was also seen again for these samples.
- The impurity content of samples that remained as solids remained low but total impurity content of up to 69% area was seen for those samples which became oils. A large number of impurity peaks were formed.
- Under conditions where the Grade 3 batch remained as a crystalline solid, it exhibited good chemical stability and generated NDMA slowly. This suggests that the Grade 3 solid possesses critical attributes that Grade 1 does not exhibit which have a significant impact on the rate of NDMA formation.
- Once samples lose crystallinity due to deliquescence, both the general chemical stability and stability with respect to NDMA formation decrease.
- Elevated temperatures and relative humidity accelerate NDMA formation apart from samples which underwent deliquescence when the initially higher levels of NDMA decreased over time.
- At the current long-term storage condition for ranitidine drug substance of 30°C / 75% RH, with the material being stored in double polythene bags (125 µm thickness stated) then stored inside an HDPE outer container with foil overwrap and with 2 kg of silica gel per 30 kg of drug substance, the data from the Grade 3 study has predicted that the level of NDMA would reach 0.16 µg/g (equivalent to 96 ng/day for a 600 mg dose of ranitidine) in 1045 days (2 years and 315 days) [10]. 0.16 µg/g is the limit currently being recommended by CHMP.[11]

## 5.3 Comparison of Drug substance isolation processes

In order to assess whether the conditions used for the crystallisation of the ranitidine hydrochloride could be a factor, where sufficient information was available, the crystallisation temperature, concentration and solvent composition of different processes is tabulated. Information from Dr Reddy's is also included – samples from this source were not assessed in the stressing studies but it was known from data presented in Section 1 that significant formation of NDMA was observed for older samples and was therefore similar to the Saraca Grade 1 batches supplied to GSK. For simplicity, the rate of NDMA formation is categorised as slow or fast.

[10] 2020N432378v1
[11] CHMP rapporteurs's updated assessment report EMEA/H/A-31/1491 20th March 2020



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

**Table 15** Comparison of Drug substance isolation processes

| Parameter | GSK Jurong | Dr Reddy's | Saraca Grade 1 | Saraca Grade 3 | Recrystallisation |
|---|---|---|---|---|---|
| **Solvent Composition**[3] | IPA | IPA/MeOH (81:19) | IPA/MeOH (73:27) | IPA/MeOH (38:62) | IPA/MeOH (66:33) |
| **Total Solvent Volume**[1,3] | 8.7 | 3.3 | 3.3 | 2.5 | 12 |
| **Water Concentration**[2,3] | 3.6% | 3% | Not added to process | 3.4% | Not added to process |
| **Crystallisation Temperature** | 50°C | 30°C | 10-25°C | 10-25°C | 53°C |
| **Observed rate of NDMA formation** | Slow | Fast | Fast | Slow | Slow |

1. Volume of solvent as a ratio to the input weight of ranitidine free base
2. %v/v water in the overall crystallisation mixture
3. Values may vary slightly from batch to batch due to the use of some solvent/water in the pH adjustment during the crystallisation step

From this information, there is not one single factor in the crystallisation that appears to have a direct link to the rate of NDMA formation. The addition of water on its own does not appear to be linked. Carrying out the process at a lower concentration and higher temperature as in the Jurong process may be important, but the Saraca Grade 3 process provides material with a similar stability, from a much more concentrated mixture. In this case, it is possible that the higher proportion of methanol in the mixture with isopropanol is important.

The reduction in the rate of NDMA formation after recrystallisation did suggest that purging of impurities responsible could be occurring, so it was also possible that the isolation processes resulting in the slowest rates of formation were also more efficient at purging impurities. The process operated by GSK Jurong has been used since the product was first introduced to the site so the results obtained from the retained samples are likely indicative of historical production batches.

## 5.4 Comparison of Drug substance impurity profiles

HPLC impurity profiles were generated for a range of samples from different suppliers (GSK Jurong, Saraca, Dr Reddy's and SMS). Statistical analysis [12] ,including correlation with the measured NDMA content of samples, was performed on the dataset, drawing the following conclusions:-

- Dr Reddy's batches have high NDMA levels
- Jurong batches have low NDMA levels
- From the multivariate model some impurities seem to be correlated with NDMA levels
- After reviewing the univariate plots these correlations could be spurious as there is not much variability in the actual level of these impurities

Since the samples tested had a wide range of different dates of manufacture ranging back more than five years, effects observed could be due to trace levels of degradation, not related to NDMA formation.

A comparison which provides strong evidence that the impurity profile of the material is not correlated to the rate of NDMA formation comes from the results from the two most recent batches received from Saraca (Grade 1 and Grade 3), which show different rates of NDMA formation (**Table 16**).

[12] RPT_00000847115



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

**Table 16** Comparison of Grade 1 and Grade 3 HPLC impurity profiles

| Impurity | R14/PB-I/ 190764 (Grade 1) (% w/w) | R14/PB-I/ VB1901 (Grade 3) (% w/w) |
|---|---|---|
| RRT 0.62 | 0.01 | 0.05 |
| AH20199X (N-Oxide) | 0.02 | 0.01 |
| Ranitidine | 99.86 | 99.83 |
| RRT 1.03 | 0.05 | 0.03 |
| RRT 1.07 | 0.01 | 0.03 |
| RRT 1.23 | NR | 0.01 |
| AH20720X (Bis Compound) | 0.05 | 0.05 |

NR Not reported, result falls below the quantitation limit

Profiles are similar with low levels of related impurities present and no apparent correlation with NDMA formation. As impurities present at <0.01% (100ppm) would not be detected using the standard HPLC release method, additional investigations to identify lower level impurities using LC/MS/MS have been performed to assess any potential correlation of these with the formation of NDMA (Section 8). The analysis described in this section only covers those impurities detected by UV. The following section describes comparative testing using other techniques which would detect volatile impurities such as residual solvents and inorganic impurities (including trace metals).

## 5.5 Additional analysis

### 5.5.1 Volatile impurities by Gas Chromatography

All samples tested apart from the Saraca Grade 1 batch contained very low levels of residual solvent[13] (**Table 17**). Although albeit with a very limited dataset, this appears to demonstrate a link between levels of residual solvent and the rate of NDMA formation. As detailed in Section 7 and 9 where drug substance physical properties are discussed, the differences in residual solvent levels are likely a function of how the crystallisation processes are performed. When considering mechanisms for the formation of NDMA from ranitidine, it is unlikely that these solvents would participate in any plausible NDMA formation reaction pathway

**Table17** Comparison of Volatile Impurities by GC for different supplier batches

| **Sample** | **Supplier** | **Isopropanol** (% w/w) | **Methanol** (%w/w) | **Additional solvents** (% w/w) |
|---|---|---|---|---|
| **RI4/PB-I 190764** | Saraca Grade 1 | 0.28 | 0.2 | MIBK <0.01 |
| **RI4/PB-I/VB 1901** | Saraca Grade 3 | <0.01 | 0.02 | NR |
| **N75344-6-2** | SMS - RH S 11 19 073 | <0.01 | 0.02 | NR |
| **N75344-6-3** | Jurong -381226 | 0.02 | NR | NR |

NR Not reported

[13] EXP197774



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

### 5.5.2 Residual Trace Metals by ICP

Levels of residual metals determined by ICP analysis[14] were very low for all samples tested. Because of these low levels, there is no evidence to link the formation of NDMA to a mechanism involving trace metals possibly acting as a catalyst.

**Table 18** Residual Metals analysis by ICP (µg/g)

| **Sample** | 933378 | 933381 | 933391 | 933387 | 933374 | 933360 |
|---|---|---|---|---|---|---|
| **LNB** | N75344-3-1 | N75344-3-2 | N75344-3-5 | N75344-3-4 | RI4/PB-I/VB 1901 | RI4/PB-I/190764 |
| **Source** | Dr Reddy's, AEDH017147 | Jurong 381231 | SMS, 1900003463 | Saraca (free base) | Saraca, Grade 3 salt | Saraca, Grade 1 salt |
| **Al** | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) |
| **B** | <1 | 1 | <1 | 1 | <1 | <1 |
| **Ba** | <1 | NR | NR | NR | NR | NR |
| **Ca** | 1 | 1 | 1 | 1 | <1 | 1 |
| **Cr** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Cu** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Fe** | <1 | <1 | 1 | <1 | 1 | 1 |
| **Gd** | <1 | NR | NR | <1 | NR | NR |
| **K** | NR | 1 | NR | NR | NR | NR |
| **Mg** | NR | NR | NR | <1 | NR | NR |
| **Mn** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Mo** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Na** | 6 | 1 | 2 | 1 | <1 | <1 |
| **Ni** | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) | ND (<1) |
| **Ti** | <1 | ND (<1) | <1 | ND (<1) | ND (<1) | <1 |
| **W** | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) | ND (<2) |
| **Zn** | <1 | <1 | <1 | <1 | <1 | <1 |

NR = not reported

[14] EXP195953

### 5.5.3 Residual Nitrate and Nitrite by Ion Chromatography

Although nitrite ions would not be expected to track through the ranitidine process as discussed in Section 3, testing of a small number of batches by Ion Chromatography was conducted[15].

**Table 19** Nitrate and Nitrite by IC

| Sample Reference | Sample Reference | Nitrate %w/w | Nitrite %w/w |
|---|---|---|---|
| 113423-136-1 | Saraca Grade 1 | 0.002 | 0.002 |
| RI4/PB-I/VB 1901 | Saraca Grade 3 | 0.002 | 0.002 |
| N74638-11-7 | Saraca Grade 1 14 day at 60° | 0.002 | 0.002 |
| RI4/PB-I/190764 | Saraca Grade 1 | 0.002 | 0.003 |

Very low levels of nitrate and nitrite were detected (in the range 20-30μg/g). There was no apparent correlation to the rate of NDMA formation for these samples. The precise nature of the nitrite being measured by this test is not clear (e.g as sodium nitrite, nitrous acid or another salt form). As will be discussed in section 6, nitrite ion in the form of nitrous acid would not persist in samples of drug substance due to its high reactivity.

## 5.6 Section Conclusion

Differences in the rate of NDMA formation are observed when samples from differing sources are held at 60°C for extended periods. This is most notably seen for samples obtained from Saraca, now designated as Grade 1 and Grade 3. Recrystallisation of the Grade 1 material does provide greater stability to the material generated.

Analysis of batches by a range of different techniques has not provided any clear evidence for any particular impurity that is linked to the formation of NDMA. There are differences in the isolation processes used for the different sources of drug substance. From an initial review of these process differences, the two factors that could correlate with the rate of NDMA formation in the isolated drug substance are the overall concentration of the crystallisation and a higher concentration of methanol in the crystallisation solvent. This topic will be further discussed in section 7.

[15] EXP198878



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# 6 Impurity Spiking Studies

The R&D chemistry brainstorm meetings identified certain impurities which if present in the drug substance could undergo further reaction to generate NDMA. For the impurities thought to be most likely to cause this, experiments were carried out to evaluate the potential pathways. The two impurities studied experimentally were the oxime impurity (EP impurity G) and residual nitrite.

## 6.1 Oxime (EP Impurity G) (AH22888)

The oxime impurity is a known hydrolytic degradant of ranitidine, forming under acidic conditions. The reaction pathway (**Figure 4**) also generates the amino alcohol impurity (AH18961AA) (EP Impurity F) when the molecule fragments.




**Figure 4** – Reaction Pathway to Generate Oxime and Amino Alcohol Impurities

The initial intermediate following fragmentation of ranitidine by this pathway is a C-nitroso compound. This can then undergo proton transport to generate the oxime – the C-nitroso



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

compound is also a possible intermediate formed through isomerisation of the C-N double bond. The C-nitroso compound could potentially react with an amine (such as dimethylamine generated from the breakdown of the left-hand part of ranitidine to generate NDMA or directly nitrosate the tertiary amine which then fragments to form NDMA. In theory, as this pathway also generates a molar equivalent of the amino alcohol (impurity F). Impurity F could also act as a source of the tertiary amine.

To study whether these impurities could generate NDMA from ranitidine, spiked batches were prepared, (by both solid blending, and co-crystallisation), then subjecting these samples to short term thermal stressing before determining the NDMA content. The sample of the amino alcohol used for spiking was supplied as its fumarate salt.

**Table 20** Oxime and amino alcohol spiking studies

| Experiment No | Mixture | Analysis of Blend | NDMA after 3 days at 60°C (µg/g) |
|---|---|---|---|
| GSK00089-165 (Stevenage Ref N74638-16-5) | Ranitidine HCl salt +5% w/w Oxime ground and blended | Not required | Not tested |
| GSK00089-165 (Stevenage Ref N74638-16-6) | Ranitidine HCl salt +5% w/w Oxime +5% w/w amino alcohol ground and blended | Not required | 1.0 |
| GSK00089-163 (Stevenage Ref N74638-16-7) | Ranitidine HCl salt +5% w/w Oxime recrystallised | Oxime content of product was 0.16% area | Not tested |
| GSK00089-163 (Stevenage Ref N74638-16-8) | Ranitidine HCl salt +5% w/w Oxime +5% w/w amino alcohol recrystallised | Oxime content of product was >2% area – amino alcohol was purged | 0.97 |

A further set of samples were generated by evaporation from methanol – the products obtained in this case were gums.

**Table 21** Oxime and amino alcohol studies from methanol

| Experiment No | Conditions | NDMA content (µg/g) | Ranitidine content by HPLC (% area) |
|---|---|---|---|
| N75344-1-16 | Ranitidine HCl evaporated from methanol | 2.4 | 99.55 |
| N75344-1-23 | As above – 7 days at 60°C | 66* | 98.42 |
| N75344-1-13 | Ranitidine HCl + 5% w/w amino alcohol evaporated from methanol | 4.2 | 93.03 |
| N75344-1-20 | As above – 7 days at 60°C | 1600* | 67.92 |
| N75344-1-14 | Ranitidine HCl + 5% w/w oxime evaporated from methanol | 3.8 | 94.98 |
| N75344-1-21 | As above – 7 days at 60°C | 210* | 94.49 |
| N75344-1-15 | Ranitidine HCl + 5% w/w amino alcohol + 5% w/w oxime evaporated from methanol | 12 | 92.80 |
| N75344-1-22 | As above – 7 days at 60°C | 410* | 85.19 |

* Level above the upper quantitation limit of 33.3µg/g

Differing results were observed, depending on the method used for impurity spiking. The result for a crystalline sample of drug substance containing >2% oxime did not exhibit an elevated level of NDMA as the result was similar to the expected levels from a stressed sample of drug substance that had not been spiked. Likewise, the blended solid sample with both impurities at 5% w/w showed no incremental increase in NDMA.

In contrast, very high levels of NDMA (well above the validated quantitation limit) were seen in the samples evaporated from methanol. However, it was shown by HPLC impurities testing that some of these samples, particularly when spiked with the amino alcohol fumarate salt were chemically degraded (N75344-1-20 *ca* 32% area impurities, N753440-1-22 *ca* 15% area impurities). This result is consistent with the findings reported in sections 4.4 and 5.2 when stressed samples of drug substance which were not solid and were highly degraded were found to contain relatively high levels of NDMA.

The overall conclusion from these spiking studies was that there was no evidence to implicate the presence of the oxime impurity in the formation of NDMA in ranitidine when ranitidine remained as a solid which is representative of the actual product. The result for the crystalline sample containing *ca* 2% of the oxime was not atypical and if this were the root cause, a significant impact on the formation of NDMA should have been observed. The actual levels of the oxime impurity in commercial samples analysed by the release HPLC impurities method are always extremely low, ranging from Not Detected to 0.04% w/w.

One further experiment was conducted, attempting to react the oxime impurity with dimethylamine to determine if it could act as a nitrosating agent (N75283-5-3). A catalytic quantity of hydrochloric acid was also added. However, due to suppression of the ionisation of NDMA by dimethylamine, it was not possible to detect whether any NDMA was forming under these conditions.

## 6.2 Nitrite/Nitrous Acid

If nitrite ion were to be present at the point when ranitidine hydrochloride is formed, it is expected to be converted to nitrous acid ($HNO_2$) by the HCl added to crystallise the drug substance. The impact of adding traces of nitrous acid to ranitidine hydrochloride was studied through spiking experiments.

As nitrous acid is not stable, it was prepared *in situ* by adding sodium nitrite to hydrochloric acid and used immediately. Solutions were prepared at three concentrations (50mg/ml, 10mg/ml and 1mg/ml) (Reference GSK-00158-054)[16]. Portions were added to ranitidine hydrochloride (1g, Batch 113423/136/1) slurried in diethylether to ensure adequate mixing, in quantities representing 3mg, 0.3mg and 0.03mg of $HNO_2$. In all cases, immediately on contact with solid, a red spot appeared, indicating that an instantaneous reaction had occurred. When a control reaction was done with hydrochloric acid, no red spot was observed, which confirmed that the reaction observed was due to the presence of nitrous acid.

NDMA testing was conducted on the samples after adding 3mg and 0.3mg of nitrous acid.

**Table 22** NDMA testing of nitrous acid spiked batches

| Sample Ref | Conditions | NDMA (µg/g) |
|---|---|---|
| GSK00158-054A (Stev ref N74638-16-9) | After adding 3mg HNO3 to 1g ranitidine hydrochloride | 4.7 |
| GSK00158-054B (Stev ref N74638-16-10) | After adding 0.3mg HNO3 to 1g ranitidine hydrochloride | 0.95 |

The presence of some NDMA in these samples is expected as the reaction between a tertiary amine and nitrous acid is precedented. It has also been observed in historical

[16] Thermofisher report DRTD20-001

nitrosation experiments using ranitidine[17]. LCMS analysis of the degraded red material also showed elevated levels of both the oxime and amino alcohol impurities, characteristic of acid catalysed degradation.

A second experiment was conducted by adding sodium nitrite (3% w/w) into the ranitidine hydrochloride crystallisation (Jurong process) (Ref N75283-4-1). Immediately upon adding the hydrochloric acid, the mixture turned dark brown – the product, did not crystallise and remained as an oil, and was shown to be highly degraded ranitidine (ca 33% area total impurities).

Although nitrous acid/nitrite clearly undergoes a facile reaction with ranitidine, the reactivity profile is not consistent with the very slow increase in NDMA described in earlier sections. If present at the point the drug substance is isolated, an instantaneous reaction is expected which would consume all reactive nitrosating species. Nitrous acid itself is not a stable molecule so would not persist as an impurity in drug substance. Therefore, the presence of nitrite or any nitrosating species as an impurity in drug substance is not considered a plausible root cause for the rate of formation of NDMA over time. This does not mean that a nitrosating species is not involved in some way in the reaction that leads to the formation of NDMA from ranitidine, just that the source of the nitrosating species is not believed to be an external impurity.

## 6.3 Impurities removed by recrystallisation

As indicated in sections 4 and 5, recrystallisation of drug substance produces material that is more stable with respect to formation of NDMA after heating at 60°C for an extended period. One hypothesis was that there was an impurity or impurities being removed or reduced which would be present in the mother liquors from the recrystallisation that was causing NDMA to form. Initially, it was intended to take concentrated mother liquors and devise an experiment where this material was added back into drug substance which exhibited a slow rate of formation of NDMA, to determine if the rate could be accelerated again. Ultimately, it was decided not to perform this experiment for several reasons;

- As the formation of NDMA was occurring in the solid state, devising a mean to spike in a small amount of mother liquor material homogeneously would be difficult.
- The mother liquors would contain NDMA as the recrystallisation is an effective means of purging so the experiment could result in a false positive result
- The analytical results obtained by a range of techniques described previously were not highlighting any significant differences in impurities between sources of materials
- The change in the HPLC impurity profile observed before and after recrystallisation was minimal so there was no evidence the crystallisation was removing significant impurities other than NDMA itself.

## 6.4 Section Conclusion

The impurities that were considered most likely as potential root causes for NDMA formation, based on their likelihood of being present and possible chemistry mechanisms were identified as the Oxime impurity (AH22888), and nitrite. Appropriate spiking studies have been conducted with both and it has been concluded that neither are likely root causes for the formation of NDMA from ranitidine.

---

[17] WBP/82/011 The Determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# 7 Analysis of Drug Substance Physical Properties

## 7.1 Microscopy

In section 4.2, the observation was made that recrystallised drug substance appeared to have a lower bulk density and that different crystallisation processes resulted in varying rates of NDMA formation. As more commercial samples were received from suppliers and tested, it was also noted that there were differences between their bulk densities. Both the Saraca batch R14/PB-I/ VB1901 (Grade3) and the SMS batch RH S 11 19 073 showed a lower bulk density compared to the Saraca batch R14/PB-I/ 190764 (Grade 1). Scanning Electron Microscopy (SEM) was performed on these batches along with a sample from GSK Jurong (Batch 381226)[18]. Analysis of the generated images (**Figure 5 and 6**) indicated differences in crystal morphology associated with the bulk density observation. The GSK Jurong material had been granulated from aqueous isopropanol following crystallisation which was the routine final step of the manufacturing process.




**Figure 5** SEM Images for Saraca Batches R14/PB-I/ VB1901 and R14/PB-I/ 190764

[18] WNPI_0510_169



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order




Note GSK Jurong batch was granulated

**Figure 6** SEM Images for SMS Batch RH S 11 19 073 and Jurong Batch 381226

The two low bulk density batches (R14/PB-I/ VB1901 and RH S 11 19 073) both exhibited a columnar morphology whereas the Saraca Grade 1 Batch showed an irregular morphology with very distinct lumps of solid observed. The GSK Jurong drug substance appeared to consist of aggregated material which resulted from the additional granulation process that was carried out after the initial crystallisation. At the highest magnification, evidence for columnar particles can be observed.

An historical SEM image of commercial scale GSK Jurong drug substance prior to granulation was subsequently found, clearly showing the material of the columnar morphology.



**Figure 7** SEM Image for ungranulated Jurong drug substance

## 7.2 Link between crystal morphology and crystallisation process

When differences in the rate of NDMA formation were observed, it was noted that the conditions used for the final isolation were different. This suggested a link between the crystallisation process, the resulting morphology and the rate at which NDMA forms over time in the isolated product.

**Table 23** Correlation of drug substance isolation process with morphology

| Source | GSK Jurong | Saraca Grade 1 | Saraca Grade 3 | SMS |
|---|---|---|---|---|
| Solvent Composition[3] | IPA | IPA/MeOH (73:27) | IPA/MeOH (38/62) | Not Known |
| Total Solvent Volume[1,3] | 8.7 | 3.3 | 2.5 | |
| Water Concentration[2,3] | 3.6% | Not added to process | 3.4 | |
| Crystallisation Temperature | 50°C | 10-25°C | 10-25°C | |
| NDMA increase over 7 days at 60°C (μg/g) | 0.19 | 7.4 | 0.28 | 0.43 (10 days) |
| Crystal Morphology | Columnar (Granulated) | Irregular | Columnar | Columnar |

1. Volume of solvent as a ratio to the input weight of ranitidine free base
2. %v/v water in the overall crystallisation mixture
3. Values may vary slightly from batch to batch due to the use of some solvent/water in the pH adjustment during the crystallisation step

The Saraca Grade 1 and 3 processes were operated on a laboratory scale to produce samples for SEM analysis. In the preparation of these samples, it was noted that the Grade 1 process initially formed an oil phase which then solidified to the crystalline product, while the Grade 3 process generated the solid crystalline product immediately upon nucleation.




**Figure 8** **SEM Images for batches N74638-7-1 (Saraca Grade 3 Process) and N74638-9-4 (Saraca Grade 1 Process)**

Similar morphologies were observed as had been seen for the commercial scale batches.

Stress testing was also conducted on these samples for 7 days and a significant difference in the rate of NDMA formation was observed.

**Table 24** Stress testing of laboratory Grade 1 and Grade 3 batches

| Reference | Lab Process | NDMA content at t=0 (µg/g) | NDMA content after 7 days at 60°C (µg/g) | Morphology |
|---|---|---|---|---|
| N74638-10-1 | Saraca Grade 1 | Not detected | 140* | Irregular |
| N74638-8-3 | Saraca Grade 3 | Not detected | 0.63 | Columnar |

* Level above the upper quantitation limit of 33.3µg/g

It was concluded that the irregular morphology was probably due to particles forming via an oil phase, where small oil droplets (an immiscible liquid phase) initially form and subsequently nucleate to crystalline ranitidine. This type of material exhibited poorer stability with respect to the formation of NDMA.

## 7.3 Crystallisation Imaging Study

To further understand the crystallisation process and confirm whether the Grade 1 process proceeded via solidification of oiled material, an in situ high resolution microscopy study was carried out using a Blaze One Probe[19]. This enabled a series of photographic images to be captured throughout the time course of the crystallisation. A sequence of images is presented for each crystallisation.

[19] https://www.blazemetrics.com/




**Figure 9** – Imaging of Grade 1 Crystallisation Process (Isopropanol/Methanol (73:27), 3.3 volumes, 10-25°C)- Experiment N75283-13.

In the 22min image a streak of oiled material can be seen which increases in the 23min image. When complete, the large irregular particles are clearly observed. Crystallized particles resemble the morphology observed for Grade 1 material shown in **Figure 5.**




**Figure 10** – Imaging of Grade 3 Crystallisation Process (Isopropanol/Methanol (38:62), 2.57 volumes, 10-15°C)- Experiment N75283-13.

In contrast, for the Grade 3 process, from early on, the formation of the columnar particles is observed with no evidence for oiling first. Crystallized particles resemble the morphology observed for Grade 1 material shown in Figure 7.

These images provided evidence that the drug substance crystallisation can proceed by two different mechanisms, which result in the two distinct morphologies observed. Oiling can occur when the solution becomes supersaturated too quickly in the crystallisation process due to a reduction in the solubility of ranitidine hydrochloride in the solvent system. For the Jurong process which produces columnar particles, it is the combination of higher solvent volume and higher temperature which provide increased solubility thus avoiding the progression through an oil phase. In the case of the Saraca Grade 3 process, it is the use of a higher proportion of methanol and a trace of water in the solvent mixture compared to the Grade 1 process that increases the solubility of ranitidine hydrochloride.

The solubility of drug substance (Batch 113423-136-1) in different mixtures of methanol and isopropanol has been determined experimentally (Experiment reference N74638-4). Solubility data for 75:25, 50:50 and 25:75 mixtures along with data for pure methanol are presented in **Figure 11**. The results were determined using an HPLC solution assay method.




**Figure 11** Solubility of ranitidine hydrochloride in isopropanol/methanol mixtures

This shows poor solubility of 4.3 mg/g (20°C) for the 75:25 isopropanol:methanol mixture, which is close to the ratio used in the Saraca Grade1 process (73:27) where the crystallisation is operated in the range 10-25°C. The solubility increases with higher proportions of methanol to 65.9mg/g (20°C) for the 25:75 mixture. The Saraca Grade 3 process is operated at a ratio of 32:68 isopropanol:methanol (again in the range10-25°C). This would result in higher solubility of drug substance at the point of crystallisation and support the proposed explanation as to why the oil phase is not observed.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 7.4 Interconversion of Grade 3 and Grade 1 Crystal Morphology

As stated above, the different crystal morphologies were thought to be a function of the isolation process and specifically, controlling the solubility of ranitidine hydrochloride at the point of crystallisation. Recrystallisation of the Saraca Grade 3 batch under conditions that should promote the formation of Grade 1 morphology was attempted (Ref N75283-6-5) (solvent mixture was a 6:0.4 mixture of isopropanol and water allowed to crystallise at 40°C). If Grade 1 type material was formed, then it would mean it was unlikely the outcome of the crystallisation was due to another factor such as the impurity profile of the solution.

After stressing N75283—6-5 at 60°C for 4 days, the NDMA content rose from not greater than 0.17µg/g to 0.46µg/g (Ref N75283-6-6). While the rate of increase was faster than seen with the input Grade 3 batch (which reached 0.28µg/g after 7 days), it was still significantly slower than the Grade 1 batches. The SEM images for the batch provided a likely explanation for this.




**Figure 12** SEM images for Batch N75283-6-5.

Although irregular agglomerates of material can be seen, at the highest magnification, it is observed that these are comprised of the columnar particles. It is possible that the crystallisation proceeded via a hybrid mechanism which generated some columnar particles but with partial oiling in addition. The crystallisation conditions were more concentrated than the GSK Jurong process which may have impacted the outcome of the experiment.

A second conversion of Grade 3 to Grade 1 has been carried out, using a system thought more likely to promote Grade 1, using a 5.5:1.75 mixture of isopropanol and methanol with crystallisation at below 15°C (N75283-6-12). Results for this batch have not yet been generated to date due to the Covid-19 restrictions on analytical testing.

As the link between the crystal morphology and the rate of NDMA formation was now established, further physical properties testing was carried out on a range of samples to identify whether there were specific material attributes which could provide further understanding of this link.

## 7.5 Tests where discrimination between Grade 1 and Grade 3 Batches was observed

### 7.5.1 Gravimetric Vapour Sorption (Hiden IGASorp)

Gravimetric vapour sorption (GVS) studies were performed to measure the change in mass of samples of drug substance when subjected to an increase in relative humidity (sorption phase) followed by a decrease in relative humidity (desorption phase)[20]. The humidity is changed in steps and the sample then allowed to equilibrate.




**Figure 13** GVS results for two batches of Saraca Grade 1 drug substance




**Figure 14** GVS results for one batch of Saraca Grade 3 drug substance and one batch of GSK Jurong drug substance (granulated)

[20] WNPI_0477_093, WNPI_0495_052

The Saraca Grade 3 batch and the Jurong batch both exhibit low, reversible moisture uptake. The Saraca Grade 1 batches show a slightly higher overall uptake than the Saraca Grade 3 batch and demonstrate hysteresis between the sorption and desorption cycles which is indicative that the Grade 1 material is more prone to water adsorption. It is known from the Accelerated Stability Monitoring (ASM) studies that when the drug substance does start to deliquesce, that the rate of NDMA formation increases, so these observed differences in the GVS profile could be significant.

### 7.5.2 Thermogravimetric Analysis (TA Instruments Q500)

Thermogravimetric analysis (TGA) of the samples of drug substance determined the change in mass of samples over time as the temperature was increased. This would detect events due to the loss of volatile materials such as residual solvent and decomposition of the material. In the case of ranitidine, as it was known that decomposition occurred around 150°C, the experiments were terminated between 150-160°C.

**Table 25** Samples assessed by TGA[21]

| Batch | Source |
|---|---|
| R14/PB-I/VB 1901 | Saraca Grade 3 |
| N74638-9-4 | Lab sample made using Grade 1 process |
| N74638-7-1 | Lab sample made using Grade 3 process |
| 113423-136-1 | Saraca Grade1 |
| R14/PB-I/190764 | Saraca Grade1 |
| 381226 | GSK Jurong |
| RH S 11 19 073 | SMS |




**Figure 15** Thermogravimetric analysis of drug substance batches

[21] WNPI_0482_157



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order GSKZAN0000051971

Below 120°C, very little change was observed in all samples, as the residual solvent content of all batches is low. For batches RI4/PB-I/VB 1901 and N74638-7-1, the experiment was terminated at 150°C, which was before thermal decomposition occurred. Decomposition is characterised by the downward curve in the line.

For this small sample set, there is a correlation between the onset of decomposition and the stability with respect to NDMA formation. The lab Grade 1 batch, N74638-9-4 which generated 140µg/g NDMA after 7 days at 60°C has the lowest onset of decomposition, followed by the two commercial Saraca Grade1 batches. All these batches also exhibit the irregular morphology. The four batches with the columnar morphology which form less NDMA on stability exhibit higher decomposition temperatures above 150°C.

This implies that the batches which generate NDMA at a faster rate are also prone to a lower onset temperature of degradation, which implies minor differences in the properties of the ranitidine solid state between samples.

.

### 7.5.3 Specific Surface Area (Tristar 3020)

The specific surface area (SSA) measured the total surface area per unit mass of samples of Saraca Grade 1 and Grade 3 drug substance.[22]

**Table 26** Specific Surface Area testing of drug substance batches

| Batch Number | Details | Additional Comment | SSA ($m^2/g$) |
|---|---|---|---|
| RI4/PB-I/190764 | Grade 1 | Irregular particle morphology,<br>Less stable wrt NDMA formation | 0.24 |
| RI4/PB-I/VB 1901 | Grade 3 | Columnar particle morphology,<br>More stable wrt NDMA formation | 0.40 |

Both batches exhibit a low SSA, with the highest value seen for the Grade 3 batch. The particle size of the Grade 3 material is smaller, as indicated in the SEM images presented (**Figures 5 and 6**), and the higher SSA is potentially correlated with particle size.

[22] WNPI_0503_001, WNPI_0503_007



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 7.6 Tests where discrimination between Grade 1 and Grade 3 Batches was not observed

### 7.6.1 Differential Scanning Calorimetry (TA Instruments Q series)

Differential Scanning Calorimetry (DSC) measured the heat flow from samples of drug substance as the temperature was increased[23].

**Table 27** Samples assessed by DSC

| Batch | Source |
|---|---|
| R14/PB-I/VB 1901 | Saraca Grade 3 |
| N74638-9-4 | Lab sample made using Grade 1 process |
| N74638-7-1 | Lab sample made using Grade 3 process |
| 113423-136-1 | Saraca Grade1 |
| R14/PB-I/190764 | Saraca Grade1 |




**Figure 16** Differential Scanning Calorimetry of drug substance batches

As with the TGA analysis, the lab Grade 1 batch, N74638-9-4 which generated 140µg/g NDMA on stability does stand out, with an additional endotherm observed above 100°C which is expected to be associated with decomposition. There is no clear explanation for these differences other than that this lab sample is atypical as this batch also had a lowest onset of degradation of all samples tested by TGA. Other than this, there were small differences between samples in the onset of the main endotherm, with this occurring at a slightly lower temperature for one of the Saraca Grade 1 batches, but the other batch, 113423-136-1 appears very similar to the Grade 3 batch so no firm conclusions could be drawn from these results.

[23] WNPI_0482_159

### 7.6.2 Helium Pycnometry (AccuPyc 1330)

Helium Pycnometry is used to determine the true density of solids by gas displacement. Samples of Grade 1 and 3 drug substance were tested.[24] If differences were observed then this might indicate the presence of crystal defects due to differences in the crystal packing, possibly leading to the presence of void spaces.

**Table 28** Helium Pycnometry testing of drug substance batches

| Batch Number | Details | Additional Comment | True Density ($g/cm^3$) |
|---|---|---|---|
| RI4/PB-I/190764 | Grade 1 | Irregular particle morphology, Less stable wrt NDMA formation | 1.32 (1.319 +/- 0.001) |
| RI4/PB-I/VB 1901 | Grade 3 | Columnar particle morphology, More stable wrt NDMA formation | 1.32 (1.322 +/- 0.005) |

No differences were observed between the Grade 1 and Grade 3 batches which indicated that the true density within the larger irregular particles was the same as for the columnar material. This is not an unexpected result as all batches of the same polymorphic form should have the same true density.

### 7.6.3 Raman and FTIR spectroscopy

These surface techniques investigate polar functional groups and the non-polar backbone of molecules and may indicate where subtle differences are caused by solvents and impurities. The Grade 1 Batch RI4/PB-I/190764 and Grade 3 Batch RI4/PB-I/VB 1901 were analysed using both techniques. No significant chemical differences were observed by either method. Differences in peak intensity can be attributed to the sample preparations.

[24] EXP198153




**Figure 17** Raman Spectroscopy of ranitidine drug substance batches[25]




**Figure 18** FTIR Spectroscopy of ranitidine drug substance batches[26]

### 7.6.4 X-Ray Powder Diffraction (XRPD)

All samples of drug substance that have been studied show the same polymorphic Form II. Transmission XRPD for Saraca Grade 1, Grade 3 and a lab recrystallised batch[27] are shown in **Figure 19**.

[25] WNPI_0494_115 Renishaw inVia Raman Microscope
[26] WNPI_0494 _117 Perkin Elmer Spectrum 100
[27] EXP194887



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 




**Figure 19** Transmission XRPD for Ranitidine Drug Substance Batches

The diffraction patterns for all batches are superimposable and consistent with Form II. This provides confirmation that the different in crystal morphologies observed is not due to any differences in the polymorphic form. Ranitidine hydrochloride Form I was the initial form developed by GSK, but once Form II was discovered, it has not been possible to reproducibly manufacture Form I and it has been described in publications as a 'Disappearing Polymorph'. [28]

## 7.7 Section Conclusion

The extensive physical properties testing completed has provided several important insights into the root cause investigation.

- Two different crystal morphologies have been observed, irregular and columnar. These are in turn correlated with the stability of the material, with the columnar morphology generating NDMA at a slower rate in stability tests.
- The irregular morphology results from a crystallisation process that proceeds via an oil phase.
- Columnar material which when supplied from Saraca, (designated as Grade 3), does not retain water to the same extent as the irregular material (designated as Grade1) according to the GVS study.
- Columnar material appears to be more stable as determined by the higher decomposition temperature determined by TGA analysis than the irregular material.
- All samples tested are of polymorphic form II with no other forms detected.
- Columnar and irregular materials are chemically indistinguishable exhibiting the same spectroscopic signatures in the Raman and FT-IR spectra.

[28] Angewandte Chemie (54) (2015) p6972-6993

# 8 Identification of Low-Level Drug Related Impurities linked to NDMA formation

If NDMA were to form by degradation of the ranitidine molecule, then it would be expected that some drug related impurities would be formed at the same time, through loss of the dimethylamino and nitro/nitrite groups that would go on to combine and form NDMA. As these impurities would most likely only be present in the same amounts as the NDMA formed (i.e. low ppm (µg/g) levels), the standard HPLC impurities method was not suitable and a more sensitive method was required. An LC/MS screening method was employed to assess a range of drug substance batches, many of which were known to contain elevated amounts of NDMA. Based on potential mechanisms for NDMA formation, a group of potential structures were suggested and the LC/MS data was screened to determine the presence of these specific compounds[29]. After the initial results were reviewed, two further groups of structures were suggested. A summary of the results of the screening is presented in **Table 29.**

Where indicated, the structure of the impurity was confirmed by comparison with an authentic marker. Otherwise, the structure was identified based on the molecular weight.

[29] EXP195545. EXP195564, EXP 196471

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 29** LC/MS Screening for Potential Impurity Structures

| Group | Potential Structure | Molecular Wt | Cause | Observation |
|---|---|---|---|---|
| 1 |  | 303.85 | Radical chlorination followed by elimination of nitrite | Not Observed |
| 1 |  **AH22756X** | 287.33 | Nitrosation of tert- amine followed by elimination of NDMA or direct elimination of dimethylamine | **Observed in all samples but amount is not correlated with NDMA content** **Confirmed by comparison with authentic marker** |
| 1 |  | 305.78 | As above – intermediate quenched with HCl | Not Observed |
| 1 |  | 285.32 | Quaternisation of tert-amine followed by elimination of dimethylamine or oxidation of alcohol | **Observed in almost all samples but amount is not correlated with NDMA content** |
| 1 |  | 283.39 | Degradation of nitroalkene – possibly via Nef reaction | **Impurity observed in a few batches at very low level (noise level) and it does not correlate with NDMA content** |



GSKZAN0000051978

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| 1 |  **AH18937AA** | 271.38 | Degradation of nitroalkene | **Observed in all samples containing NDMA – level strongly correlated with NDMA content**<br><br>**Confirmed by comparison with authentic marker** |
| 2 |  | 244.31 | Formed by simultaneous loss of nitro/nitrite and dimethylamine from same molecule | Not Observed |
| 2 |  **AH23720X** | 343.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |
| 2 |  | 372.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |



GSKZAN0000051979

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| | | | | |
|---|---|---|---|---|
| 2 |  | 343.4 | Known nitrosation product of Ranitidine after reaction with nitrite | Not Observed |
| 2 |  | 257.31 | Retro Mannich reaction which would eliminate dimethylamine and formaldehyde | Not Observed |
| 3 |  | 301.36 | Quenching of reactive intermediate formed through loss of dimethylamine with methanol | **Impurity was identified in almost all batches. Response does not have a good correlation with NDMA content** |
| 3 |  | 329.42 | Quenching of reactive intermediate formed through loss of dimethylamine with isopropanol | **Impurity was identified in most batches. Response does not have a good correlation with NDMA content** |
| 3 |  | 584.73 | Quenching of reactive intermediate formed through loss of dimethylamine with ranitidine | **Impurity was identified in most batches. Response does not have a good correlation with NDMA content** |

## 8.1 Urea Impurity, AH18937AA



**AH18937AA**

The urea impurity was the most significant finding from this analysis due to the correlation of the MS response with the NDMA content of the sample and its absence in freshly prepared samples generated by recrystallisation and in the Saraca Grade 3 batch. The comparison in levels is shown in **Table 30**.

**Table 30** Comparison of NDMA content and MS response for the urea impurity for drug substance batches.

| Batch Details | NDMA (µg/g) | Urea Response |
|---|---|---|
| Stressed lab Saraca batch N74638-10-1 931173 | 140 | 29758 |
| Dr Reddy's API batch AEIH000896 - 931161 | 41 | 7945 |
| Saraca API batch - RH/01 2018 0109 - 931159 | 24 | 4488 |
| Stressed Saraca batch (as is) - N74638-8-1 - 931171 | 9.8 | 3249 |
| Orchev API batch - 18060000165 - 931163 | 5.67 | 2808 |
| Dr Reddy's API batch - AEKH001805 - 931160 | 3.37 | 1924 |
| Stressed recryst. batch - N74638-8-3 - 931172 | 0.63 | 555 |
| Double recrystallised Stressed - N74638-14-4 | 0.59 | 1777 |
| Saraca Grade 3 batch R14/PB-I/VB 1901 Stressed | 0.28 | 348 |
| Saraca API batch – 113423-136-1 | 0.33 | 394 |
| Jurong API batch - 381231 - 931164 | 0.16 | 579 |
| SMS API batch - 1900007092 - 931162 | 0.12 | 439 |
| Recrystallised Saraca batch - N74638-13-1 - 931169 | Not detected | 0 |
| Double recrystallised IPA/MeOH - N74638-14-1 | NGT 0.17 | 0 |
| Saraca Grade 3 batch R14/PB-I/VB 1901 | Not detected | 0 |




**Figure 20** Correlation between the NDMA response and urea response

The Pearson correlation coefficient is 0.99 indicating a very strong correlation. This indicates that the urea impurity is likely to form in the same reaction that generates NDMA. None of the other trace impurities identified demonstrated any such correlation.

Further work was completed to provide quantification of the urea (AH18937AA) in a limited number of batches[30].

The results are shown in **Table 31** – the calculated ratio between NDMA and the urea impurity is also tabulated.

**Table 31** Quantification of Urea (AH18937A Impurity (EXP198690)

* Below the lowest calibration standard (14µg/g)

| Sample Details | NDMA (ug/g) | NDMA concentration (mM/g) | Urea (ug/g) | Urea concentration (mM/g) | NDMA: Urea concentration ratio |
|---|---|---|---|---|---|
| Dr Reddy's API batch - AEIH000896 - 931161 | 41.4 | 0.000558841 | 66 | 0.000243426 | 2.3 |
| Saraca API batch - RH/01 2018 0109 - 931159 | 24.1 | 0.000325316 | 41 | 0.000151219 | 2.2 |
| Stressed Saraca batch (as is) - N74638-8-1/ 931171 | 9.8 | 0.000132286 | 23 | 8.48E-05 | 1.6 |
| Orchev API batch - 18060000165 - 931163 | 5.7 | 7.69E-05 | 20 | 7.38E-05 | 1.0 |
| Dr Reddy's API batch - AEKH001805 - 931160 | 3.4 | 4.59E-05 | 12* | 4.43E-05 | 1.0 |
| Stressed recryst batch - N74638-8-3 / 931172 | 0.63 | 8.50E-06 | 1.1* | 4.06E-06 | 2.1 |

The actual levels of the urea are very low which illustrates why this impurity would not typically be observed by the release HPLC method. The ratio of NDMA:Urea varies between 2.3 and 1. The variability is probably due to the actual levels of both components being so low and in the case of the urea, close to the limit of calibration. But since the ratio is close to 1:1 in all cases, it does indicate a link between these impurities, which would not have been so strong if the ratio was much higher or lower. In addition, as the precise mechanism that leads to the urea being formed is not known, there could be additional related structures formed which have not been identified.

[30] EXP198690

## 8.2 Section Conclusion

LC/MS analysis identified several trace level impurities in a series of drug substance batches analysed. Many of these (alcohol, AH22756X, and the corresponding aldehyde and ethers) could be generated from a reaction that resulted in loss of the dimethylamino group. Two impurities, urea, (AH18937AA) and a related unsaturated aldehyde could be generated from loss of the nitro group. In the case of the urea, the amount present is correlated with the amount of NDMA in the sample tested, which is not observed for any of the other impurities identified. Quantification of the urea was performed for several batches, showing the levels were ≤66µg/g.

The presence of these structures provided a key input into the mechanistic investigations described in the next section.

# 9 Elucidation of Potential Mechanisms for NDMA formation

## 9.1 Potential Mechanisms resulting in loss of dimethylamine fragment

The identification of trace level impurities which resulted from the loss of the dimethylamino fragment suggests two different, but closely related, mechanistic pathways.

The first suggested mechanism occurs via protonation of the tertiary amine, then breakdown facilitated by oxygen of the furan ring, releasing dimethylamine which could then react with a nitrosation source (**Figure 21**).




**Figure 21** Fragmentation via protonation and loss of dimethylamine

The second suggested mechanism occurs via nitrosation of the tertiary amine to give a quaternary nitrosamine, which then breaks down via a similar mechanism to generate NDMA directly (**Figure 22**).




**Figure 22** Fragmentation via protonation and loss of NDMA

The ranitidine related fragment released by both mechanisms was the alcohol, AH22756X. This could undergo oxidation to the aldehyde impurity also observed as a trace impurity. As the intermediate in these mechanisms is a reactive 2-methylene-2H-furan-1-ium species, it would also be possible for this to be quenched by other nucleophilic species present, such

as residual methanol or isopropanol and both of these were also observed in some samples at low levels, although not specifically correlated with the NDMA content.

## 9.2 Amine Spiking Studies

To study the two alternative mechanisms presented in section 9.1 whereby either dimethylamine is released as a degradant, or NDMA is released following nitrosation, ranitidine hydrochloride was prepared in the presence of two alternative amines. The presence of an analogue of NDMA after stressing these samples could provide further insight into the mechanism.

### 9.2.1 Disopropylamine

Spiking with diisopropylamine could result in the formation of diisopropylnitrosamine (NDIPA) by reaction with nitrite – this would mirror NDMA formation from free dimethylamine in **Figure 21**.




**Figure 23** Formation of diisopropylnitrosamine

Using Saraca free base batch RI3(B)/PB-I/VB 1901 as input, crystallisation was carried out using the GSK Jurong process with the addition of 0.05vol disopropylamine (6vol IPA, 0.45vol water and aq HCl at 50°C, then further 3vol IPA added post pH adjustment). The spiked material was stressed at 60°C for 11 days then analysed[31] using an LCMS screening method.

[31] EXP197602



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

### 9.2.2 Benzyldiisopropylamine

Spiking with benzyldiisopropylamine could result in the formation of diisopropylnitrosamine (NDIPA) by nitrosation of the tertiary amine followed by elimination of NDIPA, analogous to the mechanism in **Figure 22**.




**Figure 24** Formation of diisopropylnitrosamine from benzyldiisopropylamine

Using Saraca free base batch RI3(B)/PB-I/VB 1901 as input, crystallisation was carried out using the GSK Jurong process with the addition of 0.049wt benzyldiisopropylamine (6vol IPA, 0.45vol water and aq. HCl at 50°C, then further 3vol IPA added post pH adjustment). The spiked material was stressed at 60°C for 11 days then analysed[32] using an LCMS screening method.

In the stressed samples following spiking with diisopropylamine and benzyldiisopropylamine NDMA was present at higher levels than NDIPA. NDIPA was detected above the limit of 0.03 ug/g in both stressed samples, but with the NDIPA present at a higher level in the batch spiked with diisopropylamine. This data was generated on a screening method, using limit test standards at 0.03 ug/g, with no additional linearity performed.

It has not yet been possible to measure the actual level of diisopropylamine or benzyldiisopropylamine that was present in the spiked samples due to Covid-19 restrictions.

When the results from both amine spiking results are compared, it indicates that the pathway in **Figure 21** where the nitrosating agent reacts with a free secondary amine is more likely than the initial nitrosation of the tertiary amine.

[32] EXP197602



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 9.3 Potential Mechanisms resulting in loss of a nitrosating species

The presence of the urea (AH18937AA) as a trace impurity, strongly correlated to the level of NDMA formed in batches of drug substance, along with trace levels of the unsaturated aldehyde indicated that fragmentation of the nitroalkene group was occurring. So it was plausible that this could release a nitrosating species capable of reacting with dimethylamine to form NDMA.




**Figure 25 Potential degradation products from nitroalkene group observed**

One potential mechanism which would generate nitrous acid and the unsaturated aldehyde is a Nef type reaction[33]. The products from this pathway are hyponitrous acid which could then be oxidised to nitrous acid, and the unsaturated aldehyde. This could in turn be reactive with water, then forming the urea AH18937AA, after loss of carbon monoxide.




**Figure 26** Proposed Nef reaction pathway

[33] Noland, WE, Chem Rev 1955, 55, 1, p137-155



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order




**Figure 27** Proposed conversion of Unsaturated aldehyde to Urea

A second pathway that was proposed could produce the urea impurity directly without the intermediate unsaturated aldehyde, along with nitromethane via a retro Henry reaction[34]. There are literature references which describe conditions under which nitromethane acts as a nitrosating agent. [35] While normally requiring a catalyst, the rate of NDMA formation from ranitidine is very slow so could potentially proceed at this rate in the absence of the catalyst.




**Figure 28** Retro Henry Mechanism

[34] Luzzio, FA, Tetrahedron 57 (2001) 915-945
[35] Chem Comm, 2015, 51, 11638



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

A third mechanism proposed could involve the rearrangement of the nitro group to a nitrite group, which could then provide the nitrosation source. This is a thermal reaction requiring elevated temperatures but could potentially occur at the trace levels that result in the µg/g levels of NDMA formed at ambient temperature.




**Figure 29** Rearrangement of nitro to nitrite group

None of the mechanisms proposed in section 9.1 and 9.3 require the involvement of external agents, such as trace impurities or catalysts. Other than ranitidine itself, only the presence of water, oxygen and a proton source, which would all present, are required.

## 9.4 Use of $^{18}O$ water in the final isolation process

As some of the trace impurities reported to be present in drug substance batches in section 8 contain additional oxygen atoms, understanding the origin of these atoms could provide more understanding regarding the reaction mechanisms. The oxygen atoms of interest are shown below highlighted in red.

| Impurity |
|---|
|  **Urea AH18937AA** |
|  **Unsaturated Aldehyde** |
|  **Alcohol AH22756X** |
|  **Aldehyde** |

**Figure 30** Highlighted oxygen atoms in impurity structures

A potential source for these oxygen atoms based on the mechanisms in **Figures 26 and 27** was from residual water which is always present in trace amounts in drug substance, and it was also observed that increased humidity is linked to elevation in the amount of NDMA present. To study this, ranitidine hydrochloride was recrystallised from a mixture of isopropanol and $^{18}O$ water (Ref N75283-9-3) to generate material where residual water would contain the labelled oxygen.

This material was stressed at 60°C for 10 days, in sealed vials (N75283-9-5) and also in in the presence of $^{18}O$ water (N75283-9-7). These samples were then analysed by LC/MSMS using similar methodology to that reported in section 8, to determine if trace impurities consistent with incorporation of $^{18}O$ were present. There was no evidence for the presence of analogues of any of the structures listed above with an increase of 2 for the molecular weight[36]. It was therefore concluded that the origin of the incorporated oxygen atoms in these structures was not extraneous water present in the drug substance.

An alternative mechanism was proposed considering this result where the oxygen atom in the urea is derived from one of the two present in the nitro group **(Figure 31)**. This mechanism is postulated to go via the 2-oxo-1,2-oxazetidin-2-ium ion intermediate which is then attacked by dimethylamine, then breaks down by transferring the oxygen atom from nitrogen to carbon. NDMA is then formed following a retro Henry reaction pathway. There is no evidence that this pathway is occurring and it would require the incorporation of $^{18}O$ labelled nitromethane (which is not readily available) into the synthesis of ranitidine in order to study in more detail.

---

[36] EXP197791



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 




**Figure 31** Alternative mechanism for urea formation



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

## 9.5 Spiking with $^{15}N$ Nitromethane

To study the proposed retro Henry mechanism in **Figure 26,** $^{15}N$ nitromethane was spiked into a preparation of ranitidine hydrochloride. The batch was prepared using the Jurong crystallisation process and 1wt of $^{15}N$ nitromethane was added wrt to the ranitidine base (Ref N75283-12-6). The batch was then stressed at 60°C for 19 days. NDMA testing was carried out on samples taken at 7 days (Ref N75283-12-8).and at 19 days (Ref N75283-12-7). In both samples, both NDMA and the $^{15}N$ +1 isotopologue were detected although with the method used, amounts could not be quantified. This was an indication that the suggested mechanism could be the route by which NDMA was forming, by reaction with dimethylamine generated from ranitidine, meaning nitromethane released was acting as the nitrosation source. However, this result is not conclusive proof because it was also possible that the addition of nitromethane to ranitidine caused the alternative reaction pathway to occur and it would not be possible in unspiked material.

## 9.6 Impact of Isolation pH

One of the factors identified which could impact NDMA formation was pH. It was noted that the pH at which the ranitidine hydrochloride was controlled to at the point of isolation was not consistent for different suppliers.

**Table 32** Isolation pH used for each supplier

| Supplier | Isolation pH |
|---|---|
| GSK Jurong | 4.2-4.9 |
| Dr Reddy's | 4.5-6.0 |
| Saraca | 4.5-6.5 |
| SMS | Not available |

In order to determine whether this was a critical parameter with respect to NDMA formation, a series of ranitidine hydrochloride isolations were carried out at a range different pH values. The GSK Jurong process was used but the charge of concentrated hydrochloric acid varied. The products were then subjected to heating at 60°C for 7 days and the NDMA content determined.

**Table 33** NDMA content after heating at 60°C with varying isolation pH

| pH | 3.2 | | 3.9 | | 5.1 | | 5.4[1] | |
|---|---|---|---|---|---|---|---|---|
| | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) | Ref[2] | NDMA (µg/g) |
| t=0 | 2-3 | NGT 0.17 | 2-1 | 0.28 | 2-2 | NGT 0.17 | 2-10 | NGT 0.17 |
| 3 days | 2-6 | 130* | 2-4 | 1.2 | 2-5 | 0.26 | 2-11 | 0.35 |
| 7 days | 2-9 | 54* | 2-7 | 0.83 | 2-8 | 0.49 | 2-12 | 1.1 |

1. 0.95 eqv HCl added
2. Overall experiment ELB reference is N75283-2

*Level above the upper quantitation limit of 33.3µg/g

The result that stood out was the poor stability of the material isolated at pH 3.2, compared to the material isolated at the three higher pH values, which showed good stability. It should be noted that pH 3.2 is well below the value used by any of the suppliers so represented atypical processing conditions. While this might have indicated that pH was a mechanistic factor to consider, a more likely explanation for the poor stability was that this crystallisation

proceeded via an oil phase and the material was very slow to crystallise out, while the other reactions crystallised in a typical manner. The pH 3.2 material also underwent more general chemical degradation after 7 days heating at 60°C, with the total impurity content increasing by 3%. This information further strengthened the link between the crystallisation conditions and stability.

The pH of the Saraca batch RH/08 20191283 was measured before and after recrystallisation and both samples returned the same value of pH 5.2, yet exhibited differing rates of NDMA formation at 60°C[37]. The pH was determined for a solution of 0.5g of each batch in 10ml of deionised water at 20°C. This provided further evidence that pH may not be a critical factor related to NDMA formation.

## 9.7 Ranitidine Free Base studies

The main focus of the root cause investigation was ranitidine hydrochloride, as the active drug substance, but a number of parallel studies were conducted using the ranitidine free base to determine if this could provide additional insights into the mechanism of NDMA formation.

### 9.7.1 Ranitidine Free Base Stability

The stability of free base at 60°C was determined on a range of different samples.

**Table 34** Stability Trials with Ranitidine Free Base at 60°C

| Ranitidine Base Purified by Chromatography[1] | T=0 | 3 days | 7 days |
|---|---|---|---|
| Reference | N75283-1-3 | N75283-1-5 | N75283-6 |
| NDMA (μg/g) | Not detected | 17 | 45* |

1 Ex Saraca Batch RH/08 20191283

| Saraca Ranitidine Base RB/09 20190071 | T=0 | 2 days | 6 days | 13 days |
|---|---|---|---|---|
| Reference | N74638-12-1 | N74638-12-2 | N74638-12-3 | N74638-12-4 |
| NDMA (μg/g) | 0.41 | 1.3 | 9.4 | 130* |

| Saraca Ranitidine Base R13(B)/PB-I/VB 1901 | T=0 | 3 days | 7 days |
|---|---|---|---|
| Reference | N75344-3-4 | N75344-2-1 | N75344-2-7 |
| NDMA (μg/g) | NGT 0.17 | 2.9 | 9.3 |

*Level above the upper quantitation limit of 33.3μg/g

These results demonstrated that the free base was generating NDMA at a similar or even faster rate than the hydrochloride salt. The highest levels observed had only been seen previously for batches that had crystallised in the laboratory via an oil phase.

[37] Thermofisher report DRTD20-001



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

### 9.7.2 Impurity Profile of degraded free base

Trace impurity analysis was conducted on a degraded free base sample using the same LC/MS screening method described in Section 8[38]. **Table 35** lists the responses for the molecular weights for the urea, AH18937AA, the alcohol, AH22756X and its corresponding aldehyde. Results for the degraded Grade 3 batch are shown for comparison.

**Table 35** LC/MS responses for stressed ranitidine free base vs Grade 3 batch

| Sample | NDMA (µg/g) | Urea response | Alcohol response | Aldehyde response |
|---|---|---|---|---|
| Free base RB/09 20190071 t=0 | 0.41 | 674 | 3073 | 10968 |
| RB/09 20190071 6 days @60°C | 9.4 | 6940 | 7246 | 34792 |
| Grade 3 RI4/PB-I/VB 1901 t=0 | Not detected | 0 | 1973 | 1019 |
| RI4/PB-I/VB 1901 7 days @60°C | 0.28 | 348 | 2238 | 1139 |

While these responses do not provide any quantification for these impurities, for the urea, they are well correlated to the NDMA content of the samples. However, the alcohol and aldehyde responses are not. The levels for the stressed free base are higher than observed for any sample of the hydrochloride salt tested, either as is or stressed, and in the case of the aldehyde, significantly higher. There are several mechanistic insights based on these results:

- Formation of urea impurity probably occurs by the same pathway in free base and salt
- Protonation of tertiary amine or acid catalysis is not critical to NDMA formation
- Alcohol and Aldehyde are trace level impurities in the freshly prepared free base and salt batches and are not degradants forming only when ranitidine is thermally stressed.
- This suggests that some background degradation of the tertiary amine always occurs but at a faster rate in the free base

An alternative mechanism for formation aldehyde and dimethylamine in the free base could be via a Polonovski reaction[39] whereby the N-oxide undergoes rearrangement.




**Figure 32** Outline of Polonovski rearrangement generating aldehyde and dimethylamine

[38] EXP196471
[39] Grierson, D. Org. React. 1990, 39, 85



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order GSKZAN0000051994

### 9.7.3 Nitrite and Nitrate Content of Free Base

**Table 36** Trace level nitrite and nitrate analysis of ranitidine free base[40].

| Sample Description | Reference | Nitrate %w/w | Nitrite %w/w | NDMA (μg/g) |
|---|---|---|---|---|
| Saraca free base, RI3(B)/PB-I/VB 1901 | N75344-3-4 | 0.000 | 0.003 | NGT 0.17 |
| Saraca free base, RI3(B)/PB-I/VB 1901 – 7 days @60°C | N75344-2-7 | 0.000 | 0.023 | 9.3 |
| Saraca free base, RB/09 2019 0071 | N75344-6-1 | 0.000 | 0.002 | 0.42 |
| Saraca free base, RB/09 2019 0071 – 6 days @60°C | N74638-12-4 | 0.000 | 0.083 | 130* |

*Level above the upper quantitation limit of 33.3μg/g

This showed that there was an increase in the nitrite content, which was not observed for the hydrochloride salt. The increase was greatest for the free base sample which generated the largest amount of NDMA. These results differ from the observations for ranitidine hydrochloride batches (section 5.5.3) where nitrite levels did not increase for stressed samples. This may reflect the greater instability of the free base and that the reactive pathway that results in fragmentation of the nitro alkene occurs more readily.

## 9.8 Section Conclusion

Degradation occurs independently in two parts of the ranitidine molecule, with the products of this degradation combining to produce NDMA.

Degradation of the dimethylamino group, most likely through fragmentation to release dimethylamine occurs as a trace level baseline process not directly linked to the presence of NDMA. Related impurities formed as a result of this fragmentation are present in variable levels in unstressed and stressed samples and levels are highest in the free base which is generally less stable than the hydrochloride salt.

Degradation of the nitroalkene, forming the urea impurity and releasing a nitrosating agent is correlated with the formation of NDMA. The urea is not detected in fresh or recrystallised batches of drug substance but is observed along with NDMA after thermal stressing. Conflicting evidence means elucidation of the mechanism is not possible at this point. Water is not incorporated into the urea structure but $^{15}N$ labelled nitromethane did result in some formation of $^{15}N$ NDMA in a spiked and stressed sample. However, water (through Relative Humidity dependent degradation experiments) is known to be a factor in NDMA formation. The impact of water could be due to a physical interaction with the solid resulting in a decrease in the stability of the material.

[40] EXP197987, EXP198200

# 10 Crystallographic Modelling and Solid-State NMR

## 10.1 Crystallographic Modelling

Modelling studies have been completed with the Form II crystal structure[41]. This was based on the published TADZAZ Form II crystal structure. This is comprised of a 1:1 mixture of the E and Z isomers around the nitroalkene double bond.

### 10.1.1 Morphology Modelling



**Figure 33** Overlay of E and Z Structural Isomers

The two structural isomers occupy roughly the same space. The void space within the crystal lattice has been calculated and in the case of both isomers is low (0.9% E isomer, 2.7% Z isomer). This means that for a 'perfect' crystal, there are no spaces large enough for molecules such as water to occupy.

The morphologies for each isomer have also been predicted based on the TADZAZ crystal structure.

[41] N17488-34



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Figure 34** Morphology prediction for E isomer (left) and Z isomer (right)

These predictions are consistent with the columnar morphology that has been observed by SEM on materials that have not crystallised via an oil phase.

### 10.1.2 Sorption Studies

The Sorption utility in Biovia Materials Studio was run. This is a Monte Carlo based approach randomly sampling 1,000,000 locations within the crystal to find loci for water adsorption. The sorption studies found no uptake of water at increased partial pressure. (The calculation was run 3 times, all of which produced no water incorporation.)

The modelling was again carried out using the 'perfect' crystal structure. In practice, ranitidine hydrochloride does adsorb water as illustrated by data presented earlier in this report. This is likely to be due to minor morphological differences such as broken surfaces or cracks which allow water to interact leading to break up of the crystalline material.

### 10.1.3 Molecular Dynamics

The lowest energy configurations where a water molecule could interact with the crystal surface were modelled by running the Adsorption Annealing process in Materials Studio.

The configuration with the lowest energy locus places a water molecule close to the carbon adjacent to the nitro group in the nitroalkene group.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 




**Figure 35** View of surface of lowest energy locus, showing water 'above' nitroalkene and within 5.08 A of the sp2 carbon

The water molecule is in red and grey – the single green atom to its left is a chloride ion. Given the proposed mechanism in section 9.3 where attack of water at this position was the first step in the Nef reaction pathway, it may be significant that this is the lowest energy interaction site although it is has been demonstrated that water is not incorporated into the trace impurities identified resulting from degradation of the nitroalkene.




**Figure 36** Attack of water in proposed Nef reaction mechanism



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

## 10.2 Solid-State NMR

A solid-state NMR study was conducted to study the location of solvent molecules in the crystal lattice. Specifically, whether they could sit within pockets in the lattice or be adsorped on the surface only. This was done by recrystallisation of a Saraca Grade 1 batch using the solvent ratio used in the Grade 1 process (isopropanol rich) (Ref N75283-14-2) but using deuterated solvents (d8 isopropanol and d4 methanol). Similarly, the Saraca Grade 3 batch was recrystallised using the Grade 3 solvent mixture (methanol rich with water added) using the same deuterated solvents and $D_2O$ in place of water (Ref N75283-14-1).

The solid-state NMR spectra were run for these samples [42] It is possible to determine from these whether the solvents are included in the crystal lattice or adsorbed on the surface by assessment the spinning side bands of the solvent peaks. In both cases, the lack of spinning side bands indicated that the solvents were only adsorbed, but the actual amounts of residual isopropanol and methanol were higher for the Grade 1 sample. This is consistent with residual solvent analysis performed on commercial samples of Grade 1 and 3 material.

The lack of solvent inclusion within the lattice is also consistent with the modelling reported which showed that there are no significant void spaces where solvent molecules could sit.

The true density measurements reported in section 7.6.2 also confirmed there were no differences in the crystal packing or void spaces between Grade 1 and 3 samples.

Taking all this information together indicates that there is a difference at the crystal surface between the two Grades of drug substance which means the adsorption of residual solvents can occur more easily for the Grade 1 material.

## 10.3 Section Conclusion

Modelling of the Form II crystal lattice indicated that void spaces are not sufficiently large to enable the inclusion of water and solvent molecules. The solid-state NMR study also showed that solvent inclusion was not occurring for either the Grade1 or Grade 3 batches.

The lowest energy position on the crystal surface where water is predicted to interact is close to the nitroalkene group where reaction with water could be the first step in the mechanism to release a nitrosating source.

The modelling predictions assume a 'perfect' crystal structure and minor morphological differences (e.g. cracks in the surface of the particles) could increase the interaction of water with the solid. The difference in solvent adsorption, combined with the GVS data provided above, indicates subtle but contrasting surface properties between the two grades of drug substance.

[42] EXP199059

# 11 Preparation and Stability of Isotopically Labelled Drug Substance

The most definitive way to confirm that the elements of NDMA could be released by degradation from within the ranitidine molecule was considered to be manufacture of a suitable labelled version. The communications from the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) as part of the Article 31 referral also indicated that this approach should be considered by marketing application holders.

The approach taken by GSK was to prepare ranitidine labelled in both the dimethylamino function and the nitro group as the two contributing parts of NDMA. For the dimethylamino group, use of $D_6$ dimethylamine was chosen as the starting point, and for the nitro group, $^{15}N$ nitromethane, as these were readily available stable labelled building blocks. The NDMA generated would be the +7 isotopologue which was thought to be easier to resolve analytically from the unlabelled NDMA due to the larger difference in molecular weight than would be possible if $^{15}N$ dimethylamine had been used. The proposed strategy is summarised in **Figure 36.**




**Figure 37** Proposed strategy for isotopically labelled study

The manufacture of the labelled material proceeded smoothly and is summarised in **Figures 38 and 39.** After the labelled batch was prepared, a further recrystallisation was conducted using a 1:1 mixture of labelled and unlabelled material. The purpose of this was to study whether the mechanism of NDMA formation could be via an inter or intramolecular process – it would be possible to confirm the intermolecular process if isotopologues of NDMA could be detected after stressing with components from a combination of labelled and unlabelled precursors (e.g. +6 and +1 NDMA).

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Figure 38 Preparation of +7 IG ranitidine HCl salt**






GSKZAN0000052001

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Figure 39 Purification of +7 ranitidine HCl salt and preparation of blended batch**






GSKZAN0000052002

## 11.1 Stress Testing of samples

Stress testing at 60°C was conducted on the sample of ranitidine free base, the labelled batch and the 1:1 blended batch. The LCMS results are shown in **Table 37**. As standards were not available for all the different isotopologues of NDMA, results are not quantitative so expressed by the strength of the signal observed and whether the peak was present or not.

The expectations from this testing were that only the +7 isotopologue would be formed after stressing the unblended batch but potentially all four isotopologues (+7, +6, +1 and +0) could be present after stressing the blended batch.

**Table 37** NDMA results following stress testing of isotopically labelled ranitidine[43]

| Ranitidine Free Base | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N75493-19-1 | 0 | Weak signal | ND | ND | ND |
| N75493-19-2 | 8 | Strong signal | ND | ND | ND |

| Ranitidine Hydrochloride Unblended | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N74638-29-1 | 0 | ND | ND | ND | ND |
| N74638-31-1-1 | 7 | Strong signal | ND | ND | ND |
| N74638-31-1-2 | 25 | Strong signal | ND | ND | ND |

| Ranitidine Hydrochloride Blended | | | | | |
|---|---|---|---|---|---|
| Batch Reference | Days stored at 60°C | +7 NDMA content | +6 NDMA content | +1 NDMA content | NDMA content |
| N74638-30-1 | 0 | ND | ND | ND | ND |
| N74638-31-2-1 | 7 | Weak signal | ND | Weak signal | ND |
| N74638-31-2-2 | 25 | Present | Present | Present | Present |

Each isotopologue had a different response according to the method used

## 11.2 Section Conclusion

The results from the stress testing of the ranitidine free base and unblended hydrochloride labelled batches, where only the +7 isotopologue of NDMA was observed to form after stress testing provided conclusive evidence that formation was occurring via an internal degradation mechanism. The absence of other isotopologues means that there are no external sources of either the dimethylamino or nitroso groups.

[43] EXP198825, EXP198951, EXP199408




**Figure 40** Degradation of ranitidine to form NDMA

The faster rate of degradation occurring in the free base compared to the hydrochloride salt had been observed previously for non-labelled batches.

The result from the stress testing of the 1:1 blend of labelled and unlabelled batches provided conclusive evidence that an intermolecular reaction to form NDMA had occurred. This meant that the dimethylamino and nitroso groups originate from different ranitidine molecules. This was evident because all four possible isotopologues of NDMA were observed in the stressed batch after 25 days. If the reaction had proceeded via an intramolecular pathway, only the +7 and unlabelled NDMA would be formed.

It was observed that for the +7 NDMA, the response for the unblended sample after 25 days was approximately 4 times that of the same peak in the blended sample. This is an indication that the 4 different isotopologues were forming in equal amounts, which is what would be expected for the intermolecular reaction.




**Figure 41** Products from Inter and Intramolecular pathways to form NDMA

There is other evidence that the intramolecular pathway is not likely:-

- The crystal structure shows that the dimethylamino and nitro groups within the same molecule are not in close proximity.
- These groups are in closer proximity in adjacent molecules within the crystal structure.
- No trace level impurities were identified where degradation had occurred at both ends of the same molecule. Structures identified either had the dimethylamino or nitroalkene groups intact.

# 12 Drug Product Stability

All the evidence from the root cause investigation concludes that NDMA is a degradant of the drug substance.

No accelerated stability studies have yet to be conducted for any of the ranitidine drug product formulations. An accelerated stability monitoring study using two batches of ranitidine tablets (150mg and 300mg strengths) is in progress. This will determine the rate of increase of NDMA in tablets as temperature and humidity are increased. As the drug substance remains in the solid state in the tablet product, an increase in NDMA would not be unexpected. The statistical analysis described in Section 1 indicated that in the majority of examples where the drug product and drug substance NDMA content have been measured within the same period, the amount in the drug product is lower (**Table 3**).

## 12.1 Tablet Stability

To understand the stability of ranitidine tablets with respect to NDMA formation, an accelerated stability monitoring (ASM) study was conducted in a similar manner to those reported for drug substance (**Table 14**). Two batches of tablets (detailed in **Table 38**) taken from retained samples were selected from batches that had been previously tested.

**Table 38 Details of Input tablet batches used for ASM study**

| Batch | Strength | API Source and Batch Number | API NDMA content (µg/g) | Tablet NDMA content[1] (µg/g) | |
|---|---|---|---|---|---|
| | | | | Article 31 test result | Day 0 Study result |
| FA8E | 150mg | GSK Jurong<br>381226<br>381227<br>381229 | 0.14<br>0.18<br>0.22 | 0.24 | 0.31 |
| WM9K | 300mg | Saraca<br>Grade 1<br>RH/01 2019<br>0051 | 0.32 | 0.32 | 0.38 |

1. Batches were tested on two occasions, for Article 31 data generation and again at the study starting point

The results for the study are presented in **Table 39**. In total, the study was run for 28 days, with samples taken every 7 days, and six different storage conditions were used. As for the drug substance study, the tablets were stored in open vials directly exposed to the atmosphere of the stability chamber.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



**Table 39 Ranitidine Tablet ASM Study Results**

| Batch | Temperature (°C) | Relative Humidity (%) | NDMA Content[1,2] (µg/g) | | | | | Integrity of Tablet (7, 14 and 21 day timepoint) |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 7 | 14 | 21 | 28 | |
| FA8E 150mg GSK Jurong | 50 | 30 | 0.31 | 0.15 | 0.21 | 0.34 | 0.44 | Intact |
| | 50 | 65 | 0.31 | 57.6 | 178.2 | 130.3 | 128.8 | Film coat lost |
| | 60 | 30 | 0.31 | 0.39 | 1.3 | 3.9 | 10.4 | Intact |
| | 60 | 65 | 0.31 | 198.5 | 159.2 | 156.4 | 83.8 | Film coat lost |
| | 70 | 25 | 0.31 | 8.7 | 31.4 | 65.0 | 278.2 | Intact |
| | 70 | 50 | 0.31 | 283.2 | 263.6 | 140.0 | 95.7 | Film coat lost |
| | | | | | | | | |
| WM9K 300mg Saraca Grade 1 | 50 | 30 | 0.38 | 0.48 | 0.80 | 1.4 | 2.48 | Intact |
| | 50 | 65 | 0.38 | 191.4 | 157.4 | 136.7 | 55.9 | Film coat lost |
| | 60 | 30 | 0.38 | 1.7 | 5.6 | 11.1 | 25.1 | Intact |
| | 60 | 65 | 0.38 | 280.9 | 170.6 | 80.8 | 38.6 | Film coat lost |
| | 70 | 25 | 0.38 | 19.5 | 52.6 | 104.3 | 176.3 | Intact |
| | 70 | 50 | 0.38 | 277.8 | 153.5 | 79.2 | 13.8 | Film coat lost |

1. All results >8.89 µg/g exceed the highest calibration standard of the LC/MS method
2. All results <0.28 µg/g are below the highest calibration standard of the LC/MS method

The observations that can be drawn from the results of this study are as follows:-

- At the higher humidity conditions, the film coat lifted from the tablets exposing the core of the tablet, which underwent degradation to NDMA at a higher rate. The colour of core turned dark brown indicating that significant degradation had occurred similar to observations made from drug substance stored at high temperature and humidity. The fall in NDMA content over time, also observed with drug substance, was noted. Tablet degradation over 4 weeks at 40°C/75% RH in the range of 30-35% area by HPLC has been previously reported[44].

- At the 50°C/30% RH and 60°C/30% RH storage conditions, NDMA levels are lower for the tablet derived from Jurong API than for the tablet derived from Saraca Grade 1 drug substance. This mirrors the trend observed for drug substance stability. The relative rates of increase are plotted in **Figure 42**.




**Figure 42** Relative rates of NDMA formation for tablet batches

- There is evidence, particularly at 60°C/30% RH, the rate of NDMA formation does appear to increase with time, which was also observed for the Saraca Grade 3 drug substance batch stored at 60°C/30% RH.

- At 60°C/30% RH, the rate of increase for the Saraca Grade 1 derived tablet appears slower when compared to the Saraca Grade 1 drug substance used in the previous ASM study. The Day 21 result for the drug substance was 47.1 μg/g compared to 11.1μg/g for the tablet. A direct comparison should not be made as the drug substance batch studied was not the same as that used to manufacture the tablets. However, this does support the observation that in the majority of examples where the drug product and drug substance NDMA content were measured, the level in the drug substance was higher than in the derived tablet batch.

- Although a direct comparison is not possible for GSK Jurong API stored for 21days at 60°C/30% RH with the derived tablet, the Saraca Grade 3 drug substance which possesses the same columnar morphology contained 0.8μg/g under these

[44] A Searle, D Morrin, 2015N264355_00

conditions. The Jurong tablet contained 4.0µg/g at the same storage time point indicating a faster rate of NDMA formation.

- At 70°C/25%RH, there is a more significant formation of NDMA observed for both batches despite the tablets appearing to remain externally intact. Although data for drug substance has not been generated at the same conditions, the same pattern was observed at 80°C/25%RH. but not at 70°C/10% RH. This would suggest that the increased humidity is exerting a significant effect on the degradation to form NDMA.

This study has confirmed that formation of NDMA in the tablet formulation does still occur. As for the drug substance, a combination of elevated temperature and humidity result in increased rates of degradation, particularly when the tablet film coat peels off due to the effect of moisture. Under less harsh storage conditions, the rate of increase in tablets does appear to be lower than for the drug substance which provides an explanation for the lower levels seen in the majority of historical retained samples tested when compared to their input drug substance batches. The impact of the input drug substance morphology on the tablet NDMA stability may not be as strong as observed for the drug substance itself. although it has not been possible to directly compare the stability of Jurong drug substance with the tablet batch studied.

## 12.2 Solution Stability

For the IV solution product, it might be expected that the degradation to form NDMA would not occur as the evidence from the investigation indicates the degradation occurs in the solid phase. One simple laboratory study was conducted where solutions of drug substance were generated at 10mg/ml and 25mg/ml, then heated at 60°C for 7 days.

**Table 40** Drug Substance solution stability study

| Sample | Comment | NDMA (µg/g) |
|---|---|---|
| N75344-5-2 | Saraca Grade 1, Batch: RI4/PB-I/190764<br>after 7 day heat stress | 38* |
| N75344-5-3 | Saraca Grade 1, Batch: RI4/PB-I/190764,<br>9.94 mg/mL aqueous solution,<br>after 7 day heat stress | NGT 0.17 |
| N75344-5-4 | Saraca Grade 1, Batch: RI4/PB-I/190764,<br>25.45 mg/mL aqueous solution,<br>after 7 day heat stress | 0.55 |
| N75344-5-6 | Saraca Grade 3, Batch: RI4/PB-I/VB 1901<br>after 7 day heat stress | 2.8 |
| N75344-5-7 | Saraca Grade 3, Batch: RI4/PB-I/VB 1901<br>9.92 mg/mL aqueous solution,<br>after 7 day heat stress | NGT 0.17 |
| N75344-5-8 | Saraca Grade 3, Batch: RI4/P78B-I/VB 1901<br>25.4 mg/mL aqueous solution,<br>after 7 day heat stress | 0.34 |

*Level above the upper quantitation limit of 33.3µg/g



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

For the 10mg/ml samples, there was no evidence of NDMA formation – a small increase was however observed for the 25mg/ml samples. It is planned that this experiment should be repeated as the signal to noise ratio for the above analysis was low and the drug substance input batches which were included as a control gave unexpectedly higher results than had been obtained when these batches had been studied previously (Grade 1 batch contained 7.4µg/g and Grade 3 batch 0.28µg/g) after 7 days.

Therefore, it is not possible to state for certain that the solution product would be stable without conducting further studies. It is anticipated that the syrup formulation which is also a solution product, would follow a similar pattern to the IV solution in terms of its NDMA stability.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

## 13 Root Cause Summary

Taking into account all the information presented in this report, the proposed root cause for the presence of NDMA in ranitidine drug substance is as follows :-

1. NDMA is formed when drug substance batches are stored in the solid-state following manufacture via an internal degradation mechanism which does not require the involvement of extraneous impurities.

   The evidence for this is taken from the outcome of the isotopically labelled ranitidine study where only the +7 isotopologue of NDMA was generated following thermal stressing of the appropriately labelled material.

   In addition, NDMA is not detected in freshly prepared batches of drug substance demonstrating it is not a synthetic impurity that tracks through from an earlier stage in the manufacturing process.

   In the accelerated stability monitoring studies, NDMA levels did not increase further once samples lost their solid form due to deliquescence.

   NDMA levels continue to form over time so there are no apparent limiting reagents (e.g. impurities)

2. The reaction mechanism is an intermolecular pathway whereby the nitroso group and dimethylamino groups combine but are derived from different ranitidine molecules.

   The evidence for this is taken from the outcome of the study where isotopically labelled and unlabelled ranitidine were blended. Stressing of this material produced the +1 and +6 isotopologues of NDMA which can only be formed when the nitroso and dimethylamino groups originate from different input molecules.

3. The limiting step in the reaction pathway to form NDMA is the degradation of the nitroalkene group forming the urea impurity, AH18937AA, which generates a nitrosating source.

   Evidence was the identification of the urea impurity in batches of drug substance with elevated NDMA and a strong correlation between the levels of the two compounds in these batches.

   The stoichiometric ratio between the amounts of NDMA and urea has been determined for several batches to be between 1 and 2.3.

   The precise pathway that generates the nitrosating source and urea impurity has not been definitively determined. The reaction mechanism could proceed via a Nef reaction or a retro Henry reaction pathway.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

4. The most likely source of the dimethylamino group is via elimination of dimethylamine from ranitidine. This appears to be a low-level background degradation pathway not directly correlated to NDMA levels in samples tested. The nitrosating agent released by the degradation of the nitroalkene can react with the eliminated dimethylamine within the crystal lattice.

   Evidence was the identification of several related impurities (alcohol AH22756, and corresponding aldehyde and ethers) which would form as by-products from the elimination of dimethylamine

   These trace impurities are present in variable amounts, including freshly prepared samples that do not contain NDMA indicating that this is an independent trace level degradation pathway.

   Higher levels of these impurities were seen in ranitidine free base before and after thermal stressing compared to the hydrochloride salt.

   NDMA was still formed as the major nitrosamine degradant from batches spiked with diisopropylamine and benzyldiisopropylamine in preference to NDIPA which supports the supposition that the mechanism is internal.

5. Water which is present in trace levels in the drug substance and under storage conditions (as humidity) plays a role in the formation of NDMA.

   The lowest energy site for binding of water on the crystal surface is adjacent to the nitroalkene group, which is the point where water would attack in a Nef reaction and close to the point of attack for the retro Henry reaction, although there is no evidence for incorporation of water into trace impurities formed.

   Results from the ASM studies demonstrated that higher humidity leads to an increased rate of NDMA formation in solid samples.

   $^{15}N$ labelled nitromethane spiked into drug substance resulted in formation of $^{15}N$ NDMA after stress testing, could indicate the retro Henry reaction was occurring

   The role of water may be a physical interaction, such as disruption of the crystal surface which in turn causes a decrease in stability.

6. Drug substance exhibiting a columnar morphology generates NDMA at a slower rate than batches exhibiting an irregular morphology. There are also indications the columnar does not retain moisture to the same extent as the irregular material

   Correlation between SEM images of batches and rates of NDMA formation observed in accelerated stability studies.

   Batches with columnar morphology have a higher decomposition temperature as determined by TGA.

   Batches with columnar morphology show very little hysteresis in the desorption phase of GVS analysis

   GSK Jurong material exhibits the columnar morphology and samples which were analysed five years after manufacture contained ≤0.2μg/g NDMA.

7. The irregular morphology results when the crystallisation of drug substance which via an oil phase. The columnar morphology is generated when either the concentration drug substance in the crystallisation mixture is lower or the solvent composition is modified to increase solubility (such as increasing methanol concentration)

   Laboratory imaging studies of the Saraca Grade 1 process indicated that the crystallisation proceeded via formation and subsequent crystallisation of an 'oil' phase, but the Grade 3 process formed columnar particles at the point of nucleation

   The irregular particles have the appearance of material which crystallised from oil droplets.

   The irregular particles contain higher levels of residual solvent and exhibit higher levels of moisture sorption by GVS.

8. The reason for the difference in NDMA formation rates between the batches exhibiting different morphologies is not certain, but could be related to one or more of the following:-

   There are morphological differences in the irregular material (e.g. cracks in the surface) promoting the interaction with water resulting in faster degradation

   The irregular material retains and adsorbs more water when compared to the columnar material resulting in a faster degradation rate.

   Surface properties vary between the columnar and irregular particles as observed with the differences in residual solvent adsorption.

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



# 14 APPENDIX 1 – Experimental List and Analysis Completed with References

| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Analytical | 3.1 page 16 | NDMA testing of synthetic intermediates | [redacted] | Intertek 10649675, 10649680, 10649681, 10649682 |
| Chemistry | 4.1 page 18 | Stability of Saraca drug substance 0000875414 | [redacted] | Intertek 10649179 |
| Chemistry | 4.2 page 18 | Recrystallisation and stability of Dr Reddy's drug substance AEKH001805 | GSK00060-096 | LGC326556 |
| Chemistry | 4.3 page 19 | Drug substance stability DOE study | GSK00158-51 | N74638-15 EXP195602 |
| Chemistry | 4.4 page 21 | ASM study with Saraca Grade 1 batch RH/09 2019 1305 | 907126 (Ware sample labware number) | LGC326556 EXP192759 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch 113423-136-1 | N74638-11 | N74638-11 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch R14/PB/-I 190764 | N75344-2 | N75344-2 |
| Chemistry | 5.1 page 22 | Stability of Saraca drug substance batch R14/PB-I/ VB1901 | N75344-2 | N75344-2 |
| Chemistry | 5.1 page 23 | Stability of SMS drug substance batch RH S 11 19 073 | N74638-17 | N74638-17 |
| Chemistry | 5.1 page 23 | Stability of Jurong drug substance batch 381227 | N75283-3 | N75283-3 |
| Chemistry | 5.1 page 23 | Recrystallisation and stability of Saraca drug substance RH/08 2019 1283 | N74638-13 | N74638-13 |
| Chemistry | 5.1 page 23 | Double recrystallisation and stability of Saraca drug substance RH/08 2019 1283 | N74638-14 | N74638-14 |
| Chemistry | 5.2 page 25 | ASM study with Saraca Grade 3 batch R14/PB-I/ VB1901 | 939244 (Ware sample labware number) | LGC326556 EXP197077 (HPLC) |
| Analytical | 5.4 page 29 | HPLC impurity profiles for Saraca Grade 1 and Grade 3 batches | [redacted] | |
| Analytical | 5.5 page 29 | Volatile analysis of drug substance batches by GC o | [redacted] | EXP197774 |
| Analytical | 5.5 page 30 | ICP analysis of drug substance batches | [redacted] | |



GSKZAN0000052014

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Analytical | 5.5 page 31 | Nitrite and Nitrate analysis of drug substance batches by IC | [redacted] | EXP198878 |
| Chemistry | 6.1 page 33 | Oxime and amino alcohol spiking studies – blending and recrystallisation | GSK00089-165 | N74638-16 |
| Chemistry | 6.1 page 33 | Oxime and amino alcohol spiking studies – methanol evaporation | N75344-1 | N75344-1 |
| Chemistry | 6.2 page 34 | NDMA analysis of nitrous acid spiked drug substance | GSK00158-054 | N74638-16 |
| Material Science | 7.1 page 36 | Analysis of drug substance batches by SEM | [redacted] | WNPI_0510_169 |
| Chemistry | 7.2 page 38 | Laboratory preparation and stability of drug substance using Saraca Grade 1 process | N74638-10 | N74638-10 |
| Chemistry | 7.2 page 38 | Laboratory preparation and stability of drug substance using Saraca Grade 3 process | N74638-8 | N74638-8 |
| Chemistry | 7.3 page 40 | Imaging study of Saraca Grade 1 process | N75283-13 | [redacted] |
| Chemistry | 7.3 page 41 | Imaging study of Saraca Grade 3 process | N75283-13 | [redacted] |
| Chemistry | 7.3 page 42 | Solubility of drug substance in IPA/MeOH mixtures | N74638-4 | [redacted] |
| Chemistry | 7.4 page 43 | Attempted interconversion of Grade 3 and Grade 1 and stability study | N75283-6 | N75283-6 |
| Material Science | 7.5 page 44 | Analysis of drug substance batches by GVS | [redacted] | WNPI_0477_093 WNPI_0495_052 |
| Material Science | 7.5 page 45 | Analysis of drug substance batches by TGA | [redacted] | WNPI_0482_157 |
| Material Science | 7.5 page 46 | SSA analysis of drug substance batches | [redacted] | WNPI_0503_001 WNPI_0503_007 |
| Material Science | 7.6 page 47 | Analysis of drug substance batches by DSC | [redacted] | WNPI_0482_159 |
| Material Science | 7.7 page 48 | Analysis of drug substance batches by helium pycnometry | [redacted] | EXP198153 |
| Material Science | 7.7 page 49 | Analysis of drug substance batches by Raman spectroscopy | [redacted] | WNPI_0494_115 |
| Material Science | 7.7 page 49 | Analysis of drug substance batches by FTIR spectroscopy | [redacted] | WNPI_0494_117 |
| Material Science | 7.7 page 50 | Analysis of drug substance batches by XRPD | [redacted] | EXP194887 |



GSKZAN0000052015

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Analysis | 8.1 page 51 | Identification of trace impurities in drug substance batches by LC/MS | [redacted] | EXP195545<br>EXP195564<br>EXP196471 |
| Analysis | 8.1 page 56 | Quantification of Urea (AH18937A) in drug substance batches | [redacted] | EXP198690 |
| Chemistry | 9.2 page 59 | Drug substance spiking study with diisopropylamine | N75283-7 | EXP197602 |
| Chemistry | 9.2 page 60 | Drug substance spiking study with benzyldiisopropylamine | N75283-8 | EXP197602 |
| Chemistry | 9.4 page 63 | $^{18}O$ water incorporation study | N75283-9 | EXP197791 |
| Chemistry | 9.5 page 65 | $^{15}N$ nitromethane spiking study | N75283-12 | EXP199408 |
| Chemistry | 9.6 page 66 | Variation of drug substance isolation pH and impact on NDMA formation | N75283-2 | N75283-2 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base purified by chromatography | N75283-1 | N75283-1 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base ex Saraca RB/09 20190071 | N74638-12 | N74638-12 |
| Chemistry | 9.7 page 67 | Stability study with ranitidine free base ex Saraca R13(B)/PB-I/VB 1901 | N75344-3 | N75344-3 |
| Analytical | 9.7 page 68 | Identification of trace impurities in ranitidine free base batches by LC/MS | [redacted] | EXP196471 |
| Analytical | 9.7 page 69 | Nitrite and Nitrate analysis of ranitidine free base batches by IC | [redacted] | EXP197987<br>EXP198200 |
| Crystallography | 10.1 page 70 | Morphology modelling, sorption studies and molecular dynamics | N17488-34 | [redacted] |
| Analytical | 10.2 page 73 | Solid State NMR study of Saraca Grade 1 and 3 lab batches to determine location of residual solvents | N75283-14 | EXP199059 |



GSKZAN0000052016

Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order



| Functional Area | Section in Report | Description | References | |
|---|---|---|---|---|
| | | | Laboratory note book | Analytical Data |
| Chemistry | 11.1 page 75 | Preparation of Intermediate Grade +7 labelled drug substance using $D_6$ dimethylamine and $^{15}N$ nitromethane | N75493-15<br>N75493-16<br>N75493-17<br>N75494-18<br>N74638-22<br>N74638-23<br>N74638-24 | |
| Chemistry | 11.1 page 76 | Purification of +7 labelled drug substance | N74638-29 | |
| Chemistry | 11.1 page 76 | Blending of +7 labelled drug substance with unlabelled drug substance | N74638-30 | |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled ranitidine free base | | EXP198825 |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled drug substance | | EXP198951 |
| Chemistry | 11.1 page 77 | Stability study with +7 labelled drug substance blended with unlabelled drug substance | | EXP199408 |
| Chemistry | 12.1 page 80 | ASM study with tablet batches FA8E and WM9K | 964080 (Ware sample labware number) | LGC326556 |
| Chemistry | 12.2 page 83 | Stability of drug substance aqueous solution | N75344-5 | N75344-5 |

# 15 APPENDIX 2 – NDMA Test Method Summaries

The NDMA content of batches of ranitidine drug substance has been determined by several different validated analytical methods. A summary of each method is shown below.

## 15.1 LGC Method

The analytical test method used at LGC is a validated LC-MS/MS reversed phase, gradient HPLC method. The method uses an Acquity UPLC system with a Phenomenex Synergi Hydro RP 150 x 2mm, 4 micron column coupled to an Applied Biosystems API400 mass spectrometer and achieved a limit of detection of 0.02 mcg/g and a limit of quantifications of 0.07 mcg/g for ranitidine drug substance. Method reference 2019N423259.

## 15.2 Intertek Method

The analytical test method used at Intertek is a validated LC-HMRC reversed phase, gradient HPLC method. The method uses a Thermo Scientific Ultimate 3000 UHPLC system with an Ace C18-AR 50 x 4.6mm, 3 micron column coupled to a Thermo Scientific Q Exactive Plus mass spectrometer and achieved a limit of detection of 0.01 mcg/g and a limit of quantifications of 0.03 mcg/g for ranitidine drug substance. Method reference 2019N423319.

## 15.3 GSK Method

The analytical test method used at GSK Stevenage is a validated LC-HMRC reversed phase, gradient HPLC method. The method uses an Agilent 1290/1260 HPLC system with an Ace C18-AR 50 x 4.6mm, 3 micron column coupled to a Thermo Scientific Velos Pro Orbitrap mass spectrometer and achieved a limit of detection of 0.07 mcg/g and a limit of quantifications of 0.17 mcg/g for ranitidine drug substance. Method reference 2019N423468.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order

# EXHIBIT 44

OFFICIAL FILE COPY NDA SUPPLEMENT

SKF-92334 TABLET

7/19/82

SKF-92334 TABLET NDA SUPPLEMENT
7/19/82

Lewis M. Horger, Ph.D., Vice President
Regulatory Affairs, U.S. Pharmaceutical Products

SK&F
a SmithKline company

R-D FILES

SMITH KLINE & FRENCH LABORATORIES
1500 Spring Garden Street, P.O. Box 7929, Philadelphia, PA 19101 • (215) 751-5567

cable SMITHKLINE PHILADELPHIAPA
telex 83-4487

NDA 17-920
'Tagamet'

July 19, 1982

Raymond J. Lipicky, M.D., Acting Director
Division of Cardio-Renal Drug Products
Bureau of Drugs, HFD #110; Room #16B-45
Department of Health and Human Services
Food and Drug Administration
5600 Fishers Lane, Parklawn Building
Rockville, Maryland 20857

Dear Doctor Lipicky:

There have been a large number of papers on gastric nitrosamines, nitrosamides and bacteria levels and their relevance to the safety of cimetidine since Elder's Lancet article in 1979 suggesting a link between cimetidine and gastric cancer. To help keep Dr. Temple and his staff informed about developments in this area, 2 or 3 times a year we have submitted a brief status report on SK&F's nitrosamine study program and provided copies of key publications and meeting reports.

In our last update submitted February 17, 1982, we described and critiqued the studies by Professor Mower, University of Hawaii which reputed to demonstrate the nitrosation of cimetidine, hydroxyzine and diazepam by a "transnitroase" in gastric mucosa and included a status report on the three life-time carcinogenicity studies being conducted by Dr. W. Lijinsky, Frederick, Maryland, Dr. G. Eisenbrand, Heidelberg, Germany and Dr. Giner-Sorolla at Sloan Kettering Institute in New York City; in all three studies neither cimetidine nor nitrosocimetidine at high dosage have shown any evidence of carcinogencity.

Since our last update we have become aware of an article by Drs. Stockbrugger and Dotevall (published in the Swedish journal Lakartidningen, 1982) which discusses the possible nitrosation of cimetidine and stresses the importance of a thorough evaluation of the patient prior to commencing 'Tagamet' therapy. We prepared a rejoinder (to be published in the same journal) containing our comments and views on the subject. Both documents have been enclosed for your information (20). In this submission we also comment on available new data on the presence of nitroso compounds in human gastric juice during cimetidine therapy and update the ongoing life-time toxicity studies of cimetidine and nitrosocimetidine in animals. Internationally-recognized experts gathered at two important conferences in Geneva and Cold Spring Harbor this Spring to discuss the role of nitrosamines in cancer. The proceedings of these conferences are not yet available, but the participants did not report significant new data relating to the cimetidine nitrosation issue. We have enclosed reprints or preprints of relevant reports.

Confidential Information – Subject to Protective Order

1. In vivo measurement of nitroso compounds in gastric juice.

a) Recent SK&F-sponsored studies confirm and extend previous findings as discussed in our February submission. Milton-Thompson et al (2) measured the concentration of nitrite and nitroso compounds, pH and bacterial counts in gastric juice sampled during 24-hour periods (half-hourly during the day and hourly overnight) in healthy volunteers before, during and after cimetidine treatment. No significant differences in intragastric nitrite or nitroso compounds or in bacterial counts were found as a result of cimetidine therapy. In addition, the concentrations of both nitrites and total nitroso compounds were found to vary markedly during a 24-hour period, both in relation to meals and overnight. It is clear, therefore, that a single sample of gastric juice would yield limited and possibly inaccurate conclusions on what is in fact happening during a 24-hour period. Barnard et al (1) summarized the above findings in a chapter to be published and also reported data which indicate that high nitrite concentrations do not necessarily lead to high concentrations of nitroso compounds in gastric juice. In fact, concentrations of nitrites in gastric juice of surgical patients following vagotomy were much higher than those found in controls; however, nitroso compound concentrations did not differ between the groups.

b) A study by Cole (3), supported by SK&F, indicates that cimetidine treatment (1.0 g/day for six weeks) of ulcer patients was associated with significant increases in gastric juice pH, bacterial counts, nitrites and in modest elevations of nitroso compounds. It should be noted, however, that this study employed once-a-day sampling of gastric juice. Thus, these findings should be interpreted with caution and, in any case, do not contribute significant new information to the issue of cimetidine-induced increases in gastric nitroso compound concentration.

c) Kinetic modeling of the formation of gastric nitroso compounds in healthy humans has been performed by Challis et al (4). These investigators conclude that only small amounts of nitroso compounds are synthesized in the stomach of healthy subjects even when nitrite concentrations are higher than average.

In conclusion, these reports highlight once again the importance of frequent gastric juice sampling when attempting to obtain meaningful information, and offer little evidence of a direct relationship between nitroso compound concentration and nitrite concentration, bacterial counts, pH or cimetidine treatment.

2. Nitrosation of ranitidine *in vitro*.

As part of our nitrosamine study program, we are of course interested in the nitrosability of any $H_2$-receptor antagonist. Ranitidine is an important new compound in this class and we have explored its susceptibility to nitrosation. Preliminary results, as described in the enclosed SK&F-sponsored report by Darkin et al (5), demonstrate significant formation of N-nitrosodimethylamine (NDMA) from ranitidine in the presence of sodium nitrite *in vitro.* Reducing the concentration of sodium nitrite leads to a smaller final concentration of NDMA in this system. It is recognized that, in the case of ranitidine and of any other tertiary amine, results obtained *in vitro* may not be readily extrapolated to situations *in vivo.*

3. Cimetidine, nitrosamines and cancer.

a) Updates on the ongoing life-time carcinogenicity studies of cimetidine in mice and of nitrosocimetidine in rats (6, 7, 8, 9) have recently been published. These reports continue to indicate that treated animals show no greater incidence of tumors than untreated controls. International experts gathered in Geneva for a Toxicology Forum Meeting and in Cold Spring Harbor for a Conference on the "Possible Role of Nitrosamines in Human Cancer" did not report any significant new information pointing to untoward effects of cimetidine or nitrosocimetidine treatment. Although the proceedings of these conferences will not be available for some time, we have enclosed copies of the programs (17, 18).

In addition, several new investigations indicate that high-dosage regimens of cimetidine in rats cause no significant DNA fragmentation in stomach, liver and intestine (10, 11, 12). It is particularly important to note that these studies were conducted *in vivo* and that the absence of DNA fragmentation was observed even when cimetidine was administered in conjunction with equimolar doses of nitrite. A recent report by Henderson et al (13) that nitrosocimetidine can cause DNA fragmentation in human cells *in vitro* is consistent with an earlier report by Magee (cf our March 18, 1981 submission). On the other hand, neither Magee nor Henderson et al found evidence of DNA fragmentation or methylation by cimetidine *in vitro.* Jensen and Gombar (21) of Magee's group postulate that nitrosocimetidine's lack of tumorigenic effects may result from two factors: 1) Nitrosocimetidine is positively charged at acid pH and thus does not readily pass from an aqueous to an organic environment. This would explain the absence of gastric tissue DNA alkylation in rats fed the compound. 2) The compound is rapidly denitrosated to cimetidine in blood.

b) A post-marketing surveillance study by Colin-Jones et al (16) submitted to Lancet has compared the incidence of gastric cancer in 9504 recipients of cimetidine and in 8994 control subjects. However the groups were not matched with regard to peptic disease. It should be noted in particular that although the samples sizes were comparable, the cimetidine group exhibited a higher incidence of gastric cancer than the control group (23 versus 5 subjects) before therapy was begun. In addition, during the observation period itself, gastric carcinoma was diagnosed in 51 (0.54%) cimetidine subjects and 3 (0.03%) control subjects. These results, coupled with the fact that a proportion of patients may have entered the study with undiagnosed malignancies and that the cimetidine group may have been more prone to gastric cancer before the onset of therapy, lead the authors to conclude that an association between cimetidine therapy and gastric cancer is not supported by the findings.

This conclusion is consistent with a recent report (14) on the incidence of mortality due to cancer of the stomach in England from 1968 through 1980. The data show clearly that the mortality ratio is continuing to decline. Cimetidine was introduced to the British market in 1976 and its widespread use since then has not affected this downward trend. The decline in stomach cancer mortality in England and Wales is confirmed in a report by Davies (15).

In conclusion, both animal toxicity studies and epidemiologic/clinical observations continue to support the safety of cimetidine.

Sincerely yours,

Lewis M. Horger, Ph.D.

pb
Enc.

# REFERENCES


1. Barnard, J. et al "Gastric juice, nitrite and nitroso compounds." To be published in The Proceedings of the Conference "Possible Role of Nitrosamines in Human Cancer," Cold Spring Harbor, April 1982.

2. Milton-Thompson, G.J. et al "Intragastric acidity, bacteria, nitrite, and N-nitroso compounds before, during and after cimetidine treatment," Lancet 1:1091-1095, 1982

3. Cole, D.S. "An investigation of changes in gastric microflora, concentrations of nitrite, nitrate and N-nitroso compounds in patients with gastric or duodenal ulceration receiving treatment with cimetidine." SK&F Report R042, April 1982

4. Challis, B.C. et al "A Kinetic Model for the formation of gastric N-nitroso compounds. To be published in the Proceedings of the Conference "Possible Role of Nitrosamines in Human Cancer," Cold Spring Harbor, April 1982

5. Darkin, D.W. et al "The formation of N-nitrosodimethylamine from ranitidine and other marketed drugs," SK&F Report, June 1, 1982

6. Giner-Sorolla, A. etal "Studies on the effects of nitrosation on cimetidine." Paper presented at the Fifth International Symposium on Prevention and Detection of Cancer, Sao Paulo, Brazil, May 1982.

7. Habs, M. et al "No evidence of carcinogenicity of N-nitrosocimetidine in rats,". Abstract, American Association for Cancer Research, 1982.

8. Habs, M. et al "Cimetidine, N-nitrosocimetidine and carcinogenicity,". Lancet (submitted)

9. Lijinsky, W "Carcinogenesis studies with nitrosocimetidine." Paper presented at the Conference "Possible Role of Nitrosamines in Human Cancer," Cold Spring Harbor, April 1982.

10. Brambilla, et al "Absence of DNA damage in liver of rats given high doses of cimetidine and sodium nitrite," J. Pharmacol. Exptl. Ther. 221: 222-227, 1982.

11. Pino, A., Robbiano, L. "Absence of DNA fragmentation in gastric mucosa of rats treated with high doses of cimetidine and nitrite," Pharmacol Res. Comm. (submitted).

12. Kyrtopoulos, S.A. et al "Nondetection of $O^6$-methylguamine in rat DNA following in vivo treatment with large doses of cimetidine alone or in combination with sodium nitrite," Cancer Res 42:1962-1966, 1982.

13. Henderson, E.E. et al "Cellular DNA damage by nitrosocimetidine: a comparison with N-methyl-N'-nitroso-nitrosoguanidine and x-irradiation," Chem. Biol. Interactions 38:87-98, 1981.

14. Mortality - Cancer of stomach (ICD 151) - England. Annual Report by the Chief Medical Officer of the DHSS (U.K.) "On the State of the Public Health 1980."

15. Davies, J.M. "Mortality trends for stomach cancer in England and Wales," Br. J. Cancer 44:879-885, 1981.

16. Colin-Jones, D.G. et al "Cimetidine use and gastric cancer: a preliminary report from a post-marketing surveillance study," Lancet (submitted).

17. Program, Conference on "The Possible Role of Nitrosamines in Human Cancer," Banbury Center, Cold Spring Harbor Laboratory, April 1982.

18. Program, The Toxicology Forum. Geneva, May 1982.

19. Bibliography: $H_2$-antagonist nitrosation papers since last update.

20. Lakartidningen articles.

21. Jensen, D.E. and Gombar, C.T. "Factors which influence the in vivo methylating potential of nitrosocimetidine." Paper presented at The Conference "Possible Role of Nitrosamines in Human Cancer," Cold Spring Harbor, April 1982.

0180M

Reference 1

RECEIVED
JUN 02 1982
C. ALTMAN, M.D.

# GASTRIC JUICE, NITRITE AND NITROSO COMPOUNDS

J. Barnard, P.M.G. Bavin, R.W. Brimblecombe,

D.W. Darkin, G.J. Durant

SMITH KLINE AND FRENCH RESEARCH LTD

THE FRYTHE, WELWYN, HERTS, AL6 9AR

and

M.R.B. Keighley

DEPARTMENT OF SURGERY AND MICROBIOLOGY,

THE GENERAL HOSPITAL,

BIRMINGHAM

# GASTRIC JUICE, NITRITE AND NITROSO COMPOUNDS

## Introduction

During the development of cimetidine two 2-year carcinogenicity studies have been carried out in Wistar rats, using 950 mg/kg/day as the maximum dose (Leslie et al. 1981), which is estimated to be 680 times the intraduodenal $ID_{50}$ for inhibition of stimulated gastric acid secretion in the anaesthetized rat. Beagles have also been dosed for six years at 144 mg/kg/day and examined at regular intervals by gastric endoscopy and biopsy of gastric mucosa (Crean et al. 1981). Evidence for carcinogenicity has not been found in any of these studies. Despite this, concern has been expressed based on plausible hypotheses and anecdotal case reports, that cimetidine administration might be associated with the development of gastric carcinoma in man .

The first hypothesis is based upon the structural relationship between N-methyl-N'-nitro-N-nitroso-guanidine (MNNG) and the nitrosated derivative of cimetidine: nitrosocimetidine. Several laboratories have studied the possible carcinogenicity of nitrosocimetidine by feeding studies with rats (Lijinsky 1982; Preussman 1982) and mice (Giner-Sorolla 1982), and by skin painting studies with mice (Lijinsky 1982). The studies have shown that nitrosocimetidine, in marked contrast to MNNG, is either not carcinogenic or only weakly carcinogenic in these tests.

The second hypothesis is that reduced gastric acidity encourages bacterial colonisation, leading to increased concentrations of nitrite in gastric juice from nitrate-reductase activity of the bacteria. In turn, the nitrite may

lead to higher concentrations of potentially carcinogenic nitroso compounds in the stomach (Drasar et al. 1969; Ruddell et al. 1978). Such conditions are present in patients with pernicious anaemia and after certain operations for peptic ulcer, and may be present after treatment with $H_2$-antagonists or antacids. The increased incidence of gastric cancer in pernicious anaemia patients (Mosbech and Videbaek 1950) and in patients after certain forms of gastric surgery (Nicholls 1979) has been attributed to raised concentrations of nitroso compounds.

## Aims and Methods

### (a) Bacterial analysis

In investigating the second hypothesis we set ourselves several objectives. We wished to study the relationship between gastric pH and bacterial counts over 24 hour periods, since most previous studies have relied upon single samples in fasting subjects at endoscopy. Our results in volunteers show that high bacterial counts are usually found when the gastric pH is high, but that high counts may also occur after food. During acute or maintenance therapy with cimetidine, episodes of high acidity occur regularly and are sufficient to destroy the bacteria. These studies have been reported (Milton-Thompson et al. 1982), and have been extended (M.R.B. Keighley, unpublished) to study healed DU patients, proximal gastric vagotomy, truncal vagotomy with pyloroplasty and gastrectomy patients.

(b) Nitrite Determinations

In order to measure nitrite in gastric juice reliably we have adapted the polarographic method of Chang et al. (1977). Each sample serves as its own control, by spiking with nitrite for calibration. Interference has only been found in samples of gastric juice containing beer. The method, which was reported in Tokyo (Bavin et al. 1981) has been checked by the chemiluminescent method for nitric oxide (Cox 1980) and by HPLC (Thayer 1980) with satisfactory agreement. The method transfers nitrite to diphenylamine in acidic solution, so will not therefore distinguish nitrite esters from nitrite. Hence it measures the nitrosating potential of a sample, and this is the value of interest for the formation of N-nitroso compounds.

(c) Nitrosamine Concentrations

Our third objective was to measure the total nitroso compounds in frequent small samples of gastric juice. For this, we needed a method which was specific for nitroso compounds, which had reasonable precision, and which was rapid, suitable for handling large numbers of samples. We wished particularly to measure the reactive N-nitroso derivatives of amides, ureas and related compounds, as well as the unreactive N-nitrosamines. Prior destruction of nitrite was essential to avoid artifact formation.

A method (Walters et al. 1978), based on earlier work by Eisenbrand and Preussman (1970) was an obvious starting point. However, Walters employs sulphamic acid to destroy nitrite which is effective only in acidic media, below pH 2. Walters has reported adjusting the pH of gastric juice samples to

less than 2 (Walters et al. 1981), and making the solution 0.5% w/v with respect to sulphamic acid (Reed et al. 1981a). The hydrolysis of the N-nitroso derivatives of amides and related compounds is quite rapid at pH 2 (McCalla et al. 1968; Jensen and Magee 1981) and is, of course, irreversible in the presence of a nitrite trap. Furthermore, hydrolysis is expected to be much more rapid at pH 1 than pH 2 (McCalla 1969). Gastric samples have been frozen, shipped and thawed prior to analysis, (Reed et al 1981) and this analytical procedure also required an extraction, which is unsatisfactory for acurate and reproducible results. It seems likely that Walters measures only N-nitrosamines, most or all of the reactive nitroso compounds being destroyed.

In developing our procedure we have shown that hydrazine destroys nitrite very rapidly at pH 4, and at this pH, hydrolysis of nitroso compounds is very much slower than at pH 2 (McCalla et al. 1968). We have shown that, contrary to an earlier report (Walters et al. 1980), a small amount of water does not inhibit the denitrosation of compounds by hydrobromic acid in boiling ethyl acetate. These observations provided the basis for our method for measuring total nitroso compounds in gastric juice, which we reported in Tokyo (Bavin et al. 1981). Immediately after the sample of gastric juice is obtained the pH is measured. A portion of the juice is buffered with borax, frozen and shipped to our laboratory for the determination of nitrite. An excess of hydrazine sulphate in water is added to the remainder of the juice and the pH is adjusted to 4 with alkali. The sample is then buffered with potassium hydrogen phthalate and an aliquot (1 ml) is injected into refluxing ethyl acetate containing hydrobromic and acetic acids. The nitric oxide evolved is measured with a chemiluminescence detector linked to a recording integrator.

The total analysis time is less than 5 minutes, and the small volume of gastric juice required means that frequent sampling presents no problems. Values obtained in this way are referred to by us as "total nitroso compounds" We have also left additional samples of the gastric juice for 5-7 days in stoppered amber bottles for analysis for what we refer to as "stable nitroso compounds". Use of amber vials is essential because we have shown that light rapidly destroys low concentrations of nitroso compounds. Our values for stable nitroso compounds are comparable in magnitude with values reported by Walters (Reed et al. 1981a) They probably represent N-nitroso-alkylamines, stable to the hydrolytic conditions employed by Walters, and inert to nucleophilic attack by hydrazine under our conditions of analysis.

## Evaluating measurements for total N-nitroso compounds

Our values for total nitroso compounds are very much greater than those for stable nitroso compounds and for Walters's method. Our method shows an excellent linear response for N-nitrosocimetidine down to a few nanograms and satisfactory reproducibility was obtained (±8-10%). Molar responses are shown in Table 1. The low response from N-nitrosocarbazole appears to be due to its low solubility. In the absence of water it gives the expected unitary response as a sharp peak, unlike the broad one associated with the low response. The near unitary response from compounds of different structures and reactivities is good evidence for their stability during the period required for our analysis. We have examined the specificity of our method, using the range of compounds reported by Walters et al. (1978). The data are

compared in Table 2, and are very similar. Nitrite esters are destroyed by hydrazine. The thionitrites derived from primary and secondary thiols are unstable (Rheinboldt 1926) but t-butyl and t-aryl thionitrites (Rheinboldt et al. 1931) can be isolated as stable liquids. However t-butyl thionitrite is also destroyed by hydrazine and it is very unlikely that thionitrites generally will interfere. Only t-alkyl thionitrates are stable enough to be isolated (Oae et al. 1979) and their occurrence in gastric juice seems unlikely. The formation of pseudonitroles from secondary nitroalkanes proceeds through the aci-form and requires special conditions (see - for example, Nygard 1946). Their presence in gastric juice is highly improbable. The specificity of our method seems, therefore, to be adequate.

## Application of methods: early results

In applying our methods to 24 hour studies, it quickly became apparent that the nature of the food had a marked effect on the levels of nitroso compounds. We therefore purchased pre-packed and frozen food in bulk, so that volunteers and patients had meals according to a standardised regime. Our method for total nitroso compound is satisfactory in the presence of food. Smoking had no demonstrable effect on the levels of nitroso compounds.

Our results show that nitrite concentrations and the concentrations of total nitroso compounds vary markedly during a 24-hour period. Hence single sample studies do not reflect in any way what is in fact happening during 24 hours and under physiological conditions. In a recent study (Reed et al. 1981b) gastric analysis was reported in a highly artificial situation when cimetidine was administered to fasted patients, leading to abnormally high gastric pH values and correspondingly high levels of "stable nitroso compounds".

In one of our recent studies (Muscroft et al. 1982) we have confirmed the relationship between pH and counts of nitrate-reducing bacteria. Nitrite concentrations greater than 5 µmol/l in gastric juice were significantly more common in samples of pH 4 and above. In another study (Milton-Thompson et al. 1982) the effects of cimetidine on the intra-gastric milieu have been examined in eight healthy volunteers. This study consisted of five 24-hour periods: before treatment, after two weeks cimetidine 1 g/day, after two weeks taking 400 mg at night, and after a further five weeks without taking cimetidine. The subjects had a standardized diet. Gastric juice was sampled half-hourly during the day and hourly overnight for the measurement of pH, nitrite and total and stable nitroso-compounds. In addition, hourly samples from four of the subjects were examined for counts of total bacteria (aerobic and anaerobic), nitrate-reducing bacteria, and different species. The 24-hour hydrogen ion concentration was significantly decreased by both cimetidine treatments but neither nitrite nor total and nitrate-reducing bacteria increased significantly with pH. This was attributed to failure of the bacteria to colonise the stomach. The bacterial species detected were those commonly found in saliva, rather than enteric organs. The concentrations of total nitroso-compounds fluctuated markedly in relation to meals and overnight, but could not be correlated with pH, nitrite concentrations, bacterial counts or with cimetidine treatment. The concentrations of nitroso compounds in gastric juice were not significantly altered by treatment with cimetidine.

Our results from patients having undergone successful proximal gastric vagotomy with healing of their duodenal ulcer at least 2 years earlier are

particularly interesting. The concentrations of nitrite are much higher than those of the controls, (Fig.1). However, neither total (Fig.2) nor stable nitroso compounds differ significantly from control values, (p=0.625). Higher nitrite concentrations were found at higher pH values, 5 and above. Total nitroso compound concentrations showed no relationship with pH, nitrite conventration or total bacterial count. However the concentrations of stable nitroso compounds were higher in the pH range 1.5-4.0, suggestive of the variation demonstrated by Mirvish (1970) for the rate of nitrosation of dimethylamine with pH. These results are consistent with the acid catalysed formation of nitroso compounds, requiring substrate, nitrite and an acidic medium. High nitrite concentrations do not necessarily lead to high concentrations of N-nitroso compounds. Furthermore, we conclude from both studies that neither cimetidine therapy nor proximal gastric vagotomy increases the exposure of the stomach to N-nitroso compounds.

We are grateful to Surgeon-Captain Milton-Thompson and Drs. N.F. Lightfoot and R.H. Hunt for their enthusiasm and facilities.

## REFERENCES

Bavin, P.M.G., D.W. Darkin and N.J. Viney. 1981. Total nitroso compounds in gastric juice. 7th International Meeting on N-Nitrosocompounds, Occurrence and Biological Effects. Tokyo, Sept. (to be published by IARC).

Chang, S-K., R. Kozeniauskas, G.W. Harrington. 1977. Determination of nitrite ion using differential pulse polarography. Anal. Chem. 49: 2272.

Cox, R.D. 1980. Determination of nitrate and nitrite at the parts per billion level by chemiluminescence. Anal. Chem. 52: 332.

Crean, G.P., G.B. Leslie, T.F. Walker, S.M. Whitehead and F.J.C. Roe. 1981. Safety evaluation of cimetidine: 54 month interim report on long term study in dogs. J. Appl. Tox. 1: 159.

Drasar, B.S., M. Shiner and G.M. McLeod. 1969. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. Gastroenterology 56: 71.

Eisenbrand, G. and R. Preussman. 1970. A new method for colorimetric determination of nitrosamines by cleavage of the N-nitroso group by hydrogen bromide in acetic acid. Arzneimittelforsch 20: 1513.

Giner-Sorolla, A., L.M. Anderson and J.M. Budinger. 1982. Studies of the effect of nitrosation of cimetidine. Read at 5th International Symposium on Prevention and Detection of Cancer, Sao Paulo, May.

Jensen, D.E., P.N. Magee. 1981. Methylation of DNA by nitrosocimetidine in vitro. Cancer Res. 41: 230.

Leslie, G.B., D.N. Noakes, F.D. Pollitt, F.J.C. Roe and T.F. Walker. 1981. A two-year study with cimetidine in the rat: assessment for chronic toxicity and carcinogenicity. Tox. Appl. Pharmac. 61: 119.

Lijinsky, W. 1982. Carcinogenesis studies with nitrosocimetidine. (This volume).

McCalla, D.R., A. Reuvers and R. Kitai. 1968. Inactivation of biologically active N-methyl-N-nitroso compounds in aqueous solution. Can. J. Biochem. 46: 807.

Milton-Thompson, G.J., N.F. Lightfoot, Z. Ahmet, R.H. Hunt, J. Barnard, P.M.G. Bavin, R.W. Brimblecombe, D.W. Darkin, P.J. Moore and N. Viney. 1982. Intragastric acidity, bacteria, nitrite and N-nitroso compounds before, during and after cimetidine treatment. Lancet I: 1091.

Mirvish, S.S. 1970. Kinetics of dimethylamine nitrosation in relation to nitrosamine carcinogenesis. J. Natl. Cancer Inst. 44: 633.

Mosbech, J. and A. Videbaek. 1950. Mortality from and risk of gastric carcinoma among patients with pernicious anaemia. Brit. Med. J. ii: 390.

Muscroft, T.J., D. Youngs, V. Poxon, D.W. Burdon, P.M.G. Bavin, D.W. Darkin, N.J. Viney, P.J. Moore, J. Barnard and M.R.B. Keighley. 1982. Hypochlorhydria, bacteria, nitrite and nitrosamines in gastric juice. Brit. J. Surg. 69: 289.

Nicholls, J.C. 1979. Stump cancer following gastric surgery. World J. Surg. 3: 731.

Nygard, E. M. 1946. U.S.P. 2,401,267 (Chem. Abs. 40: 6092[8]).

Oae, S., K. Shinhama and Y.H. Kim. 1979. Reactions of t-alkyl thionitrates with p-aminophenols. Chemistry Letters 1077.

Preussman, R. 1982. Carcinogenesis studies with nitrosocimetidine. (This volume).

Reed, P.I., P.L.R. Smith, K. Haines, F.R. House and C.L. Walters. 1981a. Gastric juice N-nitrosamines in health and gastroduodenal disease. Lancet II, 550.

Reed, P.I., P.L.R. Smith, K. Haines, F.R. House and C.L. Walters. 1981b. Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet II, 553.

Rheinboldt, H. 1926. Nitrosylmercaptides and thio-nitrites. Ber. 59: 1311.

Rheinboldt, H., M. Dewald and O. Diepenbruck. 1931. Actions of nitrosyl chloride on mercaptans and mercaptides - thionitrites. J. prakt. Chem. [3]: 130, 133.

Ruddell, W.S.J., E.S. Bone, M.J. Hill and C.L. Walters. 1978. Pathogenesis of gastric cancer in pernicious anaemia. Lancet I, 521.

Thayer, J.R. and R.C. Huffaker. 1980. Determination of nitrate and nitrite by high pressure liquid chromatography: comparison with other methods for nitrate determination. Analyt. Biochem. 102: 110.

Walters, C.L., R.J. Hart and S. Perse 1978. The breakdown into nitric oxide of compounds potentially derived from nitrite in a biological matrix. Z. Lebensm. Unters. Forsch. 167: 315.

Walters, C.L., R.J. Hart, L.K. Keefer and P.M. Newberne 1980. The sequential determination of nitrite, N-nitroso compounds and nitrate and its application. N-Nitroso compounds: analysis, formation and occurrence; Proc. VIth International Symposium on N-nitroso compounds, Budapest, 1979, ed. E.A. Walker et al., IARC, Lyon. IARC Scientific Publication 31, 389.

Walters, C.L., P.L.R. Smith, P.I. Reed, K. Haines and F.R. House 1981. N-Nitroso compounds in gastric juice and their relationship to gastroduodenal disease. 7th International Conference on N-Nitroso compounds, Occurrence and Biological Effects. Tokyo, Sept. (To be published by IARC).

TABLE 1

Results of nitrosamine analysis on reference compounds

| COMPOUND | CLASS | MOLAR RESPONSES |
|---|---|---|
| N-Nitrosopyrrolidine | Nitrosoalkylamine | 1.09 |
| N-Nitrososarcosine | Nitrosoamino acid | 1.02 |
| N-Nitroso-N-methylurea | Nitrosourea | 0.92 |
| N-Nitrosocimetidine | Nitrosoguanidine | 1.00 |
| 2-(N-Nitroso-N-methyl-amino)-4-pyrimidinone | Nitrosoaralkylamine | 1.18 |
| N-Nitrosocarbazole | Nitrosoarylamine | 0.55 |

TABLE 2

Comparison of results of the present method with those of Walters et al (1978)

| COMPOUND | CLASS | OUR METHOD | WALTERS ET AL |
|---|---|---|---|
| isoPropyl nitrite | Nitrite ester | 0.0 | 0.6* |
| Ethyl nitrate | Nitrate ester | - | 0 |
| 2-Methyl-2-nitrosopropane | Aliphatic nitroso | 0.03 | 0** |
| Nitroethane | Aliphatic nitro | 0.05 | 0 |
| 2-Nitropropane | Aliphatic nitro | 0.05 | |
| Propionitrolic acid | Nitrolic acid | 0.04 | 0.35 |
| 2-Nitronitroso-cyclohexane | Pseudonitrosite | 0 | 'v slow' |
| 2-Nitroso-2-nitropropane | Pseudonitrole | 1.08 | 'slow' |
| t-Butyl thionitrite | Thionitrite | 0.08 | 0 |
| t-Butyl thionitrate | Thionitrate | 0.51 | 0.25 |
| Nitroguanidine | Nitroguanidine | 0.02 | 0 |
| N-Nitrodimethylamine | Nitramine | - | 0 |
| Cyclohexanone oxime | Oxime | 0 | 0 |
| 3-Hydroxypyridine-N-oxide | | 0.02 | 0 |

* isopentyl nitrite

**under nitrogen

Confidential Information – Subject to Protective Order

Figure 1    Mean Nitrite Concentrations of Proximal Gastric Vagotomy and Control Groups.




GSKZAN0003535343

Confidential Information – Subject to Protective Order

Figure 2 Mean Total Nitroso Concentrations of Proximal Gastric Vagotomy and Control Group.



Reference 2

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 143 of 701



2.

between the treated and untreated eyes. The treated infant in the vitamin E group had one eye treated, with total regression of the retinopathy in this eye, while the untreated eye progressed to a grade II cicatrix. This form of therapy for acute RLF remains controversial.[32–34] Both photocoagulation and cryopexy have been used in an attempt to stop the development of fibrovascular proliferation and secondary retinal detachment by destroying peripheral retinal neovascularisation or by ablating the avascular retina and mesenchymal shunt. Of these two approaches, cryotherapy is the most practical since frequent lens and vitreous opacities and poor pupillary dilation make adequate photocoagulation impossible. For cryopexy to be of value it must be performed in the early acute stages of RLF. Thus, it is imperative to distinguish between those eyes destined to get permanent sequelae from those in which the process will spontaneously regress. This remains difficult.

Our results indicate that vitamin E, given in the doses used to produce the serum concentrations achieved in the present study, will significantly reduce the severity of RLF and of blindness secondary to RLF, while not affecting its frequency. We recommend, on the basis of this and previous studies,[4,5,14,16] that vitamin E be given within 24 h of birth, in doses to produce serum tocopherol concentrations at least above 1·2 mg/dl, to all infants with a birth-weight of less than 1250 g who are exposed to supplemental oxygen, and that its use be continued for infants with evidence of active RLF. Further studies are necessary to determine the mechanism of action of vitamin E, the minimum effective dose, blood level, and the earliest age at which this level should be achieved, and the role of surgery for established progressive active RLF. The prevention of serious eye sequelae, especially blindness, is more important than a reduction in the incidence of RLF in the nursery, and the eye diagnosis on follow-up when RLF is quiescent should be used to assess the success of treatment of RLF.

We thank Dr Keith Walker, director, Division of Biochemistry, University of Alberta Hospital, Edmonton, Alberta, for determining vitamin E levels; and Hoffman-La Roche Limited, Vaudreuil, Quebec, Canada for providing the vitamin E, and Mrs M. Snelling for excellent secretarial assistance.

Correspondence should be addressed to N. F., Department of Neonatology, Royal Alexandra Hospital, 10240 Kingsway Avenue, Edmonton, Alberta T5H 3V9, Canada.

REFERENCES

1. Terry TL. Extreme prematurity and fibroblastic overgrowth of persistent vascular sheath behind each crystalline lens: I. Preliminary report. *Am J Ophthalmol* 1942; 25: 203–04.
2. Phelps DL. Retinopathy of prematurity: An estimate of vison loss in the United States—1979. *Pediatrics* 1981; 67: 924–26.
3. Owens WC, Owens EU. Retrolental fibroplasia in premature infants. ii. Studies on the prophylaxis of the disease: The use of alpha tocopheryl acetate. *Am J Ophthalmol* 1949; 32: 1631–37.
4. Johnson L, Schaffer D, Boggs TR. The premature infant, vitamin E deficiency, and retrolental fibroplasia. *Am J Clin Nutr* 1974; 27: 1155–73.
5. Johnson L, Schaffer D, Boggs TR, Quinn G, Mathis M. Vitamin Rx of retrolental fibroplasia (RLF) Grade III or worse. *Pediatr Res* 1980; 14: 601 (abstr).
6. Dubowitz LMS, Dubowitz V, Goldberg C. Clinical assessment of gestational age in the newborn infant. *J Pediatr* 1970; 77: 1–10.
7. Finer NN, Stewart AR. Continuous transcutaneous oxygen monitoring in the critically ill neonate. A controlled clinical trial. *Crit Care Med* 1980; 8: 319–23.
8. Northway WH, Rosen RC, Porter DY. Pulmonary disease following respirator therapy of hyaline membrane disease. *New Engl J Med* 1967; 276: 357–68.
9. Payne JW, Patz A. Current status of retrolental fibroplasia. *Ann Clin Res* 1979; 11: 205–21.
10. Halliday HL, Hirata T, Brady JP. Indomethacin therapy for large patent ductus arteriosus in the very low birth weight infant: Results and complications. *Pediatrics* 1979; 64: 154–59.
11. Kinsey VE, Arnold HJ, Kalina RE, et al. $P_aO_2$ levels and retrolental fibroplasia: A report of the cooperative study. *Pediatrics* 1977; 60: 655–68.
12. Gunn TR, Metrakos K, Riley P, Willis D, Aranda JV. Sequelae of caffeine treatment in preterm infants with apnea. *J Pediatr* 1979; 94: 106–09.
13. Gunn TR, Easdown J, Outerbridge EW, Aranda JV. Risk factors in retrolental fibroplasia. *Pediatrics* 1980; 65: 1096–1100.

*References continued at foot of next column*

# INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

G. J. MILTON-THOMPSON* N. F. LIGHTFOOT
Z. AHMET R. H. HUNT

*Department of Gastroenterology, Royal Naval Hospital, Haslar, Gosport, Hampshire*

J. BARNARD P. M. G. BAVIN
R. W. BRIMBLECOMBE D. W. DARKIN
P. J. MOORE N. VINEY

*Smith Kline & French Research Limited, The Research Institute, Welwyn Garden City, Hertfordshire*

**Summary** Eight healthy subjects were studied half-hourly or hourly for 24 h periods before, during, and after cimetidine treatment. No significant differences in intragastric bacterial counts or bacterial species or in intragastric nitrite or N-nitroso-compound concentrations were found as a result of cimetidine treatment. Bacterial counts and nitrite concentrations tended to increase with pH, but N-nitroso-compound concentrations did not. This study provides no evidence that cimetidine treatment may increase the risk of gastric carcinoma by raising N-nitroso-compound concentrations.

*Present address: Deputy Medical Director General (Naval), Ministry of Defence, First Avenue House, High Holborn, London WC1V 6HE.

PROFESSOR FINER AND OTHERS: REFERENCES—*continued*

14. Hittner HM, Godio LB, Rudolph AJ, et al. Retrolental fibroplasia: Efficacy of vitamin E in a double-blind clinical study of preterm infants. *N Engl J Med* 1981; 305: 1365–71.
15. McCormick AQ. Retinopathy of prematurity. *Curr Probl Pediatr* 1977; 7: 1–28.
16. Curran JS, Cantolino SJ: Vitamin E (injectable) administration in the prevention of retinopathy of prematurity. Evaluation with fluorescein angiography and fundus photography. *Pediatr Res* 1978; 12: 404 (abstr).
17. McClung J, Backes C, Lavin A, Kerzner B. Prospective evaluation of vitamin E therapy in premature infants with hyaline membrane disease (HMD). *Pediatr Res* 1980; 14: 604 (abstr).
18. Ashton N, Ward B, Serpell G. Role of oxygen in the genesis of retrolental fibroplasia: Preliminary report. *Br J Ophthalmol* 1953; 37: 513–20.
19. Phelps DL, Rosenbaum AL. Role of tocopherol in oxygen-induced retinopathy: Kitten model. *Pediatrics* 1977; 59: 998–1005.
20. Phelps DL, Rosenbaum AL. Vitamin E in kitten oxygen-induced retinopathy. II. Blockage of vitreal neovascularization. *Arch Ophthalmol* 1979; 97: 1522–26.
21. Ehrlich HP, Tarber H, Hunt TK. Inhibitory effects of vitamin E on collagen synthesis and wound repair. *Ann Surg* 1972; 175: 235–40.
22. Fong JSC. Alpha-tocopherol. Its inhibition on human platelet aggregation. *Experientia* 1976; 32: 639–41.
23. Stuart MJ, Graeber JE, Clark DA. Neonatal vascular prostaglandin I, and plasma prostaglandin I, regenerating activity. Retinopathy of Prematurity Conference. Washington, D.C., 1981, 194–206.
24. Bougle D, Vert P, Reichart E, Hartemann D, Heng EL. Retinal superoxide dismutase activity in newborn kittens exposed to normobaric hyperoxia. Retinopathy of Prematurity Conference. Washington, D.C., 1981, 227–42.
25. Majima A, Takada M. Experimental studies on the cause of retinopathy of prematurity and the preventive effect of vitamin E. Retinopathy of Prematurity Conference. Washington, D.C., 1981, 717–43.
26. Phelps DL. Local and systemic reactions to the parenteral administration of vitamin E. *Dev Pharmacol Ther* 1981; 2: 156–71.
27. Ehrenkranz RA, Bonta BW, Ablow RC, Warshaw JB. Amelioration of bronchopulmonary dysplasia after vitamin E administration. *N Engl J Med* 1978; 299: 564–69.
28. Ehrenkranz RA, Ablow RC, Warshaw JB. Prevention of bronchopulmonary dysplasia with vitamin E administration during the acute stages of respiratory distress syndrome. *J Pediatr* 1979; 95: 873–78.
29. Shahinian L, Malachowski N. Retrolental fibroplasia. A new analysis of risk factors based on recent cases. *Arch Ophthalmol* 1978; 96: 70–74.
30. Ramenofsky ML, Leape L. $PaO_2$ and retrolental fibroplasia. *Pediatrics* 1978; 62: 859.
31. Finer NN, Tomney PM. A controlled evaluation of muscle relaxation in the neonate. *Pediatrics* 1981; 67: 641–46.
32. Hindle NW, Leyton J. Prevention of cicatricial retrolental fibroplasia by cryotherapy. *Can J Ophthalmol* 1978; 13: 277–82.
33. Grunwald E, Yassur Y, Ben-Sira I. Buckling procedures for retinal detachment caused by retrolental fibroplasia in premature babies. *Br J Ophthalmol* 1980; 64: 98–101.
34. Kingham JD. Acute retrolental fibroplasia: II. Treatment by cryo surgery. *Arch Ophthalmol* 1978; 96: 2049–53.

Confidential Information – Subject to Protective Order

GSKZAN0003535346

## Introduction

SEVERAL groups of patients, including those with pernicious anaemia[1,2] and those who have had partial gastric resection,[3] are at greater than normal risk of gastric cancer. The risk is also greater in certain populations, for example, in parts of Colombia[4] and China,[5] and in Worksop, England,[6] in areas where the concentration of nitrate in the drinking water is high and there is also a raised incidence of atrophic gastritis. The common factor in all these high-risk conditions is hypochlorhydria or achlorhydria. The hypothesis put forward[7] to explain the association between reduced gastric acidity and a greater than normal risk of gastric carcinoma postulates that a reduction in gastric acidity allows intragastric proliferation of bacteria able to reduce nitrate in the diet and in saliva to nitrite. The raised intragastric nitrite concentrations which result promote faster nitrosation of dietary amines and hence higher concentrations of N-nitroso compounds, some of which are mutagenic and carcinogenic in animals.

There has been speculation that the histamine $H_2$ receptor antagonist cimetidine might, by reducing gastric secretion, produce an intragastric environment similar to that of pernicious anaemia and postsurgical states and hence a similarly raised risk of gastric carcinoma.[8] Several studies have reported increases in bacterial counts,[9-12] nitrite concentration,[10,12] and N-nitroso-compound concentration[12,13] during cimetidine treatment, but most of these studies relied on single samples of gastric juice obtained after an extended overnight fast and often also after a morning dose of cimetidine. The conditions under which these studies were conducted are unlikely to represent those prevailing in the stomach throughout 24 h in the ambulatory, regularly fed subject. We therefore studied the effect of cimetidine treatment on intragastric bacterial counts and species, nitrite concentrations, and concentrations of N-nitroso compounds throughout a 24 h period.

## Patients and Methods

### *Patients*

Eight healthy subjects who had no history of peptic ulcer disease or of previous cimetidine treatment were studied throughout four separate 24 h periods: (i) before receiving any treatment (control); (ii) on the last day of 2 weeks' treatment with cimetidine 1 g/day, 200 mg after meals at 0915 h, 1345 h, and 1745 h and 400 mg at 2200 h (full dose); (iii) on the last day of 2 weeks' treatment with cimetidine 400 mg at 2200 h (maintenance); and (iv) 5 weeks after withdrawal of cimetidine treatment (post-treatment). Subjects ate identical meals and snacks at standard times on each study day (fig. 1). All food for the study was bought in bulk to reduce any variation in content, particularly of nitrate. Regular smokers were allowed to smoke during the study, cigarette consumption being noted on the first study day and the pattern being repeated on subsequent study days.

Gastric juice was sampled via an in-dwelling nasogastric tube, half-hourly during the day (0900–2400 h) and hourly overnight (2400–0800 h). The pH of each sample was measured by a combined glass electrode (Radiometer, Copenhagen) and nitrite and N-nitroso-compound concentrations were determined. Microbiological analysis was carried out on samples taken hourly from four of the subjects.

### *Methods*

*Bacteriology.*—Gastric-juice samples were collected into sterile gassed-out sample bottles, mixed on a vortex mixer to break up mucus and food and to disperse the microorganisms, and immediately placed inside an anaerobic chamber (Programmed Anaerobic Controlled Environment, Labline Instruments, Inc.) in




**Fig. 1—Mean pH over 24 h.**

B = breakfast; L = lunch; D = dinner. Shaded area represents control period, ---- represents full-dose period, and —— represents maintenance period.

which all subsequent manipulations of the specimen took place. Specimens were not stored before processing. Total counts of all bacteria and *Candida* spp. were made by means of a variety of selective and non-selective media after incubation at 37°C in either an anaerobic atmosphere or 7% carbon dioxide. The nitrate reductase activity of each type of colony was assayed, and all types of colony found in two of the subjects throughout the study were fully identified.

*Nitrite concentrations.*—The pH of the gastric-juice samples was immediately adjusted to more than pH 7 with borax to prevent destruction of nitrite, and they were stored at −10°C until approximately 1 week later, when they were analysed by polarography.

*Concentrations of N-nitroso compounds* in gastric juice were measured by the method of Bavin et al.[14] Samples were prepared by adding hydrazine sulphate to destroy any nitrite present and titrating to pH 4. One aliquot was added to HBr/acetic acid, and the nitric oxide evolved measured by a chemiluminescent method to give a figure for total N-nitroso compounds. This analysis was completed within 5 min of the sample being taken. The remainder of the treated sample was stored in an amber vial for 5 days and then re-analysed to measure stable N-nitroso compounds. With this method the total N-nitroso compounds can be expected to include both the stable and the unstable N-nitroso compounds, such as the nitrosamides and the nitrosoureas.

*Statistical analysis.*—The area under the curve, where the response was plotted against time, was calculated for each parameter for each subject on each study day and the areas were divided by the time spanned to give area under the curve per min. An analysis of variance was carried out by means of a log transformation of this figure, taking into account differences between individuals and between treatment periods.

## Results

### *Hydrogen-ion Concentration and pH*

Cimetidine treatment significantly reduced ($p<0 \cdot 01$) the mean area under the hydrogen-ion concentration curve by 52·2% during the full-dose period and by 43·3% during the maintenance period. The buffering effect of food was seen during the day in each treatment period (fig. 1). Overnight mean pH on cimetidine treatment was approximately 2, but in some subjects occasional samples of higher pH, up to pH 7, were found: such high values were, however, found rarely and intermittently. Values of pH 4 or more were found in no more than two consecutive hourly samples in seven of the subjects; in the eighth subject during full-dose cimetidine treatment values of pH 4 or more were found from 4 A.M. to 8.30 A.M. The percentage of samples of pH 4 or more during cimetidine treatment was 20% on full dose and 12% on maintenance; before and after cimetidine treatment it was 9% and 7%, respectively.

Confidential Information – Subject to Protective Order GSKZAN0003535347

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 145 of 701






**Fig. 2—Bacterial counts over 24 h for 2 subjects (A, left; B, right) during control and full-dose periods.**
Shaded area represents pH, —— represents nitrate-reducing bacterial count. —·—·— represents total bacterial count.

*Bacteriology*

There was no significant difference between the treatment periods in total or nitrate-reducing bacterial counts. Nitrate-reducing bacteria accounted for 5 to 50% of the total bacterial count. Fig. 2 shows total and nitrate-reducing bacterial counts for two of the subjects (A and B) during the control and full-dose treatment periods. The pattern of pH and bacterial counts seen during the day in these subjects was typical of all subjects during all treatment periods; pH values and bacterial counts were closely related to meals, counts of nitrate-reducing bacteria rising to $10^5$ or $10^6$ immediately after a meal and falling, usually to zero, before the next meal. Overnight, counts of nitrate-reducing bacteria were low in all subjects, but there were high counts (of $10^5$ or greater) for short periods of time in association with higher pH values. In subject A few samples were of high pH, and bacterial counts were low, most of the organisms isolated being non-nitrate-reducing lactobacilli. Subject B was one of the subjects who had occasional samples of high pH during cimetidine treatment, but neither high pH values nor high bacterial counts were maintained.

The range of counts of genera of bacteria isolated varied between subjects (see table), but there was no significant variation in counts or genera in relation to cimetidine treatment. These counts reflect the normal flora of the oral cavity. Coliform organisms and faecal streptococci were not isolated.

BACTERIA ISOLATED

| Genus | Range of counts (log) |
|---|---|
| *Neisseria* | 1·0–5·0 |
| *Corynebacterium* | 3·0–4·3 |
| *Streptococcus* | 1·5–7·0 |
| *Staphylococcus* | 1·0–4·5 |
| *Acinetobacter* | 1·0–2·0 |
| *Lactobacillus* | 1·5–5·4 |
| *Fusobacterium* | 1·0–5·0 |
| *Bacteroides* | 1·2–6·3 |
| *Veillonella* | 2·5–6·2 |
| *Bifidobacterium* | 1·5–5·5 |

*Candida* spp. were also isolated: log. counts ranged from 1·1–1·5.

*Nitrite Concentrations*

Nitrite concentration varied greatly during each 24 h period and between subjects. Concentrations ranged from 0–90·9 μmol/l, but in 95% of samples the concentration was less than 10 μmol/l (lower limit of detection, 0·4 μmol/l). There was a positive correlation between pH and nitrite concentration (fig. 3); however, statistical analysis of area under the curve per minute for nitrite concentration




**Fig. 3—Histogram showing correlation between nitrite concentration (median + range) and pH.**
n = no. samples.

Confidential Information – Subject to Protective Order GSKZAN0003535348




**Fig. 4—Median total N-nitroso-compound concentration over 24 h.**
Peak off scale = 40 nmol/ml.
Key: fine broken line = control period; fine solid line = maintenance treatment; bold broken line = full-dose treatment; bold solid line = post-treatment period; shaded area = range during control period.

throughout 24 h showed no significant difference between the treatment periods.

*N-Nitroso Compounds*

Stable N-nitroso-compound concentrations varied throughout each 24 h period and also between subjects, mean concentrations ranging from 0·1 to 2·8 nmol/ml. Statistical analysis of stable N-nitroso-compound concentrations throughout 24 h showed no significant difference between treatment periods.

Total N-nitroso-compound concentrations were higher than stable N-nitroso-compound concentrations, and the variation throughout each 24 h period and between subjects was greater (fig. 4). Mean concentrations ranged from 0·1 to 6·1 nmol/ml, but individual values were often much higher, and in one subject a concentration of 40 nmol/ml was recorded (during the control period). Statistical analysis of total N-nitroso-compound concentrations over 24 h showed no significant difference between treatment periods (fig. 4). There was no tendency for total N-nitroso-compound concentration to increase with pH (fig. 5). The same was true for stable N-nitroso compounds.

## Discussion

The N-nitroso compounds include stable N-nitrosamines and relatively unstable nitrosamides and nitrosoureas,[15] some of which are carcinogenic in animals. N-nitrosamines act as distant carcinogens, showing organ specificity which varies with species. Little is known about the carcinogenicity or target organ of any N-nitrosamine in man. By contrast, N-nitrosamides and N-nitrosoureas are direct-acting carcinogens and are thought more likely to be involved in the development of gastric carcinoma. The instability of these compounds, however, means that their measurement, particularly in gastric juice, has proved extremely difficult.[16]

There are no previous data on concentrations of tota N-nitroso compounds (stable and unstable) in gastric juice. / recent study[17] using an analysis which detected the mor stable nitroso compounds claimed a correlation betwee




**Fig. 5—Histogram showing no correlation between total N-nitroso-compound concentration (median + range) and pH.**
n = no. samples.

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 147 of 701



intragastric pH and N-nitroso-compound concentration, concentrations being highest in patients with pernicious anaemia, gastric carcinoma, and partial gastrectomy. Much of the evidence in support of the unifying hypothesis has come from data on bacteria and nitrite concentrations in gastric juice.

The growth of bacteria in the stomach is pH dependent,[18,19] and raised bacterial counts have been found in patients with pernicious anaemia[7] and after gastric resection.[20] Intragastric nitrite concentration has also been shown to be pH dependent, and significantly increased concentrations have been reported in achlorhydric and hypochlorhydric stomachs.[21,22] These studies also demonstrated high bacterial counts and nitrite concentrations in association with gastric carcinoma itself.

It is interesting to compare the results of several studies[9-13] on intragastric bacterial counts, nitrite concentrations, and N-nitroso-compound concentrations during cimetidine treatment with those of our study. Bacterial counts in all studies, including ours, have shown the expected relation to pH; higher numbers of bacteria are found at or above pH 4. Some studies have reported a significant increase in bacterial count during cimetidine treatment.[9,11,12] These results were based on single samples of gastric juice obtained at endoscopy after an overnight fast and a morning dose of cimetidine. The pH of these samples was high (median pH 6), and bacterial counts therefore also high.

In our study, which did not rely on single fasting samples, pH was rarely high during cimetidine treatment. The 52% reduction in hydrogen-ion concentration with full-dose cimetidine, though less than the reductions reported in some studies (e.g., that of Pounder et al.[23]), is similar to that found in other studies, (e.g., that of Burland et al.[24]). The response to cimetidine in normal subjects varies considerably between individuals and between the sexes and hence varies from study to study. In our study only 20% and 12% of samples were of pH 4 or greater on full-dose and maintenance treatment, respectively. High bacterial counts consequently were also found rarely, and there was no significant increase in bacterial counts over the 24 h sampling period during cimetidine treatment; this finding agrees with those of Muscroft et al.,[25] who also studied subjects who had fed and fasted.

We found high counts of nitrate-reducing bacteria; all were organisms commonly found in saliva, and no coliform organisms or faecal streptococci were detected. As high bacterial counts were rarely detected in consecutive samples, there was no evidence of bacterial colonisation.

Intragastric nitrite concentrations also vary with pH,[21] and in single-sample studies significant rises during cimetidine treatment have been reported.[10,12] Although the relation between nitrite concentration and pH was also demonstrated in this study, no significant increase in nitrite concentration during the 24 h period was seen with cimetidine treatment.

Reed et al.[17] reported a correlation between N-nitroso compounds and pH and found that N-nitroso-compound concentrations were significantly greater in patients receiving cimetidine than they were before treatment.[13] Stockbrugger et al.[12] also reported that N-nitroso-compound concentrations were significantly raised by cimetidine treatment. Both studies used single samples of gastric juice and an analytical method which would not have detected unstable N-nitroso compounds.

The analytical method we used detects both stable and unstable N-nitroso compounds[14] and the concentrations found were considerably higher than concentrations previously reported.[12,13,17] No significant increase in total or stable N-nitroso-compound concentrations was found throughout a 24 h period during cimetidine treatment. We found pronounced variation between subjects and also great variation throughout the day and night suggesting that the range of concentrations of N-nitroso compounds in health is very wide. These variations were not related to changes in other parameters measured, and there was no tendency for concentrations of total or stable N-nitroso compounds to increase with pH. In fact N-nitroso-compound concentrations were highest at pH 1–3, which is the optimum pH range for acid-catalysed chemical nitrosation.

These findings are at variance not only with previous work[17] but also with the unifying hypothesis which postulates that reduced gastric acidity results in raised N-nitroso-compound concentration. Further work must be done in those groups of patients known to be at high risk of gastric carcinoma to determine N-nitroso-compound concentrations, not only in the fasting state but throughout the day and night when a normal diet is taken.

We thank Philip E. Sparrow and Celia M. Parsons for statistical analysis.

Correspondence should be addressed to G. J. M.-T., Deputy Medical Director General (Naval), Ministry of Defence, First Avenue House, High Holborn, London WC1V 6HE.

REFERENCES


1. Mosbech J, Videbaek A. Mortality from and risk of gastric carcinoma among patients with pernicious anaemia. *Br Med J* 1950; ii: 390.
2. Blackburn EK, Callender ST, Dacie JV, et al. Possible association between pernicious anaemia and leukaemia: a prospective study of 1,625 patients with a note on the very high incidence of stomach cancer. *Int J Cancer* 1963; 3: 163–70.
3. Nicholls JC. Stump cancer following gastric surgery. *World J Surg* 1979; 3: 731–36.
4. Correa P, Haenszel W, Cuello C, Tannenbaum S, Archer M. A model for gastric cancer epidemiology. *Lancet* 1975; ii: 58–60.
5. Xu Guang-Wei JR. Gastric cancer in China: a review. *Soc Med* 1981; 74: 210–11.
6. Hawksworth G, Hill MJ. Bacteria and the N-nitrosation of secondary amines. *Br J Cancer* 1971; 25: 520–26.
7. Ruddell WSJ, Bone ES, Hill MJ, Walters CL. Pathogenesis of gastric cancer in pernicious anaemia. *Lancet* 1978; i: 521–23.
8. Ruddell WSJ. Gastric cancer in patients who have taken cimetidine. *Lancet* 1979; i: 1234.
9. Ruddell WSJ, Axon ATR, Findlay JM, Bartholomew BA, Hill MJ. Effect of cimetidine on the gastric bacterial flora. *Lancet* 1980; i: 672–74.
10. Muscroft TJ, Youngs D, Poxon V, et al. Hypochlorhydria, bacteria, nitrite and nitrosamines in gastric juice. *Br J Surg* 1980; 67: 817.
11. Deane S, Youngs D, Poxon V, Keighley MRB, Alexander-Williams J, Burdon DW. Cimetidine and gastric microflora. *Br J Surg* 1980; 67: 371 (abstr. 51).
12. Stockbrugger RW, Eugenides N, Bartholomew BA, et al. Cimetidine treatment, intragastric bacterial overgrowth and its consequences. *Gastroenterology* 1981; 80: 1295 (abstr).
13. Reed PI, Smith PLR, Haines K, House FR, Walters CL. Effect of cimetidine on gastric juice N-nitrosamine concentration. *Lancet* 1981; ii: 553–56.
14. Bavin PMG, Darkin DW, Viney NJ. Total nitrosocompounds in gastric juice. 7th International Meeting on Nitrosocompounds, IARC, Tokyo, September, 1981. Lyons: IARC (in press).
15. Hill MJ. Bacterial metabolism and human carcinogenesis. *Br Med Bull* 1980; 36: 89–94.
16. Ruddell WSJ, Walters CL. Nitrite and N-nitroso compounds in gastric juice. *Lancet* 1980; i: 1187.
17. Reed PI, Smith PLR, Haines K, House FR, Walters CL. Gastric juice N-nitrosamines in health and gastrointestinal disease. *Lancet* 1981; ii: 550–52.
18. Drasar BS, Shiner M, McLeod GM. Studies in the intestinal flora. I. The bacterial flora of the gastrointestinal tract in healthy and achlorhydric persons. *Gastroenterology* 1969; 56: 71–79.
19. Gray JDA, Shiner M. Influence of gastric pH on gastric and jejunal flora. *Gut* 1967; 8: 574–81.
20. Deane S, Gatehouse D, Youngs D, Burdon DW, Alexander-Williams J, Keighley MRB. Bacterial flora of the post-operative stomach. *Gut* 1979; 20: A931.
21. Ruddell WSJ, Bone ES, Hill MJ, Blendis LM, Walters CL. Gastric juice nitrite. A risk factor for cancer in the hypochlorhydric stomach. *Lancet* 1976; ii: 1037–39.
22. Jones SM, Davies PW, Savage A. Gastric juice nitrite and gastric cancer. *Lancet* 1978; i: 1355.
23. Pounder RE, Williams JG, Milton-Thompson GJ, Misiewicz JJ. Effect of cimetidine on 24-hour intragastric acidity in normal subjects. *Gut* 1976; 17: 133–38.
24. Burland WL, Brunet PL, Hunt RH, et al. Comparison of the effects on 24-hour intragastric acidity of SK&F 92994 and two dose regimens of cimetidine. XI International Congress of Gastroenterology, 1980, Hamburg. *Hepatogastroenterology* (Suppl. E32); 10: 259.
25. Muscroft TJ, Youngs DJ, Burdon DW, Keighley MRB. Cimetidine is unlikely to increase formation of intragastric N-nitrosocompounds in patients taking a normal diet. *Lancet* 1981; i: 408–10.


Confidential Information – Subject to Protective Order GSKZAN0003535350

Reference 3

CONFIDENTI

SK&F

3.

The Research Institute

Smith Kline & French Research Limited

Cimetidine (SK&F 92334)

# An investigation of changes in gastric microflora, concentrations of nitrite, nitrate and N-nitrosocompounds in patients with gastric or duodenal ulceration receiving treatment with cimetidine

Protocol: 334/E/UK/37/03/GI

D.S. Cole B.Sc. PhD
Clinical Research & Development
Welwyn

Circulation:

Dr A Astaldi
Dr V Balmer
Dr J Barnard
Dr M J Boyce
Dr R W Brimblecombe
Dr W L Burland
Dr B F Clowdus
Dr S Crooke
Mr G Danielsson
Dr T G Davis
Dr C R Ganellin
Dr P Johnson
Dr S Laguna
Dr K K Manghani
Dr M Marchetti
Miss J G Mills
Mr D J Minter
Dr A M Roe
Dr M A Simkins (14)
Dr O Streurman
Dr S Sullman
Dr M Teule

R042
April 1982

Document Coordination Unit, F 122

© SmithKline Corporation 1982

## SUMMARY

Twenty five patients with duodenal or gastric ulceration were examined for bacterial colonisation, acid output, concentrations of nitrite and nitrate, and N-nitrosocompounds before and after a six week course of cimetidine 1.0 g/day. A smaller number of patients were re-examined after a period of maintenance treatment. Statistically significant changes in pH, acid output, nitrite concentration and N-nitrosocompound concentration were demonstrated when pre-treatment values were compared with those after six and, in some cases, 18 weeks.

These results are discussed in the context of other published data from similar studies.

INVESTIGATORS

Dr. P.B. Cotton
Dr. R.W. Stockbrugger
Dr. N. Eugenides
Gastrointestinal Unit
The Middlesex Hospital
London

Mrs. B.A. Bartholomew
Dr. M.J. Hill
Central Public Health Laboratory
Bacterial Metabolism Research Laboratory
Colindale
London

Dr. C.L. Walters
Leatherhead Food Research Association
Leatherhead
Surrey

## INTRODUCTION

Achlorhydria is known to allow colonisation of the upper intestine by organisms which are normally only found in the lower small intestine and colon. Gastric achlorhydria can arise in patients having gastric carcinoma, benign gastric ulcer and those who have had gastric surgery or who have pernicious anaemia. The $H_2$ receptor antagonist, cimetidine, by inhibiting the output of gastric acid could also be a factor predisposing the stomach to bacterial growth.

Certain micro-organisms (including a variety of bacterial genera as well as some yeasts) assimilate inorganic nitrogen, as nitrate, into ammonia by means of nitrate reductase which reduces nitrate to nitrite, and nitrite reductase which converts nitrite to ammonia[1]. During the metabolism of these organisms, therefore, nitrite may be produced which is available for the nitrosation of dietary amines to yield potentially carcinogenic N-nitrosocompounds. It has been

postulated that the metabolic activity of nitrate-reducing micro-organisms in the stomach could, by generating N-nitrosocompounds, increase the risk of gastric cancer, and that this risk may be accentuated by treatment with cimetidine[2].

The present study investigated the effect of a six week course of cimetidine 1.0 g/day on intragastric microbial flora, inorganic nitrogen (nitrite and nitrate) and N-nitrosocompound concentrations in patients with peptic ulceration. Assays were repeated after a period of further treatment at maintenance dosage (400 mg nocte) for either four or twelve weeks.

## METHODS

The nature of the trial was fully explained to each patient prior to entry and consent obtained. Each patient was informed of his right to withdraw from the study at any time. Patients' general practitioners were informed of the patients' inclusion in the study by the investigator. Ethical approval was given by the Clinical Investigation Panel at the Middlesex Hospital.

Patients were selected for the study on the basis of having endoscopically proven duodenal or gastric ulceration and having received no treatment with cimetidine in the previous 28 days. Excluded were pregnant or nursing mothers, patients with concomitant serious illness, and those who had taken antibiotics or immunosuppresive drugs within four weeks prior to entering the trial.

### Primary endoscopy and secretion studies

In patients with gastric ulceration, cytology and multiple biopsies were taken from the area of the ulcer to exclude the possibility of malignancy. Within a few days of endoscopy the patient returned for gastric analysis. On the evening before this and subsequent analyses, patients were instructed to ensure that they consumed only a standard meal (the suggested one being 1 egg, chips, two slices of white bread

and butter, and tea) between 6.00 p.m. and midnight and then fast until after the samples had been obtained. Non-antiseptic lignocaine gel was applied intranasally prior to passage of the nasogastric tube. Basal gastric juice was collected by an aseptic technique for microbiological and biochemical examination, as detailed below. Basal acid output and pentagastrin stimulated peak acid output was measured.

Following endoscopy and secretion studies, patients were treated with cimetidine 200 mg t.d.s. and 400 mg nocte for six weeks.

Repeat studies at the end of six weeks

Repeat tests were undertaken in the morning in the fasting state, the patient having taken the last 200 mg cimetidine tablet two hours before intubation. Endoscopy was performed, and patients with unhealed ulcers were excluded from further study.

Maintenance treatment

Patients with healed ulcers were randomly allocated to receive cimetidine 400 mg nocte for four weeks and no treatment for a further eight weeks, or cimetidine 400 mg for twelve weeks. Gastric analyses were repeated after twelve weeks in patients whose ulcers had previously healed, the last tablets of cimetidine being taken on the evening prior to the test day in those patients receiving maintenance treatment for the twelve week period.

Microbiology

Specimens were taken without delay to the microbiology department of the Middlesex Hospital. Gastric contents were diluted with broth, and viable organisms were estimated by the Miles and Misra technique on blood agar and McConkey media, incubated aerobically at 37$^{o}$C. Organisms were identified using standard techniques.

Nitrite and Nitrate analysis (assays performed at Colindale)

5 ml of gastric juice was buffered to pH 9.4 with 5% borax buffer. The sample was deproteinised using zinc acetate in acetic acid and potassium ferrocyanide solution. Alumina cream was employed to remove the colour from the gastric juice, and nitrite was measured by means of the diazo compound formed between sulphanilic acid and N-1-naphthylethylene diamine di-CHl[3]. Nitrite was determined after conversion to nitrite by incubating the deproteinised, decolourised gastric juice with a bacterial suspension of E.coli having high nitrate reductase activity.

Nitrate-reducing bacteria (assays performed at Colindale)

0.5 ml of gastric juice was inoculated into 4.5 ml glycerol broth and frozen. Samples were stored at $-20^{o}C$ until bacteriological studies were carried out. Nitrate reducing activity was assessed by the method of Cowan and Steel[4], and the number of nitrate-reducing organisms was obtained by reference to 'Mean Probable Number' tables.

N-Nitrosocompounds

Sulphamic acid was added at a concentration of 0.5% $^{w}/_{v}$ to the residue of about 10 ml gastric juice, to prevent nitrosation during storage and transport to Leatherhead. N-Nitrosocompounds were extracted into ethyl-acetate from the acidified juice; thus any such compounds with a basic function were not included in the extraction. N-Nitrosocompounds were determined by the group selective procedures of Walters et al[5], in which such compounds are denitrosated selectively to nitric oxide for measurement using a chemiluminescence analyser.

Gastric secretion tests

Small amounts of gastric juice were used to estimate the pH to the nearest half unit by pH paper. Basal secretion was measured during four 15 minute periods and the maximal secretion for another hour

after an intramuscular injection of pentagastrin (6 μg/kg body weight im). Gastric acid output was expressed as basal acid output (BAO)/h and peak acid output (PAO)/h after measuring the volume and hydrogen ion concentration of each sample.

## Statistical analysis

Paired t-tests were used to compare the initial, 6 week and (in some cases) 18 week data for acid output, nitrate and N-nitrosocompounds. Wilcoxon matched-pairs signed ranks tests were used to analyse changes in pH, bacterial count, nitrite and nitrate-reducing bacterial count.

In each case, patents with incomplete data were excluded from the analysis. The number of patients examined after 18 weeks was small, and divided unequally into the two treatment groups (maintenance for four or twelve weeks). Statistical comparisons between results at 0 and 12 weeks were only possible when a sufficient number of patients with paired data were available.

## PATIENTS

Twenty-five patients (19 males and 6 females) entered the trial. Details of the patient population are given in Table 1. Nine of the 25 patients had received treatment with cimetidine prior to entering the study. In five, the interval elapsed since ending cimetidine treatment was two months or more. In a sixth the interval elapsed was not recorded. Two patients had received treatment with cimetidine at full-dose (1.0 g/day) within 28 days of entering the trial. Patient 19 had taken a six-week course of cimetidine which ended four months before entering the study and then intermittent treatment up to one week before. A second (patient 20) had taken cimetidine 1.0 g/day for seven days prior to being admitted to the trial, and suffered upper gastrointestinal bleeding 24 hours prior to the first gastric secretion tests. As both of these patients contravened the exclusion criteria in the protocol they have been omitted from later consideration in this report. However, they are included in the

manuscript of Stockbrugger and co-workers reporting this study, submitted for publication to 'Gut'[6]. An additional patient (No. 8) had received maintenance treatment (400 mg nocte) until shortly before entering the study. The reader should note that differences in results exist between this report and the investigators' manuscript because of the discrepancy in patient populations considered for analysis.

Of the 23 patients described here, 13 had duodenal ulcers, 6 had gastric ulcers, 2 had pre-pyloric ulcers and two had a duodenal ulcer together with a pre-pyloric ulcer.

## RESULTS

### Ulcer healing

Nineteen of the 23 patients' ulcers healed after a six week course of cimetidine 1.0 g/day.

### Subsequent treatment

Eleven of the 19 patients having healed ulcers continued in the study and were re-examined after twelve weeks. Eight patients received maintenance treatment (400 mg nocte) for 12 weeks, whilst three took cimetidine 400 mg at night for four weeks followed by no treatment for a further eight weeks. No reason was given by the investigators for this uneven distribution into the two treatment groups.

In addition, patient 8, whose gastric ulcer failed to heal within 6 weeks, continued to receive cimetidine 1.0 g/day for the full three months.

### Acid output

All of the patients showed a fall in BAO at the end of six weeks. The mean BAO of 21 patiets fell from 6.33 mmol/h pre-treatment to 1.74 mmol/h after six weeks, the change being highly significant

($p < 0.001$). Similarly, mean PAO of 21 patients showed a highly significant fall ($p < 0.001$), from 33.62 mmol/h initially to 21.34 at week six.

pH

The median pH value rose significantly ($p < 0.01$) at six weeks in 22 patients who had paired week 0 and week 6 results, from 1.5 to 6 pH units. A comparison of eight patients with paired values at weeks 0 and 18, who had taken cimetidine 400 mg for twelve weeks after healing, also showed a significant rise ($0.02 < p < 0.05$). No analysis was possible of the three patients who had taken maintenance treatment for four weeks after healing, although the pH values were little changed compared to pre-treatment values (1.5 and 1.0 for week 0 and 18 respectively in two cases, and 2.0 and 2.5 in the other). Results are shown for individual patients in Figure 1.

Bacterial counts

Paired results for pre-treatment total bacterial counts and those at weeks 6 and 18 were available for 22 and 8 patients respectively. Eighteen patients had initially sterile gastric aspirates; only four remained sterile at six weeks and one at eighteen weeks. Median values for $\log_{10}$ bacterial count/ml were 0 and 5.21, comparing pre-treatment and six weeks. This increase in bacterial numbers was significant ($p < 0.01$ for 0 vs 6 weeks). A total of eight paired comparisons between weeks 0 and 18 were possble. For the seven patients who had taken 12 weeks maintenance treatent in the second phase, the median bacterial count was not significantly higher than the pre-treatment values. The sole patient with available data who had taken cimetidine at maintenance dose for four weeks after healing had a sterile gastric aspirate both before treatment and at the end of 18 weeks. Total bacterial counts from individual patients are shown in Figure 2. Gastric aspirates of those patients who showed post-treatment growth mainly cultured only upper respiratory tract microflora (including *Staphylococcus aureus*, *Streptococcus viridans*,

Staphylococcus epidermis and Neisseria spuria). However, five had intragastric microflora including coliforms, 'faecal' streptococci (although the species was not stated) and Pseudomonas sp. In addition, Candida sp. were cultured from the gastric aspirates of four patients in concentrations ranging from $\log_{10}$ 3.84–4.28

Changes in the count of bacteria able to reduce nitrate were also seen. Paired comparisons between 0 and six weeks were possible in 19 patients. Gastric aspirates from eleven of these were sterile before treatment, and further seven were recorded as having a bacterial count of $\log_{10} < 1.5$/ml (presumably the lower limit of sensitivity of the assay). In fact, all but one of these seven produced no growth when cultured for total viable count. The median number of nitrate-reducing bacteria rose from 0 to $\log_{10}$ 3.2/ml after six weeks treatment with cimetidine (significant, $p < 0.01$).

Paired comparisons of seven patients who had taken 12 weeks maintenance treatment in the second phase showed that three contained no nitrate-reducing bacteria initially or at 18 weeks, whilst four others had counts of $\log_{10}$ 4.7–6.4 which had been recorded as 0 or <1.5 at week 0. These changes did not attain statistical significance. In two patients who had taken four weeks maintenance treatment after healing, the counts of nitrate-reducing bacteria initially and at 18 weeks were both zero for one, and zero and $\log_{10}$ 5.4/ml in the other.

## Nitrate and nitrite

Although mean nitrate concentration fell (from 321 µmol/l to 265 µmol/l) over 6 weeks, this did not reach statistical significance. Nevertheless, the rise in nitrite concentration was statistically significant over the first phase of the study. Median nitrite concentrations before and after six weeks cimetidine treatment (in paired comparisons of 21 patients) were 2 µmol/l (range 0 - 38 µmol/l)and 12 µmol/l (range 0 - 250 µmol/l) respectively. Changes in nitrite and nitrate concentrations over 18 weeks did not attain statistical significance in any of the sub groups of patients.

N-Nitrosocompounds

Before treatment with cimetidine, the concentrations of N-nitrosocompounds in gastric aspirates ranged from 0-63 NNpyroll-equivalent µg/l. Seven of the 23 patients had no detectable N-nitrosocompounds in samples of gastric juice, and the mean concentration was 15.2 µg/l. After six weeks treatment with cimetidine 1.0 g/day, the mean concentration rose to 24.8 µg/l (statistically significant, $p < 0.05$), and only one patient had no detectable N-nitrosocompounds in the gastric aspirate. Concentrations ranged from 0-52 µg/l. . In individual patients, the concentration of N-nitrosocompounds rose in 18 and fell in 3 (see Figure 3).

Only five paired sets of data were available for comparison between weeks 0 and 18. Three of these were in patients who had taken cimetidine at maintenance dose for twelve weeks after healing; in two the results at week 18 were within the pre-treatment range of the population as a whole, and in the third the concentration was 140 µg/l compared with 27 µg/l at week 0. There was a similar increase in concentration in one patient who had taken cimetidine 400 mg nocte for four weeks after healing and was then examined after a further eight weeks. In this case the final concentration of N-nitrosocompounds was 123 µg/l, compared with an initial value of 12 µg/l.

Overall results were analysed to see if a correlation existed between pH of gastric juice and N-nitrosocompound concentration in each sample. The graph of pH vs nitrosocompound concentration (Figure 4), in which every pair of values obtained in the study are plotted, clearly shows that these two variables were independent; this was confirmed by statistical analysis. Treating the data at weeks 0 and 6 separately, correlation coefficients of -0.045 and 0.060 were obtained, neither of which are statisticaly significant.

DISCUSSION

Taken in isolation, the results of this study would suggest that cimetidine treatment is associated with bacterial colonisation of the

previously sterile stomach, and a rise in the concentrations of nitrite and N-nitrosocompounds. However, during the course of this clinical trial several groups have performed similar work investigating the influence of cimetidine on gastric mircoflora, nitrite and nitrate, and N-nitrosocompounds in patients and healthy volunteers, and have produced conflicting results.

Bacterial proliferation and a rise in nitrite concentration during treatment is consistent with the results of Ruddell et al[7], and Deane and co-workers[8]. The changes in N-nitrosocompound concentration are also in agreement with published data of Reed et al [7]. This is to be expected, as the methods of sample collection (single samples of gastric juice obtained after an overnight fast and a morning dose of cimetidine) are the same in the two studies. However, considerable doubt has been expressed as to whether such conditions of sampling are representative of those to be found throughout the day in a patient receiving a normal diet.

Muscroft and co-workers[10] studied normal subjects taking full-dose and maintenance cimetidine together with regular meals. They found that overnight intragastric pH rarely exceeded 4 and consequently bacterial colonisation did not take place. In an intensive study over 24-hour periods, Milton-Thompson et al (ref. 11, full details given in SK&F report R32) examined healthy volunteers receiving two different regimens of cimetidine as well as a control period of no treatment, with similar results to those of Muscroft, ie. that anacidity with resultant bacterial growth rarely occurred.

Interestingly, the latter study only detected the presence of micro-organisms such as are commonly found in saliva; 'faecal' bacteria were never cultured. Some confusion exists among published papers reporting these studies. 'Faecal' streptococci were reported here by Stockbrugger although the exact species were not stated. Keighley[12] claimed that enterococci were not cultured from gastric aspirates after cimetidine treatment, yet his results (given in full in SK&F report R017) list the presence of Streptococcus faecalis among

species which were identified in 11 of 15 subjects after cimetidine treatment, but in none prior to treatment. Davis and Dulbecco[13] classify S. faecalis as being synonymous with enterococci. Previous work by Ruddell[7] also reported the establishment of 'faecal' enterococci in the stomach after cimetidine treatment. Pseudomonads and/or coliforms were cultured in the present study, after cimetidine treatment in four cases but in no instance before treatment.

The method of N-nitrosocompound estimation used in the present study (sulphamic acid treatment followed by transport to Leatherhead for later estimation) has been criticised on the grounds that unstable N-nitrosocompounds, such as N-nitrosamides and N-nitrosoureas, would not be detected after sulphamic acid treatment and a period of storage before assay. In contrast, analysis of gastric juice samples by Milton-Thompson[11] was carried out on freshly obtained specimens by chemiluminescent detection of nitric oxide evolved by the action of hydrogen bromide/acetic acid[14]. Statistical analysis of their data failed to show significant variations in total N-nitrosocompound concentration between periods of cimetidine treatment and no treatment, nor was there a correlation between N-nitrosocompound concentration and pH.

In conclusion, it seems that the results of this study must be interpreted with caution. The findings of intragastric bacterial growth and a significant increase in N-nitrosocompound concentration following cimetidine treatment may well be a consequence of the inappropriate sampling and assay methods employed. The conclusion of Stockbrugger and his co-workers that 'cimetidine treatment can create an intragastric milieu resembling that of atrophic gastritis' seems unwarranted.

ACKNOWLEDGEMENT

I would like to thank Miss Dorothy Ham-Lang for performing the statistical tests.

0334c
DSC/GRJ

REFERENCES


1) Payne, W.J. (1973). Bacteriological Reviews 37, 409-452

2) Elder, J.B., Ganguli, P.C. and Gillespie, I.E. (1979). Lancet i, 1005-1006

3) Ruddell, W.S.J., Bone, E.S., Hill, M.J., Blendis, L.M. and Walters, C.L. (1976). Lancet ii, 1037-1039

4) Cowan, S.T. and Steel, K.J. Manual for the identification of medical bacteria. London : Cambridge University Press (1974), p176-177

5) Walters, C.L., Downes, M.J., Edwards, M.W. and Smith, P.L.R. (1978). Analyst 103, 1127-1133

6) Stockbrugger, R.W., Cotton, P.B., Eugenides, N., Thompson, R.E.M., Bartholomew, B.A., Hill, M.J. and Walters, C.L.. Intragastric nitrites, nitrosamines and bacterial overgrowth during cimetidine treatment. Manuscript submitted for publication to 'Gut'

7) Ruddell, W.S.J., Axon, A.T.R., Findlay, J.M., Bartholomew, B.A. and Hill, M.J. (1980). Lancet i, 672-674

8) Deane, S., Gatehouse, D., Youngs, D., Burdon, D.W., Alexander-Williams, J. and Keighley, M.R.B. (1979). Gut, 20, A931

9) Reed, P.I., Smith, P.L.R., Haines, K., House, F.R. and Walters, C.L. (1981). Lancet ii, 553-556

10) Muscroft, T.J., Youngs, D.J., Burdon, D.W. and Keighley, M.R.B. (1981). Lancet i, 408-410.

11) Milton-Thompson, G.J., Lightfoot, N.F., Ahmet, Z., Hunt, R.H., Barnard, J., Bavin, P.M.G., Brimblecombe, R.W., Darkin, D.W., Moore, P.J. and Viney, J. Intragastric acidity, bacteria, nitrite and N-nitrosocompounds before, during and after cimetidine treatment. 'The Lancet', in press.

12) Keighley, M.R.B., Muscroft, T.J., Youngs, D. and Burdon, D.W. (1980). Abstracts of the symposium on cimetidine held at XI International Congress of Gastroenterology, Hamburg.

13) Davis, B.D., Dulbecco, R., Eisen, H.N., Ginsberg, H.S. and Wood, W.B.. Microbiology. New York: Harper and Row (1967)

14) Bavin, P.M.G., Darkin, D.W. and Viney, N.J. 7th International Meeting on Nitrosocompounds, IARC, Tokyo, September, 1981 (In press).

Figure 1

pH of gastric juice before and after 6 weeks treatment with cimetidine 1 g/day, and after a further 12 weeks




* Maintenance treatment (400 mg nocte) for 12 weeks.

Those not marked with an asterisk took 400 mg nocte for four weeks and no treatment for eight weeks.

Figure 2

Total viable count of micro-organisms cultured from gastric aspirates before and after 6 weeks treatment with cimetidine 1 g/day, and after a further 12 weeks




* Maintenance treatment (400 mg nocte) for 12 weeks

Four patients had sterile aspirates at 0 and 6 weeks, and one of these was also sterile when sampled after 12 weeks maintenance treatment.

Figure 3

N-Nitrosocompound concentration in gastric aspirate before and after 6 weeks treatment with cimetidine 1 g/day, and after a further 12 weeks




* Maintenance treatment (400 mg nocte) for 12 weeks

Those not marked with an asterisk took 400 mg nocte for four weeks and no treatment for eight weeks.

Figure 4

Plot of pH against N-nitrosocompound concentration for all samples



Confidential Information – Subject to Protective Order

TABLE 1

Patient population entered in the study

| Sex distribution and age | | | | Smoking habit | | Ulcer site | | Previous cimetidine treatment | |
|---|---|---|---|---|---|---|---|---|---|
| | N | Mean age | Range | | | | | | |
| Males | 19 | 49.2 | 27-72 | Smokers | 17 | DU | 13 | Yes | 9* |
| Females | 6 | 47.8 | 24-61 | | | GU | 7 | | |
| Total | 25 | 48.9 | 24-72 | Non smokers | 8 | PPU | 2 | No | 16 |
| | | | | | | DU + PPU | 3 | | |

* see text for details

GSKZAN0003353372

Reference 4

*Proofs to: Dr. B.C. Challis, Chem. Dept., Imperial College, London SW7 2AY.*



# A KINETIC MODEL FOR THE FORMATION OF GASTRIC N-NITROSO COMPOUNDS

BY

Brian C. Challis, Steven J. Lomas and Henry S. Rzepa, (Department of Chemistry, Imperial College, London SW7 2AY, England.) and

P. Michael G. Bavin, David W. Darkin, Nicholas J. Viney and Peter J. Moore (Smith Kline and French Research Limited, The Frythe, Welwyn, Herts. AL7 1EX, England.)

## INTRODUCTION

Human exposure to exogenous N-nitroso compounds is well documented (1), but less is known about exposure to those formed endogenously. Recent measurements show that N-nitroso compounds are usually absent from human blood (2), urine (2) and faeces (3). Suitable conditions exist in stomach, however, for the formation of N-nitroso compounds, and their presence in human gastric contents has been reported recently (4, 5).

Much is known about the kinetics of nitrosation under acidic conditions *in vitro* and there is semi-quantitative evidence (6-8) that N-nitrosamine formation in mice follows similar equations. Further, the yields of N-nitrosoproline from ingested proline and nitrate found by Ohshima and Bartsch (9) in humans compare favourably with those calculated assuming the reaction follows *in vitro* kinetics (10).

Recently, both pH values and nitrite concentrations of the gastric

contents of 8 humans on a normal diet have been monitored over 24 h (11). It is instructive to use these data to estimate the extent to which dietary constituents such as secondary amines and peptides are converted to their N-nitroso derivatives in the stomach.

METHODS

Yields of N-nitroso compounds are calculated by integrating the relevant differential rate equation over successive periods of 30 min. For example, for a hypothetical second order reaction between A and B following equation (1), the yield of the product over 30 min is given

$$d[\text{Product}]/dt = \underline{k}[A][B] \qquad \ldots(1)$$

by equation (2), where k is the rate coefficient in units of $M^{-1}min^{-1}$ and [A] and [B] are the reactant concentrations at the start of the

$$[\text{Product}] = 30\,\underline{k}[A][B] \qquad \ldots(2)$$

30 min period. Use of the differential rather than the integrated rate equation tends to overestimate the product yield, but the error is negligible when the extent of reaction is small as in the present case. The procedure is simple and readily accommodates changes in reactant concentrations (eg. nitrite and pH) at 30 min intervals. For convenience, the calculations are made from stoichiometric concentrations of nitrite and amino substrate.

The nitrosation of secondary amines in the stomach is assumed to follow the in vitro rate expression (equation 3), described by Mirvish (12). Equation (3) uses stoichiometric concentrations of amine and

$$d\left[R_2NNO\right]/dt = \underline{k}_1 \text{ (Amine)(Nitrite)}^2 \qquad ...(3)$$

nitrite but is derived from a rate-limiting reaction between $N_2O_3$ and the unprotonated amine (equation 4). The rate coefficient $\underline{k}_1$ embodies equilibrium constants both for the protonation of the secondary amine and the

$$2HNO_2 \rightleftharpoons H_2O + N_2O_3 \xrightarrow[\text{slow}]{R_2NH} R_2NNO + HNO_2 \qquad ...(4)$$

nitrite ion ($NO_2^-$), and for the formation of $N_2O_3$. It is therefore pH dependent, passing through a maximum value of ca pH 3.4 (12). To allow for this pH dependence, $\underline{k}_1$ values are related to the maximum at ca pH 3.4 by an empirical Gaussian function (equation 5), where Z is an adjustable parameter which is optimised to give good agreement between calculated and

$$\underline{k}_1 = \underline{k}_{1max} \exp \{-(pH-pH_{max})^2/Z\} \qquad ...(5)$$

experimental $\underline{k}_1$ values over the pH range 0.5 to 4. In practice, this agreement is not strongly influenced by small variations of the Z parameter, but optimum values are Z = 1.98 ± 0.20 for dimethylamine and Z = 1.09 ± 0.11 for N-methylaniline.

The nitrosation of ureas and amides in the stomach is assumed to follow the in vitro rate expression (equation 6), also described by Mirvish (12). Equation (6) is attributed to a rate-limiting reaction between the unprotonated amide or urea and the nitrous acidium ion

$$d\left[R'CON(R)NO\right]/dt = \underline{k}_2 \left[R'CONHR\right]\left[HNO_2\right]\left[H^+\right] \qquad ...(6)$$

R' = alkyl, $NH_2$, etc; R = alkyl

$$HNO_2 + H_3O^+ \rightleftharpoons H_2ONO^+ \xrightarrow[\text{slow}]{R'CONHR} R'CON(R)NO + H_3O^+ \qquad ...(7)$$

($H_2ONO^+$) as in equation (7). The rate coefficient $\underline{k}_2$ is defined in terms of actual (rather than stoichiometric) concentrations of the amino substrate and nitrous acid, and is independent of pH. For stoichiometric concentrations of the reagent, the reaction rate is defined by equation (8), where $\bar{k}_2 = \underline{k}_2 [H^+]/\{1 + [H^+]/K_{SubH+}\} \{1 + KHNO_2/[H^+]\}$ and $K_{HNO_2}$ and $K_{SubH+}$ = acid dissociation constants of $HNO_2$ and the protonated amine

$$d\,[R'CON(R)NO]/dt = \bar{k}_2\,(\text{Substrate})(\text{Nitrite}) \qquad ...(8)$$

substrate, respectively. The rate coefficient $\bar{k}_2$ is, of course, pH dependent.

## RESULTS

Experimental values of gastric stoicheiometric nitrite concentrations and pH for 2 of the 8 healthy humans at 30 min intervals over 24 h (11) are summarised in Figure 1. The nitrite concentrations for these two humans were the highest observed, whereas the other 6 had undetectable levels for much of the 24 h period. Thus, concentrations of N-nitroso compounds calculated from the data in Figure 1 are probably higher than average. Time zero in Figure 1 refers to 9.30 a.m. and food, as described in Table 1, was consumed at time 9.31, 13.31 and 17.31 h. The subjects were allowed to take various beverages (including beer) at certain times and to smoke *ad libitum*. From these data and the literature values of rate coefficients $\bar{k}_1$ (equation 3) and $\underline{k}_2$ (equation 6) summarized in Table 2, levels of N-nitroso compounds forming in the stomach can be calculated at 30 min time intervals over 24 h. The results obtained for

four typical amino substrates, (dimethylamine, N-methylaniline, N-methylacetamide and N-methylureas) at a constant concentration of $10^{-4}$M are shown in Figures 2-5, respectively. Both separate 30 min levels and their sum are plotted as a function of time. The 24 h totals range from 1.2 x $10^{-13}$ mol/l N-nitrosodimethylamine to 2.4 x $10^{-6}$ mol/l N-methyl-N-nitroso urea for subject A, and from 4.5 x $10^{-14}$ mol/l N-nitrosodimethylamine to 6.3 x $10^{-6}$ mol/l NMU for subject B. For higher gastric concentrations of the amino substrates, the calculated levels of N-nitroso products increase proportionately.

## DISCUSSION

The main aim of the present model is to estimate the level at which N-nitroso compounds may be are synthesized in the stomach of healthy humans on a regular diet, and to identify the most reactive amino substrates present in these circumstances. The model is based on several assumptions some ofwhich have been identified or discussed above. It is instructive to examine the probable consequences of these assumptions further.

1. N-Nitrosamine formation in the stomach follows in vitro kinetics.
As noted in the introduction, this hypothesis is supported by a few experiments using relatively high nitrite concentrations where nitrosation in accordance with equation (3) is favoured. At the low nitrite concentrations cited in Figure 1, it is conceivable that N-nitrosamine formation proceeds by pathways with only a first order dependence on Nitrite and the yields of N-nitrosamine are therefore underestimated by the model. This caveat is particularly applicable in the presence of nucleophillic anions (eg. $SCN^-$, $I^-$), thiols and other potential nitrosation catalysts. Because suitable information is lacking, no allowance is made in the model

for the kinetic effect of these catalysts, bacteria and lipophilic media. We think it is unlikely, however, that the combination of all these factors raises the N-nitrosamine yields by more than 100 fold.

2. N-Nitrosamide formation in the stomach follows in vitro kinetics. Although untested, this hypothesis is less questionable because N-nitrosamide formation has only a first order dependence on Nitrite and is not accelerated by nucleophilic anions and other catalysts (16).

3. Use of differential rather than integral rate equations. As noted previously, any overestimation in yields of N-nitroso compounds arising from this approximation is negligible because the extent of the reaction over 30 min is so small.

4. Nitrite loss of absorption in the stomach and reaction with non-amino substrates (inhibitors). Errors arising from these factors must be small, because experimental nitrite concentrations are used for each 30 min interval. When the nitrite level decreases over 30 min period, the kinetic model overestimates the yields of N-nitroso compounds, but it underestimates the yield when the nitrite level increases. Over 24 h, these errors probably cancel out.

5. Amino substrate concentrations. The calculations assume a constant $10^{-4}$M concentration for each amino substrate. Although arbitrary, this concentration roughly corresponds to that obtained from a 24 h dietary intake of 1 kg containing 75 ppm of the amino substrate in total stomach of 7.5l. Few foods, however, contain secondary amine and amide levels as high as 75 ppm (14, 15), so their gastric concentrations are likely to be less than $10^{-4}$M and the yields of N-nitroso compounds in Figures 2-5 are therefore overestimated.

Despite uncertainties arising from the above approximations, the results in Figures 2-5 suggest that only very small amounts of N-nitroso compounds are synthesized in the stomach of healthy humans, even when they have higher than average nitrite concentrations. This conclusion applies particularly to volatile N-nitrosamines, which have been the subject of considerable study and speculation. The detection of these compounds in normal human gastric contents should be regarded with circumspection unless some hitherto unknown, very efficient pathways exist for their formation.

If N-nitroso compounds are involved in gastric cancer, those derived from amides and related compounds must be prime contenders. N-nitrosamides are direct-acting carcinogens (16), and the kinetic model suggests that gastric yields of N-nitrosamides are much higher than N-nitrosamines. In this context, attention is drawn to the potential importance of N- nitrosopeptides. The average daily protein intake is of the order of 110 g, which translates to an effective constant peptide group concentration of ca 0.2 M for the kinetic model. Assuming the nitrosation kinetics and reactivity of the peptide N-atom is similar to N-methylacetamide, the concentrations of N-nitrosopeptides in the stomach over 24 h could be of theorder of $10^{-6}$ mol/l.

## ACKNOWLEDGEMENTS

One of us (SJL) thanks the Devon County Council for an Undergraduate Grant.

REFERENCES


1. National Academy of Sciences, Assembly of Life Sciences. 'The health effects of nitrate, nitrite and N-nitroso compounds'. National Academy Press, Washington, D.C., 1981.

2. G. Eisenbrand, B. Spiegelhalder, and R. Preussmann, In Gastrointestinal Cancer: Endogenous Factors, Banbury Report 7, eds. W.R. Bruce et al.), Cold Spring Harbor Laboratories, Long Island, N.Y., 1981, p. 275.

3. I. Lee, M.C. Archer, and W.R. Bruce, Cancer Res., 1981, 41, 3992.

4. W.J.J. Ruddell, and C.L. Walters, Lancet, 1980, i, 550.

5. P.M.G. Bavin, D.W. Darkin, and N.J. Viney, 7th International Meeting on N-nitroso Compounds: Occurrence and Biological Effects; IARC, Tokyo, September 1981 (In press).

6. Z.M. Iqbal, S.S. Epstein, I.S. Krull, E.U. Goff, K. Mills and D.H. Fine, In N-nitroso Compounds: Analysis, Formation and Occurrence (eds. E.A. Walker et al.), Publication No. 31, International Agency for Research on Cancer, Lyon, France, 1980, p. 169.

7. I.S. Krull, K. Mills, G. Hoffman, and D.H. Fine. 1980. The analysis of N-nitrosocarbanyl in whole mice. J. Anal. Toxicol, 1980, 4, 260.

8. M. Greenblatt, and S.S. Mirvish, J. Natl. Cancer Inst., 1973, 50 119.

9. H. Ohshima, and H. Bartsch, Cancer Res., 1981, 41, 3658.

10. D.H. Fine, B.C. Challis, P. Hartman, and J. van Ryzin. In 7th International Meeting of N-nitroso Compounds: Occurrence and

Biological Effects, IARC Tokyo, September 1981 (In press).

11. G.J. Milton-Thompson, N.F. Lightfoot, Z. Ahmet, R.H. Hunt, J. Barnard, P.M.G. Bavin, R.W. Brimblecombe, D.W. Daikin, P.J. Moore and N. Viney, Lancet, 1982, (in press).

12. S.S. Mirvish, Toxicol. Appl. Pharmacol., 1975, 31, 325.

13. B.C. Challis, In Safety Evaluation of Nitrosatable Drugs and Chemicals (eds. G.G. Gibson et al.) Taylor and Francis, London, 1981, p.16.

14. T.A. Smith, Food Chem., 1981, 6, 169.

15. J.A. Maga, Crit. Rev. Food Sci. Nutr., 1978, 10, 373.

16. P.N. Magee, R. Montesano, and R. Preussmann, in Chemical Carcinogens. ACS Monograph 173 (ed. C.E. Searle), American Chemical Society, Washington, D.C., 1976, p. 491.

TABLE 1

FOOD INTAKE OVER 24 HOURS

| | | |
|---|---|---|
| BREAKFAST | 09.31 h | 2 Weetabix with milk and sugar; 2 scrambled eggs; 2 slices of toast from a large white sliced loaf with butter and marmalade; tea. |
| | 11.31 h | Coffee with 2 plain biscuits. |
| LUNCH | 13.31 h | 1 Frozen ready-made meal (eg. chicken pie) with boiled potatoes and peas (frozen); portion of ice-cream; coffee. |
| | 15.31 h | Tea with 2 plain biscuits. |
| TEA | 17.31 h | 1 Ready-made meal (eg. lasagne); 1 ready-made dessert (eg. mousse); 2-3 pints of beer to be drunk in the evening. |
| | 21.31 h | Tea with 2 plain biscuits. |

TABLE 2

Rate coefficients at 25°C for the nitrosation of amino substrates (Reference 12)

| SUBSTRATE | $pK_A$ | $\bar{k}_1$ ($M^{-2}$ $sec^{-1}$) | $k_2$ ($M^{-2}$ $sec^{-1}$) |
|---|---|---|---|
| Dimethylamine | 10.72 | 0.0017 | - |
| N-Methylaniline | 4.85 | 250* | - |
| N-Methylurea | 0.9 | - | 10.5 |
| N-Methylacetamide | 1.0 | - | 0.0025 |

* at 0°C

FIGURE LEGENDS

Figure 1.

Experimental gastric stoiciometric nitrite and pH for 2 human subjects over 24 h.

Figure 2.

Calculated levels of N-nitrosodimethylamine over 24 h.

Figure 3

Calculated level of N-methyl-N-nitrosoaniline over 24 h.

Figure 4

Calculated levels of N-methyl-N-nitrosourea over 24 h.

Figure 5

Calculated levels of N-methyl-N-nitrosoacetamide over 24 h.

FIGURE 1



FIGURE 2


PATIENT A
NITROSAMINE X10$^{13}$ (MOL/L)
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
0.0
0
4
8
12
16
20
24
TIME (HOURS)


PATIENT B
NITROSAMINE X10$^{14}$ (MOL/L)
4.5
4.0
3.5
3.0
2.5
2.0
1.0
0
4
8
12
24

FIGURE 3






FIGURE 4


PATIENT A
NITROSAMINE x10^6 (MOL/L)
3.0
2.7
2.4
2.1
1.8
1.5
1.2
0.9
0.6
0.3
0.0
0
4
8
12
16
20
24
TIME (HOURS)


PATIENT B
x10^6 (MOL/L)
7.0
6.3
5.6
4.9
4.2
3.5
2.8
2.1
0
4
8
12
16
20
24

FIGURE 5


PATIENT A
NITROSAMIDE X10 (MOL/L)
TIME (HOURS)
PATIENT B
TIME (HOURS)

Reference 5

# THE FORMATION OF N-NITROSODIMETHYLAMINE FROM RANITIDINE AND OTHER MARKETED DRUGS

Mr. D.W. Darkin

Dr. A. Gribble

Mr. N.J. Viney

June 1, 1982

Smith Kline and French Research Ltd.
Welwyn, England

# Formation of N-Nitrosodimethylamine from Ranitidine and Other Marketed Drugs

## Introduction

The principle product from tertiary amines containing a dimethylamine group reacted with nitrous acid is expected to be nitrosodimethylamine (NDMA). We undertook a study to determine the extent to which N-nitrosodimethylamine is formed from the interaction of sodium nitrite with Ranitidine and other marketed drugs which incorporate a tertiary amino group. The conditions for nitrosation used were the W.H.O. standard conditions, namely

| | |
|---|---|
| concentration of t-amine | : 0.01M |
| concentration of sodium nitrite | : 0.04M |
| pH | : 3.0 |
| temperature | : 37°C |
| reaction times | : 1 hr., 4 hr. and 24 hrs. |
| solution | : aqueous |

## Methods

A solution containing the compound (final concentration 0.01M) and sodium nitrite (final concentration 0.04M) was adjusted to pH 3 by addition of glacial acetic acid, stoppered and placed in a water bath at 37°C ±0.5°C. Blank reference solutions were prepared in parallel containing identical components, but without the compound. At reaction times of 1 hr., 4 hr., and 24 hr.; a 10 ml. aliquot of the solution was removed, hydrazine sulphate (0.13 g., 1mmol) added to destroy excess nitrous acid, and this left to stand for 5-10 minutes. The solution was extracted with redistilled dichloromethane (3x10 ml.). The combined extracts were washed with aqueous 5% potassium bicarbonate solution (1x10 ml.), saturated sodium chloride solution (1x10 ml.) and slowly evaporated to a volume of 1-2 ml. in a Kuderna-Danish flask placed in a water bath at 45°- 7°C. This dichloromethane solution was analyzed for NDMA by gas-liquid chromatography, on a 10% carbowax +2% KOH on chromosorb W column, isothermally at 80°C, using a Thermal Energy Analyser for detection (G.C./T.E.A). Identification of the product as NDMA was based on the combination of retention time and nitrosamine specific detection, and in some cases confirmed by spiking with authentic material. The G.C./T.E.A. System was calibrated using standard solutions of NDMA obtained from commercial sources (Thermo-Electron Corporation or Sigma). The blank reference solutions in which ranitidine was omitted, were treated in an identical manner, and in all cases no NDMA was detected.

The samples of amines used were as follows:

- SK&F 93391, Ranitidine, 81-6003-1 (prepared by SK&F) base used, with 1 equivalent of HCl added in solution
- Ranitidine hydrochloride solid, Ref. Standard Batch C267/270/2 (prepared by Glaxo)
- Commercially available Zantac injection in ampoules, lot P001 (aqueous solution of ranitidine hydrochloride)

- Chlorpromazine (hydrochloride), commercial sample labeled lot 73-3$T_2$
- Chlorpheniramine (maleate) commercial sample labeled lot 76-PD22
- Oxytetracycline hydrochloride (Chung Kun Dang Corp., Batch OTH-DS-82 manufactured in September 1977) was recrystallized from methanol to remove ascorbic acid if present, 179-527A.

## Results

Table 1 lists the yields of NDMA obtained from the interaction of 0.01M t-amine and 0.04M sodium nitrite, at pH3 and at 37°C, after 1 hr., 4 hr., and 24 hr. The effect of reduced nitrite concentration on the formation of NDMA from raniditine has also been studied. Table 2 lists the yields of NDMA obtained from interaction of equimolar concentrations (0.01M) of ranitidine hydrochloride (Zantac solution, ampoules) and sodium nitrite, at pH3 and 37°C, after 1 hr., 4 hr. and 24 hr.

Table 1

Formation of NDMA from Tertiary Amines (0.01M) and Sodium Nitrite (0.04M) at pH3 and at 37°C

| tertiary amine | Molar % NDMA After | | |
|---|---|---|---|
| | 1 hr. | 4 hr. | 24 hr. |
| SK&F 93391 - Raniditine (prepared by SK&F) | 1.3 | 2.7 | 3.8 |
| Ranitidine (hydrochloride - solid) | 1.3 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solid) (repeat) | 1.4 | 2.4 | 3.8 |
| Ranitidine (hydrochloride - solution) (ampoule) | 1.8 | 2.7 | 3.9 |
| Chlorpromazine (hydrochloride) | 0.0007 | 0.005 | 0.03 |
| Chlorpheniramine (maleate salt) | 0 | 0.004 | 0.02 |
| Oxytetracycline (hydrochloride) | 0.8 | 3.3 | 7.9 |

## Table 2

Formation of NDMA from Ranitidine (0.01 M) and Sodium Nitrite (0.01 M) at pH 3 and at 37°C

| Form of Ranitidine | Molar % NDMA after 1 hr. | 4 hr. | 24 hr. |
|---|---|---|---|
| Ranitidine Hydrochloride Solution (Ampoule) | 0.007 | 0.04 | 0.12 |

/sh
226

Reference 6

# STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

A. Giner-Sorolla, L.M. Anderson of Sloan-Kettering Institute, Rye, NY and
J.M. Budinger of Lawrence Hospital, Bronxville, NY

We have been involved in the study of the nitrosation of secondary amines and their biological effects from the standpoint of environmental and iatrogenic carcinogenesis. We found that the interaction of the naturally occurring nucleoside N-methyladenosine with nitrites in conditions similar to those occurring in the stomach results in the formation of $N^6$-methylnitrosoadenosine, which we determined to be tumorigenic in mice. When the precursors of $N^6$-methylnitrosoadenosine, $N^6$-methyladenosine and nitrites, were given singly, they did not elevate the tumor incidence, but when given together resulted in a significant increase of lung tumors in the males. These substituted amines are present in most foodstuff, in the cells and in bacterial debris within the gut; although the proportion is very low, their continuous ingestion and their possible reaction with nitrites from endogenous or exogenous origin, during food processing or in the stomach, could result in the formation of potentially carcinogenic nitrosamines.

We continued these carcinogenesis studies in a program in cooperation with the V. A. Hospital in Boston on the biological effects of the nitrosation of psychotropic drugs containing secondary amines. Among those drugs were imipramine, chlordiazepoxide and methylphenidate. When imipramine was given in combination with nitrites to mice, the only effect found was on

the fertility and perinatal survival. We found that nitroso-chlordiazepoxide and nitrosomethylphenidate had no carcinogenic effect when given orally to mice. It was a remarkable fact that when the former compound was administered to mice, there was a significantly lower incidence of spontaneous tumors than in the controls.

Cimetidine is a drug with a widespread therapeutic use as Histamine-$H_2$ receptor's antagonist. Some concern was expressed in the possible link between Cimetidine treatment and the appearance of gastric carcinoma, since the drug is a guanidine analog which could be nitrosated *in vivo*.

We are investigating the biological effect of nitroso-cimetidine and its precursors in mice. Nitrosocimetidine was prepared by nitrosation of Cimetidine by an improved modification of the method previously reported by Foster *et al*.

The study was begun with C57BL/6J females and BALB/c males. These animals were treated for two weeks as shown in Table 1, and then bred to produce CB6$F_1$/J female and male mice. They were fed Purina Mouse Chow *ad libitum*, except those groups receiving Vitamin C in a special preparation. Tables 1 ~~and 2~~ show, the dosage each group received and number of mice in each group. ~~Each group in Table 1 also has 17 C57BL/6J mothers. Each group in Table 2 also has 8 mothers.~~

The dosage schedule as shown in Table 1 corresponds to low and high levels of Cimetidine given in the water which are roughly equivalent to the usual clinical dosage of 1.2 g daily

and ten times this amount. Nitrites are administered in 3 equivalent proportions. The amount of Vitamin C given in the food is six times the amount required for *in vitro* inhibition.

Thus far, we have necropsied less than 15% of the animals; that is, those which were dead or moribund. The indications are that there is no increase of the incidence of tumors in the treated animals, versus controls. (Tables II, III & IV).

Screening of N-CMT as inhibitor of tumor growth has been carried out by Dr. J. H. Burchenal and Dr. F. A. Schmid. (Table V) N-CMT in mouse leukemia cell suspension gave an $ID_{50}$ of 0.6 mg, while CMT was $\geq$100 mg. *In vivo* screening of L1210 mouse leukemia, N-CMT at 127 and 250 mg/kg 5 qd gave a 29% increase of lifespan (ILS). In mouse sarcoma S180, there was an even more significant growth inhibition as shown in Table ~~III~~ V, where intraperitoneal administration of the drug at 125 and 250 mg/kg showed a reduction of total packed cell volume (TPCV) from 1.71 down to 0.04. Similar results are obtained when the drug is given intradermally or orally, in the latter case with 2 mg daily, given 1 week before and 3 after inoculation of the tumor, a 63% median increase of survival time was obtained.

In our experience and that of others, notably Mirvish and coworkers, an inhibition of nitrosamine formation was obtained *in vitro* when ascorbic acid was added to the reaction of the precursors (secondary amines and nitrites, in acidic medium). In (SLIDE), the blocking effect of the ascorbic acid in the formation of the previously described by us, $N^6$-methylnitrosoadenosine is shown as measured by UV spectrophotometry. (Figure 1) A ratio

of 1:2 equivalents of ascorbic acid:nitrites was sufficient to inhibit formation of the nitrosamine. Similar experiments *in vitro* (~~SLIDE~~) with Cimetidine and nitrites showed that a ratio of 1:3 equivalents of ascorbic acid:nitrite, as determined by UV spectrophotometry, was sufficient to block the formation of N-CMT in conditions of pH (ca 1.5) and temperature (37°) similar to those of the gastric contents. Table VI = dosage Vit E bioassay

In conclusion, our studies show a lack of carcinogenic effect by CMT + $NaNO_2$ and N-CMT. These negative results are in agreement with data from bioassays in rats or in mice by, among others, Habs and coworkers in Germany, and Lijinsky in the U.S.A. They also show the tumor growth inhibitory properties of N-CMT *in vitro* and *in vivo* in L1210 and S180 mouse neoplasias and the effectiveness of ascorbic acid in preventing formation of N-CMT from its precursors.

(Work supported in part by NCI grant 08748 and Smith, Kline & French Laboratories, Philadelphia, PA.)

Table 1

DOSAGE SCHEDULE OF CIMETIDINE (CMT) AND NITROSOCIMETIDINE (N-CMT)

| GROUP | ORIGINAL # MALES: # FEMALES | DAILY DOSAGE (G/KG) |
|---|---|---|
| 1 | 56 : 53 | 0.0185 CMT + 0.0366 $NaNO_2$ |
| 2 | 56 : 36 | 0.185 CMT + 0.366 $NaNO_2$ |
| 3 | 55 : 51 | 0.0185 N-CMT |
| 4 | 50 : 42 | 0.185 N-CMT |
| 5 | 53 : 43 | 0.0366 $NaNO_2$ |
| 6 | 52 : 63 | 0.366 $NaNO_2$ |
| 7 | 77 : 70 | 0.0185 CMT |
| 8 | 58 : 62 | 0.185 CMT |
| 9 | 45 : 58 | DEIONIZED WATER |

IN DRINKING WATER AD LIBITUM (AVERAGE 4 ML/DAY).

Confidential Information – Subject to Protective Order

Table II

SUMMARY OF THE PRELIMINARY RESULTS OF THE BIOASSAYS OF THE CIMETIDINE PROJECT

Mothers

| | Number at risk | Effective No. dead at 7 or more months | Avg. age at death. | # with lung tumors | # with probable lymphomas | # with other masses | Total # with any probable neoplasm |
|---|---|---|---|---|---|---|---|
| Control | 17 | 3 | 21.3 | 0 | 1 (33%) | 0 | 1 (33%) |
| High CMT | 17 | 8 | 19.8 | | 2 (25%) | 1 (12%) | 2 (25%) |
| High $NO_2^-$ | 17 | 13 | 20.5 | 1 (invasive) (7.7%) | 7 (54%) | 1 (7.7%) | 8 (61.5%) |
| High CMT + $NO_2^-$ | 17 | 10 | 20.6 | 0 | 5 (5%) | 0 | 5 (50%) |
| High NO - CMT | 17 | 12 | 17.9 | 0 | 2 (17%) | 1 (liver) | 3 (25%) |
| Low CMT | 17 | 7 | 18.4 | 0 | 2 (29%) | 0 | 2 (29%) |
| Low $NO_2^-$ | 17 | 6 | 19.2 | 0 | 4 (67%) | 0 | 4 (67%) |
| Low CMT + $NO_2^-$ | 17 | 7 | 21 | 0 | 6 (86%) | 1 (14%) | 6 (86%) |
| Low NO-CMT | 17 | 14 | 19.4 | 2 (14%) | 7 (50%) | 1 (liver) (7.1%) | 8 (57%) |

GSKZAN0003535402

Confidential Information – Subject to Protective Order

Table III:

SUMMARY OF THE PRELIMINARY RESULTS OF THE BIOASSAYS OF THE CIMETIDINE PROJECT

Progeny - Low Dose Groups

| | | Number at risk | Effective No. dead at 7 or more months | Avg. age at death | # with primary lung tumor | # with invasive lung tumor | # with probable lymphomas | # with other masses | Total # with any probable neoplasm |
|---|---|---|---|---|---|---|---|---|---|
| Control | ♂ | 45 | 11 | 15.6 | 2 (18%) | 1 (9%) | 0 | 1 (9%) | 3 (27%) |
| | ♀ | 58 | 2 | 18.5 | 2 (100%) | 0 | 1 (50%) | 0 | 2 (100%) |
| Low CMT | ♂ | 58 | 10 | 15.9 | 0 | 1 (10%) | 0 | 2 (20%) | 3 (33%) |
| | ♀ | 62 | 3 | 18.3 | 0 | 0 | 2 (67%) | 1 (liver) (33%) | 2 (67%) |
| Low $NO_2^-$ | ♂ | 53 | 12 | 13 | 2 (17%) | 0 | 0 | 3 (25%) | 3 (25%) |
| | ♀ | 43 | 1 | 18 | 0 | 0 | 0 | 0 | 0 |
| Low CMT + $NO_2^-$ | ♂ | 56 | 4 | 15.0 | 1 (25%) | 0 | 0 | 0 | 1 (25%) |
| | ♀ | 53 | 4 | 20.2 | 1 (25%) | 0 | 2 (50%) | 1 (25%) | 2 (50%) |
| Low NO - CMT | ♂ | 56 | 10 | 13.7 | 2 (20%) | 0 | 0 | 1 (10%) | 3 (33%) |
| | ♀ | 51 | 1 | 18 | 0 | 0 | 0 | 0 | 0 |

Confidential Information – Subject to Protective Order

Table IV

SUMMARY OF THE PRELIMINARY RESULTS OF THE BIOASSAYS OF THE CIMETIDINE PROJECT

Progeny - High Dose Groups

| | | Number at risk | Effective No. dead at 7 or more months | Avg. age at death | # with primary lung tumor | # with invasive lung tumor | # with probable lymphomas | # with other masses | Total # with any probable neoplasm |
|---|---|---|---|---|---|---|---|---|---|
| Control | o | 45 | 11 | 15.6 | 2 (18%) | 1 (9%) | 0 | 1 (9%) | 3 (27%) |
| | ♀ | 58 | 2 | 18.5 | 2 (100%) | 0 | 1 (50%) | 0 | 2 (100%) |
| High CMT | o | 58 | 9 | 17.0 | 4 (44%) | 2 (22%) | 3 (33%) | 0 | 7 (78%) |
| | ♀ | 62 | 0 | | | | | | |
| High $NO_2^-$ | o | 52 | 11 | 12.7 | 2 (18%) | 1 (9%) | 2 (18%) | 0 | 5 (45%) |
| | ♀ | 63 | 1 | 18 | 0 | 0 | 1 | 0 | 1 |
| High CMT + $NO_2^-$ | o | 56 | 9 | 16.4 | 4 (44%) | 2 (22%) | 0 | 2 (22%) | 5 (56%) |
| | ♀ | 36 | 4 | 15.5 | 1 (25%) | 0 | 1 (25%) | 0 | 2 (50%) |
| High NO - CMT | o | 50 | 8 | 16.8 | 5 (62%) | 0 | 1 (12.5%) | 4 (2 liver) (50%) | 7 (88%) |
| | ♀ | 42 | 3 | 16.3 | 1 | 0 | 0 | 0 | 1 (33%) |

GSKZAN0003535404

Table.

# TUMOR GROWTH INHIBITORY EFFECT OF NITROSOCIMETIDINE

| Tumor | mg/kg | % ILS | Result |
|---|---|---|---|
| L1210 ($10^6$ cells) i.p. | 0 | 0 | |
| | 31.25 | 14 | - |
| | 62.5 | 14 | - |
| | 125.0 | 29 | + |
| | 250.0 | 29 | + |

| Tumor | mg/kg | TPCV | T/C | Result |
|---|---|---|---|---|
| S180 ($10^7$ cells) i.p. | 0 | 1.71 | 1.00 | |
| | 31.25 | 1.15 | 0.67 | - |
| | 62.5 | 0.67 | 0.39 | + |
| | 125.0 | 0.05 | 0.03 | + |
| | 250.0 | 0.04 | 0.02 | + |

ILS = Increased Life Span TPCV = Total Packed Cell Volume

Confidential Information – Subject to Protective Order

GSKZAN0003535405

Fig. 1

INHIBITION OF NITROSOCIMETIDINE (N-CMT) FORMATION BY ASCORBIC ACID (AA)

(IN VITRO)



Table VI

DOSAGE SCHEDULE OF CIMETIDINE (CMT) AND VITAMIN C

| GROUP | ORIGINAL # MALES : # FEMALES | DAILY DOSAGE (G/KG) |
|---|---|---|
| 1 | 24 : 18 | DEIONIZED WATER + 0.090 - 0.130 VITAMIN C |
| 2 | 26 : 25 | 0.185 CMT + 0.366 $NaNO_2$ |
| 3 | 12 : 10 | 0.185 CMT + 0.366 $NaNO_2$ + 0.090 - 0.130 VITAMIN C |
| 4 | 8 : 10 | DEIONIZED WATER |

IN DRINKING WATER AD LIBITUM (AVERAGE 4 ML/DAY).

VITAMIN C IN FOOD (AVERAGE INTAKE AS INDICATED).

Reference 7

## 408

A BIOMETRIC STUDY OF THE CORRELATIONS AMONGST CARCINOGENICITY (OPI), DNA COVALENT BINDING (CBI), ALKALINE DNA FRAGMENTATION (DFI), MUTAGENICITY (MPI), UNSCHEDULED DNA SYNTHESIS (UDI) AND TOXICITY (LDI) FOR 65 DIFFERENT CHEMICALS. Silvio Parodi, Maurizio Taningher and Leonardo Santi. Ist. Scient. Studio Cura Tumori and Univ. Dept. of Oncology, 16132 Genoa, Italy.

For each parameter a quantitative potency index was established. For 44 different compounds at least two independent experiments of carcinogenicity were available. The internal consistency of the carcinogenicity data could be measured: r was = 0.73, with a 90% belt zone ≃1/100-100X. This gives an idea of the level of "noise" that we have in the system. The correlation indexes between carcinogenicity and each of the different short term tests were very similar and spanned in a range r =.34 r =.42. However, when the correlation was examined for different classes of chemical compounds enormous differences in predictivity were observed for different short term tests. Some of the differences are summarized below:

| | | No. of compds. | r |
|---|---|---|---|
| (Log OPI) = f(Log CBI) | Nitrosocompounds | 10 | 0.31 |
| | Aromatic amines, amides and aminoazodyes | 9 | 0.88 |
| (Log OPI) = f(Log LDI) | Nitrosocompounds | 13 | 0.54 |
| | Aromatic amines, amides and aminoazodyes | 17 | 0.067 |
| | Hydrazine derivatives | 11 | -0.51 |
| (Log OPI) = f(Log DFI) | Aromatic amines, amides and aminoazodyes | 17 | 0.053 |
| | Hydrazine derivatives | 11 | 0.75 |
| (Log OPI) = f(Log MPI) | Aromatic amines, amides and aminoazodyes | 18 | 0.61 |
| | Hydrazine derivatives | 11 | -0.19 |

Supported by CNR "Prog. fin. CCN" Grants No.80.01608.96 and No.80.01650.96.

## 409

NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS. Michael Habs, Gerhard Eisenbrand, Hannelore Habs, and Dietrich Schmähl. German Cancer Research Center, 69 Heidelberg, Federal Republic of Germany.

Cimetidine is finding widespread therapeutic use as a histamine $H_2$-antagonist and has been suspected to induce stomach cancer in patients suffering from ulcers. Since in vitro formed N-nitrosocimetidine (N-NO-Cim) was shown to be mutagenic, inducing strand breaks and reacting with DNA in vitro, we investigated it for carcinogenicity. Two groups of 40 male Sprague-Dawley rats each received 500 and 50 mg/kg N-NO-Cim, respectively, by gavage twice weekly for one year with subsequent lifetime follow-up. Additional 40 rats were orally given the structurally related carcinogen methylnitro-nitrosoguanidine (MNNG) at weekly doses of 80 mg/kg for 3 months. 100 animals served as untreated controls. MNNG-treated rats died with carcinomas of the forestomach after a median induction time (MIT) of 226 days. 19 untreated rats formed neoplasms, including 7 rats with papillomas of the forestomach (MIT: 534 days). No evidently treatment-related tumors were seen in animals receiving N-NO-Cim. 3 rats of the high-dose group and 1 animal of the low-dose group showed papillomas of the forestomach. Further gastrointestinal tumors were not seen. 4 other tumors were diagnosed in animals receiving N-NO-Cim. Median survival of both N-NO-Cim-treated groups was reduced (400 and 193 vs. 630 days in untreated controls). No evidence of carcinogenicity of N-NO-Cim was seen in this bioassay. Despite the limited number of animals it is concluded that N-NO-Cim is not or at least significantly less carcinogenic than MNNG.

## 410

TRANSPORT OF PHYSIOLOGICAL CONCENTRATIO[N] INTO HUMAN CELLS VIA A LIPOPROTEIN CARR[IER] and P. W. Rankin, Genetics Center, Depa[rtment] cal Sciences, North Texas State Univers[ity] 76203.

Human serum lipoproteins were puri[fied by ex]clusion HPLC. Column effluent fractions for capacity to bind [$^3$H]-benzo(a)pyrene correlated with lipoprotein-cholesterol fractions. Efficiency of binding of ben[zo...] lipoproteins correlated directly to lip[o...] tions, and not to carcinogen concentrat[ions]. lipoproteins potentiated transfer of nor[...] [$^3$H]-7,8-dihydrodiol-9,10-epoxybenzo(a)[pyrene] mitogen-stimulated human lymphocytes he[...] 1640 for 24 hours without serum to deple[...] bound to the cell membrane. At high con[...] cinogen entered the cells and was bound in the absence of low density lipoprotei[n] lation to time of exposure of the cell t[...] When carcinogen at very low concentratio[n] introduced to cells non-covalently bound lipoprotein, carcinogen binding to DNA i[...] function of time. Exposure to 10-fold i[...] trations of carcinogen in the absence of protein did not result in carcinogen boc[...] sorptive endocytosis of lipoproteins car[...] lently associated carcinogens represents mechanism for intracellular transport of available at physiological concentratio[ns].

## 411

INHIBITION OF $CA^{++}$-INDUCED TERMINAL DIFF[ERENTIATION OF] EPIDERMAL CELLS BY OUABAIN AND A23187. [...] Delores Michael and Stuart H. Yuspa. Na[tional Institutes] of Health, Bethesda, MD 20205.

Cultured mouse epidermal cells can be [termi]nally differentiate by raising the extra[cellular] concentration from <0.1mM to 1-2mM (Cel[l] Since both initiated and malignant epide[rmal cells are] resistant to $Ca^{++}$-induced differentiatio[n] 1, 995, 1980), understanding the mechani[sm of] ferentiation could elucidate alterations[...] A variety of agents were studied as modi[fiers of] differentiation. None of the modifiers[...] ions and the ionophores A23187 and X537[A] for $Ca^{++}$ as an inducer of differentiati[on] which interfere with $Ca^{++}$ transport or [...] D-600, quercetin, chlorpromazine and li[...] affect $Ca^{++}$-induced epidermal different[iation] or analogues of cyclic nucleotides did [...] dermal differentiation nor did the level[s] change during the first 10 min after ad[...] the medium. Other agents without effec[t ...] urea, actinomycin D, cycloheximide, ant[...] putrescine, cytochalasin B and colcemid[...] effect of veratridine and amiloride sug[...] fluxes were not involved. The tumor pr[omoter ...] decanoyl-phorbol-13-acetate enhanced t[...] and accelerated differentiation. In c[...] phore A23187 and the $Na^{+}K^{+}$ATPase inhibi[tor] effective inhibitors of the $Ca^{++}$ effec[t ...] intracellular levels of $K^{+}$ by these a[...] our attention to this ion as a possible[...] nal differentiation. Preliminary resu[lts ...] that the intracellular $K^{+}$ concentrati[on ...] within 24 hr of elevation of medium $Ca^{++}$ prevented by both ouabain and A23187.

Reference 8

LETTER TO THE EDITOR

Cimetidine, N-Nitrosocimetidine and Carcinogenicity

Sir, - A few reports in the literature on patients who developed gastric carcinomas after cimetidine administration have raised the question whether a causal relationship exists.[1] On theoretical grounds, the drug might be susceptible to N-nitrosation in the stomach, and the resulting N-nitrosocimetidine (NC) might act as a carcinogen. Under suitable conditions cimetidine can be nitrosated, and the nitroso derivative shares some of the chemical and biological properties of compounds such as N-methyl-N′-nitro-N-nitrosoguanidine (MNNG), which were shown to be carcinogenic in various animal species.[2-5]

We investigated the possible carcinogenicity of NC in outbred Sprague-Dawley rats of either sex. Two groups of 20 male and 20 female animals each received 500 or 50 mg/kg NC, respectively, by gavage twice a week for one year with subsequent lifelong follow-up. Additional 40 male rats were given MNNG orally at weekly doses of 80 mg/kg for three months.[6] 50 male and 50 female animals served as untreated control. All animals were observed for life or killed when weak. They were necropsied, and all forestomachs, glandular stomachs, duodena, and organs showing abnormalities were investigated histologically.[7] All MNNG-treated rats died with carcinomas of the forestomach after a median induction time (MIT) of 226 days (95% confidence range: 126-286 days). 19 untreated rats developed neoplasms, including 7 rats with papillomas of the forestomach (MIT: 534 days, 95% range: 528-836 days).

No evidently treatment-related tumors were detected in animals receiving NC. Three rats of the high-dose group and one animal of the low-dose group showed papillomas of the forestomach. Further gastrointestinal tumors were not seen. In the

500 mg/kg NC-group, the following malignant tumors were recorded: 1 pheochromocytoma, 1 neurogenic sarcoma, 1 skin carcinoma; in the 50 mg/kg NC-group, 1 neurogenic sarcoma was noted. In both NC-treated groups the median survival time was reduced (400 and 193 days vs. 630 days for untreated controls). No specific treatment-related causes of death could be established. Animals that were not killed by a tumor died of infections (pneumonia, nephritis, enterocolitis, pyometria) like the controls. No evidence of carcinogenicity of NC was seen in this bioassay. Despite the limited number of animals and the reduced survival times in NC-receiving rats it is concluded that NC is not or at least significantly less carcinogenic than MNNG.

Although NC and MNNG are structurally related compounds, NC, when given at significantly higher doses than MNNG, did not result in a carcinogenic response in Sprague-Dawley rats, a strain highly susceptible to the carcinogenic action of MNNG.[8] According to the present study it is unlikely that NC might be responsible for gastric tumors reported in patients after treatment with cimetidine. Thus these tumors arose either without a causal relationship to cimetidine treatment or other mechanisms (e.g., elevation of the total level of N-nitroso compounds via abnormal bacterial colonization in the stomach) have to be regarded as causal.[5]

1. Elder, J.B., Ganguli, P.C., Gillespie, J.E. Cimetidine and gastric cancer. Lancet 1979; 1:1005-1006
2. Schmähl, D. (ed.). Maligne Tumoren - Entstehung, Wachstum, Chemotherapie. 1981. Editio Cantor, Aulendorf
3. Pool, B.L., Eisenbrand, G., Schmähl, D. Biological activity of nitrosated cimetidine. Toxicol. 1979; 15:69-72
4. Schwarz, M., Hummel, J., Eisenbrand, G. Induction of DNA strand breaks by nitrosocimetidine. Cancer Letters 1980; 10:223-228

5. Gibson, G.G., Ioannides, C. (eds). Safety evaluation of nitrosatable drugs and chemicals. 1981; Taylor & Francis, London

6. Habs, M., Deutsch-Wenzel, R., Preussmann, R., Schmähl, D. Induction of gastric tumors in BD-VI rats by single application of N-methyl-N'-nitro-N-nitrosoguanidine in dimethylsulfoxide (DMSO). Z. Krebsforsch. 1978; 91: 183-188

7. Acknowledgement to Dr. D. Komitowski, German Cancer Research Center for carrying out the histological examination.

8. Preussmann, R., Stewart, B.W. N-nitroso carcinogens. Am. Chem. Soc. Monogr. Series. Washington D.C. in press.

Institute of Toxicology and Chemotherapy
German Cancer Research Center
Im Neuenheimer Feld 280
6900 Heidelberg, Fed.Rep. Germany

M. Habs
D. Schmähl
G. Eisenbrand

Reference 9

"By acceptance of this article, the publisher or recipient acknowledges the right of the U.S. Government to retain a nonexclusive, royalty-free license in and to any copyright covering the article."

# CARCINOGENESIS STUDIES WITH NITROSOCIMETIDINE

William Lijinsky

Chemical Carcinogenesis Program

NCI-Frederick Cancer Research Facility

Frederick, MD 21701

This work was supported by Contract No. N01-CO-75380, with the National Cancer Institute, NIH, Bethesda, Maryland 20205.

Nitrosocimetidine is an analog of nitrosomethylnitroguanidine and might be expected to have similar properties. It is formed easily by nitrosation of cimetidine in acid solution and could, conceivably, be formed in the human stomach *in vivo*. Prior to investigations of the effect of chronic feeding of cimetidine and nitrite to experimental animals, tests of nitrosocimetidine itself were desirable.

Since nitrosocimetidine would be expected to be a directly acting carcinogen (it is known to be a directly acting bacterial mutagen), a simple system for detecting carcinogenic activity is topical application to mouse skin. MNNG and a number of nitrosoalkylureas are very effective carcinogens when applied to mouse skin chronically (Takayama et al, 1971; Lijinsky and Winter, 1981). Therefore, a test of nitrosocimetidine was undertaken in parallel with a test of MNNG, applying the compounds in measured doses of acetone solutions to the skin of Swiss mice and observing the appearance of skin tumors in the painted area.

A second system for studying the carcinogenicity of nitrosocimetidine was by chronic feeding to rats, which could be a measure of the possible risk in exposure of humans to nitrosocimetidine formed in the stomach from the drug and nitrite. Again, a parallel study of rats to which MNNG was fed in drinking water solution was carried out. MNNG induces gastric adenocarcinomas on chronic administration to rats (Sugimura and Kawachi, 1973). In both the skin painting and the feeding study the concentrations of nitrosocimetidine were equimolar with those of MNNG in the positive control.

MATERIALS AND METHODS

Nitrosocimetidine was prepared from the drug kindly supplied by Smith, Kline and French, Inc., by a method similar to that described by Pool et al. (1979). The precipitated salt of nitrosocimetidine was decomposed by stirring in aqueous solution with sodium carbonate and the generated free nitroso compound was a pale tan solid identical in all respects with a sample provided by Dr. Eisenbrand. The compound was soluble in acetone and fairly stable in aqueous solution; no significant change was observed in absorptivity of a solution in neutral deionized water kept in the dark at room temperature for a week. A solution of MNNG underwent 50 to 70% decomposition under the same conditions. Nitrosocimetidine and MNNG were completely stable in acetone solution kept in the dark and at 0°C for several weeks.

MNNG was prepared according to the method of McKay (1949).

For the skin painting experiments nitrosocimetidine and MNNG were dissolved in distilled acetone at the concentrations shown in Table 1. From a calibrated pipette 25 microliters of the solution was applied to the shaved interscapular region of each of a group of 20 female Swiss mice of the colony of the Frederick Cancer Research Facility, housed 10 to a plastic cage. The treatment was twice a week for 30 weeks with MNNG at both concentrations and twice a week for 110 weeks with nitrosocimetidine. The skin of each animal was examined for tumors and other lesions, which were charted on graph paper once a week. A group of acetone treated and untreated control mice was maintained in parallel, but none of these developed tumors.

In the rat feeding study, nitrosocimetidine and MNNG were dissolved in dimethylsulfoxide and 5 ml of this solution was diluted each week to



Confidential Information – Subject to Protective Order

GSKZAN0003535417

2 liters with neutral deionized water. These solutions were administered as drinking water to groups of Fischer 344 rats, housed 4 to a cage, at the rate of 20 ml per day per rat, 5 days a week. On the remaining 2 days the rats were given tap water to compensate for any possible water deficiency. The stock solutions were prepared once in 5 weeks and were kept refrigerated. At the end of the treatments, which was 50 weeks for MNNG and 106 weeks for nitrosocimetidine, the animals were allowed to die naturally and were completely necropsied. All lesions and the major organs and tissues were fixed for histologic examination.



Confidential Information – Subject to Protective Order 

RESULTS AND DISCUSSION

The skin painting study is almost complete, only a few animals remaining of the groups treated with nitrosocimetidine. Survival of the treated mice was excellent (Table 1). In this very sensitive test system for directly acting carcinogens, only a single skin tumor was found in an animal treated with the higher concentration of nitrosocimetidine, and that was a malignant lymphoma, not a tumor normally induced in skin by nitrosoalkylamides. It can be concluded that, under conditions of this test, nitrosocimetidine is not carcinogenic to mouse skin. In contrast, the analogous MNNG applied at equimolar concentration, but for a shorter time (Table 1), has induced skin tumors in 14 of 20 mice at the 0.02 M concentration and in 4 of 20 mice at the 0.008 M concentration. No tumors have been seen in either the acetone treated controls or the untreated controls after more than 100 weeks observation.

The results to date of the rat feeding experiment with nitrosocimetidine are shown in Table 2. Again, a direct comparison is made with the known carcinogen MNNG, which was administered at equimolar concentration with nitrosocimetidine, but for 50 weeks only, while nitrosocimetidine was given for more than 2 years. This study is not complete, being at week 110, and while most of the MNNG-treated rats have died, most of the rats treated with nitrosocimetidine are still alive. Five of the 15 rats that have died in the group treated with MNNG had adenocarcinomas of the glandular stomach. This is a somewhat lower incidence than has been reported by Sugimura and his colleagues in other strains of rat and perhaps represents the lower susceptibility of Fischer rats to this carcinogen. It is notable that there was only animal with a tumor of the non-glandular stomach in this group, in contrast to the great susceptibility of the non-glandular stomach of



Confidential Information – Subject to Protective Order GSKZAN0003535419

Fischer rats to nitrosomethylurethane, which induced 100% incidence of carcinomas there after administration of a total dose of only 0.05 millimole.

Nitrosocimetidine, even after a considerably larger dose than that of MNNG administered, has given rise to no tumors in the stomach of the rats that have died. Because 70% of the rats given nitrosocimetidine are still alive, it is not possible to state conclusively that this compound does not induce stomach tumors in Fischer rats; however, even if some such tumors are found later, nitrosocimetidine is very much less effective than MNNG. Surprisingly, four of the animals treated with nitrosocimetidine, 2 males and 2 females, have liver neoplasms. One of these, in a female, was a neoplastic nodule, the remainder being hepatocellular carcinomas. Liver tumors are very rare in untreated control Fischer rats, an incidence of less than 1%. Until all of the nitrosocimetidine-treated rats are dead it will not be possible to say whether the finding of these liver neoplasms in the rats so far is significant. The numbers at this point are not statistically significant, and are merely troublesome. The dose of nitrosocimetidine received by the rats is large and the age at death with tumors is long, so that even were the liver tumors to be considered significant, the carcinogenic potency of nitrosocimetidine is very weak. Opinion about this must be reserved until completion of the study.



Confidential Information – Subject to Protective Order 

REFERENCES

Lijinsky, W. and Winter, C. (1981). Skin tumors by painting nitrosoalkylureas on mouse skin. Cancer Res. & Clin. Onc. 102, 13.

McKay, A.F. (1949). The preparation of N-substituted N'-nitroguanidines by the reaction of primary amines with N-alkyl-N-nitroso-N'-nitroguanidines. J. Am. Chem. Soc. 71, 1968.

Pool, B.L., Eisenbrand, G. and Schmähl, D. (1979). Biological activity of nitrosated cimetidine. Toxicology 15, 69.

Sugimura, T. and Kawachi, T. (1973). Experimental stomach cancer. In: Methods in cancer research, Vol. 7, 245.

Takayama, S., Kuwabara, N., Azama, Y. and Sugimura, T. (1971). Skin tumors in mice painted with N-methyl-N'-nitro-N-nitrosoguanidine and N-ethyl-N'-nitro-N-nitrosoguanidine. J. Natl. Cancer Inst. 46, 973.

Confidential Information – Subject to Protective Order

TABLE 1

CHRONIC APPLICATION OF NITROSOCIMETIDINE AND MNNG TO MOUSE SKIN

| Compound | Concentration in Acetone mg/ml (mM) | Length of Treatment (wks) | Total Dose mg (μmoles) | No. of Mice | Wk. of 1st. Tumor | Number of Skin Tumor Bearing Mice | Number of Survivors at 100 wks |
|---|---|---|---|---|---|---|---|
| Nitrosocimetidine | 5.6 (20) | 110 | 31 (110) | 20 | 60 | 1* | 13 |
| | 2.2 (8) | 110 | 12 (44) | 20 | - | 0 | 18 |
| Nitrosomethyl-nitroguanidine | 2.9 (20) | 30 | 4.5 (30) | 20 | 30 | 14 | 0 |
| | 1.2 (8) | 30 | 1.8 (12) | 20 | 60 | 4 | 15 |

* Malignant lymphoma

GSKZAN0003535422

Confidential Information – Subject to Protective Order

TABLE 2

ORAL ADMINISTRATION OF NITROSOCIMETIDINE AND MNNG TO F344 RATS

| Compound | Concentration in Water mg/l (mM) | Length of Treatment (wks) | Total Dose mg (mmoles) | Survivors at Week 0 | 50 | 70 | 90 | 110 | Number of Rats with Tumors of Stomach | Liver | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrosocimetidine | 150 (0.53) | 106 | 1600 (5.7) | 20 | 20 | 20 | 19 | 12 | 0 | 2[a] | 1 Myoblastoma<br>1 Spleen hemangiosarcoma |
| | | | " " | 20 | 20 | 20 | 20 | 16 | 0 | 2[b] | 1 Neurosarcoma<br>1 Ear carcinoma |
| Nitrosomethyl-nitroguanidine | 75 (0.51) | 50 | 375 (2.5) | 20 | 18 | 17 | 14 | 5 | 5[c] | 0 | 3 Neurosarcoma<br>1 Oligodendro-glioma<br>1 Jaw carcinoma |

a Hepatocellular carcinomas

b 1 Hepatocellular carcinoma, 1 Neoplastic Nodule

c 5 with Adenocarcinoma, 1 with Forestomach Papilloma also

GSKZAN0003535423

Reference 10

10.

0022-3565/82/2211-0222$02.00/0
THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS
Vol. 221, No. 1
Copyright © 1982 by The American Society for Pharmacology and Experimental Therapeutics
*Printed in U.S.A.*

# Absence of DNA Damage in Liver of Rats Given High Doses of Cimetidine and Sodium Nitrite[1]

GIOVANNI BRAMBILLA, MARCO CAVANNA, ANNALISA MAURA, ALBIANA PINO, LUIGI ROBBIANO, PIA CARLO, FELICE BIASSONI and ROSSELLA RICCI

*Department of Pharmacology, University of Genoa, Genoa, Italy*

Accepted for publication January 18, 1982

## ABSTRACT

**Brambilla, Giovanni, Marco Cavanna, Annalisa Maura, Albiana Pino, Luigi Robbiano, Pia Carlo, Felice Biassoni and Rossella Ricci:** *Absence of DNA damage in liver of rats given high doses of cimetidine and sodium nitrite.* J. Pharmacol. Exp. Ther. **221:** 222–227, 1982.

A correlation between cimetidine and gastric cancer has been suggested. Nitrosation of cimetidine in the presence of nitrite and HCl and mutagenic activity as well as DNA damage in mammalian cells displayed by nitrosocimetidine, as these phenomena occur *in vitro*, were the supporting hypothesis. Previous studies have shown that liver DNA damage was a well correlated index of potential carcinogenic activity of N-nitroso compounds and that such a damage was found after long-term simultaneous oral administration of aminopyrine and nitrite in rats. In this work, liver DNA fragmentation was investigated by three different techniques: DNA alkaline elution, DNA alkaline denaturation followed by hydroxylapatite chromatography and a new viscometric method markedly more sensitive than the above mentioned ones in detecting DNA damage. Evidence of DNA damage was not gained in any of the groups of rats treated with high single or successive oral daily doses of cimetidine (250 mg/kg) along with nitrite (80 mg/kg) in approximately equimolar amounts. Cimetidine and nitrite given alone were also ineffective. The lowering of gastric pH, obtained with fasting and histamine administration before giving cimetidine and nitrite combination in a single dose, did not favor the induction of liver DNA fragmentation neither in the above condition nor even when the amount of cimetidine was lowered to 125 mg/kg in order to obtain an approximately 2-fold molar amount of nitrite.

Cimetidine, a histamine $H_2$ receptor antagonist (Brimblecombe *et al.*, 1978) widely used in both the short and long-term therapy of peptic ulcer (Burland and Simkins, 1977) and gastric cancer occurrence have been correlated by some authors (Elder *et al.*, 1979; Reed *et al.*, 1979; Taylor *et al.*, 1979). This hypothesis was supported by the structural analogy between N-methyl-N'-nitro-N-nitroso-guanidine, an alkylating agent which is known to induce gastrointestinal cancer in laboratory animals (Druckrey *et al.*, 1966; Schoental, 1966; Sugimura *et al.*, 1966), along with N-nitrosocimetidine, a nitroso derivative of cimetidine that might be produced in gastric environment in the presence of nitrite. As a matter of fact, experimental evidence was attained (Foster *et al.*, 1980) that cimetidine is readily nitrosatable *in vitro* in 2 M hydrochloric acid in the presence of excess $NaNO_2$. Nitrosocimetidine was found to be mutagenic for *Salmonella typhimurium his*$^-$ strains (Pool and Eisenbrand, 1980), to methylate calf thymus DNA *in vitro* (Jensen and Magee, 1981) and to induce DNA single-strand breaks in cultured mammalian cells (Schwarz *et al.*, 1980; Henderson and Basilio, 1980). It has been pointed out that the amount of human exposure to nitrite cannot be disregarded (Endo *et al.*, 1977; Tannenbaum *et al.*, 1978); in particular, hypochlorydria subsequent to a long-term cimetidine therapy is associated with an increase in gastric bacterial flora of nitrate reducing organisms (Ruddel *et al.*, 1980). *In vitro*, a mutagenic response in the *Salmonella*/microsome reversion test was obtained by preincubation of nitrite and cimetidine in gastric juice of normal healthy people and even with nitrite-enriched gastric juice of patients pretreated with cimetidine (De Flora and Picciotto, 1980). However, in spite of the above mentioned evidence, it remains to be shown if nitrosation of cimetidine also occurs *in vivo*. Because liver DNA damage has been found to be a sensitive index of the potential carcinogenic activity of N-nitroso compounds (Brambilla *et al.*, 1981) as well as a consequence of their formation in the gastric environment (Parodi *et al.*, 1980), this work was undertaken to evaluate if oral treatment with single or successive high daily doses of cimetidine and sodium nitrite could induce rat liver DNA fragmentation. In a first series of experiments, the presence of DNA damage (single-strand breaks and alkali-labile sites) was checked by the alkaline elution technique (Kohn *et al.*, 1976) and by alkaline denaturation of DNA followed by hydroxylapatite chromatography (Kanter and Schwartz, 1979), which in our experimental

Received for publication May 29, 1981.
[1] This work was supported by Grant 80.01485.96 from the Consiglio Nazionale delle Ricerche (Finalized Project "Control of Neoplastic Growth") and was performed under the auspices of the Centro di Documentazione Farmacotossicologica supported by region of Liguria.

ABBREVIATIONS: $NaNO_2$, sodium nitrite; DMNA, dimethylnitrosamine.



Confidential Information – Subject to Protective Order 

conditions allow the detection of one DNA lesion per $5 \times 10^8$ to $10^9$ daltons. Subsequently, the observed absence of treatment-induced liver DNA fragmentation was confirmed by a new more sensitive viscometric technique, recently developed by our group (Parodi *et al.*, 1981a), which allows the detection of approximately 0.3 single-strand breaks per $10^{10}$ daltons.

## Methods

**Chemicals.** Cimetidine was used in the form of a sterile injectable commercial preparation (Tagamet; Smith Kline & French, Milan, Italy). Sodium nitrite was obtained from Carlo Erba (Milan, Italy); tetraethylammonium hydroxide was purchased from E. Merck (Darmstad, West Germany); hydroxylapatite Bio-Gel HTP DNA grade from Bio-Rad (Richmond, VA); and 3,5-diamminobenzoic acid dihydrochloride was obtained from Fluka AG (Buchs, Switzerland). All other chemicals were reagent grade.

**Animals and treatment schedules.** Sprague-Dawley male rats, about 2 months old, were used in all of the experiments and treatment was constantly performed by gastric intubation. Rats simultaneously received 125 or 250 mg/kg of cimetidine (MW 252) and 80 mg/kg of sodium nitrite (MW 69) in distilled water. $NaNO_2$ dosage was approximately corresponding to the $LD_{50}$ value ($LD_{50}$ = 85 mg/kg; Registry of Toxic Effects of Chemical Substances, 1978). Cimetidine was given at the above dosages in order to have in the two combinations tested molar ratios of cimetidine/$NaNO_2$ corresponding to 1:1.17 and 1:2.34. According to the recommended nitrosation assay procedure *in vitro* (International Agency for Research on Cancer, 1980a), the relative concentrations of the reactants (1-fold molar concentration of drug *vs.* 4-fold molar concentration of nitrite) would provide an adequate excess of nitrite to promote the reaction. We examined, as a matter of fact, the effects of approximately equimolar amounts of cimetidine and $NaNO_2$ in comparison with those of about double molarity of nitrite combined with cimetidine, in any case being administered 80 mg/kg of $NaNO_2$. If we had examined a 1:4 ratio drug, nitrite, the drug amount would be excessively reduced; conversely, any increase in nitrite molar amount would have caused immediate toxicity. On the other hand, inasmuch as the ultimate nitrosating agent appears to be nitrogen trioxide ($N_2O_3$), formed from $2\ HNO_2 \rightleftarrows N_2O_3 + H_2O$ (Mirvish, 1975), a 2-fold molarity of nitrite *vs.* a 1-fold molarity of cimetidine seemed to be an appropriate combination in gastric acidic milieu.

Treatments were performed according to the following schedules: 1) administration of a single dose of either cimetidine + $NaNO_2$, or cimetidine alone, or $NaNO_2$ alone in rats fasted for 12 hr (gastric pH ~ 5.5); 2) administration of a single dose of cimetidine + $NaNO_2$ in rats fasted for 60 hr but allowed to drink "*ad libitum*" a 10% sucrose solution (gastric pH 2–3); 3) administration of a single dose of cimetidine + $NaNO_2$ in rats fasted as above and injected s.c. with 10 mg/kg of histamine 30 min before treatment (gastric pH 1.5–2); and 4) administration of 5, 10 or 20 successive daily doses of either cimetidine + $NaNO_2$, cimetidine alone or $NaNO_2$ alone.

DMNA, used as DNA-damaging reference compound, was given by gavage at a dose of 1.2 mg/kg (or 0.12 mg/kg in viscometric analysis experiments). Rats were sacrificed for assessing DNA damage 6 hr after administration of single doses or after the last of multiple doses.

**Alkaline elution technique.** Rats were killed by cervical dislocation and exsanguinated. All subsequent steps were performed at 4°C. Liver was quickly removed, briefly minced in Na-phosphate buffered solution (156 mM NaCl, 4.25 mM $NaH_2PO_4$, 45.75 mM $Na_2HPO_4$ and 0.69 mM disodium EDTA; pH 7.6) and then incubated for 5 min in 2 volumes of the same cold solution. A mixed suspension of nuclei and single cells was obtained by filtering through a stainless-steel screen (60 mesh).

The technique of DNA alkaline elution was as previously reported (Brambilla *et al.*, 1978; Parodi *et al.*, 1978). In brief, an aliquot of $1 \times 10^6$ cells (or nuclei) was loaded onto a Millipore filter composed of mixed esters of cellulose (25 mm in diameter; 5-μm pore size), washed with cold Na-phosphate buffered solution and lysed at room temperature (~20°C) with 0.2% sodium lauroylsarcosinate, 2 M NaCl and 0.02 M disodium EDTA (pH 10). After the lysing solution was rinsed off with 0.02 M disodium EDTA (pH 10), single-strand DNA was eluted from the filter in the dark with 0.06 M tetraethylammonium hydroxide and 0.02 M disodium EDTA (pH 12.3) at a pump speed of 0.13 ml/min. The content of DNA in the 13 ml of eluate and that remaining on the filter were determined as previously described (Brambilla *et al.*, 1978; Parodi *et al.*, 1978) by an adaptation of the microfluorometric method of Kissane and Robins (1958). The recovery of applied DNA was 80% or greater. Data are expressed both as percentage of DNA eluted from the filters and as elution rate over controls. The percentage of DNA eluted from the filters gives direct information about the experimental results obtained. ($K_t - K_c$) is the average elution rate over controls, where $K_t$ is the elution rate of DNA from treated rats and $K_c$ is the elution rate of DNA from corresponding control rats. K is given by the following formula:

$$K = \ln \frac{1}{\text{fraction of DNA retained on filter}} \times \frac{1}{V}$$

where V is the eluted volume in milliliters. As a first approximation, K is directly proportional to the number of single-strand breaks (Kohn *et al.*, 1976).

Significant differences in the percentage of DNA eluted from the filters were determined by the use of the nonparametric Wilcoxon two-sample test (Rümke and De Jonge, 1964).

**Alkaline denaturation of DNA and hydroxylapatite chromatography.** One milliliter of alkaline solution (0.1 M NaOH and 0.9 M NaCl; pH 12.3) was rapidly added in a test tube to 1 ml of liver cell suspension obtained as above containing about $1.5 \times 10^6$ cells and/or nuclei. The mixture was left undisturbed for 30 min in the dark in order to allow DNA unwinding. Rapid and complete neutralization (pH 7.0) was performed by pipetting 1 ml of 0.1 N HCl into 0.02 M Na-phosphate buffered solution, immediately followed by vigorous shaking. One milliliter of a 0.9% sodium lauroylsarcosinate solution, containing 0.02 M disodium EDTA (pH 7.0) was then added to the test tube and the DNA was sheared by six passage through a 25-gauge needle. Hydroxylapatite chromatography was carried out with K-phosphate buffers, containing 20% formamide (pH 7.0) in a 60°C constant temperature bath. DNA samples, supplemented with 10% formamide, were adsorbed for 15 min to 500 mg of hydroxylapatite equilibrated with 0.01 M K-phosphate buffer without formamide in screw-top test tubes. Hydroxylapatite was then washed with 0.01 M K-phosphate buffer and DNA elution was subsequently carried out through four steps of 10 min incubation each. Single-stranded DNA was eluted in the first two steps, twice with 5 ml of 0.125 M K-phosphate buffer solution and double-stranded DNA in the last two steps, twice with 5 ml of 0.4 M K-phosphate buffer solution. Eluted DNA (1-ml aliquots) was coprecipitated overnight at 4°C in centrifuge tubes with 0.1 ml of a 0.2% bovine serum albumin solution and 0.162 ml of 100% trichloroacetic acid (12.9% final concentration). Tubes were centrifuged for 30 min at 1750 × *g* at 4°C and the supernatants were discarded. The pellets were then washed with 1 ml of 8% trichloroacetic acid and centrifuged as above. Pellets extraction with potassium acetate in ethanol and subsequent steps were performed according to the above mentioned modification of the microfluorometric method of Kissane and Robins (1958).

Significant differences in the percentage of double-stranded DNA were determined by the use of the nonparametric Wilcoxon two-sample two-tailed test (Rümke and De Jonge, 1964).

**Viscometric technique.** The theory and technique of DNA viscometric analysis was already reported (Parodi *et al.*, 1981a). Briefly, the viscometer, used at constant temperature (22°C), consists of a perspex disc, weighted with peripheral metallic inertial rings, oscillating around a nickel/chromium wire from which it is suspended and containing the DNA solution under study in a half-filled U-shaped concentrical channel dug into the disc. The harmonic damped oscillations of the disc are measured by recording with a spot-follower the light beam reflected by a mirror fixed solidly to the wire close to the disc. The damping is dependent on the frictional resistance exerted by the solution on the internal walls of the circular channel. A device starts uniformly the oscillations with an initial angle of about 2°. Results are expressed as

reduced viscosity ($\eta_{red}$), that is the viscosity of DNA solution for concentration units of DNA, dosed at the end of each experiments.

Liver nuclei of treated and control rats were analyzed viscometrically. Livers of heparinized and anesthesized rats were perfused *via* vena porta with 80 ml of Merchant's solution (0.14 M NaCl, 2.7 mM KCl, 8.1 mM $Na_2HPO_4$, 1.47 mM $KH_2PO_4$ and 0.53 mM disodium EDTA, pH 7.4) at 4°C. A further 50-ml aliquot of Merchant's solution was infused after opening the inferior vena cava. The liver was then dissected and minced in ice-cold 0.075 M NaCl, 0.024 M disodium EDTA solution, pH 7.5. A rough cell suspension was obtained in a loose-fitting Potter-Elvehjem homogenizer followed by filtration through a stainless-steel screen. Cells were gently centrifuged and the pellet was resuspended in 9 volumes of 0.0375 M NaCl and 0.012 M disodium EDTA solution to lyse red cells by osmotic shock. After centrifugation, the pellet was resuspended in 9 volumes of 0.075 M NaCl and 0.024 M disodium EDTA containing 0.75% Triton X-100 and was incubated for 4 min. This step was repeated once, without further incubation. The pellet was eventually resuspended in the same medium without Triton X-100 at a titer of about $5 \times 10^7$ nuclei per ml. The average range of ratios by weight among DNA/RNA/protein was about 1:0.2:3 for these nuclear preparations.

On the bottom of the circular channel of the viscometer, 2 ml of a lysing solution (38 mM NaOH, 20 mM disodium EDTA, 2 M NaCl and 2.2% sodium lauroylsarcosinate, pH 9.1) were carefully layered and 1 ml of nuclear suspension was added gently drop by drop. As a rule, the number of drops was 30 and they were evenly and simmetrically distributed all over the circumference surface. Another 1-ml aliquot of lysing solution was added uniformly followed by 5 ml of an alkaline solution (8 mM disodium EDTA and 383 mM tetraethylammonium hydroxide, pH 13.4) and, lastly, by 1 ml of lysing solution. The final pH was 12.5. The circular channel was covered and the disc was suspended from its wire. The recording of the damped oscillations was started after about 60 min, being required this time for temperature equilibration and DNA initial distribution in the lysing alkalinized solution.

## Results

Data obtained from rats given single or repeated high oral doses of cimetidine (250 mg/kg) along with $NaNO_2$ (80 mg/kg) in approximately equimolar amounts are summarized in table 1 for DNA alkaline elution and in table 2 for DNA alkaline denaturation followed by hydroxylapatite chromatography. These methods can be considered suitable for assessing DNA damage induced by nitroso compounds inasmuch as they wer[e] both capable (table 3) of detecting liver DNA fragmentatio[n] induced in rats by oral administration of 1.2 mg/kg of DMN[A] ($P = .002$). Nevertheless, neither a significant increase ove[r] controls of DNA elution rate (table 1) nor a significant decreas[e] as compared to controls in the percentage of double-strande[d] DNA (table 2) was present in any of the groups treated wit[h] single or successive (for 5, 10 or 20 days) daily doses of cimeti[-]dine (250 mg/kg) + $NaNO_2$ (80 mg/kg) or in those receivin[g] cimetidine alone or $NaNO_2$ alone. Furthermore, the lowering o[f] gastric pH before administering a single dose of the abov[e] cimetidine + $NaNO_2$ combination, as obtained by prolonge[d] fasting and histamine administration, did not favor the induc[-]tion of liver DNA fragmentation.

The same negative results (table 3) were obtained when rat[s]

TABLE 2

**Fragmentation of liver DNA as measured by alkaline denaturation followed by hydroxylapatite chromatography after single or repeated oral administration of approximately equimolar amounts of cimetidine and $NaNO_2$ in Sprague-Dawley rats**

| Treatment | Dose × Days of Treatment | No. of Rats | % DNA Double-Stranded (mean ± S.D.) |
|---|---|---|---|
| | *mg/kg/day* | | |
| Control | | 11 | 72.6 ± 4.77[c] |
| Cimetidine + $NaNO_2$ | (250 + 80) × 1 | 6 | 66.9 ± 13.84 |
| Cimetidine + $NaNO_2$[a] | (250 + 80) × 1 | 11 | 66.4 ± 7.76 |
| Cimetidine + $NaNO_2$[b] | (250 + 80) × 1 | 6 | 73.3 ± 4.24 |
| Cimetidine | 250 × 1 | 4 | 72.1 ± 7.49 |
| $NaNO_2$ | 80 × 1 | 4 | 72.0 ± 5.79 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 5 | 4 | 70.1 ± 10.13 |
| Cimetidine | 250 × 5 | 4 | 71.1 ± 12.95 |
| $NaNO_2$ | 80 × 5 | 4 | 66.9 ± 11.97 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 10 | 4 | 68.5 ± 5.24 |
| Cimetidine | 250 × 10 | 4 | 67.6 ± 11.69 |
| $NaNO_2$ | 80 × 10 | 4 | 68.3 ± 7.60 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 20 | 4 | 67.5 ± 12.61 |
| Cimetidine | 250 × 20 | 4 | 70.4 ± 10.10 |
| $NaNO_2$ | 80 × 20 | 4 | 66.5 ± 9.21 |

[a] Animals fasting for 60 hr before treatment.
[b] Animals fasting 60 hr and injected s.c. with 10 mg/kg of histamine 0.5 [hr] before treatment.
[c] In any treatment, two-tailed significance level *vs.* control was $P > .10$.

TABLE 1

**Fragmentation of liver DNA as measured by the alkaline elution technique after single or repeated oral administration of approximately equimolar amounts of cimetidine and $NaNO_2$ in Sprague-Dawley rats**

| Treatment | Dose × days of Treatment | No. of Rats | % DNA Eluted from the Filter (Mean ± S.D.) | Elution Rate Over Controls ($K_t - K_c$) |
|---|---|---|---|---|
| | *mg/kg/day* | | | |
| Control | | 11 | 21.9 ± 3.08[c] | ($K_c$ = 0.019) |
| Cimetidine + $NaNO_2$ | (250 + 80) × 1 | 6 | 27.2 ± 7.29 | 0.005 |
| Cimetidine + $NaNO_2$[a] | (250 + 80) × 1 | 11 | 24.7 ± 4.93 | 0.003 |
| Cimetidine + $NaNO_2$[b] | (250 + 80) × 1 | 6 | 27.1 ± 9.68 | 0.005 |
| Cimetidine | 250 × 1 | 4 | 23.9 ± 4.82 | 0.002 |
| $NaNO_2$ | 80 × 1 | 4 | 23.5 ± 5.30 | 0.002 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 5 | 4 | 27.2 ± 7.66 | 0.005 |
| Cimetidine | 250 × 5 | 4 | 22.7 ± 4.40 | 0.001 |
| $NaNO_2$ | 80 × 5 | 4 | 22.6 ± 3.35 | 0.001 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 10 | 4 | 29.1 ± 10.59 | 0.007 |
| Cimetidine | 250 × 10 | 4 | 27.2 ± 10.32 | 0.005 |
| $NaNO_2$ | 80 × 10 | 4 | 25.6 ± 4.98 | 0.004 |
| Cimetidine + $NaNO_2$ | (250 + 80) × 20 | 4 | 24.7 ± 4.94 | 0.003 |
| Cimetidine | 250 × 20 | 4 | 24.1 ± 3.86 | 0.002 |
| $NaNO_2$ | 80 × 20 | 4 | 24.2 ± 3.77 | 0.002 |

[a] Animals fasting for 60 hr before treatment.
[b] Animals fasting 60 hr and injected s.c. with 10 mg/kg of histamine 0.5 hr before treatment.
[c] In any treatment, two-tailed significance level *vs.* control was $P > .10$.

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 225 of 701


TABLE 3

**Fragmentation of liver DNA as measured by alkaline elution and by alkaline denaturation followed by hydroxylapatite chromatography after single oral administration of cimetidine in combination with an approximately 2-fold molar amount of $NaNO_2$ in Sprague-Dawley rats**

| Treatment | Dose | Alkaline Elution | | | Hydroxylapatite Chromatography | |
|---|---|---|---|---|---|---|
| | | No. of rats | % DNA eluted from the filter (mean ± S.D.) | Elution rate over controls ($K_t - K_c$) | No. of rats | % DNA double-stranded (mean ± S.D.) |
| | mg/kg | | | | | |
| Control | | 7 | 26.3 ± 6.80 | ($K_c$ = 0.023) | 7 | 72.3 ± 7.2 |
| DMNA | 1.2 | 6 | 44.3 ± 4.27 | 0.022** | 6 | 54.4 ± 10.5** |
| Cimetidine + $NaNO_2$* | 125 + 80 | 9 | 30.8 ± 3.46 | 0.005*·*** | 10 | 65.6 ± 7.3*·**** |

* Animals fasting for 60 hr and injected s.c. with 10 mg/kg of histamine 0.5 hr before treatment.
* P = .10 vs. controls; ** P = .002 vs. controls; *** P = .002 vs. DMNA treatment; **** .05 < P < .10 vs. DMNA treatment.

fasted for 60 hr and treated with histamine were given a single dose of cimetidine (125 mg/kg) + $NaNO_2$ (80 mg/kg) combination assuring a 2.34 M excess of nitrite.

The results obtained with the viscometric technique are reported in figure 1. With this more sensitive technique, the time required for DNA to reach maximum plateau viscosity decreases with the decrease of DNA molecular weight, *i.e.*, with DNA fragmentation. Figure 1 shows that DNA from liver cells of unfasted rats given a single oral dose of cimetidine (250 mg/kg) + $NaNO_2$ (80 mg/kg) as well as DNA from liver cells of fasted rats receiving a single oral dose of either the above cimetidine + $NaNO_2$ combination (molar ratio 1:1.17) or 125 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$ (molar ratio 1:2.34) 0.5 hr after the s.c. administration of histamine, took 9 to 10 hr (as it happened for liver DNA from control rats) to reach its maximum viscosity. On the contrary, 0.12 mg/kg of DMNA administered by gavage were sufficient to induce a DNA fragmentation of such an extent as to markedly reduce the time required for DNA to reach plateau viscosity.

## Discussion

The hypothesis of a carcinogenic hazard resulting from long-term treatment with cimetidine has been correlated with the possibility that some nitroso derivatives of this drug could be formed in the gastric environment (Elder *et al.*, 1979; Reed *et al.*, 1979; Taylor *et al.*, 1979). In this respect, it could be taken into consideration that, when secretion of HCl is impaired or absent, bacterial numbers increase (Giannella *et al.*, 1972). Bacterial overgrowth results in raised nitrite concentrations (Muscroft *et al.*, 1981; Ruddel *et al.*, 1976), presumably because of reduction of salivary and dietary nitrate by nitroreductase active bacteria. Bacteria in the presence of nitrite catalyse *in vitro* the nitrosation of amines in gastric juice to N-nitrosamines (Ruddel *et al.*, 1978). Raised levels of these carcinogens have indeed been found, notably in pernicious anemia, gastric carcinoma and after partial gastrectomy, as well as in patients receiving cimetidine (Reed *et al.*, 1981a, b). However, long-term carcinogenic tests performed on rats (Brimblecombe *et al.*, 1978) and dogs (Cream *et al.*, 1979) with high doses of cimetidine failed to provide evidence of gastric or any other type of neoplastic occurrence.

Because DNA damage can be considered, according to the somatic mutation hypothesis (Green, 1979; Marquardt, 1979), the initial event of most carcinogenetic processes, and a satisfactory correlation has indeed been found to exist between carcinogenic and DNA-damaging potencies (Parodi *et al.*, 1981b; Brambilla *et al.*, 1981), whether or not acute or subacute treatments with high doses of cimetidine and $NaNO_2$ could result in DNA fragmentation in the liver, which is the preferential target of the carcinogenic activity of most nitroso compounds (Druckrey *et al.*, 1967) was examined. The results independently obtained with DNA alkaline elution (table 1) and DNA alkaline denaturation followed by hydroxylapatite chromatography (table 2) did not evidence any liver DNA fragmentation after oral administration in rats of 250 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$ (molar ratio 1:1.17), either when given in a single dose (even when gastric pH was lowered by fasting and histamine injection) or in repeated daily doses (for 5, 10 and 20 successive days). Similar negative results (table 3) were observed in fasted and histamine-injected rats given a single oral dose of 125 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$ (molar ratio 1:2.34).

Nevertheless, it is possible that the sensitivity of the two techniques employed to monitor DNA fragmentation (which in our experimental conditions are capable of detecting 0.5–1 break per $10^9$ daltons) is inadequate to reveal a minimal degree of DNA damage, as that induced by very low levels of nitroso-cimetidine. Therefore, we carried out some experiments with the described new viscometric technique (Parodi *et al.*, 1981a) which allows the detection of approximately 0.3 single-strand breaks per $10^{10}$ daltons (*i.e.*, nearly one break per average mammalian chromosome). The results obtained by the use of this independent technique (fig. 1) confirm that in rats the oral administration of high single doses of cimetidine in combination with either an approximately equal or an approximately 2-fold molar amount of $NaNO_2$ does not cause liver DNA fragmentation.

The conclusion which can be drawn from these results is that in our experimental conditions the simultaneous administration of high doses of cimetidine and $NaNO_2$, even when given daily for 20 successive days in the hypothesis of a possible cumulative effect, did not induce any significant liver DNA fragmentation. Therefore, both a single and a chronic treatment did not exert any damaging activity on rat liver DNA. In this respect, it is of interest to note that by the use of alkaline elution technique we found that the simultaneous administration of aminopyrine and $NaNO_2$ for 20 successive days causes, notwithstanding a possible DNA repair process, a liver DNA fragmentation comparable to the observed after a single i.p. injection of 10 to 20 mg/kg of DMNA (Parodi *et al.*, 1980), whereas after a single dose only a borderline DNA damage was observed. Usually, with N-nitroso compounds, the DNA repair processes seem not to keep the pace with the cumulation of the damage (Singer, 1979). The DNA repair in rat liver after DMNA has been shown by DamJanov *et al.* (1973), with the alkaline sucrose gradient technique, indeed to be very delayed.

The observed negative results can be the consequence either

Confidential Information – Subject to Protective Order GSKZAN0003535428




Fig. 1. Ratio [reduced viscosity ($\eta_{red}$)/reduced viscosity at plateau level ($\eta_{red}$)max] (mean ± S.D.) plotted against time. Liver DNA from: ○, control rats; ▲, rats treated with a single oral dose of cimetidine + $NaNO_2$; and ■, rats treated with a single oral dose of 0.12 mg/kg DMNA. A, normally fed rats given 250 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$. B, rats fasting for 60 hr and injected s.c. with 10 mg/kg of histamine 0.5 hr before treatment with 125 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$. C, rats fasted for 60 hr and injected s.c. with 10 mg/kg of histamine 0.5 hr before treatment with 250 mg/kg of cimetidine + 80 mg/kg of $NaNO_2$. Four rats were used in each group and were killed 6 hr after treatment.

of an exceedingly low level of nitrosocimetidine formation or of its inability to reach the liver. A scanty formation of nitrosocimetidine in fasted and both fasted and histamine-treated rats given a single dose of cimetidine + $NaNO_2$, in which gastric pH was found to be 2 to 3 and 1.5 to 2, respectively, could be attributed to rapid gastric emptying and consequent reduction of the time allowed for nitrosation reaction. However, this reaction seems to be more pH-dependent than time-dependent (De Flora and Picciotto, 1980). On the other hand, in normally fed rats given successive daily doses, cimetidine, by raising gastric pH, could at the same time reduce its nitrosation. This fact could also operate in the presence of developed gastric nitrate-reducing organisms. Concerning the alternative hypothesis of the inability of nitrosocimetidine in reaching the liver, the same seems to be unlikely because of the reported marked stability of nitrosocimetidine in aqueous solution (Jensen and Magee, 1981), which should correspond to a long *in vivo* half-life. Notwithstanding, we deem it important to verify, as soon as possible, whether or not administration of cimetidine + nitrite is followed by DNA fragmentation in gastric mucosa. Unfortunately, there are up to now some difficulties in obtaining cell suspensions from gastric mucosa without causing a "technical" DNA damage.

Eventually, we wish to emphasize that studies on DNA fragmentation carried out to ascertain mutagenic/cancerogenic potential of chemicals are at best performed *in vivo* for facing such parameters as pharmacokinetics and metabolic activation of the chemical under investigation. In the present case, in which a nitroso compound is possibly formed *in vivo*, the above experimental line seems further justified. Among other short-term tests for predicting genotoxic activity in mammals, unscheduled DNA synthesis, especially in rat hepatocytes primary cultures (offering the advantage that the target is largely metabolically competent) is widely validated (International Agency for Research on Cancer, 1980b). A useful modification is that proposed by Mirsalis and Butterworth (1980). According to their assay, the chemicals are administered *in vivo* in rats and after obtaining hepatocytes in primary culture the unscheduled DNA synthesis is studied *in vitro* when the chemical has undergone its kinetic and metabolic fate in the intact organism. This specific assay appears in their hand to be as sensitive as to detect the effect of 1 mg/kg of DMNA. Because when this *in vivo/in vitro* assay is used repair rather than fragmentation of DNA is investigated, we deem that it could be usefully associated in battery with *in vivo* tests, allowing DNA damage, when present to be correlated with DNA repair.

### References

Brambilla, G., Cavanna, M., Parodi, S., Sciabá, L., Pino, A. and Robbiano, L.: DNA damage in liver, colon, stomach, lung and kidney of BALB/c mice treated with 1,2-dimethylhydrazine. Int. J. Cancer **22:** 174–180, 1978.

Brambilla, G., Cavanna, M., Pino, A. and Robbiano, L.: Quantitative orrelation among DNA damaging potency of six N-nitroso compounds and their potency in inducing tumor growth and bacterial mutations. Carcinogenesis **2:** 425–429, 1981.

Brimblecombe, R. W., Ducan, W. A. M., Durant, G. J., Emmett, J. C., Genellin, C. R., Leslie, G. B. and Parsons, M. E.: Characterization and development of cimetidine as a histamine $H_2$-receptor antagonist. Gastroenterology **74:** 339–347, 1978.

Burland, W. L. and Simkins, M. A. (Editors): Cimetidine, Excerpta Medica Foundation Publishers, Amsterdam, 1977.

Cream, G. P., Leslie, G. B. and Roe, F. J. C.: Cimetidine and gastric cancer: Negative studies in dog. Lancet **2:** 797–798, 1979.

Damjanov, I., Cox, R., Sarma, D. S. R. and Farber, E.: Patterns of damage and repair of liver DNA induced by carcinogenic methylating agents *in vivo*. Cancer Res. **33:** 2122–2128, 1973.

De Flora, S. and Picciotto, A.: Mutagenicity of cimetidine in nitrite-enriched human gastric juice. Carcinogenesis **1:** 925–930, 1980.

Druckrey, H., Preussmann, R., Ivankovic, S., SO, B. T., Schmidt, C. H. and Bucheler, J.: Zur Erzeugung Subcutaner Sarkome an Ratten. Carcinogene Wirkung von Hydrazodicarbonsäure-bis-(Methyl-Nitrosamid), N-Nitroso-N-n-butyl-Harnstoff, N-Methyl-N-Nitroso-N'-Nitrosoguanidin und N-Nitroso-Imidazolidon. Z. Krebsforsch. **68:** 87–102, 1966.

Druckrey, H., Preussmann, R., Ivankovic, S. and Schmähl, D.: Organotrope Carcinogene Wirkungen bei 65 verschiedenen N-Nitrso-Verbindungen an BD-Ratten. Z. Krebsforsch. **69:** 103–201, 1967.

Elder, J. B., Ganguli, P. C. and Gillespie, I. E.: Cimetidine and gastric cancer. Lancet **1:** 1005–1006, 1979.

Endo, H., Ishizawa, M., Endo, T., Takahashi, K., Utsunomiya, T., Kinoshita, N., Hidaka, K. and Baba, T.: A possible process of conversion of food components to gastric carcinogens. *In* Origins of Human Cancer, ed. by H. H. Hiatt, J. D. Watson and J. A. Winsten, pp. 1591–1607, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 1977.

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 227 of 701



FOSTER, A. B., JARMAN, M., MANSON, D. AND SCHULTEN, H. R.: Structure and reactivity of nitrosocimetidine. Cancer Lett. 9: 47–52, 1980.

GIANNELLA, R. A., BROITMAN, S. A. AND ZAMCHECK, N.: Gastric acid barrier to ingested microorganism in man: Studies *in vivo* and *in vitro*. Gut 13: 251–256, 1972.

GREEN, M. H. L.: Mutagenic consequence of chemical reaction with DNA. *In* Chemical Carcinogens and DNA, ed. by P. L. Grover, vol. II, pp. 95–132, CRC Press, Boca Raton, 1979.

HENDERSON, E. E. AND BASILIO, M.: Evidence for *in vivo* damage of DNA by nitrosocimetidine. Proc. Am. Assoc. Cancer Res. 21: 85, 1980.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER: IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans vol. 24, pp. 297–314, International Agency for Research on Cancer, Lyon, 1980a.

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER: DNA damage and repair in mammalian cells. *In* IARC Monographs, Supplement 2, Long-Term and Short-Term Screening Assays for Carcinogens: A Critical Appraisal, pp. 201–226, Internation Agency for Research on Cancer, Lyon, 1980b.

JENSEN, D. E. AND MAGEE, P. N.: Methylation of DNA by nitrosocimetidine *in vitro*. Cancer Res. 41: 230–236, 1981.

KANTER, M. P. AND SCHWARTZ, H. S.: A hydroxylapatite batch assay for quantitation of cellular DNA damage. Anal. Biochem. 97: 77–84, 1979.

KISSANE, J. M. AND ROBINS, E.: The fluorometric measurement of deoxyribonucleic acid in animal tissue with special reference to the central nervous system. J. Biol. Chem. 233: 184–188, 1958.

KOHN, K. W., ERICKSON, L. C., EWIG, R. A. G. AND FRIEDMAN, C. A.: Fractionation of DNA from mammalian cells by alkaline elution. Biochemistry 15: 4629–4637, 1976.

MARQUARDT, H.: DNA—the critical cellular target in chemical carcinogenesis? *In* Chemical Carcinogens and DNA, ed. by P. L. Grover, vol. II, pp. 159–179, CRC Press, Boca Raton, 1979.

MIRSALIS, J. C. AND BUTTERWORTH, B. E.: Detection of unscheduled DNA synthesis in hepatocytes isolated from rats treated with genotoxic agents: An *in vivo-in vitro* assay for potential carcinogens and mutagens. Carcinogenesis 1: 621–625, 1980.

MIRVISH, S. S.: Formation of N-nitroso compounds: Chemistry, kinetics, and *in vivo* occurrence. Toxicol. Appl. Pharmacol. 31: 325–351, 1975.

MUSCROFT, T. J., DEANE, S. A., YOUNGS, D., BURDON, D. W. AND KEIGHLEY, M. R. B.: The microflora of the postoperative stomach. Br. J. Surg. 68: 560–564, 1981.

PARODI, S., CARLO, P., MARTELLI, A., TANINGHER, M., FINOLLO, R., PALA, M. AND GIARETTI, W.: A circular channel crucible oscillating viscometer: Detection of DNA damage induced *in vivo* by exceedingly small doses of dimethylnitrosamine. J. Mol. Biol. 147: 501–521, 1981a.

PARODI, S., DE FLORA, S., CAVANNA, M., PINO, A., ROBBIANO, L., BENNICELLI, C. AND BRAMBILLA, G.: DNA damaging activity *in vivo* and bacterial mutagenicity of sixteen hydrazine derivatives as related quantitatively to their carcinogenicity. Cancer Res. 41: 1469–1482, 1981b.

PARODI, S., TANNINGHER, M., PALA, M., BRAMBILLA, G. AND CAVANNA, M.: Detection by alkaline elution of rat liver DNA damage induced by simultaneous subacute administration of nitrite and aminopyrine. J. Toxicol. Environ. Health 6: 167–174, 1980.

PARODI, S., TANINGHER, M., SANTI, L., CAVANNA, M., SCIABÀ, L., MAURA, A. AND BRAMBILLA G.: A practical procedure for testing DNA damage *in vivo* proposed for a prescreening of chemical carcinogens. Mutat. Res. 54: 39–46, 1978.

POOL, B. L. AND EISENBRAND, G.: Biological activity of nitrosated cimetidine. Mutat. Res. 74: 243, 1980.

REED, P. I., CASSEL, P. G. AND WALTERS, C. L.: Gastric cancer in patients who have taken cimetidine. Lancet 1: 1234–1235, 1979.

REED, P. I., SMITH, P. L. R., HAINES, K., HOUSE, F. R. AND WALTERS, C. L.: Gastric juice N-nitrosamines in health and gastroduodenal disease. Lancet 2: 550–552, 1981a.

REED, P. I., SMITH, P. L. R., HAINES, K., HOUSE, F. R. AND WALTERS, C. L.: Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet 2: 553–556, 1981b.

REGISTRY OF TOXIC EFFECTS OF CHEMICAL SUBSTANCES: United States Department of Health, Education and Welfare, National Institute for Occupational Safety and Health, 1978.

RUDDEL, W. S. J., AXON, A. T. R., FINDLAY, J. M., BARTHOLOMEW, B. A. AND HILL, M. J.: Effect of cimetidine on the gastric bacterial flora. Lancet 2: 672–674, 1980.

RUDDEL, W. S. J., BONE, E. S., HILL, M. J., BLENDIS, L. M. AND WALTERS, C. L.: Gastric juice nitrite: A risk factor for cancer in the hypochlorhydric stomach? Lancet 2: 1037–1039, 1976.

RUDDEL, W. S. J., BONE, E. S., HILL, M. J. AND WALTERS, C. L.: Pathogenesis of gastric cancer in pernicious anemia. Lancet 1: 521–523, 1978.

RÜMKE, C. L. AND DE JONGE, H.: Design, statistical analysis and interpretation. *In* Evaluation of Drug Activities: Pharmacometrics, ed. by D. R. Laurence and A. L. Bacharach, vol. 1, pp 80–82, Academic Press, New York, 1964.

SCHOENTAL, R.: Carcinogenic activity of N-methyl-N-nitroso-N′-nitroguanidine. Nature (Lond.) 209: 726–727, 1966.

SCHWARZ, M., HUMMEL, J. AND EISENBRAND, G.: Induction of DNA strand breaks by nitrosocimetidine. Cancer Lett. 10: 223–228, 1980.

SINGER, B.: N-nitroso alkylating agents: Formation and persistence of alkyl derivatives in mammalian nucleic acids as contributing factors in carcinogenesis. J. Natl. Cancer Inst. 62: 1329–1339, 1979.

SUGIMURA, T., NAGAO, M. AND OKADA, Y.: Carcinogenic action of N-methyl-N-nitroso-N′-nitroguanidine. Nature (Lond.) 210: 962–963, 1966.

TANNENBAUM, S. L., FETT, D., YOUNG, V. R., LAND, P. D. AND BRUCE, W. R.: Nitrite and nitrate are formed by endogenous synthesis in the human intestine. Science (Wash. DC) 200: 1487–1489, 1978.

TAYLOR, T. V., LEE, D., HOWATSON, A. G., ANDERSON, J. AND MAC LEAD, I.: Gastric cancer in patients who have taken cimetidine. Lancet 1: 1235–1236, 1979.

Send reprint requests to: Dr. Giovanni Brambilla, Istituto di Farmacologia dell'Università, Viale Benedetto XV, 2, I-16132 Genoa, Italy.

Confidential Information – Subject to Protective Order GSKZAN0003535430

Reference 11

Submitted to Pharmacol. Res. Commun.



# ABSENCE OF DNA FRAGMENTATION IN GASTRIC MUCOSA OF RATS TREATED WITH HIGH DOSES OF CIMETIDINE AND NITRITE

Albiana Pino and Luigi Robbiano

Department of Pharmacology, University of Genoa, I-16132 Genova, Italy

SUMMARY

Nitrosation of cimetidine in the presence of nitrite and HCl, and mutagenic activity in bacteria as well as evidence of DNA damage in cultured mammalian cells elicited by nitrosocimetidine suggested the possible risk of development of gastrointestinal cancer after long term therapy with cimetidine. DNA fragmentation of gastric mucosa was investigated by the in vivo alkaline elution assay. Evidence of DNA damage was not gained in any of the groups of rats treated simultaneously with high doses of cimetidine and sodium nitrite in various molar ratios, notwithstanding the lowering of gastric pH obtained with prolonged fasting and histamine injection. These negative results, together with the previously reported absence of liver DNA fragmentation in similarly treated rats, suggest that intragastric nitrosation of cimetidine to genotoxic derivatives does not occur or occurs in subliminal amounts.

INTRODUCTION

Cimetidine, an $H_2$ receptor antagonist widely employed in the therapy of peptic ulcer, has been recently considered as potentially carcinogenic in human because of the two following mechanism: a) increase of nitrate-reducing gastic flora and possibly of nitroso derivatives concentration (Ruddel et al., 1980; Ruddel et al., 1978); b) cimetidine conversion to N-nitrosocimetidine in the presence of nitrite and acid pH (Foster et al., 1980). The first mechanism is attributable to the rise of gastric pH and then aspecifically linked to every condition causing hypochloridria (Reed et al., 1981 a,b). Because a reduction of gastric acidity is the common target of most anti-ulcer therapies, this risk seems to be unavoidable and any discussion nonsensical. The second mechanism, is instead intrinsically related to the assumption of any nitrosatable compound and then deserves for cimetidine a careful verification. Despite experimental evidence about nitrosocimetidine formation in acid condition and in the presence of excess nitrite (Foster et al., 1980) along with its ability of causing bacterial

mutation (Pool and Eisenbrand, 1980) and DNA fragmentation in mammalian cells (Schwarz et al., 1980; Henderson and Basilio, 1980), no proof has been until now obtained that transformation of cimetidine to mutagenic-carcinogenic nitroso derivatives takes place in gastric environment. Because of the satisfactory correlation existing between DNA damaging and carcinogenic potencies of N-nitroso compounds (Brambilla et al., 1981), we have previously investigated whether liver DNA fragmentation was induced in rats by oral treatment with high doses of cimetidine + $NaNO_2$, but negative results were obtained even when gastric pH was lowered in order to favour cimetidine nitrosation (Brambilla et al., 1982). However these negative results could be the consequence of nitrosocimetidine inability to reach the liver, and we deemed important to verify whether or not DNA damage could be induced in gastric mucosa, which is a closer target than liver.

## MATERIALS AND METHODS

The experiments were performed in Sprague-Dawley male albino rats, aged about 2 months. Cimetidine (m.w. 252) was used in form of a sterile injectable commercial preparation (Tagamet, Smith and French, Milan, Italy); sodium nitrite (m.w. 69) was obtained from Carlo Erba (Milan,Italy).

Rats were fasted for 60 hr (but allowed to drink a 10% sucrose solution), and injected with 10 mg/kg histamine 30 min before treatment in order to lower gastric pH to 1.5-2. They received by gastric intubation a single dose of: a) 250 mg/kg cimetidine + 80 mg/kg $NaNO_2$ (molar ratio 1:1.17); b) 125 mg/kg cimetidine + 80 mg/kg $NaNO_2$ (molar ratio 1:2.34); c) 62.5 mg/kg cimetidine + 80 mg/kg $NaNO_2$ (molar ratio 1:4.68); d) 250 mg/kg cimetidine alone; e) 80 mg/kg $NaNO_2$ alone. Control rats were given an equal volume (0.01 ml/g b.w.) of 0.9% NaCl. The dosage schedule c) was employed following the recommended nitrosation assay procedure in vitro (International Agency for Research on Cancer, 1980), to obtain a relative concentration of the reactans providing a more than four fold excess of nitrite, adequate to promote the nitrosation reaction. The only way to achieve such a ratio was to decrease the dose of cimetidine, because any increase of the dose of $NaNO_2$ would likely be lethal (LD50 = 85 mg/kg) (Registry of Toxic Effects of Chemical Substances, 1978).

Rats were killed by cervical dislocation and exangiunated 4 hr after treatment. All subsequent steps were performed at $4^\circ$ C. The stomach was excised proximal to the piloric sphincter and distal to the exophagus, opened and rinsed in cold Merchant's solution (0.14 M NaCl, 2.68 mM KCl, 0.07

mM $KH_2PO_4$, 9.48 mM $Na_2HPO_4$, 0.69 mM $Na_2EDTA$; pH 7.6). Gastric surface mucosa was removed by scraping with a cold microscope slide. The scrapings were mixed with 2 ml of cold Merchant's solution.

DNA alkaline elution was performed according to Kohn et al. (1976) as previously described (Cavanna et al., 1980). Briefly, an aliquot of $1 \times 10^6$ cells (or nuclei) was deposited onto a Millipore filter composed of mixed esters of cellulose (25 mm diameter; 5μm pore size). The cells were washed on the filter with cold Merchant's solution, and lysed at room temperature with 0.2% sodium lauroylsarcosinate, 2 M NaCl and 0.02 M $Na_2EDTA$ (pH 10). After an additional wash with 0.02 M $Na_2EDTA$ (pH 10), single strand DNA was eluted from the filter in the dark with 0.06 M tetraethylammonium hydroxide and 0.02 M $Na_2EDTA$ (pH 12.3) at a pump speed of 0.13 ml/min. The content of DNA in the 13 ml of eluate and that remaining on the filter were determined as previously described (Cavanna et al., 1980) by an adaption of the microfluorometric method of Kissane and Robins (1958). The recovery of applied DNA was 80% or greater.

Data are expressed both as percentage of eluted DNA and as elution rate over controls. The first value gives direct information concerning the experimental results obtained. $(K_t - K_c)$ is the average elution rate over controls, where $K_t$ is the elution rate of DNA from treated rats and $K_c$ the elution rate of DNA from the corresponding control rats. K, which is given by the following formula

$$K = -\ln \frac{1}{\text{fraction of DNA retained on filter}} \times \frac{1}{V}$$

where V is the eluted volume in ml (13 ml), is as first approximation directly proportional to the number of single-strand breaks (Kohn et al.,1976). Statistical analysis of results was carried out by the use of the nonparametric Wilcoxon two-sample two-tailed test (Rümke and De Jonge, 1964).

## RESULTS AND DISCUSSION

Data obtained from fasted and histamine-injected rats (gastric pH 1.5-2) given, along with 80 mg/kg $NaNO_2$, three different oral doses of cimetidine (62.5-125.0-250.0 mg/kg) in order to explore the effect of molar ratios cimetidine/nitrite ranging from 1:4.68 to 1:1.17 are shown in Table 1. DNA fragmentation, i.e. a significant increase over controls of DNA elution rate, was not induced by any of these treatments.

TABLE 1

EFFECT OF CIMETIDINE AND $NaNO_2$ TREATMENT ON DNA ELUTABILITY, AS EVALUATED BY ALKALINE ELUTION IN GASTRIC MUCOSA OF RATS FASTING FOR 60 HR AND PREINJECTED S.C. WITH 10 mg/kg OF HISTAMINE FOR 30 MIN.

| Treatment | Oral dose (mg/kg) | No. of rats | % DNA eluted from the filter (Mean $\pm$ S.D.) | Elution rate over controls ($K_t - K_c$) |
|---|---|---|---|---|
| Controls | - | 26 | 24.6 $\pm$ 4.20 | ($K_c$=0.021) |
| Cimetidine+$NaNO_2$ | 250 + 80 | 8 | 25.8 $\pm$ 5.37 | 0.001 |
| Cimetidine+$NaNO_2$ | 125 + 80 | 8 | 26.4 $\pm$ 4.21 | 0.002 |
| Cimetidine+$NaNO_2$ | 62.5 + 80 | 6 | 25.0 $\pm$ 3.69 | 0.0004 |
| Cimetidine | 250 | 6 | 24.3 $\pm$ 2.16 | - 0.0003 |
| $NaNO_2$ | 80 | 6 | 26.5 $\pm$ 1.88 | 0.002 |

In any treatments the two tailed significance level versus controls was $p > 0.10$. Furthermore, in any couple of treatments the significance level was $p > 0.10$ versus each other.

The alkaline elution technique employed to detect DNA damage is capable in our experimental conditions of revealing a statistically significant liver DNA fragmentation in rats given a single dose of 0.6 mg/kg dimethylnitrosamine (i.e. 1 break per $10^9$ daltons). Consequently our negative results, while not excluding the intragastric conversion of cimetidine to genotoxic nitroso compounds, indicate that nitrosation reaction (if occurring) is of minimal extent, despite favourable experimental conditions, namely, high concentrations of both reactants, excess of nitrite and acid gastric pH. In this respect, it can be useful to point out that a single administration of 320 mg/kg aminopyrine + 80 mg/kg $NaNO_2$ (molar ratio 1:0.78) in normally fed rats (gastric pH ~ 5.5) caused, on the contrary, a modest but significant increase over controls of liver DNA elution rate (Parodi et al., 1980). It appears thus evident that in patients taking cimetidine, because of both drug lower dosages and huge excess of drug versu nitrite concentration, its nitrosation to genotoxic derivatives in gastric environment should be absent or take place in an exceedingly low extent.

ACKNOWLEDGEMENTS

The work was supported in part by the CNR Finalized Project "Control of Neoplastic Growth" and was performed under the auspices of the "Centro di Informazione Farmacotossicologica" supported by region of LIGURIA.

REFERENCES

Brambilla, G., Cavanna, M., Pino, A., and Robbiano, L. (1981) Carcinogenesis, 2: 425-429.

Brambilla, G., Cavanna, M., Maura, A., Pino, A., Robbiano, L., Carlo, P., Biassoni, F., and Ricci, R. (1982) J.Pharmacol.Exp.Ther., in press.

Cavanna, M., Parodi, S., Robbiano, L., Pino, A. Sciabà, L., and Brambilla, G. (1980) Gann, 71: 251-259.

Foster, A.B., Jarman, M., Manson, D., and Schulten, H.R. (1980) Cancer Lett., 9: 47-52.

Henderson, E.E., and Basilio, M. (1980) Proc.Am.Assoc.Cancer Res., 31: 85.

International Agency for Research on Cancer. IARC Monographs on the evaluation of the carcinogenic risk of chemical to human, vol. 24, pp. 297-314, (1980). International Agency for Research on Cancer, Lyon.

Kissane, J.M., and Robins, E. (1958) J.Biol.Chem., 233: 184-188.

Kohn, K.W., Erickson, L.C., Ewig, R.A.G., and Friedman, C.A. (1976) Biochemistry, 15: 4629-4637.

Parodi, S., Tanningher, M., Pala, M., Brambilla, G., and Cavanna, M. (1980) J.Toxicol.Environ.Health, 6: 167-174.

Pool, B.L., and Eisenbrand, G. (1980) Mutat.Res., 74: 243.

Reed, P.L., Smith, P.L.R., Haines, K., House, F.R., and Walters, C.L. (1981a) Lancet, 2: 550-552.

Reed, P.L., Smith, P.L.R., Haines, K., House, F.R., and Walters, C.L. (1981b) Lancet, 2: 553-556.

Registry of Toxic Effects of Chemical Substance (1978) United States Department of Health Education and Welfare, National Institute for Occupational Safety and Health.

Ruddel, W.S.J. Bone, E.S., Hill, M.J., and Walters, C.L. (1978) Lancet, 1: 521-523.

Ruddel, W.S.J., Axom, A.T.R., Findlay, J.M., Bartholomew, B.A., and Hill, M. J. (1980) Lancet, 2: 672-674.

Römke, C.L., and De Jonge, H. in: "Evaluation of drug activities: Pharmacometrics" D.R. Laurence and A.L. Bacharach (Eds.), vol. 1, pp. 80-82 (1964). Academic Press., New York.

Schwarz, M., Hummel, J. and Eisenbrand, G. (1980) Cancer Lett., 10: 223-228.

Reference 12

[CANCER RESEARCH 42, 1962–1966, May 1982]
0008-5472/82/0042-0000$02.00

12.

# Nondetection of $O^6$-Methylguanine in Rat DNA following *in Vivo* Treatment with Large Doses of Cimetidine Alone or in Combination with Sodium Nitrite[1]

Soterios A. Kyrtopoulos,[2] Efstathios Hadjiloucas, and Birgitta Vrotsou

*National Hellenic Research Foundation, Biological Research Center, 48 Vassileos Constantinou Avenue, Athens, T.T. 501/1, Greece*

## ABSTRACT

Cimetidine was administered by stomach tube to rats at 70 or 700 mg/kg, doses corresponding to 5 or 50 times, respectively, the typical daily dose of individuals on cimetidine treatment. In some cases, cimetidine (70 mg/kg) was administered in combination with a 2-fold molar excess of sodium nitrite. This treatment was carried out up to 6 times over a 3-day period, the pH of the rat stomach being maintained at 2.3 to 3.0 for about 1 hr after each treatment. The DNA of the stomach, liver, and intestines (large and small pooled together) was isolated 6 hr after cessation of treatment and analyzed for the presence of $O^6$-methylguanine using a sensitive and specific radioimmunoassay. No evidence could be obtained for the presence of this methylated base in any of the DNA samples examined, the limit of detection being 3 $\mu$mol $O^6$-methylguanine per mol guanine. We suggest that the observed lack of DNA methylation may be primarily due to the slow rate of nitrosation of cimetidine in combination with its rapid absorption into the blood stream.

## INTRODUCTION

The drug cimetidine (Tagamet) is a histamine H-2 receptor antagonist widely used in the treatment of gastric disorders (3, 4). Some concern has been expressed recently over the use of cimetidine, following reports of the appearance of gastric cancer in patients previously treated with it (7, 8, 23, 28, 30, 37). The concern raised by these reports was underlined by the fact that cimetidine is a derivative of *N*-methyl-N″-cyanoguanidine (Chart 1) and has the potential of undergoing *in vivo* *N*-nitrosation to give a *N*-nitroso derivative chemically similar to the potent mutagen and gastric carcinogen MNNG.[3] Indeed, cimetidine has been shown to give rise to a mutagen on incubation with nitrite-enriched human gastric juice (5). Authentic NC has been prepared by the reaction of cimetidine and nitrous acid in aqueous mixtures (2, 11), and its chemical and biological properties have been extensively studied (1, 2, 11, 13, 15, 26, 34). As anticipated from its chemical structure, NC is a powerful mutagen in bacteria (26) and an inducer of sister chromatid exchanges (1) and DNA repair synthesis (13) in cultured mammalian cells as well as methylation of DNA treated *in vitro* (15). Of particular interest is the finding that the spectrum of DNA base methylation observed in the latter case is similar to that found with methylating carcinogens such as MNNG, NMU, and dimethylnitrosamine (17, 18) and includes, among other products, $O^6$-methylguanine. The latter, although a secondary product of DNA base methylation, has been strongly implicated in the mechanism of mutagenic and carcinogenic action of methylating agents (18, 24). Clearly then, NC demonstrates in *in vitro* test systems many of the characteristic properties of a carcinogen. Consequently, the possibility of its formation in the human stomach during cimetidine treatment is of particular interest.

The formation of *N*-nitroso compounds by *in vivo* nitrosation of suitable precursors has been clearly demonstrated in experimental animals (19–21), and it is likely that it also occurs in humans (10, 33). Apart from the direct detection of *N*-nitroso compounds in body fluids, evidence of their *in vivo* formation can be obtained through the detection of the characteristic products of their interaction with stable cell components such as DNA (9, 22). This approach is particularly useful in the case of DNA-modifying agents the *in vivo* stability of which is such as to preclude their convenient isolation from body fluids or tissues and subsequent characterization. Furthermore, this method, apart from giving an indication of the transient formation of the reactive species, allows a direct estimate of the resulting DNA damage which, from the point of view of carcinogenesis, is perhaps a more significant observation. Using such an approach, Montesano and Magee (22) have demonstrated that, following administration of methylurea and sodium nitrite by stomach tube to rats, 7-methylguanine appears in the DNA of rat tissues, probably arising from reaction with transient, *in vivo*-generated NMU.

In order to examine whether damage to DNA can occur as a result of the formation of NC under the conditions prevailing in the human stomach during cimetidine treatment, we have analyzed the DNA of rats treated p.o. with large doses of cimetidine, either alone or in combination with sodium nitrite. For the analysis of DNA, we have used a sensitive radioimmunoassay specific for $O^6$-methyldeoxyguanosine (16). We report that no such base modification could be detected in the DNA of rat stomach, liver, or intestine, even after treatment with a total dose of cimetidine 30 times larger than the typical daily dose of patients on cimetidine therapy, accompanied by 2-fold molar excess of sodium nitrite.

## MATERIALS AND METHODS

**Treatment of Animals.** Following a typical clinical dose of 200 mg cimetidine, the pH of human gastric juice rapidly rises to about 3 and remains at 3.0 to 2.3 for about 1 hr (27). Preliminary experiments indicated that the pH of the empty rat stomach (normally pH 4 to 5) could be adjusted and maintained in the above range for about 30 min by means of a p.o. dose of 2 ml CB regardless of the presence or

---

[1] This work was supported by Grant 80018 awarded by the Greek Agency for Research and Technology.

[2] To whom requests for reprints should be addressed.

[3] The abbreviations used are: MNNG, *N*-methyl-*N'*-nitro-*N*-nitrosoguanidine; NC, *N*-nitrosocimetidine; NMU, *N*-nitrosomethylurea; CB, citrate buffer (0.4 M sodium citrate-HCl, pH 2.3); PBS, phosphate-buffered saline (0.14 M NaCl-10 mM $Na_2HPO_4$, pH 7.2)

Received September 16, 1981; accepted February 10, 1982

Confidential Information – Subject to Protective Order 

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 237 of 701



[illegible]ance of cimetidine or sodium nitrite. Furthermore, at [illegible] of a volume of the above mixture disappeared from the rat stomach within 30 min, thus permitting the administration of a further 1.5 ml CB and the subsequent maintenance of the stomach pH for a further 30 min. Consequently, the following procedure was adopted for the treatment of animals.

Tagamet tablets (obtained from a local drugstore) were crushed into fine powder and suspended in CB at concentrations corresponding to 7-, 14-, or 70-mg/ml cimetidine. Sodium nitrite was dissolved separately in CB at a concentration of 7.7 mg/ml, corresponding to twice the stoichiometric concentration of cimetidine in the second of the above solutions. Where necessary, the pH of the solutions was adjusted to 2.3 with concentrated HCl. The solutions were kept at 0° during use and stored frozen at −20° between animal treatments.

Six groups of 5 male Wistar rats (from our own colony), weighing 200 g each and which had been starved for 24 hr, were treated by stomach tube with one of the cimetidine solutions (either alone or followed immediately by sodium nitrite, in a total volume of 2 ml) and, 30 min later, by 1.5 ml of CB. Either each treatment was carried out only once or it was repeated twice daily (with a 6-hr interval between treatments) and for a total of 3 consecutive days. Negative control animals received plain CB, while positive control animals received 2 ml of a solution of MNNG (Serva, Heidelberg, Federal Republic of Germany), in CB (1 mg/ml), followed 30 min later by 1.5 ml CB. The treatment given to the various groups of animals is summarized in Table 1.

All animals were kept without food during the whole course of the experiment but were allowed free access to water. They were killed with ether 6 hr after the initiation of the final treatment, and the stomach, liver, and intestines (large and small pooled together) were rapidly removed, pooled separately for each group, and frozen in liquid nitrogen.

**DNA Preparation and Analysis.** After being allowed to thaw in cold PBS, the tissues were washed thoroughly with the same buffer prior to homogenization. DNA extraction was carried out as described previously (16), except that 2 phenol extractions were carried out instead of only one.

The DNA prepared was hydrolyzed to nucleosides by dissolving in 10 mM magnesium acetate (pH 6.0) (2 mg/ml) and digesting with DNase I (EC 3.1.4.5; Sigma type I; 500 units/ml) for 30 min at 37°. After addition of 0.1 volume 1 M Tris-HCl (pH 8.6), snake venom phosphodiesterase (EC 3.1.4.1; Sigma type VII; 0.15 unit/ml) and alkaline phosphatase (EC 3.1.3.1; Sigma type VII; 15 units/ml) were added, and digestion was continued for 16 hr.

The enzymic DNA hydrolysate thus obtained (usually corresponding to 2 mg DNA) was chromatographed on a column of Aminex A6 resin (170 x 10 mm; Bio-Rad, Richmond, Calif.) eluted with 0.4 M ammonium formate, pH 4.26, at 50°. Fractions of 1 ml were collected with an ISCO fraction collector (ISCO, Nebraska) equipped with a flow interrupter valve. The fractions corresponding to the position of $O^6$-methyldeoxyguanosine [determined in separate experiments using authentic marker compound prepared as described previously (16)] were analyzed for the presence of this nucleoside by radioimmunoassay. The




Chart 1. Chemical formulas of cimetidine, NC, and MNNG.

Table 1

*Treatment of experimental animals*

The animals were treated by stomach tube with cimetidine (alone or in combination with sodium nitrite) in a total of 2 ml CB, the pH of the rat stomach being maintained at pH 2.3 to 3.0 for 1 hr after each treatment as described in "Materials and Methods." Each type of treatment was carried out either only once or twice a day for 3 consecutive days.

| Animal Group | Dose of cimetidine/ treatment (mg/kg) | Dose of sodium nitrite/ treatment (mg/kg) | Other treatment | No. of treatments |
|---|---|---|---|---|
| 1 | 70 | | | 6 |
| 2 | 700 | | | 6 |
| 3 | 70 | 38.5 | | 1 |
| 4 | 70 | 38.5 | | 6 |
| 5[a] | | | CB | 6 |
| 6[b] | | | MNNG (10 mg/kg) | 1 |

[a] Negative control.
[b] Positive control.

$A^{1\,cm}_{260\,nm}$ of the deoxyguanosine fractions was measured and used for the quantitation of the deoxyguanosine in the chromatographed sample using a molar absorption coefficient $\epsilon_{260}$ = 12,300 $mol^{-1}$ $cm^2$.

**Radioimmunoassay.** Radioimmunoassay was carried out on the fractions collected from the chromatography column by a modification of the procedure already described (16). The assay mixtures consisted of 1 ml ice-cold 0.4 M ammonium formate (pH 4.26), tracer $O^6$-methyl[1′,2′-$^3$H]deoxyguanosine [30.3 Ci/mmol; prepared by the methylation of [1′,2′-$^3$H]deoxyguanosine (Radiochemical Centre, Amersham, U. K.) as described previously (16)] (in 25 µl PBS; approximately 1000 dpm), unlabeled $O^6$-methyldeoxyguanosine (0 to 65 pmol in 25 µl PBS) and, added last, rabbit anti-$O^6$-methyldeoxyguanosine antiserum (25 µl in PBS) diluted to give 30% binding of tracer in the absence of added $O^6$-methyldeoxyguanosine. After incubation at 0° for 30 min, the mixtures were passed rapidly through a Millipore type HA filter (25 mm diameter; 0.45 µm) (Millipore Intertech, Inc., Bedford, Mass.). The filters were then washed twice with 2-ml aliquots of cold ammonium formate buffer, dried at 80° for 30 min, and allowed to cool, and the bound radioactivity was counted in 5 ml scintillation cocktail (0.5% PPO–0.02% POPOP in toluene) using a Packard Model 3320 liquid scintillation counter (Packard Instrument Co., La Grange, Ill.)

## RESULTS

Chart 2 shows the chromatographic profiles obtained from the Aminex A6 column using various enzymic DNA hydrolysates. The results in Chart 2A were obtained with liver DNA hydrolysate (from rats not treated in any way) to which authentic $O^6$-methyl[1′,2′-$^3$H]deoxyguanosine had been added. Clearly, good separation of the methylated nucleoside from the normal nucleosides was obtained, 96% of the added marker compound being recovered in Fractions 41 to 45.[4] Radioimmunoassay carried out on the corresponding fractions of the eluates of DNA hydrolysates from the rats of Group 5 (treated only with CB) (Table 1) showed no inhibition of tracer binding, indicating the absence of detectable amounts of $O^6$-methyldeoxyguanosine or of any other cross-reacting substance. On the other hand, if $O^6$-methyldeoxyguanosine were added in known quantities to control DNA prior to hydrolysis, it could be clearly detected in the corresponding column eluates (Chart 2B). From radioimmunoassay of the appropriate chromatographic fractions and a standard curve (Chart 3), the amount of $O^6$-methyldeoxyguanosine which had been loaded onto the

[4] The position of 7-methyldeoxyguanosine, the major product of DNA methylation by NC *in vitro* (15), was not determined, because it was not expected to be present in DNA in amounts likely to interfere with the radioimmunoassay (Ref. 16; S. A. Kyrtopoulos, unpublished observations).



Confidential Information – Subject to Protective Order

GSKZAN0003535440




Chart 2. Analysis of DNA by column chromatography and radioimmunoassay. DNA (2 mg) was enzymically hydrolyzed to the nucleosides and chromatographed on a column of Aminex A6 eluted with 0.4 M ammonium formate buffer, pH 4.26, at 50°. The 3 absorbance peaks correspond to the pyrimidine nucleosides deoxyguanosine and deoxyadenosine, respectively. Fractions 36 to 55 were analyzed for $O^6$-methyldeoxyguanosine by radioimmunoassay. *A*, control liver DNA containing about 5 × 10⁴ dpm added $O^6$-methyl[1',2'-³H]deoxyguanosine; *B*, control liver DNA containing 26.2 pmol added $O^6$-methyldeoxyguanosine; *C*, stomach DNA from rats treated with MNNG (10 mg/kg); *D*, stomach DNA from rats treated 6 times with cimetidine (70 mg/kg) and sodium nitrite (38.5 mg/kg). - - - - (*B* to *D*), limits of significance of the inhibition of tracer binding in the radioimmunoassay (2 S.D.).




Chart 3. Inhibition of tracer antibody binding by $O^6$-methyldeoxyguanosine. For experimental details, see "Materials and Methods." Duplicate measurements agreed to within ±5% (S.D.).

column could be calculated. The average recovery thus quantitated (for 10 to 50 pmol $O^6$-methyldeoxyguanosine) was 94 ± 10% (S.E.).

Chart 2*C* shows a typical result obtained with DNA hydrolysate from rats treated with MNNG. $O^6$-Methyldeoxyguanosine was clearly detectable, and the extents of DNA methylation in various tissues could be calculated (Table 2). It can be seen that maximal methylation is found in the DNA of the stomach, followed closely by liver and then by intestine DNA.

Chart 2*D* shows the results obtained with DNA from the stomachs of rats treated 6 times with cimetidine (70 mg/kg) and excess sodium nitrite (Table 1, Group 4). Clearly, no inhibition of tracer binding was observed with the fractions corresponding to the position of $O^6$-methyldeoxyguanosine, indicating the absence of detectable amounts of the latter. Similar results were obtained with the DNA from the tissues of rats of Groups 1 to 3 (Table 1). The results are summarized in Table 2.

## DISCUSSION

We have found that p.o. treatment of rats with single or multiple doses of cimetidine, alone or in combination with sodium nitrite, did not result in the formation of detectable amounts of $O^6$-methylguanine in DNA. The minimum quantity of $O^6$-methyldeoxyguanosine which could be detected by the radioimmunoassay used is 1 pmol (Chart 3). Because this nucleoside is eluted from the Aminex A6 column in 5 fractions, with each of the central 2 fractions containing about one-third of the total (Chart 2*A*), the minimum quantity which would need to have been loaded onto the column and still be detectable by radioimmunoassay on the eluate is 3 pmol. If this amount originated from 2 mg methylated DNA (the quantity of DNA routinely analyzed), it would correspond to about 3 μmol $O^6$-methylguanine per mol guanine in the original DNA. This constitutes the lowest level of DNA methylation detectable under the conditions used in our experiments.



Confidential Information – Subject to Protective Order

Table 2

*$O^6$-Methylguanine in DNA*

Following treatment as described in "Materials and Methods" and summarized in Table 1, the DNA of the stomach, liver, and intestines (large and small pooled together) was extracted and analyzed for the presence of $O^6$-methylguanine by radioimmunoassay

| Animal Group | µmol $O^6$-methylguanine/mol guanine | | |
|---|---|---|---|
| | Stomach | Liver | Intestines |
| 1 | ND[a] | ND | ND |
| 2 | ND | ND | ND |
| 3 | ND | ND | ND |
| 4 | ND | ND | ND |
| 5 | ND | ND | ND |
| 6 | 10 | 8 | 5 |

[a] ND, not detected. The limit of detection was 3 µmol $O^6$-methylguanine per mol guanine

The kinetics of cimetidine nitrosation in aqueous solutions has been shown by Bavin *et al.* (2) to be similar to those of the nitrosation of methylurea (19), both reactions showing first-order dependence on the concentrations of nitrosatable substrate, nitrite, and hydrogen ions. Administration of methylurea and nitrite to rats gives rise to NMU in their stomachs (20, 21) as well as to DNA methylation (22). Montesano and Magee (22) found 6 to 15 µmol $N^7$-methylguanine per mol guanine (depending on the tissue) in the DNA of rats treated p.o. with a combination of methylurea and sodium nitrite (23.7 µmol/kg and 0.61 mmol/kg, respectively). Because the ratio of $O^6$- to $N^7$-methylguanine in DNA methylated by NMU is (in the absence of repair) 0.11 (17), the amounts of $O^6$-methylguanine formed can be calculated to have been 0.7 to 1.4 µmol/mol guanine. Such levels of DNA methylation would have been too low to be detected by our assay. However, the dose of cimetidine which we administered in combination with sodium nitrite was over 10-fold higher than the above dose of methylurea (277.3 µmol/kg), while our dose of sodium nitrite was only slightly lower (0.56 mmol/kg). Furthermore, we administered this combination twice a day for 3 days, amounting to a total dose of cimetidine over 70-fold higher than that used with methylurea. It can be confidently anticipated that, if the *in vivo* DNA-methylating efficiency of the combination of cimetidine and sodium nitrite were similar to that of methylurea and sodium nitrite, our treatment schedule would have resulted in levels of DNA methylation comfortably detectable by our assay. Nevertheless, despite the use of such large doses, no $O^6$-methylguanine was formed in the DNA above our limit of detection of 3 µmol/mol guanine. Ignoring any possible DNA repair effects, it may be calculated from this result that cimetidine, in combination with sodium nitrite, methylates DNA *in vivo* at least 30-fold less than methylurea does under the same conditions. The actual *in vivo*-methylating capacity of cimetidine plus sodium nitrite is probably even lower than indicated by this figure, because during our cimetidine experiments the acidity of the rat stomach was maintained at a level about 100-fold higher than that which probably prevailed during the methylurea experiments of Montesano and Magee (22), a condition significantly favoring cimetidine nitrosation.

While $N^7$-methylguanine does not appear to be subject to repair in the rat, $O^6$-methylguanine is well known to be removed from DNA by repair processes (18, 24). However, significantly rapid repair of $O^6$-methylguanine occurs only in the liver of the rat (18, 24, 25) and may have contributed to the nondetection of this lesion in liver DNA. On the other hand, the intestine is known to be poor in this type of repair activity (25) and, while no relevant information appears to be available for the stomach, repair does not appear likely to be an important factor here either (18).

Apart from possible pharmacokinetic effects, 2 other factors appear likely to determine the reduced ability of cimetidine plus sodium nitrite to methylate DNA *in vivo* relative to methylurea plus sodium nitrite: (*a*) the rates of the respective nitrosation reactions; and (*b*) the rates and pathways of breakdown of the respective *N*-nitroso derivatives.

Although the nitrosations of cimetidine and methylurea obey similar kinetic equations (2, 19), the molecular rate constant for the former reaction is some 200 times smaller than for the latter (0.050 $M^{-2}$ $sec^{-1}$ and 10.5 $M^{-2}$ $sec^{-1}$, respectively, at 25°). This difference is expected to influence significantly the proportions of cimetidine and methylurea nitrosated prior to disappearance from the stomach of the administered reactants. In this context, it should be underlined that cimetidine is absorbed into the blood stream rapidly, its blood concentration becoming maximal in well under 1 hr (12). This rapid absorption, in combination with the relatively slow rate of nitrosation, is probably the major factor determining the observed lack of DNA methylation.

The *in vitro* stability and reactivity of NC have been studied in some detail by Jensen and Magee (15). These workers reported that, in the absence of sulfur nucleophiles, NC is remarkably stable, having a half-life of 135 hr at pH 7.4 and 23°. For comparison, NMU has a half-life of under 1.2 hr under the same conditions (6), while its *in vivo* lifetime is much shorter (36). This relative stability of NC, if extending to the conditions inside the cell, may protect cellular DNA from damage by permitting NC to undergo detoxifying reactions resulting in loss of its methylating capacity.

The breakdown of NC is efficiently catalyzed by sulfhydryl compounds such as cysteine and glutathione (15). However, even after complete breakdown in the presence of excess cysteine, NC methylates DNA *in vitro* to about one-half the extent to which NMU does. This difference, reflecting different pathways of breakdown in the 2 cases, is probably a further factor contributing to the differences observed *in vivo*.

Our results have some bearing on the question of the risk faced by humans taking cimetidine. A typical clinical dose taken by humans on cimetidine treatment is 1 g/day, *i.e.*, 14 mg/kg/day for a 70-kg individual (12, 27). The daily doses of cimetidine administered in our experiments were 10- and 100-fold higher and were continued for 3 days. We also administered cimetidine at 5-fold the human daily dose, accompanied by excess sodium nitrite, up to 6 times over a 3-day period. In no case did we detect any $O^6$-methylguanine in the DNA of the treated animals. The concentration of the administered nitrite (in the rat stomach) in our experiments was 48.6 mM, while the concentration of nitrite in the gastric juice of fasting healthy humans is reported to be about 4 µM (33, 38), more than $10^4$-fold lower. Assuming that cimetidine nitrosation *in vivo* follows kinetics similar to the *in vitro* reaction, our results suggest that the highest level of methylation of the DNA of the stomach, liver, and intestines following a daily dose of 1 g cimetidine in the human is likely to be at least 5 × $10^4$ times lower than the maximum which could have been present in the DNA of our experimental animals. Extrapolation to *in vivo* reactions at low concentrations of reactants should be made with some caution,

however, because it has been shown that sometimes (31), although not always (14, 20), the kinetics of such reactions differs quite significantly from that of reactions *in vitro* or at high reactant concentrations.

Our results do not exclude the possibility of NC formation or of DNA methylation during the treatment of humans with cimetidine. Indeed, the occurrence of a nitrosated derivative of cimetidine in the stomach mucosa of humans who had received cimetidine has been reported very recently (29, 35). However, the work reported here does point to differences in the chemical behavior of cimetidine *in vivo* relative to that exhibited in highly artificial *in vitro* systems and suggests that any adverse effects predicted by the latter may be less important *in vivo* than anticipated.

## REFERENCES


1. Athanasiou, K., and Kyrtopoulos, S. A. Induction of sister-chromatid exchanges and chromosome aberrations in cultured mammalian cells by N-nitrosocimetidine. Cancer Lett., *14:* 71–75, 1981.
2. Bavin, P. M. G., Durant, G. J., Miles, P. D., Mitchell, R. C., and Pepper, E. S. Nitrosation of cimetidine [N''-cyano-N-methyl-N'-{2-[(5-methylimidazol-4-yl)methylthio]ethyl} guanidine]. J. Chem. Res. (S), 212–213, 1980.
3. Brimblecombe, R. W., Duncan, W. A. M., Durant, G. J., Emmett, J. C., Ganellin, C. R., Leslie, G. B., and Parsons, M. E. Characterization and development of cimetidine as a histamine $H_2$-receptor antagonist. Gastroenterology, *74:* 339–347, 1978.
4. Burland, W. L., and Simkins, M. A. (eds.). Cimetidine. Amsterdam: Excerpta Medica Foundation, Publishers, 1977.
5. De Flora, S., and Picciotto, A. Mutagenicity of cimetidine in nitrite-enriched human gastric juice. Carcinogenesis, *1:* 925–930, 1980.
6. Druckrey, H., Preussmann, R., Ivankovic, S., and Schmahl, D. Organotrope carcinogene Wirkungen bei 65 verschiedenen N-nitroso-verbindungen an BD-Ratten. Z. Krebsforsch., *69:* 103–201, 1967.
7. Elder, J. B., Ganguli, P. C. and Gillespie, J. E. Cimetidine and gastric cancer. Lancet, *1:* 1005–1006, 1979.
8. Elder, J. B., Ganguli, P. C., and Gillespie, J. E. Gastric cancer in patients who have taken cimetidine. Lancet, *2:* 245, 1979.
9. Epstein, S. S. *In vivo* studies on interactions between secondary amines and nitrites or nitrates. *In:* P. Bogovski, R. Preussman, and E. A. Walker (eds.), N-Nitroso Compounds Analysis and Formation. IARC Scientific Publication No. 3, pp. 109–115. Lyon: International Agency for Research on Cancer, 1972.
10. Fine, D. H. An assessment of human exposure to N-nitroso compounds. *In:* E. A. Walker, M. Castegnaro, L. Griciute, and R. E. Lyle (eds.), Environmental Aspects of N-Nitroso Compounds. IARC Scientific Publication No. 19, pp. 267–278. Lyon: International Agency for Research on Cancer, 1978.
11. Foster, A. B., Jarman, M., Manson, D., and Schulten, H. R. Structure and reactivity of nitrosocimetidine. Cancer Lett., *9:* 47–52, 1980.
12. Griffiths, R., Lee, R. M.; and Taylor, D. C. Kinetics of cimetidine in man and experimental animals. *In:* W. L. Burland and M. A. Simkins (eds.), Cimetidine, pp. 38–51. Amsterdam: Excerpta Medical Foundation, Publishers, 1977.
13. Henderson, E. E., and Basilio, M. Evidence for *in vivo* damage of DNA by nitrosocimetidine. Proc. Am. Assoc. Cancer Res., *20:* 85, 1980.
14. Iqbal, Z. M., Epstein, S. S., Krull, I. S., Goff, U., Mills, K., and Fine, D. M. Kinetics of nitrosamine formation in mice following oral administration of trace-level precursors. *In:* E. A. Walker, M. Castegnaro, L. Griciute, and R. E. Lyle (eds.), Environmental Aspects of N-Nitroso Compounds. IARC Scientific Publication No. 19, pp. 169–180. Lyon: International Agency for Research on Cancer, 1978.
15. Jensen, D. E., and Magee, P. N. Methylation of DNA by nitrosocimetidine *in vitro*. Cancer Res., *41:* 230–236, 1981.
16. Kyrtopoulos, S. A., and Swann, P. F. The use of radioimmunoassay to study the formation and disappearance of $O^6$-methylguanine in mouse liver satellite and main-band DNA following dimethylnitrosamine administration. J. Cancer Res. Clin. Oncol., *98:* 127–138, 1980.
17. Lawley, P. D., Methylation of DNA by carcinogens: some application of chemical analytical methods in screening tests in chemical carcinogenesis. *In:* R. Montesano, H. Bartsch, and L. Tomatis (eds.), Screening Tests in Chemical Carcinogenesis. IARC Scientific Publication No. 12, pp. 181–208. Lyon: International Agency for Research on Cancer, 1976.
18. Margison, G. P., and O'Conor, P. J. Nucleic acid modification by N-nitroso compounds. *In:* P. L. Grover (ed.), Chemical Carcinogens and DNA, pp. 111–159. Boca Raton, Fla.: CRC Press, 1979.
19. Mirvish, S. S. Formation of N-nitroso compounds: chemistry, kinetics and *in vivo* occurrence. Toxicol. Appl. Pharmacol., *31:* 325–351, 1975.
20. Mirvish, S. S., Karlowski, K., Sams, J. P., and Arnold, S. D. Studies related to nitrosamide formation: nitrosation in solvent systems, nitrosomethylurea formation in the rat stomach and analysis of a fish product for ureas. *In:* E. A. Walker, M. Castegnaro, L. Griciute, and R. E. Lyle (eds.), Environmental Aspects of N-Nitroso Compounds. IARC Scientific Publication No. 19, pp. 161–174. Lyon: International Agency for Research on Cancer, 1978.
21. Mirvish, S. S., Karlowski, K., Birt, D. F., and Sams, J. P. Dietary and other factors affecting nitrosomethylurea formation in the rat stomach. *In:* E. A. Walker, L. Griciute, M. Castegnaro, and M. Borzsönyi (eds.), N-Nitroso Compounds: Analysis, Formation and Occurrence. IARC Scientific Publication No. 31, pp. 271–277. Lyon: International Agency for Research on Cancer, 1980.
22. Montesano, R., and Magee, P. N. Evidence of formation of N-methyl-N-nitrosourea in rats given N-methylurea and sodium nitrite. Int. J. Cancer, *7:* 249–255, 1971.
23. Mullen, P. W. Gastric cancer in patients who have taken cimetidine. Lancet, *2:* 1406, 1979.
24. Pegg, A. E. Formation and metabolism of alkylated nucleosides: possible role in carcinogenesis by nitroso compounds and alkylating agents. Adv. Cancer Res., *25:* 195–269, 1977.
25. Pegg, A. E. Enzymatic removal of $O^6$-methylguanine from DNA by mammalian cell extracts. Biochem. Biophys. Res. Commun., *84:* 166–173, 1978.
26. Pool, P. L., Eisenbrand, G., and Schmahl, D. Biological activity of nitrosated cimetidine. Toxicology, *15:* 69–72, 1979.
27. Pounder, R. E., Williams, J. G., Milton-Thompson, G. J., and Misiewicz, J. J. 24-Hour control of intragastric acidity by cimetidine in duodenal ulcer patients. Lancet, *2:* 1069–1072, 1975.
28. Reed, P. I., Cassell, P. D., and Walters, C. L. Gastric cancer in patients who have taken cimetidine. Lancet, *1:* 1234–1235, 1979.
29. Rice, S., Ichinotsubo, D., Stemmermann, G., Hayashi, T., Palumbo, N., Sylvester, S., Nomura, A., and Mower, H. Nitrosation reactions of stomach mucosal tissue of the human and dog. *In:* W. R. Bruce, P. Correa, M. Lipkin, S. R. Tannenbaum, and T. C. Wilkins (eds.), Gastrointestinal Cancer: Endogenous Factors, Banbury Report 7, pp. 185–199. Cold Spring Harbor, N. Y.: Cold Spring Harbor Laboratory, 1981.
30. Roe, F. J. C. Cimetidine and gastric cancer. Lancet, *1:* 1039, 1979.
31. Rounbehler, D. P., Ross, R., Fine, D. H., Iqbal, Z. M., and Epstein, S. S. Quantitation of dimethylnitrosamine in the whole mouse after biosynthesis *in vivo* from trace levels of precursors. Science (Wash. D. C.), *197:* 917–918, 1977.
32. Ruddell, W. S. J. Gastric cancer in patients who have taken cimetidine. Lancet, *1:* 1234, 1979.
33. Schlag, P., Böckler, R., Ulrich, H., Peter, M., Merkle, P., and Herfarth, C. Are nitrite and N-nitroso compounds in gastric juice risk factors for carcinoma in the operated stomach? Lancet, *1:* 727–729, 1980.
34. Schwarz, M., Hummel, J., and Eisenbrand, G. Induction of DNA strand breaks by nitrosocimetidine. Cancer Lett., *10:* 223–228, 1980.
35. Stemmermann, G., Mower, H., Rice, S., Ichinotsubo, D., Tomiyasu, L., Hayashi, T., Nomura, A., and Mandel, M. Mutagens in extracts of gastrointestinal mucosa. *In:* W. R. Bruce, P. Corria, M. Lipkin, S. R. Tannenbaum, and T. C. Wilkins (eds.), Gastrointestinal Cancer: Endogenous Factors, Banbury Report 7, pp. 175–183. Cold Spring Harbor, N. Y.: Cold Spring Harbor Laboratory, 1981.
36. Swann, P. F. The rate of breakdown of methyl methanesulphonate, dimethylsulphate and N-methyl-N-nitrosourea in the rat. Biochem. J., *110:* 49–52, 1968.
37. Taylor, T. V., Lee, D., Howatson, A. G., Anderson, J., and Macleod, I. B. Gastric cancer in patients who have taken cimetidine. Lancet, *1:* 1235–1236, 1979.
38. Walters, C. L., Hill, M. J., and Rudell, W. S. J. Gastric juice nitrite: its source and relationship to hydrogen ion concentration. *In:* E. A. Walker, M. Castegnaro, L. Griciute, and R. E. Lyle (eds.), Environmental Aspects of N-Nitroso Compounds. IARC Scientific Publication No. 19, pp. 279–288. Lyon: International Agency for Research on Cancer, 1978.

Reference 13

13.

*Chem.-Biol. Interactions*, 38 (1981) 87—98
Elsevier/North-Holland Scientific Publishers Ltd.



# CELLULAR DNA DAMAGE BY NITROSOCIMETIDINE: A COMPARISON WITH *N*-METHYL-*N'*-NITROSO-NITROSOGUANIDINE AND X-IRRADIATION*

E.E. HENDERSON*, M. BASILIO and R.M. DAVIS

*Department of Microbiology and Immunology and *Fels Research Institute, Temple University School of Medicine, Philadelphia, PA 19140 (U.S.A.)*

(Received December 5th, 1980)
(Revision received May 4th, 1981)
(Accepted June 17th, 1981)

SUMMARY

Permanently proliferating lymphoblastoid cell lines (LCLs) and normal unstimulated peripheral blood leukocytes have been used to study the effects of nitrosocimetidine (NC) on cultured human lymphoid cells. The approaches that were used to assess the cells' ability to cope with NC were: (i) determination of cell survival as measured by colony formation in microtiter plates; (ii) quantitation of DNA synthesis and DNA-repair replication by isopyknic sedimentation of DNA density labeled with 5-bromo-2-deoxyuridine (BrdU); (iii) measurement of the induction of alkali labile lesions and strand breaks by NC in $^3$H-labeled DNA using velocity sedimentation in alkaline sucrose. In summary, treatment with NC was found to inhibit both replicative DNA synthesis and colony formation in LCLs. At the molecular level, NC treatment induced alkali labile lesions in LCL DNA and elicited DNA-repair replication in proliferating LCLs as well as unstimulated lymphocytes. Considered in total, these data indicate that NC is reactive with human DNA in the cellular environment in a manner similar to methylating nitroso compounds which have been shown to be carcinogenic. The significance of these findings will be discussed.

*Supported by N.I.H. grants CA-12227 and CA-23999. Data in part presented at the Seventy-First Annual Meeting of the American Association for Cancer Research, May 28—31, 1980, San Diego, CA, U.S.A.

Abbreviations: BrdU, 5-bromo-2-deoxyuridine; EBV, Epstein-Barr virus; HBSS, Hank's balanced salt solution; LCL, lymphoblast cell line; NC, nitrosocimetidine; MNNG, *N*-methyl-*N'*-nitro-*N*-nitrosoguanidine; PBL, peripheral blood leukocytes; RPMI-1640, Roswell Park Memorial Institute medium number 1640; SSC, standard sodium citrate buffer; SDS, sodium dodecyl sulfate.

0009—2797/81/0000—0000/$02.75
© 1981 Elsevier/North-Holland Scientific Publishers Ltd.

Confidential Information – Subject to Protective Order

GSKZAN0003535445

## INTRODUCTION

There are indications that potentially carcinogenic nitroso compounds can be formed through the interaction of certain nitrogen-containing compounds with nitrite both in vitro and in vivo [1—3]. Therapeutic drugs exist which contain such nitrosatable nitrogen atoms; one of which is cimetidine, a histamine $H_2$-receptor antagonist [4,5]. Two recent observations have been made regarding cimetidine which are of particular interest with respect to the potential for drugs to be nitrosated. The first was the occurrence of stomach carcinomas, for which the etiology was and still is unknown, in patients being administered cimetidine for gastric disorders [6] and the second was the capacity for cimetidine to be nitrosated in vitro to form a compound with methylating potential [7]. NC has structural similarities to *N*-methyl-*N'*-nitro-*N*-nitrosoguanidine (MNNG), a powerful, methylating compound and stomach carcinogen in animals [8]. In addition, Schwarz et al. [9] have more recently shown by the method of alkaline elution that the addition of NC to cells in vitro resulted in DNA strand breaks, although NC was found to be much less potent in its system than MNNG. In vitro experiments carried out in these laboratories [10] have demonstrated that NC will react with native DNA in solution to produce a spectrum of methylation products with relative yields identical to those produced by MNNG. These results have led us to analyze the effects of NC on cultured human cells in an attempt to assess its potential reactivity with DNA in the cellular environment.

## MATERIALS AND METHODS

### *Chemicals*

The NC used in these experiments was the kind and generous gift of Dr. Peter Magee, Director of the Fels Research Institute. The nitrosation of cimitidine (kindly supplied by Smith Kline and French Laboratories, Philadelphia) to form NC was performed by Drs. M. Abou-Gharbia and D. Swern of the Chemistry Department, Temple University, who followed the procedure recommended by Dr. G.J. Durant, Smith Kline and French Laboratories, Ltd., Welwyn Garden City, England. Extensive characterization of the synthesized compound (M. Abou-Gharbia, D. Swern and P.N. Magee, in prep.) indicated only a single nitroso compound, NC, nitrosated at the methyl-substituted nitrogen atom with greater than 98% purity; the major contaminant appeared to be cimetidine. MNNG was obtained from Aldrich Chemical Co., and [$^3$H]thymidine from New England Nuclear. All other chemicals were of the highest purity commercially available.

### *Cell culture*

The permanently proliferating human LCLs used in these studies, from normal adults (C91-35, C85-5), and an ataxia telangiectasia patient (BB91-3-1), were established using the B95-8 transforming strain of Epstein-Barr virus

(EBV) obtained from Dr. George Miller, Yale University, New Haven, CN. Peripheral blood leukocytes (PBL) were purified from heparinized whole blood drawn from normal adult volunteers using the ficoll-hypaque method of Böyum [11]. The LCLs and PBL were maintained in, and experiments carried out in Roswell Park Memorial Institute medium number 1640 (RPMI-1640), supplemented with 20% heat-inactivated (56°C, 30 min) fetal bovine serum (Flow Laboratories), and penicillin and streptomycin (complete medium). Cell viability was determined by Trypan blue dye exclusion (Trypan blue stain 0.4% in normal saline) during hemocytometer counts. Only cultures demonstrating greater than 90% viability were used.

*Assessment of cell survival*

Measurements of cell survival were accomplished by cell plating in microtiter plates, a method modified from a transformed center assay originally described by Moss and Pope [12]. Briefly, exponentially growing lymphoblastoid cells at 1 X $10^6$ cells ml were treated with drug and washed twice with Hank's balanced salt solution (HBSS). The cells, treated or non-treated, were serially diluted into individual wells of a 96-well microtiter plate previously inoculated with complete media. The plates were then incubated at 37°C in a humidified 5% $CO_2$ in air atmosphere. Colonies which developed within 3 weeks were counted with an inverted tissue culture microscope and the initial colony-forming unit per seeded cell was calculated as described by Kraemer et al. [13]. Colony-forming efficiencies of treated cultures were then compared to non-treated cultures and expressed as a percentage of this control.

*DNA-replicative synthesis*

The effects of NC on lymphoblast DNA synthesis were determined by either a modification of the method described by Peterson [14] or by incorporation of [$^3$H]thymidine into trichloroacetic acid percipitable material as described by Henderson and Ribecky [15]. Cells treated for 1 h with NC and controls were pulsed for 2 h with a mixture of BrdU (33 $\mu$M) and [$^3$H]thymidine (10 $\mu$Ci/ml, 21 Ci/mmol) in the medium; the DNA was then extracted using phenol [16] and banded on neutral, self-generating cesium chloride gradients. Samples were prepared for centrifugation by diluting 50—75 $\mu$g of DNA with SSC to a final volume of 4.5 ml and adding solid cesium chloride to give a final density of 1.703 g/ml. The DNA was then hydrodynamically sheared by rapidly passing this solution through a 22-gauge needle 5 times in succession. The samples were centrifuged for 60 h, 25°C, 30 000 rev./min using a Beckman SW 50.1 rotor, and the gradients fractionated. The concentration of DNA in the unreplicated light band (density 1.70 g/ml) was determined by 260 nm absorbance (1.0 absorbance = 50 $\mu$g DNA/ml) and the DNA in the $^3$H-labeled, density-labeled, replicated hybrid band (density 1.75 g/ml) was isolated by trichloroacetic acid co-precipitation with albumin (200 $\mu$g) and counted. The results of this analysis is expressed as the ratio of the counts in the replicated band to the $\mu$g of DNA in the unreplicated band.

Confidential Information – Subject to Protective Order

*DNA-repair synthesis*

DNA-repair synthesis was quantitated by determining the amount of [$^3$H]thymidine incorporated into unreplicated lymphocyte or lymphoblast DNA. Replicated DNA was separated from the unreplicated by density-labeling the replicating fraction in the cell using BrdU followed by resolution of these populations by isopyknic sedimentation in alkaline cesium chloride, a method originally developed by Pettijohn and Hanawalt [17] for studies using bacteria and later modified for mammalian cells in culture by Painter and Cleaver [18]. Cells were preincubated in BrdU (33 $\mu$M) for 30 min and then further incubated for 2 h in a mixture of BrdU (33 $\mu$M), [$^3$H]thymidine (25 $\mu$Ci/ml, 49 Ci/mmol) and nitroso compound. In some experiments the preincubated cells were treated with X-rays (300 kV; 20 mA) or UV light (254 nm) and then incubated for 2 h in BrdU and [$^3$H]thymidine. DNA samples were prepared and centrifuged as described above except that the DNA in 4.5 ml standard sodium citrate buffer (SSC) was denatured by the slow addition of 1 M NaOH to bring the pH to 11.5 and after 10 min the solution brought to a density of 1.703 g/ml with solid cesium chloride. The gradient fractions containing unreplicated DNA were identified by 260 nm absorbance, pooled, dialyzed and the DNA further purified by being rebanded on neutral cesium chloride gradients through the same method [19]. The DNA concentration in rebanded peak fractions was determined by 260 nm absorbance and the radioactivity of the DNA in these fractions determined after trichloroacetic acid co-precipitation with albumin.

*Determination of alkali-sensitive DNA lesions by the method of Lydersen and Pettijohn [20]*

LCLs $^3$H-labeled in their DNA ([$^3$H]thymidine, 0.10 mCi/ml, 19 Ci/mmol, 12-h incubation) were utilized to measure the yield of alkali-labile DNA lesions. Cell cultures treated with NC at varying concentrations for 1 h at 37°C or with X-rays were harvested and washed twice in HBSS and resuspended in 10 mM Tris, 10 mM EDTA, pH 7.4. One hundred microliters of this suspension was immediately applied over a 100-$\mu$l layer of lysis buffer (0.25% sodium dodecyl sulfate (SDS), 10 mM EDTA, 150 mM $NaHCO_3$, pH 8.15) on top of a 5-ml (4.5-cm), 5—20% alkaline sucrose gradient (10 mM Tris, 10 mM EDTA, 0.25% SDS, 0.05 N NaOH). After a 15-min incubation at 25°C the gradients were centrifuged for 45 min, 25°C, 25 000 rev./min using a SW 50.1 rotor. Fractions were collected and the DNA radioactivity in each fraction determined after trichloroacetic acid co-precipitation of the DNA with albumin. The molecular weight of the single-stranded DNA ($MW_n$) at the medium fraction of the DNA peak was calculated according to the equation of Lydersen and Pettijohn [20] with the theoretical molecular weight of the control single-stranded human DNA assumed to be 5 × $10^{10}$ daltons.

## RESULTS

### *Cell killing by cimetidine, NC and MNNG*

Because of their propensity to remain phenotypically unchanged and karyotypically diploid after numerous passages, LCLs readily lend themselves to the colony-formation assay in which the number of cells surviving insult and able to go on to form colonies are scored as function of agent dose. We have used this assay to evaluate the toxicity of MNNG, NC and cimetidine utilizing normal human lymphoblasts and lymphoblasts derived from a patient with ataxia telangiectasia. Ataxia cells have been shown to be especially sensitive to the cytotoxic effects of alkylation damage [21]. The results of these experiments are shown in Fig. 1. As expected, colony formation was reduced following MNNG treatment, with the ataxia cell line being somewhat more sensitive to the cytotoxic effects of MNNG than the normal lymphoblasts. A similar effect has been reported for ataxia fibroblasts [21]. NC was also found to be cytotoxic to both cell lines, but in this case the normal and ataxia LCLs showed similar sensitivity. In the experimental protocol used to generate the survival curves shown in Fig. 1, the cells were incubated for 12 h in medium containing the indicated agent concentration,




Fig. 1. Percentage of survival as function of drug concentration, for colony-forming ability in microtiter plates of LCLs established from EBV-infected PBL from ataxia telangiectasia (BB91-3-1) or a normal adult (C91-3). Survival of the colony-forming efficiency of the drug-treated cells divided by that of the untreated controls is expressed as percentage. Each symbol represents the precentage survival as determined from 8 microtiter wells. Colony-forming efficiency; for controls: C91-3, 10%; BB91-3-1, >1%.

TABLE I

INHIBITION OF LYMPHOBLAST (C91-3) REPLICATIVE DNA SYNTHESIS BY NC

| NC treatment (1 h, mM) | Replicated DNA ($^3$H cpm) / Unreplicated DNA (μg) | Relative to control |
|---|---|---|
| None | 7004 | 1.00 |
| 0.17 | 3601 | 0.51 |
| 0.44 | 3087 | 0.44 |
| 1.78 | 1235 | 0.18 |
| 3.55 | 869 | 0.12 |
| 7.90 | 446 | 0.06 |

and were washed and plated. Under these conditions we found that, relative to MNNG, about 2-fold higher concentrations of NC were required to achieve a given degree of cell killing in the normal cell line. It is possible that reactions other than alkylation play a somewhat greater role in MNNG cytotoxicity and that ataxia telangiectasia lymphoblasts are more sensitive to this lesion. Alternatively, the mechanisms or levels of activation for MNNG and NC, thus cytotoxicity, may be different in normal and ataxia telangiectasia LCLs [23]. Cimetidine itself had no detectable effect on colony formation

TABLE II

EFFECT OF CONTINUOUS TREATMENT WITH MNNG OR NC ON DNA SYNTHESIS IN LCL C85-5 AS MEASURED BY [$^3$H]THYMIDINE INCORPORATION

| Treatment (μM) | Time after treatment: 1 h $^3$H-cpm | % control | 24 h $^3$H-cpm | % control | 48 h $^3$H-cpm | % control |
|---|---|---|---|---|---|---|
| *MNNG* | | | | | | |
| None | 20 200 ± 2670[a] | 100 | 25 240 ± 1359 | 100 | 27 803 ± 2135 | 100 |
| 3 | 13 431 ± 136 | 66 | 11 331 ± 643 | 44 | 11 139 ± 1126 | 40 |
| 9 | 9038 ± 2449 | 44 | 5894 ± 523 | 23 | 6935 ± 1368 | 24 |
| 17 | 2788 ± 24 | 13 | 2730 ± 84 | 11 | 5330 ± 26 | 19 |
| 34 | 1464 ± 32 | 7 | 2055 ± 27 | 8 | 4843 ± 274 | 17 |
| 68 | 1735 ± 738 | 8 | 1555 ± 239 | 6 | 3357 ± 499 | 12 |
| *NC* | | | | | | |
| None | 17 031 ± 432 | 100 | 24 431 ± 4271 | 100 | 30 624 ± 6349 | 100 |
| 3 | 19 469 ± 997 | 114 | 18 240 ± 441 | 74 | 20 703 ± 3849 | 67 |
| 9 | 18 020 ± 951 | 105 | 14 967 ± 1347 | 61 | 16 531 ± 2342 | 53 |
| 17 | 14 534 ± 3657 | 85 | 10 474 ± 2863 | 42 | 7653 ± 56 | 24 |
| 34 | 14 514 ± 484 | 85 | 6880 ± 3307 | 28 | 6050 ± 242 | 19 |
| 68 | 11 205 ± 555 | 65 | 4457 ± 224 | 18 | 3843 ± 2 | 12 |

[a] Mean ± S.D.

by either ataxia or normal LCLs over the same dose range; neither is this compound able to alkylate DNA in vitro [10].

*Inhibition of DNA replicative synthesis in NC-treated cells*

It is possible to resolve isolated cellular DNA into two major fractions, semi-conservatively replicated and non-replicated, on neutral cesium chloride gradients after incubating the cells with the pyrimidine analog, BrdU. We are thus able to evaluate the degree of [$^3$H]thymidine incorporation due to DNA replication and to DNA repair as a function of chemical dose. Using this assay we have found that a 1-h incubation of normal human lymphoblasts with NC inhibits DNA replicative synthesis in a dose-dependent manner (Table I). Synthesis is inhibited by about 50% with a 170-$\mu$M dose of NC,




Fig. 2. Plots of cesium chloride (CsCl) rebanding of DNA isolated from control or NC-treated human PBL. Approx. 2.5 x 10$^7$ cells were incubated with BrdU, 33 $\mu$M, for 30 min, then exposed to NC for 1 h. After treatment, the cells were washed twice in complete media and reincubated in complete media containing 33 $\mu$M BrdU:[$^3$H]-thymidine, 49 Ci/mM, 25 $\mu$Ci/ml for 2 h at 37°C. Following cell harvest, DNA was extracted and banded in neutral CsCl; the 5 fractions showing peak absorbancy at a normal density of 1.70 g/cm$^3$ were collected, combined, then dialyzed against cold SSC overnight, and then rebanded in neutral CsCl, collected and analyzed as described in Materials and Methods. Symbols: ○, profiles of optical density at 260 nm; •, profiles of $^3$H-radioactivity. Increasing density from right to left.

while it has been found, using a different methodology, that approximately the same degree of inhibition is achieved using 3 μM MNNG [15].

In Table II the effects of continuous treatment with lower doses of MNNG or NC on DNA synthesis as measured by [$^3$H]thymidine incorporation are shown. Initially, after 1 h of exposure to NC, DNA synthesis was not significantly inhibited until 68 μM was used. However, at later times during continuous treatment, 24 h and 48 h, DNA synthesis was inhibited by lower doses of NC which had not originally had an inhibitory effect on DNA synthesis at 1 h. This data suggests that NC may become activated with time during continuous incubation in the presence of cells.

*DNA-repair synthesis in NC-treated cells; a comparison to several known carcinogens*

The ability to induce cellular DNA-repair synthesis is a characteristic shared by carcinogens of diverse types and modes of action [22]. This repair, if it involves nucleotide insertion, can be detected and quantitated using radioactive DNA precursors [16,17,24]. Therefore, we have employed DNA labeling with a BrdU:[$^3$H]thymidine mixture in an attempt to analyze DNA repair in unstimulated PBL and growing LCLs treated with NC and to compare the levels of DNA repair with those induced by several carcinogens (MNNG, X-rays and UV light) known to induce detectable levels of DNA repair. The labeling patterns obtained from several of these rebanding experiments using DNA from control and NC-treated normal lymphocytes are shown in Fig. 2. It is seen that NC does stimulate detectable levels of dose-dependent DNA-repair directed nucleotide incorporation. The calculated DNA specific activities based on these experiments are tabulated

TABLE III

LEVELS OF DNA-REPAIR SYNTHESIS INDUCED IN NON-STIMULATED HUMAN ADULT PERIPHERAL BLOOD LEUKOCYTES BY NC, MNNG OR X-RAYS

| Treatment | Rebanded unreplicated DNA fractions | | |
|---|---|---|---|
| | μg DNA | Incorporated [$^3$H]thymidine cpm | cpm/μg DNA |
| Control | 42.3 | 367 | 8.7 |
| NC (1 h, mM): | | | |
| 0.18 | 31.8 | 2698 | 84.8 |
| 1.00 | 42.0 | 4920 | 117.1 |
| 1.80 | 30.2 | 1685 | 55.8 |
| MNNG (1 h, mM): | | | |
| 0.09 | 36.1 | 4035 | 111.8 |
| 0.17 | 38.5 | 6445 | 167.4 |
| 0.34 | 37.6 | 5795 | 154.1 |
| X-rays (300 kV, krads): | | | |
| 10 | 38.8 | 1612 | 41.6 |
| 50 | 42.7 | 2711 | 63.5 |

TABLE IV

LEVELS OF DNA-REPAIR SYNTHESIS INDUCED IN PERMANENTLY PROLIFERATING, NORMAL ADULT LYMPHOBLASTOID CELLS BY NC, MNNG AND IRRADIATION

| Treatment | Rebanded unreplicated DNA fractions | | |
|---|---|---|---|
| | μg DNA | Incorporated [³H]thymidine cpm | cpm/μg DNA |
| Control | 24.1 | 650 | 27.0 |
| NC (1 h, mM): | | | |
| 0.18 | 15.4 | 1168 | 75.8 |
| 1.00 | 19.3 | 1808 | 93.7 |
| MNNG (1 h, mM): | | | |
| 0.14 | 23.1 | 3627 | 157.0 |
| UV-irradiation (254 nm, ergs/mm²): | | | |
| 300 ergs/mm² | 44.8 | 20 349 | 454.2 |
| X-rays (300 kv, krads): | | | |
| 10 | 57.9 | 4666 | 80.6 |
| 50 | 58.9 | 5499 | 93.4 |

in Table III and are compared with the results from other experiments in which lymphocytes were treated with MNNG, UV light or X-rays. It is clear that, relative to NC, MNNG is much more effective at inducing repair synthesis at somewhat lower applied doses; also, the apparent paralysis of the repair system which is typically observed as the dose of chemical agent is increased occurs much sooner in the MNNG dose-response curve. We take these results as an indication that, relative to NC, a higher fraction of the applied MNNG concentration is activated in the cell during the incubation




Fig. 3. Analysis of whole cellular DNA by velocity sedimentation centrifugation. Gradient A is a profile of radioactivity obtained from a control LCL (C91-3) labeled with [³H]thymidine, 0.10 μCi/ml, 24 Ci/mM for 12 h before harvest and centrifugation. Gradient B is a profile of radioactivity obtained with the identical cells treated for 1 h with 1.0 mM NC before harvest and identical centrifugation as in panel A.

TABLE V

ASSESSMENT OF ALKALI-SENSITIVE DAMAGE IN DNA ISOLATED FROM LYMPHOBLASTS TREATED WITH NC OR MNNG AS DETECTED USING ALKALINE SUCROSE GRADIENT CENTRIFUGATION

| Treatment | Distance traveled by median fraction (cm) | $MW_n$ ($\times 10^{10}$) |
|---|---|---|
| None | 3.67 | 5.0 |
| NC (1 h, mM): | | |
| 0.35 | 2.77 | 2.5 |
| 1.00 | 1.34 | 0.4 |
| 3.56 | 1.00 | 0.19 |
| MNNG (1 h, mM): | | |
| 0.05 | 2.26 | 1.5 |
| 0.14 | 0.97 | 0.18 |
| X-rays (300 kV, krads): | | |
| 10 | 1.52 | 0.55 |

period. The levels of DNA-repair induced by NC and MNNG in permanently dividing normal human lymphoblastoid cells (Table IV) are in close agreement with those observed in unstimulated lymphocytes.

*Detection of NC-induced cellular DNA damage*

In Fig. 3 we present evidence that treatment of lymphoblasts with NC induces alkali-labile lesions and/or strand breaks into the DNA. In these experiments the sedimentation rate of the DNA through alkaline sucrose gradients was determined; it is seen that the DNA from NC-treated cells travels only a short distance into the gradient during the centrifugation time while the DNA from control, untreated cells migrates nearly to the bottom of the centrifuge tube. Using the approach described by Lydersen and Pettijohn [20] we have calculated the number average molecular weight of the fragmented DNA relative to the control, assumed to be $5 \times 10^{10}$ daltons following lysis directly on the gradient. These results are tabulated in Table V. Recognizing the limitations and uncertainties associated with sedimentation of mammalian DNA in alkaline sucrose, it is still clear that the number of detected breaks increases and therefore the DNA chain lengths decrease with increasing NC dose.

DISCUSSION

The determination of the chemical interactions of NC in human cells and the consequent biological effects are important for several reasons. First, NC can be generated in vitro from cimetidine via a standard nitrosation reaction. Several studies have indicated that nitroso compounds which are potentially carcinogenic can be formed by similar reactions between dietary nitrogen-containing compounds and nitrite in the gastrointestinal tract of laboratory animals and under conditions existing in the human stomach

[1—3]. It is quite possible that cimetidine as well can be nitrosated in vivo, but it is emphasized that no evidence for this has, as yet, been reported. Second, cimetidine is presently being administered orally to large numbers of individuals as an effective therapy for disorders of the esophagus, stomach and duodenum. Finally, the structural similarity between NC and MNNG, one of the most potent inducers of stomach tumors in laboratory test animals known, is apparent.

Recently, Ichinotsubo et al. [25] have demonstrated that mono- and dinitrosocimetidine are mutagenic in the Ames *Salmonella typhimurium* assay and cause an increase in sister chromatid exchanges in a Chinese hamster ovary cell culture system. In the present series of experiments we have evaluated some of the effects of NC utilizing a human lymphoid cell model system. We have found that whereas cimetidine itself is non-toxic to these cells at least up to a concentration of 50 μM, NC is quite effective in cell killing. NC has also been shown to inhibit DNA replication, stimulate DNA-repair processes and to introduce lesions into cellular DNA which are made manifest by chain fragmentation as detected by alkaline sucrose gradient centrifugation. These same properties are shared by MNNG treatment and by UV and ionizing irradiation (Tables II and III). It has also been shown that NC is capable of methylating DNA in vitro to produce a percentage yield distribution of modified purine residues which is essentially identical to that generated by MNNG and methylnitrosourea [10]. Clearly NC belongs to this same class of methylating nitroso compounds. However, it should be noted that on a mole-per-mole basis, dosed MNNG at 1 h is much more efficient than NC in inducing these modifications; alkali label lesions and/or strand breaks are approx. 20 times more efficient. In this regard Peterson [14] has noted that at doses that result in equal levels of total DNA alkylation and cell killing, MNNG treatment produces 13 times more DNA strand breaks than methyl methanesulfonate. Thus, despite structural and other similarities NC does not react within the cellular environment the same as MNNG.

## REFERENCES


1 S.R. Tannenbaum, M.C. Archer, J.S. Wishnok and W.W. Bishop, Nitrosamine formation in human saliva, J. Natl. Cancer Inst., 60 (1978) 251.

2 S.R. Tannenbaum, D. Fett, V.R. Young, D.D. Land and W.R. Bruce, Nitrite and nitrate are formed by endogenous synthesis in the human intestine, Science, 200 (1978) 1487.

3 S.S. Mirvich, Formation of N-nitroso compounds: chemistry, kinetics and in vivo occurrence, Toxicol. Appl. Pharmacol., 31 (1975) 325.

4 W. Lijinsky, Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines, Cancer Res., 34 (1974) 255.

5 R.W. Brimblecombe, W.A.M. Duncan, G.J. Durant, J.C. Emmett, C.R. Ganellin and M.E. Parsons, J. Int. Med. Res., 3 (1975) 86.

6 J.B. Elder, P.C. Ganguli and I.E. Gillespie, Cimetidine and gastric cancer, Lancet, 1979, 1005.

7 A.B. Foster, M. Jarman, D. Manson and H.-R. Schulten, Structure and reactivity of nitrosocimetidine, Cancer Lett., 9 (1980) 47.

8 T. Sugimura, M. Nagao and Y. Okada, Carcinogenic action of N-methyl-N′-nitro-N-nitrosoguanidine, Nature, 210 (1966) 962.
9 M. Schwarz, J. Hummel and G. Eisenbrand, Induction of DNA strand breaks by nitrosocimetidine, Cancer Lett., 10 (1980) 223.
10 D.E. Jensen and P.N. Magee, Methylation of DNA by nitrosocimetidine in vitro, Cancer Res., 41 (1981) 230.
11 A. Böyum, Isolation of mononuclear cells and granulocytes from human blood, Scand. J. Clin. Invest., (Suppl. 97) 21 (1968) 77.
12 D.J. Moss and J.H. Pope, Assay of the infectivity of Epstein-Barr virus by transformation of human leukocytes in vitro, J. Gen. Virol., 17 (1972) 233.
13 K.H. Kraemer, H.L. Waters, O.L. Ellingson and J.K. Buchanan, Survival of human lymphoblastoid cells after DNA damage measured by growth in microtiter wells, Mutat. Res., 72 (1980) 285.
14 A.R. Peterson, DNA synthesis, mutagenesis, DNA damage, and cytotoxicity in cultures mammalian cells treated with alkylating agents, Cancer Res., 40 (1980) 682.
15 E.E. Henderson and R. Ribecky, DNA repair in lymphoblastoid cell lines established from human genetic disorders, Chem.-Biol. Interact., 33 (1980) 63.
16 D. Scudiero, E. Henderson, A. Norin and B. Strauss, The measurement of chemically-induced DNA repair synthesis in human cells by BND-cellulose chromatography, Mutat. Res., 29 (1975) 473.
17 D.E. Pettijohn and P.C. Hanawalt, Isolation of partially density-labeled DNA molecules from bacteria, J. Mol. Biol., 8 (1964) 170.
18 R.B. Painter and J.E. Cleaver, Repair replication, unscheduled DNA synthesis and the repair of mammalian DNA, Radiat. Res., 37 (1969) 451.
19 R. Painter and B. Young, Repair replication in mammalian cells after x-irradiation, Mutat. Res., 14 (1972) 225.
20 B.K. Lydersen and D. Pettijohn, Interactions stabilizing DNA tertiary structure in the *Escherichia coli* chromosome investigated with ionizing radiation, Chromosoma (Berl.), 62 (1977) 199.
21 D.A. Scudiero, Decreased DNA repair synthesis and defective colony-forming ability of Ataxia telangiectasia fibroblast cell strains treated with N-methyl-N′-nitro-N-nitrosoguanidine, Cancer Res., 40 (1980) 984.
22 B.S. Strauss, Repair of DNA in mammalian cells, Life Sci., 15 (1974) 1685.
23 P.D. Lawley and C.J. Thatcher, Methylation of DNA in cultured mammalian cells by N-methyl-N′-nitro-N-nitrosoguanidine, Biochem. J., 116 (1970) 693.
24 T. Lindahl, DNA glycosylases, endonucleases for apurinic apyrimidimic sites, and base excision repair, Prog. Nucleic Acid Res. Mol. Biol., 22 (1979) 135.
25 D. Ichinotsubo, E.A. MacKinnon, C. Liu, S. Rice and H.F. Mower, Mutagenicity of nitrosated cimetidine, Carcinogenesis, 2 (1981) 261.




Confidential Information – Subject to Protective Order

Reference 14

MORTALITY - CANCER OF STOMACH

ENGLAND

(This excludes Scotland Wales and N. Ireland).

| | DEATHS | STANDARDISED MORTALITY RATIO (1968 = 100) |
|---|---|---|
| 1968 | 11,851 | |
| 1969 | 11,770 | |
| 1970 | 11,785 | 97 |
| 1971 | 11,531 | 95 |
| 1972 | 11,515 | 94 ← |
| 1973 | 11,285 | 90 |
| 1974 | 11,148 | 88 |
| 1975 | 11,167 | 87 |
| 1976 | 11,014 | 85 ← |
| 1977 | 10,570 | 81 |
| 1978 | 10,674 | 81 |
| 1979 | 10,464 | 79 |
| 1980 | 10,140 | 75 |

Reference 15

*Br. J. Cancer* (1981) **44**, 879

15.

# MORTALITY TRENDS FOR STOMACH CANCER IN ENGLAND AND WALES

J. M. DAVIES

*From the Division of Epidemiology, Institute of Cancer Research, Clifton Avenue, Sutton, Surrey SM2 5PX*

Received 1 June 1981 Accepted 19 August 1981

**Summary.—Despite a decline in mortality rates since about 1931 stomach cancer remains a major cause of death in England and Wales. National death rates from 1916 to 1979 are presented by sex, age and 2 broad social-class groups covering manual and non-manual occupations. In both sexes the decline in rates has been most rapid in the young and has slowed progressively with advancing age. The ratio of male/female rates is currently 1·3 at ages 25–34, increases to a peak of 2·7 at ages 55–64 and then declines again but the pattern was different before 1931. Among both men and married women, rates are consistently higher in manual than in non-manual classes, but the difference is greater among men. Rates for men in non-manual occupations, and for both classes of married women, declined markedly between 1931 and 1951, but for male manual workers the decline was relatively slight until after 1951.**

Although stomach-cancer mortality rates in England and Wales are declining, this disease remains a major cause of death, claiming the lives of some 6500 men and 4750 women annually (Office of Population Censuses and Surveys (O.P.C.S.), 1980). Indeed, because the population of elderly persons has increased, the deaths attributed to stomach cancer are not appreciably fewer now than in the 1930s. Although knowledge of patterns of occurrence and precursor lesions has increased, understanding of the aetiology of stomach cancer and the reasons for its decline in Western countries is still limited (Haenszel & Correa, 1975).

It is well known that the risk of developing stomach cancer is related to socio-economic status, with risks markedly higher in the lower classes. Doll (1956) noted that the Registrar General's data from the 1921, 1931 and 1951 censuses all gave similar findings in this respect for both men and married women. Age-standardized Mortality Ratios (SMR) for the social classes from the Registrar General's Decennial Supplements for 1921–71 (1931–71 for married women) are shown in the Table, and rise steeply from Class I to Class V (Registrar General (R.G.), 1927, 1938, 1958, 1971; O.P.C.S., 1978*a*). However, such SMRs principally reflect class differences at higher ages, for stomach-cancer death rates rise steeply with age, and in 1970–72 73% of male deaths between ages 25 and 64 occurred in the age-group 55–64. There might be divergent trends in mortality by social class at younger ages which are not apparent from these SMRs.

The sex ratio of age-specific death rates for gastric cancer in 24 countries during 1958–63 was examined by Griffith (1968), who found that in England and Wales (and generally elsewhere) there was a marked age pattern: the ratio of male/female death rates was close to unity at ages under 35, rose to about 2 among persons in their 40s, peaked at about 2·5 between 50 and 60, and then declined again to around 1·5 among those in their late 70s and early 80s.

The purpose of this paper is to present an overview of time trends in stomach

cancer mortality in England and Wales, and to show how these trends vary by age, sex and social class, and by combinations of these factors.

## METHODS

Mortality rates for "All Men" and "All Women" in Fig. 1 were calculated from national data (Institute of Cancer Research, 1976), combining deaths and person–years into 10-year age groups and 10-year calendar periods centred on census years, to conform with the data available on mortality by social class. Rates for 1976–80 were added, based on 1976–79 data (O.P.C.S., 1978*b*, 1979, 1980).

Successive Decennial Supplements since 1921 have analysed stomach-cancer mortality by social class in relation to census class-specific population data covering the years 1921–23, 1930–32, 1949–53, 1959–63, and 1970–72 (no census during the 1939–45 war) (R.G., 1927, 1938, 1958, 1971; O.P.C.S., 1978*a*). The social-class classification is based on occupation; the basic definitions of the 5 classes I–V (here termed CI, CII, *etc.*) have remained unchanged since 1921, and are as follows:

CI: Professional occupations

CII: Intermediate occupations (*e.g.* managers and business proprietors)

CIII: Skilled occupations (manual or non-manual)

CIV: Partly skilled occupations (*e.g.* factory machinists)

CV: Unskilled occupations (including most labourers).

For the present study a subdivision of the large and heterogeneous CIII was sought. The 1971 Decennial Supplement introduced a division into "manual" and "non-manual" skilled occupations, and men in the latter group were found to have lower death rates for many diseases than those in the manual group; non-manual workers formed about 23% of all CIII men, and about half were clerical workers (O.P.C.S., 1975, 1978*a*). However, this useful division could not be replicated at earlier dates, and as an alternative CIII has been divided into clerical occupations (IIIc) and all other occupations (IIIo). In 1921 clerical workers formed part of CII, and CIII was by definition CIIIo. In 1931 clerical workers were allocated to CIII, but population and mortality data were given for them separately, and they could therefore be distinguished as a group and subtracted from CIII. In 1951 CIII was subdivided, with clerical workers as one division. In 1961 CIII was not subdivided, but population and mortality data were provided for each Occupation Order, and CIIIc was estimated by use of data for Order XXI: Clerical Workers, 93% of whom formed a strict CIIIc equivalent (O.P.C.S., 1966). For continuity the same procedure was followed in 1971.

Each Decennial Supplement provides numbers of stomach cancer deaths and populations by class in the 10-year age groups 25–34, 35–44, 45–54 and 55–64. Deaths under age 25 are too few for analysis, and over the age of 64 class-specific population and mortality data (where available) tend to be unreliable. Male death rates in these 4 age groups were calculated for the 6 classes, with sub-division of CIII around 1931, 1951, 1961 and 1971, and for the 5 classes around 1921 with CIIIc included in CII. In 1931 deaths were recorded by age for each social class, but in the tables covering occupation groups (including clerical workers) data were given only for cancers of the stomach and oesophagus combined. Stomach-cancer deaths and death rates for clerical workers were estimated by assuming that in each age-group their death rate for oesophageal cancer was the same as for the whole of CIII, and by subtracting this rate from their combined stomach–oesophagus cancer rate.

Single women with occupations are too few to study in this way, but since 1931 the Decennial Supplements have supplied similar mortality data on married women classified by their husbands' social class. Divorced and widowed women are excluded, the population data being restricted to women currently married at census dates, and the mortality data to women currently married at the time of death. Age- and class-specific rates were calculated for married women following the same procedure as for men. In 1931 the published data did not distinguish the wives of clerical workers, and the population of these women was estimated by assuming that in each age-group the ratio of clerical workers to wives was the same as for all men and married women in CIII; stomach-cancer death rates (and numbers of deaths) for clerical workers' wives were estimated by assuming that in 1930–32 their age-specific death rates bore

the same ratio to those of all CIII wives as in 1949–53.

The separate stomach-cancer death rates for each sex and class over 1921 to 1971 were examined, but trends tend to be obscured by unstable rates at younger ages due to small numbers of deaths, and by anomalies in occupation classifications which blurred the differences between CI and CII, and CIV and CV. The classes were therefore combined into 2 groups: the first (termed "non-manual"), comprising CI, CII and CIIIc, and the second (termed "manual"), comprising CIIIo, CIV and CV; these terms are broadly accurate, though some non-manual workers such as sales staff, policemen and draughtsmen are included in CIIIo.

## RESULTS

Fig. 1 presents death rates by sex in 10-year age groups for 10-year calendar periods; rates are plotted on a logarithmic scale to permit visual comparison of relative differences by age, date and sex. Although a decline in male rates started around 1931 at all ages under 75, this was generally very slight until at least a decade later. The subsequent decline has been steepest at ages 25–34, where from 1926–35 to 1976–79 the rate has dropped by 78%; the relative decline has been smaller at each subsequent age-group, and at ages 75–84 the rate has fallen by only 13%. Among women an unequivocal decline in rates commenced from 1931 except at ages 25–34, and over the age of 45 the decline has been steeper than among men;




FIG. 1.—Stomach-cancer death rates per 100,000 by sex and age. England and Wales, 1916–1980. ●——● men; ●---● women.




FIG. 2.—Stomach-cancer death rates per 100,000 for grouped social classes at census dates. ●——● men, manual classes; ○——○ men, non-manual classes; ●----● married women, manual classes; ○----○ married women, non-manual classes; □ rate based on fewer than 20 deaths.

in the 2 oldest age groups women's rates converge with those of men 10 years younger. Clearly the sex ratios of age-specific death rates have not been constant, and the pattern noted by Griffith (1968) was characteristic of a particular period; *i.e.* 1958–63. Since then sex ratios have increased at ages over 55, whilst earlier in 1916–25 a very different pattern prevailed, with a ratio of about 1·5 in each age group from 25 to 64. By 1931 the ratio had narrowed to 1·2 at ages 25–34, but had increased to 1·6 or 1·7 between ages 35 and 64.

Fig. 2 presents death rates at census dates for men and married women in manual classes (IIIo, IV, V) and non-manual classes (I, II, IIIc). The vertical scale is interrupted and repeated to avoid overlap of rates at adjacent age groups. These rates and the relevant populations and deaths are set out in Appendix Tables A and B. As indicated, a few of the rates in the age group 25–34 are based on small numbers and are unstable, especially those for non-manual classes in 1971.

Fig. 2 shows that the decline in death rates became slower with increasing age in each sex/class group; it also shows that men in the manual (lower) classes had consistently higher death rates than men in the non-manual (upper) classes in each age-group at each date, and that the same was true of married women. Since 1951, differences between the rates for manual and non-manual classes have generally been larger for men than for married women, but this was not so in 1931. Rates for male manual workers fell relatively slightly from 1931 to 1951, whilst rates for men in non-manual work and for both groups of married women generally fell sharply. There is some overlap of male and female death rates at ages 25–34 (and at ages 35–44 in 1971) with the wives of manual workers having higher rates than men in non-manual occupations.

## DISCUSSION

Improvements in diagnosis have probably confused stomach-cancer mortality trends up to the 1950s, with the disease having been under-certified particularly among the elderly (Doll, 1956; Tulinius, 1979). This view is supported by an apparent drop in rates over age 70 during the 1939–45 war and a subsequent rise, which show most clearly in quinary quinquennial rates (Institute of Cancer Research, 1976); Stocks (1953) regarded the drop as an artefact due to wartime conditions. This study, however, is concerned mainly with ages under 65 and with relative differences in rates; whilst one cannot dismiss any possible effect of improved diagnosis, the divergent trends found for manual workers and their wives make it unlikely that class differences in diagnostic efficiency can account for the main features shown.

Caution is needed for different reasons when interpreting comparisons of social-class rates or ratios at different dates, for although the basic class definitions have remained unaltered, there have been changes at every census in the occupations allocated to different classes, and shifts of large groups of workers from one class to another may affect rates or ratios (R.G., 1958, 1971). Anomalies have also occurred at certain dates; in 1951, for example, CI mortality was inflated by the inclusion of numerous deaths of "company directors" who were mostly enumerated in CII in the census (R.G., 1971). However, the grouping of the classes into the 2 categories of manual and non-manual occupations overcomes most of such shifts and anomalies, and the approximations involved in calculating rates for the small class of clerical workers are unlikely to have distorted rates for the 2 large categories. The grouping also largely overcomes problems of small numbers, and might have uses in studying class trends in mortality from other diseases.

The findings on female class-specific mortality are of necessity limited to married women, whose stomach-cancer death rates at ages 25–64 are lower than those of widows (R.G., 1961; O.P.C.S., 1971), though somewhat higher than those

TABLE.—*SMRs for stomach cancer by social class*, 1921–1971

| Men Class I | II | III | IV | V | Date | (Ages) | Married women Class I | II | III | IV | V |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 82 | 100 | 106 | 130 | 1921 | (20–64) | — | — | — | — | — |
| 55 | 83 | 98 | 112 | 122 | 1931 | (35–64) | 49 | 77 | 105 | 106 | 121 |
| 57 | 70 | 101 | 112 | 130 | 1951 | (20–64) | 68 | 80 | 102 | 110 | 119 |
| 49 | 63 | 101 | 114 | 163 | 1961 | (15–64) | 50 | 76 | 103 | 110 | 153 |
| 50 | 66 | 109* | 125 | 147 | 1971 | (15–64) | 60 | 84 | 111* | 123 | 145 |

* 1971 SMRs for class III non-manual and manual workers were respectively 79 and 118 for men, and 76 and 122 for married women.

of single women (R.G., 1938, 1958, 1971). However, the understatement of female rates in Fig. 2 due to the omission of widows is trivial in relation to male/female differences and unlikely to have affected trends: in 1965–67 married women's rates were about 3% lower than those of All Women at ages 35–44, 5% lower at 45–54, and 6% lower at 55–64 (O.P.C.S., 1971).

As remarked, the Registrar General's social-class SMRs shown in the Table are heavily weighted by deaths in the age group 55–64, but Fig. 2 shows that in fact class gradients and trends are similar in each age-group. However, Fig. 2 reveals an interesting feature of stomach-cancer mortality trends, which could not be deduced from SMRs alone: that among men in the manual classes rates fell only slightly from 1931 to 1951, in contrast to marked falls for men in the non-manual classes and both groups of married women; only since 1951 have male manual workers' rates fallen at about the same speed as those of the other 3 groups, and at ages 55–64 their rate of decline is still slower. The changing pattern of the ratios of male/female rates in Fig. 1 has been noted, but that figure gives no indication that in the non-manual classes these sex ratios are smaller and have increased less since 1931 than those for manual workers and their wives. Because the manual classes predominate in the population it is principally their experience which is reflected in Fig. 1: Fig. 2 reveals that at ages 25–34 social class is a more important determinant of mortality than sex.

How should one interpret the finding that the stomach-cancer death rates of male manual workers behaved differently during 1931 to 1951 from those of their wives and those of non-manual workers? Why should the decline in rates have gained momentum later among men in the manual classes? There is no obvious answer to this question, for we are not certain why stomach-cancer death rates started to decline around 1931, though most writers who have studied trends favour a change in dietary patterns as the most likely explanation (Doll, 1956; Haenszel & Correa, 1975; Tulinius, 1979). Allowing for the latent period typical of environmental cancers this general hypothesis suggests that some beneficial dietary changes became effective at roughly the time of the 1914–18 war. This is not implausible, for the malnutrition which had earlier been rife among the poorer classes was by then being reduced by various measures, including the introduction of free school meals for many children. During the war there was full employment and many civilian workers had meals provided at works canteens: food rationing and control probably conferred positive dietary benefits on the working classes (Burnett, 1966). During the 1920s all classes must have benefited when various foods became more readily and cheaply available, and there was a rise in the average consumption of fruit and vegetables: items which appear to be negatively associated with stomach cancer (Tulinius, 1979). The more rapid fall in death rates among the young might be due to their shorter unfavourable experience before

Case 9:20-md-02924-RLR Document 6169-5 Entered on FLSD Docket 12/30/2022 Page 262 of 701



the beneficial changes took effect, whereas the elderly would have accumulated many decades of adverse experience. Clearly the beneficial changes are continuing ones, for the progressive drop in death rates has not slackened among those born subsequently. It is interesting to note that death rates among white men and women in the U.S.A. differed little from those in this country as late as 1930, and started to decline at roughly the same time, but the U.S.A. rates fell more rapidly (Haenszel, 1958), and by 1958–63 were less than half those in England and Wales.

The delayed decline in rates among manual workers must be linked either to their dietary habits or to some other factor, or to a combination of both. If diet alone was responsible it would be puzzling that the rates for manual workers' wives did not behave similarly: one would have to conjecture that the wives gained relatively more benefit than their husbands from dietary changes. Alternatively (or in addition) it is possible that a proportion of manual workers' stomach cancers are of occupational origin, and that a reduction in such cases occurred relatively late. It has been suggested that men in occupations involving high levels of exposure to dust and fumes generally have above-average stomach-cancer rates (O.P.C.S., 1978), and the possible rôle of occupation is one of many questions that remain unanswered about the aetiology of gastric cancer. Another such question is why class differentials in rates failed to diminish in either sex from 1951 to 1971, despite the levelling effect on the classes of the 1939–45 war and subsequent social changes.

The figures were prepared by Miss Jean Miller. The Institute of Cancer Research receives support from the Medical Research Council and the Cancer Research Campaign.

## REFERENCES


BURNETT, J. (1966) *Plenty And Want.* London: Thomas Nelson & Sons. p. 214–257.

DOLL, R. (1956) Environmental factors in the aetiology of cancer of the stomach. *Gastroenterologia*, **86**, 320.

GRIFFITH, G. W. (1968) The sex ratio in gastric cancer and hypothetical considerations relative to its aetiology. *Br. J. Cancer*, **22**, 163.

HAENSZEL, W. (1958) Variation in incidence of and mortality from stomach cancer, with particular reference to the United States. *J. Natl Cancer Inst.*, **21**, 213.

HAENSZEL, W. & CORREA, P. (1975) Developments in the epidemiology of stomach cancer over the past decade. *Cancer Res.*, **35**, 3452.

INSTITUTE OF CANCER RESEARCH (1976) *Serial Mortality Tables: Neoplastic diseases Vol. 1, England and Wales*, 1911–1970. London: Institute of Cancer Research.

OFFICE OF POPULATION CENSUSES AND SURVEYS (1966) *Census* 1961. *Occupation Tables, Table* 3. London: H.M.S.O.

O.P.C.S. (1971) *The Registrar General's Statistical Review of England and Wales for the Year* 1967. *Part III, Commentary.* London: H.M.S.O.

O.P.C.S. (1975) *Census* 1971, *Great Britain: Economic Activity Part II, and additional unpublished table DT353U.* London: H.M.S.O.

O.P.C.S. (1978*a*) *Occupational Mortality* 1970–72, *England and Wales.* London: H.M.S.O.

O.P.C.S. (1978*b*, 1979, 1980, 1980) *Mortality Statistics. Cause*, 1976, 1977, 1978, 1979. London: H.M.S.O.

REGISTRAR GENERAL (1927) *Decennial Supplement: England and Wales*, 1921. *Part II: Occupational Mortality, Fertility, and Infant Mortality.* London: H.M.S.O.

R.G. (1938) *Decennial Supplement: England and Wales*, 1931. *Part IIa: Occupational Mortality.* London: H.M.S.O.

R.G. (1958) *Decennial Supplement: England and Wales*, 1951. *Occupational Mortality, Part II.* London: H.M.S.O.

R.G. (1961) *Statistical Review of England and Wales for the Year* 1959. *Part III, Commentary.* London: H.M.S.O. p. 164.

R.G. (1971) *Decennial Supplement: England and Wales*, 1961. *Occupational Mortality Tables.* London: H.M.S.O.

STOCKS, P. (1953) A study of the age curve for cancer of the stomach in connection with a theory of the cancer producing mechanism. *Br. J. Cancer*, **7**, 407.

TULINIUS, H. (1979) Epidemiology of gastric cancer. *Nutr. Cancer*, **1**, 61.


Confidential Information – Subject to Protective Order

GSKZAN0003535465

## APPENDIX TABLE A

*Populations, stomach-cancer deaths and death rates per* 100,000 *for broad social-class groups around census dates: Men*

| Age group | Class group | | Date 1921–23 | 1930–32 | 1949–53 | 1959–63 | 1970–72 |
|---|---|---|---|---|---|---|---|
| 25–34 | Non-manual | Popln | 518,510 | 555,051 | 643,864 | 708,020 | 906,650 |
| | | Dths | 25 | 34 | 36 | 21 | 6 |
| | | Rate | 1·61 | 2·04 | 1·12 | 0·59 | 0·22* |
| | Manual | Popln | 1,995,590 | 2,474,125 | 2,447,209 | 2,077,970 | 1,966,890 |
| | | Dths | 138 | 161 | 214 | 132 | 44 |
| | | Rate | 2·31 | 2·17 | 1·75 | 1·27 | 0·75 |
| 35–44 | Non-manual | Popln | 575,907 | 584,985 | 779,703 | 853,300 | 888,140 |
| | | Dths | 138 | 128 | 227 | 163 | 69 |
| | | Rate | 7·99 | 7·29 | 5·82 | 3·82 | 2·59 |
| | Manual | Popln | 1,848,853 | 1,904,718 | 2,482,967 | 2,185,270 | 1,864,170 |
| | | Dths | 649 | 725 | 1,255 | 795 | 289 |
| | | Rate | 11·70 | 12·69 | 10·11 | 7·28 | 5·17 |
| 45–54 | Non-manual | Popln | 528,024 | 569,519 | 708,136 | 902,520 | 938,380 |
| | | Dths | 490 | 559 | 846 | 699 | 359 |
| | | Rate | 30·93 | 32·72 | 23·89 | 15·49 | 12·75 |
| | Manual | Popln | 1,559,602 | 1,708,302 | 2,138,114 | 2,228,860 | 1,914,750 |
| | | Dths | 1,982 | 2,352 | 4,304 | 3,546 | 1,255 |
| | | Rate | 42·36 | 45·89 | 40·26 | 31·82 | 21·85 |
| 55–64 | Non-manual | Popln | 354,081 | 438,705 | 520,412 | 695,510 | 792,830 |
| | | Dths | 963 | 1,182 | 1,915 | 1,939 | 1,120 |
| | | Rate | 90·66 | 89·81 | 73·60 | 55·76 | 47·09 |
| | Manual | Popln | 983,602 | 1,297,570 | 1,467,516 | 1,758,500 | 1,784,620 |
| | | Dths | 3,480 | 4,616 | 8,138 | 8,635 | 4,458 |
| | | Rate | 117·93 | 118·58 | 110·91 | 98·21 | 83·27 |

* Based on < 20 deaths.

## APPENDIX TABLE B

*Populations, stomach-cancer deaths and death rates per* 100,000 *for broad social-class groups around census dates: Married women*

| Age group | Class group | | Date 1930–32 | 1949–53 | 1959–63 | 1970–72 |
|---|---|---|---|---|---|---|
| 25–34 | Non-manual | Popln | 439,100 | 572,394 | 643,840 | 764,550 |
| | | Dths | 19 | 30 | 17 | 12 |
| | | Rate | 1·44* | 1·05 | 0·53* | 0·53* |
| | Manual | Popln | 1,759,920 | 1,983,459 | 1,764,860 | 1,603,560 |
| | | Dths | 110 | 138 | 107 | 32 |
| | | Rate | 2·08 | 1·39 | 1·21 | 0·67 |
| 35–44 | Non-manual | Popln | 544,254 | 696,926 | 803,210 | 803,800 |
| | | Dths | 99 | 146 | 127 | 49 |
| | | Rate | 6·06 | 4·19 | 3·16 | 2·03 |
| | Manual | Popln | 1,668,686 | 2,081,835 | 1,920,970 | 1,546,370 |
| | | Dths | 441 | 567 | 364 | 135 |
| | | Rate | 8·81 | 5·45 | 3·79 | 2·91 |
| 45–54 | Non-manual | Popln | 498,619 | 615,889 | 772,450 | 818,950 |
| | | Dths | 264 | 383 | 342 | 147 |
| | | Rate | 17·65 | 12·44 | 8·85 | 5·98 |
| | Manual | Popln | 1,382.511 | 1,735,709 | 1.851,500 | 1,562,420 |
| | | Dths | 1.102 | 1,503 | 1,180 | 421 |
| | | Rate | 26·57 | 17·32 | 12·75 | 8·98 |
| 55–64 | Non-manual | Popln | 318,404 | 404,873 | 545.510 | 605,050 |
| | | Dths | 457 | 680 | 606 | 353 |
| | | Rate | 47·84 | 33·59 | 22·22 | 19·45 |
| | Manual | Popln | 872,196 | 1,133,763 | 1.309.610 | 1,292,710 |
| | | Dths | 1.810 | 2.671 | 2.430 | 1,177 |
| | | Rate | 69·17 | 47·12 | 37·11 | 30·35 |

* Based on < 20 deaths.



Confidential Information – Subject to Protective Order GSKZAN0003535466

Reference 16

# CIMETIDINE USE AND GASTRIC CANCER:

## A PRELIMINARY REPORT FROM A POST-MARKETING SURVEILLANCE STUDY

D.G. Colin-Jones[1]
M.J.S. Langman[2]
D.H. Lawson[3]
M.P. Vessey[4]

[1]Queen Alexandra Hospital,
Portsmouth.

[2]University Department of Therapeutics,
City Hospital,
Nottingham.

[3]Department of Clinical Pharmacology,
Royal Infirmary,
Glasgow.

[4]Department of Community Medicine &
General Practice,
University of Oxford,
Radcliffe Infirmary,
Oxford.

Confidential Information – Subject to Protective Order

## Introduction

In 1978 we began a post-marketing surveillance study in four centres (Glasgow, Nottingham, Oxford and Portsmouth) to collect information prospectively over a period of at least twelve months on a group of patients who had been prescribed cimetidine and on a control group. The objective was to detect possible adverse effects of cimetidine therapy. Details of the methods used in the investigation have been outlined elsewhere(1).

Briefly, each patient given a prescription for cimetidine by a collaborating General Practitioner was identified through the Prescription Pricing Bureau (Nottingham) or through the local pharmacist who dispensed the prescription (Glasgow, Oxford, Portsmouth). Following identification of the patient, an initial visit to the doctor's practice was made and details of age, sex, and indication for the treatment were recorded. At the same visit a control was recruited for each cimetidine taker by selecting the next patient in the practice file of the same sex, whose age was in the same decade, who had attended the practice within the previous 12 months, and who was not known to have taken cimetidine. After an interval of about 15 months, the practice was visited again, the patients' notes were examined, and events requiring out-patient or in-patient Consultant advice were recorded both for the taker and for the control, together with details of deaths and adverse reactions noted by the General Practitioner. The recording of prescription information was as far as possible continuous, thus providing a reasonable estimate of the taker's exposure to cimetidine.

Recently there has been concern about a possible


Confidential Information – Subject to Protective Order

association between cimetidine use and the occurrence of gastric cancer. Accordingly, we decided to review the gastric cancer cases known to have occurred so far in our study, although it was obvious to us at the outset that interpretation of the data would present considerable difficulties. Hospital records, autopsy reports, death certificates, and General Practitioner records were examined and in the great majority of cases the information obtained was comprehensive.

## Results

At present we have full details after not less than one year of follow-up for 9,504 recipients of cimetidine and 8,994 control subjects (Table 1). The average age of the recipients and controls at entry to the study was 55 years for females and 50 years for males, with 63% of males in each group. Seventy-four (0.78%) recipients of cimetidine are known to have suffered a gastric carcinoma. Of these cancers, 23 were diagnosed prior to the commencement of cimetidine therapy and have been excluded from further review. The remaining 51 were diagnosed subsequent to administration of the drug (Figure 1). Of these 51 cases, 4 occurred prior to the start of the survey year but after the patient concerned had received cimetidine, and 8 were diagnosed after the end of the twelve-month study period. Thus 39 cases were diagnosed during the twelve-month survey period. Eight (0.09%) patients are known to have suffered gastric carcinoma in the control population, in 3 of whom the diagnosis was made during the survey year. These time relationships

are summarised in Fig.1. 29 of the 51 cancers (57%) occurring in the cimetidine group subsequent to starting the drug were diagnosed within the first six months of commencing therapy. Of the remainder, 10 were diagnosed in the next six months and 12 more than twelve months after the initial prescription. The total number of tablets taken showed wide variation and did not appear to be related to the development of a gastric cancer.

Gastric cancer diagnosed within six months of first cimetidine use:

All 29 patients in this group had advanced cancer (a large primary tumour and/or metastases at the time of diagnosis). 24 were diagnosed within three months of starting treatment. It seems likely that in every instance cimetidine was used to treat symptoms of an undiagnosed malignancy.

Gastric cancer diagnosed six months or more after first cimetidine use:

There were 22 patients in this group. Ten of these 22 cases were diagnosed within twelve months of starting cimetidine. The duration of cimetidine therapy and brief clinical details prior to the diagnosis of cancer are shown in Figure 2.

Four patients are known to have had an early cancer (local invasion limited to mucosa and submucosa[2]), one of whom (4252) had a lymph node metastasis at the time of surgery. Case 2522 had a tumour arising adjacent to a chronic gastric ulcer in the body of the stomach. No glands were involved. Case 1723 had a 20-year dyspeptic history with a localised

adenocarcinoma in the body of the stomach. Case 538 had a prepyloric tumour detected by cytology with a history of chronic duodenal ulceration diagnosed one year earlier by barium meal. There were no lymph node metastases. These four cases were diagnosed as having cancer 44, 21, 7 and 7 months respectively after starting cimetidine.

## Gastric cancer in the control population

Eight gastric cancers occurred amongst the 8,994 control subjects. In 3 the carcinoma had been diagnosed prior to entry into the study, surgery having been undertaken in two of the patients, 7 months and 62 months previously. In 3 patients the diagnosis was made during the survey period, and in one more patient the diagnosis was made three days outside the survey period. In these four patients the tumour was advanced at the time of diagnosis. In two patients (one mentioned above as occurring in the survey year, and one occurring after) there were multiple metastases which were presumed on clinical grounds to have come from the stomach but no further information is available.

## Discussion

The information we present has been compiled because of concern that cimetidine treatment may predispose to the development of gastric cancer. There are inevitable difficulties in assessing the data. First, cimetidine treatment in some patients was started without full prior clinical assessment, so that symptoms of malignancy may have

occasioned treatment. Secondly, initial assessment when undertaken may have mistakenly suggested the presence of a benign lesion. Thirdly, gastric cancer is common, having an incidence which increases progressively with age - recent figures in England and Wales would vary from about 20 per 100,000 at ages 50 to 54 years to about 170 per 100,000 at ages 70 to 74 years in men. Any group of 10,000 people would therefore be expected to include a number of individuals who would develop gastric cancer each year, as is illustrated by the experience of our control group.

The length of time which a malignant lesion can exist in the stomach without causing symptoms is unknown, but data from Japan where some individuals have been screened regularly by double contrast radiology suggest that some cases of cancer may remain superficial for 3 or 4 years[3].

29 of the 51 patients we describe had advanced tumours and had received cimetidine for no more than six months at the time of diagnosis of cancer; these must be patients in whom symptoms due to malignant lesions led to treatment. The further 10 in whom cancer was diagnosed between six months and a year of the start of cimetidine treatment are also likely to have had treatment for a malignant lesion, although it should be noted that initial endoscopic or radiological examinations gave negative results in four and that two of them had early cancer.

The findings in the remaining 12 are the most difficult to assess. Two had early cancer and three had cancer

diagnosed at least three years after initial treatment; previous endoscopic examination had been either equivocal or negative in all these three. The significance of the negative investigations is, however, uncertain especially in view of recent reports of an accuracy of only 44% by radiology and of 58% by endoscopy for the diagnosis of early gastric cancer[4]. Even with biopsy, another group[5] obtained positive histology at endoscopy in only 4 out of 9 cases of early gastric cancer. Two of our 12 cases also had a duodenal ulcer, which is generally considered not to be associated with gastric cancer, although both lesions may co-exist[5,6].

Although far more cases of gastric cancer were seen in the cimetidine group than in the control group, direct comparison between the two groups is misleading because the basis for their initial selection clearly differed. For example, all the treated group were dyspeptics, while few of the controls were. Further evidence of differences between the two groups derives from comparisons of the frequency of other complaints. We have noted that individuals taking cimetidine have tended to have higher hospital consultation and admission rates for all complaints, digestive and non-digestive, than the controls[1]. Another (minor) problem has arisen because of the design of the study. Controls could only be selected once the cimetidine takers had been identified and consequently at any single time the total follow-up experience of cimetidine takers is greater than

that of the controls, the difference being, on average, about three months. In this report, however, all cases have been recorded and then classified according to the timing of the diagnosis of cancer (Fig.1) to minimise this source of non-comparability between the takers and controls.

The means whereby treatment by agents causing intragastric acid neutralisation in general, and cimetidine in particular, could theoretically cause gastric cancer to develop have been discussed elsewhere[7,8,9,10]. Our data are reassuring to the extent that the great majority of the cases which we have described can be explained if treatment had been given to patients with symptoms of undiagnosed malignancy. In a small residuum of cases such a clear explanation is not possible. Since, however, the natural history of gastric cancer is not fully known, some and perhaps all, could still represent cancer which was slowly progressive but diagnosed late, and some, random occurrence. We consider these possibilities to be the most likely.

Summary

Because widespread publicity has been given to the possibility that cimetidine treatment might cause gastric cancer, preliminary data are given from a post-marketing surveillance study. 10,007 takers of the drug have been entered and 9,504 of these have now been observed for a period of at least a year in four centres. Seventy-four cases of gastric cancer have been identified in the

cimetidine takers, but 23 of these were diagnosed prior to the use of the drug and 29 others with advanced malignancy had received cimetidine within the previous six months only. Ten of the remaining 22 had gastric cancer diagnosed within a year of cimetidine treatment, and 12 after longer intervals; only four of the total group had histologically "early" cancer. The occurrence of gastric cancer after lengthy intervals following cimetidine treatment cannot be explained in every case, but it is noteworthy that in a control group (which is not directly comparable) gastric cancer has been observed in eight patients. The hypothesis that cimetidine therapy predisposes to gastric cancer cannot be excluded by our study. However, in our view, our findings do not support such an association.

Acknowledgements

We are grateful to Mrs. Margaret Edmond, Mr. Tom Lucas, Mrs. Maureen Rillie and Mrs. Shirley Wood for their work in conducting the study, to Mr. John Beresford for help with the computing, and to Dr. A. Flind for his assistance. We are also grateful to the many General Practitioners, their receptionists, and the pharmacists for their enthusiastic co-operation in this project. The study was supported by a grant from Smith, Kline & French Laboratories Ltd.

REFERENCES


1. Colin-Jones, D.G., Langman, M.J.S., Lawson, D.H. & Vessey, M.P. (1981). Post-marketing Surveillance in Baron, J.H. (Ed.) Cimetidine in the 80's. Proceedings of a symposium at the Royal College of Physicians, March 1981. Edinburgh, Churchill & Livingstone, p.270-274.

2. Sakita, T. (1973). Endoscopy in the diagnosis of early gastric cancer. Clinics in Gastroenterology, 2, 2, 345-360.

3. Okabe, H. (1971). Growth of early gastric cancer. GANN Monograph on Cancer Research, 11,.67.

4. Green, P.H.R., O'Toole, K.M., Weinberg, L.M. & Goldfarb, J.P. (1981). Early gastric cancer. Gastroenterology, 81, 247-256.

5. Busuttil, A. & Webb, J.N. (1981). Early carcinoma of the stomach. Journal of the Royal College of Surgeons of Edinburgh, 26, 6, 322-327.

6. Ellis, D.J., Kingston, R.D., Brookes, V.S. & Waterhouse, J.A.H. (1979). Gastric carcinoma and previous peptic ulceration. Br. J. Surg. 66, 117-119.

7. Barnard, J., Darkin, D.W., Viney, N.J., Ahmet, Z., Lightfoot, N.F., Hunt, R.H., Milton-Thompson, G.J. (1981). Effect of cimetidine on 24-hour intragastric pH, bacterial flora, and concentration of nitrite and nitrosocompounds. Presented to British Society of Gastroenterology, Exeter, 1981. Gut, 22, 10, A873.

8. Elder, J.B., Ganguli, P.C. & Gillespie, I.E. (1979). Cimetidine and gastric cancer. Lancet, i, 1005.

9. Muscroft, T.J., Youngs, D.J., Burdon, D.W. & Keighley, M.R. (1981). Cimetidine is unlikely to increase formation of intra-gastric N-nitroso-compounds in patients taking a normal diet. Lancet, i, 408.

10. Reed, P.I., Smith, P.L.R., Haines, K., House, F.R & Walters, C.L. (1981). Effect of cimetidine on gastric juice N-nitrosamine concentration. Lancet, ii, 553.

Confidential Information – Subject to Protective Order

**Table 1**

***Post-marketing surveillance of cimetidine***
***Numbers of patients involved***

| *Centre* | Takers | | Controls | |
|---|---|---|---|---|
| | **Recruited** | **Reviewed to 31.12.81** | **Recruited** | **Reviewed to 31.12.81** |
| Glasgow | 2,600 | 2,507 | 2,500 | 2,000 |
| Nottingham | 2,100 | 1,850 | 2,095 | 1,850 |
| Oxford | 2,654 | 2,641 | 2,650 | 2,628 |
| Portsmouth | 2,653 | 2,506 | 2,640 | 2,516 |
| Total: | 10,007 | 9,504 | 9,885 | 8,994 |

GSKZAN0003535478

Confidential Information – Subject to Protective Order

**Figure 1**

***Diagnosis of carcinoma of stomach in relation to start of cimetidine therapy and survey year***




GSKZAN0003535479

Confidential Information – Subject to Protective Order

**Figure 2:** ***Carcinoma of the stomach developing six months or more after Cimetidine***

*Key in relation to diagnosis of carcinoma*
B = Barium meal
E = Endoscopy
Su = Surgery
L = Large
S = Small
M = Metastases
M* = Only 1 lymph node involved
EC = Early cancer
ϕ = Diagnosis made outside survey year
- = No carcinoma found
+ = Carcinoma found
U/K = Unknown

| Survey No. | Sex Age of entry | Indication | Previous investigations | Date Cimetidine started | Diagnostic procedures in relation to first cimetidine treatment | Last known status | Number of tablets | Size of tumour at time of diagnosis |
|---|---|---|---|---|---|---|---|---|
| 4252 | M 38 | Uncertain | 1975 B:NAD | 2.77 | During 1979 B– E± E+ | Alive 9.12.80 | 420+ | EC M* |
| 1644 | M 75 | Oesophageal ulcer | 1976 B:Hiatus hernia | 5.77 | ϕ E– E– E– E+ E+ | Alive 6.1.81 | 1000+ | S |
| 917 | M 66 | DU & oesophageal ulcer | 1975 B:DU & oesophageal ulcer | 1.77 | ϕ E– B± E+ | Dead 4.3.80 | 1190 | S M |
| 277 | M 80 | Dyspepsia | 1957 B:NAD 1967 B:NAD 1977 B:NAD | 6.77 | B– B± Lymph node neck + | Dead 12.6.79 | | L M |
| 2522 | M 46 | Duodenitis | | 1.79 | ϕ B– B– B– B– E± E± Su + | Alive 27.1.81 | 150+ | EC |
| 997 | F 80 | Gastritis | 1971 E:Gastritis 1975 B:NAD 1977 B:NAD | 9.78 | ϕ E+ | Alive 18.12.80 | 1750 | L |
| 1220 | F 52 | Uncertain | | 3.79 | ϕ E+ | Alive 1.9.80 | | L |
| 1085 | M 83 | Uncertain | 1966 B:GU 1968 Su:GU | 7.78 | ϕ B– B+ | Dead 6.12.79 | 450+ | M |
| 133 | M 66 | Dyspepsia | | 8.78 | ϕ B– E+ | Dead 26.12.79 | 500 | L M |
| 2504 | M 54 | Oesophageal dyspepsia | 1957 B:DU | 10.79 | ϕ B– B– B– E+ | Dead 1.5.81 | 1062 | L M |
| 374 | M 48 | GU | 1970 B:GU 1972 B:GU | 9.78 | E– E– E+ | Dead 27.1.80 | 512 | L M |
| 300 | M 74 | DU | | 10.77 | B– B– E+ | Dead 30.11.78 | 840 | L M |
| 1247 | M 59 | DU | 1974 B:DU 1976 B:DU | 3.78 | B– Su+ | Alive 19.12.80 | 700 | L |
| 1514 | M 69 | GU | 1930 B:GU 1948 B:DU | 3.79 | E+ B+ E+ | Alive 19.3.81 | 750+ | U/K |
| 185 | M 72 | Dyspepsia | | 9.78 | B+ | Dead 8.8.79 | 410 | L M |
| 1046 | F 73 | Dyspepsia | | 2.79 | E+ | Alive 14.7.81 | | L |
| 538 | M 54 | DU | | 1.78 | B– E Histology –, Cytology + | Alive 30.9.81 | 500+ | EC |
| 783 | M 57 | DU & GU | 1950 B:DU 1964 B:DU 1969 B:DU | 12.78 | E– B– E– E– B– E+ | Dead 28.5.80 | 600 | L |
| 1723 | M 65 | GU | | 10.79 | B± E± Su+ | Alive 20.5.81 | 650 | EC |
| 596 | M 75 | Oesophageal symptoms | | 8.78 | E+ | Dead 1.10.79 | | L M |
| 1942 | F 70 | GU | | 10.79 | E– E+ | Alive 4.3.81 | 380 | L |
| 1689 | F 43 | Dyspepsia | | 9.79 | B+ E+ | Alive 20.3.80 | 750 | M |

Time axis: 6 MONTHS BEFORE — CIMETIDINE STARTED — 12 — 24 MONTHS AFTER — 36

GSKZAN0003535480

Reference 17

Copied to Members of Nitrosamine Committee
'Tagamet' Communications Policy Committee

FROM Dr R W Brimblecombe, 18.3.82

The Possible Role of Nitrosamines in Human Cancer

17.

Banbury Center, Cold Spring Harbor Laboratory, 4-7 April 1982

PROGRAM

Sunday, 4 April

Afternoon - Arrival at Robertson House, Banbury, for registration and room assignment

6:30 p.m. - Reception at Robertson House

7:30 p.m. - Dinner at Robertson House

Monday, 5 April

7:00 -
8:15 a.m. - Breakfast at Robertson House (Blackford Hall, 7:30 a.m.)

8:30 a.m. - Introduction, Peter N. Magee, Temple University School of Medicine

8:50 -
10:40 a.m. - Session 1: EVIDENCE SUGGESTING THAT HUMAN BEINGS ARE SUSCEPTIBLE TO CARCINOGENESIS BY N-NITROSO COMPOUNDS

Chairperson: Stanley Goldfarb, University of Wisconsin School of Medicine

In vitro studies

8:50 Transformation of human cells in tissue culture by N-nitroso compounds, George E. Milo, Ohio State University

9:10 Transformation of human organ cultures by nitrosamines, Ismail Parsa, Downstate Medical Center

9:30 Discussion

In vivo studies

9:40 Pathological changes in human beings acutely poisoned by dimethylnitrosamine Renate D. Kimbrough, Centers for Disease Control

10:00 Pathological changes in a human subject chronically exposed to dimethyl-nitrosamine, Wolfgang E. Fleig, Zentrum für Innere Medizin der Universität Ulm, Germany

10:20 Discussion

10:40 Coffee Break

11:00 -
12:50 p.m. - Session 2: COMPARATIVE METABOLISM AND ALKYLATION REACTIONS

Chairperson: Anthony E. Pegg, Pennsylvania State University College of Medicine

11:00 Metabolism of N-nitroso compounds and alkylation of cellular macromolecules including DNA. An overview, Peter F. Swann, Middlesex Hospital Medical School, London

11:30 Metabolic formation of $N_2$ from N-nitroso compounds in vitro and in vivo, Christopher J. Michejda, Frederick Cancer Research Facility

11:50 Metabolism of unsymmetrical nitrosamines, Michael C. Archer, University of Toronto

12:10 Metabolism of cyclic nitrosamines, Stephen Hecht, American Health Foundation

12:30 Discussion

1:00 p.m. - Luncheon at Robertson House

4:00 -
6:00 p.m. - Session 2: COMPARATIVE METABOLISM AND ALKYLATION REACTIONS (cont'd)

4:00 Metabolism of nitrosamines by human organ cultures, Curtis C. Harris, National Cancer Institute

4:20 Metabolism of nitrosamines by human liver slices in vitro, Ruggero Montesano, International Agency for Research on Cancer

4:30 Methylation of human liver DNA after probable dimethylnitrosamine poisoning, Ronald C. Shank, California College of Medicine

4:50 Discussion

5:00 Coffee Break

5:15 Overview of repair by microbial and mammalian enzyme systems of DNA lesions induced by N-nitroso compounds, and recent studies with human enzymes, Ruggero Montesano, International Agency for Research on Cancer

5:45 Discussion

6:00 -
7:20 p.m. - Session 3: ANALYTICAL METHODS FOR NITROSAMINES IN BIOLOGICAL MEDIA

Chairperson: David H. Fine, New England Institute for Life Sciences

6:00 Analytical methods for nitrosamines - overview, David H. Fine, New England Institute for Life Sciences

6:30 Electoanalytical methods for nitrosamines including electrochemical detection, George W. Harrington, Temple University

6:50 Mass spectrometry in the analysis of nitrosamines in biological media, Allan H. Conney, Hoffmann-La Roche Inc.

7:10 Discussion

7:30 p.m. - Reception at Robertson House

8:00 p.m. - Dinner at Robertson House

Tuesday, 6 April

7:00 - 8:15 a.m. - Breakfast at Robertson House (Blackford Hall, 7:30 a.m.)

8:30 - 12:50 p.m. - Session 4: EXPOSURE OF HUMAN BEINGS TO NITROSAMINES

Chairperson: John H. Weisburger, American Health Foundation

Exogenous sources of nitrosamines

8:30 Nitrosamines in the general environment and food, David H. Fine, New England Institute for Life Sciences

8:50 Nitrosamines in tobacco smoke, Dietrich Hoffmann, American Health Foundation

9:10 Discussion

Endogenous formation

9:20 Nitrosation reactions *in vitro* and *in vivo*, Sidney Mirvish, University of Nebraska Medical Center

X 10:00 Transnitrosation, B. C. Challis, Imperial College of Science and Technology, London

10:20 Discussion

10:30 Coffee Break

X 10:50 Carcinogenesis by simultaneous exposure to nitrites and amines, William Lijinsky, Frederick Cancer Research Facility

11:10 Presence of nitrosamines in the circulating blood of human beings I, David H. Fine, New England Institute for Life Sciences

11:25 Presence of nitrosamines in the circulating blood of human beings II, Michael L. Simenhoff, Jefferson Medical College

12:00 Endogenous nitrosation in human beings. Proline I, Helmut Bartsch, International Agency for Research on Cancer

12:20 Endogenous nitrosation in human beings. Proline II, Steven R. Tannenbaum, Massachusetts Institute of Technology

12:40 Discussion

1:00 p.m. - Luncheon at Robertson House

4:00 -
6:00 p.m. - Session 4: EXPOSURE OF HUMAN BEINGS TO NITROSAMINES (cont'd)

X 4:00 Possible role of cimetidine and its nitrosation products in human stomach cancer, James B. Elder, University of Manchester

X 4:20 Possible effects of cimetidine on intragastric nitrosation in human beings, Peter I. Reed, Berkshire Area Health Authority, England, and Clifford Walters, Horsham, West Sussex, England

4:40 Discussion

X 5:00 Chemistry, pharmacokinetics and biological actions of nitrosocimetidine. DNA methylation, David E. Jensen and Charles T. Gombar, Temple University School of Medicine

N X 5:30 Carcinogenesis studies with nitrosocimetidine I, William Lijinksy, Frederick Cancer Research Facility

X 5:40 Carcinogenesis studies with nitrosocimetidine II, Rudolf Preussmann, Deutsches Krebsforschungszentrum, Heidelberg, Germany

5:50 Discussion

6:00 -
7:20 p.m. - Session 5: NITRITES AND AMINES

Chairperson: David B. Clayson, Health and Welfare Canada, Ottawa

6:00 Metabolism of nitrite - overview, Philip E. Hartman, The Johns Hopkins University

6:30 Endogenous formation of nitrite, Steven R. Tannenbaum, Massachusetts Institute of Technology

6:45 Discussion

7:00 Endogenous amines. Amines in human gastric juice, Clifford Walters, Horsham, West Sussex, England

7:10 General discussion

7:30 p.m. - Reception at Robertson House

8:00 p.m. - Dinner at Robertson House



Confidential Information – Subject to Protective Order

Wednesday, 7 April

7:00 -
8:15 a.m. - Breakfast at Robertson House (Blackford Hall, 7:30 a.m.)

8:30 -
10:10 a.m. - Session 6: HUMAN EPIDEMIOLOGY

Chairperson: Pelayo Correa, Louisiana State University Medical Center

8:30 Bladder cancer, R. Marian Hicks, Middlesex Hospital Medical School, London

8:50 Nasopharyngeal cancer, Louise Yuk-ying Fong, University of Hong Kong

9:10 Esophageal cancer, Chung S. Yang, College of Medicine and Dentistry of New Jersey

9:30 Stomach cancer, Steven R. Tannenbaum, Massachusetts Institute of Technology

9:50 Discussion

10:10 Coffee Break

10:30 -
12:50 p.m. - Session 7: DOSE-RESPONSE RELATIONSHIPS IN NITROSAMINE CARCINOGENESIS

Chairperson: Rudolf Preussmann, Deutsches Krebsforschungszentrum, Heidelberg, Germany

10:30 Lung tumorigenesis in mice after chronic exposure to low dose levels of dimethylnitrosamine, Lucy M. Anderson, Sloan-Kettering Institute for Cancer Research

10:50 Dose response studies of carcinogenesis in rats with diethylnitrosamine, William Lijinsky, Frederick Cancer Research Facility

11:10 Coffee Break

11:30 Carcinogenesis study with dimethylnitrosamine and diethylnitrosamine in 4080 inbred rats. Experimental design and general nature of the dose-response relationship, Richard Peto, University of Oxford

11:55 Discussion

12:05 Carcinogenesis study with dimethylnitrosamine and diethylnitrosamine in 4080 inbred rats. Dose-response relationship at low dose rates, Richard Peto, University of Oxford

12:30 Pathology of tumors observed in study with 4080 inbred rats, Paul Grasso, BP Group Occupational Health Centre, Middlesex, England

12:40 Discussion

## DAY 2 -- MORNING

### Controlling Occupational Exposure to Chemicals

Chairman : Tomatis (IARC - Lyons)

| | | |
|---|---|---|
| 09.00 - 09.30 | Setting of Exposure Levels to Occupational Carcinogens | Duncan |
| 09.30 - 10.00 | W.H.O. Viewpoint | *** |
| 10.00 - 10.15 | Coffee Break | |
| 10.15 - 10.45 | New German Proposal | Steinhoff (Bayer) |
| 10.45 - 11.15 | EEC Controlling Occupational Exposure to Chemicals | EEC Speaker *** |
| 11.15 - 12.15 | Discussion | |
| 12.15 - 13.45 | Lunch | |

## DAY 2 -- AFTERNOON

### Significance of Certain Carcinogenicity Data

I. Drug Toxicity -- Chairman : Prof. Schmaal (Heidelberg)

| | | |
|---|---|---|
| 13.45 - 14.00 | Introduction | Stotzer (Boehringer Ingelheim) |
| 14.00 - 14.40 | β-Blockers Tumour Production | *** |
| 14.40 - 15.00 | Discussion | |
| 15.00 - 15.15 | Coffee Break | |
| 15.15 - 15.35 | Cimetedine: Carcinogenicity - Introduction | Parkes (Surrey Univ |
| 15.35 - 15.55 | Cimetedine: Recent long term studies & nitrosation data | Eisenbrand (Heidelb |
| 15.55 - 16.15 | Discussion | |
| 16.15 - 16.20 | Introduction of Guest Speaker | Shubik |
| 16.20 - 17.00 | An Epidemiologists View of Toxicology | *** |

## DAY 3 -- MORNING

### Significance of Certain Carcinogenicity Data

II. Toxicological Problems of Anabolic Hormones

Session A : Use & Natural Occurrence -- Chairman : Poulsen

| | | |
|---|---|---|
| 09.00 - 09.10 | Introduction | Shubik |
| 09.10 - 09.40 | Hormones in Food Animal Production | Prof. Velle (University of Oslo |
| 09.40 - 09.55 | Discussion | |

*** Awaiting acceptance of invited speaker

./3

Reference 18

Reference 19

## LIST OF REFERENCES TO $H_2$-ANTAGONIST NITROSATION INCLUDED IN UPDATE (BY AUTHOR)

(accession numbers 1600 to 1935, May 25, 1982)

Anon
1982 Lancet 1, 601
CIMETIDINE AND RANITIDINE

Barale R, Zucconi D, Romano M, Loprieno N
1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ
1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC PH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Barrows LR, Gombar CT, Magee PN
1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

Brimblecombe RW
1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Brimblecombe RW
1982 Lancet 1, 402-403
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ
1981 Lancet 2, 1119
SAFETY OF RANITIDINE

Festen HPM
1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Giner-Sorolla A, Anderson LM, Budinger JM
1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Habs M, Eisenbrand G, Habs H, Schmahl D
1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

Henderson EE, Basilio M, Davis RM
1981 Chem Biol Interactions 38, 87-98
CELLULAR DNA DAMAGE BY NITROSOCIMETIDINE: A COMPARISON WITH N-METHYL-N'-NITRO-NITROSOGUANIDINE AND X-IRRADIATION

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ
1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B
1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N
1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB
1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Reed PI, Haines K, Walters CL, Smith SLR, House FR
1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Rudiger E et al
1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

Stemmermann GN, Mower H
1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB
1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB
1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

# KEYWORD INDEX TO PAPERS RELATING TO $H_2$-ANTAGONIST NITROSATION

(accession no 1600 to 1935, May 25 1982)

AMES-TEST

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

ANTICANCER

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

ANTRUM

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

ASCORBATE

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

BACTERIA

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

BACTERIAL-COUNT

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Brimblecombe RW 1982 Lancet 1, 402-403
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

BACTERIAL-COUNT (contd)

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

BACTERIAL-OVERGROWTH

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

BIOPSY

Rudiger E et al 1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

CELL-CULTURE

Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Henderson EE, Basilio M, Davis RM 1981 Chem Biol Interactions 38, 87-98
CELLULAR DNA DAMAGE BY NITROSOCIMETIDINE: A COMPARISON WITH N-METHYL-N'-NITRO-NITROSOGUANIDINE AND X-IRRADIATION

CIMETIDINE

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

CIMETIDINE-NITROSATION

Barale R, Zucconi D, Romano M, Loprieno N 1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

CIMETIDINE-TREATMENT

Anon 1982 Lancet 1, 601
CIMETIDINE AND RANITIDINE

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Brimblecombe RW 1982 Lancet 1, 402-403
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

CIMETIDINE-TREATMENT (contd)

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Rudiger E et al 1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

COMMENT

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

DIAZEPAM

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

DINITROSOCIMETIDINE

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

DMN-MUTAGENESIS

Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

DNA-DAMAGE

Henderson EE, Basilio M, Davis RM 1981 Chem Biol Interactions 38, 87-98
CELLULAR DNA DAMAGE BY NITROSOCIMETIDINE: A COMPARISON WITH N-METHYL-N'-NITRO-NITROSOGUANIDINE AND X-IRRADIATION

DNA-METHYLATION

Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

DOG

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

DRUG-NITROSATION

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

DUODENAL-ULCER

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

E-COLI

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

FASTING

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

FOOD

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

FORESTOMACH

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

GASTRIC-CANCER

Anon 1982 Lancet 1, 601
CIMETIDINE AND RANITIDINE

GASTRIC-CANCER

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Rudiger E et al 1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

GASTRIC-JUICE

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

GASTRIC-MUCOSA

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

GASTRIC-NITRITE

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

GASTRIC-NITROSAMINE

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

GASTRIC-NITROSAMINE (contd)

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

GASTRIC-PH

Barnard J, Hunt RH, Darkin DW, Viney NJ, Moore PJ, Bavin PMG, Ahmet Z, Lightfoot NF, Milton-Thompson GJ 1982 Preprint, World Congr of Gastroenterol, Stockholm, June, NOT YET PUBLISHED
THE 24-HR PROFILE OF INTRAGASTRIC pH, BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Brimblecombe RW 1982 Lancet 1, 402-403
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Festen HPM 1981 Ned Tijdschr Geneesk 125, 1929-31; Ringdoc 07512X
CIMETIDINE AND STOMACH CARCINOMA

Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

GASTRIC-ULCER

Rudiger E et al 1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

GASTRITIS

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

$H_2$-ANTAGONIST

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

HOST-MEDIATED-ASSAY
Barale R, Zucconi D, Romano M, Loprieno N 1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

HYDROXYZINE
Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

IN-VITRO-TEST
Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

INTESTINE
Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

LEUKEMIA
Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

LIVER
Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

MASKING
Rudiger E et al 1981 Z f Gastroenterol 19, 507
MALIGNANT GASTRIC ULCERS DURING CIMETIDINE THERAPY

MEAL
Hunt RH, Darkin DW, Viney NH, Moore PJ, Bavin PMG, Ahmet Z, Barnard J, Lightfoot NF, Milton-Thmopson GJ 1981 Read at: XVII Panamerican Congr Gastroenterol, Bal Harbour, Oct 1981
THE 24 HOUR PROFILE OF INTRAGASTRIC PH BACTERIAL FLORA AND CONCENTRATIONS OF NITRITE AND NITROSOCOMPOUNDS DURING CIMETIDINE TREATMENT

7-METHYLGUANINE
Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

$O^6$-METHYLGUANINE
Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

MNNG-CARCINOGENESIS
Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

MNNG-MUTAGENESIS
Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

MNNG-REACTION
Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF O6-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

MOUSE
Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

MUTAGENESIS
Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

Morris DL, Youngs D, Muscroft TJ, Burdon DW, Keighley MRB 1982 Gut 23, A458, abstr F41
MUTAGENICITY IN GASTRIC JUICE

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

NITRATE-REDUCING
Milton-Thompson GJ, Lightfoot NF, Ahmet Z, Hunt RH, Barnard J, Brimblecombe RW, Bavin PMG, Darkin DW, Moore PJ, Viney N 1982 Lancet, 1, 1091-1095
INTRAGASTRIC ACIDITY, BACTERIA, NITRITE, AND N-NITROSO COMPOUNDS BEFORE, DURING, AND AFTER CIMETIDINE TREATMENT

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

NITRITE-FEEDING

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

NITROLIC-ACID

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

NITROSATION-ANIMAL

Barale R, Zucconi D, Romano M, Loprieno N 1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

NITROSATION-CHEMICAL

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

NITROSATION-IN-VITRO

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

NITROSATION-MAN

Stemmermann GN, Mower H 1981 J Clin Gastroenterol 3 (Suppl 2), 23-27
GASTRITIS, NITROSAMINES, AND GASTRIC CANCER

NITROSOCIMETIDINE

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

NITROSOCIMETIDINE-CARCINOGENESIS

Brimblecombe RW 1982 Lancet 1, 402-403
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

NITROSOCIMETIDINE-MUTAGENESIS

Barrows LR, Gombar CT, Magee PN 1982 Preprint, Soc Toxicol, February, NOT YET PUBLISHED
MUTATION, DNA LABELING, AND INDUCTION OF GROWTH IN SOFT AGAR OF BHK-21/CL 13 CELLS BY MNNG, DMN, AND NITROSOCIMETIDINE

Henderson EE, Basilio M, Davis RM 1981 Chem Biol Interactions 38, 87-98
CELLULAR DNA DAMAGE BY NITROSOCIMETIDINE: A COMPARISON WITH N-METHYL-N'-NITRO-NITROSOGUANIDINE AND X-IRRADIATION

Reed PI, Haines K, Walters CL, Smith SLR, House FR 1981 Lancet 2, 1281-1282
CIMETIDINE, NITROSATION, AND CARCINOGENICITY

NITROSOCIMETIDINE-TREATMENT

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

NITROSOUREA-MUTAGENESIS

Barale R, Zucconi D, Romano M, Loprieno N 1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

PEPTIC-ULCER

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Gastroenterol 80, 1295
CIMETIDINE-TREATMENT, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

Stockbrugger RW, Eugenides N, Bartholomew B, Walters CL, Thompson REM, Hill MJ, Cotton PB 1981 Scand J Gastroenterol 16, 1109, Abstr 66
CIMETIDINE-THERAPY, INTRAGASTRIC BACTERIAL OVERGROWTH AND ITS CONSEQUENCES

RANITIDINE

Anon 1982 Lancet 1, 601
CIMETIDINE AND RANITIDINE

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

RAT

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

RISK

Anon 1982 Lancet 1, 601
CIMETIDINE AND RANITIDINE

STOMACH

Kyrtopoulos SA, Hadjiloucas E, Vrotsou B 1982 Cancer Res 42, 1962-1966
NONDETECTION OF $O^6$-METHYLGUANINE IN RAT DNA FOLLOWING IN VIVO TREATMENT WITH LARGE DOSES OF CIMETIDINE ALONE OR IN COMBINATION WITH SODIUM NITRITE

TOXICITY

Habs M, Eisenbrand G, Habs H, Schmahl D 1982 AACR abstracts, p 104, abstr 409
NO EVIDENCE OF CARCINOGENICITY OF N-NITROSOCIMETIDINE IN RATS

TOXICOLOGY

Brimblecombe RW 1981 Cimetidine in the 80's, Baron JH(Ed), Churchill Livingstone(Publ), p253-260
CIMETIDINE AND THE POSSIBLE FORMATION OF N-NITROSO COMPOUNDS

Brittain RT, Harris DM, Martin LE, Poynter D, Price BJ 1981 Lancet 2, 1119
SAFETY OF RANITIDINE

TRANSPLACENTAL

Giner-Sorolla A, Anderson LM, Budinger JM 1982 5th Intl Symposium on Prevention and Detection of Cancer, Sao Paolo, May, 1982. NOT PUBLISHED YET
STUDIES ON THE EFFECTS OF NITROSATION ON CIMETIDINE

YEAST

Barale R, Zucconi D, Romano M, Loprieno N 1980 Atti Assoc Genetica Ital 26, 31-32
IN VIVO FORMATION OF N-NITROSO COMPOUNDS WITH DIRECT MUTAGENIC ACTIVITY: THEIR EVALUATION BY MEANS OF A HOST MEDIATED ASSAY

Reference 20

Hydrochloric acid, bacterial growth and reduction of nitrate

Decreased acidproduction in the stomach (hypochlorhydria or achlorhydria) may develop as a consequence of atrophic gastritis or after stomachresection. Hydrochloric acid normally inhibits the growth of bacterias in the stomach. At pronounced hypochlorhydria or achlorhydria an overgrowth of the airway- as well as the faecal- bacterial flora occurs in the stomach.

When the acid stomach barrier disappears, even duodenum and jejunum which normally are sterile, are colonized. Bacterias may be shown not only intraluminally but also intramucosally and the function of the duodenum may be disturbed.

Nitrate is always obtainable in the stomach. It is present in food and in drinking water and i probably secreted with the salive and the stomach-secretion. Ruddell and coworkers have found increased nitriteconcentration in the stomachjuice in patients with hypochlorhydria and they have also shown that the intraluminal bacterial flora in achlorhydria can reduce nitrate into nitrite. The whole chain of reactions from bacterial overgrowth to genesis of high intragastric nitrite levels has been possible to follow in studies by Bartholomew et al (14) in different stages of low and abolished acidsecretion.

Is is wellknown that patients with achlorhydric atrophic gastritis provide an increased risk of gastric cancer.(15, 16) The hypothesis has been raised that the malignant change of the gastric mucosa might depend om intraluminal nitrosation of amines as a cause of increased nitriteconcentration. (14) The hypothesis got support when Jones and coworkers found increased levels of nitrite in patients with dysplasias of the mucosa after resection of the stomach.

New studies have confirmed the suspicion that the levels of nitrosamines are increased at pernicious anaemia and after partial gastrectomy while they are closer to normal at eosophagitis, duodenal ulcer and after vagotomy. (18)

Increased nitrosamine levels at treatment with cimetidine

Cimetidine in the first histamin-2-receptor antagonist in clinical use. The substance inhibits the basal HCl secretion with 80-90 % (19) thus more than anticholinergics in optimal effective dose (20) or parietal cell vagotomy.(21) The difference in smaller considering the inhibition of maximal pentagastrin-stimulated secretion.(20, 21)

1979 Eler et al reported three cases of gastric cancer during cimetidine-therapy. They suspected that cimetidine could be nitrosated in the stomach and thus get carcinogenic.

This report started the discussion that cimetidine could possibly induce the whole chain of reactions of bacterial reduction of nitrate and forming of N-nitrosamines that has been accused of causing malignancy in atrophic gastritis with achlorhydria.(3-5, 71)

During the two years that have passed since the first suspicion was published, a repeated sequence of results have been seen from studies showing that the gastric milieu changes at cimetidine indured hypochlorhydria, in a way similar to hypochlorhydria by other causes. Ruddell et al caused e.g. that a significant increase of the total count of bacterias and number of nitrate-reducing bacterias happens after four weeks' treatment with cimetidine in a dose of 1 g daily.(22)

Confidential Information – Subject to Protective Order

**TO TELETYPE SERVICE (Ext. 4400)**
A-55 6th Floor

10-107 (REV. 2/77)

| ORIGINATOR | EXT. | MAIL CODE | DATE | DIVISION | TIME |
|---|---|---|---|---|---|
| L. Horger | 5567 | F20 | 8/16/82 | USPP Reg. Affairs | ☐ AM ☐ PM |

**DOMESTIC WIRE** / **OVERSEAS**

| TYPE OF MESSAGE | DELIVERY TIME | METHOD OF DELIVERY | AVERAGE COST FOR — # WORDS | |
|---|---|---|---|---|
| ☐ TELEGRAM | IF SENT BY NOON 6 HRS. | *TELEPHONE | $ 4.75 | 15 |
| ☐ NIGHT LETTER | NEXT DAY | *TELEPHONE | $ 4.00 | 100 |
| ☐ MAILGRAM | NEXT DAY | 1st U.S. MAIL | $ 1.65 | 100 |

CABLE
☐ FULL RATE
☐ LETTER TELEGRAM (Delivery next day)

**ADDRESSEE:** (Please include zip code and telephone number on all domestic messages)

NAME DR. SUSAN SULLIMAN

STREET ADDRESS SK&F WELWYN TELEX # 261347

CITY WELWYN GARDEN CITY PHONE #

STATE OR COUNTRY ENGLAND ZIP CODE

**MESSAGE:**

DR. SULLMAN,

REUR TELEX, REFERENCE 20, PAGE 2, LAST TWO LINES READ:

CONTAINING FOOD UNTIL NOW HAS NOT SHOWN MALIGNANCY OF THE STOMACH, THERE ARE OTHER IN VITRO- AND IN VIVO- STUDIES SHOWING RESULTS CALLING FOR CAUTION. (35. 36).

REGARDS,

HORGER

enough to ... nal acid secretion been in ulcertreatment, expecially to ...

Cimetidine in the first drug on the market that inhibits the basal gastri[c] acid secretion strongly enough to cause bacterial overgrowth in a great nu[mber] of the patients. Of course, the similar must be expected of equally potent successors, used in equipotent or higher dose.
A risk that should be discussed

Increased frequency of dysplasia or gastric cancer as it is seen postgastr[ectomically] and at achlorhydric atrophic gastritis, has not yet been proven du[ring] or after cimetidine therapy. I would however be unresponsible to wait with discussion about a possible risk until this has been totally cleared out . Even if a long term study in healthy dogs, getting cimetidine and nitrite-

Cimetidine and the alternatives

Cimetidine is an effective drug to relieve sympthoms and heal duodenal ulcers. It is less effective in gastric ulcer (37). Other drugs have been shown equivalent (38-40).

Maintenance treatment in recommended doses of cimetidine seems to involve risks, especially in patients with initially low acid secreting capacity (elderly) and those where already before treatment dysplasias can be demonstrated in an inflammed gastric mucosa (chronic gastritis) or in the surroundings of the ulcer (gastric ulcer). To these patients ~~where~~ are alternative treatments available:

1. Anticholinergics, that inhibit basal acid secretion less than cimetidine.

2. Intermittent treatment with cimetidine in full dose.

3. Decreased dose of cimetidine, given at a time when hypochlorhydria probably not is caused during the main part of the night.

4. Vagotomy, if the patient´s lengthy ulcer disease has no connection with passing external factors but is caused by constitutionally increased capacity of acid secretion.

It is reasonable that the ongoing discussion about bacterial overgrowth and intragastric nitrite - and N-nitrosamine formation - where cimetidine has been involved because of it´s strong acid reducing capacity - will lead to a programme for ulcer treatment that is more differentiated than what spokesmen for cimetidine will suggest. One consequense might be that secretion tests must be done in the future in many patients before cimetidine or other potent acid secretion inhibitors are prescribed.

Concerning treatment of dyspepsia without an ulcer, cimetidine has no effect, as is shown in two controlled studies (42,43) neither should cimetidine be given only on suspicion of gastric hypersecretion. The fact is that it is impossible to tell from clinical symptoms such as epigastralgias, nausea and heartburn if the patient really has hypersecretion or not. This always requires studies of gastric juice secretion with a sond.

Instead of stereotyped prescribing of drugs the treating doctor should try to get hold of external and internal causes to the patient´s complaints and attack the illness individually. In one patient, a change of the life position (stress, smoking, ulcerogenic drugs) might be the needed measure, in another it is necessary to reduce a relatively too high acid production, in a third, with an inflamed gastric mucosa and low acid production, cytoprotective agents might be most convenient, perhaps treatment with prostaglandines (44).

## Conclusion

Cimetidine can by its inhibiting effect on acid secretion, cause bacterial over growth in the stomach and in the upper small intestine, especially in patients with initially normal or low basal acid secretion. This can lead to a raised level of nitrite in the stomach and formation of nitrosamines. Increased N-nitrosamin level has been shown in dysplasias of the gastric mucosa and at gastric cancer. The theory, that increased levels of N-nitrosamines during a long time may lead to malignancy, must be remembered when long time treatment with potent acid reducing substances are given especially if there are alternative principles of treatment.

Cimetidine should not be given otherwise than on clear indication at peptic ulcer disease. Continuous long time treatment should be avoided. Cimetidine has no effect in dyspepsia without an ulcer. Cimetidine should neither be given at a mere suspision of hypersecretion. Patients with dyspepsia without an ulcer are primarily investigated with gastroscopy, perhaps with secretion studies if short time treatment with e.g. anticholinergics and antacids fail. Stress factors and other exogen factors should be considered in the medical treatment that should be individualized and not sterotyped.

Reinhold Stockbrügger
Gerhard Dotevall

Litterature

Complete reference list can be sent from Gerhard Dotevall.

Confidential Information – Subject to Protective Order

We are grateful for the opportunity to comment on the article "Cimetidine, bacterial growth and nitrosamine formation" by Stockbrugger and Dotevall, and to refute completely the statement that SK&F has not considered it necessary to inform the medical profession about the hypothetical possibility that cimetidine administration could be associated with the development of gastric cancer.

First it should be pointed out that the possibility of cimetidine masking the symptoms and even allowing healing of gastric cancer has long been accepted and has been included in prescribing information for 'Tagamet' since early 1978. The question whether cimetidine treatment can contribute to neoplastic changes in the stomach is entirely different and has been the subject of inconclusive debate since Elder et al published their report on three patients in May 1979. With regard to informing the medical profession about research in this field, doctors and scientists in general have the same access to published information as those working for Smith Kline & French. Findings from our own laboratories have been published in the scientific and medical press as have those of others. Additionally all relevant information of which we become aware is reported to government regulatory authorities. Discussion of the issues amongst doctors has been worldwide and public.

The company felt obliged to communicate directly with the medical profession as ill-informed discussion of various safety issues, particularly this one, became widespread. Information attempting to correct the impressions left by unbalanced articles, whether in lay or scientific press, is no more defective medically than the speculation and opinions contained in such articles and may be considered more responsible.

The current view must be that no causal relationship has been established between cimetidine administration and gastric cancer. The situation is well-summarised in a recent statement from the UK Committee on Safety of Medicines which reads:

'...Twenty-one reports of stomach cancer have been received. It is stressed that these do not in themselves provide evidence of a causal relationship; in the majority of cases it is probable that the cancer existed prior to the commencement of treatment with cimetidine. In the circumstances it is the present view of the Committee that there is no reason for cimetidine not to remain available for the approved indications. As with any new and effective drug, careful comsideration should be given before embarking on long-term therapy.'

There are specific points raised by Stockbrugger and Dotevall which require comment. Firstly, there is no doubt that occurrence of bacteria in gastric juice is pH dependent[3,4]. Most bacteria are not acid resistant and can only survive at pH 4 or above. Persistence of bacteria, often referred to as colonisation, requires the maintenance of pH at or above that level. This is the case in pernicious anemia, atrophic gastritis and after some forms of gastric surgery but not during treatment with cimetidine. Pooled data from a number of studies of cimetidine treatment at conventional doses indicate that 24 hour hydrogen ion activity is reduced on average by 55% and overnight by slightly more than 60%. The effect on pH is only to increase the number of overnight hourly samples of gastric juice with pH and above from under 10% to up to about 30% but without evidence that this pH level is persistent or prolonged. These data are not dissimilar from those reported following successful selective vagotomy[5,6] which is, however, unlike cimetidine treatment, in irreversible procedure.

To discuss the effects of cimetidine on basal acid output or on acid secretory capacity is irrelevant to the clinical situation; what is more important is the effect on intragastric acidity throughout a 24 hour period in the ambulatory and fed individual. In this context it is important to realise that most of the studies referred to by Stockbrugger and Dotevall have investigated bacterial growth, nitrite and N-nitrosocompound concentrations in single samples of gastric juice obtained after an overnight fast and a 400 mg dose of cimetidine at night and often after a further 200 mg dose on the morning of the test. This, we believe, represents a situation not typical of much of a 24-hour period and led to the study referred to by Stockbrugger and Dotevall[7]. This was carried out at the Royal Naval Hospital, Haslar, in the UK. Gastric juice samples were taken from 8 healthy subjects at half-hourly or hourly intervals over 24 hour periods. Full dose cimetidine treatment (1 g/day) resulted in 20% of samples being of pH 4 or greater, and although bacterial counts tended to increase with pH, neither high pH nor high bacterial counts were maintained and over a 24 hour period there was no significant increase in bacterial counts.

Another criticism of some of the studies referred to by Stockbrugger and Dotevall arises from the assay method used. N-Nitrosocompounds comprise the stable N-nitrosamines and the relatively unstable N-nitrosamides and nitrosoureas. N-nitrosamines act as distant carcinogens in animals, exhibiting organ specificity; N-nitrosamides and N-nitrosoureas are in contrast direct acting carcinogens and it is the presence of these compounds in the stoamch which might be concerned in the development of gastric carcinoma. Yet their very instabilty renders their measurement extremely difficult and previously reported methods have measured only the more stable compounds. In our study, using an analysis method which detects both stable and unstable N-nitrosocompounds[8] no significant increase in N-nitrosocompound concentration over 24 hours was found during cimetidine treatment. The range of concentrations detected varied widely, between and within subjects, but variation could not be correlated with changes in pH, bacterial counts or nitrite concentrations. This therefore does not support other work[9] again based on single fasting samples and using an inadequate assay method, in which a direct correlation between pH and N-nitrosocompound concentrations was reported.

We cannot therefore agree with Stockbrugger and Dotevall that the number of reports supporting the hypothesis, that cimetidine treatment may contribute to neoplastic changes in the gastric mucosa, has increased. It is not established that cimetidine treatment results in increased intragastric bacterial counts or N-nitrosocompound concentration over a 24-hour period. Prolonged toxicology studies[10, 11] in rats and dogs have failed to produce any evidence of malignancy and such studies are accepted by all regulatory authorities as more relevant to human carcinogenesis than in vitro tests of mutagenicity.

There is thus no evidence that cimetidine treatment is involved in the development of gastric carcinoma. The topic has been the subject of considerable debate in the medical and lay press and with regulatory authorities throughout the world since 1978. A large programme of research is underway both within Smith Kline & French and in other centres. We would agree with the recent leading article in the British Medical Journal[12], which stated 'Certainly cimetidine, like any other drug, could be used with care and circumspection, both on general grounds of clinical common sense and because experience of long-term usage and its results is necessarily limited; but patients may be reassured.'

J. Barnard
R.W. Brimblecombe
W.L. Burland

Smith Kline & French Research,
Welwyn, England

L. Trang

Smith Kline & French A.B.,
Stockholm

Reference 21

# FACTORS WHICH INFLUENCE THE _IN VIVO_ METHYLATING POTENTIAL OF NITROSOCIMETIDINE

David E. Jensen and Charles T. Gombar

Fels Research Institute
Temple University School of Medicine
Philadelphia, Pennsylvania 19140



Confidential Information – Subject to Protective Order

GSKZAN0003535515

Running Title: *In Vivo* DNA Methylation by Nitrosocimetidine.

Author who will correct proofs:

Dr. D. E. Jensen
MRB 706
Temple Medical School
Philadelphia, PA 19140

(215)-221-4308



Confidential Information – Subject to Protective Order GSKZAN0003535516

## INTRODUCTION

It has been shown that many compounds can become nitrosated at acid pH and in the presence of nitrite to become nitroso compounds which are proven carcinogens in laboratory animal tests (Mirvish 1975, Magee et al 1976, Lijinsky 1980). There is some evidence that such a nitrosation process can take place in the acid environment of the human stomach (Fine et al 1977). The importance of this in vivo nitrosation in the etiology of human cancer, however, remains to be determined.

The report of Elder et al (1979) made us aware that the very important drug cimetidine ("Tagamet") is a nitrosatable compound and that the chemical structure of its nitrosated derivative, nitrosocimetidine (NC), is very similar to that of the gastric carcinogen N-methyl-N-nitroso-N'-nitroguanidine (MNNG; Figure 1). Cimetidine is used in the treatment of gastric ulcers and other gastrointestinal disorders (Finkelstein and Isselbacher 1978). The success of this drug is reflected in the fact that worldwide sales of the compound have recently surpassed those of Valium. Cimetidine is available in 111 countries and, since its introduction about six years ago, approximately 20 million people have taken the drug. Typically the dose is in the range of one gram per day and treatment limited to 6 to 8 weeks. It has been reported that cimetidine is nitrosatable in vitro in the acid pH range (Bavin et al 1980) and there are indications that the compound can be nitrosated in isolated human gastric juice (DeFlora and Picciotto 1980). It remains to be demonstrated that cimetidine is nitrosated in vivo.

Consistent with its chemical structure, NC has been found to have many of the same effects on in vitro biological test systems as MNNG and the closely related compound methylnitrosourea (MNU). NC is a direct-acting mutagen in the Ames Test (Pool et al 1979) and in cultured mammalian cells (Barrows



Confidential Information – Subject to Protective Order

et al 1982). It demonstrates toxicity to mammalian cells in culture (Henderson et al 1981) induces single strand DNA breaks (Henderson et al 1981, Schwartz et al 1980) and sister-chromatid exchange (Athanasiou and Kyrtopoulos 1981), inhibits DNA synthesis and also elicits increased DNA repair synthesis (Henderson et al 1981). Subsequent to a report by Foster et al that NC is a methylating agent (Foster et al 1980), we demonstrated that the compound will methylate DNA in vitro and in cultured human lymphoid cells to produce the same $O^6$ methyl G/7 methyl G product ratio as observed using MNNG and MNU (Jensen and Magee 1981, Jensen 1981). In most of these reported experiments cimetidine was also tested and found to have no effect on the measured parameters.

In our work with direct-acting, methylating, nitroso compounds we have found that the factors which influence the rate and degree of compound degradation have a similar influence on the rate and degree of in vitro DNA alkylation by the agents. Apparently a methylating intermediate is a product of decomposition. We have discovered that NC decomposes relatively slowly in neutral pH buffer solution. At 37° the half-life of the intact compound is about 50 hours compared to a value of approximately 3 hours for MNNG and 10 minutes for MNU. We have endeavored to determine to what degree the in vivo levels and distribution of tissue DNA methylation in the rat model system reflect the chemical stability of these nitroso compounds. In vitro, the decomposition rates of NC and MNNG are markedly accelerated by thiol compounds. Unlike MNNG which demonstrates accelerated decomposition in the presence of any nucleophile, the enhanced decomposition rate of NC appears to be thiol specific. Further, although thiols speed the rate at which alkylating intermediate is generated from NC, the major pathway of decomposition is apparently denitrosation to produce the parent compound, cimetidine. Our in



Confidential Information – Subject to Protective Order

*vitro* results indicate that this denitrosation occurs in blood. Dosing rats with NC results in very low levels of tissue DNA alkylation relative to those observed using MNNG and MNU, suggesting that denitrosation is a major pathway of NC decomposition *in vivo* as well. Based on our experiments using rats we hypothesize that if NC is formed by the nitrosation of cimetidine in the stomach, the potential risk to human health may be considerably reduced by the propensity of this compound to denitrosate in the blood stream.

In this report we summarize our results on the *in vitro* characteristics of NC, MNNG and MNU decomposition and on tissue DNA methylation in rats dosed orally and i.v. with these compounds.

MATERIALS AND METHODS

A detailed description of the materials and methods used in these studies will appear in primary publications now in press (Gombar and Magee 1982) or in preparation; only a brief review will be given here. All chemicals and radiolabeled compounds were obtained from commercial sources except for $^{14}$C-labeled and unlabeled nitrosocimetidine which were synthesized in these laboratories (Jensen and Magee 1981, Gombar and Magee 1982). Cimetidine and [$^{14}$C-methyl]-cimetidine were kindly supplied by Smith Kline and French Laboratories, Philadelphia, PA.

Nitroso compound decomposition rates were determined in aqueous buffered solutions, in whole rat blood and in rat plasma by taking aliquots of the incubate at specified times, delivering the aliquot to a small volume of concentrated buffer for pH control and extracting this aqueous solution with a volume of octanol. The extraction and isolation of the octanol phase took less than two minutes. All of the compounds were relatively stable in octanol when kept in the dark and cold. The octanol phase was analyzed by high pressure liquid chromatography (HPLC) using a Microbondapac C-18 column,



Confidential Information – Subject to Protective Order 

generally within one hour after extraction. MNNG and its denitrosated derivative and also NC and cimetidine were resolved by our chromatography. The elution of these compounds was detected by u.v. absorbance and concentrations quantified by measuring recorder chart peak heights. MNU elution was similarly detected by u.v. absorbance; its denitrosated derivative was invisible to our detector.

Six week old female Fischer 344 rats were used in our i.v. dosing experiments. $^{14}$C-methyl nitroso compounds were used and dosing was via the tail vein. The animals were sacrificed and blood and various organs taken four hours after dosing. Globin was isolated from the blood following literature procedures (Anson and Mirsky 1930); globin concentration determinations were based on u.v. absorbance (Waddell 1956) and the degree of globin methylation quantified by liquid scintillation counting. DNA was isolated from the frozen organs following a modified Kirby procedure (Swann and Magee 1968) and the degree of DNA methylation in mild acid-hydrolyzed samples determined using our published cation exchange HPLC technique (Jensen et al 1981).

Fasted adult female Wistar rats were used in the studies in which $^{14}$C-methyl nitroso compounds were dosed by gavage. In $CO_2$ exhalation experiments, animals were housed in metabolism cages and the amount of $^{14}CO_2$ trapped in an ethanolamine:ethoxyethanol solution was assessed at various times by liquid scintillation counting techniques. In other experiments the animals were sacrificed twelve hours after dosing with radioactive compound and various organs were taken for DNA isolation and quantitation of the degree of DNA methylation as described above.

RESULTS AND DISCUSSION

MNU, MNNG and NC as well as the denitrosated products of the latter two compounds can be reproducibly extracted from aqueous solution in fairly high



Confidential Information – Subject to Protective Order 

yields with octanol. We have developed HPLC techniques which permit us to determine the concentration of each of these compounds in octanol. Thus by analyzing extracts of aliquots taken from aqueous incubates at specified times we can determine nitroso compound decomposition rates and, in the case of MNNG and NC, what fraction of this decomposition yields the parent, denitrosated, compound.

Utilizing this methodology we have verified and extended the earlier work of Lawley and Thatcher (1970) which considered the decomposition rate of MNNG in buffer and in the presence of various nucleophilic compounds. In our experiments we observed the rate of disappearance of intact MNNG in pH 7.4 phosphate buffer, in the presence of a two-fold excess of various amino acids or in the presence of a two-fold excess of reduced glutathione. We believe that the several amino acids are representative of the kinds of nucleophilic chemicals likely to be encountered by nitroso compounds in a biological milieu. The results of this study are depicted in Figure 2A. It was found that all of the nucleophiles caused, to a varying degree, an acceleration in the rate of MNNG decomposition relative to that observed in plain buffer. MNNG decomposed most quickly in the presence of the thiol-containing compounds, cysteine and reduced glutathione. That the sulfur nucleophile is involved in the enhanced decomposition is evidenced by the observation that this rate is considerably reduced when the thiol moiety is blocked (i.e., in the presence of a two-fold excess of S-methyl cysteine). Our experiments also indicate that a fraction of MNNG decomposition in the presence of a two-fold excess of thiol compound produces denitrosated product; 10% of the decomposition in the presence of glutathione produces N-methyl-N'-nitroguanidine (MNG) and 15% in the presence of cysteine. It is unknown what fraction of the decomposition of intact compound generates a methylating



Confidential Information – Subject to Protective Order

intermediate. However, based on our study of in vitro DNA alkylation by MNNG (Jensen and Magee 1981), it can be argued that the majority of the decomposition which does not proceed via a denitrosation pathway generates a DNA methylating species. Finally, less than 3% of the MNNG decomposition in the presence of amino acids other than those containing thiol or in plain phosphate buffer proceeds via a denitrosation pathway.

Using the same techniques we have studied the in vitro decomposition characteristics of NC; our results are summarized in Figure 2B. In contrast to our findings with MNNG, we observed that only the thiol-containing nucleophiles, cysteine and reducted glutathione. enhanced the rate of NC decomposition. Consistent with our MNNG result, we find that when the thiol group in cysteine is blocked (i.e., S-methyl cysteine) the decomposition-accelerating principle is lost. We also discovered that the denitrosation of NC by thiol compound is a major decomposition pathway. At all of the time points assayed, about 30% of the decomposition of NC in the presence of reduced glutathione resulted in the formation of cimetidine and about 75% of the decomposition in the presence of cysteine produced cimetidine.

We have also considered the decomposition rate of MNU by determining the rate of disappearance of intact compound. Consistent with the earlier report of Wheeler and Bowdon (1972), we found that excess cysteine had no detectable effect on the rate of degradation of this compound.

As a prelude to our in vivo experiments using MNU, NC and MNNG, we assessed the stability of these compounds in whole blood isolated from rats and in rat plasma. The results of these experiments are diagrammed in Figures 3A and 3B. The most startling finding was that obtained with NC. At 37° the half-life of NC in whole blood was in the range of 2.5 minutes, in sharp contrast to the approximately 50 hour half-life observed for NC in neutral

buffer at this temperature. We also found that in plasma the NC degradation rate was indistinguishable from that in buffer, an observation which suggested to us that the accelerating principle perhaps resides in red blood cells. In this same series of experiments we found that, at all time points assayed, about 65% of the decomposition of NC in whole blood was via a denitrosation pathway to produce cimetidine. MNNG decomposition in whole blood was also observed to be very rapid. The data shown in Figure 3B were collected at 25°; at 37° the reaction was essentially completed during the time it took to do the octanol extraction (2 minutes). When MNNG degrades in whole blood at 37° approximately 35% of the decomposition produces the denitrosated product, MNG. Unlike NC, MNNG was found to decompose at a more rapid rate in plasma than it does in buffer but still much more slowly than decomposition in whole blood. In plasma less than 3% of the MNNG decomposition produced denitrosated product. At 37° the rates of MNU decomposition in whole blood, in plasma and in buffer were indistinguishable (Figure 3A); the in vitro half-life was approximately eight minutes.

We have done some experiments with isolated rat hemoglobin and have found that hemoglobin accelerates the rate of MNNG and of NC decomposition relative to the degradation rate in neutral buffer, but has no effect on MNU decomposition. After the cysteine groups on hemoglobin have been blocked by modification with the thiol-specific reagent N-ethylmaleimide (EM), the hemoglobin completely loses its capacity to accelerate NC decomposition. MNNG in the presence of EM-modified hemoglobin also decomposes more slowly than it does in the presence of unmodified protein but, unlike NC, this degradation rate does not return to the rate characteristic of MNNG in buffer. This result is consistent with our previous observation that MNNG degradation is accelerated by any nucleophile and is not thiol specific as is the case for NC.



Confidential Information – Subject to Protective Order

In summary, our *in vitro* experiments indicate that, of the three compounds considered, MNU is least stable in neutral buffer but, as it turns out, is the most stable in whole blood with a half-life of about eight minutes at 37°. MNU decomposition does not appear to be influenced by nucleophiles. In contrast, the MNNG half-life in whole blood is likely to be less than one minute. The MNNG decomposition rate is strongly influenced by all the nucleophiles tested and is most sensitive to thiols. Of the nucleophilic compounds considered, only those containing thiol appeared to promote significant MNNG denitrosation. The highest degree of MNNG denitrosation was observed to occur in whole blood where 35% of the decomposition produced MNG. NC decomposition is exceedingly slow ($t_{1/2} \sim 50$ hours) except in the presence of thiol-containing nucleophiles. The major degradation pathway in thiol-enhanced NC decomposition results in compound denitrosation to produce cimetidine. In whole blood *in vitro* the NC half-life is approximately 2.5 minutes and about 65% of the degradation is denitrosation. Our experiments implicate hemoglobin cysteine residues as the thiols involved in NC decomposition in blood.

We have treated rats with equimolar quantities of MNU, NC and MNNG, radiolabeled in the methyl group, dosed via the tail vein and have determined the degree of DNA methylation (i.e., μmole 7 methyl G/mole G) in several organs as well as the degree of hemoglobin methylation. The animals were sacrificed four hours after dosing. Our results are tabulated in Table I. MNU methylated the DNA of all the organs considered to about the same degree, as previously noted in the literature (Swann and Magee 1968). The extent of DNA alkylation and of hemoglobin alkylation by this compound will be used as benchmarks against which to evaluate our results with MNNG and NC. The short half-life of MNNG is perhaps reflected in the observed alkylation pattern. Hemoglobin labeling by MNNG was about two-fold greater than that observed for

MNU as was the methylation of DNA in the lung. Considerable decomposition of MNNG may have taken place in the blood stream, and the lung is the first capillary mass encountered by i.v. injected compounds. Kidney, brain and liver DNA methylation by MNNG were quite low relative to that observed for MNU; perhaps very little intact compound reaches these organs. Compared to MNU and even compared to MNNG, the tissue DNA and hemoglobin alkylation observed after dosing with NC was low. Our in vitro results lead us to hypothesize that the low degree of methylation is due to the rapid conversion of a considerable fraction of NC to cimetidine upon interaction of the nitroso compound with thiols. Ten minutes after dosing, blood was drawn retroorbitally from a fourth rat treated with NC in a manner identical to that of the three rats used to generate the date of Table I. Immediate analysis of this blood by our octanol extraction and HPLC techniques indicated that 100% of the radioactivity recovered in this sample was cimetidine, no radioactive NC was detectable.

We have also determined the degree of tissue DNA alkylation in rats treated orally with radiolabeled MNNG and NC. Before describing our findings, the results from two other in vitro experiments will be briefly mentioned.

The distribution of a compound between water and octanol (or other immiscible organic solvent) is often used to obtain a notion of the relative ability of a compound to pass from an aqueous environment to the lipoidal environment of a cellular membrane. We have determined the distribution of the nitroso compounds of interest between octanol and aqueous solution as a function of the aqueous phase pH. The results are summarized in Figure 4. It was found that NC distributes preferentially into the aqueous phase in the acid pH range. Distribution into octanol is only observed when the pH of the aqueous phase approaches neutrality. This change in distribution is probably



Confidential Information – Subject to Protective Order 

a reflection of the titration of the imidazole ring proton in NC. MNNG and MNU distribute approximately equally between octanol and buffer at all pH values. We have assessed the stability of NC, MNNG and MNU in pH2 buffer at 37°. The half-lives of MNNG and NC are approximately 2 hours and 3.5 hours, respectively. MNU remains 90% intact after 6 hours of incubation at this pH.

When we initiated our oral dosing experiments, we did not know how rapidly NC would be metabolized in the rat. We thus measured the amount of label expired as $^{14}CO_2$ as a function of time after dosing with $^{14}$C-methyl-labeled MNNG, NC or cimetidine by gavage. The results are diagrammed in Figure 5. Rats dosed with labeled MNNG expired labeled $CO_2$ for at least twelve hours; at this time the expired label accounted for about 12% of the administered dose. Rats treated with NC expired about 4% of the label as $CO_2$ by six hours with very little expired after that time. Cimetidine treated rats expired a very small amount of $^{14}CO_2$, about 0.4% of the dose, over a twelve hour period. Based on these results, twelve hours was chosen as the time after dosing at which animals would be sacrificed for our tissue DNA alkylation experiments. The results of these experiments are summarized in Table II. We were unable to detect DNA methylation in any of the assayed tissues of rats treated with cimetidine. Rats treated with MNNG by gavage had the greatest degree of DNA methylation in the stomach tissue. After being absorbed from the lumen of the stomach or the small intestine, compounds are carried by the blood stream first to the liver. We observed some DNA methylation in the small intestine and a relatively high yield of DNA methylation in the liver. Very little DNA methylation was found in the lung, kidney or colon of MNNG treated animals and none in the brain. Consistent with our i.v. dosing experiments, we find the highest levels of DNA alkylation by MNNG in those tissues which are first encountered by the compound.

The tissue DNA alkylation pattern produced by orally administered NC was quite different from that produced by MNNG given at the same molar dose. Little alkylation was detectable in stomach and liver tissue and essentially none in the lung, kidney, colon and brain. The highest level of DNA methylation by NC was observed in small intestinal tissue and this was about 65% of that observed in the small intestine of MNNG treated animals.

While the distribution and low levels of rat tissue DNA alkylation generated by orally dosed NC are doubtlessly due to many factors, we propose that the two elucidated in our experiments may be predominant. First, NC is apparently positively charged at acid pH's (imidazole ring proton) and thus will not readily pass from an aqueous acid to an organic environment. The failure of NC to significantly alkylate stomach tissue DNA is perhaps a reflection of this condition. Second, our in vitro experiments indicate that a major fraction of NC is rapidly denitrosated upon contact with blood. The very low levels of tissue DNA alkylation observed in rats treated i.v. via the tail vein with NC corroborate this finding. Contact with the blood after absorption by the small intestine may similarly inactivate NC as a methylating agent by denitrosation. NC produces one-tenth of the liver DNA methylation generated by an equimolar dose of MNNG.

Since the two factors which we are considering are chemical, perhaps there is some justification in translating our results using the rat model system to the human problem. The pK of NC is apparently about 6; thus in environments more acid than pH 4.5 to 5, typical of the stomach, the charged state of the compound will predominate and passage into a cellular mileiu might occur with low probability. There is no reason to anticipate that the rapid denitrosation of NC in rat blood will not be a characteristic of human blood as well. We are presently testing this. If NC is produced in vivo by

the nitrosation of cimetidine, our experiments suggest that the most likely consequence might be the alkylation of small intestinal tissue; significant methylation damage to other tissues in the body seems improbable.

ACKNOWLEDGEMENT

The authors wish to thank Dr. Peter Magee for his interest and support throughout these investigations. This research was supported by grants CA-12227, CA-23451 and CA-31503 from the National Cancer Institute, NIH. C.T.G. is a postdoctoral trainee of the National Institutes of Health (CA-09214).

REFERENCES


Anson, M.L. and A.E. Mirsky. 1930. Protein coagulation and its reversal: the preparation of insoluble globin, soluble globin and heme. J. Gen. Physiol. 13:469.

Athanasiou, K. and S.A. Kyrtopoulos. 1981. Induction of sister chromatid exchanges and chromosome aberrations in cultured mammalian cells by N-nitrosocimetidine. Cancer Letters 14:71.

Barrows, L.R., C.T. Gombar and P.N. Magee. 1981. Mutation, DNA labeling and transformation of BHK-21/CL 13 cells by MNNG and nitrosocimetidine. Mut. Res. in press.

Bavin, P.M.G., G.J. Durant, P.D. Miles, R.C. Mitchell and E.S. Pepper. 1980. Nitrosation of cimetidine. J. Chem. Research (S). 1980:212.

DeFlora, S. and A. Picciotto. 1980. Mutagenicity of cimetidine in nitrite-enriched human gastric juice. Carcinogenesis 1:925.

Elder, J.B., P.C. Ganguli and T.E. Gillespie. 1979. Cimetidine and gastric cancer. Lancet 1:1005.

Fine, D.H., R. Ross, D.P. Rounbehler, A. Silvergleid and L. Song. 1977. Formation in vivo of volatile N-nitrosamines in man after ingestion of cooked bacon and spinach. Nature (Lond.) 265:753.

Finkelstein, W. and K.J. Isselbacher. 1978. Cimetidine. New Engl. J. Med. 299:992.

Foster, A.B., M. Jarman and D. Manson. 1980. Structure and reactivity of nitrosocimetidine. Cancer Letters 9:47.

Gombar, C.T. and P.N. Magee. 1982. DNA methylation by nitrosocimetidine and N-methyl-N'-nitro-N-nitrosoguanidine in the intact rat. Chem.-Biol. Interactions in press.




Confidential Information – Subject to Protective Order

Henderson, E.E., M. Basilio and R.M. Davis. 1981. Cellular damage by nitrosocimetidine: a comparison with N-methyl-N'-nitro-N-nitrosoguanidine and X-irradiation. Chem.-Biol. Interactions 38:87.

Jensen, D.E. 1981. Deoxyribonucleic acid methylation in human cells exposed to nitrosocimetidine. Biochem. Pharm. 30:2864.

Jensen, D.E., P.D. Lotlikar and P.N. Magee. 1981. The *in vitro* methylation of DNA by microsomally-activated dimethylnitrosamine and its correlation with formaldehyde production. Carcinogenesis 2:349.

Jensen, D.E. and P.N. Magee. 1981. Methylation of DNA by nitrosocimetidine *in vitro*. Cancer Research 41:230.

Lawley, P.D. and C.J. Thatcher. 1970. Methylation of deoxyribonucleic acid in cultured mammalian cells by N-methyl-N'-nitro-N-nitrosoguanidine. Biochem. J. 116:693.

Lijinsky, W. 1980. Significance of *in vivo* formation of N-nitroso compounds. Oncology 37:223.

Magee, P.N., R. Montesano and R. Preussmann. 1976. N-nitroso compounds and related carcinogens. ACS Monograph 173:491.

Mirvish, S.S. 1975. Formation of N-nitroso compounds: chemistry, kinetics and *in vivo* occurrence. Toxicol. Appl. Pharmacol. 31:325.

Pool, B.L., G. Eisenbrand and D. Schmähl. 1979. Biological activity of nitrosated cimetidine. Toxicology 15:69.

Schwarz, M., J. Hummel and G. Eisenbrand. 1980. Induction of DNA strand breaks by nitrosocimetidine. Cancer Letters 10:223.

Swann, P.F. and P.N. Magee. 1968. Nitrosamine-induced carcinogenesis: the alkylation of nucleic acids of the rat by N-methyl-N-nitrosourea, dimethylnitrosamine, dimethyl sulphate and methyl methanesulphonate. Biochem. J. 110:39.



Confidential Information – Subject to Protective Order GSKZAN0003535530

Waddell, W.J. 1956. A simple ultraviolet spectrophotometric method for the determination of protein. J. Lab. and Clin. Med. 48:311.

Wheeler, G.P. and B.J. Bowdon. 1972. Comparison of the effects of cysteine upon the decomposition of nitrosoureas and of 1-methyl-3-nitro-1-nitrosoguanidine. Biochem. Pharm. 21:265.



Confidential Information – Subject to Protective Order

FIGURE LEGENDS

Figure 1. Chemical structures of N-methyl-N-nitrosourea (MNU), N-methyl-N-nitroso-N'-nitroguanidine (MNNG) and N-nitrosocimetidine (NC).

Figure 2. Degradation of MNNG (A) and NC (B) at 37° in plain buffer and in the presence of a two-fold excess of various L-amino acids or reduced glutathione as a function of time. Buffer, 50 mM $KH_2PO_4$, pH 7.4; nitroso compound, 3.5 mM; amino acids or reduced glutathione, 7.0 mM.

Figure 3. Degradation of NC and MNU at 37° (A) and NC and MNNG at 25° (B) in whole rat blood (filled symbols), in rat plasma (half-filled symbols) or in phosphate-buffered saline (open symbols) as a function of time. Nitroso compound, 3.5 mM.

Figure 4. Distribution of nitroso compound between equal volumes of octanol and aqueous buffer as a function of buffer pH, 23°. Buffer was 50 mM sodium phosphate (pH 2, 7, and 7.5), sodium formate (pH 3 and 4), sodium acetate (pH 5) or sodium citrate (pH 6). Nitroso compound, 3.5 mM, was dissolved in octanol; the octanol was extracted with pH buffer and the concentration of compound remaining in octanol assessed by HPLC.

Figure 5. Expiration of $^{14}CO_2$ as a function of time after oral administration (gavage) of $^{14}$C-methyl-labeled MNNG (O-O), NC (□-□) or cimetidine (Δ-Δ).



Confidential Information – Subject to Protective Order

TABLE I. HEMOGLOBIN AND TISSUE DNA ALKYLATION IN F344 RATS DOSED WITH $1.35 \cdot 10^{-4}$ MOLES/KG NITROSO COMPOUND[a]

| AGENT | Hb METHYLATION (pmole $CH_3$) / (mg globin) | DNA METHYLATION (umole 7meG/mole G) | | | |
|---|---|---|---|---|---|
| | | LIVER | KIDNEY[c] | LUNG[c] | BRAIN[c] |
| MNU | 16.0 ± 0.3[b] | 113.8 ± 12.3[b] | 128.3 | 104.4 | 107.9 |
| MNNG | 37.2 ± 4.3 | 3.8 ± 0.9 | 46.6 | 207.1 | 6.5 |
| NC | 7.7 ± 0.5 | 3.9 ± 1.9 | 6.7 | 6.6 | n.d.[d] |

[a]Ether anesthetized rats were dosed via the tail vein at a rate of 0.5 ml vehicle/100 gm body weight. Vehicle: 10% DMSO in 0.9% sodium chloride.

[b]Standard deviation; three animals identically dosed.

[c]Combined tissue from three identically treated animals.

[d]No alkylation detectable.



Confidential Information – Subject to Protective Order GSKZAN0003535533

Confidential Information – Subject to Protective Order

TABLE II. DNA METHYLATION IN ORGANS OF RATS TREATED ORALLY WITH CIMETIDINE, NC OR MNNG[a]. (μmole 7 meG/mole G)

| AGENT | STOMACH | SMALL INTESTINE | COLON | LUNG | KIDNEY | LIVER | BRAIN |
|---|---|---|---|---|---|---|---|
| CIMETIDINE | n.d.[b] | n.d. | n.d. | n.d. | ---[c] | n.d. | --- |
| NC | 8 | 45 | n.d. | 1 | 4 | 17 | n.d. |
| MNNG | 217 | 69 | 32 | 36 | 28 | 155 | n.d. |

[a]The doses administered were: cimetidine 0.25 mmole/Kg, 430 μCi; NC 0.20 mmole/Kg, 416 μCi; MNNG 0.20 mmole/Kg, 45 μCi.

[b]n.d. = none detected.

[c]--- = not performed.



GSKZAN0003535534

MNU


N=O
CH3 - N - C - NH2
O

MNNG


N=O
CH3 - N - C - NH - NO2
N-H

NC


N=O
CH3 - N - C - NH - CH2 - CH2 - S - CH2
N-CN
CH3
N
NH

1


A. MNNG
PERCENT COMPOUND REMAINING INTACT
100
80
60
40
20
0
0
1
2
3
4
5
6
HOURS
BUFFER
GLU
ARG
LYS
GLY
S-ME-CYS
HIS
CYS
GLUTATHIONE

2A


B. NC
BUFFER
ARG
GLU
GLY
HIS
LYS
S-ME-CYS
CYS
GLUTATHIONE
PERCENT COMPOUND REMAINING INTACT
100
80
60
40
20
0
0
1
2
3
4
5
6
HOURS

28


A. 37°
DMN
NC
MNU
PERCENT COMPOUND REMAINING INTACT
100
80
60
40
20
0
0
15
30
45
60
MINUTES

3A



B. 25°
100
80
60
40
20
0
PERCENT COMPOUND REMAINING INTACT
NC
MNNG
0
15
30
45
60
MINUTES


38


PERCENT OF COMPOUND IN OCTANOL PHASE
0
20
40
60
80
100
pH OF EXTRACTION BUFFER
2
3
4
5
6
7
MNNG
MNU
NC
C

4


15
10
5
$^{14}CO_2$ (% DOSE)
3
6
9
12
TIME (HRS)

# EXHIBIT 45

# Follow-up Communication on N-nitrosodimethylamine (NDMA) in relation to Ranitidine–December 11, 2019

## TABLE OF CONTENTS


PAGE

1. PRODUCT NAME AND APPLICATION NUMBER ....................................................2

2. BACKGROUND ....................................................................................................2

ATTACHMENT 1: ADDENDUM TO ART 31 RESPONSE_FINAL_04DEC2019.............4




Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

# 1. PRODUCT NAME AND APPLICATION NUMBER

NDA 018703: ZANTAC® 150/300 (ranitidine hydrochloride) Tablets, USP

NDA 019675: ZANTAC® (ranitidine hydrochloride) Syrup, USP

# 2. BACKGROUND

In the submission on November 21, 2019 to NDA 018703 (Sequence No.: 0043) and NDA 019675 (Sequence No.: 0038) GlaxoSmithKline (GSK) provided the FDA a copy of the European Medicines Agency (EMA) Article 31 Referral response document which was submitted to the EMA on October 23, 2019. This response document was in reference to EMA Article 31 Referral to review the potential presence of NDMA in ranitidine and ranitidine containing products.

Further to the submission of the GSK response to Article 31 Referral to the EMA, an additional report (WBP 82:011) describing a study conducted in 1982 titled "The determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite" was identified from the archive. As this study would have been included in the response to Question 6 of the EMA Article 31 referral if it were identified at the time, a summary of the study was subsequently provided to EMA in an Addendum to GSK's Response to Article 31 Referral, for transparency and completeness. GSK submitted this Addendum to the EMA on December 6, 2019. In the Addendum GSK also concluded that the provision of the information did not alter the content or conclusions of the responses which have been submitted.

On August 6, 2019, in an e-mail, the FDA had requested for information on N-nitrosodimethylamine (NDMA), for an assessment of the available data in relation to NDA 018703, ZANTAC Tablets. In this request, FDA had asked the question *"Have you tested Zantac tablets in simulated human body conditions (including gastric conditions)? If you have, have you detected NDMA? If you did, what were the levels observed?"*

GSK in its response submitted to NDA 018703 (Sequence No.0038) on August 19, 2019 stated that "GSK has determined the products that could be formed following the chemical reaction of nitrous acid with ranitidine in fasting human gastric juice at pH 1-2 and investigated any mutagenic effects in *Salmonella typhimurium* TA 1535 and TA 1537 and in *Escherichia coli* WP67 and WP2 uvr A [Brittain, 1981]. Additionally, aspirated gastric juice from volunteers taking the recommended therapeutic dose of 150mg was not mutagenic [Brittain, 1981]." However, GSK had mentioned that "There was no analysis for NDMA in these studies as NDMA would not have been predicted to form given the structures of the observed nitrosation products."

The information recently identified related to the determination of NDMA formed by the reaction of ranitidine hydrochloride with sodium nitrite, is relevant to the question previously raised by the Agency and would have been included in the response submitted on August 19, 2019 if this information had been identified at the time of the submission of the response.



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

m1.11.4 Multiple Module Amendment

The purpose of this submission is to provide the FDA a copy of the Addendum (see Attachment 1) to GSK's Response to Article 31 Referral, (a copy of which was previously submitted to the FDA on November 21, 2019). The purpose of the Addendum submission is also to share this additional information for completeness, as it is relevant to the question raised by the Agency in the Information Request of August 6, 2019.

Our focus for any responses will continue to ensure they fully incorporate all relevant scientific knowledge and understanding. Additional information, should it be identified, will be reviewed and scientific judgement made on the relevance of it to advancing the scientific understanding, and provided where appropriate (please see Additional Note in Attachment 1).



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order 

## Attachment 1: Addendum To Art 31 Response_Final_04dec2019



Highly Confidential Information – Attorneys' Eyes Only
Subject to Protective Order
GSKZNDAA0000636883

# ADDENDUM

# TO

# RESPONSES TO ARTICLE 31 REFERRAL QUESTIONS FROM EMA ON RANITIDINE CONTAINING PRODUCTS

# D2019-7562

## Introduction

GlaxoSmithKline (GSK) received a notification on 23 September 2019 that the European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) had initiated an Article 31 referral of Directive 2001/83/EC to review ranitidine and ranitidine containing products after tests showed that some of these products contained N-nitrosodimethylamine (NDMA). GSK submitted Responses to the Questions on 23 October 2019.

In Question 6, the EMA requested that '*Each MAH should submit all relevant data on the carcinogenic potential of ranitidine use. This should include in-vitro incubations with ranitidine and its metabolites and in-vivo studies (non-clinical and clinical) where generation of NDMA and/or dimethylamine has been investigated (e.g. in simulated gastric conditions or hepatocytes)*'.

GSK responded to this question, informing that '*the generation of NDMA from ranitidine has not been investigated by GSK in ADME/disposition studies in animals or humans, or in simulated gastric conditions. However, ranitidine was negative for carcinogenicity in life-time rodent studies where the conditions for potential nitrosation, due to diet and bacterial nitro-reduction, are similar to those in humans.*

Further to submission of the GSK Article 31 referral, an additional report (WBP 82:011) describing a study conducted in 1982 titled "The determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite" has been identified from the archive. As this study would have been included in the response to the Article 31 questions if identified at the time, a summary is now being provided for transparency and completeness.

Please note that the provision of this study does not alter the content or conclusions of the responses which have been submitted.

Furthermore, for completeness an additional number of nonclinical studies conducted in the mid 1990's have been identified and are noted.

## Study WBP 82:011 The determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite

Study WBP 82:011 was conducted in 1982 by Glaxo Group Research Ltd. The authors summary of the study was as follows- "*Experiments were carried out to determine whether nitrite reacted with ranitidine hydrochloride to form N-nitrosodimethylamine (NDMA). NDMA was formed in 3.1% yield, based on ranitidine hydrochloride, in the WHO NAP test, (40mM nitrite, 10mM ranitidine, 6% acetic acid). The yield decreased to 0.74% when the test conditions were modified by increasing the drug concentration to 40mM. Further in vitro incubations were carried out in gastric juice at pH 3 and in 6% acetic acid. These reactions simulated the concentrations of ranitidine (1mM) and nitrite (0.3mM) expected in the human stomach after oral administration of 150mg drug and ingestion of a nitrite rich meal. Analyses of the extracts of these incubations gave a weak signal similar to that observed from a control incubation without drug.*"

We cannot confirm the quantitative aspects of N-nitrosodimethylamine (NDMA) formation following the reaction of ranitidine hydrochloride with sodium nitrite reported by the study authors since we have been unable to find the source data for study WBP 82:011. However, given that the same analytical method was used for the assessment of all of the samples in the study, it can be concluded that a clear qualitative difference was observed between the levels of NDMA formed from ranitidine in the presence of (1) nitrite levels considered to be comparable to those seen in the human stomach after ingestion of a nitrite rich meal (i.e. ~0.3mM) and (2) nitrite levels in excess of this (~40 mM) that are not considered physiologically relevant gastric conditions (but which were deployed in *in vitro* tests of the time to rank oral drug candidates according to their tendency to form N-nitroso derivatives – (Gatehouse and Tweats, 1982). Furthermore, the authors reported that mass spectrometry analysis of the extracts of ranitidine (1mM) incubated with physiologically relevant levels of nitrite (i.e. ~0.3mM) was considered like those observed from a control incubation without ranitidine.

## Carcinogenicity Studies

For transparency and completeness GSK are also noting the following additional studies which have been identified in the archive:

1. A 104-week investigative study in rats
   - Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104-week oral study of effects on the stomach of rats (Study R13529). Glaxo Group Research Ltd Internal Report WPT/94/381.
2. Two mouse and one rat dietary 104-week carcinogenicity studies evaluating ranitidine bismuth citrate (GR122311X)
   - GR122311X: Oral (dietary) oncogenicity study in mice (Study Number M12403). Glaxo Group Research Ltd Internal Report WPT/93/122.
   - GR122311X: Oral (dietary) oncogenicity study in mice (M13040). Glaxo Group Research Ltd Internal Report WPT/93/201.
   - GR122311X: Oral (dietary) oncogenicity study in rats (R12404). Glaxo Group Research Ltd Internal Report WPT/93/096.

Gastric carcinoids were observed in two rat studies at high doses (WPT/94/381 and WPT/93/096) following the dietary administration of high doses of either ranitidine hydrochloride or ranitidine bismuth citrate which resulted in extensive and prolonged systemic exposure resulting in continuous acid inhibition and hypergastrinemia. Gastric carcinoids originating from fundic neuroendocrine (ECL) cells have previously been reported in rats following long term administration of a variety of antisecretory agents including ranitidine (Havu et al., 1990) and omeprazole (PRILOSEC Prescribing Information, 2012) and are considered to represent a consequence of exaggerated pharmacology leading to sustained acid suppression, increased intragastric pH, hypergastrinemia leading to neuroendocrine cell hyperplasia and eventually carcinoid formation. Lifetime oral dosing of rats with NDMA, results in test article induced neoplasia of the liver and lung (Peto et al., 1991). Gastric carcinoids have not been induced as a test article related effect following lifetime oral ingestion of NDMA in rats (IARC, 2019); however, they are the only test article related tumour observed in rats following dosing with ranitidine hydrochloride and ranitidine bismuth citrate. Therefore, even when very high doses of ranitidine are given daily in the diet for 104 weeks to rats, there is no evidence of the neoplastic response which would be

predicted from exposure to NDMA, either directly from the test article, or by subsequent endogenous formation within the animal.

In summary, in multiple lifetime rodent studies evaluating high dietary doses of ranitidine, (several of which were specifically examined to demonstrate that conditions for potential nitrosation due to diet and bacterial nitrate-reduction in rodents were similar to those in humans), there was no evidence of the neoplastic response which would be predicted from exposure to NDMA. The only tumour finding in these studies were gastric carcinoids, arising from exaggerated pharmacology and hypergastrinemia in rats. This finding is not considered clinically relevant since in clinical use similar conditions of sustained acid suppression and hypergastrinemia are not achieved.

### Conclusion

The identification of these nonclinical studies in this addendum does not alter the conclusion presented previously that the non-clinical data on ranitidine revealed no special hazard for humans based on a battery of *in vitro* and *in vivo* safety studies of safety pharmacology, repeat-dose toxicity, genotoxicity, carcinogenicity and toxicity to reproduction and development.

## Additional Note

GSK places the safety of our medicines as its highest priority and this has been the focus of our efforts in responding to the EMA Article 31 referral questions and requests for data from global regulators. Analytical work which has been requested to provide batch analysis data for drug substance in commercial product and to seek to establish root cause, where trace levels of NDMA have been seen, is being and will continue to be delivered as soon as is practically possible.

As the originator of ranitidine (Zantac) medicinal products, GSK has over 40 years of records from its global development efforts and commercialisation in many markets across the world, where multiple dosage forms of ranitidine have been available. These records include original development data and associated reports, manufacturing records and periodic reviews and pharmacovigilance reports and assessments.

The volume and format of historical records, including storage on microfiche, present challenges for document retrieval and it is possible that in our responses to questions all reports or summaries which have been prepared since the mid 1970's are either not referenced or not provided. GSK has ensured that our responses have been provided in an expedient manner whilst continuing to interrogate all records which underpinned product development and regulatory submissions. We have endeavoured to ensure completeness of responses but may inadvertently have omitted a historical report which is subsequently identified through ongoing review of archives.

Our focus for any responses will continue to ensure they fully incorporate all relevant scientific knowledge and understanding. Additional information, should it be identified, will be reviewed and scientific judgement made on the relevance of it to advancing the scientific understanding, and provided where appropriate.

## References

Capel-Edwards, K and Selway S.A.M (1995) Ranitidine (AH19065AB), Famotidine (GR40965X) and Omeprazole (GR61456X): 104 week oral study of effects on the stomach of rats (Study R13529). Glaxo Group Research Ltd Internal Report WPT/94/381.

Capel-Edwards, K (1994) GR122311X: Oral (dietary) oncogenicity study in mice (Study Number M12403). Glaxo Group Research Ltd Internal Report WPT/93/122.

Capel-Edwards, K (1994) GR122311X: Oral (dietary) oncogenicity study in rats (R12404). Glaxo Group Research Ltd Internal Report WPT/93/096.

Capel-Edwards, K (1995) GR122311X: Oral (dietary) oncogenicity study in mice (M13040). Glaxo Group Research Ltd Internal Report WPT/93/201.

Gatehouse D.G. and Tweats D.J. (1982) Mutagen formation after the addition of nitrite to normal human gastric juice. Carcinogenesis, 3(5): 597-598.

Havu et al., (1990) Enterochromaffin-Like Cell Carcinoids in the Rat Gastric Mucosa following Long-Term Administration of Ranitidine. Digestion, 45:189–195.

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans http://publications.iarc.fr/ (Accessed November 2019)

PRILOSEC (omeprazole) Prescribing Information (2012) https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/019810s096lbl.pdf

Peto R, Gray R, Brantom P, Grasso P. (1991) Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res., 51(23): 6415-51.

Tanner, R.J.N (1982) The determination of N-nitrosodimethylamine formed by the reaction of ranitidine hydrochloride with sodium nitrite, Glaxo Group Research Ltd Internal Report WBP 82:011.

# EXHIBIT 46

# EMA Article 31 Addendum to response to Question 6

Three rodent carcinogenicity studies were conducted, and reports submitted as part of the regulatory approval process for *ranitidine hydrochloride*. These are included in Zantac MAA D1095/B25 section 3.1 - 3.3 and in the GSK response to question 6.

In this addendum we provide summary information on additional studies conducted by, or on behalf of, GSK:

1. An investigative 104-week oral study evaluating the effect of ranitidine hydrochloride (AH19065AB), famotidine and omeprazole on the stomach of rats (Study R13529: Report WPT/94/381).

2. Two mouse and one rat dietary carcinogenicity studies evaluating ranitidine bismuth citrate (GR122311X)

## Investigative 104 week oral study (Study R13529: Report WPT/94/381)

Ranitidine hydrochloride (AH19065AB), famotidine and omeprazole were given to female Sprague Dawley rats for 104 weeks by gavage at a dose producing marked but not complete inhibition of gastric acid secretion (11.25, 2.0 and 3.5 mg/kg/day respectively) or by incorporation in the diet at the highest dose reported in previous studies by the originating companies (2000, 2000 and 140mg/kg/day respectively). The Sprague Dawley rat was common to previous work and females were chosen as more susceptible than males to the gastrotrophic effects of antisecretory agents. The study report was submitted, with supporting letter, to the FDA in 1995.

### Results

Following gavage dosing, basophilic cell hyperplasia was observed in all test article treated groups. However, in the group given ranitidine, this hyperplasia did not correlate with neuroendocrine cell changes. In the omeprazole group, there was a progressive increase in neuroendocrine cell hyperplasia and one intramucosal carcinoid present at week 104. After dietary administration, there was neuroendocrine cell hyperplasia , carcinoids and chief cell eosinophilia noted in all groups. The incidence of carcinoids following dietary administration of ranitidine was lower (4 out of 60 rats) than for the other two test articles given by this route and they were limited to the mucosa. At the lower doses given by gavage, serum gastrin levels showed some elevation in all groups, however there was no effect on neuroendocrine cells in the gavage dosed ranitidine group.

### Discussion

Gastric carcinoids originating from fundic neuroendocrine (ECL) cells have previously been reported in rats following long term administration of a variety of antisecretory agents including ranitidine (Havu et al., 1990) and omeprazole and is considered to represent a consequence of exaggerated pharmacology leading to sustained acid suppression, increased intragastric pH, hypergastrinemia leading to neuroendocrine cell hyperplasia and eventually carcinoid formation. The study conducted by Havu et al

[APG]

evaluated dietary administration of ranitidine hydrochloride to a single dose group (2000mg/kg/day: n=100)) of female Sprague Dawley rats for 106 weeks and compared with controls (n=50). Mean plasma ranitidine concentrations varied between 12.2 – 16.8 ug/mL (38.7-53.4 umol/L). Plasma gastrin was increased to almost 3-fold the levels in the controls for the majority of the study. Gastric neuroendocrine (ECL) hyperplasia and carcinoids were observed in the ranitidine treated group and these findings were considered morphologically identical to those described with other longer acting acid inhibitors and after partial gastric corpectomy in the rat in the absence of any drug therapy. The authors conclude that the elevated gastrin levels, present for about 10-12h each day, provide the necessary trophic stimulus to gastric carcinoid formation in the rat when present over a long period of time.

## 3. Two mouse and one rat dietary 104 week carcinogenicity studies evaluating ranitidine bismuth citrate (GR122311X)

**Mouse studies**

In the first study (M12403, Report WPT/93/122) B6C3F1 mice were given ranitidine bismuth citrate at 160, 400, 1000 mg/kg/day to 60 animals/ sex/ group. The high dose was selected based on reduced body weight gain in a 3 month mouse study and the predicted accumulation of bismuth. Serum gastrin was generally increased in all treated groups. There was no GR122311X -related increase in neoplasia. Non-neoplastic changes were primarily attributable to the exaggerated pharmacology of ranitidine (neuroendocrine cell hyperplasia of the gastric fundus as a consequence of hypergastrinemia) or bismuth (nephropathy and fibro-osseous lesion). Serum ranitidine mean concentration was up to 0.6mcg/mL with AUC of 10.8h.mcg/mL.

In the second study (M13040, Study report WPT/93/201) B6C3F1 mice were given ranitidine bismuth citrate at the same dose levels as the first mouse carcinogenicity study (M12403: 160, 400, 1000 mg/kg/day) with 51 animals/ sex/ group. This study was initiated due to high early male morbidity due to fighting in group housed animals and the possible local effects of implanted electronic identification capsules observed in the previous study (M12403). There was no test article related increase in neoplasia. Non neoplastic changes were attributable to ranitidine (gastric neuroendocrine cell hyperplasia), bismuth (nephropathy and fibro-osseous lesion) or the combination (reduced incidence of gastritis and gastric erosion/ulcer). Toxicokinetics and serum gastrin were investigated only in study M12403.

**Rat study**

In the rat study (R12404, Report WPT/93/096) ranitidine bismuth citrate was given at 80, 200, 500 mg/kg/day to 60 animals/ sex/ group. The high dose level in females was reduced to 400mg/kg from week 58 due to convulsive episodes, potentially related to the bismuth. Serum ranitidine mean Cmax concentration was up to 1.12mcg/mL and AUC in week 4 was up to 9.4h.mcg/mL. Foveolar, chief cell and neuroendocrine cell hyperplasia was observed in the gastric fundus of all dose groups. A carcinoid was observed in the fundic stomach of one female rat at the high dose level, which was considered to result from sustained neuroendocrine cell stimulation, secondary to hypergastrinemia associated with suppression of gastric acid. There was no evidence of invasion or metastasis.

[APG]

## Human relevance of carcinoid induction in rats.

In the rat studies described in this addendum, dietary administration of high doses of either ranitidine hydrochloride or ranitidine bismuth citrate resulted in extensive and prolonged systemic exposure resulting in continuous acid inhibition and hypergastrinemia. The observation of gastric carcinoid induction at these high doses is not considered to be clinically relevant since in clinical use, similar conditions of sustained acid suppression and hypergastrinemia are not achieved. The twice daily administration of ranitidine in the clinic results in acid inhibition for a few hours after each dose, resulting in only modest systemic increases in gastrin (Lanzon Miller et al, 1987). This regimen allows a significant period each day when the fundic neuroendocrine cells are not stimulated by gastrin beyond physiological levels. This pharmacological effect observed clinically represents the property of ranitidine as a *short acting* competitive histamine 2 receptor antagonist. In a separate study, serum gastrin was measured in patients with duodenal ulcer disease during eight weeks continuous treatment with oral ranitidine hydrochloride (300mg/day) and although gastric acid secretion was reduced to 33% of the pre-treatment value, the rise in fasting serum gastrin failed to reach statistical significance (Mohammed, 1983).

Gastric hypoacidity and subsequent hypergastrinaemia occur in patients with parietal cell loss due to atrophic gastritis as well as in patients using drugs inhibiting gastric acid secretion. There is no direct evidence that hypoacidity and hypergastrinaemia caused by proton pump inhibitors or histamine 2 receptor antagonists promote gastric carcinogenesis in humans (Fossmark, 2008). More recent work using a genetically engineered mouse model of gastrin-driven gastric neuroendocrine tumors (G-NETs) that mimics the human phenotype has showed that gastrin-mediated signalling with increased cholecystokinin B receptor (CCKBR) expression led to nuclear export of the cyclin kinase inhibitor, p27Kip1, correlating with ECL hyperplasia and eventually tumor formation (Sundaresan et al., 2017). Importantly, human gastric carcinoids that were also examined showed elevated CCKBR expression and low p27Kip1 expression in the cytoplasm that was determined by immunohistochemistry.

Thus, although very high, dietary doses of the commonly used histamine-2 receptor antagonists like ranitidine can induce neuroendocrine (carcinoid) tumours in rodents, the intermittent doses used clinically are considered safe since the potency of histamine-2 receptor antagonists in inducing sustained hypergastrinemia in clinical use is too low and tolerance in patients develops after 14 days (Komazawa, 2003).

## Comparison of rodent tumour profile following dosing with N-nitrosodimethylamine or ranitidine

Lifetime oral dosing of rats with N-nitrosodimethylamine (NDMA) results in test article induced neoplasia of the liver (hepatocyte and bile duct origin) and lung (Peto et al., 1991) with induction of liver tumors at doses as low as 1ppm in drinking water. The Carcinogenic Potency Database and the IARC monograph on some N-nitroso compounds, which are based on a wider array of long term studies, list additional sites of tumour induction following oral dosing of NDMA as the kidney, testes and vascular system in the rat. Similarly, these two references list the nervous system, vascular system, lung, liver and kidney as sites of tumor induction by NDMA following oral dosing in the mouse.

[APG]

- In contrast, in the rat and mouse carcinogenicity studies conducted on ranitidine hydrochloride and ranitidine bismuth citrate, there was no test article related increase in tumours in any of these organs.

- Gastric carcinoids have not been induced as a test article related effect following lifetime oral ingestion of NDMA. However, this is the only test article related tumour observed in rats following dosing with ranitidine hydrochloride and ranitidine bismuth citrate.

Therefore even when very high doses of ranitidine hydrochloride (2000mg/kg/day) are given daily in the diet for 104 weeks to rats, there is no evidence of the neoplastic response which would be predicted from exposure to NDMA, either directly in the test article, or by subsequent endogenous formation within the animal.

**Appendix**

**Ranitidine bismuth citrate (GR122311X): carcinogenicity studies**

| Study number (Species) | Report | Type of study (Duration) | Dose (mg/kg/day) | Selected effects |
|---|---|---|---|---|
| R12404 (CD9SD) BR strain Rat) | WPT/93/096 | GR122311X: Oral (Dietary) Oncogenicity Study in Rats<br><br>Oncogenicity (2 years) | 80, 200 ,400 – 500<br><br>(high dose level reduced to 400mg/kg from week 58 due to convulsive episodes, potentially related to bismuth) | Foveolar, chief cell and neuroendocrine (NE) cell hyperplasia in gastric fundus of all dose groups. Hypergastrinemia associated with suppression of gastric acid.<br><br>Microscopic carcinoid in one rat at high dose level. Considered to result from sustained NE cell stimulation. |
| M12403 (Mouse) | WPT/93/122 | GR122311X: Oral (Dietary) Oncogenicity Study in Mice.<br><br>Oncogenicity (2 years) | 160, 400, 1000 | Neuroendocrine cell hyperplasia.<br><br>Hypergastrinemia |

[APG]

| | | | | |
|---|---|---|---|---|
| M13040 (Mouse)<br>(HE study 34/198) | WPT/93/201 | GR122311X: Oral (Dietary) Oncogenicity Study in Mice.<br>No electronic capsules implanted and singly housed males to avoid fighting. (to avoid higher early male mortality in previous study / 122) | 160, 400, 1000 | Neuroendocrine cell hyperplasia. |

**Attachments:**

Glaxo Study report R13529 WPT/94/381

Glaxo Study report M12403, WPT/93/122

Glaxo Study report R12404, WPT/93/096

**References**

Enterochromaffin-Like Cell Carcinoids in the Rat Gastric Mucosa following Long-Term Administration of Ranitidine. Havu et al., Digestion 1990;45:189–195 https://doi.org/10.1159/000200245

Gastric cancer: Animal studies on the risk of hypoacidity and hypergastrinemia. Fossmark et al., World J Gastroenterol. 2008 Mar 21; 14(11): 1646–1651 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2695903/

Tolerance to famotidine and ranitidine treatment after 14 days of administration in healthy subjects without Helicobacter pylori infection. Komazawa et al. Journal of Gastroenterology and Hepatology (2003) 18, 678 – 682

Twenty-four-hour intragastric acidity and plasma gastrin concentration before and during treatment with either ranitidine or omeprazole. Lanzon-Miller et al. Aliment Pharmacol Ther. 1987 Jun;1(3):239-51.

Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 1991 Dec 1;51(23 Pt 2):6415-51. Peto R, Gray R, Brantom P, Grasso P.

The Carcinogenic Potency project https://toxnet.nlm.nih.gov/cpdb/chempages/N-NITROSODIMETHYLAMINE.html

Pathophysiology of Gastric NETs: Role of Gastrin and Menin. Sinju Sundaresan, Anthony J. Kang & Juanita L. Merchan. J.L. Curr Gastroenterol Rep (2017) 19: 32. https://doi.org/10.1007/s11894-017-0572-y

[APG]

Effects of eight weeks' continuous treatment with oral ranitidine and cimetidine on gastric acid secretion, pepsin secretion, and fasting serum gastrin. Mohammed et al., 1983. Gut, 24, 61-66.

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 17, 1978. Some N-Nitroso Compounds. http://publications.iarc.fr/35

[APG]

# EXHIBIT

# 47

| Supplied From | Product Name | Pharmaceutical Form | Strength | Batch Number Finished Product | Date of Manufacture Product | Expiry Date Finished Product | API manufacturer name | Batch number API | Manufacturer Batch number API | Date of Manufacture API | Date of testing | Testing laboratory | API NDMA content (mcg/g Ranitidine) | Product NDMA content (mcg/g Ranitidine) | Method LOD (µg/g) | Method LOQ (µg/g) | API R Document | P R Document |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223A | Apr-2019 | Jan/2021 | Saraca | 0000875414 | RH/08 2018 1109 | Aug-2018 | 26-Sep-2019 02-Oct-2019 | LGC (Fordham, UK) | 0.52 0.50 | 0.57 0.53 | 0.04 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222X | Jan-2019 | Jan/2021 | Dr Reddys | | AEKH001804 | Feb-2017 | 26-Sep-2019 02-Oct-2019 | LGC (Fordham, UK) | 2.3 | 0.41 0.33 | 0.04 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | CX7Y | Sep-2018 | Aug/2020 | Dr Reddys | - | AEKH001805 | Mar-2017 | 26-Sep-2019 02-Oct-2019 | LGC (Fordham, UK) | 3.4 | 0.31 0.24 | 0.04 | 0.12 | | |
| Brazil | Zantac | Film Coated Tablet | 150mg | UK0148 | Aug-2015 | Aug-2020 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | >3.4 (3.6) | 0.05 | 0.09 | | 2020N428093 |
| Brazil | Zantac | Film Coated Tablet | 150mg | UJ0034 | Jul-2015 | Jul-2020 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | >3.4 (3.8) | 0.05 | 0.09 | | 2020N428093 |
| Aspen | Zantac | Syrup | 150mg/10mL | 17K002 | Sep-2017 | Sep-2019 | Dr Reddys | | AEJH008807 | Jul-2016 | 6-Nov-19 | Intertek (Manchester, UK) | 3.6 | <0.68 (0.39) | 0.20 | 0.68 | Line 84 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19G471 | Jul-2019 | Jun-2021 | Saraca | | RH/08 2018 1109 RH/05 2019 0682 | Aug-2018 May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 0.48 | <0.68 (0.36) | 0.20 | 0.68 | Line 6 2020N429095 | 2020N429128 |
| Aspen | Zantac | Syrup | 150mg/10mL | 19G001 | Jul-2019 | Jul-2021 | Saraca | | RH/03 2019 0417 | Mar-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 1.0 | <0.68 (0.34) | 0.20 | 0.68 | Line 87 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 17J346 | Nov-2017 | Oct-2019 | Dr Reddys | | AEJH015884 | | 6-Nov-19 | Intertek (Manchester, UK) | 1.1 | <0.68 (0.31) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18A182 | Jan-2018 | Dec-2019 | Dr Reddys | | AEJH006206 AEJH020607 AEJH017753 | | 6-Nov-19 | Intertek (Manchester, UK) | 3.7 7.5 4.3 | <0.68 (0.29) | 0.20 | 0.68 | 2020N429095 Line 130 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19C485 | Mar-2019 | Feb-2021 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.68 (0.26) | 0.20 | 0.68 | Line 6 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19H938 | Aug-2019 | | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.68 (0.25) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19H927 | Aug-2019 | | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.68 (0.22) | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 19403118K | Jun-2019 | Jun-2021 | Saraca | 1201400158 | RH/01 2019 0158 | Jan-2019 | 18-Nov-19 | LGC (Fordham, UK) | 0.33 | <0.28 (0.27) | 0.05 | 0.09 | 2020N428035 | 2020N428038 |
| Turkey | Zantac | Syrup | 150mg/10mL | 19G475 | Jul-2019 | Jun-2021 | Saraca | | RH/05 2019 0682 | May-2019 | 6-Nov-19 | Intertek (Manchester, UK) | 0.48 | <0.20 | 0.20 | 0.68 | 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18K867 | Nov-2018 | Oct-2020 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.20 | 0.20 | 0.68 | Line 6 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18H017 | Aug-2018 | Jul-2020 | Dr Reddys | | AEKH001098 AEKH005539 | | 6-Nov-19 | Intertek (Manchester, UK) | 1.0 0.58 | <0.20 | 0.20 | 0.68 | Line 116 Line 105 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18B180 | Feb-2018 | Jan-2020 | Dr Reddys | | AEKH003300 AEJH019804 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.22 1.8 | <0.20 | 0.20 | 0.68 | Line 124 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18B181 | Feb-2018 | Jan 2020 | Dr Reddys | | AEKH003300 AEKH001806 AEKH001805 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.22 >3.8 (6.7) 0.93 | <0.20 | 0.20 | 0.68 | Line 124 Line 105 Line 124 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18A183 | Jan-2018 | Dec-2019 | Dr Reddys | | AEJH020607 AEJH020606 AEJH019804 | | 6-Nov-19 | Intertek (Manchester, UK) | 7.5 >3.8 (19.4) 1.8 | <0.20 | 0.20 | 0.68 | Line 130 2010N423376 2020N429095 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18F971 | Jun-2018 | May-2020 | Dr Reddys | | AEKH003301 AEKH003302 AEKH001805 AEKH005539 | | 6-Nov-19 | Intertek (Manchester, UK) | 0.76 Not tested 0.93 0.58 | <0.20 | 0.20 | 0.68 | 2020N429140 - Line 124 Line 105 | 2020N429128 |
| Turkey | Zantac | Syrup | 150mg/10mL | 18K919 | Nov-2018 | Oct-2020 | Saraca | | RH/08 2018 1109 | Aug-2018 | 6-Nov-19 | Intertek (Manchester, UK) | 0.52, 0.50 | <0.20 | 0.20 | 0.68 | Line 6 | 2020N429128 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU234 | Nov-2017 | | Saraca | - | RH/10 2017 1349 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (16.1) | 7.6 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU788 | Jan-2018 | | Saraca | - | RH/01 2018 0044 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (12.1) | 6.6 | 0.01 | 0.03 | 2019N424107 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU235 | Nov-2017 | | Saraca | - | RH/10 2017 1373 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.3) | 6.5 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER477 | Nov-2017 | | Saraca | - | RH/10 2017 1345 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.9) | 6.2 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER561 | Mar-2018 | | Saraca | - | RH/01 2018 0109 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (24.1) | 6.1 | 0.01 | 0.03 | 2019N424107 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU239 | Nov-2017 | | Saraca | - | RH/10 2017 1374 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.7) | 5.5 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU366 | Jan-2018 | | Saraca | - | RH/01 2018 0041 | Jan-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (13.0) | 5.0 | 0.01 | 0.03 | 2019N424107 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU805 | Sep-2018 | | Saraca | - | RH/08 2018 1177 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | Not Tested | 4.9 | 0.01 | 0.03 | N/A | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU836 | Oct-2018 | | Saraca | - | RH/08 2018 1176 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | 7.8 | 4.5 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER499 | Nov-2017 | | Saraca | - | RH/10 2017 1372 | Oct-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (15.6) | 4.4 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER536 | Jan-2018 | | Saraca | - | RH/12 2017 1626 | Dec-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (14.5) | 3.9 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER675 | Oct-2018 | | Saraca | - | RH/09 2018 1275 | Sep-2018 | 30-Oct-19 | LGC (Fordham, UK) | 8.7 | 3.8 | 0.01 | 0.03 | 2019N424109 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV379 | Jun-2019 | | Saraca | - | RH/04 2019 0635 | Apr-2019 | 30-Oct-19 | LGC (Fordham, UK) | 3.9 | 3.7 | 0.01 | 0.03 | 2019N424107 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV358 | May-2019 | | Saraca | - | RH/04 2019 0632 | Apr-2019 | 30-Oct-19 | LGC (Fordham, UK) | 3.0 | 3.7 | 0.01 | 0.03 | 2019N424107 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU766 | Aug-2018 | | Saraca | - | RH/07 2018 0992 | Jul-2018 | 30-Oct-19 | LGC (Fordham, UK) | Not Tested | 3.3 | 0.01 | 0.03 | N/A | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER661 | Sep-2018 | | Saraca | - | RH/08 2018 1111 | Aug-2018 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (10.3) | 3.3 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER516 | Dec-2017 | | Saraca | - | RH/11 2017 1537 | Nov-2017 | 30-Oct-19 | LGC (Fordham, UK) | >9.9 (10.9) | 3.2 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER682 | Oct-2018 | | Saraca | - | RH/09 2018 1276 | Sep-2018 | 30-Oct-19 | LGC (Fordham, UK) | 8.4 | 3.2 | 0.01 | 0.03 | 2019N424109 | 2019N424130 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N307 | May-2019 | Apr-2021 | SMS LIFE | 1800004462 | RH2880319 | | 14-Nov-19 | LGC (Fordham, UK) | 3.2 | 3.0 | 0.05 | 0.09 | 2020N428989 | 2020N428897 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E378 | Jul-2015 | Feb-2020 | Dr Reddys | 14126157 14125011 | AEHH015479 AEHH013367 | Sep-2014 | 11/Oct/2019 | LGC (Fordham, UK) | 5.2 4.2 | 2.9 | 0.05 | 0.17 | 2019N424104 | |
| Encore | Zinetac | Film Coated Tablet | 300mg | EU761 | Aug-2018 | | Saraca | - | RH/07 2018 0991 | Jul-2018 | 30-Oct-19 | LGC (Fordham, UK) | 7.6 | 2.9 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER681 | Dec-2018 | | Saraca | - | RH/11 2018 1642 | Nov-2018 | 30-Oct-19 | LGC (Fordham, UK) | 4.9 | 2.9 | 0.01 | 0.03 | 2019N424108 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV336 | May-2019 | | Saraca | - | RH/04 2019 0481 | Mar-2019 | 30-Oct-19 | LGC (Fordham, UK) | 2.6 | 2.8 | 0.01 | 0.03 | 2019N424103 | 2019N424130 |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV414 | Jun-2019 | | Saraca | - | RH/05 2019 0818 | May-2019 | 30-Oct-19 | LGC (Fordham, UK) | 2.3 | 2.8 | 0.01 | 0.02 | 2019N424107 | 2019N424130 |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 181004 | Oct-2018 | Oct-2020 | Dr Reddys | | AEKH003299 | Mar-2017 | 16-Oct-2019 | Intertek (Manchester, UK) | 3.4 | 2.7 | 0.20 | 0.68 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 14125172 | Dec-2014 | Dec-2019 | Dr Reddys | 14095036 | AEHH010572 | Jul-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (20.1) | 2.6 | 0.05 | 0.17 | 2019N424104 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5784 | Dec-2017 | Nov-2019 | Saraca | 1300013676 | RH/11 2017 1482 | Nov-2017 | 16-Nov-19 | LGC (Fordham, UK) | >9.9 (11.1) | 2.6 | 0.05 | 0.09 | 2020N428989 | 2020N428884 |
| Brazil | Zantac | Film Coated Tablet | 150mg | TP0352 | Nov-2014 | Nov-2019 | | | | | 18-Nov-19 | Intertek (Manchester, UK) | | 2.5 | 0.05 | 0.09 | | 2020N428093 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 14125073 | Oct-2014 | Oct-2019 | Dr Reddys | 14085003 | AEHH008914 | Jun-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (20.2) | 2.4 | 0.05 | 0.17 | 2019N424104 | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5781 | Dec-2017 | Nov-2019 | Saraca | 1700012634 | RH/11 2017 1480 | Nov-2017 | 15-Nov-18 | LGC (Fordham, UK) | >9.9 (11.0) | 2.4 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Encore | Zinetac | Film Coated Tablet | 150mg | ER683 | Dec-2018 | | Saraca | - | RH/11 2018 1641 | Nov-2018 | 30-Oct-18 | LGC (Fordham, UK) | 5.7 | 2.4 | 0.01 | 0.08 | 2019N424100 | 2019N424120 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N306 | May-2019 | Apr-2021 | SMS LIFE | 1800008462 | RH2860319 | | 14-Nov-19 | LGC (Fordham, UK) | 3.2 | 2.4 | 0.01 | 0.08 | 2020N428889 | 2020N428892 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6355 | Oct-2018 | Sep-2020 | Saraca | 1800006423 | RH/09 2018 1234 | Sep-2018 | 15-Nov-18 | LGC (Fordham, UK) | 4.1 | 2.3 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Japan | Zantac | Film Coated Tablet | 150mg | TM5L | May-2018 | May-2021 | Dr Reddys | - | AEJH019802<br>AEKH001805 | Dec-2016<br>Mar-2017 | 30-Oct-18 | Intertek (Manchester, UK) | >3.8 (5.3)<br>0.93 | 2.2 | 0.01 | 0.08 | 2019N423376 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5782 | Dec-2017 | Nov-2019 | Saraca | 1700012636 | RH/11 2017 1481 | Nov-2017 | 15-Nov-18 | LGC (Fordham, UK) | >9.9 (10.7) | 2.2 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N517 | Aug-2019 | Jul-2021 | SMS LIFE | 1800007088 | RH0980819 | | 14-Nov-19 | LGC (Fordham, UK) | 0.67 | 2.2 | 0.01 | 0.08 | 2020N428889 | 2020N429180 |
| Losan | Alquen | Effervescent Tablet | 150mg | 180005250 | Apr-2017 | Apr-2020 | Dr Reddys | - | AEKH000073<br>AEJH008810 | Dec-2016<br>Aug-2016 | 17/Oct/2019 | LGC (Fordham, UK) | 6.7<br>4.2 | 2.1 | 0.07 | 0.22 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | X64C | Jun-2018 | Jun-2021 | Dr Reddys | - | AEJH019802<br>AEKH001805 | Dec-2016<br>Mar-2017 | 30-Oct-18 | Intertek (Manchester, UK) | >3.8 (5.3)<br>0.93 | 2.1 | 0.01 | 0.08 | 2019N423376 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5783 | Dec-2017 | Nov-2019 | Saraca | 1700012636 | RH/11 2017 1481 | Nov-2017 | 15-Nov-18 | LGC (Fordham, UK) | >9.9 (10.7) | 2.0 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N5786 | Dec-2017 | Nov-2019 | Saraca | 1700012704 | RH/11 2017 1493 | Nov-2017 | 15-Nov-18 | LGC (Fordham, UK) | >9.9 (10.1) | 2.0 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6356 | Oct-2018 | Sep-2020 | Saraca | 1800006423 | RH/09 2018 1234 | Sep-2018 | 15-Nov-18 | LGC (Fordham, UK) | 4.1 | 2.0 | 0.06 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6358 | Oct 2018 | Sep-2020 | Saraca | 1800006587 | RH/09 2018 1263 | Sep-2018 | 15-N-19 | LGC (Fordham, UK) | 4.4 | 2.0 | 0.01 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N308 | May-2019 | Apr-2021 | SMS LIFE | 1800008462 | RH2870319 | | 14-N-19 | LGC (Fordham, UK) | 3.3 | 2.0 | 0.01 | 0.08 | 2020N428889 | 2020N428892 |
| Aranda | Zantac | Film Coated Tablet | 300mg | 3035 | Apr-2018 | Apr-2020 | Saraca | 0000728676 | RH/01 2018 0153 | Jan-2018 | 11-Oct-2019 | LGC (Fordham, UK) | 3.8 | 1.9 | 0.06 | 0.13 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | U484 | Apr-2018 | Apr-2020 | Saraca | 0000728676 | RH/01 2018 0153 | Jan-2018 | 11-Oct-2019 | LGC (Fordham, UK) | 3.8 | 1.9 | 0.06 | 0.13 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E194 | Dec-2014 | Nov-2019 | Dr Reddys | 14115114 | AEHH012192 | Aug-2014 | 11/Oct/2019 | LGC (Fordham, UK) | 8.5 | 1.8 | 0.06 | 0.13 | 2019N424104 | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E374 | Feb-2015 | Feb-2020 | Dr Reddys | 14126170 | AEHH017351 | Nov-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (20.0) | 1.8 | 0.06 | 0.13 | 2019N424104 | |
| Encore | Zinetac | Film Coated Tablet | 300mg | EV461 | Jul-2019 | | Saraca | - | RH/06 2019 0850 | May-2019 | 30-Oct-19 | LGC (Fordham, UK) | 1.7 | 1.8 | 0.01 | 0.08 | 2019N424100 | 2019N424120 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6357 | Oct-2018 | Sep-2020 | Saraca | 1800006587 | RH/09 2018 1263 | Sep-2018 | 15-Nov-19 | LGC (Fordham, UK) | 4.4 | 1.8 | 0.01 | 0.08 | 2020N428889 | 2020N428894 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N6359 | Oct-2018 | Sep-2020 | Saraca | 1800006588 | RH/09 2018 1264 | Sep-2018 | 15-Nov-19 | LGC (Fordham, UK) | 3.6 | 1.6 | 0.01 | 0.08 | 2020N428889 | 2020N428894 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E216 | Nov-2014 | Nov-2019 | Dr Reddys | 14115012 | AEHH013935 | | 8-N-18 | LGC (Fordham, UK) | >9.9 (10.8) | 1.6 | 0.01 | 0.08 | 2019N424104 | 2019N424114 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15025012 | Dec-2014 | Nov-2019 | Dr Reddys | 14096036<br>14126106 | AEHH010572<br>AEHH015336 | Jul-2014 | 8-Nov-18 | LGC (Fordham, UK) | >9.9 (20.1)<br>1.3 | 1.5 | 0.01 | 0.09 | 2019N424104 | 2019N424114 |
| Japan | Zantac | Film Coated Tablet | 150mg | SH4B | Nov-2018 | Nov-2021 | Dr Reddys | - | AEJH019803<br>AEKH001805 | Dec-2015<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | >3.8 (5.4)<br>0.93 | 1.4 | 0.01 | 0.04 | 2019N423376 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N331 | May-2019 | Apr-2021 | SMS LIFE | 1800008999 | RH2610319 | | 14-Nov-19 | LGC (Fordham, UK) | 1.8 | 1.3 | 0.01 | 0.08 | 2020N428889 | 2020N428892 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16065025 | Jul-2016 | Jun-2021 | Dr Reddys | 16035045 | AEJH011665 | Sep-2015 | 11/Oct/2019 | LGC (Fordham, UK) | 9.4 | 1.2 | 0.06 | 0.13 | 2019N424104 | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17055045 | May-2017 | Apr-2020 | Dr Reddys | 17026004 | AEJH015886 | Oct-2016 | 11/Oct/2019 | LGC (Fordham, UK) | 6.4 | 1.2 | 0.06 | 0.13 | 2019N424104 | |
| Aranda | Zantac | Film Coated Tablet | 300mg | GD5T | Jan-2018 | Jan-2021 | Saraca | 0000666448 | RH/11 2017 1504 | Nov-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 2.2 | 1.2 | 0.06 | 0.13 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | ED5R | Jan-2018 | Jan-2021 | Saraca | 0000666448 | RH/11 2017 1504 | Nov-2017 | 11-Oct-2019 | LGC (Fordham, UK) | 2.2 | 1.2 | 0.06 | 0.13 | | |
| Losan | Alquen | Effervescent Tablet | 150mg | 180011819 | Jul-2017 | Jul-2020 | Saraca | - | RH/12 2017 1673 | Dec-2017 | 17-Oct-2019 | LGC (Fordham, UK) | 1.9 | 1.2 | 0.07 | 0.22 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E510 | Apr-2017 | Apr-2022 | Dr Reddys | 17035004 | AEJH015886 | Oct-2016 | 01-Nov-2019 | LGC (Fordham, UK) | 6.4 | 1.1 | 0.06 | 0.13 | 2019N424104 | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 726Y | Jan-2018 | N/A | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 8-Nov-18 | LGC (Fordham, UK) | >9.9 | 1.1 | 0.04 | 0.13 | | 2019N424101 |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H888 | Jan-2018 | Jan-2021 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 18-Nov-18 | LGC (Fordham, UK) | >9.9 | 1.1 | 0.04 | 0.13 | Line 3 | 2020N429030 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E407 | Mar-2015 | Feb-2020 | Dr Reddys | 15025011 | AEHH017949 | | 8-Nov-18 | LGC (Fordham, UK) | 4.2 | 1.1 | 0.01 | 0.09 | 2019N424104 | 2019N424114 |
| Aspen | Zantac | Syrup | 150mg/10mL, 300mL | 8G8118C | Mar-2018 | Mar-2020 | Dr Reddys | - | AEJH008208 | Jun-2016 | 11/Oct/2019 | Intertek (Manchester, UK) | >3.8 | 1.1 | 0.30 | 0.48 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E534 | May-2017 | May-2022 | Dr Reddys | 17035002 | AEJH021836 | Dec-2016 | 11/Oct/2019 | LGC (Fordham, UK) | 5.8 | 1.1 | 0.06 | 0.13 | 2019N424104 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N520 | Aug-2019 | Jul-2021 | Saraca | 1800007166 | 1141 | | 14-N-19 | LGC (Fordham, UK) | 0.68 | 1.1 | 0.01 | 0.08 | 2020N428889 | 2020N428892 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N521 | Aug-2019 | Jul-2021 | Saraca | 1800007166 | 1141 | | 15-N-19 | LGC (Fordham, UK) | 0.68 | 1.1 | 0.01 | 0.04 | 2020N428889 | 2020N428894 |
| Aranda | Zantac | Film Coated Tablet | 300mg | PC4N | Dec-2017 | Dec-2020 | Saraca | 0000634663 | RH/09 2017 1197 | Sep-2017 | 11-Oct-2019 | LGC (Fordham, UK) | 1.7 | 1.1 | 0.06 | 0.13 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | VP2G | Dec-2018 | Dec-2021 | Saraca | - | RH/04 2018 0488 | Apr-2018 | 30-Oct-18 | Intertek (Manchester, UK) | 1.8 | 1.1 | 0.01 | 0.09 | 2020N429149 | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 6C2D | Feb-2019 | Jan-2022 | Saraca | PL00006877 | RH/07 2018 0965 | Jul-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 1.1 | 0.06 | 0.13 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | KY2G | Feb-2019 | Jan-2022 | Saraca | PL00006877 | RH/07 2018 0965 | Jul-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 1.1 | 0.06 | 0.13 | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | AI5J | Jan-2018 | Jan-2020 | Saraca | 0000666449 | RH/11 2017 1504 | Nov-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 2.2 | 1.1 | 0.06 | 0.13 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | 6N8F | Jan-2019 | Jan-2022 | Saraca | PL00006877 | RH/07 2018 0965 | Jul-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 1.1 | 0.06 | 0.13 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 180011169 | May-2017 | May-2020 | Saraca | - | RH/12 2017 1673 | Dec-2017 | 17/Oct/2019 | LGC (Fordham, UK) | 1.9 | 1.1 | 0.07 | 0.22 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180008185 | May-2017 | May-2020 | Saraca | - | RH/12 2017 1673 | Dec-2017 | 17-Oct-2019 | LGC (Fordham, UK) | 1.9 | 1.1 | 0.07 | 0.22 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | F82N | Oct-2016 | Oct-2019 | Dr Reddys | 0000383340 | AEJH005676 | Jun-2016 | 11-Oct-2019 | LGC (Fordham, UK) | 7.5 | 1.1 | 0.06 | 0.13 | | |
| Japan | 25mg/mL Zantac injection ampoule, 2mL | IV solution | 25mg/mL, 2mL | 994J | Oct-2017 | Oct-2019 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 30-Oct-18 | Intertek (Manchester, UK) | >9.9 | 1.1 | 0.01 | 0.09 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | A79U | Sep-2016 | Sep-2019 | Dr Reddys | 0000383340 | AEJH005676 | Jun-2016 | 11/Oct/2019 | LGC (Fordham, UK) | 7.5 | 1.1 | 0.06 | 0.13 | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS25595 | Oct-2017 | Oct-2020 | Orchev Pharma | | 1700009275 | | 18-Nov-18 | Intertek (Manchester, UK) | Not tested | 1.1 | 0.01 | 0.08 | | 2018N425606 |
| Japan | Zantac | Film Coated Tablet | 150mg | UK5U | Dec-2018 | Dec-2021 | Saraca | 0630070688 | RH/05 2017 0689 | May-2017 | 30-Oct-18 | Intertek (Manchester, UK) | 3.0 | 1.0 | 0.01 | 0.08 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 6H8Y | Jan-2019 | Dec-2021 | Saraca | PL00006877 | RH/07 2018 0965 | Jul-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 1.0 | 0.06 | 0.13 | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N332 | May-2019 | Apr-2021 | SMS LIFE | 1800008999 | RH2610319 | | 14-N-19 | LGC (Fordham, UK) | 1.8 | 1.0 | 0.01 | 0.08 | 2020N428889 | 2020N428892 |
| Losan | Zantac | Effervescent Tablet | 150mg | 170010387 | Mar-2017 | Mar-2020 | Dr Reddys | | AEJH006207 | | [illegible] | LGC (Fordham, UK) | 9.7 | 1.0 | 0.07 | 0.22 | 2020N429168 | 2020N429170 |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | U5BN | Jun-2019 | Jun-2022 | Orchev Pharma | | 1905000093 | | 18-N-19 | LGC (Fordham, UK) | 1.3 | 1.0 | 0.01 | 0.08 | 2020N429036 | 2020N429038 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS25235 | Aug-2017 | Aug-2020 | Orchev Pharma | | 1700007481 | | 18-N-18 | [illegible] (Manchester, UK) | Not tested | 1.0 | 0.01 | 0.04 | | 2018N425606 |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 395J | Oct-2017 | Oct-2020 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 18-Nov-18 | LGC (Fordham, UK) | >9.9 | 1.0 | 0.04 | 0.13 | Line 3 | 2020N429030 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | VK5G | Nov-2017 | N/A | Dr Reddys | 0000668225 | AEJH000916 | Jan-2016 | 8-Nov-18 | LGC (Fordham, UK) | >9.9 | 0.99 | 0.04 | 0.13 | | 2019N424101 |
| Japan | Zantac | Film Coated Tablet | 150mg | W42M | Dec-2016 | Dec-2021 | Saraca | - | RH/04 2018 0488 | Apr-2018 | 30-Oct-18 | Intertek (Manchester, UK) | 1.8 | 0.99 | 0.01 | 0.09 | 2020N429149 | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | R8BP | Oct-2017 | Sep/2019 | Dr Reddys | 0000668226 | AEJH000916 | Jan-2016 | 26/Sep/2019 | LGC (Fordham, UK) | >9.9 | 0.99 | 0.04 | 0.13 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | LN8S | Dec 2016 | Dec-2019 | Dr Reddys | - | AEJH001677<br>AEJH004729 | Jun-2016<br>May-2016 | 30-Oct-18 | [illegible] (Manchester, UK) | 2.8<br>1.5 | 0.98 | 0.01 | 0.04 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 5V9J | Nov-2018 | Oct-2021 | Saraca | 0000703303 | RH/05 2018 0641 | May-2018 | 11-Oct-2019 | LGC (Fordham, UK) | 1.2 | 0.98 | 0.06 | 0.13 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 7Y8X | Aug-2018 | Aug-2021 | Saraca | - | RH/04 2018 0488 | Apr-2018 | 30-Oct-18 | [illegible] (Manchester, UK) | 1.8 | 0.96 | 0.01 | 0.09 | 2020N429149 | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N522 | Aug-2019 | Jul-2021 | Saraca | 1800007167 | 1142 | | 18-Nov-19 | LGC (Fordham, UK) | 0.58 | 0.96 | 0.01 | 0.08 | 2020N428889 | 2020N428894 |
| Japan | Zantac | Film Coated Tablet | 75mg | 9B2V | Aug-2018 | Aug-2021 | Saraca | - | RH/04 2018 0488 | Apr-2018 | 30-Oct-18 | Intertek (Manchester, UK) | 1.8 | 0.95 | 0.01 | 0.09 | 2020N429149 | |
| Aranda | Zantac | Film Coated Tablet | 75mg | LX6B | Aug-2018 | Jul-2021 | Saraca | [illegible]<br>0000728676<br>0000728677<br>0000748011<br>0000748066<br>0000748066<br>0000772172<br>[illegible] | RH/12 2017 [illegible]<br>RH/01 2018 0153<br>RH/01 2018 0154<br>RH/03 2018 0366<br>RH/03 2018 0367<br>RH/03 2018 0368<br>RH/04 2018 0487<br>RH/05 2018 0642 | Dec-2017<br>Jan-2018<br>Jan-2018<br>Mar-2018<br>Mar-2018<br>Mar-2018<br>Apr-2018<br>May-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.9<br>3.8<br>6.0<br>3.0<br>2.9<br>3.0<br>2.1<br>1.1 | 0.94 | 0.05 | 0.17 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 9R6P | Aug-2018 | Aug-2021 | Saraca | - | RH/04 2018 0488 | Apr-2018 | 30-Oct-18 | Intertek (Manchester, UK) | 1.8 | 0.94 | 0.01 | 0.04 | 2020N429149 | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aranda | Zantac | Film Coated Tablet | 300mg | L38L | Jan-2018 | Jan-2021 | Saraca | 0000634652 0000634653 0000656449 0000656450 0000682376 | RH/08 2017 1056 RH/09 2017 1197 RH/11 2017 1504 RH/11 2017 1505 RH/12 2017 1661 | Aug 2017 Sep 2017 Nov 2017 Nov 2017 Dec-2017 | 11-O-t/2019 | LGC F h UK) | 1.5 1.7 2.2 2.2 1.9 | 0.93 | 0.05 | 0.17 | | |
| GSKT | Zantac | Film Coated Tablet | 300mg | E489 | Nov-2016 | Oct-2019 | Dr Reddys | 14075068 | AEJH003355 | | 8-Nov-19 | LGC (Fordham, UK) | 5.3 | 0.93 | 0.01 | 0.04 | 2019N424104 | 2019N424114 |
| Losan | Zantac | Effervescent Tablet | 150mg | 180016427 | Nov-2018 | Nov-2021 | Saraca | 18000167 | RH/03 2018 0367 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 2.9 | 0.92 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | LW9F | May-2017 | May-2020 | Dr Reddys | 0000668336 | AEJH000916 | Jan-2016 | 16-Nov-19 | LGC (Fordham, UK) | >9.9 | 0.90 | 0.04 | 0.12 | Line 3 | 2020N429030 |
| Losan | Ranidil | Effervescent Tablet | 300mg | 170005602 | Dec-2016 | Dec-2019 | Dr Reddys | 16003890 | AEJH000918 | Jan-2016 | 17-Oct-19 | LGC (Fordham, UK) | 1.1 | 0.89 | 0.03 | 0.33 | 2019N420881v1.0 | |
| Japan | Zantac | Film Coated Tablet | 75mg | 944R | Feb 2019 | Feb-2022 | Saraca | [illegible] - | RH/05 2017 0665 RH/04 2018 0488 | May-2017 Apr-2018 | 30-O-t-19 | I-t-t-k M h t, UK) | 3.0 1.8 | 0.89 | 0.01 | 0.03 | 2019N423376 2020N429149 | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A525655 | Oct-2017 | Oct-2020 | Orchev Pharma | | 1700009282 | | 18-N-19 | Intertek (Manchester, UK) | Not tested | 0.89 | 0.01 | 0.03 | | 2019N425826 |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004014 | Feb-2017 | Feb-2020 | Saraca | - | RH/10 2017 1367 | Oct-2017 | 17-O-t/2019 | LGC F h UK) | 1.4 | 0.87 | 0.03 | 0.33 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 170004912 | Feb-2017 | Feb-2020 | Dr Reddys | - | AEJH000919 | Feb-2016 | 17/Oct/2019 | LGC (Fordham, UK) | 2.6 | 0.86 | 0.03 | 0.33 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E281 | Jan-2015 | Jan-2020 | Dr Reddys | 14135107 | AEHH016508 | Oct-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (10.6) | 0.85 | 0.05 | 0.17 | 2019N424104 | |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 9B6D | May-2017 | May-2020 | Dr Reddys | 0000668336 | AEJH000916 | Jan-2016 | 16-Nov-19 | LGC (Fordham, UK) | >9.9 | 0.84 | 0.04 | 0.12 | Line 3 | 2020N429030 |
| Losan | Ranitidin Biogaran | Effervescent Tablet | 300mg | 180012579 | Aug-2017 | Aug-2020 | Saraca | 18000167 | RH/03 2018 0367 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 2.5 | 0.82 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Aranda | Zantac | Film Coated Tablet | 300mg | 7T6R | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.82 | 0.05 | 0.17 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | E34U | Sep-2016 | Sep-2019 | Dr Reddys | - | AEJH003430 | Apr-2016 | 30-O-t-19 | I-t-t-k M h t, UK) | 1.9 | 0.81 | 0.01 | 0.04 | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A9L | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11-O-t/2019 | LGC F h UK) | 1.7 | 0.81 | 0.05 | 0.17 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940125K | Jun-2019 | Jun-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 18-N-19 | LGC (Fordham, UK) | 2.0 | 0.81 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A8K | Sep-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.80 | 0.05 | 0.17 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940135K | Mar-2019 | Mar-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 18-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.80 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E279 | Dec-2015 | Dec-2019 | Dr Reddys | 14135107 | AEHH016508 | Oct-2014 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (10.6) | 0.80 | 0.01 | 0.04 | 2019N424104 | 2019N424114 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5A8J | Dec-2017 | Dec-2020 | Saraca | 0000634653 | RH/09 2017 1197 | Sep-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.7 | 0.79 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004449 | Feb-2018 | Feb-2021 | Saraca | - | RH/10 2017 1367 | Oct-2017 | 17/Oct/2019 | LGC (Fordham, UK) | 1.4 | 0.79 | 0.03 | 0.33 | | |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940303K | Jun-2019 | Jun-2021 | Saraca | 120190158 1020181477 | RH/01 2019 0158 RH/10 2018 1477 | Jan-2019 Oct-2018 | 19-N-19 | LGC F h UK) | 0.33 2.0 | 0.79 | 0.01 | 0.04 | 2020N429035 | 2020N429039 |
| Aranda | Zantac | Film Coated Tablet | 150mg | X0AA | May-2018 | | Saraca | [illegible] 0000748011 | RH/03 2018 0367 RH/03 2018 0366 | Mar-2018 Mar-2018 | 1-Nov-19 | LGC (Fordham, UK) | 2.9 3.0 | 0.79 | 0.01 | 0.04 | 2019N421620v2.0 | 2019N424114 |
| Saudi Arabia | Zantac | Film Coated Tablet | 75mg | 1940143K | Mar-2019 | Mar-2022 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 18-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.78 | 0.01 | 0.03 | 2020N429035 | 2020N429038 |
| Saudi Arabia | Zantac | Film Coated Tablet | 150mg | 1940134K | Mar-2019 | Mar-2021 | Saraca | 1020181477 | RH/10 2018 1477 | Oct-2018 | 19-Nov-19 | LGC (Fordham, UK) | 2.0 | 0.78 | 0.01 | 0.03 | 2020N429035 | 2020N429038 |
| Japan | Zantac | Film Coated Tablet | 75mg | 7T7H | May-2017 | May-2020 | Dr Reddys | - | AEJH021835 | Dec-2016 | 30-Oct-19 | Intertek (Manchester, UK) | >3.8 (14.9) | 0.77 | 0.01 | 0.04 | 2019N423376 | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180002808 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-Oct-19 | LGC (Fordham, UK) | 1.4 | 0.76 | 0.03 | 0.33 | 2019N421881v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 150mg | 180007130 | May-2017 | May-2020 | Saraca | 18001037 | RH/12 2017 1662 | Dec-2017 | 23-O-t-19 | LGC F h UK) | 1.1 | 0.76 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 18A001 | Jan-2018 | Jan-2020 | Dr Reddys | - | AEJH008807 | Jul-2016 | 11-O-t/2019 | I-t-t-k M h t, UK) | 3.6 | 0.75 | 0.20 | 0.68 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004089 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-O-t-19 | LGC F h UK) | 1.4 | 0.75 | 0.03 | 0.33 | 2019N421881v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004091 | Feb-2017 | Feb-2020 | Saraca | 18000142 | RH/10 2017 1367 | Oct-2017 | 22-Oct-19 | LGC (Fordham, UK) | 1.4 | 0.75 | 0.03 | 0.33 | 2019N421881v1.0 | 2019N422806 |
| Losan | Zantac | Effervescent Tablet | 150mg | 190011093 | Jun-2018 | Jun-2021 | Saraca | 18003011 | RH/05 2018 0688 | May-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.94 | 0.75 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Aranda | Zantac | Film Coated Tablet | 300mg | 325K | Oct-2017 | Oct-2020 | Saraca | 0000606430 | RH/08 2017 1055 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 0.75 | 0.05 | 0.17 | | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A528767 | Nov-2018 | Nov-2021 | Orchev Pharma | | 1800010504 | | 18-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.75 | 0.01 | 0.04 | | 2019N425826 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E530 | May-2017 | Apr-2022 | Dr Reddys | 17035001 | AEJH019804 | Dec-2016 | 11/Oct/2019 | LGC (Fordham, UK) | 3.5 | 0.74 | 0.05 | 0.17 | 2019N424104 | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190008774 | Jun-2019 | | Saraca | 18003011 | RH/05 2018 0688 | May-2018 | 23-O-t-19 | LGC F h UK) | 0.94 | 0.74 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Aranda | Zantac | Film Coated Tablet | 75mg | MM6E | Aug-2018 | Jul-2021 | Saraca | 0000793303 | RH/05 2018 0641 | May-2018 | 11-O-t/2019 | LGC F h UK) | 1.2 | 0.73 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190008772 | May-2018 | May-2021 | Saraca | 18003011 | RH/05 2018 0688 | May-2018 | 6-N-19 | LGC F h UK) | 0.94 | 0.73 | 0.03 | 0.33 | 2019N422800-1.0 | 2019N424112 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E107 | Feb-2017 | Jan-2020 | Dr Reddys | 16085008 17025002 | AEJH004359 AEJH015886 | May-2016 Oct-2016 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (16.2) 6.4 | 0.73 | 0.01 | 0.04 | 2019N424104 | 2019N424114 |
| Japan | Zantac | Film Coated Tablet | 75mg | EG2J-A | Sep-2016 | Sep-2019 | Dr Reddys | - | AEJH003430 | Apr-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.9 | 0.73 | 0.01 | 0.04 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | P22C | Jan-2017 | Jan-2020 | Dr Reddys | - | AEJH004728 AEJH005677 | May-2016 Jun-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.0 2.8 | 0.71 | 0.01 | 0.04 | | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A523969 | Mar-2017 | Mar-2020 | Orchev Pharma | | 1700000902 | | 18-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.71 | 0.01 | 0.03 | | 2019N425826 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 257U | Oct-2017 | Oct-2020 | Saraca | 0000606429 | RH/08 2017 1054 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 | 0.70 | 0.05 | 0.17 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 170004999 | Feb-2017 | Feb-2020 | Dr Reddys | 16003681 | AEJH000919 | Feb-2016 | 23-O-t-18 | LGC F h UK) | 2.6 | 0.70 | 0.03 | 0.33 | 2019N421881-1.0 | 2019N422806 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N309 | May-2019 | Apr-2021 | Saraca | [illegible] | 0420190532 | | 14-Nov-19 | LGC (Fordham, UK) | 0.79 | 0.68 | 0.01 | 0.06 | 2020N428889 | 2020N428893 |
| Aranda | Zantac | Film Coated Tablet | 75mg | M385 | Aug-2018 | Jul-2021 | Saraca | 0000793306 | RH/05 2018 0642 | May-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.1 | 0.68 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | HG5M | Jan 2019 | Dec-2021 | Saraca | PL00006977 PL00008686 PL00011102 | RH/07 2018 0965 RH/11 2018 1578 RH/12 2018 1736 | Jul-2018 Nov-2018 Dec-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 1.8 0.85 0.46 | 0.67 | 0.05 | 0.17 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | Y98R-A | Nov-2017 | Nov-2020 | Dr Reddys | - | AEKH001805 AEJH005680 | Mar-2017 Jun-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 0.93 >3.8 (5.0) | 0.66 | 0.01 | 0.04 | 2019N423376 2020N429149 | |
| Losan | Azantac | Effervescent Tablet | 300mg | 180012087 | Jul-2017 | Jul-2020 | Saraca | 18000166 | RH/03 2018 0390 | Mar-2018 | 23-O-t-19 | LGC F h UK) | 1.8 | 0.65 | 0.03 | 0.33 | 2019N422800v1.0 | 2019N422806 |
| Aspen | Zantac | Syrup | 150mg/10mL, 300mL | 8726171 | Dec-2017 | Dec-2019 | Dr Reddys | - | AEJH008807 | Jul-2016 | 11-O-t/2019 | I-t-t-k M h t, UK) | 3.6 | 0.65 | 0.20 | 0.68 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17075068 | Oct-2017 | May-2022 | Dr Reddys | 17035001 | AEJH019804 | Dec-2016 | 11-O-t/2019 | LGC F h UK) | 3.5 | 0.65 | 0.05 | 0.17 | 2019N424104 | |
| Aranda | Zantac | Film Coated Tablet | 150mg | LH7S | Oct-2016 | Oct-2019 | Dr Reddys | 0000287926 | AEJH008639 | Jul-2015 | 11-O-t/2019 | LGC F h UK) | 7.8 | 0.64 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | AV8R | Feb-2019 | Jan-2022 | Saraca | PL00008454 PL00009605 | RH/08 2018 1118 RH/11 2018 1578 | Aug-2018 Nov-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 0.52 0.85 | 0.64 | 0.05 | 0.17 | | |
| Losan | Alquen | Effervescent Tablet | 150mg | 190011653 | Jul-2018 | Jul-2021 | Saraca | - | RH/12 2018 1735 | Dec-2018 | 17/Oct/2019 | LGC (Fordham, UK) | 0.45 | 0.63 | 0.03 | 0.33 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15035151 | Feb-2015 | Jan 2020 | Dr Reddys | 14126109 14126170 | AEHH016850 AEHH017551 | Nov-2014 Nov-2014 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (14.0) >9.9 (20.0) | 0.63 | 0.05 | 0.17 | 2019N424104 | |
| Losan | Zantac | Effervescent Tablet | 150mg | 190014762 | Sep-2019 | | Saraca | 19000676 | RH/12 2018 1748 | Dec-2018 | 23-O-t-19 | LGC F h UK) | Not tested | 0.62 | 0.03 | 0.33 | | 2019N422806 |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530533 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900004953 | | 18-N-19 | I-t-t-k M h t, UK) | Not tested | 0.62 | 0.01 | 0.03 | | 2019N425826 |
| Losan | Ranitidin Biogaran | Effervescent Tablet | 150mg | 190014110 | Aug-2019 | | Saraca | 19000675 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.61 | 0.03 | 0.33 | 2019N421881-1.0 | 2019N422806 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 2K55 | Nov-2017 | Nov-2020 | Saraca | 0000606431 | RH/08 2017 1056 | Aug-2017 | 11/Oct/2019 | LGC (Fordham, UK) | 1.5 | 0.61 | 0.05 | 0.17 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | 8T8D | Feb-2019 | Jan-2022 | Saraca | PL00009686 | RH/11 2018 1578 | Nov-2018 | 11/Oct/2019 | LGC (Fordham, UK) | 0.85 | 0.60 | 0.05 | 0.17 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E382 | Dec-2015 | Mar-2020 | Dr Reddys | 14126171 15026010 | AEHH017553 AEHH017943 | Nov-2014 Nov-2014 | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (18.3) 7.3 | 0.59 | 0.01 | 0.04 | 2019N424104 | 2019N424114 |
| Aranda | Zantac | Film Coated Tablet | 150mg | LE5L | Oct 2016 | Oct-2019 | Dr Reddys | 0000282926 0000270978 0000282953 | AEIH008659 AEIH004496 AEIH009830 | Jul-2015 May-2015 Aug-2015 | 11/Oct/2019 | LGC (Fordham, UK) | 7.8 >9.9 >9.9 | 0.59 | 0.05 | 0.17 | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A529277 | Feb-2019 | Feb-2022 | Orchev Pharma | | 1900000841 | | 18-N-19 | I-t-t-k M h t, UK) | Not tested | 0.59 | 0.01 | 0.03 | | 2019N425826 |
| Japan | Zantac | Film Coated Tablet | 150mg | C88D | Feb-2019 | Feb-2022 | Dr Reddys | - | AEKH009099 AEKH001806 | May-2017 Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 1.0 >3.8 (6.7) | 0.58 | 0.01 | 0.03 | 2019N423376 | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E294 | Jan-2015 | Dec-2019 | Dr Reddys | 14126106 | AEHH016509 | | 8-Nov-19 | LGC (Fordham, UK) | >9.9 (10.7) | 0.58 | 0.01 | 0.04 | 2019N424104 | 2019N424114 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Japan | Zantac | Film Coated Tablet | 75mg | DA9W | Jun-2017 | Mar-2020 | Dr Reddys | - | AEJH021835<br>AEJH005680 | Dec-2016<br>Jun-2016 | 30-Oct-19 | Intertek (Manchester, UK) | >3.8 (14.9)<br>1.8 | 0.58 | 0.01 | 0.03 | 2019N423376<br>2020N429149 | |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | 18M001 | Nov-2018 | Nov-2020 | Dr Reddys | - | AEJH015885 | Oct-2016 | 15-Oct-2019 | Intertek (Manchester, UK) | >3.8 | 0.57 | 0.20 | 0.68 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | GV8F | Oct-2016 | Oct-2019 | Dr Reddys | - | AEJH003430<br>AEJH004729 | Apr-2016<br>May-2016 | 30-Oct-19 | Intertek (Manchester, UK) | 1.9<br>1.5 | 0.57 | 0.01 | 0.03 | | |
| Losan | Zantac | Effervescent Tablet | 150mg | 180011681 | Jul-2017 | Jul-2020 | Saraca | 18000166 | RH/03 2018 0390 | Mar-2018 | 23-Oct-19 | LGC (Fordham, UK) | 1.8 | 0.56 | 0.03 | 0.10 | 2019N433800v1.0 | 2019N433806 |
| Losan | Azantac | Effervescent Tablet | 300mg | 190010768 | Jul-2018 | Jul-2021 | Saraca | 18000575 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.56 | 0.03 | 0.10 | 2019N433801v1.0 | 2019N433806 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N310 | May-2019 | Apr-2021 | Saraca | 1900003552 | 0420190532 | | 14-Nov-19 | LGC (Fordham, UK) | 0.79 | 0.56 | 0.01 | 0.04 | 2020N428889 | 2020N428892 |
| Losan | Zantac | Effervescent Tablet | 300mg | 180004450 | Feb-2017 | Feb-2020 | Dr Reddys | - | AEKH000072 | Dec-2016 | 17/Oct/2019 | LGC (Fordham, UK) | 6.7 | 0.56 | 0.03 | 0.10 | | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 15035136 | Mar-2015 | Feb-2020 | Dr Reddys | 15026010 | ADHH017968 | Nov-2014 | 11/Oct/2019 | LGC (Fordham, UK) | 7.3 | 0.56 | 0.06 | 0.17 | 2018N424104 | |
| GSKT | Zantac | Film Coated Tablet | 150mg | F391 | Mar-2015 | Feb-2020 | Dr Reddys | 15026010 | ADHH017968 | Nov-2014 | 11-Oct-2019 | LGC (Fordham, UK) | 7.3 | 0.56 | 0.06 | 0.17 | 2018N424104 | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A529406 | Mar-2019 | Mar-2022 | Orchev Pharma | | 1900000871 | | 18-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.56 | 0.01 | 0.04 | | 2019N429826 |
| Losan | Ranitidin Bioganan | Effervescent Tablet | 300mg | 180010789 | Jul-2018 | Jul-2021 | Saraca | - | RH/12 2018 1747 | Dec-2018 | 17-Oct-2019 | LGC (Fordham, UK) | 0.48 | 0.55 | 0.03 | 0.10 | | |
| Japan | Zantac | Film Coated Tablet | 150mg | C32B | Feb 2018 | Feb 2021 | Dr Reddys | - | AEKH009099<br>AEKH001806 | May-2017<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 1.0<br>>3.8 (6.7) | 0.55 | 0.01 | 0.03 | 2019N423376 | |
| Cairo | Zantac | Film Coated Tablet | 150mg | A529526 | Mar-2019 | Mar-2022 | Orchev Pharma | | 1900000872 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.55 | 0.01 | 0.04 | | 2019N429826 |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223B | Apr-2019 | Mar/2021 | Saraca | 0000876414 | RH/08 2018 1109 | Aug-2018 | 07/Oct/2019 | LGC (Fordham, UK) | 0.52<br>0.50 | 0.54 | 0.04 | 0.12 | | |
| Losan | Zantac | Effervescent Tablet | 300mg | 190010790 | Jul-2018 | Jul-2021 | Saraca | 18000575 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.54 | 0.03 | 0.10 | 2019N433801 1.0 | 2019N433806 |
| Losan | Zantac | Effervescent Tablet | 300mg | 190010959 | Jul-2018 | Jul-2021 | Saraca | 18000575 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.54 | 0.03 | 0.10 | 2019N433801 1.0 | 2019N433806 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 67AA | Jul-2019 | Jun-2022 | Saraca | PL00016260 | RH/05 2019 0683 | May-2019 | 11-Oct-2019 | LGC (Fordham, UK) | 0.34 | 0.54 | 0.06 | 0.17 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222W | Mar-2019 | Dec/2020 | Saraca | 0000876414<br>0000860882 | RH/08 2018 1109 | Aug-2018 | 26/Sep/2019 | LGC (Fordham, UK) | 0.52<br>2.50 | 0.54 | 0.04 | 0.12 | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N311 | May-2019 | Apr-2021 | Saraca | 1900003564 | 0420190533 | | 14-Nov-19 | LGC (Fordham, UK) | 0.75 | 0.54 | 0.01 | 0.04 | 2020N428888 | 2020N428892 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N312 | May-2019 | Apr-2021 | Saraca | 1900003564 | 0420190533 | | 14-Nov-19 | LGC (Fordham, UK) | 0.75 | 0.54 | 0.01 | 0.04 | 2020N428889 | 2020N428892 |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 223D | | | | - | | | 07/Oct/2019 | LGC (Fordham, UK) | | 0.54 | 0.04 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222E | | | | | | | 26/Sep/2019 | LGC (Fordham, UK) | | 0.54 | 0.04 | 0.12 | | |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1808131 | Jun-2018 | Jun-2020 | Dr Reddys | | AEKH000072 | Dec-2016 | 20-Nov-19 | LGC (Fordham, UK) | 6.7 | 0.54 | 0.07 | 0.20 | [illegible] | 2020N429051 |
| Japan | Zantac | Film Coated Tablet | 150mg | T78K | Nov-2018 | Nov-2021 | Dr Reddys | - | AEJH019803<br>AEKH001805<br>AEKH003300<br>AEKH003301<br>AEJH020606 | Dec 2016<br>Mar 2017<br>Mar 2017<br>Mar 2017<br>Dec 2016 | 30-Oct-19 | Intertek (Manchester, UK) | >3.8 (5.4)<br>0.93<br>0.22<br>0.76<br>>3.8 (19.4) | 0.54 | 0.01 | 0.04 | 2019N423376<br>2019N423376<br>2019N423376<br>2020N429148<br>2019N423376 | |
| Losan | Azantac | Effervescent Tablet | 300mg | 190010704 | Jul-2018 | Jul-2021 | Saraca | 18000575 | RH/12 2018 1747 | Dec-2018 | 23-Oct-19 | LGC (Fordham, UK) | 0.48 | 0.53 | 0.03 | 0.10 | 2019N433801v1.0 | 2019N433806 |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N313 | May-2019 | Apr-2021 | Saraca | 1900003460 | 0420190534 | | 14-Nov-19 | LGC (Fordham, UK) | 0.88 | 0.53 | 0.01 | 0.04 | 2020N428889 | 2020N428892 |
| Losan | Zantac | Effervescent Tablet | 150mg | 190011965 | Jul-2019 | Jul-2022 | Saraca | 18000575 | RH/12 2018 1747 | Dec-2018 | 8-Nov-19 | LGC (Fordham, UK) | 0.48 | 0.52 | 0.03 | 0.10 | 2020N428881v1.0 | 2019N434152 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7509 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 08-Oct-2019 | LGC (Fordham, UK) | 8.4 | 0.50 | 0.04 | 0.12 | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | BH5U | Jul-2019 | Jun 2022 | Saraca | PL00016260<br>PL00016006 | RH/05 2019 0683<br>RH/04 2019 0547 | May-2019<br>Apr-2019 | 11-Oct-2019 | LGC (Fordham, UK) | 0.34<br>0.53 | 0.50 | 0.06 | 0.17 | | |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530532 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | 18-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.50 | 0.01 | 0.04 | | 2019N429826 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7505 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 08/Oct/2019 | LGC (Fordham, UK) | 8.4 | 0.49 | 0.04 | 0.12 | | |
| Aspen | Zantac | Syrup | 15mg/mL, 300mL | 19G003 | Jul-2019 | Jul-2021 | Saraca | - | RH/03 2019 0417 | Mar-2019 | 15/Oct/2019 | Intertek (Manchester, UK) | 1.0 | 0.49 | 0.20 | 0.68 | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 300mg | IZCAG | Apr-2019 | Apr-2022 | Orchev Pharma | | 1902001260 | | 18-Nov-19 | LGC (Fordham, UK) | 1.4 | 0.49 | 0.01 | 0.03 | 2020N429035 | 2020N429039 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 17013047 | Dec-2016 | Dec-2021 | Dr Reddys | 16085009 | AEJH004359 | May-2016 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (16.2) | 0.48 | 0.06 | 0.17 | 2018N424104 | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222Y | Mar-2019 | Jan/2021 | Saraca | 0000876414 | RH/08 2018 1109 | Aug 2018 | 07-Oct-2019 | LGC (Fordham, UK) | 0.52<br>0.50 | 0.48 | 0.04 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7506 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 08-Oct-2019 | LGC (Fordham, UK) | 8.4 | 0.48 | 0.04 | 0.12 | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 300mg | IZCAH | Apr-2019 | Apr-2022 | Orchev Pharma | | 1902001260 | | 18-Nov-19 | LGC (Fordham, UK) | 1.4 | 0.48 | 0.01 | 0.03 | 2020N429035 | 2020N429048 |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16085067 | Aug-2016 | Aug-2021 | Dr Reddys | 16075060 | AEJH003932 | Apr-2016 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (14.4) | 0.47 | 0.06 | 0.17 | 2018N424104 | |
| GSKT | Zantac | Film Coated Tablet | 75mg | 16125071 | Dec-2016 | Nov-2019 | Dr Reddys | 16085009 | AEJH004359 | May-2016 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (16.2) | 0.47 | 0.06 | 0.17 | 2018N424104 | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7510 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 08/Oct/2019 | LGC (Fordham, UK) | 8.4 | 0.46 | 0.04 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7509 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 14-Oct-19 | LGC (Fordham, UK) | 8.4 | 0.46 | 0.04 | 0.12 | 2019N430798 | 2019N433798 |
| GSKT | Zantac | Film Coated Tablet | 150mg | E493 | Nov-2016 | Nov-2021 | Dr Reddys | 16075060 | AEJH003932 | Apr-2016 | 01/Nov/2019 | LGC (Fordham, UK) | >9.9 (14.4) | 0.46 | 0.06 | 0.17 | 2018N424104 | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7507 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 08-Oct-2019 | LGC (Fordham, UK) | 8.4 | 0.45 | 0.04 | 0.12 | | |
| Aranda | Zantac | Film Coated Tablet | 75mg | CR3L | May-2019 | Mar-2022 | Saraca | PL00011192<br>PL00012960 | RH/12 2018 1736<br>RH/01 2019 0051 | Dec-2018<br>Jan-2019 | 11/Oct/2019 | LGC (Fordham, UK) | 0.46<br>0.32 | 0.45 | 0.06 | 0.17 | | |
| Aspen | Zantac | Syrup | 150mg/10mL, 200mL | B23218A | Jan-2018 | Jan-2020 | Dr Reddys | - | AEJH008807<br>AEJH015885 | Jul-2016<br>Oct-2016 | 15/Oct/2019 | Intertek (Manchester, UK) | 3.6<br>>3.8 | 0.45 | 0.20 | 0.68 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 2F4P | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.43 | 0.04 | 0.12 | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6R4E | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | 18-Nov-19 | LGC (Fordham, UK) | 0.97 | 0.43 | 0.01 | 0.03 | 2020N429035 | 2020N429038 |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1802091 | Feb-2018 | Feb-2020 | Dr Reddys | | AEJH020607<br>AEKH000072 | Dec-2016<br>Dec-2016 | 20-Nov-19 | LGC (Fordham, UK) | 7.5<br>6.7 | 0.42 | 0.07 | 0.20 | [illegible] | 2020N429051 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 2N9W | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08-Oct-2019 | LGC (Fordham, UK) | 2.3 | 0.42 | 0.04 | 0.12 | | |
| GSKT | Zantac | Film Coated Tablet | 150mg | E501 | Nov-2016 | Nov-2021 | Dr Reddys | 16075060<br>16085009 | AEJH003932<br>AEJH004359 | Apr-2016<br>May-2016 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9 (14.4)<br>>9.9 (16.2) | 0.42 | 0.05 | 0.17 | 2018N424104 | |
| Aranda | Zantac | Film Coated Tablet | 150mg | PX5B | Oct 2016 | Oct-2019 | Dr Reddys | 0000282953<br>0000282954 | AEJH009830<br>AEJH009831 | Aug-2015<br>Aug-2015 | 11/Oct/2019 | LGC (Fordham, UK) | >9.9<br>>9.9 | 0.42 | 0.06 | 0.17 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 336A | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.41 | 0.04 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 383C | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.41 | 0.04 | 0.12 | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | AN6F | Aug-2019 | Aug-2021 | Orchev Pharma | | BPD0818CEP | | 18-Nov-19 | LGC (Fordham, UK) | 1.6 | 0.41 | 0.04 | 0.12 | 2020N429035 | 2020N429030 |
| Cairo | Zantac | Film Coated Tablet | 300mg | A530455 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | 18-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.41 | 0.01 | 0.04 | | 2019N429826 |
| Losan | Zantac | Effervescent Tablet | 150mg | 170019298 | Oct 2017 | Oct-2020 | Dr Reddys | | AEJH017732 | | 7-Jan-20 | LGC (Fordham, UK) | 4.6 | 0.40 | 0.03 | 0.10 | 2020N439166 | 2020N439130 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7U4L | Jan 2018 | N/A | Saraca | 0000651843 | RH/08 2017 1054 | Aug-2017 | 8-Nov-19 | LGC (Fordham, UK) | 1.8 | 0.39 | 0.04 | 0.12 | [illegible] | 2020N434000 |
| Japan | 25mg/mL Zantac injection ampoule, 4mL | IV solution | 25mg/mL, 4mL | 025L | Sep-2018 | Sep-2020 | Dr Reddys | EKH0018043 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.39 | 0.03 | 0.09 | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N515 | Aug-2019 | Jul-2021 | SMS LIFE | 1900004093 | RH2020819 | | 14-Nov-19 | LGC (Fordham, UK) | 0.29 | 0.39 | 0.01 | 0.04 | 2020N428889 | 2020N428892 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | RG9J | May-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.38 | 0.04 | 0.12 | | |
| Japan | 25mg/mL Zantac injection ampoule, 2mL | IV solution | 25mg/mL, 2mL | 5WB5-1 | Nov-2018 | Nov-2020 | Dr Reddys | EKH0018043 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.38 | 0.03 | 0.09 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 7504 | Feb-2017 | N/A | Dr Reddys | 0000664724 | AEJH001431 | Feb-2016 | 14-Oct-19 | LGC (Fordham, UK) | 8.4 | 0.37 | 0.04 | 0.12 | 2019N433798 | 2019N433798 |
| Japan | Zantac | Film Coated Tablet | 150mg | AR6P | Feb-2018 | Feb-2021 | Dr Reddys | - | AEKH001539<br>AEKH001806 | Apr-2017<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 0.58<br>>3.8 (6.7) | 0.37 | 0.01 | 0.04 | 2019N423376 | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | Y3SU | Jan-2019 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.37 | 0.04 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H97N | Mar-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2019 | LGC (Fordham, UK) | 2.3 | 0.37 | 0.04 | 0.12 | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 8S25 | Aug-2019 | Aug-2021 | Orchev Pharma | | BPD0818CEP | | 18-Nov-19 | LGC (Fordham, UK) | 1.6 | 0.37 | 0.04 | 0.12 | 2020N429035 | 2020N429030 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Japan | Zantac | Film Coated Tablet | 75mg | 5N7K | Jan-2018 | Jan-2021 | Dr Reddys | - | AEKH005539<br>AEKH001806 | Apr-2017<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 0.58<br>>3.8 (6.7) | 0.36 | 0.03 | 0.03 | 2019N423376 | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | H32H | Mar-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08-Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.36 | 0.04 | 0.12 | | |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 3ml | IV Solution | 25mg/mL, 2mL | AN6B | Aug-2019 | Aug-2021 | Orchev Pharma | | BPO0818CFP | | 19-Nov-19 | LGC (Fordham, UK) | 1.6 | 0.36 | 0.04 | 0.12 | 2020N428035 | 2020N428030 |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 3ml | IV Solution | 25mg/mL, 2mL | AN6G | Aug-2019 | Aug-2021 | Orchev Pharma | | BPO0818CFP | | 19-Nov-19 | LGC (Fordham, UK) | 1.6 | 0.36 | 0.04 | 0.12 | 2020N428035 | 2020N428030 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS30457 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.36 | 0.03 | 0.03 | | 2019N426826 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS29979 | May-2019 | May-2022 | Orchev Pharma | | 1900002305 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.36 | 0.03 | 0.03 | | 2019N426826 |
| Japan | Zantac | Film Coated Tablet | 150mg | FW6M-A | Oct-2016 | Oct-2019 | Jurong | | 0000381229<br>0000381230<br>0000381231 | Dec-2014<br>Dec-2014<br>Dec-2014 | 30-Oct-19 | Intertek (Manchester, UK) | 0.22<br>0.24<br>0.16 | 0.35 | 0.03 | 0.03 | | |
| Saudi Arabia | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 8B5Y | Feb-2017 | Feb-2020 | Dr Reddys | | AIJH001431 | Feb-2016 | 19-Nov-19 | LGC (Fordham, UK) | 8.4 | 0.35 | 0.04 | 0.12 | Line 208 | 2020N428030 |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6X8L | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000093<br>1905000094 | | 19-Nov-19 | LGC (Fordham, UK) | 1.5<br>0.97 | 0.35 | 0.03 | 0.03 | 2020N429035 | 2020N429030 |
| Pakistan (Korangi) | 25mg/ml Zantac injection ampoule, 3ml | IV Solution | 25mg/mL, 2mL | 8S2V | Aug-2019 | Aug-2021 | Orchev Pharma | | BPO0818CFP | | 19-Nov-19 | LGC (Fordham, UK) | 1.6 | 0.34 | 0.04 | 0.12 | 2020N428035 | 2020N428030 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS30456 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003179 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.34 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FA4H | Nov-2018 | Nov-2021 | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 6-Dec-19 | LGC (Fordham, UK) | 2.3 | 0.34 | 0.04 | 0.12 | Line 3 | 2020N429160 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | J925 | Apr-2018 | N/A | Dr Reddys | - | AEKH001804 | Feb/2017 | 08/Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.33 | 0.04 | 0.12 | | |
| Japan | Zantac | Film Coated Tablet | 75mg | 6P4V | Jan-2018 | Jan-2021 | Dr Reddys | - | AEKH005539<br>AEKH001806 | Apr-2017<br>Mar-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 0.58<br>>3.8 (6.7) | 0.33 | 0.03 | 0.03 | 2019N423376 | |
| Japan | 25mg/mL, Zantac injection amoule, 2mL | IV solution | 25mg/mL, 2mL | 8T8W | Jun-2018 | May-2020 | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.33 | 0.03 | 0.06 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | HY9Y | Mar-2018 | N/A | Dr Reddys | - | AEKH001806 | Feb/2017 | 08-Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.33 | 0.04 | 0.12 | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 6R4D | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | 19-Nov-19 | LGC (Fordham, UK) | 0.97 | 0.33 | 0.03 | 0.03 | 2020N428035 | 2020N428030 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS30007 | May-2019 | May-2022 | Orchev Pharma | | 1900002305 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.33 | 0.03 | 0.03 | | 2019N426826 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS30484 | | | | | | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.33 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222T | Dec-2018 | Nov/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | 07/Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.32 | 0.04 | 0.12 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | WM9K | May-2019 | May-2021 | Saraca | PL00012060 | RH/01 2019 0051 | Jan-2019 | 11/Oct/2019 | LGC (Fordham, UK) | 0.32 | 0.32 | 0.06 | 0.12 | | |
| Japan | 25mg/mL, Zantac injection amoule, 2mL | IV solution | 25mg/mL, 2mL | TESU | Mar-2018 | Mar-2020 | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.32 | 0.04 | 0.06 | | |
| Japan | 25mg/mL, Zantac injection amoule, 2mL | IV solution | 25mg/mL, 2mL | SD4M | Mar-2018 | Mar-2020 | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.31 | 0.03 | 0.03 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | 8M6L | May-2019 | May-2022 | Saraca | PL00012060 | RH/01 2019 0051 | Jan-2019 | 11-Oct/2019 | LGC (Fordham, UK) | 0.32 | 0.31 | 0.06 | 0.12 | | |
| Aranda | Zantac | Film Coated Tablet | 300mg | VM7S | May-2019 | May-2022 | Saraca | PL00012060 | RH/01 2019 0051 | Jan-2019 | 11-Oct/2019 | LGC (Fordham, UK) | 0.32 | 0.31 | 0.06 | 0.12 | | |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222P | Oct-2018 | Aug/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | 07/Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.31 | 0.04 | 0.12 | | |
| Pakistan (Karachi) | Zantac | Film Coated Tablet | 150mg | 3E9D | Jul-2019 | Jul-2022 | Orchev Pharma | | 1905000094 | | 19-Nov-19 | LGC (Fordham, UK) | 0.97 | 0.31 | 0.03 | 0.03 | 2020N428035 | 2020N428030 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS29282 | Feb-2019 | Feb-2022 | Orchev Pharma | | 1900000841 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.31 | 0.03 | 0.03 | | 2020N428104 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS29300 | Feb-2018 | Feb-2022 | Orchev Pharma | | 1900000543 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.31 | 0.03 | 0.03 | | 2019N426826 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS30483 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.31 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222U | Dec-2018 | Nov/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | 07/Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.30 | 0.04 | 0.12 | | |
| Japan | 25mg/mL, Zantac injection ampoule, 4mL | IV solution | 25mg/mL, 4mL | PL8B | Feb-2018 | Feb-2020 | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 30-Oct-19 | Intertek (Manchester, UK) | 2.3 | 0.30 | 0.03 | 0.06 | | |
| Nashik | Zinetac | Film Coated Tablet | 150mg | N518 | Aug-2019 | Jul-2021 | SMS LIFE | 1800007088 | RH8980819 | | 14-Nov-19 | LGC (Fordham, UK) | 0.67 | 0.30 | 0.03 | 0.03 | 2020N428880 | 2020N428882 |
| Cairo | Zantac | Film Coated Tablet | 300mg | AS30531 | Sep-2019 | Sep-2022 | Orchev Pharma | | 1900003181 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.30 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | TR6S | Nov-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.29 | 0.04 | 0.12 | | 2019N424101 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | TWSJ | Nov-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.29 | 0.04 | 0.12 | | 2019N424101 |
| Saudi Arabia | Zantac | Effervescent Tablet | 150mg | 1709021 | Sep-2017 | Sep-2019 | Dr Reddys | | AEJH004358 | | 20-Nov-19 | LGC (Fordham, UK) | Not tested | 0.29 | 0.07 | 0.30 | | 2020N429061 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS30188 | Jul-2019 | Jul-2022 | Orchev Pharma | | 1900003175 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.29 | 0.03 | 0.03 | | 2019N426826 |
| Lusan | Zantac | Effervescent Tablet | 150mg | 180003097 | Feb-2017 | Feb-2020 | Dr Reddys | 17001130 | AIJH020607 | Dec-2016 | 22-Oct-18 | LGC (Fordham, UK) | 7.5 | 0.28 | 0.07 | 0.32 | 2018N433800v1.0 | 2018N433806 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | T42P | Nov-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.28 | 0.04 | 0.12 | | 2019N424101 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | GN4R | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.28 | 0.04 | 0.12 | | 2019N424101 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS30485 | | | | | | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.28 | 0.03 | 0.03 | | 2019N426826 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS30190 | Jul-2019 | Jul-2022 | Orchev Pharma | | 1900003179 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.28 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | YV3D | Jan-2019 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.27 | 0.04 | 0.12 | | 2019N424101 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | EP2E | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.27 | 0.04 | 0.12 | | 2019N424101 |
| Aranda | Zantac | Film Coated Tablet | 150mg | 5K4Y | May-2019 | May-2021 | Saraca | PL00015138 | RH/02 2019 0212 | Jan-2019 | 11/Oct/2019 | LGC (Fordham, UK) | 0.16 | 0.26 | 0.06 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | YJ8Y | Jan-2019 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.26 | 0.04 | 0.12 | | 2020N428184 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FE3S | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.26 | 0.04 | 0.12 | | 2019N424101 |
| Cairo | Zantac | Film Coated Tablet | 150mg | AS29812 | May-2019 | May-2022 | Orchev Pharma | | 1900002304 | | 19-Nov-19 | Intertek (Manchester, UK) | Not tested | 0.26 | 0.03 | 0.03 | | 2019N426826 |
| Parma | 10mg/ml Zantac injection ampoule, 5ml | IV Solution | 10mg/mL, 5mL | 222R | Oct-2018 | Sep/2020 | Dr Reddys | - | AEKH001804 | Feb-2017 | 07-Oct/2018 | LGC (Fordham, UK) | 2.3 | 0.25 | 0.04 | 0.12 | | |
| Aranda | Zantac | Film Coated Tablet | 150mg | UX4H | May-2019 | Apr-2022 | Saraca | PL00015138 | RH/02 2019 0212 | Jan-2019 | 11/Oct/2019 | LGC (Fordham, UK) | 0.16 | 0.25 | 0.06 | 0.12 | | |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | DU9M | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.25 | 0.04 | 0.12 | | 2019N424101 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | FN9R | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-19 | LGC (Fordham, UK) | 2.3 | 0.35 | 0.04 | 0.12 | | 2019N424101 |
| Japan | Zantac | Film Coated Tablet | 150mg | FA8E | Oct-2016 | Oct-2019 | Jurong | | 0000381227<br>0000381226<br>0000381229 | Dec-2014<br>Dec-2014<br>Dec-2014 | 30-Oct-19 | Intertek (Manchester, UK) | 0.18<br>0.14<br>0.22 | 0.24 | 0.03 | 0.03 | | |
| Lusan | Zantac | Effervescent Tablet | 150mg | 180003267 | Feb-2017 | Feb-2020 | Dr Reddys | 17001130 | AIJH020607 | Dec-2016 | 22-Oct-18 | LGC (Fordham, UK) | 7.5 | 0.24 | 0.07 | 0.32 | 2018N433800v1.0 | 2019N433806 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | DK3X | Sep-2018 | N/A | Dr Reddys | EKH0018047 | AEKH001804 | Feb-2017 | 8-Nov-18 | LGC (Fordham, UK) | 2.3 | 0.24 | 0.04 | 0.12 | | 2019N427421 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 6528 | Dec-2016 | N/A | Dr Reddys | 0000065411 | AEIH010873 | Sep-2015 | 14-Oct-18 | LGC (Fordham, UK) | 7.4 | 0.22 | 0.04 | 0.12 | 2018N422706 | 2018N422708 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 6519 | Oct-2016 | N/A | Dr Reddys | 0000065411 | AEIH010873 | Sep-2015 | 14-Oct-18 | LGC (Fordham, UK) | 7.4 | 0.22 | 0.04 | 0.12 | 2018N422700 | 2018N422708 |
| Brazil | Zantac | Film Coated Tablet | 150mg | VL0005 | Sep-2016 | Sep-2021 | | | | | 18-Nov-18 | Intertek (Manchester, UK) | | 0.22 | 0.05 | 0.03 | | 2020N428082 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | 3V2F | Jul-2018 | N/A | Dr Reddys | EKH0018065 | AEKH001805 | Mar-2017 | 8-Nov-18 | LGC (Fordham, UK) | 3.6 | 0.20 | 0.04 | 0.12 | | 2019N424101 |
| Parma | 25mg/ml Zantac injection ampoule, 2ml | IV Solution | 25mg/mL, 2mL | MESC | Oct-2018 | N/A | Saraca | 0000860007 | RH/08 2018 1109 | Aug-2018 | 8-Nov-19 | LGC (Fordham, UK) | 0.52<br>0.50 | 0.18 | 0.04 | 0.12 | | 2019N424101 |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEHH017190 | Aug-2014 | | Intertek (Manchester, UK) | >3.8 (8.0) | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEHH013934 | Sep-2014 | | Intertek (Manchester, UK) | >3.8 (8.4) | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEIH000908 | Feb-2015 | | Intertek (Manchester, UK) | >3.8 (34.4) | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Jurong | | K300013 | Dec-2014 | | Intertek (Manchester, UK) | 0.16 | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEIH000890 | Jan-2015 | | Intertek (Manchester, UK) | >3.8 (41.4) | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Jurong | | K300138 | Dec-2014 | | Intertek (Manchester, UK) | 0.52 | | | | 2020N428085 | |
| Brazil | Zantac | Film Coated Tablet | 150mg | | | | Dr Reddys | | AEDH017147 | Nov-2010 | | Intertek (Manchester, UK) | >3.8 (27.3) | | | | 2020N428085 | |

# EXHIBIT 48

SANOFI

# HEALTH HAZARD EVALUATION

CONFIDENTIAL

**Name of Product: Ranitidine (Zantac 150®, Zantac 150® Cool Mint, and Zantac 75®, Ranitidina 150 mg and 300 mg coated tablets, Buscopan Antiacido 75 mg effervescent tablets, Ranitidina 50 mg/2 mL injectable solution)**

**Rapid Quality Notification Reference Issue:** Potential carcinogenicity and genotoxicity by ranitidine-induced N-Nitrosodimethylamine (NDMA) exposure.

Potential Product Defect classification & description: Potential patient/consumer exposure to quality defect class I in Canada and class II in the United States and in Colombia, Ecuador, El Salvador, Guatemala, Honduras, Peru, Italy, Brazil, Costa Rica, and Nicaragua.

**Initial Date: 21 Oct 2019/ Follow-up: 04 Nov 2019/ Follow-up: 18 Nov 2019/Follow-up: 24 Dec 2019/ Follow-up: 26 Feb 2020**

Authors: Barbara Kittner, MD

Medical Risk assessment (Pharmacovigilance)

# 1 DESCRIPTION OF THE POTENTIAL PRODUCT DEFECT

Following a public statement issued on US FDA, EMA (European Medicines Agency) and Health Canada websites on 13 September 2019, related to Ranitidine drug products (DPs) potentially contaminated by a nitrosamine impurity called N-nitrosodimethylamine (NDMA) at low levels, a rapid quality notification was issued by Chattanooga manufacturing site from Consumer Healthcare Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06788), due to possible contamination of ranitidine medicines with NDMA.

Preliminary DP and active product ingredient (API) tests have been conducted for the potential presence of NDMA in seven ranitidine batches of OTC Zantac 150®, Zantac 150® Cool Mint, and 75® film-coated tablets. The results of these tests are provided below Table 1 (batch numbers see in Table 1).

**Table 1 - Details of Drug Product Batches tested**

| Product name | DP Batch numbers | Manufacturing date | Expiry date | NDMA (ppb) in Drug Product | API Batch Number | NDMA (ppb) in API |
|---|---|---|---|---|---|---|
| Zantac 150® | 19D428U | 4/6/2019 | 4/30/2022 | 102 | 12071810189 | 4665 |
| Zantac 150® | 19D435U | 4/8/2019 | 4/08/2022 | 126 | 12071810212 | 5858 |
| Zantac 150® | 19E408M | 5/9/2019 | 5/14/2022 | < LoQ* (~84) | 12071915003 | 1938 |
| Zantac 150® | 19E401M | 5/2/2019 | 5/3/2022 | < LoQ (~74) | 12071910012 | 4746 |
| Zantac 75® | 18L012U | 10/10/2018 | 10/16/2021 | 390 | 12071810124 | 9335 |
| Zantac 150® Coolmint | 19D563 | 4/24/2019 | 4/28/2021 | 2801 | 12071910007 | 5123 |
| Zantac 150® Coolmint | 19D570 | 4/29/2019 | 4/14/2021 | 2147 | 12071910008 | 9299 |

*LOQ: Limit of Quantification

The acceptable limit for 300 mg maximum daily dose of ranitidine (World Health Organization (WHO) defined daily dose) is 320 ppb, as calculated based on a lifetime exposure and the indications in scope (see Section 2.1.1.1 Risk characterization for lifetime exposure). The marketed country of these 7 DP batches is US.

Patients were exposed to above batches since October 2018. The maximum shelf-life of Zantac® is 36 months.

As Sanofi markets the same formula also in Canada, this country is also included in this report.

This Health Hazard Evaluation (HHE) report analyses the potential risks for patient safety related to a possible intake of NDMA contained in Sanofi's ranitidine tablets.

**Follow-up report (HHE request version 2, dated 22 Oct 2019):**

The oral forms marketed in the Latin American Countries listed below include an indication for Zollinger- Ellison syndrome. Although not a first-line medication, if prescribed for Zollinger-Ellison syndrome, a patient may be given up to 6g of ranitidine daily. Accordingly, if applying the same conservative formula for calculating the acceptable limit as in the US and Canada, the oral forms would be subject to a calculated acceptable limit of 37 ppb (see Appendix 1). The oral forms marketed batches are using 2 API suppliers: SARACA and Orchev.

A rapid quality notification was issued by Cali manufacturing site from Pharma Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06872).

Based on preliminary test results on 10 batches of Drug substance (not used by Sanofi) provided by the API supplier Orchev in its risk assessment [20-90 ppb], the presence of NDMA in ranitidine oral forms was analyzed to be above the acceptable limit of 37 ppb.

Another supplier, SARACA, had been supplying the API for the ranitidine oral form DPs marketed in the Latin American countries until June 2019. In the absence of test results for those products, they are included in the scope of the recall as a precautionary measure.

The overall conclusion (see Section 4) remains valid.

**Follow-up report (HHE request version 3, dated 14 Nov 2019):**

The oral form marketed in Italy is using ranitidine from Solara Active Pharma Sciences limited (or Shasun Pharmaceuticals Limited).

A rapid quality notification was issued by External Manufacturing CHC Frankfurt (Rapid Quality Notification reference CR06798).

Based on NDMA test results on 4 Drug substance batches used in marketed DP batches, the potential presence of NDMA in ranitidine oral forms marketed in Italy is confirmed to possibly be above the acceptable limit of 0.320 ppm.

A voluntary recall of DP batches marketed in Italy and still under expiry up to pharmacy level is proposed to Italy Health Authority (AIFA).

**Table 2 - Details of Buscopan Antiacido 75 mg effervescent tablets Batches tested**

| Batch number API | API Manufacturing date | API Expiry date | Results NDMA in API [µg/g] ppm |
|---|---|---|---|
| RDM1607130 (81424 + 82138) | July 2016 | June 2020 | 0.785 |
| RDM1611205 (82139) | November 2016 | October 2020 | 2.505 |

| Batch number API | API Manufacturing date | API Expiry date | Results NDMA in API [µg/g] ppm |
|---|---|---|---|
| RDM1707159 (17001633) | July 2017 | June 2021 | 0.327 |
| RDM1802041 (18002962) | January 2018 | December 2019 | 0.464 |

API: Active Product Ingredient

**Follow-up report (HHE request version 4, dated 04 Dec 2019):**

The oral forms marketed in Brazil are Ranitidina 150mg/300mg coated tablets.

A rapid quality notification was issued by Campinas manufacturing site from Pharma Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06871).

Testings have been performed on Ranitidine API used by Campinas site for marketed DPs, on Marketed DPs, and DPs stability samples: 13 API Batches used in marketed DPs in Brazil have been tested; 10 API batches present NDMA results above the acceptable limit of 37ppb.

Fifty-seven DP batches (including 35 marketed batches totally distributed, rest of batches are blocked at Distribution Center or Site level since October 2019) under expiry have been tested, out of which 27 DP batches have NDMA levels above the acceptable limit of 37ppb. NDMA level was detected in other 30 DP batches below the acceptable limit.

For investigation purpose, stability samples have been tested (DP samples stored during 3 month and 18 month at temperature of 30°C and 75% Residual humidity), NDMA level was observed above the acceptable limit (for more detailed information please see Appendix 2).

In conclusion, a high variability of NDMA level has been observed on 2017, 2018, and 2019 API and DP batches. Temperature and humidity are impacting the NDMA level in DP. The level of NDMA in DP increases with environmental conditions (temperature and humidity), and with time. Therefore, the level of NDMA cannot be ensured to remain below the acceptable limit until end of shelf life of marketed products.

**Follow-up report (HHE request version 5, dated 05 Feb 2020):**

Ranitidine injectable solution 50 mg/2 mL is marketed in Colombia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, and Peru.

A rapid quality notification was issued by External Manufacturing CHC Colombia (Rapid Quality Notification reference CR06804).

Testings have been performed on Ranitidine DP injectable form manufactured by the CMO Fareva Villarica site. Drug products stability samples corresponding to all bulk batches representative of all marketed products within shelf-life have been tested including 2 batches tested with both retained and stability samples zone IVb (30°C/75%HR). NDMA results in 11 DP

batches have been found above the acceptable limit of 5646 ppb. NDMA results on the other 2 DP batches are at 5600 ppb. A detailed overview is presented in Table 3 below.

**Table 3 - Test results for Ranitidine injectable form per batch**

| Product | Batch | Manufactu-ring date | Expiry date | Sample age | Sample type | Lab Results (µg/ml) | Results ppb** | Acceptable limit (ppb) |
|---|---|---|---|---|---|---|---|---|
| RANITIDINA 50mg/2mL INY CO | 9GC3524A | Aug-2019 | Jul-2021 | 5 months | Retention * | 0,24 | 9600 | 5646 |
| RANITIDINA 50mg/2mL INY CO | 9GC2223A | May-2019 | Apr-2021 | 8 months | Retention * | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY EC | 9GC2219C | May-2019 | Apr-2022 | 8 months | Retention * | 0,20 | 8000 | |
| RANITIDINA 50mg/2mL INY ES-GT-NI-HN | 9GC1283C | Mar-2019 | Feb-2021 | 10 months | **Stability** (30°C/75%RH) | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY CO | 9GC1283A | Mar-2019 | Feb-2021 | 10 months | Retention * | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 9GC0090C | Jan-2019 | Dec-2020 | 12 months | Retention * | 0,16 | 6400 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 8GC5016C | Dec-2018 | Nov-2020 | 13 months | Retention * | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY EC | 8GC4532E | Oct-2018 | Sep-2021 | 15 months | **Stability** (30°C/75%RH) | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY PE | 8GC4532D | Oct-2018 | Sep-2021 | 15 months | Retention * | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 8GC2673C | Jun-2018 | May-2020 | 19 months | Retention * | 0,16 | 6400 | |
| RANITIDINA 50mg/2mL INY EC | 8GC2231D | May-2018 | Apr-2021 | 20 months | Retention * | 0,15 | 6000 | |
| RANITIDINA 50mg/2mL INY CO | 8GC1627A | Apr-2018 | Mar-2020 | 21 months | Retention * | 0,14 | 5600 | |
| RANITIDINA 50mg/2mL INY CO | 8GC1225A | Mar-2018 | Feb-2020 | 22 months | Retention * | 0,14 | 5600 | |

* Retention samples stored between 20-30°C max 75%RH
**value expressed compared to Ranitidine
Shelf Life (SL) is 2 years for all markets except Costa-Rica and Ecuador where SL is 3 years

Based on NDMA levels observed on marketed DP batches above the acceptable limit of 5646 ppb, a voluntary recall of all DP batches of Ranitidine injectable form still under expiry is proposed to the Authorities, at pharmacy and hospital level.

# 2 ASSESSMENT OF THE POTENTIAL MEDICAL RISK ASSOCIATED WITH THE POTENTIAL PRODUCT DEFECT

Ranitidine is a competitive, reversible inhibitor of the histamine H2-receptors found in gastric parietal cells. Inhibition of the formation of the histamine H2-receptor complex results in

decreased gastric acid secretion and gastric volume, and reduced hydrogen ion concentration. Therefore, ranitidine is mainly used as antisecretory agent to reduce acid secretion into the stomach in patients with acute gastric or duodenal ulcer, esophagitis due to gastroesophageal reflux, and Zollinger-Ellison Syndrome, eradication of *Helicobacter pylori* in the case of gastroduodenal ulcer (lesion and infection confirmed by endoscopy), with concomitant administration of 2 antibiotics. In the Over the Counter environment, oral ranitidine is used for symptomatic relief of occasional heartburn and hyperacidity of the stomach, as well as for prevention of heartburn associated with acid indigestion and sour stomach brought on by eating or drinking certain foods and beverages.

It is available as tablets (75 mg, 150 mg, 150 mg cool mint and 300 mg), 150 mg capsules, 75mg effervescent tablets, and solution for injection (25 mg/mL).

The first marketing authorization for ranitidine was obtained in Argentina on 14-Apr-1983. Currently ranitidine is marketed in 12 countries located in North and Latin America, and Italy.

Based on the Intercontinental Marketing Services Health (IMS) sales figures and World Health Organization (WHO) defined daily dose of 300 mg for oral and parenteral formulations, the cumulative exposure to ranitidine could be estimated to be 646.4 million therapy days for oral formulations (tablets and syrup) and 2.1 million therapy days for parenteral formulations (ampoules) over the 15 year period (01 April 2003 through 31 March 2018; from the PBRER with DLP 31 May 2019), including 457.2 million therapy days for oral formulations (tablets).

The Sanofi company core safety information (CCSI) for ranitidine, version 1 dated 17 March 2017, Boehringer Ingelheim (BI) company core data sheet (CCDS) version 9032-00 (Italy), dated 02 December 2014 and BI CCDS version 9060-00 (United States [US]) dated 10 September 2015 were the RSIs valid for this report.

Ranitidine is approved for:

**Oral formulations:** In adults in the treatment of:

- Active gastric or duodenal ulcer, esophagitis caused by gastroesophageal reflux, maintenance treatment of duodenal ulcer, Zollinger-Ellison syndrome.
- Eradication of *H. pylori* in case of gastric and duodenal ulcer disease in combination with a dual antibiotics therapy (after endoscopic evidence of injury and infection).

The recommended dosage in adults and adolescents 12 years and older is:

- *Active duodenal ulcer:* One (1) tablet of 150 mg of ranitidine in the morning and 1 tablet in the evening or 2 tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 weeks.
- *Active gastric ulcer:* One (1) tablet of 150 mg in the morning and 1 tablet of 150 mg in the evening or 2 tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 to 6 weeks.

- *Esophagitis:* Two (2) tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 weeks with a possible second period of 4 weeks at the same dose based on endoscopic results.
- *Maintenance treatment of duodenal ulcer:* One (1) tablet of 150 mg of ranitidine per day, in the evening.
- *Zollinger-Ellison Syndrome:* The recommended initial dose is 600 mg per day. The dose should be adjusted individually, if needed, up to 1200 mg/day, and the treatment should be continued as long as clinically necessary.
- *Eradication of H. pylori* in case of gastric and duodenal ulcers:
  - The following dosage regimens are recommended: 300 mg of ranitidine in the morning and evening for 14 days together with:
    - either 1 g of amoxicillin in the morning and evening and 500 mg of clarithromycin in the morning and evening;
    - or, 500 mg of clarithromycin in the morning and evening together with either 500 mg of metronidazole or tinidazole in the morning and evening, or 1000 mg of tetracycline in the morning and evening;
    - or, as an alternative to the previous regimens, 1 g of amoxicillin in the morning and evening and 500 mg of metronidazole or tinidazole in the morning and evening.
  - This triple therapy should be followed by 300 mg of ranitidine daily for 2 additional weeks in case of an active duodenal ulcer or 2 to 4 additional weeks in case of an active gastric ulcer.

In children (3 to 18 years) oral formulations are indicated in the treatment of:

- Short-term treatment of gastric and duodenal ulcers;
- Treatment of gastroesophageal reflux disease (GERD), including reflux esophagitis and relief of symptoms related to gastroesophageal reflux.
- *Treatment of acute gastric or duodenal ulcers:* The recommended oral dose for the treatment of gastric or duodenal ulcers in children (over 30 kg in weight) is 4 to 8 mg/kg/day administered as 2 divided doses, with a maximum dose of 300 mg of ranitidine per day for 4 weeks.
  - For those patients with incomplete healing, another 4 weeks of therapy is indicated, as healing usually occurs after 8 weeks of treatment.
- *Gastroesophageal reflux:* The recommended oral dose for the treatment of gastroesophageal reflux in children (over 30 kg in weight) is 5 to 10 mg/kg/day administered as 2 divided doses, with a maximum dose of 600 mg per day (the maximum dose is likely to apply to heavier children or adolescents with severe symptoms).
- In addition to the above mentioned indications, ranitidine is also indicated in:
- Mendelson's syndrome

- Hemorrhage of digestive tract; ulcer hemorrhage
- Pyrosis
- Dyspepsia
- Prophylaxis against drug induced ulcer
- Gastrin secretion disorder

Ranitidine as OTC drug is indicated in the relief and prevention of heartburn associated with acid indigestion and sour stomach brought on by eating or drinking certain foods and beverages.

The recommended dosage in adults and children 12 years and over is:

- To relieve symptoms, swallow 1 tablet with a glass of water.
- To prevent symptoms, swallow 1 tablet with a glass of water 30 to 60 minutes before eating food or drinking beverages that cause heartburn.

The maximum dose is 300 mg of ranitidine per day (WHO defined daily dose).

**Injectable formulations** are indicated in the treatment of gastric ulcers, duodenal ulcers, gastritis, reflux esophagitis, Zollinger-Ellison syndrome, prophylaxis of Mendelson syndrome and prevention of upper gastrointestinal bleeding.

The recommended dosage is:

- Intramuscular injection: Fifty (50) mg (2 mL) every 6-8 hours without dilution.
- Intravenous (IV) injection is 50 mg (2 mL) every 6-8 hours diluted in 0.9% saline solution to complete a volume of 20 mL and inject over a period not less than five minutes.

## 2.1 MEDICAL RISK ASSOCIATED WITH ANY NDMA CONTAMINATION

### 2.1.1 Hazard assessment and risk characterization

N-Nitrosodimethylamine (NDMA) has recently been identified as a potential impurity in ranitidine drug substance and drug products. The ICH M7 Guideline on “assessment and control of DNA reactive (mutagenic) impurities in pharmaceuticals to limit potential carcinogenic risk” is applicable. A hazard assessment and risk characterization is hereafter conducted in the context of ICHM7.

NDMA is a known mutagenic carcinogen in rodents and it is classified by IARC (International Agency for Research in Cancer) as a 2A carcinogen (probably carcinogenic in humans). According to IARC, NDMA should be regarded for practical purposes as if it was carcinogenic to humans (IARC 1987). IARC classification is based on occurrence of cancer in several species and different exposure route. NDMA requires metabolic activation to express its mutagenic and carcinogenic effects and this metabolism route exists in rodents and man.

NDMA should be considered and controlled as a class 1 impurity (i.e., known mutagenic carcinogen) according to ICHM7 classification. Moreover, it is an N-nitroso compound identified as part of the "high potency mutagenic carcinogens referred to as the cohort of concern" in ICH M7 guideline. In guideline ICHM7- Section 7.5, it is clarified that compounds from some structural classes of mutagens can display extremely high carcinogenic potency, i.e., aflatoxin-like-, N-nitroso-, and alkyl-azoxy structures. If these compounds are found as impurities in pharmaceuticals, acceptable intakes for these high-potency carcinogens would likely be significantly lower than the acceptable intakes (of 1.5 µg/day) defined in this guideline, and are, for this reason, defined as "cohort of concern".

For class 1 impurities and according to ICH M7, compound specific acceptable intake and limit should be determined based on available carcinogenicity data, and the application of the Threshold of Toxicological Concern of 1.5 µg/day is not appropriate.

The carcinogenic potency of NDMA reported in the Carcinogenicity Potency Database (CPDB) is as follows in Table 4:

**Table 4 - Carcinogenic potency of Nitrosodimethylamine (CAS 62-75-9) reported in CPDB**

| Rat Target Sites | | Mouse Target Sites | | $TD_{50}$ (mg/kg/day) | |
|---|---|---|---|---|---|
| Male | Female | Male | Female | Rat | Mouse |
| kid liv lun tes vsc | liv vsc | liv nrv | lun nrv | 0.0959 | 0.189 |

Kid: kidney,liv: liver, lun:lung, tes:testis, nrv: nervous system, vsc: vascular system

Results obtained in rodents showed that tumors were found in kidneys, liver, lungs, testis, nervous system, and vascular systems.

For further calculation of an acceptable daily intake, the value of $TD_{50}$ obtained in the most sensitive species, sex and tissue (i.e., more conservative approach) has to be used (Note 4 of ICHM7).

In the case of NDMA; the $TD_{50}$ of 0.0959 mg/kg/day in rat has to be considered for risk characterization.

#### *2.1.1.1 Risk characterization for lifetime exposure*

The compound-specific acceptable intake should be calculated based on the carcinogenic potency (i.e., $TD_{50}$) and a linear extrapolation to a probability of $10^{-5}$ (i.e., the accepted lifetime risk level recommended in ICH M7), where:

- $TD_{50}$ value is a dose giving a 50% tumor incidence equivalent to a cancer risk probability level of 1:2
- Linear extrapolation to a probability $10^{-5}$ (i.e. 1 in 100 000) is achieved by simply dividing the $TD_{50}$ by 50 000.

For NDMA the compound specific Acceptable Intake is equal to 0.0959 µg/day (or 96 ng/day), for an acceptable excess of cancer risk of $10^{-5}$.

- Lifetime AI = 0.0959/50000 x 50 kg =0.0959 µg/day

This acceptable intake calculated according to ICHM7 guideline is comparable to the 0.2 µg/day WHO health-based value for NDMA in drinking water which is also associated with an upper-bound acceptable excess lifetime risk for cancer at $10^{-5}$.

**This Acceptable Intake of 96 ng/day is mentioned by Health Canada in the letter dated September 2019. Health Canada determined an interim acceptable concentration limit of 0.32 ppm (corresponding to 320 ppb).**

- This is based on AI of 96 ng/day NDMA for a lifetime exposure and the maximum ranitidine daily dose of 300 mg.
- "Interim" acceptable concentration limit is related to batches already on the market and for an additional future transitional period of 2 years. A future limit of 30 ppb has been proposed for sartans.[1]

**Table 5 - Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Letter from Health Canada 13-sept-2019 | NA | NA (Canada HA) | OTC | 300# | 14 days | - | Daily lifetime use # ** | 70 | 0.0959 | 0.320 |
| Heartburn | | US/Canada/ Italy | OTC | 300* | 14 days | - | Daily lifetime use # ** | 70 | 0.0959 | 0.320 |

* for Ranitidine 75mg tablets
** Hypothesis without supporting data
# Assumed by Health Canada
- This is twice the maximum labeled daily dose in the US and Canada
- This is the maximum labeled daily dose in Italy.

### *2.1.1.2 Risk characterization for ranitidine labelled indications*

Although the AL has been calculated for a 70-yr-lifetime, OTC Zantac 75®; Zantac 150®, Zantac 150® Cool Mint are only on the market since 1995, 2004 and 2007, respectively. Taking into account that this reduces the possible treatment duration, the acceptable intake is higher. As an example, the AL increases from 320 ppb to 932 ppb if the exposure decreases from 70 years to 24 years (marketed period of Zantac 75® tablet).

[1] Note: WHO health-based value for NDMA in drinking water is 0.2 µg/day. With an upper-bound acceptable excess lifetime risk for cancer at $10^{-5}$

Zantac 75® to summarise, the risk characterization is dependent on each labelled indications and patient use.

Example 1 of calculation: assume daily use for 300 mg OTC ranitidine during the 24 years since US approval:

- AI equals to 0.0959µg x (365 days x70yrs =25550) / 8760 days (i.e. 24 yrs) = 0.279 µg/day (279 ng/day)
- Corresponding Acceptable Limit: 0.279 / 0.3= 0.932 ppm (=932 ppb)

To conclude on this example, patients having taken OTC Zantac DPs containing less than 932 ppb of NDMA for 24 years at a maximum daily dose of 300 mg would not present an excess of cancer risk higher than $10^{-5}$, which is considered as an acceptable risk according to ICHM7.

AI and AL calculations for various Rx ranitidine products marketed only outside the US and Canada are found in Appendix 1.

# 3 ASSESSMENT OF SAFETY IMPACT OF THE POTENTIAL PRODUCT DEFECT

## 3.1 METHODOLOGY

A search was performed to identify all solicited and unsolicited cases, related to ranitidine containing products (ranitidine; ranitidine hydrochloride) as a suspect drug including diagnosis and symptoms using MedDRA version 22.0 for all cases of carcinogenicity and genotoxicity.

The first search was performed to identify all cases of potential carcinogenicity:

- SOC Neoplasms benign, malignant and unspecified (including cysts and polyps)

The second search was performed to identify all cases of potential genotoxicity:

- SOC Congenital, familial and genetic disorders
- Cases reporting Adverse Events along with the Preferred Terms (PT)s
  - Drug exposure before pregnancy
  - Exposure during pregnancy
  - Foetal exposure during pregnancy
  - Haemorrhage in pregnancy
  - Maternal exposure during pregnancy
  - Pregnancy

The Sanofi global pharmacovigilance database was searched for:

**Concerned Batches**

All cases reported cumulatively since 01 January 1900 to 17 November 2019 with ranitidine concerning the batches 19D428U, 19D435U, 19E408M, 19E401M, 18L012U, 19D563, 19D570, 181379, 181381, 181382, 181380, 181383, 170939, 170938, 170936, 170935, and 170937 regardless of the reporting country. Further, all cases reported cumulatively since 01 January 1900 to 31 January 2020 with ranitidine concerning the batches 9GC3524A, 9GC2223A, 9GC2219C, 9GC1283C, 9GC1283A, 9GC0090C, 8GC5016C, 8GC4532E, 8GC4532D, 8GC2673C, 8GC2231D, 8GC1627A, 8GC1225A regardless of the reporting country.

For identifying potential differences in reporting rates, the time period when the patients were exposed to the concerned batches was compared to the same time period before marketing of the concerned batches:

**Impacted period**

All cases reporting carcinogenicity and genotoxicity for ranitidine and ranitidine hydrochloride reported from 01 September 2016 through 31 January 2020.

**Comparative period**

All cases reporting carcinogenicity and genotoxicity for ranitidine and ranitidine hydrochloride reported from 02 April 2013 through 31 August 2016.

**Cumulative period**

A cumulative search from the first case entered in the Sanofi global pharmacovigilance database to 16 October 2019 was performed. On 18 November 2019 the cumulative search was repeated to account for new cases reported from launch to 17 November 2019. Further, on 02 December 2019 the cumulative search was repeated to account for new cases reported from launch to 30 November 2019. Further, on 03 February 2020 the cumulative search was repeated to account for new cases reported from launch to 31 January 2020.

**Literature**

On 03 December 2019, a literature search was conducted in Medline and Embase cumulatively until 30 November 2019 for articles reporting or discussing NDMA impurity in ranitidine which can potentially cause carcinogenicity and genotoxicity. The following terms were queried:

“Benign Neoplasms”, “Cancer”, “Malignancy”, “Malignant Neoplasms”, “Neoplasia”, “Neoplasm”, “Neoplasms”, or “Benign Tumors”, “Embryotoxicity”, “Fetotoxicity”, “Reprotoxicity, “Genotoxicity”.

**Pharmacovigilance Textbook Review**

Textbooks of Meyler’s, Martindale, and Micromedex were reviewed on 31 December 2019 for NDMA impurity in ranitidine which can potentially cause carcinogenicity and genotoxicity.

**External databases**

The FDA Adverse Event Reporting System (FAERS) was searched for disproportionate reporting results ("Signal detection") of 4Q 2018.

The World Health Organization's (WHO) ADR database (VigiBase) was searched for disproportionate reporting results ("Signal detection") of 1Q 2019.

## 3.2 RESULTS

### 3.2.1 ANALYSIS FROM THE GLOBAL PHARMACOVIGILANCE DATABASE

The results from the analysis of data retrieved from the Sanofi global pharmacovigilance database are provided below:

**Concerned Batches**

No cases were reported concerning the affected batches 19D428U, 19D435U, 19E408M, 19E401M, 18L012U, 19D563, 19D570, 181379, 181381, 181382, 181380, 181383, 170939, 170938, 170936, 170935, 170937 or 9GC3524A, 9GC2223A, 9GC2219C, 9GC1283C, 9GC1283A, 9GC0090C, 8GC5016C, 8GC4532E, 8GC4532D, 8GC2673C, 8GC2231D, 8GC1627A, and 8GC1225A.

#### *3.2.1.1 Safety profile comparison during both periods*

##### *3.2.1.1.1 Impacted period (01 September 2016 through 31 January 2020)*

**Carcinogenicity**

During the impacted period, a total of 275 cases which reported MedDRA PTs related to carcinogenicity were received. Of these 275 cases, 270 were serious and 5 were non-serious. Nineteen cases reported fatal outcome due to event of interest.

**Genotoxicity**

During the impacted period, a total of 89 cases which reported MedDRA PTs related to genotoxicity were received. Of these 89 cases, 31 were serious and 58 were non-serious. None of the cases reported fatal outcome.

##### *3.2.1.1.2 Comparative period (02 April 2013 through 31 August 2016)*

**Carcinogenicity**

During the comparative period, a total of 16 cases which reported MedDRA PTs related to carcinogenicity were received. Of these 16 cases, 14 were serious and 2 were non-serious. One case reported fatal outcome due to event of interest.

**Genotoxicity**

During the comparative period, a total of 19 cases which reported MedDRA PTs related to genotoxicity were received. Of these 19 cases, 13 were serious and 6 were non-serious. None of the cases reported fatal outcome.

For details on all these cases, please refer to the following Section 3.2.1.1.3 Cumulative period.

### *3.2.1.1.3 Cumulative period*

#### 3.2.1.1.3.1 Carcinogenicity

The initial search as specified in Section 3.2.1.1.3.1 retrieved a total of 112 cases which reported MedDRA PTs related to carcinogenicity. The second search with a data lock point of 17 November 2019 using the same methodology retrieved a total of 146 cases cumulatively till 17 November 2019. The third search with a data lock point of 30 November 2019 using the same methodology retrieved a total of 179 cases cumulatively till 30 November 2019. The fourth search with a data lock point of 31 January 2020 using the same methodology retrieved a total of 298 cases cumulatively till 31 January 2020. Of these 298 cases, 1 case (BI2008DE07834GD) reported multiple patients and hence, has been excluded from further analysis. Of the remaining 297 cases, 21 cases reported fatal outcome due to carcinogenicity related events. These 297 cases are displayed by source and seriousness in below Table 6.

**Table 6 - Overview of cases of interest by source and seriousness (n=297)**

| Seriousness | Clinical sponsored | Consumer | Health authority | Health professional | Literature | Total |
|---|---|---|---|---|---|---|
| **Serious** | 2 | 260 | 8 | 6 | 9 | **285** |
| **Non-serious** | 1 | 9 | 0 | 2 | 0 | **12** |
| **TOTAL** | **3** | **269** | **8** | **8** | **9** | **297** |

These 297 cases are displayed by different variables in Table 7.

**Table 7 - Pattern Analysis**

| Parameters | Count of cases (n=297) |
|---|---|
| Age Group | Infant: (n=1)<br>Adolescent : (n=4)<br>Adult: (n=104)<br>Elderly: (n=28)<br>NR: (n=160) |
| Gender | Female/ Male: (n=125)/ (n=117)<br>Unknown: (n=55) |

| Parameters | Count of cases (n=297) |
|---|---|
| Country | UNITED STATES: (n=264)<br>CANADA: (n=15)<br>BRAZIL: (n=6)<br>UNITED KINGDOM: (n=4)<br>GREECE: (n=2)<br>ITALY/ SAUDI ARABIA/ GERMANY/ FINLAND/ HUNGARY/ NORWAY: (n=1 each) |
| Outcome (Event Level) | Fatal: (n=22)<br>Resolved/ Resolving: (n=24)/ (n=4)<br>Not resolved: (n=8)<br>NR: (n=269) |

NR: Not Reported

Most of the cases were reported by Individuals and from United States. An overview of the most frequently reported events of interest (frequency≥3) by PT and by seriousness is provided below in Table 8 (see Appendix 3 for all the counts).

**Table 8 - Overview of events of interest by preferred terms and seriousness (n=297)**

| Preferred Term | Seriousness (Event level) | | |
|---|---|---|---|
| | Serious | Non-serious | Total |
| Neoplasm malignant | 45 | 0 | 45 |
| Bladder cancer | 30 | 0 | 30 |
| Renal cancer | 27 | 0 | 27 |
| Breast cancer | 21 | 0 | 21 |
| Prostate cancer | 18 | 0 | 18 |
| Colon cancer | 18 | 0 | 18 |
| Oesophageal carcinoma | 17 | 0 | 17 |
| Colorectal cancer | 13 | 0 | 13 |
| Gastric cancer | 11 | 0 | 11 |
| Lung neoplasm malignant | 10 | 0 | 10 |
| Pancreatic carcinoma | 6 | 0 | 6 |
| Renal cyst | 4 | 2 | 6 |
| Polyp | 1 | 4 | 5 |
| Thyroid cancer | 5 | 0 | 5 |

| Preferred Term | Seriousness (Event level) | | |
|---|---|---|---|
| | Serious | Non-serious | Total |
| Clear cell renal cell carcinoma | 3 | 0 | 3 |
| Gastric polyps | 1 | 2 | 3 |
| Hepatic cancer | 3 | 0 | 3 |
| Lymphoproliferative disorder | 3 | 0 | 3 |
| Metastases to liver | 3 | 0 | 3 |
| Plasma cell myeloma | 3 | 0 | 3 |
| Rectal cancer | 3 | 0 | 3 |
| Throat cancer | 3 | 0 | 3 |

n= Number of cases.

Following a public statement issued on FDA website on 13 September 2019, there was an increase in reported cases of carcinogenicity which is illustrated in the graph below for the year 2019. Between 13 September 2019 and 16 October 2019, the total number of cases pertaining to the SOC Neoplasms benign, malignant and unspecified (including cysts and polyps) nearly doubled. From 17 October 2019 to the new data lock point of 30 November 2019, a further increase in case reports was noted, particularly during the month of October. From 01 December 2019 to the new data lock point of 31 January 2020, the number of case reports stayed at a level comparable to that observed in October 2019.




## Case review

Of these 297 cases, 20 cases (2017SA256278, 2019SA017542, 2019SA132941, 2019SA290862, 2019SA304643, 2019SA334941, 2020SA018464, 2020SA018539, 2020SA019704,

BI2007BP13107PF, BI2009BP07157BP, BI2009BP08266BP, BI2010BP13126BP, BI2013BI10360BP, BI2013BI13523BP, BI2014BI34228BP, BI2016BI02622BP, BI2016BI065125, BI2016BI45481BP, BI2017BI018531) reported non-serious events of abdominal neoplasm, cyst, gastric polyps, large intestine polyp, melanocytic naevus, oesophageal polyp, ovarian cyst, polyp, rectal polyp, renal cyst, and uterine cyst. These cases will not be discussed further.

Of the remaining 277 cases, 249 cases (see Appendix 4) showed unclassified chronology as they lacked relevant information regarding dose, indication, time to onset of the event, medical history, past drugs, concomitant medications, and/or clinical course, thereby precluding an adequate medical assessment. The most frequently reported events of interest in these cases were: neoplasm malignant, bladder cancer, renal cancer, prostate cancer, colon cancer, oesophageal carcinoma, breast cancer, colorectal cancer, gastric cancer, lung neoplasm malignant, pancreatic carcinoma, thyroid cancer, rectal cancer, plasma cell myeloma, metastases to liver, throat cancer. These cases are presented in detail in Appendix 4.

The remaining 28 cases (see Appendix 5) showed unlikely causality as events of carcinogenicity could either be associated with the pa tient's medical history, concurrent conditions, or concomitant medications. Some cases reported implausible latency. The events of interest reported in these cases were breast cancer, neoplasm malignant, lymphoproliferative disorder, clear cell renal cell carcinoma, renal cyst, synovial cyst, lung neoplasm malignant, breast pain, neuroendocrine carcinoma, gastric polyps, haemangioma of liver, renal cancer, hair follicle tumour benign, b precursor type acute leukaemia, hepatic cancer, breast cyst, leukaemia recurrent, pancreatic carcinoma, acute lymphocytic leukaemia recurrent, renal cell carcinoma, anogenital warts, squamous cell carcinoma, malignant melanoma, thyroid cancer, malignant neoplasm progression, metastases to kidney. These cases are presented in detail in Appendix 5.

#### 3.2.1.1.3.2 Genotoxicity

The search as specified in section 3.1 retrieved a total of 134 cases which reported MedDRA PTs related to genotoxicity. The second search with a data lock point of 17 November 2019 using the same methodology retrieved a total of 139 cases cumulatively till 17 November 2019. The third search with a data lock point of 30 November 2019 using the same methodology did not result in any additional case. The fourth search with a data lock point of 31 January 2020 using the same methodology retrieved a total of 154 cases cumulatively till 31 January 2020. Of these 154 cases, 2 cases (BI2013RO01838RO, BI2015BI22257GD) reported multiple patients without sufficient information about the single patients and hence, have been excluded from further analysis. None of the cases reported any fatal outcome. The remaining 152 cases are displayed by source and seriousness in below Table 9.

**Table 9 - Overview of cases of interest by source and seriousness (n=152)**

| Seriousness | Clinical sponsored | Clinical unsponsored | Consumer | Health authority | Health professional | Literature | Total |
|---|---|---|---|---|---|---|---|
| **Serious** | 1 | 1 | 9 | 16 | 2 | 22 | **51** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Non-serious** | 0 | 0 | 65 | 2 | 30 | 4 | **101** |
| **TOTAL** | **1** | **1** | **74** | **18** | **32** | **26** | **152** |

These 152 cases are displayed by different variables in Table 10.

**Table 10 - Pattern Analysis**

| Parameters | Count of cases (n=152) |
|---|---|
| Age Group | Foetus/ Neonate: (n=3)/ (n=10)<br>Infant: (n=4)<br>Adult: (n=89)<br>Elderly: (n=1)<br>NR: (n=45) |
| Gender | Female/ Male: (n=127)/ (n=11)<br>Unknown: (n=14) |
| Country | UNITED STATES: (n=96)<br>CANADA: (n=14)<br>NETHERLANDS: (n=7)<br>UNITED KINGDOM: (n=5)<br>GERMANY/ INDIA/ PORTUGAL/ AUSTRALIA/ BRAZIL: (n=4 times each)<br>FRANCE/ IRELAND: (n=3 times each)<br>ARGENTINA/ ROMANIA/ QATAR/ SPAIN: (n=1 each) |
| Outcome (Case Level) | Resolved: (n=22)<br>Resolving: (n=3)<br>Not resolved: (n=4)<br>NA: (n=24)<br>NR: (n=99) |

NR: Not Reported

Most of the cases were reported by individuals and from United States and were non-serious. An overview of the most frequently reported events by PT and by seriousness is provided below in Table 11 (further see Appendix 6 for SOC table).

**Table 11 - Overview of most frequently reported events by preferred terms and seriousness (n=152)**

| Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|
| Dyspepsia | 0 | 21 | 21 |
| Vomiting | 2 | 13 | 15 |
| Pruritus | 2 | 5 | 7 |

| Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|
| Condition aggravated | 1 | 4 | 5 |
| Gastrooesophageal reflux disease | 1 | 4 | 5 |
| Nausea | 0 | 5 | 5 |
| Drug hypersensitivity | 2 | 2 | 4 |
| Headache | 2 | 2 | 4 |
| Malaise | 0 | 4 | 4 |
| Pain | 2 | 2 | 4 |
| Pyrexia | 2 | 2 | 4 |

n= Number of cases, SOC= System Organ Class.

## Case review

Of the 152 cases, 146 cases were reported during pregnancy. In 6 cases, congenital anomalies were reported without in-utero exposure of ranitidine; these patients were between 1 day and 68 years old and respective cases are separately discussed below.

*Adverse events reported during pregnancy (n=146)*

Of the 146 cases, 100 cases (Appendix 7) reported non-serious adverse events after ranitidine intake during pregnancy. These cases are not discussed further. The remaining 46 serious cases are provided in Appendix 8.

### Cases with at least one event in the SOC congenital, familial and genetic disorders

Of the remaining 46 serious cases, 15 cases (2013SA061932, 2019SA065285, 2019SA246301, 2019SA276508, BI2007BP00654BP, BI2007BP00657BP, BI2007BP00658BP, BI2007BP00660BP, BI2007BP00661BP, BI2007BP00662BP, BI2008DE05525GD, BI2009DE07181GD, BI2014BI01243GD, BI2014RO00070RO, BI2015BI33290GD) were reported under the SOC congenital, familial and genetic disorders. These congenital anomalies referred to amniotic band syndrome, cerebral palsy, cleft palate, congenital anomaly, congenital bladder anomaly, congenital multiplex arthrogryposis, cystic fibrosis, genitalia external ambiguous, hydrocele, hypospadias, multiple congenital abnormalities, syndactyly, talipes, and ventricular septal defect.

- 11 cases (2013SA061932, 2019SA246301, 2019SA276508, BI2007BP00654BP, BI2007BP00657BP, BI2007BP00658BP, BI2007BP00660BP, BI2007BP00661BP, BI2007BP00662BP, BI2008DE05525GD, BI2015BI33290GD) reported unclassified causality as they lacked adequate information for medical assessment. These cases are not discussed further.

- The remaining 4 cases (2019SA065285, BI2009DE07181GD, BI2014BI01243GD, BI2014RO00070RO) reported unlikely causality as the events could either be associated to the patient's maternal medical history or concomitant medications.

**Cases of events not reported under the SOC congenital, familial and genetic disorders**

In these 31 cases of exposure during pregnancy, other events were reported that are not listed under the SOC congenital, familial and genetic disorders.

- 9 cases (2013SA062300, 2017SA147220, 2018SA011056, 2018SA019564, 2018SA221232, 2019SA180807, BI2007BP03929BP, 2019SA261479, 2019SA355005) reported unclassified causality as they lacked relevant information regarding dose, indication, time to onset of the event, medical history, past drugs, concomitant medications, and/or clinical course, thereby precluding the adequate medical assessment. These cases are not discussed further.
- The remaining 22 serious cases (2010SA063452, 2014SA065866, 2014SA135933, 2015SA049775, 2016SA120265, 2017SA145829, 2017SA147334, 2017SA172661, 2018SA184866, 2018SA263619, 2018SA391798, 2019SA038853, 2019SA222910, 2019SA246391, 2019SA322356, 2019SA354995, 2019SA355363, A01200910461, BI2007BP00120BP, BI2007BP00157BP, BI2012BI01643BP, BI2016BI20178BI) reported unlikely causality as the events could either be associated to the medical history, concurrent conditions, or concomitant medications.

*Congenital anomalies reported without in-utero exposure (n=6)*

Of these 6 cases, in 1 case (BI2007BP09734PF) the patient experienced non-serious congenital anomaly of porphyria an unspecified duration after receiving ranitidine. This case is excluded from further discussion of the serious cases. In the remaining 5 serious cases, congenital anomaly was reported after the patients received ranitidine therapy (no in-utero exposure to drug). The anomalies reported were coarctation of the aorta, congenital renal disorder, porphyria non-acute, sickle cell trait, and macrocephaly. Two (2) of these 5 cases (2019SA003467, 2019SA127137) reported unclassified causality as they lacked adequate information for medical assessment. These cases are not discussed further. The remaining 3 cases (2017SA042014, 2018SA160076, BI2009RO01283RO) reported unlikely causality as the events could either be associated to the patient's maternal medical history or concomitant medications.

### 3.2.2 Scientific Literature

The scientific literature search retrieved a total of 46 case reports literature articles and 191 non-case reports. All 46 case reports have been assessed in the cumulative presentation of cases in Section 3.2.1.1.3 Cumulative period. From the review of the non-case reports no deviation of the known safety profile of ranitidine was identified. For the epidemiological literature please refer to Section 3.2.2.1 Epidemiologic Studies.

### *3.2.2.1 Epidemiologic Studies*

In 2000, Habel studied Northern California Kaiser Permanente patients who used ranitidine and cimetidine between 1982 and 1987. The RRs of cimetidine and ranitidine were similar, and the overall RR for ranitidine users and cancer was 1.26 (95% CI 1.01-1.58). The authors concluded that the results did not support a causative relationship between cancer risk and H2RA use, but it was recommended that additional studies be performed in larger populations.(1)

In 2000, Rossing evaluated the risks of breast and prostate cancers with histamine-2 receptor antagonists in a nested case-control study using Group Health Cooperative of Puget Sound data from 1977 to 1996. Among breast cancer patients, 82 patients were exposed to H2RA (99.1% ranitidine). When compared with 793 controls exposed to H2RA and 3947 controls to cimetidine, the risk of breast cancer showed no increased risk of breast cancer (RR 1.0 95%CI 0.7–1.2) in H2RA or ranitidine users. Among prostate cancer patients, 68 patients were exposed to H2RA (99.1% ranitidine). When compared with 708 controls exposed to H2RA and 3212 controls to cimetidine, the risk of prostate cancer showed no increased risk of prostate cancer (RR 1.0 (0.8–1.4) in H2RA or ranitidine users.(2)

In 2004, Michaud et al. studied the relationship between gastric ulcers and bladder cancer. While not a primary focus of their research, Michaud incidentally observed a non-significant association between use of H2RAs and elevated risk of bladder cancer (RR= 1.46, 95% CI= 0.85-2.50).(3)

In 2005, Coogan used a case control study of 6,591 breast cancer patients to calculate the odds ratios for breast cancer among regular users of H2RAs. The overall odds ratio was 0.9 (95% CI 0.6-1.3), and varied from 0.4 (95% CI 0.2-0.9) for 2 to 3 years' use and 0.9 (95% CI 0.4-2.0) for four or more years' use. They concluded that there was no association between the use of H2RAs other than cimetidine and breast cancer.(4)

In 2006, Velicer studied a cohort of 33,506 men to assess whether there is an association between H2RA use and prostate cancer risk. H2RA use (not including cimetidine) was not associated with prostate cancer risk: RR of 0.86 (95% CI 0.64-1.14).(5)

In 2008, Mathes performed two case-control studies in Washington using a combined data set of 1,941 patients with breast cancer, and concluded that the 127 current users of ranitidine had an increased RR of ductal carcinoma of 2.2 (95% CI 1.1-4.3) compared to never users of H2RAs. Use of H2RAs in general was not associated with increased risk of breast cancer.(6)

In 2009, Poulsen examined the association between H2RA use and risk of gastric cancer using population-based healthcare registers in Denmark. In a comparison of users and non-users of H2RAs, the RR for gastric cancer for H2RA users was 1.2 (95% CI 0.8-1.8) over a population who used H2RAs for an average of 5.2 years. When results were stratified by years of follow up, one year of use was associated with an IRR of 2.6 (95% CI 1.4-4.9), two to four years of use with an IRR of 0.7 (95% CI 0.3-1.5), and five or more years of use with an IRR of 1.1 (0.5-2.8).(7)

In 2009, Chubak conducted a case control study of 641 patients with colorectal cancer to calculate the odds ratio for colorectal cancer among users of H2RAs. H2RA use was not related to colorectal cancer risk: OR = 0.8 (95% CI 0.6-1.1).(8)

In 2012, Bradley conducted a nested case-control study using GPRD from 1995 to 2007 to evaluate the association between the risk of pancreatic cancer and the exposure to H2RA. The risk of pancreatic cancer was increased in short-term and low dose H2RA users (total dose 0-30 DDD of H2RA: OR 1.30 95%CI 1.01-1.68; total duration 0-30 days of H2RA: OR 1.30 95%CI 1.01-1.69). However, when dose or duration exceeded 30 DDD or days, the risk of pancreatic cancer presented no statistical significance. Consequently, no consistent patterns of association were observed for the pancreatic cancer risk with H2RA.(9)

In 2013, Ahn performed a meta-analysis of 11 observational studies that tracked the health status of 5,980 gastric cancer patients. There was a statistically significant increase in cancer incidence among patients who used acid-suppressive drugs, including a range of H2RA and proton pump inhibitors, for five years or less, and a non-significant increase in cancer incidence in patients who used acid-suppressive drugs for more than five years. The authors of this study observed that early symptoms of gastric cancer may mimic more benign conditions that acid-suppressive drugs are often used to treat, which could explain the higher incidence of cancer in the first five years.(10)

In 2013, Hsu evaluated the therapeutic potential of H2RA in patients with diabetes type 2 for lung cancer. A nested case-control study was then designed using Taiwan National Health Insurance claims database, which included 640173 patients with diabetes type 2 from 2000 to 2007. Among incident cases of squamous cell carcinoma (SCC) and adenocarcinoma, the risk of lung cancer was not significantly decreased statistically after adjustment for other variables. When assessing by type of lung cancer, the results reported statistically non-significant decrease in H2RA users.(11)

In 2017, Wennerström assessed the association between the risk of proximal stomach cancer and the use of histamine type-2 receptor antagonists (H2RA) or proton-pump inhibitors (PPI) in the indication of H. pylori infection. Overall, authors found a declining risk inversely with the number of prescriptions consistent with the other studies suggesting possible confounding by indication. Moreover, increased risk was seen in both H2RA and PPI suggesting any association is not likely attributable to characteristics of ranitidine specifically.(12)

In 2018, Tran evaluated the risk of liver cancer with PPI and H2RA using primary care clinical informatics unit (PCCIU) database and UK Biobank and cancer registry. In both databases, the risk of liver cancer in ranitidine users was increased with no statistical significance (PCCIU database: OR 1.41 95%CI 0.91-2.15, p=0.11; UK Biobank: OR 1.82 95%CI 0.87-3.79, p=0.11). Despite adjustment for multiple confounders and the completeness of the databases, the studies presented limited number of patients exposed to ranitidine, confounding by incomplete/unknown exposures and confounding by indication.(13)

In 2019, Laoveeravat performed a meta-analysis using MEDLINE and EMBASE through February 2019. Six case-control studies and one cohort study (N= 546199 participants) were identified relevant for the assessment of the risk of pancreatic cancer in PPI and H2RA users. The risk of pancreatic cancer was increased in H2RA users compared with non-users (RR 1.26, 95% CI: 1.02–1.57). When a sensitivity analysis excluding one study at a time was performed, the risk lost statistical significance.(14)

### 3.2.3 External Databases

From FAERS 4Q 2018 data – elevated scores of interest are:

- Gastrointestinal carcinoma (PT): case count 64; EBGM = 3.38; EB05 (the bottom bound of the 95% CI) = 2.74
- Barrett's oesophagus (PT): case count 22; EBGM = 5.01; EB05 = 3.49

All other PTs of interest and related terms were below the threshold of EB05 > 2.

From WHO Vigibase 1Q 2019 – elevated scores of interest are:

- Fibroadenoma of breast (PT): case count 12; EBGM = 3.36; EB05 = 2.05
- Barrett's oesophagus (PT): case count 16; EBGM = 3.60; EB05 = 2.35

All other PTs of interest and related terms were below the threshold of EB05 > 2.

## 3.3 ASSESSMENT

NDMA is a known mutagenic carcinogen in rodents, classified by IARC as 2A carcinogen (probably carcinogenic in human). NDMA should be considered and controlled as a class 1 impurity (known mutagenic carcinogen) according to ICHM7 classification.

Based on the preliminary analyses of the finished drug product and active pharmaceutical ingredient of ranitidine, NDMA was found in 7 batches of OTC ranitidine marketed in the US. Based on a 300 mg/day intake over a 70-year lifetime, the assumed exposure recommended by Health Canada for the purpose of calculating an acceptable limit, three batches of the finished drug product exceeded the calculated acceptable limit of 320 ppb of NDMA when used over a lifetime. This concerns 2 batches of Zantac® Cool Mint and 1 batch of Zantac 75® mg. It should, however, be noted that for the OTC Zantac 75® tablet this is twice the maximum labeled daily dose in the US and Canada which artificially halves the calculated acceptable limit assuming 150mg/day dosing over a lifetime.

The NDMA levels found in preliminary results from drug substance batch testing are inconsistent with preliminary results found in the finished drug products using the corresponding drug substance batch (see Table 1).

Although the AL has been calculated for a 70-yr-lifetime exposure for the OTC products Zantac 75®; Zantac 150®, and Zantac 150® Cool Mint, it must be recognized that these OTC products have been on the market only since 1995, 2004 and 2007, respectively. Taking into account that this reduces the possible treatment duration from 70 to 24 years, the acceptable limit is higher; the AL increases from 320 ppb to 932 ppb (marketed period of Zantac 75® tablet). Considering this scenario, the NDMA content in the one Zantac 75® drug product batch tested is not above the acceptable limit based on the shorter marketed period of Zantac 75® to date. For potential future use of ranitidine 75 mg over a lifetime, however, the AL is 320 ppb. For none of the concerned batches were cases of carcinogenicity or genotoxicity reported.

In none of the cases in Sanofi's postmarketing safety database was there evidence of a causal relationship between ranitidine and carcinogenicity or genotoxicity. Following a public statement issued by FDA, EMA and Health Canada on 13 September 2019, the number of reported cases of carcinogenicity increased. Sanofi considers this increase being induced by the increased patient awareness.

Spontaneous reporting schemes are subject to some limitations in terms of describing a causal relationship between the drug and the event. They are much less effective in identifying reactions with a long latency. In contrast to clinical studies, there is no prospective intra- or inter-individual comparison that would strengthen the evidence of the results. Based on the uncontrolled nature of unsolicited reporting, the association may often be confounded by indication (e.g., pre-existing cancer with symptoms similar to the indication of use, or indication for use being consistent with symptoms of known cancer). Especially if reported by consumers in an OTC environment, there is often limited information being not sufficient to assess the causal relationship in a case. In addition, taking into account the large patient exposure to the drug, the number of cases reported for ranitidine appears low.

Overall, the association between the risk of cancer and the exposure to ranitidine or histamine-2 receptor antagonist (H2RA) was inconsistent between studies and localization.

For gastric and pancreatic cancers, all studies showed an increased risk with ranitidine or H2RA. Among the study authors, a common conclusion was that the association could be an artefact of indication bias, among other confounders, because of the similarity of presentation of early cancers and conditions indicated for treatment with ranitidine or H2RA. These studies all presented major limitations such as lack of adjustment for important confounders and limited sample size.

For breast, prostate, colorectal, lung, bladder and liver cancers, the selected studies did not support the association with ranitidine or H2RA use. The risk estimates presented either a decreased risk or were statistically non-significant.

Based on this review, there is little evidence that ranitidine or H2RA is causally associated with an increased risk of cancer, due to major methodology limitations of the studies such as insufficient adjustment for important confounders, limited number of patients and the presence of the confounding by indication. Further research could be performed to assess a potential link between ranitidine and carcinogenesis.

# 4 CONCLUSION OF THE HEALTH HAZARD EVALUATION

Based on the analysis of the medical risk related to this product quality assessment, individuals receiving ranitidine OTC in the US and Canada may be exposed to levels of NDMA above the calculated acceptable limit of 320 ppb based on a daily 300 mg lifetime exposure originally recommended by Health Canada.

Other acceptable limits have been calculated for the prescription products available outside the US and Canada and their associated indications (see Appendix 1).

This includes ranitidine oral forms marketed in Colombia, Ecuador, El Salvador, Guatemala, Honduras, and Peru having a Zollinger-Ellison indication.

In addition, this also includes ranitidine oral forms marketed in Italy having occasional heartburn indication.

Further, included are oral forms marketed in Brazil having ulcer and reflux as well as Zollinger-Ellison Syndrome as indication.

Further, included are injectable forms marketed in Colombia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, and Peru having ulcer, Zollinger-Ellison Syndrome, reflux esophagitis, prophylaxis in gastrointestinal bleeding due to stress ulcer, recurrent bleeding peptic ulcers, and Mendelson Syndrome as indication.

Exposure above the acceptable limit may be associated with an increased theoretical risk of cancer based on the ICH M7 guidelines. Due to insufficient evidence, the clinical relevance of any exposure is unclear.

# 5 REFERENCES (available upon request)

1. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf. mars 2000;9(2):149 55.

2. Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. mars 2000;9(3):319 23.

3. Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. févr 2004;13(2):250 4.

4. Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. avr 2005;14(4):1012 5.

5. Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. Ann Epidemiol. déc 2006;16(12):895 900.

6. Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. janv 2008;17(1):67 72.

7. Poulsen AH, Christensen S, McLaughlin JK, Thomsen RW, Sørensen HT, Olsen JH, Friis S. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer. 2009;100(9):1503-7.

8. Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiol Drug Saf. juill 2009;18(7):540 4.

9. Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer. 3 janv 2012;106(1):233 9.

10. Ahn JS, Eom C-S, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: A meta-analysis of observational studies. World J Gastroenterol WJG. 28 avr 2013;19(16):2560 8.

11. Hsu C-L, Chang C-H, Lin J-W, Wu L-C, Chuang L-M, Lai M-S. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf. juin 2013;22(6):632 40.

12. Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer. 25 avr 2017;116(9):1234 8.

13. Tran KT, McMenamin ÚC, Hicks B, Murchie P, Thrift AP, Coleman HG, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 2018;48(1):55 64.

14. Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, et al. Proton Pump Inhibitors and Histamine-2 Receptor Antagonists on the Risk of Pancreatic Cancer: A Systematic Review and Meta-analysis. QJM Mon J Assoc Physicians. 10 sept 2019

# SIGNATURE PAGE

Signature(s): ..............................................................

*Barbara Kittner, MD*

*Sanofi US Services Inc.*

*Global Pharmacovigilance*

*Consumer Health Care Global Business Unit*

*T: +1 908-9813620*

*M: +1 908-2101761*

*55 Corporate Drive*

Date: 26 February 2020

# APPENDICES

# Appendix 1 Toxicology Tables

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Guatemala, Honduras, El Salvador, Costa Rica* (moderate to severe esophagitis) | Rx | 600 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 1.389 |
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru, Guatemala (peptic esophagitis), Honduras (peptic esophagitis, El Salvador (peptic esophagitis) | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |

*Oral form not marketed in Costa Rica

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Colombia and Ecuador | Rx | 600 | 12 weeks | - | One 12-week treatment per year for lifetime** | 16.1 | 0.42 | 0.695 |
| Ulcer and reflux | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Brazil | Rx | 600 | 12 weeks | - | One 12-week treatment per year for lifetime** | 16.1 | 0.42 | 0.695 |
| Zollinger-Ellison syndrome | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Brazil, Colombia, Costa-Rica*, Ecuador, El-Salvador, Guatemala, Honduras, Nicaragua* | Rx | 6000 | Not available (6 weeks for Costa-Rica)* | - | Daily use for 30 years** | 30 | 0.22 | 0.037 |

*Oral form not marketed in Costa Rica and Nicaragua

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Guatemala, Honduras, El Salvador, Brazil, Costa Rica*, Nicaragua* | Rx | 300 | Not available | 6 weeks | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Costa Rica* | Rx | 150 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 5,556 |
| Prophylaxis of gastro intestinal bleeding | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |

*Oral form not marketed in Costa Rica and Nicaragua

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ulcer | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru, Ecuador (active duodenal ulcer), Guatemala, Honduras, El Salvador, Colombia, Costa-Rica* | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Ulcer | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Ecuador (benign active gastric ulcer) | Rx | 300 | 8 weeks | - | One 8-week treatment per year for lifetime** | 10.7 | 0.63 | 2,084 |
| Ulcer in children | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Costa-Rica* | Rx | 600 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 1.389 |

*Oral form not marketed in Costa Rica

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Zollinger-Ellison syndrome | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Ecuador, Colombia | Rx | 300 | Not available | 6 weeks | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ulcer, Zollinger Ellison syndrome, reflux esophagitis<br>Prophylaxis in GI bleeding due to stress ulcer, recurrent bleeding peptic ulcers, Mendelson syndrome | PPIs, other anti-H2 | Guatemala, Honduras Nicaragua, Panama*, El Salvador, Costa Rica, Colombia, Peru,<br>Ecuador | Rx | 200 mg | Not available (6 weeks for Costa-Rica) | - | One month treatment per year for lifetime** | 6 | 1.13 | 5,646 |

*not marketed in Panama

## Appendix 2 NDMA in DP Products-Campinas site

**List of all Ranitidine batches - Within the expiration date**

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C10-Al | 18070254 | 2020-09 | 1800003973 | 31.01.2022 | 0,108 ppm | 1,317 ppm |
| Clor Ranitidina Com 150 C10-Al | 18060374 | 2020-07 | 1800006512 | 31.03.2022 | 0,059 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C10-Al | 18071156 | 2020-07 | 1800003973 | 31.01.2022 | 0,057 ppm | 1,317 ppm |
| Clor Ranitidina Com 150 C20-Al | 18040157 | 2020-05 | 1800001278 | 30.11.2021 | 0,247 ppm | 1,766 ppm |
| Clor Ranitidina Com 150 C20-Al | 18040158 | 2020-05 | 1800003974<br>1800003975<br>1800001278 | 31.12.2021<br>31.12.2021<br>30.11.2021 | 0,074 ppm | 2,433 ppm<br>2,383 ppm<br>1,766 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050516 | 2020-05 | 1800003975 | 31.12.2021 | 0,033 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050517 | 2020-05 | 1800003975 | 31.12.2021 | < LOQ (0,011 ppm) | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050518 | 2020-05 | 1800003975 | 31.12.2021 | 0,071 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060375 | 2020-07 | 1800006512 | 31.03.2022 | < LOQ (0,011 ppm) | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060376 | 2020-07 | 1800006512 | 31.03.2022 | 0,082 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060377 | 2020-07 | 1800006512 | 31.03.2022 | 0,052 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18070256 | 2020-09 | 1800008206 | 31.05.2022 | 0,073 ppm | 3,066 ppm |
| Clor Ranitidina Com 150 C20-Al | 18070257 | 2020-09 | 1800008206<br>1800006512<br>1800003973 | 31.05.2022<br>31.03.2022<br>31.01.2022 | 0,141 ppm | 3,066 ppm<br>0,493 ppm<br>1,317 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C20-Al | 18071157 | 2020-07 | 1800003973<br>1800003975 | 31.01.2022<br>31.12.2021 | 0,138 ppm | 1,317 ppm<br>2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18071158 | 2020-07 | 1800003975 | 31.12.2021 | 0,035 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18071159 | 2020-07 | 1800001278<br>1800003973 | 30.11.2021<br>31.01.2022 | 0,117 ppm | 1,766 ppm<br>1,317 ppm |
| Clor Ranitidina Com 150 C20-Al | 18090450 | 2020-10 | 1800003973<br>1800006512<br>1800008206<br>1800008207 | 31.01.2022<br>31.03.2022<br>31.05.2022<br>30.06.2022 | 0,066 ppm | 0,87 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18050620 | 2020-05 | 1800003975 | 31.12.2021 | < LOQ (0,020 ppm) | 2,383 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18060135 | 2020-07 | 1800006512 | 31.03.2022 | 0,062 ppm | 0,493 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18070097 | 2020-09 | 1800008206 | 31.05.2022 | 0,098 ppm | 3,066 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18060137 | 2020-07 | 1800006512 | 31.03.2022 | 0,085 ppm | 0,493 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18050622 | 2020-05 | 1800003975<br>1800003973 | 31.12.2021<br>31.01.2022 | < LOQ (0,012 ppm) | 2,383 ppm<br>1,317 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18071246 | 2020-07 | 1800003975<br>1800003973 | 31.12.2021<br>31.01.2022 | < LOQ (0,016 ppm) | 2,383 ppm<br>1,317 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18080274 | 2020-09 | 1800008206<br>1800003973 | 31.05.2022<br>31.01.2022 | < LOQ (0,022 ppm) | 3,066 ppm<br>1,317 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Comp Rev 300mg c/20 | 18110541 | 2020-10 | 1800008206<br>1800008207 | 31.05.2022<br>30.06.2022 | 0,195 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP08061 | 2021-05 | 19KP01283 | 30.11.2022 | 0,029 ppm | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP08193 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,023 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP01397 | 2021-01 | 1800008207 | 30.06.2022 | 0,521 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP05861 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,026 ppm) | 0,01 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP07342 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,026 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP12921 | 2021-06 | 19KP04617 | 28.02.2023 | < LOQ (0,019 ppm) | 0,03 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP12922 | 2021-08 | 19KP04616<br>19KP04617 | 28.02.2023<br>28.02.2023 | < LOQ (0,022 ppm) | 0,17 ppm<br>0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08194 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,020 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP00686 | 2020-12 | 1800008205 | 30.06.2022 | 0,083 ppm | 0,78 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP00750 | 2020-12 | 1800008205 | 30.06.2022 | 0,414 ppm | 0,78 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP01396 | 2021-01 | 1800008207 | 30.06.2022 | 0,485 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP02487 | 2021-01 | 1800008207<br>1800008205<br>1800010307 | 30.06.2022<br>30.06.2022<br>30.09.2022 | 0,084 ppm | 0,87 ppm<br>0,78 ppm<br>0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP02564 | 2021-01 | 1800010307 | 30.09.2022 | 0,028 ppm | 0,01 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C20-Al | 9KP03624 | 2021-02 | 1800010307 | 30.09.2022 | 0,028 ppm | 0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP05862 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,020 ppm) | 0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP07442 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,029 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP07443 | 2021-05 | 19KP01283 | 30.11.2022 | 0,028 ppm | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08308 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,023 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08309 | 2021-05 | 19KP04616 | 28.02.2023 | 0,041 ppm | 0,17 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08357 | 2021-05 | 19KP04617<br>19KP04616<br>1800010307 | 28.02.2023<br>28.02.2023<br>30.09.2022 | 0,027 ppm | 0,03 ppm<br>0,17 ppm<br>0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP09922 | 2021-06 | 19KP04617 | 28.02.2023 | 0,021 ppm | 0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP09923 | 2021-06 | 19KP04617 | 28.02.2023 | 0,027 ppm | 0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP12923 | 2021-08 | 19KP04617 | 28.02.2023 | < LOQ (0,019 ppm) | 0,03 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP00963 | 2020-12 | 1800008207<br>1800008205 | 30.06.2022<br>30.06.2022 | 0,484 ppm | 0,87 ppm<br>0,78 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP04487 | 2020-02 | 1800010307 | 30.09.2022 | < LOQ (0,018 ppm) | 0,01 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP10732 | 2020-07 | 1800008207<br>19KP04616<br>19KP01283 | 30.06.2022<br>28.02.2023<br>30.11.2022 | 0,083 ppm | 0,87 ppm<br>0,17 ppm<br>0,13 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP11829 | 2020-08 | 19KP04616 | 28.02.2023 | 0,028 ppm | 0,17 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP01528 | 2021-01 | 1800008207 | 30.06.2022 | 0,071 ppm | 0,87 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP05769 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,017 ppm) | 0,01 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP09703 | 2021-06 | 19KP04617 | 28.02.2023 | Below of LOD | 0,03 ppm |
| | | | 19KP01283 | 30.11.2022 | | 0,13 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP11665 | 2021-08 | 19KP04617 | 28.02.2023 | Below of LOD | 0,03 ppm |
| | | | 19KP04616 | 28.02.2023 | | 0,17 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP11807 | 2021-08 | 19KP04616 | 28.02.2023 | 0,027 ppm | 0,17 ppm |
| | 18030249 | 28.02.2023 | 1800001278 | 30.11.2021 | 0,507 ppm | ppm |

API: Active Product Ingredient; LOQ: Limit of Quantification; LOD: Limit of Detection; NDMA: N-nitrosodimethylamine; ppm: Parts Per Million.

**Note:**

Calculation based on the API percentage expected in each DP batch according the proportionality of each API NDMA result.

Calculation based on the Total API amount at the formulation vs Theoretical batch size (equivalent to 261.000,00 grams).

Stability Sample at Long Term, zone IV-B (Time Point: 18th Month).

For those DP Batches with more than one API allocated, the rating is calculated based on NDMA API average.

# Appendix 3 PT table for carcinogenicity cases

**Carcinogenicity cases reporting Unclassified Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198910621HAG<br>CLINICAL SPONSORED<br>UNITED KINGDOM<br>86 Years/Male | BRONCHIAL CARCINOMA | Fatal | Beclometasone Dipropionate, Erythromycin, Furosemide, Benzylpenicillin Potassium, Calcium Polystyrene Sulfonate | Lack of information |
| 2017SA125205<br>CONSUMER<br>UNITED STATES<br>Adult/Female | OVARIAN CANCER | NR | NR | Lack of information |
| 2017SA141106<br>CONSUMER<br>CANADA<br>NR/Male | BREAST CYST | Resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2017SA232158<br>CONSUMER<br>UNITED STATES<br>71 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2018SA007328<br>CONSUMER<br>CANADA<br>71 Years/Male | NEOPLASM MALIGNANT | Not resolved | NR | Lack of information |
| 2018SA034329<br>CONSUMER<br>UNITED STATES<br>80 Years/Female | RENAL CYST | NR | NR | Lack of information |
| 2018SA164874<br>CONSUMER<br>UNITED STATES<br>74 Years/Female | POLYP | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA212034<br>CONSUMER<br>UNITED STATES<br>80 Years/Female | RENAL CYST | NR | NR | Lack of information |
| 2019SA101665<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BREAST CANCER FEMALE | NR | NR | Lack of information |
| 2019SA211483<br>CONSUMER<br>CANADA<br>Adult/NR | PLASMA CELL MYELOMA | NR | NR | Lack of information |
| 2019SA259665<br>CONSUMER<br>UNITED STATES<br>52 Years/Female | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA259768<br>CONSUMER<br>UNITED STATES<br>NR/Male | THROAT CANCER | NR | NR | Lack of information |
| 2019SA260470<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2019SA260590<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA261278<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA261479<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA261803<br>CONSUMER<br>UNITED STATES<br>89 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA262625<br>CONSUMER<br>UNITED STATES<br>40 Years/Female | BREAST CANCER | Not resolved | NR | Lack of information |
| 2019SA262858<br>CONSUMER<br>UNITED STATES<br>NR/Female | UTERINE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA262885<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA262886<br>CONSUMER<br>UNITED STATES<br>NR/Female | NON-HODGKIN'S LYMPHOMA | NR | NR | Lack of information |
| 2019SA262912<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTROINTESTINAL CARCINOMA | NR | NR | Lack of information |
| 2019SA263630<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BREAST CANCER MALE | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA265126<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA265137<br>CONSUMER<br>UNITED STATES<br>72 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA266676<br>LITERATURE<br>UNITED STATES<br>Adult/Male | CARCINOID TUMOUR OF THE STOMACH | NR | NR | Lack of information |
| 2019SA268793<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA269518<br>CONSUMER<br>UNITED STATES<br>77 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA271004<br>CONSUMER<br>UNITED STATES<br>Elderly/Male | PANCREATIC CARCINOMA | NR | NR | Lack of information |
| 2019SA271921<br>CONSUMER<br>UNITED STATES<br>NR/Male | THROAT CANCER | NR | NR | Lack of information |
| 2019SA272265<br>CONSUMER<br>UNITED STATES<br>NR/Male | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA272320<br>CONSUMER<br>UNITED STATES<br>68 Years/Female | MALIGNANT MELANOMA | Fatal | NR | Lack of information |
| 2019SA272456<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA272628<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER<br>BREAST CANCER RECURRENT | NR<br>NR | NR | Lack of information |
| 2019SA273748<br>CONSUMER<br>UNITED STATES<br>84 Years/Female | BREAST CANCER | NR | NR | Lack of information |



CONFIDENTIAL 

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA273764<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA273779<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA273794<br>CONSUMER<br>UNITED STATES<br>NR/Male | BRAIN CANCER METASTATIC | Fatal | NR | Lack of information |
| 2019SA274522<br>CONSUMER<br>UNITED STATES<br>30 Years/Male | TESTIS CANCER | NR | NR | Lack of information |



CONFIDENTIAL 

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA274528<br>CONSUMER<br>UNITED STATES<br>92 Years/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA274744<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA275226<br>CONSUMER<br>UNITED STATES<br>60 Years/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA275245<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA275386<br>CONSUMER<br>UNITED STATES<br>84 Years/Male | SKIN CANCER | NR | NR | Lack of information |
| 2019SA275918<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA276292<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA276511<br>CONSUMER<br>UNITED STATES<br>NR/Male | TUMOUR FLARE | Fatal | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA276645<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA279312<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA279563<br>CONSUMER<br>UNITED STATES<br>75 Years/Female | GALLBLADDER CANCER | Resolving | NR | Lack of information |
| 2019SA279726<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA280465<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA280737<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA280740<br>CONSUMER<br>UNITED STATES<br>NR/Male | PANCREATIC CARCINOMA<br>METASTASES TO LIVER | Fatal<br>Fatal | NR | Lack of information |
| 2019SA280741<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA282375<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA282658<br>CONSUMER<br>ITALY<br>39 Years/Female | GASTRIC CANCER | Resolved | NR | Lack of information |
| 2019SA285974<br>CONSUMER<br>UNITED STATES<br>69 Years/Female | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA286150<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA286157<br>CONSUMER<br>UNITED STATES<br>Adult/NR | LYMPHOMA | NR | NR | Lack of information |
| 2019SA286515<br>CONSUMER<br>UNITED STATES<br>Adult/Male | COLON CANCER | NR | Adalimumab | Lack of information |
| 2019SA289944<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2019SA290590<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER<br>METASTASES TO LIVER<br>METASTASES TO LUNG | NR<br>NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA292754<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA293295<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA293931<br>CONSUMER<br>UNITED STATES<br>78 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA294125<br>CONSUMER<br>UNITED STATES<br>NR/Male | METASTATIC GASTRIC CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA294525<br>CONSUMER<br>CANADA<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA294743<br>CONSUMER<br>UNITED STATES<br>69 Years/Male | COLON CANCER | Not resolved | NR | Lack of information |
| 2019SA295009<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER METASTATIC<br>METASTASES TO LIVER<br>METASTASES TO LUNG | NR<br>NR<br>NR | NR | Lack of information |
| 2019SA295193<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA297984<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA298344<br>CONSUMER<br>UNITED STATES<br>23 Years/Male | THYROID CANCER | Fatal | NR | Lack of information |
| 2019SA298604<br>CONSUMER<br>UNITED STATES<br>NR/Female | OVARIAN CANCER | NR | NR | Lack of information |
| 2019SA298610<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA298962<br>CONSUMER<br>UNITED STATES<br>Adult/NR | HEPATIC CANCER | NR | NR | Lack of information |
| 2019SA301844<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA301848<br>CONSUMER<br>UNITED STATES<br>Adult/Male | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA301850<br>CONSUMER<br>UNITED STATES<br>Adult/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA301851<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2019SA301852<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA301853<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2019SA301854<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| **Case ID**<br>**Source type**<br>**Country**<br>**Age/Gender** | **PT Of Interest** | **Outcome for PT of interest** | **Concomitant Medications** | **Comment** |
|---|---|---|---|---|
| 2019SA301855<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA302324<br>CONSUMER<br>UNITED STATES<br>Adult/NR | HEPATIC NEOPLASM | NR | NR | Lack of information |
| 2019SA302852<br>CONSUMER<br>UNITED STATES<br>48 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA303944<br>CONSUMER<br>UNITED STATES<br>Adult/NR | TRACHEAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA304991<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA307827<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA307850<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA307851<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA308691<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA308924<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA312967<br>CONSUMER<br>UNITED STATES<br>NR/Male | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA313386<br>CONSUMER<br>UNITED STATES<br>52 Years/Female | RECTAL CANCER STAGE III<br>SMALL INTESTINE CARCINOMA<br>NEOPLASM MALIGNANT | NR<br>Resolving<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA314398<br>CONSUMER<br>UNITED STATES<br>Adult/NR | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA314668<br>CONSUMER<br>UNITED STATES<br>Adult/Female | PANCREATIC CARCINOMA | NR | NR | Lack of information |
| 2019SA315328<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA316475<br>CONSUMER<br>UNITED STATES<br>21 Years/Female | HODGKIN'S DISEASE STAGE II | Not resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA317591<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT<br>PROSTATE CANCER<br>COLON CANCER | NR<br>NR<br>NR | NR | Lack of information |
| 2019SA317789<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA318156<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA318157<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER<br>HEPATIC CANCER | NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA318962<br>CONSUMER<br>UNITED STATES<br>Adult/NR | INVASIVE LOBULAR BREAST CARCINOMA | NR | NR | Lack of information |
| 2019SA318975<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA319178<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | Resolving | NR | Lack of information |
| 2019SA319227<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA321319<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA321344<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA323164<br>CONSUMER<br>UNITED STATES<br>65 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA324730<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA326025<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA326031<br>CONSUMER<br>UNITED STATES<br>Adult/NR | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA327315<br>CONSUMER<br>UNITED STATES<br>NR/Female | PANCREATIC CARCINOMA | Fatal | NR | Lack of information |
| 2019SA328198<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER<br>BLADDER CANCER | NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA328363<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER STAGE IV | NR | NR | Lack of information |
| 2019SA328630<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA328795<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA328807<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA328840<br>CONSUMER<br>UNITED STATES<br>Adult/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA329347<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA330110<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA330378<br>CONSUMER<br>UNITED STATES<br>22 Years/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA330685<br>CONSUMER<br>UNITED STATES<br>Adult/NR | INTRAOCULAR MELANOMA | NR | NR | Lack of information |
| 2019SA332460<br>CONSUMER<br>UNITED STATES<br>Adult/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA332474<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA333497<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA333753<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA333755<br>CONSUMER<br>UNITED STATES<br>44 Years/Female | INVASIVE DUCTAL BREAST CARCINOMA | NR | NR | Lack of information |
| 2019SA334843<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA335193<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA335381<br>CONSUMER<br>UNITED STATES<br>NR/Female | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA335955<br>CONSUMER<br>UNITED STATES<br>Adult/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA336850<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER FEMALE | NR | NR | Lack of information |
| 2019SA336867<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA336868<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA336869<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA338831<br>CONSUMER<br>UNITED STATES<br>64 Years/Male | BLADDER CANCER | Fatal | NR | Lack of information |
| 2019SA344075<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA344095<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA344109<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA344124<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA344321<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA346338<br>CONSUMER<br>CANADA<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA346940<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347560<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA347561<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA347562<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA347585<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347586<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347982<br>CONSUMER<br>CANADA<br>Adult/Male | PLASMA CELL MYELOMA | Not resolved | Potassium Chloride, Thiamine Hydrochloride, Magnesium, Ergocalciferol, Hydroxychloroquine, Rivaroxaban, Fluticasone Furoate/Vilanterol Trifenatate | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA348637<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA349579<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA349635<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA349727<br>CONSUMER<br>UNITED STATES<br>70 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA349787<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA349790<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA349801<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA350303<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA352756<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA353972<br>CONSUMER<br>UNITED STATES<br>17 Years/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA355830<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | PANCREATIC CARCINOMA | Fatal | NR | Lack of information |
| 2019SA356107<br>CONSUMER<br>UNITED STATES<br>Adult/NR | GASTRIC CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA356632<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356780<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA356840<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356856<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA356872<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356877<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356885<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA356888<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA357297<br>CONSUMER<br>UNITED STATES<br>Adult/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA358098<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA358104<br>CONSUMER<br>UNITED STATES<br>63 Years/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA360564<br>CONSUMER<br>UNITED STATES<br>Adult/NR | PLASMA CELL MYELOMA | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA360565<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | TRIPLE NEGATIVE BREAST CANCER<br>OESTROGEN RECEPTOR POSITIVE BREAST CANCER | Resolved<br>Resolved | NR | Lack of information |
| 2019SA361836<br>CONSUMER<br>UNITED STATES<br>80 Years/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA362290<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA362630<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA000354<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2020SA002120<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLON CANCER | NR | NR | Lack of information |
| 2020SA002557<br>CONSUMER<br>UNITED STATES<br>NR/Female | UTERINE CANCER | NR | NR | Lack of information |
| 2020SA002589<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA004662<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004757<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004759<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA004765<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA004773<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA004786<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004794<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005185<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER<br>PROSTATE CANCER<br>COLON CANCER<br>LUNG NEOPLASM MALIGNANT | NR<br>NR<br>NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA005194<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA005195<br>CONSUMER<br>UNITED STATES<br>NR/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005196<br>CONSUMER<br>UNITED STATES<br>NR/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005442<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | Not resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA005955<br>CONSUMER<br>UNITED STATES<br>Adult/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA005962<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2020SA005985<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA007023<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA007039<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA007052<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA008331<br>CONSUMER<br>UNITED STATES<br>Adult/NR | LEUKAEMIA | Fatal | NR | Lack of information |
| 2020SA008645<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA008793<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2020SA009412<br>CONSUMER<br>UNITED STATES<br>NR/Male | RECTAL CANCER | NR | NR | Lack of information |
| 2020SA012207<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2020SA013735<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA014981<br>CONSUMER<br>UNITED STATES<br>25 Years/Male | NON-HODGKIN'S LYMPHOMA | Fatal | NR | Lack of information |
| 2020SA018385<br>CONSUMER<br>BRAZIL<br>58 Years/Female | THYROID CANCER | NR | Levothyroxine Sodium, Amitriptyline, Clonazepam | Lack of information |
| 2020SA018391<br>CONSUMER<br>BRAZIL<br>NR/Male | LUNG NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2020SA019156<br>CONSUMER<br>UNITED STATES<br>NR/Male | RECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA019395<br>CONSUMER<br>UNITED STATES<br>Adult/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2020SA020228<br>CONSUMER<br>UNITED STATES<br>Adult/NR | THROAT CANCER | NR | NR | Lack of information |
| 2020SA020236<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA020735<br>CONSUMER<br>UNITED STATES<br>55 Years/Male | RECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA023676<br>CONSUMER<br>UNITED STATES<br>NR/NR | SYSTEMIC MASTOCYTOSIS | NR | NR | Lack of information |
| 2020SA024230<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER METASTATIC | NR | NR | Lack of information |
| 2020SA026345<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA026358<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026384<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA026390<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026412<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026419<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026426<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026458<br>CONSUMER<br>UNITED STATES<br>Adult/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026471<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026500<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026602<br>CONSUMER<br>UNITED STATES<br>NR/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026610<br>CONSUMER<br>UNITED STATES<br>NR/NR | GASTRIC CANCER | NR | NR | Lack of information |
| 2020SA026611<br>CONSUMER<br>UNITED STATES<br>NR/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026612<br>CONSUMER<br>UNITED STATES<br>NR/NR | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026613<br>CONSUMER<br>UNITED STATES<br>NR/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA027409<br>CONSUMER<br>UNITED STATES<br>84 Years/Male | COLON CANCER | NR | NR | Lack of information |
| 2020SA027821<br>CONSUMER<br>UNITED STATES<br>NR/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2020SA027822<br>CONSUMER<br>UNITED STATES<br>NR/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00083BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | Meclozine, Tamoxifen, Brimonidine | Lack of information |
| BI2007BP00124BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | LUNG NEOPLASM MALIGNANT | NR | Omeprazole, Hydrochlorothiazide/Triamterene, Pravastatin Sodium, Levosalbutamol, Montelukast Sodium, Cyanocobalamin, Vitamins Nos, Calcium, Alendronate Sodium, Anti-Asthmatics | Lack of information |
| BI2007BP00164BP<br>CONSUMER<br>UNITED STATES<br>40 Years/Male | BENIGN NEOPLASM OF SKIN | Resolved | NR | Lack of information |



CONFIDENTIAL 

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00200BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>NR/Female | LEUKAEMIA | NR | Amlodipine Besilate, Diphenhydramine Hydrochloride, Meclozine, Vancomycin, Lansoprazole, Olmesartan Medoxomil, Lactobacillus Acidophilus, Hydroxyzine Hydrochloride, Chlordiazepoxide, Estrogens Conjugated, Calcium Carbonate, Simeticone, Potassium Chloride, Furosemide, Paracetamol | Lack of information |
| BI2010BP03799BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | THYROID CANCER | NR | NR | Lack of information |
| BI2010BP04171BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | THYROID CANCER | Resolved | NR | Lack of information |

| **Case ID**<br>**Source type**<br>**Country**<br>**Age/Gender** | **PT Of Interest** | **Outcome for PT of interest** | **Concomitant Medications** | **Comment** |
|---|---|---|---|---|
| BI2013BI25990BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| BI2014BI10708GD<br>LITERATURE<br>GERMANY<br>Adult/Female | SYSTEMIC MASTOCYTOSIS | NR | Budesonide, Prednisolone, Diphenhydramine, Ondansetron, Flunitrazepam, Ascorbic Acid | Lack of information |
| BI2014BI19459BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| BI2015BI55490BI<br>LITERATURE<br>UNITED STATES<br>Infant/Female | BENIGN SALIVARY GLAND NEOPLASM | Resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2016BI01733BI<br>LITERATURE<br>BRAZIL<br>25 Years/Female | GASTRIC CANCER | NR | NR | Lack of information |
| BI2016BI11758BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| BI2016BI45796BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | Pramipexole Dihydrochloride, Tiotropium Bromide, Paracetamol, Glimepiride, Calcium, Ergocalciferol, Warfarin, Digoxin, Fish Oil, Metformin Hydrochloride, Potassium, Furosemide, Metformin Hydrochloride, Gabapentin, Glyceryl Trinitrate, Ascorbic Acid, Latanoprost, Simvastatin | Lack of information |
| BI2017BI015763<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | Resolved | Alprazolam | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|

# Appendix 4 Carcinogenicity cases reporting Unclassified Causality

**Carcinogenicity cases reporting Unlikely Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198810158HAG<br>CLINICAL SPONSORED<br>FINLAND<br>57 Years/Female | Breast Cancer | NR | Trimethoprim | Latency not plausible |
| 2012SA001452<br>LITERATURE<br>NORWAY<br>49 Years/Male | Neuroendocrine Carcinoma | NR | Lansoprazole, Montelukast, Fluticasone | It was reported that gastric neuroendocrine carcinoma occurred after long-term treatment with lansoprazole. |
| 2018SA079995<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA081726<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |
| 2018SA101650<br>LITERATURE<br>CANADA<br>14 Years/Male | Lymphoproliferative Disorder<br>Clear Cell Renal Cell Carcinoma | NR<br>NR | Methotrexate, Prednisone, Cyclophosphamide, Insulin Human NOS, Enalapril Maleate, Amlodipine (Salt Not Specified), Ferrous Fumarate, Metformin Hydrochloride, Infliximab, Testosterone, Somatrem, Somatropin, Azathioprine, Sulfamethoxazole | Immunocompromised patient as he was on chemotherapy |
| 2018SA157237<br>CONSUMER<br>GREECE<br>69 Years/Female | Gastric Polyps | Not resolved | Teriparatide, Amiloride Hydrochloride, Hydrochlorothiazide, Omeprazole, Cortisone, Methotrexate, Levothyroxine Sodium, Calcium Carbonate, Colecalciferol, Irbesartan | Confounded by medical history of Stomach polyp |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA168467<br>HEALTH PROFESSIONAL<br>HUNGARY<br>Adult/UNK | Breast Cancer<br>Malignant Neoplasm Progression<br>Renal Cyst | Resolved<br>Resolved<br>Resolved | Everolimus, Anastrozol, Exemestane, Metoprolol, Hydrochlorothiazide, Losartan Potassium, Digoxin, Acenocoumarol | Confounded by medical history of Breast cancer |
| 2018SA202589<br>LITERATURE<br>UNITED KINGDOM<br>51 Years/Female | Metastases To Kidney | NR | Dexamethasone | Confounded by medical history of mediastinal mass from large cell carcinoma of the lung |
| 2019SA124830<br>HEALTH AUTHORITY<br>UNITED KINGDOM<br>42 Years/Female | Breast Pain<br>Breast Cyst | Resolved<br>Resolved | Omeprazole | Latency not plausible |
| BI2007BP19886BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Neoplasm Malignant | Fatal | NR | Confounded by concurrent condition of malignant neoplasm |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2009BP09497BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Hepatic Cancer | NR | Vitamin B Complex, Biotin, Ergocalciferol, Cod-Liver Oil, Calcium | Latency not plausible |
| BI2010BP10325BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Pancreatic Carcinoma | Resolved | NR | Latency not plausible |
| BI2010BP12677BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Renal Cyst<br>Haemangioma Of Liver | NR<br>NR | Sucralfate, Diltiazem Hydrochloride, Furosemide, Calcium, Vitamins NOS, Acetylsalicylic Acid, Furosemide, Lorazepam | Confounded by concomitant use of Diltiazem. |
| BI2010RO00047RO<br>LITERATURE<br>SAUDI ARABIA<br>52 Years/Male | Acute Lymphocytic Leukaemia Recurrent<br>B Precursor Type Acute Leukaemia<br>Leukaemia Recurrent | Fatal<br>NR<br>NR | Prednisone, Cyclophosphamide, Dexamethasone, Mercaptopurine, Daunorubicin, Cytarabine, Vincristine Sulfate, Asparaginase, Hydrocortisone, Cefepime, Gentamicin Sulfate, Ganciclovir, Sulfamethoxazole, Methotrexate, Magnesium Oxide, Imatinib | Confounded by medical history of chemotherapy, radiotherapy, Immunocompromised patient |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2012BP00175BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Lung Neoplasm Malignant | NR | Hydrocodone Bitartrate, Esomeprazole, Fluticasone Propionate, Tiotropium Bromide, Other Respiratory System Products, Atorvastatin Calcium, Diltiazem Hydrochloride, Lorazepam, Salbutamol Sulfate, Ascorbic Acid, Simvastatin, Ipratropium Bromide | The patient had ongoing bone cancer which could cause metastasis to lungs. |
| BI2012BP20694BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | Paracetamol, Warfarin, Simeticone, Magnesium Hydroxide, Macrogol, Metoprolol Succinate, Alprazolam | Confounded by medical history of mastectomy with reconstructive surgery and removal of breast prosthesis |
| BI2014BI39689BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | Furosemide, Carvedilol, Lisinopril, Acetylsalicylic Acid, Paracetamol | Latency not plausible |
| BI2015BI03735BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Lung Neoplasm Malignant | NR | Metformin Hydrochloride, Atenolol, Losartan Potassium, Atorvastatin Calcium | Latency not plausible |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2015BI09083BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Squamous Cell Carcinoma | NR | Ergocalciferol, Teriparatide, Calcium, Prednisone | Confounded by medical history of Breast cancer |
| BI2015BI54232BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | NR | Latency not plausible |
| BI2017BI011523<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Thyroid Cancer | NR | Lithium, Levothyroxine Sodium | Confounded by medical history of Bone cancer |
| 2019SA280768<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | NR | The patient had significant paternal family history of cancer and otherwise limited information confounded this case. |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA271802<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Renal Cancer<br>Malignant Melanoma | Resolved<br>Resolved | NR | The patient previously had melanoma on her face |
| 2019SA355019<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Female | CLEAR CELL RENAL CELL CARCINOMA<br>HAIR FOLLICLE TUMOUR BENIGN<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Acetazolamide, Alendronate Sodium, Amlodipine (Salt Not Specified), Calcium Carbonate, Cyclophosphamide, Enalapril Maleate, Ferric Hydroxide Polymaltose Complex, Ferrous Fumarate, Hydroxychloroquine Sulfate, Insulin Human Nos, Leflunomide, Metformin Hydrochloride, Methotrexate, Somatropine, Prednisone, Sulfamethoxazole, Testosterone, Azathioprine, Ciclosporin, Somatrem, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, Methotrexate, Somatropine |
| 2019SA355061<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Montelukast Sodium, Ergocalciferol, Calcium, Omalizumab, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide, Prednisone, Salbutamol | Confounded by concomitant use of Alendronate sodium |
| 2019SA355164<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Calcium, Ergocalciferol, Montelukast Sodium, Omalizumab, Prednisone, Salbutamol, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide Monohydrate, Tiotropium Bromide | Confounded by concomitant use of Omalizumab, Alendronate sodium |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA355216<br>HEALTH AUTHORITY<br>CANADA<br>66 Years/Female | ANOGENITAL WARTS | Resolving | Sitagliptin, Apixaban, Cantharidin, Calcium, Gabapentin, Hydrochlorothiazide, Insulin Aspart, Irbesartan, Levothyroxine, Metformin, Vitamin D | Confounded by concomitant use of Sitagliptin |
| 2019SA355366<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Male | RENAL CELL CARCINOMA<br>CLEAR CELL RENAL CELL CARCINOMA<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Amlodipine (Salt Not Specified), Cyclophosphamide, Enalapril Maleate, Ferrous Fumarate, Insulin Human Nos, Metformin Hydrochloride, Methotrexate, Prednisone, Sulfamethoxazole, Testosterone, Somatropin, Somatrem, Azathioprine, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, methotrexate, Somatropin, Somatrem, Azathioprine and infliximab |

# Appendix 5 Carcinogenicity cases reporting Unlikely Causality

**Carcinogenicity cases reporting Unlikely Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198810158HAG<br>CLINICAL SPONSORED<br>FINLAND<br>57 Years/Female | Breast Cancer | NR | Trimethoprim | Latency not plausible |
| 2012SA001452<br>LITERATURE<br>NORWAY<br>49 Years/Male | Neuroendocrine Carcinoma | NR | Lansoprazole, Montelukast, Fluticasone | It was reported that gastric neuroendocrine carcinoma occurred after long-term treatment with lansoprazole. |
| 2018SA079995<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA081726<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |
| 2018SA101650<br>LITERATURE<br>CANADA<br>14 Years/Male | Lymphoproliferative Disorder<br>Clear Cell Renal Cell Carcinoma | NR<br>NR | Methotrexate, Prednisone, Cyclophosphamide, Insulin Human NOS, Enalapril Maleate, Amlodipine (Salt Not Specified), Ferrous Fumarate, Metformin Hydrochloride, Infliximab, Testosterone, Somatrem, Somatropin, Azathioprine, Sulfamethoxazole | Immunocompromised patient as he was on chemotherapy |
| 2018SA157237<br>CONSUMER<br>GREECE<br>69 Years/Female | Gastric Polyps | Not resolved | Teriparatide, Amiloride Hydrochloride, Hydrochlorothiazide, Omeprazole, Cortisone, Methotrexate, Levothyroxine Sodium, Calcium Carbonate, Colecalciferol, Irbesartan | Confounded by medical history of Stomach polyp |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA168467<br>HEALTH PROFESSIONAL<br>HUNGARY<br>Adult/UNK | Breast Cancer<br>Malignant Neoplasm Progression<br>Renal Cyst | Resolved<br>Resolved<br>Resolved | Everolimus, Anastrozol, Exemestane, Metoprolol, Hydrochlorothiazide, Losartan Potassium, Digoxin, Acenocoumarol | Confounded by medical history of Breast cancer |
| 2018SA202589<br>LITERATURE<br>UNITED KINGDOM<br>51 Years/Female | Metastases To Kidney | NR | Dexamethasone | Confounded by medical history of mediastinal mass from large cell carcinoma of the lung |
| 2019SA124830<br>HEALTH AUTHORITY<br>UNITED KINGDOM<br>42 Years/Female | Breast Pain<br>Breast Cyst | Resolved<br>Resolved | Omeprazole | Latency not plausible |
| BI2007BP19886BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Neoplasm Malignant | Fatal | NR | Confounded by concurrent condition of malignant neoplasm |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2009BP09497BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Hepatic Cancer | NR | Vitamin B Complex, Biotin, Ergocalciferol, Cod-Liver Oil, Calcium | Latency not plausible |
| BI2010BP10325BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Pancreatic Carcinoma | Resolved | NR | Latency not plausible |
| BI2010BP12677BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Renal Cyst<br>Haemangioma Of Liver | NR<br>NR | Sucralfate, Diltiazem Hydrochloride, Furosemide, Calcium, Vitamins NOS, Acetylsalicylic Acid, Furosemide, Lorazepam | Confounded by concomitant use of Diltiazem. |
| BI2010RO00047RO<br>LITERATURE<br>SAUDI ARABIA<br>52 Years/Male | Acute Lymphocytic Leukaemia Recurrent<br>B Precursor Type Acute Leukaemia<br>Leukaemia Recurrent | Fatal<br>NR<br>NR | Prednisone, Cyclophosphamide, Dexamethasone, Mercaptopurine, Daunorubicin, Cytarabine, Vincristine Sulfate, Asparaginase, Hydrocortisone, Cefepime, Gentamicin Sulfate, Ganciclovir, Sulfamethoxazole, Methotrexate, Magnesium Oxide, Imatinib | Confounded by medical history of chemotherapy, radiotherapy, Immunocompromised patient |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2012BP00175BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Lung Neoplasm Malignant | NR | Hydrocodone Bitartrate, Esomeprazole, Fluticasone Propionate, Tiotropium Bromide, Other Respiratory System Products, Atorvastatin Calcium, Diltiazem Hydrochloride, Lorazepam, Salbutamol Sulfate, Ascorbic Acid, Simvastatin, Ipratropium Bromide | The patient had ongoing bone cancer which could cause metastasis to lungs. |
| BI2012BP20694BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | Paracetamol, Warfarin, Simeticone, Magnesium Hydroxide, Macrogol, Metoprolol Succinate, Alprazolam | Confounded by medical history of mastectomy with reconstructive surgery and removal of breast prosthesis |
| BI2014BI39689BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | Furosemide, Carvedilol, Lisinopril, Acetylsalicylic Acid, Paracetamol | Latency not plausible |
| BI2015BI03735BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Lung Neoplasm Malignant | NR | Metformin Hydrochloride, Atenolol, Losartan Potassium, Atorvastatin Calcium | Latency not plausible |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2015BI09083BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Squamous Cell Carcinoma | NR | Ergocalciferol, Teriparatide, Calcium, Prednisone | Confounded by medical history of Breast cancer |
| BI2015BI54232BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | NR | Latency not plausible |
| BI2017BI011523<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Thyroid Cancer | NR | Lithium, Levothyroxine Sodium | Confounded by medical history of Bone cancer |
| 2019SA280768<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | NR | The patient had significant paternal family history of cancer and otherwise limited information confounded this case. |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA271802<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Renal Cancer<br>Malignant Melanoma | Resolved<br>Resolved | NR | The patient previously had melanoma on her face |
| 2019SA355019<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Female | CLEAR CELL RENAL CELL CARCINOMA<br>HAIR FOLLICLE TUMOUR BENIGN<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Acetazolamide, Alendronate Sodium, Amlodipine (Salt Not Specified), Calcium Carbonate, Cyclophosphamide, Enalapril Maleate, Ferric Hydroxide Polymaltose Complex, Ferrous Fumarate, Hydroxychloroquine Sulfate, Insulin Human Nos, Leflunomide, Metformin Hydrochloride, Methotrexate, Somatropine, Prednisone, Sulfamethoxazole, Testosterone, Azathioprine, Ciclosporin, Somatrem, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, Methotrexate, Somatropine |
| 2019SA355061<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Montelukast Sodium, Ergocalciferol, Calcium, Omalizumab, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide, Prednisone, Salbutamol | Confounded by concomitant use of Alendronate sodium |
| 2019SA355164<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Calcium, Ergocalciferol, Montelukast Sodium, Omalizumab, Prednisone, Salbutamol, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide Monohydrate, Tiotropium Bromide | Confounded by concomitant use of Omalizumab, Alendronate sodium |



CONFIDENTIAL SANOFI_ZAN_MDL_0000206981

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA355216<br>HEALTH AUTHORITY<br>CANADA<br>66 Years/Female | ANOGENITAL WARTS | Resolving | Sitagliptin, Apixaban, Cantharidin, Calcium, Gabapentin, Hydrochlorothiazide, Insulin Aspart, Irbesartan, Levothyroxine, Metformin, Vitamin D | Confounded by concomitant use of Sitagliptin |
| 2019SA355366<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Male | RENAL CELL CARCINOMA<br>CLEAR CELL RENAL CELL CARCINOMA<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Amlodipine (Salt Not Specified), Cyclophosphamide, Enalapril Maleate, Ferrous Fumarate, Insulin Human Nos, Metformin Hydrochloride, Methotrexate, Prednisone, Sulfamethoxazole, Testosterone, Somatropin, Somatrem, Azathioprine, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, methotrexate, Somatropin, Somatrem, Azathioprine and infliximab |

# Appendix 6 SOC table for genotoxicity cases

**Overview of events of interest by preferred terms and seriousness (n=152)**

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| **Infections and infestations** | Atypical pneumonia | 0 | 1 | 1 |
| | Kidney infection | 0 | 1 | 1 |
| | Otitis media | 2 | 0 | 2 |
| | Pyelonephritis | 0 | 1 | 1 |
| | Toxoplasmosis | 0 | 1 | 1 |
| **Total** | | **2** | **4** | **6** |
| **Neoplasms benign, malignant and unspecified (incl cysts and polyps)** | Neoplasm malignant | 1 | 0 | 1 |
| **Total** | | **1** | **0** | **1** |
| **Blood and lymphatic system disorders** | Anaemia | 1 | 0 | 1 |
| | Bone marrow failure | 1 | 0 | 1 |
| | Leukopenia | 1 | 0 | 1 |
| | Neutropenia | 1 | 0 | 1 |
| | Thrombocytopenia | 2 | 0 | 2 |
| **Total** | | **6** | **0** | **6** |
| **Immune system disorders** | Anaphylactic reaction | 3 | 0 | 3 |
| | Drug hypersensitivity | 2 | 2 | 4 |
| | Hypersensitivity | 0 | 2 | 2 |
| | Sarcoidosis | 0 | 1 | 1 |
| **Total** | | **5** | **5** | **10** |
| **Metabolism and nutrition disorders** | Dehydration | 1 | 0 | 1 |
| | Feeding disorder | 1 | 0 | 1 |
| | Gout | 0 | 1 | 1 |
| | Hypocalcaemia | 0 | 1 | 1 |
| | Hypoglycaemia | 1 | 1 | 2 |
| | Hypokalaemia | 1 | 0 | 1 |
| | Hypomagnesaemia | 0 | 1 | 1 |
| | Ketoacidosis | 1 | 0 | 1 |
| | Obesity | 0 | 1 | 1 |
| | Poor feeding infant | 0 | 1 | 1 |
| **Total** | | **5** | **6** | **11** |
| **Psychiatric disorders** | Abnormal dreams | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Anxiety | 0 | 1 | 1 |
| | Insomnia | 0 | 2 | 2 |
| | Irritability | 1 | 0 | 1 |
| | Mental disorder | 0 | 1 | 1 |
| | Psychological trauma | 0 | 1 | 1 |
| | Restlessness | 1 | 1 | 2 |
| | Sleep disorder | 0 | 2 | 2 |
| | Stress | 0 | 1 | 1 |
| | Tension | 0 | 1 | 1 |
| **Total** | | **2** | **11** | **13** |
| **Nervous system disorders** | Akathisia | 0 | 1 | 1 |
| | Altered state of consciousness | 1 | 0 | 1 |
| | Burning sensation | 0 | 1 | 1 |
| | Depressed level of consciousness | 1 | 0 | 1 |
| | Diplegia | 1 | 0 | 1 |
| | Dizziness | 0 | 3 | 3 |
| | Dysgeusia | 0 | 1 | 1 |
| | Headache | 2 | 2 | 4 |
| | Hypotonia | 2 | 0 | 2 |
| | Neurotoxicity | 1 | 0 | 1 |
| | Nystagmus | 1 | 0 | 1 |
| | Parkinson's disease | 1 | 0 | 1 |
| | Poor quality sleep | 0 | 1 | 1 |
| | Psychomotor skills impaired | 0 | 1 | 1 |
| | Somnolence | 0 | 3 | 3 |
| | Tremor | 0 | 1 | 1 |
| **Total** | | **10** | **14** | **24** |
| **Eye disorders** | Conjunctival hyperaemia | 1 | 0 | 1 |
| **Total** | | **1** | **0** | **1** |
| **Ear and labyrinth disorders** | Conductive deafness | 1 | 0 | 1 |
| | Deafness | 1 | 0 | 1 |
| **Total** | | **2** | **0** | **2** |
| **Cardiac disorders** | Cardiomegaly | 0 | 1 | 1 |
| | Coronary artery disease | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Foetal heart rate deceleration abnormality | 1 | 0 | 1 |
| | Palpitations | 0 | 1 | 1 |
| | Tachycardia | 2 | 0 | 2 |
| **Total** | | **3** | **3** | **6** |
| **Vascular disorders** | Blood pressure fluctuation | 0 | 1 | 1 |
| | Granulomatosis with polyangiitis | 0 | 1 | 1 |
| | Haemorrhage | 1 | 0 | 1 |
| | Hot flush | 0 | 1 | 1 |
| | Hypertension | 1 | 1 | 2 |
| | Hypotension | 2 | 0 | 2 |
| | Kawasaki's disease | 1 | 0 | 1 |
| **Total** | | **5** | **4** | **9** |
| **Respiratory, thoracic and mediastinal disorders** | Bronchospasm | 1 | 0 | 1 |
| | Choking | 1 | 0 | 1 |
| | Cough | 0 | 2 | 2 |
| | Dysphonia | 0 | 1 | 1 |
| | Dyspnoea | 1 | 2 | 3 |
| | Hypopnoea | 1 | 0 | 1 |
| | Hypoxia | 1 | 0 | 1 |
| | Neonatal respiratory depression | 1 | 0 | 1 |
| | Neonatal respiratory distress syndrome | 1 | 0 | 1 |
| | Pharyngeal swelling | 1 | 0 | 1 |
| | Pulmonary hypertension | 1 | 0 | 1 |
| | Respiratory alkalosis | 1 | 0 | 1 |
| | Respiratory distress | 1 | 0 | 1 |
| | Throat irritation | 0 | 1 | 1 |
| **Total** | | **11** | **6** | **17** |
| **Gastrointestinal disorders** | Abdominal discomfort | 0 | 3 | 3 |
| | Abdominal distension | 0 | 1 | 1 |
| | Abdominal pain | 0 | 1 | 1 |
| | Abdominal pain upper | 0 | 2 | 2 |
| | Constipation | 0 | 1 | 1 |
| | Diarrhoea | 1 | 1 | 2 |
| | Diarrhoea haemorrhagic | 1 | 0 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Dry mouth | 0 | 1 | 1 |
| | Dyspepsia | 0 | 21 | 21 |
| | Dysphagia | 0 | 1 | 1 |
| | Eructation | 0 | 1 | 1 |
| | Gastrooesophageal reflux disease | 1 | 4 | 5 |
| | Nausea | 0 | 5 | 5 |
| | Necrotising colitis | 1 | 0 | 1 |
| | Pneumatosis intestinalis | 1 | 0 | 1 |
| | Regurgitation | 0 | 1 | 1 |
| | Swollen tongue | 1 | 0 | 1 |
| | Vomiting | 2 | 13 | 15 |
| **Total** | | **8** | **56** | **64** |
| **Hepatobiliary disorders** | Cholangitis | 1 | 0 | 1 |
| | Cholelithiasis | 1 | 0 | 1 |
| | Cholestasis | 1 | 0 | 1 |
| | Gallbladder disorder | 0 | 1 | 1 |
| | Hepatic fibrosis | 1 | 0 | 1 |
| | Hepatitis | 1 | 0 | 1 |
| | Liver disorder | 1 | 0 | 1 |
| **Total** | | **6** | **1** | **7** |
| **Skin and subcutaneous tissue disorders** | Angioedema | 1 | 0 | 1 |
| | Erythema | 1 | 1 | 2 |
| | Erythema multiforme | 1 | 0 | 1 |
| | Hair growth abnormal | 0 | 1 | 1 |
| | Herpes gestationis | 0 | 1 | 1 |
| | Hyperhidrosis | 0 | 1 | 1 |
| | Pruritus | 2 | 5 | 7 |
| | Psoriasis | 0 | 1 | 1 |
| | Rash | 0 | 1 | 1 |
| | Rash erythematous | 0 | 1 | 1 |
| | Rash maculo-papular | 1 | 0 | 1 |
| | Rash pruritic | 0 | 1 | 1 |
| **Total** | | **6** | **13** | **19** |
| | Back pain | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| **Musculoskeletal and connective tissue disorders** | Joint contracture | 1 | 0 | 1 |
| | Limb deformity | 1 | 0 | 1 |
| | Muscle contracture | 1 | 0 | 1 |
| | Muscle spasms | 0 | 1 | 1 |
| | Muscle twitching | 0 | 1 | 1 |
| | Neck pain | 1 | 0 | 1 |
| | Pain in extremity | 0 | 1 | 1 |
| | Rhabdomyolysis | 1 | 0 | 1 |
| **Total** | | **5** | **4** | **9** |
| **Renal and urinary disorders** | Acute kidney injury | 1 | 0 | 1 |
| | Chronic kidney disease | 1 | 0 | 1 |
| | End stage renal disease | 1 | 0 | 1 |
| | Nephrocalcinosis | 0 | 1 | 1 |
| | Nephrolithiasis | 1 | 0 | 1 |
| | Nephrotic syndrome | 0 | 1 | 1 |
| | Proteinuria | 1 | 0 | 1 |
| | Renal failure | 2 | 0 | 2 |
| | Renal impairment | 1 | 0 | 1 |
| | Tubulointerstitial nephritis | 1 | 0 | 1 |
| | Urethral stenosis | 0 | 1 | 1 |
| **Total** | | **9** | **3** | **12** |
| **Pregnancy, puerperium and perinatal conditions** | Abortion spontaneous | 2 | 0 | 2 |
| | Foetal growth restriction | 1 | 0 | 1 |
| | Foetal hypokinesia | 2 | 0 | 2 |
| | HELLP syndrome | 1 | 0 | 1 |
| | Haemorrhage in pregnancy | 1 | 0 | 1 |
| | Low birth weight baby | 2 | 1 | 3 |
| | Normal newborn | 0 | 1 | 1 |
| | Placental insufficiency | 1 | 0 | 1 |
| | Pre-eclampsia | 2 | 0 | 2 |
| | Premature baby | 6 | 2 | 8 |
| | Premature delivery | 0 | 1 | 1 |
| | Premature labour | 3 | 1 | 4 |
| | Premature rupture of membranes | 1 | 0 | 1 |
| | Small for dates baby | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Stillbirth | 1 | 0 | 1 |
| | Subchorionic haematoma | 1 | 0 | 1 |
| | Umbilical cord abnormality | 1 | 0 | 1 |
| **Total** | | 25 | 7 | 32 |
| **Congenital, familial and genetic disorders** | Amniotic band syndrome | 1 | 0 | 1 |
| | Cerebral palsy | 2 | 0 | 2 |
| | Cleft palate | 1 | 0 | 1 |
| | Coarctation of the aorta | 1 | 0 | 1 |
| | Congenital anomaly | 1 | 0 | 1 |
| | Congenital bladder anomaly | 1 | 0 | 1 |
| | Congenital multiplex arthrogryposis | 2 | 0 | 2 |
| | Congenital renal disorder | 1 | 0 | 1 |
| | Cystic fibrosis | 1 | 0 | 1 |
| | Genitalia external ambiguous | 1 | 0 | 1 |
| | Hydrocele | 1 | 0 | 1 |
| | Hypospadias | 1 | 0 | 1 |
| | Macrocephaly | 1 | 0 | 1 |
| | Multiple congenital abnormalities | 1 | 0 | 1 |
| | Porphyria | 0 | 1 | 1 |
| | Porphyria non-acute | 1 | 0 | 1 |
| | Sickle cell trait | 1 | 0 | 1 |
| | Syndactyly | 1 | 0 | 1 |
| | Talipes | 3 | 0 | 3 |
| | Ventricular septal defect | 3 | 0 | 3 |
| **Total** | | **25** | **1** | **26** |
| **General disorders and administration site conditions** | Adverse drug reaction | 0 | 2 | 2 |
| | Adverse event | 0 | 2 | 2 |
| | Chest discomfort | 0 | 1 | 1 |
| | Chest pain | 0 | 1 | 1 |
| | Condition aggravated | 1 | 4 | 5 |
| | Developmental delay | 1 | 0 | 1 |
| | Disease recurrence | 0 | 1 | 1 |
| | Drug ineffective | 3 | 15 | 18 |
| | Fatigue | 0 | 2 | 2 |
| | Feeling abnormal | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Foaming at mouth | 0 | 1 | 1 |
| | Ill-defined disorder | 0 | 2 | 2 |
| | Malaise | 0 | 4 | 4 |
| | Pain | 2 | 2 | 4 |
| | Peripheral swelling | 0 | 1 | 1 |
| | Pyrexia | 2 | 2 | 4 |
| | Therapeutic product effect incomplete | 0 | 1 | 1 |
| | Therapeutic response decreased | 0 | 2 | 2 |
| | Treatment failure | 0 | 1 | 1 |
| | Unevaluable event | 0 | 1 | 1 |
| **Total** | | **9** | **46** | **55** |
| **Investigations** | Amphetamines positive | 0 | 1 | 1 |
| | Anion gap increased | 1 | 0 | 1 |
| | Apgar score low | 1 | 0 | 1 |
| | Base excess decreased | 1 | 0 | 1 |
| | Blood bicarbonate decreased | 1 | 0 | 1 |
| | Blood pH decreased | 1 | 0 | 1 |
| | Blood pressure decreased | 0 | 1 | 1 |
| | Drug screen false positive | 0 | 1 | 1 |
| | False positive investigation result | 0 | 1 | 1 |
| | General physical condition abnormal | 0 | 1 | 1 |
| | Heart rate increased | 1 | 1 | 2 |
| | Hepatic enzyme increased | 1 | 0 | 1 |
| | PCO2 decreased | 1 | 0 | 1 |
| | Respiratory rate increased | 1 | 0 | 1 |
| | Urine amphetamine positive | 0 | 1 | 1 |
| **Total** | | **9** | **7** | **16** |
| **Injury, poisoning and procedural complications** | Drug exposure before pregnancy | 0 | 1 | 1 |
| | Exposure during pregnancy | 11 | 69 | 80 |
| | Foetal exposure during delivery | 1 | 0 | 1 |
| | Foetal exposure during pregnancy | 6 | 36 | 42 |
| | Incorrect product administration duration | 0 | 2 | 2 |
| | Intentional product misuse | 0 | 1 | 1 |
| | Joint dislocation | 1 | 0 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Limb traumatic amputation | 2 | 0 | 2 |
| | Maternal exposure during pregnancy | 4 | 7 | 11 |
| | Medication error | 0 | 2 | 2 |
| | Off label use | 2 | 1 | 3 |
| | Prescribed overdose | 1 | 0 | 1 |
| | Product use in unapproved indication | 0 | 1 | 1 |
| | Product use issue | 2 | 0 | 2 |
| **Total** | | **30** | **120** | **150** |
| **Grand Total** | | **185** | **311** | **496** |

SOC: System Organ Class

# Appendix 7 Non-serious DEVP Cases

# APPENDIX 7: Non-serious DEVP Cases

2012SA007839

2012SA074596

2014SA125143

2017SA141963

2017SA147254

2017SA147258

2017SA203071

2018SA017271

2018SA044769

2018SA063606

2018SA145636

2018SA179778

2018SA183376

2018SA190826

2018SA223849

2018SA241243

2018SA253758

2018SA260062

2018SA263445

2018SA264799

2018SA270421

2018SA270762

2018SA315201

2018SA322924

2018SA328511

2018SA329892

2018SA330259

2018SA337188

2018SA337203

2019SA006300

2019SA006340

2019SA007750

2019SA018828

2019SA018857

2019SA029344

2019SA044757

2019SA059690

2019SA070061

2019SA072610

2019SA077722

2019SA087086

2019SA109759

2019SA114178

2019SA115184

2019SA126898

2019SA129432

2019SA150839

2019SA158659

2019SA177479

2019SA177860

2019SA191705

2019SA208810

2019SA212650

2019SA217525

2019SA219160

2019SA222771

2019SA228304

2019SA233922

2019SA249426

2019SA260758

2019SA267241

2019SA287356

2019SA325816

2019SA344637

2020SA014908

2020SA015452

BI2007BP12333PF

BI2007BP12360PF

BI2007BP12386PF

BI2007BP12413PF

BI2007BP12617PF

BI2007BP12628PF

BI2007BP12765PF

BI2007BP12832PF

BI2007BP12849PF

BI2007BP12869PF

BI2007BP12927PF

BI2007BP13050PF

BI2007BP13152PF

BI2007BP13224PF

BI2007BP13256PF

BI2007BP14041PF

BI2007BP14303PF

BI2007BP14389PF

BI2007BP14409PF

BI2007BP14474PF

BI2007BP14562PF

BI2007BP14874PF

BI2007BP15101PF

BI2007BP15133PF

BI2007BP15239PF

BI2007BP15296PF

BI2007BP15368PF

BI2007BP15399PF

BI2007BP15592PF

BI2015BI16798BP

BI2015BI33614BP

BI2015BI41991BP



CONFIDENTIAL 

BI2015BI61378BP

BI2016BI01740BI



CONFIDENTIAL 

# Appendix 8 Genotoxicity cases reporting Causalities

**Genotoxicity cases reporting Unclassified and Unlikely Causality**

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2013SA061932<br>LITERATURE<br>AUSTRALIA | 1 Days/Male<br>Unknown<br>Transplacental | Congenital multiplex arthrogryposis,<br>Foetal exposure during pregnancy,<br>Cerebral palsy,<br>Diplegia,<br>Joint contracture,<br>Joint dislocation,<br>Otitis media,<br>Talipes,<br>Conductive deafness | Enoxaparin Sodium, Amoxicillin, Ampicillin, Ceftriaxone, Cefalexin, Fluconazole, Gentamicin Sulfate, Heparin Sodium, Meropenem, Paracetamol | Lack of information |
| 2013SA062300<br>HEALTH AUTHORITY<br>AUSTRALIA | 28 Years/Female<br>Resolved<br>NR | Premature rupture of membranes,<br>Exposure during pregnancy,<br>Pyrexia,<br>Product use in unapproved indication | Enoxaparin Sodium, Gentamicin Sulfate, Heparin Sodium, Meropenem, Paracetamol, Fluconazole, Amoxicillin Sodium, Ampicillin, Ceftriaxone, Cefalexin | Lack of information |
| 2017SA147220<br>CONSUMER<br>CANADA | 31 Years/Female<br>Unknown<br>Oral | Exposure during pregnancy,<br>Hypertension,<br>Neck pain,<br>Headache | Docusate Sodium | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA011056<br>CONSUMER<br>UNITED STATES | 22 Years/Female<br>Unknown<br>Oral | Haemorrhage in pregnancy,<br>Drug screen false positive,<br>Therapeutic response decreased,<br>Exposure during pregnancy | NR | Lack of information |
| 2018SA019564<br>LITERATURE<br>IRELAND | 36 Years/Female<br>Unknown<br>NR | Parkinson's disease,<br>Exposure during pregnancy | Fentanyl Sodium Citrate, Pramipexole Dihydrochloride, Carbidopa/Levodopa, Bupivacaine Hydrochloride, Morphine, Fentanyl | Lack of information |
| 2018SA221232<br>LITERATURE<br>ROMANIA | 26 Years/Female<br>Unknown<br>NR | Hellp syndrome,<br>Anaemia,<br>Thrombocytopenia,<br>Hepatic enzyme increased,<br>Proteinuria,<br>Drug ineffective,<br>Exposure during pregnancy | Granisetron, Calcium Chloride/Potassium Chloride | Lack of information |
| 2019SA180807<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>NR | Choking,<br>Regurgitation,<br>Exposure during pregnancy | NR | Lack of information |
| BI2007BP00658BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>Unknown<br>Transplacental | Talipes,<br>Ventricular septal defect | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP03929BP<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 40 Years/Female<br>Resolved<br>Oral | Erythema multiforme, Swollen tongue, Pharyngeal swelling, Foetal exposure during pregnancy | Nicotine, Folic Acid, Norfloxacin | Lack of information |
| BI2008DE05525GD<br>LITERATURE<br>GERMANY | UNK/Male<br>Unknown<br>Transplacental | Hydrocele, Premature baby | Cetirizine Hydrochloride, Loratadine, Cromoglicate Sodium | Lack of information |
| 2019SA246301<br>HEALTH AUTHORITY<br>FRANCE | UNK/UNK<br>Unknown<br>Transplacental | Apgar score low, Premature baby, Congenital anomaly, Foetal exposure during pregnancy, Psychomotor skills impaired, Adverse event | Chlorpromazine, Oxomemazine, Domperidone, Cetirizine Hydrochloride, Metopimazine | Lack of information |
| 2019SA261479<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>NR | Neoplasm malignant, Exposure during pregnancy | NR | Lack of information |
| 2019SA276508<br>CONSUMER<br>UNITED STATES | UNK/UNK<br>Unknown<br>Transplacental | Cystic fibrosis, Foetal exposure during pregnancy | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2010SA063452<br>LITERATURE<br>INDIA | 28 Years/Female<br>Resolved<br>IV | Anaphylactic reaction,<br>Exposure during pregnancy,<br>Bronchospasm,<br>Hypotension,<br>Tachycardia,<br>Rash maculo-papular,<br>Pruritus generalised,<br>Conjunctival hyperaemia | NR | Confounded by medical history of drug hypersensitivity |
| 2014SA065866<br>LITERATURE<br>SPAIN | 42 Years/Female<br>Unknown<br>NR | Neurotoxicity,<br>Exposure during pregnancy | Carboplatin, Dexamethasone, Paclitaxel, Levothyroxine, Granisetron | Confounded by concurrent chemotherapy |
| 2014SA135933<br>HEALTH PROFESSIONAL<br>FRANCE | 30 Years/Female<br>Unknown<br>NR | Pre-eclampsia,<br>Exposure during pregnancy | Enoxaparin Sodium | Confounded by concomitant use of ciclosporin as father was treated during conception |
| 2015SA049775<br>LITERATURE<br>PORTUGAL | 31 Years/Female<br>Recovering / Resolving<br>IV | Anaphylactic reaction,<br>Headache,<br>Altered state of consciousness,<br>Hypotension,<br>Tachycardia,<br>Hypoxia,<br>Exposure during pregnancy | Cefazolin, Hydrocortisone, Epinephrine, Phenylephrine | Confounded by concomitant use of Cefazolin, phenylepinephrine |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2016SA120265<br>LITERATURE<br>UNITED STATES | 31 Years/Female<br>Resolved<br>NR | Renal failure,<br>Exposure during pregnancy | Gentamicin Sulfate, Ursodeoxycholic Acid, Doxylamine Succinate, Ampicillin, Paracetamol, Oxytocin, Salbutamol, Polysaccharide-Iron Complex | Confounded by concomitant use of URSODEOXYCHOLIC ACID and medical history of Pancreatitis |
| 2017SA145829<br>CLINICAL UNSPONSORED<br>CANADA | 31 Years/Female<br>Resolved<br>NR | Exposure during pregnancy, Nephrolithiasis, Haemorrhage, Subchorionic haematoma, General physical condition abnormal | Infliximab, Diphenhydramine Hydrochloride | Confounded by underlying condition: Crohn's disease and concomitant use of Infliximab |
| 2017SA147334<br>CONSUMER<br>CANADA | UNK/Female<br>Unknown<br>Oral | Abortion spontaneous,<br>Exposure during pregnancy | Loperamide Hydrochloride, Paracetamol, Cisapride, Ascorbic Acid, Calcium/ Copper/ Cyanocobalamin/ Ergocalciferol/ Folic Acid/ Iodine/ Iron/ Magnesium/ Nicotinamide/ Pyridoxine Hydrochloride/ Retinol/ Riboflavin/ Riboflavin/ Thiamine Hydrochloride/ Tocopherol/ Zinc Magnesium Alginate/ Sodium Alginate, Thyroid, Omeprazole | Confounded by concomitant use of loperamide hydrochloride |

| **Case ID**<br>**Source type**<br>**Country** | **Age/Gender**<br>**Case Outcome**<br>**Route of administration** | **MedDRA PTs** | **Concomitant Medications** | **Comment** |
|---|---|---|---|---|
| 2017SA172661<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 28 Years/Female<br>Recovering / Resolving<br>NR | Ketoacidosis,<br>Condition aggravated,<br>Blood ph decreased,<br>Blood bicarbonate decreased,<br>Base excess decreased,<br>Exposure during pregnancy,<br>Anion gap increased,<br>Respiratory alkalosis,<br>Respiratory rate increased,<br>Heart rate increased,<br>Pco decreased | Hydrocortisone Salt Not Specified, Omeprazole | Confounded by concomitant use of HYDROCORTISONE and medical history of Ketoacidosis |
| 2018SA184866<br>HEALTH AUTHORITY<br>QATAR | UNK/Female<br>Resolved<br>Oral | Bone marrow failure,<br>Neutropenia,<br>Thrombocytopenia,<br>Leukopenia,<br>Pyrexia,<br>Exposure during pregnancy | Piperacillin Sodium/ Tazobactam Sodium, Erythromycin, Enoxaparin Sodium, Betamethasone, Progesterone, Ferrous Fumarate | Confounded by medical history of Venous thromboembolism |
| 2018SA263619<br>LITERATURE<br>PORTUGAL | 31 Years/Female<br>Unknown<br>IV | Anaphylactic reaction,<br>Maternal exposure during pregnancy,<br>Angioedema,<br>Erythema,<br>Pruritus,<br>Dyspnoea | Metoclopramide Hydrochloride, Ampicillin, Sufentanil, Ropivacaine | Confounded by concomitant use of Metoclopramide |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA391798<br>HEALTH AUTHORITY<br>NETHERLANDS | UNK/Male<br>Unknown<br>Transplacental | Premature baby,<br>Neonatal respiratory distress syndrome,<br>Foetal exposure during pregnancy | Paracetamol, Oxytocin, Bupivacaine, Sufentanil, Metoclopramide Hydrochloride, Phenylephrine Hydrochloride, Cefazolin, Ropivacaine | Underlying maternal motor neuron disease and amyotrophic lateral sclerosis were significant risk factor |
| 2019SA038853<br>HEALTH AUTHORITY<br>IRELAND | UNK/Female<br>Not Applicable<br>Transplacental | Premature baby,<br>Low birth weight baby,<br>Foetal exposure during pregnancy | Diclofenac Sodium, Propofol, Epinephrine, Omeprazole, Lidocaine, Paracetamol, Rocuronium Bromide, Alprazolam, Oxygen, Dexmedetomidine, Sodium Citrate, Levobupivacaine | Due to obstructive history of the mother with co-morbidities, who has a history of merosin-positive congenital muscular dystrophy, severe neuromuscular scoliosis and requiring nocturnal non-invasive bilevel positive airway pressure as well as medical history of gastro-oesophageal reflux disease and extreme anxiety, therefore causality of the events low birth weight baby, premature baby and foetal exposure during pregnancy are not suspected to paracetamol, diclofenac, omeprazole and ranitidine. |
| 2019SA065285<br>HEALTH AUTHORITY<br>UNITED KINGDOM | UNK/Male<br>Not Resolved<br>Transplacental | Genitalia external ambiguous,<br>Congenital bladder anomaly,<br>Foetal hypokinesia,<br>Neonatal respiratory depression,<br>Foetal exposure during delivery | Hyoscine Butylbromide, Insulin Glargine, Codeine Phosphate/ Paracetamol, Folic Acid, Acetylsalicylic Acid, Flucloxacillin, Insulin Aspart, Calcium Carbonate/ Magnesium Carbonate, Tinzaparin | Confounded by mother's medical history of Nephrotic syndrome, Type 1 diabetes mellitus, Genital herpes |
| 2019SA222910<br>LITERATURE<br>GERMANY | UNK/Female<br>Not Applicable<br>NR | Stillbirth,<br>Placental insufficiency,<br>Umbilical cord abnormality,<br>Maternal exposure during pregnancy | Colestyramine, Paracetamol, Morphine Sulfate, Prednisolone, Budesonide, Salbutamol Sulfate, Ondansetron, Pancreatin | Confounded by concomitant use of Corticosteroids |

| **Case ID**<br>**Source type**<br>**Country** | **Age/Gender**<br>**Case Outcome**<br>**Route of administration** | **MedDRA PTs** | **Concomitant Medications** | **Comment** |
|---|---|---|---|---|
| A01200910461<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 31 Years/Female<br>Resolved<br>IV | Vomiting,<br>Drug ineffective,<br>Exposure during pregnancy | Metoclopramide, Cyclizine, Ondansetron, Prednisolone, Thiamine, I.V. Solutions | Confounded by concomitant use of Metoclopramide |
| BI2007BP00120BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Abortion spontaneous,<br>Foetal exposure during pregnancy | Dihydroxyaluminum Sodium Carbonate | Confounded by medical history of Abortion spontaneous, Alcohol use, Smoker |
| BI2007BP00157BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Pre-eclampsia,<br>Exposure during pregnancy | Sertraline Hydrochloride, Paracetamol | Confounded by concomitant use of Sertraline |
| BI2009DE07181GD<br>LITERATURE<br>INDIA | UNK/Female<br>Unknown<br>Transplacental | Amniotic band syndrome,<br>Limb traumatic amputation,<br>Limb deformity,<br>Limb traumatic amputation | Dicycloverine, Metronidazole, Iron Preparations, Zinc Products, Norfloxacin, Aminocaproic Acid, Antiemetics and Antinauseants | Confounded by concomitant use of metronidazole |
| BI2012BI01643BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Dehydration,<br>Maternal exposure during pregnancy,<br>Incorrect product administration duration | Zolpidem Tartrate, Folic Acid, Oxycodone Hydrochloride, Promethazine Hydrochloride, Alprazolam, Ascorbic Acid | Confounded by concomitant use of oxycodone |

| **Case ID**<br>**Source type**<br>**Country** | **Age/Gender**<br>**Case Outcome**<br>**Route of administration** | **MedDRA PTs** | **Concomitant Medications** | **Comment** |
|---|---|---|---|---|
| BI2014BI01243GD<br>LITERATURE<br>AUSTRALIA | UNK/Male<br>Unknown<br>Transplacental | Congenital multiplex arthrogryposis,<br>Cerebral palsy,<br>Deafness,<br>Otitis media | Paracetamol, Amoxicillin, Enoxaparin, Heparin Sodium, Fluconazole, Cefalexin, Ampicillin, Ceftriaxone, Meropenem, Gentamicin Sulfate | Confounded by Maternal exposure to gentamicin |
| BI2014RO00070RO<br>LITERATURE<br>ARGENTINA | UNK/Female<br>Unknown<br>Transplacental | Multiple congenital abnormalities,<br>Foetal growth restriction,<br>Premature baby,<br>Low birth weight baby | Fluconazole, Methotrexate, Rofecoxib, Meprednisone, Isoniazid | Confounded by concomitant use of maternal exposure to methotrexate |
| BI2016BI20178BI<br>LITERATURE<br>PORTUGAL | UNK/UNK<br>Unknown<br>Transplacental | Foetal heart rate deceleration abnormality,<br>Foetal exposure during pregnancy | Propranolol, Azathioprine, Prednisolone, Folic acid | Confounded by concomitant use of Propranolol |
| 2019SA246391<br>HEALTH AUTHORITY<br>FRANCE | UNK/Female<br>Not Applicable<br>NR | Premature labour,<br>Maternal exposure during pregnancy | Chlorpromazine, Domperidone, Metopimazine, Oxomemazine, Cetirizine Hydrochloride | Confounded by medical history of pre-eclampsia, gestational diabetes, gestational hypertension |
| 2019SA322356<br>LITERATURE<br>INDIA | 44 Years/Female<br>Unknown<br>Oral | Foetal hypokinesia,<br>Premature delivery, Exposure during pregnancy | Doxorubicin, Docetaxel, Cyclophosphamide, Dexamethasone, Ondansetron, Filgrastim, Nifedipine, Levothyroxine Sodium | Confounded by concomitant use of doxorubicin, docetaxel, cyclophosphamide, dexamethasone |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA354995<br>HEALTH AUTHORITY<br>CANADA | NR/Female<br>Resolved<br>NR | Drug Hypersensitivity, Premature Labour, Exposure During Pregnancy, Product Use Issue, Off Label Use | Domperidone, Pantoprazole, Domperidone Maleate, Progesterone, Paracetamol, Mesalamine, Mesalazine, Azathioprine, Pantoprazole Magnesium, Azathioprine, Infliximab, Folic acid, Iron | Confounded by concomitant use of domperidone, pantoprazole, mesalamine, mesalazine, domperidone maleate, azathioprine, pantoprazole magnesium, azathioprine and infliximab |
| 2019SA355005<br>HEALTH AUTHORITY<br>CANADA | Fetus/UNK<br>Resolved<br>Transplacental | Premature Baby, Foetal Exposure During Pregnancy | Domperidone, Domperidone Maleate, Mesalazine, Pantoprazole, Pantoprazole Sodium, Progesterone, Codeine Phosphate/Paracetamol, Infliximab, Azathioprine, Pantoprazole Magnesium, Folic acid, Iron | Lack of information |
| 2019SA355363<br>HEALTH AUTHORITY<br>CANADA | Adult/UNK<br>Resolved<br>NR | Drug Hypersensitivity, Premature Labour, Maternal Exposure During Pregnancy, Product Use Issue, Off Label Use | Pantoprazole, Domperidone, Domperidone Maleate, Mesalazine, Progesterone, Infliximab, Codeine Phosphate/Paracetamol, Azathioprine Sodium, Folic acid, Iron | Confounded by concomitant use of domperidone, pantoprazole, mesalamine, mesalazine, domperidone maleate, azathioprine, pantoprazole magnesium, azathioprine and infliximab |
| BI2007BP00654BP<br>LITERATURE<br>NETHERLANDS | UNK/Female<br>UNK<br>Transplacental | Ventricular septal defect | NR | Lack of information |
| BI2007BP00657BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Ventricular septal defect | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00660BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Cleft palate | NR | Lack of information |
| BI2007BP00661BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Syndactyly | NR | Lack of information |
| BI2007BP00662BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Talipes | NR | Lack of information |
| BI2015BI33290GD<br>LITERATURE<br>GERMANY | UNK/Male<br>UNK<br>Transplacental | Hypospadias | Acetylsalicylic Acid, Iron, Folic Acid, Sucralfate | Lack of information |



CONFIDENTIAL SANOFI_ZAN_MDL_0000207009

# EXHIBIT 49

SANOFI

# HEALTH HAZARD EVALUATION

CONFIDENTIAL

**Name of Product: Ranitidine (Zantac 150®, Zantac 150® Cool Mint, and Zantac 75®, Ranitidina 150 mg and 300 mg coated tablets, Buscopan Antiacido 75 mg effervescent tablets, Ranitidina 50 mg/2 mL injectable solution)**

**Rapid Quality Notification Reference Issue:** Potential carcinogenicity and genotoxicity by ranitidine-induced N-Nitrosodimethylamine (NDMA) exposure.

Potential Product Defect classification & description: Potential patient/consumer exposure to quality defect class I in Canada and class II in the United States and in Colombia, Ecuador, El Salvador, Guatemala, Honduras, Peru, Italy, Brazil, Costa Rica, and Nicaragua.

**Initial Date: 21 Oct 2019/ Follow-up: 04 Nov 2019/ Follow-up: 18 Nov 2019/Follow-up: 24 Dec 2019/ Follow-up: 26 Feb 2020**

Authors: Barbara Kittner, MD

Medical Risk assessment (Pharmacovigilance)

# 1 DESCRIPTION OF THE POTENTIAL PRODUCT DEFECT

Following a public statement issued on US FDA, EMA (European Medicines Agency) and Health Canada websites on 13 September 2019, related to Ranitidine drug products (DPs) potentially contaminated by a nitrosamine impurity called N-nitrosodimethylamine (NDMA) at low levels, a rapid quality notification was issued by Chattanooga manufacturing site from Consumer Healthcare Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06788), due to possible contamination of ranitidine medicines with NDMA.

Preliminary DP and active product ingredient (API) tests have been conducted for the potential presence of NDMA in seven ranitidine batches of OTC Zantac 150®, Zantac 150® Cool Mint, and 75® film-coated tablets. The results of these tests are provided below Table 1 (batch numbers see in Table 1).

**Table 1 - Details of Drug Product Batches tested**

| Product name | DP Batch numbers | Manufacturing date | Expiry date | NDMA (ppb) in Drug Product | API Batch Number | NDMA (ppb) in API |
|---|---|---|---|---|---|---|
| Zantac 150® | 19D428U | 4/6/2019 | 4/30/2022 | 102 | 12071810189 | 4665 |
| Zantac 150® | 19D435U | 4/8/2019 | 4/08/2022 | 126 | 12071810212 | 5858 |
| Zantac 150® | 19E408M | 5/9/2019 | 5/14/2022 | < LoQ* (~84) | 12071915003 | 1938 |
| Zantac 150® | 19E401M | 5/2/2019 | 5/3/2022 | < LoQ (~74) | 12071910012 | 4746 |
| Zantac 75® | 18L012U | 10/10/2018 | 10/16/2021 | 390 | 12071810124 | 9335 |
| Zantac 150® Coolmint | 19D563 | 4/24/2019 | 4/28/2021 | 2801 | 12071910007 | 5123 |
| Zantac 150® Coolmint | 19D570 | 4/29/2019 | 4/14/2021 | 2147 | 12071910008 | 9299 |

*LOQ: Limit of Quantification

The acceptable limit for 300 mg maximum daily dose of ranitidine (World Health Organization (WHO) defined daily dose) is 320 ppb, as calculated based on a lifetime exposure and the indications in scope (see Section 2.1.1.1 Risk characterization for lifetime exposure). The marketed country of these 7 DP batches is US.

Patients were exposed to above batches since October 2018. The maximum shelf-life of Zantac® is 36 months.

As Sanofi markets the same formula also in Canada, this country is also included in this report.

This Health Hazard Evaluation (HHE) report analyses the potential risks for patient safety related to a possible intake of NDMA contained in Sanofi's ranitidine tablets.

**Follow-up report (HHE request version 2, dated 22 Oct 2019):**

The oral forms marketed in the Latin American Countries listed below include an indication for Zollinger- Ellison syndrome. Although not a first-line medication, if prescribed for Zollinger-Ellison syndrome, a patient may be given up to 6g of ranitidine daily. Accordingly, if applying the same conservative formula for calculating the acceptable limit as in the US and Canada, the oral forms would be subject to a calculated acceptable limit of 37 ppb (see Appendix 1). The oral forms marketed batches are using 2 API suppliers: SARACA and Orchev.

A rapid quality notification was issued by Cali manufacturing site from Pharma Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06872).

Based on preliminary test results on 10 batches of Drug substance (not used by Sanofi) provided by the API supplier Orchev in its risk assessment [20-90 ppb], the presence of NDMA in ranitidine oral forms was analyzed to be above the acceptable limit of 37 ppb.

Another supplier, SARACA, had been supplying the API for the ranitidine oral form DPs marketed in the Latin American countries until June 2019. In the absence of test results for those products, they are included in the scope of the recall as a precautionary measure.

The overall conclusion (see Section 4) remains valid.

**Follow-up report (HHE request version 3, dated 14 Nov 2019):**

The oral form marketed in Italy is using ranitidine from Solara Active Pharma Sciences limited (or Shasun Pharmaceuticals Limited).

A rapid quality notification was issued by External Manufacturing CHC Frankfurt (Rapid Quality Notification reference CR06798).

Based on NDMA test results on 4 Drug substance batches used in marketed DP batches, the potential presence of NDMA in ranitidine oral forms marketed in Italy is confirmed to possibly be above the acceptable limit of 0.320 ppm.

A voluntary recall of DP batches marketed in Italy and still under expiry up to pharmacy level is proposed to Italy Health Authority (AIFA).

**Table 2 - Details of Buscopan Antiacido 75 mg effervescent tablets Batches tested**

| Batch number API | API Manufacturing date | API Expiry date | Results NDMA in API [µg/g] ppm |
|---|---|---|---|
| RDM1607130 (81424 + 82138) | July 2016 | June 2020 | 0.785 |
| RDM1611205 (82139) | November 2016 | October 2020 | 2.505 |

| Batch number API | API Manufacturing date | API Expiry date | Results NDMA in API [µg/g] ppm |
|---|---|---|---|
| RDM1707159 (17001633) | July 2017 | June 2021 | 0.327 |
| RDM1802041 (18002962) | January 2018 | December 2019 | 0.464 |

API: Active Product Ingredient

**Follow-up report (HHE request version 4, dated 04 Dec 2019):**

The oral forms marketed in Brazil are Ranitidina 150mg/300mg coated tablets.

A rapid quality notification was issued by Campinas manufacturing site from Pharma Industrial Affairs Quality Operations (Rapid Quality Notification reference CR06871).

Testings have been performed on Ranitidine API used by Campinas site for marketed DPs, on Marketed DPs, and DPs stability samples: 13 API Batches used in marketed DPs in Brazil have been tested; 10 API batches present NDMA results above the acceptable limit of 37ppb.

Fifty-seven DP batches (including 35 marketed batches totally distributed, rest of batches are blocked at Distribution Center or Site level since October 2019) under expiry have been tested, out of which 27 DP batches have NDMA levels above the acceptable limit of 37ppb. NDMA level was detected in other 30 DP batches below the acceptable limit.

For investigation purpose, stability samples have been tested (DP samples stored during 3 month and 18 month at temperature of 30°C and 75% Residual humidity), NDMA level was observed above the acceptable limit (for more detailed information please see Appendix 2).

In conclusion, a high variability of NDMA level has been observed on 2017, 2018, and 2019 API and DP batches. Temperature and humidity are impacting the NDMA level in DP. The level of NDMA in DP increases with environmental conditions (temperature and humidity), and with time. Therefore, the level of NDMA cannot be ensured to remain below the acceptable limit until end of shelf life of marketed products.

**Follow-up report (HHE request version 5, dated 05 Feb 2020):**

Ranitidine injectable solution 50 mg/2 mL is marketed in Colombia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, and Peru.

A rapid quality notification was issued by External Manufacturing CHC Colombia (Rapid Quality Notification reference CR06804).

Testings have been performed on Ranitidine DP injectable form manufactured by the CMO Fareva Villarica site. Drug products stability samples corresponding to all bulk batches representative of all marketed products within shelf-life have been tested including 2 batches tested with both retained and stability samples zone IVb (30°C/75%HR). NDMA results in 11 DP

batches have been found above the acceptable limit of 5646 ppb. NDMA results on the other 2 DP batches are at 5600 ppb. A detailed overview is presented in Table 3 below.

**Table 3 - Test results for Ranitidine injectable form per batch**

| Product | Batch | Manufacturing date | Expiry date | Sample age | Sample type | Lab Results (µg/ml) | Results ppb** | Acceptable limit (ppb) |
|---|---|---|---|---|---|---|---|---|
| RANITIDINA 50mg/2mL INY CO | 9GC3524A | Aug-2019 | Jul-2021 | 5 months | Retention * | 0,24 | 9600 | 5646 |
| RANITIDINA 50mg/2mL INY CO | 9GC2223A | May-2019 | Apr-2021 | 8 months | Retention * | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY EC | 9GC2219C | May-2019 | Apr-2022 | 8 months | Retention * | 0,20 | 8000 | |
| RANITIDINA 50mg/2mL INY ES-GT-NI-HN | 9GC1283C | Mar-2019 | Feb-2021 | 10 months | **Stability** (30°C/75%RH) | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY CO | 9GC1283A | Mar-2019 | Feb-2021 | 10 months | Retention * | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 9GC0090C | Jan-2019 | Dec-2020 | 12 months | Retention * | 0,16 | 6400 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 8GC5016C | Dec-2018 | Nov-2020 | 13 months | Retention * | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY EC | 8GC4532E | Oct-2018 | Sep-2021 | 15 months | **Stability** (30°C/75%RH) | 0,22 | 8800 | |
| RANITIDINA 50mg/2mL INY PE | 8GC4532D | Oct-2018 | Sep-2021 | 15 months | Retention * | 0,18 | 7200 | |
| RANITIDINA 50mg/2mL INY ES-GU-NIC | 8GC2673C | Jun-2018 | May-2020 | 19 months | Retention * | 0,16 | 6400 | |
| RANITIDINA 50mg/2mL INY EC | 8GC2231D | May-2018 | Apr-2021 | 20 months | Retention * | 0,15 | 6000 | |
| RANITIDINA 50mg/2mL INY CO | 8GC1627A | Apr-2018 | Mar-2020 | 21 months | Retention * | 0,14 | 5600 | |
| RANITIDINA 50mg/2mL INY CO | 8GC1225A | Mar-2018 | Feb-2020 | 22 months | Retention * | 0,14 | 5600 | |

* Retention samples stored between 20-30°C max 75%RH
**value expressed compared to Ranitidine
Shelf Life (SL) is 2 years for all markets except Costa-Rica and Ecuador where SL is 3 years

Based on NDMA levels observed on marketed DP batches above the acceptable limit of 5646 ppb, a voluntary recall of all DP batches of Ranitidine injectable form still under expiry is proposed to the Authorities, at pharmacy and hospital level.

# 2 ASSESSMENT OF THE POTENTIAL MEDICAL RISK ASSOCIATED WITH THE POTENTIAL PRODUCT DEFECT

Ranitidine is a competitive, reversible inhibitor of the histamine H2-receptors found in gastric parietal cells. Inhibition of the formation of the histamine H2-receptor complex results in

decreased gastric acid secretion and gastric volume, and reduced hydrogen ion concentration. Therefore, ranitidine is mainly used as antisecretory agent to reduce acid secretion into the stomach in patients with acute gastric or duodenal ulcer, esophagitis due to gastroesophageal reflux, and Zollinger-Ellison Syndrome, eradication of *Helicobacter pylori* in the case of gastroduodenal ulcer (lesion and infection confirmed by endoscopy), with concomitant administration of 2 antibiotics. In the Over the Counter environment, oral ranitidine is used for symptomatic relief of occasional heartburn and hyperacidity of the stomach, as well as for prevention of heartburn associated with acid indigestion and sour stomach brought on by eating or drinking certain foods and beverages.

It is available as tablets (75 mg, 150 mg, 150 mg cool mint and 300 mg), 150 mg capsules, 75mg effervescent tablets, and solution for injection (25 mg/mL).

The first marketing authorization for ranitidine was obtained in Argentina on 14-Apr-1983. Currently ranitidine is marketed in 12 countries located in North and Latin America, and Italy.

Based on the Intercontinental Marketing Services Health (IMS) sales figures and World Health Organization (WHO) defined daily dose of 300 mg for oral and parenteral formulations, the cumulative exposure to ranitidine could be estimated to be 646.4 million therapy days for oral formulations (tablets and syrup) and 2.1 million therapy days for parenteral formulations (ampoules) over the 15 year period (01 April 2003 through 31 March 2018; from the PBRER with DLP 31 May 2019), including 457.2 million therapy days for oral formulations (tablets).

The Sanofi company core safety information (CCSI) for ranitidine, version 1 dated 17 March 2017, Boehringer Ingelheim (BI) company core data sheet (CCDS) version 9032-00 (Italy), dated 02 December 2014 and BI CCDS version 9060-00 (United States [US]) dated 10 September 2015 were the RSIs valid for this report.

Ranitidine is approved for:

**Oral formulations:** In adults in the treatment of:

- Active gastric or duodenal ulcer, esophagitis caused by gastroesophageal reflux, maintenance treatment of duodenal ulcer, Zollinger-Ellison syndrome.
- Eradication of *H. pylori* in case of gastric and duodenal ulcer disease in combination with a dual antibiotics therapy (after endoscopic evidence of injury and infection).

The recommended dosage in adults and adolescents 12 years and older is:

- *Active duodenal ulcer:* One (1) tablet of 150 mg of ranitidine in the morning and 1 tablet in the evening or 2 tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 weeks.
- *Active gastric ulcer:* One (1) tablet of 150 mg in the morning and 1 tablet of 150 mg in the evening or 2 tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 to 6 weeks.

- *Esophagitis:* Two (2) tablets of 150 mg of ranitidine in the evening or 1 tablet of 300 mg of ranitidine in the evening, for 4 weeks with a possible second period of 4 weeks at the same dose based on endoscopic results.
- *Maintenance treatment of duodenal ulcer:* One (1) tablet of 150 mg of ranitidine per day, in the evening.
- *Zollinger-Ellison Syndrome:* The recommended initial dose is 600 mg per day. The dose should be adjusted individually, if needed, up to 1200 mg/day, and the treatment should be continued as long as clinically necessary.
- *Eradication of H. pylori* in case of gastric and duodenal ulcers:
  - The following dosage regimens are recommended: 300 mg of ranitidine in the morning and evening for 14 days together with:
    - either 1 g of amoxicillin in the morning and evening and 500 mg of clarithromycin in the morning and evening;
    - or, 500 mg of clarithromycin in the morning and evening together with either 500 mg of metronidazole or tinidazole in the morning and evening, or 1000 mg of tetracycline in the morning and evening;
    - or, as an alternative to the previous regimens, 1 g of amoxicillin in the morning and evening and 500 mg of metronidazole or tinidazole in the morning and evening.
  - This triple therapy should be followed by 300 mg of ranitidine daily for 2 additional weeks in case of an active duodenal ulcer or 2 to 4 additional weeks in case of an active gastric ulcer.

In children (3 to 18 years) oral formulations are indicated in the treatment of:

- Short-term treatment of gastric and duodenal ulcers;
- Treatment of gastroesophageal reflux disease (GERD), including reflux esophagitis and relief of symptoms related to gastroesophageal reflux.
- *Treatment of acute gastric or duodenal ulcers:* The recommended oral dose for the treatment of gastric or duodenal ulcers in children (over 30 kg in weight) is 4 to 8 mg/kg/day administered as 2 divided doses, with a maximum dose of 300 mg of ranitidine per day for 4 weeks.
  - For those patients with incomplete healing, another 4 weeks of therapy is indicated, as healing usually occurs after 8 weeks of treatment.
- *Gastroesophageal reflux:* The recommended oral dose for the treatment of gastroesophageal reflux in children (over 30 kg in weight) is 5 to 10 mg/kg/day administered as 2 divided doses, with a maximum dose of 600 mg per day (the maximum dose is likely to apply to heavier children or adolescents with severe symptoms).
- In addition to the above mentioned indications, ranitidine is also indicated in:
- Mendelson's syndrome

- Hemorrhage of digestive tract; ulcer hemorrhage
- Pyrosis
- Dyspepsia
- Prophylaxis against drug induced ulcer
- Gastrin secretion disorder

Ranitidine as OTC drug is indicated in the relief and prevention of heartburn associated with acid indigestion and sour stomach brought on by eating or drinking certain foods and beverages.

The recommended dosage in adults and children 12 years and over is:

- To relieve symptoms, swallow 1 tablet with a glass of water.
- To prevent symptoms, swallow 1 tablet with a glass of water 30 to 60 minutes before eating food or drinking beverages that cause heartburn.

The maximum dose is 300 mg of ranitidine per day (WHO defined daily dose).

**Injectable formulations** are indicated in the treatment of gastric ulcers, duodenal ulcers, gastritis, reflux esophagitis, Zollinger-Ellison syndrome, prophylaxis of Mendelson syndrome and prevention of upper gastrointestinal bleeding.

The recommended dosage is:

- Intramuscular injection: Fifty (50) mg (2 mL) every 6-8 hours without dilution.
- Intravenous (IV) injection is 50 mg (2 mL) every 6-8 hours diluted in 0.9% saline solution to complete a volume of 20 mL and inject over a period not less than five minutes.

## 2.1 MEDICAL RISK ASSOCIATED WITH ANY NDMA CONTAMINATION

### 2.1.1 Hazard assessment and risk characterization

N-Nitrosodimethylamine (NDMA) has recently been identified as a potential impurity in ranitidine drug substance and drug products. The ICH M7 Guideline on "assessment and control of DNA reactive (mutagenic) impurities in pharmaceuticals to limit potential carcinogenic risk" is applicable. A hazard assessment and risk characterization is hereafter conducted in the context of ICHM7.

NDMA is a known mutagenic carcinogen in rodents and it is classified by IARC (International Agency for Research in Cancer) as a 2A carcinogen (probably carcinogenic in humans). According to IARC, NDMA should be regarded for practical purposes as if it was carcinogenic to humans (IARC 1987). IARC classification is based on occurrence of cancer in several species and different exposure route. NDMA requires metabolic activation to express its mutagenic and carcinogenic effects and this metabolism route exists in rodents and man.

NDMA should be considered and controlled as a class 1 impurity (i.e., known mutagenic carcinogen) according to ICHM7 classification. Moreover, it is an N-nitroso compound identified as part of the "high potency mutagenic carcinogens referred to as the cohort of concern" in ICH M7 guideline. In guideline ICHM7- Section 7.5, it is clarified that compounds from some structural classes of mutagens can display extremely high carcinogenic potency, i.e., aflatoxin-like-, N-nitroso-, and alkyl-azoxy structures. If these compounds are found as impurities in pharmaceuticals, acceptable intakes for these high-potency carcinogens would likely be significantly lower than the acceptable intakes (of 1.5 µg/day) defined in this guideline, and are, for this reason, defined as "cohort of concern".

For class 1 impurities and according to ICH M7, compound specific acceptable intake and limit should be determined based on available carcinogenicity data, and the application of the Threshold of Toxicological Concern of 1.5 µg/day is not appropriate.

The carcinogenic potency of NDMA reported in the Carcinogenicity Potency Database (CPDB) is as follows in Table 4:

**Table 4 - Carcinogenic potency of Nitrosodimethylamine (CAS 62-75-9) reported in CPDB**

| Rat Target Sites | | Mouse Target Sites | | $TD_{50}$ (mg/kg/day) | |
|---|---|---|---|---|---|
| Male | Female | Male | Female | Rat | Mouse |
| kid liv lun tes vsc | liv vsc | liv nrv | lun nrv | 0.0959 | 0.189 |

Kid: kidney,liv: liver, lun:lung, tes:testis, nrv: nervous system, vsc: vascular system

Results obtained in rodents showed that tumors were found in kidneys, liver, lungs, testis, nervous system, and vascular systems.

For further calculation of an acceptable daily intake, the value of $TD_{50}$ obtained in the most sensitive species, sex and tissue (i.e., more conservative approach) has to be used (Note 4 of ICHM7).

In the case of NDMA; the $TD_{50}$ of 0.0959 mg/kg/day in rat has to be considered for risk characterization.

#### *2.1.1.1 Risk characterization for lifetime exposure*

The compound-specific acceptable intake should be calculated based on the carcinogenic potency (i.e., $TD_{50}$) and a linear extrapolation to a probability of $10^{-5}$ (i.e., the accepted lifetime risk level recommended in ICH M7), where:

- $TD_{50}$ value is a dose giving a 50% tumor incidence equivalent to a cancer risk probability level of 1:2
- Linear extrapolation to a probability $10^{-5}$ (i.e. 1 in 100 000) is achieved by simply dividing the $TD_{50}$ by 50 000.

For NDMA the compound specific Acceptable Intake is equal to 0.0959 µg/day (or 96 ng/day), for an acceptable excess of cancer risk of $10^{-5}$.

- Lifetime AI = 0.0959/50000 x 50 kg =0.0959 µg/day

This acceptable intake calculated according to ICHM7 guideline is comparable to the 0.2 µg/day WHO health-based value for NDMA in drinking water which is also associated with an upper-bound acceptable excess lifetime risk for cancer at $10^{-5}$.

**This Acceptable Intake of 96 ng/day is mentioned by Health Canada in the letter dated September 2019. Health Canada determined an interim acceptable concentration limit of 0.32 ppm (corresponding to 320 ppb).**

- This is based on AI of 96 ng/day NDMA for a lifetime exposure and the maximum ranitidine daily dose of 300 mg.
- "Interim" acceptable concentration limit is related to batches already on the market and for an additional future transitional period of 2 years. A future limit of 30 ppb has been proposed for sartans.[1]

**Table 5 - Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Letter from Health Canada 13-sept-2019 | NA | NA (Canada HA) | OTC | 300# | 14 days | - | Daily lifetime use # ** | 70 | 0.0959 | 0.320 |
| Heartburn | | US/Canada/ Italy | OTC | 300* | 14 days | - | Daily lifetime use # ** | 70 | 0.0959 | 0.320 |

* for Ranitidine 75mg tablets
** Hypothesis without supporting data
\# Assumed by Health Canada
- This is twice the maximum labeled daily dose in the US and Canada
- This is the maximum labeled daily dose in Italy.

### *2.1.1.2 Risk characterization for ranitidine labelled indications*

Although the AL has been calculated for a 70-yr-lifetime, OTC Zantac 75®; Zantac 150®, Zantac 150® Cool Mint are only on the market since 1995, 2004 and 2007, respectively. Taking into account that this reduces the possible treatment duration, the acceptable intake is higher. As an example, the AL increases from 320 ppb to 932 ppb if the exposure decreases from 70 years to 24 years (marketed period of Zantac 75® tablet).

[1] Note: WHO health-based value for NDMA in drinking water is 0.2 µg/day. With an upper-bound acceptable excess lifetime risk for cancer at $10^{-5}$

Zantac 75® to summarise, the risk characterization is dependent on each labelled indications and patient use.

Example 1 of calculation: assume daily use for 300 mg OTC ranitidine during the 24 years since US approval:

- AI equals to 0.0959µg x (365 days x70yrs =25550) / 8760 days (i.e. 24 yrs) = 0.279 µg/day (279 ng/day)
- Corresponding Acceptable Limit: 0.279 / 0.3= 0.932 ppm (=932 ppb)

To conclude on this example, patients having taken OTC Zantac DPs containing less than 932 ppb of NDMA for 24 years at a maximum daily dose of 300 mg would not present an excess of cancer risk higher than $10^{-5}$, which is considered as an acceptable risk according to ICHM7.

AI and AL calculations for various $R_X$ ranitidine products marketed only outside the US and Canada are found in Appendix 1.

# 3 ASSESSMENT OF SAFETY IMPACT OF THE POTENTIAL PRODUCT DEFECT

## 3.1 METHODOLOGY

A search was performed to identify all solicited and unsolicited cases, related to ranitidine containing products (ranitidine; ranitidine hydrochloride) as a suspect drug including diagnosis and symptoms using MedDRA version 22.0 for all cases of carcinogenicity and genotoxicity.

The first search was performed to identify all cases of potential carcinogenicity:

- SOC Neoplasms benign, malignant and unspecified (including cysts and polyps)

The second search was performed to identify all cases of potential genotoxicity:

- SOC Congenital, familial and genetic disorders
- Cases reporting Adverse Events along with the Preferred Terms (PT)s
  - Drug exposure before pregnancy
  - Exposure during pregnancy
  - Foetal exposure during pregnancy
  - Haemorrhage in pregnancy
  - Maternal exposure during pregnancy
  - Pregnancy

The Sanofi global pharmacovigilance database was searched for:

**Concerned Batches**

All cases reported cumulatively since 01 January 1900 to 17 November 2019 with ranitidine concerning the batches 19D428U, 19D435U, 19E408M, 19E401M, 18L012U, 19D563, 19D570, 181379, 181381, 181382, 181380, 181383, 170939, 170938, 170936, 170935, and 170937 regardless of the reporting country. Further, all cases reported cumulatively since 01 January 1900 to 31 January 2020 with ranitidine concerning the batches 9GC3524A, 9GC2223A, 9GC2219C, 9GC1283C, 9GC1283A, 9GC0090C, 8GC5016C, 8GC4532E, 8GC4532D, 8GC2673C, 8GC2231D, 8GC1627A, 8GC1225A regardless of the reporting country.

For identifying potential differences in reporting rates, the time period when the patients were exposed to the concerned batches was compared to the same time period before marketing of the concerned batches:

**Impacted period**

All cases reporting carcinogenicity and genotoxicity for ranitidine and ranitidine hydrochloride reported from 01 September 2016 through 31 January 2020.

**Comparative period**

All cases reporting carcinogenicity and genotoxicity for ranitidine and ranitidine hydrochloride reported from 02 April 2013 through 31 August 2016.

**Cumulative period**

A cumulative search from the first case entered in the Sanofi global pharmacovigilance database to 16 October 2019 was performed. On 18 November 2019 the cumulative search was repeated to account for new cases reported from launch to 17 November 2019. Further, on 02 December 2019 the cumulative search was repeated to account for new cases reported from launch to 30 November 2019. Further, on 03 February 2020 the cumulative search was repeated to account for new cases reported from launch to 31 January 2020.

**Literature**

On 03 December 2019, a literature search was conducted in Medline and Embase cumulatively until 30 November 2019 for articles reporting or discussing NDMA impurity in ranitidine which can potentially cause carcinogenicity and genotoxicity. The following terms were queried:

“Benign Neoplasms”, “Cancer”, “Malignancy”, “Malignant Neoplasms”, “Neoplasia”, “Neoplasm”, “Neoplasms”, or “Benign Tumors”, “Embryotoxicity”, “Fetotoxicity”, “Reprotoxicity, “Genotoxicity”.

**Pharmacovigilance Textbook Review**

Textbooks of Meyler’s, Martindale, and Micromedex were reviewed on 31 December 2019 for NDMA impurity in ranitidine which can potentially cause carcinogenicity and genotoxicity.

**External databases**

The FDA Adverse Event Reporting System (FAERS) was searched for disproportionate reporting results ("Signal detection") of 4Q 2018.

The World Health Organization's (WHO) ADR database (VigiBase) was searched for disproportionate reporting results ("Signal detection") of 1Q 2019.

## 3.2 RESULTS

### 3.2.1 ANALYSIS FROM THE GLOBAL PHARMACOVIGILANCE DATABASE

The results from the analysis of data retrieved from the Sanofi global pharmacovigilance database are provided below:

**Concerned Batches**

No cases were reported concerning the affected batches 19D428U, 19D435U, 19E408M, 19E401M, 18L012U, 19D563, 19D570, 181379, 181381, 181382, 181380, 181383, 170939, 170938, 170936, 170935, 170937 or 9GC3524A, 9GC2223A, 9GC2219C, 9GC1283C, 9GC1283A, 9GC0090C, 8GC5016C, 8GC4532E, 8GC4532D, 8GC2673C, 8GC2231D, 8GC1627A, and 8GC1225A.

#### *3.2.1.1 Safety profile comparison during both periods*

##### *3.2.1.1.1 Impacted period (01 September 2016 through 31 January 2020)*

**Carcinogenicity**

During the impacted period, a total of 275 cases which reported MedDRA PTs related to carcinogenicity were received. Of these 275 cases, 270 were serious and 5 were non-serious. Nineteen cases reported fatal outcome due to event of interest.

**Genotoxicity**

During the impacted period, a total of 89 cases which reported MedDRA PTs related to genotoxicity were received. Of these 89 cases, 31 were serious and 58 were non-serious. None of the cases reported fatal outcome.

##### *3.2.1.1.2 Comparative period (02 April 2013 through 31 August 2016)*

**Carcinogenicity**

During the comparative period, a total of 16 cases which reported MedDRA PTs related to carcinogenicity were received. Of these 16 cases, 14 were serious and 2 were non-serious. One case reported fatal outcome due to event of interest.

**Genotoxicity**

During the comparative period, a total of 19 cases which reported MedDRA PTs related to genotoxicity were received. Of these 19 cases, 13 were serious and 6 were non-serious. None of the cases reported fatal outcome.

For details on all these cases, please refer to the following Section 3.2.1.1.3 Cumulative period.

### *3.2.1.1.3 Cumulative period*

#### 3.2.1.1.3.1 Carcinogenicity

The initial search as specified in Section 3.2.1.1.3.1 retrieved a total of 112 cases which reported MedDRA PTs related to carcinogenicity. The second search with a data lock point of 17 November 2019 using the same methodology retrieved a total of 146 cases cumulatively till 17 November 2019. The third search with a data lock point of 30 November 2019 using the same methodology retrieved a total of 179 cases cumulatively till 30 November 2019. The fourth search with a data lock point of 31 January 2020 using the same methodology retrieved a total of 298 cases cumulatively till 31 January 2020. Of these 298 cases, 1 case (BI2008DE07834GD) reported multiple patients and hence, has been excluded from further analysis. Of the remaining 297 cases, 21 cases reported fatal outcome due to carcinogenicity related events. These 297 cases are displayed by source and seriousness in below Table 6.

**Table 6 - Overview of cases of interest by source and seriousness (n=297)**

| Seriousness | Clinical sponsored | Consumer | Health authority | Health professional | Literature | Total |
|---|---|---|---|---|---|---|
| **Serious** | 2 | 260 | 8 | 6 | 9 | **285** |
| **Non-serious** | 1 | 9 | 0 | 2 | 0 | **12** |
| **TOTAL** | **3** | **269** | **8** | **8** | **9** | **297** |

These 297 cases are displayed by different variables in Table 7.

**Table 7 - Pattern Analysis**

| Parameters | Count of cases (n=297) |
|---|---|
| Age Group | Infant: (n=1)<br>Adolescent : (n=4)<br>Adult: (n=104)<br>Elderly: (n=28)<br>NR: (n=160) |
| Gender | Female/ Male: (n=125)/ (n=117)<br>Unknown: (n=55) |

| Parameters | Count of cases (n=297) |
|---|---|
| Country | UNITED STATES: (n=264)<br>CANADA: (n=15)<br>BRAZIL: (n=6)<br>UNITED KINGDOM: (n=4)<br>GREECE: (n=2)<br>ITALY/ SAUDI ARABIA/ GERMANY/ FINLAND/ HUNGARY/ NORWAY: (n=1 each) |
| Outcome (Event Level) | Fatal: (n=22)<br>Resolved/ Resolving: (n=24)/ (n=4)<br>Not resolved: (n=8)<br>NR: (n=269) |

NR: Not Reported

Most of the cases were reported by Individuals and from United States. An overview of the most frequently reported events of interest (frequency≥3) by PT and by seriousness is provided below in Table 8 (see Appendix 3 for all the counts).

**Table 8 - Overview of events of interest by preferred terms and seriousness (n=297)**

| Preferred Term | Seriousness (Event level) | | |
|---|---|---|---|
| | Serious | Non-serious | Total |
| Neoplasm malignant | 45 | 0 | 45 |
| Bladder cancer | 30 | 0 | 30 |
| Renal cancer | 27 | 0 | 27 |
| Breast cancer | 21 | 0 | 21 |
| Prostate cancer | 18 | 0 | 18 |
| Colon cancer | 18 | 0 | 18 |
| Oesophageal carcinoma | 17 | 0 | 17 |
| Colorectal cancer | 13 | 0 | 13 |
| Gastric cancer | 11 | 0 | 11 |
| Lung neoplasm malignant | 10 | 0 | 10 |
| Pancreatic carcinoma | 6 | 0 | 6 |
| Renal cyst | 4 | 2 | 6 |
| Polyp | 1 | 4 | 5 |
| Thyroid cancer | 5 | 0 | 5 |

| Preferred Term | Seriousness (Event level) | | |
|---|---|---|---|
| | Serious | Non-serious | Total |
| Clear cell renal cell carcinoma | 3 | 0 | 3 |
| Gastric polyps | 1 | 2 | 3 |
| Hepatic cancer | 3 | 0 | 3 |
| Lymphoproliferative disorder | 3 | 0 | 3 |
| Metastases to liver | 3 | 0 | 3 |
| Plasma cell myeloma | 3 | 0 | 3 |
| Rectal cancer | 3 | 0 | 3 |
| Throat cancer | 3 | 0 | 3 |

n= Number of cases.

Following a public statement issued on FDA website on 13 September 2019, there was an increase in reported cases of carcinogenicity which is illustrated in the graph below for the year 2019. Between 13 September 2019 and 16 October 2019, the total number of cases pertaining to the SOC Neoplasms benign, malignant and unspecified (including cysts and polyps) nearly doubled. From 17 October 2019 to the new data lock point of 30 November 2019, a further increase in case reports was noted, particularly during the month of October. From 01 December 2019 to the new data lock point of 31 January 2020, the number of case reports stayed at a level comparable to that observed in October 2019.




**Case review**

Of these 297 cases, 20 cases (2017SA256278, 2019SA017542, 2019SA132941, 2019SA290862, 2019SA304643, 2019SA334941, 2020SA018464, 2020SA018539, 2020SA019704,

BI2007BP13107PF, BI2009BP07157BP, BI2009BP08266BP, BI2010BP13126BP, BI2013BI10360BP, BI2013BI13523BP, BI2014BI34228BP, BI2016BI02622BP, BI2016BI065125, BI2016BI45481BP, BI2017BI018531) reported non-serious events of abdominal neoplasm, cyst, gastric polyps, large intestine polyp, melanocytic naevus, oesophageal polyp, ovarian cyst, polyp, rectal polyp, renal cyst, and uterine cyst. These cases will not be discussed further.

Of the remaining 277 cases, 249 cases (see Appendix 4) showed unclassified chronology as they lacked relevant information regarding dose, indication, time to onset of the event, medical history, past drugs, concomitant medications, and/or clinical course, thereby precluding an adequate medical assessment. The most frequently reported events of interest in these cases were: neoplasm malignant, bladder cancer, renal cancer, prostate cancer, colon cancer, oesophageal carcinoma, breast cancer, colorectal cancer, gastric cancer, lung neoplasm malignant, pancreatic carcinoma, thyroid cancer, rectal cancer, plasma cell myeloma, metastases to liver, throat cancer. These cases are presented in detail in Appendix 4.

The remaining 28 cases (see Appendix 5) showed unlikely causality as events of carcinogenicity could either be associated with the pa tient's medical history, concurrent conditions, or concomitant medications. Some cases reported implausible latency. The events of interest reported in these cases were breast cancer, neoplasm malignant, lymphoproliferative disorder, clear cell renal cell carcinoma, renal cyst, synovial cyst, lung neoplasm malignant, breast pain, neuroendocrine carcinoma, gastric polyps, haemangioma of liver, renal cancer, hair follicle tumour benign, b precursor type acute leukaemia, hepatic cancer, breast cyst, leukaemia recurrent, pancreatic carcinoma, acute lymphocytic leukaemia recurrent, renal cell carcinoma, anogenital warts, squamous cell carcinoma, malignant melanoma, thyroid cancer, malignant neoplasm progression, metastases to kidney. These cases are presented in detail in Appendix 5.

#### 3.2.1.1.3.2 Genotoxicity

The search as specified in section 3.1 retrieved a total of 134 cases which reported MedDRA PTs related to genotoxicity. The second search with a data lock point of 17 November 2019 using the same methodology retrieved a total of 139 cases cumulatively till 17 November 2019. The third search with a data lock point of 30 November 2019 using the same methodology did not result in any additional case. The fourth search with a data lock point of 31 January 2020 using the same methodology retrieved a total of 154 cases cumulatively till 31 January 2020. Of these 154 cases, 2 cases (BI2013RO01838RO, BI2015BI22257GD) reported multiple patients without sufficient information about the single patients and hence, have been excluded from further analysis. None of the cases reported any fatal outcome. The remaining 152 cases are displayed by source and seriousness in below Table 9.

**Table 9 - Overview of cases of interest by source and seriousness (n=152)**

| Seriousness | Clinical sponsored | Clinical unsponsored | Consumer | Health authority | Health professional | Literature | Total |
|---|---|---|---|---|---|---|---|
| **Serious** | 1 | 1 | 9 | 16 | 2 | 22 | **51** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Non-serious** | 0 | 0 | 65 | 2 | 30 | 4 | **101** |
| **TOTAL** | **1** | **1** | **74** | **18** | **32** | **26** | **152** |

These 152 cases are displayed by different variables in Table 10.

**Table 10 - Pattern Analysis**

| Parameters | Count of cases (n=152) |
|---|---|
| Age Group | Foetus/ Neonate: (n=3)/ (n=10)<br>Infant: (n=4)<br>Adult: (n=89)<br>Elderly: (n=1)<br>NR: (n=45) |
| Gender | Female/ Male: (n=127)/ (n=11)<br>Unknown: (n=14) |
| Country | UNITED STATES: (n=96)<br>CANADA: (n=14)<br>NETHERLANDS: (n=7)<br>UNITED KINGDOM: (n=5)<br>GERMANY/ INDIA/ PORTUGAL/ AUSTRALIA/ BRAZIL: (n=4 times each)<br>FRANCE/ IRELAND: (n=3 times each)<br>ARGENTINA/ ROMANIA/ QATAR/ SPAIN: (n=1 each) |
| Outcome (Case Level) | Resolved: (n=22)<br>Resolving: (n=3)<br>Not resolved: (n=4)<br>NA: (n=24)<br>NR: (n=99) |

NR: Not Reported

Most of the cases were reported by individuals and from United States and were non-serious. An overview of the most frequently reported events by PT and by seriousness is provided below in Table 11 (further see Appendix 6 for SOC table).

**Table 11 - Overview of most frequently reported events by preferred terms and seriousness (n=152)**

| Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|
| Dyspepsia | 0 | 21 | 21 |
| Vomiting | 2 | 13 | 15 |
| Pruritus | 2 | 5 | 7 |

| Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|
| Condition aggravated | 1 | 4 | 5 |
| Gastrooesophageal reflux disease | 1 | 4 | 5 |
| Nausea | 0 | 5 | 5 |
| Drug hypersensitivity | 2 | 2 | 4 |
| Headache | 2 | 2 | 4 |
| Malaise | 0 | 4 | 4 |
| Pain | 2 | 2 | 4 |
| Pyrexia | 2 | 2 | 4 |

n= Number of cases, SOC= System Organ Class.

## Case review

Of the 152 cases, 146 cases were reported during pregnancy. In 6 cases, congenital anomalies were reported without in-utero exposure of ranitidine; these patients were between 1 day and 68 years old and respective cases are separately discussed below.

### *Adverse events reported during pregnancy (n=146)*

Of the 146 cases, 100 cases (Appendix 7) reported non-serious adverse events after ranitidine intake during pregnancy. These cases are not discussed further. The remaining 46 serious cases are provided in Appendix 8.

### Cases with at least one event in the SOC congenital, familial and genetic disorders

Of the remaining 46 serious cases, 15 cases (2013SA061932, 2019SA065285, 2019SA246301, 2019SA276508, BI2007BP00654BP, BI2007BP00657BP, BI2007BP00658BP, BI2007BP00660BP, BI2007BP00661BP, BI2007BP00662BP, BI2008DE05525GD, BI2009DE07181GD, BI2014BI01243GD, BI2014RO00070RO, BI2015BI33290GD) were reported under the SOC congenital, familial and genetic disorders. These congenital anomalies referred to amniotic band syndrome, cerebral palsy, cleft palate, congenital anomaly, congenital bladder anomaly, congenital multiplex arthrogryposis, cystic fibrosis, genitalia external ambiguous, hydrocele, hypospadias, multiple congenital abnormalities, syndactyly, talipes, and ventricular septal defect.

- 11 cases (2013SA061932, 2019SA246301, 2019SA276508, BI2007BP00654BP, BI2007BP00657BP, BI2007BP00658BP, BI2007BP00660BP, BI2007BP00661BP, BI2007BP00662BP, BI2008DE05525GD, BI2015BI33290GD) reported unclassified causality as they lacked adequate information for medical assessment. These cases are not discussed further.

- The remaining 4 cases (2019SA065285, BI2009DE07181GD, BI2014BI01243GD, BI2014RO00070RO) reported unlikely causality as the events could either be associated to the patient's maternal medical history or concomitant medications.

**Cases of events not reported under the SOC congenital, familial and genetic disorders**

In these 31 cases of exposure during pregnancy, other events were reported that are not listed under the SOC congenital, familial and genetic disorders.

- 9 cases (2013SA062300, 2017SA147220, 2018SA011056, 2018SA019564, 2018SA221232, 2019SA180807, BI2007BP03929BP, 2019SA261479, 2019SA355005) reported unclassified causality as they lacked relevant information regarding dose, indication, time to onset of the event, medical history, past drugs, concomitant medications, and/or clinical course, thereby precluding the adequate medical assessment. These cases are not discussed further.
- The remaining 22 serious cases (2010SA063452, 2014SA065866, 2014SA135933, 2015SA049775, 2016SA120265, 2017SA145829, 2017SA147334, 2017SA172661, 2018SA184866, 2018SA263619, 2018SA391798, 2019SA038853, 2019SA222910, 2019SA246391, 2019SA322356, 2019SA354995, 2019SA355363, A01200910461, BI2007BP00120BP, BI2007BP00157BP, BI2012BI01643BP, BI2016BI20178BI) reported unlikely causality as the events could either be associated to the medical history, concurrent conditions, or concomitant medications.

*Congenital anomalies reported without in-utero exposure (n=6)*

Of these 6 cases, in 1 case (BI2007BP09734PF) the patient experienced non-serious congenital anomaly of porphyria an unspecified duration after receiving ranitidine. This case is excluded from further discussion of the serious cases. In the remaining 5 serious cases, congenital anomaly was reported after the patients received ranitidine therapy (no in-utero exposure to drug). The anomalies reported were coarctation of the aorta, congenital renal disorder, porphyria non-acute, sickle cell trait, and macrocephaly. Two (2) of these 5 cases (2019SA003467, 2019SA127137) reported unclassified causality as they lacked adequate information for medical assessment. These cases are not discussed further. The remaining 3 cases (2017SA042014, 2018SA160076, BI2009RO01283RO) reported unlikely causality as the events could either be associated to the patient's maternal medical history or concomitant medications.

### 3.2.2 Scientific Literature

The scientific literature search retrieved a total of 46 case reports literature articles and 191 non-case reports. All 46 case reports have been assessed in the cumulative presentation of cases in Section 3.2.1.1.3 Cumulative period. From the review of the non-case reports no deviation of the known safety profile of ranitidine was identified. For the epidemiological literature please refer to Section 3.2.2.1 Epidemiologic Studies.

### *3.2.2.1 Epidemiologic Studies*

In 2000, Habel studied Northern California Kaiser Permanente patients who used ranitidine and cimetidine between 1982 and 1987. The RRs of cimetidine and ranitidine were similar, and the overall RR for ranitidine users and cancer was 1.26 (95% CI 1.01-1.58). The authors concluded that the results did not support a causative relationship between cancer risk and H2RA use, but it was recommended that additional studies be performed in larger populations.(1)

In 2000, Rossing evaluated the risks of breast and prostate cancers with histamine-2 receptor antagonists in a nested case-control study using Group Health Cooperative of Puget Sound data from 1977 to 1996. Among breast cancer patients, 82 patients were exposed to H2RA (99.1% ranitidine). When compared with 793 controls exposed to H2RA and 3947 controls to cimetidine, the risk of breast cancer showed no increased risk of breast cancer (RR 1.0 95%CI 0.7–1.2) in H2RA or ranitidine users. Among prostate cancer patients, 68 patients were exposed to H2RA (99.1% ranitidine). When compared with 708 controls exposed to H2RA and 3212 controls to cimetidine, the risk of prostate cancer showed no increased risk of prostate cancer (RR 1.0 (0.8–1.4) in H2RA or ranitidine users.(2)

In 2004, Michaud et al. studied the relationship between gastric ulcers and bladder cancer. While not a primary focus of their research, Michaud incidentally observed a non-significant association between use of H2RAs and elevated risk of bladder cancer (RR= 1.46, 95% CI= 0.85-2.50).(3)

In 2005, Coogan used a case control study of 6,591 breast cancer patients to calculate the odds ratios for breast cancer among regular users of H2RAs. The overall odds ratio was 0.9 (95% CI 0.6-1.3), and varied from 0.4 (95% CI 0.2-0.9) for 2 to 3 years' use and 0.9 (95% CI 0.4-2.0) for four or more years' use. They concluded that there was no association between the use of H2RAs other than cimetidine and breast cancer.(4)

In 2006, Velicer studied a cohort of 33,506 men to assess whether there is an association between H2RA use and prostate cancer risk. H2RA use (not including cimetidine) was not associated with prostate cancer risk: RR of 0.86 (95% CI 0.64-1.14).(5)

In 2008, Mathes performed two case-control studies in Washington using a combined data set of 1,941 patients with breast cancer, and concluded that the 127 current users of ranitidine had an increased RR of ductal carcinoma of 2.2 (95% CI 1.1-4.3) compared to never users of H2RAs. Use of H2RAs in general was not associated with increased risk of breast cancer.(6)

In 2009, Poulsen examined the association between H2RA use and risk of gastric cancer using population-based healthcare registers in Denmark. In a comparison of users and non-users of H2RAs, the RR for gastric cancer for H2RA users was 1.2 (95% CI 0.8-1.8) over a population who used H2RAs for an average of 5.2 years. When results were stratified by years of follow up, one year of use was associated with an IRR of 2.6 (95% CI 1.4-4.9), two to four years of use with an IRR of 0.7 (95% CI 0.3-1.5), and five or more years of use with an IRR of 1.1 (0.5-2.8).(7)

In 2009, Chubak conducted a case control study of 641 patients with colorectal cancer to calculate the odds ratio for colorectal cancer among users of H2RAs. H2RA use was not related to colorectal cancer risk: OR = 0.8 (95% CI 0.6-1.1).(8)

In 2012, Bradley conducted a nested case-control study using GPRD from 1995 to 2007 to evaluate the association between the risk of pancreatic cancer and the exposure to H2RA. The risk of pancreatic cancer was increased in short-term and low dose H2RA users (total dose 0-30 DDD of H2RA: OR 1.30 95%CI 1.01-1.68; total duration 0-30 days of H2RA: OR 1.30 95%CI 1.01-1.69). However, when dose or duration exceeded 30 DDD or days, the risk of pancreatic cancer presented no statistical significance. Consequently, no consistent patterns of association were observed for the pancreatic cancer risk with H2RA.(9)

In 2013, Ahn performed a meta-analysis of 11 observational studies that tracked the health status of 5,980 gastric cancer patients. There was a statistically significant increase in cancer incidence among patients who used acid-suppressive drugs, including a range of H2RA and proton pump inhibitors, for five years or less, and a non-significant increase in cancer incidence in patients who used acid-suppressive drugs for more than five years. The authors of this study observed that early symptoms of gastric cancer may mimic more benign conditions that acid-suppressive drugs are often used to treat, which could explain the higher incidence of cancer in the first five years.(10)

In 2013, Hsu evaluated the therapeutic potential of H2RA in patients with diabetes type 2 for lung cancer. A nested case-control study was then designed using Taiwan National Health Insurance claims database, which included 640173 patients with diabetes type 2 from 2000 to 2007. Among incident cases of squamous cell carcinoma (SCC) and adenocarcinoma, the risk of lung cancer was not significantly decreased statistically after adjustment for other variables. When assessing by type of lung cancer, the results reported statistically non-significant decrease in H2RA users.(11)

In 2017, Wennerström assessed the association between the risk of proximal stomach cancer and the use of histamine type-2 receptor antagonists (H2RA) or proton-pump inhibitors (PPI) in the indication of H. pylori infection. Overall, authors found a declining risk inversely with the number of prescriptions consistent with the other studies suggesting possible confounding by indication. Moreover, increased risk was seen in both H2RA and PPI suggesting any association is not likely attributable to characteristics of ranitidine specifically.(12)

In 2018, Tran evaluated the risk of liver cancer with PPI and H2RA using primary care clinical informatics unit (PCCIU) database and UK Biobank and cancer registry. In both databases, the risk of liver cancer in ranitidine users was increased with no statistical significance (PCCIU database: OR 1.41 95%CI 0.91-2.15, p=0.11; UK Biobank: OR 1.82 95%CI 0.87-3.79, p=0.11). Despite adjustment for multiple confounders and the completeness of the databases, the studies presented limited number of patients exposed to ranitidine, confounding by incomplete/unknown exposures and confounding by indication.(13)

In 2019, Laoveeravat performed a meta-analysis using MEDLINE and EMBASE through February 2019. Six case-control studies and one cohort study (N= 546199 participants) were identified relevant for the assessment of the risk of pancreatic cancer in PPI and H2RA users. The risk of pancreatic cancer was increased in H2RA users compared with non-users (RR 1.26, 95% CI: 1.02–1.57). When a sensitivity analysis excluding one study at a time was performed, the risk lost statistical significance.(14)

### 3.2.3 External Databases

From FAERS 4Q 2018 data – elevated scores of interest are:

- Gastrointestinal carcinoma (PT): case count 64; EBGM = 3.38; EB05 (the bottom bound of the 95% CI) = 2.74
- Barrett's oesophagus (PT): case count 22; EBGM = 5.01; EB05 = 3.49

All other PTs of interest and related terms were below the threshold of EB05 > 2.

From WHO Vigibase 1Q 2019 – elevated scores of interest are:

- Fibroadenoma of breast (PT): case count 12; EBGM = 3.36; EB05 = 2.05
- Barrett's oesophagus (PT): case count 16; EBGM = 3.60; EB05 = 2.35

All other PTs of interest and related terms were below the threshold of EB05 > 2.

## 3.3 ASSESSMENT

NDMA is a known mutagenic carcinogen in rodents, classified by IARC as 2A carcinogen (probably carcinogenic in human). NDMA should be considered and controlled as a class 1 impurity (known mutagenic carcinogen) according to ICHM7 classification.

Based on the preliminary analyses of the finished drug product and active pharmaceutical ingredient of ranitidine, NDMA was found in 7 batches of OTC ranitidine marketed in the US. Based on a 300 mg/day intake over a 70-year lifetime, the assumed exposure recommended by Health Canada for the purpose of calculating an acceptable limit, three batches of the finished drug product exceeded the calculated acceptable limit of 320 ppb of NDMA when used over a lifetime. This concerns 2 batches of Zantac® Cool Mint and 1 batch of Zantac 75® mg. It should, however, be noted that for the OTC Zantac 75® tablet this is twice the maximum labeled daily dose in the US and Canada which artificially halves the calculated acceptable limit assuming 150mg/day dosing over a lifetime.

The NDMA levels found in preliminary results from drug substance batch testing are inconsistent with preliminary results found in the finished drug products using the corresponding drug substance batch (see Table 1).

Although the AL has been calculated for a 70-yr-lifetime exposure for the OTC products Zantac 75®; Zantac 150®, and Zantac 150® Cool Mint, it must be recognized that these OTC products have been on the market only since 1995, 2004 and 2007, respectively. Taking into account that this reduces the possible treatment duration from 70 to 24 years, the acceptable limit is higher; the AL increases from 320 ppb to 932 ppb (marketed period of Zantac 75® tablet). Considering this scenario, the NDMA content in the one Zantac 75® drug product batch tested is not above the acceptable limit based on the shorter marketed period of Zantac 75® to date. For potential future use of ranitidine 75 mg over a lifetime, however, the AL is 320 ppb. For none of the concerned batches were cases of carcinogenicity or genotoxicity reported.

In none of the cases in Sanofi's postmarketing safety database was there evidence of a causal relationship between ranitidine and carcinogenicity or genotoxicity. Following a public statement issued by FDA, EMA and Health Canada on 13 September 2019, the number of reported cases of carcinogenicity increased. Sanofi considers this increase being induced by the increased patient awareness.

Spontaneous reporting schemes are subject to some limitations in terms of describing a causal relationship between the drug and the event. They are much less effective in identifying reactions with a long latency. In contrast to clinical studies, there is no prospective intra- or inter-individual comparison that would strengthen the evidence of the results. Based on the uncontrolled nature of unsolicited reporting, the association may often be confounded by indication (e.g., pre-existing cancer with symptoms similar to the indication of use, or indication for use being consistent with symptoms of known cancer). Especially if reported by consumers in an OTC environment, there is often limited information being not sufficient to assess the causal relationship in a case. In addition, taking into account the large patient exposure to the drug, the number of cases reported for ranitidine appears low.

Overall, the association between the risk of cancer and the exposure to ranitidine or histamine-2 receptor antagonist (H2RA) was inconsistent between studies and localization.

For gastric and pancreatic cancers, all studies showed an increased risk with ranitidine or H2RA. Among the study authors, a common conclusion was that the association could be an artefact of indication bias, among other confounders, because of the similarity of presentation of early cancers and conditions indicated for treatment with ranitidine or H2RA. These studies all presented major limitations such as lack of adjustment for important confounders and limited sample size.

For breast, prostate, colorectal, lung, bladder and liver cancers, the selected studies did not support the association with ranitidine or H2RA use. The risk estimates presented either a decreased risk or were statistically non-significant.

Based on this review, there is little evidence that ranitidine or H2RA is causally associated with an increased risk of cancer, due to major methodology limitations of the studies such as insufficient adjustment for important confounders, limited number of patients and the presence of the confounding by indication. Further research could be performed to assess a potential link between ranitidine and carcinogenesis.

# 4 CONCLUSION OF THE HEALTH HAZARD EVALUATION

Based on the analysis of the medical risk related to this product quality assessment, individuals receiving ranitidine OTC in the US and Canada may be exposed to levels of NDMA above the calculated acceptable limit of 320 ppb based on a daily 300 mg lifetime exposure originally recommended by Health Canada.

Other acceptable limits have been calculated for the prescription products available outside the US and Canada and their associated indications (see Appendix 1).

This includes ranitidine oral forms marketed in Colombia, Ecuador, El Salvador, Guatemala, Honduras, and Peru having a Zollinger-Ellison indication.

In addition, this also includes ranitidine oral forms marketed in Italy having occasional heartburn indication.

Further, included are oral forms marketed in Brazil having ulcer and reflux as well as Zollinger-Ellison Syndrome as indication.

Further, included are injectable forms marketed in Colombia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, and Peru having ulcer, Zollinger-Ellison Syndrome, reflux esophagitis, prophylaxis in gastrointestinal bleeding due to stress ulcer, recurrent bleeding peptic ulcers, and Mendelson Syndrome as indication.

Exposure above the acceptable limit may be associated with an increased theoretical risk of cancer based on the ICH M7 guidelines. Due to insufficient evidence, the clinical relevance of any exposure is unclear.

## 5 REFERENCES (available upon request)

1. Habel LA, Levin TR, Friedman GD. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf. mars 2000;9(2):149 55.

2. Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. mars 2000;9(3):319 23.

3. Michaud DS, Mysliwiec PA, Aldoori W, Willett WC, Giovannucci E. Peptic ulcer disease and the risk of bladder cancer in a prospective study of male health professionals. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. févr 2004;13(2):250 4.

4. Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. avr 2005;14(4):1012 5.

5. Velicer CM, Dublin S, White E. Cimetidine use and the risk for prostate cancer: results from the VITAL cohort study. Ann Epidemiol. déc 2006;16(12):895 900.

6. Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomark Prev Publ Am Assoc Cancer Res Cosponsored Am Soc Prev Oncol. janv 2008;17(1):67 72.

7. Poulsen AH, Christensen S, McLaughlin JK, Thomsen RW, Sørensen HT, Olsen JH, Friis S. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. Br J Cancer. 2009;100(9):1503-7.

8. Chubak J, Boudreau DM, Rulyak SJ, Mandelson MT. Colorectal cancer risk in relation to use of acid suppressive medications. Pharmacoepidemiol Drug Saf. juill 2009;18(7):540 4.

9. Bradley MC, Murray LJ, Cantwell MM, Hughes CM. Proton pump inhibitors and histamine-2-receptor antagonists and pancreatic cancer risk: a nested case-control study. Br J Cancer. 3 janv 2012;106(1):233 9.

10. Ahn JS, Eom C-S, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: A meta-analysis of observational studies. World J Gastroenterol WJG. 28 avr 2013;19(16):2560 8.

11. Hsu C-L, Chang C-H, Lin J-W, Wu L-C, Chuang L-M, Lai M-S. Histamine-2 receptor antagonists and risk of lung cancer in diabetic patients – an exploratory analysis. Pharmacoepidemiol Drug Saf. juin 2013;22(6):632 40.

12. Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer. 25 avr 2017;116(9):1234 8.

13. Tran KT, McMenamin ÚC, Hicks B, Murchie P, Thrift AP, Coleman HG, et al. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther. 2018;48(1):55 64.

14. Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, et al. Proton Pump Inhibitors and Histamine-2 Receptor Antagonists on the Risk of Pancreatic Cancer: A Systematic Review and Meta-analysis. QJM Mon J Assoc Physicians. 10 sept 2019

## SIGNATURE PAGE

Signature(s): ..............................................................

*Barbara Kittner, MD*

*Sanofi US Services Inc.*

*Global Pharmacovigilance*

*Consumer Health Care Global Business Unit*

*T: +1 908-9813620*

*M: +1 908-2101761*

*55 Corporate Drive*

Date: 26 February 2020

# APPENDICES

# Appendix 1 Toxicology Tables

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Guatemala, Honduras, El Salvador, Costa Rica* (moderate to severe esophagitis) | Rx | 600 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 1.389 |
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru, Guatemala (peptic esophagitis), Honduras (peptic esophagitis, El Salvador (peptic esophagitis) | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |

*Oral form not marketed in Costa Rica

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Esophagitis | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Colombia and Ecuador | Rx | 600 | 12 weeks | - | One 12-week treatment per year for lifetime** | 16.1 | 0.42 | 0.695 |
| Ulcer and reflux | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Brazil | Rx | 600 | 12 weeks | - | One 12-week treatment per year for lifetime** | 16.1 | 0.42 | 0.695 |
| Zollinger-Ellison syndrome | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Brazil, Colombia, Costa-Rica*, Ecuador, El-Salvador, Guatemala, Honduras, Nicaragua* | Rx | 6000 | Not available (6 weeks for Costa-Rica)* | - | Daily use for 30 years** | 30 | 0.22 | 0.037 |

*Oral form not marketed in Costa Rica and Nicaragua

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Guatemala, Honduras, El Salvador, Brazil, Costa Rica*, Nicaragua* | Rx | 300 | Not available | 6 weeks | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |
| Mendelson syndrome prevention | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Costa Rica* | Rx | 150 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 5,556 |
| Prophylaxis of gastro intestinal bleeding | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2.778 |

*Oral form not marketed in Costa Rica and Nicaragua

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ulcer | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Peru, Ecuador (active duodenal ulcer), Guatemala, Honduras, El Salvador, Colombia, Costa-Rica* | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Ulcer | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Ecuador (benign active gastric ulcer) | Rx | 300 | 8 weeks | - | One 8-week treatment per year for lifetime** | 10.7 | 0.63 | 2,084 |
| Ulcer in children | PPI in 1st intention<br>Ranitidine and other anti-H2 in 2nd intention | Costa-Rica* | Rx | 600 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 1.389 |

*Oral form not marketed in Costa Rica

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Zollinger-Ellison syndrome | PPI in 1st intention Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Mendelson syndrome prevention | PPI in 1st intention Ranitidine and other anti-H2 in 2nd intention | Peru | Rx | 300 | 6 weeks | - | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |
| Mendelson syndrome prevention | PPI in 1st intention Ranitidine and other anti-H2 in 2nd intention | Ecuador, Colombia | Rx | 300 | Not available | 6 weeks | One 6-week treatment per year for lifetime** | 8.1 | 0.83 | 2,778 |

**Acceptable intakes and acceptable limits calculations for labelled indications**

| Indication | Alternative treatment | Marketed countries | Legal Status | Maximum daily dose (mg) according to labelling | Maximum duration according to labelling | HCP practices | Assumed treatment duration | Calculated cumulative treatment duration (yrs) | Acceptable Intake (µg/day) | Acceptable Limit (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ulcer, Zollinger Ellison syndrome, reflux esophagitis<br>Prophylaxis in GI bleeding due to stress ulcer, recurrent bleeding peptic ulcers, Mendelson syndrome | PPIs, other anti-H2 | Guatemala, Honduras Nicaragua, Panama*, El Salvador, Costa Rica, Colombia, Peru,<br>Ecuador | Rx | 200 mg | Not available (6 weeks for Costa-Rica) | - | One month treatment per year for lifetime** | 6 | 1.13 | 5,646 |

*not marketed in Panama

## Appendix 2 NDMA in DP Products-Campinas site

**List of all Ranitidine batches - Within the expiration date**

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C10-Al | 18070254 | 2020-09 | 1800003973 | 31.01.2022 | 0,108 ppm | 1,317 ppm |
| Clor Ranitidina Com 150 C10-Al | 18060374 | 2020-07 | 1800006512 | 31.03.2022 | 0,059 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C10-Al | 18071156 | 2020-07 | 1800003973 | 31.01.2022 | 0,057 ppm | 1,317 ppm |
| Clor Ranitidina Com 150 C20-Al | 18040157 | 2020-05 | 1800001278 | 30.11.2021 | 0,247 ppm | 1,766 ppm |
| Clor Ranitidina Com 150 C20-Al | 18040158 | 2020-05 | 1800003974<br>1800003975<br>1800001278 | 31.12.2021<br>31.12.2021<br>30.11.2021 | 0,074 ppm | 2,433 ppm<br>2,383 ppm<br>1,766 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050516 | 2020-05 | 1800003975 | 31.12.2021 | 0,033 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050517 | 2020-05 | 1800003975 | 31.12.2021 | < LOQ (0,011 ppm) | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18050518 | 2020-05 | 1800003975 | 31.12.2021 | 0,071 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060375 | 2020-07 | 1800006512 | 31.03.2022 | < LOQ (0,011 ppm) | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060376 | 2020-07 | 1800006512 | 31.03.2022 | 0,082 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18060377 | 2020-07 | 1800006512 | 31.03.2022 | 0,052 ppm | 0,493 ppm |
| Clor Ranitidina Com 150 C20-Al | 18070256 | 2020-09 | 1800008206 | 31.05.2022 | 0,073 ppm | 3,066 ppm |
| Clor Ranitidina Com 150 C20-Al | 18070257 | 2020-09 | 1800008206<br>1800006512<br>1800003973 | 31.05.2022<br>31.03.2022<br>31.01.2022 | 0,141 ppm | 3,066 ppm<br>0,493 ppm<br>1,317 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C20-Al | 18071157 | 2020-07 | 1800003973<br>1800003975 | 31.01.2022<br>31.12.2021 | 0,138 ppm | 1,317 ppm<br>2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18071158 | 2020-07 | 1800003975 | 31.12.2021 | 0,035 ppm | 2,383 ppm |
| Clor Ranitidina Com 150 C20-Al | 18071159 | 2020-07 | 1800001278<br>1800003973 | 30.11.2021<br>31.01.2022 | 0,117 ppm | 1,766 ppm<br>1,317 ppm |
| Clor Ranitidina Com 150 C20-Al | 18090450 | 2020-10 | 1800003973<br>1800006512<br>1800008206<br>1800008207 | 31.01.2022<br>31.03.2022<br>31.05.2022<br>30.06.2022 | 0,066 ppm | 0,87 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18050620 | 2020-05 | 1800003975 | 31.12.2021 | < LOQ (0,020 ppm) | 2,383 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18060135 | 2020-07 | 1800006512 | 31.03.2022 | 0,062 ppm | 0,493 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 18070097 | 2020-09 | 1800008206 | 31.05.2022 | 0,098 ppm | 3,066 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18060137 | 2020-07 | 1800006512 | 31.03.2022 | 0,085 ppm | 0,493 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18050622 | 2020-05 | 1800003975<br>1800003973 | 31.12.2021<br>31.01.2022 | < LOQ (0,012 ppm) | 2,383 ppm<br>1,317 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18071246 | 2020-07 | 1800003975<br>1800003973 | 31.12.2021<br>31.01.2022 | < LOQ (0,016 ppm) | 2,383 ppm<br>1,317 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 18080274 | 2020-09 | 1800008206<br>1800003973 | 31.05.2022<br>31.01.2022 | < LOQ (0,022 ppm) | 3,066 ppm<br>1,317 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Comp Rev 300mg c/20 | 18110541 | 2020-10 | 1800008206<br>1800008207 | 31.05.2022<br>30.06.2022 | 0,195 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP08061 | 2021-05 | 19KP01283 | 30.11.2022 | 0,029 ppm | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP08193 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,023 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP01397 | 2021-01 | 1800008207 | 30.06.2022 | 0,521 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP05861 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,026 ppm) | 0,01 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP07342 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,026 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP12921 | 2021-06 | 19KP04617 | 28.02.2023 | < LOQ (0,019 ppm) | 0,03 ppm |
| Clor Ranitidina Com 150 C10-Al | 9KP12922 | 2021-08 | 19KP04616<br>19KP04617 | 28.02.2023<br>28.02.2023 | < LOQ (0,022 ppm) | 0,17 ppm<br>0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08194 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,020 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP00686 | 2020-12 | 1800008205 | 30.06.2022 | 0,083 ppm | 0,78 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP00750 | 2020-12 | 1800008205 | 30.06.2022 | 0,414 ppm | 0,78 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP01396 | 2021-01 | 1800008207 | 30.06.2022 | 0,485 ppm | 0,87 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP02487 | 2021-01 | 1800008207<br>1800008205<br>1800010307 | 30.06.2022<br>30.06.2022<br>30.09.2022 | 0,084 ppm | 0,87 ppm<br>0,78 ppm<br>0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP02564 | 2021-01 | 1800010307 | 30.09.2022 | 0,028 ppm | 0,01 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Com 150 C20-Al | 9KP03624 | 2021-02 | 1800010307 | 30.09.2022 | 0,028 ppm | 0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP05862 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,020 ppm) | 0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP07442 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,029 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP07443 | 2021-05 | 19KP01283 | 30.11.2022 | 0,028 ppm | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08308 | 2021-05 | 19KP01283 | 30.11.2022 | < LOQ (0,023 ppm) | 0,13 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08309 | 2021-05 | 19KP04616 | 28.02.2023 | 0,041 ppm | 0,17 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP08357 | 2021-05 | 19KP04617<br>19KP04616<br>1800010307 | 28.02.2023<br>28.02.2023<br>30.09.2022 | 0,027 ppm | 0,03 ppm<br>0,17 ppm<br>0,01 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP09922 | 2021-06 | 19KP04617 | 28.02.2023 | 0,021 ppm | 0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP09923 | 2021-06 | 19KP04617 | 28.02.2023 | 0,027 ppm | 0,03 ppm |
| Clor Ranitidina Com 150 C20-Al | 9KP12923 | 2021-08 | 19KP04617 | 28.02.2023 | < LOQ (0,019 ppm) | 0,03 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP00963 | 2020-12 | 1800008207<br>1800008205 | 30.06.2022<br>30.06.2022 | 0,484 ppm | 0,87 ppm<br>0,78 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP04487 | 2020-02 | 1800010307 | 30.09.2022 | < LOQ (0,018 ppm) | 0,01 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP10732 | 2020-07 | 1800008207<br>19KP04616<br>19KP01283 | 30.06.2022<br>28.02.2023<br>30.11.2022 | 0,083 ppm | 0,87 ppm<br>0,17 ppm<br>0,13 ppm |
| Clor Ranitidina Comp Rev 300mg c/10 | 9KP11829 | 2020-08 | 19KP04616 | 28.02.2023 | 0,028 ppm | 0,17 ppm |

| Ranitidine DP-Final Presentation | Sanofi Batch (DP) | Shelf life | API batch (Sanofi Batch number) | API Expire Date | NDMA results in DP (LOQ Limit: 0,027 to 0,033 ppm) | NDMA results in API |
|---|---|---|---|---|---|---|
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP01528 | 2021-01 | 1800008207 | 30.06.2022 | 0,071 ppm | 0,87 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP05769 | 2021-04 | 1800010307 | 30.09.2022 | < LOQ (0,017 ppm) | 0,01 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP09703 | 2021-06 | 19KP04617 | 28.02.2023 | Below of LOD | 0,03 ppm |
| | | | 19KP01283 | 30.11.2022 | | 0,13 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP11665 | 2021-08 | 19KP04617 | 28.02.2023 | Below of LOD | 0,03 ppm |
| | | | 19KP04616 | 28.02.2023 | | 0,17 ppm |
| Clor Ranitidina Comp Rev 300mg c/20 | 9KP11807 | 2021-08 | 19KP04616 | 28.02.2023 | 0,027 ppm | 0,17 ppm |
| | 18030249 | 28.02.2023 | 1800001278 | 30.11.2021 | 0,507 ppm | ppm |

API: Active Product Ingredient; LOQ: Limit of Quantification; LOD: Limit of Detection; NDMA: N-nitrosodimethylamine; ppm: Parts Per Million.

**Note:**

Calculation based on the API percentage expected in each DP batch according the proportionality of each API NDMA result.

Calculation based on the Total API amount at the formulation vs Theoretical batch size (equivalent to 261.000,00 grams).

Stability Sample at Long Term, zone IV-B (Time Point: 18th Month).

For those DP Batches with more than one API allocated, the rating is calculated based on NDMA API average.

## Appendix 3 PT table for carcinogenicity cases

**Carcinogenicity cases reporting Unclassified Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198910621HAG<br>CLINICAL SPONSORED<br>UNITED KINGDOM<br>86 Years/Male | BRONCHIAL CARCINOMA | Fatal | Beclometasone Dipropionate, Erythromycin, Furosemide, Benzylpenicillin Potassium, Calcium Polystyrene Sulfonate | Lack of information |
| 2017SA125205<br>CONSUMER<br>UNITED STATES<br>Adult/Female | OVARIAN CANCER | NR | NR | Lack of information |
| 2017SA141106<br>CONSUMER<br>CANADA<br>NR/Male | BREAST CYST | Resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2017SA232158<br>CONSUMER<br>UNITED STATES<br>71 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2018SA007328<br>CONSUMER<br>CANADA<br>71 Years/Male | NEOPLASM MALIGNANT | Not resolved | NR | Lack of information |
| 2018SA034329<br>CONSUMER<br>UNITED STATES<br>80 Years/Female | RENAL CYST | NR | NR | Lack of information |
| 2018SA164874<br>CONSUMER<br>UNITED STATES<br>74 Years/Female | POLYP | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA212034<br>CONSUMER<br>UNITED STATES<br>80 Years/Female | RENAL CYST | NR | NR | Lack of information |
| 2019SA101665<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BREAST CANCER FEMALE | NR | NR | Lack of information |
| 2019SA211483<br>CONSUMER<br>CANADA<br>Adult/NR | PLASMA CELL MYELOMA | NR | NR | Lack of information |
| 2019SA259665<br>CONSUMER<br>UNITED STATES<br>52 Years/Female | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA259768<br>CONSUMER<br>UNITED STATES<br>NR/Male | THROAT CANCER | NR | NR | Lack of information |
| 2019SA260470<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2019SA260590<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA261278<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA261479<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA261803<br>CONSUMER<br>UNITED STATES<br>89 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA262625<br>CONSUMER<br>UNITED STATES<br>40 Years/Female | BREAST CANCER | Not resolved | NR | Lack of information |
| 2019SA262858<br>CONSUMER<br>UNITED STATES<br>NR/Female | UTERINE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA262885<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA262886<br>CONSUMER<br>UNITED STATES<br>NR/Female | NON-HODGKIN'S LYMPHOMA | NR | NR | Lack of information |
| 2019SA262912<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTROINTESTINAL CARCINOMA | NR | NR | Lack of information |
| 2019SA263630<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BREAST CANCER MALE | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA265126<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA265137<br>CONSUMER<br>UNITED STATES<br>72 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA266676<br>LITERATURE<br>UNITED STATES<br>Adult/Male | CARCINOID TUMOUR OF THE STOMACH | NR | NR | Lack of information |
| 2019SA268793<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA269518<br>CONSUMER<br>UNITED STATES<br>77 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA271004<br>CONSUMER<br>UNITED STATES<br>Elderly/Male | PANCREATIC CARCINOMA | NR | NR | Lack of information |
| 2019SA271921<br>CONSUMER<br>UNITED STATES<br>NR/Male | THROAT CANCER | NR | NR | Lack of information |
| 2019SA272265<br>CONSUMER<br>UNITED STATES<br>NR/Male | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA272320<br>CONSUMER<br>UNITED STATES<br>68 Years/Female | MALIGNANT MELANOMA | Fatal | NR | Lack of information |
| 2019SA272456<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA272628<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER<br>BREAST CANCER RECURRENT | NR<br>NR | NR | Lack of information |
| 2019SA273748<br>CONSUMER<br>UNITED STATES<br>84 Years/Female | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA273764<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA273779<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA273794<br>CONSUMER<br>UNITED STATES<br>NR/Male | BRAIN CANCER METASTATIC | Fatal | NR | Lack of information |
| 2019SA274522<br>CONSUMER<br>UNITED STATES<br>30 Years/Male | TESTIS CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA274528<br>CONSUMER<br>UNITED STATES<br>92 Years/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA274744<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA275226<br>CONSUMER<br>UNITED STATES<br>60 Years/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA275245<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA275386<br>CONSUMER<br>UNITED STATES<br>84 Years/Male | SKIN CANCER | NR | NR | Lack of information |
| 2019SA275918<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA276292<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA276511<br>CONSUMER<br>UNITED STATES<br>NR/Male | TUMOUR FLARE | Fatal | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA276645<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA279312<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA279563<br>CONSUMER<br>UNITED STATES<br>75 Years/Female | GALLBLADDER CANCER | Resolving | NR | Lack of information |
| 2019SA279726<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA280465<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA280737<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA280740<br>CONSUMER<br>UNITED STATES<br>NR/Male | PANCREATIC CARCINOMA<br>METASTASES TO LIVER | Fatal<br>Fatal | NR | Lack of information |
| 2019SA280741<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BREAST CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA282375<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA282658<br>CONSUMER<br>ITALY<br>39 Years/Female | GASTRIC CANCER | Resolved | NR | Lack of information |
| 2019SA285974<br>CONSUMER<br>UNITED STATES<br>69 Years/Female | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA286150<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA286157<br>CONSUMER<br>UNITED STATES<br>Adult/NR | LYMPHOMA | NR | NR | Lack of information |
| 2019SA286515<br>CONSUMER<br>UNITED STATES<br>Adult/Male | COLON CANCER | NR | Adalimumab | Lack of information |
| 2019SA289944<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2019SA290590<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER<br>METASTASES TO LIVER<br>METASTASES TO LUNG | NR<br>NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA292754<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA293295<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA293931<br>CONSUMER<br>UNITED STATES<br>78 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA294125<br>CONSUMER<br>UNITED STATES<br>NR/Male | METASTATIC GASTRIC CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA294525<br>CONSUMER<br>CANADA<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA294743<br>CONSUMER<br>UNITED STATES<br>69 Years/Male | COLON CANCER | Not resolved | NR | Lack of information |
| 2019SA295009<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER METASTATIC<br>METASTASES TO LIVER<br>METASTASES TO LUNG | NR<br>NR<br>NR | NR | Lack of information |
| 2019SA295193<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA297984<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA298344<br>CONSUMER<br>UNITED STATES<br>23 Years/Male | THYROID CANCER | Fatal | NR | Lack of information |
| 2019SA298604<br>CONSUMER<br>UNITED STATES<br>NR/Female | OVARIAN CANCER | NR | NR | Lack of information |
| 2019SA298610<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA298962<br>CONSUMER<br>UNITED STATES<br>Adult/NR | HEPATIC CANCER | NR | NR | Lack of information |
| 2019SA301844<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA301848<br>CONSUMER<br>UNITED STATES<br>Adult/Male | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA301850<br>CONSUMER<br>UNITED STATES<br>Adult/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |



CONFIDENTIAL SANOFI_ZAN_MDL_0000278539

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA301851<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2019SA301852<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA301853<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2019SA301854<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |



CONFIDENTIAL SANOFI_ZAN_MDL_0000278540

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA301855<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA302324<br>CONSUMER<br>UNITED STATES<br>Adult/NR | HEPATIC NEOPLASM | NR | NR | Lack of information |
| 2019SA302852<br>CONSUMER<br>UNITED STATES<br>48 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA303944<br>CONSUMER<br>UNITED STATES<br>Adult/NR | TRACHEAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA304991<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA307827<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA307850<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA307851<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA308691<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA308924<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA312967<br>CONSUMER<br>UNITED STATES<br>NR/Male | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA313386<br>CONSUMER<br>UNITED STATES<br>52 Years/Female | RECTAL CANCER STAGE III<br>SMALL INTESTINE CARCINOMA<br>NEOPLASM MALIGNANT | NR<br>Resolving<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA314398<br>CONSUMER<br>UNITED STATES<br>Adult/NR | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA314668<br>CONSUMER<br>UNITED STATES<br>Adult/Female | PANCREATIC CARCINOMA | NR | NR | Lack of information |
| 2019SA315328<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA316475<br>CONSUMER<br>UNITED STATES<br>21 Years/Female | HODGKIN'S DISEASE STAGE II | Not resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA317591<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT<br>PROSTATE CANCER<br>COLON CANCER | NR<br>NR<br>NR | NR | Lack of information |
| 2019SA317789<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA318156<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA318157<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER<br>HEPATIC CANCER | NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA318962<br>CONSUMER<br>UNITED STATES<br>Adult/NR | INVASIVE LOBULAR BREAST CARCINOMA | NR | NR | Lack of information |
| 2019SA318975<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA319178<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | Resolving | NR | Lack of information |
| 2019SA319227<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA321319<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA321344<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA323164<br>CONSUMER<br>UNITED STATES<br>65 Years/Female | BREAST CANCER | NR | NR | Lack of information |
| 2019SA324730<br>CONSUMER<br>UNITED STATES<br>NR/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA326025<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA326031<br>CONSUMER<br>UNITED STATES<br>Adult/NR | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA327315<br>CONSUMER<br>UNITED STATES<br>NR/Female | PANCREATIC CARCINOMA | Fatal | NR | Lack of information |
| 2019SA328198<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER<br>BLADDER CANCER | NR<br>NR | NR | Lack of information |



CONFIDENTIAL 

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA328363<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER STAGE IV | NR | NR | Lack of information |
| 2019SA328630<br>CONSUMER<br>UNITED STATES<br>Adult/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA328795<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA328807<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA328840<br>CONSUMER<br>UNITED STATES<br>Adult/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA329347<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA330110<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA330378<br>CONSUMER<br>UNITED STATES<br>22 Years/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA330685<br>CONSUMER<br>UNITED STATES<br>Adult/NR | INTRAOCULAR MELANOMA | NR | NR | Lack of information |
| 2019SA332460<br>CONSUMER<br>UNITED STATES<br>Adult/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA332474<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA333497<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA333753<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA333755<br>CONSUMER<br>UNITED STATES<br>44 Years/Female | INVASIVE DUCTAL BREAST CARCINOMA | NR | NR | Lack of information |
| 2019SA334843<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA335193<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA335381<br>CONSUMER<br>UNITED STATES<br>NR/Female | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA335955<br>CONSUMER<br>UNITED STATES<br>Adult/Female | COLON CANCER | NR | NR | Lack of information |
| 2019SA336850<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER FEMALE | NR | NR | Lack of information |
| 2019SA336867<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA336868<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA336869<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2019SA338831<br>CONSUMER<br>UNITED STATES<br>64 Years/Male | BLADDER CANCER | Fatal | NR | Lack of information |
| 2019SA344075<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA344095<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA344109<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA344124<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA344321<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA346338<br>CONSUMER<br>CANADA<br>NR/Male | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA346940<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347560<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA347561<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA347562<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA347585<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347586<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA347982<br>CONSUMER<br>CANADA<br>Adult/Male | PLASMA CELL MYELOMA | Not resolved | Potassium Chloride, Thiamine Hydrochloride, Magnesium, Ergocalciferol, Hydroxychloroquine, Rivaroxaban, Fluticasone Furoate/Vilanterol Trifenatate | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA348637<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2019SA349579<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA349635<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA349727<br>CONSUMER<br>UNITED STATES<br>70 Years/Female | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA349787<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA349790<br>CONSUMER<br>UNITED STATES<br>NR/Female | GASTRIC CANCER | NR | NR | Lack of information |
| 2019SA349801<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA350303<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA352756<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA353972<br>CONSUMER<br>UNITED STATES<br>17 Years/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA355830<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | PANCREATIC CARCINOMA | Fatal | NR | Lack of information |
| 2019SA356107<br>CONSUMER<br>UNITED STATES<br>Adult/NR | GASTRIC CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA356632<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356780<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA356840<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356856<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA356872<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356877<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA356885<br>CONSUMER<br>UNITED STATES<br>NR/Male | BLADDER CANCER | NR | NR | Lack of information |
| 2019SA356888<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA357297<br>CONSUMER<br>UNITED STATES<br>Adult/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA358098<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2019SA358104<br>CONSUMER<br>UNITED STATES<br>63 Years/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2019SA360564<br>CONSUMER<br>UNITED STATES<br>Adult/NR | PLASMA CELL MYELOMA | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA360565<br>CONSUMER<br>UNITED STATES<br>67 Years/Female | TRIPLE NEGATIVE BREAST CANCER<br>OESTROGEN RECEPTOR POSITIVE BREAST CANCER | Resolved<br>Resolved | NR | Lack of information |
| 2019SA361836<br>CONSUMER<br>UNITED STATES<br>80 Years/Male | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2019SA362290<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2019SA362630<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA000354<br>CONSUMER<br>UNITED STATES<br>Adult/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2020SA002120<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLON CANCER | NR | NR | Lack of information |
| 2020SA002557<br>CONSUMER<br>UNITED STATES<br>NR/Female | UTERINE CANCER | NR | NR | Lack of information |
| 2020SA002589<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA004662<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004757<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004759<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA004765<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA004773<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA004786<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA004794<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005185<br>CONSUMER<br>UNITED STATES<br>Adult/Male | BLADDER CANCER<br>PROSTATE CANCER<br>COLON CANCER<br>LUNG NEOPLASM MALIGNANT | NR<br>NR<br>NR<br>NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA005194<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA005195<br>CONSUMER<br>UNITED STATES<br>NR/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005196<br>CONSUMER<br>UNITED STATES<br>NR/Female | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA005442<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | Not resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA005955<br>CONSUMER<br>UNITED STATES<br>Adult/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA005962<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLON CANCER | NR | NR | Lack of information |
| 2020SA005985<br>CONSUMER<br>UNITED STATES<br>NR/Female | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA007023<br>CONSUMER<br>UNITED STATES<br>Adult/Female | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA007039<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA007052<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA008331<br>CONSUMER<br>UNITED STATES<br>Adult/NR | LEUKAEMIA | Fatal | NR | Lack of information |
| 2020SA008645<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLON CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA008793<br>CONSUMER<br>UNITED STATES<br>NR/Male | RENAL CANCER | NR | NR | Lack of information |
| 2020SA009412<br>CONSUMER<br>UNITED STATES<br>NR/Male | RECTAL CANCER | NR | NR | Lack of information |
| 2020SA012207<br>CONSUMER<br>UNITED STATES<br>NR/Male | OESOPHAGEAL CARCINOMA | Fatal | NR | Lack of information |
| 2020SA013735<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA014981<br>CONSUMER<br>UNITED STATES<br>25 Years/Male | NON-HODGKIN'S LYMPHOMA | Fatal | NR | Lack of information |
| 2020SA018385<br>CONSUMER<br>BRAZIL<br>58 Years/Female | THYROID CANCER | NR | Levothyroxine Sodium, Amitriptyline, Clonazepam | Lack of information |
| 2020SA018391<br>CONSUMER<br>BRAZIL<br>NR/Male | LUNG NEOPLASM MALIGNANT | Fatal | NR | Lack of information |
| 2020SA019156<br>CONSUMER<br>UNITED STATES<br>NR/Male | RECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA019395<br>CONSUMER<br>UNITED STATES<br>Adult/Male | PROSTATE CANCER | NR | NR | Lack of information |
| 2020SA020228<br>CONSUMER<br>UNITED STATES<br>Adult/NR | THROAT CANCER | NR | NR | Lack of information |
| 2020SA020236<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA020735<br>CONSUMER<br>UNITED STATES<br>55 Years/Male | RECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA023676<br>CONSUMER<br>UNITED STATES<br>NR/NR | SYSTEMIC MASTOCYTOSIS | NR | NR | Lack of information |
| 2020SA024230<br>CONSUMER<br>UNITED STATES<br>NR/Male | COLORECTAL CANCER METASTATIC | NR | NR | Lack of information |
| 2020SA026345<br>CONSUMER<br>UNITED STATES<br>Adult/NR | COLORECTAL CANCER | NR | NR | Lack of information |
| 2020SA026358<br>CONSUMER<br>UNITED STATES<br>NR/Female | COLORECTAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026384<br>CONSUMER<br>UNITED STATES<br>Adult/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |
| 2020SA026390<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026412<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026419<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026426<br>CONSUMER<br>UNITED STATES<br>NR/Female | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026458<br>CONSUMER<br>UNITED STATES<br>Adult/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026471<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026500<br>CONSUMER<br>UNITED STATES<br>Adult/NR | BLADDER CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026602<br>CONSUMER<br>UNITED STATES<br>NR/NR | RENAL CANCER | NR | NR | Lack of information |
| 2020SA026610<br>CONSUMER<br>UNITED STATES<br>NR/NR | GASTRIC CANCER | NR | NR | Lack of information |
| 2020SA026611<br>CONSUMER<br>UNITED STATES<br>NR/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA026612<br>CONSUMER<br>UNITED STATES<br>NR/NR | RENAL CANCER | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2020SA026613<br>CONSUMER<br>UNITED STATES<br>NR/NR | BLADDER CANCER | NR | NR | Lack of information |
| 2020SA027409<br>CONSUMER<br>UNITED STATES<br>84 Years/Male | COLON CANCER | NR | NR | Lack of information |
| 2020SA027821<br>CONSUMER<br>UNITED STATES<br>NR/NR | NEOPLASM MALIGNANT | NR | NR | Lack of information |
| 2020SA027822<br>CONSUMER<br>UNITED STATES<br>NR/NR | OESOPHAGEAL CARCINOMA | NR | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00083BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | Meclozine, Tamoxifen, Brimonidine | Lack of information |
| BI2007BP00124BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | LUNG NEOPLASM MALIGNANT | NR | Omeprazole, Hydrochlorothiazide/Triamterene, Pravastatin Sodium, Levosalbutamol, Montelukast Sodium, Cyanocobalamin, Vitamins Nos, Calcium, Alendronate Sodium, Anti-Asthmatics | Lack of information |
| BI2007BP00164BP<br>CONSUMER<br>UNITED STATES<br>40 Years/Male | BENIGN NEOPLASM OF SKIN | Resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00200BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>NR/Female | LEUKAEMIA | NR | Amlodipine Besilate, Diphenhydramine Hydrochloride, Meclozine, Vancomycin, Lansoprazole, Olmesartan Medoxomil, Lactobacillus Acidophilus, Hydroxyzine Hydrochloride, Chlordiazepoxide, Estrogens Conjugated, Calcium Carbonate, Simeticone, Potassium Chloride, Furosemide, Paracetamol | Lack of information |
| BI2010BP03799BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | THYROID CANCER | NR | NR | Lack of information |
| BI2010BP04171BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | THYROID CANCER | Resolved | NR | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2013BI25990BP<br>CONSUMER<br>UNITED STATES<br>NR/Female | BREAST CANCER | NR | NR | Lack of information |
| BI2014BI10708GD<br>LITERATURE<br>GERMANY<br>Adult/Female | SYSTEMIC MASTOCYTOSIS | NR | Budesonide, Prednisolone, Diphenhydramine, Ondansetron, Flunitrazepam, Ascorbic Acid | Lack of information |
| BI2014BI19459BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | LUNG NEOPLASM MALIGNANT | NR | NR | Lack of information |
| BI2015BI55490BI<br>LITERATURE<br>UNITED STATES<br>Infant/Female | BENIGN SALIVARY GLAND NEOPLASM | Resolved | NR | Lack of information |



CONFIDENTIAL 

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2016BI01733BI<br>LITERATURE<br>BRAZIL<br>25 Years/Female | GASTRIC CANCER | NR | NR | Lack of information |
| BI2016BI11758BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | NR | NR | Lack of information |
| BI2016BI45796BP<br>CONSUMER<br>UNITED STATES<br>NR/Male | NEOPLASM MALIGNANT | Fatal | Pramipexole Dihydrochloride, Tiotropium Bromide, Paracetamol, Glimepiride, Calcium, Ergocalciferol, Warfarin, Digoxin, Fish Oil, Metformin Hydrochloride, Potassium, Furosemide, Metformin Hydrochloride, Gabapentin, Glyceryl Trinitrate, Ascorbic Acid, Latanoprost, Simvastatin | Lack of information |
| BI2017BI015763<br>CONSUMER<br>UNITED STATES<br>NR/Male | PROSTATE CANCER | Resolved | Alprazolam | Lack of information |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|

# Appendix 4 Carcinogenicity cases reporting Unclassified Causality

**Carcinogenicity cases reporting Unlikely Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198810158HAG<br>CLINICAL SPONSORED<br>FINLAND<br>57 Years/Female | Breast Cancer | NR | Trimethoprim | Latency not plausible |
| 2012SA001452<br>LITERATURE<br>NORWAY<br>49 Years/Male | Neuroendocrine Carcinoma | NR | Lansoprazole, Montelukast, Fluticasone | It was reported that gastric neuroendocrine carcinoma occurred after long-term treatment with lansoprazole. |
| 2018SA079995<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA081726<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |
| 2018SA101650<br>LITERATURE<br>CANADA<br>14 Years/Male | Lymphoproliferative Disorder<br>Clear Cell Renal Cell Carcinoma | NR<br>NR | Methotrexate, Prednisone, Cyclophosphamide, Insulin Human NOS, Enalapril Maleate, Amlodipine (Salt Not Specified), Ferrous Fumarate, Metformin Hydrochloride, Infliximab, Testosterone, Somatrem, Somatropin, Azathioprine, Sulfamethoxazole | Immunocompromised patient as he was on chemotherapy |
| 2018SA157237<br>CONSUMER<br>GREECE<br>69 Years/Female | Gastric Polyps | Not resolved | Teriparatide, Amiloride Hydrochloride, Hydrochlorothiazide, Omeprazole, Cortisone, Methotrexate, Levothyroxine Sodium, Calcium Carbonate, Colecalciferol, Irbesartan | Confounded by medical history of Stomach polyp |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA168467<br>HEALTH PROFESSIONAL<br>HUNGARY<br>Adult/UNK | Breast Cancer<br>Malignant Neoplasm Progression<br>Renal Cyst | Resolved<br>Resolved<br>Resolved | Everolimus, Anastrozol, Exemestane, Metoprolol, Hydrochlorothiazide, Losartan Potassium, Digoxin, Acenocoumarol | Confounded by medical history of Breast cancer |
| 2018SA202589<br>LITERATURE<br>UNITED KINGDOM<br>51 Years/Female | Metastases To Kidney | NR | Dexamethasone | Confounded by medical history of mediastinal mass from large cell carcinoma of the lung |
| 2019SA124830<br>HEALTH AUTHORITY<br>UNITED KINGDOM<br>42 Years/Female | Breast Pain<br>Breast Cyst | Resolved<br>Resolved | Omeprazole | Latency not plausible |
| BI2007BP19886BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Neoplasm Malignant | Fatal | NR | Confounded by concurrent condition of malignant neoplasm |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2009BP09497BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Hepatic Cancer | NR | Vitamin B Complex, Biotin, Ergocalciferol, Cod-Liver Oil, Calcium | Latency not plausible |
| BI2010BP10325BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Pancreatic Carcinoma | Resolved | NR | Latency not plausible |
| BI2010BP12677BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Renal Cyst<br>Haemangioma Of Liver | NR<br>NR | Sucralfate, Diltiazem Hydrochloride, Furosemide, Calcium, Vitamins NOS, Acetylsalicylic Acid, Furosemide, Lorazepam | Confounded by concomitant use of Diltiazem. |
| BI2010RO00047RO<br>LITERATURE<br>SAUDI ARABIA<br>52 Years/Male | Acute Lymphocytic Leukaemia Recurrent<br>B Precursor Type Acute Leukaemia<br>Leukaemia Recurrent | Fatal<br>NR<br>NR | Prednisone, Cyclophosphamide, Dexamethasone, Mercaptopurine, Daunorubicin, Cytarabine, Vincristine Sulfate, Asparaginase, Hydrocortisone, Cefepime, Gentamicin Sulfate, Ganciclovir, Sulfamethoxazole, Methotrexate, Magnesium Oxide, Imatinib | Confounded by medical history of chemotherapy, radiotherapy, Immunocompromised patient |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2012BP00175BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Lung Neoplasm Malignant | NR | Hydrocodone Bitartrate, Esomeprazole, Fluticasone Propionate, Tiotropium Bromide, Other Respiratory System Products, Atorvastatin Calcium, Diltiazem Hydrochloride, Lorazepam, Salbutamol Sulfate, Ascorbic Acid, Simvastatin, Ipratropium Bromide | The patient had ongoing bone cancer which could cause metastasis to lungs. |
| BI2012BP20694BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | Paracetamol, Warfarin, Simeticone, Magnesium Hydroxide, Macrogol, Metoprolol Succinate, Alprazolam | Confounded by medical history of mastectomy with reconstructive surgery and removal of breast prosthesis |
| BI2014BI39689BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | Furosemide, Carvedilol, Lisinopril, Acetylsalicylic Acid, Paracetamol | Latency not plausible |
| BI2015BI03735BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Lung Neoplasm Malignant | NR | Metformin Hydrochloride, Atenolol, Losartan Potassium, Atorvastatin Calcium | Latency not plausible |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2015BI09083BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Squamous Cell Carcinoma | NR | Ergocalciferol, Teriparatide, Calcium, Prednisone | Confounded by medical history of Breast cancer |
| BI2015BI54232BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | NR | Latency not plausible |
| BI2017BI011523<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Thyroid Cancer | NR | Lithium, Levothyroxine Sodium | Confounded by medical history of Bone cancer |
| 2019SA280768<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | NR | The patient had significant paternal family history of cancer and otherwise limited information confounded this case. |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA271802<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Renal Cancer<br>Malignant Melanoma | Resolved<br>Resolved | NR | The patient previously had melanoma on her face |
| 2019SA355019<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Female | CLEAR CELL RENAL CELL CARCINOMA<br>HAIR FOLLICLE TUMOUR BENIGN<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Acetazolamide, Alendronate Sodium, Amlodipine (Salt Not Specified), Calcium Carbonate, Cyclophosphamide, Enalapril Maleate, Ferric Hydroxide Polymaltose Complex, Ferrous Fumarate, Hydroxychloroquine Sulfate, Insulin Human Nos, Leflunomide, Metformin Hydrochloride, Methotrexate, Somatropine, Prednisone, Sulfamethoxazole, Testosterone, Azathioprine, Ciclosporin, Somatrem, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, Methotrexate, Somatropine |
| 2019SA355061<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Montelukast Sodium, Ergocalciferol, Calcium, Omalizumab, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide, Prednisone, Salbutamol | Confounded by concomitant use of Alendronate sodium |
| 2019SA355164<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Calcium, Ergocalciferol, Montelukast Sodium, Omalizumab, Prednisone, Salbutamol, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide Monohydrate, Tiotropium Bromide | Confounded by concomitant use of Omalizumab, Alendronate sodium |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA355216<br>HEALTH AUTHORITY<br>CANADA<br>66 Years/Female | ANOGENITAL WARTS | Resolving | Sitagliptin, Apixaban, Cantharidin, Calcium, Gabapentin, Hydrochlorothiazide, Insulin Aspart, Irbesartan, Levothyroxine, Metformin, Vitamin D | Confounded by concomitant use of Sitagliptin |
| 2019SA355366<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Male | RENAL CELL CARCINOMA<br>CLEAR CELL RENAL CELL CARCINOMA<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Amlodipine (Salt Not Specified), Cyclophosphamide, Enalapril Maleate, Ferrous Fumarate, Insulin Human Nos, Metformin Hydrochloride, Methotrexate, Prednisone, Sulfamethoxazole, Testosterone, Somatropin, Somatrem, Azathioprine, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, methotrexate, Somatropin, Somatrem, Azathioprine and infliximab |

# Appendix 5 Carcinogenicity cases reporting Unlikely Causality

**Carcinogenicity cases reporting Unlikely Causality**

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 198810158HAG<br>CLINICAL SPONSORED<br>FINLAND<br>57 Years/Female | Breast Cancer | NR | Trimethoprim | Latency not plausible |
| 2012SA001452<br>LITERATURE<br>NORWAY<br>49 Years/Male | Neuroendocrine Carcinoma | NR | Lansoprazole, Montelukast, Fluticasone | It was reported that gastric neuroendocrine carcinoma occurred after long-term treatment with lansoprazole. |
| 2018SA079995<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA081726<br>HEALTH AUTHORITY<br>CANADA<br>44 Years/Female | Neoplasm Malignant<br>Synovial Cyst | NR<br>NR | Alendronate Sodium, Amitriptyline Hydrochloride, Pregabalin, Meloxicam, Methotrexate, Pantoprazole, Naproxen, Prednisone, Sulfamethoxazole/Trimethoprim, Sulfasalazine, Alendronic Acid, Oxycodone Hydrochloride, Amitriptyline Hydrochloride, Meloxicam, Naproxen, Prednisone, Paracetamol, Adalimumab, Pantoprazole Sodium Sesquihydrate, Azathioprine, Esomeprazole Magnesium, Naproxen, Methylprednisolone Acetate, Tofacitinib Citrate, Azathioprine, Etanercept, Hydroxychloroquine Sulfate, Folic Acid | Immunocompromised patient as she was on chemotherapy |
| 2018SA101650<br>LITERATURE<br>CANADA<br>14 Years/Male | Lymphoproliferative Disorder<br>Clear Cell Renal Cell Carcinoma | NR<br>NR | Methotrexate, Prednisone, Cyclophosphamide, Insulin Human NOS, Enalapril Maleate, Amlodipine (Salt Not Specified), Ferrous Fumarate, Metformin Hydrochloride, Infliximab, Testosterone, Somatrem, Somatropin, Azathioprine, Sulfamethoxazole | Immunocompromised patient as he was on chemotherapy |
| 2018SA157237<br>CONSUMER<br>GREECE<br>69 Years/Female | Gastric Polyps | Not resolved | Teriparatide, Amiloride Hydrochloride, Hydrochlorothiazide, Omeprazole, Cortisone, Methotrexate, Levothyroxine Sodium, Calcium Carbonate, Colecalciferol, Irbesartan | Confounded by medical history of Stomach polyp |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA168467<br>HEALTH PROFESSIONAL<br>HUNGARY<br>Adult/UNK | Breast Cancer<br>Malignant Neoplasm Progression<br>Renal Cyst | Resolved<br>Resolved<br>Resolved | Everolimus, Anastrozol, Exemestane, Metoprolol, Hydrochlorothiazide, Losartan Potassium, Digoxin, Acenocoumarol | Confounded by medical history of Breast cancer |
| 2018SA202589<br>LITERATURE<br>UNITED KINGDOM<br>51 Years/Female | Metastases To Kidney | NR | Dexamethasone | Confounded by medical history of mediastinal mass from large cell carcinoma of the lung |
| 2019SA124830<br>HEALTH AUTHORITY<br>UNITED KINGDOM<br>42 Years/Female | Breast Pain<br>Breast Cyst | Resolved<br>Resolved | Omeprazole | Latency not plausible |
| BI2007BP19886BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Neoplasm Malignant | Fatal | NR | Confounded by concurrent condition of malignant neoplasm |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2009BP09497BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Hepatic Cancer | NR | Vitamin B Complex, Biotin, Ergocalciferol, Cod-Liver Oil, Calcium | Latency not plausible |
| BI2010BP10325BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Pancreatic Carcinoma | Resolved | NR | Latency not plausible |
| BI2010BP12677BP<br>HEALTH PROFESSIONAL<br>UNITED STATES<br>UNK/Female | Renal Cyst<br>Haemangioma Of Liver | NR<br>NR | Sucralfate, Diltiazem Hydrochloride, Furosemide, Calcium, Vitamins NOS, Acetylsalicylic Acid, Furosemide, Lorazepam | Confounded by concomitant use of Diltiazem. |
| BI2010RO00047RO<br>LITERATURE<br>SAUDI ARABIA<br>52 Years/Male | Acute Lymphocytic Leukaemia Recurrent<br>B Precursor Type Acute Leukaemia<br>Leukaemia Recurrent | Fatal<br>NR<br>NR | Prednisone, Cyclophosphamide, Dexamethasone, Mercaptopurine, Daunorubicin, Cytarabine, Vincristine Sulfate, Asparaginase, Hydrocortisone, Cefepime, Gentamicin Sulfate, Ganciclovir, Sulfamethoxazole, Methotrexate, Magnesium Oxide, Imatinib | Confounded by medical history of chemotherapy, radiotherapy, Immunocompromised patient |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2012BP00175BP<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Lung Neoplasm Malignant | NR | Hydrocodone Bitartrate, Esomeprazole, Fluticasone Propionate, Tiotropium Bromide, Other Respiratory System Products, Atorvastatin Calcium, Diltiazem Hydrochloride, Lorazepam, Salbutamol Sulfate, Ascorbic Acid, Simvastatin, Ipratropium Bromide | The patient had ongoing bone cancer which could cause metastasis to lungs. |
| BI2012BP20694BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | Paracetamol, Warfarin, Simeticone, Magnesium Hydroxide, Macrogol, Metoprolol Succinate, Alprazolam | Confounded by medical history of mastectomy with reconstructive surgery and removal of breast prosthesis |
| BI2014BI39689BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | Furosemide, Carvedilol, Lisinopril, Acetylsalicylic Acid, Paracetamol | Latency not plausible |
| BI2015BI03735BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Lung Neoplasm Malignant | NR | Metformin Hydrochloride, Atenolol, Losartan Potassium, Atorvastatin Calcium | Latency not plausible |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2015BI09083BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Squamous Cell Carcinoma | NR | Ergocalciferol, Teriparatide, Calcium, Prednisone | Confounded by medical history of Breast cancer |
| BI2015BI54232BP<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | Resolved | NR | Latency not plausible |
| BI2017BI011523<br>CONSUMER<br>UNITED STATES<br>UNK/Male | Thyroid Cancer | NR | Lithium, Levothyroxine Sodium | Confounded by medical history of Bone cancer |
| 2019SA280768<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Breast Cancer | NR | NR | The patient had significant paternal family history of cancer and otherwise limited information confounded this case. |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA271802<br>CONSUMER<br>UNITED STATES<br>UNK/Female | Renal Cancer<br>Malignant Melanoma | Resolved<br>Resolved | NR | The patient previously had melanoma on her face |
| 2019SA355019<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Female | CLEAR CELL RENAL CELL CARCINOMA<br>HAIR FOLLICLE TUMOUR BENIGN<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Acetazolamide, Alendronate Sodium, Amlodipine (Salt Not Specified), Calcium Carbonate, Cyclophosphamide, Enalapril Maleate, Ferric Hydroxide Polymaltose Complex, Ferrous Fumarate, Hydroxychloroquine Sulfate, Insulin Human Nos, Leflunomide, Metformin Hydrochloride, Methotrexate, Somatropine, Prednisone, Sulfamethoxazole, Testosterone, Azathioprine, Ciclosporin, Somatrem, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, Methotrexate, Somatropine |
| 2019SA355061<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Montelukast Sodium, Ergocalciferol, Calcium, Omalizumab, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide, Prednisone, Salbutamol | Confounded by concomitant use of Alendronate sodium |
| 2019SA355164<br>HEALTH AUTHORITY<br>CANADA<br>50 Years/Male | NEOPLASM MALIGNANT | NR | Calcium, Ergocalciferol, Montelukast Sodium, Omalizumab, Prednisone, Salbutamol, Alendronate Sodium, Fluticasone Propionate, Olodaterol Hydrochloride/Tiotropium Bromide Monohydrate, Tiotropium Bromide | Confounded by concomitant use of Omalizumab, Alendronate sodium |

| Case ID<br>Source type<br>Country<br>Age/Gender | PT Of Interest | Outcome for PT of interest | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA355216<br>HEALTH AUTHORITY<br>CANADA<br>66 Years/Female | ANOGENITAL WARTS | Resolving | Sitagliptin, Apixaban, Cantharidin, Calcium, Gabapentin, Hydrochlorothiazide, Insulin Aspart, Irbesartan, Levothyroxine, Metformin, Vitamin D | Confounded by concomitant use of Sitagliptin |
| 2019SA355366<br>HEALTH AUTHORITY<br>CANADA<br>14 Years/Male | RENAL CELL CARCINOMA<br>CLEAR CELL RENAL CELL CARCINOMA<br>LYMPHOPROLIFERATIVE DISORDER | NR<br>NR<br>NR | Amlodipine (Salt Not Specified), Cyclophosphamide, Enalapril Maleate, Ferrous Fumarate, Insulin Human Nos, Metformin Hydrochloride, Methotrexate, Prednisone, Sulfamethoxazole, Testosterone, Somatropin, Somatrem, Azathioprine, Infliximab | Confounded by concomitant use of Amlodipine (salt not specified), cyclophosphamide, methotrexate, Somatropin, Somatrem, Azathioprine and infliximab |

## Appendix 6 SOC table for genotoxicity cases

**Overview of events of interest by preferred terms and seriousness (n=152)**

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| **Infections and infestations** | Atypical pneumonia | 0 | 1 | 1 |
| | Kidney infection | 0 | 1 | 1 |
| | Otitis media | 2 | 0 | 2 |
| | Pyelonephritis | 0 | 1 | 1 |
| | Toxoplasmosis | 0 | 1 | 1 |
| **Total** | | **2** | **4** | **6** |
| **Neoplasms benign, malignant and unspecified (incl cysts and polyps)** | Neoplasm malignant | 1 | 0 | 1 |
| **Total** | | **1** | **0** | **1** |
| **Blood and lymphatic system disorders** | Anaemia | 1 | 0 | 1 |
| | Bone marrow failure | 1 | 0 | 1 |
| | Leukopenia | 1 | 0 | 1 |
| | Neutropenia | 1 | 0 | 1 |
| | Thrombocytopenia | 2 | 0 | 2 |
| **Total** | | **6** | **0** | **6** |
| **Immune system disorders** | Anaphylactic reaction | 3 | 0 | 3 |
| | Drug hypersensitivity | 2 | 2 | 4 |
| | Hypersensitivity | 0 | 2 | 2 |
| | Sarcoidosis | 0 | 1 | 1 |
| **Total** | | **5** | **5** | **10** |
| **Metabolism and nutrition disorders** | Dehydration | 1 | 0 | 1 |
| | Feeding disorder | 1 | 0 | 1 |
| | Gout | 0 | 1 | 1 |
| | Hypocalcaemia | 0 | 1 | 1 |
| | Hypoglycaemia | 1 | 1 | 2 |
| | Hypokalaemia | 1 | 0 | 1 |
| | Hypomagnesaemia | 0 | 1 | 1 |
| | Ketoacidosis | 1 | 0 | 1 |
| | Obesity | 0 | 1 | 1 |
| | Poor feeding infant | 0 | 1 | 1 |
| **Total** | | **5** | **6** | **11** |
| **Psychiatric disorders** | Abnormal dreams | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Anxiety | 0 | 1 | 1 |
| | Insomnia | 0 | 2 | 2 |
| | Irritability | 1 | 0 | 1 |
| | Mental disorder | 0 | 1 | 1 |
| | Psychological trauma | 0 | 1 | 1 |
| | Restlessness | 1 | 1 | 2 |
| | Sleep disorder | 0 | 2 | 2 |
| | Stress | 0 | 1 | 1 |
| | Tension | 0 | 1 | 1 |
| **Total** | | **2** | **11** | **13** |
| **Nervous system disorders** | Akathisia | 0 | 1 | 1 |
| | Altered state of consciousness | 1 | 0 | 1 |
| | Burning sensation | 0 | 1 | 1 |
| | Depressed level of consciousness | 1 | 0 | 1 |
| | Diplegia | 1 | 0 | 1 |
| | Dizziness | 0 | 3 | 3 |
| | Dysgeusia | 0 | 1 | 1 |
| | Headache | 2 | 2 | 4 |
| | Hypotonia | 2 | 0 | 2 |
| | Neurotoxicity | 1 | 0 | 1 |
| | Nystagmus | 1 | 0 | 1 |
| | Parkinson's disease | 1 | 0 | 1 |
| | Poor quality sleep | 0 | 1 | 1 |
| | Psychomotor skills impaired | 0 | 1 | 1 |
| | Somnolence | 0 | 3 | 3 |
| | Tremor | 0 | 1 | 1 |
| **Total** | | **10** | **14** | **24** |
| **Eye disorders** | Conjunctival hyperaemia | 1 | 0 | 1 |
| **Total** | | **1** | **0** | **1** |
| **Ear and labyrinth disorders** | Conductive deafness | 1 | 0 | 1 |
| | Deafness | 1 | 0 | 1 |
| **Total** | | **2** | **0** | **2** |
| **Cardiac disorders** | Cardiomegaly | 0 | 1 | 1 |
| | Coronary artery disease | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Foetal heart rate deceleration abnormality | 1 | 0 | 1 |
| | Palpitations | 0 | 1 | 1 |
| | Tachycardia | 2 | 0 | 2 |
| **Total** | | **3** | **3** | **6** |
| **Vascular disorders** | Blood pressure fluctuation | 0 | 1 | 1 |
| | Granulomatosis with polyangiitis | 0 | 1 | 1 |
| | Haemorrhage | 1 | 0 | 1 |
| | Hot flush | 0 | 1 | 1 |
| | Hypertension | 1 | 1 | 2 |
| | Hypotension | 2 | 0 | 2 |
| | Kawasaki's disease | 1 | 0 | 1 |
| **Total** | | **5** | **4** | **9** |
| **Respiratory, thoracic and mediastinal disorders** | Bronchospasm | 1 | 0 | 1 |
| | Choking | 1 | 0 | 1 |
| | Cough | 0 | 2 | 2 |
| | Dysphonia | 0 | 1 | 1 |
| | Dyspnoea | 1 | 2 | 3 |
| | Hypopnoea | 1 | 0 | 1 |
| | Hypoxia | 1 | 0 | 1 |
| | Neonatal respiratory depression | 1 | 0 | 1 |
| | Neonatal respiratory distress syndrome | 1 | 0 | 1 |
| | Pharyngeal swelling | 1 | 0 | 1 |
| | Pulmonary hypertension | 1 | 0 | 1 |
| | Respiratory alkalosis | 1 | 0 | 1 |
| | Respiratory distress | 1 | 0 | 1 |
| | Throat irritation | 0 | 1 | 1 |
| **Total** | | **11** | **6** | **17** |
| **Gastrointestinal disorders** | Abdominal discomfort | 0 | 3 | 3 |
| | Abdominal distension | 0 | 1 | 1 |
| | Abdominal pain | 0 | 1 | 1 |
| | Abdominal pain upper | 0 | 2 | 2 |
| | Constipation | 0 | 1 | 1 |
| | Diarrhoea | 1 | 1 | 2 |
| | Diarrhoea haemorrhagic | 1 | 0 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Dry mouth | 0 | 1 | 1 |
| | Dyspepsia | 0 | 21 | 21 |
| | Dysphagia | 0 | 1 | 1 |
| | Eructation | 0 | 1 | 1 |
| | Gastrooesophageal reflux disease | 1 | 4 | 5 |
| | Nausea | 0 | 5 | 5 |
| | Necrotising colitis | 1 | 0 | 1 |
| | Pneumatosis intestinalis | 1 | 0 | 1 |
| | Regurgitation | 0 | 1 | 1 |
| | Swollen tongue | 1 | 0 | 1 |
| | Vomiting | 2 | 13 | 15 |
| **Total** | | **8** | **56** | **64** |
| **Hepatobiliary disorders** | Cholangitis | 1 | 0 | 1 |
| | Cholelithiasis | 1 | 0 | 1 |
| | Cholestasis | 1 | 0 | 1 |
| | Gallbladder disorder | 0 | 1 | 1 |
| | Hepatic fibrosis | 1 | 0 | 1 |
| | Hepatitis | 1 | 0 | 1 |
| | Liver disorder | 1 | 0 | 1 |
| **Total** | | **6** | **1** | **7** |
| **Skin and subcutaneous tissue disorders** | Angioedema | 1 | 0 | 1 |
| | Erythema | 1 | 1 | 2 |
| | Erythema multiforme | 1 | 0 | 1 |
| | Hair growth abnormal | 0 | 1 | 1 |
| | Herpes gestationis | 0 | 1 | 1 |
| | Hyperhidrosis | 0 | 1 | 1 |
| | Pruritus | 2 | 5 | 7 |
| | Psoriasis | 0 | 1 | 1 |
| | Rash | 0 | 1 | 1 |
| | Rash erythematous | 0 | 1 | 1 |
| | Rash maculo-papular | 1 | 0 | 1 |
| | Rash pruritic | 0 | 1 | 1 |
| **Total** | | **6** | **13** | **19** |
| | Back pain | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| Musculoskeletal and connective tissue disorders | Joint contracture | 1 | 0 | 1 |
| | Limb deformity | 1 | 0 | 1 |
| | Muscle contracture | 1 | 0 | 1 |
| | Muscle spasms | 0 | 1 | 1 |
| | Muscle twitching | 0 | 1 | 1 |
| | Neck pain | 1 | 0 | 1 |
| | Pain in extremity | 0 | 1 | 1 |
| | Rhabdomyolysis | 1 | 0 | 1 |
| **Total** | | **5** | **4** | **9** |
| Renal and urinary disorders | Acute kidney injury | 1 | 0 | 1 |
| | Chronic kidney disease | 1 | 0 | 1 |
| | End stage renal disease | 1 | 0 | 1 |
| | Nephrocalcinosis | 0 | 1 | 1 |
| | Nephrolithiasis | 1 | 0 | 1 |
| | Nephrotic syndrome | 0 | 1 | 1 |
| | Proteinuria | 1 | 0 | 1 |
| | Renal failure | 2 | 0 | 2 |
| | Renal impairment | 1 | 0 | 1 |
| | Tubulointerstitial nephritis | 1 | 0 | 1 |
| | Urethral stenosis | 0 | 1 | 1 |
| **Total** | | **9** | **3** | **12** |
| Pregnancy, puerperium and perinatal conditions | Abortion spontaneous | 2 | 0 | 2 |
| | Foetal growth restriction | 1 | 0 | 1 |
| | Foetal hypokinesia | 2 | 0 | 2 |
| | HELLP syndrome | 1 | 0 | 1 |
| | Haemorrhage in pregnancy | 1 | 0 | 1 |
| | Low birth weight baby | 2 | 1 | 3 |
| | Normal newborn | 0 | 1 | 1 |
| | Placental insufficiency | 1 | 0 | 1 |
| | Pre-eclampsia | 2 | 0 | 2 |
| | Premature baby | 6 | 2 | 8 |
| | Premature delivery | 0 | 1 | 1 |
| | Premature labour | 3 | 1 | 4 |
| | Premature rupture of membranes | 1 | 0 | 1 |
| | Small for dates baby | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Stillbirth | 1 | 0 | 1 |
| | Subchorionic haematoma | 1 | 0 | 1 |
| | Umbilical cord abnormality | 1 | 0 | 1 |
| **Total** | | 25 | 7 | 32 |
| **Congenital, familial and genetic disorders** | Amniotic band syndrome | 1 | 0 | 1 |
| | Cerebral palsy | 2 | 0 | 2 |
| | Cleft palate | 1 | 0 | 1 |
| | Coarctation of the aorta | 1 | 0 | 1 |
| | Congenital anomaly | 1 | 0 | 1 |
| | Congenital bladder anomaly | 1 | 0 | 1 |
| | Congenital multiplex arthrogryposis | 2 | 0 | 2 |
| | Congenital renal disorder | 1 | 0 | 1 |
| | Cystic fibrosis | 1 | 0 | 1 |
| | Genitalia external ambiguous | 1 | 0 | 1 |
| | Hydrocele | 1 | 0 | 1 |
| | Hypospadias | 1 | 0 | 1 |
| | Macrocephaly | 1 | 0 | 1 |
| | Multiple congenital abnormalities | 1 | 0 | 1 |
| | Porphyria | 0 | 1 | 1 |
| | Porphyria non-acute | 1 | 0 | 1 |
| | Sickle cell trait | 1 | 0 | 1 |
| | Syndactyly | 1 | 0 | 1 |
| | Talipes | 3 | 0 | 3 |
| | Ventricular septal defect | 3 | 0 | 3 |
| **Total** | | **25** | **1** | **26** |
| **General disorders and administration site conditions** | Adverse drug reaction | 0 | 2 | 2 |
| | Adverse event | 0 | 2 | 2 |
| | Chest discomfort | 0 | 1 | 1 |
| | Chest pain | 0 | 1 | 1 |
| | Condition aggravated | 1 | 4 | 5 |
| | Developmental delay | 1 | 0 | 1 |
| | Disease recurrence | 0 | 1 | 1 |
| | Drug ineffective | 3 | 15 | 18 |
| | Fatigue | 0 | 2 | 2 |
| | Feeling abnormal | 0 | 1 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Foaming at mouth | 0 | 1 | 1 |
| | Ill-defined disorder | 0 | 2 | 2 |
| | Malaise | 0 | 4 | 4 |
| | Pain | 2 | 2 | 4 |
| | Peripheral swelling | 0 | 1 | 1 |
| | Pyrexia | 2 | 2 | 4 |
| | Therapeutic product effect incomplete | 0 | 1 | 1 |
| | Therapeutic response decreased | 0 | 2 | 2 |
| | Treatment failure | 0 | 1 | 1 |
| | Unevaluable event | 0 | 1 | 1 |
| **Total** | | **9** | **46** | **55** |
| **Investigations** | Amphetamines positive | 0 | 1 | 1 |
| | Anion gap increased | 1 | 0 | 1 |
| | Apgar score low | 1 | 0 | 1 |
| | Base excess decreased | 1 | 0 | 1 |
| | Blood bicarbonate decreased | 1 | 0 | 1 |
| | Blood pH decreased | 1 | 0 | 1 |
| | Blood pressure decreased | 0 | 1 | 1 |
| | Drug screen false positive | 0 | 1 | 1 |
| | False positive investigation result | 0 | 1 | 1 |
| | General physical condition abnormal | 0 | 1 | 1 |
| | Heart rate increased | 1 | 1 | 2 |
| | Hepatic enzyme increased | 1 | 0 | 1 |
| | PCO2 decreased | 1 | 0 | 1 |
| | Respiratory rate increased | 1 | 0 | 1 |
| | Urine amphetamine positive | 0 | 1 | 1 |
| **Total** | | **9** | **7** | **16** |
| **Injury, poisoning and procedural complications** | Drug exposure before pregnancy | 0 | 1 | 1 |
| | Exposure during pregnancy | 11 | 69 | 80 |
| | Foetal exposure during delivery | 1 | 0 | 1 |
| | Foetal exposure during pregnancy | 6 | 36 | 42 |
| | Incorrect product administration duration | 0 | 2 | 2 |
| | Intentional product misuse | 0 | 1 | 1 |
| | Joint dislocation | 1 | 0 | 1 |

| Primary SOC | Preferred Term | Serious | Non-serious | Total Event Counts |
|---|---|---|---|---|
| | Limb traumatic amputation | 2 | 0 | 2 |
| | Maternal exposure during pregnancy | 4 | 7 | 11 |
| | Medication error | 0 | 2 | 2 |
| | Off label use | 2 | 1 | 3 |
| | Prescribed overdose | 1 | 0 | 1 |
| | Product use in unapproved indication | 0 | 1 | 1 |
| | Product use issue | 2 | 0 | 2 |
| **Total** | | **30** | **120** | **150** |
| **Grand Total** | | **185** | **311** | **496** |

SOC: System Organ Class

# Appendix 7 Non-serious DEVP Cases

# APPENDIX 7: Non-serious DEVP Cases

2012SA007839

2012SA074596

2014SA125143

2017SA141963

2017SA147254

2017SA147258

2017SA203071

2018SA017271

2018SA044769

2018SA063606

2018SA145636

2018SA179778

2018SA183376

2018SA190826

2018SA223849

2018SA241243

2018SA253758

2018SA260062

2018SA263445

2018SA264799

2018SA270421

2018SA270762

2018SA315201

2018SA322924

2018SA328511

2018SA329892

2018SA330259

2018SA337188

2018SA337203

2019SA006300

2019SA006340

2019SA007750

2019SA018828

2019SA018857

2019SA029344

2019SA044757

2019SA059690

2019SA070061

2019SA072610

2019SA077722

2019SA087086

2019SA109759

2019SA114178

2019SA115184

2019SA126898

2019SA129432

2019SA150839

2019SA158659

2019SA177479

2019SA177860

2019SA191705

2019SA208810

2019SA212650

2019SA217525

2019SA219160

2019SA222771

2019SA228304

2019SA233922

2019SA249426

2019SA260758

2019SA267241

2019SA287356

2019SA325816

2019SA344637

2020SA014908

2020SA015452

BI2007BP12333PF

BI2007BP12360PF

BI2007BP12386PF

BI2007BP12413PF

BI2007BP12617PF

BI2007BP12628PF

BI2007BP12765PF

BI2007BP12832PF

BI2007BP12849PF

BI2007BP12869PF

BI2007BP12927PF

BI2007BP13050PF

BI2007BP13152PF

BI2007BP13224PF

BI2007BP13256PF

BI2007BP14041PF

BI2007BP14303PF

BI2007BP14389PF

BI2007BP14409PF

BI2007BP14474PF

BI2007BP14562PF

BI2007BP14874PF

BI2007BP15101PF

BI2007BP15133PF

BI2007BP15239PF

BI2007BP15296PF

BI2007BP15368PF

BI2007BP15399PF

BI2007BP15592PF

BI2015BI16798BP

BI2015BI33614BP

BI2015BI41991BP



CONFIDENTIAL 

BI2015BI61378BP

BI2016BI01740BI

# Appendix 8 Genotoxicity cases reporting Causalities

**Genotoxicity cases reporting Unclassified and Unlikely Causality**

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2013SA061932<br>LITERATURE<br>AUSTRALIA | 1 Days/Male<br>Unknown<br>Transplacental | Congenital multiplex arthrogryposis,<br>Foetal exposure during pregnancy,<br>Cerebral palsy,<br>Diplegia,<br>Joint contracture,<br>Joint dislocation,<br>Otitis media,<br>Talipes,<br>Conductive deafness | Enoxaparin Sodium, Amoxicillin, Ampicillin, Ceftriaxone, Cefalexin, Fluconazole, Gentamicin Sulfate, Heparin Sodium, Meropenem, Paracetamol | Lack of information |
| 2013SA062300<br>HEALTH AUTHORITY<br>AUSTRALIA | 28 Years/Female<br>Resolved<br>NR | Premature rupture of membranes,<br>Exposure during pregnancy,<br>Pyrexia,<br>Product use in unapproved indication | Enoxaparin Sodium, Gentamicin Sulfate, Heparin Sodium, Meropenem, Paracetamol, Fluconazole, Amoxicillin Sodium, Ampicillin, Ceftriaxone, Cefalexin | Lack of information |
| 2017SA147220<br>CONSUMER<br>CANADA | 31 Years/Female<br>Unknown<br>Oral | Exposure during pregnancy,<br>Hypertension,<br>Neck pain,<br>Headache | Docusate Sodium | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA011056<br>CONSUMER<br>UNITED STATES | 22 Years/Female<br>Unknown<br>Oral | Haemorrhage in pregnancy,<br>Drug screen false positive,<br>Therapeutic response decreased,<br>Exposure during pregnancy | NR | Lack of information |
| 2018SA019564<br>LITERATURE<br>IRELAND | 36 Years/Female<br>Unknown<br>NR | Parkinson's disease,<br>Exposure during pregnancy | Fentanyl Sodium Citrate, Pramipexole Dihydrochloride, Carbidopa/Levodopa, Bupivacaine Hydrochloride, Morphine, Fentanyl | Lack of information |
| 2018SA221232<br>LITERATURE<br>ROMANIA | 26 Years/Female<br>Unknown<br>NR | Hellp syndrome,<br>Anaemia,<br>Thrombocytopenia,<br>Hepatic enzyme increased,<br>Proteinuria,<br>Drug ineffective,<br>Exposure during pregnancy | Granisetron, Calcium Chloride/Potassium Chloride | Lack of information |
| 2019SA180807<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>NR | Choking,<br>Regurgitation,<br>Exposure during pregnancy | NR | Lack of information |
| BI2007BP00658BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>Unknown<br>Transplacental | Talipes,<br>Ventricular septal defect | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP03929BP<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 40 Years/Female<br>Resolved<br>Oral | Erythema multiforme, Swollen tongue, Pharyngeal swelling, Foetal exposure during pregnancy | Nicotine, Folic Acid, Norfloxacin | Lack of information |
| BI2008DE05525GD<br>LITERATURE<br>GERMANY | UNK/Male<br>Unknown<br>Transplacental | Hydrocele, Premature baby | Cetirizine Hydrochloride, Loratadine, Cromoglicate Sodium | Lack of information |
| 2019SA246301<br>HEALTH AUTHORITY<br>FRANCE | UNK/UNK<br>Unknown<br>Transplacental | Apgar score low, Premature baby, Congenital anomaly, Foetal exposure during pregnancy, Psychomotor skills impaired, Adverse event | Chlorpromazine, Oxomemazine, Domperidone, Cetirizine Hydrochloride, Metopimazine | Lack of information |
| 2019SA261479<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>NR | Neoplasm malignant, Exposure during pregnancy | NR | Lack of information |
| 2019SA276508<br>CONSUMER<br>UNITED STATES | UNK/UNK<br>Unknown<br>Transplacental | Cystic fibrosis, Foetal exposure during pregnancy | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2010SA063452<br>LITERATURE<br>INDIA | 28 Years/Female<br>Resolved<br>IV | Anaphylactic reaction,<br>Exposure during pregnancy,<br>Bronchospasm,<br>Hypotension,<br>Tachycardia,<br>Rash maculo-papular,<br>Pruritus generalised,<br>Conjunctival hyperaemia | NR | Confounded by medical history of drug hypersensitivity |
| 2014SA065866<br>LITERATURE<br>SPAIN | 42 Years/Female<br>Unknown<br>NR | Neurotoxicity,<br>Exposure during pregnancy | Carboplatin, Dexamethasone, Paclitaxel, Levothyroxine, Granisetron | Confounded by concurrent chemotherapy |
| 2014SA135933<br>HEALTH PROFESSIONAL<br>FRANCE | 30 Years/Female<br>Unknown<br>NR | Pre-eclampsia,<br>Exposure during pregnancy | Enoxaparin Sodium | Confounded by concomitant use of ciclosporin as father was treated during conception |
| 2015SA049775<br>LITERATURE<br>PORTUGAL | 31 Years/Female<br>Recovering / Resolving<br>IV | Anaphylactic reaction,<br>Headache,<br>Altered state of consciousness,<br>Hypotension,<br>Tachycardia,<br>Hypoxia,<br>Exposure during pregnancy | Cefazolin, Hydrocortisone, Epinephrine, Phenylephrine | Confounded by concomitant use of Cefazolin, phenylepinephrine |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2016SA120265<br>LITERATURE<br>UNITED STATES | 31 Years/Female<br>Resolved<br>NR | Renal failure,<br>Exposure during pregnancy | Gentamicin Sulfate, Ursodeoxycholic Acid, Doxylamine Succinate, Ampicillin, Paracetamol, Oxytocin, Salbutamol, Polysaccharide-Iron Complex | Confounded by concomitant use of URSODEOXYCHOLIC ACID and medical history of Pancreatitis |
| 2017SA145829<br>CLINICAL UNSPONSORED<br>CANADA | 31 Years/Female<br>Resolved<br>NR | Exposure during pregnancy, Nephrolithiasis, Haemorrhage, Subchorionic haematoma, General physical condition abnormal | Infliximab, Diphenhydramine Hydrochloride | Confounded by underlying condition: Crohn's disease and concomitant use of Infliximab |
| 2017SA147334<br>CONSUMER<br>CANADA | UNK/Female<br>Unknown<br>Oral | Abortion spontaneous,<br>Exposure during pregnancy | Loperamide Hydrochloride, Paracetamol, Cisapride, Ascorbic Acid, Calcium/ Copper/ Cyanocobalamin/ Ergocalciferol/ Folic Acid/ Iodine/ Iron/ Magnesium/ Nicotinamide/ Pyridoxine Hydrochloride/ Retinol/ Riboflavin/ Riboflavin/ Thiamine Hydrochloride/ Tocopherol/ Zinc Magnesium Alginate/ Sodium Alginate, Thyroid, Omeprazole | Confounded by concomitant use of loperamide hydrochloride |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2017SA172661<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 28 Years/Female<br>Recovering / Resolving<br>NR | Ketoacidosis,<br>Condition aggravated,<br>Blood ph decreased,<br>Blood bicarbonate decreased,<br>Base excess decreased,<br>Exposure during pregnancy,<br>Anion gap increased,<br>Respiratory alkalosis,<br>Respiratory rate increased,<br>Heart rate increased,<br>Pco decreased | Hydrocortisone Salt Not Specified, Omeprazole | Confounded by concomitant use of HYDROCORTISONE and medical history of Ketoacidosis |
| 2018SA184866<br>HEALTH AUTHORITY<br>QATAR | UNK/Female<br>Resolved<br>Oral | Bone marrow failure,<br>Neutropenia,<br>Thrombocytopenia,<br>Leukopenia,<br>Pyrexia,<br>Exposure during pregnancy | Piperacillin Sodium/ Tazobactam Sodium, Erythromycin, Enoxaparin Sodium, Betamethasone, Progesterone, Ferrous Fumarate | Confounded by medical history of Venous thromboembolism |
| 2018SA263619<br>LITERATURE<br>PORTUGAL | 31 Years/Female<br>Unknown<br>IV | Anaphylactic reaction,<br>Maternal exposure during pregnancy,<br>Angioedema,<br>Erythema,<br>Pruritus,<br>Dyspnoea | Metoclopramide Hydrochloride, Ampicillin, Sufentanil, Ropivacaine | Confounded by concomitant use of Metoclopramide |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2018SA391798<br>HEALTH AUTHORITY<br>NETHERLANDS | UNK/Male<br>Unknown<br>Transplacental | Premature baby,<br>Neonatal respiratory distress syndrome,<br>Foetal exposure during pregnancy | Paracetamol, Oxytocin, Bupivacaine, Sufentanil, Metoclopramide Hydrochloride, Phenylephrine Hydrochloride, Cefazolin, Ropivacaine | Underlying maternal motor neuron disease and amyotrophic lateral sclerosis were significant risk factor |
| 2019SA038853<br>HEALTH AUTHORITY<br>IRELAND | UNK/Female<br>Not Applicable<br>Transplacental | Premature baby,<br>Low birth weight baby,<br>Foetal exposure during pregnancy | Diclofenac Sodium, Propofol, Epinephrine, Omeprazole, Lidocaine, Paracetamol, Rocuronium Bromide, Alprazolam, Oxygen, Dexmedetomidine, Sodium Citrate, Levobupivacaine | Due to obstructive history of the mother with co-morbidities, who has a history of merosin-positive congenital muscular dystrophy, severe neuromuscular scoliosis and requiring nocturnal non-invasive bilevel positive airway pressure as well as medical history of gastro-oesophageal reflux disease and extreme anxiety, therefore causality of the events low birth weight baby, premature baby and foetal exposure during pregnancy are not suspected to paracetamol, diclofenac, omeprazole and ranitidine. |
| 2019SA065285<br>HEALTH AUTHORITY<br>UNITED KINGDOM | UNK/Male<br>Not Resolved<br>Transplacental | Genitalia external ambiguous,<br>Congenital bladder anomaly,<br>Foetal hypokinesia,<br>Neonatal respiratory depression,<br>Foetal exposure during delivery | Hyoscine Butylbromide, Insulin Glargine, Codeine Phosphate/ Paracetamol, Folic Acid, Acetylsalicylic Acid, Flucloxacillin, Insulin Aspart, Calcium Carbonate/ Magnesium Carbonate, Tinzaparin | Confounded by mother's medical history of Nephrotic syndrome, Type 1 diabetes mellitus, Genital herpes |
| 2019SA222910<br>LITERATURE<br>GERMANY | UNK/Female<br>Not Applicable<br>NR | Stillbirth,<br>Placental insufficiency,<br>Umbilical cord abnormality,<br>Maternal exposure during pregnancy | Colestyramine, Paracetamol, Morphine Sulfate, Prednisolone, Budesonide, Salbutamol Sulfate, Ondansetron, Pancreatin | Confounded by concomitant use of Corticosteroids |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| A01200910461<br>HEALTH AUTHORITY<br>UNITED KINGDOM | 31 Years/Female<br>Resolved<br>IV | Vomiting,<br>Drug ineffective,<br>Exposure during pregnancy | Metoclopramide, Cyclizine, Ondansetron, Prednisolone, Thiamine, I.V. Solutions | Confounded by concomitant use of Metoclopramide |
| BI2007BP00120BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Abortion spontaneous,<br>Foetal exposure during pregnancy | Dihydroxyaluminum Sodium Carbonate | Confounded by medical history of Abortion spontaneous, Alcohol use, Smoker |
| BI2007BP00157BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Pre-eclampsia,<br>Exposure during pregnancy | Sertraline Hydrochloride, Paracetamol | Confounded by concomitant use of Sertraline |
| BI2009DE07181GD<br>LITERATURE<br>INDIA | UNK/Female<br>Unknown<br>Transplacental | Amniotic band syndrome,<br>Limb traumatic amputation,<br>Limb deformity,<br>Limb traumatic amputation | Dicycloverine, Metronidazole, Iron Preparations, Zinc Products, Norfloxacin, Aminocaproic Acid, Antiemetics and Antinauseants | Confounded by concomitant use of metronidazole |
| BI2012BI01643BP<br>CONSUMER<br>UNITED STATES | UNK/Female<br>Unknown<br>Oral | Dehydration,<br>Maternal exposure during pregnancy,<br>Incorrect product administration duration | Zolpidem Tartrate, Folic Acid, Oxycodone Hydrochloride, Promethazine Hydrochloride, Alprazolam, Ascorbic Acid | Confounded by concomitant use of oxycodone |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2014BI01243GD<br>LITERATURE<br>AUSTRALIA | UNK/Male<br>Unknown<br>Transplacental | Congenital multiplex arthrogryposis,<br>Cerebral palsy,<br>Deafness,<br>Otitis media | Paracetamol, Amoxicillin, Enoxaparin, Heparin Sodium, Fluconazole, Cefalexin, Ampicillin, Ceftriaxone, Meropenem, Gentamicin Sulfate | Confounded by Maternal exposure to gentamicin |
| BI2014RO00070RO<br>LITERATURE<br>ARGENTINA | UNK/Female<br>Unknown<br>Transplacental | Multiple congenital abnormalities,<br>Foetal growth restriction,<br>Premature baby,<br>Low birth weight baby | Fluconazole, Methotrexate, Rofecoxib, Meprednisone, Isoniazid | Confounded by concomitant use of maternal exposure to methotrexate |
| BI2016BI20178BI<br>LITERATURE<br>PORTUGAL | UNK/UNK<br>Unknown<br>Transplacental | Foetal heart rate deceleration abnormality,<br>Foetal exposure during pregnancy | Propranolol, Azathioprine, Prednisolone, Folic acid | Confounded by concomitant use of Propranolol |
| 2019SA246391<br>HEALTH AUTHORITY<br>FRANCE | UNK/Female<br>Not Applicable<br>NR | Premature labour,<br>Maternal exposure during pregnancy | Chlorpromazine, Domperidone, Metopimazine, Oxomemazine, Cetirizine Hydrochloride | Confounded by medical history of pre-eclampsia, gestational diabetes, gestational hypertension |
| 2019SA322356<br>LITERATURE<br>INDIA | 44 Years/Female<br>Unknown<br>Oral | Foetal hypokinesia,<br>Premature delivery, Exposure during pregnancy | Doxorubicin, Docetaxel, Cyclophosphamide, Dexamethasone, Ondansetron, Filgrastim, Nifedipine, Levothyroxine Sodium | Confounded by concomitant use of doxorubicin, docetaxel, cyclophosphamide, dexamethasone |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| 2019SA354995<br>HEALTH AUTHORITY<br>CANADA | NR/Female<br>Resolved<br>NR | Drug Hypersensitivity, Premature Labour, Exposure During Pregnancy, Product Use Issue, Off Label Use | Domperidone, Pantoprazole, Domperidone Maleate, Progesterone, Paracetamol, Mesalamine, Mesalazine, Azathioprine, Pantoprazole Magnesium, Azathioprine, Infliximab, Folic acid, Iron | Confounded by concomitant use of domperidone, pantoprazole, mesalamine, mesalazine, domperidone maleate, azathioprine, pantoprazole magnesium, azathioprine and infliximab |
| 2019SA355005<br>HEALTH AUTHORITY<br>CANADA | Fetus/UNK<br>Resolved<br>Transplacental | Premature Baby, Foetal Exposure During Pregnancy | Domperidone, Domperidone Maleate, Mesalazine, Pantoprazole, Pantoprazole Sodium, Progesterone, Codeine Phosphate/Paracetamol, Infliximab, Azathioprine, Pantoprazole Magnesium, Folic acid, Iron | Lack of information |
| 2019SA355363<br>HEALTH AUTHORITY<br>CANADA | Adult/UNK<br>Resolved<br>NR | Drug Hypersensitivity, Premature Labour, Maternal Exposure During Pregnancy, Product Use Issue, Off Label Use | Pantoprazole, Domperidone, Domperidone Maleate, Mesalazine, Progesterone, Infliximab, Codeine Phosphate/Paracetamol, Azathioprine Sodium, Folic acid, Iron | Confounded by concomitant use of domperidone, pantoprazole, mesalamine, mesalazine, domperidone maleate, azathioprine, pantoprazole magnesium, azathioprine and infliximab |
| BI2007BP00654BP<br>LITERATURE<br>NETHERLANDS | UNK/Female<br>UNK<br>Transplacental | Ventricular septal defect | NR | Lack of information |
| BI2007BP00657BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Ventricular septal defect | NR | Lack of information |

| Case ID<br>Source type<br>Country | Age/Gender<br>Case Outcome<br>Route of administration | MedDRA PTs | Concomitant Medications | Comment |
|---|---|---|---|---|
| BI2007BP00660BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Cleft palate | NR | Lack of information |
| BI2007BP00661BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Syndactyly | NR | Lack of information |
| BI2007BP00662BP<br>LITERATURE<br>NETHERLANDS | UNK/UNK<br>UNK<br>Transplacental | Talipes | NR | Lack of information |
| BI2015BI33290GD<br>LITERATURE<br>GERMANY | UNK/Male<br>UNK<br>Transplacental | Hypospadias | Acetylsalicylic Acid, Iron, Folic Acid, Sucralfate | Lack of information |



CONFIDENTIAL SANOFI_ZAN_MDL_0000278628

# EXHIBIT

# 50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-md-02924-ROSENBERG

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION.** . West Palm Beach, FL . July 7, 2022

DISCOVERY HEARING (through Zoom)
BEFORE THE HONORABLE BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

FOR THE PLAINTIFFS: **TRACY A. FINKEN, ESQ.**
Anapol Weiss
One Logan Square
130 N. 18th Street Suite 1600
Philadelphia, PA 19103
215-735-1130

FOR THE DEFENDANTS: **JENNIFER HILL, ESQ.**
Dechert LLP
Cira Centre
2929 Arch Street
**Philadelphia, PA 19104**
215-994-4000

Official Court Reporter: Pauline A. Stipes
HON. ROBIN L. ROSENBERG
West Palm Beach/Ft. Pierce FL
561-803-3434

***THE COURT:*** I am having trouble with my camera here. I am trying to get it set up.

Good afternoon, everybody. I apologize for starting a little late, my camera is not working right so you get to see all of the mess in my office.

Good afternoon, everybody. This is case 20-2924, In Re: Ranitidine (Zantac) Product Liability Litigation. Let me begin with appearances. I'll start with counsel for the Plaintiffs.

***MS. FINKEN:*** Tracy Finken on behalf of Plaintiffs, good afternoon, your Honor.

***THE COURT:*** Good afternoon.

On behalf of the Defense.

***MS. HILL:*** Good afternoon, your Honor, Jennifer Hill on behalf of GlaxoSmithKline, and I will be arguing on behalf of the brand Defendants today.

***THE COURT:*** Good afternoon, Ms. Hill. I think this is the first time you have argued in this case, so welcome. Are you one of our LDC people?

***MS. HILL:*** I am not.

***THE COURT:*** Okay. We are here today because the brand Defendants filed at Docket Entry 5718 an expedited motion to compel disclosures relating to Dr. -- I will pronounce her name wrong. Is it Hidajat?

***MS. FINKEN:*** Hidajat.

***THE COURT:*** Okay. I have reviewed the motion and the attachments to the motion. I saw the Plaintiffs' response and I reviewed their response, including the entirety of Dr. Hidajat's deposition transcript, and I received the Defendants' reply this morning, which I have also had a chance to review, along with its attachments.

Have the Plaintiffs filed anything else that I haven't mentioned?

***MS. FINKEN:*** No, your Honor.

***THE COURT:*** Did Defense?

***MS. HILL:*** No, your Honor.

***THE COURT:*** Ms. Hill, it is your motion, I will allow you to be heard first and give you the last word when we are all done.

***MS. HILL:*** Thank you. Thank you for hearing the motion today, we appreciate the Court's time. It is an important issue.

The brand Defendants' motion boils down to whether the Plaintiffs should be permitted to put special limitations on the discovery of the opinions of Dr. Hidajat. We are asking the Court to order complete disclosures from Dr. Hidajat, just as would be provided as a matter of course for any other testifying expert.

Dr. Hidajat is, of course, the author of a 2019 study on rubber factory workers who were exposed to NDMA in the

workplace, and we have since learned that Plaintiffs retained Dr. Hidajat first as a consulting expert back in November 2020.

Now, as the Court I'm sure is aware, this study has come up several times in the litigation. It has come up at Science Day in December, it has come in Plaintiffs' primary expert reports that were served in January, and also in the Defendants' expert reports that were served in March.

The Plaintiffs then chose to disclose Dr. Hidajat as a testifying expert on March 28th. At that time she was characterized as a rebuttal expert who would be talking about her rubber worker study. The brand Defendants moved to strike her report as untimely and improper, and I understand that the Court has deferred ruling on that motion, but the Court did instruct the Defendants to take her deposition, which we did on June 8th.

At that deposition, however, we were repeatedly met with objections and instructions not to answer questions that we feel were basic questions about the information and the materials that Dr. Hidajat reviewed.

Your Honor, the Plaintiffs have taken the position that Dr. Hidajat can limit her disclosures and her testimony because she was initially retained as a consulting expert rather than a testifying expert, but in the very same litigation.

The Plaintiffs do acknowledge that Dr. Hidajat was

consulting on matters concerning Ranitidine. Those are their words from their opposition.

Your Honor, the Defendants' position is that these limitations are inappropriate. The lines that the Plaintiffs are trying to draw around Dr. Hidajat's work before March of 2022 and her work since March of 2022, are just unrealistic, and in fact contrary to how Dr. Hidajat used her own opinions.

Now, there are three points that I do want to emphasize today. First is the extent of Dr. Hidajat's consulting role. It was significant. Dr. Hidajat worked on this litigation for more than a year before she was identified as a testifying expert. We were provided with invoices for 19 days of work that she did in March 2022.

At her deposition, she estimated that she had billed the Plaintiffs more than $150,000 for her work before that. That amount represents more than 300 hours of work at her standard billing rate. We know that she worked on matters concerning Ranitidine, but we really have no other discovery on what that work entails.

Now, just for context, your Honor, the total amount that Dr. Hidajat has invoiced in this litigation is actually comparable to what Plaintiffs other experts have invoiced, experts like Dr. McTiernan, Dr. Moorman and Dr. Salmon, who all generated reports that were hundreds of pages long.

The Defendants are entitled to know what Dr. Hidajat

considered and what she reviewed and did for more than 300 hours of work, and what she was compensated for. That is basic discovery that we are entitled to under the Federal rules.

The second point, Judge, is that full disclosure and full discovery of a testifying expert is appropriate here because there is no clear distinction between Dr. Hidajat's two roles. Your Honor, when Plaintiffs chose to name Dr. Hidajat as a testifying expert, she became an expert who is "retained or specially employed" to provide expert testimony in this case.

Those are the rules from -- those are the words from Rule 26(a)(2)(B), and that governs the disclosures that are required from testifying experts, which Dr. Hidajat has become by way of her designation. The Defendants are entitled to a full disclosure of the facts and data that she considered in forming her opinions.

Now, your Honor, a majority of Courts do view this as applying with equal force to experts who start off as consulting experts, but then later become testifying experts, and that point is addressed in the Tampa Bay Water case from the Middle District of Florida which is cited in our papers.

There are, however, Courts that have allowed an exception to the general rule of full disclosure, but those Courts have done so only in limited circumstances, that is, where there is a clear distinction in the two roles, in the

consulting role and the testifying role.

Your Honor, if you look at the cases that are cited and discussed in our motion papers, you will see how this distinction is applied. So, in the Tampa Bay Water case, for example, the Court allowed the Plaintiffs to assert work product protection over information that was considered and generated by the consulting company when that information was not even related to the opinions the consultants were later retained to offer through testimony.

Here there is no such distinction, there is no distinction between Dr. Hidajat's two roles, and certainly there is not a clear distinction, which is what the law would require.

Your Honor, Dr. Hidajat herself says that her opinions are based on the totality of the evidence. She says that in her report, that is on page 28 of her report, and she reiterated that point at her deposition. She is invoking the totality of the evidence. She is not invoking a distinct subset of the evidence, she is not drawing any distinctions or even a clear distinction in the information that she is relying on.

Dr. Hidajat also said in no uncertain terms that she views her study as being relevant to the issues in this case, and those issues are whether NDMA exposure in Ranitidine can cause cancer. Of course, Dr. Hidajat's rubber worker study

doesn't mention Ranitidine. She has no professional experience with Ranitidine, so she is necessarily relying on information she must have considered in her consulting role to form an opinion on the relevance of her rubber worker study to this litigation.

Now, there are a number of questions we would like to ask Dr. Hidajat about how she reached that conclusion, but we weren't permitted to do so in her deposition.

Now, Plaintiffs' counsel have offered to stipulate that Dr. Hidajat will not provide the opinion that NDMA can cause cancer. Your Honor, that really does nothing to alleviate the concern; if anything, it confuses the issue and adds more ambiguity to Dr. Hidajat's opinions.

Even if Dr. Hidajat does not explicitly say an opinion that NDMA can cause cancer, Plaintiffs' counsel has said that this is the obvious conclusion to be drawn from her study. In other words, even if you eliminate those specific words, there is no practical way to separate out the general causation conclusion from her study. They are inextricably connected.

Your Honor, the third point I want to make is that the rules favor broad disclosure from dual role experts. So, even if there were some ambiguity and whether it is appropriate to draw a line between Dr. Hidajat's consulting role and her testifying role, and ambiguity has to be resolved in favor of full disclosure, and that point is also made in the Tampa Bay

Water case, along with other cases that are cited in our papers.

Your Honor, when an expert reviews materials before or in connection with formulating his or her opinions, those materials should be disclosed. That is the rule that other testifying experts have followed in this litigation, and that is exactly what we are asking of Dr. Hidajat.

Your Honor, at the end of the day, this issue is fairly straightforward. The litigation is about whether NDMA in Ranitidine can cause the types of cancers being alleged by the Plaintiffs. The Defendants' expert reports address that point. Dr. Hidajat is being offered as a testifying expert to rebut those opinions.

Now, while she may intend to address a smaller slice of that issue, it is the same issue, it is not a different issue and it is not a distinct issue. There is no basis to draw artificial lines around Dr. Hidajat's two roles here.

Your Honor, our motion is seeking complete disclosure of the information that all testifying experts should provide under Rule 26 as a matter of course, without any artificial limitations based on Dr. Hidajat's earlier role, and we are also asking for an additional three hours to complete her deposition as to information that was initially withheld.

Your Honor, I am happy to answer any questions. Thank you.

***THE COURT:*** Thank you very much, Ms. Hill.

I don't have any questions at this point. I will give you the last word after we hear from Ms. Finken. I know there is one question I am going to put to you, so I will give you time to think about it before you speak again.

That is, if I ultimately agree with Ms. Finken, and I clearly haven't made up my mind yet, but if I ultimately agree with Ms. Finken, does that moot out your request to compel further discovery in response to your request for production?

You don't need to answer that now if you don't want to. You can respond to that after I hear from Ms. Finken.

Ms. Finken, let me hear from you.

***MS. FINKEN:*** Good afternoon, Judge Reinhart. I disagree with Ms. Hill on one point. There is no ambiguity here. Dr. Hidajat, her opinion is solely, one hundred percent related to the information and materials and her own knowledge about her own studies, and that is it. It does not expand beyond the four corners of her own studies that she conducted in relation to NDMA exposure in rubber workers. She did not need to review any Ranitidine studies or any other NDMA studies to offer opinions about her own studies.

She is here in a limited role as a rebuttal witness to address assumptions that were made by the Defense experts related to her own rubber worker study, and for that, the only material she needed to review, and she testified she reviewed,

was related to her own studies, her own materials and data related to those studies.

Repeatedly during the course of her deposition we advised counsel that Dr. Hidajat would not be offering any testimony at trial relating to general causation on whether or not NDMA causes cancers or Ranitidine causes certain cancers. She was there as a rebuttal witness to testify about the assumptions that were made of her own study. That was noted repeatedly during the course of the deposition and we provided your Honor with the entirety of the transcript instead of excerpts so that you could see it for yourself in context.

Repeatedly during the course of the deposition Defense counsel continued to ask Dr. Hidajat about material and information and work that she did as a consulting expert for us prior to her rebuttal report, and we allowed Dr. Hidajat to answer any questions -- to the extent that she relied or considered material in relation to her rebuttal report, we would permit her to answer those questions, however, to the extent that she did not, and the material and work was only done in relation to the consulting work that she did for us on other matters related to this litigation, we instructed her not to answer.

There is a very clear delineation between Dr. Hidajat's role as a rebuttal expert and what she did as a consulting expert in this case, and it ends at the boundaries

of her own studies with the rubber workers. We repeatedly stated that, as did Dr. Hidajat, and you can tell that from the four corners of her report.

While there is a paragraph at the end of her report that indicates that NDMA does cause cancer, and that is based on the totality of the evidence, we have notified counsel and we stated that on the record in the deposition that Dr. Hidajat would not be providing testimony on that particular paragraph in her report at the trial, that we were taking that down.

***THE COURT:*** I'm sorry to interrupt you. Would you agree -- is your proposal that you would agree to strike, at a minimum, the last sentence of the report which says, "taken together, based on the totality of the evidence, it is my professional opinion, within a reasonable degree of scientific certainty, that NDMA can cause cancer," end of quote?

***MS. FINKEN:*** Yes, your Honor, and that is something that we stipulated to on the record. Our intent is not to offer Dr. Hidajat as a general causation expert. She is here to testify about her study, and to the extent that that sentence causes confusion, we are willing to strike that sentence from her report.

Her sole role as a testifying expert in this case is to rebut assumptions that were made about her own study and her own study data, and the methodology that was used in that study. There was no need for her to review any other materials

or consider any other information beyond what she and her colleagues had done in the context of that collection of -- constellation of studies in rubber workers for purposes of her rebuttal report.

To answer your question, yes, your Honor.

***THE COURT:*** Thank you. I didn't mean to interrupt you.

***MS. FINKEN:*** That is fine.

***THE COURT:*** Go on if you have any further argument you want to present.

***MS. FINKEN:*** Your Honor, I think I can rest for now.

I do want to say that the law is pretty straightforward, the Federal rules and the case on this point. When there is a clear delineation between the role as a consultant and what they are going to testify to at trial, that the consulting capacity and those materials are considered work product and are privileged, and that is our position in this case.

I am happy to answer any other questions, your Honor, if you have them.

***THE COURT:*** This is more of a factual question, which I usually try not to ask.

I don't have copies of the reports that critique Dr. Hidajat's report, but were those in the Defense's expert disclosures, their experts essentially say her report is

unreliable and shouldn't be relied upon because it deals with environmental, it deals with rubber, it doesn't deal with Ranitidine, and also there are flaws in the actual methodology, they didn't consider this, they didn't consider that, they didn't consider this other thing.

***MS. FINKEN:*** Correct, your Honor. In the Defense expert reports, and the specific experts that she is rebutting, it is listed in her rebuttal expert report, but they critiqued her study as being unreliable as evidence of causation in this case, and they made assumptions about how the data was collected and how the study was conducted related specifically to the Hidajat studies that were performed.

That is why Dr. Hidajat was offered as a rebuttal expert to rebut those assumptions that were made about her studies that were conducted, and she did not need to rely or consider any other information to reach those conclusions and opinions, nor did she.

Her opinions were based upon the studies that were conducted by her and her colleagues, many of which predated any of the Ranitidine epidemiological studies that Defense counsel attempted to question Dr. Hidajat about at her deposition, and it was well beyond the scope of her rebuttal expert testimony and report.

***THE COURT:*** Thank you. Let me go back a little further in the process.

Do I assume, then, that some of the Plaintiffs' experts who have been disclosed who will be testifying about general causation, that some of your experts, for their own reasons, do rely on Dr. Hidajat's report, consider it relevant and incorporate it into their methodology for concluding whatever they conclude about general causation, and that is why the Defense was attacking Dr. Hidajat, because she is not going to testify to general causation, but one of your other experts will testify to it, and therefore they want to say that person is flawed by relying on Dr. Hidajat's report because Dr. Hidajat's report employed a flawed methodology?

Am I understanding the dialogue here?

***MS. FINKEN:*** That is correct, your Honor. Dr. Hidajat's studies were one piece of evidence that the Plaintiffs' epidemiologic experts relied upon in reaching conclusions on general causation, along with a whole body of other evidence and the medical and scientific literature about NDMA's ability to cause cancer, and the NDMA in Ranitidine's ability to cause cancer. Dr. Hidajat's publications were one piece of evidence in them reaching their conclusions.

The Defense experts critiqued our experts for relying on the Hidajat study at all and they had assumptions about the methodology and how the Hidajat study was conducted in relation to the study design itself, and that is what Dr. Hidajat's rebuttal expert report was designed to address, and that is

what it does address.

For that she needed no other information beyond the studies that were published by her and her colleagues on that occupational exposure to NDMA and the conclusions that they reached and the methodology that they utilized.

***THE COURT:*** Thank you very much. Anything else you wanted to present at this time?

***MS. FINKEN:*** No, your Honor, thank you.

***THE COURT:*** Let me turn back to Ms. Hill and allow her to respond.

***MS. HILL:*** Yes, your Honor, thank you.

***THE COURT:*** Let me start with where I kind of left off with Ms. Finken. It seemed to me that Dr. Hidajat's testimony that she thought her study was relevant actually was nonresponsive to the question that Mr. Sheehan had put to her, but let's assume that is what she believes.

Why is that relevant to this litigation? I can understand why a different expert says, I am going to rely on Dr. Hidajat's report because I think it is a good report, it is relevant to me and relevant to my conclusion. If Dr. Hidajat is not ultimately tendering an opinion that Ranitidine causes cancer, why does it matter whether she thinks other people should rely on her report or not?

***MS. HILL:*** Your Honor, that is a good question. I think the answer is that, just as Plaintiff's counsel expressed

in one of their prior briefings, the obvious conclusion that they are seeking to draw from Dr. Hidajat's study and therefore her report is that NDMA can cause cancer.

Whether we strike that particular sentence, and whether we ignore Dr. Hidajat's view of how her study fits into this litigation, there is no way to separate out the issues that Dr. Hidajat seeks to cover in her report and the issues in this litigation. They are connected.

There is certainly no distinction between the opinions that she is seeking to offer in the four corners of her report and the issues that are being addressed by other experts.

Your Honor, I think your questions on the timing of how Dr. Hidajat's report became relevant or came up in expert discovery is really telling.

The Plaintiff's epidemiology experts did cite to Dr. Hidajat's study, the defense experts responded to those opinions. That sequence demonstrates that the study, at least from Plaintiffs' view, is connected to the issues in the litigation. So, even if we want to eliminate one sentence from Dr. Hidajat's report, or ignore what she said in her deposition, the conclusion of the study, the conclusion that the Plaintiffs wish to draw is tied to the issues in this case and they are related to the subject matter of Dr. Hidajat's consulting role.

Your Honor, you also asked whether -- if you agreed

with Plaintiffs' position, whether that would moot the request and the additional disclosures that the Defendants are seeking.

Certainly the dispute here does center around the Plaintiffs' position that Dr. Hidajat is entitled to limited disclosures based on her consulting role. Even if the Court were to accept the Plaintiffs' position that Dr. Hidajat's consulting role was distinguishable and unrelated to her testifying role, there is certainly discovery that would still be owed to us.

So, Dr. Hidajat was retained, she is the lead author on this rubber worker study, she has no professional experience with Ranitidine, and she was engaged as a consultant. We have no information about what she considered or what she did during that time, but we would presume that part of the consulting related to her rubber worker study, which ultimately is the subject matter of her report and the opinions that she does very explicitly intend to offer as a testifying expert.

So, at the very least, there is information that we would be entitled to as it relates to Dr. Hidajat's rubber worker study that hasn't been disclosed to us.

***THE COURT:*** Did -- go ahead.

***MS. HILL:*** Your Honor, at the end of the day, the lines that the Plaintiffs are seeking to draw are unworkable because they are artificial. There is no clear distinction. The case law really bears out the difference in -- the

situations in which consulting experts can have limited disclosures, and those situations are unlike what we are presented with here today.

I understand the Plaintiffs' position is that Dr. Hidajat is intending to offer an opinion on a smaller or more narrow piece of this issue, but the issue is the same, it is not distinct, and for that reason we are entitled to full disclosure, just as would be expected for any other testifying expert.

***THE COURT:*** So, in your view, what makes Dr. Hidajat different from any other author who is cited by any expert is that she is being offered as a rebuttal expert, so you should be allowed to probe her underlying study. If she had never been offered as a rebuttal expert, you wouldn't feel that you would be entitled to probe into her study?

***MS. HILL:*** Yes, your Honor. The reason that we are entitled to this discovery, the disclosures that are allowed under Rule 26, is because Dr. Hidajat has been offered as a testifying expert, and therefore we are entitled to disclosures that are required from any other testifying expert, and Dr. Hidajat should be treated no differently because her two roles are connected and entirely related.

***THE COURT:*** Thank you. Anything further?

***MS. HILL:*** That is all for me. Thank you.

***THE COURT:*** Thank you. Very well briefed and very

well argued on both sides. It is an interesting question.

Here is where I come out:

I agree with Ms. Hill in the sense that Dr. Hidajat shouldn't be treated different from anybody else, any other expert, and the fact that she has some sort of a hybrid role here, the rules account for it, and while there are lines that the Defense takes the position are artificial, there are lines that the rules require be drawn.

So, first of all, I start with the accepted premise that Dr. Hidajat is an expert witness only and not a fact witness as a rebuttal expert.

Under the rules, experts are treated differently, and the reason they are treated differently is because they get to offer opinions. That is what Rule of Evidence 702 says, and the structure of the Rules of Civil Procedure then all derive from the expert's opinion, not the expert, but the expert's opinion is the measuring stick.

Rule 26(a)(2)(B), romanette i, says the expert has to issue a report, a testifying expert must tender a report, and the report must contain, quote, "a complete statement of all opinions the witness will express and the basis and reasons for them," close quote.

And then the other subparts of subparagraph capital B all relate to the opinion, the facts and data considered in forming the opinion, experts that will be used to summarize or

support the opinion, and then the expert's qualifications and other things. So the opinion is what matters here.

So, what is Dr. Hidajat's opinion in this case? It is that her study had integrity, that she did a good study, that is it. It was -- other doctors, other experts have decided they are going to rely on her report. Defense criticizes them for relying on what Defense proposes is a flawed report, and Dr. Hidajat comes forward and says there were no flaws in my report, everything they critiqued my report for we took into account.

Ultimately, Judge Rosenberg, the finder of fact, will decide whether Dr. Hidajat's report is worthy of belief or not worthy of belief, but she is not opining that anything causes cancer. Her report concludes that NDMA can cause cancer, and other experts are relying on that report. Presumably the Defendants have and will probe those experts as to why they are relying on what the Defense believes to be a flawed report. That is the proper inquiry.

Whether Dr. Hidajat thinks her report is relevant to this lawsuit is not relevant to this lawsuit. Her state of mind is not relevant.

Now, I presume that the Defendants have asked all the other experts about their state of mind, because it seems clear to me that their decision to rely on Dr. Hidajat's report as relevant would certainly be fair game and I am sure will be

aggressively litigated.

Dr. Hidajat's opinion that her report is relevant I just find -- first of all, it was gratuitously offered during the testimony, it's not part of her report, so I don't think that swings open a door that allows extensive other discovery in this case.

At the end of the day, where I land is, I agree with the Plaintiffs. I think they have properly analyzed the question. Dr. Hidajat was called for the limited purpose and is being offered for the limited purpose of simply responding to the critiques of her methodology. Having reviewed her deposition, I find that she was not instructed to avoid answering questions that were germane to those topics, and to the extent she was not instructed not to answer questions, those instructions were proper.

For all of those reasons, I am going to deny the Defense's request to compel further testimony or disclosures from Dr. Hidajat outside the four corners of the expert report. I am going to strike the last sentence of her report, and without that being in the report, she cannot testify to that. That formalizes within the court docket the stipulation from the Plaintiffs that she will not be allowed to testify.

I also presume, but I will make this clear on the record as well, I don't believe it would be proper for her to testify to any opinion as to whether her report is relevant or

not. As I said earlier, her state of mind is not relevant, and I will leave that ultimately to Judge Rosenberg, but it would seem to me that should not be offered as well.

Without waiving any objection you may have to that ruling, Ms. Hill, what are the additional discovery items in the request for production that you want me to compel? I have it here at Docket Entry 5718-3.

***MS. HILL:*** Your Honor, to the extent Dr. Hidajat reviewed or considered materials relating to her report, it is our position that we would be entitled to discovery of those materials even within the parameters of the Court's ruling.

To the extent that Dr. Hidajat was reviewing or considering information or materials that related to a rubber worker study, or any of the issues that are discussed in her rebuttal report, those are clearly discoverable and we should be provided with that information.

***THE COURT:*** Ms. Finken.

***MS. FINKEN:*** Your Honor, any information that Dr. Hidajat relied upon or considered in her report has been provided to the Defendants already, and she was questioned about them. There has been nothing that has been held back that she relied or considered in formulating her opinions for her rebuttal report.

***THE COURT:*** Okay.

***MS. HILL:*** Your Honor, just to clarify, we did receive

invoices that were all dated from March of 2022, and presumably Dr. Hidajat was doing work that related to her rubber worker study or to the issues that ultimately ended up in her rebuttal report. She did that work between November of 2020 and March of 2022, where our first invoices began.

It is our position that we would also be entitled to invoices and other information about the compensation that she received related to that aspect of her rebuttal report.

***THE COURT:*** When did the Defense serve its expert reports?

***MS. HILL:*** The Defense reports were served on March 7th.

***THE COURT:*** If Dr. Hidajat is being called as a rebuttal witness, how is anything she did before March 7th discoverable? Until that moment she was a non-testifying expert, unless she went back after the fact and relied on it, and that wouldn't be reflected in her work that predated March 7th.

***MS. HILL:*** Dr. Hidajat, her entire role and position in this litigation is as the lead author of the rubber worker study. That study has come up in this litigation multiple times, including at Science Day in December 2021, and in the Plaintiffs' opening expert reports.

To the extent that she was doing consulting work that specifically related to the same topics that are covered in the

four corners of her report, it is our position that we would be entitled to not only the information she considered, but also the invoicing and compensation she received as part of it.

The distinction, your Honor, is not necessarily the time, it is the subject matter and it's the substance of what she was doing, regardless of when she did it.

***THE COURT:*** I understand your argument. I am going to overrule that request. I think her role in this as an expert is limited to, I read the Defense's reports, they said critical things about my study, they are wrong, here is why they are wrong. She could not have had that thought process prior to receiving the Defense's reports. Well, clearly we can go back to when she did the study in 20, whatever it was, 18, 19, and she was thinking about making sure the study was a good study and that she followed accepted scientific and statistical methods and things like that.

That is not what she is testifying to here. She is testifying to the methodology, not to the underlying data. She is testifying to the methodology and what she has testified to is, once I got the Defense's report I didn't have to do a whole lot. I remember this very well, I spoke to some of my colleagues, and this is what I did.

I will overrule that request.

What other request does the Defense have?

***MS. HILL:*** Nothing further, your Honor. Thank you.

***THE COURT:*** Not waiving any objections the Defense may have to my rulings here today, Ms. Hill, is there anything else that you wanted me to rule on or that I haven't addressed?

***MS. HILL:*** Nothing else today.

***THE COURT:*** Ms. Finken, not waiving any objections you may have, do you seek any further clarification or have any other topics that I should address today?

***MS. FINKEN:*** No, your Honor. Thank you for your time, and good seeing you again.

***THE COURT:*** Good seeing all of you again. Like I said, very well argued, very well briefed. It was a fascinating issue to analyze, so I thank the parties and I will excuse the parties in this matter.

***MS. FINKEN:*** Thank you.

***MS. HILL:*** Thank you.

***(Thereupon, the hearing was concluded.)***

* * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: July 7, 2022

/s/ Pauline A. Stipes, Official Federal Reporter

Signature of Court Reporter

**MS. FINKEN: [13]** 2/9 2/24 3/8 10/12 12/15 13/7 13/10 14/5 15/12 16/7 23/17 26/7 26/13
**MS. HILL: [16]** 2/13 2/19 3/10 3/14 16/10 16/23 18/21 19/15 19/23 23/7 23/24 24/10 24/18 25/24 26/3 26/14
**THE COURT: [28]**

**$**

**$150,000 [1]** 5/15

**/**

**/s [1]** 26/22

**1**

**1130 [1]** 1/14
**130 [1]** 1/13
**1600 [1]** 1/13
**18 [1]** 25/13
**18th [1]** 1/13
**19 [2]** 5/12 25/13
**19103 [1]** 1/14
**19104 [1]** 1/17

**2**

**20 [1]** 25/13
**20-2924 [1]** 2/6
**20-md-02924-ROSENBERG [1]** 1/3
**2019 [1]** 3/24
**2020 [2]** 4/2 24/4
**2021 [1]** 24/22
**2022 [7]** 1/5 5/6 5/6 5/13 24/1 24/5 26/21
**215-735-1130 [1]** 1/14
**215-994-4000 [1]** 1/18
**26 [4]** 6/12 9/20 19/18 20/18
**28 [1]** 7/16
**28th [1]** 4/9
**2924 [1]** 2/6
**2929 [1]** 1/17

**3**

**300 [2]** 5/16 6/1
**3434 [1]** 1/21

**4**

**4000 [1]** 1/18

**5**

**561-803-3434 [1]** 1/21
**5718 [1]** 2/22
**5718-3 [1]** 23/7

**7**

**702 [1]** 20/14
**7th [3]** 24/12 24/14 24/18

**8**

**8th [1]** 4/15

**A**

**ability [2]** 15/18 15/19
**about [24]** 4/10 4/18 8/7 9/9 10/5 10/17 10/21 11/7 11/13 12/19 12/23 14/10 14/14 14/21 15/2 15/6 15/17 15/22 18/13 21/23 23/21 24/7 25/10 25/14
**above [1]** 26/19
**accept [1]** 18/6
**accepted [2]** 20/9 25/15
**account [2]** 20/6 21/10
**acknowledge [1]** 4/25
**actual [1]** 14/3
**actually [2]** 5/21 16/14
**additional [3]** 9/22 18/2 23/5
**address [6]** 9/11 9/14 10/23 15/25 16/1 26/7
**addressed [3]** 6/20 17/11 26/3
**adds [1]** 8/13
**advised [1]** 11/4
**after [3]** 10/3 10/11 24/16
**afternoon [7]** 2/3 2/6 2/11 2/12 2/14 2/17 10/13
**again [3]** 10/5 26/9 26/10
**aggressively [1]** 22/1
**agree [6]** 10/6 10/7 12/11 12/11 20/3 22/7
**agreed [1]** 17/25
**ahead [1]** 18/21
**all [15]** 2/5 3/14 5/23 9/19 15/22 19/24 20/9 20/15 20/20 20/24 21/22 22/3 22/16 24/1 26/10
**alleged [1]** 9/10
**alleviate [1]** 8/12
**allow [2]** 3/12 16/9
**allowed [6]** 6/22 7/5 11/15 19/13 19/17 22/22
**allows [1]** 22/5
**along [3]** 3/6 9/1 15/16
**already [1]** 23/20
**also [10]** 3/5 4/6 7/22 8/25 9/22 14/3 17/25 22/23 24/6 25/2
**am [12]** 2/1 2/2 2/20 9/24 10/4 13/19 15/12 16/18 21/25 22/16 22/19 25/7
**ambiguity [4]** 8/13 8/22 8/24 10/14
**amount [2]** 5/16 5/20
**analyze [1]** 26/12
**analyzed [1]** 22/8
**Anapol [1]** 1/12
**answer [10]** 4/17 9/24 10/10 11/16 11/18 11/22 13/5 13/19 16/25 22/14
**answering [1]** 22/13
**any [28]**
**anybody [1]** 20/4
**anything [7]** 3/7 8/12 16/6 19/23 21/13 24/14 26/2
**apologize [1]** 2/3
**appearances [1]** 2/8
**applied [1]** 7/4
**applying [1]** 6/18
**appreciate [1]** 3/16
**appropriate [2]** 6/5 8/22
**Arch [1]** 1/17
**are [59]**
**argued [3]** 2/18 20/1 26/11
**arguing [1]** 2/15
**argument [2]** 13/9 25/7
**around [3]** 5/5 9/17 18/3
**artificial [4]** 9/17 9/20 18/24 20/7
**as [47]**
**ask [3]** 8/7 11/13 13/22
**asked [2]** 17/25 21/22
**asking [3]** 3/20 9/7 9/22
**aspect [1]** 24/8
**assert [1]** 7/5
**assume [2]** 15/1 16/16
**assumptions [6]** 10/23 11/8 12/23 14/10 14/14 15/22
**attachments [2]** 3/2 3/6
**attacking [1]** 15/7
**attempted [1]** 14/21
**author [4]** 3/24 18/10 19/11 24/20
**avoid [1]** 22/12
**aware [1]** 4/3

**B**

**back [6]** 4/2 14/24 16/9 23/21 24/16 25/12
**based [6]** 7/15 9/21 12/5 12/13 14/18 18/5
**basic [2]** 4/18 6/2
**basis [2]** 9/16 20/21
**Bay [3]** 6/20 7/4 8/25
**be [32]**
**BEACH [3]** 1/2 1/5 1/21
**Beach/Ft [1]** 1/21
**bears [1]** 18/25
**became [2]** 6/8 17/13
**because [12]** 2/21 4/22 6/6 14/1 15/7 15/10 16/19 18/24 19/18 19/21 20/13 21/23
**become [2]** 6/13 6/19
**been [7]** 15/2 18/20 19/14 19/18 23/19 23/21 23/21
**before [7]** 1/9 5/5 5/11 5/15 9/3 10/5 24/14
**began [1]** 24/5
**begin [1]** 2/8
**behalf [4]** 2/10 2/13 2/15 2/15
**being [9]** 7/23 9/10 9/12 14/9 17/11 19/12 22/10 22/20 24/13
**belief [2]** 21/12 21/13
**believe [1]** 22/24
**believes [2]** 16/16 21/17
**between [7]** 6/6 7/11 8/23 11/23 13/14 17/9 24/4
**beyond [4]** 10/18 13/1 14/22 16/2
**billed [1]** 5/14
**billing [1]** 5/17
**body [1]** 15/16
**boils [1]** 3/18
**both [1]** 20/1
**boundaries [1]** 11/25
**brand [4]** 2/16 2/21 3/18 4/11
**briefed [2]** 19/25 26/11

**B**

**briefings [1]** 17/1
**broad [1]** 8/21
**BRUCE [1]** 1/9

**C**

**called [2]** 22/9 24/13
**came [1]** 17/13
**camera [2]** 2/1 2/4
**can [14]** 4/21 7/24 8/10 8/15 9/10 10/11 12/2 12/15 13/11 16/17 17/3 19/1 21/14 25/12
**cancer [11]** 7/25 8/11 8/15 12/5 12/15 15/18 15/19 16/22 17/3 21/14 21/14
**cancers [3]** 9/10 11/6 11/6
**cannot [1]** 22/20
**capacity [1]** 13/16
**capital [1]** 20/23
**case [17]** 1/3 2/6 2/18 6/10 6/20 7/4 7/23 9/1 11/25 12/22 13/13 13/18 14/10 17/22 18/25 21/3 22/6
**cases [2]** 7/2 9/1
**causation [8]** 8/18 11/5 12/18 14/9 15/3 15/6 15/8 15/16
**cause [10]** 7/25 8/11 8/15 9/10 12/5 12/15 15/18 15/19 17/3 21/14
**causes [5]** 11/6 11/6 12/20 16/21 21/13
**center [1]** 18/3
**Centre [1]** 1/16
**certain [1]** 11/6
**certainly [5]** 7/11 17/9 18/3 18/8 21/25
**certainty [1]** 12/15
**certify [1]** 26/18
**chance [1]** 3/5
**characterized [1]** 4/10
**chose [2]** 4/8 6/7
**Cira [1]** 1/16
**circumstances [1]** 6/24
**cite [1]** 17/15
**cited [4]** 6/21 7/2 9/1 19/11
**Civil [1]** 20/15
**clarification [1]** 26/6
**clarify [1]** 23/25
**clear [9]** 6/6 6/25 7/12 7/20 11/23 13/14 18/24 21/23 22/23
**clearly [3]** 10/7 23/15 25/12
**close [1]** 20/22
**colleagues [4]** 13/2 14/19 16/3 25/22
**collected [1]** 14/11
**collection [1]** 13/2
**come [5]** 4/4 4/4 4/5 20/2 24/21
**comes [1]** 21/8
**company [1]** 7/7
**comparable [1]** 5/22
**compel [4]** 2/23 10/8 22/17 23/6
**compensated [1]** 6/2
**compensation [2]** 24/7 25/3
**complete [4]** 3/21 9/18 9/22 20/20
**concern [1]** 8/12
**concerning [2]** 5/1 5/18
**conclude [1]** 15/6
**concluded [1]** 26/16
**concludes [1]** 21/14
**concluding [1]** 15/5
**conclusion [7]** 8/7 8/16 8/19 16/20 17/1 17/21 17/21
**conclusions [4]** 14/16 15/16 15/20 16/4
**conducted [5]** 10/18 14/11 14/15 14/19 15/23
**confuses [1]** 8/12
**confusion [1]** 12/20
**connected [4]** 8/19 17/8 17/18 19/22
**connection [1]** 9/4
**consider [6]** 13/1 14/4 14/4 14/5 14/16 15/4
**considered [12]** 6/1 6/15 7/6 8/3 11/17 13/16 18/13 20/24 23/9 23/19 23/22 25/2
**considering [1]** 23/13
**constellation [1]** 13/3
**consultant [2]** 13/15 18/12
**consultants [1]** 7/8
**consulting [19]** 4/2 4/22 5/1 5/10 6/19 7/1 7/7 8/3 8/23 11/14 11/20 11/25 13/16 17/24 18/5 18/7 18/14 19/1 24/24
**contain [1]** 20/20
**context [3]** 5/20 11/11 13/2
**continued [1]** 11/13
**contrary [1]** 5/7
**copies [1]** 13/23
**corners [5]** 10/18 12/3 17/10 22/18 25/1
**correct [3]** 14/6 15/13 26/18
**could [2]** 11/11 25/11
**counsel [8]** 2/8 8/9 8/15 11/4 11/13 12/6 14/20 16/25
**course [7]** 3/22 3/24 7/25 9/20 11/3 11/9 11/12
**court [10]** 1/1 1/20 3/21 4/3 4/13 4/13 7/5 18/5 22/21 26/23
**Court's [2]** 3/16 23/11
**Courts [3]** 6/17 6/22 6/24
**cover [1]** 17/7
**covered [1]** 24/25
**critical [1]** 25/9
**criticizes [1]** 21/6
**critique [1]** 13/23
**critiqued [3]** 14/8 15/21 21/9
**critiques [1]** 22/11

**D**

**data [6]** 6/15 11/1 12/24 14/10 20/24 25/18
**Date [1]** 26/21
**dated [1]** 24/1
**day [5]** 4/5 9/8 18/22 22/7 24/22
**days [1]** 5/13
**deal [1]** 14/2
**deals [2]** 14/1 14/2
**December [2]** 4/5 24/22
**Dechert [1]** 1/16
**decide [1]** 21/12
**decided [1]** 21/5
**decision [1]** 21/24
**DEFENDANTS [11]** 1/15 2/16 2/22 4/11 4/14 5/25 6/14 18/2 21/16 21/22 23/20
**Defendants' [5]** 3/4 3/18 4/7 5/3 9/11
**defense [17]** 2/13 3/10 10/23 11/12 14/6 14/20 15/7 15/21 17/16 20/7 21/6 21/7 21/17 24/9 24/11 25/24 26/1
**Defense's [5]** 13/24 22/17 25/9 25/12 25/20
**deferred [1]** 4/13
**degree [1]** 12/14
**delineation [2]** 11/23 13/14
**demonstrates [1]** 17/17
**deny [1]** 22/16
**deposition [14]** 3/4 4/14 4/16 5/14 7/17 8/8 9/23 11/3 11/9 11/12 12/7 14/21 17/21 22/12
**derive [1]** 20/15
**design [1]** 15/24
**designation [1]** 6/14
**designed [1]** 15/25
**dialogue [1]** 15/12
**did [24]** 3/10 4/13 4/14 5/13 6/1 10/19 11/14 11/19 11/20 11/24 12/2 14/15 14/17 17/15 18/13 18/21 21/4 23/25 24/4 24/9 24/14 25/6 25/13 25/22
**didn't [5]** 13/6 14/4 14/4 14/5 25/20
**difference [1]** 18/25
**different [4]** 9/15 16/18 19/11 20/4
**differently [3]** 19/21 20/12 20/13
**disagree [1]** 10/14
**disclose [1]** 4/8
**disclosed [3]** 9/5 15/2 18/20
**disclosure [7]** 6/4 6/15 6/23 8/21 8/25 9/18 19/8
**disclosures [11]** 2/23 3/21 4/21 6/12 13/25 18/2 18/5 19/2 19/17 19/19 22/17
**discoverable [2]** 23/15 24/15
**discovery [12]** 1/9 3/20 5/18 6/3 6/5 10/9 17/14 18/8 19/17 22/5 23/5 23/10
**discussed [2]** 7/3 23/14
**dispute [1]** 18/3
**distinct [3]** 7/18 9/16 19/7
**distinction [10]** 6/6 6/25 7/4 7/10 7/11 7/12 7/20 17/9 18/24 25/4
**distinctions [1]** 7/19
**distinguishable [1]** 18/7
**DISTRICT [3]** 1/1 1/1 6/21
**DIVISION [1]** 1/2
**do [9]** 4/25 5/8 6/17 8/8 13/12 15/1 15/4 25/20 26/6

**D**

**docket [3]** 2/22 22/21 23/7
**doctors [1]** 21/5
**does [10]** 8/11 8/14 10/8 10/17 12/5 16/1 16/22 18/3 18/16 25/24
**doesn't [2]** 8/1 14/2
**doing [3]** 24/2 24/24 25/6
**don't [6]** 10/2 10/10 10/10 13/23 22/4 22/24
**done [4]** 3/14 6/24 11/20 13/2
**door [1]** 22/5
**down [2]** 3/18 12/9
**Dr [87]**
**draw [6]** 5/5 8/23 9/17 17/2 17/22 18/23
**drawing [1]** 7/19
**drawn [2]** 8/16 20/8
**dual [1]** 8/21
**during [5]** 11/3 11/9 11/12 18/13 22/3

**E**

**earlier [2]** 9/21 23/1
**eliminate [2]** 8/17 17/19
**else [5]** 3/7 16/6 20/4 26/2 26/4
**emphasize [1]** 5/9
**employed [2]** 6/9 15/11
**end [5]** 9/8 12/4 12/15 18/22 22/7
**ended [1]** 24/3
**ends [1]** 11/25
**engaged [1]** 18/12
**entails [1]** 5/19
**entire [1]** 24/19
**entirely [1]** 19/22
**entirety [2]** 3/3 11/10
**entitled [12]** 5/25 6/3 6/14 18/4 18/19 19/7 19/15 19/17 19/19 23/10 24/6 25/2
**Entry [2]** 2/22 23/7
**environmental [1]** 14/2
**epidemiologic [1]** 15/15
**epidemiological [1]** 14/20
**epidemiology [1]** 17/15
**equal [1]** 6/18
**ESQ [2]** 1/12 1/15
**essentially [1]** 13/25
**estimated [1]** 5/14
**even [8]** 7/8 7/20 8/14 8/17 8/21 17/19 18/5 23/11
**everybody [2]** 2/3 2/6
**everything [1]** 21/9
**evidence [10]** 7/15 7/18 7/19 12/6 12/13 14/9 15/14 15/17 15/20 20/14
**exactly [1]** 9/7
**example [1]** 7/5
**exception [1]** 6/23
**excerpts [1]** 11/11
**excuse [1]** 26/13
**expand [1]** 10/17
**expected [1]** 19/8
**expedited [1]** 2/22
**experience [2]** 8/1 18/11
**expert [4]**
**expert's [3]** 20/16 20/16 21/1
**experts [28]**
**experts will [1]** 15/9
**explicitly [2]** 8/14 18/17
**exposed [1]** 3/25
**exposure [3]** 7/24 10/19 16/4
**express [1]** 20/21
**expressed [1]** 16/25
**extensive [1]** 22/5
**extent [8]** 5/9 11/16 11/19 12/19 22/14 23/8 23/12 24/24

**F**

**fact [5]** 5/7 20/5 20/10 21/11 24/16
**factory [1]** 3/25
**facts [2]** 6/15 20/24
**factual [1]** 13/21
**fair [1]** 21/25
**fairly [1]** 9/9
**fascinating [1]** 26/12
**favor [2]** 8/21 8/24
**Federal [3]** 6/3 13/13 26/22
**feel [2]** 4/18 19/14
**filed [2]** 2/22 3/7
**find [2]** 22/3 22/12
**finder [1]** 21/11
**fine [1]** 13/8
**FINKEN [10]** 1/12 2/10 10/3 10/6 10/8 10/11 10/12 16/13 23/17 26/5
**first [7]** 2/18 3/13 4/2 5/9 20/9 22/3 24/5
**fits [1]** 17/5
**FL [2]** 1/5 1/21
**flawed [4]** 15/10 15/11 21/7 21/17
**flawed methodology [1]** 15/11
**flaws [2]** 14/3 21/8
**FLORIDA [2]** 1/1 6/21
**followed [2]** 9/6 25/15
**force [1]** 6/18
**foregoing [1]** 26/18
**form [1]** 8/3
**formalizes [1]** 22/21
**forming [2]** 6/16 20/25
**formulating [2]** 9/4 23/22
**forward [1]** 21/8
**four [5]** 10/18 12/3 17/10 22/18 25/1
**Ft [1]** 1/21
**full [6]** 6/4 6/5 6/15 6/23 8/25 19/7
**further [7]** 10/9 13/9 14/25 19/23 22/17 25/25 26/6

**G**

**game [1]** 21/25
**general [8]** 6/23 8/18 11/5 12/18 15/3 15/6 15/8 15/16
**generated [2]** 5/24 7/7
**germane [1]** 22/13
**get [3]** 2/2 2/4 20/13
**give [3]** 3/13 10/2 10/4
**GlaxoSmithKline [1]** 2/15
**go [4]** 13/9 14/24 18/21
25/12
**going [8]** 10/4 13/15 15/7 16/18 21/6 22/16 22/19 25/7
**good [13]** 2/3 2/6 2/11 2/12 2/14 2/17 10/13 16/19 16/24 21/4 25/14 26/9 26/10
**got [1]** 25/20
**governs [1]** 6/12
**gratuitously [1]** 22/3

**H**

**had [8]** 3/5 5/14 13/2 15/22 16/15 19/13 21/4 25/11
**happy [2]** 9/24 13/19
**has [18]** 4/3 4/4 4/5 4/13 5/21 6/13 8/1 8/15 8/24 18/11 19/18 20/5 20/18 23/19 23/21 23/21 24/21 25/19
**hasn't [1]** 18/20
**have [33]**
**haven't [3]** 3/7 10/7 26/3
**having [2]** 2/1 22/11
**hear [3]** 10/3 10/11 10/12
**heard [1]** 3/13
**hearing [3]** 1/9 3/15 26/16
**held [1]** 23/21
**her [104]**
**her methodology [1]** 22/11
**here [18]** 2/1 2/21 6/5 7/10 9/17 10/15 10/22 12/18 15/12 18/3 19/3 20/2 20/6 21/2 23/7 25/10 25/17 26/2
**herself [1]** 7/14
**Hidajat [56]**
**Hidajat's [32]**
**HILL [10]** 1/15 2/14 2/17 3/12 10/1 10/14 16/9 20/3 23/5 26/2
**his [1]** 9/4
**HON [1]** 1/20
**Honor [37]**
**HONORABLE [1]** 1/9
**hours [3]** 5/16 6/2 9/22
**how [9]** 5/7 7/3 8/7 14/10 14/11 15/23 17/5 17/13 24/14
**however [3]** 4/16 6/22 11/18
**hundred [1]** 10/15
**hundreds [1]** 5/24
**hybrid [1]** 20/5

**I**

**I'll [1]** 2/8
**I'm [2]** 4/3 12/10
**identified [1]** 5/11
**ignore [2]** 17/5 17/20
**important [1]** 3/17
**improper [1]** 4/12
**inappropriate [1]** 5/4
**including [2]** 3/3 24/22
**incorporate [1]** 15/5
**indicates [1]** 12/5
**inextricably [1]** 8/19
**information [19]** 4/18 7/6 7/7 7/20 8/2 9/19 9/23 10/16 11/14 13/1 14/16 16/2 18/13 18/18 23/13 23/16 23/18 24/7 25/2
**initially [2]** 4/22 9/23

**I**

**inquiry [1]** 21/18
**instead [1]** 11/10
**instruct [1]** 4/14
**instructed [3]** 11/21 22/12 22/14
**instructions [2]** 4/17 22/15
**integrity [1]** 21/4
**intend [2]** 9/14 18/17
**intending [1]** 19/5
**intent [1]** 12/17
**interesting [1]** 20/1
**interrupt [2]** 12/10 13/6
**invoiced [2]** 5/21 5/22
**invoices [4]** 5/12 24/1 24/5 24/7
**invoicing [1]** 25/3
**invoking [2]** 7/17 7/18
**is [145]**
**issue [11]** 3/17 8/12 9/8 9/15 9/15 9/16 9/16 19/6 19/6 20/19 26/12
**issues [9]** 7/23 7/24 17/6 17/7 17/11 17/18 17/22 23/14 24/3
**it [52]**
**it's [2]** 22/4 25/5
**items [1]** 23/5
**its [2]** 3/6 24/9
**itself [1]** 15/24

**J**

**January [1]** 4/6
**JENNIFER [2]** 1/15 2/14
**JUDGE [5]** 1/10 6/4 10/13 21/11 23/2
**July [2]** 1/5 26/21
**June [1]** 4/15
**June 8th [1]** 4/15
**just [7]** 3/21 5/6 5/20 16/25 19/8 22/3 23/25

**K**

**kind [1]** 16/12
**know [3]** 5/17 5/25 10/3
**knowledge [1]** 10/16

**L**

**land [1]** 22/7
**last [4]** 3/13 10/3 12/12 22/19
**late [1]** 2/4
**later [2]** 6/19 7/8
**law [3]** 7/12 13/12 18/25
**lawsuit [2]** 21/20 21/20
**LDC [1]** 2/19
**lead [2]** 18/10 24/20
**learned [1]** 4/1
**least [2]** 17/17 18/18
**leave [1]** 23/2
**left [1]** 16/12
**let [5]** 2/7 10/12 14/24 16/9 16/12
**let's [1]** 16/16
**LIABILITY [2]** 1/5 2/7
**like [4]** 5/23 8/6 25/16 26/10
**limit [1]** 4/21
**limitations [3]** 3/19 5/4 9/21
**limited [7]** 6/24 10/22 18/4 19/1 22/9 22/10 25/9
**line [1]** 8/23
**lines [5]** 5/4 9/17 18/23 20/6 20/7
**listed [1]** 14/8
**literature [1]** 15/17
**litigated [1]** 22/1
**litigation [16]** 1/5 2/7 4/4 4/24 5/11 5/21 8/5 9/6 9/9 11/21 16/17 17/6 17/8 17/19 24/20 24/21
**little [2]** 2/4 14/24
**LLP [1]** 1/16
**Logan [1]** 1/13
**long [1]** 5/24
**look [1]** 7/2
**lot [1]** 25/21

**M**

**made [7]** 8/25 10/7 10/23 11/8 12/23 14/10 14/14
**MAGISTRATE [1]** 1/10
**majority [1]** 6/17
**make [2]** 8/20 22/23
**makes [1]** 19/10
**making [1]** 25/14
**many [1]** 14/19
**March [10]** 4/7 4/9 5/5 5/6 5/13 24/1 24/4 24/12 24/14 24/18
**March 2022 [1]** 5/13
**March 28th [1]** 4/9
**March 7th [3]** 24/12 24/14 24/18
**material [4]** 10/25 11/13 11/17 11/19
**materials [10]** 4/19 9/3 9/5 10/16 11/1 12/25 13/16 23/9 23/11 23/13
**matter [8]** 3/22 9/20 16/22 17/23 18/16 25/5 26/13 26/19
**matters [4]** 5/1 5/17 11/21 21/2
**may [4]** 9/14 23/4 26/1 26/6
**McTiernan [1]** 5/23
**md [1]** 1/3
**me [12]** 2/7 10/12 14/24 16/9 16/12 16/13 16/20 19/24 21/24 23/3 23/6 26/3
**mean [1]** 13/6
**measuring [1]** 20/17
**medical [1]** 15/17
**mention [1]** 8/1
**mentioned [1]** 3/8
**mess [1]** 2/5
**met [1]** 4/16
**methodology [9]** 12/24 14/3 15/5 15/11 15/23 16/5 22/11 25/18 25/19
**methods [1]** 25/16
**Middle [1]** 6/21
**mind [4]** 10/7 21/21 21/23 23/1
**minimum [1]** 12/12
**moment [1]** 24/15
**Moorman [1]** 5/23
**moot [2]** 10/8 18/1
**more [7]** 5/11 5/15 5/16 6/1 8/13 13/21 19/5
**morning [1]** 3/5
**motion [9]** 2/22 3/1 3/2 3/12 3/16 3/18 4/13 7/3 9/18
**moved [1]** 4/11
**Mr [1]** 16/15
**Ms [5]** 2/17 10/8 10/14 23/5 26/2
**Ms. [11]** 3/12 10/1 10/3 10/6 10/11 10/12 16/9 16/13 20/3 23/17 26/5
**Ms. Finken [7]** 10/3 10/6 10/11 10/12 16/13 23/17 26/5
**Ms. Hill [4]** 3/12 10/1 16/9 20/3
**much [2]** 10/1 16/6
**multiple [1]** 24/21
**must [3]** 8/3 20/19 20/20
**my [11]** 2/1 2/4 2/5 10/7 12/13 16/20 21/8 21/9 25/10 25/21 26/2

**N**

**name [2]** 2/23 6/7
**narrow [1]** 19/6
**NDMA [14]** 3/25 7/24 8/10 8/15 9/9 10/19 10/20 11/6 12/5 12/15 15/18 16/4 17/3 21/14
**NDMA's [1]** 15/18
**necessarily [2]** 8/2 25/4
**need [4]** 10/10 10/20 12/25 14/15
**needed [2]** 10/25 16/2
**never [1]** 19/13
**no [23]** 1/3 3/9 3/11 5/18 6/6 7/10 7/10 7/22 8/1 8/18 9/16 10/14 12/25 16/2 16/8 17/6 17/9 18/11 18/13 18/24 19/21 21/8 26/8
**non [1]** 24/15
**non-testifying [1]** 24/15
**nonresponsive [1]** 16/15
**not [46]**
**noted [1]** 11/8
**nothing [4]** 8/11 23/21 25/25 26/4
**notified [1]** 12/6
**November [2]** 4/2 24/4
**now [10]** 4/3 5/8 5/20 6/17 8/6 8/9 9/14 10/10 13/11 21/22
**number [1]** 8/6

**O**

**objection [1]** 23/4
**objections [3]** 4/17 26/1 26/5
**obvious [2]** 8/16 17/1
**occupational [1]** 16/4
**off [2]** 6/18 16/12
**offer [7]** 7/9 10/21 12/18 17/10 18/17 19/5 20/14
**offered [9]** 8/9 9/12 14/13

**O**

**offered... [6]** 19/12 19/14 19/18 22/3 22/10 23/3
**offering [1]** 11/4
**office [1]** 2/5
**Official [2]** 1/20 26/22
**Okay [3]** 2/21 3/1 23/24
**once [1]** 25/20
**one [10]** 1/13 2/19 10/4 10/14 10/15 15/8 15/14 15/19 17/1 17/19
**only [5]** 6/24 10/24 11/19 20/10 25/2
**open [1]** 22/5
**opening [1]** 24/23
**opining [1]** 21/13
**opinion [16]** 8/4 8/10 8/14 10/15 12/14 16/21 19/5 20/16 20/17 20/24 20/25 21/1 21/2 21/3 22/2 22/25
**opinions [17]** 3/20 5/7 6/16 7/8 7/14 8/13 9/4 9/13 10/21 14/17 14/18 17/9 17/17 18/16 20/14 20/21 23/22
**opposition [1]** 5/2
**order [1]** 3/21
**other [32]**
**our [12]** 2/19 6/21 7/3 9/1 9/18 12/17 13/17 15/21 23/10 24/5 24/6 25/1
**out [5]** 8/18 10/8 17/6 18/25 20/2
**outside [1]** 22/18
**over [1]** 7/6
**overrule [2]** 25/8 25/23
**owed [1]** 18/9
**own [13]** 5/7 10/16 10/17 10/18 10/21 10/24 11/1 11/1 11/8 12/1 12/23 12/24 15/3

**P**

**PA [2]** 1/14 1/17
**page [1]** 7/16
**pages [1]** 5/24
**PALM [3]** 1/2 1/5 1/21
**papers [3]** 6/21 7/3 9/2
**paragraph [2]** 12/4 12/8
**parameters [1]** 23/11
**part [3]** 18/14 22/4 25/3
**particular [2]** 12/8 17/4
**parties [2]** 26/12 26/13
**Pauline [2]** 1/20 26/22
**people [2]** 2/19 16/22
**percent [1]** 10/15
**performed [1]** 14/12
**permit [1]** 11/18
**permitted [2]** 3/19 8/8
**person [1]** 15/10
**Philadelphia [2]** 1/14 1/17
**piece [3]** 15/14 15/20 19/6
**Pierce [1]** 1/21
**Plaintiff's [2]** 16/25 17/15
**PLAINTIFFS [19]** 1/12 2/9 2/10 3/7 3/19 4/1 4/8 4/20 4/25 5/4 5/15 5/22 6/7 7/5 9/11 17/22 18/23 22/8 22/22
**Plaintiffs' [12]** 3/2 4/5 8/9 8/15 15/1 15/15 17/18 18/1 18/4 18/6 19/4 24/23
**point [9]** 6/4 6/20 7/17 8/20 8/25 9/12 10/2 10/14 13/13
**points [1]** 5/8
**position [12]** 4/20 5/3 13/17 18/1 18/4 18/6 19/4 20/7 23/10 24/6 24/19 25/1
**practical [1]** 8/18
**predated [2]** 14/19 24/17
**premise [1]** 20/9
**present [2]** 13/10 16/7
**presented [1]** 19/3
**presumably [2]** 21/15 24/1
**presume [3]** 18/14 21/22 22/23
**pretty [1]** 13/12
**primary [1]** 4/5
**prior [3]** 11/15 17/1 25/11
**privileged [1]** 13/17
**probe [3]** 19/13 19/15 21/16
**Procedure [1]** 20/15
**proceedings [1]** 26/19
**process [2]** 14/25 25/11
**product [3]** 2/7 7/6 13/17
**production [2]** 10/9 23/6
**PRODUCTS [1]** 1/5
**professional [3]** 8/1 12/14 18/11
**pronounce [1]** 2/23
**proper [3]** 21/18 22/15 22/24
**properly [1]** 22/8
**proposal [1]** 12/11
**proposes [1]** 21/7
**protection [1]** 7/6
**provide [3]** 6/9 8/10 9/19
**provided [5]** 3/22 5/12 11/9 23/16 23/20
**providing [1]** 12/8
**publications [1]** 15/19
**published [1]** 16/3
**purpose [2]** 22/9 22/10
**purposes [1]** 13/3
**put [3]** 3/19 10/4 16/15

**Q**

**qualifications [1]** 21/1
**question [8]** 10/4 13/5 13/21 14/21 16/15 16/24 20/1 22/9
**questioned [1]** 23/20
**questions [11]** 4/17 4/18 8/6 9/24 10/2 11/16 11/18 13/19 17/12 22/13 22/14
**quote [3]** 12/15 20/20 20/22

**R**

**RANITIDINE [14]** 1/4 2/7 5/1 5/18 7/24 8/1 8/2 9/10 10/20 11/6 14/3 14/20 16/21 18/12
**Ranitidine's [1]** 15/18
**rate [1]** 5/17
**rather [1]** 4/23
**RE [2]** 1/4 2/7
**reach [1]** 14/16
**reached [2]** 8/7 16/5
**reaching [2]** 15/15 15/20
**read [1]** 25/9
**really [4]** 5/18 8/11 17/14 18/25
**reason [3]** 19/7 19/16 20/13
**reasonable [1]** 12/14
**reasons [3]** 15/4 20/21 22/16
**rebut [3]** 9/13 12/23 14/14
**rebuttal [19]** 4/10 10/22 11/7 11/15 11/17 11/24 13/4 14/8 14/13 14/22 15/25 19/12 19/14 20/11 23/15 23/23 24/3 24/8 24/14
**rebutting [1]** 14/7
**receive [1]** 23/25
**received [3]** 3/4 24/8 25/3
**receiving [1]** 25/12
**record [4]** 12/7 12/17 22/24 26/19
**reflected [1]** 24/17
**regardless [1]** 25/6
**REINHART [2]** 1/9 10/13
**reiterated [1]** 7/17
**relate [1]** 20/24
**related [14]** 7/8 10/16 10/24 11/1 11/2 11/21 14/11 17/23 18/15 19/22 23/13 24/2 24/8 24/25
**relates [1]** 18/19
**relating [3]** 2/23 11/5 23/9
**relation [4]** 10/19 11/17 11/20 15/23
**relevance [1]** 8/4
**relevant [14]** 7/23 15/4 16/14 16/17 16/20 16/20 17/13 21/19 21/20 21/21 21/25 22/2 22/25 23/1
**relied [6]** 11/16 14/1 15/15 23/19 23/22 24/16
**rely [6]** 14/15 15/4 16/18 16/23 21/6 21/24
**relying [7]** 7/20 8/2 15/10 15/21 21/7 21/15 21/17
**remember [1]** 25/21
**repeatedly [5]** 4/16 11/3 11/9 11/12 12/1
**reply [1]** 3/5
**report [55]**
**Reporter [3]** 1/20 26/22 26/23
**reports [11]** 4/6 4/7 5/24 9/11 13/23 14/7 24/10 24/11 24/23 25/9 25/12
**represents [1]** 5/16
**request [8]** 10/8 10/9 18/1 22/17 23/6 25/8 25/23 25/24
**require [2]** 7/13 20/8
**required [2]** 6/13 19/20
**resolved [1]** 8/24
**respond [2]** 10/11 16/10
**responded [1]** 17/16
**responding [1]** 22/10
**response [3]** 3/2 3/3 10/9
**rest [1]** 13/11
**retained [5]** 4/1 4/22 6/8 7/9 18/10
**review [4]** 3/5 10/20 10/25 12/25
**reviewed [7]** 3/1 3/3 4/19 6/1 10/25 22/11 23/9
**reviewing [1]** 23/12

**R**

reviews [1] 9/3
right [1] 2/4
ROBIN [1] 1/20
role [19] 5/10 7/1 7/1 8/3 8/21 8/23 8/24 9/21 10/22 11/24 12/22 13/14 17/24 18/5 18/7 18/8 20/5 24/19 25/8
roles [5] 6/7 6/25 7/11 9/17 19/21
romanette [1] 20/18
ROSENBERG [4] 1/3 1/20 21/11 23/2
rubber [15] 3/25 4/11 7/25 8/4 10/19 10/24 12/1 13/3 14/2 18/11 18/15 18/19 23/13 24/2 24/20
rule [8] 6/12 6/23 9/5 9/20 19/18 20/14 20/18 26/3
rules [8] 6/3 6/11 8/21 13/13 20/6 20/8 20/12 20/15
ruling [3] 4/13 23/5 23/11
rulings [1] 26/2

**S**

said [6] 7/22 8/15 17/20 23/1 25/9 26/11
Salmon [1] 5/23
same [4] 4/23 9/15 19/6 24/25
saw [1] 3/2
say [4] 8/14 13/12 13/25 15/9
says [7] 7/14 7/15 12/12 16/18 20/14 20/18 21/8
Science [2] 4/5 24/22
scientific [3] 12/14 15/17 25/15
scope [1] 14/22
second [1] 6/4
see [3] 2/4 7/3 11/11
seeing [2] 26/9 26/10
seek [1] 26/6
seeking [5] 9/18 17/2 17/10 18/2 18/23
seeks [1] 17/7
seem [1] 23/3
seemed [1] 16/13
seems [1] 21/23
sense [1] 20/3
sentence [6] 12/12 12/20 12/21 17/4 17/19 22/19
separate [2] 8/18 17/6
sequence [1] 17/17
serve [1] 24/9
served [3] 4/6 4/7 24/11
set [1] 2/2
several [1] 4/4
she [82]
Sheehan [1] 16/15
should [9] 3/19 9/5 9/19 16/23 19/12 19/21 23/3 23/15 26/7
shouldn't [2] 14/1 20/4
sides [1] 20/1
Signature [1] 26/23
significant [1] 5/10
simply [1] 22/10
since [2] 4/1 5/6
situations [2] 19/1 19/2
slice [1] 9/14
smaller [2] 9/14 19/5
so [19] 2/4 2/18 6/24 7/4 8/2 8/8 8/21 10/4 11/11 17/19 18/10 18/18 19/10 19/12 20/9 21/2 21/3 22/4 26/12
sole [1] 12/22
solely [1] 10/15
some [5] 8/22 15/1 15/3 20/5 25/21
something [1] 12/16
sorry [1] 12/10
sort [1] 20/5
SOUTHERN [1] 1/1
speak [1] 10/5
special [1] 3/19
specially [1] 6/9
specific [2] 8/17 14/7
specifically [2] 14/11 24/25
spoke [1] 25/21
Square [1] 1/13
standard [1] 5/17
start [4] 2/8 6/18 16/12 20/9
starting [1] 2/3
state [3] 21/20 21/23 23/1
stated [2] 12/2 12/7
statement [1] 20/20
STATES [2] 1/1 1/10
statistical [1] 25/15
stick [1] 20/17
still [1] 18/8
Stipes [2] 1/20 26/22
stipulate [1] 8/9
stipulated [1] 12/17
stipulation [1] 22/21
straightforward [2] 9/9 13/13
Street [2] 1/13 1/17
strike [5] 4/11 12/11 12/20 17/4 22/19
structure [1] 20/15
studies [15] 10/17 10/18 10/20 10/20 10/21 11/1 11/2 12/1 13/3 14/12 14/15 14/18 14/20 15/14 16/3
study [40]
subject [3] 17/23 18/16 25/5
subparagraph [1] 20/23
subparts [1] 20/23
subset [1] 7/19
substance [1] 25/5
such [1] 7/10
Suite [1] 1/13
summarize [1] 20/25
support [1] 21/1
sure [3] 4/3 21/25 25/14
swings [1] 22/5

**T**

take [1] 4/14
taken [2] 4/20 12/12
takes [1] 20/7
taking [1] 12/9
talking [1] 4/10
Tampa [3] 6/20 7/4 8/25
tell [1] 12/2
telling [1] 17/14
tender [1] 20/19
tendering [1] 16/21
terms [1] 7/22
testified [2] 10/25 25/19
testify [8] 11/7 12/19 13/15 15/8 15/9 22/20 22/22 22/25
testifying [25] 3/23 4/9 4/23 5/12 6/5 6/8 6/13 6/19 7/1 8/24 9/6 9/12 9/19 12/22 15/2 18/8 18/17 19/8 19/19 19/20 20/19 24/15 25/17 25/18 25/19
testimony [9] 4/21 6/9 7/9 11/5 12/8 14/22 16/13 22/4 22/17
than [5] 4/23 5/11 5/15 5/16 6/1
thank [17] 3/15 3/15 9/24 10/1 13/6 14/24 16/6 16/8 16/11 19/23 19/24 19/25 25/25 26/8 26/12 26/14 26/15
that [218]
that moot [1] 10/8
their [10] 3/3 5/1 5/2 13/25 15/3 15/5 15/20 17/1 21/23 21/24
them [5] 13/20 15/20 20/22 21/6 23/21
then [6] 4/8 6/19 15/1 20/15 20/23 21/1
there [29]
therefore [3] 15/9 17/2 19/19
Thereupon [1] 26/16
these [1] 5/3
they [25] 8/19 13/15 14/4 14/4 14/4 14/8 14/10 15/6 15/9 15/22 16/4 16/5 17/2 17/8 17/23 18/24 20/13 20/13 21/6 21/9 21/16 22/8 25/9 25/10 25/10
thing [1] 14/5
things [3] 21/2 25/10 25/16
think [9] 2/17 10/5 13/11 16/19 16/25 17/12 22/4 22/8 25/8
thinking [1] 25/14
thinks [2] 16/22 21/19
third [1] 8/20
this [44]
this litigation [1] 16/17
those [22] 5/1 6/11 6/11 6/23 7/24 8/17 9/4 9/13 11/2 11/18 13/16 13/24 14/14 14/16 17/16 19/2 21/16 22/13 22/15 22/16 23/10 23/15
thought [2] 16/14 25/11
three [2] 5/8 9/22
through [2] 1/9 7/9
tied [1] 17/22
time [8] 2/18 3/16 4/9 10/5 16/7 18/14 25/5 26/8
times [2] 4/4 24/22
timing [1] 17/12

**T**

**to Dr [1]** 2/23
**today [8]** 2/16 2/21 3/16 5/9 19/3 26/2 26/4 26/7
**together [1]** 12/13
**took [1]** 21/9
**topics [3]** 22/13 24/25 26/7
**total [1]** 5/20
**totality [4]** 7/15 7/18 12/6 12/13
**TRACY [2]** 1/12 2/10
**transcript [3]** 3/4 11/10 26/18
**treated [4]** 19/21 20/4 20/12 20/13
**trial [3]** 11/5 12/9 13/15
**trouble [1]** 2/1
**try [1]** 13/22
**trying [2]** 2/2 5/5
**turn [1]** 16/9
**two [5]** 6/6 6/25 7/11 9/17 19/21
**types [1]** 9/10

**U**

**ultimately [7]** 10/6 10/7 16/21 18/15 21/11 23/2 24/3
**uncertain [1]** 7/22
**under [4]** 6/3 9/20 19/18 20/12
**underlying [2]** 19/13 25/18
**understand [4]** 4/12 16/18 19/4 25/7
**understanding [1]** 15/12
**UNITED [2]** 1/1 1/10
**unless [1]** 24/16
**unlike [1]** 19/2
**unrealistic [1]** 5/6
**unrelated [1]** 18/7
**unreliable [2]** 14/1 14/9
**Until [1]** 24/15
**untimely [1]** 4/12
**unworkable [1]** 18/23
**up [7]** 2/2 4/4 4/4 10/7 17/13 24/3 24/21
**upon [4]** 14/1 14/18 15/15 23/19
**us [4]** 11/14 11/20 18/9 18/20
**used [3]** 5/7 12/24 20/25
**usually [1]** 13/22
**utilized [1]** 16/5

**V**

**very [11]** 4/23 10/1 11/23 16/6 18/17 18/18 19/25 19/25 25/21 26/11 26/11
**view [4]** 6/17 17/5 17/18 19/10
**views [1]** 7/23

**W**

**waiving [3]** 23/4 26/1 26/5
**want [8]** 5/8 8/20 10/10 13/10 13/12 15/9 17/19 23/6
**wanted [2]** 16/7 26/3
**was [43]**
**was offered [1]** 14/13
**Water [3]** 6/20 7/4 9/1
**way [3]** 6/14 8/18 17/6
**we [45]**
**Weiss [1]** 1/12
**welcome [1]** 2/18
**well [9]** 14/22 19/25 20/1 22/24 23/3 25/12 25/21 26/11 26/11
**went [1]** 24/16
**were [28]**
**weren't [1]** 8/8
**WEST [3]** 1/2 1/5 1/21
**what [29]**
**whatever [2]** 15/6 25/13
**when [8]** 3/13 6/7 7/7 9/3 13/14 24/9 25/6 25/13
**where [5]** 6/25 16/12 20/2 22/7 24/5
**whether [13]** 3/18 7/24 8/22 9/9 11/5 16/22 17/4 17/5 17/25 18/1 21/12 21/19 22/25
**which [10]** 3/5 4/14 6/13 6/21 7/12 12/12 13/21 14/19 18/15 19/1
**while [3]** 9/14 12/4 20/6
**who [8]** 3/25 4/10 5/23 6/8 6/18 15/2 15/2 19/11
**whole [2]** 15/16 25/20
**why [7]** 14/13 15/6 16/17 16/18 16/22 21/16 25/10
**will [19]** 2/15 2/23 3/12 7/3 8/10 10/2 10/4 15/2 15/9 20/21 20/25 21/11 21/16 21/25 22/22 22/23 23/2 25/23 26/12
**willing [1]** 12/20
**wish [1]** 17/22
**withheld [1]** 9/23
**within [3]** 12/14 22/21 23/11
**without [3]** 9/20 22/20 23/4
**witness [6]** 10/22 11/7 20/10 20/11 20/21 24/14
**word [2]** 3/13 10/3
**words [4]** 5/2 6/11 8/17 8/17
**work [16]** 5/5 5/6 5/13 5/15 5/16 5/19 6/2 7/5 11/14 11/19 11/20 13/16 24/2 24/4 24/17 24/24
**worked [2]** 5/10 5/17
**worker [10]** 4/11 7/25 8/4 10/24 18/11 18/15 18/20 23/14 24/2 24/20
**workers [4]** 3/25 10/19 12/1 13/3
**working [1]** 2/4
**workplace [1]** 4/1
**worthy [2]** 21/12 21/13
**would [21]** 3/22 4/10 7/12 8/6 11/4 11/18 12/8 12/10 12/11 18/1 18/8 18/14 18/19 19/8 19/15 21/25 22/24 23/2 23/10 24/6 25/1
**wouldn't [2]** 19/14 24/17
**wrong [3]** 2/24 25/10 25/11

**Y**

**year [1]** 5/11
**yes [4]** 12/16 13/5 16/11 19/16
**yet [1]** 10/7
**you [54]**
**your [48]**
**yourself [1]** 11/11

**Z**

**ZANTAC [2]** 1/4 2/7
**Zoom [1]** 1/9