UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                    20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**MDL PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE
THE SUPPLEMENTAL REPORT OF DOCTOR GUENGERICH[1]**

By any measure, Dr. Guengerich's Supplemental Report was out of time and served late on a Friday night to exact the maximum prejudice possible upon MDL Plaintiffs ("Plaintiffs"). Rather than concede these shortcomings, Brand Defendants ("Defendants") resort to gamesmanship to conceal that their expert chose to vacation rather than timely submit his supplemental report. Defendants engage in legal gymnastics to avoid the only matter presented by the instant motion – whether Dr. Guengerich's late supplemental report should be stricken.

Facts are stubborn things. Thus, Defendants must admit that they served Dr. Guengerich's supplemental report at 8:56 pm on Friday, June 3, 2022, exactly one business day before his re-scheduled deposition. But why it was served so late is concealed. According to Defendants, the delay was caused by difficulties the parties experienced transferring Dr. Najafi's and Emery Pharma's ESI. Putting aside Defendants' histrionics about the Najafi/Emery ESI, they concede they had not provided Dr. Guengerich with any new Najafi/Emery materials between March 7 and May 3, even though they possessed the second readable hard drive with that data on May 3, 2022.

---

[1] This Motion is filed under seal pursuant to the Order at ECF No. 5684.

Thus, why did it take until *after* the May 31 expert discovery deadline of PTO 65, until June 3, to produce Dr. Guengerich's supplemental report? All of Defendants' other experts who commented on Dr. Najafi's ESI (Bumpus, Olsen and Lindsley)[2] were able to timely submit their supplement reports. Why was Dr. Guengerich the exception? He clearly had access to the Najafi/Emery ESI, as Defendants acknowledge, and was reviewing other material to prepare his supplemental report in advance of his deposition originally scheduled for May 18-19. His time records reflect that work:[3] On May 8, he spent 5.5 hours reviewing files. On May 10, he spent 2.5 hours reviewing files. On May 11, he spent 5.0 hours reviewing files. On May 14, he spent 1.5 hours reviewing report and files. On May 15, he spent 1.5 hours reviewing report and files. On May 16, he spent 3.0 hours reviewing report and files. Also on May 16, he surely was advised that Ms. Luhana had contracted COVID-19 and, for that reason, his deposition originally scheduled for May 18-19 was postponed. So why did he also spend another 3.5 hours on May 17 and 2.75 hours (not to mention a 2.75 teleconference) on May 18, reviewing report and files? Why didn't he produce his Supplemental Report prior to his originally scheduled deposition? Or, if he spent time working on it on May 17 and 18 (when he was originally set to be deposed), why not produce it then?

Could it be that he had been preparing his supplemental report, but was given a reprieve to finalize it upon learning of the postponement of his deposition and his upcoming trip to Iceland? His time records reveal no work was billed between May 19 and May 27. His testimony at deposition was equivocal. On the first day of his deposition, he testified that he did no work on

---

[2] Dr. Lindsley was subsequently withdrawn as an expert.

[3] Exb. 3. Plaintiffs previously noted Dr. Guengerich's time entries for report preparation on April 1-3, 28, and May 1-2. *See* Motion to Strike at 3.

2

any supplemental report, rather he only prepared for his deposition.[4] Based on testimony from Dr. Guengerich's second day of deposition, Defendants contend that he did not review the Najafi ESI until his return from vacation. But even accepting that Dr. Guengerich did not begin to review the Najafi/Emery ESI until his return, that delay was not caused by any action on the part of Plaintiffs. Rather, it was Dr. Guengerich's decision to postpone his time-sensitive expert work on this case to take a trip. No other expert of Defendants delayed their review of the Najafi/Emery ESI. They each met the Court-ordered deadlines. Dr. Guengerich chose not to do so. As a result, his supplemental report was submitted late.

This Court should not countenance Defendants' flagrant disregard of its scheduling order. It has discretion to strike Dr. Guengerich's late filed supplemental report. *See Dimension Leasing, Inc. v. Variety Children's Hosp.*, No. 05-22701, 2007 WL 9701116, at *2 (S.D. Fla. Apr. 3, 2007); Fed.R.Civ.P. 26(e)(1)(A).

Plaintiffs respectfully submit this Court should strike Dr. Guengerich's late-filed report.

DATED: August 23, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |

---

[4] Exb. 5., 21:3-11.

3

*/s/ Michael L. McGlamry*
Michael L. McGlamry
Email: efile@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

*/s/ Adam Pulaski*
Adam Pulaski
Email: adam@pulaskilawfirm.com
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555

*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan
Email: Rosemarie.bogdan@1800law1010.com
MARTIN, HARDING & MAZZOTTI
1 Wall Street
Albany, NY 12205
Tel: (518) 862-1200

Mark J. Dearman, FBN 0982407
Email: mdearman@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Elizabeth A. Fegan
Email: beth@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd.
Yorkville, IL 60560
Tel: (312) 741-1019

Marlene J. Goldenberg
Email: mjgoldenberg@goldenberglaw.com
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (855) 333-4662

Ashley Keller
Email: ack@kellerpostman.com
KELLER | POSTMAN
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (312) 741-5222

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

Roopal P. Luhana
Email: luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Francisco R. Maderal, FBN 0041481
Email: frank@maderalbyrne.com
MADERAL BYRNE PLLC
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 520-5690

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Lauren S. Miller
Email: laurenm@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1914 4th Avenue North
Suite 320
Birmingham, AL 35203
Tel: (205) 533-4175

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (888) 435-7001

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
Tel: (800) 294-0055

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Avenue SE
Third Floor
Washington, DC 20032
Tel: (202) 506-3591

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Steering Committee*

Brooke Achua
Email: brooke@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd., 46th Floor
Yorkville, IL 60560
Tel: (646) 502-7910

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Marlo E. Fisher
Email: marlof@lpm-triallaw.com
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Tel: (713) 292-2750

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7003

| | |
|---|---|
| Laura K. Stemkowski<br>Email: lstemkowski@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9165 | Daniel E. Tropin<br>Email: tropin@kolawyers.com<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>2800 Ponce de Leon Boulevard, Suite 1100<br>Coral Gables, FL 33134<br>Tel: (954) 990-2216 |

*Plaintiffs' Leadership Development Committee*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, the foregoing was electronically filed with the Clerk of the Court using CM/ECF and is being served on counsel via email pursuant to ECF No. 5684.

/s/ *Robert C. Gilbert*
Robert C. Gilbert

**Motion to Seal/Sealed and Exparte Filings:**
**9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

# U.S. District Court

# Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Gilbert, Robert on 8/23/2022 at 1:47 PM EDT and filed on 8/23/2022
**Case Name:** IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
**Case Number:** 9:20-md-02924-RLR
**Filer:** Zantac (Ranitidine) Products Liability Litigation
**Document Number:** 5964

**Docket Text:**
**Sealed Document** *MDL Plaintiffs Reply in Support of Motion to Strike the Supplemental Report of Doctor Guengerich* **by Zantac (Ranitidine) Products Liability Litigation. (Gilbert, Robert)**


**9:20-md-02924-RLR No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/23/2022] [FileNumber=22492232-0] [85c65bed8d0593f6dede12a044f8a257735aba947a2058b84ce82054d6db5db44cbbc6a55d45e5a203b8290763b11aa98579cafc0e5b31796cc2fba23cf9716d]]