UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL No. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### BRAND DEFENDANTS' REPLY IN SUPPORT OF ITS ROADMAP BRIEF IN SUPPORT OF THEIR MOTIONS TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS AND FOR SUMMARY JUDGMENT

Contrary to Plaintiffs' assertions, the key question in this litigation is and always has been whether therapeutic doses of ranitidine cause the specific cancers alleged. This is precisely why the human epidemiological studies that capture real-world use of the product are the best evidence for assessing causation and lack thereof. NDMA is not "universally regarded as a potent carcinogen," and, as explained in more detail in Defendants' Reply in Support of Their Motion to Exclude Plaintiffs' General Causation Experts' Opinions Related to Epidemiology, this is not a *McClain* category one case. Defendants respectfully submit that the Statement of Material Fact contemplated by Local Rule 56.1(a)(1) is not applicable at this stage, where the briefing is governed by Pretrial Order 77, ECF No. 5579 and the only fact at issue is whether Plaintiffs can satisfy their burden as to the limited issue of general causation.[1]

---

[1] To the extent the Court would prefer Defendants submit a Statement of Material Fact under Local Rule 56.1, Brand Defendants respectfully request the opportunity to do so.

Dated: August 22, 2022

**Lead Counsel:**

Respectfully submitted,

*/s/ Mark Cheffo*
Mark S. Cheffo
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

*Counsel for Defendant GlaxoSmithKline LLC*

*/s/ Andrew T. Bayman*
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
abayman@kslaw.com

*Counsel for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

/s/ *Anand Agneshwar*
Anand Agneshwar
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Counsel for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000

2

Fax: (202) 434-5029
jpetrosinelli@wc.com

*Counsel for Defendant Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on August 22, 2022 using the Court's CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Mark Cheffo*
Mark S. Cheffo