**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL No. 2924**
**20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PART 4 OF**

**DECLARATION OF LOREN H. BROWN IN SUPPORT OF BRAND DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS' OPINIONS**

Dated: June 13, 2022

Respectfully submitted,

/s/ Anand Agneshwar
Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8011
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

/s/ Mark Cheffo
Mark Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for GlaxoSmithKline LLC*

/s/ Andrew T. Bayman
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com

*Attorney for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
JONES FOSTER P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000
Fax: (561) 650-5300
JOConnor@jonesfoster.com