**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2924**<br>**20-MD-2924** |
| | **JUDGE ROBIN L. ROSENBERG**<br>**MAGISTRATE JUDGE BRUCE E. REINHART** |

______________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**SUPPLEMENTAL DECLARATION OF LOREN H. BROWN IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFFS' GENERAL CAUSATION EXPERTS' OPINIONS**

I, Loren H. Brown, hereby declare as follows:

1. I am a Partner at the law firm DLA Piper LLP (US), counsel of record for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc. (collectively, "Sanofi") in the above-captioned action. I submit this supplemental declaration on behalf of Defendants Pfizer Inc. ("Pfizer"), GlaxoSmithKline LLC ("GSK"), Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), and Sanofi (collectively, "the Brand Defendants") in support of Defendants' Motions to Exclude Plaintiffs' General Causation Experts' Opinions ("Defendants' General Causation Motions"). I am licensed to practice law in the state of New York. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2. Attached are true and correct copies of the following exhibits, which are cited in various of Defendants' Replies in support of their General Causation Motions.

| Ex. No. | Exhibit |
|---|---|
| **Scientific Literature (alphabetical by last name of first author)** | |
| 119 | Dianatinasab, *et al.*, *The Association Between Meat and Fish Consumption and Bladder Cancer Risk: A Pooled Analysis of 11 Cohort Studies*, EUR. J. EPIDEMIOL. 2021; 781-792. |
| 120 | Moorman et al. *Oral Contraceptives and Risk of Ovarian Cancer and Breast Cancer Among High-Risk Women: A Systematic Review and Meta-Analysis*, J. CLIN. ONCOL. (2013); 4188-4198. |
| 121 | Peragallo *et al.*, *Risk of Acute Thromboembolic Events With Oral Contraceptive Use: A Systematic Review and Meta-Analysis*, OBSTETRICS & GYNECOLOGY, 380-389. |
| 122 | Quist *et al.*, *Ingested Nitrate and Nitrite, Disinfection By-Products, and Pancreatic Cancer Risk in Postmenopausal Women*, INT. J. CANCER (2018), 251-261. |
| 123 | Ronco et al., *Meat Consumption, Animal Products, and the Risk of Bladder Cancer: A Case-Control Study in Uruguayan Men*, ASIAN PAC. J. CANCER PREV. 15 (14) 5805-5809 (2014) |
| 124 | Rothman et al., Modern Epidemiology, Ch. 13 (2021) |
| 125 | Wasserstein, Ronald et al., Moving to a World Beyond "$p < 0.05$", THE AMERICAN STATISTICIAN, Mar. 20, 2019 |

| Ex. No. | Exhibit |
|---|---|
| 126 | Yoav Benjamini et al., ASA President's Task Force Statement on Statistical Significance and Replicability, HARVARD DATA SCIENCE REVIEW, July 30, 2021 |
| **Regulatory Agency Documents (alphabetical by authoring agency, then chronological)** | |
| 127 | FDA, Questions and Answers: NDMA impurities in ranitidine, *available at* https://www.fda.gov/drugs/drug-safety-and-availability/questions-and-answers-ndma-impurities-ranitidine-commonly-known-zantac |
| 128 | *IARC Monographs*, International Agency for Research on Cancer, Vol. 17, 125-175 (1978), *available at* https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-Humans/Some-Em-N-Em--Nitroso-Compounds-1978 |
| 129 | *N-Nitrosodimethylamine*, National Toxicology Program, Dep't of Health and Human Services, 15th Ed. (2021), *available at* https://ntp.niehs.nih.gov/ntp/roc/content/profiles/nitrosamines.pdf |
| 130 | WCRF, May 2015 Systematic Literature Review on "The Associations between Food, Nutrition and Physical Activity and the Risk of Stomach Cancer." |
| 131 | WCRF/AICR, *Diet, Nutrition, Physical Activity and Stomach Cancer*, Continuous Update Project Expert Report (2018), *available* at dietandcancerreport.org |

Executed on August 22, 2022 in New York, NY.

*/s/ Loren H. Brown*
Loren H. Brown
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4846
Fax: (212) 335-4501
loren.brown@dlapiper.com

Anand Agneshwar
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8011
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/ Mark Cheffo*
Mark Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for GlaxoSmithKline LLC*

*/s/ Andrew T. Bayman*
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com

*Attorney for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on August 22, 2022, using the Court's CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
JONES FOSTER, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000
Fax: (561) 650-5300
JOConnor@jonesfoster.com