Form 1A

**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

United States District Court for the _Southern_
District of _S. FLA_
Docket Number _2924_

| A.B., Plaintiff |
| --- |
| _Douglas A. Beckford_ |
| v. _Pfizer, Sanofi_ |
| _hospi etc._ |
| C.D., Defendant |

Notice of Appeal

_Douglas Beckford_ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the _11th_ Circuit from the final judgment entered on _12-6-22_ (state the date the judgment was entered).

(s) _Douglas Beckford Pro-Se_
Attorney for _____
Address: _733 Turnpike St. #307_
_N. Andover MA 01845_

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

---

* See Rule 3(c) for permissible ways of identifying appellants.



FILED BY ___ccs___ D.C.

JAN 09 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Dear Judge Robin L. Rosenburg   1-5-23

My Name is Douglas Beckford. I am asking for more time to file the Complaint Forms. I had a attorney up till the Dismissal and I am filing this Appeal Pro Se and would like to ask for more time to file the proper Complaint. The Attorneys will not Appeal my case, I have looked everywhere for 1, None will take the case in the MDL ZANTAC issue. 2924 MDL...

FILED BY ___Cos___ D.C.

JAN 09 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

THANK-you,

Douglas Beckford
733 Turnpike St #307
N. Andover, MA.
01845

ZANTAC Case # 2924 MDL

**EXTREMELY URGENT**

Please Rush To Addressee

**PLEASE PRESS FIRMLY**

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

U.S. POSTAGE PAID
PME 1-Day
EAST HAMPSTEAD,
03826
JAN 05, 23
AMOUNT
**$27.90**
R2305M147881-3

RDC 07    33401

# EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Flat Rate Envelope
Visit us at usps.com

**EXTREMELY URGENT**
Please Rush To Addressee

PLEASE NOTE:
When used international
declarations (PS Form 2

W.P.B., FL 661
JAN 09 2023
S/A OFFICE

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

EI 542 493 985 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 9788724195 )
Douglas A. Beckford
733 Turnpike St. #307
N. Andover, MA
01845

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
Civil Clerk of Court
701 Clematis St. rm 202
West Palm Beach, Florida
33401

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

➡ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (If applicable)**
USPS Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 03826
Scheduled Delivery Date: 1/6/23
Postage: $27.90

Date Accepted: 1/5/23
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 2:14 ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 27.90

Weight: lbs. ozs.   ☒ Flat Rate
Acceptance Employee Initials: ML

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996