UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRENT PARRIS,

    Plaintiff,

vs.                                 Case No: 9:22-CV-80701-RLR

GLAXOSMITHKLINE, et. al.,

    Defendants.



Notice of Filing of Non-Designated Cancer Claim

Comes now, Brent Parris, plaintiff in the above-styled case, pursuant to this Court's pretrial order #80, and hereby gives notice that he has conventionally filed a non-designated cancer claim in this Court on 05/06/2022, which was assigned individual case number 9:22-CV-80701-RLR and was administratively closed and consolidated to the MDL docket on 05/23/2022.

Plaintiff further gives notice that he desires to advance his case in this Court and prosecute his complaint, both individually and/or collectively, when the Court elects to adjudicate non-designated cancer claims.

Respectfully submitted on this 8th day of February 2023.

                                                        Brent Parris
                                                        pro se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing 'Notice of Filing of Non-Designated Cancer Claim' was served by U.S. Mail on this 8th day of February 2023 on all counsel or parties of record on the Service List below.

*Brent Parris*
Brent Parris
1618 Charlotte Ave
Anniston, AL 36207

Service List

GlaxoSmithKline
U.S. Headquarters
5 Crescent Drive
Philadelphia, PA 19112

GlaxoSmithKline
2929 Walnut Street
Suite 1700
Philadelphia, PA 19104

Sanofi-Aventis US LLC
U.S. Headquarters
Building D
55 Corporate Drive
Bridgewater, NJ 08807

Pfizer Inc.
U.S. Headquarters
235 East 42nd Street
NY, NY 10017

Boehringer Ingelheim
U.S. Headquarters
900 Ridgebury Road
Ridgefield, CT 06877

Query   Reports   Utilities   Help   Log Out

**9:22-cv-80701-RLR** Parris v. GlaxoSmithKline et al
Robin L. Rosenberg, presiding
Bruce E. Reinhart, referral
**Date filed:** 05/06/2022
**Date terminated:** 05/23/2022
**Date of last filing:** 06/23/2022

# Case Summary

**Office:** West Palm Beach
**Jury Demand:** Plaintiff
**Nature of Suit:** 367
**Jurisdiction:** Federal Question
**County:** Palm Beach (Office - West Palm Beach)
**Origin:** 1
**Lead Case:**
**Related Case:**
**Defendant Custody Status:**
**Flags:** BER,CLOSED

**Filed:** 05/06/2022
**Demand:**
**Cause:** 28:1407 Multidistrict Litigation
**Disposition:** Statistical Closing
**Terminated:** 05/23/2022
**Reopened:**
9:20-md-02924-RLR
None

**Other Court Case:** None

**Plaintiff:** Brent Parris
**Defendant:** GlaxoSmithKline
**Defendant:** Sanofi- Aventis U.S., LLC
**Defendant:** Pfizer Inc.
**Defendant:** Boehringer Ingelheim

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 02/08/2023 10:22:05 |||
| **PACER Login:** brentparris1 | **Client Code:** | |
| **Description:** Case Summary | **Search Criteria:** | 9:22-cv-80701-RLR |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

Brent Parris
1618 Charlotte Ave
Anniston, AL 36207

Clerk of the Court
U.S. District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Attn: MDL Litigation Clerk