UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)          MDL NO. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **Bradley Sanders, Charles Sanders estate** | **3:23-cv-10707** |
| **Marsha Show, Lloyd Show estate** | **3:23-cv-10708** |
| **Shirley Browe** | **3:23-cv-10737** |
| **Ralph Hamilton** | **3:23-cv-10767** |
| **Rodney Carney (Deceased)** | **3:23-cv-10759** |
| **Kathleen McNamara** | **3:23-cv-10782** |
| **Cyndie Mens** | **3:23-cv-10790** |
| **Viola Moller** | **3:23-cv-10803** |
| **Richard Steelman** | **3:23-cv-10813** |
| **Paul Robertson** | **3:23-cv-10814** |
| **John Couch** | **3:23-cv-10892** |
| **Sandra Stewart (Deceased)** | **3:23-cv-10942** |
| **Rachel DaSilva** | **3:23-cv-11086** |
| **Robert Ross** | **3:23-cv-10982** |
| **Joseph DeBiase** | **3:23-cv-11210** |
| **Donnie Russell** | **3:23-cv-10989** |
| **Mary Nahhas (Deceased)** | **3:23-cv-10985** |
| **Gordon Ingraham** | **3:23-cv-11104** |
| **John Ryan** | **3:23-cv-11005** |
| **Wayne Haulman** | **3:23-cv-11007** |
| **Robert DePaul (Deceased)** | **3:23-cv-11227** |
| **Phillip Slay** | **3:23-cv-11050** |
| **Jerry Henderson** | **3:23-cv-11068** |
| **William Henry** | **3:23-cv-11079** |
| **Rodreckerous Evans** | **3:23-cv-11155** |
| **James Speiser** | **3:23-cv-11193** |
| **Russell Hash** | **3:23-cv-10520** |
| **Robert Cushing** | **3:23-cv-10494** |
| **David Campbell** | **3:23-cv-10383** |
| **Barbara Woodfork** | **3:23-cv-10175** |

| | |
|---|---|
| **Gary Toney** | **3:23-cv-10140** |
| **Penny Tyler** | **3:23-cv-10144** |
| **Steve Sahakian** | **3:23-cv-10168** |
| **Linda Gupton** | **3:23-cv-10141** |
| **Rodney Gilreath** | **3:23-cv-10143** |
| **David Eads Sr.** | **3:23-cv-10244** |
| **Donald Robinson** | **3:23-cv-10828** |
| **Tim Forester** | **3:23-cv-11049** |
| **Randall King** | **3:23-cv-11299** |
| **Kristi Kostencki** | **3:23-cv-11304** |
| **Harriet Beckler** | **3:23-cv-11128** |
| **John Lawrence** | **3:23-cv-11354** |
| **Hazel Otto, Ralph Ogle estate** | **3:23-cv-11420** |
| **Joseph Burke** | **3:23-cv-12120** |
| **Michael Burke** | **3:23-cv-12137** |
| **Harold Chapman** | **3:23-cv-12141** |
| **Tonja Jefferson** | **3:23-cv-12172** |
| **Charles Gehringer** | **3:23-cv-11413** |
| **William Farrell** | **3:23-cv-11484** |
| **Jose Telmont** | **3:23-cv-11594** |
| **Carsie Lewis (Deceased)** | **3:23-cv-12227** |
| **Dwayne Gould** | **3:23-cv-10167** |
| **Michael Clark** | **3:23-cv-10163** |
| **Gary Hatton** | **3:23-cv-10249** |
| **Quentin Jones** | **3:23-cv-10115** |
| **Everett Sansom** | **3:23-cv-10318** |
| **Mark Sandine** | **3:23-cv-10295** |
| **McArthur Lockhart** | **3:23-cv-10180** |
| **Sheila Vick** | **3:23-cv-10471** |
| **Grant Bonnice** | **3:23-cv-10448** |
| **Tania Stutman** | **3:23-cv-10321** |
| **Pearl Jiron** | **3:23-cv-10390** |
| **Patricia Corley** | **3:23-cv-10505** |
| **Don Phares** | **3:23-cv-10539** |
| **Susan Szeliga; Richard Szeliga estate** | **3:23-cv-10535** |
| **Mary Jo Henne; Allen Henne estate** | **3:23-cv-10534** |
| **Danielle Hobbs; Joy Hobbs estate** | **3:23-cv-10587** |
| **Tammy Epps; David Epps estate** | **3:23-cv-10586** |
| **Robert McCullough** | **3:23-cv-10658** |
| **Eric Adame** | **3:23-cv-10126** |
| **Rima Badlbou** | **3:23-cv-10731** |

