**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                             MDL NO 2924
PRODUCTS LIABILITY                                                     20-MD-2924
LITIGATION

                                                          JUDGE ROBIN L ROSENBERG
                                                 MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:  ALL CASES**

**MDL PLAINTIFF'S LEADERSHIP'S RESPONSE TO PTO # 81**

MDL Plaintiffs' Leadership, as directed by Pretrial Order # 81 [DE 6271], respond as

follows:

MDL Plaintiffs' Leadership does not intend to provide general causation experts for Non-

Designated Cancers in support of any class claim.  The medical monitoring class claims being

pursued by MDL Plaintiffs' Leadership as part of MDL 2924 seek medical monitoring relief

limited to the five (5) Designated Cancers.  The economic loss class claims (based on state

consumer protection statutes and state law warranty and unjust enrichment) being pursued by MDL

Plaintiffs' Leadership as part of MDL 2924 seek recovery of economic losses on behalf of all

individuals who purchased Brand Defendants' Zantac, and do not require general causation experts

relating to Non-Designated Cancers contemplated by PTO #81.

DATED: February 27, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Tracy A. Finken* | By: */s/ Robert C. Gilbert* |
| Tracy A. Finken | Robert C. Gilbert, FBN 561861 |
| Email: tfinken@anapolweiss.com | Email: gilbert@kolawyers.com |
| ANAPOL WEISS | KOPELOWITZ OSTROW FERGUSON |
| One Logan Square | WEISELBERG GILBERT |
| 130 North 18th Street, Suite 1600 | 2800 Ponce de Leon Boulevard, Suite 1100 |
| Philadelphia, PA 19103 | Coral Gables, FL 33134 |
| Tel: (215) 735-1130 | Tel: (305) 384-7270 |

| | |
|---|---|
| */s/ Michael L. McGlamry* | */s/ Adam Pulaski* |
| Michael L. McGlamry | Adam Pulaski |
| Email: efile@pmkm.com | Email: adam@pulaskilawfirm.com |
| POPE McGLAMRY, P.C. | PULASKI KHERKHER, PLLC |
| 3391 Peachtree Road NE, Suite 300 | 2925 Richmond Avenue, Suite 1725 |
| Atlanta, GA 30326 | Houston, TX 77098 |
| Tel: (404) 523-7706 | Tel: (713) 664-4555 |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| Rosemarie R. Bogdan | Mark J. Dearman, FBN 0982407 |
| Email: Rosemarie.bogdan@1800law1010.com | Email: mdearman@rgrdlaw.com |
| MARTIN, HARDING & MAZZOTTI | ROBBINS GELLER RUDMAN & DOWD |
| 1 Wall Street | 225 NE Mizner Boulevard, Suite 720 |
| Albany, NY 12205 | Boca Raton, FL 33432 |
| Tel: (518) 862-1200 | Tel: (561) 750-3000 |
| | |
| Elizabeth A. Fegan | Marlene J. Goldenberg |
| Email: beth@feganscott.com | Email: mgoldenberg@nighgoldenberg.com |
| FEGAN SCOTT, LLC | NIGH GOLDENBERG RASO & VAUGHN, PLLC |
| 1456 Sycamore Rd. | 712 H Street NE, DPT 32022 |
| Yorkville, IL 60560 | Washington, DC 20002 |
| Tel: (312) 741-1019 | Tel: (202) 978-2228 |
| | |
| Ashley Keller | Frederick S. Longer |
| Email: ack@kellerpostman.com | Email: flonger@lfsblaw.com |
| KELLER | POSTMAN | LEVIN SEDRAN & BERMAN |
| 2800 Ponce de Leon Boulevard, Suite 1100 | 510 Walnut Street, Suite 500 |
| Coral Gables, FL 33134 | Philadelphia, PA 19106 |
| Tel: (312) 741-5222 | Tel: (215) 592-1500 |
| | |
| Roopal P. Luhana | Francisco R. Maderal, FBN 0041481 |
| Email: luhana@chaffinluhana.com | Email: frank@maderalbyrne.com |
| CHAFFIN LUHANA LLP | MADERAL BYRNE PLLC |
| 600 Third Avenue, 12th Floor | 2800 Ponce de Leon Blvd., 11th Floor |
| New York, NY 10016 | Coral Gables, FL 33134 |
| Tel: (888) 480-1123 | Tel: (305) 520-5690 |
| | |
| Ricardo M. Martinez-Cid, FBN 383988 | Lauren S. Miller |
| Email: RMartinez-Cid@Podhurst.com | Email: laurenm@hbsslaw.com |
| PODHURST ORSECK, P.A. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| SunTrust International Center | 1914 4th Avenue North |
| One S.E. 3rd Avenue, Suite 3200 | Suite 320 |
| Miami, FL 33130 | Birmingham, AL 35203 |
| Tel: (305) 358-2800 | Tel: (205) 533-4175 |

2

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Daniel A. Nigh, FBN 30905
Email: dnigh@nighgoldenberg.com
NIGH GOLDENBERG RASO & VAUGHN, PLLC
712 H Street NE, DPT 32022
Washington, DC  20002
Tel: (202) 792-7927

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
Tel: (800) 294-0055

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA  70130
Tel: (504) 524-5777

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Je Yon Jung
Email: Jeyon@mayjung.com
MAY JUNG, LLP
1100 W. Town & Country Road, Suite 1250
Orange, CA 92868
Tel: (818) 869-6476

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@mayjung.com
MAY JUNG, LLP
3216 11th Place SE
Washington D.C. 20032
Tel: (818) 869-6476

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Steering Committee*

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Tel: (561) 750-3000

Marlo E. Fisher
Email: marlof@lpm-triallaw.com
Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, TX 77006
Tel: (713) 292-2750

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel: (850) 435-7003

Laura K. Stemkowski
Email: lstemkowski@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9165

Daniel E. Tropin
Email: tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (954) 990-2216

*Plaintiffs' Leadership Development Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

/s/ *Robert C. Gilbert*
Robert C. Gilbert