To: US District Court
Southern District of Florida
Office of the Clerk
Rm RN09
400 North Miami Ave
Miami, FL 33128-7716



FILED BY ___ D.C.
FEB 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case: 9:20-md-02924-RLR #6271

From: Rosemary Vasalech
17678 W. Country Club Terrace
Surprise AZ 85387
623-231-5799
email: Ripcurlgirl1000@gmail.com

I am too sick to understand these zillion papers your mailing me daily, including but not limited to all the lawyers who are removing themselves from such case.

I would appreciate if someone could call me & let me know if I need to do something. 623-231-5799.

Thank you for your time & understanding to this time sensitive matter.

Reese Vasalech