**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2924**
**20-MD-2924**

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_________________________________________/

**THIS DOCUMENT RELATES TO: ALL CASES**

**MDL PLAINTIFFS' LEADERSHIP'S *EXPEDITED* MOTION TO PERMIT INDIVIDUAL PLAINTIFF'S COUNSEL TO RESPOND TO THE COURT'S SHOW-CAUSE ORDER [D.E. 6303]**

MDL Plaintiffs' Leadership request that the Court modify its Order to Show Cause Why Summary Judgment Should Not Be Entered for Designated Cancers as to All Defendants 9the "Show Cause Order") to allow responses to be filed by individual plaintiff's counsel—rather than requiring a joint response by MDL Plaintiffs' Leadership—because the Show Cause Order targets specific cases, triggering a thicket of individualized concerns that are not suited for a joint response. Expedited relief is warranted under S.D. Local Rule 7.1(d)(2) because individual plaintiffs and their counsel would need time to prepare a response if one is permitted. Absent modification of the Show Cause Order, individual plaintiffs who file lawsuits following entry of the recent *Daubert* ruling will be forced to oppose summary judgment through a joint filing with thousands of other plaintiffs and counsel not of their choosing and thus deprived of their *individual* due process right to notice and a reasonable opportunity to respond to the Court's intention to enter summary judgment on its own initiative.

**PROCEDURAL HISTORY**

On December 6, 2022, the Court entered its Omnibus Order on All Pending *Daubert* Motions and Defendants' Summary Judgment Motion and granted summary judgment in favor of

the Brand Defendants. *See* D.E. 6120. On February 28, 2023, the Court issued the Show Cause Order that requires joint briefing to "show cause why summary judgment should not be entered in favor of the non-Brand Defendants for Designated Cancers." D.E. 6303 at 20.[1] The Court set the deadline for the filing of Plaintiffs' joint brief as April 17, 2023, expressly to encompass "many thousands of Plaintiffs (former participants in a Registry database)" whose deadline to file their lawsuits is "approximately April 5, 2023." *Id.* at 20, n.15. The joint briefing is limited to "Plaintiffs' Leadership," *id.* at 20, but apparently is calibrated to give parties that are not before this Court a form of an opportunity to be heard. *Id.* at 21, n.17 (gesturing toward "the legal right of any Plaintiff to participate in the Order to Show Cause process through lead counsel"). The Court apparently based its direction to file joint briefing on PTO 20, which authorized Plaintiffs' Leadership to, among other things, "brief and argue motions for the Plaintiffs and file opposing briefs and argue motions and proceedings initiated by other parties (except as to matters specifically directed to individual Plaintiffs and [t]heir counsel)." PTO 20 (D.E. 685) at 15.

## ARGUMENT

Responding to the Show Cause Order is a task for individual plaintiffs and their chosen counsel, not MDL Plaintiffs' Leadership. The Court should modify its order to allow separate responses.

The *Lipitor* case relied upon by this Court supports seeking responses from each plaintiff. *See In re Lipitor Mktg., Sales Pracs. & Prods. Liab. Litig.*, MDL No. 2:14-mn-02502 (D.S.C. 2016). In *Lipitor*, Judge Gergel used multiple show-cause orders. In Case Management Order 65, he allowed any plaintiff in a pending case to "dispute[]" leadership's concession "that, if the

---

[1] The Show Cause Order addresses only non-Brand Defendants and does not establish a show-cause procedure for Plaintiffs who recently sued—or will sue in the future—the Brand Defendants. *See* D.E. 6234 at 1-4 (addressing this point).

Court's ruling excluding the expert testimony … is correctly decided, then none of the cases now pending in the MDL will be able to survive summary judgment." *In re Lipitor*, CMO 65 (D.E. 1352) at 1.  For later-filed cases, the court issued another show-cause order, asking each plaintiff to explain "how her case is distinguished from the Court's ruling." *In re Lipitor*, CMO 101 (D.E. 1798) at 2.  The court ordered that "the Clerk shall immediately provide a copy of this Order to Plaintiffs" who filed new cases, giving them "fifteen (15) days" after service to respond.  *Id.* at 3.

