UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)      MDL NO. 2924
PRODUCTS LIABILITY      20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### JOINT NOTICE OF FILING AMENDED LIST OF NON-DESIGNATED CANCER CASES

Pursuant to Pretrial Order # 81, Plaintiffs and Brand Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, GlaxoSmithKline LLC, GlaxoSmithKline (America) Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Chattem, Inc., and Pfizer Inc. hereby file this amended list of Non-Designated Cancer Cases,[1] attached hereto as Appendix A.

Dated: March 9, 2023      Respectfully submitted,

By: */s/ Tracy A. Finken*
    Tracy A. Finken
    ANAPOL WEISS
    One Logan Square
    130 North 18th Street, Suite 1600
    Philadelphia, PA 19103
    Tel: (215) 735-1130

    tfinken@anapolweiss.com

By: */s/ Robert C. Gilbert*
    Robert C. Gilbert, FBN 561861
    KOPELOWITZ OSTROW

By: */s/ Andrew T. Bayman*
    Andrew T. Bayman
    KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309-3521
    Tel: (404) 572-4600
    Fax: (404) 572-5100
    abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim USA Corporation*

By: */s/ Mark Cheffo*
    Mark S. Cheffo

---

[1] The following cases were previously included on this list in error and have therefore been removed in the attached amended list of pending non-designated cancer cases in the MDL: (1) *Burton v. GlaxoSmithKline, et al.*, 9:22-cv-81219; and (2) *Thomas, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, 1:20-cv-23341.

1

| | |
|---|---|
| FERGUSON WEISELBERG GILBERT<br>2800 Ponce de Leon Boulevard<br>Suite 1100<br>Coral Gables, FL 33134<br>Tel: (305) 384-7270<br>gilbert@kolawyers.com | DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>mark.cheffo@dechert.com<br><br>*Attorneys for Defendant GlaxoSmithKline LLC and GlaxoSmithKline (America) Inc.* |
| By: */s/ Michael L. McGlamry*<br>Michael L. McGlamry<br>POPE McGLAMRY, P.C.<br>3391 Peachtree Road NE, Suite 300<br>Atlanta, GA 30326<br>Tel: (404) 523-7706<br>efile@pmkm.com | By: */s/ Joseph G. Petrosinelli*<br>Joseph G. Petrosinelli<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Ave, S.W.<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>jpetrosinelli@wc.com<br><br>*Counsel for Defendant Pfizer Inc.* |
| By: */s/ Adam Pulaski*<br>Adam Pulaski<br>PULASKI KHERKHER, PLLC<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>Tel: (713) 664-4555<br>Email: adam@pulaskilawfirm.com<br><br>*Plaintiffs' Co-Lead Counsel* | By: */s/ Anand Agneshwar*<br>Anand Agneshwar<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street New York, NY 10019<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>anand.agneshwar@arnoldporter.com<br><br>*Attorneys for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2023, I electronically filed the foregoing **JOINT NOTICE OF FILING AMENDED LIST OF NON-DESIGNATED CANCER CASES** through the CM/ECF system, which will provide automatic notification to all CM/ECF participants.

*/s/ Andrew T. Bayman*
Andrew T. Bayman