**Pending Non-Designated Cancer Cases in MDL**[1]

| Case Caption |
| --- |
| ABUKHDEIR v. Pfizer, Inc., et al., 9:21-cv-81649 |
| ABULAWY et al v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al., 9:20-cv-81011 |
| Agosto Santana v. GlaxoSmithKline LLC et al; 9:21-cv-82331 |
| Aguillard et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81188 |
| Akers v. Pfizer, Inc., et al., 9:21-cv-81160 |
| Alderman v. GlaxoSmithKline LLC et al; 9:21-cv-82462 |
| Allan v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81469 |
| Allen v. Boehringer Ingelheim Pharmaceuticals, Inc et al., 9:20-cv-80559 |
| Allison v. Pfizer Inc., et al., 9:21-cv-81693 |
| Aloisio et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81722 |
| Anderocci v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80318 |
| Anderson v. Boehringer Ingelheim Corporation. et al., 9:21-cv-81938 |
| Anderson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80404 |
| Andrews v. Boehringer Ingelheim Corporation et al., 9:21-cv-81891 |
| Andrews v. Boehringer Ingelheim Corporation et al., 9:21-cv-81892 |
| Andrzejewski v. GlaxoSmithKline LLC et al; 9:21-cv-82475 |
| Armbrester v. Boehringer Ingelheim USA Corp et al, 9:21-cv-81914 |
| Armstrong v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80534 |
| ARMSTRONG v. Pfizer, Inc., et al., 9:21-cv-81652 |
| Audra Galang v. Sanofi S.A. et al., 9:21-cv-81175 |
| Bailey et al v. GlaxoSmithKline et al; 9:22-cv-81685 |
| Ballew v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80482 |
| Bartley v. Boehringer Ingelheim Corporation et al., 9:21-cv-81159 |
| Base v. GlaxoSmithKline LLC, et al., 9:21-cv-80163 |

---

[1] The following "Hybrid Plaintiffs" (as defined in PTO # 81 at 1 n.3) neither provided cancer diagnosis dates in their Short-Form Complaints nor appear to have submitted Census Plus Forms to LMI to become part of the Zantac Registry: (1) Joseph Bateman (*Bateman v. Pfizer, Inc., et al*., 9:22-cv-80755-RLR); (2) Jessica Huber (*Huber v. GlaxoSmithKline, et al*., 9:22-cv-80995); (3) Sara Leigh (*Leigh v. Zantac (Ranitidine) Products Liability Litigation*, 9:21-cv-80973); (4) Víctor D. Pérez Vázquez (*Roig Cardenales, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al*., 9:21-cv-80594); (5) Carisa Taylor, individually and on behalf of decedent Cynthia Crissman (*Good, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al*., 9:20-cv-81839); (6) Marissa Roesslar (*Roesslar v. GlaxosSmithKline Inc., et al*., 9:20-cv-80371-RLR); (7) Annie Day (*Day v. Pfizer Inc., et al*., 9:20-cv-80442); (8) Paul Werner (*Werner v. Boehringer Ingelheim Pharmaceuticals, Inc., et al*., 9:20-cv-81147); (9) Katina Babineaux (*Babineaux v. Sanofi SA, et al*., 9:20-cv-81535); (10) Hargis White, individually and on behalf of the estate of Kimberly White (*White v. GlaxoSmithKline, LLC, et al*., 9:20-cv-81832); and (11) Christina Wilson (*Mattingly, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al*., 9:20-cv-81832-RLR). Thus, it is presently not clear what their primary cancers are and therefore whether they would be appropriately included on this list of Non-Designated Cancer cases required by PTO # 81. The parties will update the Court prior to April 12, 2023 if they become aware that any of the above-referenced 11 Plaintiffs belong on the Court's list of pending Non-Designated Cancer cases pursuant to PTO # 81.

