UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| **Baker Jr., Michael** | **3:23-cv-10735** |
| **Batten Jr., Thurman (Deceased)** | **3:23-cv-10911** |
| **Bentel, Wayne** | **3:23-cv-11261** |
| **Bright, Robert** | **3:23-cv-10736** |
| **Burgess, Corrine** | **3:23-cv-10739** |
| **Cagle, Willie (Deceased)** | **3:23-cv-10754** |
| **Campbell, Ramona** | **3:23-cv-10755** |
| **Canady, Stewart** | **3:23-cv-10756** |
| **Carrasquillo, Daisy** | **3:23-cv-10761** |
| **Carroll, Matthew** | **3:23-cv-10765** |
| **Carter, Kimberly** | **3:23-cv-10766** |
| **Clifton, Jimmy** | **3:23-cv-11035** |
| **Collom, Michael** | **3:23-cv-10742** |
| **Conway, Robert** | **3:23-cv-10860** |
| **Daniel, Alfred** | **3:23-cv-11036** |
| **Daniels, Cecil** | **3:23-cv-11052** |
| **Dillon-Doyle, Barbara (Deceased)** | **3:23-cv-11487** |
| **Dixon, Freddie** | **3:23-cv-10834** |
| **Dynda, Carol** | **3:23-cv-10839** |
| **Elliott, Evie** | **3:23-cv-10823** |
| **Faviano, Vincent** | **3:23-cv-11026** |
| **Feichtinger, Dennis** | **3:23-cv-11030** |
| **Fialkowski, Eric (Deceased)** | **3:23-cv-11032** |
| **Fulton, Brett** | **3:23-cv-11386** |
| **Garrett, Cecila** | **3:23-cv-10719** |

| | |
|---|---|
| **Gibson, Eulater** | **3:23-cv-11441** |
| **Graves, Tracy** | **3:23-cv-10907** |
| **Gross-Gray, Amber** | **3:23-cv-10745** |
| **Hadid, Elias** | **3:23-cv-10749** |
| **Hagen, Darlene** | **3:23-cv-10750** |
| **Hanson, Stephen** | **3:23-cv-10852** |
| **Hill, Gary** | **3:23-cv-11171** |
| **Knox, Kathleen** | **3:23-cv-11123** |
| **Kokitus, Michael** | **3:23-cv-10720** |
| **Mizell, Tara** | **3:23-cv-11319** |
| **Moses, Verita** | **3:23-cv-10853** |
| **Mullings, Mae Frances** | **3:23-cv-10874** |
| **Parrott-Haire, Barbara (Deceased)** | **3:23-cv-11453** |
| **Ritter, Leonard** | **3:23-cv-10807** |
| **Robinson Jr., Howard** | **3:23-cv-10826** |
| **Rodriguez, John** | **3:23-cv-10919** |
| **Sanchez, Fernando** | **3:23-cv-10795** |
| **Smith, Debra** | **3:23-cv-10724** |
| **Snyder, Ronald** | **3:23-cv-10809** |
| **Stomp, Ernest** | **3:23-cv-10949** |
| **Strege, Roger** | **3:23-cv-10955** |
| **Sturgill, Jimmie** | **3:23-cv-11563** |
| **Trevino, Victor (Deceased)** | **3:23-cv-11617** |
| **Vinup, James (Deceased)** | **3:23-cv-11479** |
| **Williams, David (Deceased)** | **3:23-cv-11490** |
| **Williams, Stewart (Deceased)** | **3:23-cv-11513** |

## JOINT NOTICE OF APPEAL

Plaintiffs in each of the separate civil actions designated in the caption above, through undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the November 15, 2021 (1) final judgment under Rule 54(b) in favor of the Generic Defendants (DE 4664); and, if applicable, (2) final judgment under Rule 54(b) in favor of the Retailer, Pharmacy and Distributor Defendants (DE 4665).  Because the same orders and judgments ended the separate cases listed above, a joint notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

DATED: March 13, 2023                              Respectfully submitted,

                                                  Madeline Pendley
                                                  LEVIN PAPANTONIO RAFFERTY
                                                  BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
                                                  316 S. Baylen St. Suite 600
                                                  Pensacola, FL 32502
                                                  Tel: (850) 435-7003
                                                  mpendley@levinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Madeline Pendley*
Madeline Pendley