20md2924

March 7, 2023
Cc: GlaxoSmithKline
    Pfizer
    Sanofi-Aventis
    Chattern Boehringer Ingelheim
    Governor Ron DeSantis



FILED BY _RS_ D.C.

MAR 15 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Judge Robin Rosenberg

  My name is Robert Hawk Jr. and I am writing to you on behalf of my Father Robert Hawk. My Father died on November 3rd, 2020 at 1:37 AM. He died from late stage pancreatic cancer. He was on a drug called Zantac from 1998 which was prescribed by his Doctor. He stopped taking it after the drug was pulled after one of the ingredients was found to possibly cause cancer.

  Let me tell you a little about my Father. He came from a very abusive childhood at the hands of a very abusive Father. He joined the Army in 1964 at the age of 18. He was a sharpshooter and a cannoneer. He was Honorably Discharged in 1970. He worked overnights for a company called RollerBearing in Trenton NJ and part time at a liquor store during the day to support his family. We moved to Long Beach Island NJ and he did what he loved, fishing. Fishing was bonding time with my Dad. It is the fondest memory of my Dad. 25 years ago, my parents moved to Longs, South Carolina to enjoy their retirement, but unfortunately he passed at only 73. My Dad was a great man, a great husband, a great father and a great person.

  Four years ago my father started having back pain. At first it was mild, then over the next four years got worse, until it got excruciating. My Father couldn't walk, couldn't sleep, couldn't do things he loved. My Father was an avid golfer and fisherman, but could no longer do it because of the pain. He went to his primary doctor at first for the pain, and was told the pain was from a previous back surgery. Over the next 4 years the pain got worse,

with always the same explanation. Doctors would give him Tramadol for the pain, and in early 2020 they told him and my Mother that his pain was simply arthritis. They gave him a shot of Morphine which helped briefly. The last 2 weeks of his life were unbearable. He lost weight, he had no energy, nothing tastes right to him.  The morning before he passed, he was due to get a nerve test. My Mother noticed his eyes were yellow, his skin was yellow, he didn't look good. They went to the nerve test, and the Doctor said nothing about his look, ever after my Mother said something. When they got home, everything went south. My Father lost all of his energy, he could not walk, could not eat…then he went into cardiac arrest. My Mom performed CPR until paramedics got there. His heart stopped 9 times. When they did a scan at the hospital, my Mom was told he had late stage pancreatic cancer. He was put on life support at that time. I live in New Jersey, and that's when I got the call no one wanted to get. I was able to get a flight out later in the day, which was the only one I could get. I was able to talk to my Mom, who was obviously beside herself and the Doctor. I was asked by the Doctor that if his heart stopped again, do you want us to do life saving measures. It was our decision that they would be taken until I got there. After discussing all options with the doctors, we made the heartbreaking decision to take my Father off life support.

Pancreatic cancer does not run in our family, no one in our family tree has ever had it. We are not ones that make a knee jerk reaction. After my Father passed, we were aware of the zantac lawsuits. But I wanted to do my own research first. I found that first Tagamet, which became Zantac was promoted as  a 'wonder drug' for people suffering from Acid Reflux, heartburn and ulcers. The drug manufacturer pushed Doctors to prescribe it. And yes, the drug worked. It worked very well, to the point every doctor wanted to get their hands on it, even if it meant making 'back door cash deals' to get a hold of it. But then years later, something started to happen. Some people who used Zantac for years started to develop cancer. Then as the years went by, that number grew, and what happened? Nothing.

   I'm sure you heard of the Ford Pinto. One of the most dangerous cars ever designed. It had a tendency to explode and kill its occupants when hit

from behind. When Ford found out about this flaw, do you know what happened? Nothing. Ford found it was cheaper rolling the dice and settling lawsuits than fixing the problems. Eventually Ford recalled the car and fixed the problem because it was getting too expensive to pay lawsuits. Does this sound familiar? It Should. This is the exact same thing Zantac did. They knew that an ingredient in their drug could cause cancer, but they rolled the dice. Why? First they were making money hand over fist, and it was cheaper paying lawsuits than fixing the problem. Eventually the drug was pulled...not because they grew a conscience, but because the FDA ordered them to.

So why am I writing to you? First you know as well as I do, the FDA does not order a drug company to pull one of it's biggest money makers, unless it has evidence it causes an extreme side effect, in this case cancer. I don't care about money, I care about justice for my Father and those who have passed and are suffering from cancer caused by this drug. My Father will never get to see his grandchildren graduate College, he will never see them get married, he will never see another sunrise, and as for me, I will never play golf or fish with my Father again.

I studied law in college, and you learn the 'Ideals' or how things are supposed to be. But the reality is politics and law are intertwined, and not in a good way. Pharmaceutical companies are the biggest donors in politics. They pay the lobbyists, who influence politicians, who influence the judicial system and so on...that is the reality.

I read your ruling, and I agree and disagree with you. Yes, the chemical in question is in many things, but I need you to hear me out. The chemical in question, by itself may be benign, but what if you put that chemical with another chemical, like to make a drug? That interaction could change the way it behaves in the body...correct? And people who suffer heartburn or acid reflux are probably taking Zantac multiple times a day, most days of the week for years. Most people don't eat smoked meat multiple times a day, every day for years, do they? This is where we disagree. I strongly believe Zantac killed my father, and the justice system has failed him. But

you still have a chance to change things, let the strongest cases be heard, they deserve at least that

Thank you for your time

Robert Hawk Jr.
rjhawkjr@aol.com
732-239-0067

Patricia Hawk
rphawk2@sccoast.net
843-399-7302

HALO
229 STERN AVE
MANAHAWKIN N.J
08050



JUDGE ROBIN ROSENBERG
PAUL G. ROGERS FEDERAL BUILDING AND COURTHOUSE
701 CLEMATIS STREET
COURTROOM 2
WEST PALM BEACH, FLORIDA 33401