UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                 MDL NO 2924
PRODUCTS LIABILITY                                     20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

**THIS DOCUMENT RELATES TO:**
**Plaintiffs Kevin Base and James F. Cavacini, Sr.,** 9:21-cv-80163-RLR, with Amended Short Form Compliant filed June 18, 2021in 9:21-cv-80163-RLR**.**

## Notice, Pursuant to Pretrial Order # 81, of Non-Designated Cancer Plaintiffs' Intent to Not Pursue A Non-Designated Cancer Claim in this Case

Non-Designated Cancer Plaintiffs Kevin Base and James F. Cavacini, Sr. by undersigned counsel, in response to the Court's PRETRIAL ORDER # 81 (February 14, 2023, Document 6271), state their claim is based upon colon cancer suffered by Mr. Base, which is a Non-Designated Cancer in this case, that Mr. Base and Mr. Cavacini do not intend to pursue any claim based on colon cancer or any other claim in this case, and will not provide a general causation expert report.

**SALMON, RICCHEZZA, SINGER & TUCHI LLP**

BY: */s/WMMullineaux*
William Mark Mullineaux, Esquire
PA I.D. 40964
1601 Market St., Suite 2500
Philadelphia, PA 19103
Phone: (610) 291-3850
Fax: (215) 279-8267
Email: mmullineaux@srstlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I electronically filed the foregoing Notice of Non-Designated Cancer Plaintiffs' intent to Not Pursue A Non-Designated Cancer Claim in this Case with the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

**SALMON, RICCHEZZA, SINGER & TUCHI LLP**
BY: */s/WMMullineaux*
William Mark Mullineaux, Esquire, PA I.D. 40964
1601 Market St., Suite 2500
Philadelphia, PA 19103
Phone: (610) 291-3850
Fax: (215) 279-8267
Email: mmullineaux@srstlaw.com