UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                       MDL NO 2924
PRODUCTS LIABILITY                           20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**PRETRIAL ORDER # 82**
**Order on Individual Cases Naming Par Pharmaceutical, Inc. as a Defendant**

The Court enters the following Order based on a motion by Par Pharmaceutical, Inc. ("Par") for entry of a pretrial order ("PTO") regarding its bankruptcy filing. This Order applies to all cases pending in MDL No. 2924 and to all actions transferred to or directly filed in MDL No. 2924 after the date of this Order.

Par was amongst a group of debtors ("Debtors") that filed voluntary petitions for relief under title 11 of the United State Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on August 16, 2022 (the "Petition Date"). Pursuant to section 362(a) of the Bankruptcy Code, an automatic bankruptcy stay is in effect and has been since the Petition Date. Par filed a notice regarding the bankruptcy stay on the MDL docket on August 18, 2022. *See* DE 5948. This notice is deemed filed in all current and future cases filed in or transferred to this MDL that name Par as a defendant.[1]

Notwithstanding any prior PTO entered in this MDL, any Plaintiff who, on or after the Petition Date, filed (or in the future files) a lawsuit naming Par as a defendant in his or her operative

---

[1] Information regarding Par's Chapter 11 case and how to submit a bankruptcy claim is available free of charge via the website maintained by Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/Endo.

Short Form Complaint may file an amended Short Form Complaint dropping Par as a defendant. No change, other than the dropping of Par, may be made in an amended Short Form Complaint filed pursuant to this Pretrial Order, absent prior Court approval and compliance with the Court's other Pretrial Orders.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of March, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE