**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                           MDL NO. 2924
PRODUCTS LIABILITY                                    20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

<u>ORDER GRANTING MOTION FOR LEAVE AND DENYING MOTION FOR
APPOINTMENT OF COUNSEL AND MOTION FOR SEPARATION OF PRO SE
LITIGANT COMPLAINTS</u>

This matter comes before the Court upon pro se Plaintiff James Martin's ("Martin") Motion

for Leave to File Pro Se Motion [DE 6340].  Martin seeks leave to request in his Proposed Motion

that the Court (1) appoint counsel for Martin, and (2) separate his and other pro se cases from the

MDL and allow them to proceed individually. *Id.* The Court concludes that the Motion for Leave

should be granted and the Proposed Motion deemed filed, and that the Proposed Motion should be

denied.

First, a plaintiff in a civil case has no constitutional right to counsel. *Dean v. Barber*, 951

F.2d 1210, 1216 (11th Cir. 1992). Appointment of counsel is within the Court's broad discretion

and is justified only by exceptional circumstances, which Plaintiff has not met. *Id.* (citing *Poole v.

Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)); *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir.

1999). Accordingly, the Court finds that the appointment of counsel is unwarranted.

Second, separating pro se cases such as Martin's from the MDL would run contrary to the

MDL's purpose of centralizing thousands of cases for pretrial proceedings, and efficiently and

fairly adjudicating those cases. Martin essentially asks the Court to create a separate case

management track and special procedures just for pro se litigants; however, the case management

structure of this MDL focuses on the efficient adjudication of cross-cutting issues that

simultaneously affect numerous cases.  If the Court permitted pro se plaintiffs to sever their cases

from the MDL, the entire case management process and purpose of the MDL would be

undermined.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that:

1. Martin's Motion for Leave to File Pro Se Motion, [DE 6340], is **GRANTED** and the Proposed Motion, [DE 6340-1], is deemed filed.

2. Martin's Motion for Appointment of Counsel is **DENIED**.

3. Martin's Motion for Separation of Pro Se Litigant Complaints and Designation of Cancers is **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 31st day of March, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE