UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER DENYING MOTION FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM

This matter comes before the Court upon pro se Plaintiff Donna Miller's ("Plaintiff") Motion for Referral to Volunteer Attorney Program. DE 6418. The Court construes Plaintiff's Motion as a request for the appointment of counsel, which should be denied.

A plaintiff in a civil case has no constitutional right to counsel. *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Appointment of counsel is within the Court's broad discretion and is justified only by exceptional circumstances, which Plaintiff has not met. *Id.* (citing *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)); *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). Accordingly, the Court finds that the appointment of counsel is unwarranted.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [DE 6418], is **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 31st day of March, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE