UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Edward Dixon | 9:22-cv-80621 |
| Joseph Pickney; Hilda Pickney estate | 9:20-cv-80822 |
| Charles Williams; Wynelle Williams estate | 9:20-cv-80821 |
| Kevin Stone; Jacqueline Stone estate | 9:22-cv-80371 |
| Chyrel DeCoteau; Byron Renville estate | 3:23-cv-17472 |
| Bruce Bushey and Janet Richards | 3:23-cv-17589 |
| Suzann Wright | 3:23-cv-17608 |
| Kenneth Kaplan and Tamara Kaplan | 3:23-cv-17678 |
| Nathaniel Smith and Laurie Smith | 3:23-cv-17859 |
| Linda Andersen | 3:23-cv-17891 |
| Richard Shultz and Mary Shultz | 3:23-cv-18002 |
| Antoine Jamouss and Sandra Nabboud | 3:23-cv-18010 |
| Dean Patterson | 3:23-cv-18013 |
| John Link | 3:23-cv-18112 |
| Tyler Brown | 3:23-cv-18180 |
| Tyson Hoy; Archie Hoy estate | 3:23-cv-18330 |
| Donna Wetzel | 3:23-cv-18345 |
| Kirk Warner | 3:23-cv-18350 |
| Michael S. Brumit; Michael L. Brumit estate | 3:23-cv-18371 |
| Gary Garner | 3:23-cv-18379 |
| Dennis Rolfe | 3:23-cv-18404 |
| Kleolia Gay | 3:23-cv-18452 |
| Tammy Thompson; Henry Delk, Sr., estate | 3:23-cv-18622 |
| Darin Tillery | 3:23-cv-18633 |
| Tonya Cordle and William Cordle | 3:23-cv-18637 |
| Willie Suttle; Ynell Johnson estate | 3:23-cv-18752 |
| Darlene Harrell | 3:23-cv-18767 |
| William Stewart and Natalie Stewart | 3:23-cv-18777 |
| Phillip McElhaney | 3:23-cv-18798 |
| James R. Brown, Jr. | 3:23-cv-18807 |
| Connie Brown; Ricky Brown estate | 3:23-cv-18819 |
| Stanley Morris, Sr. | 3:23-cv-18824 |

## JOINT NOTICE OF APPEAL

Plaintiffs in each of the separate civil actions designated in the caption above, through the undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the November 15, 2021 (1) final judgement under Rule 54(b) in favor of the Generic Defendants (D.E. 4664); and/or (2) final judgement under Rule 54(b) in favor of the Retailer, Pharmacy, and Distributor Defendants (D.E. 4665). Because the same orders and judgements ended the separate cases listed above, a joint notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

Dated: April 10, 2023

Respectfully submitted,

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF electronic filings.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg