UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)           MDL NO. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER DENYING MOTION FOR INDICATIVE RULING IN GENERIC-ONLY CASES

This matter comes before the Court upon the Generic Manufacturer and Repackager Defendants' ("Generic Defendants") Motion for Indicative Ruling in Generic-Only Cases on Appeal. DE 6336. Plaintiffs filed a Response, [DE 6408], and the Generic Defendants filed a Reply. DE 6450. The Court has reviewed the Motion, Response, Reply, and the record, and concludes that the Motion should be denied.

The Motion asks the Court to expand its Indicative Ruling on the Retailer, Pharmacy, and Distributor Defendants' ("Retailer Defendants") Motion for Relief from Judgment, [DE 6310], to include the 18 Generic-Only[1] cases that are pending appeal. DE 6336 at 4. However, the Court's previous Indicative Ruling analyzed the entry of partial final judgments under Federal Rule of Civil Procedure 54(b) in cases that named Generic Defendants and at least one other category of Defendant. DE 6310 at 8-14. In particular, the Court concluded that, based on its analysis of whether Count VII was separable from the other counts and whether there was still no just reason for delay of final judgment, it would decline to certify a partial final judgment under Rule 54(b) if

---

[1] Generic-Only cases refer to the 18 cases referenced in the Motion in which a plaintiff named only a Generic Defendant, and for which the Court entered final judgment under Federal Rule of Civil Procedure 58. DE 4664.

the Eleventh Circuit returned jurisdiction. *Id.* The concerns relating to Rule 54(b) partial final judgment do not exist in the 18 Generic-Only cases, as the Court previously dismissed with prejudice all claims against the Generic Defendants in these cases and entered full final judgments under Federal Rule of Civil Procedure 58 in favor of the Generic Defendants. DE 3716; DE 3750; DE 4664. The Court sees no reason to vacate those final judgments.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Generic Defendants' Motion for an Indicative Ruling in Generic-Only Cases, [DE 6336], is **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 11th day of April, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE