IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                  MDL NO 2924
PRODUCTS LIABILITY                       20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

This Document Relates to:   9:21-cv-82162-RLR

## NOTICE OF NON-DESIGNATED CANCERS AND NOTICE OF INTENT TO PROVIDE GENERAL CAUSATION EXPERT

Pursuant to Pretrial Order #81, entered in connection with the above-referenced action, Plaintiff, Kazuyuki Yuinawa, intends to pursue a Non-Designated Cancer claim for Colorectal Cancer. Plaintiff certifies his intent to provide a general causation expert report regarding his Colorectal Cancer claim by June 12, 2023.

Dated: April 11, 2023

Respectfully submitted,

Law Offices of Stephen Ure, PC

By:
   /s/Stephen Ure
Stephen Ure
*Attorney for Kazuyuki Yuinawa*
Law Offices of Stephen Ure PC
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (619)235-5400

CERTIFICATE

I hereby certify that on April 11, 2023, I electronically filed the foregoing Notice of Non-Designated Cancer Plaintiff's Intent to Pursue a Non-Designated Cancer Claim and General Causation Expert with this Honorable Court using CM/ECF system, which will send notification of such filing to all parties that are CM/ECF participants in this action.

                                                              */s/Stephen Ure*
                                                              Stephen Ure, Esq.