UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　　　　MDL NO. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:　　　　　　　　　　　　9:22-CV-80952-RLR

STEPHEN SUMMERS
SARAH SUMMERS

## NOTICE OF NON-DESIGNATED CANCER AND
## INTENT TO PROVIDE GENERAL CAUSATION EXPERT REPORT(S)

　　　Pursuant to Pretrial Order #81, entered in connection with the above-referenced action, notice is hereby given that Plaintiffs, Stephen Summers and Sarah Summers intend to pursue a Non-Designated Cancer claim for Colorectal/Intestinal Cancer and certify their intent to provide general causation expert report(s) on the Non-Designated Cancer.

Dated: April 12, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Leah M. Michaelson-Link
　　　　　　　　　　　　　　　　　　　　Leah M. Michaelson-Link
　　　　　　　　　　　　　　　　　　　　Wisconsin State Bar No. 1049910
　　　　　　　　　　　　　　　　　　　　John J. Gelshenen, Jr.
　　　　　　　　　　　　　　　　　　　　Wisconsin State Bar No. 1022951
　　　　　　　　　　　　　　　　　　　　Davis & Gelshenen, LLP
　　　　　　　　　　　　　　　　　　　　735 N. Water Street, Suite 1437
　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53202
　　　　　　　　　　　　　　　　　　　　Ph. (414) 271-1000
　　　　　　　　　　　　　　　　　　　　Fax: (414) 272-8050
　　　　　　　　　　　　　　　　　　　　lmichaelson@dgattorneys.com
　　　　　　　　　　　　　　　　　　　　jgelshenen@dgattorneys.com

　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiffs, Stephen Summers and Sarah Summers**

CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2023, I electronically filed the foregoing document, Notice of Intent to Pursue a Non-Designated Cancer and Intent to Provide General Causation Expert Report(s), with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

      /s/ Leah M. Michaelson-Link
      Leah M. Michaelson-Link