UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

BRENT PARRIS,

    Plaintiff,

vs.

GLAXOSMITHKLINE, ET. AL.,

    Defendant(s)



Case No: 2020-MD-2924 (MDL-RLR)

---

Notice of Intent to Proceed With Non-Designated Cancer Claims

and

Notice of Intent to Offer Expert Opinion Testimony

---

Comes now, Brent Parris, the plaintiff, and hereby submits the following to this Honorable Court:

1. I am a *pro se* party representing myself in this case and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915.

2. On May 6, 2022, I filed a complaint in this Court advancing claims of product liability and injury against multiple pharmaceutical companies who manufactured and sold the drug Zantac and its ranitidine, its generic equivalent.

3. I took the drug Zantac and/or ranitidine daily for 14 years and developed cancer while taking the drug.

4. In support of my complaint, I attached over 100 pages of exhibits in the form of medical charts, records, prescription histories, and other documents as evidence of my claims.

5. I intend to proceed with these claims, some of which involve non-designated cancer claims (to-wit: bone cancer).

6. As part of the offer of proof in my case, I intend to rely on expert opinions, reports, and testimony.

7. A report summarizing said expert opinion and testimony will be submitted to the Court no later than June 12, 2023, per the Court's pre-trial Order #81.

Respectfully submitted on this 7th day of April, 2023.

Signature: *[signed]* Brent Parris
1618 Charlotte Ave
Anniston, AL 36207

Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion was served by U.S. Mail on this 7th day of April 2023 on all counsel or parties of record on the Service List below.

Signature: Brent Parris
Brent Parris
1618 Charlotte Ave
Anniston, AL 36207

Service List

GlaxoSmithKline
U.S. Headquarters
5 Crescent Drive
Philadelphia, PA 19112

GlaxoSmithKline
2929 Walnut Street
Suite 1700
Philadelphia, PA 19104

Sanofi-Aventis US LLC
U.S. Headquarters
Building D
55 Corporate Drive
Bridgewater, NJ 08807

Pfizer Inc.
U.S. Headquarters
235 East 42nd Street
NY, NY 10017

Boehringer Ingelheim
U.S. Headquarters
900 Ridgebury Road
Ridgefield, CT 06877