4-1-23

TO: U.S. District court
Southern District of Florida
400 N. Miami Ave
Miami, FL 33128-7716

20 MD 2924

Case #'s 6397, 6396, 6348, 6356, 6339 etc so on so
ferth

From: Rosemary Vasalech
17678 W. Country club Terrace
Surprise AZ 85387        623-231-5799

I can't understand er believe why a Judge@ would
let evidence in stating all RX/Zantuc/redltine should be
kept at 68°. You can't control Temp form a manufactur to
a van to a Distributer to a van to a pharmay and so ferth.

I can't understand why a Judge (s) would allow a
bankreptcy for the Defendants and not award damages
to people who are deceased el their families, or the ones
stil living on Earth who battle everday to Just stay
alive.

This Judgement call is 100% wrong. I went to my oncolgist
last week & here is a Quote "Yuer 62 living in a 110 year
old body because of this cancer"

(1)

If things don't change & manufactures of any Drug aren't hold accountable these lawsuits will continue.

I had no issues until I started on ranitine, yet you state it's not true. I can only hope you reconsider & Do the right thing for people who are suffering from these Drugs ( and dying). I hope your family and friends haven't been affected & your letting them down too.

I 100% Disagree with your findings, rulings & bankruptcy status on all said cases regarding the zantac / ranidine lawsuits.

Rose Vessell

②

Rose Vasalech
17078 W. Country Club Terrace
Surprise AZ 85387

PHOENIX AZ 852
3 APR 2023 PM 6 L

U.S. District Court
Southern District of Florida
400 N. Miami Ave
Miami, FL 33128-7716

Office of the clerk
Rm # 8N09

33128-771699