UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924 |
| | Civil Action No. 9:20-md-2924 |
| | JUDGE ROBIN L. ROSENBERG |

THIS DOCUMENT RELATES TO: ALL CASES

<u>NOTICE OF SUBPOENA TO DR. REDDY'S LABORATORIES, INC. TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR
TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION</u>

TO:    **All Parties in MDL 2924**

**TAKE NOTICE:** Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure and 28 U.S.C. §1407(b), Plaintiffs will subpoena **Dr. Reddy's Laboratories, Inc.**, to produce electronically stored information and documents, as indicated in Exhibit A to the attached Appendix. The Subpoena directs **Dr. Reddy's Laboratories, Inc.** that the time and place for production is **September 24, 2021**, starting at **9:00 a.m**. at Network Court Reporting and Video, 1800 E State St, #169, Hamilton Township, NJ 08609. You are invited to attend the production or to serve a demand for additional documents.

Dated: September 10, 2021

*/s/ Michael L. McGlamry*
Michael L. McGlamry
POPE McGLAMRY, P.C.
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Ph: (404) 523-7706
Email: efile@pmkm.com
Email: mmcglamry@pmkm.com

Tracy A. Finken
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Ph: (215) 735-1130
Email: tfinken@anapolweiss.com

Adam Pulaski
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Ph: (713) 664-4555
Email: adam@pulaskilawfirm.com

Robert C. Gilbert
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Ph: (305) 384-7269
Email: gilbert@kolawyers.com

*Plaintiffs' Co-Lead Counsel in MDL No. 2924*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail, on the 10th day of September, 2021, to the Lead and Liaison Counsel for Defendants listed below.

<u>/s/ Ricardo M. Martinez-Cid</u>
Ricardo M. Martinez-Cid
Florida Bar No. 383988
**Podhurst Orseck, P.A.**
One SE Third Avenue, Ste 2300
Miami, Florida 33131
Ph: (305) 358-2800
Email: RMartinez-Cid@podhurst.com
Email: RMCTeam@podhurst.com

### <u>Lead and Liaison Counsel for Defendants</u>

Anand Agneshwar
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
Ph: 212-836-8000
Email: anand.agneshwar@arnoldporter.com

Andrew Thomas Bayman
**King and Spalding, LLP**
1180 Peachtree Street, Suite 1600
Atlanta, GA 30309-3521
Ph: 404-572-4600
Email: abayman@kslaw.com

Mark S. Cheffo
**Dechert LLP**
1095 Avenue of the Americas
New York, NY 10036
Ph: 212-698-3500
Email: mark.cheffo@dechert.com

Joseph G. Petrosinelli
**Williams & Connolly LLP**
725 Twelfth Street NW
Washington, DC 20005
Ph: 202-434-5000
Email: jpetrosinelli@wc.com

Richard M. Barnes
**Goodell, Devries, Leech & Dann, LLP**
One South Street, 20th Floor
Baltimore, MD 21202
Ph: 410-783-4000
Email: rmb@gdldlaw.com

Thomas J. Yoo
**Holland & Knight LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Ph: 213-896-2400
Email: Thomas.yoo@hklaw.com

Sarah E. Johnston
**Barnes & Thornburg LLP**
2029 Century Park East, Ste 300
Los Angeles, CA 90067
Email: sarah.johnston@btlaw.com

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| In Re: Zantac (Ranitidine) Products Liability Litigation | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   9:20-md-02924-RLR |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                         DR. REDDY'S LABORATORIES
        Attn: Marc Kikuchi CEO, 107 College Rd E, Ste 100, Princeton, NJ 08540

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
        See Appendix attached to Subpoena (with Exhibits A and B)

| Place: Varhley Court Reporting, | Date and Time: |
|---|---|
| 92 Bayard St, #202 | |
| New Brunswick, NJ 08901 | 09/24/2021 9:00 am |

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/10/2021

        *CLERK OF COURT*

                                                    OR

                                                         /s/ Ricardo M. Martinez-Cid
_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs
_____ , who issues or requests this subpoena, are:

Ricardo M. Martinez-Cid, Podhurst Orseck, P.A.,One SE 3rd Ave,Ste 2300,Miami, FL 33131; RMCTeam@podhurst.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    9:20-md-02924-RLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
  **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN RE:  ZANTAC (RANITIDINE)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2924**<br><br>**Civil Action No. 9:20-md-2924**<br><br>**JUDGE ROBIN L. ROSENBERG** |

