# Gramke, Megan

| | |
|---|---|
| **From:** | Gramke, Megan |
| **Sent:** | Thursday, December 2, 2021 5:57 PM |
| **To:** | Je Yon Jung |
| **Cc:** | Daniel Nigh (dnigh@levinlaw.com); Eichlin, John; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com); Tween, Douglas; Ipsaro, John; tfinken@anapolweiss.com; Mike McGlamry |
| **Subject:** | RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena <<p>> |
| **Attachments:** | 2911629(5)_Stipulation Regarding Rule 45 Subpoena10182021.Ps (002).docx |

Je Yon,

Please see attached for DRL's proposed edits.
Thanks.

------
Megan B. Gramke
Ulmer & Berne LLP
513.698.5146

**From:** Je Yon Jung <JJung@maylightfootlaw.com>
**Sent:** Wednesday, December 1, 2021 12:03 PM
**To:** Gramke, Megan <mgramke@ulmer.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Thanks Megan

Can we set a time to discuss on Monday so that we can respectively make some decisions regarding next steps? Please let me know what works for you.

Thanks

Je Yon



**JE YON JUNG**
she/her/hers
*Senior Counsel*

**May Lightfoot PLLC**
3200 Martin Luther King Jr. Avenue SE | 3rd Floor
Washington, DC 20032

(202) 918-1824 | phone
(202) 918-1010 | fax

website | vCard | map | email

1



**From:** Gramke, Megan <mgramke@ulmer.com>
**Sent:** Monday, November 29, 2021 2:14 PM
**To:** Je Yon Jung <JJung@maylightfootlaw.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Hi Je Yon,

We are still reviewing and discussing with our client.
Thanks.

------
Megan B. Gramke
Ulmer & Berne LLP
513.698.5146

**From:** Je Yon Jung <JJung@maylightfootlaw.com>
**Sent:** Tuesday, November 23, 2021 9:44 AM
**To:** Gramke, Megan <mgramke@ulmer.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** Re: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Hello Megan

Circling back on this.

Thanks.

Je Yon

Je Yon Jung
Senior Counsel
(she/her/hers)
May Lightfoot PLLC
3200 Martin Luther King Jr. Avenue SE, Third Floor
Washington DC 20032
202.918.1824 direct
jjung@maylightfootlaw.com

**From:** Je Yon Jung <JJung@maylightfootlaw.com>
**Sent:** Tuesday, November 16, 2021 4:46:09 PM
**To:** Gramke, Megan <mgramke@ulmer.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com <tfinken@anapolweiss.com>; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Good afternoon Megan

Apologies for the delay. Attached please find our minor proposed edits regarding DRL inventory. Please let us know if you have any questions.
Thank you,

Je Yon



**JE YON JUNG**
she/her/hers
*Senior Counsel*

**May Lightfoot PLLC**
3200 Martin Luther King Jr. Avenue SE | 3rd Floor
Washington, DC 20032

(202) 918-1824 | phone
(202) 918-1010 | fax

website | vCard | map | email



**From:** Gramke, Megan <mgramke@ulmer.com>
**Sent:** Tuesday, October 5, 2021 3:27 PM
**To:** Je Yon Jung <JJung@maylightfootlaw.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Je Yon,

Attached please find our proposed stipulation/order regarding the Rule 45 subpoena.  We are still reviewing and discussing internally, but we wanted to get you a draft to review.

Thanks.
------
Megan B. Gramke

Ulmer & Berne LLP
513.698.5146

**From:** Gramke, Megan <mgramke@ulmer.com>
**Sent:** Monday, October 4, 2021 4:34 PM
**To:** Je Yon Jung <JJung@maylightfootlaw.com>; Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Cc:** Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Thanks. We are still working on the draft and expect to have something to you tomorrow or Wednesday.

------
Megan B. Gramke
Ulmer & Berne LLP
513.698.5146

**From:** Je Yon Jung <JJung@maylightfootlaw.com>
**Sent:** Thursday, September 30, 2021 2:40 PM
**To:** Tween, Douglas <douglas.tween@linklaters.com>; Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; Mike McGlamry <mmcglamry@pmkm.com>
**Cc:** Gramke, Megan <mgramke@ulmer.com>; Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Rosemarie Bogdan (rosemarie.bogdan@1800law1010.com) <rosemarie.bogdan@1800law1010.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Thank you for the meeting on Tuesday 09.28.2021. As we discussed, DRL and Strides are amenable to providing Plaintiffs with product/API, subject to a mutually agreeable protective order and notwithstanding your formal subpoena objections.

