# **Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*
-----------------------------------------------------------------------x

**ORDER NO. 9**
**(Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

Seibel, J.

The following scheduling order is adopted:

1. Defendant shall respond to Plaintiffs' Initial Interrogatories and Requests for Production by September 16, 2013.

2. Defendant, by October 1, 2013, shall produce the custodial files of Rusty Thomas, John Rotondo, Brian Groves, William Ahmer, Catherine Holtz, Herm Cukier, Antonio Costales, Leo Plouffe, Edio Zampaglione, Jo-Ann Ruane, Joseph Zuccarini, Fadwa Almanakly, Lynn Carmichael, and Chuck Walsh. Defendant will collect and process those files as detailed on pages 5-7 of Pilot Program Exhibit B. (No. 13-MC-2434, Doc. 26.)

3. Plaintiffs shall complete 30(b)(6) depositions of Defendant by November 1, 2013.

4. Defendant, by December 1, 2013, shall produce the remaining initial discovery, that is certain data from databases as summarized on pages 7-9 of Pilot Program Exhibit B. (No. 13-MC-2434, Doc. 26.) This discovery will not include the Plaintiff-specific information required by the Defense Fact Sheet. Defendant will produce Plaintiff-specific information pursuant to the deadlines established by Order No. 8 regarding the Defendant Fact Sheet. (No. 13-MC-2434, Doc. 30.)

5. Plaintiffs shall serve second wave discovery requests by January 30, 2014.

6.  The parties shall select cases for the Initial Disposition Pool on April 4, 2014.

7.  All generic discovery shall be completed by September 1, 2014.

8.  All case-specific discovery in Initial Disposition Pool cases shall be completed by September 30, 2014.

9.  Plaintiffs' generic expert reports are due October 15, 2014.

10. Defendant's generic expert reports are due November 14, 2014.

11. Plaintiffs' case-specific expert reports for cases in the Initial Disposition Pool are due December 1, 2014.

12. Defendant shall depose Plaintiffs' generic experts between December 1, 2014 and February 2, 2015.

13. Defendant's case-specific expert reports for cases in the Initial Disposition Pool are due January 15, 2015.

14. Plaintiffs shall depose Defendant's generic experts between February 2, 2015 and March 15, 2015.

15. Defendant shall depose Plaintiffs' case-specific experts for cases in the Initial Disposition Pool between February 2, 2015 and March 16, 2015.

16. Plaintiffs shall depose Defendant's case-specific experts for cases in the Initial Disposition Pool cases between March 1, 2015 and April 15, 2015. Plaintiffs shall not depose any Defendant expert on a case as to which Defendant has not already deposed Plaintiff's case-specific expert(s).

2

17. Dispositive motions and *Daubert* motions for cases in the Initial Disposition Pool are due by May 15, 2015. Opposition and reply dates will be set at a future time.

**SO ORDERED.**

Dated: August 16, 2013
       White Plains, New York

                                            _____
                                            CATHY SEIBEL, U.S.D.J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------------ x

**Order No. 9A
(Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

SEIBEL, J.

The following amended scheduling order is adopted[1]:

1.       By 4 p.m. Eastern on August 22, 2014, the parties will inform the Court and opposing counsel by email whether they agree to waive any venue objections in the twelve Initial Disposition Pool ("IDP") cases and consent to trial in the Southern District of New York, and will submit waivers signed by the client to that effect for those cases in which the client does waive.  If a party declines to waive its venue objection, the party shall identify the district in which it believes venue is proper.

2.       Defendants will complete production of the previously collected custodial files (as defined on pages 4-7 of Pilot Project Exhibit B, (No. 13-MC-2434, Doc. 26)), of the custodians identified in Exhibit 1 by October 15, 2014.

3.       Defendants will also make a supplemental production by October 15, 2014.  The supplement will include responsive e-mails and associated attachments, as defined on pages 3-7 of Pilot Project Exhibit B, sent and/or received by the custodians identified on Exhibits 1 and 2 up to and including August 1, 2014.  Productions of former employees who left the company

---

[1] This Order also supplements Order No. 18 (Initial Disposition Pool), entered April 9, 2014.  (No. 13-MC-2434, Doc. 63.)

before the previous collection and current employees who have not worked on Mirena since the previous collection will not be supplemented. Defendants will certify the date that a custodian left the company. Defendants will produce these supplemental materials on a rolling basis, to be completed by October 15, 2014.

