UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO:  ALL CASES

### PRETRIAL ORDER # 83
### Order to Show Cause in Later-Filed Designated Cancer Cases

On May 15, 2023, the Court entered summary judgment in favor of all of the personal injury Defendants in this MDL on general causation grounds. DE 6622. The Court's order was limited in two respects. First, the order applied only to Designated Cancers.[1] Second, the order was limited to cases filed before May 5, 2023. The Court clarified that it would enter a pretrial order governing personal injury Designated Cancer cases filed on or after May 5, 2023. This is that order.

Before the Court entered summary judgment in all personal injury Designated Cancer cases filed before May 5, 2023, the Court entered two orders to show cause. The first was at docket entry 6303 and the second was at docket entry 6444. For all of the reasons set forth in the two preceding orders to show cause—docket entries 6303 and 6444—Plaintiffs who file personal injury Designated Cancer cases on or after May 5, 2023, shall show cause why summary judgment

---

[1] Designated Cancers are bladder, esophageal, pancreatic, stomach, and liver cancer.

should not be entered in their individual cases. The deadline for the Plaintiffs to respond shall be two weeks from the day their case is consolidated into this MDL, two weeks from the day Plaintiffs on appeal are remanded back to this Court, or two weeks from the date of this Order, whichever is later. The Plaintiffs' responses to this order to show cause shall be no greater than thirty pages. The Defendants shall file a thirty-page reply within two weeks of the date a Plaintiff files a response.

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of May, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE