## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE)                          MDL NO. 2924
PRODUCTS LIABILITY                                   20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| 3:23-CV-13671 | ESTHER | ABBOT |
| 3:23-CV-15049 | REX | ABBOTT |
| 3:23-CV-15056 | SEVAK | ABKARIAN |
| 3:23-CV-15166 | MICHELE | ABUSNAINEH |
| 3:23-CV-13617 | ALONZO | ADAMS |
| 3:23-CV-13631 | ARMAND | ADDONIZIO |
| 3:23-CV-15187 | PHILIP | ADDUCI |
| 3:23-CV-15546 | MOHAMMAD | AFSHARI |
| 3:23-CV-15550 | BOBBIE | AGBOOLA |
| 3:23-CV-15555 | JIMMIE | AIKENS |
| 3:23-CV-15558 | DIANE | ALBRECHT |
| 3:23-CV-15565 | AUBREY | ALEXANDER |
| 3:23-CV-15568 | SIERRA | ALFORD |
| 3:23-CV-15571 | JAMES | ALLEN |
| 3:23-CV-15578 | JAMES | ALLEN |
| 3:23-CV-15580 | JOHNNY | ALLEN |
| 3:23-CV-15583 | MORGAN | ALLEN |
| 3:23-CV-15586 | WILLIE | ALSTON |
| 3:23-CV-15588 | MELISSA | ALVES-LEBRON |
| 3:23-CV-15591 | JOHN | AMATO |
| 3:23-CV-16079 | CHARLINE | AMOS |
| 3:23-CV-15515 | HERBERT | ANDERSON |
| 3:23-CV-15516 | JOSHUA | ANDERSON |
| 3:23-CV-16867 | PAMELA | ANDERSON |
| 3:23-CV-15521 | PATRICIA | ANDERSON |
| 3:23-CV-15526 | STENNIS | ANDERSON |
| 3:23-CV-15527 | FRANK | ANDREWS |
| 3:23-CV-15529 | CALVIN | ANDRUS |
| 3:23-CV-15530 | WILBERT | ANGRUM |
| 3:23-CV-15536 | MICHAEL | ARCHDEACON |
| 3:23-CV-15543 | RANDY | ARCHULETA |
| 3:23-CV-15552 | ROBERT | ARMSTRONG |

| | | |
|---|---|---|
| 3:23-CV-15561 | NASSEEM | ASSEFF |
| 3:23-CV-16491 | MARY | AUNE |
| 3:23-CV-15569 | GARY | AUSLANDER |
| 3:23-CV-15594 | DAVID | AUSTIN |
| 3:23-CV-15602 | ERIK | AUZINS |
| 3:23-CV-15321 | DALE | BACKLUND |
| 3:23-CV-15318 | ANNIE | BAILEY |
| 3:23-CV-15314 | DARYLE | BAILEY |
| 3:23-CV-15309 | GEORGE | BAILEY |
| 3:23-CV-15299 | JOSEPH | BAILEY |
| 3:23-CV-16082 | DAVID | BAKER |
| 3:23-CV-15269 | FAWN | BAKER |
| 3:23-CV-15071 | MAURICE | BAKER |
| 3:23-CV-15076 | RONALD | BAKER |
| 3:23-CV-15089 | JOHN | BALLENGER |
| 3:23-CV-15095 | FRED | BALLOU |
| 3:23-CV-15107 | COLLEEN | BALSAMO |
| 3:23-CV-15123 | WILBUR | BANKS |
| 3:23-CV-15151 | THOMAS | BANNING |
| 3:23-CV-15158 | ANICETRO | BAPTISTA |
| 3:23-CV-15169 | ROBERT | BARBER |
| 3:23-CV-15175 | ROBERT | BARGES |
| 3:23-CV-15185 | PHILLIP | BARKER |
| 3:23-CV-15200 | DANNY | BARNES |
| 3:23-CV-15205 | HARRY | BAROK |
| 3:23-CV-15209 | DWIGHT | BARON |
| 3:23-CV-15214 | BARBARA | BARRERA |
| 3:23-CV-15217 | ABU | BARRIE |
| 3:23-CV-15225 | DOMINGO | BARRIERA |
| 3:23-CV-15232 | GERALD | BASCH |
| 3:23-CV-15292 | JERRY | BATCHELOR |
| 3:23-CV-15296 | DEBORAH | BATEMAN |
| 3:23-CV-15303 | ROBERT | BATES |
| 3:23-CV-15306 | JACQUES | BATTEL |
| 3:23-CV-15375 | JENNIFER | BAUMAN |
| 3:23-CV-15381 | LARRY | BAXTER |
| 3:23-CV-15387 | THOMAS | BAXTER |
| 3:23-CV-15403 | KURT | BAYER |
| 3:23-CV-15411 | JAMES | BAYLESS |
| 3:23-CV-15419 | LINDA | BAYLESS |
| 3:23-CV-16978 | ANGELO | BAZAN |
| 3:23-CV-15533 | SONYA | BEARD |
| 3:23-CV-15535 | ALAN | BEAVERSON |
| 3:23-CV-15537 | AARON | BEHRENBRINKER |

| | | |
|---|---|---|
| 3:23-CV-15540 | GLENN | BELCHER |
| 3:23-CV-15544 | JERRY | BELL |
| 3:23-CV-15548 | SHELTON | BELL |
| 3:23-CV-15556 | DAMON | BELLAMY |
| 3:23-CV-15560 | ANTHONY | BELLFLOWER |
| 3:23-CV-15563 | DESIRA | BENBOW |
| 3:23-CV-15566 | JOHN | BENNATI |
| 3:23-CV-15575 | CHYVONDA | BENNETT |
| 3:23-CV-15592 | DARRELL | BENNETT |
| 3:23-CV-15599 | KAREN | BENNETT |
| 3:23-CV-15604 | DANA | BERRY |
| 3:23-CV-15609 | SUGAR | BERRY |
| 3:23-CV-15614 | STUART | BESELER |
| 3:23-CV-15619 | EDDIE MAE | BETTS |
| 3:23-CV-15630 | CHERYL | BIGDA |
| 3:23-CV-15633 | HERMAN | BISHOP |
| 3:23-CV-15643 | RODNEY | BISHOP |
| 3:23-CV-15661 | DAVID | BISSON |
| 3:23-CV-15679 | JACK | BLACK |
| 3:23-CV-15685 | ROBERT | BLACKWELL |
| 3:23-CV-15689 | THOMAS | BLAKELY |
| 3:23-CV-15695 | RANDY | BLANKENSHIP |
| 3:23-CV-15701 | JAMES | BOOKMAN |
| 3:23-CV-15709 | PAUL | BOTOS |
| 3:23-CV-15713 | JULIAN | BOUNDS |
| 3:23-CV-15717 | WILLIAM | BOWDEN |
| 3:23-CV-15725 | NATHANIEL | BOWENS |
| 3:23-CV-13923 | RONALD | BOWLES |
| 3:23-CV-13928 | SIMONE | BOYD |
| 3:23-CV-13931 | WILLIE | BOYD |
| 3:23-CV-13933 | GREGORY | BRABAW |
| 3:23-CV-13934 | JERRI | BRADDIX |
| 3:23-CV-13995 | CECIL | BRADLEY |
| 3:23-CV-13997 | THOMAS | BRADY |
| 3:23-CV-13998 | WILLIAM | BRANHAM |
| 3:23-CV-14000 | KAREN | BRANNON |
| 3:23-CV-14001 | HARRY | BRAUN |
| 3:23-CV-14002 | LOIS | BRAXTON |
| 3:23-CV-14004 | JOSEPH | BREDA |
| 3:23-CV-14005 | JAMES | BREWER |
| 3:23-CV-14009 | CHRISTINE | BRIDGES |
| 3:23-CV-14010 | NORMAN | BRIGGS |
| 3:23-CV-16687 | TERRY | BRILINSKI |
| 3:23-CV-14026 | CONNIE | BRINGUS |

| | | |
|---|---|---|
| 3:23-CV-14027 | TERRY | BRISBIN |
| 3:23-CV-14029 | MARSHALL | BRITT |
| 3:23-CV-14032 | LISA | BROCCO |
| 3:23-CV-14034 | JOSEPH | BROCK |
| 3:23-CV-14036 | EDWARD | BRODIE |
| 3:23-CV-14037 | DANIEL | BROKAMP |
| 3:23-CV-14040 | VIOLA | BROOKS |
| 3:23-CV-14048 | BYANE | BROWN |
| 3:23-CV-14051 | FREDDY | BROWN |
| 3:23-CV-14054 | JAMES | BROWN |
| 3:23-CV-14058 | JAMES | BROWN |
| 3:23-CV-14063 | JEREMIAH | BROWN |
| 3:23-CV-14065 | JOSEPH | BROWN |
| 3:23-CV-14068 | KATHLEEN | BROWN |
| 3:23-CV-14070 | PAMELA | BROWN |
| 3:23-CV-14072 | ZACK | BROWNING |
| 3:23-CV-14076 | JOSEPH | BRUNO |
| 3:23-CV-14079 | DARRYL | BRYANT |
| 3:23-CV-14082 | NATASHA | BUCK |
| 3:23-CV-14086 | JOSEPH | BUCKLER |
| 3:23-CV-14089 | ARON | BUCKLEY |
| 3:23-CV-14095 | ROBERT | BUDD |
| 3:23-CV-14107 | THOMAS | BUJEKER |
| 3:23-CV-14109 | SHAWN | BUMPAS |
| 3:23-CV-14114 | CHRISTINE | BURAS |
| 3:23-CV-16100 | JERREL | BURCH |
| 3:23-CV-14117 | JERRY | BURCHAM |
| 3:23-CV-14263 | TERRY | BURGESS |
| 3:23-CV-14272 | ROBERT | BURKEEN |
| 3:23-CV-16104 | SYLVIA | BURKE-MCINTOSH |
| 3:23-CV-14326 | ALPHONSE | BURNETT |
| 3:23-CV-14329 | JACK | BURNS |
| 3:23-CV-14334 | JAMES | BURPO |
| 3:23-CV-14668 | THEODORE | BURR |
| 3:23-CV-14676 | ARTHUR | BURRIS |
| 3:23-CV-14680 | ELIZABETH | BUTLER |
| 3:23-CV-14684 | DAVID | BYERS |
| 3:23-CV-14689 | ROBERT | BYRNES |
| 3:23-CV-14691 | ROGER | BYRNES |
| 3:23-CV-14698 | DONALD | CABER |
| 3:23-CV-14701 | ROGER A. | CALDWELL |
| 3:23-CV-14704 | STACY | CALE |
| 3:23-CV-14707 | SANDRA | CALLERY |

