**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                  MDL NO. 2924
PRODUCTS LIABILITY                                          20-MD-2924
LITIGATION

                                                     **JUDGE ROBIN L. ROSENBERG**
                                          **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**DEFENDANTS' JOINT NOTICE OF LISTS OF**</u>
<u>**INDIVIDUAL DESIGNATED CANCER CASES AND NAMED DEFENDANTS**</u>

        Pursuant to this Court's Order Entering Summary Judgment Pursuant to Rule 56(F) [DE

6622], Defendants hereby file the following lists[1]:

   i.   A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on

        November 15, 2021, that qualified for the entry of 54(b) judgment in favor of the

        Distributor and Retailer Defendants that has not been appealed, attached hereto as

        Exhibit 1;

   ii.  A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on

        November 15, 2021, that qualified for the entry of Rule 54(b) judgment in favor of the

        Generic Defendants that has not been appealed, attached hereto as Exhibit 2;

   iii. A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on

        November 15, 2021, that qualified for the entry of Rule 54(b) judgment in favor of

        Distributor, Retailer, and Generic Defendants that was not appealed, attached hereto

        as Exhibit 3;

---

[1] Defendants have worked together to ensure these lists are comprehensive and will promptly notify
the Court if any additional cases or named Defendants are identified following this filing.

iv.  A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on November 15, 2021, that qualified for the entry of 54(b) judgment in favor of the Distributor and Retailer Defendants that was appealed, attached hereto as Exhibit 4;

v.   A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on November 15, 2021, that qualified for the entry of Rule 54(b) judgment in favor of the Generic Defendants that was appealed, attached hereto as Exhibit 5;

vi.  A list of every active case filed prior to the Court's entry of Rule 54(b) judgment on November 15, 2021, that qualified for the entry of Rule 54(b) judgment in favor of Distributor, Retailer and Generic Defendants that was appealed, attached hereto as Exhibit 6;

vii. A list of every active Designated Cancer case filed after the Court's entry of Rule 54(b) judgment on November 15, 2021, and prior to the deadline for the individual Plaintiffs to Respond to the Court's orders to show cause of May 5, 2023, attached hereto as Exhibit 7;

viii. A list of every active Designated Cancer case filed prior to the deadline for the individual Plaintiffs to respond to the Court's orders to show cause of May 5, 2023, not contained on any preceding list and that the Defendants contend qualifies for the entry of final judgment, together with an explanation for the Defendants' position, attached hereto as Exhibit 8; and

ix.  A list of the Defendants named in active Designated Cancer Short Form Complaints filed prior to May 5, 2023, attached hereto as Exhibit 9.

Dated: June 7, 2023                              Respectfully submitted,

By:   */s/ Thomas J. Yoo*
    Thomas J. Yoo
    HOLLAND & KNIGHT LLP
    400 South Hope Street, 8th Floor
    Los Angeles, CA 90071
    Tel: (213) 896-2400
    thomas.yoo@hklaw.com

    *Liaison Counsel for the Generic*
    *Manufacturer Defendants*

By:   */s/ Andrew T. Bayman*
    Andrew T. Bayman
    KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309-3521
    Tel: (404) 572-4600
    Fax: (404) 572-5100
    abayman@kslaw.com

    *Attorneys for Defendant Boehringer Ingelheim*
    *Pharmaceuticals, Inc., Boehringer Ingelheim*
    *Corporation, and Boehringer Ingelheim USA*
    *Corporation*

By:   */s/ Richard M. Barnes*
    Richard M. Barnes
    GOODELL, DEVRIES, LEECH &
    DANN, LLP
    One South Street, 20th Floor
    Baltimore, MD 21202
    Tel: (410) 783-4000
    rmb@gdldlaw.com

    *Liaison Counsel for the Generic*
    *Manufacturer Defendants*

By:   */s/ Mark Cheffo*
    Mark S. Cheffo
    DECHERT LLP
    1095 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 698-3500
    Fax: (212) 698-3599
    mark.cheffo@dechert.com

    *Attorneys for Defendants GlaxoSmithKline LLC*
    *and GlaxoSmithKline Holdings (Americas) Inc.*

By:   */s/ Sarah E. Johnston*
    Sarah E. Johnston
    BARNES & THORNBURG, LLP
    2029 Century Park East, Suite 300
    Los Angeles, CA 90067
    Tel: (310) 284-3798
    sarah.johnston@btlaw.com

    *Liaison Counsel for All Retailer and*
    *Pharmacy Defendants and Counsel*
    *for Defendants Albertsons*
    *Companies, Inc., Amazon.com, Inc.,*
    *BJ's Wholesale Club Holdings, Inc.,*
    *Costco Wholesale Corporation, CVS*
    *Pharmacy, Inc., Duane Reade, Inc.,*
    *Giant Eagle, Inc., H-E-B Grocery*
    *Company, LP, Publix Super*
    *Markets, Inc., Rite Aid Hdqtrs.*
    *Corp., Safeway Inc., ShopRite*
    *Supermarkets, Inc., Southeastern*
    *Grocers, Inc., Target Corporation,*
    *Walgreen Co., Walgreens Boots*

By:   */s/ Joseph G. Petrosinelli*
    Joseph G. Petrosinelli
    WILLIAMS & CONNOLLY LLP
    680 Maine Ave, S.W.
    Washington, DC 20024
    Tel: (202) 434-5000
    Fax: (202) 434-5029
    jpetrosinelli@wc.com

    *Counsel for Defendant Pfizer Inc.*

*Alliance, Inc., Wakefern Food*
*Corporation, Winn-Dixie Stores,*
*Inc., and The Vons Companies, Inc.*

By:  /s/ Andrew D. Kaplan
  Andrew D. Kaplan
  CROWELL & MORING LLP
  1001 Pennsylvania Avenue, N.W.
  Washington, D.C. 20004
  (t) (202) 624-2500
  (f) (202) 628-5116
  AKaplan@crowell.com

  *Acting Liaison Counsel for*
  *Distributor Defendants*

By:  /s/ Anand Agneshwar
  Anand Agneshwar
  ARNOLD & PORTER KAYE SCHOLER LLP
  250 West 55th Street New York, NY 10019
  Tel: (212) 836-8000
  Fax: (212) 836-8689
  anand.agneshwar@arnoldporter.com

  *Attorneys for Defendants Sanofi US Services Inc.,*
  *Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of June, 2023, I electronically filed the foregoing **DEFENDANTS' JOINT NOTICE OF LISTS OF INDIVIDUAL DESIGNATED CANCER CASES AND NAMED DEFENDANTS** through the CM/ECF system, which will provide automatic notification to all CM/ECF participants.

*/s/ Andrew T. Bayman*
Andrew T. Bayman