## EXHIBIT B

## ACTIVE NON-DESIGNATED CANCER PLAINTIFFS

Anthony Gallagher[6]

Brent Parris[7]

Stephen Summers

Kazuyuki Yuinawa

---

[6] Brand Defendants acknowledge that Mr. Gallagher preemptively filed a Notice of Intent to pursue a Non-Designated Cancer claim and certified his intent to provide a general causation expert report on March 23, 2023, thereby in compliance with PTO 81 before the Transfer Order sending his case to this MDL was finalized by the JPML on April 10, 2023.

[7] Brand Defendants acknowledge that Mr. Parris' Notice was served by U.S. Mail on April 7, 2023, although it was not entered on the Docket until A\pril 14, 2023.