**EXHIBIT A**
**ADDITIONAL DELINQUENT NON-DESIGNATED CANCER PLAINTIFFS**

Brent Parris (Case No. 9:22-cv-80701)

Stephen Summers[4] (Case No. 9:22-cv-80952)

Kazuyuki Yuinawa (Case No. 9:21-cv-82162)

---

[4] Brand Defendants acknowledge that Mr. Summers filed a Notice of Voluntary Dismissal on June 12, 2023 [DE 6700], although such unilateral attempt to dismiss the case without prejudice is in violation of PTO 40 [DE 1498].