June 12th, 2023

RECEPTION AND MEDICAL CENTER
DATE:_____
INMATE INITIALS:_____

United States District Court in the
Southern District of Florida
Honorable Rosenberg
400 North Miami Avenue, 8th Floor
Miami, Fl 33128

FILED BY ___ D.C.
JUN 21 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Michael C. Trammell
DC# 716423
Reception and Medical Center
Main Unit PO Box 628
Lake Butler Fl 32054

RE: Case No.: 20-MD-2924 - Pretrial Order 80

Hon. Judge Rosenberg

I received a letter, dated 03-23-23, from my attorneys at Hilliard Martinez Gonzales Law Firm, 719 S. Shoreline Blvd, Corpus Christi, TX 78401, stating that I need to find another attorney to represent me in this Case because of Judge Rosenberg dismissing all Zantac (Ranitidine) Law Suits Cases. Furthermore they never filed a law suit case for me. They said the Courts told them to put it in a registry so I would have no time limits. The letter further stated that I only have until 04-05-23 to do this. Unfortunately, this is nearly impossible to do my said deadline. I'm currently incarcerated at RMC Reception and Medical Center, Main unit PO Box 628 Lake Butler Fl 32054 - Were I am being treated for Stage 4 Cancer from Zantac (Ranitidine - That I was Prescribed to take though the Prison System for 4 to 5 years. I will not be released until 10-26-23 Hence, I depend on USPS

mail wherein I've sent letters to several law firms and am waiting on response. This takes time. You can obtain my medical records from RMC medical Records, and also from Florida Cancer Specialist in North Fort Myers - Dr Zafar. I have been taking Chemotherapy pill every day for the past 8 years and will be taking it for the rest of my life. I received a Order Entering Summary Judgement Pursuant to Rule 56 (F). I don't really know what this means for me, Do I have a attorney Mr. Andrew Scott Freeman, because I have no way of getting a hold of him - Can you Please have Someone get in touch with me and let me know what to do from here. Please let me know the Status of my case.

Thank you in advance your Honor, for your time and understanding.

Respectfully Submitted,

/S/ _____
Michael C Trammell
DC# 716423
RMC Reception Center and Medical Center
Main Unit PO Box 628
Lake Butler FL 32054

Michael L. Trammell DC# 710423
Reception and Medical Center
Main Unit P.O. Box 628
Lake Butler Fl 32054

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

United States District Court
Southern District of Florida
Honorable Rosenberg
400 North Miami Avenue, 8th Floor
Miami, Florida 33128

3312881807 C075

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

RECEPTION AND MEDICAL CENTER
DATE: 6-12-23
INMATE INITIALS:

JUN 21 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D BY _____ D.C.