UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

*Heald et al. v. H-E-B, L.P., et al.*                                                                                   23-CV-23054

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO STATE COURT

It is **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Remand at docket entry 6675 is **GRANTED** pursuant to the Court's Order at docket entry 6745 issued on June 30, 2023.

The following case is hereby **REMANDED** to the 136th Civil District Court in Jefferson County, Texas:

*Heald et. al. v. H-E-B., et al.*                                                                                          23-CV-23054

The Clerk of the Court may utilize the following address:

136th Civil District Court
1085 Pearl Street,
Beaumont, TX 77701

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of July, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE