UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)              MDL NO. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### DEFENDANTS' JOINT NOTICE OF AMENDED LIST OF INDIVIDUAL DESIGNATED CANCER CASES

Pursuant to this Court's Order Entering Summary Judgment Pursuant to Rule 56(F) [DE 6622], Defendants hereby file an amended list of every active Designated Cancer case filed after the Court's entry of Rule 54(b) judgment on November 15, 2021, and prior to the deadline for the individual Plaintiffs to Respond to the Court's orders to show cause of May 5, 2023 [DE 6685-7], attached hereto as Exhibit 7.[1]  Defendants' other previously filed lists remain unchanged.  *See* DE 6685; DE 6685-1; DE 6685-2; DE 6685-3; DE 6685-4; DE 6685-5; DE 6685-6; DE 6685-8; DE 6685-9.

    Dated: July 7, 2023                                 Respectfully submitted,

By: */s/ Thomas J. Yoo*                    By: */s/ Andrew T. Bayman*
     Thomas J. Yoo                             Andrew T. Bayman
     HOLLAND & KNIGHT LLP            KING & SPALDING LLP
                                               1180 Peachtree Street, NE, Suite 1600

---

[1] Specifically, following Defendants' original notice, Plaintiffs' counsel identified the following six cases that should be included in Exhibit 7: (1) *Anderson v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22993; (2) *Dole v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22905; (3) *Freeman v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22964; (4) *Irving v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22886; (5) *Mulske v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22983; and (6) *Thompson, Jr. v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-22954.  Additionally, Defendants have since identified and added the following cases to Exhibit 7: (1) *Thayer v. Pfizer, Inc., et al.*, 3:23-cv-21657; and (2) *McClymonds v. Sanofi US Services Inc. et al.*, 9:21-cv-81595.  Finally, in light of this Court's order granting Plaintiffs' Motion to Remand [DE 6745], Defendants have removed *Heald et al. v. H-E-B, LP et al.*, 3:23-cv-23054 from Exhibit 7.

1

400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: (213) 896-2400
thomas.yoo@hklaw.com

*Liaison Counsel for the Generic Manufacturer Defendants*

By:  */s/ Richard M. Barnes*
Richard M. Barnes
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4000
rmb@gdldlaw.com

*Liaison Counsel for the Generic Manufacturer Defendants*

By:  */s/ Sarah E. Johnston*
Sarah E. Johnston
BARNES & THORNBURG, LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
sarah.johnston@btlaw.com

*Liaison Counsel for All Retailer and Pharmacy Defendants and Counsel for Defendants Albertsons Companies, Inc., Amazon.com, Inc., BJ's Wholesale Club Holdings, Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., Duane Reade, Inc., Giant Eagle, Inc., H-E-B Grocery Company, LP, Publix Super Markets, Inc., Rite Aid Hdqtrs. Corp., Safeway Inc., ShopRite Supermarkets, Inc., Southeastern Grocers, Inc., Target Corporation, Walgreen Co., Walgreens Boots Alliance, Inc., Wakefern Food Corporation, Winn-Dixie Stores, Inc., and The Vons Companies, Inc.*

By:  */s/ Andrew D. Kaplan*
     Andrew D. Kaplan

Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim USA Corporation*

By:  */s/ Mark Cheffo*
Mark S. Cheffo
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

*Attorneys for Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc.*

By:  */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Ave, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com

*Counsel for Defendant Pfizer Inc.*

By:  */s/ Anand Agneshwar*
     Anand Agneshwar

2

<div style="display: flex;">

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(t) (202) 624-2500
(f) (202) 628-5116
AKaplan@crowell.com

*Acting Liaison Counsel for
Distributor Defendants*

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Attorneys for Defendants Sanofi US Services Inc.,
 Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2023, I electronically filed the foregoing **DEFENDANTS' JOINT NOTICE OF AMENDED LIST OF INDIVIDUAL DESIGNATED CANCER CASES** through the CM/ECF system, which will provide automatic notification to all CM/ECF participants.

*/s/ Andrew T. Bayman*
Andrew T. Bayman