UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: ZANTAC (RANITIDINE) | MDL No. 2924 |
|---|---|
| PRODUCTS LIABILITY | 20-MD-2924 |
| LITIGATION | |

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:

| 9:21-cv-81764-RLR | Steven | Seekircher |
|---|---|---|

NOTICE OF APPEAL

Plaintiff in the separate civil action designated in the caption above, through undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the December 6, 2022 award of summary judgment in favor of the Brand Defendants (D.E. 6120), as well as all prior adverse orders, which have now merged into the judgment. The district court did not enter final judgment as a separate document, but 150 days have lapsed, so the Plaintiff above is filing a protective notice of appeal. Because the same orders and judgments ended the case listed above, a notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

Dated: June 15, 2023

McCALLION & ASSOCIATES LLP

*/s/ Kenneth F. McCallion*

_____
Kenneth F. McCallion
Attorneys for Plaintiff
100 Park Avenue – 16th floor
New York, New York 10017
(646) 366-0884

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Kenneth F. McCallion*

_____

Kenneth F. McCallion