UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 2924

Civil Action No. 9:20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:

McClymonds v. Sanofi US Services Inc., et al., 9:21-cv-81595

**BRAND DEFENDANTS' REPLY TO MCCLYMONDS' RESPONSE TO BRAND DEFENDANTS' OMNIBUS MOTION TO DISMISS CLAIMS OF DELINQUENT PLAINTIFFS WHO FAILED TO COMPLY WITH PTO 81**

## INTRODUCTION

Brand Defendants[1] respectfully withdraw their Brand Defendants' Omnibus Motion to Dismiss Claims of Delinquent Plaintiffs Who Failed to Comply with PTO 81 only as to individual Plaintiff Arnold J. McClymonds (Case No. 9:21-cv-81595). DE 6686-1 at 7. Mr. McClymonds amended his complaint to clarify his alleged injury as a Designated Cancer only. DE 6751 at 16. As such, McClymonds should not be categorized as a "Delinquent Plaintiff" for purposes of Brand Defendants' Motion to Dismiss. DE 6686.

## ARGUMENT

On June 7, 2021, Mr. McClymonds filed an individual complaint in California state court. DE 6751 at 2. Plaintiff's action was subsequently removed to United States District Court for the Northern District of California. On September 8, 2021, this claim was transferred to the Zantac MDL in Florida Southern District Court. DE 6751 at 2. Plaintiff's original Complaint did not specify what injury he alleged against Defendants. DE 6751 at 8-12.

On February 14, 2023, this Court entered PTO 81, which laid out requirements for plaintiffs who wished to pursue a Non-Designated Cancer claim. DE 6271.

On May 3, 2023, Plaintiff filed his First Amended Complaint, which clarified his alleged injury as pancreatic cancer. DE 6751 at 16.

On June 7, 2023, Brand Defendants filed their Motion to Dismiss Claims of Delinquent Plaintiffs Who Failed to Comply with PTO 81, listing McClymonds as a "Delinquent Plaintiff." DE 6686-1 at 7. On July 5, 2023, McClymonds filed a response to Defendants' Omnibus Motion to Dismiss Delinquent Plaintiffs, pointing to his First Amended Complaint. DE 6751.

---

[1] Boehringer Ingelheim Pharmaceuticals, Inc., GlaxoSmithKline, LLC, Pfizer, Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.

On July 7, 2023, Defendants filed their Joint Notice of Amended List of Individual Designated Cancer Cases. DE 6755. Plaintiff McClymonds was appropriately included on this list. DE 6755-1 at 178. As such, Brand Defendants withdraw their Motion to Dismiss as applied to McClymonds only. DE 6686.

## CONCLUSION

The record demonstrates that McClymonds filed an amended complaint, clarifying his allegation of a designated cancer claim. DE 6751 at 16. As such, Brand Defendants respectfully withdraw their Omnibus Motion to Dismiss Claims of Delinquent Plaintiffs Who Failed to Comply with PTO 81 only with respect to Plaintiff McClymonds.

Respectfully submitted,

By: */s/ Anand Agneshwar*
Anand Agneshwar
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com
*Attorney for Defendants Sanofi US Services Inc.,*
*Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/ Andrew T. Bayman*
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/ March Cheffo*
Mark Cheffo
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com
*Attorney for GlaxoSmithKline LLC*

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com
*Attorney for Defendant Pfizer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2023, the foregoing Brand Defendants' Reply to McClymonds' Response to Brand Defendants' Omnibus Motion to Dismiss Claims of Delinquent Plaintiffs Who Failed to Comply with PTO 81 was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
JONES FOSTER, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000
Fax: (561) 650-5300
JOConnor@jonesfoster.com

P:\DOCS\30916\00001\PLD\28B3352.DOCX