UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALLEN A. LOVE

    PLAINTIFF;

VS.                             HONORABLE ROBIN L. ROSENBERG

GLAXOSMITHKLINE

PHARMACEUTICAL COMPANY

PFIZER INC.

    DEFENDANTS.

_____/

FILED BY ___ D.C.

JUL 17 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CONDITIONAL TRANSFER

Now Comes Plaintiff Allen A. Love acting in Pro Se asking this honorable court to stay this transfer for the following reasons;

My facts are different; I am not like the other litigants. The Defendants are in a Procedural Default in my State Court case for failing to reply to the complaint. See Attachments (copies B and C) **SUMMON AND COMPLAINT.** My cause should be a judgment for the Plaintiff not a class action lawsuit. My circumstances are unique from those the Multidistrict Litigation Panel have been placing in this Class Action lawsuit here in Florida Federal Court. The Defendants in this case are in Procedural Default in my cause in a Michigan court. And because of that, they have not been truthful concerning the Summon

and Complaint. See Appendix A (page 7 of 10 III. paragraph 20.

In according with Federal Rules of Civil Procedure Rule 4(h)(1)(B) and MCR 2.105(B)(1)(A); Agents in litigation department of companies like Pfizer Inc. and GlaxoSmithKline Pharmaceutical are authorized by law to receive and sign for certified registered mail as it pertain to their company. Pfizer Inc. agent sign for the Summon and Complaint but failed to response. They had many opportunities to notified the Court, but never did, meaning that they abandon this issue. Under FRE 55 and MCR 2.602(B)(1)(D) they waived their rights and now stand in Procedural Default. Plaintiff is entitled to judgment.

Once again Plaintiff thank you for your time in this matter and I pray this Honorable Court grant JUDGMENT on the Procedural Default against both Defendants. And reject this Panel transfer Order.

Respectfully Submtted

DATED July 11th 2023

CC: Clerk of the Court
    Multidistrict Litigation Panel
    Attoney Michael B. Barnett
    File

2

Mr. Allen A. Love #139864
3225 John Conley Dr.
Thumb Correction Facility
Lapeer, Michigan 48446

US POSTAGE PITNEY BOWES
ZIP 48446 $ 002.55
02 4W
0000376850 JUL 13 2023

Clerk of the Court
Paul G. Rogers Federal Building and US Courthouse
701 Clematis Street, Room 202
West Palm Beach, Fl 33401