UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)           MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                                JUDGE ROBIN L. ROSENBERG
                        MAGISTRATE JUDGE BRUCE E. REINHART
_____/

THIS DOCUMENT RELATES TO: ALL CASES

### BRAND DEFENDANTS' RESPONSE TO THE COURT'S REQUEST AS TO INDIVIDUAL CLASS ACTIONS [D.E. 6767]

Pursuant to the Court's July 14, 2023 Paperless Order (D.E. 6767, the "Order"), Defendants Boehringer Ingelheim Pharmaceuticals, Inc., GlaxoSmithKline LLC, Pfizer Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc. (collectively, "Brand Defendants"), submit this response to the Court's request for a list of individual class action cases filed in MDL No. 2924. The Brand Defendants state as follows.

Attached hereto as **Exhibit A** is the Brand Defendants' list of information collecting and organizing the individual class actions either filed or transferred to the MDL, separate from the two Master Class Action Complaints as defined in MDL PTO 62, § II.B. This information is organized, per the Order, according to whether a given individual class action asserts economic-loss claims only, medical-monitoring claims only, or both economic-loss and medical-monitoring claims.[1] Brand Defendants have also included categories relating to the "protective" class actions

---

[1] To the Brand Defendants' knowledge, no individual class action that was either direct-filed in, or transferred to, the MDL has expressly "incorporated" either of the Master Class Action Complaints. Thus, the Brand Defendants interpret the Order to seek classification of the individual class actions according to the nature of relief sought - i.e., whether the individual class action ultimately seeks relief for economic loss, medical monitoring, or both. *See* Dkt. 6767 (stating that "the list should label and separate class action cases by whether a class action case is a medical monitoring class action case, an economic loss class action case, or both").

filed in other jurisdictions pursuant to PTO 62, § II.E, as well as the one third-party payor class action that, to the Brand Defendants' knowledge, received an individual case number.[2]

Brand Defendants further note that **Exhibit A** reflects information concerning the date upon which the relevant individual class actions were voluntarily dismissed (whether pursuant to PTO 62, §II.K or otherwise) and the date upon which the Court deconsolidated those cases.

Plaintiffs' leadership in the MDL has reviewed **Exhibit A** and agrees that it reflects the correct universe of cases responsive to the Order. A copy of **Exhibit A** is being simultaneously submitted to chambers as requested in the Order.

Respectfully submitted,

Dated: July 24, 2023

By: */s/ Andrew T. Bayman*
Andrew T. Bayman
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

By: */s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

*Attorney for Defendant GlaxoSmithKline LLC*

---

[2] A Consolidated Third-Party Payor Class Complaint (D.E. 888) was dismissed by the Court on December 31, 2020 (D.E. 2515 at 54). This complaint did not receive an individual case number.

By: <u>*/s/ Joseph G. Petrosinelli*</u>
   Joseph G. Petrosinelli
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
   Washington, DC 20005
   Tel: (202) 434-5000
   Fax: (202) 434-5029
   jpetrosinelli@wc.com

   *Counsel for Defendant Pfizer Inc.*

By: <u>*/s/ Anand Agneshwar*</u>
   Anand Agneshwar
   ARNOLD & PORTER KAYE SCHOLER LLP
   250 West 55th Street New York, NY 10019
   Tel: (212) 836-8000
   Fax: (212) 836-8689
   anand.agneshwar@arnoldporter.com

   *Attorneys for Defendants Sanofi US Services Inc.,*
   *Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2023, I filed the foregoing **BRAND DEFENDANTS' SUBMISSION IN RESPONSE TO COURT'S REQUEST AS TO INDIVIDUAL CLASS ACTIONS [D.E. 6767]** via the CM/ECF system, which will provide automatic notification to all CM/ECF participants.

Additionally, on the 24th day of July, 2023, I hereby certify that I have submitted a word version of Exhibit A to the Court as requested per the Paperless Order (D.E. 6767) entered on July 14, 2023.

*/s/ Andrew T. Bayman*
Andrew T. Bayman