# **EXHIBIT A**

**I. ECONOMIC-LOSS CLASS ACTIONS:**

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| 9:20-cv-80791-RLR | *Abraham et al v. Dr. Reddy's Labs., Inc.* | Voluntary dismissal filed 4/9/21 (DE 10 on case-specific docket) | 04/13/21 [Case-Specific DE 11] 04/14/21 [Master DE 3238] |
| 9:20-cv-80788-RLR | *Carlo v. Strides Pharma, Inc.* | Voluntary dismissal filed 4/9/21 (DE 13 on case-specific docket) | 04/13/21 [Case-Specific DE 14] 04/14/21 [Master DE 3238] |
| 9:20-cv-81028-RLR | *Clark v. Amneal Pharm., LLC* | Voluntary dismissal filed 4/9/21 (DE 10 on case-specific docket) | 04/13/21 [Case-Specific DE 11] 04/14/21 [Master DE 3238] |
| 9:20-cv-80286-RLR | *Coggins et al. v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 7/14/20 (DE 1139 on master docket) | 08/19/20 [Case-Specific DE 16] 08/19/20 [Master DE 1506] |
| 9:20-cv-80284-RLR | *Colon v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 21 on case-specific docket) | 04/13/21 [Case-Specific DE 22] 04/14/21 [Master DE 3238] |
| 9:20-cv-80179-RLR | *De Luca v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 17 on case-specific docket) | 04/13/21 [Case-Specific DE 18] 04/14/21 [Master DE 3238] |
| 9:20-cv-80201-RLR | *Dimesky et al. v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/6/21 (DE 28 on case-specific docket, DE 3171 on master docket) | 04/13/21 [Case-Specific DE 29] 04/14/21 [Master DE 3238] |

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| 9:20-cv-80304-RLR | *Froehlich v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 27 on case-specific docket) | 04/13/21 [Case-Specific DE 28] 04/14/21 [Master DE 3238] |
| 9:20-cv-80227-RLR | *Garza et al. v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/6/21 (DE 3172 on master docket) | 05/07/21 [Case-Specific DE 44] [Master DE 3406] |
| 9:20-cv-80311-RLR | *Guy v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 8 on case-specific docket) | 04/13/21 [Case-Specific DE 9] 04/14/21 [Master DE 3238] |
| 9:20-cv-80735-RLR | *Koppell et al. v. Perrigo Co. PLC et al.* | Voluntary dismissal filed 4/9/21 (DE 24 on case-specific docket) | 04/13/21 [Case-Specific DE 25] 04/14/21 [Master DE 3238] |
| 9:20-cv-80315-RLR | *Massiah v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 22 on case-specific docket) | 04/13/21 [Case-Specific DE 23] 04/14/21 [Master DE 3238] |
| 9:20-cv-80250-RLR | *Melillo v. Sanofi-Aventis U.S. LLC* | Voluntary dismissal filed 4/9/21 (DE 15 on case-specific docket) | 04/13/21 [Case-Specific DE 16] 04/14/21 [Master DE 3238] |
| 9:20-cv-80790-RLR | *Murdock v. Glenmark Pharm. Inc. USA* | Voluntary dismissal filed 4/9/21 (DE 10 on case-specific docket) | 04/13/21 [Case-Specific DE 11] 04/14/21 [Master DE 3238] |
| 9:20-cv-80294-RLR | *Neary v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 8 on case-specific docket) | 04/13/21 [Case-Specific DE 9] |

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| | | | 04/14/21 [Master DE 3238] |
| 9:20-cv-80198-RLR | *Pinales v. Sanofi S.A. et al.* | Voluntary dismissal filed 4/9/21 (DE 17 on case-specific docket) | 04/13/21 [Case-Specific DE 18] 04/14/21 [Master DE 3238] |
| 9:20-cv-80203-RLR | *Rodriguez v. Sanofi U.S. LLC et al* | Voluntary dismissal filed 4/9/21 (DE 35 on case-specific docket) | 04/13/21 [Case-Specific DE 36] 04/14/21 [Master DE 3238] |
| 9:20-cv-80253-RLR | *Rosenauer v. Sanofi-Aventis U.S. LLC et al* | Voluntary dismissal filed 4/9/21 (DE 10 on case-specific docket) | 04/13/21 [Case-Specific DE 11] 04/14/21 [Master DE 3238] |
| 9:20-cv-80191-RLR | *Santorella et al. v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/6/21 (DE 3173 on master docket) | 05/07/21 [Case-Specific DE 28] 05/07/21 [Master DE 3406] |
| 9:20-cv-80269-RLR | *Scholl et al. v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 19 on case-specific docket) | 04/13/21 [Case-Specific DE 20] 04/14/21 [Master DE 3238] |
| 9:20-cv-80313-RLR | *Swearingen v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 28 on case-specific docket) | 04/13/21 [Case-Specific DE 29] 04/14/21 [Master DE 3238] |
| 9:20-cv-80390-RLR | *Viola v. Pfizer Inc.* | Voluntary dismissal filed 4/9/21 (DE 16 on case-specific docket) | 04/13/21 [Case-Specific DE 17] 04/14/21 [Master DE 3238] |

