UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 <br> 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER ON *PRO SE* MAILINGS AND THE DEADLINE FOR *PRO SE* OBJECTIONS TO THE COURT'S TENTATIVE ORDER ON FINAL JUDGMENT

This matter is before the Court *sua sponte*. The Court entered a tentative order granting final judgment on July 21, 2023. DE 6787. Together with all attachments, the Court's tentative order is 373 pages. The Court recently has learned that because of the number of *pro se* Plaintiffs in this MDL, the Court's service of the tentative order on the *pro se* Plaintiffs would require the printing and mailing of more than 30,000 pages. Even if the Clerk of the Court could accomplish this task, the inherent delay in the process would affect the ability of the *pro se* Plaintiffs to make timely objections to the Court's tentative order.

To alleviate potential prejudice to *pro se* Plaintiffs, the Court **ORDERS** the following. First, the deadline for *pro se* Plaintiffs to file objections to the tentative order is **EXTENDED** to August 11, 2023. Second, the Clerk of the Court shall prioritize the printing and mailing of the tentative order for *pro se* Plaintiffs who are incarcerated. Third, to allow for the Clerk of the Court to print and mail the tentative order to incarcerated *pro se* Plaintiffs as soon as possible, the Clerk of the Court **SHALL NOT** print and mail the tentative order to *pro se* Plaintiffs who are not incarcerated. Instead, the Clerk of the Court shall make the tentative order available for viewing and download, free of charge, on the Court's internal webpage: www.flsd.uscourts.gov/zantac, and

*pro se* Plaintiffs may utilize this electronic copy in formulating any potential objections. Fourth and finally, the Clerk of the Court **SHALL** print and mail a copy of this Order to every *pro se* Plaintiff in this MDL.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 25th day of July, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record