| MEDICAL MONITORING CLASS ACTION CLAIMS ||
| --- | --- |
| Case Number | Case Name |
| 9:22-cv-80311-RLR | *Adams et al. v. Boehringer Ingelheim Pharm. Inc. et al.* |
| 9:22-cv-80272-RLR | *Adams et al v. Sanofi-Aventis U.S. LLC et al* |
| 9:22-cv-80289-RLR | *Adams et al v. Pfizer Inc.* |
| 9:22-cv-80538-RLR | *Bakhtiar, et al. v. GlaxoSmithKline LLC, et al.* |