| ECONOMIC LOSS CLASS ACTION CLAIMS ||
|---|---|
| **Case Number** | **Case Name** |
| 9:22-cv-80291-RLR | *Green et al. v. Boehringer Ingelheim Pharm. Inc. et al.* |
| 9:22-cv-80271-RLR | *Green et al. v. Sanofi-Aventis U.S. LLC et al.* |
| 9:22-cv-80288-RLR | *Smith et al. v. Pfizer Inc. et al* |
| 9:22-cv-80539-RLR | *Smith et al. v. GlaxoSmithKline LLC, et al* |