UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                                JUDGE ROBIN L. ROSENBERG
                             MAGISTRATE JUDGE BRUCE E. REINHART

_____/

## FINAL JUDGMENT

By Order dated July 25, 2023, the Court concluded that the Defendants were entitled to final judgment in the medical monitoring class action cases. Accordingly, the Court enters **RULE 58 FINAL JUDGMENT** in favor of the Defendants and against the Plaintiffs. The Plaintiffs shall take nothing by this action, and the Defendants shall go hence without day.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 25th day of July, 2023.

                                                          ROBIN L. ROSENBERG
                                                          UNITED STATES DISTRICT JUDGE