UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re: ZANTAC (RANITIDINE)
PRODUCTS LIABILITY LITIGATION                            MDL NO. 2924
                                                          20-MD-2924

DISTRICT JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Charles Hostetter | 3:23-cv-22449 |
| Tracy Whitaker; Shirley Helton estate | 3:23-cv-22149 |
| Eliza Manuel; Johnny Manuel estate | 3:23-cv-22202 |
| Tatyana Zharkov; Naum Ginzburg estate | 3:23-cv-20980 |
| Tammy Detwiler; Timothy Detwiler estate | 3:23-cv-21969 |
| Margie Shaw; David Shaw estate | 3:23-cv-21656 |
| Gregory Ethier, Jr.; Gregory Ethier, Sr. estate | 3:23-cv-22467 |
| Hector Bertran | 3:23-cv-21239 |
| Leroy Mays | 3:23-cv-21229 |
| Carol Lewter; Harold Lewter estate | 3:23-cv-21219 |
| Dennis Paonessa; Gordon Thomas estate | 3:23-cv-21194 |
| Michael Maddox | 3:23-cv-20349 |
| Sheila Wilson, Mae Wilson estate | 3:23-cv-21203 |
| Harold Chappuis | 3:23-cv-21099 |
| David Fracassi ; Kenneth Fracassi estate | 3:23-cv-21089 |

**CORRECTIONS TO EXHIBIT 7**

Pursuant to the Court's Order of July 25, 2023, we are notifying the Court that the above referenced filed cases from our office were omitted from Exhibit 7 (Document 6787-7).

Dated: July 25th, 2023                             Respectfully submitted,

                                                                        GOLDENBERGLAW, PLLC

                                                                        /s/ Stuart L. Goldenberg
                                                                        STUART L. GOLDENBERG (MN #0158719)
                                                                        800 LaSalle Ave, Ste. 2150
                                                                        Minneapolis, MN 55402
                                                                        Telephone: (612) 335-9960
                                                                        Email: slgoldenberg@goldenberglaw.com
                                                                        Fax: (612) 367-8107

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Dated: July 25, 2023                              Respectfully submitted,

GOLDENBERGLAW, PLLC

/s/ Stuart L. Goldenberg_____
STUART L. GOLDENBERG (MN #0158719)
800 LaSalle Ave, Ste. 2150
Minneapolis, MN 55402
Telephone: (612) 335-9960
Email: slgoldenberg@goldenberglaw.com
Fax: (612) 367-8107