UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**OBJECTION REGARDING TENTATIVE RULING
ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 25, 2023, Wendt Law Firm, P.C. hereby notifies the Court that the following filed cases were either omitted from or case number was incorrect on Exhibit 7 (Document 6787-7).

| Claimant | Case No. | Correction |
|---|---|---|
| Anderson, Frank | 3:23-cv-20606 | Wrong Case No. |
| Belcher, James on behalf of Belcher, Brigitte | 3:23-cv-20617 | Wrong Case No. |
| Fritzius, Crystal | 3:23-cv-20973 | Omitted |
| Hernandez, Louie | 3:23-cv-20568 | Wrong Case No. |
| Palozola, Ronald on behalf of Palzola, Rose | 3:23-cv-21601 | Omitted |
| Peterson, Susan on behalf of Peterson, Gary | 3:23-cv-20598 | Wrong Case No. |
| Pomerleau, Brian | 3:23-cv-21492 | Omitted |
| Reilly, Jeanine on behalf of Reilly, William | 3:23-cv-21666 | Omitted |
| Richardson, Karen on behalf of Richardson Sutton, Daisy | 3:23-cv-21571 | Omitted |
| Russell, Willie | 3:23-cv-21646 | Omitted |
| Webb, Randy | 3:23-cv-21579 | Omitted |
| White, Shirley | 3:23-cv-21677 | Omitted |
| Wickiser, Ronald | 3:23-cv-20726 | Omitted |
| Winebrenner, Steve | 3:23-cv-21532 | Omitted |
| Yarbro, JoAnn | 3:23-cv-21589 | Omitted |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

1

Dated:  July 27, 2023                                Respectfully Submitted,

                                                             **WENDT LAW FIRM, P.C.**

                                                           */s/ Samuel M. Wendt*
                                                           Samuel M. Wendt, Esq.
                                                           Missouri Bar No. 53573
                                                           4717 Grand Ave., Suite 130
                                                           Kansas City, MO 64112
                                                           Telephone: (816) 531-4415
                                                           Fax: (816) 531-2507
                                                           Email: sam@wendtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

                                                     /s/   **Samuel M. Wendt**
                                                         Samuel M. Wendt