UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                  MDL NO. 2924
PRODUCTS LIABILITY                        20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER ON PREPARATION FOR THE ENTRY OF FINAL JUDGMENT

This matter is before the Court *sua sponte*. After consultation with the Clerk of the Court, the Court **ORDERS** the Defendants to file five lists and four spreadsheets to assist the Clerk of the Court with the entering of many thousands of final judgments in this MDL. In this Order, the Court explains the content of each list and spreadsheet that shall be filed.

First, the Defendants shall consolidate the lists of cases found on Exhibit 1, Exhibit 2, and Exhibit 3 of the Court's Tentative Order Granting Final Judgment at docket entry 6787 into one list ("Consolidated List 1"). As part of that consolidation, the Defendants shall remove all duplicate cases on the final, consolidated list.

Second, the Defendants shall consolidate the lists of cases found on Exhibit 4, Exhibit 5, and Exhibit 6 of the Court's Tentative Order Granting Final Judgment at docket entry 6787 into one list ("Consolidated List 2"). As part of that consolidation, the Defendants shall remove all duplicate cases on the final, consolidated list.

Accordingly, whereas the Defendants previously submitted 9 lists to the Court (Exhibits 1 through 9), the Defendants shall now submit 5 lists: Consolidated List 1, Consolidated List 2, Exhibit 7, Exhibit 8, and Exhibit 9.

In addition, the Defendants shall provide Microsoft Excel spreadsheets of each of these lists to the Court (except for Exhibit 9).  The Excel spreadsheets shall contain the case name and case number for each case on Consolidated List 1, Consolidated List 2, Exhibit 7, and Exhibit 8, and there shall be a separate Excel spreadsheet for each list, meaning Excel Spreadsheet 1 shall contain the information included in Consolidated List 1, Excel Spreadsheet 2 shall contain the information included in Consolidated List 2, and so on.  Each list and spreadsheet shall be filed with the Court and e-mailed, in Microsoft document form, to the Court's Zantac e-mail address.

The Defendants shall continue to confer with the Plaintiffs as to whether a case should or should not appear on the lists, and the Defendants shall review any filed objections to determine whether they agree that a case should or should not appear on a list.  The Court will set a deadline for the Defendants' production of the lists and spreadsheets after the Court has reviewed any objections filed to its tentative order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of July, 2023.

Copies furnished to Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE