UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924 |
| | DISTRICT JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Rachel Salinas, Individually, and as Administrator of the Estate of Paul Salinas | 9:22-cv-81645 |

## **CORRECTIONS TO EXHIBIT 7**

Pursuant to the Court's Order of July 25, 2023, we are notifying the Court that the above-referenced filed case from our office was omitted from Exhibit 7 (DE 6787-7).

Dated: July 31, 2023              Respectfully submitted,

/s/ Michael Werner
Michael Werner, Esq.
Slater Slater Schulman, LLP
445 Broad Hollow Road, Suite 419
Melville, New York 11747
Telephone: 631-420-9300
Facsimile: 212-922-0907
mwerner@sssfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Dated: July 31, 2023                         Respectfully submitted,

/s/ Michael Werner
Michael Werner, Esq
Slater Slater Schulman, LLP
445 Broad Hollow Road, Suite 419
Melville, New York 11747
Telephone: 631-420-9300
Facsimile: 212-922-0907
mwerner@sssfirm.com