UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 <br><br> JUDGE ROBIN L. ROSENBERG <br> MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**
*Steven Stewart v. Boehringer Ingelheim Corporation, et al.*, **3:23-cv-20087**

### OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to this Court's Order of July 21, 2023 [DE 6787], Freese & Goss, PLLC hereby notifies the Court that the following filed case was omitted from Exhibit 7. [DE 6787-7].

| **Claimant** | **Case Caption** |
|---|---|
| Steven Stewart | Stewart v. Boehringer Ingelheim Corporation, et al., 3:23-cv-20087 |

DATED: August 1, 2023

Respectfully submitted,

*/s/ Tim K. Goss* _
**Tim K. Goss**
Texas Bar No. 08222660
tim@freeseandgoss.com
**FREESE & GOSS, PLLC**
3500 Maple Ave., Ste. 1100
Dallas, TX 75219
P:  214.761.6610
F:  214.761.6688

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties to receive CM/ECF Electronic Filing.

                                                    _/s/ Tim K. Goss_____
                                                  Tim K. Goss