UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC  
(RANITIDINE) PRODUCTS  
LIABILITY LITIGATION  

MDL N0 2924  
20-MD-2924  

JUDGE ROBIN L ROSENBERG  
MAGISTRATE JUDGE BRUCE REINHART  

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**OBJECTION REGARDING TENTATIVE RULING ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 21, 2023, Sommerman, McCaffity, Quesada & Geisler, LLP hereby notifies the Court that the following filed cases were omitted from Exhibit 8 (Document 6787-8).

| LMI NUMBER | PLAINTIFF | FILE DATE | INDIVIDUAL CASE NO. |
|---|---|---|---|
| 1059570 | Rapolla, Richard | 8/5/2021 | 9:21-cv-81354-RLR |
| 1059578 | Crawford, William | 8/6/2021 | 9:21-cv-81372-RLR |
| 1064812 | Wade, Janet | 8/18/2021 | 9:21-cv-81432-RLR |
| 1064827 | Cotney, Erzsebet | 8/20/2021 | 9:21-cv-81464-RLR |
| 1071388 | Hancock, Elaine | 8/23/2021 | 9:21-cv-81477-RLR |
| 1071393 | Trevino, Roger | 8/26/2021 | 9:21-cv-81510-RLR |
| 1071396 | Hudson, Louise | 8/27/2021 | 9:21-cv-81515-RLR |
| 1071398 | Abusaad, Nedal | 8/27/2021 | 9:21-cv-81518-RLR |
| 1073334 | Hill, Louetta | 8/27/2021 | 9:21-cv-81523-RLR |
| 1073335 | Nixon, Harvey | 8/27/2021 | 9:21-cv-81525-RLR |
| 1073336 | Henderson-White, Mary | 9/1/2021 | 9:21-cv-81538-RLR |
| 1075359 | Icenhower, Billy | 9/7/2021 | 9:21-cv-81582-RLR |
| 1075362 | Smith, James | 9/9/2021 | 9:21-cv-81628-RLR |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

 /s/ Andrew B. Sommerman_____
Andrew B. Sommerman
State Bar No. 18842150
andrew@textrial.com
Jody L. Rodenberg
State Bar No. 24073133
jrodenberg@textrial.com
SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above-styled and numbered matter, on August 1, 2023 via electronic filing/service.