UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL No. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**OBJECTION REGARDING TENTATIVE RULING
ON FINAL JUDGEMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 25, 2023, Schlichter Bogard, LLP, hereby notifes the Court that the following cases were either omitted from, plaintiff names incorrect, or case numbers are incorrectly identified on Exhibit 7 (6787-7).

| Plaintiff | Case No. | Correction |
|---|---|---|
| Brockington, Alvin | 3:23-cv-20311-RLR | Omitted |
| Gagnon, Erwin J. | 9:20-cv-81555-RLR | Omitted |
| Hengler, Patrick | 3:23-cv-20167-RLR | No Case Number Given |
| Hollis, Bradford | 3:23-cv-20169-RLR | Wrong Plaintiff Name; Correct Case No. |
| Angela Scott, Surviving Heir (Succession Representative) of Mary Crain, Deceased | 9:20-cv-81554-RLR | Omitted |

Wherefore, Plaintiffs respectfully request the Court to enter final judgement as set forth above.

DATED: August 1, 2023            Respectfully submitted,

/s/ Kristine K. Kraft
Kristine K. Kraft, Esq.
**SCHLICHTER BOGARD LLP**
100 S. Fourth Street, Suite 1200
St. Louis, MO 63102
Tel. 314-621-6115
Fax: 314621-1365
kkraft@uselaws.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Kristine K. Kraft*
Kristine K. Kraft, Esq.
