UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS  MDL NO. 2924
LIABILITY LITIGATION  20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**OBJECTION REGARDING TENTATIVE RULING
ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 21, 2023, Brown & Crouppen Law Firm, PC.

Hereby notifies the Court that the following filed cases were omitted on Exhibit 7 (Document 6787-7)

| Plaintiff | Case Number |
|---|---|
| James Thompson | 3:23-cv-21482 |
| Roger Sisson | 3:23-cv-21489 |
| John Shank | 3:23-cv-21485 |
| Thomas Wiley Sr. | 3:23-cv-21481 |
| Jade Williams | 3:23-cv-21480 |
| Sybil Weaver | 3:23-cv-21615 |
| Bryant Pascoe | 3:23-cv-21669 |
| David Wallace | 3:23-cv-21633 |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

Dated: August 1, 2023                                Respectfully Submitted,

/s/ Seth S. Webb

Seth S. Webb #51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
Saint Louis, MO 63102
Phone: 314-222-2222
Fax: 314-421-0359
sethw@getbc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

**/s/ Seth S. Webb**

Seth S. Webb