UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　　　　MDL NO. 2924
PRODUCTS LIABILITY　　　　　　　　　　　　　　　　　20-MD-2924
LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
*Gordon Doyle III v. Boehringer Ingelheim Corporation, et al.*, 3:23-cv-20002

**OBJECTION REGARDING TENTATIVE RULING ENTERING
RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES**

　　Pursuant to this Court's Order of July 21, 2023 [DE 6787], The Ferraro Law Firm hereby notifies the Court that the following filed case was omitted from Exhibit 7 [DE 6787-7].

| Claimant | Case Caption |
|---|---|
| Gordon Doyle | Doyle v. Boehringer Ingelheim Corporation, et al., 3:23-cv-20002 |

DATED: August 1, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　THE FERRARO LAW FIRM, P.A.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　600 Brickell Avenue, Suite 3800
　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　　Telephone (305) 375-0111
　　　　　　　　　　　　　　　　　　　　　　　Facsimile (305) 379-6222

　　　　　　　　　　　　　　　　　　　　　　　/s/ James L. Ferraro, Jr._____
　　　　　　　　　　　　　　　　　　　　　　　JAMES L. FERRARO, JR., ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 107494

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties to receive CM/ECF Electronic Filing.

/s/ James L. Ferraro, Jr.
JAMES L. FERRARO, JR., ESQ.
Florida Bar No.: 107494
