IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY [signature] D.C.
AUG 01 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PATTERSON §

V. § MDL-2924, civil action no. 9:20 md 82140

TEVA USA et al. §

---

PLAINTIFF'S MOTION TO REOPEN CLOSED CLAIM

---

Pursuant to relevant F.R.C.P. rules, the plaintiff hereby re-informs this Honorable Court of his claim of a Designated cancer (esophageal) - see [1] *Patterson v. Oakes*, WL*2712477 and Original/Amended Complaint.

This Court mistakenly dismissed and closed plaintiff Patterson's claim and also failed to (1) add Sanofi as a defendant as plaintiff filed in his Amended Complaint one month after filing the Original Complaint, which is a mandatory right to amend per Fed. R. Civ. P. (2) this Court also failed and refused to issue any P.T.O.s to pro se incarcerated plaintiff and therefore (3) repeatedly refused to proceed or allow prosecution of dozens of plaintiff's motions stating a failure to comply with pretrial orders 26, 34 etc... which are still unavailabe to the plaintiff and have never been issued to him. This is not an "ignorance of the law" excuse because the

---

1. Patterson v. Oakes, 2023 U.S. Dist. WL*2712477 defendants 3rd M.S.J. denied in plaintiff's favor - claim related to ranitidine appealed. U.S.D.C. Texarkana - Texas.

the law according Fed.R.Civ.P. and this Court's precidents state that the plaintiff has to be provided with all P.T.O.s, local rules and proceedings of this Court. The plaintiff still receives MDL proceedings of other plaintiff's procedures (see attached), but is fundamentally deprived of any proceedings what-so-ever of his own claim individually. Docket entry no. 6766 implies that this plaintiff's claim was wrongfully dismissed (esophageal cancer) and the plaintiff's allegations of neglect related to failure to inform buyers of NDMA becoming more carcinogenic above/submitted to extreme temperatures of 100° plus, as well as this plaintiff's claim related to the overdosage of ranitidine as a cancer causing catalist as in Applehunt v. Walgreens Co., 2023 U.S. Dist Lexis 96720.

These claims were not addressed/ruled on by this Court and are not moot due to dismissal/closings of the MDL. Plaintiff's claim was paid for and filed individually and alleges specifics unrelated to 'rubber NDMA' expert science and should be prosecuted individually as e-mail evidence supports his claims as presented by the plaintiff's and defendants themselves.

WHEREFORE the plaintiff pray this Honorable U.S. District Court rule on this motion and forgive the non compliance of any P.T.O.s that were never sent to the Texas Prisoner pro se plaintiff and are in no way possible, available to plaintiff by any other means than for this Court/Clerk to provide them via U.S. Postal Mail.

Respectfully Submitted,

Perry Patterson # 1673121
Pack 1
2400 Wallace Pack rd.
Navasota, TX. 77868

Perry Patterson

U.S. District Court - Southern District of Florida

Perry Patterson 1673121
Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

Case: 9:20-md-02924-RLR #6776 2 pages 07/17/2023

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:

- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information. Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1. Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT: ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means. See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail. Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject:Activity in Case 9:20-md-02924-RLR IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION Order on Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 7/17/2023 12:59 PM EDT and filed on 7/17/2023

Case Name: IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION
Case Number: 9:20-md-02924-RLR

Filer:

Document Number: 6776

6776(No document attached)

Docket Text:
PAPERLESS ORDER granting the Plaintiff's Motion for Clarification at docket entry 6769 insofar as the Court will clarify its prior order. The Court's final order of dismissal at docket entry 6766 only applied to Non-Designated Cancer claims ("Finally, for the avoidance of all doubt the Court clarifies that in multi-cancer cases, this dismissal applies only to Non-Designated Cancer Claims."). DE 6766 at 7. The Plaintiff's Short Form Complaint lists two cancers, a Non-Designated Cancer (colorectal cancer) and a Designated Cancer (stomach cancer). Therefore, the Plaintiff's individual case is a multi-cancer case and the Court's final order of dismissal at docket entry 6766 dismissed the Plaintiff's Non-Designated Cancer claim only; the Court's final order of dismissal had no impact on the Plaintiff's Designated Cancer claim. Although the Plaintiff cites to LMI data to argue she is not pursuing a Non-Designated Cancer claim, LMI data is not a part of the Plaintiff's individual court file nor the Plaintiff's individual pleading, her Short Form Complaint. In any event, because the Plaintiff represents in her motion that she is not pursuing a Non-Designated Cancer claim (even though such a claim appears in her Short Form Complaint), the Court's dismissal of that claim in her individual case has caused no prejudice. As for the Plaintiff's Designated Cancer claim, which she represents she does intend to pursue, the Court has yet to rule on the Plaintiff's Designated Cancer claim. The Court will enter a tentative ruling on the Plaintiff's Designated Cancer claim in the near future, to which the Plaintiff may object. See DE 6685-7, page 78 (listing the Plaintiff's case as qualifying for the entry of final judgment). Signed by Judge Robin L. Rosenberg (bkd)

...rson# 1673121
...ace Pack rd.
...TX. 77868

NORTH HOUSTON TX 773
26 JUL 2023 PM 7 L

U.S. District Court - Clerk
For the Southern District of Florida
400 N. Miami Ave. rm.# 8N09
Miami, Florida. 33128-7716

33129-283325

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

REC'D BY________D
AUG 02 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI