UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG

MAGISTRATE JUDGE BRUCE REINHART

_____/

## OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to the Court's Order of July 21, 2023, Peterson & Associates, P.C., hereby notifies the Court that the following cases were omitted from Exhibit 7 (Document 6787-7).

| Plaintiff | Case No. |
| --- | --- |
| Ed Palmer obo Carol Palmer | 3:23-cv-21592 |
| Shauna Porter-Cagle obo Bradley Porter | 3:23-cv-21595 |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgement as set forth above.

Dated: August 2, 2023     Respectfully submitted,

*/s/ Nicholas S. Clevenger*
Nicholas S. Clevenger
Missouri State Bar No. 57171
PETERSON & ASSOCIATES, P.C.
801 W 47th Street, Suite 107
Kansas City, MO, 64112
Phone: (816) 888-8888
nsc@petersonlawfirm.com

**COUNSEL FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Nicholas S. Clevenger*
Nicholas S. Clevenger