UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  　　　　　　　　　　MDL No. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**OBJECTION REGARDING TENTATIVE RULING
ON FINAL JUDGEMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 25, 2023, Chaffin Luhana, LLP, hereby notifies the Court that the following cases were omitted from Exhibit 7 (6787-7).

| Plaintiff | Case No. | Correction |
|---|---|---|
| James Picard | 3:23-cv-14126-RLR | Omitted |
| Janelle Steele | 3:23-cv-14292-RLR | Omitted |
| Michael Szymandera | 3:23-cv-16150-RLR | Omitted |
| Philip Allen | 3:23-cv-12901-RLR | Omitted |

Wherefore, Plaintiffs respectfully request the Court to enter final judgement as set forth above.

DATED: August 2, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Roopal P. Luhana*
　　　　　　　　　　　　　　　　　　　Roopal P. Luhana, Esq.
　　　　　　　　　　　　　　　　　　　**CHAFFIN LUHANA LLP**
　　　　　　　　　　　　　　　　　　　600 Third Ave, 12th Fl.
　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　Tel. 888-480-1123
　　　　　　　　　　　　　　　　　　　Fax: 888-499-1123
　　　　　　　　　　　　　　　　　　　luhana@chaffinluhana.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Roopal P. Luhana*
Roopal P. Luhana, Esq.