IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　　　　　　　MDL NO. 2924
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　　　20-MD-2924

　　　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE REINHART
_____/

THIS DOCUMENT RELATES TO:　　　　　　　　　　　JURY TRIAL DEMANDED
　　ALL CASES

## OBJECTION REGARDING TENTATIVE RULING
## ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787

Pursuant to the Court's Order of July 25, 2023, Cunningham Bounds, LLC hereby notifies the Court that the following cases were either omitted from any Exhibit or were incorrectly identified in Exhibits 4, 5 and 6.

| Plaintiff | Case No. | Correction |
|---|---|---|
| Beavers, Stephen, et al. | 3:23-cv-19789-RLR | Omitted |
| Chaussee, Jon Scott | 3:23-cv-19792-RLR | Omitted |
| Grant, Galen, et al. | 3:23-cv-19803-RLR | Omitted |
| Hatley, Debra as Personal Representative of the Estate of Joyce G. Hatley | 3:23-cv-21244-RLR | Omitted |
| Jackson Jr., Walter | 3:23-cv-19807-RLR | Omitted |
| Kallhoff, Debbie | 9:20-cv-81864-RLR | Incorrectly identified in Ex. 4, 5, and 6. Case previously dismissed, see Stipulation at DE 9 and Order deconsolidating case at DE 10 on individual case docket |
| Kilna, John, et al. | 3:23-cv-19810-RLR | Omitted |
| McConnaughey, Edward | 3:23-cv-19818-RLR | Omitted |
| Payne, Jimmie, et al. | 3:23-cv-19822-RLR | Omitted |

| Peaster, Robert L. as Personal Representative of the Estate of Donald Ray Peaster | 3:23-cv-20959-RLR | Omitted |
|---|---|---|
| Roeser, Tom | 9:20-cv-80386-RLR | Incorrectly named as Tim Roeser in Ex. 4, 5, and 6 |
| Tubbs, Shonda | 3:23-cv-22688-RLR | Omitted |

Wherefore, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

DATED: August 2, 2023

Respectfully submitted,

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NICHS2021)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties to receive CM/ECF Electronic Filing.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NICHS2021)