UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                      MDL NO. 2924
PRODUCTS LIABILITY                            20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### OBJECTION REGARDING TENTATIVE RULING ENTERING
### RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to this Court's Order of July 21, 2023 [DE 6787], Hilliard Law hereby notifies the Court that the following filed cases were omitted from Exhibit 8 [DE 6787-8].

| Plaintiff | File Date | Case Number |
|---|---|---|
| April Bryant | 08/22/20 | 9:20-cv-80355 |
| Edward Simon | 08/21/20 | 9:20-cv-80319 |
| Roxanne Zacek | 11/05/20 | 9:20-cv-80365 |
| Steven Bice | 08/21/20 | 9:20-cv-80308 |
| David Gawlick | 08/22/20 | 9:20-cv-80323 |
| George Baker | 08/22/20 | 9:20-cv-80325 |
| Dennis Diamante | 11/04/20 | 9:20-cv-80296 |
| Sherry Arias | 11/09/20 | 9:20-cv-80321 |
| Susan Carbagal | 08/21/20 | 9:20-cv-80356 |
| David Waddle | 11/25/20 | 9:20-cv-81832 |
| Sharon Dawson | 09/01/21 | 9:20-cv-80358 |
| Solomona Tapasa | 04/08/21 | 9:21-cv-81060 |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

1

DATED: August 2, 2023          Respectfully submitted,

HILLIARD LAW
Attorneys for Plaintiff
719 S. Shoreline Blvd
Corpus Christi, TX 78401
Telephone (361) 882-1612
Facsimile (361) 882-3015

/s/ *Katherine D'aunno - Buchanan*
KATHERINE D'AUNNO-BUCHANAN
Texas Bar No.: 00790562

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties to receive CM/ECF Electronic Filing.

/s/ Katherine D'aunno-Buchanan

KATHERINE D'AUNNO-BUCHANAN
Texas Bar No.: 00790562