UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS　　　　　　　　MDL NO. 2924
LIABILITY LITIGATION　　　　　　　　　　　　　　　　　20-MD-2924

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

_____/

OBJECTION REGARDING TENTATIVE RULING
ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787

Pursuant to the Court's Order of July 25, 2023, Harrison Davis Morrison Jones, PC, hereby notifies the Court that the following filed cases were omitted from Exhibit 7 (Document 6787-7).

| CLAIMANT | CASE NO. | CORRECTION |
|---|---|---|
| Bernstein, Johnny, Deceased | 4:20-cv-00166 | Omitted |
| Bryan, Lester | 3:23-cv-19066 | Omitted |
| Davis, Calvin | 3:23-cv-19169 | Omitted |
| DuBois, Dean, Deceased | 3:23-cv-20391 | Omitted |
| Irons, Judith | 3:23-cv-20477 | Omitted |
| Koehler, Dennis | 3:23-cv-19410 | Omitted |
| Slind, Kaleen, Deceased | 3:23-cv-20636 | Omitted |
| Tapia, Faustino, Deceased | 3:23-cv-20742 | Omitted |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

Dated: <u>August 2, 2023</u>

By: <u>/s/ Matt Morrison</u><br>
**MATT MORRISON**<br>
Texas Bar No. 24028602<br>
Matt@TheTrialLawyers.com<br>
**Harrison Davis Morrison Jones, PC**<br>
5 N. Ritchie Road<br>
Waco, Texas 76712<br>
(254) 761-3300 Telephone<br>
(254) 761-3301 Facsimile

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

<u>/s/ Matt Morrison</u>
Matt Morrison

2