## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                      MDL NO 2924
PRODUCTS LIABILITY                                              20-MD-2924
LITIGATION

                                                   JUDGE ROBIN L ROSENBERG
                                           MAGISTRATE JUDGE BRUCE REINHART

_____/

### NOTICE OF STRIKING DOCUMENT NO. 6814

This is to notify the Court and the Clerk that Lundy, Lundy, Soileau & South's

submission, **OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58**

**FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES** (Document No.

6814) dated August 2, 2023 was incorrectly filed and should be stricken from the docket.

Dated: August 2, 2023                     Respectfully submitted,

                                          /s/ *Kristie M. Hightower*
                                          Kristie M. Hightower
                                          Louisiana State Bar No. 31782
                                          LUNDY, LUNDY, SOILEAU & SOUTH, LLP
                                          P.O. Box 3010
                                          Lake Charles, LA 70602-3010
                                          Tel: (337) 439-0707
                                          Fax: (337) 439-1029
                                          khightower@lundylawllp.com
                                          LA Bar No: 31782
                                          *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 2, 2023, I electronically filed the foregoing NOTICE OF STRIKING with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *Kristie M. Hightower*
Kristie M. Hightower
