UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| _____/ | |

**OBJECTION REGARDING TENTATIVE RULING ENTERING
RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES**

Pursuant to the Court's Order of July 21, 2023, Lundy, Lundy, Soileau, & South, LLP hereby notifies the Court that the following filed cases were omitted from Exhibit 7 (Document 6787-7).

| Plaintiff | Case Number |
|---|---|
| Priscilla Moya on behalf of Felia Romera, Deceased | 3:23-cv-21618 |
| Mark F. Postler | 3:23-cv-21610 |
| John E. Waldrop, Jr. | 3:23-cv-21699 |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

Dated: August 2, 2023

Respectfully submitted,

/s/ *Kristie M. Hightower*
Kristie M. Hightower
Louisiana State Bar No. 31782
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
P.O. Box 3010
Lake Charles, LA 70602-3010
Tel: (337) 439-0707
Fax: (337) 439-1029
khightower@lundylawllp.com
LA Bar No: 31782
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2023, I electronically filed the foregoing OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCERS with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

      /s/ *Kristie M. Hightower*
      Kristie M. Hightower