UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br><br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| THIS DOCUMENT RELATES TO:<br>9:20-md-02924, CARMELA SPERANZA | |

### OBJECTION REGARDING TENATIVE RULING ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787

We hereby notify the Court, that pursuant to its July 25, 2023 Order, Case No.: **9:20-md-02924**, (Plaintiff CARMELA SPERANZA), was omitted from Exhibit 8 (Document 6787-8). Only Ms. Speranza's Non-Designated Cancer claim was dismissed with prejudice in Judge Rosenberg's July 13, 2023 Final Order of Dismissal in Non-Designated Cancer Cases, entered on the FLSD docket on July 26, 2023. Accordingly, Plaintiff respectfully requests the Court enter final judgment on her remaining Designated Cancer claims.

Respectfully submitted on August 2, 2023.

**MOLL LAW GROUP**
/s/Valeria F. Benitez
Valeria F. Benitez
(IL Bar: 6328428)
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
Tel: (312) 462-1700
Fax: (312) 756-0045
info@molllawgroup.com
vbenitez@molllawgroup.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Valeria F Benitez