**UNTIED SATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: ZANTAC (RANITIDINE)               MDL No. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

                              **JUDGE ROBIN L. ROSENBERG**
                              **MAGISTRATE JUDGE BRUCE E. REINHART**

---

**OBJECTION REGARDING TENTATIVE RULING**
**ON FINAL JUDGEMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 25, 2023 at docket entry 6787, Scott Vicknair, LLC hereby notifies the Court that the following cases were respectfully omitted:

| Plaintiff | Case No. | Correction |
| --- | --- | --- |
| Moses, Sitman v. Walgreen Co., et al | 3:23-cv-22532-RLR | Omitted |
| Banta, Dennis v. Boehringer Ingelheim, et al | 3:23-cv-22524-RLR | Omitted |
| Campo, Adam v. CVS Pharmacy, et al | 3:23-cv-22504-RLR | Omitted |
| Campbell, Marlena o/b/o Asevedo, Harold v. Boehringer Ingelheim, et al | 3:23-cv-22530- RLR | Omitted |
| Ava Juneau and Landon Juneau o/b/o Carey Juneau v. Walmart, Inc. et al | 3:23-cv-23092-RLR | Omitted |

Wherefore, Plaintiffs respectfully request the Court to enter final judgment including the above-mentioned cases.

                                                SCOTT VICKNAIR, LLC

                                                */s/ David P. Vicknair*
                                                DAVID P. VICKNAIR, #34135
                                                909 Poydras Street, Suite 2025
                                                New Orleans, LA 70112
                                                (504) 500-1111 (Telephone)
                                                (504) 226-2339 (Facsimile)
                                                david@svlaw.law

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ David P. Vicknair*_____
David P. Vicknair