UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

THIS DOCUMENT RELATES TO:

*Michael D. Bohanon, as Executor of the Estate of Carroll Bohanon v. Pharma US Inc., et al.*, 3:23-cv-16963

*Robert Genung v. Ajanta Pharma USA Inc., et al.*, 3:23-cv-16604

*Gregory Palmer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, 3:23-cv-16606

*Judy Vance, as Administrator of the Estate of Earl Vance v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, 3:23-cv-16649

*Karen Wiles, as Administrator of the Estate of Phyllis Dunn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, 3:23-cv-16657

**OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES**

Pursuant to this Court's Order of July 21, 2023 [DE 6787], Pope McGlamry, PC hereby notifies the Court that the following filed cases were omitted from Exhibit 7 [DE 6787-7] and requests that the Court's Final Order granting final judgment in certain designated cancer cases also include these cases listed in the table below.

| Claimant | Case Caption |
|---|---|
| Michael Bohanon, as Executor of the Estate of Carroll Bohanon | Michael D. Bohanon, as Executor of the Estate of Carroll Bohanon v. Pharma US Inc., et al., 3:23-cv-16963 |
| Robert Genung | Robert Genung v. Ajanta Pharma USA Inc., et al., 3:23-cv-16604 |
| Gregory Palmer | Gregory Palmer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 3:23-cv-16606 |

| Judy Vance, as Administrator of the Estate of Earl Vance | Judy Vance, as Administrator of the Estate of Earl Vance v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 3:23-cv-16649 |
|---|---|
| Karen Wiles, as Administrator of the Estate of Phyllis Dunn | Karen Wiles, as Administrator of the Estate of Phyllis Dunn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., 3:23-cv-16657 |

Dated: August 2, 2023                                             Respectfully submitted,

*/s/ Michael L. McGlamry*
Michael L. McGlamry, Esq.
MDL Pro Hac No. 101329
**POPE McGLAMRY, P.C.**
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com


*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties who receive CM/ECF Electronic Filing.

*/s/ Michael L. McGlamry*
Michael L. McGlamry, Esq.