UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)  MDL NO 2924
PRODUCTS LIABILITY  20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**   Docket No.: 9:21-cv-81545-RLR

Linda Neal, Individually and as the
surviving spouse/personal representative
of James Neal (DECEASED)
_____
(Plaintiff Name(s))

## OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to this Court's Order of July 21, 2023 [DE 6787], Michael L. Weinman as counsel for Linda Neal, Individually and as the surviving spouse/personal representative of James Neal (DECEASED), hereby notifies the Court that the following filed case was omitted from Exhibit 8 [DE 6787-8].

| Plaintiff | File Date | Case Number |
|---|---|---|
|  |  |  |
| Linda Neal, Individually and as the surviving spouse/personal representative of James Neal (DECEASED) | 8-30-21 | 9:21-cv-81545-RLR |

WHEREFORE, Plaintiff respectfully requests the Court to enter final judgment as set forth above.

        Respectfully submitted,

By:    s/ Michael L. Weinman
Michael L. Weinman (TN #015074)
*Attorney for Plaintiff*
101 N. Highland Ave.
P.O. Box 266
Jackson, TN 38302
Telephone: 731-423-5565
Facsimile: 731-423-5372
Email: mike@weinmanthomas.com

### CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing has been filed with the Court via ECF and transmitted to all parties of record as of August 2, 2023 via electronic means.

s/Michael L. Weinman
Michael L. Weinman