UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　MDL No. 20-MD-2924
PRODUCTS LIABILITY
LITIGATION

　　　　　　　　　　　　　　　　　JUDGE ROBIN L. ROSENBERG
　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

*Pamela A. Collins v. Boehringer Ingelheim Corporation, et al.*, Case No. 3:23-cv-22089
*Robert Coning v. Boehringer Ingelheim Corporation, et al.*, Case No. 3:23-cv-22102
*Cynthia M. McKee v. Boehringer Ingelheim Corporation, et al.*, Case No. 3:23-cv-22362
*Tad W. Sellman v. Boehringer Ingelheim Corporation, et al.*, Case No. 3:23-cv-22482

**OBJECTION REGARDING TENTATIVE RULING ENTERING
RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES**

　　　Pursuant to the Court's July 21, 2023 Order (DE 6787), The Downs Law Group, P.A., hereby notifies the Court that the following cases appeared on Exhibit 7 (6787-7) with incorrect or omitted case numbers.

| Plaintiff | Case No. | Correction |
|---|---|---|
| Pamela A. Collins | 3:23-cv-22089 | Case number listed incorrectly as 3:23-cv-22079 |
| Robert Coning | 3:23-cv-22102 | Case number omitted |
| Cynthia M. McKee | 3:23-cv-22362 | Case number listed incorrectly as 3:23-cv-22324 |
| Tad W. Sellman | 3:23-cv-22482 | Case number listed incorrectly as 3:23-cv-22348 |

　　　WHEREFORE, Plaintiffs respectfully request that the Court enter final judgement as set forth above.

DATED: August 3, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　THE DOWNS LAW GROUP

　　　　　　　　　　　　　　　　　　　　　/s/ William Rieder
　　　　　　　　　　　　　　　　　　　　　William T. Rieder, Esq.

3

Florida Bar No. 0044834
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773
Email: wrieder@downslawgroup.com
*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System and that the foregoing document is being served on all counsel of record or parties registered to receive Electronic Filings via the CM/ECF.

*/s/ William Rieder*
William T. Rieder, Esq.