UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABLITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
|---|---|

### OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to this Court's Order of July 21, 2023 (Dkt. 6787), Seeger Weiss LLP hereby notifies the Court that the following cases filed were omitted from Exhibit 7 (Dkt. 6787-7).

| PLAINTIFF | FILE DATE | CASE NUMBER |
|---|---|---|
| Jeremy Lloyd | 3/6/2023 | 3:23-cv-17246 |
| Richard Lariviere | 3/16/2023 | 3:23-cv-18492 |
| Gary Goode | 3/20/2023 | 3:23-cv-18951 |
| Eric Hansen | 3/20/2023 | 3:23-cv-19003 |
| Rita Marks, as Anticipated Personal Representative of the Estate of James Penrod | 3/21/2023 | 3:23-cv-19229 |
| Terrie Peppers, as Anticipated Personal Representative of the Estate of Scottie Peppers | 3/21/2023 | 3:23-cv-19236 |
| Sharon Johnson | 3/21/2023 | 3:23-cv-19320 |
| Myra Biggers, as Anticipated Personal Representative of the Estate of Donald Samuels | 3/23/2023 | 3:23-cv-19605 |
| Victoria Ruby, as Anticipated Personal Representative of the Estate of Jerry Ruby | 3/23/2023 | 3:23-cv-19610 |
| Stefanie Schuman, as Anticipated Personal Representative of the Estate of Robert Steinberg | 3/23/2023 | 3:23-cv-19690 |
| James Snell, as Anticipated Personal Representative of the Estate of Janice Snell | 3/23/2023 | 3:23-cv-19696 |
| Rita Marks, as Anticipated Personal Representative of the Estate of James Penrod | 3/31/2023 | 3:23-cv-21709 |
| Terrie Peppers, as Anticipated Personal Representative of the Estate of Scottie Peppers | 3/31/2023 | 3:23-cv-21714 |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

DATED:  August 4, 2023                                         Respectfully submitted,

*/s/ Jeffrey S. Grand*
Jeffrey S. Grand
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
jgrand@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record.

<i>/s/ Jeffrey S. Grand</i><br>
Jeffrey S. Grand