UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ANTHONY GALLAGHER

### PLAINTIFF ANTHONY GALLAGHER'S NOTICE OF MOTION TO STAY

Plaintiff ANTHONY GALLAGHER (hereinafter "Plaintiff"), by and through his undersigned counsel, respectfully moves this court for a brief stay of proceedings in this matter pending the JPML's likely remand of this action back to the Southern District of New York.

### Local Rule 7.1 Certification

Pursuant to Local Rule 7.1., the undersigned certifies that undersigned conferred with Counsel for Defendants. Emails were exchanged on August 1, 2023, and August 2, 2023, regarding Defendant's position on pending motions. Defendants advised that they would be opposing this motion.

**WHEREFORE**, For the reasons discussed in the accompanying Memorandum of Law, Plaintiff Anthony Gallagher respectfully asks this Court to enter a brief stay of the pending matter pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") concerning the remand of this action to the Southern District of New York. A proposed Order is attached.

Dated: August 4, 2023
      New York, NY



ANNA A. HIGGINS, ESQ.
*Attorneys for Plaintiff Anthony Gallagher*
39 Broadway, Suite 1701
New York, New York 10006
Tel: (212) 601-2771
Facsimile: (646) 933-4254
ahiggins@litigationattys.com
Our File No. PLN-109