## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                                                     MDL NO 2924
PRODUCT LIABILITY                                                              20-MD-2924
LITIGATION

**JUDGE ROBIN L. ROSENBERG**

**MAGISTRATE JUDGE BRUCE REINHART**

_____/

## OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to the Court's Order of July 21, 2023, Morgan & Morgan, hereby notifies the

Court that the following cases were omitted from Exhibit 7 (Document 6787-7)

| PLAINTIFF | CASE NO. |
|---|---|
| Keenan Aldrich, et al | 21-cv-80138 |
| Jimmie Mullis | 21-cv-82388 |
| William Cross | 23-cv-14205 |
| Dinesh Cara | 23-cv-14450 |
| Roger Jenkins | 23-cv-14865 |
| Julis E. Robinson, et al | 23-cv-15162 |
| John S. Lowry, et al | 23-cv-15396 |
| Charles L. Spradlin, et al | 23-cv-15474 |
| Yolanda Quinones | 23-cv-15498 |
| Larry Comeau | 23-cv-16193 |
| Sharon Pennington, et al | 23-cv-16358 |
| James Martin | 23-cv-16480 |
| Charles Riley, Sr. | 23-cv-16481 |
| Clarence M. Carter | 23-cv-16521 |
| Robert Kokum, et al | 23-cv-16652 |
| Deborah Guerin | 23-cv-16814 |
| Phillip Burns, et al | 23-cv-16865 |
| Charles Riggs | 23-cv-17172 |
| Michael Nelson | 23-cv-17182 |
| Michael Hall, et al | 23-cv-17509 |
| Deborah Guillotte, et al | 23-cv-17951 |
| David Schroeder | 23-cv-18169 |

| | |
|---|---|
| **Herman Johnson, et al** | **23-cv-18257** |
| **Walter Niederwemmer, et al** | **23-cv-18297** |
| **Robert Barrett** | **23-cv-18395** |
| **Linda Johnson, et al** | **23-cv-18619** |
| **Magalis German, et al** | **23-cv-18719** |
| **Carlos Lopez** | **23-cv-18731** |
| **Betty Holden, et al** | **23-cv-19971** |
| **Benjamin Munoz** | **23-cv-51158** |
| **Alfreida Richardson-Collier, et al** | **23-cv-21245** |
| **Athena Maggio, et al** | **23-cv-21461** |
| **Gerald Padgett** | **23-cv-23051** |
| **Patricia Bauer** | **23-cv-23068** |
| **Charlotte Boyette, et al** | **23-cv-23070** |
| **Heather Alexander, et al** | **23-cv-23071** |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgement as set forth above.

Dated: August 4, 2023                                    Respectfully submitted,


/s/ Andrew G. Moore - FL. Bar 0122631
Michael Goetz - FL. Bar 0963984
Henry Watkins - FL. Bar 0115845
Morgan & Morgan - Complex Litigation Group
201 N. Franklin Street, 7th Fl.
Tampa, FL  33602
Phone: 813-223-5505

**Counsel for Plaintiff(s)**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.


                                   /s/ Andrew G. Moore
                                   Andrew G. Moore