UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE) PRODUCTS  MDL NO. 2924
LIABILITY LITIGATION  20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**OBJECTION REGARDING TENTATIVE RULING ON FINAL JUDGMENT IN CERTAIN CASES AT DE 6787**

Pursuant to the Court's Order of July 25, 2023, Thornton Law Firm LLP, hereby notifies the Court that the following cases were either omitted from any Exhibit or were incorrectly identified in an Exhibit.

| CLAIMANT | CASE NO. | CORRECTION |
|---|---|---|
| Arreaga, Katherine | 9:21-cv-80279 | Omitted |
| Clerveau, Benel | 9:20-cv-82051 | Omitted |
| Dimond, Clarence | 9:21-cv-80479 | Omitted |
| Bieber, Paul | 9:20-cv-81737 | Incorrectly identified in Ex. 7, should be included on Ex. 4. |
| Mehr, Sohail | 1:20-cv-23551 | Incorrectly identified in Ex. 4, should be on Ex 2. |
| Bode, Frances | 9:20-cv-81788 | Omitted |
| True, Sandra | 9:20-cv-81720 | Omitted |
| Yelton, Susan | 9:20-cv-81650 | Omitted |
| Kretchmar, Louise | 9:21-cv-80767 | Omitted |

| Lordi, Angela | 9:23-cv-80495 | Omitted |
| --- | --- | --- |
| Christopher, Roderick | 9:20-cv-81834 | Omitted |
| Hunt, William | 3:23-cv-21736 | Omitted |
| Robinson, Thomas | 3:23-cv-21993 | The case number listed for this claimant was incorrect. |
| Bryant, Olive | 3:23-cv-21707 | Omitted |
| Pearson, Beverly | 9:23-cv-80502 | Omitted |
| Rogers, George | 3:23-cv-21664 | Omitted |
| Segrue, William | 3:23-cv-21683 | Omitted |
| Sipek, Peter | 3:23-cv-22199 | Omitted |
| Tower, Joseph | 3:23-cv-21676 | Omitted |
| Mason, Albert | 3:23-cv-22162 | Omitted |
| Shafron, Joan | 3:23-cv-21670 | Omitted |
| Foster, Paxton | 9:20-cv-81642 | Omitted |
| Lam, Raymond | 9:21-cv-80843 | Omitted |

WHEREFORE, Plaintiffs respectfully request the Court to enter final judgment as set forth above.

Dated:    August 4, 2023

By: /s/ Marilyn T. McGoldrick
Marilyn T. McGoldrick
Thornton Law Firm LLP
1 Lincoln St., 13th Fl
Boston, MA 02111
(617)720-1333
(617)720-2445 Facsimile
MMcGoldrick@tenlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notice of filing to all counsel of record or parties to receive CM/ECF Electronic Filing.

                                                                         */s/* Marilyn T. McGoldrick
                                                                         Marilyn T. McGoldrick