UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

                                             JUDGE ROBIN L ROSENBERG
                          MAGISTRATE JUDGE BRUCE REINHART

_____/

## OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGEMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to this Court's Order of July 21,2023 [DE 6787], Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby notifies the Court that the following filed cases were omitted from one of the following Exhibits; Exhibit 1 [DE 6787-1], Exhibit 3 [DE 6787-3], Exhibit 4 [DE 6787-4], Exhibit 6 [DE 6787-6], Exhibit 7 [DE 6787-7], or Exhibit 8 [DE 6787-8]. We request that the Court's Final Order granting final judgment in certain designated cancer cases also include these cases listed in the tables below.

| Claimants Omitted from Exhibit 1 | | |
|---|---|---|
| **Claimant** | **Case Number** | **Correction** |
| Joyce Gorman; Estate of Gordon Gorman | 9:20-cv-80105 | Include on Exhibit 1 |
| Richard Snover | 9:20-cv-82011 | Include on Exhibit 1 |

| Claimants Omitted from Exhibit 3 | | |
|---|---|---|
| **Claimant** | **Case Number** | **Correction** |
| Patricia O'Driscoll; Estate of Neil O'Driscoll | 9:21-cv-80167 | Include on Exhibit 3 |

| Claimants Omitted from Exhibit 4 | | |
|---|---|---|
| **Claimant** | **Case Number** | **Correction** |
| Richard Belits | 9:20-cv-80100 | Include on Exhibit 4 |
| Evon Foister | 9:20-cv-81796 | Include on Exhibit 4 |
| Bobby Rich | 9:20-cv-81807 | Include on Exhibit 4 |
| Hector Rodriguez Leyva | 1:20-cv-20328 | Include on Exhibit 4 |

| Claimant | Case Number | Correction |
|---|---|---|
| Ada Silva | 9:20-cv-80114 | Include on Exhibit 4 |
| Robert Simone | 9:20-cv-80115 | Include on Exhibit 4 |
| Linda Williams; Estate of Robert Williams | 9:20-cv-82441 | Include on Exhibit 4 |

| Claimants Omitted from Exhibit 6 | | |
|---|---|---|
| Claimant | Case Number | Correction |
| Tammy Matney; Estate of Ralph Christian | 9:20-cv-82333 | Include on Exhibit 6 |
| Peggy Ford; Estate of Violene McGill | 9:20-cv-82446 | Include on Exhibit 6 |

| Claimants Omitted from Exhibit 7 | | |
|---|---|---|
| Claimant | Case Number | Correction |
| Eric Adame | 3:23-cv-10126 | Include on Exhibit 7 |
| Robert Adkins | 3:23-cv-10134 | Include on Exhibit 7 |
| Karen Allickson; Estate of Thomas Allickson | 3:23-cv-10041 | Include on Exhibit 7 |
| Eugene Amburgey | 3:23-cv-10653 | Include on Exhibit 7 |
| Jennifer Storie; Estate of Brenda Amon | 3:23-cv-16833 | Include on Exhibit 7 |
| Michele Paul; Estate of Bruce Anderson | 3:23-cv-11998 | Include on Exhibit 7 |
| Frank E. Artiglio; Estate of Frank Artiglio | 3:23-cv-15430 | Include on Exhibit 7 |
| Rosa Asaro | 3:23-cv-10385 | Include on Exhibit 7 |
| Antoinette Ashford | 3:23-cv-10387 | Include on Exhibit 7 |
| Timothy Austin | 3:23-cv-10008 | Include on Exhibit 7 |
| Martin Balleza | 3:23-cv-10733 | Include on Exhibit 7 |
| Carlene Baribeau; Estate of Kenneth Baribeau | 3:23-cv-15435 | Include on Exhibit 7 |
| Harriet Beckler | 3:23-cv-11128 | Include on Exhibit 7 |
| Angelina Beddingfield; Estate of Byron Beddingfield | 3:23-cv-17046 | Include on Exhibit 7 |
| Thomas Bennett | 3:23-cv-17157 | Include on Exhibit 7 |
| Rochelle Long; Estate of Mary Blank | 3:23-cv-16545 | Include on Exhibit 7 |
| Raymond Vermette; Estate of Elaine Blizzard | 3:23-cv-10638 | Include on Exhibit 7 |
| John Bodie | 3:23-cv-12232 | Include on Exhibit 7 |
| Carol Bolia | 3:23-cv-10001 | Include on Exhibit 7 |
| James Boyajian | 3:23-cv-10926 | Include on Exhibit 7 |
| Lemuel Bray | 3:23-cv-10172 | Include on Exhibit 7 |
| Ronald Breen | 3:23-cv-10011 | Include on Exhibit 7 |

