UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)      MDL NO 2924
PRODUCTS LIABILITY      20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

## OBJECTION REGARDING TENTATIVE RULING ENTERING RULE 58 FINAL JUDGMENT IN CERTAIN DESIGNATED CANCER CASES

Pursuant to the Court's Order of July 21, 2023, Abbey, Weitzenberg, Warren & Emery, P.C., hereby notifies the Court that it lacks jurisdiction over the following case.

Alternatively, Abbey, Weitzenberg, Warren & Emery, P.C., hereby notifies the Court that the following case was omitted from Exhibit 8 [DE 6787-8] and incorrectly included in Exhibit 7 [DE 6787-7].

| Plaintiff | Case No. | File Date | Correction |
|---|---|---|---|
| Arnold J. McClymonds | 21-cv-81595 | June 7, 2021 | Omitted |

In support thereof, Abbey, Weitzenberg, Warren & Emery, P.C., states:

On June 7, 2021, Arnold J. McClymonds ("Plaintiff") filed an individual complaint against Brand Defendants, Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, in California State Court.

After Plaintiff's action was removed to United States District Court for the Northern District of California, it was transferred to the Zantac MDL in Florida Southern District Court on September 8, 2021.

On December 6, 2022, this Court excluded MDL Designated Cancer Plaintiffs' general causation experts under *Daubert* and entered an award of summary judgment in favor of the Brand Defendants (Docket Entry No. 6120).

On May 3, 2023, Plaintiff filed his First Amended Complaint to clarify the Designated-Cancer suffered by Plaintiff, specifically, pancreatic cancer.

On May 16, 2023, Plaintiff provided Plaintiff's MDL co-lead counsel with his Notice of Intention to be included on the Joint Notice of Appeal as to the Court's 6120 Order.

On June 2, 2023, Plaintiff's MDL co-lead counsel filed a Joint Notice of Appeal as to the Court's 6120 Order, which Plaintiff was included in (see Docket Entry No. 6657, page 9).

Plaintiff is one of hundreds of plaintiffs identified in this Court's Tentative Ruling (Docket Entry 6787) that was also included on the Joint Notice of Appeal from the Court's 6120 Order filed with the Eleventh Circuit, USCA Case Number: 23-11080-A. The Eleventh Circuit has not returned jurisdiction of the pending appeal to this Court.

On June 7, 2023, "Defendants prepare[d] certain lists of individual Designated Cancer cases including: '(viii) a list of every active Designated Cancer case filed prior to the deadline for the individual Plaintiffs to respond to the Court's orders to show cause of May 5, 2023, not contained on any preceding list, that the Defendants contend qualifies for the entry of final judgment, together with an explanation for the Defendants' position.' The Plaintiffs identified on this list constitute Plaintiffs who alleged a Designated Cancer, filed their cases prior to the Court's entry of a Rule 54(b) judgment on November 15, 2021, and named only Brand Defendants. Therefore, they are not captured by any other category in the Court's Order." (Docket Entry No. 6685-8 at 2, n.1).

On July 21, 2023, this Court issued its Tentative Ruling Entering Rule 58 Final Judgment in Certain Designated Cancer Cases (Docket Entry No. 6787).

Attached as Exhibit 7 to the Court's Tentative Ruling, was "a list correspond[ing] to the Court's prior directive for the Defendants to prepare a list of 'every active Designated Cancer case filed after the Court's entry of Rule 54(b) judgment on November 15, 2021, and prior to the

deadline for the individual Plaintiffs to respond to the Court's orders to show cause of May 5, 2023.' DE 6622 at 23" (Docket Entry No. 6787 at 7, n.15).

Attached as Exhibit 8 to the Court's Tentative Ruling, was a "list correspond[ing] to the Court's prior directive for the Defendants to prepare a list of 'every active Designated Cancer case filed prior to the deadline for the individual Plaintiffs to respond to the Court's orders to show cause of May 5, 2023, not contained on any preceding list, that the Defendants contend qualifies for the entry of final judgment.' DE 6622 at 23" (Docket Entry No. 6787 at 7, n.16).

As Plaintiff filed his case on June 7, 2021, Plaintiff hereby objects to the Court's Tentative Ruling on the basis that Plaintiff's case should have been included in Exhibit 8, not Exhibit 7.

Plaintiff further objects to the Court's Tentative Ruling on the basis that it lacks jurisdiction over Plaintiff's case as the Eleventh Circuit has not returned jurisdiction of its pending appeal, USCA Case Number: 23-11080-A, to this Court.

**WHEREFORE**, based on the reasons stated above, Abbey, Weitzenberg, Warren & Emery, P.C., hereby objects to the omission of this matter from Exhibit 8 of the Tentative Order [DE 6787-8] and the inclusion of this matter from Exhibit 7 of the Tentative Order [DE 6787-7].

Plaintiff further objects on the basis that this Court lacks jurisdiction over this matter.

Dated:            August 4, 2023

        Respectfully submitted,
        By: */s/ Scott R. Montgomery*
        Scott R. Montgomery
        **ABBEY, WEITZENBERG, WARREN & EMERY P.C.**
        100 Stony Point Road, Suite 200
        Santa Rosa, CA 95401
        Tel: (707) 542-5050
        Fax: (707) 542-2589
        smontgomery@abbeylaw.com
        *Counsel for Plaintiff Arnold J. McClymonds*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all CM/ECF participants.

*/s/ Scott R. Montgomery*
Scott R. Montgomery
