# Exhibit 1
## Order Denying Rehearing in *Elabbassy*

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GLAXOSMITHKLINE LLC,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,<br>Respondents,<br>and<br>SARA ELABBASSY, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DECEDENT HUSROM, DECEASED; JAMIL HUSROM, INDIVIDUALLY; KHULOD HUSROM, A MINOR; SALIH HUSROM, A MINOR; FATIMA HUSROM, A MINOR; AND MOHAMMED HUSROM, A MINOR,<br>Real Parties in Interest. | No. 85501<br><br>FILED<br>AUG 01 2023<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

*ORDER DENYING REHEARING*

Rehearing denied. NRAP 40(c).

It is so ORDERED.

_____, C.J.
Stiglich

_____, J.          _____, J.
Cadish                           Pickering

_____, J.          _____, J.
Herndon                          Parraguirre

_____, J.
Bell

Lee, J., dissenting:

I would order an answer to the petition and therefore dissent.

_____, J.
Lee



cc: Hon. Joseph Hardy, Jr., District Judge
Evans Fears & Schuttert LLP
The702Firm
Eighth District Court Clerk

