UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                    MDL NO. 2924
PRODUCTS LIABILITY                         20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER REQUIRING A RESPONSE TO OBJECTIONS TO THE COURT'S TENTATIVE ORDER ENTERING FINAL JUDGMENT

This matter is before the Court upon the Plaintiffs' objections to the Court's tentative order on final judgment at docket entry 6787. The Defendants shall file one combined, consolidated response to all pending objections, including objections filed by *pro se* Plaintiffs subsequent to this Order. The Defendants' response shall address the Plaintiffs' legal objections to the tentative order, such as the objection filed at docket entry 6873, as well as the Court's prior rulings, including the Court's overruling of an objection at docket entry 6853. The Defendants' response to the Plaintiffs' legal objections shall not exceed 10 pages.

In addition to responding to the Plaintiffs' legal objections, the Defendants shall also respond to the Plaintiffs' requested alterations to the lists of cases that are eligible for final judgment. For each such requested alteration, the Defendants shall clarify whether they agree or disagree. If the Defendants agree, they shall amend the list of cases accordingly. If the Defendants disagree, the Defendants shall explain why. Because the list of cases is long, the Court imposes no page-length requirement on the Defendants' response to the Plaintiffs' requested alterations to the lists of cases.

Simultaneous with the Defendants' filing of their response, the Defendants shall file (and e-mail in Microsoft Word form) the lists and spreadsheets of cases eligible for the entry of final judgment, consistent with the Court's instructions to the Defendants on this subject at docket entry 6801.  The Defendants' response is due on August 15, 2023.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of August, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record