# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

AUG 0 9 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION**

Martin vs. Boehringer Ingelheim Pharmaceuticals, Inc., et al,. )
**S. D. Indiana, C. A. No. 1:20-00449**                                    )

**MDL No. 2924**

## <u>Motion for Transfer</u>

Plaintiff James Martin, as Pro-se hereby request this Court to transfer this case to the Indiana Southern District of Indiana.

## INTRODUCTION

1. This case has been years in the works; with hundreds of cases filed, hundreds of lawyers in and out, cases dismissed, and the recent rulings dismissing the MDL Case in regards to the designated cancers as to having not been a direct cause of Zantac.

2. In recent orders, as this plaintiff monitors this case daily as if reading his Bible, there are so many components to attend to, read, understand, research, and attempt to keep his pro-se complaint alive, that as these cases proceed, the concepts get harder.

3. The MDL cases were assigned to a specific law firm to represent the entire class of cases. That case was dismissed, pending an appeal, and now a recent order separates the pro-se litigants, and as myself, most or non-designated cancers that are awaiting new orders. When the direct class of plaintiffs was designated with the lead counsel to represent all plaintiff's those represented and those pro-se litigants, the plaintiff wonders why the Court isn't giving that same privilege to appoint a Pro-se Litigant Lead Counsel to represent those pro-se litigants with (non-designated cancers) not already ruled (dismissed).

4. The Court intends to keep those pro-se litigants' cases alive; but requires those non-skilled litigants to litigate a case of this magnitude and complexity on their own, throwing them to the wolves, knowing that they don't stand a chance to survive. Requiring the pro-se litigants to obtain expert witnesses at their costs, and continue to litigate this Federal Case without knowledge of Federal Laws.

5. In particular, this plaintiff was diagnosed with Multiple Myeloma Cancer in 2014. This is after ingesting years of the Zantac Product both prescription strength and then moved ot the over-counter strength. Cancer shattered his right pelvic bone, and he required two surgeries to replace his right pelvic bones with pins and rods. I've not been able to ride a bike since 2014. Can't walk for more than half of a block. Underwent radiation, and chemotherapy and am currently under the Oncologist's care for the monitoring of my Myeloma Cancer levels, and kidney failure. Congestive Heart Failure, diabetes, high blood pressure. The Zantac product is the direct cause of his cancer, and has stripped the enjoyment of living a normal life. Now this plaintiff is on Disability, lives alone with his service dog, and watches Judge Judy all day as he's not able to enjoy lifes pleasures as before his diagnosis, and with his limited income. However, this Court expects him to spend thousands on retaining expert witnesses to prove that Zantac did in fact cause his myeloma cancer and potentially other medical ailments.

Wherefore, the plaintiff seeks an Order transferring this case to the Indiana Southern District of Indiana.

Respectfully Submitted,

James Martin
735 ½ Center Street
Shelbyville, IN 46176
Jamesamartin3@gmail.com

Dated: August 7th, 2023

## Certificate of Services:

I hereby certified that I have served a true copy of this motion to the defendants counsel on the date below by email.

rmb@gdldlaw.com
jcohen@wickersmith.com
Ruth.dapper@dlapiper.com
Christopher.strongosky@dlapiper.com
Mark.cheffo@dechert.com
uhenninger@kslaw.com
pschmidt@cov.com
abayman@kslaw.com
egladbach@kslaw.com
jjoachim@cov.com
aoneill@kslaw.com
csabnis@kslaw.com
lbarnhart@cov.com
jpetrosinelli@wc.com
anand.agneshwar@arnoldporter.com
oluoma.kas-osoka@arnoldporter.com
mahnu.davar@arnoldporter.com

Respectfully Submitted.                                  Dated: August 7th, 2023

James Martin
735 ½ Center Street
Shelbyville, IN 46176
Jamesamartin3@gmail.com

James Martin
735 1/2 Center Street
Shelbyville, IN 46176

INDIANAPOLIS IN  460

5 AUG 2023   PM 5  L



Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

33128-180199



REC'D BY
AUG 10 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
D. OF FLA. - MIAMI
D.C.