UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION

Martin vs. Boehringer Ingelheim Pharmaceuticals, Inc., et al,. )
MDL No. 2924
S. D. Indiana, C. A. No. 1:20-00449



FILED BY _____ D.C.
AUG 09 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING OBJECTIONS TO THE COURT'S JULY 21, 2023, ORDER
ENTERING RULE 58 FINAL JUDGMENT [DE 6787]

Comes now, James Martin, the Plaintiff as Pro-se and files his Objection to the Order dismissing his case **S. D. Indiana, C. A. No. 1:20-00449.**

Pursuant to the Court's Order on July 21, 2023, [DE 6787] the above-named Plaintiffs object to the entering of Final Judgment against them.

Dated: August 7th, 2023                    Respectfully Submitted

James Martin

735 ½ Center Street

Shelbyville, IN 46176

Phone: (317) 512-6229

Jamesamartin3@gmail.com

1

## Certificate of Services:

I hereby certified that I have served a true copy of this motion to the defendant's counsel on the date below by email.

jdodge@emory.edu

jzousmer@kslaw.com

Petrosinejpetrosinelli@wc.com

abayman@kslaw.com

anand.agneshwar@arnoldporter.com

mark.cheffo@dechert.com

mmcglamry@pmkm.com

Alex.Beroukhim@arnoldporter.com

rmb@gdldlaw.com

jcohen@wickersmith.com

Ruth.dapper@dlapiper.com

Christopher.strongosky@dlapiper.com

Mark.cheffo@dechert.com

uhenninger@kslaw.com

pschmidt@cov.com

abayman@kslaw.com

egladbach@kslaw.com

jjoachim@cov.com

aoneill@kslaw.com

csabnis@kslaw.com

lbarnhart@cov.com

jpetrosinelli@wc.com

anand.agneshwar@arnoldporter.com

oluoma.kas-osoka@arnoldporter.com

mahnu.davar@arnoldporter.com

Dated: August 7th, 2023

Respectfully Submitted,

*/s/ James Martin*

James Martin

735 ½ Center Street

Shelbyville, IN 46176

Phone: (317) 512-6229

Jamesamartin3@gmail.com

James Martin
735 1/2 Center Street
Shelbyville, IN 46176

INDIANAPOLIS IN 460

5 AUG 2023 PM 5 L



*MDL*

Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

33128-180199



ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.␣OF FLA. - MIAMI

AUG 10 2023

REC'D BY _____ D.C.