Joseph Bobbitt N51623
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021-9524



US DISTRICT COURT                                                    August 1, 2023
Southern District of Florida
Court Clerk's Office
400 N. Miami Ave. 8th Floor      Re: Dismissal / 9:20-MD-02924
Miami, FL 33128

To the Court:

   I have several objections I would like to present to the Court.

1. I have mailed several requests to the court seeking assistance, and have had no response.

2. I have requested legal counsel be provided as was ordered by the court in Illinois. I have not been given counsel or a reply in denial. No response.

3. As I am Pro-Se, I do not have the ability to access legal documents created in this case, and since I have no legal ability of my own, I have been unable to understand much of what has been going on. I even wrote to explain that the letters I was receiving from the court were in some type of code language I did not understand. No response.

4. I would like permission from the court to have my case remanded back to Illinois.

5. I would ask the clerk of the court to ensure that this letter is file stamped, and a copy returned to me.

6. I pray to the Court that it helps me so that my rights are not overlooked.

Respectfully, *Joseph Bobbitt*
Dated: 8/1/2023

/s/
Joseph Bobbitt, Pro-Se
IDOC# N51623
Dixon Corr. Ctr

Joseph Bobbitt, N51623
2600 N. Brinton Ave.
Dixon, IL 61021-9524

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

CAROL STREAM IL
AUG 2023 PM

Privileged Legal Mail

US District Court Clerk's Office
Southern District of Florida
400 N. Miami Ave. 8th Floor
Miami, FL 33128

MDL

33128-771699

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.



REC'D BY _____ D.C.
AUG 11 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI