**EXHIBIT A**
**POST-PTO 81 DELINQUENT NON-DESIGNATED CANCER PLAINTIFFS**

| Plaintiff Name | Case No. | Date Filed in / Transferred to MDL | 60 Day Deadline to File Notice of Intent |
|---|---|---|---|
| Mark Indelicato | 3:23-cv-23056 | 4/25/2023 | 6/24/2023 |
| Maurice Hughley | 3:23-cv-23076 | 6/8/2023 | 8/7/2023 |

| Plaintiff Name | Case No. | Date Filed in / Transferred to MDL | Date to File Notice of Intent Filed | 60 Day Deadline to Serve Expert Report on General Causation |
|---|---|---|---|---|
| Brian Stoltz | 3:23-cv-23079 | 6/13/2023 | 6/14/2023 | 8/12/2023 |
| Tammy Pierce | 3:23-cv-23080 | 6/13/2023 | 6/14/2023 | 8/12/2023 |