UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION _____/ | MDL DOCKET NO. 2924<br><br>Civil Action No. 9:20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

**THIS DOCUMENT RELATES TO:**

**First Post-PTO 81 Delinquent Non-Designated Cancer Plaintiffs (Exhibit A)**

### NOTICE OF NON-OPPOSITION

Brand Defendants respectfully give notice that Plaintiffs listed in Exhibit A [DE 6800] of Brand Defendants' Omnibus Motion to Dismiss Claims of Post-PTO 81 Delinquent Plaintiffs who Failed to Comply with PTO 81 did not file an Opposition to the motion. Plaintiffs' Opposition (if any) was due on Friday, August 11, 2023. *See* S.D. Fla. L.R. 7.1(c)(1); DE 6800. Accordingly, Brand Defendants respectfully request that Plaintiffs be dismissed with prejudice pursuant to PTO 81, Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 16(f).

Respectfully submitted,

By: */s/ Anand Agneshwar*
Anand Agneshwar
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com
*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

*/s/ Andrew T. Bayman*
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com
*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

*/s/   Mark Cheffo*
Mark Cheffo
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com
*Attorney for GlaxoSmithKline LLC*

*/s/  Joseph G. Petrosinelli*
Joseph G. Petrosinelli
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com
*Attorney for Defendant Pfizer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2023, the foregoing Brand Defendants' Notice of Non-Opposition was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
JONES FOSTER, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000
Fax: (561) 650-5300
JOConnor@jonesfoster.com