**EXHIBIT A**
**POST-PTO 81 DELINQUENT NON-DESIGNATED CANCER PLAINTIFFS**

| Plaintiff Name | Case No. | Date Filed in / Transferred to MDL | 60 Day Deadline to File Notice of Intent |
|---|---|---|---|
| Stephen Leeper | 3:23-cv-18652 | 3/17/2023 | 5/16/2023 |
| Edward Evans | 3:23-cv-19010 | 3/20/2023 | 5/19/2023 |
| Tony McKissick | 3:23-cv-19013 | 3/20/2023 | 5/19/2023 |
| Heidi Ward | 3:23-cv-19014 | 3/20/2023 | 5/19/2023 |
| Paulette Shane | 3:23-cv-19053 | 3/20/2023 | 5/19/2023 |
| Charles Linda Wayman | 3:23-cv-19950 | 3/24/2023 | 5/23/2023 |
| Earnest Hayes | 3:23-cv-20699 | 3/28/2023 | 5/27/2023 |
| Daniel Fens | 3:23-cv-20930 | 3/29/2023 | 5/28/2023 |
| Linda Foster | 3:23-cv-21331 | 3/30/2023 | 5/29/2023 |
| Aaron Borchers | 3:23-cv-21391 | 3/30/2023 | 5/29/2023 |
| Terry Bram | 3:23-cv-21493 | 3/31/2023 | 5/30/2023 |
| James Johnson | 3:23-cv-21905 | 4/3/2023 | 6/2/2023 |
| Sharah Johnson | 9:23-cv-80582 | 4/5/2023 | 6/4/2023 |
| Donna Koblica | 3:23-cv-23055 | 4/24/2023 | 6/23/2023 |
| Michael Elliot | 3:23-cv-23058 | 5/16/2023 | 7/15/2023 |
| Audrey Jones | 3:23-cv-23060 | 5/16/2023 | 7/15/2023 |