Reception & Medical Center
Date: 8-4-23
Initials: MT

U.S DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
AUG 16 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MICHAEL C. TRAMMELL DC# 716423
RMC- WEST UNIT C2
P.O. BOX 628
LAKE BUTLER, FLORIDA 32054-0628

=ORIGINAL=
TO CLERK OF COURT

CASE: 9:20-md-02924-RLR #6797        8-2-2023   PRESENTED

## MOTION FOR DISPOSITION OF CASE ABOVE AND HAVE NEWLY DISCOVERED EVIDENCE IN FAVOR OF MICHAEL C TRAMMELL IN ITS ENTIRETY

## MOTION FOR APPOINTMENT OF CONFLICT FREE GOVERNED BY BOTH FLORIDA AND U.S. CONST. AMENDS TO APPOINTED GUARANTEED EFFECTIVE ASSISTANT OF COUNSEL IN ITS ENTIRETY TO REPRESENT MICHAEL C. TRAMMELL AS FOR APPOINTMENT OF CONFLICT FREE COUNSEL AS THIS HONORABLE COURT DEEMS PROPER

COMES NOW, THE PLAINTIFF, MICHAEL C. TRAMMELL, PRO SE' IN PROPER PERSONA, RESPECTFULLY MOVES THIS HONORABLE COURT TO INVOKE ITS JURISDICTION, TO INFORM THIS PLAINTIFF OF DISPOSITION OF CASE, COUNSEL OF RECORD, AND THE APPOINTMENT OF COUNSEL TO REPRESENT MICHAEL C. TRAMMELL, TO AND ON BEHALF AS COUNSEL FOR REPRESENTATION IN THE INSTANT CASE AT BAR.

SWORN AFFIDAVIT UNDER OATH UNDER F.S.A § 92.525.

I, MICHAEL C. TRAMMELL, DC# 716423 UNDER F.S.A § 92-525 (2016) AND STATE V. SHEARER 628 So. 2d 1102 (FLA 1994) AND I DECLARE ALL OF THE ABOVE UNDER PENALTIES OF PERJURY, IS TRUE CORRECT AND COMPLETE IN ITS ENTIRETY.

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, ALL OF THE ABOVE IS TRUE, CORRECT AND COMPLETE IN ITS ENTIRETY. MOTION FOR DISPOSITION, AND MOTION FOR APPOINTMENT OF COUNSEL; TO CLERK OF COURT; RESPECTFULLY SUBMITTED

/s/ Michael Trammell DC# 716423

=ORIGINAL=
TO: CLERK OF COURT.

MICHAEL C. TRAMMELL DC# 716423
AFFIANT PLAINTIFF

MR. MICHAEL CITRON
POST OFFICE BOX 628 LAKE BUTLER, FLORIDA 32054-0628
MAILBOX RULE INVOKED THIS 2nd DAY OF AUGUST 2023

MAILED FROM A STATE CORRECTIONAL INSTITUTION


US POSTAGE
ZIP 32054
02 4W
0000369996

CLERK OF COURT
U.S. DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

MDL

LEGAL MAIL

331287718

08/10

Reception & Medical Center
Date: 8-4-23
Initials: [illegible]