**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) | **MDL NO. 2924** |
| PRODUCTS LIABILITY | **20-MD-2924** |
| LITIGATION | |

**JUDGE ROBIN L. ROSENBERG**
**MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

**NOTICE OF AMENDED EXHIBIT 8 REGARDING**
**INDIVIDUAL DESIGNATED CANCER CASES**

Defendants hereby file an amended Exhibit 8 for the Court's consideration.  The original Exhibit 8 was previously filed on August 15, 2023 with Defendants' Combined, Consolidated Response to Plaintiffs' Objections to Designated Cancer Cases Lists [DE 6900-5]. The now amended list is attached hereto as Amended Exhibit 8.[1]  Defendants' other previously filed lists remain unchanged.  *See* DE 6900-1, 6900-2, 6900-3, 6900-4, and 6900-6.

Dated: August 17, 2023                  Respectfully submitted,

By: */s/ Andrew T. Bayman*
    Andrew T. Bayman
    KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309-3521
    Tel: (404) 572-4600
    Fax: (404) 572-5100
    abayman@kslaw.com

---

[1]   Specifically, Plaintiffs' counsel have identified the following eleven cases that were inadvertently omitted from Exhibit 8: (1) *Bryant v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80355; (2) *Simon v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80319; (3) *Zacek v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80365; (4) *Bice, Jr. v. Sanofi-Aventis U.S. LLC, et al.*, 9:20-cv-80308; (5) *Gawlick v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80323; (6) *Baker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80325; (7) *Diamante v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80296; (8) *Arias v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80321; (9) *Carbagal v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80356; (10) *Dawson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:20-cv-80358; and (11) *Tapasa v. Boehringer Ingelheim Pharmaceuticals et al.*, 9:21-cv-81060.

1

*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim USA Corporation*

By:  /s/ Mark Cheffo
     Mark S. Cheffo
     DECHERT LLP
     1095 Avenue of the Americas
     New York, NY 10036
     Tel: (212) 698-3500
     Fax: (212) 698-3599
     mark.cheffo@dechert.com

*Attorneys for Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc.*

By:  /s/ Joseph G. Petrosinelli
     Joseph G. Petrosinelli
     WILLIAMS & CONNOLLY LLP
     680 Maine Ave, S.W.
     Washington, DC 20024
     Tel: (202) 434-5000
     Fax: (202) 434-5029
     jpetrosinelli@wc.com

*Counsel for Defendant Pfizer Inc.*

By:  /s/ Anand Agneshwar
     Anand Agneshwar
     ARNOLD & PORTER KAYE SCHOLER LLP
     250 West 55th Street New York, NY 10019
     Tel: (212) 836-8000
     Fax: (212) 836-8689
     anand.agneshwar@arnoldporter.com

*Attorneys for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of August 2023, I electronically filed the foregoing

**NOTICE OF AMENDED EXHIBIT 8 REGARDING INDIVIDUAL DESIGNATED**

**CANCER CASES** through the CM/ECF system, which will provide automatic notification to all

CM/ECF participants.

*/s/ Andrew T. Bayman*
Andrew T. Bayman
