# Amended Exhibit 8

| Designated Cancer Cases Category (viii)[1] | |
|---|---|
| **Case Caption** | **Case Number** |
| Abusaad v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81518-RLR |
| Aldrich v. Pfizer Inc., et al., | 9:21-cv-80138 |
| Anderson v. GlaxoSmithKline LLC, et al., | 9:21-cv-80813-RLR |
| Anthony v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80241 |
| Arias v. Boehringer Ingelheim Pharmaceuticals, Inc., et al | 9:20-cv-80321 |
| Avans v. GlaxoSmithKline LLC, et al., | 9:20-cv-81584 |
| Babineaux v. Sanofi S.A., et al., | 9:20-cv-81535 |
| Baertschi v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81678 |
| Bailey v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80412-RLR |
| Baker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80325 |
| Bankston v. Sanofi SA, et al., | 9:21-cv-81566 |
| Bates v. Sanofi SA, et al., | 9:21-cv-81939 |
| Beck v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80552 |
| Beck v. Sanofi-Aventis US, LLC, et al., | 9:20-cv-82118 |
| Bee v. Sanofi SA, et al., | 9:21-cv-81684 |
| Bell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81276 |
| Bice, JR.. v. Sanofi-Aventis U.S. LLC et al | 9:20-cv-80308 |
| Blackburn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80601 |
| Blough v. Sanofi S.A., et al., | 0:20-cv-60165 |
| Brennan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80694-RLR |
| Brest-Landry v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80312 |
| Brooks v. Sanofi S.A., et al., | 9:20-cv-80895 |
| Bryant v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80355 |
| Buford v. GlaxoSmithKline, LLC, et al., | 9:20-cv-82385 |
| Cadieux v. Sanofi-Aventis U.S. LLC, et al., | 9:20-cv-80561 |
| Callegri v. Pfizer Inc., et al., | 9:21-cv-81659 |
| Callihan v. Pfizer Inc., et al., | 9:21-cv-81704 |
| Carbagal v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80356 |
| Carbonaro v. Zantac (Ranitidine) Products Liability Litigation, | 9:21-cv-80662-RLR |
| Carbone et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-80749-RLR |
| Carter v. Pfizer Inc., et al., | 9:21-cv-81603 |
| Casias v. Sanofi S.A., et al., | 9:20-cv-81783 |

[1] The Court's May 15, 2023 Order Entering Summary Judgment Pursuant to Rule 56(F) requested Defendants prepare certain lists of individual Designated Cancer cases including: "(viii) a list of every active Designated Cancer case filed prior to the deadline for the individual Plaintiffs to respond to the Court's orders to show cause of May 5, 2023, not contained on any preceding list, that the Defendants contend qualifies for the entry of final judgment, together with an explanation for the Defendants' position." The Plaintiffs identified on this list constitute Plaintiffs who: (1) alleged a Designated Cancer; (2) filed their cases prior to the Court's entry of a Rule 54(b) judgment on November 15, 2021; and (3) named only Brand Defendants, or amended their pleadings subsequent to the November 15, 2021 judgment to add Generics, Retailers, or Distributor Defendants for the first time. Therefore, they are not captured by any other category in the Court's Order.

