UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### PRETRIAL ORDER # 84
**Motion Practice for Later-Filed Individual Cases**

On February 14, 2023, the Court entered Pretrial Order 81. Pursuant to that Order, Plaintiffs in this MDL who allege certain cancers must file a notice of intent to produce an expert report on general causation for his or her particular cancer. Also pursuant to that Order, any Plaintiff who files such a notice must, after a certain period of time, file the expert report.

On May 30, 2023, the Court entered Pretrial Order 83. Pursuant to that Order, Plaintiffs in this MDL who allege certain cancers must show cause why summary judgment should not be entered in his or her individual case.

Each of the above-referenced pretrial orders established a rolling schedule and rolling deadlines for Plaintiffs in this MDL. The above-referenced pretrial orders did not establish a schedule for the Defendants to file motions premised upon the Plaintiffs' responses or lack thereof. This order establishes such a schedule.

Until further order of the Court, upon the first business day of each calendar month the Defendants, after coordination and conferral, shall file a single, consolidated motion which

contains all forms of requested relief: for dismissal, for entry of judgment, or for any other request for relief. By way of example, if a Plaintiff's response to an order to show cause is due on September 20, 2023, the Defendants shall file all relevant motions pertaining to the Plaintiff's response (or lack thereof) on October 2, 2023.

The Court's intent is for the Defendants, going forward, to consolidate all relevant motion practice for later-filed cases into a single motion. The parties shall brief all motions pursuant to the schedule and page limitations set forth in the Local Rules. The parties shall file all motions, responses, and replies on the main MDL docket, 20-MD-2924, and not in any individual case.

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of August, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE