UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**GENERIC DEFENDANTS' OMNIBUS MOTION TO DISMISS CLAIMS OF
POST-PTO 81 DELINQUENT PLAINTIFFS**

Generic Manufacturer Defendants ("Generic Defendants") join the Brands in requesting that this Court dismiss with prejudice the cases naming Generic Defendants listed in the Brands' Omnibus Motion to Dismiss Claims of Post-PTO 81 Delinquent Plaintiff. *See* DE 6800. Two of the sixteen cases listed by the Brands' Motion also name Generic Defendants. Those two cases are identified in Exhibit A to this motion.

The arguments in the Brands' Omnibus Motion equally apply to those plaintiffs' claims against the Generics Defendants. Further, the Exhibit A cases are also subject to dismissal with prejudice against the Generic Defendants under this Court's preemption dismissal orders at DE 2512, 3750, 3751.

For these reasons, the Generic Defendants respectfully request that the Court dismiss the Delinquent Plaintiffs' Non-Designated Cancer claims in their entirety with prejudice, as forewarned in PTO 81 and pursuant to Rule 41(b) and Rule 16(f).[1]

---

[1] The Court recently submitted a paperless order directing Brand Defendants to submit a proposed order for their motion at DE 6800 by no later than August 25, 2023. Generic Defendants are therefore submitting this motion so that it can be considered by the Court in conjunction with the proposed order to be submitted by Brand Defendants. Going forward, Generic Defendants will coordinate with Brand Defendants as to motion to dismiss filings for failure to timely name experts in accordance with the schedule set by the Court in PTO 84. *See* DE 6923.

*Generic Defendants' Co-Liaison Counsel:*

| | |
|---|---|
| */s/ Richard M. Barnes* | */s/ Thomas J. Yoo* |
| Richard M. Barnes | Thomas J. Yoo |
| Kamil Ismail | **HOLLAND & KNIGHT LLP** |
| Sean Gugerty | 400 South Hope Street, 8th Floor |
| **Goodell, DeVries, Leech & Dann, LLP** | Los Angeles, CA 90071 |
| One South Street | T: 213.896.2400 F: 213.896.2450 |
| 20th Floor Baltimore, Maryland 21202 | Thomas.Yoo@hklaw.com |
| Tel: (410)783-4000 | |
| rmb@gdldlaw.com | |
| kxi@gdldlaw.com | |
| sgugerty@gdldlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing Generic Defendants' Omnibus Motion to Dismiss Claims of Post-PTO 81 Delinquent Plaintiffs with the Clerk of Court using the CM/ECF system, which will provide automatic notification to all counsel of record.

*/s/ Thomas J. Yoo*
Thomas J. Yoo

## EXHIBIT A
## POST-PTO 81 DELINQUENT NON-DESIGNATED PLAINTIFFS NAMING GENERICS

| Plaintiff Name | Case No. | Date Filed in / Transferred to MDL | 60 Day Deadline to File Notice of Intent |
|---|---|---|---|
| Charles Linda Wayman | 3:23-cv-19950 | 3/24/2023 | 5/23/2023 |
| Sharah Johnson | 9:23-cv-80582 | 4/5/2023 | 6/4/2023 |