IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

*Leeper v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-18652
*Evans v. GlaxoSmithKline LLC et al.,* 3:23-cv-19010
*McKissick v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-19013
*Ward v. GlaxoSmithKline LLC et al.,* 3:23-cv-19014
*Shane v. GlaxoSmithKline LLC et al.,* 3:23-cv-19053
*Wayman v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-19950
*Hayes v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-20699
*Fens v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-20930
*Foster v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21331
*Borchers v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-21391
*Bram v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21493
*Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21905
*Johnson v. Boehringer Ingelheim et al.,* 9:23-cv-80582
*Kobilca v. Boehringer Ingelheim et al.,* 3:23-cv-23055
*Elliot v. Chattem Inc. et al.,* 3:23-cv-23058
*Jones v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-230600

**ORDER GRANTING BRAND DEFENDANTS' OMNIBUS MOTION TO DISMISS CLAIMS OF POST-PTO 81 DELINQUENT PLAINTIFFS**

**THIS CAUSE** came before the Court on the Brand Defendants' Omnibus Motion to Dismiss Claims of Post-PTO 81 Delinquent Plaintiffs [DE 6800]. The Court **GRANTS** the Brand Defendants' Motion and finds that Plaintiffs in the above-referenced actions have failed to meet their obligations under Pretrial Order # 81 for all of the reasons set forth in the Court's final order of dismissal at docket entry 6766, which the Court incorporates herein.

Accordingly, the following actions are **HEREBY DISMISSED WITH PREJUDICE:**

*Leeper v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-18652
*Evans v. GlaxoSmithKline LLC et al.,* 3:23-cv-19010
*McKissick v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-19013
*Ward v. GlaxoSmithKline LLC et al.,* 3:23-cv-19014
*Shane v. GlaxoSmithKline LLC et al.,* 3:23-cv-19053
*Wayman v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-19950
*Hayes v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-20699
*Fens v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-20930
*Foster v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21331
*Borchers v. GlaxoSmithKline (America) Inc. et al.,* 3:23-cv-21391
*Bram v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21493
*Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-21905
*Johnson v. Boehringer Ingelheim et al.,* 9:23-cv-80582
*Kobilca v. Boehringer Ingelheim et al.,* 3:23-cv-23055
*Elliot v. Chattem Inc. et al.,* 3:23-cv-23058
*Jones v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.,* 3:23-cv-230600

The Clerk of the Court shall docket a copy of this Order in each of the cases referenced above.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of August, 2023.

_____
Honorable Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE