UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)             MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

THIS DOCUMENT RELATES TO:
CARMELA SPERANZA
Case No.: 9:21-cv-81474-RLR

### PLAINTIFF'S MOTION TO RECONSIDER ORDER OVERRULING OBJECTIONS BY INDIVIDUAL PLAINTIFFS

Plaintiff, Carmela Speranza, by and through her counsel, respectfully submits this Motion to Reconsider the Court's Order Overruling Individual Plaintiffs' Objections to Defendants' Tentative Order on Final Judgment.

### PROCEDURAL HISTORY

Ms. Speranza filed her Short Form Complaint (SFC) on August 23, 2021, claiming a non-designated cancer (NDC) and two designated cancers (DC) due to her use of Zantac. In July 2022, in compliance with PTO 72, Plaintiff Amended her Census Plus Form, which was uploaded to the LMI portal, and dropped the NDC. On October 21, 2022, Plaintiff filed an amended SFC. On July 13, 2023, this Court entered final Order of Dismissal in Non-Designated Cancer Cases (DE 6766); Ms. Speranza's case was among the cases dismissed that date. On July 21, 2023, this Court entered a Tentative Order granting Final Judgment in Certain Designated Cancer Cases (DE 6787), which included the dismissal of cases listed in ten exhibits; Ms. Speranza's case was not listed on any of those exhibits. On August 2, 2023, Ms. Speranza filed her Objection Regarding Tentative Ruling on Final Judgment (DE 6820), alleging that her case had been omitted from one of the exhibits, namely from Exhibit 8, at docket entry 6787-8.

On August 15, 2023, Defendants filed a Combined, Consolidated Response to Plaintiffs' Objections to Designated Cancer Case Lists, and amended and consolidated their previously-submitted exhibits (DE 6900). In the section related to Alterations/Amendments of their Response (DE 6900, pg. 10), they allege that Ms. Speranza's case does not belong in any of said lists because her case alleges an operative NDC, "including pursuant to PTO 72 n.7 (DE 5348) & PTO 81 n.3 (DE 6397)."

## ARGUMENT

Both of the PTOs referenced by Defendants in the Response relate to "hybrid cases" and state that if a Plaintiff alleges "Zantac caused an NDC, **which then metastasized into a Designated Cancer**," then that Plaintiff is pursuing an NDC (emphasis added). The PTOs further state that if a Plaintiff with a "hybrid case" elected to drop their NDC claims in an Amended Census Plus Form submitted to LMI so as to remain in the Registry as a DC, then that plaintiff is considered a DC plaintiff.

Ms. Speranza was diagnosed with a NDC in 2008, and subsequently with two DCs, liver and pancreatic, in 2020. She has **not** alleged that her NDC metastasized into her DCs. In addition, on March 21, 2022, Defense received a copy of the pathology report for both of Ms. Speranza's DCs, which did **not** indicate anywhere in them that her NDC had metastasized into either her liver or pancreatic cancers. There is no scientific basis to support a 2008 diagnosis of breast cancer would metastasize into liver and pancreatic cancers 12 years later. Further, on July 14, 2022, Defense downloaded Ms. Speranza's Amended Census Plus Form, where she dropped her NDC, and therefore preserved both of her DC claims. As such, Ms. Speranza's DC claims belong in Defendants' Amended Exhibit 8 (DE 6900-5), making them eligible for final judgment.

## CONCLUSION

For these reasons, plaintiff respectfully asks the Court to (i) reconsider its decision to overrule Carmela Speranza's objection, (ii) deny Defendants' allegation in DE 6900 that Ms. Carmela Speranza's claim does not belong in any of the Designated Cancer Case Lists, and (iii) direct Defendants to include Ms. Speranza's claim to the correct Exhibit and/or amended lists of eligible cases for final judgment they are to file on or before August 25, 2023, consistent with the Court order at DE 6930.

Dated: August 24, 2023

                                                          Respectfully submitted,

                                                          **MOLL LAW GROUP**
/s/Valeria F. Benitez
Valeria F. Benitez
(IL Bar: 6328428)
180 N Stetson Ave, 35th Floor
Chicago, Illinois 60601
Tel: (312) 462-1700
Fax: (312) 756-0045
info@molllawgroup.com
vbenitez@molllawgroup.com
**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                         /s/ Valeria F Benitez