UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

THIS DOCUMENT RELATES TO: ALL CASES

### SECOND ORDER ON PREPARATION FOR THE ENTRY OF FINAL JUDGMENT

This matter is before the Court *sua sponte*. The parties, including any Defendant currently in bankruptcy proceedings, shall file a legal memorandum addressing the following topics:

- Does a bankruptcy stay prevent this Court from entering a Rule 58 final judgment for all Defendants in any case in which one of the Defendants is in bankruptcy?[1]

- If the bankruptcy stay does prevent the Court from entering a Rule 58 final judgment in any case in which a Defendant is involved in bankruptcy, do the parties have any suggestions for how, procedurally, the Court should move forward with the entry of final judgment?

- As an example of a potential procedure to continue with the entry of final judgment, may Defendants in bankruptcy proceedings be severed from individual cases without violation of the automatic bankruptcy stay?

- If the Court severs Defendants in bankruptcy proceedings, what procedural steps should the Court take with the severed cases?

---

[1] In the event any party believes that the answer to this question is yes, that party shall (after conferral) submit a list of every individual case that is eligible for final judgment and contains a party in bankruptcy.

- In the event the Eleventh Circuit remands cases on appeal in part—remanding only Appellees who are not in bankruptcy—may the Court sever Defendants in bankruptcy proceedings (that remain on appeal) from the remanded Defendants?

The parties' responses to the Court's questions shall not exceed ten pages. The parties shall file their memorandum, after conferral, on or before September 4, 2023. The Court does not require the parties (or the Defendants) to file one, consolidated legal memorandum.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of August, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record