Reception & Medical Center
Date: 8-23-23
Initials: MT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

JUDGE ROBIN L. ROSENBERG,
8/23/23

I MICHAEL C. TRAMMELL WOULD LIKE TO BE INVOLVED IN THE CASE ACTION LAWSUIT, ZANTAC (RANITIDINE) CASE # 9:20-md-02924-RLR, I GUESS I DON'T HAVE AN ATTORNEY AT THE PRESENT TIME, I WAS UNDER THE IMPRESSION THAT I HAD ONE, I AM INCARCERATED AND HAVE NOT ACCESS TO THE RIGHT PAPER WORK, ARE THE RIGHT LEGAL ADVICE, I NEED FOR THE CASE, I HAVE SENT IN A NUMBER OF RESPONSES TO THE PAPERWORK I RECEIVE WEEKLY, I AM GUESSING IT WASN'T THE RIGHT RESPONSE. I WAS DIAGNOSED WITH IN SEPTEMBER OF 2014 WITH STAGE 4 CANCER STOMACH AND LIVER CANCER AT THE TIME I WAS GIVEN 6-MONTHS TO LIVE I WAS PUT ON GLEEVEC 400MG CANCER MEDICINE, TWO YEARS LATER MY CANCER WAS IN REMISSION THEN IN JUNE OF 2023 I FIND OUT THAT I HAVE LIVER CANCER BACK THIS TIME THE RESULTS OF THE MRI AND THE PT SCAN ARE NOT GOOD AT ALL, ALL MY RECORDS ARE AVAILABLE AT RMC MEDICAL UNIT LAKE BUTLER, FLORIDA AND ALSO FLORIDA CANCER SPECIALISTS NORTH FORT MYERS FLORIDA I HAVE TAKEN ZANTAC RANITIDINE FOR THE LAST 25 YEARS, THE FIRST TWO TIMES I WAS INCARCERATED I WAS PRESCRIBED ZANTAC RANITIDINE AND RMC MEDICAL UNIT HAS THE RECORDS OF THIS I AM BEGGING THE COURTS TO PLEASE SEND ME THE RIGHT PAPERWORK I NEED TO PROCEED IN THIS LAWSUIT TO GRANT ME AN EXTENSION OF TIME UNTIL I GET OUT OF PRISON TO FIND AN ATTORNEY, I WILL BE GETTING OUT IN OCTOBER 26, 2023 THANK YOU FOR YOUR TIME AND UNDERSTANDING

RESPECTFULLY SUBMITTED,

Michael Trammell 7/6423
MICHAEL C TRAMMELL DC# 7/6423
RMC WEST UNIT, 8183 SW 2ND LOOP
P.O. BOX 628
LAKE BUTLER, FLORIDA 32054-0628

FILED BY ___ D.C.
AUG 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

= ORIGINAL =

MR. MICHAEL C. TRAMMELL DC# 716989 RMC WEST UNIT
P.O. BOX 628 LAKE BUTLER, FLORIDA 32054-0628
8183 SW 182ND LOOP
MAILBOX RULE INVOKED THIS 22ND DAY OF AUGUST 2023

MAILED FROM A STATE CORRECTIONAL INSTITUTION

MAILED 8-23-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

33128$7716 C075

LEGAL MAIL

LEGAL MAIL

Reception & Medical Center
Date: 8-23-23
Initials: MT

AUG 28 2023
REC'D BY _____ D.C.