United States District Court
Southern District of Florida
Miami Florida

Michael C. Trammell, Pro Se' DC#716423    Friday August 18, 2023
RMC West Unit P.O. Box 628 Lake Butler Florida 32054-0628
Case: 9:20-md-02924-RLR #6897 08/14/23

Motion for Disposition on this case as above, in its entirety;

Comes now, the Plaintiff, Michael C. Trammell, Pro Se' in proper persona, respectfully, moves, this Honorable Court to invoke its jurisdiction, for disposition on this case as above in its entirety, please advise of the current situation;

Sworn Affidavit Under Oath

I, Michael C. Trammell, Pro Se' in proper persona, respectfully under authority, of F.S.A. §92.525 (2016) and State v. Shearer, 628 So. 2d 1102 (Fla 1994) I declare under penalties of perjury, all of the above is true correct and complete, in its entirety;

Certificate of Service

I hereby certify, all of the above is true correct and complete in its entirety, motion for disposition on the above case, in its entirety

Relief Sought By Law

The disposition of said case as above, in its entirety;
Respectfully Submitted,
[signature] 716423
Michael C. Trammell, Pro Se'
Affiant Plaintiff, Pro Se'

FILED BY ___ D.C.
AUG 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Mailbox Rule invoked on this 18th day of August 2023 already served in its entirety;

Mailed August 21, 2023

Reception & Medical Center
Date: 8-22-23
Initials: ___

MR. MICHAEL C. FLEMMING
POST OFFICE BOX 628 LAKE BUTLER, FLORIDA 32054-0628

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



ZIP 32054 $
02 4W
0000369996

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

331281905 C075

LEGAL MAIL
LEGAL MAIL

LEGAL MAIL

ANGELA E. NOBLE
CLERK U.S. DIST CT
S.D. OF FLA. - MIAMI
AUG 28 2023

Reception & Medical Center
Date: 8-22-23 CD by
Initials: MF