UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)        MDL NO 2924
PRODUCTS LIABILITY        20-MD-2924
LITIGATION

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

### DEFENDANT PAR PHARMACEUTICAL, INC.'S EXPEDITED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THIS COURT'S ORDER [DE 6937]

Defendant Par Pharmaceutical, Inc. by and through undersigned counsel, files this expedited motion to extend the deadline to respond to this Court's Second Order on Preparation for the Entry of Final Judgment [DE 6937] from the current deadline of September 4, 2023 to September 7, 2023, due to the undersigned being under a mandatory evacuation order due to Hurricane Idalia and Labor Day observed on Monday, September 4, a court holiday.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel has notified the Special Master and all Liaison counsel and at this time, has not received any objection although liaison counsel for plaintiffs have not yet responded.

/s/ *Lisa M. Baird*
**Lisa M. Baird**

Dated:  August 30, 2023        Respectfully submitted,

**REED SMITH LLP**
200 S. Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, FL 33131
Tel: (786) 747-0200

/s/ *Lisa M. Baird*
**Lisa M. Baird**
Florida Bar No. 0961191
lbaird@reedsmith.com
*Counsel for Defendant Par Pharmaceutical, Inc.*

**MDL NO 2924**
**20-MD-2924**

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Lisa M. Baird*
**Lisa M. Baird**