UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**
*Cassidy et al., v. Boehringer Ingelheim Corp. et al.*, 3:23-cv-23061
*Silverio v. Boehringer Ingelheim Corp. et al.*, 3:23-cv-23062
*Bortzer v. Boehringer Ingelheim Corporation et al.*, 3:23-cv-23063
*Blankman v. Sandoz Inc. et al.*, 3:23-cv-23064
*Haase v. Boehringer Ingelheim Corp.et al.*, 3:23-cv-23065
*Neely v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 3:23-cv-23066
*Gallozzi et al v. Boehringer Ingelheim Corp.et al.*, 3:23-cv-23067
*Bauer v. Boehringer Ingelheim Corp.et al.*, 3:23-cv-23068
*Wilson v. Boehringer Ingelheim Corp.et al.*, 3:23-cv-23069
*Boyette v. Boehringer Ingelheim Corp. et al.*, 3:23-cv-23070
*Alexander v. Boehringer Ingelheim Corp. et al.*, 3:23-cv-23071
*Hughley v. University of Louisville-Medical Center et al.*, 3:23-cv-23076
*Buchanan v. Boehringer Ingelheim Corp. et al.*, 3:23-cv-23077
*Feiler v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:23-cv-80956
*Tranter v. GlaxoSmithKline et al.*, 3:23-cv-23089
*Spohr v. GlaxoSmithKline et al.*, 3:23-cv-23084
*Thurstin v. GlaxoSmithKline et al.*, 3:23-cv-23085
*Trail v. GlaxoSmithKline et al.*, 3:23-cv-23088
*Scott v. GlaxoSmithKline et al.*, 3:23-cv-23090
*Smith v. GlaxoSmithKline et al.*, 3:23-cv-23091
*Pierce v. Zantac Corporation et al.*, 9:23-cv-81121
*Richartz et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, 9:23-cv-81118[1]
*Jeske et al v. GlaxoSmithKline et al.*, 9:23-cv-81122
*Indelicato v. GSK et al.*, 3:23-cv-23056
*Hughley v. University of Louisville-Medical Center et al.*, 3:23-cv-23076

---

[1] This case was misnumbered as 3:23-cv-81118 in the Brand Defendants' Consolidated Motion in Response to PTO 84. *See* DE 6945.

## DEFENDANTS' SUPPLEMENT TO CONSOLIDATED MOTION
## IN RESPONSE TO PTO 84

Defendants submit this supplement to their Consolidated Motion in Response to PTO 84, which was filed at DE 6945.  Defendants clarify that they are moving to dismiss *Richartz et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, **9**:23-cv-81118, which was erroneously misnumbered as 3:23-cv-81118.  Additionally, Defendants clarify that the Consolidated Motion to Dismiss was filed after coordination and conferral with the other defendant groups, and the relief sought is being requested on behalf of all defendants, including any Retailer and Generic Manufacturer Defendants named in the cases addressed in the motion.[2]

Respectfully submitted,

By:  /s/ Anand Agneshwar
Anand Agneshwar
**ARNOLD & PORTER
KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com
*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Chattem, Inc.*

/s/ Andrew T. Bayman
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com
*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

---

[2] For cases that name Generic Manufacturer Defendants, in addition to the grounds for dismissal given in DE 6945, dismissal is appropriate based on the Court's preemption rulings at DE 2512, 3750, 3751.

/s/ Mark Cheffo
Mark Cheffo
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com
*Attorney for Defendant GlaxoSmithKline LLC*

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202)-434-5000
Fax: (202)-434-5029
jpetrosinelli@wc.com
*Attorney for Defendant Pfizer Inc.*

/s/ Richard M. Barnes
Richard M. Barnes
Kamil Ismail
Sean Gugerty
**GOODELL, DEVRIES, LEECH & DANN LLP**
One South Street
20th Floor Baltimore, Maryland 21202
Tel: (410)783-4000
rmb@gdldlaw.com
kxi@gdldlaw.com
sgugerty@gdldlaw.com
*Generic Defendants' Co-Liaison Counsel*

/s/ Thomas J. Yoo
*Thomas J. Yoo*
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
T: 213.896.2400 F: 213.896.2450
Thomas.Yoo@hklaw.com
*Generic Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2023, the foregoing Supplement to Brand Defendants' Consolidated Motion in Response to PTO 84 was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

> */s/ Joanne M. O'Connor*
> Joanne M. O'Connor
> JONES FOSTER, P.A.
> 505 South Flagler Drive, Suite 1100
> West Palm Beach, FL 33401
> Tel: (561) 659-3000
> Fax: (561) 650-5300
> JOConnor@jonesfoster.com

P:\DOCS\30916\00001\PLD\28M2958.DOCX