### DESIGNATED CANCER CASES IN WHICH
### PAR PHARMACEUTICAL, INC. WAS NAMED AS A DEFENDANT
(Sorted by Case Number)

| Plaintiff | Case No. | Par Dropped or Voluntarily Dismissed by Plaintiff? |
|---|---|---|
| Kristina Peterson individually and on behalf of Richard Krajeski | 1:20-cv-24191 | |
| Katherine B. Lovell, Clayton Lovell, Jr., Katherine Nelson, Andrew Lovell, and Sarah Lovell, individually, and on behalf of, Clayton E. Lovell, Sr. | 1:21-cv-21724 | 6/14/2021 by Amended Complaint |
| Koltun, Adrian | 3:23-cv-11754 | |
| Wasdin, Carrie | 3:23-cv-11771 | |
| Perdue, Nathaniel | 3:23-cv-11785 | |
| Berger, Alan | 3:23-cv-11800 | |
| Sagues, Natividad | 3:23-cv-11826 | |
| Mchone, Neal | 3:23-cv-11845 | |
| Mcfarland, Albert | 3:23-cv-11855 | |
| Dumbaugh, Norm | 3:23-cv-11866 | |
| Wesson, Nyjah | 3:23-cv-11888 | |
| Parker, Amber | 3:23-cv-11923 | |
| Quartz, Amber | 3:23-cv-11936 | |
| Beard, Patricia | 3:23-cv-11988 | |
| Ringo, Patricia | 3:23-cv-12037 | |
| Williams, Anthony | 3:23-cv-12144 | |
| Ruiz, Arturo | 3:23-cv-12180 | |
| Foust, Barbara | 3:23-cv-12221 | |
| Chyrel DeCoteau individually, and as personal representative for the estate of Byron Renville | 3:23-cv-17472 | 3/27/2023 by Amended Complaint |
| D'Antonio, Richard | 3:23-cv-17997 | |
| Genduso, Mario | 3:23-cv-18029 | |
| Spaniel, Keith | 3:23-cv-19797 | 3/20/2023 by Amended Complaint |
| Bennett, Deborah | 3:23-cv-20097 | 4/7/2023 per PTO 82 |
| Burris, William | 3:23-cv-20146 | 4/4/2023 per PTO 82 |
| Gambetta, Edward | 3:23-cv-20170 | 4/8/2023 per PTO 82 |
| Gibson, Tommy | 3:23-cv-20171 | 4/7/2023 per PTO 82 |
| Martin, Robert | 3:23-cv-20200 | 4/10/2023 per PTO 82 |
| McNeill, Timothy | 3:23-cv-20204 | 4/10/2023 per PTO 82 |
| Miles, Alisha | 3:23-cv-20205 | 4/10/2023 per PTO 82 |
| Brady, John Robert | 3:23-cv-20242 | |
| Buckhalter, Mary Lou | 3:23-cv-20269 | |
| Cone, Joseph | 3:23-cv-20281 | |
| Downs, Billy | 3:23-cv-20315 | |
| Driver, Linda | 3:23-cv-20338 | |
| Duda, Robert | 3:23-cv-20382 | |
| Ayscue, Clarence | 3:23-cv-20455 | 5/10/2023 per PTO 82 |
| Ellis, Lonnie Thomas | 3:23-cv-20469 | |

| | | |
|---|---|---|
| Gestiehr, Kenneth, Jr. | 3:23-cv-20582 | |
| Mathis, Etta | 3:23-cv-21085 | |
| Pinkham, Kim | 3:23-cv-21161 | |
| Schneider, Jerome | 3:23-cv-21174 | |
| Dykes, Florence | 3:23-cv-21184 | |
| Hoeckel, Shannon | 3:23-cv-21197 | |
| Hessee, Robert | 3:23-cv-21363 | |
| Barreto, Jorge Sosa | 3:23-cv-21437 | |
| Granja, Diane | 3:23-cv-21617 | 4/11/2023 per PTO 82 |
| Bussone, James | 3:23-cv-21622 | 4/20/2023 per PTO 82 |
| Meyers, Dwaine | 3:23-cv-21629 | 5/2/2023 per PTO 82 |
| Desimone, Furio | 3:23-cv-21649 | 4/17/2023 per PTO 82 |
| Geoffroy, Linda | 3:23-cv-21681 | 4/20/2023 per PTO 82 |
| Bryant, Olive | 3:23-cv-21707 | 4/11/2023 per PTO 82 |
| Slusser, Paul | 3:23-cv-21729 | 4/18/2023 per PTO 82 |
| Koelkebeck, Nicholas | 3:23-cv-21741 | 4/20/2023 per PTO 82 |
| Hill, Trolley | 3:23-cv-22156 | 4/2/2023 per PTO 82 |
| Guy Dello Russo, as Expected Personal Representative of the Estate of Rose Dello Russo | 3:23-cv-22193 | 4/20/2023 per PTO 82 |
