***NON-DESIGNATED CANCER CASES IN WHICH***
***PAR PHARMACEUTICAL, INC. WAS NAMED AS A DEFENDANT***
(Sorted by Case Number)

| Plaintiff | Case No. | Par Dropped or Voluntarily Dismissed by Plaintiff? |
|---|---|---|
| Clark, Keith | 1:20-cv-23779 | 10/19/2020 by Amended Complaint |
| Febus, Lourdes Perez | 3:21-cv-01406 | |
| Rivera, Carmen Milagros Burgos | 3:21-cv-01508 | |
| Payne, Sandra | 9:20-cv-80376 | |
| Zielinski, Robert | 9:20-cv-80569 | 10/19/2020 by Amended Complaint |
| Carter, Shelby | 9:20-cv-80840 | 7/20/201 by Amended Complaint |
| Gilchrist, Ermine | 9:20-cv-80841 | |
| Koepsel, Ralph | 9:20-cv-80882 | |
| Chandler, Ruth | 9:20-cv-80968 | |
| Lewis, Jane | 9:20-cv-81024 | 12/15/2020 by Amended Complaint |
| Lovette, Christine | 9:20-cv-81040 | |
| Cooper, Minnie | 9:20-cv-81130 | |
| Gura, Jeremy | 9:20-cv-81140 | |
| Overstreet, Jessie | 9:20-cv-81196 | |
| Carol Hrdicka Individually and as Personal Representative of the Estate of Robert Hrdlicka | 9:20-cv-81204 | |
| Smith, Roderick | 9:20-cv-81227 | |
| Blamer, Lori | 9:20-cv-81235 | |
| Holcomb, Sandra | 9:20-cv-81329 | 3/24/2021 by Amended Complaint |
| Hallak-Oberhauser, Jeanette | 9:20-cv-81415 | |
| Judy Perry, Individually, and as Anticipated Personal Representative of the Estate of Jimmy Perry | 9:20-cv-81418 | |
| Moses, Leslie | 9:20-CV-81433 | |
| Robert Garlic Individually and as Representative of the Estate of Stephanie Hess | 9:20-cv-81500 | |
| Wray, Jena | 9:20-cv-81507 | |
| Foley, Wesley | 9:20-cv-81519 | 6/21/2021 by Amended Complaint |
| Owens, Brenda | 9:20-cv-81529 | |
| Jones, Lee | 9:20-cv-81534 | 6/22/2021 by Amended Complaint |
| Arceneaux, Suzanne | 9:20-cv-81549 | 6/16/2021 by Amended Complaint |
| Corbin, Tina | 9:20-cv-81551 | 6/18/2021 by Amended Complaint |
| Feltner, Mary | 9:20-cv-81590 | 1/6/2021 by Amended Complaint |
| Davis, Marsharrel | 9:20-cv-81607 | |
| Lusk, Kathlene | 9:20-cv-81611 | |
| Ballard, Michael | 9:20-cv-81621 | |
| Savoie, Marlene | 9:20-cv-81623 | |
| Burrell, Charles | 9:20-cv-81629 | |
| Davis, Kim | 9:20-cv-81655 | |
| Person, Jacqueline | 9:20-cv-81656 | |
| Johnson, Norma | 9:20-cv-81685 | |

| | | |
|---|---|---|
| Steen, Samuel | 9:20-cv-81687 | 3/22/2021 by Amended Complaint |
| Cohen, Andrea | 9:20-cv-81753 | |
| Anthony, Susan | 9:20-cv-81832 | |
| Kallhoff, Debbie | 9:20-cv-81864 | |
| Allen, Karen | 9:20-cv-81874 | |
| Chandler, Brad | 9:20-cv-81886 | |
| Matchette, David | 9:20-cv-81923 | |
| Martinez, Alexandria | 9:20-cv-81926 | |
| Marcano, Gladys | 9:20-cv-81951 | |
| Hogan, Steve | 9:20-cv-81986 | |
| Sharp, Carolyn | 9:20-cv-81987 | |
