**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>**JUDGE ROBIN L. ROSENBERG**<br>**MAGISTRATE JUDGE BRUCE E. REINHART** |

_____/

**THIS DOCUMENT RELATES TO:** 23-CV-23056, 23-CV-23076, 23-CV-23079, 23-CV-23080, 23-CV-19950, 23-CV-80582

**ORDER GRANTING DEFENDANTS' OMNIBUS MOTION TO DISMISS CLAIMS OF POST-PTO 81 DELINQUENT PLAINTIFFS**

**THIS CAUSE** came before the Court on the Defendants' Motions to Dismiss Claims of Post-PTO 81 Delinquent Plaintiffs at docket entries 6905 and 6931. For the reasons set forth in the Motions and the Plaintiffs' failure to file any response, the Court **GRANTS** the Motions and finds that Plaintiffs in the above-referenced actions have failed to meet their obligations under Pretrial Order # 81 for all of the reasons set forth in the Court's final order of dismissal at docket entry 6766, which the Court incorporates herein.

Accordingly, the above-referenced actions are **HEREBY DISMISSED WITH PREJUDICE**. The Clerk of the Court shall docket a copy of this Order in each of the cases referenced above.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of September, 2023.

_Robin L. Rosenberg_
Honorable Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE