IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

Cassidy et al., v. Boehringer Ingelheim Corp. et al., 3:23-cv-23061
Silverio v. Boehringer Ingelheim Corp. et al., 3:23-cv-23062
Bortzer v. Boehringer Ingelheim Corporation et al., 3:23-cv-23063
Blankman v. Sandoz Inc. et al., 3:23-cv-23064
Haase v. Boehringer Ingelheim Corp.et al., 3:23-cv-23065
Neely v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 3:23-cv-23066
Gallozzi et al v. Boehringer Ingelheim Corp.et al., 3:23-cv-23067
Bauer v. Boehringer Ingelheim Corp.et al., 3:23-cv-23068
Wilson v. Boehringer Ingelheim Corp.et al., 3:23-cv-23069
Boyette v. Boehringer Ingelheim Corp. et al., 3:23-cv-23070
Alexander v. Boehringer Ingelheim Corp. et al., 3:23-cv-23071
Hughley v. University of Louisville-Medical Center et al., 3:23-cv-23076
Buchanan v. Boehringer Ingelheim Corp. et al., 3:23-cv-23077
Feiler v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 9:23-cv-80956
Tranter v. GlaxoSmithKline et al., 3:23-cv-23089
Spohr v. GlaxoSmithKline et al., 3:23-cv-23084
Thurstin v. GlaxoSmithKline et al., 3:23-cv-23085
Trail v. GlaxoSmithKline et al., 3:23-cv-23088
Scott v. GlaxoSmithKline et al., 3:23-cv-23090
Smith v. GlaxoSmithKline et al., 3:23-cv-23091
Pierce v. Zantac Corporation et al., 9:23-cv-81121
Richartz et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., 3:23-cv-81118
Jeske et al v. GlaxoSmithKline et al., 9:23-cv-81122
Indelicato v. GSK et al., 3:23-cv-23056
Hughley v. University of Louisville-Medical Center et al., 3:23-cv-23076

**ORDER GRANTING DEFENDANTS' CONSOLIDATED MOTION PURSUANT TO PTO 84**

**THIS CAUSE** came before the Court on the Defendants' Consolidated Motion Pursuant to PTO 84 at docket entry 6945. For the reasons set forth in the Motion and the Plaintiffs' failure

to file any response, the Court **GRANTS** the Motion and finds that Plaintiffs in the above-referenced actions have failed to meet their obligations under the pretrial orders of this Court.

Accordingly, the above-referenced actions are **HEREBY DISMISSED WITH PREJUDICE**. The Clerk of the Court shall docket a copy of this Order in each of the cases referenced above.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of September, 2023.

Honorable Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE