# EXHIBIT 1

| Case Name | S.D. Fla. Case No. |
|---|---|
| Edward Ameen v. Boehringer Ingelheim Corporation et al | 9:21-cv-81019 |
| Rodney Baker v. Boehringer Ingelheim Pharmaceuticals, Inc., et al | 9:20-cv-81741 |
| Joseph Bartolo v. Pfizer Inc. et al | 9:21-cv-81076 |
| Bruce W. Bass; Jan S. Bass, husband and wife v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81747 |
| Sharon Beavin, as personal representative of the estate of James Collins v. Sanofi S.A. et al. | 9:20-cv-81564 |
| Stanley P. Beck v. Boehringer Ingelheim Corporation et al | 9:21-cv-81193 |
| George Bellamy v. Zantac (Ranitidine) Products Liability Litigation, et al., | 9:21-cv-81960 |
| Lonny Bermingham v. Sanofi S.A. et al. | 9:20-cv-81527 |
| Morris Bernard v. Boehringer Ingelheim Corporation et al | 9:21-cv-81195 |
| Richard Blackburn v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80601 |
| Theodore Bornstein v. Pfizer, inc. et al | 9:21-cv-81655 |
| John Manuel Casas v. GlaxoSmithKline et al | 9:20-cv-82012 |
| Penny Cline v. Boehringer Ingelham et al. | 9:20-cv-81666 |
| Dennis Colter v. Pfizer, Inc. et al | 9:20-cv-82014 |
| Sandra Conley v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:21-cv-80891 |
| Peggy Crimm v. Sanofi S.A. et al | 9:20-cv-82341 |
| Hernando Martinez Davila v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81665 |
| Randy D. Davis v. Boehringer Ingelheim Pharmaceuticals, Inc., et al | 9:20-cv-81249 |

# EXHIBIT 1

| | |
|---|---|
| Barbara Davis v. Boehringer Ingelheim USA Corporation et al | 9:20-cv-82235 |
| Josh Davis v. Sanofi S.A. et al | 9:20-cv-82195 |
| Lynn Degrazia, as the personal representative of the estate of Paul DeGrazia v. Pfizer, Inc. et al | 9:21-cv-81717 |
| Joey Dotson v. Zantac (Ranitidine) Products Liability Litigation | 9:21-cv-80955 |
| Trula M Dozier v. Zantac (Ranitidine) Products Liability Litigation | 9:21-cv-80975 |
| Steven Durham v. Sanofi S.A. et al | 9:20-cv-82277 |
| Paul A. Everhart v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80384 |
| Delrae FELTON v. Sanofi S.A. et al | 9:21-cv-80157 |
| Curtis Frazier v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81285 |
| Daphne Garrett, on behalf of Jerry Williams v. Sanofi S.A. et al | 9:20-cv-82321 |
| Janet Gravey, as personal representative of the estate of Diane Poe v. Boehringer Ingelahm Pharmaceuticals, Inc. et al | 9:20-cv-81969 |
| Teresa Glasgow, individually and on behalf of Charles Glasgow v. Sanofi S.A. et al | 9:21-cv-80149 |
| Larry Gomez, on behalf of Nancy Cole v. Sanofi S.A. et al | 9:20-cv-82278 |
| William Green v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80330 |
| Winston Gregg v. Sanofi-Aventis U.S., LLC et al. | 1:20-cv-23520 |
| Howard Gros v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-81327 |
| Beverly J. Hagerty, individually, and as personal representative of the estate of Terrence Hagerty v. Pfizer Inc. et al. | 9:20-cv-82402 |

# EXHIBIT 1

| | |
|---|---|
| Carolyn Hanley, surviving spouse, anticipated representative and heir to the estate of John Hanley Sr. v. Sanofi S.A. et al | 9:20-cv-82200 |
| Theodore Hann v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81200 |
| Carl Harrell v. Sanofi S.A. et al. | 9:20-cv-81543 |
| Thomas John Harris; Suzanne Drescher, his wife v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80255 |
| Jane Herrera, individually and personal representative for the estate of Jean Becerra; Naomi Herrera Gomez, individually Becerra v. Boehringer Ingelheim Pharmaceuticals, Inc, et al. | 1:20-cv-21356 |
| Sandra Holcomb v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81329 |
| Latoya Hubbard v. Sanofi S.A. et al. | 9:20-cv-82377 |
| Mary Inabnitt v. Sanofi S.A. et al. | 9:20-cv-81477 |
| Halina Izydorczyk v. GlaxoSmith, Kline LLC et al | 9:21-cv-80562 |
| Bessie Johnson, anticipated representative and heir to the estate of Susan Payne v. Sanofi S.A., et al. | 9:20-cv-82203 |
| Brenda Jones v. Sanofi S.A. et al | 9:20-cv-82288 |
| John P. Kenlan, individually, and as Administrator for the Estate of Michele A. Kenlan v. TARGET CORPORATION | 9:20-cv-81345 |
| Lawrence Keys v. Boehringer Ingelheim Corporation et al | 9:21-cv-80795 |
| Gerry Kimmitt, individually and as proposed personal representative of the estate of Larry Kimmitt v. AmerisourceBergen Corporation et al | 9:21-cv-80653 |
| Karen Klotz, on behalf of William Klotz v. Sanofi S.A. et al | 9:20-cv-82283 |

