# EXHIBIT 2

| Case Name | S.D. Fla. Case No. |
|---|---|
| Patricia & Vincent Ackerman v. Zantac (Ranitidine) Products Liability Litigation | 9:20-cv-81873 |
| Thomas Adam v. Pfizer Inc. et al | 9:21-cv-80204 |
| Julia Aguilar, individually, and as personal representative of The Estate of Gilbert Aguilar v. GlaxoSmithKline (America) Inc. et al | 9:21-cv-80419 |
| Christopher Algero v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81904 |
| Kathryn Anderson v. Sanofi US Services, Inc., et al. | 9:20-cv-80878 |
| Oswald Anfossi, Arlene Anfossi v. Zantac (Ranitidine) Products Liability Litigation | 9:20-cv-82093 |
| Deborah Assman v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-82153 |
| Robert Baker v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80381 |
| Ronald Balser v. Pfizer Inc. et al | 9:21-cv-80995 |
| Ricardo Benedicto v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80131 |
| Diane Bergeron, personally and as representative of the estate of Gaston Bergeron v. Boehringer Ingelheim USA Corporation et al | 9:21-cv-80142 |
| Johnny J. Bernstein; Cynthia Bernstein v. GlaxoSmithKline PLC, et al. | 9:20-cv-80508 |
| James Bird, individually and as successor-in-interest to Kelly Lyn Dye, deceased v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-80837 |
| Wesley Blanchard v. GlaxoSmithKline LLC et al | 9:21-cv-80432 |

# EXHIBIT 2

| | |
|---|---|
| Melvin Blount; Ethel Blount v. Boehringer Ingelheim USA Corporation, Inc. et al. | 9:20-cv-82423 |
| Benita Bobbitt; Richard Bobbitt Sr. v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80005 |
| Debra Bodden v. Pfizer, Inc., et al. | 9:20-cv-81277 |
| James A. Bolner; Betty Sue Bolner v. Sanofi US Services, Inc. et al. | 9:20-cv-81637 |
| Bobby R. Boyd v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-82479 |
| Terry Brennan v. Sanofi S.A. et al | 9:20-cv-81793 |
| Kerri L. Brest-Landry v. Boehringer Ingelheim Pharmaceuticals, Inc., et al | 9:20-cv-80312 |
| Donald A. Britcher v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80481 |
| Thomas Brooks v. Sanofi S.A., et al. | 9:20-cv-80895 |
| Patricia M. Bryant v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81866 |
| Damien BUCHWALD v. Boehringer Ingelheim et al | 9:21-cv-81236 |
| Brenda BURGESS v. Ajanta Pharma USA Inc. et al | 9:21-cv-80230 |
| Amber Burgess v. GlaxoSmithKline et al. | 9:20-cv-81459 |
| Charles Burrell Sr. and Anne Burrell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81629 |
| Ishmel Burus v. Pfizer Inc. et al. | 9:21-cv-80015 |
| Victoria Butler-Sloss v. Sanofi US Services, Inc., et al | 9:20-cv-80704 |
| Tate Cantrelle v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81692 |
| George Cole, Jr. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81791 |
| Della Coleman v. Zantac (Ranitidine) Products Liability Litigation et al | 9:21-cv-81375 |

# EXHIBIT 2

| | |
|---|---|
| Loraine and Robert Comerford et al v. Apotex Corp et al | 9:21-cv-80978 |
| Bartholomew and Bernadette Conneely v. Boehringer Ingelheim et al | 9:21-cv-80294 |
| Robert Conners v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-82248 |
| Linda Cook v. Pfizer Inc et al | 9:21-cv-80174 |
| Walter Cooper v. Sanofi S.A. et al | 9:20-cv-81800 |
| Annie Day v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80442 |
| Janice Defriese v. Boehringer Ingelheim Corporation et al | 9:21-cv-80425 |
| Patricia Devinsky v. Boehringer Ingelheim Corporation et al | 9:21-cv-80207 |
| Glen Donnelly et al v. Pfizer Inc. et al | 9:21-cv-80283 |
| Marie Duffy v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80077 |
| Gerri Dunagan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 1:20-cv-21497 |
| Sara Edwards v. Boehringer Ingelheim Corporation et al | 9:21-cv-81847 |
| Askia El Amin et al v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81640 |
| Albert Elliot v. Boehringer Ingelheim et al | 9:21-cv-81233 |
| Sarah Erickson, as representative of the estate of Mark Erickson, deceased v. Boehringer Ingelheim USA Corporation et al | 9:21-cv-80139 |
| Tina Estes v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80011 |
| Edward Fairley v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:21-cv-80050 |
| Kenneth Felty v. Ajanta Pharma USA Inc., et al | 9:20-cv-82433 |
| Deborah Fillyaw v. Sanofi S.A. et al | 9:20-cv-82199 |

