## Appendix I – List of Defendants Named in Active Designated Cancer Short Form Complaints Filed Prior to May 5, 2023

| BRAND DEFENDANTS |
| --- |
| Boehringer Ingelheim Pharmaceuticals, Inc. |
| Boehringer Ingelheim Corporation |
| Boehringer Ingelheim USA Corporation |
| Boehringer Ingelheim International GmbH |
| Boehringer Ingelheim Promeco, S.A. de C.V. |
| GlaxoSmithKline LLC |
| GlaxoSmithKline Holdings (Americas) Inc.[1] |
| GlaxoSmithKline plc |
| Pfizer Inc. |
| Sanofi-Aventis U.S. LLC |
| Sanofi US Services Inc. |
| Sanofi S.A. |
| Chattem, Inc. |
| Patheon Manufacturing Service LLC |

| GENERIC AND REPACKAGER DEFENDANTS |
| --- |
| ACIC Pharmaceuticals Inc. (incorrectly identified in the Master Personal Injury Complaint as ACIC Pharmaceuticals, Inc.) |
| Actavis Mid Atlantic LLC |
| Ajanta Pharma Ltd. |
| Ajanta Pharma USA Inc |
| Amerisource Health Services, LLC d/b/a American Health Packaging* |
| AmerisourceBergen Corporation |
| Amneal Pharmaceuticals LLC |
| Amneal Pharmaceuticals of New York, LLC |
| Amneal Pharmaceuticals, Inc. |
| ANDA Repository, LLC |
| ANI Pharmaceuticals Inc. |
| Apotex Corp. |

---

[1] GlaxoSmithKline Holdings (Americas) Inc. is frequently incorrectly named as "GlaxoSmithKline (America) Inc."

| GENERIC AND REPACKAGER DEFENDANTS |
|---|
| Apotex Corporation |
| Apotex Inc. |
| Appco Pharma LLC |
| Auro Health LLC |
| Aurobindo Pharma USA, Inc. |
| Aurobindo Pharma, Ltd. |
| Breckenridge Pharmaceuticals Inc. |
| Cadila Healthcare Ltd. |
| Cardinal Health, Inc. |
| Contract Pharmacal Corp. |
| Denton Pharma Inc. d/b/a Northwind Pharmaceuticals* |
| Dr. Reddy's |
| Dr. Reddy's Laboratories |
| Dr. Reddy's Laboratories, Inc. |
| Dr. Reddy's Laboratories, Ltd. |
| Dr. Reddy's Laboratories Limited |
| Dr. Reddy's Laboratories SA |
| Dr. Reddy's Laboratories, LLC |
| Dr. Reddy's Laboratories Louisiana, LLC |
| Emcure Pharmaceuticals Limited |
| Geri-Care Pharmaceuticals, Corp.* |
| Glenmark Generics Inc., USA |
| Glenmark Generics Ltd. |
| Glenmark Pharmaceuticals Inc., USA |
| Glenmark Pharmaceuticals Ltd. |
| Golden State Medical Supply, Inc.* |
| Granules India Ltd. |
| Granules USA, Inc |
| Heritage Pharmaceuticals, Inc. |
| Heritage Pharma Labs Inc. |
| Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp. |
| Hikma Pharmaceuticals International, Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd |
| Hikma Pharmaceutical International Ltd. |
| Hikma Pharmaceuticals USA, Inc. |
| Hi-Tech Pharmacal Co., Inc |
| Ivax Pharmaceuticals, LLC f/k/a Ivax Pharmaceuticals, Inc. |

| GENERIC AND REPACKAGER DEFENDANTS |
|---|
| J B Chemicals and Pharmaceuticals Ltd. |
| L. Perrigo Co. |
| Lannett Company, Inc.[2] |
| Lannett Company |
| Lannett Co. Inc. |
| Lannett Co., Inc. |
| McKesson Corporation |
| Methapharm, Inc. |
| Mylan Institutional LLC |
| Mylan Laboratories Ltd. |
| Mylan Pharmaceuticals Inc. |
| Mylan Inc. |
| Nostrum Laboratories Inc. |
| Novitium Pharma LLC |
| PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc. |
| Pharmaceutical Associates, Inc. |
| Par Pharmaceutical, Inc.[3] |
| Perrigo Company |
| Perrigo Company, plc |
| Perrigo Research & Development Company |
| Precision Dose Inc. |
| Ranbaxy Inc. |
| Ranbaxy Pharmaceuticals Inc. |
| Sandoz Inc. |
| Strides Pharma, Inc. |
| Strides Pharma Global Pte. Ltd. |
| Strides Pharma Science Ltd. |
| Strides Arcolab International, LTD |
| Sun Pharmaceutical Industries, Inc. |
| Sun Pharmaceutical Industries Ltd. |

---

[2] Defendant Lannett Company, Inc. filed a voluntary petition for relief under title 11 of the United States Code on May 2, 2023 (the "Lannett Petition Date") in the United States Bankruptcy Court for the District of Delaware.  Pursuant to section 362(a) of the Bankruptcy Code, an automatic stay has been in effect since the Lannett Petition Date.  See Dkt. No. 6606.

