UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIBAILITY                20-MD-2924
LITIGATION

                                   JUDGE ROBIN L. ROSENBERG
                 MAGISTRATE JUDGE BRUCE REINHART

**THIS DOCUMENT RELATES TO:**

Jennifer L. Trotter and Nigel A. Trotter
Plaintiffs
_____/

### AMENDED MOTION FOR ENTRY OF JUDGEMENT IN ACCORDANCE WITH DESIGNATED CANCER CASES[1]

1.       Plaintiffs Jennifer L. Trotter ("**Mrs. Trotter**") and Nigel A. Trotter ("**Mr. Trotter**"), (collectively, "**Plaintiffs**"), pursuant to Federal Rule of Civil Procedure 58, move for entry of final judgment in accordance with the judgment entered into by this Court in the listed Designated Cancer Cases. (Order Severing Bankruptcy Def., Vacating Prior Entry of Rule 54(B) J.s, Entering Rule 58 Final J. in Certain Designated Cancer Cases, and Requiring Additional Briefing, Sept. 26, 2023, ECF No. 6974.).

2.       Plaintiffs filed their Complaint on March 30, 2023, alleging multiple products liability and negligence causes of action in addition to unjust enrichment and loss of consortium claims. (Short-Form Compl. 4-5, Mar. 30, 2023, ECF No. 1.). The case was initiated due to Mrs. Trotter's pancreatic cancer diagnosis stemming from her use of Defendants' medications. (Short-

---

[1] This motion amends the original motion filed on October 13, 2023. (Mot. for Entry of J. in Accordance with Designated Cancer Cases, Oct. 13, 2023, ECF No. 6999.) to comply with this Court's Local Rule 7.1(a)(3).

1

Form Compl. 3, Mar. 30, 2023, ECF No. 1.).

3. On September 26, 2023, the Court entered a Final Judgment in favor of the Defendants in each case listed as a Designated Cancer Case. (Final J., Sept. 26, 2023, ECF No. 6974-6.). Plaintiffs' case, however, is not listed, barring them from appealing the Final Judgment. (Ex. 1, ECF No. 6974-1.) (Ex. 2, ECF No. 6974-2.) (Ex. 3, ECF No. 6974-3) (Ex. 4, ECF No. 6974-4.). While this case is not included in the list,[2] it is certainly a Designated Cancer Case. Mrs. Trotter was diagnosed with pancreatic cancer, one of the designated cancers, and the Complaint names the same defendants referred to in the Final Judgment. (Final J., Sept. 26, 2023, ECF No. 6974-6.).

4. To preserve the opportunity to timely appeal by October 26, 2023, thirty (30) days from the issue of the Final Judgment, Plaintiffs respectfully request that this Court enter judgment in accordance with the Final Judgment filed on September 26, 2023, because this case is and should be considered a Designated Cancer Case.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter and Order entering the final judgment in accordance with the judgment entered into by this Court in the listed Designated Cancer cases and grant such further relief as this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

In accordance with Local Rule 7.1(a)(3), Counsel for Plaintiffs Jennifer Trotter and Nigel Trotter, have conferred with Defendants' attorneys, Rania Kajan and Julia Zousmer at King &

---

[2] Counsel for Plaintiffs did review the lists and located a *Trotter* case; 3:23-CV-10191-RLR on the list, and at the time believed that the case was included. However, it has not come to light the *Trotter* case on the list is associated with a different Plaintiff.

Spalding, LLP who have advised they do not oppose this Motion for Entry of Judgement in Accordance with Designated Cancer Cases.

Dated: October 18, 2023

        Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: */s/ Patricia Melville*
Patricia Melville
Florida Bar No. 475467
pmelville@hsmpa.com
Mark J. Heise
Florida Bar No. 771090
mheise@hsmpa.com
Luis E. Suarez
Florida Bar No. 390021
lsuarez@hsmpa.com

*Attorneys for Plaintiffs, Jennifer L. Trotter and Nigel A. Trotter*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  Copies of the foregoing document will be served on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Patricia Melville*
Patricia Melville
Florida Bar No. 475467