## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                MDL NO. 2924
PRODUCTS LIABILITY                        20-MD-2924
LITIGATION

                               JUDGE ROBIN L. ROSENBERG
                    MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO: ALL CASES**

---

### SUGGESTION OF BANKRUPTCY
### FOR RITE AID CORPORATION AND CERTAIN OF
### ITS AFFILIATES AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

---

**PLEASE TAKE NOTICE** that, on October 15, 2023, Rite Aid Corporation and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). A copy of the voluntary petition of the lead Debtor, Rite Aid Corporation (Case No. 3:23-bk-18993), is attached hereto as **Exhibit A**. The undersigned counsel has endeavored to identify the cases in this litigation that are affected by the bankruptcy stay. A list of such affected cases is attached hereto as **Exhibit B**. The undersigned counsel will promptly notify the Court to the extent that any changes to this list are necessary.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtor's chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Michael B. Kaplan.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact the Debtors' counsel (shayne.henry@kirkland.com) before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

---

[2]    Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

Dated:  October 18, 2023                    Respectfully submitted,

*/s/ Robyn S. Maguire*
Robyn S. Maguire
BARNES & THORNBURG, LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5316
robyn.maguire@btlaw.com

Sarah E. Johnston
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
sjohnston@btlaw.com

*Attorneys for Defendant Rite Aid Hdqtrs. Corp.,*
*improperly named as Rite Aid Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 18th day of October, 2023, I filed the foregoing Suggestion of Bankruptcy electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

<i>/s/ Robyn S. Maguire</i>

Robyn S. Maguire