# Exhibit B

| Case No. | Case Name |
|---|---|
| 9:20-cv-81011 | Abulawy v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18856 | Adam v. Boehringer Ingelheim Corporation |
| 3:23-cv-10486 | Agnello v. Boehinger Ingelheim Corporation |
| 3:23-cv-17807-RLR | Allday v. Boehringer Ingelheim Corporation |
| 9:20-cv-81874-RLR | Allen v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18442-RLR | Allen v. Glaxosmithkline (America), Inc. |
| 9:20-cv-81565-RLR | Allen v. SANOFI S.A., et al. |
| 3:23-cv-16344 | Alley v. Glaxosmithkline, LLC. |
| 9:21-cv-80404 | Anderson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17536-RLR | Anderson v. Glaxosmithkline (America), Inc. |
| 3:23-cv-15079 | Anglin v. Boehringer Ingelheim Corporation |
| 3:23-cv-16472 | Auxier v. Amneal Pharmaceuticals of New York, LLC. |
| 1:20-cv-23518 | Badore v. Sanofi-Aventis US, LLC |
| 3:23-cv-16068 | Bagley v. Glaxosmithkline, LLC. |
| 3:23-cv-13410 | Bailey v. Boehringer Ingelheim Corporation |
| 3:23-cv-13722 | Baitey v. Glaxosmithkline, LLC. |
| 9:20-md-02924-RLR | Baldwin, et al. v. Boehringer Ingelheim, et al. |
| 3:23-cv-11377 | Ball v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-15935 | Banks-Fleming v. Boehringer Ingelheim Corporation |
| 3:23-cv-17043 | Barnett v. Boehringer Ingelheim Corporation |
| 3:23-cv-21264 | Barone v. Boehringer Ingelheim Corporation |
| 9:21-cv-80956-RLR | Barrett v. Rite Aid |
| 3:23-cv-17485-RLR | Bates v. Boehringer Ingelheim Corporation |
| 3:23-cv-21535 | Bauer v. Boehringer Ingelheim Corporation |
| 3:23-cv-21204 | Beard v. Boehringer Ingelheim Corporation |
| 3:23-cv-10019 | Beaupre v. Glaxosmithkline, Inc. |
| 3:23-cv-12577 | Becker v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13092 | Bedilion v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:21-cv-80131-RLR | Benedicto v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| 3:23-cv-15491 | Bentley v. Glaxosmithkline, LLC. |
| 9:20-cv-81527-RLR | Bermingham v. Sanofi S.A., et al. |
| 3:23-cv-17001 | Bermudez v. Boehringer Ingelheim Corporation |
| 3:23-cv-11762 | Besant v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19103 | Bevins v. Boehringer Ingelheim Corp. |
| 3:23-cv-11591 | Bibb  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10672 | Bibeau v. Ajanta Pharma USA, Inc. |
| 3:23-cv-12695 | Bittle v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21695 | Black Jr. v. Boehringer Ingelheim Corporation |
| 3;23-cv-17948 | Black v. Boehringer Ingelheim Corporation |
| 3:23-cv-14370 | Blake v. Glaxosmithkline, LLC. |
| 9:20-cv-80501-RLR | Blevins v. Sanofi US Services, Inc. |
| 3:23-cv-15147 | Blondin v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21320 | Blume v. Boehringer Ingelheim Corporation |
| 3:23-cv-17812-RLR | Blythe Sr v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11838 | Boggs  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22435 | Boileau c. Catalytica Pharmaceutical, Inc. |

| | |
|---|---|
| 3:23-cv-12296 | Bolger v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18994 | Boothe v. Boehringer Ingelheim Corporation |
| 9:21-cv-81655-RLR | Bornstein v. Pfizer, Inc. |
| 9:23-cv-80057 | Bracero v. Glaxosmithkline, Inc. |
| 3:23-cv-11103 | Bradshaw v. Glaxosmithkline, LLC |
| 9:20-cv-81793-RLR | Brennan v. Sanofi, SA |
| 3:23-cv-16992 | Bridges v. Amenal Pharmaceuticals, Inc. |
| 3:23-cv-15438 | Brimhall v. Glaxosmithkline, LLC |
| 3:23-cv-22440 | Brooks v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10950 | Brown v. Boehringer Ingelheim Corporation |
| 3:23-cv-11918 | Brown v. Boehringer Ingelheim Corporation |
| 3:23-cv-15574 | Brown v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13713 | Brown v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19857 | Brown-Supert v. Boehringer Ingelheim Corporation |
| 3:23-cv-11904 | Brubaker v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10028 | Burdett v.v. Boehringer Ingelheim Corporation |
| 3:23-cv-16005 | Burker v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15463 | Burt v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21547 | Butcher v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15273 | Butler v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-80704-RLR | Butler-Sloss, Victoria (Individually and as anticipated personal representative of the estate of William Butler-Sloss) v. Sanofi US Services, Inc. |
| 3:23-cv-12707 | Byerly  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-82170-RLR | Bywater v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:23-cv-80339 | Caldwell v. Pfizer, Inc. |
| 3:23-cv-21243 | Camileo v. Glaxosmithkline (America), Inc. |
| 3:23-cv-12817 | Campbell v. Boehringer Ingelheim Pharmacueticals, Inc. |
| 3:23-cv-10756 | Canady v. Apotex Corporation |
| 3:23-cv-13103 | Cantrell v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20344 | Caparosa v. Boehringer Ingelheim Corporation |
