UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |
|---|---|

THIS DOCUMENT RELATES TO:

| Jonathon Grubb and Doris Dennis | 3:23-cv-22911 |
|---|---|

## NOTICE OF APPEAL

Plaintiff in the above-referenced separate civil action through the undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the September 26, 2023, entry of Final Judgement in favor of all Defendants (D.E. 6974), as well as all prior adverse orders, which have now merged into the judgment.

Plaintiff's cases, not originally included on D.E. 6974, filed an Unopposed Motion for Judgment on October 18, 2023 (D.E. 7004). On October 19, 2023, the Court entered a paperless Order granting Plaintiff's Motion and deemed Plaintiff's case as included in D.E. 6974. Out of an abundance of caution, Plaintiff now files this Notice of Appeal.

Because the same orders and judgments ended the separate case listed above, a joint notice of appeal is appropriate under Federal Rule of Appellate Procedure 3(b).

Dated: October 20, 2023

Respectfully Submitted,

*/s/ T. Roe Frazer II*
T. Roe Frazer II
Thomas Roe Frazer III
FRAZER PLC

                                                    30 Burton Hills Blvd, Ste 450  
                                                    Nashville TN 37215  
                                                    T: (615) 647-6464  
                                                    roe@frazer.law  
                                                    trey@frazer.law

                                                    *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF electronic filings.

*/s/ T. Roe Frazer III*