# EXHIBIT A
## POST-PTO 81 DELINQUENT NON-DESIGNATED CANCER PLAINTIFFS

| Plaintiff Name(s)[5] | Case No. | Date Filed in / Transferred to MDL | Deadline to Serve Notice of Intent to Pursue NDC Claim |
|---|---|---|---|
| Mary Louise Lewis, Elisa Gathright | 9:20-cv-81644 | 9/11/2020 | 4/12/2023 |
| Todd Anderson | 9:22-cv-81999 | 12/30/2022 | 4/12/2023 |
| Sean Whitaker | 9:23-cv-80105 | 1/21/2023 | 4/12/2023 |
| Robert Buttery, Individually and as Expected Personal Representative of the Estate of Carol Buttery | 9:23-cv-80492 | 3/30/2023 | 5/29/2023 |

| Plaintiff Name | Case No. | Date Filed in / Transferred to MDL | Date Notice of Intent Filed | Deadline to Provide Expert Report[6] |
|---|---|---|---|---|
| Anthony Gallagher | 3:23-CV-23705 | 4/10/2023 | 3/23/2023 | 10/12/2023 |

---

[5] Two Delinquent Plaintiffs named herein, Sean Whitaker and Todd Anderson, also allege designated cancer claims. Please note the present motion seeks dismissal with prejudice only of their Non-Designated Cancer claims.

[6] *See* DE 6960 (granting second extension for Plaintiff to serve his required expert report).

1