**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2924<br>20-MD-2924 |
| _____/ | JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

**THIS DOCUMENT RELATES TO: 9:21-cv-81428-RLR**

Ricky Creel and Becky Creel
(Plaintiff Names)

### PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH DESIGNATED CANCER CASES

Plaintiffs, Ricky Creel and Becky Creel, designated cancer claimants, pursuant to Federal Rule of Civil Procedure 58, moves for an entry of final judgment in accordance with the judgment entered into by this Court in the listed Designated Cancer Cases. (Order Severing Bankruptcy Def., Vacating Prior Entry of Rule 54(B) J.s, Entering Rule 58 Final J. in Certain Designated Cancer Cases, and Requiring Additional Briefing, September 26, 2023, ECF No. 6974.).

1. Mr. And Mrs. Creel filed their original Short Form Complaint on September 21, 2021, alleging multiple products liability and negligence causes of action in addition to unjust enrichment. (Case No. 9:21-cv-81428-RLR, ECF No. 10)

2. On September 26, 2023, when the Court entered a Final Judgment in favor of Defendants in each case listed as a Designated Cancer Case, (Final J. September 26, 2023, ECF No. 6974-6), Mr. and Mrs. Creel were not listed on any of the exhibits so as to be included in the Final Judgment (See Ex. 1, ECF No. 6974-1) (Ex. 2, ECF No. 6974-2) (Ex. 3, ECF No. 6974-3) (Ex. 4, ECF No. 6974-4). While Mr. and Mrs. Creel's case is not included in the list, it is certainly a Designated Cancer Case and it was filed prior to November 15, 2021. Plaintiff Ricky Creel was

diagnosed with bladder cancer. It is one of the designated cancers, and the Short Form Complaint names the same defendants referred to in the Final Judgment. (Final J., September 26, 2023, ECF No. 6974-5)

3. In order to preserve the opportunity to appeal, Plaintiffs respectfully request this Court to enter Judgment in accordance with the Final Judgment filed on September 26, 2023, because this case is and should be considered a Designated Cancer case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION OF COUNSEL

Local Rule 7.1(a)(3), the undersigned hereby certifies that undersigned counsel for the Plaintiff has conferred with the Brand Name Manufacturer Defendants' lead/liason counsel and CVS's lead/liason counsel in a good faith effort to resolve the issues raised in the motion and all have authorized undersigned to assert to the Court that this Motion is unopposed. Please see email correspondence to this effect, Exhibits A and B.

Dated: November 1, 2023                                   Respectfully submitted:

**/s/ Michael C. Palmintier**
Michael C. Palmintier (LA Bar No.: 10288)
deGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana 70801
Telephone:    225-344-3735
Facsimile:     225-344-0522
Email: mcp@dplawla.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Michael C. Palmintier*
Michael C. Palmintier (LA Bar No.: 10288)