# Paula Acaldo

| | |
|---|---|
| **From:** | Rania Kajan <RKajan@KSLAW.com> |
| **Sent:** | Monday, October 30, 2023 4:15 PM |
| **To:** | Paula Acaldo; Julia Zousmer |
| **Subject:** | RE: Creel - Entry of Final Judgment |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Paula,

No objections from the Brand Defendants, but you will need to reach out to retailers' counsel (CVS) to obtain their consent, as this case did not fit the criteria for inclusion on any Exhibits the Brand Defendants prepared (7&8) given that the action was filed before 11/15/21 and also named non-Brand Defendants.

Best,
R.

---

**Rania Kajan**
*Senior Associate*

T: +1 404 572 2492  |  M: +1 404 476 1453  |  E: rkajan@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

**From:** Paula Acaldo <pacaldo@plgroupla.com>
**Sent:** Monday, October 30, 2023 4:30 PM
**To:** Julia Zousmer <jzousmer@kslaw.com>
**Cc:** Rania Kajan <RKajan@KSLAW.com>
**Subject:** Creel - Entry of Final Judgment
**Importance:** High

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Good Afternoon:

In reviewing the Courts Rule 58 Final Judgment Order (DE 6974) our clients, RICKY and BECKY CREEL (Case No. 9:21-cv-81428), were not included in any of the exhibits attached to the Order.
We wish to file an unopposed Motion for Entry of Final Judgment.  Please advise if you have any objections.

Thank you,

**EXHIBIT "A"**



Sdxod#Dfdogr#
Sduddnjdd#wr#Plfkdho#F1#Sdop lqwlhu#
Sdop lqwlhu#Odz #Jurxs#
94;#Pdlq#Vwuhhw#
Edwrq#Urxjh/#Orxlvldqd##:3;34#
Whohskrqh=##558067706:68#
Idfvlp loh=##558067703855#
Gluhfw=########558073;08564#
Qrwh#Qhz #Hpdlo=##sdfdogrCsojurxsod1frp #



CONFIDENTIALITY WARNING!!! This electronic message and any attachment(s) contain information which may be privileged and/or confidential. The information is intended for use only by the individual(s) or entity(ies) to which this electronic message is addressed. BE ADVISED that any unauthorized access, disclosure, copying, distribution or other use of the contents of this message/information and any attachment(s) is prohibited by federal law. Any attempt to intercept this message or its attachment(s) is in violation of 18 U.S.C. Sec. 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.