**Paula Acaldo**

| | |
|---|---|
| **From:** | Kapke, Kara <Kara.Kapke@btlaw.com> |
| **Sent:** | Wednesday, November 1, 2023 2:48 PM |
| **To:** | Paula Acaldo; Maguire, Robyn |
| **Subject:** | Re: [EXTERNAL] RE: Creel - Entry of Final Judgment - CVS |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from kara.kapke@btlaw.com. Learn why this is important

Paula - I found your email and can confirm we have no objection.

Kara Kapke
Barnes and Thornburg
(317) 509-9545

> On Oct 30, 2023, at 6:06 PM, Paula Acaldo <pacaldo@plgroupla.com> wrote:

**Caution: This email originated from outside the Firm.**

Good Afternoon:

In reviewing the Courts Rule 58 Final Judgment Order (DE 6974) our clients, RICKY and BECKY CREEL (Case No. 9:21-cv-81428), were not included in any of the exhibits attached to the Order.
We wish to file an unopposed Motion for Entry of Final Judgment. Please advise if you have any objections.

Thank you,

*Paula Acaldo*

Paula Acaldo
Paralegal to M Michael P. Palmintier
Palm intier Law Group
9818 Ann Street
Baton Rouge, Louisiana 70814
Telephone: 225.767.7706
Facsimile: 225.767.2855
Direct: 225073.08564
Note: New Em ail: pacaldo@plgroupla.com

Exhibit "B"



CONFIDENTIALITY WARNING!!! This electronic message and any attachment(s) contain information which may be privileged and/or confidential. The information is intended for use only by the individual(s) or entity(ies) to which this electronic message is addressed. BE ADVISED that any unauthorized access, disclosure, copying, distribution or other use of the contents of this message/information and any attachment(s) is prohibited by federal law. Any attempt to intercept this message or its attachment(s) is in violation of 18 U.S.C. Sec. 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.