UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

NOV 13 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Allen A. Love

    Plaintiff,

v.

                      Hon. Robin L. Rosenberg

                      Case No. 9:20-md-02924-RLR

GlaxoSmithKline Pharmaceutical Company

Pfizer Inc.

    Defendants.

_____/

MOTION FOR DEFAULT JUDGMENT....

    Now Comes Plaintiff Allen A. Love, acting in Pro se and move this Honorable Court to Enter Judgment against the Defendants' in this case for failing to plead or defend. See Fed. R. Civ. P. Rule 55(A) as Plaintiff is entitled to relief.

    As this Court is well aware of the argument concerning this case. At issue is the molecule called Nitrosodimethylamine better known as Ranitidine. Ranitidine commonly known as Zantac that alleviates heartburn. Plaintiff took this drug Zantac/Ranitidine for over six years and developed Bladder Cancer. See Appendix A Medication Summary. Doctor Tony Pinson gave his Pathological

1

Diagnosis Report and stated; "Bladder tumor transurethral resection, non-invasion papillary high-grade (3 of 3) urothelial carcinoma musculartis is present here. Invasion of muscularsis by urothelial carcinoma is not identified here. An operation was performed to remove the cancerous tumors from Plaintiff bladder. Plaintiff underwent endocystoscopy with a 22- french rigid cystoscope that was very painful during examination.

The Clerk for Western District Court of Michigan entered the motion for Entry of Default and Default Judgment, as it is a prerequisite to the default judgment remedies needed for failure to defend. Fed. R. Civ. P. Rule 55. See Appendix B.

Judge Robert J. Jonker gave both Defendants' an extension to response to the pleadings by August 4, 2023. Judge Jonker also acknowledge that Defendants' have not answered or moved in that court in response to the Complaint by the deadline that Court set. See Appendix C

To my knowledge all District Courts has discretion to visit and order default when the court find that Defendants' acted in bad faith throughout the litigation and for reasons other than there inability to comply, failed to obey a District Court Order to give a respond to the complaint. See **Eisle v. Stritzler** 535 F.2d 145; 21 Fed. R. Serv. 2d (Callaghan) 1380, (1st Cir. 1976). The Defendants' in this case have forfeited any opportunity to defend this case.

The use of default not only provides this Court with significant tools for enforcing compliance with rules of procedure, it thereby encourage orderly and efficient judicial system, but also serves to protect diligent parties who have acted expeditiously and in accordance with the rules. See Chandler Leasing Corp. v. UCC Inc.; 91 F.R.D. 81; 32 Fed. R. Sev. 2d (Callaghan) 1007; 1981 U.S. Dist. LEXIS 13632 (N.D. Ill 1981).

## HISTORY

On April 3, 2023 Plaintiff filed into the 9th Circuit Court in Kalamazoo, Michigan a Complaint against GlaxoSmithKline Pharmaceutical Company and Pfizer Inc. for selling and distributing a drug that causes cancer (Zantac/Ranitidine), the Court issued a Summon and Conplaint. Pfizer Inc. was served April 27, 2023 and had to May 26, 2023 to respond. GlaxoSmithKline was served May 4, 2023 and had to June 3, 2023 to respond, neither Defendant's file a response in the Court. See Appendix D

This case was then transferred in the Federal District Court of Western Michigan, when infact, the State Court had original jurisdiction over this case. Reasoning being, Michigan long-Arm statute MCL 600.705; MSA 27A. 705; provides for limited personal jurisdiction over non-resident individuals under certain circumstances. The statute states in part;

"The existence of any of the following relationship between an individual or his agent and that state shall constitute a sufficient basis of jurisdiction to enable a court of report of this state to exercise limited personal jurisdiction over the individual and enable the court to render personal judgment against the individual or his representative arising out of an act which create any of the following relationship;

1. The transaction of any business within the state;

2. The doing or causing an act to be done, or consequences to occur, in the state resulting in an action for tort;

6. Acting as a director, manager, trustee, or other office of a corporation incorporated under the laws of, or having its principle place of business within the state.

Pfizer Inc. did sale the produce Zantac/Ranitidine here in the State of Michigan and did violate the laws of this State by selling a product they knew cause cancer. GSK who acted in concert with Pfizer Inc. did designed and made a profit off this product they also knew had a active ingredient in Zantac/Ranitidine but withheld that information.

Rule 8.(B)(6) states; "An allegation other than the one relating to the amount of damages is admitted if a responsive pleading is required and the allegation is not denied".

WHEREFORE Plaintiff move this Honorable Court to grant the Default Judgment against Defendants' for failure to respond and defend. Defendants' have not responed in over eight months since the filing of the Summon and Complaint in State Court. And Grant such other relief as this Court might find that is just, equitable, and proper under the circumstances.

Respectfully ~~fully~~ Submitted

[signature]

DATED October 16 2023

I Allen A. Love, hereby certify that on October 16, 2023 the foregoing was filed to Attorney Michael Barnett for GlaxoSmithKline Pharmaceutical Company and Pfizer Inc. via mail service and to the United States District Court for the Southern District of Florida. Clerk of the Court was served with the foregoing institutional mail box rule in accordance with Rule 4.1(a) of the Rules of Procedure. I hereby certify under penalty of perjury that the foregoing is true and correct.

CC: Attorney Michael Barnett
    Clerk of the Court
    File

Mr. Allen Andrew Love #139804
3225 John Conley Drive
Inmate Corrections Facility
Lapeer, Michigan 48446

MDL

United States District Court
Southern District of Florida
Office of The Clerk-Room 8N
400 North Miami Avenue
Miami, Florida 33128-77

CERTIFIED MAIL

7019 0160 0000 5649 8859