UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                   20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**FINAL JUDGMENT**
(In Certain Non-Brand, Non-Designated Cancer Cases[1])

By Order dated December 30, 2020, this Court dismissed all claims asserted in the Master Personal Injury Complaint against the Generic Defendants, Repackager Defendants, Retailer Defendants, and Distributor Defendants as preempted under federal law (collectively, the "Non-Brand Defendants"). [DE 2512; 2513]. By Orders dated June 30, 2021, and July 8, 2021, this Court dismissed with prejudice all claims asserted in the Amended Master Personal Injury Complaint against the Generic Defendants as preempted by federal law. [DE 3716; 3750]. The Court also dismissed the remaining claim pending against the Retailer and Distributor Defendants as implausibly pled, without leave to amend. [DE 3716]. This Court has previously concluded that these dismissals entitled the Non-Brand Defendants to final judgments. *See, e.g.,* [DE 4595; 4664; 4665; 6310].

The cases identified in Exhibit A are Non-Designated Cancer cases that name only Non-Brand Defendants, in which no final judgment has yet been entered, and in which Plaintiffs filed a notice of appeal. On March 2, 2023, this Court issued an indicative ruling pursuant to Rule 62.1 in which it concluded that it would, if jurisdiction were returned by the Eleventh Circuit, enter a single final judgment under Rule 58. [DE 6310]. On September 8, 2023, the Eleventh

---

[1] Non-Designated Cancers are all cancers other than bladder, esophageal, gastric, liver, and pancreatic cancers.

Circuit remanded all appeals docketed under No. 21-12618 (the "*Chandler* appeal"), appeal No. 21-14325 (the "*Abdoo* appeal"), and appeal No. 23-10640 (the "*Sanders* appeal") for further proceedings by this Court consistent with the indicative ruling.

Accordingly, the Court enters **RULE 58 FINAL JUDGMENT** in each of the cases identified in Exhibit A as follows. For each case in which this final judgment is entered, the final judgment applies to every Defendant named in the operative pleading, such as the operative short-form complaint, with one exception: this final judgment does not apply to any claim against Defendant Par Pharmaceutical, Inc. because of the Court's earlier order severing Par. *See* DE 6974. Final judgment is not entered in favor of any Defendant that is not named in the operative pleading.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of November, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1

| REMANDED NON-BRAND, NON-DESIGNATED CANCER CASES | | | |
|---|---|---|---|
| **APPELLANT** | **MDL CASE NO.** | **NOA FILED** | **CANCER(S) NAMED** |
| Badore, Mark | 1:20-cv-23518 | 12/14/2021 | Lung |
| Beiber, Paul | 9:20-cv-81737 | 8/9/2021 | Colorectal |
| Bode, Frances and Donald | 9:20-cv-81788 | 8/9/2021 | Colorectal |
| Chandler, Frank | 9:20-cv-81865 | 8/4/2021 | Colon |
| David, Laura Ann | 9:20-cv-81860 | 12/14/2021 | Uterine |
| Davis, Carl | 9:20-cv-81037 | 8/9/2021 | Kidney |
| Dimond, Clarence | 9:21-cv-80360 | 12/14/2021 | Kidney |
| Foster, Paxton | 9:20-cv-81642 | 8/9/2021 | Kidney |
| Foster, Sharon and Kenneth | 9:20-cv-81597 | 8/9/2021 | Breast |
| Gathright, Elisa & Lewis, Mary Louise | 9:20-cv-81644 | 8/9/2021 | Breast; Kidney |
| Kibbee, Michael | 9:21-cv-80418 | 8/6/2021 | Kidney |
| Kretchmar, Louise | 9:21-cv-80767 | 8/9/2021 | Colorectal |
| Lam, Raymond | 9:21-cv-80843 | 8/9/2021 | Kidney |
| LeDoux, Judith | 9:21-cv-81294 | 12/14/2021 | Breast |
| Lovette, Christine & Robie | 9:20-cv-81040 | 8/9/2021 | Breast |
| Neal, Pamela | 1:20-cv-24734 | 12/15/2021 | Colorectal |
| Person, Jacqueline | 9:20-cv-81656 | 8/9/2021 | Breast |
| Spektor, Marina[1] | 9:21-cv-81189 | 8/6/2021 | Thyroid |
| True, Sandra | 9:20-cv-81720 | 8/9/2021 | Breast |
| Winters, Michael | 9:21-cv-80201-RLR | 12/14/2021 | Prostate |
| Yelton, Susan | 9:20-cv-81650 | 8/9/2021 | Breast |

---

[1] This case appears on the Eleventh Circuit's Dockets 21-12618 and 21-14325.  Plaintiff filed an additional MDL Docket member case on 8/6/2021 naming brands only, case 9:21-cv-81367. That case was dismissed in the Court's Final Order on 7/26/2023.