IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

Anthony Gallagher, 3:23-cv-23705
Sean Whitaker, 9:23-cv-80105
Robert Buttery, 9:23-cv-80492
Todd Anderson, 9:22-cv-81999
Mary Louise Lewis, Elisa Gathright, 9:20-cv-81644

**ORDER GRANTING DEFENDANTS' THIRD CONSOLIDATED MOTION PURSUANT TO PTO 84**

**THIS CAUSE** came before the Court on the Defendants' Second Consolidated Motion Pursuant to PTO 84 at docket entry 7092. For the reasons set forth in the Motion which the Court adopts and incorporates herein and the Plaintiff's failure to file any response, the Court **GRANTS** the Motion and finds that Plaintiffs in the above-referenced actions have failed to meet their obligations under the pretrial orders of this Court.

Accordingly, the above-referenced actions are **HEREBY DISMISSED WITH PREJUDICE**. The Clerk of the Court shall docket a copy of this Order in each of the cases referenced above.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of November, 2023.

Honorable Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE