11 Quill Rd

Levittown, Pa. 19057-2016

November 20, 2023

Phone# 215-945 4311

email- lostinspace2097@aol.com

Judge Robin L. Rosenberg                MDL NO.2924

Magistrate Judge Bruce E. Reinhart       20-MD-2924

400 N. Miami, Ave.

Miami Florida 33128-7716

D.C. Docket No. 9:20-md-02924-RLR

FILED BY _____ D.C.

DEC 05 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Your HONOR

My name is Erik Hillesland and I wish to Thank you for your help in the past, But without your help now I do not know what to do.

It is regards to my raniditidine case which I am confused my case was brought up in your court many of times and it went to the Pharma. companies but then my case went to Atlanta Georgia and i recently received a letter informing me that because of my responce to jurisdiction answer my appeal is being dismissed for lack of jurisdiction and no proof i was a plaintiff in any court for this. my problem is if my case was sent to Georgia, Why is my appeal dismissed from the United States District Court for the Southern District Of Florida.

Like i said in the past I took Raniditidine for 2 years and then i found out in 2020 I have cancer in my right Kidney it was removed and Kidney Diease stage 3a in left it has been 3 1/2 years and no signs of any more cancer and diease is holding at 3a stage.

I do not smoke and i am the only one in my family that ever had a Kidney removed or Diease

Please Help if you tell me that i must reappeal this case then I will

Sincerely

Erik Roy Hillesland

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 23-11047

Non-Argument Calendar

---

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION.

9:20-md-02924-RLR

---

ERIK ROY HILLESLAND,
CHANMEIKA HILL,

                      Interested Parties-Appellants,

versus

GLENMARK PHARMACEUTICALS, INC. USA,
MARLENE GOLDENBERG,
APOTEX CORP.,
MICHAEL MCCANDLESS,

2                    Opinion of the Court                    23-11047

BRAD ALDRIDGE, et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

_____

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

    Upon review of the record and the response to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction. Appellant lacks standing to bring this appeal because there is no evidence that he is, or ever was, a plaintiff in this action, and there is no indication that the district court has ever entered an appealable order that caused him injury. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003); *Mickles on behalf of herself v. Country Club, Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018).

CERTIFICATE OF SERVICE

I Erik Roy Hillesland Am sent this letter U.S.P.S. as to pro sea Litigant in the case againest Raniditidine Manufacturing to the clerk and judges of UNITED STATES DISTRICT COURT Southern District of Florida

Office of the Clerk RoomBN09 400 North Miami Avenue Miami, Florida,33128-7716



From:
11 Quill Road
Leittown, Pa. 19057-2016

MDL

Judge Robin Rosenberg
C/O United States District Court
Southern District of Florida
Office of The Clerk
Room BN09
400 North Miami Avenue
Miami, Florida, 33128,-7716