UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCT LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**This Document Relates to:**

*Alexander Valdes,* **Case No. 9:23-CV-81560**

## PLAINTIFF'S NOTICE OF FILING MOTION FOR REMAND AND MEMORANDUM OF LAW IN SUPPORT

Comes Now Plaintiff, ALEXANDER VALDES, by and through the undersigned counsel, and hereby Notifies this Court that a Motion for Remand and Memorandum of Law in Support were filed in this case in the original Court case, in the Southern District of Florida, Case No. 9:23-cv-81560, on January 12, 2024. This Motion was timely filed within thirty (30) days of the Notice of Removal. However, because of the Conditional Transfer Order finalized by the Judicial Panel on Multidistrict Litigation, the case was transferred to this Court prior to the Motion being filed. A true and accurate file-stamped copy of the Motion for Remand and Memorandum of Law in Support, including all exhibits, is attached hereto.

DATED: January 23, 2024     Respectfully submitted,

**PARAFINCZUK WOLF, P.A.**

*/s/ Justin Parafinczuk*
JUSTIN PARAFINCZUK
Fla. Bar No. 39898
Board Certified Civil Trial Attorney
JParafinczuk@Parawolf.com
JOHN A. BRUEGGER

Fla. Bar No. (PHV) 1037379
JBruegger@Parawolf.com
5550 Glades Road, Suite 500
Boca Raton, FL 33431
T: (954) 462-6700
F: (954) 462-6567

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will transmit Notice of Electronic Filing to counsel of record.

By: */s/ Justin Parafinczuk*