UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.
JAN 25 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION

Martin vs. Boehringer Ingelheim Pharmaceuticals, Inc., et al,. )
S. D. Indiana, C. A. No. 1:20-00449                           )

MDL No. 2924

Case 9:20-md-02924-RLR

### James Martin Request for Clarification

Plaintiff James Martin, as Pro-se filed his pro-se litigation for injuries and Complaint for damages against Defendants Sanofi S.A., Sanofi- Aventis U.S. LLC, Sanofi US Services Inc., Chattem Inc. (hereinafter collectively referred to as "Sanofi" or "Sanofi Defendants"), Boehringer Ingelheim Pharmaceuticals, Inc. (hereinafter referred to as "Boehringer"), and GlaxoSmithKline, LLC ("GSK") for the product (Zantac) causing his myeloma cancer. The plaintiff seeks a multiple of clarification as to his position with this lawsuit regarding his personal claim.

1. It appears by the thousands of documents, however never receiving a paper order that James Martin personal claim against the named defendant's was dismissed as myeloma wasn't part of the cancer included in the lawsuit.

2. Even after his personal case was dismissed and he filing a motio to be removed from the email docket, that his email (jamesamartin3@gmail.com) be removed from the docket as a party to be served with the daily filings. To date, the plaintiff receives at least one email daily regarding other litigants filings and orders.

3. Myeloma Cancer wasn't considered a cancer that was able to substantiate damages caused by the product (Zantac); and this plaintiff believes that his case was dismissed, however never receiving an Order indicating this, but still receives email daily regarding the latest filings.

4. The Plaintiff believes that through his research, myeloma is a cancer that is caused or contributed by the chemical compositions within the ingridients within Zantac.

## **Multiple Myeloma Cancer**

Multiple myeloma is a cancer that forms in a type of white blood cell called a plasma cell. Plasma cells help you fight infections by making antibodies that recognize and attack germs.

Multiple myeloma causes cancer cells to accumulate in the bone marrow, where they crowd out healthy blood cells. Rather than produce helpful antibodies, the cancer cells produce abnormal proteins that can cause complications.

Treatment for multiple myeloma isn't always necessary for people who aren't experiencing any signs or symptoms. For people with multiple myeloma who require treatment, a number of treatments are available to help control the disease.

Signs and symptoms of multiple myeloma can vary and, early in the disease, there may be none. When signs and symptoms do occur, they can include:

- Bone pain, especially in your spine or chest
- Nausea
- Constipation
- Loss of appetite
- Mental fogginess or confusion
- Fatigue
- Frequent infections
- Weight loss
- Weakness or numbness in your legs
- Excessive thirst

Doctors know that myeloma begins with one abnormal plasma cell in your bone marrow — the soft, blood-producing tissue that fills in the center of most of your bones. The abnormal cell multiplies rapidly. Because cancer cells don't mature and then die as normal cells do, they accumulate, eventually overwhelming the production of healthy cells. In the bone marrow, myeloma cells crowd out healthy white blood cells and red blood cells, leading to fatigue and an inability to fight infections.

The myeloma cells continue trying to produce antibodies, as healthy plasma cells do, but the myeloma cells produce abnormal antibodies that the body can't use. Instead, the abnormal antibodies (monoclonal proteins, or M proteins) build up in the body and cause problems such as damage to the kidneys. Cancer cells can also cause damage to the bones that increases the risk of broken bones.

Based upon recent testing by a popular independent laboratory and a resulting <u>petition filed with the FDA</u>, there are claims that Zantac (ranitidine) causes high levels of Nitrosodimethylamine (NDMA) exposure in patients. Essentially, the claims are that, aside from this testing, recent <u>studies</u> have confirmed that the unstable molecules of the medication break down in the digestive tract to create harmful levels of NDMA (especially if the ranitidine comes into contact with nitrites in the digestive tract). Based upon these claims, significant NDMA exposure could result from taking brand name or generic ranitidine products, regardless of where they were manufactured.

NDMA is listed by the International Agency for Research on Cancer (IARC) as a compound that is probably carcinogenic to humans, and by the US National Toxicology Program (NTP) as a compound reasonably anticipated to be a human carcinogen. In fact, NDMA is actually used in the research laboratory setting to induce cancer in rats.

Similar types of NDMA exposure have been linked to various primary cancers, including:

- Stomach

- Small intestine

- Colorectal

- Esophageal

- Liver

And, in more limited circumstances:

- Prostate (early onset)

- Pancreatic

- Leukemia

- Non-Hodgkin's Lymphoma

- Multiple Myeloma

       Wherefore, this plaintiff seeks clarification as t his personal claim, and for the Court to reconsider Myeloma as a part of the designated cancer to be a cause of the ingredients within Zantac, reinstate his lawsuit to proceed within the Class Action.

Dated: Jan 22nd, 2024

James Martin
735 ½ Center Street
Shelbyville, IN 46176
Jamesamartin3@gmail.com

## Certificate of Services:

I hereby certified that I have served a true copy of this motion to the defendants counsel on the date below by email.

rmb@gdldlaw.com
jcohen@wickersmith.com
Ruth.dapper@dlapiper.com
Christopher.strongosky@dlapiper.com
Mark.cheffo@dechert.com
uhenninger@kslaw.com
pschmidt@cov.com
abayman@kslaw.com
egladbach@kslaw.com
jjoachim@cov.com
aoneill@kslaw.com
csabnis@kslaw.com
lbarnhart@cov.com
jpetrosinelli@wc.com
anand.agneshwar@arnoldporter.com
oluoma.kas-osoka@arnoldporter.com
mahnu.davar@arnoldporter.com

Dated: Jan 22nd, 2024

James Martin
735 ½ Center Street
Shelbyville, IN 46176
Jamesamartin3@gmail.com

Mr. James Martin
735 ½ Center Street
Shelbyville, IN 46176

INDIANAPOLIS IN

20 JAN 2024

MDL

UDSC / Southern District of Florid
Office of the Clerk / Room 8N09
400 North Miami Ave.
Miami, Florida 33128-7716

33128-771699