2-13-24

TO: United States District Court
Southern District of Florida
400 N. Miami Ave
Room 8N09
Miami, FL 33128
305-523-5100

FILED BY ___ D.C.
FEB 20 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

TO: The Clerk of the Court

RE: MDL #2924
Your case # 9:20-md-2924
My case # 1:23-cv-13949, 1:23-cv-13951
1:23-cv-13952, 1:23-cv-13953

From: Rosemary (Rose) Vasaleck
17678 W. Country Club Terrace
Surprise, AZ 85387
623-231-5799

This is in regards too both letter Dated 2-1-24. I have repeatedly called & left a msg, noone ever answers. These are both extremely confusing. My cases have never been in Northern Illinois courts. So why would they be transferred to Southern Florida. My Judge has always been the Honorable Rosenberg. I need some explanation. Call me at the above mentioned phone number. Rosemary Vasaleck



Rose Vasalech
17678 W Country Club Ter
Surprise, AZ 85387

United States District Court
Southern District of Florida
400 N. Miami ave
Rm # 8N09
Miami, FL 33128



REC'D
FEB 20 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

PHOENIX AZ 852
14 FEB 2024 PM 5 L

33128-160549