UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2924** <br> **20-MD-2924** <br><br> **JUDGE ROBIN L. ROSENBERG** <br> **MAGISTRATE JUDGE BRUCE E. REINHART** |

_____/

**THIS DOCUMENT RELATES TO:**

*Campion v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80265 (S.D. Fla.).
*Cusick v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80271 (S.D. Fla.).
*Rascento v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80264 (S.D. Fla.).
*Rounds v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80266 (S.D. Fla.).

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND IN *CAMPION, CUSICK, RASCENTO,* AND *ROUNDS***

WHEREAS, on February 16, 2024, the Brand Defendants[1] filed a Notice of Removal in *Campion v. GlaxoSmithKline LLC, et al.*, No. 1:24-cv-00214 (D. Del.) (Dkt. 1).

WHEREAS, on February 16, 2024, the Brand Defendants[2] filed a Notice of Removal in *Cusick v. GlaxoSmithKline LLC, et al.*, No. 1:24-cv-00215 (D. Del.) (Dkt. 1).

WHEREAS, on February 16, 2024, the Brand Defendants[3] filed a Notice of Removal in *Rascento v. GlaxoSmithKline LLC, et al.*, No. 1:24-cv-00211 (D. Del.) (Dkt. 1).

---

[1] GlaxoSmithKline LLC, Pfizer Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corporation, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Patheon Manufacturing Services.

[2] GlaxoSmithKline LLC, Pfizer Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corporation, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Patheon Manufacturing Services.

[3] GlaxoSmithKline LLC, GlaxoSmithKline Holdings (Americas) Inc., and Pfizer Inc.

WHEREAS, on February 16, 2024, the Brand Defendants[4] filed a Notice of Removal in *Rounds v. GlaxoSmithKline LLC, et al.*, No. 1:24-cv-00217 (D. Del.) (Dkt. 1).

WHEREAS, on February 20, 2024, the Brand Defendants filed a notice of potential tag-along actions with the Judicial Panel on Multidistrict Litigation ("JPML"), identifying *Campion*, *Cusack*, *Rascento*, and *Rounds* as related to the claims in the *In re Zantac/ranitidine Products Liability Litigation* multidistrict litigation pending before this Court. MDL No. 2924 at Dkt. 1415 (J.P.M.L.).

WHEREAS, on February 27, 2024, the JPML issued Conditional Transfer Order 123 ("CTO-123"), conditionally transferring the *Campion*, *Cusack*, *Rascento*, and *Rounds* cases to the MDL proceedings in this Court. MDL No. 2924 at Dkt. 1419 (J.P.M.L.).

WHEREAS, on March 6, 2024, the JPML issued its Order transferring the four cases to the MDL proceedings before this Court. MDL No. 2924 at Dkt. 1423 (J.P.M.L.).

WHEREAS, on March 8, 2024, the above-referenced cases were transferred to the MDL proceedings before this Court. Dkt. 7239, 7240, 7241, 7242.

WHEREAS, the basis of the Brand Defendants' removal of the above-referenced cases from Delaware state court is that the Plaintiffs are Certified Federal Participants pursuant to Pretrial Order 72 and are required to file their claims in federal court. Plaintiffs dispute their status as Certified Federal Participants and intend to move to remand their cases back to Delaware state court on that basis. The parties have agreed to transfer of the above-referenced actions to this Court in order that the Court may resolve the dispute as provided for in Pretrial Order 72. *See* Dkt. 5348 at 4.

---

[4] GlaxoSmithKline LLC, Pfizer Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim USA Corporation, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Patheon Manufacturing Services.

WHEREAS, in the Delaware state court litigation, there are several hundred additional plaintiffs that Defendants have identified as potential Certified Federal Participants and who also re-filed claims in Delaware state court.  The parties are working to finalize the list of disputed Certified Federal Plaintiffs with actions currently pending in Delaware state court.  In the interim, the parties have agreed that the above-referenced cases will serve as "exemplar" cases so that the parties have the benefit of this Court's rulings as they work in good faith to resolve those disputes.

IT IS HEREBY STIPULATED, upon agreement of the parties, by and through their undersigned counsel, that:

1. The Brand Defendants do not oppose plaintiffs' leave to file a consolidated remand motion the above-referenced cases.

2. Pursuant to Pretrial Order 24, Plaintiffs shall file unopposed motions for leave to file their motions to remand with their motions to remand; however, the motions to remand will be deemed filed as of the date that the motions for leave are filed.

3. Plaintiffs will file their consolidated motion for remand on or before April 9, 2024; Brand Defendants will file their consolidated joint opposition to Plaintiffs' consolidated motion to remand by April 23, 2024; Plaintiffs' will file any reply in support of the consolidated motion to remand by April 30, 2024.

4. The consolidated motion and consolidated opposition shall not exceed thirty (30) pages.  The consolidated reply shall not exceed ten (10) pages.

Dated: March 19, 2024
*/s/ R. Brent Wisner*
R. Brent Wisner, Esq.
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
rbwisner@wisnerbaum.com
*Attorneys for Plaintiffs*

Dated: March 19, 2024 /s/ Anand Agneshwar
Anand Agneshwar
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
anand.agneshwar@arnoldporter.com

*Attorney for Defendants Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC*

Dated: March 19, 2024 /s/ Andrew T. Bayman
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583
Fax: (404) 572-5100
abayman@kslaw.com

*Attorney for Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim USA Corporation*

Dated: March 19, 2024 /s/ Mark Cheffo
Mark Cheffo
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500
Fax: (212) 689-3590
mark.cheffo@dechert.com

*Attorney for Defendants GlaxoSmithKline LLC and GlaxoSmithKline (Americas) LLC*

Dated: March 19, 2024 /s/ Joseph Petrosinelli
Joseph G. Petrosinelli
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024

Tel: (202)-434-5000  
Fax: (202)-434-5029  
jpetrosinelli@wc.com  

*Attorney for Defendant Pfizer Inc.*

**IT IS SO ORDERED.**

Dated:  March 19, 2024

                                                   **JUDGE ROBIN L. ROSENBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2024, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

                                            */s/ R. Brent Wisner*  
                                               R. Brent Wisner, Esq.