**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

*Campion v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80265 (S.D. Fla.).
*Cusick v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80271 (S.D. Fla.).
*Rascento v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80264 (S.D. Fla.).
*Rounds v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80266 (S.D. Fla.).

<u>**MOTION FOR LEAVE TO FILE A MOTION TO REMAND**</u>

Above-captioned Plaintiffs ("Plaintiffs"), by and through undersigned counsel, move for leave to file a Motion to Remand pursuant to Amended Pretrial Order # 24.  This Motion is unopposed and is filed pursuant to the Court's approval of the Parties stipulation.  Dkt # 7249. The Motion to Remand, which is attached, seeks remand of four cases that were originally filed in Delaware state court and illegally removed to federal court.

The Court should grant leave and permit the immediate filing of the motion because subject matter jurisdiction be resolved at the "earliest possible stage of the proceedings." *Am. Civil Liberties Union of Fla., Inc. v. City of Sarasota*, 859 F.3d 1337, 1340 (11th Cir. 2017) (emphasis added) (quoting *Univ. of S. Alabama v. Am. Tobacco Co.*, 168 F.3d 405, 409–10 (11th Cir. 1999).  Considering the advanced stage of this litigation, resolving this remand issue is important, as it will inform the underlying Parties about the propriety of removal in other pending actions in Delaware state court, of which there are over 70,000 pending cases related to oral NDMA exposure from ranitidine and cancer.

1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned, on behalf of Plaintiffs, conferred with all

parties or non-parties who may be affected by the relief sought in the motion in a good faith

effort to resolve the issues raised in the motion and has been unable to do so.


Dated: April 9, 2024                              Respectfully submitted,

*/s/ R. Brent Wisner*_____          */s/ Jennifer A. Moore*_____
R. Brent Wisner, Esq.                             Jennifer A. Moore, Esq.
rbwisner@wisnerbaum.com                    jennifer@moorelawgroup.com
**WISNER BAUM, LLP**                         **MOORE LAW GROUP, PLLC**
11111 Santa Monica Blvd Ste. 1750          1473 South 4th Street
Los Angeles, CA 90025                            Louisville, KY 40208
Telephone: (310) 207-3233                       Telephone: (502) 717-4080
Facsimile: (310) 909-8212                        Facsimile: (502) 717-4086


*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of April, 2024, the foregoing was filed electronically

through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.


<u>*/s/ R. Brent Wisner*</u>
R. Brent Wisner, Esq.