UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL No. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG MAGISTRATE
JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:

*Campion v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80265 (S.D. Fla.).

### DECLARATION OF WILLIAM H. CAMPION

I, William H. Campion, do hereby declare and state:

1. I am the personal representative of my late wife, Renee Campion, the Plaintiff in the above-captioned. I make this declaration based on my personal knowledge and I can testify competently to the facts herein.

2. To the best of my recollection, my wife purchased and used over-the-counter ranitidine products between 2007 and 2015.

3. I hired Wisner Baum, LLP (formerly known as Baum Hedlund Aristei & Goldman, PC) on May 29, 2022 to represent me in my Zantac case.

4. I authorized Wisner Baum to file my case on my behalf in Delaware state court.

5. I do not recall ever interacting with a firm other than Wisner-Baum regarding representation of my claim.

6. I never authorized any firm to file my case in federal court or to make me a certified federal participant.

7. If anyone filed my case in federal court or made me a certified federal participant, it was done without my knowledge or consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the  9  of April 2024 at _____CLAYMONT_____, ____DE.____.

*William Campion*
William Campion (Apr 9, 2024 21:46 EDT)
William H. Campion

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2024, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

                                            */s/ R. Brent Wisner*
                                              R. Brent Wisner, Esq.