UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                  20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG MAGISTRATE
JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

*Cusick v. GlaxoSmithKline LLC, et al.*, No. 24-cv-80271 (S.D. Fla.).

## DECLARATION OF CATHY WILLIAMS

I, Cathy Williams, do hereby declare and state:

1. I am the personal representative of my late father, Gaylon Cusick, the Decedent-Plaintiff in the above-captioned. I make this declaration based on my personal knowledge and I can testify competently to the facts herein.

2. To the best of my recollection, my father purchased and consumed both prescription and over-the-counter ranitidine products between 2000 and 2005.

3. I hired Wisner Baum, LLP (formerly known as Baum Hedlund Aristei & Goldman, PC) on July 9, 2020 to represent me in my Zantac case.

4. I authorized Wisner Baum to file a claim on my behalf in Delaware state court.

5. I do not recall ever signing a contract with any other firm.

6. I do recall speaking with another firm, Carey Danis & Lowe, LLC. However, I was under the impression that they were coordinating with Wisner Baum.

7. Additionally, I never authorized any firm to file my case in federal court or to make me a certified federal participant.

8. If anyone filed my case in federal court or made me a certified federal participant, it was done without my knowledge or consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the  9   of April 2024 at      Independence ML      ,     Mo     .

_____
Cathy Williams (Apr 9, 2024 18:26 CDT)
Cathy Williams

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2024, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ R. Brent Wisner*
R. Brent Wisner, Esq.