| | |
|---|---|
| **Robert Adkins** | **3:23-cv-10134** |
| **Lemuel Bray** | **3:23-cv-10172** |
| **Curtis Brown II** | **3:23-cv-10184** |
| **Francis Brennan** | **3:23-cv-10182** |
| **Chad Broadhead** | **3:23-cv-10187** |
| **Herbert Brown** | **3:23-cv-10192** |
| **Rick Lowery** | **3:23-cv-10214** |
| **Sonja Gaitskill** | **3:23-cv-10215** |
| **Jeffrey Herron** | **3:23-cv-10254** |
| **Deborah Hicks** | **3:23-cv-10257** |
| **Scott Truesdell** | **3:23-cv-10171** |
| **Terry Reed** | **3:23-cv-10315** |
| **Lillie Sanderson** | **3:23-cv-10335** |
| **Paul Lanier** | **3:23-cv-10338** |
| **Marshall Lieberman** | **3:23-cv-10346** |
| **Dawn Latendresse** | **3:23-cv-10364** |
| **Charles Washington** | **3:23-cv-10273** |
| **Rosa Asaro** | **3:23-cv-10385** |
| **Antoinette Ashford** | **3:23-cv-10387** |
| **Sam Clark** | **3:23-cv-10389** |
| **Larry Hawks** | **3:23-cv-10440** |
| **Gerald Tyzinski** | **3:23-cv-10465** |
| **Beajae Vega** | **3:23-cv-10469** |
| **Paul Leavitt Sr** | **3:23-cv-10478** |
| **David Johnson** | **3:23-cv-10484** |
| **James Doody** | **3:23-cv-10485** |
| **Gregory Nelson** | **3:23-cv-10509** |
| **Roberta Shank** | **3:23-cv-10547** |
| **John Whitcomb, Sandra Whitcomb estate** | **3:23-cv-10620** |
| **William Johnston** | **3:23-cv-10595** |
| **Stuart Parker** | **3:23-cv-10562** |
| **Raymond Vermette, Elaine Blizzard estate** | **3:23-cv-10638** |
| **Stefanie Munchrath, Denise Munchrath estate** | **3:23-cv-10613** |
| **James Thomas** | **3:23-cv-10628** |
| **DeAndra Hogan, Dorothy Hogan estate** | **3:23-cv-10639** |
| **Sammy Turnage, Bobbie Layton estate** | **3:23-cv-10659** |
| **Eugene Amburgey** | **3:23-cv-10659** |
| **Christian Egeland, Janice Egeland estate** | **3:23-cv-10663** |
| **Jeanette Geffert, Thomas Geffert estate** | **3:23-cv-10675** |
| **Samantha Gildersleeve, David Gildersleeve estate** | **3:23-cv-10676** |
| **Jimmie Gorrell, Anita Gorrell estate** | **3:23-cv-10679** |
| **Rose Marie Vacca** | **3:23-cv-10698** |

## JOINT NOTICE OF APPEAL

Plaintiffs in each of the separate civil actions designated in the caption above, through undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the November 15, 2021 (1) final judgment under Rule 54(b) in favor of the Generic Defendants (D.E. 4664); and/or (2) final judgment under Rule 54(b) in favor of the Retailer, Pharmacy and Distributor Defendants (D.E. 4665). Because the same orders and judgments ended the separate cases listed above, a joint notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

DATED: February 27, 2023

Respectfully submitted,

Ashley Keller
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 741-5222
ack@kellerpostman.com

Madeline Pendley
LEVIN PAPANTONIO RAFFERTY
BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7003
mpendley@levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Ashley Keller*
Ashley Keller