The approach from *Lipitor* matches the pre-trial orders in this MDL.  The show-cause order is "specifically directed to individual Plaintiffs," and falls outside Plaintiffs' Leadership's ambit.  The Court is contemplating, *sua sponte* under Rule 56(f), entering summary judgment in each and every individual action to which it applies, and asks if there is any reason not to do so.  That is the quintessential matter "directed to individual Plaintiffs," who have separate cases, different facts, separately retained counsel, and individual due process rights to be heard.

Faced with the Court's Show Cause Order, individual plaintiffs may pursue strategies that are likely to be inconsistent.  Some may simply wish to preserve appellate rights, acquiescing that this Court can properly apply prior orders to new parties in new cases.  Others may oppose that approach, setting forth individual arguments for why summary judgment cannot be entered.  Others still may wish to seek discovery or bring new evidence to this Court's attention.  Plaintiffs' Leadership cannot speak with one voice for these disparate individual plaintiffs.  And forcing an individual plaintiff to oppose summary judgment in her case through a filing with thousands of other plaintiffs and counsel not of her choosing deprives her of her due process right to "notice and a reasonable time to respond" to the Court's intention to enter summary judgment on its own initiative.  Fed. R. Civ. P. 56(f).  Plaintiffs Leadership have found no case—MDL or otherwise—that has not afforded individual plaintiffs the rights Plaintiffs' Leadership requests be afforded to

individual plaintiffs here.

**CONCLUSION**

For the foregoing reasons, MDL Plaintiffs' Leadership requests that the Court modify its Show Cause Order to permit individual plaintiffs—and their counsel of choice—to respond to the Show Cause Order on or before April 17, 2023. MDL Plaintiffs' Leadership suggests that the Court retain its current opposition deadline for Defendants (May 1, 2023), and afford individual plaintiffs the right to file reply briefs in keeping with the Local Rules (7 days following Defendants' oppositions are filed).

**Local Rule 7.1 Certification**

Pursuant to SD Fla. Local rule 7.1, undersigned counsel certify that they conferred with Co-Lead Counsel for Defendants regarding the relief sought herein and have been authorized to state that the Brand Defendants take no position on the relief sought herein.

Dated: March 9, 2023                                             Respectfully submitted,

*/s/ Tracy A. Finken*  
Tracy A. Finken  
Email: tfinken@anapolweiss.com  
ANAPOL WEISS  
One Logan Square  
130 North 18th Street, Suite 1600  
Philadelphia, PA 19103  
Tel: (215) 735-1130  

By: */s/ Robert C. Gilbert*  
Robert C. Gilbert, FBN 561861  
Email: gilbert@kolawyers.com  
KOPELOWITZ OSTROW FERGUSON  
WEISELBERG GILBERT  
2800 Ponce de Leon Boulevard, Suite 1100  
Coral Gables, FL 33134  
Tel: (305) 384-7270  

*/s/ Michael L. McGlamry*  
Michael L. McGlamry  
Email: efile@pmkm.com  
POPE McGLAMRY, P.C.  
3391 Peachtree Road NE, Suite 300  
Atlanta, GA 30326  
Tel: (404) 523-7706  

*/s/ Adam Pulaski*  
Adam Pulaski  
Email: adam@pulaskilawfirm.com  
PULASKI KHERKHER, PLLC  
2925 Richmond Avenue, Suite 1725  
Houston, TX 77098  
Tel: (713) 664-4555  

*Plaintiffs' Co-Lead Counsel*

Rosemarie R. Bogdan  
Email: Rosemarie.bogdan@1800law1010.com  
MARTIN, HARDING & MAZZOTTI  
1 Wall Street  
Albany, NY 12205  
Tel: (518) 862-1200  

Mark J. Dearman, FBN 0982407  
Email: mdearman@rgrdlaw.com  
ROBBINS GELLER RUDMAN & DOWD  
120 East Palmetto Park Road, Suite 500  
Boca Raton, FL 33432  
Tel: (561) 750-3000  