| |
|---|
| Bazan v. Sanofi-Aventis U.S. LLC et al., 9:20-cv-80310 |
| Bazelais et al v. Amerisource Bergen Corporation et al., 9:21-cv-80495 |
| Beasaw v. Boehringer Ingelheim USA Corp. et al., 9:20-cv-82254 |
| Bell v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80354 |
| Bellinger et al v. Sanofi US Services Inc. et al., 9:20-cv-80689 |
| Berfect v. Boehringer Ingelheim Corporation et al., 9:21-cv-80778 |
| Berfect-Culler v. Boehringer Ingelheim Corporation et al., 9:21-cv-80827 |
| Bickel v. Boehringer Ingelheim Pharmaceuticals, Inc. et al; 9:21-cv-82337 |
| Bloem v. Boehringer Ingelheim et al., 9:21-cv-81483 |
| Bobbitt v. Sanofi-Aventis U.S. LLC, et al., 9:22-cv-80149 |
| Bonney v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80321 |
| Bourgeois v. Boehringer Ingelheim USA Corp. et al., 9:20-cv-82251 |
| Breaud et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80637 |
| Brege v. GlaxoSmithKline LLC et al., 9:21-cv-82343 |
| Brock v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80478 |
| Brooks v. Boehringer Ingelham Pharmaceuticals, Inc. et al., 9:20-cv-80206 |
| Brown v. Boehringer Ingelheim Corporation et al; 9:22-cv-80474 |
| Brown v. Boehringer Ingelheim Pharmaceuticals, Inc. et al; 9:22-cv-80404 |
| Brown v. Boehringer Ingelheim Pharms., Inc., et al., 9:21-cv-80062 |
| Brown v. Pfizer Inc., et al., 9:20-cv-82334 |
| Brown v. Sanofi S.A., et al., 9:20-cv-81816 |
| Browning v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80271 |
| Bryant v. Glenmark Pharmaceuticals, Inc. et al., 9:20-cv-81613 |
| Buda v. Glaxo Smith Kline, LLC et al; 9:21-cv-82352 |
| Burd v. Sanofi US Services, Inc., et al., 9:21-cv-81658 |
| Burgos Rivera v. GlaxoSmithKline LLC et al., 9:21-cv-82083 |
| Burke v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81984 |
| Burnsworth v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81946 |
| Bywater v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82170 |
| Cadena v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82169 |
| Calloway v. Sanofi US Services Inc. et al., 9:20-cv-80686 |
| Camden v. Boehringer Ingelham Pharmaceuticals, Inc. et al., 9:20-cv-81521 |
| Campbell v. GlaxoSmithKline (America) Inc., et al., 9:20-cv-82419 |
| Cancel v. GlaxoSmithKline LLC et al; 9:21-cv-82374 |
| Carpenter v. GlaxoSmithKline (America) Inc., et al., 9:21-cv-80154 |
| Carr et al v. Boehringer Ingelahm Pharmaceuticals, Inc., et al., 9:21-cv-81547 |
| Carrell et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80570 |
| Carrico, Jr. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80496 |
| Carroll v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80379 |

| |
|---|
| Carroll v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80462 |
| Casalina v. Boehringer Ingelheim Corporation et al., 9:21-cv-81673 |
| CHAFIN v. GLAXOSMITHKLINE LLC et al; 9:21-cv-82350 |
| Chandler v. Boehringer Ingelheim Pharmaceuticals Inc., et al., 9:20-cv-81886 |
| Chandler v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80386 |
| Chandler v. Sanofi US Services Inc., et al., 9:20-cv-81865 |
| Chapa v. Boehringer Ingelheim Pharmaceuticals, Inc et al., 9:20-cv-80585 |
| Chapman vs. Pfizer, Inc., et al., 9:20-cv-82206 |
| Charlene Simmons v. GlaxoSmithKline LLC et al., 9:21-cv-81539 |
| Chaucer v. Boehringer Ingelahm Pharmaceuticals, Inc., et al., 9:21-cv-81018 |
| CIANCI et al v. BOEHRINGER INGELHEIM PHARMACEUTICALS, Inc., et al., 9:22-cv-81924 |
| Cimo v. GlaxoSmithKline LLC et al; 9:21-cv-82433 |
| Clark v. Methapharm, Inc., et al., 1:20-cv-23779 |
| Clarke v. GlaxoSmithKline LLC, et al., 9:20-cv-82361 |
| Clifford IV v. GlaxoSmithKline LLC et al; 9:21-cv-82474 |
| Cohen et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81753 |
| Collazo-Mato v. GlaxoSmithKline LLC et al., 9:21-cv-80726 |
| Collier v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:21-cv-80551 |
| Collins v. Boehringer Ingelheim et al., 9:22-cv-81118 |
| Cook v. GlaxoSmithKline LLC et al; 9:21-cv-82353 |
| Cooper et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81130 |
| COPELAND v. Pfizer, Inc., et al., 9:21-cv-81662 |
| Corbin v. Sanofi S.A. et al., 9:20-cv-81551 |
| Corey et al v. Boehringer Ingelheim Pharmaceuticals, Inc et al; 9:22-cv-80829 |
| Cosner v. Sanofi-Aventis, Inc., 9:21-cv-80504 |
| Cowden et al. v. Boehringer Ingelheim Pharmaceuticals Incorporated et al., 9:21-cv-82103 |
| Cox v. GlaxoSmithKline LLC et al; 9:21-cv-82492 |
| Creales v. AmerisourceBergen Corporation et al., 9:21-cv-81079 |
| Crockem v. Pfizer Inc., et al., 9:21-cv-80770 |
| Daly v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80703 |
| Daugherty v. Boehringer Ingelham Pharmaceuticals, Inc. et al., 9:20-cv-81518 |
| Davis v. Glaxosmithkline PLC. et al., 2:20-cv-14177 |
| Davis v. Pfizer Inc., et al., 9:21-cv-81644 |
| Dawkins v. Sanofi S.A., et al., 9:20-cv-81785 |
| De Jesus-Pagan et al v. GlaxoSmithKline LLC et al., 9:21-cv-81641 |
| De Jongh v. Boehringer Ingelheim International GMBH et al., 9:21-cv-80697 |
| De Leon v. Pfizer, Inc., et al., 9:21-cv-81664 |
| Deaton v. Sanofi US Services Inc., et al., 9:20-cv-81933 |
| Deloche v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80441 |