**THIS DOCUMENT RELATES TO:  ALL CASES**

**APPENDIX TO SUBPOENA TO DR. REDDY'S LABORATORIES, INC.**
**TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
<u>**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**</u>

**TO:    DR. REDDY'S LABORATORIES, INC.**
Attn: Marc Kikuchi CEO
107 College Rd E, Ste 100
Princeton, NJ 08540

**TAKE NOTICE:** Pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. §1407(b), and as set forth in the accompanying Subpoena and the Definitions and Instructions in this Appendix, **Dr. Reddy's Laboratories, Inc.** shall produce electronically stored information and either produce or permit the inspection of documents and tangible things specified below in Exhibit A attached to this Appendix, in accordance with the transportation protocol outlined in Exhibit B attached to this Appendix, at Plaintiffs' expense, to Network Court Reporting and Video, 1800 E State St, #169, Hamilton Township, NJ 08609, on **September 24, 2021**, at **9:00 a.m.**, or at such other time and place as may be mutually agreed.

**REQUESTS FOR PRODUCTION**

Please produce:

1. The retained product samples identified as highlighted in Exhibit A attached hereto.

2. All documents indicating the chain of custody for each of the identified samples in Exhibit A.   Chain of custody includes, but is not limited to, date and location of manufacturer, date and location of retest and results, transportation dates and manner of delivery from location to location, and conditions of storage at each location.

1

| Description | Batch Number | Quantity (KG) | Manufacturing Date | Source | Plaintiffs' Selection |
|---|---|---|---|---|---|
| Ranitidine  Hydrochloride USP (Form I) | FLLA00024 | 1004.98 | 1-Nov-17 | DRL | 1000 grams |
| Ranitidine  Hydrochloride USP (Form I) | FLLA00025 | 119.35 | 1-Dec-17 | DRL | 1000 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00005 | 1250 | 1-Nov-18 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00028 | 378.7 | 1-Nov-18 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00063 | 183.6 | 1-Jan-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00064 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00065 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00066 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00067 | 1250 | 1-Feb-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00068 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00078 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00079 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00080 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00081 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00082 | 1250 | 1-Feb-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00091 | 135.5 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00092 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00093 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00094 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00095 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00096 | 1250 | 1-Mar-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00097 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00098 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00099 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00100 | 1250 | 1-Mar-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00108 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00109 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00110 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00111 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00112 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00113 | 1250 | 1-Apr-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00114 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00115 | 1250 | 1-Apr-19 | Saraca | |

| | | | | | |
|---|---|---|---|---|---|
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00116 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00117 | 1250 | 1-Apr-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00118 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00119 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00120 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00121 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00122 | 1250 | 1-May-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00140 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00141 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00142 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00143 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00144 | 1250 | 1-May-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00146 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00147 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00148 | 129.6 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00149 | 1250 | 1-Jun-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00150 | 135.5 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00151 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00152 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00153 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00154 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00155 | 1250 | 1-Jun-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00157 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00158 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00159 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00160 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00161 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00162 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00163 | 1250 | 1-Jul-19 | Saraca | 500 grams |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00164 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00165 | 1250 | 1-Jul-19 | Saraca | |
| Ranitidine HCL USP (Form II) (Spec-1) | FLMA00166 | 1250 | 1-Jul-19 | Saraca | |

PACKAGING AND SHIPPING SPECIFICATIONS FOR ZANTAC/RANITIDINE HCl

ALL PRODUCTS ARE TO BE SHIPPED FEDERAL EXPRESS

*STANDARD OVERNIGHT* (no Friday or weekend shipping to avoid

weekend or holiday deliveries)

ADDRESS TO:

EXHIBIT B

Emery Pharma
1000 Atlantic Avenue, #110
Alameda, CA 94501
(510) 899-8814

PLEASE CHARGE TO THE FOLLOWING FEDERAL EXPRESS ACCOUNT:

MARTIN, HARDING & MAZZOTTI LLP
1 Wall Street
Albany, NY 12205
(518) 862-1200

Federal Express Account Number: 1694-0927-7
Special Handling and Delivery Signature:  Select **"Direct Signature"** Option

*For each product shipped, the quality of the packaging must be adequate to reasonably ensure that the contents are protected from transit damage and arrive in an intact condition.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**API:**

1.    API should be packaged in double anti-static high-density polyethylene bags. The bags should comply with USP requirements.