Thanks Megan for drafting that and it is my understanding that you will be sending a draft to me by Monday. As we discussed, time is of the essence and Plaintiffs would like to endeavor to reach an agreement so that we can receive product/api no later than mid-October.

In addition, per our discussion, I am attaching a copy of a sample chain of custody form.

Thank you for your cooperation and we look forward to resolving this issue without protracted court intervention.

Je Yon



**JE YON JUNG**
she/her/hers
*Senior Counsel*

**May Lightfoot PLLC**
3200 Martin Luther King Jr. Avenue SE | 3rd Floor
Washington, DC 20032

(202) 918-1824 | phone
(202) 918-1010 | fax

**website | vCard | map | email**



**From:** Tween, Douglas <douglas.tween@linklaters.com>
**Sent:** Friday, September 24, 2021 1:07 PM
**To:** Ipsaro, John <jipsaro@ulmer.com>; tfinken@anapolweiss.com; gilbert@kolawyers.com; Mike McGlamry <mmcglamry@pmkm.com>; adam@pulaskilawfirm.com
**Cc:** Gramke, Megan <mgramke@ulmer.com>; Je Yon Jung <JJung@maylightfootlaw.com>; Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Hi Je Yon and all – if you agree, I think it would make sense for Strides to also participate in that M&C to see if we can arrive at a resolution.  Best regards, Doug

**From:** Ipsaro, John <jipsaro@ulmer.com>
**Sent:** Friday, September 24, 2021 4:05 PM
**To:** tfinken@anapolweiss.com; gilbert@kolawyers.com; Mike McGlamry <mmcglamry@pmkm.com>; adam@pulaskilawfirm.com
**Cc:** Gramke, Megan <mgramke@ulmer.com>; Je Yon Jung <JJung@maylightfootlaw.com>; Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>; Eichlin, John <john.eichlin@linklaters.com>; Tween, Douglas <douglas.tween@linklaters.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

**Caution: External email.**
Je Yon,

While DRL has many objections and significant concerns about the subpoena issued to it, it is willing to discuss with plaintiffs the terms of a protective order pursuant to which DRL would agree to produce the requested API.  If plaintiffs are interested in having such a discussion, please let us know a convenient time to talk.

John

------
John R. Ipsaro
Ulmer & Berne LLP
513.698.5104

**From:** Ipsaro, John <jipsaro@ulmer.com>
**Sent:** Friday, September 24, 2021 4:02 PM
**To:** tfinken@anapolweiss.com; gilbert@kolawyers.com; Mike McGlamry <mmcglamry@pmkm.com>; adam@pulaskilawfirm.com
**Cc:** Gramke, Megan <mgramke@ulmer.com>; xSErviceZantac@arnoldporter.com; Je Yon Jung <JJung@maylightfootlaw.com>; Daniel Nigh (dnigh@levinlaw.com) <dnigh@levinlaw.com>
**Subject:** RE: MDL 2924 - Dr. Reddy's Laboratories, Inc.'s Objections to Plaintiffs' Subpoena

Please see the attached.  Have a good weekend.

------
John R. Ipsaro
Ulmer & Berne LLP
513.698.5104

Any business communication sent by or on behalf of Linklaters LLP or one of its affiliated firms or other entities (together "Linklaters") is confidential and may be privileged or otherwise protected. If you receive it in error please inform us and then delete it immediately from your system. You should not copy it or disclose its contents to anyone.

Please be aware that messages sent to and from Linklaters may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to understand and accept the above.

Linklaters LLP is a limited liability partnership registered in England and Wales with registered number OC326345. It is a law firm authorised and regulated by the Solicitors Regulation Authority (www.sra.org.uk). The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. Please refer to www.linklaters.com/regulation for important information on our regulatory position. A list of Linklaters LLP members together with a list of those non-members who are designated as partners and their professional qualifications, may be inspected at our registered office, One Silk Street, London EC2Y 8HQ and such persons are either solicitors or registered foreign lawyers.

We take your privacy seriously. For information about how we process your personal data, please see our Global Privacy Notice at www.linklaters.com/en/legal-notices/privacy-notice.