4.  Defendants will also collect supplements up to and including August 1, 2014 for the following non-custodian sources: 1) Investigational New Drug Application ("IND")/New Drug Application ("NDA") for Mirena; 2) Published and unpublished reports of Defendants' studies involving Mirena; 3) Mirena Adverse Event Data involving reports of perforation, embedment, or migration (this data will be produced in Excel format from Defendants' ARGUS database); and 4) Mirena-related FDA Contact Reports. Starting on September 1, 2014, Defendants will produce these supplemented non-custodial sources on a rolling basis, to be completed by October 15, 2014. Defendants will again collect supplements of the four non-custodial sources identified in this paragraph on February 2, 2015 and every six months thereafter. Production of these non-custodial sources will begin 30 days after collection and will be completed 60 days after collection. The generic discovery completion date in paragraph 6 shall not be applicable to this paragraph.

5.  The parties agree that the supplements covered by this Order are the only supplements that Defendants will be required to make absent agreement or a motion and good cause shown by Plaintiffs.

6.  Generic discovery shall be completed by April 1, 2015. Plaintiffs may seek discovery beyond this date via agreement of the Parties or through a motion and good cause shown by Plaintiffs.

7. Case-specific discovery in IDP cases shall be completed by April 30, 2015.

8. Each side shall select three of the IDP cases for trial and identify its selections by email to the Court and opposing counsel by 4 p.m. Eastern on May 6, 2015. Each side shall exercise one veto from the other side's selections and inform the Court of such by email by 4 p.m. Eastern on May 13, 2015. Nothing in this Order shall prevent dispositive motions from being filed in cases that are not selected for trial.

9. Plaintiffs' generic expert reports are due May 18, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

10. Defendants' generic expert reports are due June 22, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

11. Plaintiffs' case-specific expert reports for the cases selected for trial are due June 15, 2015.

12. Defendants' case-specific expert reports for the cases selected for trial are due July 15, 2015.

13. The parties shall conduct depositions of case-specific experts for the cases selected for trial and of generic experts between July 20, 2015 and October 2, 2015. Plaintiffs shall not depose any generic defense expert on a topic as to which Defendants have not already deposed Plaintiffs' generic expert(s). Plaintiffs shall not depose any defense expert on a case as to which Defendants have not already deposed Plaintiffs' case-specific expert(s).

14. *Daubert* motions are due by October 15, 2015. Opposition briefs are due by November 16, 2015. Reply briefs are due by December 4, 2015.

15. Dispositive motions for cases selected for trial are due by November 17, 2015. Opposition briefs are due by December 8, 2015. Reply briefs are due by December 22, 2015.

16. If the Court deems oral argument to be helpful, oral arguments on the dispositive and *Daubert* motions will be heard in or around January 2016.

17. The Court will select the first trial setting, which will be scheduled for March 7, 2016.

**SO ORDERED.**

Dated: July 29, 2014
      White Plains, New York

                                       */s/ Cathy Seibel*
                                   CATHY SEIBEL, U.S.D.J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

---------------------------------------------------------------- x

**Order No. 9A
(Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

# Exhibit 1

1) Russell Barrans
2) Beth Bell
3) Guy Graziano
4) Vladimir Hanes
5) Petra Koelm
6) Eeva Lukkari-Lax
7) Verena Ottley
8) William Shank
9) Sam Trujillo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------- x

**Order No. 9A**
**(Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

# Exhibit 2

1) William "Rusty" Thomas
2) John Rotondo
3) Brian Groves
4) William Ahmer
5) Catherine Holtz
6) Herman Cukier
7) Antonio Costales
8) Leo Plouffe
9) Edio Zampaglione
10) Jo-Ann Ruane
11) Joseph Zuccarini
12) Fadwa Almanakly
13) Lynn Carmichael
14) Charles Walsh
15) Nada Glavan
16) Allyson Andrakanich
17) John Talian
18) Shurti Gadhia
19) Pirjo Sallinen
20) Carol Ann Wilson
21) Ilka Schellschmidt
22) Hannu Allonen
23) Kimmo Jaakkola
24) Terhi Lehtinen
25) Paul Korner
26) Alexander Prezioso
27) Sharon Brown
28) Nancy Konnerth
29) Marie Foegh
30) Richard Lynen
31) Marty Grill

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------------ x

**Order No. 9B
(Amended
Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

SEIBEL, J.

The following amended scheduling order, partially modifying certain deadlines set forth in Order 9A, (Doc. 1391), is hereby adopted:

1. Plaintiffs' generic expert reports are due by May 22, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

2. Defendants' generic expert reports are due by June 29, 2015. An expert who is offering generic as well as case-specific opinions must submit a generic expert report on this date.

3. Plaintiffs' case-specific expert reports for the cases selected for trial are due by June 22, 2015.

4. Defendants' case-specific expert reports for the cases selected for trial are due by July 22, 2015.

All other deadlines set forth in Order 9A, as partially modified with respect to the *Keisha Johnson v. Bayer* action, No. 14-CV-4247, (Doc. 2325), remain in effect.

SO ORDERED.