| | | |
|---|---|---|
| 3:23-CV-14710 | CHARLENE | CAMPFIELD |
| 3:23-CV-14715 | ROBERT | CAMPISANO |
| 9:21-CV-82374 | HUGO | CANCEL |
| 3:23-CV-14718 | EUGENE | CANTUA |
| 3:23-CV-14720 | TOM | CANTWELL |
| 3:23-CV-14723 | MIKE | CARDEN |
| 3:23-CV-14727 | MICHAEL | CARDINALE |
| 3:23-CV-14730 | JOSEPH | CARLSON |
| 3:23-CV-14731 | CHRISTOPHER | CARMONA |
| 3:23-CV-14733 | CEDRIC | CARR |
| 3:23-CV-14735 | PATRICIA | CARRILLO |
| 3:23-CV-14739 | RICK | CARRILLO |
| 3:23-CV-14742 | MIRIAM | CARRION SOTO |
| 3:23-CV-14744 | LAQUASHA | CARROLL |
| 3:23-CV-14746 | WILLIAM | CARTER |
| 3:23-CV-14747 | DAVID | CARTHON |
| 3:23-CV-14748 | ROGER | CASE |
| 3:23-CV-14749 | WANDA | CASS |
| 3:23-CV-14753 | JOHN | CASSARA |
| 3:23-CV-14754 | RICHARD | CASSIDY |
| 3:23-CV-14757 | DEAN | CASTELLANO |
| 3:23-CV-14769 | JOSE | CASTELLANOS |
| 3:23-CV-14771 | CARLOS | CASTELLUCCI |
| 3:23-CV-14777 | ARNULFO | CASTILLO |
| 2:23-CV-14047 | NANNETTE | CAULEY |
| 3:23-CV-14783 | DANIEL | CEDENO |
| 3:23-CV-14787 | ANDRE | CHABOT |
| 3:23-CV-14790 | DAVID | CHAMPION |
| 3:23-CV-14793 | BERNADETTE | CHARLES |
| 3:23-CV-14797 | FRANCES | CHARLES |
| 3:23-CV-14801 | CRYSTILL | CHAVERS |
| 3:23-CV-14804 | IVAN | CHEREN |
| 3:23-CV-14807 | JOSEPH | CHIERCHIO |
| 3:23-CV-14809 | MICHAEL | CHRISTEN |
| 3:23-CV-14811 | KIMBERLY | CHRISTY |
| 3:23-CV-14812 | SCOTT | CHUNG |
| 2:23-CV-14048 | THOMAS | CHURCH |
| 3:23-CV-14816 | CAROL | CICERANO |
| 3:23-CV-14817 | STEPHANIE | CIESLIK |
| 3:23-CV-14820 | BILLY | CLARK |
| 3:23-CV-14822 | HELEN | CLARK |
| 3:23-CV-14825 | ROBERT | CLARK |
| 3:23-CV-14826 | DONNA | CLARKE |
| 3:23-CV-14827 | JOHN | CLATTERBAUGH |

| | | |
|---|---|---|
| 3:23-CV-14828 | GLENN | CLAWSON |
| 3:23-CV-14829 | CHRISTINA | CLEMENTS |
| 3:23-CV-14831 | JODY | CLOCKSIN |
| 3:23-CV-14833 | JON | COAKLEY |
| 3:23-CV-14836 | RONALD | COCHRAN |
| 3:23-CV-14837 | AL | COCHUYT |
| 3:23-CV-14838 | GUVARIE | COFFMAN |
| 3:23-CV-14840 | BARRY | COHAN |
| 3:23-CV-14842 | CRYSTAL | COLEMAN |
| 3:23-CV-14843 | SHARON | COLEMAN |
| 3:23-CV-14844 | BILLIE | COLLINS |
| 3:23-CV-14847 | HERBERT | COLLINS |
| 3:23-CV-14849 | THOMAS | COMBS |
| 3:23-CV-16084 | PERRY | COMEAU |
| 3:23-CV-14851 | CATHERINE | CONNELL |
| 3:23-CV-14854 | MICHAEL | COOGAN |
| 3:23-CV-14910 | HARLTON | COOPER |
| 3:23-CV-14911 | LELIA | COOPER |
| 3:23-CV-14912 | MARY | COPELAND |
| 3:23-CV-14913 | LORETTA | COPELAND-BANKS |
| 3:23-CV-14914 | SONNY | CORBETT |
| 3:23-CV-14915 | FRANCES | CORIO |
| 3:23-CV-14916 | BERNARD | CORPUS |
| 3:23-CV-14917 | CHRISTOPHER | COUCH |
| 3:23-CV-14918 | JAMES | COWHERD |
| 3:23-CV-14919 | LYNNE | CRANE |
| 3:23-CV-14920 | RICHARD | CRANE |
| 3:23-CV-14921 | KAREN | CRANK |
| 3:23-CV-14922 | SANDRA | CREEL |
| 3:23-CV-14923 | GAIL | CRIPE |
| 3:23-CV-14924 | CHARLES | CRISS |
| 3:23-CV-14925 | CHESTER | CUFFEE |
| 3:23-CV-14926 | STEVE | CULVER |
| 3:23-CV-14927 | LINDA | CUMMINGS |
| 3:23-CV-14928 | JERRY | DAGNAN |
| 3:23-CV-14929 | ARETTA | DARLING |
| 3:23-CV-14930 | BUFORD | DAVIDSON |
| 3:23-CV-14931 | WALTER | DAVIDSON |
| 3:23-CV-14932 | CHARLES | DAVIS |
| 3:23-CV-14933 | DAVID | DAVIS |
| 3:23-CV-14934 | ELNORA | DAVIS |
| 3:23-CV-14935 | GWENDOLYN | DAVIS |
| 3:23-CV-14936 | JOHN | DAVIS |

| | | |
|---|---|---|
| 3:23-CV-14937 | JOSEPH | DAVIS |
| 3:23-CV-14938 | KIM | DAVIS |
| 3:23-CV-14939 | REGINALD | DAVIS |
| 3:23-CV-14940 | WANDA | DAVIS |
| 3:23-CV-14941 | WILLIE | DAVIS |
| 3:23-CV-14942 | STEVEN | DAVNER |
| 3:23-CV-14943 | CHERI | DEARMON |
| 3:23-CV-14944 | SHANNON | DEL WILSON |
| 3:23-CV-14945 | JULIO | DELGADO |
| 3:23-CV-14946 | THOMAS | DELPH |
| 3:23-CV-14947 | ABIGAIL | DENNIS |
| 3:23-CV-14948 | MARY | DEPAULO |
| 3:23-CV-14949 | PAMELA | DEPEW |
| 3:23-CV-14950 | PETER | DESALVO |
| 3:23-CV-14951 | ALAN | DESIMONE |
| 3:23-CV-14952 | JOHNNY | DIAZ |
| 3:23-CV-14953 | ANDREA | DICKERSON |
| 3:23-CV-14954 | LEONARD | DILLON |
| 3:23-CV-14956 | STEVEN | DILTS |
| 3:23-CV-14957 | THOMAS | DIRUSSO |
| 3:23-CV-14958 | PATSY | DISPENZA |
| 3:23-CV-14960 | BILLY | DIXON |
| 3:23-CV-14962 | CAROL | DOAK |
| 3:23-CV-14963 | JOHN | DOBSON |
| 3:23-CV-14964 | GERRY | DOCKUM |
| 3:23-CV-14966 | MICHAEL | DOGALI |
| 3:23-CV-14968 | ELOISE | DONATI-KOPEC |
| 3:23-CV-14969 | FRANKLYN | DORNFEST |
| 3:23-CV-14971 | MARILYN | DOUGLAS |
| 3:23-CV-15757 | RICKY | DOUTHIT |
| 3:23-CV-14972 | GARY | DOWD |
| 3:23-CV-14976 | ROGER | DUKE |
| 3:23-CV-14978 | LOUISE | DUNCAN |
| 3:23-CV-14981 | RUSSEL | DUNCAN |
| 3:23-CV-14982 | JAMES | DUNYON |
| 3:23-CV-15005 | SONYE | DURANT |
| 3:23-CV-15010 | MALCOLM | DURR |
| 3:23-CV-15768 | PAUL | DUVERGER |
| 3:23-CV-15779 | CHARLENE | DYCHE |
| 3:23-CV-15788 | LARRY | DYLINA |
| 3:23-CV-15796 | MENG | EAR |
| 9:21-CV-82219 | JAMES | EASTON |
| 3:23-CV-15805 | FERNANDO | EBHARDT |
| 3:23-CV-15811 | MARY | EDMISTER |