## II. MEDICAL-MONITORING CLASS ACTIONS:

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| 9:20-cv-80254-RLR | *Bond v. Sanofi-Aventis U.S., LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 14 on case-specific docket) | 04/13/21 [Case-Specific DE 15] 04/14/21 [Master DE 3238] |
| 9:20-cv-80265-RLR | *Chatman v. Sanofi-Aventis U.S., LLC, et al.* | Voluntary dismissal filed 4/9/21 (DE 32 on case-specific docket) | 04/13/21 [Case-Specific DE 33] 04/14/21 [Master DE 3238] |
| 9:20-cv-80252-RLR | *Dodson et al. v. Sanofi S.A et al.* | Voluntary dismissal filed 4/9/21 (DE 8 on case-specific docket) | 04/13/21 [Case-Specific DE 9] 04/14/21 [Master DE 3238] |
| 0:19-cv-62948-RLR | *Egozi et al. v. Sanofi US Servs., Inc. et al.* | Voluntary dismissal filed 4/9/21 (DE 11 on case-specific docket) | 04/13/21 [Case-Specific DE 12] 04/14/21 [Master DE 3238] |
| 9:20-cv-80373-RLR | *Ragis et al. v. Sanofi-Aventis U.S., LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 10 on case-specific docket) | 04/13/21 [Case-Specific DE 11] 04/14/21 [Master DE 3238] |

## III. ECONOMIC-LOSS AND MEDICAL-MONITORING CLASS ACTIONS:

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| 9:20-cv-80369-RLR | *Armstrong v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 5 on case-specific docket) | 04/13/21 [Case-Specific DE 6] 04/14/21 |

| Case No. | Case Name | Status | Date of Deconsolidation |
|---|---|---|---|
| | | | [Master DE 3238] |
| 9:20-cv-80249-RLR | *Bernardo et al. v. Pfizer Inc et al.* | Voluntary dismissal filed 8/10/20 (DE 1414 on master docket) | 08/19/20 [Dkt. 19] [Master DE 1506] |
| 1:20-cv-22541-RLR | *Rodriguez v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 3208 on master docket) | 05/07/21 [Case-Specific DE 11] [Master DE 3406] |
| 1:19-cv-25220-RLR | *Romero v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 7/8/20 (DE 1077 on master docket) | 08/19/20 [Case-Specific DE 7] [Master DE 1506] |
| 9:20-cv-80368-RLR | *Souza et al. v. Sanofi-Aventis, U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 53 on case-specific docket) | 04/13/21 [Case-Specific DE 54] 04/14/21 [Master DE 3238] |
| 9:20-cv-80320-RLR | *White et al. v. Glaxosmithkline plc et al.* | Voluntary dismissal filed 4/6/21 (DE 20 on case-specific docket, 3170 on master docket) | N/A |

## IV. PROTECTIVE CLASS ACTIONS (PURSUANT TO PTO 62 § II.E)

### A. ECONOMIC-LOSS:

| Case No. | Case Name | Status |
|---|---|---|
| 9:22-cv-80291-RLR | *Green et al. v. Boehringer Ingelheim Pharm. Inc. et al.* (D. Conn.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80271-RLR | *Green et al. v. Sanofi-Aventis U.S. LLC et al.* (D.N.J.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80288-RLR | *Smith et al. v. Pfizer Inc. et al.* (S.D.N.Y.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80539-RLR | *Smith et al. v. GlaxoSmithKline LLC, et al.* (D. Del.) | Transferred to and pending in SD Fla. |

B. **MEDICAL-MONITORING:**

| Case No. | Case Name | Status |
| --- | --- | --- |
| 9:22-cv-80311-RLR | *Adams et al. v. Boehringer Ingelheim Pharm. Inc. et al.* (D. Conn.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80272-RLR | *Adams et al. v. Chattem, Inc. et al.* (D.N.J.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80289-RLR | *Adams et al v. Pfizer Inc.* (S.D.N.Y.) | Transferred to and pending in SD Fla. |
| 9:22-cv-80538-RLR | *Bakhtiar, et al. v. GlaxoSmithKline LLC, et al.* (D. Del.) | Transferred to and pending in SD Fla. |

**V. THIRD-PARTY PAYOR CLASS ACTION:**

| Case No. | Case Name | Status | Date of Deconsolidation |
| --- | --- | --- | --- |
| 1:19-cv-24657-RLR | *MSP Recovery Claims, Series LLC v. Sanofi-Aventis U.S. LLC et al.* | Voluntary dismissal filed 4/9/21 (DE 22 on case-specific docket) | 04/13/21 [Case-Specific DE 23] 04/14/21 [Master DE 3238] |