| | | |
|---|---|---|
| William Breen | 3:23-cv-10176 | Include on Exhibit 7 |
| Francis Brennan | 3:23-cv-10182 | Include on Exhibit 7 |
| Chad Broadhead | 3:23-cv-10187 | Include on Exhibit 7 |
| Tina Browe; Estate of Shirley Browe | 3:23-cv-10737 | Include on Exhibit 7 |
| Curtis Brown II | 3:23-cv-10184 | Include on Exhibit 7 |
| Worthen Brown Sr. | 3:23-cv-10012 | Include on Exhibit 7 |
| Harold Brown | 3:23-cv-10946 | Include on Exhibit 7 |
| Herbert Brown | 3:23-cv-10192 | Include on Exhibit 7 |
| Kevin Budolfson | 3:23-cv-10003 | Include on Exhibit 7 |
| Jer Bullock | 3:23-cv-10207 | Include on Exhibit 7 |
| Aaron Burdex Sr. | 3:23-cv-10013 | Include on Exhibit 7 |
| Joseph Burke | 3:23-cv-12120 | Include on Exhibit 7 |
| Erin Gray; Estate of Michael Burke | 3:23-cv-12137 | Include on Exhibit 7 |
| Clifford Burkholder | 3:23-cv-10411 | Include on Exhibit 7 |
| Noveda Burnett; Estate of Earl Burnett | 3:23-cv-10641 | Include on Exhibit 7 |
| Shawn Butterfield | 3:23-cv-10344 | Include on Exhibit 7 |
| David Campbell | 3:23-cv-10383 | Include on Exhibit 7 |
| Barbara Caulfield | 3:23-cv-10769 | Include on Exhibit 7 |
| Dominick Cella | 3:23-cv-10015 | Include on Exhibit 7 |
| Harold Chapman | 3:23-cv-12141 | Include on Exhibit 7 |
| Selena Chapman | 3:23-cv-10210 | Include on Exhibit 7 |
| Tracie Chilcoat | 3:23-cv-10155 | Include on Exhibit 7 |
| Thomas Cizin | 9:23-cv-80130 | Include on Exhibit 7 |
| Sam Clark | 3:23-cv-10389 | Include on Exhibit 7 |
| Troy Clowers; Estate of Patricia Clowers | 3:23-cv-10651 | Include on Exhibit 7 |
| Christopher Cobbins | 3:23-cv-12348 | Include on Exhibit 7 |
| Jose Concepcion | 3:23-cv-10174 | Include on Exhibit 7 |
| John Couch | 3:23-cv-10892 | Include on Exhibit 7 |
| Sharyn Cunningham; Estate of Robert Cunningham | 3:23-cv-17067 | Include on Exhibit 7 |
| Joann Robinson; Estate of Juanita Cunninghan | 3:23-cv-17135 | Include on Exhibit 7 |
| Vivian Snowden; Estate of Lucille Curtis | 3:23-cv-12225 | Include on Exhibit 7 |
| Robert Cushing | 3:23-cv-10494 | Include on Exhibit 7 |
| Rachel DaSilva | 3:23-cv-11086 | Include on Exhibit 7 |
| Donald Davis | 3:23-cv-10597 | Include on Exhibit 7 |