| | |
|---|---|
| Cohen et al. v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-80503 |
| Cohen v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81541-RLR |
| Coleman v. Sanofi SA, et al., | 9:22-cv-80432 |
| Collier v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80551 |
| Cotney v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81464-RLR |
| Crawford v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81372-RLR |
| Cross v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80953 |
| Davis v. Sanofi S.A., et al., | 9:20-cv-81608 |
| Dawson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80358 |
| Day v. Sanofi S.A., et al., | 9:20-cv-81817 |
| Denham et al v. GlaxoSmithKline, LLC, et al., | 9:21-cv-81315-RLR |
| Devlin v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80066 |
| Diamante v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80296 |
| Diaz v. Sanofi S.A., et al., | 9:21-cv-81801 |
| Diaz-Correa v. Sanofi S.A., et al., | 9:20-cv-81630 |
| DISTEL et al v. Pfizer, Inc., et al., | 9:21-cv-80468-RLR |
| Dumestre v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81896 |
| Eberhardt v. Sanofi S.A., et al., | 9:20-cv-81294 |
| Edison v. GlaxoSmithKline, LLC, et al., | 9:21-cv-81593 |
| Ellis v. Sanofi S.A., et al., | 9:20-cv-81561 |
| Eversole v. Boehringer Ingelheim USA Corporation, et al., | 9:21-cv-81324-RLR |
| Forkel et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-81579 |
| Foster v. Sanofi S.A., et al., | 9:20-cv-81515 |
| Frederick et al v. Sanofi-Aventis U.S. LLC, et al., | 9:21-cv-81770-RLR |
| Galloway v. Sanofi S.A., et al., | 9:21-cv-81615 |
| Garvey v. Boehringer Ingelahm Pharmaceuticals, Inc., et al., | 9:20-cv-81969 |
| Gawlick v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80323 |
| Gene Balsom v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80702-RLR |
| Gilliand v. Boehringer Ingelheim, et al., | 9:21-cv-81594 |
| Gomez v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81768 |
| Gooding v. Sanofi SA, et al., | 9:21-cv-81799 |
| Greer v. Boehringer Ingelheim Pharmaceuticals, Inc., | 9:21-cv-81839 |
| Gregg v. Sanofi-Aventis U.S., LLC et al., | 1:20-cv-23520 |
| Gregorio v. Sanofi S.A., et al., | 9:20-cv-81531 |
| Grubbs-Paull, as Executrix of the Estate of Joseph Paull et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-81439 |
| Hale et al v. Pfizer, Inc. et al., | 9:20-cv-81726 |
| Hancock v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:21-cv-81477-RLR |
| Hankins v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:21-cv-81211-RLR |
| Hann v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81200 |
| Hannah v. Boehringer Ingelheim, et al., | 9:21-cv-81980 |
| Hardy v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81283 |
| HARPER v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:21-cv-80165-RLR |
| Hartsfield v. Sanofi S.A., et al., | 9:20-cv-80113 |

| | |
|---|---|
| Hayden v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80956 |
| Hayes v. Sanofi SA, et al., | 9:21-cv-81648 |
| Henderson-White v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81538-RLR |
| Henton v. GlaxoSmithKline, LLC, et al., | 9:21-cv-82387 |
| Hill v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81523-RLR |
| Hill v. GlaxoSmithKline, LLC, et al., | 1:20-cv-22076 |
| Hudson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81515-RLR |
| Ibbetson v. Sanofi SA, et al., | 9:21-cv-81645 |
| Icenhower v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81582-RLR |
| Ingy Gengy as the Personal Representative of the Estate of Samy Farag et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-81580 |
| Jackson et al v. Boehringer Ingelheim USA Corporation, et al., | 9:21-cv-80203-RLR |
| Jackson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81632 |
| Jackson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80091 |
| Jackson v. Sanofi SA, et al., | 9:21-cv-81821 |
| Jackson v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-81349 |
| Johnson Jr. v. Sanofi SA, et al., | 9:21-cv-81758 |
| Johnson v. Sanofi S.A., et al., | 9:20-cv-82203 |
| Jones v. GlaxoSmithKline LLC, et al., | 9:20-cv-82366 |
| Jones v. Pfizer Inc., et al., | 9:21-cv-80477-RLR |
| Jones v. Sanofi S.A., et al., | 9:20-cv-82201 |
| Karamitsos v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-82097 |
| Karpal v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80423 |
| Keane et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80369-RLR |
| Kelly v. Sanofi S.A., et al., | 9:21-cv-81796 |
| Key v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 1:20-cv-22699 |
| Kiger v. Boehringer Ingelheim Pharmacueticals, Inc., et al., | 9:20-cv-80305 |
| Kimmitt v. AmerisourceBergen Corporation, et al., | 9:21-cv-80653-RLR |
| King v. Sanofi S.A., et al., | 9:20-cv-81562 |
| Kramer et al v. Boehringer Ingelheim Pharmaceuticals Inc., et al., | 9:20-cv-82133 |
| Lafferty v. Sanofi SA, et al., | 9:22-cv-80444 |
| Lambert v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:22-cv-81170 |
| Leach v. Pfizer Inc., et al., | 9:21-cv-81692 |
| Leon v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80535 |
| Lewis v. Boehringer Ingelheim Pharmaceuticals Inc., et al., | 9:21-cv-80119-RLR |
| Liem v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80340 |
| Liskey v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80446 |
| Mackey v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80502-RLR |
| Mancuso v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80226-RLR |
| Mancuso v. GlaxoSmithKline LLC, et al., | 9:21-cv-80982 |
| Maranto v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81375 |
| Marino v. Sanofi S.A., et al., | 0:20-cv-60166 |
| Marlene Boyadjian v. GlaxoSmithKline, LLC, et al., | 9:21-cv-82533 |
| Martin v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81352-RLR |