| Perry, Coleman | 3:23-cv-22314 | 4/20/2023 per PTO 82 |
| Fox, Dolores | 3:23-cv-22373 | |
| Mingo, Ronald | 3:23-cv-22377 | 4/20/2023 per PTO 82 |
| Ledbetter, Shirley | 3:23-cv-22379 | 4/20/2023 per PTO 82 |
| Modzel, Dennis | 3:23-cv-22523 | 5/8/2023 per PTO 82 |
| Campbell, Marlena | 3:23-cv-22530 | |
| Munoz, Juan | 3:23-cv-22537 | 4/20/2023 per PTO 82 |
| Poullas, George | 3:23-cv-22611 | 5/8/2023 per PTO 82 |
| Quintana, Virginia | 3:23-cv-22773 | 5/8/2023 per PTO 82 |
| Huff, Thomasine | 3:23-cv-22787 | 4/17/2023 per PTO 82 |
| Megan Morehouse on behalf of the Estate of Evelyn Moore | 3:23-cv-22833 | |
| Bittner, Paul | 3:23-cv-22836 | |
| Dawn Anderson, Individually and as Administratrix of the Estate of Angelo Abbate, Deceased | 3:23-cv-22888 | 5/8/2023 per PTO 82 |
| Connelly, James | 3:23-cv-22924 | |
| Fluker, Mildred | 3:23-cv-22965 | |
| Copeland, Ruth | 3:23-cv-22973 | |
| Schowalter, Debra | 3:23-cv-22975 | |
| Guidry, Joseph | 3:23-cv-22980 | |
| Kathleen Williams individually and on behalf of the Estate of Ronald Williams | 3:23-cv-23003 | |
| Eads, David | 3:23-cv-23009 | |
| Robin McGinnis, indvidually and on behalf of James McGinnis | 3:23-cv-23014 | |
| Bianca Bess, individually and on behalf of the Estate of Leroy Bess | 3:23-cv-23021 | |
| George Garibaldi, individually and on behalf of the Estate of Karen Garibaldi | 3:23-cv-23024 | |

| | | |
|---|---|---|
| Domenica Moran, individually and on behalf of the Estate of James Moran | 3:23-cv-23025 | |
| Patricia Manders, individually and on behalf of the Estate of Jerry Manders | 3:23-cv-23026 | |
| Wendy Kelfer, individually and on behalf of the Estate of Sidney Kelfer | 3:23-cv-23029 | |
| Green, Shellie | 3:23-cv-23032 | |
| Shirley Davis, individually and on behalf of the Estate of Earnest Davis | 3:23-cv-23033 | |
| Vavra, Gregory | 9:20-cv-80375 | |
| Baker, Robert | 9:20-cv-80381 | 5/7/2021 by Amended Complaint |
| Wright, Randy | 9:20-cv-80471 | |
| Fioribello, Jacqueline for Pamela Filasky | 9:20-cv-80843 | 1/18/2021 by Amended Complaint |
| Dennis Taylor, Executrix of the Estate of Carol Taylor, Deceased | 9:20-cv-80912 | |
| Margaret Fugate as Administratrix of the Estate of Lester Sexton | 9:20-cv-80957 | |
| Peggy Lineberry, Individually and as Personal Representative of the Estate of Joseph Lineberry | 9:20-cv-81079 | |
| Boggs, Jerry | 9:20-cv-81114 | 11/25/2020 by Amended Complaint |
| Watkins, Phillis | 9:20-cv-81172 | |
| Kantrowitz, Walter | 9:20-cv-81183 | |
| Hann, Theodore | 9:20-cv-81200 | |
| Davis, Randy | 9:20-cv-81249 | |
| Hardy, James | 9:20-cv-81283 | 12/21/2020 by Amended Complaint |
| Frazier, Curtis | 9:20-cv-81285 | 5/19/2021 by Amended Complaint |
| Snyder, John | 9:20-cv-81321 | 6/15/2021 by Amended Complaint |
| Melissa Winston-Brown as Personal Representative of the Estate of Georgia Winston | 9:20-cv-81330 | |
| Fox, Donna | 9:20-cv-81339 | |
| Rassouli, Ramin | 9:20-cv-81465 | |
| Inabnitt, Mary | 9:20-cv-81477 | |
| Rios, Elizabeth Boria | 9:20-cv-81479 | |