| Serrano, Guillermo Antonio | 9:20-cv-82020 | 9/23/2021 by Amended Complaint |
| Will, Gary | 9:20-cv-82028 | |
| Burg, David | 9:20-cv-82053 | |
| Pratha Bhattacharya as Personal Representatiave of the Estate of Bhattacharya, Sumona | 9:20-cv-82055 | |
| Pratha Bhattacharya Individually and as Executor of the Estate of Sumona Bhattacharya | 9:20-cv-82055 | |
| Walker, Charles | 9:20-cv-82117 | |
| Shepard, Marvin | 9:20-cv-82119 | |
| Thomas, Tommie | 9:20-cv-82134 | |
| Bywater, Garth | 9:20-cv-82170 | |
| Tappan, Alton | 9:20-cv-82204 | |
| Hightower, John Daniel | 9:20-cv-82214 | |
| Spain, Donald | 9:20-cv-82220 | |
| Smith, Calvin | 9:20-cv-82225 | |
| Rotger, Awilda | 9:20-cv-82243 | |
| Beasaw, Warren | 9:20-cv-82254 | |
| Miller, Donald W., Jr.. | 9:20-cv-82265 | |
| Dorman, Marvia; Etic Mertphys | 9:20-cv-82271 | 6/21/2021 by Amended Complaint |
| Cordell, Susan | 9:20-cv-82273 | 1/14/2021 by Amended Complaint |
| Hayes, Sharlene | 9:20-cv-82289 | 1/18/2021 by Amended Complaint |
| Forrest, Beverly | 9:20-cv-8229 | |
| Moore, Timothy | 9:20-cv-82295 | |
| Morris, Daniel | 9:20-cv-82297 | |
| Gibson, Clifton | 9:20-cv-82303 | |
| Riley, Brenda | 9:20-cv-82304 | 5/4/2021 by Amended Complaint |
| Thomas, Karl | 9:20-cv-82311 | |
| Kabele, Ann | 9:20-cv-82329 | |
| Brown, Cora | 9:20-cv-82334 | |
| Thornbor, Diane | 9:20-cv-82338 | |
| Wolff, Robert | 9:20-cv-82352 | |
| Horriyatkhah, Tannaz | 9:20-cv-82354 | |
| Price, Donna | 9:20-cv-82374 | |
| Hacker, Flora | 9:20-cv-82390 | |
| Smith, Angela | 9:20-cv-82396 | 5/5/2021 by Amended Complaint |
| Collins, Randy | 9:20-cv-82413 | 6/21/2021 by Amended Complaint |

| | | |
|---|---|---|
| Rhonda Campbell Individually and as Successor in Interest to the Estate of Nettie Hudson | 9:20-cv-82419 | |
| Smart, Daniel | 9:20-cv-82427 | |
| McBride, Cynthia | 9:20-cv-82436 | |
| Moran, Douglas | 9:20-cv-82448 | |
| Boerboom, Thomas | 9:20-cv-82476 | |
| Haney, Jim | 9:21-cv-80001 | |
| McCoy, Deland | 9:21-cv-80002 | |
| Chenois, Rita | 9:21-cv-80003 | |
| Hunter, Beverly | 9:21-cv-80010 | |
| Mullins, Garrett | 9:21-cv-80017 | |
| Headley, Allen | 9:21-cv-80044 | 6/28/2021 by Amended Complaint |
| Hamblin, Stephen | 9:21-cv-80053 | |
| Brown, Rose | 9:21-cv-80062 | |
| Ronald Brown Individually and as Successor in Interest to the Estate of Rose Brown | 9:21-cv-80062 | |
| Rife-Beavers, Patricia | 9:21-cv-80068 | |
| Lauzier, Danel | 9:21-cv-80114 | |
| Gay, Doris | 9:21-cv-80121 | 3/16/2021 by Amended Complaint |
| Smith, Tommy | 9:21-cv-80140 | |
| Carpenter, Phyllis | 9:21-cv-80154 | |
| Welch, Kathy | 9:21-cv-80215 | |