# EXHIBIT 1

| | |
|---|---|
| Lane N. Kugler; Peggy A. Kugler v. Sanofi-Aventis U.S. LLC et al. | 9:20-cv-81852 |
| Robert Laskowski v. Sanofi S.A. et al. | 9:20-cv-82281 |
| Lola Layton v. Sanofi S.A. et al. | 9:20-cv-81560 |
| Sara Leigh v. Zantac (Ranitidine) Products Liability Litigation. | 9:21-cv-80973 |
| Derrick Lemieux v. Boehringer Ingelheim Corporation et al | 9:21-cv-80854 |
| Vest Lois v. Boehringer Ingelheim Pharmaceuticals Inc. et al | 9:20-cv-81779 |
| Katherine B. Lovell; Clayton Lovell Jr.; Katherine Nelson; Andrew Lovell; Sarah Lovell, individually and on behalf of Clayton E. Lovell Sr. v. GlaxoSmithKline (GSK) | 1:21-cv-21724 |
| Nathaniel Martin v. Sanofi USA Inc. | 9:20-cv-81889 |
| Aida Martinez-Iera; Jose S. Sierra Maldonado, and their conjugal partnership v. GlaxoSmithKline LLC et al | 9:21-cv-81737 |
| Tammy Matney v. GlaxoSmithKline, LLC et al | 9:20-cv-82333 |
| Earl Mayer v. Boehringer Ingelheim Pharmaceutcals, Inc. et al | 9:21-cv-80781 |
| Austin E. McAllister Jr., as personal representative of the estate of Alice McAllister, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81416 |
| Ruby McGilvara, individually and as the Executrix of the estate of John Earl McGilvra, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-82120 |
| Menton Miller v. Boehringer Ingelheim Corporation et al | 9:21-cv-81161 |
| Mohammad Zomoroddian; Naoko Zomoroddian v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 1:20-cv-22128 |

# EXHIBIT 1

| | |
|---|---|
| Melody Moninger Joyce, individually and as representative of the estate of Martin Joyce, deceased v. Pfizer Inc et al. | 9:21-cv-80572 |
| Gary Moreno v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80443 |
| Ellen Morgan, as personal representative of the estate of Tony D. Morgan v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81668 |
| Estate of Ronald Myers; Rachel Bringman, as executor and individually v. Boehringer Ingelheim Pharmaceuticals, Inc., et al | 9:21-cv-80790 |
| Michael W. Napp Sr. v. GlaxoSmith Kline, LLC et al | 9:20-cv-82219 |
| Heidar Nasseri v. Pfizer, Inc. et al | 9:21-cv-81698 |
| Linda Neal et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-81545 |
| Marcela Noval, surviving spouse, anticipated personal representative and anticipated heir to the estate of Jesus Noval v. GlaxoSmithKline, LLC et al | 9:21-cv-80282 |
| Frank Nowak; Marian Nowak v. Boehringer Ingelheim et al | 9:21-cv-80095 |
| Mark Gerard O'Brien v. GlaxoSmithKline LLC et al. | 9:20-cv-82176 |
| O'Neal v. Boehringer Ingelheim Pharmaceuticals, Inc et al. | 9:20-cv-81759 |
| Joseph Parrilli; Deborah Parrilli et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80260 |
| Carol Perone, individually and on behalf of the Estate of Flory L. Perone v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80295 |
| Kristina Peterson, individually and on behalf of Richard Krajeski, deceased v. GlaxoSmithKline | 1:20-cv-24191 |