# EXHIBIT 2

| | |
|---|---|
| Suzanne Finer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80302 |
| Jaqueline Fioribello v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-80843 |
| Marion Fite et al v. Pfizer Inc. et al | 9:21-cv-80367 |
| Ralph Flathau v. Boehringer Ingelheim USA Corporation et al. | 9:20-cv-82380 |
| Donald Fleischhacker, surviving spouse, anticipated representative and anticipiated heir to the estate of Diane Fleischhacker v. Ajanta Pharma USA Inc. et al | 9:21-cv-80229 |
| Donna Fox et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et a | 9:20-cv-81339 |
| Melondey Friddle v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80435 |
| Ann Fultz, individually and as personal representative of the estate of William Fultz v. Boehringer Ingelheim Corporation et al | 9:21-cv-80220 |
| Henderson Garland; Martha Garland et al v. Sanofi US Services, Inc. et al. | 9:20-cv-81662 |
| Colin Gillies; Elizabeth Gillies et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81320 |
| Gregory Grace v. Boehringer Ingelheim et al | 9:21-cv-81481 |
| Osvaldo Guanche v. Boehringer Ingelheim et al | 9:21-cv-81225 |
| Franklin Guzman v. Boehringer Ingelheim et al | 9:21-cv-81287 |
| Robert E. Haan v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-82171 |
| Raymond Hale; Bequethal Hale v. Pfizer, Inc. et al | 9:20-cv-81726 |

# EXHIBIT 2

| | |
|---|---|
| Sherman J. Hayes; Brenda Hayes v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80567 |
| Charles Herron; Joann Herron v. Pfizer Inc. et al | 9:21-cv-80488 |
| Leslie Hinton, individually, and as successor in interest to the estate of Timothy I. Murdoch v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81995 |
| Lowell Hunt; Barbara Hunt v. Strides Pharma, Inc. et al | 9:21-cv-80199 |
| Albertha Jackson et al v. Boehringer Ingelheim USA Corporation et al | 9:21-cv-80203 |
| Ronne Kay Johnstone, individually and as representative of the estate of Benny Lucas, deceased v. Sanofi SA et al. | 9:20-cv-81628 |
| Walter Jones O/B/O Sue Jones v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80574 |
| Marvin Jones v. GlaxoSmithKline LLC et al. | 9:20-cv-82366 |
| Sylvester Jones v. Pfizer Inc. et al | 9:21-cv-80477 |
| Gary Mark Jones, individually and as representative of the estate of Devenna Jo Jones, deceased v. Sanofi US Services, Inc., et al. | 9:20-cv-80959 |
| Alice Jones; Monica Jones; Anthony Jones v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80810 |
| Walter Kantrowitz; Daisy Kantrowitz v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81183 |
| Robert Kimbell v. GlaxoSmithKline LLC et al | 9:21-cv-80983 |
| Michael C. Konn v. Boehringer Ingelheim Pharmaceuticals Inc et al | 9:20-cv-80377 |
| Craig Kuhlmann v. Sanofi US Services, Inc. et al | 9:20-cv-81765 |

# EXHIBIT 2

| | |
|---|---|
| Samuel Law v. Sanofi US Services, Inc., et al. | 9:20-cv-80567 |
| Peggy H. Lineberry, individually and as anticipated personal representative of the estate of Joseph Lineberry v. Amneal Pharmaceuticals, LLC, et al. | 9:20-cv-81079 |
| William Love v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-81344 |
| Deborah Martin, individually and as successor in interest to the estate of Michael Martin v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80039 |
| Cherylee Mayberry v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80225 |
| Richard K. McCollum v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81991 |
| Arlene MCMURRAIN v. SANOFI S.A. et al. | 9:20-cv-80477 |
| Phyllis McNally, individually, and as representative of the estate of Jeffrey A. McNally, deceased v. Pfizer Inc. et al | 9:20-cv-82221 |
| Rhonda F. Meadows, as personal representative of Danny O. Meadows v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81869 |
| Sohail Mehr v. SANOFI, et al. | 1:20-cv-23551 |
| Jay Melkus, as representative of the estate of Emma Melkus, deceased v. Pfizer Inc. et al | 9:21-cv-80141 |
| Kenneth Mikell; Trixie Ann Fullenwinder, husband and wife v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80565 |
| Gregory Miles v. Boehringer Ingelheim Corporation et al | 9:21-cv-80218 |
| Patricia G. Miller v. Boehringer Ingelheim Corporation et al | 9:21-cv-81635 |