[3] Defendant Par Pharmaceutical, Inc. filed a voluntary petition for relief under title 11 of the United States Code on August 16, 2022 (the "Petition Date") in the United States Bankruptcy Court for the Southern District of New York.  Pursuant to section 362(a) of the Bankruptcy Code, an automatic stay has been in effect since the Petition Date.  See Dkt. No. 5948

| GENERIC AND REPACKAGER DEFENDANTS |
|---|
| Taro Pharmaceuticals Industries Ltd. |
| Taro Pharmaceuticals U.S.A., Inc. |
| Teva Pharmaceuticals USA, Inc. |
| Teva Pharmaceuticals Industries Ltd. |
| Torrent Pharma Inc. |
| Unique Pharmaceutical Laboratories Ltd. |
| VKT Pharma Inc. |
| VKT Pharma Private Ltd. |
| Watson Laboratories, Inc. |
| Wockhardt Ltd. |
| Wockhardt USA LLC, formerly known as Wockhardt USA, Inc. |
| Zydus Pharmaceuticals (USA) Inc. |

*Repackager Defendants are marked with an asterisk*

| DISTRIBUTOR DEFENDANTS |
|---|
| Amerisource Health Services, LLC d/b/a American Health Packaging |
| AmeriSourceBergen Corporation |
| Cardinal Health, Inc. |
| Geri-Care Pharmaceuticals, Corp. |
| Golden State Medical Supply, Inc. |
| McKesson Corporation |

| RETAILER AND PHARMACY DEFENDANTS |
|---|
| Albertsons Companies, Inc. (improperly named as Albertson's Companies, Inc.) |
| Amazon.com, Inc. |
| BJ's Wholesale Club Holdings, Inc. |
| Costco Wholesale Corporation |
| CVS Pharmacy, Inc. |
| Dollar General Corporation |
| Dolgencorp, LLC |

| RETAILER AND PHARMACY DEFENDANTS |
|---|
| Dollar Tree Stores, Inc. |
| Duane Reade, Inc. |
| Express Scripts, Inc., as the named defendants, and the separate, related Express Scripts pharmacy entities that may have dispensed brand or generic ranitidine |
| Family Dollar, LLC f/k/a Family Dollar, Inc. |
| Family Dollar Services, LLC f/k/a Family Dollar Services, Inc. |
| Fred Meyer Stores, Inc. |
| Giant Eagle, Inc. |
| H-E-B LP f/k/a HEB Grocery Company |
| Humana Pharmacy, Inc. (improperly named as Humana Pharmacy Solutions, Inc. |
| Hy-Vee, Inc. |
| Kaiser Permanente International |
| Martin's Super Markets, L.L.C. |
| Medicine Shoppe International, Inc. |
| Meijer, Inc. |
| OptumRX, Inc. |
| Price Chopper Operating Co., Inc. |
| Publix Super Markets, Inc. (improperly named as Publix Supermarkets, Inc.) |
| Ralphs Grocery Company |
| Rite Aid Hdqtrs. Corp. (improperly named as Rite Aid Corporation) |
| Safeway Inc. (improperly named as Safeway, Inc.) |
| Sam's West, Inc. |
| ShopRite Supermarkets, Inc. (improperly named as Shop-Rite Supermarkets, Inc.) |
| Smith's Food & Drug Centers, Inc. (improperly named as Smith's Food and Drug Centers, Inc.) |
| Southeastern Grocers, Inc. (improperly named as Southeastern Grocers, Inc. f/k/a Southeastern Grocers, LLC) |

| RETAILER AND PHARMACY DEFENDANTS |
|---|
| SpartanNash Company |
| The GIANT Company, LLC f/k/a Giant Food Stores, LLC |
| The Kroger Co. |
| Target Corporation |
| Vitamin Shoppe Industries LLC f/k/a Vitamin Shoppe Industries, Inc. |
| The Vons Companies, Inc. |
| Wakefern Food Corporation |
| Walgreens Boots Alliance, Inc. |
| Walgreen Co. |
| Walmart Inc. |
| Winn-Dixie Stores, Inc. (improperly named as Winn Dixie Stores, Inc.) |