| 3:23-cv-17976 | Capela v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11388 | Carrillo v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18417-RLR | Carter  v. Glaxosmithkline (America), Inc. |
| 3:23-cv-17934 | Carter v. Glaxosmithkline (America), inc. |
| 3:23-cv-18417-RLR | Carter v. Glaxosmithkline (America), inc. |
| 3:23-cv-14422 | Carter v. Glaxosmithkline, LLC |
| 3:23-cv-10508 | Caruso v. Boehinger Ingelheim Corporation |
| 3:23-cv-11048 | Carvajal v. Glaxosmithkline, LLC |
| 3:23-cv-17974 | Causey v. Glaxosmithkline (America), Inc. |
| 3:23-cv-10015 | Cella v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13106 | Chambers v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21641 | Chance v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81865-RLR | Chandler v. Sanofi US Services, Inc. |
| 3:23-cv-18084 | Chavis v. Glaxosmithkline, Inc. |
| 3:23-cv-18084 | Chavis v. Glaxosmithkline, LLC. |
| 3:23-cv-10085 | Chayes v. Boehringer Ingelheim Corporation |

| | |
|---|---|
| 3:23-cv-11323 | Cheeks v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10067 | Cherpes v. Glaxosmithkline, Inc. |
| 3:23-cv-17153-RLR | Chesser v. Boehringer Ingelheim Corporation |
| 3:23-cv-17497-RLR | Chesser v. Glaxosmithkline (America) Inc. |
| 3:23-cv-19088 | Christensen v. Boehringer Ingelheim Corporation |
| 3:23-cv-10094 | Cicco v. Boehringer Ingelheim Corporation |
| 3:23-cv-17793 | Ciorlano v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:21-cv-82223-RLR | Ciotti v. Sanofi |
| 9:23-cv-80130 | Cizin v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-80130 | Cizin v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13253 | Clark v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12965 | Clark v. Glaxosmithkline, LLC. |
| 3:23-cv-15585 | Claypoole v. Glaxosmithkline, Inc. |
| 3:23-cv-12520 | Cline v. Boehringer Ingelheim Corporation |
| 3:23-cv-10651 | Clowers v. Ajanta Pharma USA, Inc. |
| 3:23-cv-14534 | Clyde v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10081 | Cobb v. Boehringer Ingelheim Corporation |
| 3:23-cv-13131 | Cobb v. Glaxosmithkline, LLC |
| 3:23-cv-10741 | Coleman v. Ajanta Pharma USA, Inc. |
| 3:23-cv-15468 | Collier III v. Rite Aid Corporation |
| 3:23-cv-22089 | Collins v. Boehringer Ingelheim Corporation |
| 3:23-cv-10062 | Colwell v. Ajanta Pharma USA, Inc. |
| 3:23-cv-11221 | Conley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-82426-RLR | Connolly v. Boehringer Ingelheim USA Corporation |
| 3:23-cv-17272 | Contini v. Glaxosmithkline, LLC. |
| 3:23-cv-14965 | Conway v. Boehringer Ingelheim Corporation |
| 3:23-cv-10876 | Cooper v. Amneal Pharmaeuticals of New York, LLC |
| 3:23-cv-10517 | Cooper v. Aurobindo Pharma USA, Inc. |
| 3:23-cv-12097 | Cox v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11579 | Cox v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17769 | Cross v. Glaxosmithkline (America), Inc. |
| 3:23-cv-10496 | Crouch v. Ajanta Pharma USA, Inc. |
| 9:23-cv-80572 | Crow v. Boehringer Ingelheim |
| 3:23-cv-10564 | Crystal v. Apotex Corporation |
| 3:23-cv-13220 | Cucinotta v. Rite Aid Corporation |
| 3:23-cv-13375 | Cullen v. Glaxosmithkline, LLC |
| 3:23-cv-10567 | Culpepper v. Apotex Corporation |
| 3:23-cv-10075 | Cunningham v. Ajanta Pharma USA, Inc. |
| 3:23-cv-22301 | Cunningham v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15379 | Curci v. Rite Aid Corporation |
| 3:23-cv-10905 | Curry v. Boehringer Ingelheim Corporation |
| 9:23-cv-80574 | D. v. Boehringer Ingelheim |
| 3:23-cv-17310 | Daff v. Glaxosmithkline, LLC. |
| 3:23-cv-10744 | Daly v. Boehringer Ingelheim Corporation |
| 3:23-cv-19544 | Daniels v. Boehringer Ingelheim Corporation |
| 3:23-cv-13517 | Dau v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11131 | Daugherty v. Amneal Pharmacueitcals of New York, LLC. |

| | |
|---|---|
| 3:23-cv-18875 | David v. Boehringer Ingelheim Corporation |
| 3:23-cv-13533 | Davidson v. Boehringer Ingelheim Corporation |
| 3:23-cv-10597 | Davis v. Ajanta Pharma USA, Inc. |
| 3:23-cv-17977 | Davis v. Boehringer Ingelheim Corporation |
| 3:23-cv-13856 | Davis v. Glaxosmithkline, LLC |
| 3:23-cv-15469 | Davis v. Glaxosmithkline, LLC |
| 9:21-cv-81644-RLR | Davis v. Pfizer, Inc. |
| 9:21-cv-81717-RLR | DeGrazia v. Pfizer, Inc. et al |
| 3:23-cv-10915 | Degroot v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21297 | Dehmlow v. Boehringer Ingelheim Corporation |
| 1:20-cv-22149 | Deihimi v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15877 | Demarchis v. Glaxosmithkline, LLC. |
| 3:23-cv-18556 | Denuccio v. Boehringer Ingelheim Corporation |
| 3:23-cv-13316 | Dethman v. Glaxosmithkline, LLC |
| 3:23-cv-13545 | Di Benedetto v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11466 | Diamond v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12984 | Dickerson v. Rite Aid Corporation |