Elizabeth A. Fegan  
Email: beth@feganscott.com  
FEGAN SCOTT, LLC  
1456 Sycamore Rd.  
Yorkville, IL 60560  
Tel: (312) 741-1019  

Marlene J. Goldenberg  
Email: mjgoldenberg@goldenberglaw.com  
GOLDENBERG LAW, PLLC  
800 LaSalle Avenue, Suite 2150  
Minneapolis, MN  55402  
Tel: (855) 333-4662

Ashley Keller
Email: ack@kellerpostman.com
KELLER | POSTMAN
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (312) 741-5222

Frederick S. Longer
Email: flonger@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

Roopal P. Luhana
Email: luhana@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Francisco R. Maderal, FBN 0041481
Email: frank@maderalbyrne.com
MADERAL BYRNE PLLC
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 520-5690

Ricardo M. Martinez-Cid, FBN 383988
Email: RMartinez-Cid@Podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Lauren S. Miller
Email: laurenm@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1914 4th Avenue North
Suite 320
Birmingham, AL 35203
Tel: (205) 533-4175

Melanie H. Muhlstock
Email: mmuhlstock@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4629

Daniel A. Nigh, FBN 30905
Email: dnigh@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (888) 435-7001

Carmen S. Scott
Email: cscott@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9160

Mikal C. Watts
Email: mcwatts@wattsguerra.com
WATTS GUERRA LLP
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
Tel: (800) 294-0055

Sarah N. Westcot, FBN 1018272
Email: swestcot@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Tel: (305) 330-5512

Conlee S. Whiteley
Email: c.whiteley@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Frank Woodson
Email: Frank.Woodson@BeasleyAllen.com
BEASLEY ALLEN LAW FIRM
234 Commerce St
Montgomery, AL 36103
Tel: (334) 269-2343

Steven B. Rotman
Email: srotman@housfeld.com
HAUSFELD, LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 207-0602

Paige Boldt
Email: pboldt@wattsguerra.com
WATTS GUERRA LLP
1815 Windsong Circle
Keller, TX 76248
Tel: (210) 447-1534

Je Yon Jung
Email: JJung@maylightfootlaw.com
MAY JUNG, LLP
1100 W. Town & Country Road
Suite 1250
Tel: (818) 869-6476

Adam W. Krause
Email: adam@krauseandkinsman.com
KRAUSE AND KINSMAN, LLC
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 760-2700

Nicola Larmond-Harvey, FBN 0105312
Email: nicola@saunderslawyers.com
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North, Suite 200
Pinellas Park, FL 33781
Tel: (727) 579-4500

Bradford B. Lear
Email: Lear@learwerts.com
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65203
Tel: (573) 875-1992

*Plaintiffs' Steering Committee*

Brooke Achua
Email: brooke@feganscott.com
FEGAN SCOTT, LLC
1456 Sycamore Rd., 46th Floor
Yorkville, IL 60560
Tel: (646) 502-7910

Harrison M. Biggs
Email: hbiggs@yourlawayer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 723-4633

Lea P. Bucciero
Email: lbucciero@podhurst.com
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 3200
Miami, FL 33130
Tel: (305) 358-2800

Alexander C. Cohen
Email: acohen@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Marlo E. Fisher
Email: marlo@pulaskilawfirm.com
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555

Kendra Goldhirsch
Email: goldhirsch@chaffinluhana.com
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Tel: (888) 480-1123

Noah Heinz
Email: noah.heinz@kellerpostman.com
KELLER | POSTMAN
1100 Vermont Avenue NW, Floor 12
Washington, DC 20005
Tel: (202) 918-1841

Catelyn McDonough
Email: cmcdonough@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 735-1130

Caroline G. McGlamry
Email: carolinemcglamry@pmkm.com
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

Madeline Pendley
Email: mpendley@levinlaw.com
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7003

Laura K. Stemkowski
Email: lstemkowski@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9165

Daniel E. Tropin
Email: tropin@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: (954) 990-2216

*Plaintiffs' Leadership Development Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Robert C. Gilbert*
Robert C. Gilbert