| |
|---|
| Demetros v. Boehringer Ingelheim Pharms., Inc., 9:20-cv-82324 |
| DESJARDINS v. Pfizer Inc., et al., 9:21-cv-81695 |
| DiCaprio et al v. AmerisourceBergen Services Corporation et al., 9:21-cv-80579 |
| Dougherty v. Pfizer, Inc., et al., 9:21-cv-81666 |
| Drumm v. Boehringer Ingelheim Pharmaceuticals, Inc. et al; 9:21-cv-82557 |
| Dugas v. Boehringer Ingelheim Corporation et al., 9:21-cv-81188 |
| Dupre v. Boehringer Ingelheim Corporation et al., 9:21-cv-81068 |
| Durr v. Sanofi S.A., et al., 9:20-cv-81794 |
| DWIGHT v. Pfizer Inc., et al., 9:21-cv-81701 |
| Eaton v. Boehringer Ingelheim Pharmaceuticals, Inc et al., 0:20-cv-61853 |
| Edwards v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81867 |
| Edwards v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80493 |
| Elberhardt v. Boehringer Ingelheim USA Corp. et al., 9:20-cv-82257 |
| Elliott v. Boehringer Ingelheim Pharmaceuticals Inc., et al., 9:21-cv-80536 |
| Estate of Chandrakala Singh v. GlaxoSmithKline LLC et al., 9:21-cv-81088 |
| Estate of Denis Crough v. Boehhringer Ingleheim Pharmaceuticals Inc., et al., 9:22-cv-81774 |
| Evans et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81669 |
| Evans v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80530 |
| Ferrer v. GlaxoSmithKline LLC et al., 9:21-cv-80704 |
| Figueroa v. GlaxoSmithKline LLC et al., 9:21-cv-80508 |
| Finkel v. Boehringer Ingelheim Corporation et al., 9:21-cv-81661 |
| Fischgrabe v. Pfizer, Inc., et al., 9:21-cv-81667 |
| Fontenot v. Boehringer Ingelheim Pharmaceuticals Inc., et al., 9:21-cv-80547 |
| Forbes v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82434 |
| Forester v. Pfizer, Inc., et al., 9:21-cv-81670 |
| Forrest v. GlaxoSmithKline (America) Inc., et al., 9:20-cv-82292 |
| Foster Redman v. Boehringer Ingelheim, Inc., et al., 9:20-cv-81999 |
| Frazier v. Boehringer Ingelheim USA Corp., et al., 9:21-cv-80261 |
| Frederick v. Boehringer Ingelheim USA Corporation et al., 9:20-cv-82323 |
| Fulton v. Sanofi S.A., et al., 9:20-cv-81797 |
| Ganucheau v. Boehringer Ingelheim Corporation et al., 9:21-cv-81021 |
| GARRETT et al v. BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al., 9:20-cv-80969 |
| Garrett v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81439 |
| Gary v. Boehringer Ingelheim Corporation et al., 9:21-cv-81020 |
| Gay v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80121 |
| Gehrke et al v. Boehringer Ingelheim et al., 9:21-cv-80980 |
| Gering v. Pfizer Inc., et al., 9:21-cv-80293 |
| Gerken v. Glaxo Smith Klein, 9:21-cv-81252 |

| |
|---|
| Gibson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82303 |
| Gibson v. Pfizer,Inc., et al., 9:21-cv-81672 |
| Gibson, et al. v. Pfizer, Inc., et al., 9:21-cv-80056 |
| Givens v. Pfizer Inc., et al., 9:20-cv-82360 |
| Granger v. Pfizer Inc., et al., 9:21-cv-80298 |
| Gray v. Pfizer Inc., et al., 9:21-cv-80186 |
| Gray v. Pfizer, Inc., et al., 9:21-cv-81676 |
| Greco v. Boehringer Ingelheim (BI) et al., 9:21-cv-80258 |
| Green v. Pfizer, Inc., et al., 9:21-cv-81680 |
| Greene v. Boehringer Ingelheim Corporation et al., 9:21-cv-81185 |
| Greenie Anthony Weaver v. Sanofi-Aventis U.S. LLC et al., 9:22-cv-81636 |
| Griggs, et al. v. Amneal Pharmaceuticals of New York, LLC, et al., 9:21-cv-80153 |
| Gruelle v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80465 |
| Hacker v. Pfizer, Inc., et al., 9:20-cv-82390 |
| Hale v. Pfizer Inc., et al., 9:20-cv-82193 |
| Hale v. Sanofi S.A., et al., 9:20-cv-81813 |
| Hallak-Oberhauser et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81415 |
| Hamilton v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80239 |
| Harrell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-82174 |
| Harris v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80509 |
| Harrison v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-81679 |
| Hartman v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-82109 |
| Hartman v. Pfizer, Inc., et al., 9:21-cv-81683 |
| Haubert v. Sanofi S.A. et al., 9:20-cv-82280 |
| Hauck v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80643 |
| Herforth v. GlaxoSmithKline LLC et al; 9:21-cv-82483 |
| HERNANDEZ v. Pfizer Inc., et al., 9:21-cv-81699 |
| Hernandez-Alejandro v. GlaxoSmithKline LLC et al., 9:21-cv-81086 |
| Hightower vs. Pfizer, Inc., et al., 9:20-cv-82214 |
| Hoffman v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80292 |
| Hoffman v. Boehringer Ingelheim USA Corporation et al., 9:21-cv-80281 |
| Hogan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81986 |
| Hogbin v. GlaxoSmithKline LLC et al; 9:21-cv-82470 |
| Honore, Jr. v. Boehringer Ingelheim Corporation et al., 9:21-cv-80782 |
| Hopkins et al. v. Boehringer Ingelheim (BI) et al., 1:21-cv-23653 |
| Howard v. Sanofi US Services, Inc. et al., 9:20-cv-81645 |
| Howell v. Sanofi-Aventis US LLC, 9:21-cv-80101 |
| Hurley v. Pfizer, Inc., et al., 9:21-cv-81685 |
| Husain v. Pfizer Inc., et al., 9:21-cv-80136 |