2.    Two silica gel desiccant bags should be placed between the two anti-static polyethylene bags.

3.    The bags must be sealed or sufficiently secured by a bag tie or other fastener to reasonably prevent spillage of substance during transit.

4.    The bags should be placed in a secure sealed container used to ship pharmaceuticals.

5.    Each product should be labeled with the following information:

- Name and address of the manufacturer;

-Batch number;

-Date of manufacture;

-Expiration date;

-Weight of contents;

-Location where the product was stored immediately before shipped.

6.    Ship via Overnight Federal Express

**Bulk Tablets:**

1.      Bulk tablets should be shipped in a container used to transport pharmaceuticals;

2.      Packaging of the product shall include the following:

   -Place appropriate air cap(s) at bottom of package;

   -Line package with 2 low density polyethylene (LDPE) bags;

   - Fill inner bag with tablets;

   -Tie the first (inner) bag with a plastic tie;

   -Place 2 desiccant bags on top of first inner closed bag;

   -Tie the second (outer bag) with a plastic tie;

   -Place 2 additional desiccant bags on top of the second (outer) closed bag;

   -Place 1 air cap on top of the 2 desiccant bags;

   -Securely close package.

3.      Securely seal the shipping container;

4.      Each product should be labeled with the following information:

   - Name and address of the manufacturer;

   -Batch and/or Lot number;

   -Date of manufacture;

   -Expiration date;

   -Quantity of contents;

   - Location where the product was stored immediately before shipped.

5.      Ship via Overnight Federal Express

**Finished Dose Packaged Tablets:**

1.      Finished dose tablets shall be shipped in their current packaging.

2.      Packages of finished dose products are placed into shipping carton used to transport pharmaceuticals;

3.      To the extent there is unfilled space in the shipping carton, it should be filled with packing "peanuts," bubble wrap or other appropriate packing material to prevent excessive movement of the finished dose products in the shipping carton;

4.      Seal the shipping carton with secure tape;

5.      Each finished dose product should be labeled with the following information:

- Name and address of the manufacturer;

-Batch and/or lot number;

-Date of manufacture;

-Expiration date;

-Quantity of contents;

-Location where the product was stored immediately before shipped.

6.      Ship via Overnight Federal Express

**Syrup:**

1.      Liquid Zantac/Ranitidine will be shipped in its current packaging (i.e. bottle).

2.      The vials or bottles will be packaged in a shipping carton used to transport pharmaceuticals.

3.      To the extent there is unfilled space in the shipping carton, it should be filled with packing material such as peanuts, air packs or other appropriate packing material to reasonably prevent the product from excessive movement in the shipping carton.

4.      Seal the shipping carton with secure tape.

5.      Each product should be labeled with the following information:

-Name and address of the manufacturer;

-Batch Number and/or Lot Number;

-Date of Manufacture;

-Expiration Date;

-Location Product was stored immediately before shipped.

6.      Ship via Overnight Federal Express.

**Suspension:**

1.      Suspension will be shipped in its current packaging (i.e. bottle).

2.      The vials or bottles will be packaged in a shipping carton used to transport pharmaceuticals.

3.      To the extent there is unfilled space in the shipping carton, it should be filled with packing material such as peanuts, air packs or other appropriate packing material to reasonably prevent the product from excessive movement in the shipping carton.

4.      Seal the shipping carton with secure tape.

5.      Each product should be labeled with the following information:

-Name and address of the manufacturer;

-Batch and/or Lot Number;

-Date of manufacture;

-Expiration date;

-Location Product was stored immediately before shipped.

6.      Ship via Overnight Federal Express.

**Injection**

1.      Injection will be shipped in its current packaging (i.e. vials or ampoules) and packed in a manner to reasonably prevent breakage.

2.      The vials and/or ampoules will be packaged in a shipping carton used to transport pharmaceuticals.

3.      To the extent there is unfilled space in the shipping carton, it should be filled with packing material such as peanuts, air packs or other appropriate packing material to reasonably prevent the product from excessive movement in the shipping carton.

4.      Seal the shipping carton with secure tape.

5.      Each product should be labeled with the following information:

-Name and address of the manufacturer;

-Batch and/or Lot Number;

-Date of manufacture;

-Expiration date;

-Location Product was stored immediately before shipped.

6.      Ship via Overnight Federal Express.