Dated: May 5, 2015
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE:

**MIRENA IUD PRODUCTS LIABILITY LITIGATION**

*This Document Relates To All Actions*

------------------------------------------------------------------x

ORDER No. 9C
(Amended
Scheduling Order)

13-MD-2434 (CS)
13-MC-2434 (CS)

Seibel, J.

The following amended scheduling order partially modifying certain deadlines set forth in Order 9A, (13-MD-2434, Doc. 1391; 13-MC-2434, Doc. 79), is hereby adopted:

1. The parties shall conduct depositions of case-specific experts for the cases selected for trial and of generic experts between July 27, 2015 and October 9, 2015. Plaintiffs shall not depose any generic defense expert on a topic as to which Defendants have not already deposed Plaintiffs' generic expert(s). Plaintiffs shall not depose any defense expert on a case as to which Defendants have not already deposed Plaintiffs' case-specific expert(s).

2. *Daubert*/Fed. R. Evid. 702 motions are due by October 22, 2015. Opposition briefs are due by November 24, 2015. Reply briefs are due by December 14, 2015.

All other deadlines set forth in Order 9A and Order 9B, (13-MD-2434, Doc. 2356; 13-MC-2434, Doc. 112), remain in effect.

**SO ORDERED.**

Dated: July 22, 2015
White Plains, New York

_____
CATHY SEIBEL
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

                                                                                  **ORDER No. 9D**
                                                                                    **(Amended**
                                                                                **Scheduling Order)**

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*                                13-MD-2434 (CS)
------------------------------------------------------------------------x       13-MC-2434 (CS)

Seibel, J.

      The following amended scheduling order partially modifying certain deadlines set forth in Order No. 9A (13-MD-2434, Doc. 1391; 13-MC-2434, Doc. 79) and Order No. 9C (13-MD-2434, Doc. 2503; 13-MC-2434, Doc. 121), is hereby adopted:

      1.     The deadlines for generic expert depositions are extended to October 20, 2015 for defense experts Maureen Reitman and Dr. David Feigal only.

      2.     Plaintiffs' *Daubert*/Fed. R. Evid. 702 motion for defense expert Dr. Dena Hixon will be due October 26, 2015; Defendants' opposition will be due November 25, 2015; Plaintiffs' reply will be due December 15, 2015.

      3.     Plaintiffs' *Daubert*/Fed. R. Evid. 702 motions for defense experts Maureen Reitman and Dr. David Feigal will be due November 3, 2015; Defendants' oppositions will be due December 2, 2015; Plaintiffs' replies will be due December 23, 2015.

      All other deadlines set forth in Order No. 9A and Order No. 9C remain in effect.

**SO ORDERED.**

Dated: October 14, 2015
White Plains, New York

                                                                              _____
                                                                              CATHY SEIBEL
                                                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE:

MIRENA IUD PRODUCTS LIABILITY
LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------x

ORDER NO. 32
(Cases Transferred to MDL
During Appeal)
13-MD-2434 (CS)
& 13-MC-2434

## CASE MANAGEMENT ORDER RE:
## CASES TRANSFERRED TO MDL DURING APPEAL

Seibel, J.

1. This Order shall apply to cases transferred to this Court after the Court's Opinion and Order dated July 28, 2016, granting summary judgment to Defendants in all cases pending in MDL No. 2434 ("Summary Judgment Order").

2. On August 19, 2016, Plaintiffs filed a Notice of Appeal of the Summary Judgment Order. That appeal is currently pending in the Second Circuit.

3. It is hereby ordered that:

    a. Plaintiffs whose claims are transferred to MDL 2434 while the Second Circuit appeal of the Summary Judgment Order is pending shall be conditionally dismissed without prejudice pending the Second Circuit's decision on the appeal.

    b. If the Second Circuit affirms the Court's Summary Judgment Order in its entirety, and any further petition for rehearing or certiorari is unsuccessful and the decision becomes final, Plaintiffs whose claims were conditionally dismissed shall have 60 days to show cause as to why her claim should not be dismissed with prejudice under the Summary Judgment Order. Defendants may respond within 30 days. The Court will dismiss with prejudice the claims of any Plaintiff who does not file

a show-cause brief within 60 days or who is unable to show cause as to why her claim should not be dismissed.

c. If the Second Circuit reverses the Summary Judgment Order in whole or in part, and any further petition for rehearing or certiorari is unsuccessful and the decision reversing the Summary Judgment Order becomes final, then the Court will enter an order reinstating the claims of the Plaintiffs whose claims were conditionally dismissed without prejudice. Defendants agree that the original filing date of those claims would govern for statute of limitations purposes if Plaintiffs' claims are reinstated in the MDL.

**IT IS SO ORDERED.**

Dated: 11/10, 2016

White Plains, NY

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.