| 3:23-CV-16588 | CLEVELAND | EDWARDS |
|---|---|---|
| 3:23-CV-16107 | LOUIS | EDWARDS |
| 3:23-CV-16109 | VALORIE | ELAM |
| 3:23-CV-16113 | STEPHEN | ELDER |
| 3:23-CV-16127 | ALEX | ELIN |
| 3:23-CV-16133 | KENNETH | ELLISON |
| 3:23-CV-16137 | SEYMOUR | EMALFARB |
| 3:23-CV-16618 | CARLENE | ENAMA |
| 3:23-CV-16146 | BARTHOLOMEW | ERATO |
| 3:23-CV-16153 | DONALD | ERICKSON |
| 3:23-CV-16159 | JANIS | ERICKSON |
| 3:23-CV-16165 | JORGE | ESCALANTE RIVERA |
| 3:23-CV-16167 | ROBERT | ESKINS |
| 3:23-CV-16172 | STEVEN | ESTESS |
| 3:23-CV-13726 | STEVE | EVERETTE |
| 3:23-CV-13774 | TAMMY | FAGEN |
| 3:23-CV-13822 | AMJAD | FAHEEM |
| 3:23-CV-14111 | SHARON | FAHEY |
| 3:23-CV-14156 | TRAVIS | FAILE |
| 3:23-CV-14182 | DAVID | FARRIS |
| 3:23-CV-14209 | DARRELL | FASTZKIE |
| 3:23-CV-14375 | JOEL | FEINSTEIN |
| 3:23-CV-14402 | JOHN | FELIX |
| 3:23-CV-14460 | PETER | FERGUSON |
| 3:23-CV-14674 | MARC | FERTIG |
| 3:23-CV-14682 | MARGARET | FILLINGER |
| 3:23-CV-14688 | BERNARD | FINLEY |
| 3:23-CV-14690 | GORDON | FISHEL |
| 3:23-CV-14694 | BRIAN | FITZGERALD |
| 3:23-CV-14697 | DEBRA | FLANNELLY |
| 3:23-CV-14700 | JANICE | FOLAND |
| 3:23-CV-14702 | ROBERT | FOLLMER |
| 3:23-CV-14706 | VINCENT | FORD |
| 3:23-CV-14708 | MICHAEL | FORREST |
| 3:23-CV-14713 | WILLIAM | FORTNEY |
| 3:23-CV-14716 | CHRISTINE | FOSTER |
| 3:23-CV-14721 | KENNETH | FOX |
| 3:23-CV-14725 | CHARLES | FRANCIS |
| 3:23-CV-14728 | LINWOOD | FRANCK |
| 3:23-CV-14973 | SONNY | FRANK |
| 3:23-CV-14979 | VERNA | FRANKLIN |
| 3:23-CV-14988 | EARL | FREDERICK |
| 3:23-CV-14999 | PHILLIP | FREEMAN |

| | | |
|---|---|---|
| 3:23-CV-15006 | NEAL | FREER |
| 3:23-CV-15016 | FRANK | FRESQUEZ |
| 3:23-CV-15027 | RAYMOND | FRIZZELL |
| 3:23-CV-15040 | RISA | FROST |
| 3:23-CV-15048 | MARTA | FUENTES |
| 3:23-CV-15063 | LANDIS | FUGATE |
| 3:23-CV-14974 | ROY | FULWILER |
| 3:23-CV-14980 | LORI | FUNK |
| 3:23-CV-14977 | ELLIOTT | GABLER |
| 3:23-CV-14985 | ANNA | GABREA |
| 3:23-CV-14986 | PHILIP | GAINES |
| 3:23-CV-14989 | ROBERT | GAINES |
| 3:23-CV-14993 | PATRICIA | GALLAGGER |
| 3:23-CV-14994 | EARNEST | GAMBLE |
| 3:23-CV-14997 | ANNETTE | GANT |
| 3:23-CV-15001 | ANTONIO | GARCIA |
| 3:23-CV-15002 | BARBARA | GARCIA |
| 3:23-CV-15007 | MARY LOU | GARCIA |
| 3:23-CV-15008 | KENNETH | GARDNER |
| 3:23-CV-15013 | NEAL | GARDNER |
| 3:23-CV-15015 | CHARLES | GARITY |
| 3:23-CV-15019 | DONNIE | GARY |
| 3:23-CV-15021 | LAURA | GARZA |
| 3:23-CV-15023 | ROBERT | GAVERN |
| 3:23-CV-15028 | LORIN | GENEREUX |
| 3:23-CV-15031 | RAYMOND | GEORGE |
| 3:23-CV-15035 | RICHARD | GEORGE |
| 3:23-CV-15037 | ROBERT | GEORGE |
| 3:23-CV-15039 | CLIFF | GERBER |
| 3:23-CV-15041 | PATRICIA | GEROSA |
| 3:23-CV-15045 | GARY | GIBBS |
| 3:23-CV-15050 | MANUEL | GIBSON |
| 3:23-CV-15075 | PAUL | GIBSON |
| 3:23-CV-15088 | DENISE | GIERBOLINI |
| 3:23-CV-15104 | MARK | GIGLER |
| 3:23-CV-15131 | CRAIG | GILKISON |
| 3:23-CV-15148 | GERALDINE ANNE | GILLEN |
| 3:23-CV-15161 | JACK | GLASSMAN |
| 3:23-CV-15177 | JAMES | GLOVER |
| 3:23-CV-15192 | REDONNA | GOINS |
| 3:23-CV-15206 | ALEXANDER | GOLDEN |
| 3:23-CV-15213 | ELMER | GOLDSMITH |
| 3:23-CV-15231 | DONALD | GOLIGHTLY |

| | | |
|---|---|---|
| 3:23-CV-15253 | CHARLOTTE | GOLLOWAY |
| 3:23-CV-15267 | BERTHA | GONZALEZ |
| 3:23-CV-15262 | MARIA | GONZALEZ |
| 3:23-CV-15255 | JOHN | GOODMAN |
| 3:23-CV-15242 | ANNE | GOODRICH |
| 3:23-CV-15238 | BRYAN | GOOSE |
| 3:23-CV-15229 | DOYLE | GORDON |
| 3:23-CV-15220 | STEPHEN | GRAHAM |
| 3:23-CV-15216 | OSCAR | GRANGER |
| 3:23-CV-15184 | ANGELA | GRANT |
| 3:23-CV-15180 | LOUIS | GRASSI |
| 3:23-CV-15176 | CHARLES | GREEN |
| 3:23-CV-15168 | ROSE | GREEN |
| 3:23-CV-15160 | MARGO | GREENE |
| 3:23-CV-15154 | RANDY | GREENE |
| 3:23-CV-15146 | SCOTT | GREER |
| 3:23-CV-15139 | SAMUEL | GROSSO |
| 3:23-CV-15134 | PETER | GROVER |
| 3:23-CV-15129 | SAMUEL | GRUBB |
| 3:23-CV-15124 | JERRY | GRUNDY |
| 3:23-CV-15119 | ARNALDO | GUAJARDO |
| 3:23-CV-15112 | ROLANDO | GUAJARDO |
| 3:23-CV-15105 | EDWINA | HAAG |
| 3:23-CV-15098 | JOYCE | HAGGART-GRAY |
| 3:23-CV-15091 | RICHARD | HAIGH |
| 3:23-CV-15085 | JACKIE | HALL |
| 3:23-CV-15078 | JAMES | HALL |
| 3:23-CV-15074 | MARY | HALL-ROBERSON |
| 3:23-CV-13734 | MARK | HALPERIN |
| 3:23-CV-13756 | BENITA | HAMILTON |
| 3:23-CV-13763 | HAROLD | HAMILTON |
| 3:23-CV-13769 | ANGELA | HANNER |
| 3:23-CV-13792 | MARTINA | HANNIBAL |
| 3:23-CV-13807 | TRACIE | HARDIN |
| 3:23-CV-13814 | ROBERT | HARDING |
| 3:23-CV-13823 | CHERYL | HARDY |
| 3:23-CV-13829 | TERRY | HARLEY |
| 3:23-CV-13838 | JON | HARNEW |
| 3:23-CV-13843 | ANTHONY | HARPER |
| 3:23-CV-13847 | CATHY | HARRIS |
| 3:23-CV-13909 | CHARLES | HARRIS |
| 3:23-CV-13918 | LAWRENCE | HARRIS |
| 3:23-CV-14220 | NAOMI | HARRIS |
| 3:23-CV-14228 | PATRICIA | HARRIS |