| Annette Pence; Estate of Donald Davis | 3:23-cv-10497 | Include on Exhibit 7 |
|---|---|---|
| Camille Dean; Estate of Michael Dean | 3:23-cv-17093 | Include on Exhibit 7 |
| Joseph DeBiase | 3:23-cv-11210 | Include on Exhibit 7 |
| Todd DePaul; Estate of Robert DePaul | 3:23-cv-11227 | Include on Exhibit 7 |
| Steve DePugh | 3:23-cv-10100 | Include on Exhibit 7 |
| Lila Dhue | 3:23-cv-10612 | Include on Exhibit 7 |
| Maribeth H. Dockery; Estate of David Dockery | 3:23-cv-17000 | Include on Exhibit 7 |
| James Doody | 3:23-cv-10485 | Include on Exhibit 7 |
| Claudia Dorame; Estate of Jose Dorame | 3:23-cv-10804 | Include on Exhibit 7 |
| Cheryl Dsouza | 3:23-cv-10240 | Include on Exhibit 7 |
| Philip Duncan | 3:23-cv-10016 | Include on Exhibit 7 |
| Reggie Dzurlic; Estate of Carolyn Dzurlic | 3:23-cv-12160 | Include on Exhibit 7 |
| David Eads Sr. | 3:23-cv-10244 | Include on Exhibit 7 |
| Christian Egeland; Estate of Janice Egeland | 3:23-cv-10663 | Include on Exhibit 7 |
| Rodney Elkins | 3:23-cv-10102 | Include on Exhibit 7 |
| Cassandra Elmoghazy | 3:23-cv-10131 | Include on Exhibit 7 |
| Randell Elofson | 3:23-cv-10467 | Include on Exhibit 7 |
| Richard Englefield | 3:23-cv-10511 | Include on Exhibit 7 |
| Charles Ericson | 3:23-cv-10005 | Include on Exhibit 7 |
| Montek Thomas; Estate of Rodreckerous Evans | 3:23-cv-11155 | Include on Exhibit 7 |
| Shawn Fellers | 9:23-cv-80109 | Include on Exhibit 7 |
| Terry Flannigan | 3:23-cv-10045 | Include on Exhibit 7 |
| Joe Flores | 3:23-cv-10363 | Include on Exhibit 7 |
| Tim Forester | 3:23-cv-11049 | Include on Exhibit 7 |
| Carol R. Fratianni; Estate of Ralph Fratianni | 3:23-cv-17077 | Include on Exhibit 7 |
| Joseph Fuller; Estate of JoAnn Fuller | 3:23-cv-15636 | Include on Exhibit 7 |
| Garry Gabriel | 3:23-cv-11394 | Include on Exhibit 7 |
| Sandra Gadawski | 3:23-cv-11399 | Include on Exhibit 7 |
| Sonja Gaitskill | 3:23-cv-10215 | Include on Exhibit 7 |
| Amanda Moseley; Estate of Jimmy Garrison | 3:23-cv-11780 | Include on Exhibit 7 |
| Jeanette Geffert; Estate of Thomas Geffert | 3:23-cv-10675 | Include on Exhibit 7 |
| James Gertz | 9:20-cv-80101 | Include on Exhibit 7 |
| Samantha Gildersleeve; Estate of David Gildersleeve | 3:23-cv-10676 | Include on Exhibit 7 |
| Vijender Gopal | 9:23-cv-80127 | Include on Exhibit 7 |