| | |
|---|---|
| Matthews et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-81490-RLR |
| Matthews v. Sanofi S.A., et al., | 9:20-cv-80525 |
| McAlexander v. Boehringer Ingelheim Pharmaceuticals, Inc., | 9:20-cv-82185 |
| McCandless v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80460 |
| McCann v. Sanofi S.A., et al., | 9:20-cv-81789 |
| McClymonds v. Sanofi US Services Inc., et al., | 9:21-cv-81595 |
| McCord v. Sanofi US Services, Inc., et al., | 9:20-cv-80563 |
| McDonald v. Sanofi S.A., et al., | 9:20-cv-80370 |
| McGilvra v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-82120 |
| McIntyre v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81842 |
| Meaux v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81296 |
| Meyer et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81521-RLR |
| Meyer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81350 |
| Meyer v. Sanofi S.A., et al., | 9:20-cv-81263 |
| Micle v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80318 |
| Middleton v. Sanofi S.A., et al., | 9:20-cv-81508 |
| Miller et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-80617-RLR |
| Miller v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81635 |
| Mitchell v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:21-cv-81364 |
| Mitchell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80441 |
| Moors v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80317 |
| Moreno et al v. GlaxoSmithKline, LLC, et al., | 9:21-cv-81374-RLR |
| Moreno-Rivera, Jr. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81618 |
| Mosele v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81665 |
| Muhlbauer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81273-RLR |
| Necessary v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81844 |
| Nixon v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81525-RLR |
| O'Connor v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81671 |
| Oliver v. Sanofi S.A., et al., | 9:20-cv-81530 |
| Ortiz v. Sanofi S.A., et al., | 9:20-cv-82008 |
| Perone v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80295 |
| Pina v. Sanofi SA, et al., | 9:21-cv-81638 |
| Pinkney v. Boehringer Ingelheim, et al., | 9:21-cv-80687-RLR |
| Plott et al. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:21-cv-81267 |
| Pugh v. Sanofi S.A., et al., | 9:20-cv-81473 |
| Quinn et al v. GlaxoSmithKline LLC, et al., | 9:21-cv-81415-RLR |
| Randall Jr. v. Sanofi S.A., et al., | 9:20-cv-81533 |
| Rapolla v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81354-RLR |
| Reinhart v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-80523 |
| Rizzo et al. v. Boehringer Ingelahm Pharmaceuticals, Inc., et al., | 9:21-cv-81291 |
| Roberts v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81144-RLR |
| Schneider v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81882 |
| Schuman v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-82438 |
| Sebastian v. Sanofi S.A., et al., | 9:21-cv-81610 |

| | |
|---|---|
| Seekircher v. Glaxosmithkline Biologicals, S.A., et al., | 9:21-cv-81764-RLR |
| Shablesky v. Boehringer Ingelheim, et al., | 9:20-cv-81929 |
| Shipley v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81370-RLR |
| Simon v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80319 |
| Smith et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:20-cv-81988 |
| Smith v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81017 |
| Smith v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81628-RLR |
| South v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81594 |
| Spartaro v. Sanofi, et al., | 9:21-cv-81612 |
| Stodolsky et al v. Glaxo Smith Klein, et al., | 9:21-cv-81497-RLR |
| Tapasa v. Boehringer Ingelheim Pharmaceuticals et al | 9:21-cv-81060 |
| Taylor et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-80730 |
| Taylor v. Sanofi S.A., et al., | 9:20-cv-81790 |
| Tenges et al v. Pfizer Inc., et al., | 9:20-cv-82213 |
| Theodoropoulos v. GlaxoSmithKline, LLC, et al., | 9:20-cv-81046 |
| Theriot v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-80792-RLR |
| Todd v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81449 |
| Trevino v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81510-RLR |
| Trousdale v. Sanofi S.A., et al., | 9:20-cv-81259 |
| Velasquez v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81293-RLR |
| Wade v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:21-cv-81432-RLR |
| Weddle v. Sanofi S.A., et al., | 9:20-cv-81476 |
| Weiner v. Boehringer Ingelheim Corporation, et al., | 9:21-cv-81681 |
| Weston v. Sanofi S.A., et al., | 9:20-cv-81542 |
| Williams v. Sanofi S.A., et al., | 9:20-cv-81820 |
| Woody v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., | 9:20-cv-81652 |
| Zacek v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-80365 |