| Eldridge, Brenda; Huston, Flona | 9:20-cv-81486 | |
| Betty Morris individually and on behalf of Wayne Colburn | 9:20-cv-81499 | |
| Bermingham, Lonny | 9:20-cv-81527 | 7/21/2021 by Amended Complaint |
| Ewing, Michael | 9:20-cv-81539 | 6/21/2021 by Amended Complaint |
| Harrell, Carl | 9:20-cv-81543 | 6/24/2021 by Amended Complaint |
| Layton, Lola | 9:20-cv-81560 | |
| Beavin, Sharon | 9:20-cv-81564 | |
| Lakivin Allen, Individually and on Behalf of the Estate of Gail | 9:20-cv-81565 | 6/15/2021 by Amended Complaint |
| Hall, Deborah | 9:20-cv-81570 | 6/21/2021 by Amended Complaint |

| | | |
|---|---|---|
| Rivera-Pagan, Jose | 9:20-cv-81592 | |
| Thacker, Billie | 9:20-cv-81625 | |
| Penny Cline, as Anticipated Personal Representative of the Estate of Scotty Cline, Deceased | 9:20-cv-81666 | |
| Evans, Terry Lynn | 9:20-cv-81669 | |
| Cantrelle, Tate | 9:20-cv-81692 | |
| Kuhlmann, Craig | 9:20-cv-81765 | |
| Wiley, Rufus | 9:20-cv-81838 | 2/2/201 by Amended Complaint |
| Algero, Christopher | 9:20-cv-81904 | 11/19/2020 by Amended Complaint |
| Beck, Junior | 9:20-cv-82118 | 6/9/2021 by Amended Complaint |
| Bessie Johnson Anticipated Representative and Heir to The Estate of Susan Payne | 9:20-cv-82203 | |
| Conners, Robert | 9:20-cv-82248 | |
| Curry, Columbus | 9:20-cv-82276 | |
| LARRY GOMEZ, individually and on behalf of the estate of, NANCY COLE | 9:20-cv-82278 | 3/15/2021 by Amended Complaint |
| Laskowski, Robert | 9:20-cv-82281 | 6/28/2021 by Amended Complaint |
| Phyllis Tackett In Her Capacity As Executrix Of The Estate Of Gene Tackett | 9:20-cv-82287 | |
| Jones, Brenda | 9:20-cv-82288 | 6/28/2021 by Amended Complaint |
| Quartel, Deborah | 9:20-cv-82305 | |
| Stowell, Brian | 9:20-cv-82307 | |
| Tammy Matney Anticipated Representative and Heir to The Estate of Ralph Christian | 9:20-cv-82333 | |
| Hubbard, Latoya | 9:20-cv-82377 | |
| Beverly J Hagerty Individually, And As Personal Representative Of The Estate Of Terrence Hagerty | 9:20-cv-82402 | |
| Felty, Joyce | 9:20-cv-82433 | 3/11/2021 by Amended Complaint |
| James Wadle and representatives & heirs to the Estate of Elva Pace; Melody Richard anticipated representative and heir to the estate of Elva Pace | 9:20-cv-82437 | |
| Peggy Ford Anticipated Representative and Heir to the Estate of Violene McGill | 9:20-cv-82446 | |
| Snyder, Cornelia | 9:20-cv-82472 | |
| Bobbitt, Benita | 9:21-cv-80005 | |
| Estes, Tina | 9:21-cv-80011 | |
| Mitchell, Dorothy | 9:21-cv-80016 | |
| Deborah Martin individually and as Successor In Interest to the Estate of Michael Martin | 9:21-cv-80039 | 5/4/2021 by Amended Complaint |
| Fairley, Edward | 9:21-cv-80050 | 5/3/2021 by Amended Complaint |
| Marie Duffy individually, and as Successor In Interest to the Estate of John Duffy | 9:21-cv-80077 | |
| Nowak, Frank | 9:21-cv-80095 | 1/19/2021 by Amended Complaint |
| Peebles, Michael Edward | 9:21-cv-80106 | 3/11/2021 by Amended Complaint |
| Williams, Monitta | 9:21-cv-80124 | |
| Benedicto, Ricardo | 9:21-cv-80131 | 3/11/2021 by Amended Complaint |