| Mitchell, Marjorie | 9:21-cv-80228 | |
| Kearney, Nwenna | 9:21-cv-80231 | 7/19/2921 by Amended Complaint |
| Ritzie, Lindell Jr. (anticipated) | 9:21-cv-80234 | 4/30/2021 by Amended Complaint |
| Rawlins, Tina | 9:21-cv-80264 | 5/5/2021 by Amended Complaint |
| Browning, Shirley | 9:21-cv-80271 | |
| Stewart, Wendy | 9:21-cv-80300 | 5/5/2021 by Amended Complaint |
| Thompson, Lori | 9:21-cv-80327 | |
| Chandler, Basil | 9:21-cv-80386 | |
| Anderson, Crystal | 9:21-cv-80404 | 5/3/2021 by Amended Complaint |
| Osborne, Jacqueline | 9:21-cv-80405 | |
| Nunez, Michael | 9:21-cv-80464 | |
| Van Valkenburgh, Gary | 9:21-cv-80475 | |
| Brock, Lorna | 9:21-cv-80478 | |
| Poole, Dan | 9:21-cv-80505 | |
| Figueroa, Rafael, Personal Representative for Maria Esther Sanchez Garcia | 9:21-cv-80508 | |
| Armstrong, Eric | 9:21-cv-80534 | |
| Elliott, Donald | 9:21-cv-80536 | |
| Pond, Cheryl | 9:21-cv-80554 | |
| Delisle, Alan | 9:21-cv-80615 | |
| Breaud, Frances | 9:21-cv-80637 | 10/21/2022 by Amended Complaint |
| Rivera Rodriguez, Juana Virginia | 9:21-cv-80671 | |
| Ferrer, Aida | 9:21-cv-80704 | 4/27/2021 by Amended Complaint |
| Santiago, Cristobal | 9:21-cv-80705 | |
| Mato, Milton Collazo | 9:21-cv-80726 | 4/27/2021 by Amended Complaint |
| Beach, Marilyn | 9:21-cv-80731 | |

| | | |
|---|---|---|
| Taylor, Alva | 9:21-cv-81063 | |
| Bonilla, Sonia Elena | 9:21-cv-81085 | |
| Alejandro, Victor Hernandez | 9:21-cv-81086 | |
| Jimenez, Jorge Luis | 9:21-cv-81087 | |
| Spektor, Marina | 9:21-cv-81189 | |
| Rivera, Myriam | 9:21cv81226 | |
| Ogla, John | 9:21-cv-81230 | |
| Turner, Marilyn | 9:21-cv-81245 | |
| Lott, Joseph | 9:21-cv-81288 | |
| Wollman, Ivan | 9:21-cv-81289 | |
| Mitchell, Stephen | 9:21-cv-81296 | |
| Larkin, Hugh | 9:21-CV-81329 | |
| Seiler, Ron | 9:21-cv-81411 | |
| Jones, Cleo | 9:21-cv-81412 | |
| Golden, Marina | 9:21-cv-81423 | 9/2/2021 by Amended Complaint |
| Sheila Price as Personal Representative of the Estate of Betty J. Price | 9:21-cv-81482 | |
| Yvette Bloem as Personal Representative of the Estate of Ruben Aponte | 9:21-cv-81483 | |
| Ramirez, Oscar Morales | 9:21-cv-81640 | |
| Pagan, Maria Del Carmen de Jesus | 9:21cv-81641 | |
| Soto, Victor Jimenez | 9:21-cv-81642 | |
| Davis, William E. | 9:21-cv-81644 | |
| Jackson, Jacqueline | 9:21-cv-81721 | |
| Otero, Julio Rodriguez | 9:21-cv-81736 | |
| Mateo, Raquel Roman | 9:21-cv-81742 | |
| Bany, David | 9:21-cv-81811 | |
| Poindexter, Jay | 9:21-cv-81886 | |
| Padin, Carmen Roman | 9:21cv-82084 | |
| De Leon, Rafael Jimenez | 9:21-cv-82171 | |
| Morse, Stacy L. Snyder | 9:22-cv-80408 | |