# EXHIBIT 1

| | |
|---|---|
| Marlene Protus v. Zantac (Ranitidine) Products Liability Litigation | 9:20-cv-81769 |
| Ramiro Torres Cintron v. GlaxoSmithKline LLC et al | 9:21-cv-81072 |
| Rutanaporn Reed, individually and as the proposed personal representative of the estate of Earl Reed Jr., deceased v. Boehringer Ingelheim Corporation et al. | 9:20-cv-82387 |
| Arthur Reppert v. Sanfoi S.A et al. | 9:20-cv-82462 |
| Lori Reynolds; William Paul Reynolds v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80902 |
| Melody Richard v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-82437 |
| Elton Rieder v. Boehringer Ingelheim Corporation et al | 9:21-cv-81216 |
| Elizabeth Rios v. Sanofi S.A. et al. | 9:20-cv-81479 |
| William Roberts, individually and as proposed personal representative for the estate of Marlea Roberts, deceased v. Boehringer Ingelheim Corporation et al. | 9:20-cv-82400 |
| Douglas Rochler; Anna Maria Rochler v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-80664 |
| Glenn A. Roseberry v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-81171 |
| Kathy Roundtree, on behalf of her deceased husband, David Roundtree v. Pfizer, Inc. et al | 9:21-cv-80706 |
| Gary Sapiane v. Pfizer et al | 9:21-cv-81955 |
| Dwight J. Savoie, on behalf of Miriam C. Savoie, deceased v. GlaxoSmithKline P L C et al | 9:21-cv-80847 |
| Jeffrey Sebek, Personal Representative Of The Estate Of Robert J. Sebek, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-82083 |

# EXHIBIT 1

| | |
|---|---|
| Georgios Siakavaras v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81684 |
| Joel Simar v. Sanofi S.A. et al. | 9:20-cv-81498 |
| Bradley Simons v. Sanofi S.A. et al | 9:21-cv-80331 |
| Ella Sims-Gale v. Boehringer Ingelheim Corporation et al | 9:21-cv-80829 |
| Frank Siracusa; Romana Siracusa v. Zantac (Ranitidine) Products Liability Litigation, et al. | 9:20-cv-81356 |
| Jerry Sjostrom v. Sanofi-Aventis U.S. LLC et al | 9:21-cv-81254 |
| Thomas Smith, individually and on behalf of Judy Smith v. Sanofi S.A. et al | 9:21-cv-80316 |
| Kevin Soares v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80581 |
| Retta South v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81594 |
| James H. Spurlock v. Boehringer Ingelheim USA Corporation | 9:20-cv-82253 |
| Joyce Stanley; Kevin Stanley v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-82424 |
| Donna Steeg v Zantac (Ranitidine) Products Liability Litigation et al | 9:21-cv-80952 |
| Terese Stock, individually and as proposed personal representative of the estate of Michael Stock, deceased v. Boehringer Ingelheim Corporation et al. | 9:20-cv-82391 |
| Gene Tackett v. Sanofi S.A. et al | 9:20-cv-82287 |
| Darrin Thomas v. Boehringer Ingelheim Corporation et al. | 9:20-cv-82422 |
| Doris Thompson v. Pfizer, Inc., et al. | 9:21-cv-81711 |
| Carol Toberman, individually and as representative of Jon Toberman, deceased v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-81241 |

# EXHIBIT 1

| | |
|---|---|
| Susanne Todd v. Boehringer Ingelheim Pharmaceuticals, Inc. et al., | 9:20-cv-81449 |
| Karla Trosper, anticipated representative and heir to the estate of Keven Huckabee v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80090 |
| Anthony Troy v. Sanofi S.A. et al | 9:20-cv-82356 |
| Louis Vacheresse v. Boehringer Ingelheim Corporation et al. | 9:20-cv-82381 |
| David Vallot v. Boehringer Ingelheim Corporation et al | 9:21-cv-81163 |
| Dennis Verbaro; Donna Verbaro et al v. Boehringer Ingelahm Pharmaceuticals, Inc. et al. | 9:21-cv-81572 |
| Tabitha Wachal, as the personal representative of the estate of Monise Shofner v. Pfizer, Inc. et al. | 9:21-cv-81705 |
| Daniel Wainscott v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81582 |
| Patricia Wallace, individually and O/B/O David Wallace, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 1:20-cv-23096 |
| Myron Watkins, as the personal representative of the estate of Gwendolyn McGill v. Sanofi S.A. et al | 9:20-cv-81736 |
| Tamika Watson, as personal representative of the estate of Terrie Watson v. Sanofi S.A. et al. | 9:20-cv-81567 |
| Paul Werner v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-81147 |
| Erania Whited, next of kin of the estate of Catherine Whited v. Sanofi Aventis U.S. LLC et al | 9:20-cv-81694 |
| Celeste Williams v. Pfizer, Inc. et al | 9:21-cv-81714 |
| Vickie Wren, individually and as representative of the estate of Russell Wren II, deceased v. Sanofi US Services Inc., et al. | 9:20-cv-80970 |

# EXHIBIT 1

| | |
|---|---|
| Charles York v. Sanofi-Aventis U.S. LLC., et al | 9:20-cv-82054 |
| Wanda Zaccone, as personal representative of the estate of Raymond Zaccone v. Zantac (Ranitidine) Products Liability Litigation | 9:20-cv-81841 |