# EXHIBIT 2

| | |
|---|---|
| Kerry Miller v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81895 |
| Edna Mitchell v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80441 |
| Dorothy Mitchell v. GlaxoSmithKline, LLC, et al. | 9:21-cv-80016 |
| David Moloney v. Boehringer Ingelheim Corporation et al | 9:21-cv-80498 |
| MaryJo Moore; Donald Moore v. Glenmark Pharmaceuticals, Inc. et al | 9:21-cv-80739 |
| Gerald Moore v. Boehringer Ingelheim et al | 9:21-cv-81297 |
| James MOSES v. Ajanta Pharma USA Inc. et al | 9:20-cv-82439 |
| Michael Moses, personal representative of the Estate of Doris Moses v. Boehringer Ingelheim et al | 9:21-cv-81389 |
| Brian David Nelson v. Boehringer Ingelheim U.S.A. Corporation et al | 9:21-cv-80656 |
| Edward Nunley; Donna Faye Nunley v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81588 |
| Matthew O'Dor; Vicky R. O'Dor et al v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80723 |
| Patricia O'Driscoll, surviving spouse, anticipated representative and anticipated heir to the estate of Neil O'Driscoll v. Apotex Corporation et al | 9:21-cv-80167 |
| John Ogla v. Boehringer Ingelheim et al | 9:21-cv-81230 |
| Michael Edward Peebles v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:21-cv-80106 |
| Albert Pollack v.Boehringer Ingelheim Pharmaceuticals, Inc. | 9:21-cv-80152 |

# EXHIBIT 2

| | |
|---|---|
| Sonia Rebollo; Francisco Rebollo, her husband v. Sanofi-Aventis U.S. LLC, et al. | 1:20-cv-21027 |
| Jose Rivera-Pagan; Luz Elen Figueroa v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81592 |
| Tom Roeser v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80386 |
| Elizabeth A. Russell, Individually And As Anticipated Personal Representative Of The Estate Of John H. Russell Jr. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81298 |
| Donald Salyers v. Sanofi S.A. et al | 9:20-cv-81809 |
| Thomas Sansone; Anna Sansone v. Sanofi S.A., et al. | 9:20-cv-80510 |
| Karen Santaniello, individually, and as successor in interest to the estate of Vincent D. Santaniello v. Pfizer Inc. et al | 9:20-cv-82373 |
| Brad Scarola v. Sanofi S.A., et al. | 9:20-cv-80475 |
| Chester Schwam v. Boehringer Ingelheim Corporation et al | 9:21-cv-80213 |
| Michael Scott v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81651 |
| Dian Sharma v. Boehringer Ingelheim USA Corporation, Inc. et al. | 9:20-cv-82414 |
| Richard Shobert v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:21-cv-80108 |
| John R. Snyder; Kaye M. Snyder v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81321 |
| Cornelia Snyder v. GlaxoSmithKline, LLC, et al. | 9:20-cv-82472 |
| William Spence; Anna Spence v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81430 |
| Delores Stephens v. Boehringer Ingelheim Pharmaceuticals, Inc | 9:21-cv-80277 |

# EXHIBIT 2

| | |
|---|---|
| Brian C. Stowell v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-82307 |
| Gary Tadd v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81639 |
| James Taylor v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-82447 |
| Dennis Taylor, executrix of the estate of Carol Taylor, deceased; Dennis Taylor v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80912 |
| Glenda Taylor v. Glenmark Pharmaceuticals Inc., USA et al | 9:20-cv-81861 |
| Billie Thacker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81625 |
| The Estate of Linda Cephas v. Boehringer Ingelheim et al | 9:21-cv-81388 |
| Robert Thrower v. GlaxoSmithKline, LLC et al. | 9:21-cv-80474 |
| Luis Torres v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80514 |
| Gregory Vavra v. Boehringer Ingelheim Pharmacueuticals, Inc., et al. | 9:20-cv-80375 |
| Paul J. Wade v. Boehringer Ingelheim Pharmaceuticals, Inc. | 9:20-cv-81945 |
| Shawn P. Walker v. Boehringer Ingelheim Pharmaceuticals, Inc. et al | 9:20-cv-81877 |
| Phillis Watkins v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81172 |
| Rufus Wiley; Pamela Wiley et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-81838 |
| Kimberly Wilharm v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81657 |

# EXHIBIT 2

| | |
|---|---|
| Charles C. Williams Sr., as the heir and next of kin of Wynelle Williams v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80821 |
| Monitta Williams v. GlaxoSmithKline LLC, et al | 9:21-cv-80124 |
| Vicky L. Willison v. GlaxoSmithKline (America) Inc. et al | 9:21-cv-80422 |
| Tabitha Wilson, anticipated representative and heir to the estate of Vernell Elkins v. Ajanta Pharma USA Inc., et al. | 9:21-cv-80233 |
| Kimberly Wilson, as expected representative of the estate of Sylvester Todd, deceased v. Sanofi US Services, Inc. et al. | 9:20-cv-81646 |
| Sherion Winstead, individually and as representative of the estate of Charles Winstead, Sr., deceased v. Sanofi-Aventis U.S. LLC, et al. | 9:20-cv-81136 |
| Melissa Winston-Brown, as personal representative of the estate of Georgia Winston v. Boehringer Ingelheim Pharmaceuticals, Inc. et al. | 9:20-cv-81330 |
| Randy J. Wright v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. | 9:20-cv-80471 |