| 3:23-cv-10834 | Dixon v. Amneal Pharmaeuticals of New York, LLC |
| 3:23-cv-13662 | Dixon v. Glaxosmithkline, LLC. |
| 3:23-cv-15670 | Doggendorf v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-11021 | Donnell v. Apotex Corporation |
| 3:23-cv-11568 | Dooley v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-13108 | Douglas v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12893 | Dowdy v. Glaxosmithkline, LLC. |
| 3:23-cv-15144 | Downey v. Glaxosmithkline, LLC |
| 3:23-cv-13472 | Drost v. Glaxosmithkline, LLC. |
| 9:21-cv-80077-RLR | Duffy v. Glaxosmithkline, LLC. |
| 9:20-md-02924-RLR | Dunn v. Boehringer Ingelheim, et al. |
| 3:23-cv-10839 | Dynda v. Ajanta Pharma USA, Inc. |
| 3:23-cv-11984 | Easley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13046- | El v. Glaxosmithkline, LLC. |
| 3:23-cv-13487 | Elleson v. Glaxosmithkline, LLC. |
| 3:23-cv-12918 | England v. Glaxosmithkline, LLC. |
| 3:23-cv-19104 | English v. Glaxosmithkline (America), Inc. |
| 3:23-cv-15938 | Estrada v. Glaxosmithkline, LLC |
| 3:23-cv-20996 | Evans v. Boehringer Ingelheim Corporation |
| 3:23-cv-16416 | Eveler v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19200 | Faries v. Boehringer Ingelheim Corporation |
| 3:23-cv-16786 | Farmer v. Boehringer Ingelheim Corporation |
| 3:23-cv-10226 | Feldkamp v. Boehringer Ingelheim Corporation |
| 9:21-cv-81453-RLR | Felter v.  Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19824 | Fenswick v. Glaxosmithkline, LLC. |
| 3:23-cv-10079 | Ferrara v. Boehringer Ingelheim Corporation |
| 3:23-cv-11743 | Ferris v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12192 | Fetter v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:21-cv-01080 | Figeroa v. Glaxosmithkline, LLC |
| 3:23-cv-10395 | Finley v. Boehringer Ingelheim Corporation |

| | |
|---|---|
| 9:23-cv-80540 | Flanagan v. Boehringer Ingelheim |
| 3:23-cv-11179 | Fletcher v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-12383 | Fletcher v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-15436 | Ford v. Boehringer Ingelheim Corporation |
| 3:23-cv-10718 | Forster v. Glaxosmithkline, LLC. |
| 3:23-cv-22391 | Fosella v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17077 | Fratianni v. Ajanta Pharma USA, Inc. |
| 3:23-cv-21733 | Fredette v. Ajanta Pharma USA, Inc. |
| 3:23-cv-11072 | Freedland v. Apotex Corporation |
| 3:23-cv-14839 | Freeman  v. Boehringer Ingelheim Corporation |
| 3:23-cv-10293 | Freeman v. Boehringer Ingelheim Corporation |
| 3:23-cv-20163 | Frink v. Boehringer Ingelheim Corporation |
| 3:23-cv-20208 | Fuhs v. Boehringer Ingelheim Corporation |
| 3:23-cv-11386 | Fulton v. Amneal Pharmaeuticals of New York, LLC |
| 3:23-cv-17862-RLR | Gaines v. Boehringer Ingelheim Corporation |
| 3:23-cv-21255 | Gallagher v. Apotex Corporation |
| 3:23-cv-19253 | Garnes v. Boehringer Ingelheim Corporation |
| 3:23-cv-18896 | Garofalo v. Glaxosmithkline (America), Inc. |
| 3:23-cv-21343 | Garren v. Boehringer Ingelheim Corporation |
| 9:20-cv-81439 | Garrett v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20164 | Garrison v. Boehringer Ingelheim Corporation |
| 9:20-cv-81969-RLR | Garvey v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15974 | Gerahty v. Glaxosmithkline, LLC. |
| 3:23-cv-12900 | Gibbons v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11792 | Gibbons v. Glaxosmithkline, LLC. |
| 3:23-cv-10276 | Giberson v. Boehringer Ingelheim Corporation |
| 3:23-cv-19082 | Gilbert v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20165 | Gillian v. Boehringer Ingelheim Corporation |
| 3:23-cv-10161 | Gilman v. Glaxosmithkline, Inc. |
| 3:23-cv-14495-RLR | Glavish v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10514 | Glines v. Ajanta Pharma USA, Inc. |
| 3:23-cv-16264 | Goetsch v. Glaxosmithkline, LLC. |
| 3:23-cv-19928 | Goldsmith v. Boehringer Ingelheim Corporation |
| 3:23-cv-14221 | Gomez v. Glaxosmithkline (America), Inc. |
| 3:23-cv-12521 | Gonzalez v. Rite Aid Corporation |
| 3:23-cv-15054 | Graham v. Boehringer Ingelheim Corporation |
| 3:23-cv-16311 | Grant v. Boehringer Ingelheim Corporation |
| 3:23-cv-19275 | Gratch v. Boehringer Ingelheim Corporation |
| 3:23-cv-12514 | Graves  v. Boehringer Ingelheim Corporation |
| 3:23-cv-10907 | Graves v. Amneal Pharmaeuticals of New York, LLC |
| 9:21-cv-81680-RLR | Green v. Pfizer, Inc. |
| 3:23-cv-21662 | Greene v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13171 | Grimley Boehringer Ingelheim Corporation |
| 3:23-cv-13580 | Grosick v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22180 | Groves v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22055 | Guarriello  v. Boehringer Ingelheim |
| 3:23-cv-12251 | Guillen v. Boehringer Ingelheim Pharmaceuticals, Inc. |

| | |
|---|---|