| |
|---|
| IANNONE v. GlaxoSmithKline LLC et al; 9:21-cv-82368 |
| Jacquet v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80324 |
| James v. Boehringer Ingelheim Corporation et al., 9:21-cv-80785 |
| Jimenez Soto v. GlaxoSmithKline LLC et al., 9:21-cv-81642 |
| Johnson v. Boehringer Ingelheim Corporation et al., 9:21-cv-80786 |
| Johnson v. Boehringer Ingelheim Corporation et al., 9:21-cv-81042 |
| Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80339 |
| Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:22-cv-81168 |
| Johnson v. Sanofi S.A. et al., 9:21-cv-81607 |
| Jones v. Boehringer Ingelheim et al., 9:21-cv-81412 |
| Jones v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81636 |
| Jones v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82172 |
| Joplin v. GlaxoSmithKline LLC et al; 9:21-cv-82473 |
| Jorge Luis Jimenez v. GlaxoSmithKline LLC et al., 9:21-cv-81087 |
| Joyner v. GlaxoSmithKline LLC et al; 9:21-cv-82480 |
| Kallberg et al v. Amneal Pharmaceuticals LLC et al., 9:20-cv-81426 |
| Kearney v. Amneal Pharmaceuticals of New York, LLC, et al., 9:21-cv-80231 |
| Keeler et al v. Pfizer Inc., et al., 9:21-cv-80479 |
| Kelly v. GlaxoSmithKline LLC et al; 9:21-cv-82443 |
| Kelly v. Sanofi SA et al., 9:21-cv-81796 |
| Kinchen v. Boehringer Ingelheim Corporation et al., 9:21-cv-81187 |
| Kirby v. Sanofi US Services, Inc., et al., 9:21-cv-81687 |
| Kotcherov v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:22-cv-80047 |
| Krebsbach v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80317 |
| Kunau v. Pfizer, Inc., et al., 9:21-cv-81689 |
| Kushner v. Boehringer Ingelheim Corporation et al., 9:21-cv-81335 |
| Lange v. GlaxoSmithKline LLC et al; 9:21-cv-82342 |
| Larkin v. Boehringer Ingelheim et al., 9:21-cv-81329 |
| Layton v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81128 |
| Leblanc v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81949 |
| Leonard v. Boehringer Ingelheim Corporation et al., 9:21-cv-80789 |
| Leonard v. Boehringer Ingelheim Corporation et al., 9:21-cv-81745 |
| Levy v. Boehringer Ingelheim Pharmaceuticals, Inc. et al; 9:22-cv-80843 |
| LEVY v. GlaxoSmithKline LLC et al; 9:21-cv-82357 |
| Lightfoot v. Boehringer Ingelheim USA Corporation, et al., 9:20-cv-82378 |
| Lindsly v. Boehringer Ingelheim Pharmaceuticals, Inc, et al., 9:21-cv-80351 |
| Linker v. Zydus Pharmaceuticals U.S.A., Inc., et al., 9:20-cv-81760 |
| Logemann et al v. Boehringer Ingelheim Corporation et al; 1:22-cv-22004 |
| Lopez v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80289 |

| |
|---|
| Lott v. Boehringer Ingelheim et al., 9:21-cv-81288 |
| Loubriel v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80341 |
| Loveday v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80491 |
| Machette v Boehringer Ingelahm Pharmaceuticals, Inc., et al., 9:20-cv-81923 |
| Mann Jr. v. Sanofi SA et al., 9:21-cv-81643 |
| Manno v. Pfizer, Inc., et al., 9:21-cv-81691 |
| Marcano v. GlaxoSmithKline, et al., 9:20-cv-81951 |
| Marti v. Boehringer Ingelheim Corporation et al.,, 9:21-cv-81746 |
| Martinez v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81926 |
| Massey v. GlaxoSmithKline LLC et al; 9:21-cv-82382 |
| Maxwell v. Sanofi S.A., et al., 9:20-cv-81787 |
| McAnally v. Sanofi-Aventis U.S. LLC et al., 9:20-80251 |
| McBride v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82436 |
| MCCARTY v. Zantac (Ranitidine) Products Liability Litigation, 9:21-cv-81722 |
| McClanahan v. Entities, Corporations, and Partnerships, 9:20-cv-81440 |
| McClymonds v. Sanofi US Services Inc., et al., 9:21-cv-81595 |
| McColllum v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81991 |
| McCreary v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81780 |
| McDonald v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80120 |
| McKinney v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80573 |
| McKnight v. Boehringer Ingelheim Corporation et al., 9:21-cv-80836 |
| McMahon v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81942 |
| McMullen v. GlaxoSmithKline LLC et al; 9:21-cv-82417 |
| Mendenall v. Wal-Mart et al., 9:20-cv-82173 |
| Miklo v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80463 |
| Miller v. Pfizer Inc., et al., 9:20-cv-82265 |
| Miller v. Pfizer Inc., et al., 9:21-cv-80265 |
| Millette v. Pfizer, Inc., et al., 9:21-cv-81694 |
| Minnick v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80098 |
| Mitchell v. Boehringer Ingelheim Corporation et al., 9:21-cv-81677 |
| Mitchell v. Boehringer Ingelheim et al., 9:21-cv-81296 |
| Mitzel v. Pfizer, Inc., et al., 9:21-cv-81696 |
| Moore v. Boehringer Ingelheim Corporation et al., 9:21-cv-81040 |
| Moore v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80539 |
| Moorer v. Glaxo Holdings Ltd., et al., 9:20-cv-81837 |
| Moores v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81442 |
| Morales Ramirez v. GlaxoSmithKline LLC et al., 21-cv-81640 |
| Morant v. Boehringer Ingelheim Corporation et al., 9:21-cv-81735 |
| Moreland v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80525 |