| | | |
|---|---|---|
| 3:23-CV-14235 | ROY | HARRISON |
| 3:23-CV-14240 | DORIS | HARRIS-TAYLOR |
| 3:23-CV-14243 | DARLESE | HARROLD |
| 3:23-CV-14248 | CURTIS | HARTLEY |
| 3:23-CV-14252 | BRENT | HASVOLD |
| 3:23-CV-14259 | IDELLA | HATCHER |
| 3:23-CV-14265 | GLENDA | HAWKINGS |
| 3:23-CV-14273 | DONALD | HAYNES |
| 3:23-CV-14278 | BENNIE | HEAD |
| 3:23-CV-16873 | KENNETH | HELLRUNG |
| 3:23-CV-14355 | SHERRI | HEMPHILL |
| 3:23-CV-14358 | DENNIS | HENDERSON |
| 3:23-CV-14421 | THOMAS | HENDERSON |
| 3:23-CV-15024 | DELTON | HENDGES |
| 3:23-CV-15029 | KURT | HENDRICK |
| 3:23-CV-15034 | WILLIAM | HENNESSY |
| 3:23-CV-15038 | RODGER | HERMANS |
| 3:23-CV-15064 | JAMES | HERON |
| 3:23-CV-15068 | BRYAN | HERRIN |
| 3:23-CV-15073 | MIKEL | HERRON |
| 3:23-CV-15080 | TERRANCE | HERTZ |
| 3:23-CV-15083 | KEVIN | HETCHLER |
| 3:23-CV-15090 | DEBBIE | HIBBS |
| 3:23-CV-15096 | CALVIN | HICKS |
| 3:23-CV-15101 | DEBORAH | HIEGER |
| 3:23-CV-15106 | CRYSTAL | HIGH |
| 3:23-CV-15111 | CHARLES | HILL |
| 3:23-CV-15114 | GREGORY | HILL |
| 3:23-CV-15120 | LUCSHWEITZER | HILL |
| 3:23-CV-15127 | ROBERT | HILL |
| 3:23-CV-15132 | RODNEY | HILL |
| 3:23-CV-15137 | JACQUELINE | HILLS-PERRY |
| 3:23-CV-15142 | JOHN | HILTON |
| 3:23-CV-15150 | THOMAS | HINDMARSH |
| 3:23-CV-15159 | SHARON | HINKLE |
| 3:23-CV-15171 | GARY | HINRICHS |
| 3:23-CV-15174 | CHARLES | HINTON |
| 3:23-CV-15178 | JOAN | HO |
| 3:23-CV-15183 | RACHEL | HOBBS |
| 3:23-CV-15188 | RUTH | HODGES |
| 3:23-CV-15194 | WAYNE | HOLCOMBE |
| 3:23-CV-15196 | RAYMOND | HOLDER |
| 3:23-CV-15201 | THEODORE | HOLIDAY |
| 3:23-CV-15204 | MICHELLE | HOLLING |

| 3:23-CV-15215 | CHARLES | HOLT |
|---|---|---|
| 3:23-CV-15218 | TERRY | HOLT |
| 3:23-CV-15224 | ROBERT | HOOVER |
| 3:23-CV-15230 | ROBERT | HOPKINS |
| 3:23-CV-15233 | LYNDA | HOUSTON |
| 3:23-CV-15239 | DONNA | HOUSWORTH |
| 3:23-CV-15243 | BARBARA | HOVORKA |
| 3:23-CV-15250 | TIMOTHY | HOWELL |
| 3:23-CV-15257 | JESSE | HUBER |
| 3:23-CV-15265 | SANDRA | HUFF |
| 3:23-CV-15327 | JULIE | HUGHES |
| 3:23-CV-15332 | RILLIA | HUMPHREY |
| 3:23-CV-15336 | ROBERT | HUNZEKER |
| 3:23-CV-15338 | JOEL | HUSEBYE |
| 3:23-CV-15342 | WILLIAM | ILLIS |
| 3:23-CV-15344 | ROBERT | INGRAM |
| 3:23-CV-15352 | MARC | INKELES |
| 3:23-CV-15357 | WILLIAM | IRVIN |
| 3:23-CV-15361 | JOHN | IZZI |
| 3:23-CV-15386 | DOUGLAS | JACIOW |
| 3:23-CV-15390 | DANIEL | JACKSON |
| 3:23-CV-15399 | ESSIE | JACKSON |
| 3:23-CV-15406 | KIRK | JACKSON |
| 3:23-CV-15412 | MICHAEL | JACKSON |
| 3:23-CV-15421 | RAY | JACKSON |
| 3:23-CV-15629 | WILL | JACKSON |
| 3:23-CV-15635 | DALE | JAMES |
| 3:23-CV-15646 | HENRY L. | JAMES |
| 3:23-CV-15649 | MARIO | JEANTY |
| 3:23-CV-15657 | J.D. | JEFFCOAT |
| 3:23-CV-15666 | PERLINE | JEFFERSON |
| 3:23-CV-15673 | MARY | JEFFRIES |
| 3:23-CV-15678 | GLENN | JENKINS |
| 3:23-CV-15684 | JOHN | JENKINS |
| 3:23-CV-15687 | PHILIP | JENKINS |
| 3:23-CV-15720 | LAWRENCE | JERMANSKY |
| 3:23-CV-15727 | TOMMY | JERNIGAN |
| 3:23-CV-15731 | BILLY | JOHNSON |
| 3:23-CV-15735 | EVERETT | JOHNSON |
| 3:23-CV-15740 | GARY | JOHNSON |
| 3:23-CV-15742 | HELEN | JOHNSON |
| 3:23-CV-15746 | JUDY | JOHNSON |
| 3:23-CV-15750 | LEANDREA | JOHNSON |
| 3:23-CV-15764 | RICHARD | JOHNSON |

| | | |
|---|---|---|
| 3:23-CV-15786 | SHARI | JOHNSON |
| 3:23-CV-15790 | BENNY | JONES |
| 3:23-CV-15795 | JOHNNY | JONES |
| 3:23-CV-15800 | LEONDRA | JONES |
| 3:23-CV-15803 | MICHAEL | JONES |
| 3:23-CV-15809 | SERENA | JONES |
| 3:23-CV-15812 | STEVEN | JONES |
| 3:23-CV-16160 | TIMOTHY | JONES |
| 3:23-CV-16171 | EDDIE | JORDAN |
| 3:23-CV-16174 | SHEILA | JORDAN |
| 3:23-CV-16178 | EVERETT | JUDGE |
| 3:23-CV-16189 | KENNETH | JUNIOUS |
| 3:23-CV-16195 | JOSEPH | KAISER |
| 9:21-CV-82199 | AHMED | KAISSAR |
| 3:23-CV-16202 | CINDY | KANDILL |
| 3:23-CV-16206 | MARGARET | KANE |
| 3:23-CV-16210 | DAVID | KARWECK |
| 3:23-CV-16215 | DONALD | KEATING |
| 3:23-CV-16537 | ROBERT | KECKHUT |
| 3:23-CV-16548 | GILBERT | KEITH |
| 3:23-CV-16551 | BARRY | KELLOW |
| 3:23-CV-16555 | GLORIA | KELLY |
| 3:23-CV-16561 | PETER | KELLY |
| 3:23-CV-16573 | BILLYE | KERN |
| 3:23-CV-16583 | ROBERT | KETCHMARK |
| 3:23-CV-16614 | RENEE | KETCHUM |
| 3:23-CV-16616 | WASEF | KHLEFAT |
| 3:23-CV-16661 | HYUN | KIM |
| 3:23-CV-16663 | DAVID | KINCZEWSKI |
| 3:23-CV-16664 | FRANKIE | KING |
| 3:23-CV-16666 | KIMBERLY | KING |
| 3:23-CV-16668 | PEGGY | KINNEY |
| 3:23-CV-16672 | JOHN | KITZMILLER |
| 3:23-CV-16673 | LAWRENCE | KLEM |
| 3:23-CV-16675 | JANET | KLETZIEN |
| 3:23-CV-16679 | DOMINIC | KLINE |
| 3-23-CV-16877 | RICHARD | KNAPP |
| 3:23-CV-16689 | LARRY | KNEDLIK |
| 3:23-CV-16705 | RANDALL | KNEEDLER |
| 3:23-CV-16706 | ANTHONY | KNIGHT |
| 3:23-CV-16710 | ARTHUR | KNIGHT |
| 3:23-CV-16714 | MICHAEL | KNOPKA |
| 3:23-CV-16716 | DEBRA | KNOX |
| 3:23-CV-16719 | CHERYL | KOETTING |