| | | |
|---|---|---|
| Jimmie D. Gorrell; Estate of Anita Gorrell | 3:23-cv-10679 | Include on Exhibit 7 |
| Adrian Gould III | 3:23-cv-10206 | Include on Exhibit 7 |
| Lois Graf | 3:23-cv-10181 | Include on Exhibit 7 |
| Sylvia F. Phillips; Estate of Bettye Grant | 3:23-cv-16505 | Include on Exhibit 7 |
| Sherry Gregg; Estate of Domonic Gregg | 3:23-cv-15749 | Include on Exhibit 7 |
| Nila Gunter | 9:23-cv-80126 | Include on Exhibit 7 |
| Majid Hadid | 3:23-cv-10233 | Include on Exhibit 7 |
| Anita Hadley | 3:23-cv-10185 | Include on Exhibit 7 |
| Gregory Hall | 3:23-cv-10283 | Include on Exhibit 7 |
| James Hall | 9:23-cv-80125 | Include on Exhibit 7 |
| Alice Bennett; Estate of Ralph Hamilton | 3:23-cv-10767 | Include on Exhibit 7 |
| Frances Hannan | 3:23-cv-10235 | Include on Exhibit 7 |
| Stephen Hanson | 3:23-cv-10852 | Include on Exhibit 7 |
| Janice Woodall; Estate of Tony Harrelson | 3:23-cv-17115 | Include on Exhibit 7 |
| Russell Hash | 3:23-cv-10520 | Include on Exhibit 7 |
| Patricia Hause; Estate of Gerald Hause | 3:23-cv-17002 | Include on Exhibit 7 |
| Larry Hawks | 3:23-cv-10440 | Include on Exhibit 7 |
| William Henry | 3:23-cv-11079 | Include on Exhibit 7 |
| Jeffery Herron | 3:23-cv-10254 | Include on Exhibit 7 |
| Deborah Hicks | 3:23-cv-10257 | Include on Exhibit 7 |
| James Hill | 3:23-cv-11186 | Include on Exhibit 7 |
| DeAndra Hogan; Estate of Dorothy Hogan | 3:23-cv-10639 | Include on Exhibit 7 |
| Gary Holsan | 9:23-cv-80124 | Include on Exhibit 7 |
| Alice Gardner; Estate of Boyd Horton | 3:23-cv-17017 | Include on Exhibit 7 |
| Neil Hounshell | 3:23-cv-10006 | Include on Exhibit 7 |
| Eva Howe | 3:23-cv-13173 | Include on Exhibit 7 |
| Gordon Ingraham | 3:23-cv-11104 | Include on Exhibit 7 |
| Tonja Jefferson | 3:23-cv-12172 | Include on Exhibit 7 |
| Anthony Johnson | 3:23-cv-10470 | Include on Exhibit 7 |
| David Johnson | 3:23-cv-10484 | Include on Exhibit 7 |
| Thomas Johnson | 3:23-cv-10569 | Include on Exhibit 7 |
| William Johnston | 3:23-cv-10595 | Include on Exhibit 7 |
| Rhonda Jones | 3:23-cv-10116 | Include on Exhibit 7 |
| Johnna Kindle; Estate of Osbond Kindle | 3:23-cv-17149 | Include on Exhibit 7 |
| Randall King | 3:23-cv-11299 | Include on Exhibit 7 |