| **Multi-Plaintiff Complaints**[2] | |
|---|---|
| **Case Caption** | **Plaintiff Name(s)** |
| Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-80382 | Venus Sykes (for the estate of Chris Sykes), Ronald Maranto, Michael DeLuccia, Fernando Zaragoza (on behalf of the Estate of Leticia Zaragoza), Donald Boland |
| Cravens, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-80199 | Venus Sykes (Estate of Chris Sykes), Ronald Maranto, Michael DeLuccia |
| Good et al v. Boehringer Ingelheim Pharmaceuticals Inc et al, 9:20-cv-81839 | Neil Good individually and on behalf of decedent Ernest David Good, Roxane Deroche on behalf of her deceased husband Michael Deroche, Summer Thibodeaux on behalf of decedent Davis John Gathe, Carisa Taylor individually and on behalf of decedent Cynthia Crissman, Bobby Arnold individually and on behalf of decedent Willie Arnold, Yulandi Wilkes individually and on behalf of decedent Otis Wilkes, Raquesha Ball individually and on behalf of decedent Dan Ball, Donna White-Stiger on behalf of decedent Karl Stiger, Billie Rogers, James Lindsay, Horace Giroir, Glenn Guillory. Levon Joseph, Shirley Shankle, Rodney Washington, Ray Acardo. Austin Morris. Jerry Glen Patton. Tunja Woods, Bobby Harvey. Roy Candley Sr.. Peter Ronquille, Lola Layton, Rosatina, Johnson, Grace Ma, Brown Lucas, Wilson Jones, Joann Gross, Sharon McDonald, Leola Sentino, Bobbi Alford, Michael Berthelot, Irving Lumpkin, Jean Romero Jr, Larry Broadtman, Alvin Fabre, Alexis Mack, Jared Tarpley, Hilda Valyan |

[2] This Order applies to Designated Cancer cases only, and as such, final judgment shall only be entered for Brand Defendants against the Plaintiffs in these Multi-Plaintiff Complaints who allege Designated Cancers and are listed in this appendix. Any other Plaintiffs named in these Multi-Plaintiff Complaints who allege Non-Designated Cancers are not affected by this Order and will be subject to the Court's Order Governing Non-Designated Cancer cases.

| | |
|---|---|
| Mattingly et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-81832 | Bernadine Heeger, Mahmoud Mehrizi, Nancy SharpeMarcia Pinter and on behalf Of Delbert Pinter Deceased, Sandra Wilson on Behalf Of Terry Wilson Deceased. Delphia Lunsford, Individually And On Behalf Of Ottis Lunsford Deceased, Chere Hallahan, Individually And On Behalf Of James Stewart Deceased, Bonnie Herron, Kathy Waid, Individually And On Behalf Of Corine Jones, Deceased, Angela Grider, James Miles, Individually and on Behalf of Brenda Miles, Deceased, Patricia Kuehlem-Curtis, Individually and On Behalf of Roger Sullins, Deceased, Roger Anderson, Debbie Banks, Clarence Reed, James Gray, Anna McGrath on behalf of Regina Stallins, Mary Middleton, Claude Smith on behalf of the Estate of Debra Smith, Howard Gregory, Steve Kane, Individually And On Behalf Of Sheila Kane Deceased, Gloria Sanders, Individually And On Behalf Of Jesse Brown Deceased, Hargis White on Behalf Of Kimberly White Deceased, Melisa Ratliff, Individually And On Behalf Of Betty Ratliff Deceased, Pamela Russell, Individually And On Behalf Of Gary Russell Deceased, Carol Underwood, Individually And On Behalf Of Gary Underwood Deceased, James Daniels, David Waddle |
| Roberts et al v Boehringer Ingelheim Pharmaceuticals, Inc. et al, 9:20-cv-81837 | Stephen Adcox on behalf of Sheridan Adcox deceased, Mary Plunk on behalf of Garrey Plunk deceased, Nellie Winfrey on behalf of Stephen Winfrey deceased, Gloria Burnett on behalf of David Talison deceased, Stephanie Butler individually and on behalf of Carl Adams deceased, Terri Alexander on behalf of James Alexander. Douglas Lenzen. Leslie Barnett. Garret Southworth. Jerry Owen. Roy Sullivan, James Trigleth, William Edmondson, Jennifer Dougherty, Nancy Brock individually and on behalf of Bonnie Sieber deceased, Michael Alexander on behalf of Lora Alexander deceased, Elnora Harmon on behalf of James Nix deceased, Eric Miller, Robert Brooks, Gerald Hogg, Dean Furcolowe, Frederick Brooks, Danny Hunt. Guy Harris, Jacqueline Gause-Jamison, John Smith, Linda McGruder, on behalf of, Bessie Williams, Harry Long, Dale Brooks, Karen Fox |
| | |

[2] This Order applies to Designated Cancer cases only, and as such, final judgment shall only be entered for Brand Defendants against the Plaintiffs in these Multi-Plaintiff Complaints who allege Designated Cancers and are listed in this appendix. Any other Plaintiffs named in these

Multi-Plaintiff Complaints who allege Non-Designated Cancers are not affected by this Order and will be subject to the Court's Order Governing Non-Designated Cancer cases.