| Sarah Erickson as Representative of the Estate of Mark Erickson | 9:21-cv-80139 | 2/21/2021 by Amended Complaint |

| | | |
|---|---|---|
| Jay Melkus as Representative of the Estate of Emma Melkus, Deceased | 9:21-cv-80141 | |
| Pollack, Albert | 9:21-cv-80152 | 5/4/2021 by Amended Complaint |
| Hunt, Lowell | 9:21-cv-80199 | |
| Adam, Thomas | 9:21-cv-80204 | |
| Miles, Gregory | 9:21-cv-80218 | |
| Wilson, Tabitha | 9:21-cv-80233 | |
| Townsend, Robert | 9:21-cv-80246 | |
| Conneely, Bartholomew | 9:21-cv-80294 | |
| Clark, Ernest | 9:21-cv-80366 | |
| Willison, Vicky | 9:21-cv-80422 | |
| Defriese, Janice | 9:21-cv-80425 | |
| Watson, David | 9:21-cv-80426 | |
| Blanchard, Wesley | 9:21-cv-80432 | |
| Thrower, Robert E. | 9:21-cv-80474 | |
| Jones, Sylvester | 9:21-cv-80477 | 7/20/2021 by Amended Complaint |
| Moloney, David | 9:21-cv-80498 | |
| Hayes, Sherman | 9:21-cv-80567 | |
| Dwight J Savoie on behalf of Miriam C. Savoie, Deceased | 9:21-cv-80847 | 6/24/2022 by Amended Complaint |
| Cintron, Ramiro Torres | 9:21-cv-81072 | |
| Guanche, Osvaldo | 9:21-cv-81225 | |
| Elliot, Albert | 9:21-cv-81233 | 7/29/2022 by Amended Complaint |
| Buchwald, Damien | 9:21-cv-81236 | |
| Guzman, Franklin | 9:21-cv-81287 | |
| Moore, Gerald | 9:21-cv-81297 | |
| Della Coleman Individually and as Independent Administrator of the Estate of Kevin A. Coleman, Deceased | 9:21-cv-81375 | |
| The Estate of Linda Cephas | 9:21-cv-81388 | |
| Michael Moses In representative capacity as the Personal Representative of the Estate of Doris Moses | 9:21-cv-81389 | |
| Grace, Gregory | 9:21-cv-81481 | |
| DeGrazia, Lynn | 9:21-cv-81717 | |
| Iera, Aida Martinez | 9:21-cv-81737 | |
| Werb, Hillel David | 9:21-cv-81841 | 7/28/2022 by Amended Complaint |
| Grosso, Annette | 9:22-cv-80407 | |
| Mekuns, Mohammed | 9:22-cv-80916 | |
| Harbaugh, Larry | 9:22-cv-81417 | |
| Trujillo, Frances | 9:22-cv-81419 | |
| Askew, William | 9:22-cv-81995 | 3/6/2023 by Amended Complaint |
| Albert, William | 9:22-cv-81997 | 3/6/2023 by Amended Complaint |
| Bailey, Christopher | 9:22-cv-82005 | 3/6/2023 by Amended Complaint |
| Phillips, Donald, Jr. | 9:23-cv-80115 | |

| | | |
|---|---|---|
| Michelson, Ilya | 9:23-cv-80116 | 1/23/2023 by Amended Complaint |
| Gina Sumrall Individually And As Personal Representative For Mary Cathrin Trovinger's Estate | 9:23-cv-80119 | |
| Campbell, Renee | 9:23-cv-80120 | 1/23/2023 by Amended Complaint |
| Mix, Lowell | 9:23-cv-80123 | 1/26/2023 by Amended Complaint |
| Harrison, Lisa | 9:23-cv-80322 | 3/14/2023 by Amended Complaint |
| Sagen, Robert | 9:23-cv-80330 | 3/14/2023 by Amended Complaint |
| Greene, Evelyn | 9:23-cv-80334 | 3/14/2023 by Amended Complaint |
| Blow, Terrence | 9:23-cv-80335 | 3/14/2023 by Amended Complaint |
| Wheeler-Benton, Brenda | 9:23-cv-80336 | 3/14/2023 by Amended Complaint |
| Cash, Marvin | 9:23-cv-80337 | 3/14/2023 by Amended Complaint |
| Marshall, Darrell J., Sr. | 9:23-cv-80522 | 4/5/2023 per PTO 82 |
| Kirk, James | 9:23-cv-80523 | 4/5/2023 per PTO 82 |
| Bernard, Charlotte | 9:23-cv-80535 | 4/7/2023 per PTO 82 |