| 3:23-cv-13808 | Gulley v. Rite Aid Corporation |
| 9:20-cv-82402-RLR | Hagerty v. Pfizer, Inc. |
| 3:23-cv-22008 | Hainsworth v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22104 | Hale v. Boehringer Ingelheim Corporation |
| 3:23-cv-15283 | Hall v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16421 | Hall v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-10518 | Hampton-James v. Boehinger Ingelheim Corporation |
| 3:23-cv-16975 | Hankerson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11374 | Hansut v. Boehringer Ingellheim Corporation |
| 3:23-cv-14420 | Hardeman v. Boehringer Ingelheim Corporation |
| 3:23-cv-12523 | Harris v. Rite Aid Corporation |
| 3:23-cv-11661 | Hart v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 9:21-cv-81683-RLR | Hartman v. Pfizer, Inc. |
| 3:23-cv-11712 | Hayman v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10179 | Hazelton v. Boehringer Ingelheim Corporation |
| 3:23-cv-12379 | Headley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12451 | Hedrick v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19323 | Heifner v. Boehringer Ingelheim Corporation |
| 3:23-cv-14478 | Henderson v. Glaxosmithkline, LLC |
| 3:23-cv-18063 | Henderson v. Glaxosmithkline, LLC. |
| 3:23-cv-18063 | Henderson v. Glaxosmithkline, LLC. |
| 3:23-cv-15622 | Henges v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-11791 | Hensley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-82223-RLR | Herrington v. Glaxosmith, LLC |
| 3:23-cv-15382 | Hicks v. Boehringer Ingelheim Corporation |
| 3:23-cv-17480-RLR | Higgs v. Boehringer Ingelheim Corporation |
| 3:23-cv-12182 | Hill v. Ajanta Pharma USA, Inc. |
| 3:23-cv-17755-RLR | Hill v. Boehringer Ingelheim Corporation |
| 3:23-cv-10858 | Hill v. Glaxosmithkline, Inc. |
| 3:23-cv-15767 | Hinton v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-13766 | Hitchcock v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12246 | Hodge v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20089 | Hoffman v. Boehringer Ingelheim Corporation |
| 3:23-cv-19101 | Hogan v. Boehringer Ingelheim Corp. |
| 3:23-cv-10402 | Hoge v. Boehringer Ingelheim Corporation |
| 3:23-cv-17084 | Holderman v. Glaxosmithkline, Inc. |
| 3:23-cv-16830 | Hollern v. Boehringer Ingelheim Corporation |
| 3:23-cv-17016 | Homburg v. Apotex Corporation |
| 3:23-cv-20172 | Hopkins v. Boehringer Ingelheim Corporation |
| 9:20-cv-82354-RLR | Horrivathkhah v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12708 | Houston v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11208 | Huffman v. Glaxosmithkline, LLC. |
| 3:23-cv-11878 | Hug v. Ajanta Pharma USA, Inc. |
| 3:23-cv-22505 | Huggins v. Boehringer Ingelheim |
| 3:23-cv-18133-RLR | Hulsey v. Boehringer Ingelheim Corporation |
| 3:23-cv-15981 | Human v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19182 | Hunt v. Boehringer Ingelheim Corp. |

| | |
|---|---|
| 3:23-cv-11921 | Hutchinson v.  Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-11098 | Hyte v. Aurobindo Pharma USA, Inc. |
| 3:23-cv-12176 | Irish v. Boehringer Ingelheim Corporation |
| 3:23-cv-13276 | Jeffers v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-19309 | Jennings v. Boehringer Ingelheim Corp. |
| 9:23-cv-80122 | Jesse v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15341 | Jiminez v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81685-RLR | Johnson v. Boehringer Ingelheim Pharmaceuticals Inc., et al. |
| 3:23-cv-11229 | Johnson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15128 | Johnson v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-15245 | Johnson v. Glaxosmithkline, LLC |
| 3:23-cv-14670 | Jones  v. Boehringer Ingelheim Corporation |
| 3:23-cv-13306 | Jones v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-82288-RLR | Jones v. Sanofi, SA |
| 3:23-cv-13408 | Jones-White v. Glaxosmithkline, LLC |
| 3:23-cv-17940 | Joyner v. Boehringer Ingelheim Corporation |
| 3:23-cv-16937 | Kamen v. Amneal Pharmaceuticals, LLC. |
| 3:23-cv-13463 | Kanelong v. Glaxosmithkline, LLC |
| 3:23-cv-13875 | Kebbo v. Glaxosmithkline, LLC. |
| 9:21-cv-80479 | Keeler v. Boehringer Ingelheim Pharmaceuticals, Inc |
| 3:23-cv-11153 | Keller v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13555 | Kelly v. Boehringer Ingelheim Corporation |
| 3:23-cv-22811 | Khani v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17868 | Kimberly v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12899 | Kimble v. Glaxosmithkline, LLC. |
| 3:23-cv-13460 | Kinney v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22591 | Kirk v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16224 | Kirkland  v. Boehringer Ingelheim Corporation |
| 3:23-v-16224 | Kirkland v. Boehringer Ingelheim Corporation |
| 3:23-cv-16935 | Kister v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18007 | Klass-Christopher v. Boehringer Ingelheim Corporation |