| |
|---|
| Morgan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81996' |
| Morris v. Sanofi S.A., et al., 9:20-cv-82196 |
| Moser v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81376 |
| Murden v. Boehringer Ingelheim USA Corp. et al., 9:20-cv-82245 |
| Murphy v. Boehringer Ingelheim Pharmaceuticals Inc., 9:21-cv-82047 |
| Musa v. Sanofi Services Inc. et al., 1:20-cv-23514 |
| Nash v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80415 |
| NATIONS v. Pfizer Inc., et al., 9:21-cv-81710 |
| NEIL MULCAHY v. BOEHRINGER INGELHEIM PHARMACEUTICALS, Inc., et al., 9:22-cv-81931 |
| Nore v. Glaxosmithkline LLC et al., 9:21-cv-80285 |
| Novick v. Pfizer, Inc., et al., 9:21-cv-80045 |
| Nunez v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81672 |
| Nunez v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80464 |
| O'Neal v. Pfizer Inc., et al., 9:21-cv-81654 |
| Osborne v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80405 |
| Padilla-Ortiz v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81444 |
| Pagniello v. Sanofi-Aventis U.S. LLC et al., 9:20-cv-80775 |
| Paisley v. GlaxoSmithKline LLC et al; 9:21-cv-82439 |
| Parlier, Jr. v. Boehringer Ingelheim Pharmaceutcals, Inc., et al., 9:21-cv-80092 |
| Parris v. GlaxoSmithKline et al; 9:22-cv-80701 |
| Pastorius v. Sanofi et al; 9:22-cv-80976 |
| Pearson v. Boehringer Ingelheim Corporation et al., 9:21-cv-81668 |
| Perez Febus v. GlaxoSmithKline LLC et al., 9:21-cv-81877 |
| Perez, Jr. v. Pfizer, Inc., et al., 9:21-cv-81700 |
| Perniciaro et al v. Boehringer Ingelheim Corporation et al., 9:21-cv-81035 |
| Peters et al v. Boehringer Ingelheim Corporation et al., 9:20-cv-82367 |
| Petito et al v. AmerisourceBergen Corporation et al, 9:21-cv-80817-RLR |
| Peyton v. Pfizer Inc., et al., 9:21-cv-80137 |
| Piacun et al v. Boehringer Ingelham Pharmaceuticals, Inc. et al., 9:20-cv-80930 |
| Pickney et al v. Boehringer Ingelham Pharmaceuticals, Inc. et al., 9:20-cv-80822 |
| Pinckney v. Boehringer Ingelheim Corp. et al; 9:22-cv-80894 |
| Piper v. Sanofi S.A. et al., 9:20-cv-81568 |
| Poindexter v. Pfizer Inc., et al., 9:21-cv-81886 |
| Polizzotto et al v. GlaxoSmithKline LLC et al; 9:21-cv-82341 |
| Pomeroy v. Boehringer Ingelheim Corporation, et al., 9:20-cv-82421 |
| Pond v Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80554 |
| Poole v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80505 |
| Porche v. Boehringer Ingelheim Corporation et al., 9:21-cv-81366 |