| | | |
|---|---|---|
| 3:23-CV-16720 | JUDY | KOPP |
| 3:23-CV-16723 | TOURAJ | KORMI |
| 3:23-CV-16725 | STEPHEN | KOZINSKI |
| 3:23-CV-16728 | DALE | KUHLMAN |
| 3:23-CV-16680 | PATRICIA | KYLLONEN |
| 3:23-CV-16684 | DAVID | LACROIX |
| 3:23-CV-16685 | FRANK | LADD |
| 3:23-CV-16688 | KENNETH | LAJOIE |
| 3:23-CV-16692 | AUSTIN | LAKE |
| 3:23-CV-16694 | OWEN | LAMARCHE |
| 3:23-CV-16696 | MARK | LAMBERT |
| 3:23-CV-16699 | JAMES | LAMM |
| 3:23-CV-16722 | GEORGE | LANDIS |
| 3:23-CV-16726 | GARY | LANDRY |
| 3:23-CV-16584 | WENDY | LANE |
| 3:23-CV-16591 | RAINER | LANGE |
| 3:23-CV-16734 | MARTIN | LANGEVIN |
| 3:23-CV-16739 | ROGER | LANNING |
| 3:23-CV-16741 | DANIEL | LAQUE |
| 3:23-CV-16754 | PEGGY | LARASON |
| 3:23-CV-16756 | THOMAS | LATUFF |
| 3:23-CV-16758 | EARL | LAWRENCE |
| 3:23-CV-16762 | LOLA | LAWRENCE |
| 3:23-CV-16766 | JULIA | LAWS |
| 3:23-CV-16771 | WILLIAM | LAWSON |
| 3:23-CV-16774 | THOMAS | LAYNE |
| 3:23-CV-16781 | ANGELO | LAZARO |
| 3:23-CV-16784 | TIMOTHY | LEA |
| 3:23-CV-16785 | APRIL | LEADLEY |
| 3:23-CV-16787 | MARK | LEATHERS |
| 3:23-CV-16788 | MARVIN | LEAYM |
| 3:23-CV-16789 | TRACEY | LEBLANC |
| 3:23-CV-16790 | SHERREL | LECORN |
| 3:23-CV-16763 | DARRELL | LEDOUX |
| 3:23-CV-16765 | NORRIS | LEE |
| 3:23-CV-16767 | ROBERT | LEE |
| 3:23-CV-16768 | HARRY | LEFF |
| 3:23-CV-16769 | JONATHAN C | LENZ |
| 3:23-CV-16770 | JOSEPHINE | LEON GUERRERO |
| 3:23-CV-16772 | JAMES | LEOPARD |
| 3:23-CV-16773 | FRANCIS | LEPERA |
| 3:23-CV-16775 | IRIS | LESNEY |
| 3:23-CV-16761 | DEREK | LESTER |
| 3:23-CV-16777 | MICHAEL | LEVIEGEGRANT |

| | | |
|---|---|---|
| 3:23-CV-16737 | GEORGE | LEWIS |
| 3:23-CV-16740 | JACK | LEWIS |
| 3:23-CV-16743 | MARCUS X. | LEWIS |
| 3:23-CV-16748 | MARILYN | LEWIS |
| 3:23-CV-16749 | ROBERTA | LEWIS |
| 3:23-CV-16751 | ALAN | LIMBERICK |
| 3:23-CV-16752 | MICHAEL | LINDIE |
| 3:23-CV-16759 | DARRELL | LINDSEY |
| 3:23-CV-16760 | REGINA | LINES |
| 3:23-CV-13689 | ROSEMARY | LISKY |
| 3:23-CV-13706 | MARCUS | LITTLEJOHN |
| 3:23-CV-13714 | WILEY | LITTLES |
| 3:23-CV-13720 | JOANNE | LITTLETON |
| 3:23-CV-13723 | TIMOTHY | LOFTUS |
| 3:23-CV-13747 | BERNICE | LOGAN |
| 3:23-CV-13759 | ESTELLE | LOMUTO |
| 3:23-CV-13771 | JUAN | LONDONO |
| 3:23-CV-13789 | GEORGE | LONG |
| 3:23-CV-13797 | PENNY | LONG |
| 3:23-CV-13804 | KENNETH | LONGSTRETH |
| 3:23-CV-13810 | RICHARD | LOUDON |
| 3:23-CV-13819 | TIFFANY | LOVELAND |
| 3:23-CV-13967 | SCOTT | LOVETT |
| 9:22-CV-80674 | DEBORAH | LOWE-LEE |
| 3:23-CV-13971 | EUGENE | LUCENTE |
| 3:23-CV-13977 | DOUGLAS | LUITEN |
| 3:23-CV-13982 | LAWRENCE | LUNSFORD |
| 3:23-CV-13985 | DALE | LYPHARDT |
| 3:23-CV-13990 | WEBSTER | MACCARTEE |
| 3:23-CV-13991 | JOSEPH | MACCHIRELLA |
| 3:23-CV-14046 | AL | MACON |
| 3:23-CV-14055 | ANGELO | MAGARACI |
| 3:23-CV-14060 | LARRY | MAGGARD |
| 3:23-CV-14064 | ANTHONY | MAITILASSO |
| 3:23-CV-14069 | MARIA | MALVITA |
| 3:23-CV-14071 | JULIUS | MANCHISE |
| 3:23-CV-14077 | NICOLE | MANGAN |
| 3:23-CV-14080 | FRANKLIN | MANSFIELD |
| 3:23-CV-14084 | JOSEPH | MARASCO |
| 3:23-CV-14087 | CHARLIE | MARCUS |
| 3:23-CV-14092 | JAIME | MARISCAL |
| 3:23-CV-14097 | DOUGLAS | MARLOW |
| 3:23-CV-14100 | BOBBY | MARTIN |
| 3:23-CV-14101 | CANDYCE | MARTIN |

| | | |
|---|---|---|
| 3:23-CV-14110 | DENNIS | MARTIN |
| 3:23-CV-14122 | GENE | MARTIN |
| 3:23-CV-14124 | JOSHUA | MARTIN |
| 3:23-CV-14129 | MICHELE | MARTIN |
| 3:23-CV-14149 | KIM | MARTINEZ |
| 3:23-CV-14145 | ROLANDO | MARTINEZ VALDES |
| 3:23-CV-16088 | CHAD | MARVIN |
| 3:23-CV-14161 | CAROL | MATLACK-GILBERT |
| 3:23-CV-14166 | CHARLES | MATTHAU |
| 3:23-CV-14171 | JOSEPH | MAXWELL |
| 3:23-CV-14176 | ROBERT | MAXWELL |
| 3:23-CV-14188 | ROBBY | MAYBERRY |
| 3:23-CV-14199 | JOHN | MAYNE |
| 3:23-CV-14207 | FRANK | MAZZIOTTI |
| 3:23-CV-14214 | JANICE | MCALLISTER |
| 3:23-CV-14225 | DONNA | MCCAIN |
| 3:23-CV-14275 | VELMA | MCCANN |
| 3:23-CV-16087 | KENNETH | MCCOPPEN |
| 3:23-CV-14339 | RAYMOND | MCCULLAR |
| 3:23-CV-14343 | THOMAS | MCDONALD |
| 3:23-CV-16091 | BILLY | MCDUFFIE |
| 3:23-CV-14384 | JOSEPH | MCDUFFIE |
| 3:23-CV-14392 | NANCY | MCGUFFEE |
| 3:23-CV-14400 | NANCY | MCINNIS |
| 3:23-CV-14404 | CLAUDE | MCINTOSH |
| 3:23-CV-14414 | SEDRIC | MCKENZIE |
| 3:23-CV-14425 | RONALD | MCLEAN |
| 3:23-CV-14440 | LARRY | MCNABB |
| 3:23-CV-14445 | JAMES | MCNEAL |
| 3:23-CV-14451 | RANDALL | MCNEIL |
| 3:23-CV-14455 | THEODORE | MCNEIL |
| 9:22-CV-80715 | MARTHA | MCSHANE |
| 3:23-CV-14611 | JUDITH | MEDDERS |
| 3:23-CV-14612 | EDWARD | MEDINA |
| 3:23-CV-14613 | MICHAEL | MEGGISON |
| 3:23-CV-14614 | ORVILLE | MENDENALL |
| 3:23-CV-14616 | DIANE | MENESES |
| 3:23-CV-14617 | AARON | MENNERIC |
| 3:23-CV-14619 | JOSE | MERAS |
| 3:23-CV-14620 | FRANK | MICELOTTA |
| 2:23-CV-14046 | JERRY | MICHAEL |
| 3:23-CV-14622 | MARYANN | MICHAELS |

| | | |
|---|---|---|
| 3:23-CV-14623 | CATHERINE | MICONI |
| 3:23-CV-14625 | JAMES | MIKELONIS |
| 3:23-CV-14630 | SHADI | MILES |
| 3:23-CV-14632 | JOHN | MILEY |
| 3:23-CV-14634 | CHESTER | MILLER |
| 3:23-CV-14636 | CLYDE | MILLER |
| 3:23-CV-14638 | DAVID | MILLER |
| 3:23-CV-14640 | EARL | MILLER |
| 3:23-CV-14641 | DONALD | MINER |
| 3:23-CV-14642 | TRACY | MINTON |
| 3:23-CV-14644 | RICHARD | MIRKIN |
| 3:23-CV-14646 | RONALD | MISER |
| 3:23-CV-14648 | JOHN | MITCHAM |
| 3:23-CV-14650 | J.C. | MITCHELL |
| 3:23-CV-14651 | THURMAN | MITCHELL |
| 3:23-CV-14653 | WILLIAM | MITCHELTREE |
| 3:23-CV-14654 | BEVERLY | MITLIN |
| 3:23-CV-14655 | JAMES | MIZELL |
| 3:23-CV-14658 | KENNETH | MOBBS |
| 3:23-CV-14659 | LINDA | MOBLEY |
| 3:23-CV-14662 | PETER | MOLIGNANO |
| 3:23-CV-14664 | PATSY | MONDRY |
| 3:23-CV-14666 | MARIE | MONETTE |
| 3:23-CV-14667 | WANDA | MONLEY |
| 3:23-CV-14669 | MAISHA | MONROE |
| 3:23-CV-13701 | ROBERT | MONROE |
| 3:23-CV-13758 | DONALD | MONTGOMERY |
| 3:23-CV-13776 | LEROGOUS | MONTGOMERY |
| 3:23-CV-13836 | DAVID | MOORE |
| 3:23-CV-13845 | JERRY | MOORE |
| 3:23-CV-13853 | KEAYA | MOORE |
| 3:23-CV-13857 | PEARLIE | MOORE |
| 3:23-CV-13860 | ANGELICA | MORALES |
| 3:23-CV-13869 | NORBERTO | MORALES |
| 3:23-CV-13871 | PAUL | MORALES |
| 3:23-CV-13874 | RAYMOND | MORRELL |
| 3:23-CV-13879 | ANTHONY | MORRIS |
| 3:23-CV-13882 | EDWARD | MORRIS |
| 3:23-CV-13884 | NAHUM | MOSCOT |
| 3:23-CV-13893 | LEALA | MOSS |
| 3:23-CV-13895 | LINDA | MOTE |
| 3:23-CV-13898 | MAEMAR | MUFLAHI |
| 3:23-CV-13904 | RICHARD | MULLICAN |
| 3:23-CV-16884 | J.D. | MULLINS |