| | | |
|---|---|---|
| April Lamke; Estate of Lawrence Lamke | 3:23-cv-17054 | Include on Exhibit 7 |
| Paul Lanier | 3:23-cv-10338 | Include on Exhibit 7 |
| Dawn Latendresse | 3:23-cv-10364 | Include on Exhibit 7 |
| John Lawrence | 3:23-cv-11354 | Include on Exhibit 7 |
| Sammy Turnage; Estate of Bobbie Layton | 3:23-cv-10659 | Include on Exhibit 7 |
| Paul Leavitt Sr. | 3:23-cv-10478 | Include on Exhibit 7 |
| Sara Lewis; Estate of Carsie Lewis | 3:23-cv-12227 | Include on Exhibit 7 |
| Marshall Lieberman | 3:23-cv-10346 | Include on Exhibit 7 |
| Rick Lowery | 3:23-cv-10214 | Include on Exhibit 7 |
| Joseph Maestas | 3:23-cv-10392 | Include on Exhibit 7 |
| Kevin P. Manning; Estate of Kathleen Manning | 3:23-cv-11718 | Include on Exhibit 7 |
| Gary Marquardt | 3:23-cv-11850 | Include on Exhibit 7 |
| Arnold McCombs; Estate of Loretta McCombs | 3:23-cv-17118 | Include on Exhibit 7 |
| Herbert McGavock | 3:23-cv-10268 | Include on Exhibit 7 |
| Kathleen McNamara | 3:23-cv-10782 | Include on Exhibit 7 |
| Viola Moller | 3:23-cv-10803 | Include on Exhibit 7 |
| Keyasha Barbee; Estate of Andrew Mosley | 3:23-cv-14996 | Include on Exhibit 7 |
| Stefanie Munchrath; Estate of Denise Munchrath | 3:23-cv-10613 | Include on Exhibit 7 |
| Beverly Murray; Estate of Beverly Murray | 3:23-cv-10894 | Include on Exhibit 7 |
| Gregory Nelson | 3:23-cv-10509 | Include on Exhibit 7 |
| David W. Nelson; Estate of Mary Nelson | 3:23-cv-10568 | Include on Exhibit 7 |
| Cecil Nichols | 3:23-cv-10326 | Include on Exhibit 7 |
| Hazel Otto; Ralph Ogle Estate | 3:23-cv-11420 | Include on Exhibit 7 |
| Joseph Okonedo | 3:23-cv-10998 | Include on Exhibit 7 |
| Stuart Parker | 3:23-cv-10562 | Include on Exhibit 7 |
| Gloria Pascual; Estate of Gabriel Pascual Cobarrubia | 3:23-cv-15716 | Include on Exhibit 7 |
| JoAnn Pavlic; Estate of George Pavlic | 3:23-cv-17039 | Include on Exhibit 7 |
| Carolynn Pearson | 3:23-cv-12823 | Include on Exhibit 7 |
| Jeremy Petty | 3:23-cv-12853 | Include on Exhibit 7 |
| Noah Plemmons | 3:23-cv-11473 | Include on Exhibit 7 |
| Charlotte Powers; Estate of Holly Powers | 3:23-cv-15848 | Include on Exhibit 7 |
| Patricia Pratt; Estate of John Pratt | 3:23-cv-15853 | Include on Exhibit 7 |
| Terry Reed | 3:23-cv-10315 | Include on Exhibit 7 |
| Sherri Richmond | 9:20-cv-80111 | Include on Exhibit 7 |

| | | |
|---|---|---|
| John Ryan | 3:23-cv-11005 | Include on Exhibit 7 |
| Steve Sahakian | 3:23-cv-10168 | Include on Exhibit 7 |
| Bradley W. Sanders; Estate of Charles Sanders | 3:23-cv-10707 | Include on Exhibit 7 |
| Lillie Sanderson | 3:23-cv-10335 | Include on Exhibit 7 |
| Marlene Schultz | 3:23-cv-10307 | Include on Exhibit 7 |
| Bruce Schumacher | 9:23-cv-80089 | Include on Exhibit 7 |
| Stanley Shalett | 3:23-cv-10037 | Include on Exhibit 7 |
| Roberta Shank | 3:23-cv-10547 | Include on Exhibit 7 |
| Melissa R. Victor; Estate of Michael Shapiro | 3:23-cv-15508 | Include on Exhibit 7 |
| Kay Wagar; Estate of Richard Shepherd | 3:23-cv-15976 | Include on Exhibit 7 |
| Marsha Show; Estate of Lloyd Show | 3:23-cv-10708 | Include on Exhibit 7 |
| Phillip Slay | 3:23-cv-11050 | Include on Exhibit 7 |
| Duane Smith | 9:23-cv-80090 | Include on Exhibit 7 |
| Alton Smith; Estate of Judy Smith | 3:23-cv-10660 | Include on Exhibit 7 |
| Timothy Smith | 3:23-cv-10797 | Include on Exhibit 7 |
| Cedd Speiser; Estate of James Speiser | 3:23-cv-11193 | Include on Exhibit 7 |
| Ranita Stallings | 9:23-cv-80092 | Include on Exhibit 7 |
| Norma Stimpson | 9:23-cv-80094 | Include on Exhibit 7 |
| Michael Sutton | 3:23-cv-10251 | Include on Exhibit 7 |
| James Tamplin | 3:23-cv-10997 | Include on Exhibit 7 |
| Daniel Teel | 9:23-cv-80096 | Include on Exhibit 7 |
| Jose R. Telmont; Estate of Jose Telmont | 3:23-cv-11594 | Include on Exhibit 7 |
| James Thomas | 3:23-cv-10628 | Include on Exhibit 7 |
| Joel Thompson | 9:23-cv-80097 | Include on Exhibit 7 |
| Maurice Tolliver; Estate of Martin Tolliver | 3:23-cv-10533 | Include on Exhibit 7 |
| Frances Torres | 3:23-cv-10274 | Include on Exhibit 7 |
| Thomas Towles | 3:23-cv-10553 | Include on Exhibit 7 |
| Scott Truesdell | 3:23-cv-10171 | Include on Exhibit 7 |
| Penny Tyler | 3:23-cv-10144 | Include on Exhibit 7 |
| Rose Marie Vacca | 3:23-cv-10698 | Include on Exhibit 7 |
| Robert Valencia; Estate of Robert Valencia Sr. | 3:23-cv-11630 | Include on Exhibit 7 |
| Yadira Bermudez; Estate of Madeline Vargas | 3:23-cv-17001 | Include on Exhibit 7 |
| Beajae Vega | 3:23-cv-10469 | Include on Exhibit 7 |
| Nannie Walker | 3:23-cv-11910 | Include on Exhibit 7 |
| Tim Ward | 3:23-cv-10433 | Include on Exhibit 7 |