| 3:23-cv-13658- | Klett v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17631 | Kline v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11397 | Knops  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11515 | Kofidis  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-14349 | Kohler v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12864 | Kotula v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13176 | Kravljaca Boehringer Ingelheim Corporation |
| 3:23-cv-15383 | Lanni v. Boehringer Ingelheim Corporation |
| 9:20-cv-80834 | Lazarvitch v. Glaxosmithkline, LLC |
| 3:23-cv-10052 | Ledgin v. Boehringer Ingelheim Corporation |
| 3:23-cv-20177 | Ledune v. Boehringer Ingelheim Corporation |
| 3:23-cv-17866-RLR | LeGates v. Boehringer Ingelheim Corporation |
| 3:23-cv-10319 | Lester v. Boehringer Ingelheim Corporation |
| 3:23-cv-13317 | Lester v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13159 | Levine v. Boehringer Ingelheim Pharmaceuticals, Inc. |

| | |
|---|---|
| 3:23-cv-12412 | Lewis v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15889 | Lewis v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20663 | Lobraico v. Boehringer Ingelheim Corporation |
| 3:23-cv-10657 | Locatelli v. Boehringer Ingelheim Corp. |
| 3:23-cv-12954 | Lopez v. Rite Aid Corporation |
| 3:23-cv-12558 | Loveless v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 1:21-cv-21724-RLR | Lovell v. Glaxosmithkline |
| 3:23-cv-12316 | Lymon, Jr. v. Glaxosmithkline, Inc. |
| 9:21-cv-80773-RLR | Madera v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11311 | Majors v. Boehringer Ingelehim Corporation |
| 3:23-cv-15445 | Makris v. Boehringer Ingelheim Corporation |
| 3:23-cv-21491 | Malloy v. Boehringer Ingelheim Corporation |
| 3:23-cv-20967 | Mann v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11718 | Manning v. Boehringer Ingelheim Corporation |
| 9:21-cv-81691-RLR | Manno v. Pfizer, Inc. |
| 3:23-cv-19372 | Marotta v. Boehringer Ingelheim Corporation |
| 3:23-cv-12579 | Martin v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81889-RLR | Martin v. Sanofi USA, Inc. |
| 3:23-cv-11837 | Martinez v. Glaxosmithkline, LLC. |
| 3:23-cv-16776 | McCarthy v. Boehringer Ingelheim Corporation |
| 3:23-cv-15856 | McCaw v. Glaxosmithkline, LLC. |
| 3:23-cv-10219 | McClusky v. Boehringer Ingelheim Corporation |
| 3:23-cv-12570 | McConnell v. Glaxosmithkline, LLC. |
| 3:23-cv-12927 | McCuen v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-14896 | McDaniel v. Glaxosmithkline, LLC. |
| 3:23-cv-17636 | McDougald v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13299 | McGinnis v. Rite Aid Corporation |
| 3:23-cv-11624 | Mcgirr v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-14138 | Mckenzie v. Glaxosmithkline, LLC. |
| 3:23-cv-16424 | McLean v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81942-RLR | McMahon v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16817 | McManus v. Boehringer Ingelheim Corporation |
| 9:20-cv-81318-RLR | McManus v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10054 | Meadows v. Amneal Pharmaceuticals of New York, LLC |
| 3:23-cv-12282 | Menendez v. Glaxosmithkline, LLC |
| 3:23-cv-13155 | Mercer v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13169 | Merrigan v. Ajanta Pharma USA, Inc. |
| 3:23-cv-10263 | Merrill v. Boehringer Ingelheim Corporation |
| 3:23-cv-13030 | Michael v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 1:21-cv-23804 | Michetti v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| 3:23-cv-10310 | Miller - Schmid v. Ajanta Pharma USA, Inc. |
| 3:23-cv-11675 | Miller v.  Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-13312 | Mills v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-14885 | Mills v. Glaxosmithkline, LLC. |
| 3:23-cv-20133 | Mims v. Boehringer Ingelheim Corporation |
| 3:23-cv-16711 | Mitchell v. Boehringer Ingelheim Corporation |
| 3:23-cv-20190 | Mitchell v. Boehringer Ingelheim Corporation |

| | |
|---|---|
| 3:23-cv-22648 | Monaco v. Boehringer Ingelheim |
| 3:23-cv-13052 | Moneris-Gillman v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16431 | Moore v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13184 | Moore v. Rite Aid Corp. |
| 3:23-cv-12739 | Moran v. Rite Aid Corporation |
| 3:23-cv-10821 | Morgan v. Boehringer Ingelheim Corp. |
| 3:23-cv-10600 | Morgan v. Boehringer Ingelheim Corp. |
| 3:23-cv-18824 | Morris v. Boehringer Ingelheim Corporation |
| 3:23-cv-13396 | Mosley v, Rite Aid Corporation |
| 3:23-cv-18263 | Moss v. Glaxosmithkline (America), Inc. |
| 3:23-cv-14518 | Moss v. Glaxosmithkline, LLC. |
| 3:23-cv-22618 | Mullins v. Boehringer Ingelheim |
| 3:23-cv-22141 | Mullins v. Boehringer Ingelheim Corporation |
| 3:23-cv-13682 | Muniak v. Glaxosmithkline, LLC |