| |
|---|
| Potter v. SANOFI S.A et al., 9:21-cv-81611 |
| Quinones v. GlaxoSmithKline LLC et al; 9:21-cv-82458 |
| Rafael Jimenez de Leon et al. v. GlaxoSmithKline LLC et al., 9:21-cv-82171 |
| Ramirez v. Pfizer, Inc., et al., 9:21-cv-81702 |
| Ransom, III v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81658 |
| Rawlins v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80264 |
| Richards v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80470 |
| Rife-Beavers v. Boehringer Ingelheim Pharms., Inc., et al., 9:21-cv-80068 |
| Riley v. Boehringer Ingelheim U.S.A. Corporation et al., 9:20-cv-82304 |
| Rini v. Pfizer Inc., et al., 9:21-cv-80168 |
| Rino v. Pfizer Inc., et al., 9:21-cv-81688 |
| Rivera et al v. GlaxoSmithKline LLC et al., 9:21-cv-81226 |
| Rivera Rodriguez v. GlaxoSmithKline LLC et al., 9:21-cv-80671 |
| Robert Torres v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:22-cv-81474 |
| Robichaux v. Boehringer Ingelheim Corporation et al., 9:21-cv-81426 |
| Robinson v. Boehringer Ingelheim Pharmaceuticals, Inc et al; 9:21-cv-82465 |
| Rodriguez v. Sanofi US Services, Inc. et al., 9:20-cv-81641 |
| Rodriguez-Otero et al v. GlaxoSmithKline LLC et al., 9:21-cv-81736 |
| Rolen-Hanson, et al. v. Boehringer Ingelheim, et al., 9:20-cv-82403 |
| Roman Mateo v. GlaxoSmithKline LLC et al., 9:21-cv-81742 |
| Roman Padin et al v. GlaxoSmithKline LLC et al., 9:21-cv-82084 |
| Rotger v. GlaxoSmithKline LLC et al., 9:20-cv-82243 |
| Rowan et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-81900 |
| Royal v. Sanofi S.A., et al., 9:21-cv-80284 |
| Rusboldt et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80620 |
| Rush v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80268 |
| Russell v Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80507 |
| Sandell, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82425 |
| Santiago et al v. GlaxoSmithKline LLC et al., 9:21-cv-80705 |
| Sapp v. Pfizer, Inc. et al; 9:21-cv-82487 |
| Schiffres, et al. v. Boehringer Ingelheim Corporation, et al., 9:20-cv-82421 |
| Schouest v. Boehringer Ingelheim Corp. et al., 9:21-cv-81922 |
| SCHROER v. GlaxoSmithKline LLC et al; 9:21-cv-82365 |
| Schulman et al v. Boehringer Ingelheim Corporation et al., 9:21-cv-81016 |
| Schwartz et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 1:20-cv-24972 |
| Sciolaro v. Pfizer Inc et al; 9:21-cv-82488 |
| Seidita v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80473 |
| Seiler et al v. Boehringer Ingelheim et al., 9:21-cv-81411 |
| Sepulvado v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82186 |

| |
|---|
| Sevilla v. Pfizer, Inc., et al., 9:21-cv-81703 |
| Sharp v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81987 |
| Skrivan v. Boehringer Ingelheim USA Corp., et al., 9:21-cv-80096 |
| Smith v. Boehringer Ingelheim Corporation et al., 9:21-cv-80856 |
| Smith v. Boehringer Ingelheim Pharmaceuticals, et al., 9:20-cv-81799 |
| Smith v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82396 |
| Smith v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80140 |
| Smith v. Boehringer Ingelheim USA Corp. et al., 9:20-cv-82225 |
| Smith v. Pfizer, Inc., et al., 9:21-cv-80825 |
| Smith v. Sanofi-Aventis U.S., LLC et al., 9:22-cv-81311 |
| Snyder Morse v. Boehringer Ingelheim Pharmaceuticals, Inc. et al; 9:22-cv-80408 |
| Sonia Elena Belingeri-Bonilla v. GlaxoSmithKline LLC et al., 9:21-cv-81085 |
| SOO HYUNG LEE et al v. BOEHRINGER INGELHEIM PHARMACEUTICALS, Inc., et al., 9:22-cv-81927 |
| SOSEBEE v. Pfizer, Inc., et al., 9:21-cv-81707 |
| Soto v. Boehringer Ingelheim Pharmaceuticals Inc., et al., 9:21-cv-80794 |
| Spain v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82220 |
| Sparks v. Sanofi-Aventis U.S. LLC et al., 9:20-cv-80566 |
| Spektor v. Pfizer Inc., et al., 9:21-cv-81367 |
| Spence v. GlaxoSmithKline LLC, et al., 9:20-cv-82375 |
| Speranza v. Boehringer Ingelheim USA Corporation et al., 9:21-cv-81474 |
| Sprivey v. Boehringer Ingelheim Corporation et al., 9:21-cv-81182 |
| Stacey v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82072 |
| Stafford et al v. Sanofi US Services, Inc. et al., 9:20-cv-81648 |
| Stephens v. Zantac (Ranitidine) Products Liability Litigation, 9:21-cv-80747 |
| STEVE v. Pfizer, Inc., et al., 9:21-cv-81709 |
| Stewart v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80300 |
| STINSON v. Pfizer Inc., et al., 9:21-cv-81708 |
| Stone v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82026 |
| Stribling v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-82229 |
| Strong v. Boehringer Ingelheim Corporation et al., 9:20-cv-82370 |
| Sumler v. Boehringer Ingelheim Corporation et al., 9:21-cv-81037 |
| Summerall v. Pfizer Inc. et al; 9:21-cv-82490 |
| SWEETIN v. Pfizer Inc., et al., 9:21-cv-81706 |
| Talbert v. Boehringer Ingelheim Pharmaceuticals Inc., et al., 9:21-cv-81969 |
| Tally et al v. Sanofi et al., 9:21-cv-81613 |
| Taplin v. Boehringer Ingelheim Corporation et al., 9:21-cv-80831 |
| Taulbee v. Boehringer Ingelheim Pharmaceutical, Inc., et al., 9:21-cv-80128 |
| Taylor v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80132 |