| | | |
|---|---|---|
| 3:23CV14195 | MORTON | MULLINS |
| 3:23-CV-14201 | RAYMOND | MUNZER |
| 3:23-CV-14206 | SANTIAGO | MURILLO |
| 3:23-CV-14213 | STEPHAN | MURPHY |
| 3:23-CV-14218 | DERRIK | MURRAY |
| 3:23-CV-14226 | KENNETH | MURRELL |
| 3:23-CV-14232 | TRENTON | MYERS |
| 3:23-CV-14237 | PATINA | MYRE |
| 3:23-CV-14246 | CONRAD | NAVIN |
| 3:23-CV-14256 | CONSTANCE | NAYLOR |
| 3:23-CV-14260 | JUDY | NEAL |
| 3:23-CV-14269 | EDWARD | NEHRING |
| 3:23-CV-14280 | CHARLESTON | NELSON |
| 3-23-CV-16880 | JOHN | NELSON |
| 3:23-CV-14364 | JAMES | NICHOLS |
| 3:23-CV-14368 | DAVID | NIX |
| 3:23-CV-14374 | JERRY | NNADOZIE |
| 3:23-CV-14383 | BARBARA | NOEL |
| 3:23-CV-14418 | LEEROY | NORMAN |
| 3:23-CV-14437 | IAYANIA | NORWOOD |
| 3:23-CV-14464 | ERICA | NUNEZ |
| 3:23-CV-14467 | ANDERSON | NURSE |
| 3:23-CV-14473 | PATRICK | O' HARA |
| 3:23-CV-14489 | AMANDA | O'BRIEN |
| 3:23-CV-14490 | JESSE | OCHOA |
| 3:23-CV-14493 | DAVID | O'DELL |
| 3:23-CV-14498 | MAX | O'DONNAL |
| 3:23-CV-14501 | DANIEL | ODOWD |
| 3:23-CV-14503 | RONALD | OGLESBY |
| 3:23-CV-14505 | BOBBIE | OLIVE |
| 3:23-CV-14508 | CURTIS | OLIVER |
| 3:23-CV-14513 | SUSAN | OLSEN |
| 3-23-CV-16886 | ELLEN | OMO |
| 3-23-CV-16892 | MARY | ORNEALAS |
| 3:23-CV-15339 | KENNETH | ORR |
| 3:23-CV-15376 | JOHN | OTEEN |
| 3:23-CV-15388 | JAYNE | OTTO |
| 3:23-CV-15410 | EDWARD | OWEN |
| 3:23-CV-15613 | ROSALEE | PACK |
| 3:23-CV-15616 | KENNETH | PADEN |
| 3:23-CV-15620 | GERALD | PALUCH |
| 3:23-CV-15628 | EUGENE | PALYO |
| 3:23-CV-15631 | DONALD | PARKER |
| 3:23-CV-15639 | ROBERT | PARTIN |

| | | |
|---|---|---|
| 3:23-CV-15654 | ROGER | PATRICK |
| 3:23-CV-15660 | BASIL | PATTERSON |
| 3:23-CV-15669 | CINNEY | PATTERSON |
| 3:23-CV-15674 | DANIEL | PATTERSON |
| 3:23-CV-15692 | CARMEN | PAUL |
| 3:23-CV-15696 | RICHARD | PAYNE |
| 3:23-CV-15700 | ROBERT | PAYTON |
| 3:23-CV-15703 | WILLIAM | PEARSE |
| 3:23-CV-15710 | WESLEY | PECK |
| 3:23-CV-15722 | KAREN | PEEK |
| 3:23-CV-15729 | THEODORE | PEHINGER |
| 3:23-CV-15747 | RANDALL | PENLEY |
| 3:23-CV-15755 | CHARLIE | PEOPLES |
| 3:23-CV-15760 | FRANK | PERALEZ |
| 9:22-CV-80204 | GINEAN | PEREIRA |
| 3-23-CV-16894 | EDWARD | PERKINS |
| 3:23-CV-16140 | MATTHEW | PERKINSON |
| 3:23-CV-16145 | JESSE | PERRIN |
| 3:23-CV-16147 | TROY | PERRY |
| 3:23-CV-16149 | CURTIS | PERRYMAN |
| 3:23-CV-16162 | JAMES | PERSHIN |
| 3:23-CV-16166 | MICHAEL | PETROCINE |
| 3:23-CV-16170 | CHARLES | PETTUS |
| 3:23-CV-16173 | MARY | PHILLIPS |
| 3:23-CV-16176 | JOHNNY | PICARD |
| 3:23-CV-16185 | JOSHUA | PICARD |
| 3:23-CV-16188 | ANNA | PINER |
| 9:21-CV-82248 | WILLIAM | PITCHFORD |
| 3:23-CV-16192 | TOM | PIZINGER |
| 3:23-CV-16200 | STUART | PLEAT |
| 3:23-CV-16207 | LAWRENCE | PLOSKI |
| 3:23-CV-16211 | LEUAN | POH |
| 3:23-CV-16217 | PAUL | POITRAS |
| 3:23-CV-16219 | ERNEST | POLING |
| 3:23-CV-16510 | DARIOUS | POLK |
| 3:23-CV-16515 | JEANETTE | POLK |
| 3:23-CV-16522 | STERLING | POLLARO |
| 3:23-CV-16525 | FREDDIE | POUNCY |
| 3:23-CV-16531 | RAYMOND | PRAGLUSKI |
| 3:23-CV-16534 | ARMSTEAD | PRESCOTT |
| 3:23-CV-13750 | JODY | PREVATT |
| 3:23-CV-13795 | DELBERT | PRICE |
| 3:23-CV-13821 | EDITH | PRICE |
| 3:23-CV-13940 | JACKIE | PRICE |

| | | |
|---|---|---|
| 3:23-CV-13945 | PHYLLISS | PRICE |
| 3:23-CV-13951 | DEBBIE | PROCTOR |
| 3:23-CV-13956 | RICHARD | PROCTOR |
| 3:23-CV-13960 | CHARLES | PROKOP |
| 3:23-CV-13964 | FRANKLIN | PROPST |
| 3:23-CV-14193 | BRUCE | QUEVILLON |
| 3:23-CV-14233 | JOANN | RABON |
| 3:23-CV-14244 | DAN | RADULESCU |
| 3:23-CV-14264 | DELORIS | RAINES |
| 3:23-CV-14282 | GERARDO | RAMOS-LUCATERO |
| 3:23-CV-14413 | MARY | RAMSEY |
| 3:23-CV-14428 | TONY | RANDALL |
| 3:23-CV-14444 | MICHAEL | RANSON |
| 3:23-CV-15042 | BRIAN | RAY |
| 3:23-CV-15086 | ANTHONY | RAYBURN |
| 3:23-CV-15100 | DAVID | REBARCHIK |
| 3:23-CV-15115 | MACEO | REDD |
| 3:23-CV-15126 | RICKEY | REDMON |
| 3:23-CV-15136 | EDDIE | REED |
| 3:23-CV-15141 | KIMBERLY | REEVES |
| 3:23-CV-15152 | J. | REID |
| 3:23-CV-15173 | JESSIMALEI | REID |
| 3:23-CV-15190 | JOHN | REILLEY |
| 3:23-CV-15197 | VICTORIA | REILLY |
| 3:23-CV-15247 | RONALD | REITER |
| 3:23-CV-15258 | LARRY | RENICKER |
| 3:23-CV-16671 | JIMMY | REUM |
| 3:23-CV-15298 | MAIKEL | REY |
| 3:23-CV-15308 | STEVEN | REY |
| 3:23-CV-15315 | STANLEY | REYNOLDS |
| 3:23-CV-15322 | REBECCA | RHODES |
| 3:23-CV-15330 | JIMMY | RICE |
| 3:23-CV-15334 | RANDALL | RICE |
| 3:23-CV-15345 | TIMOTHY | RICHEY |
| 3:23-CV-15392 | GRADY | RIDDLE |
| 3:23-CV-15402 | ANGELA | RIEDEL |
| 3:23-CV-15417 | TERRY | RIGG |
| 3:23-CV-16674 | MICHAEL | RILEY |
| 3:23-CV-15634 | ALBERT | RIOS |
| 3:23-CV-15647 | ROLANDO | RIVAS |
| 3:23-CV-15652 | JOSE | RIVERA |
| 3:23-CV-15664 | RAMON | RIVERA |
| 3:23-CV-15675 | FRANCINE | RIVERS |