| Claimant | Case Number | Correction |
|---|---|---|
| Charles Washington | 3:23-cv-10273 | Include on Exhibit 7 |
| Toni Wells | 3:23-cv-10434 | Include on Exhibit 7 |
| John Whitcomb; Estate of Sandra Whitcomb | 3:23-cv-10620 | Include on Exhibit 7 |
| Pamela White | 9:23-cv-80106 | Include on Exhibit 7 |
| Bob Wida | 3:23-cv-10154 | Include on Exhibit 7 |
| Farrell Williams | 3:23-cv-11484 | Include on Exhibit 7 |
| Dorothy Williams; Estate of Melvin Williams | 3:23-cv-16998 | Include on Exhibit 7 |
| Nathaniel Williams | 9:23-cv-80107 | Include on Exhibit 7 |
| Debra Williams; Estate of Robert Williams | 3:23-cv-10611 | Include on Exhibit 7 |
| Janyiah N. Rothwell; Estate of James E Wilmore | 3:23-cv-17145 | Include on Exhibit 7 |
| Larry Wood | 3:23-cv-10488 | Include on Exhibit 7 |
| Barbara Woodfork | 3:23-cv-10175 | Include on Exhibit 7 |
| William Yoakem | 3:23-cv-11927 | Include on Exhibit 7 |
| Jo Ann Zsilavetz | 9:23-cv-80108 | Include on Exhibit 7 |

| **Claimants Omitted from Exhibit 8** | | |
|---|---|---|
| **Claimant** | **Case Number** | **Correction** |
| Devin Eberhardt | 9:20-cv-81294 | Include on Exhibit 8 |
| Norma Jones; Estate of Denise Jackson | 9:20-cv-82201 | Include on Exhibit 8 |
| Harold Taylor; Estate of Debby Taylor | 9:20-cv-81790 | Include on Exhibit 8 |
| Kathleen Trousdale | 9:20-cv-81259 | Include on Exhibit 8 |
| Stephen Weddle | 9:20-cv-81476 | Include on Exhibit 8 |

Dated: August 4, 2023

Respectfully submitted,

Madeline E. Pendley, Esq.
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7003
Fax: (850) 436-6003
Email: mpendley@levinlaw.com

by: */s/Madeline E. Pendley*

8

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record or parties who receive CM/ECF Electronic Filing.

*/s/ Madeline E. Pendley*
Madeline E. Pendley, Esq.