| 9:20-cv-82245-RLR | Murden v. Boehringer Ingelheim USA Corporation et al |
| 3:23-cv-18780 | Murray v. Boehringer Ingelheim Corp. |
| 3:23-cv-12271 | Murray v. Glaxosmithkline, LLC. |
| 3:23-cv-17598 | Naber v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17182 | Nelson v. Glaxosmithkline (America), Inc. |
| 3:23-cv-18481 | Nettleton v. Boehringer Ingelheim Corporation |
| 3:23-cv-15830 | Nevers v. Rite Aid Corporation |
| 3:23-cv-17127 | New v. Ajanta Pharma USA, Inc. |
| 3:23-cv-14314 | Newhouse v. Glaxosmithkline, LLC. |
| 3:23-cv-11696 | Noland v. Glaxosmithkline, LLC |
| 3:23-cv-12398 | Norhadian v. Glaxosmithkline, LLC |
| 3:23-cv-10856 | Nyler v. Boehringer Ingelheim Corporation |
| 3:23-cv-12884 | Oakley v. Glaxosmithkline, LLC. |
| 3:23-cv-19131 | Oddo v. Boehringer Ingelheim |
| 3:23-cv-19565 | Oney v. Glaxosmithkline (America), Inc. |
| 3:23-cv-11835 | Onorato v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-10785 | O'Reedy v. Apotex Corporation |
| 3:23-cv-19580 | Orndorff v. Boehringer Ingelheim Corporation |
| 3:23-cv-20228 | Otto v. Boehringer Ingelheim Corporation |
| 3:23-cv-14312 | Owens v. Glaxosmithkline, LLC |
| 3:23-cv-12475 | Page v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20233 | Palumbo v. Boehringer Ingelheim Corporation |
| 3:23-cv-22016 | Panzariello v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17530 | Parini, Jr. v. Boehringer Ingelheim Corporation |
| 3:23-cv-20504 | Park v. Chattem |
| 3:23-cv-11345 | Parrish v. Glaxosmithkline, LLC |
| 3:23-cv-10530 | Peace v. Ajanta Pharma USA, Inc. |
| 3:23-cv-10573 | Peace v. Amneal Pharmaceuticals of New ork, LLC. |
| 3:23-cv-11665 | Pearson v. Glaxosmithkline, LLC |
| 3:23-cv-17048 | Pelfrey v. Ajanta Pharma USA, Inc. |
| 3:23-cv-20245 | Perez v. Boehringer Ingelheim Corporation |
| 3:23-cv-22708 | Perretta |
| 3:23-cv-15545 | Perry v. Boehringer Ingelheim Pharmaceuticlas, Inc. |

| | |
|---|---|
| 3:23-cv-17543-RLR | Perryman v. Boehringer Ingelheim Corporation |
| 3:23-cv-17340 | Peterson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 1:20-cv-24191-RLR | Peterson v. Glaxosmithkline |
| 3:23-cv-12018 | Picard v. Glaxosmthkline, LLC. |
| 3:23-cv-15994 | Pierhal v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15347 | Pierson v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-21161 | Pinkham v. Boehringer Ingelheim Corporation |
| 3:23-cv-11473 | Plemmons v. Boehringer Ingelheim Corporation |
| 3:23-cv-16949 | Poplaski v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16520 | Potalivo v. Boehringer Ingelheim Corporation |
| 3:23-cv-22611 | Poullas v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12236 | Powell v. Amneal Pharmaeuticals of New York, LLC |
| 3:23-cv-16012 | Pratt v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20528 | Pruitt v. Boehringer Ingelheim Corporation |
| 3:23-cv-19159 | Pujol v. Glaxosmithkline (America), Inc. |
| 3:23-cv-16876 | Pulliam v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11074 | Qaimari v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:22-cv-81607-RLR | Quakenbush v. Unknown |
| 3:23-cv-15831 | Quijada v. Boehringer Ingelheim Pharmacueticals, Inc. |
| 3:23-cv-19435 | Quintal v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-15475 | Radford v. Glaxosmithkline, LLC |
| 3:23-cv-10722 | Randolph v. Boehringer Ingelheim Corporation |
| 3:23-cv-17008 | Rassi v. CVS Pharmacy, Inc. |
| 9:20-cv-81465-RLR | Rassouli v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10330 | Reid v. Ajanta Pharma USA, Inc. |
| 3:23-cv-10271 | Reynolds v. Amneal Pharmaceuticals of New York, LLC. |
| 3:23-cv-13681 | Rice v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-21181 | Richard v. Boehringer Ingelheim Corporation |
| 3:23-cv-10773 | Rickborn v. Aurobindo Pharma USA, Inc. |
| 3:23-cv-22172 | Ricks v. Glaxosmithkline, LLC. |
| 3:23-cv-12665 | Rider v. Glaxosmithkline, LLC |
| 3:23-cv-10824 | Riley v. Apotex Corporation |
| 3:23-cv-10810 | Rivera v. Boehringer Ingelheim Corporation |
| 3:23-cv-10598 | Roberts v. Apotex Corporation |
| 3:23-cv-10835 | Robinson v. Apotex Corporation |
| 3:23-cv-13285 | Robinson v. Glaxosmithkline, LLC |
| 3:23-cv-10919 | Rodriguez v. Amneal Pharmaeuticals of New York, LLC |
| 9:20-cv-80386 | Roeser v.  Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16738 | Rollings v. Boehringer Ingelheim Corporation |
| 3:23-cv-14959 | Rose v. Boehringer Ingelheim Corporation |
| 3:23-cv-10984 | Rubel v. Albertsons Companies, Inc. |
| 3:23-cv-14595 | Rutherford v.  Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-11231 | Ryba v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13353 | Sackett v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-14186 | Saetane v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:23-cv-80330 | Sagen v. Ajanta Pharma USA, Inc. |