| |
|---|
| Tezeno v. Sanofi S.A. et al., 9:20-cv-81475 |
| Tharpe v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81446 |
| The Estate of Betty J. Price v. Boehringer Ingelheim et al., 9:21-cv-81482 |
| Theofanopoulos v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81448 |
| Thomas et al v. Boehringer Ingelheim Corporation et al., 9:20-cv-82279 |
| THOMAS v. BOEHRINGER INGELHEIM PHARMACEUTICALS Inc., et al., 9:23-cv-80118 |
| Thomas v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82134 |
| Thomas v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82311 |
| Thompson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80327 |
| Thompson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-82146 |
| Tinner v. Boehringer Ingelheim et al., 9:22-cv-81079 |
| Townsend v. GlaxoSmithKline, LLC, et al., 9:21-cv-80246 |
| Tucker v. Sanofi S.A., et al., 9:20-cv-81777 |
| Turner v. Boehringer Ingelheim et al., 9:21-cv-81245 |
| Turner v. Sanofi SA et al., 9:21-cv-81754 |
| Upshaw v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80499 |
| Valdes et al v. Sanofi S.A. et al., 9:21-cv-81605 |
| Vandivere v. Boehringer Ingelheim Pharms., Inc., 9:21-cv-80043 |
| Van Valkenburgh v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80475 |
| Vega v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80349 |
| Vestal v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80276 |
| Vidrine v. Boehringer Ingelheim Corporation et al., 9:21-cv-80783 |
| Waddell et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-82325 |
| Wallace v. Sanofi-Aventis U.S. LLC et al., 9:20-cv-80522 |
| Waller v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82315 |
| Walters v. Boehringer Ingelheim USA Corp., et al., 9:21-cv-80031 |
| Ware v. Boehringer Ingelheim Corporation, et al., 9:20-cv-82404 |
| Webb v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80380 |
| Wells v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-81219 |
| Wells v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-80378 |
| Werb v. Pfizer Inc., et al., 9:21-cv-81841 |
| West v. Sanofi S.A., et al., 9:20-cv-81811 |
| Wester et al v. Sanofi et al., 9:21-cv-81614 |
| Wheatley, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-82428 |
| Wheeler v. Sanofi-Aventis U.S. LLC, et al., 9:21-cv-80237 |
| WHELAN v. GlaxoSmithKline LLC et al; 9:21-cv-82361 |
| Wilcox v. Boehringer Ingelheim Corporation et al., 9:21-cv-81751 |
| Wilcox v. GlaxoSmithKline LLC et al., 9:21-cv-81325 |
| WILKINSON v. Pfizer, Inc., et al., 9:21-cv-81712 |

| |
|---|
| Will v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-cv-80299 |
| WILLIAMS v. SANOFI CONSUMER HEALTHCARE et al., 9:21-cv-81633 |
| Williams v. Sanofi S.A., et al., 9:20-cv-81821 |
| Wilmot v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81971 |
| Wimberley et al v. Boehringer Ingelheim Corp. et al., 9:21-cv-80832 |
| Wisdom v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-cv-81970 |
| Wollman v. Boehringer Ingelheim et al., 9:21-cv-81289 |
| Worley v. GlaxoSmithKline et al., 9:21-cv-81624 |
| Wright v. Sanofi-Aventis US LLC et al; 9:22-cv-80152 |
| Yontz v. GlaxoSmithKline LLC et al; 9:21-cv-82360 |
| Young v. GlaxoSmithKline LLC et al., 9:21-cv-82285 |
| Young v. Pfizer et al., 9:20-cv-82330 |
| Yuhasz et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:21-cv-80611 |
| Yuinawa v. Sanofi-Aventis U.S. LLC et al., 9:21-cv-82162 |
| Zapata v. Boehringer Ingelheim Corporation et al., 9:21-cv-81036 |
| Zein E. Obagi v. Sanofi S.A. et al., 9:21-cv-80370 |
| Zeringue v. Boehringer Ingelheim Corporation et al., 9:21-cv-81151 |

**Non-Designated Cancer Plaintiffs Included on Pending Multi-Plaintiff Complaints**

| Case Caption | Plaintiff Name(s) |
|---|---|
| Bailey et al v. GlaxoSmithKline et al, 9:22-cv-81685 | Peter Bailey;<br>Arlene O'Brien;<br>Dale Wilkins;<br>Edward Chestnut, Jr;<br>Phyllis Harris;<br>Jordan Fox as Representative of the Estate of Robert Fox;<br>Alyisha Sutherland as Representative of the Estate of Linda Lara |
| Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-80382 | Kleen Gromelski |
| Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-80199 | George Cravens;<br>Kleen Gromelski |
| Good et al v. Boehringer Ingelheim Pharmaceuticals Inc et al, 9:20-cv-81839 | Cequira Gobert on behalf of A.T., T.T., and J.L., her minor children;<br>Barbara Adkins;<br>Sonnie Morgan;<br>Frank Sweeney;<br>Clarence Jones;<br>Kashundolyn Mcguffey;<br>Billie Marie Coleman;<br>Oral Franklin Link;<br>TJ Hoskins;<br>Kendall Woolridge;<br>Melinda Brown;<br>Cequira Gobert;<br>Dalisa Couvillon;<br>Daitchie Boyd;<br>Sharon Jones;<br>Donald Daigle;<br>Jacquelyn Sears-Wolfe;<br>Bryan Simms Sr;<br>Danna Cammon;<br>Harry Encalade;<br>Brenda Davis;<br>Brenda Motes;<br>Carolyn Dyer;<br>Walter Wheat;<br>Sharon McDonald;<br>Michael Marshall;<br>Christine Lewis; |