| | | |
|---|---|---|
| 3:23-CV-15680 | DANIEL | ROBBINS |
| 3:23-CV-15686 | KATHLEEN | ROBERTS |
| 3:23-CV-15694 | MELVIN | ROBERTS |
| 3:23-CV-15699 | DONALD | ROBINAUGH |
| 3:23-CV-15707 | SCOTT | ROBINETTE |
| 3:23-CV-15711 | SANDRA | ROBINSON |
| 3:23-CV-15719 | TAMMY | RODGERS-SAMS |
| 3:23-CV-15728 | RUI | RODRIGUES |
| 3:23-CV-15732 | KENNETH | ROOK |
| 3:23-CV-15739 | MODESTO | ROSADO |
| 3:23-CV-15743 | HERMAN | ROSE |
| 3:23-CV-15748 | LINDA | ROSE |
| 3:23-CV-15754 | VICTORIA | ROSE |
| 3:23-CV-15761 | PAUL | ROSENBERG |
| 3:23-CV-15769 | ROBERT | ROSENTHAL |
| 3:23-CV-15773 | ROSA | ROSMARINO |
| 3:23-CV-15776 | BRADLEY | ROWAN |
| 3:23-CV-15782 | LARRY | RUDKIN |
| 3:23-CV-15787 | MALVIN | RUFFIN |
| 3:23-CV-15793 | RAMONA | RUNYON |
| 3:23-CV-15799 | HERVEY | RUSH |
| 3:23-CV-16971 | FRANCES | RUSSELL |
| 3:23-CV-15814 | WARREN | RUSSELL |
| 3:23-CV-16201 | WENDY | SABATHIER |
| 3:23-CV-16216 | ROSS | SACKETT |
| 3:23-CV-16857 | JOHN | SACKLER |
| 3:23-CV-16541 | SHAMOON | SADA |
| 3:23-CV-16544 | PATRICK | SAFFER |
| 3:23-CV-16553 | DAMEN | SAGER |
| 3:23-CV-16556 | GREGG | SAHLY |
| 3:23-CV-16559 | WILLIE | SAILOR |
| 3:23-CV-16567 | SHABIB | SAJID |
| 3:23-CV-16572 | NANCY | SALVA |
| 3:23-CV-16578 | DEBORAH | SALYARDS |
| 3:23-CV-16585 | JAMAI | SAMUEL |
| 3:23-CV-16862 | JAMES | SANBORN |
| 3:23-CV-16620 | CORINA | SANCHEZ |
| 3:23-CV-16622 | WILLIAM | SANCHEZ |
| 3:23-CV-16623 | CRYSTAL | SANCHEZ-JOHNSON |
| 3:23-CV-16625 | SHERIDAN | SANDEFUR |
| 3:23-CV-16627 | WILLIAM | SAUNDERS |
| 3:23-CV-16630 | ANGEL | SAURI |
| 3:23-CV-16631 | ROBERT | SAVERY |

| | | |
|---|---|---|
| 3:23-CV-16633 | EDWARD | SAWICKI |
| 3:23-CV-16637 | WILLIAM | SAWYER |
| 3:23-CV-16639 | DONALD | SCHAFFER |
| 3:23-CV-16640 | JOHN | SCHECKTON |
| 3:23-CV-16642 | THOMAS | SCHERILLO |
| 3:23-CV-16644 | WILLIAM | SCHLUTER |
| 3:23-CV-16648 | RICHARD | SCHMITZ |
| 3:23-CV-16651 | BARBARA | SCHULER |
| 3:23-CV-16653 | ROBERT | SCHULZ |
| 3:23-CV-16655 | DOUG | SCHUSTER |
| 3:23-CV-13947 | JERRY | SCIACCA |
| 3:23-CV-13952 | CHARLES | SCOTT |
| 3:23-CV-13955 | ROSE | SCOTT |
| 3:23-CV-13959 | JOSEPEHINE | SCRAFANO |
| 3:23-CV-13962 | MICHAEL | SEABORNE |
| 3:23-CV-13966 | JOEY | SELF |
| 3:23-CV-13970 | CAMILLE | SELLITTO |
| 3:23-CV-13975 | ELIZABETH | SENN |
| 3:23-CV-13976 | VITO | SERVEDIO |
| 3:23-CV-13979 | JAMES | SHADDOX |
| 3:23-CV-13981 | VALERIE | SHANE |
| 3:23-CV-13984 | JOHN | SHANKS |
| 3:23-CV-13987 | WILLIAM | SHAW |
| 3:23-CV-16869 | MICHAEL | SHEA |
| 3:23-CV-15618 | AHED | SHEHADEH |
| 3:23-CV-15627 | HOWARD | SHERIDAN |
| 3:23-CV-15632 | ELAINE | SHERMAN |
| 3:23-CV-15642 | HAZEL | SHEVAT |
| 3:23-CV-15648 | THERESA | SHIFLETT |
| 3:23-CV-15656 | NAUM | SHKOLNIK |
| 3:23-CV-15665 | ANNETTE | SHUMAN |
| 3:23-CV-15672 | MICHAEL | SHUMWAY |
| 3:23-CV-15676 | JOHN | SIEG |
| 3:23-CV-15612 | LINDA | SIMMONS |
| 3:23-CV-15607 | CAROL | SIMPSON |
| 3:23-CV-13727 | LEON | SINGLETON |
| 3:23-CV-13753 | HARRISON | SIZEMORE |
| 3:23-CV-13770 | MICHAEL | SKINNER |
| 3:23-CV-13785 | RICHARD | SLIGAR |
| 3:23-CV-13800 | JAMES | SLIGH |
| 3:23-CV-13815 | ALAN | SMITH |
| 3:23-CV-13842 | BRADDEN | SMITH |
| 3:23-CV-13932 | EMORY | SMITH |
| 3:23-CV-13936 | FREDRICK | SMITH |

| | | |
|---|---|---|
| 3:23-CV-13939 | HAROLD | SMITH |
| 3:23-CV-13950 | LAWRENCE | SMITH |
| 3:23-CV-13954 | LEWIS | SMITH |
| 3:23-CV-13961 | LLOYD | SMITH |
| 3:23-CV-13968 | MARIAN | SMITH |
| 3:23-CV-13974 | ROY | SMITH |
| 3:23-CV-13988 | SABRINA | SMITH |
| 9:20-CV-81017 | STEPHANIE | SMITH |
| 3:23-CV-13994 | TYRONE | SMITH |
| 3:23-CV-14157 | VICTORIA I | SMITH |
| 3:23-CV-13809 | MAE OLLA | SMITH THOMAS |
| 3:23-CV-14187 | BOYD | SNODDY |
| 3:23-CV-14331 | WENDELL | SNOWDEN |
| 3:23-CV-14351 | WILLIAM | SNOWDEN |
| 3:23-CV-14395 | JACQUE | SNYDER |
| 3:23-CV-14407 | BRUCE | SOLOMON |
| 3:23-CV-14430 | GLENN | SOULET |
| 3:23-CV-14449 | RAYMOND | SPAFFORD |
| 3:23-CV-14457 | CLYDE | SPATE |
| 9:21-CV-82246 | ROBERT | SPEARING |
| 3:23-CV-14045 | MARK | SPOHR |
| 3:23-CV-16097 | KIMBERLY | ST.CLAIR |
| 3:23-CV-16115 | GENE | STARMER |
| 3:23-CV-16118 | DAVID | STAUP |
| 3:23-CV-16124 | RICHARD | STEELE |
| 3:23-CV-16126 | WALTER | STEFFEN |
| 3:23-CV-16134 | WILLIAM | STEIN |
| 3:23-CV-16144 | ROBERT | STEINBERG |
| 3:23-CV-16158 | JACK | STEVENS |
| 3:23-CV-16187 | LARRY | STIVER |
| 3:23-CV-16495 | SARA | STOCK |
| 3:23-CV-14597 | WALTER | STOKLOSA |
| 3:23-CV-16498 | JESSE | STONE |
| 3:23-CV-16501 | JOHNNY | STOWE |
| 3:23-CV16503 | ROBERT | STRAHIN |
| 3:23-CV-16507 | RICHARD | STRATTON |
| 3:23-CV-16509 | KENNETH | STREETER |
| 3:23-CV-16512 | ALONZO | STRONG |
| 3:23-CV-16514 | JOHN | STUCKI |
| 3:23-CV-16106 | BRENDA | STVINCENT |
| 3:23-CV-16517 | FRED | SUSAMI |
| 3:23-CV-16524 | KELLY | SUTPHIN |
| 3:23-CV-16532 | EVERETT | SWAFFORD |
| 3:23-CV-16533 | COLLEEN | SWANSON |