| 3:23-cv-13358 | Saindon v. Boehringer Ingelheim Pharmaceuticals, Inc. |

| | |
|---|---|
| 9:20-cv-81545 | Sanchez v. Sanofi S.A. |
| 3:23-cv-21083 | Sandler v. Boehringer Ingelheim Corporation |
| 9:20-cv-82373-RLR | Santaniello v. Pfizer, Inc. |
| 3:23-cv-20259 | Santiago v. Glaxosmithkline (America), Inc. |
| 9:21-cv-80755-RLR | Sartin v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10541 | Satterwhite v. Boehinger Ingelheim Corporation |
| 3:23-cv-12938 | Saucedo v. Amneal Pharmaceuticals of New York, LLC |
| 9:20-cv-80932-RLR | Sayegh, Jacqueline (administrator of the estate of Nabil Sayegh)  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12837 | Sayre v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 9:21-cv-82499 | Scardillo v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-10545 | Schafer v. Amneal Pharmaceuticals of New York, LLC. |
| 3:23-cv-10036 | Schmidt v. Apotex Corporation |
| 3:23-cv-11465 | Schnake v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22009 | Schultz v. Boehringer Ingelheim Corporation |
| 3:23-cv-12630 | Scott v.  Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-12598 | Scott v.  Glaxosmithkline, LLC |
| 3:23-cv-12048 | Segar v. Amneal Pharmaeuticals of New York, LLC |
| 9:20-cv-80473-RLR | Seidita v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22671 | Self v. Ajanta Pharma USA, Inc. |
| 3:23-cv-16067 | Serda v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12082 | Sergeeff v. Apotex Corporation |
| 9:20-cv-82020-RLR | Serrano v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16315 | Sevlian v. Glaxosmithkline, LLC |
| 3:23-cv-11440 | Shaima v. Glaxosmithkline, LLC |
| 3:23-cv-10037 | Shalett v. Boehringer Ingelheim Corp. |
| 3:23-cv-20961 | Shalmiyeva v. Boehringer Ingelheim Corporation |
| 3:23-cv-12233 | Shamblin v. Boehringer Ingelheim Corporation |
| 3:23-cv-12032 | Shaw v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11433 | Shaw v. Glaxosmithkline, LLC. |
| 3:23-cv-12086 | Sheffey v. Apotex Corporation |
| 9:20-cv-81876-RLR | Shepherd-Harpold v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22517 | Shifflet v. Boehringer Ingelheim Corporation |
| 3:23-cv-12590 | Shilley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17163-RLR | Shoats v. Boehringer Ingelheim Corporation |
| 3:23-cv-13154 | Silvia v. Glaxosmithkline, LLC |
| 3:23-cv-17098 | Siravo v. Apotex Corporation |
| 3:23-cv-22857 | Slate v. ANDA Repository, LLC. |
| 3:23-cv-10724 | Smith v. Albertson's Companies, Inc. |
| 3:23-cv-11858 | Smith v. Amneal Pharmaeuticals of New York, LLC |
| 3:23-cv-11360 | Smith v. Apotex Corporation |
| 9:20-cv-82396-RLR | Smith v. Boehinger Ingelheim Pharmaceutials, Inc. |
| 9:23-cv-80571 | Smith v. Boehringer Ingelheim Corporation |
| 3:23-cv-14528 | Smith v. Glaxosmithkline, LLC |
| 3:23-cv-15416 | Smith v. Glaxosmithkline, LLC |
| 9:21-cv-80825-RLR | Smith v. Pfizer, Inc |

| | |
|---|---|
| 3:23-cv-17706 | Snodgrass v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11546 | Solet v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11219 | Sones v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81594-RLR | South v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. |
| 3:23-cv-19561 | Southerland v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11865 | Spangler v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:21-cv-81367-RLR | Spektor v. Amneal Pharmaceticals New York, LLC |
| 9:20-cv-82375-RLR | Spence v. Glaxosmithkline, LLC |
| 9:23-cv-80328 | Spicer v. Ajanta Pharma USA, Inc. |
| 3:23-cv-11422 | Standridge-Keller v. Boehringer Ingelheim Corporation |
| 3:23-cv-15307 | Stark v. Glaxosmithkline (America), Inc. |
| 3:23-cv-10939 | Stevens v. Apotex Corp. |
| 3:23-cv-12565 | Stewart v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11447 | Stoudemire v. Glaxosmithkline, Inc. |
| 3:23-cv-12216 | Stover v. Glaxosmithkline, LLC |
| 3:23-cv-11615 | Strunk v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11577 | Styles v. Glaxoemithkline, Inc. |
| 3:23-cv-13437 | Swanson v. Glaxosmithkline, LLC |
| 3:23-cv-20152 | Szcepkowski v. Boehringer Ingelheim Corporation |
| 3:23-cv-11871 | Szymkowiak v. Glaxosmithkline, LLC. |
| 3:23-cv-13057 | Tanger   v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 9:21-cv-80831-RLR | Taplin v. Boehringer Ingelheim Corporation |
| 3:23-cv-10716 | Tartt v. Glaxosmithkline, LLC. |
| 3:23-cv-13639 | Taubes v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-80912-RLR | Taylor, Dennis (executrix of the estate of Carol Taylor, deceased, and Dennis Taylor, individually)  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12540 | Tehama v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20268 | Terhune v. Boehringer Ingelheim Corporation |