| | |
|---|---|
| | Dianne Powell;<br>Tiffany Hebert;<br>Davis Hotard;<br>Timothy Molbert;<br>Ricky Sillers;<br>Calvin Brown, on behalf of the estate of Christine Deville, deceased |
| Mattingly et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-81832 | Glen Hayes;<br>Rhonda Savley;<br>Antonio Davila;<br>Barry Fisher;<br>Alessandra Benitez;<br>Becky Boyd;<br>Michael Oney;<br>Judy Morse;<br>Debra Moore;<br>Betty Wise;<br>Richard Cornthwaite;<br>Robert Griffith;<br>Belisah Brasher;<br>Pearl Newman, Individually And On Behalf Of K.B., A Minor;<br>Sherry Fields;<br>William Graham;<br>Amie Longworth;<br>Donald Caudill;<br>Kathy Waid, Individually And On Behalf Of Corine Jones, Deceased;<br>James Hubble;<br>Annette Estes;<br>Pearl Newman;<br>Samuel Thomas;<br>Johnny Huguely;<br>Carter Hughes;<br>Jerry Crabbs;<br>Jackie Bryant;<br>Odell Young;<br>Carl Fletcher;<br>Kylie Granet;<br>Howard Gregory |

| | |
|---|---|
| Roberts et al v Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-81837 | Mello Lester on behalf of Thomas Lester deceased; Tabitha Blevins; Johnny Lee; Laketur Smith; Gerald McFarland; Tony Keplinger; Peter Meyers; Shannon Bruckner; Betty Ramsey; Meshs Eanes; Yolanda Wilcox; Selena Frame; Boyd Atkinson; Malena Browning; Heather Hewitt; John Gulledge; Gary Taylor; Benny Parker; Brenda Harris; Michell Summers on behalf of Franklin D. Summers; Seprenia A. Moorer on behalf of J. M., a minor; Donna Gray; Tim Mohan; Cassandra Holt; Beverly Bates; William Barton; Jerry Chaney; Pamela Burg; Guy Harris; Robert Grover; Donald Bennett |
| Robinson et al v. Zantac (Ranitidine) Products Liability Litigation; 9:22-cv-80955 | Stephanie Robinson, individually and as Personal Representative of the Estate of Jacqueline V. Shakir; Stephanie Robinson, individually and as Personal Representative of the Estate of Michelle Brown; Stephanie Robinson, individually and as Personal Representative of the Estate of Percy Mayeyo; Stephanie Robinson, individually and as Personal Representative of the Estate of Jerome Lee; Stephanie Robinson, individually and as Personal Representative of the Estate of Tonya Robinson |
| Roig Cardenales et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:21-cv-80594 | Ana Elena Roig Cardenales; Ana Martínez Vázquez; Ángel Tellado; Brenda Liz Martínez; Carmen Morgado Ortiz; |

|  | |
|---|---|
|  | Carmen Plaza;<br>Efraín Figueroa Báez;<br>Germán Delgado Lugo;<br>Gloria Torres Meléndez;<br>Iria Alvarado Collazo;<br>José Luis Matos González;<br>Lourdes Rivera González;<br>Lynda Colón López;<br>Miriam I Vélez Ocasio;<br>Nilda J Acosta Montalvo;<br>Wilfredo Casiano;<br>Yolanda Claudia;<br>Ana B Castro Rodríguez and María Castro Rodríguez, present this action on behalf of sisters and sole heirs of Esther R. Castro Rodríguez;<br>María de los Ángeles Vega Oliveras presents this action on behalf of his mother |

16

**Pending Non-Designated Cancer Plaintiffs Filed Directly on Master MDL Docket**

| Case Caption | Date Filed | Document Number of Complaint |
|---|---|---|
| Baldwin v. Boehringer Ingelheim Pharmaceuticals, Inc. et aI., 9:20-md-02924 | 9/12/2020 | DN 1749-1 |
| Brown v. Boehringer Ingelheim Pharmaceuticals Inc et al., 9:20-md-02924 | 1/28/2021 | DN 2669 |
| Dunn v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-md-02924 | 9/12/2020 | DN 1752-1 |
| Hasley v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:20-md-02924 | 9/12/2020 | DN 1753-1 |
| Johnson v. Boehringer Ingelheim Pharmaceuticals Inc. et al., 9:20-md-02924 | 9/13/2020 | DN 1754-1 |
| Sobolewski v. Pfizer Inc. et al., 9:20-md-02924 | 10/11/2021 | DN 4499 |
| Sowell v. Boehringer Ingelheim Pharmaceuticals Inc. et al., 9:20-md-02924 | 9/13/2020 | DN 1755-1 |
| Walker v. Boehringer Ingelheim Pharmaceuticals, Inc. et aI., 9:20-md-02924 | 9/12/2020 | DN 1750-1 |
| Woods et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 9:20-md-02924 | 9/29/2021 | DN 4423 |