| | | |
|---|---|---|
| 3:23-CV-16539 | ROGER | SWANSON |
| 3:23-CV-16543 | BENITO | SY |
| 3:23-CV-16550 | FRANKIE | SYLVE |
| 3:23-CV-16871 | DAVID | SYLVESTER |
| 3:23-CV-16878 | HILDA | SYLVESTER |
| 3:23-CV-16558 | KATHLEEN | SYLVIA |
| 3:23-CV-16564 | EVONA | SZYMANSKA |
| 3:23-CV-16570 | MARTY | TAILLON |
| 3:23-CV-16576 | RODERICK | TALLMAN |
| 3:23-CV-16587 | BOB | TATE |
| 9:22-CV-80561 | ALBERT | TAURO |
| 3:23-CV-16629 | MAYRA | TAVAREZ |
| 3:23-CV-16643 | MARC | TAYLOR |
| 3:23-CV-16636 | MUHAMMAD | TAYLOR |
| 3:23-CV-16650 | RACHEL | TAYLOR |
| 3:23-CV-16654 | RICHARD | TAYLOR |
| 3:23-CV-16665 | EDWIN | TEEMLEY |
| 3:23-CV-16090 | PHILIP | TERESI |
| 3:23-CV-16881 | ROGELIO | TERRITORIO |
| 3:23-CV-16669 | ADAGENE | TESKE |
| 3:23-CV-16678 | ROBERT | THEROUX |
| 3:23-CV-16683 | ANNA | THOMAS |
| 3:23-CV-16690 | DANIEL | THOMAS |
| 3:23-CV-16695 | JOHN | THOMAS |
| 3:23-CV-16702 | JOHN | THOMAS |
| 3:23-CV-16698 | RONALD | THOMAS |
| 3:23-CV-16703 | TULANCE | THOMAS |
| 3:23-CV-16708 | JIMMY | THOMPKINS |
| 3:23-CV-16712 | ROGER | THOMPSON |
| 3:23-CV-16718 | DEBRA | THORNELL |
| 3:23-CV-14767 | BRUCE | THORPE |
| 3:23-CV-14774 | KATHRYN | THURSTIN |
| 3:23-CV-14775 | WILLIAM | TINSKY |
| 3:23-CV-14778 | JEFFREY | TOEVS |
| 3:23-CV-14782 | MARTINELLA | TOLLIVER |
| 3:23-CV-14784 | HENRY | TOMLINSON |
| 3:23-CV-14788 | CHANDLER | TORGESON |
| 3:23-CV-14789 | EDIBERTO | TORRES |
| 3:23-CV-14791 | JOSE | TORRES |
| 3:23-CV-14794 | ALEXANDER | TOTH |
| 3:23-CV-14796 | THOMAS | TOWNSEND |
| 3:23-CV-14800 | JIMMY | TRAIL |
| 3:23-CV-14862 | KEVIN | TRANTER |
| 3:23-CV-14867 | BARBARA | TRENT |

| | | |
|---|---|---|
| 3:23-CV-14870 | JULEEN | TREPANIER |
| 3:23-CV-14872 | REBECCA | TRITES |
| 3:23-CV-14873 | SILVIA | TRUJILLO |
| 3:23-CV-14875 | JONATHAN | TUCKER |
| 3:23-CV-14876 | ANTHONY | TURNER |
| 3:23-CV-14878 | VISWANATHAN | VAIDYANATHAN |
| 3:23-CV-14879 | CHARLES | VAMOS |
| 3:23-CV-13710 | ROBERT | VANESS |
| 3:23-CV-13731 | NINA | VANOSDEL |
| 3:23-CV-13736 | PEDRO | VARGAS PEREZ |
| 9:21-CV-82236 | DONALD | VASKIE |
| 3:23-CV-13745 | GLADYS | VAUGHN |
| 3:23-CV-13765 | TAMMY | VELAZQUEZ |
| 3:23-CV-13818 | MICHAEL | VERLIHAY |
| 3:23-CV-13824 | REUBEN | VIGIL |
| 3:23-CV-13830 | DOROTHY | VISSER |
| 3:23-CV-13837 | DANNY | VOGELL |
| 3:23-CV-13938 | LEE-ANN | VOKEY |
| 3:23-CV-13943 | VLADIMIR | VOLOVIK |
| 3:23-CV-13946 | DANIEL | VORHIES |
| 3:23-CV-13949 | JAMES | VULLO |
| 3:23-CV-13953 | MICHAEL | WAHLSTROM |
| 3:23-CV-13958 | JOSEPH | WALKER |
| 3:23-CV-13963 | WILLIE | WALKER |
| 3:23-CV-14106 | RODNEY | WALL |
| 3:23-CV-14112 | PERRY | WALLACE |
| 3:23-CV-14116 | THOMAS | WALTER |
| 3:23-CV-14144 | EDWIN | WALTERS |
| 3:23-CV-14148 | MILTON | WALTERS |
| 3:23-CV-14155 | STACEY | WALTERS |
| 3:23-CV-14191 | JUDY | WAMBEKE |
| 3:23-CV-14196 | SHELIA | WARD |
| 3:23-CV-14202 | JOHN | WARNER |
| 3:23-CV-14210 | CHARLES | WARREN |
| 3:23-CV-14222 | LAURA | WASHINGTON |
| 3:23-CV-14229 | LINDA | WASKO |
| 3:23-CV-14249 | EMANUEL | WATKINS |
| 3:23-CV-14266 | HOMER | WATSON |
| 3:23-CV-14277 | STEVEN | WATSON |
| 3:23-CV-14258 | ELAINE | WATSON REDMAN |
| 3:23-CV-16888 | RAMONA | WEBBER |
| 3:23-CV-14328 | DONNETTE | WEBBER-SYLVESTER |

| | | |
|---|---|---|
| 3:23-CV-14333 | JACQUES | WEBER |
| 3:23-CV-14338 | RUSSELL | WEBER |
| 3:23-CV-14342 | WAYNE | WEEKS |
| 3:23-CV-14365 | JOHANY | WELDY |
| 3:23-CV-14371 | RONALD | WERSAL |
| 3:23-CV-14378 | DENNIS | WEST |
| 3:23-CV-14385 | JACK | WEST |
| 3:23-CV-14401 | MARGARET | WESTON |
| 3:23-CV-14403 | WILLIAM | WETSEL |
| 3:23-CV-14408 | TERRY | WHEELER |
| 3:23-CV-14415 | SIMS | WHIPPS |
| 3:23-CV-14424 | CANDACE | WHITE |
| 9:20-CV-81694 | CATHERINE | WHITED |
| 3:23-CV-14433 | MILBERT | WHITLEY |
| 3:23-CV-14439 | MICHELLE | WHITNEY |
| 3:23-CV-14442 | TIMOTHY | WHITT |
| 3:23-CV-14452 | LEROY | WHITTAKER |
| 3:23-CV-14461 | ROBERT | WILFONG |
| 3:23-CV-14463 | ERIC | WILKINS |
| 3:23-CV-14468 | DAVID | WILLIAMS |
| 3:23-CV-14471 | JAMIE | WILLIAMS |
| 3:23-CV-16186 | KATHY | WILLIAMS |
| 3:23-CV-14485 | KENNETH | WILLIAMS |
| 3:23-CV-14491 | MELVIN | WILLIAMS |
| 3:23-CV-15044 | TIMOTHY | WILLIAMS |
| 3:23-CV-15060 | DENA | WILLIAMSON |
| 9:22-CV-80721 | ROGER | WILLIAMSON |
| 3:23-CV-15093 | ANGELA | WILSON |
| 3:23-CV-15116 | DENNIS | WILSON |
| 3:23-CV-15135 | DON | WILSON |
| 3:23-CV-15145 | ERNEST | WILSON |
| 3:23-CV-15156 | MICHAEL | WILSON |
| 3:23-CV-15172 | WAYNE | WILSON |
| 3:23-CV-15179 | CHERI | WISE |
| 3:23-CV-15189 | DORIS | WITHERSPOON |
| 3:23-CV-15202 | JAMES | WOFFORD |
| 3:23-CV-15227 | CORY | WOMACK |
| 3:23-CV-15235 | CANDICE | WOOD |
| 3:23-CV-15246 | BEVERLY | WOODARD |
| 3:23-CV-15254 | JAMES | WOODRUM |
| 3:23-CV-15261 | DORIS | WOODS |
| 3:23-CV-16180 | GEORGE | WOODS |
| 3:23-CV-15297 | JIMMY | WOODS |
| 3:23-CV-15304 | KATRINA | WOODS |

| 3:23-CV-15316 | BETTY | WRIGHT |
| 3:23-CV-15331 | KATHLEEN | WRIGHT |
| 3:23-CV-15335 | MARILYN | WRIGHT |
| 3:23-CV-15340 | MATTHEW | WRIGHT |
| 3:23-CV-15350 | MAYNARD | WRIGHT |
| 3:23-CV-15355 | JOY | WUERTZ |
| 3:23-CV-15360 | JANICE | WUORNOS |
| 3:23-CV-15364 | ROCKY | WYATT |
| 3:23-CV-15372 | ZEGUI | YAN |
| 3:23-CV-15377 | CORBAN | YATES |
| 3:23-CV-15385 | DONALD | YERMAN |
| 3:23-CV-15389 | JOANN | YORIO |
| 3:23-CV-15400 | JAMES | YOUNG |
| 3:23-CV-15407 | WILLIE | YOUNG |
| 3:23-CV-15414 | DENNYS | ZAMORA |
| 3:23-CV-15420 | LISA | ZINGSHIEM |

## JOINT NOTICE OF APPEAL

Plaintiffs in each of the separate civil actions designated in the caption above, through undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the December 6, 2022 award of summary judgment in favor of the Brand Defendants (D.E. 6120), as well as all prior adverse orders, which have now merged into the judgment. The district court did not enter final judgment as a separate document, but 150 days has elapsed, and so the Plaintiffs above are filing a protective notice of appeal. Because the same orders and judgments ended the separate cases listed above, a joint notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

DATED: June 5, 2023

/s/ Adam Pulaski
Adam Pulaski
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
Ph: (713) 664-4555
Email: adam@pulaskilawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is begin served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

<u>*/s/ Adam Pulaski*                           </u>
Adam Pulaski