| 3:23-cv-11985 | Terry v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11158 | Tes v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-18622 | Thompson  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21482 | Thompson v. Boehringer Ingelheim Corporation |
| 9:21-cv-81711-RLR | Thompson v. Pfizer, Inc. et al |
| 3:23-cv-12754 | Thompson v. Rite Aid Corporation |
| 9:20-cv-82338-RLR | Thornbor v. Boehinger Ingelheim Pharmaceticals, Inc. |
| 9:20-cv-81026 | Thorne, Jeane, Individually and as Representative of the Estate of Edward Thorne, deceased v. Sanofi Us Services, Inc. |
| 3:23-cv-18633 | Tillery  v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-13281 | Tilley v. Glaxosmithkline, LLC |
| 9:20-cv-81241 | Toberman, Carol, Individually and as representative of Jon Toberman, deceased v. Sanofi-Aventis US, LLC. |
| 3:23-cv-10236 | Todd v. Ajanta Pharma USA, Inc. |
| 3:23-cv-10238 | Tolliver v. Boehringer Ingelheim Corp. |
| 3:23-cv-10692 | Tomasick v. Amneal Pharmaceuticals of New York, LLC |
| 3:23-cv-12441 | Tortorello v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-20008 | Toth v. Boehringer Ingelheim Corporation |

| | |
|---|---|
| 3:23-cv-12373 | Totten v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11497 | Tougignant v. Rite Aid Corporation |
| 3:23-cv-17874-RLR | Townsend v. Glaxosmithkline (America), Inc. |
| 3:23-cv-17104 | Tyra v. Apotex Corporation |
| 3:23-cv-13469 | Undereiner v. Glaxosmithkline, LLC |
| 3:23-cv-12718 | Vale v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-16346 | VanSaun v. Glaxosmithkline, LLC. |
| 3:23-cv-22501 | Vasaeline v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11634 | Vaughn v. Boehringer Ingelheim Corporation |
| 9:20-cv-80375 | Vavra v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-11521 | Vencius v. Glaxosmithline, Inc. |
| 3:23-cv-12344 | Vrettos v. Glaxosmithkline, LLC |
| 3:23-cv-18558 | Waggoner |
| 9:20-cv-81877-RLR | Walker v. Boehringer Ingelheim harmaceuticals, Inc. |
| 3:23-cv-12693 | Walker v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-md-2924 | Walker v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. |
| 3:23-cv-21896 | Wallace v. Ajanta Pharma USA, Inc. |
| 3:23-cv-15937 | Wallace v. Glaxosmithkline, LLC |
| 3:23-cv-11191 | Ward v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21345 | Warr v. Boehringer Ingelheim Corporation |
| 3:23-cv-17632-RLR | Washburn v. Boehringer Ingelheim Corporation |
| 3:23-cv-10616 | Wasp v. Apotex Corporation |
| 3:23-cv-18853 | Waterman v. Boehringer Ingelheim Corporation |
| 9:20-cv-81736-RLR | Watkins v. Sanofi, SA |
| 3:23-cv-14190 | Watson v. Glaxosmithkline. LLC. |
| 3:23-cv-11523 | Watts v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81635-RLR | Weatherspoon v. Boehringer Ingelheim, et al. |
| 3:23-cv-18506 | Webb v. Glaxosmithkline (America), Inc. |
| 3:23-cv-17087 | Webb v. Glaxosmithkline, Inc. |
| 3:23-cv-13872 | Webb v. Glaxosmithkline, LLC. |
| 3:23-cv-16990 | Welch v. Glaxosmithkline, LLC |
| 3:23-cv-12015 | Wells v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-17234-RLR | Wheeler v. Boehringer Ingelheim Corporation |
| 9:23-cv-80106 | White v. Glaxosmithkline, LLC |
| 3:23-cv-11042 | White v. Glaxosmithkline, LLC. |
| 3:23-cv-22874 | White v. Glaxosmithkline, LLC. |
| 3:23-cv-14552 | Whitt v. Glaxosmithkline, LLC. |
| 3:23-cv-16906 | Widemann v. Glaxosmithkline, LLC |
| 3:23-cv-18845 | Wiley v. Boehringer Ingelheim Corporation |
| 3:23-cv-12854 | Wiley v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22356 | Wilkerson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-82028-RLR | Will v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22638 | Willems v. Glaxosmithkline |
| 3:23-cv-12448 | Williams v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-22526 | Williams v. Boehringer Ingelheim Corporation |
| 3:23-cv-21680 | Williams v. Boehringer Ingelheim Pharmaceuticals, Inc. |

| | |
|---|---|
| 3:23-cv-10715 | Williams v. Glaxosmithkline, LLC. |
| 3:23-cv-11346 | Wilson v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-11788 | Wilson v. Apotex Corporation |
| 9:21-cv-82537-RLR | Wilson v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 9:20-cv-81646-RLR | Wilson v. Sanofi US Services, Inc. |
| 3:23-cv-16335 | Winningham v. Glaxosmithkline, LLC |
| 3:23-cv-17278 | Winstead v. Glaxosmithkline, LLC. |
| 3:23-cv-11818 | Wood v. Boehringer Ingelheim Corporation |
| 9:20-cv-80471-RLR | Wright v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-12801 | Wright v. Glaxosmithkline, LLC |
| 3:23-cv-11330 | Wunschel v. Rite Aid Corporation |
| 3:23-cv-11367 | Ying-Gray v. Boehringer Ingelheim Pharmaceuticlas, Inc. |
| 3:23-cv-12008 | York |
| 3:23-cv-12238 | Young v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 3:23-cv-21956 | Zakszwski v. Zantac |
| 3:23-cv-14125 | Zarit v. Boehringer Ingelheim Corporation |
| 3:23-cv-13554 | Zuffoletto v. Boehringer Ingelheim Corporation |