UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL No. 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG MAGISTRATE
JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO:

*Rounds v. GlaxoSmithKline LLC, et al.*,
No. 24-cv-80266 (S.D. Fla.)

### DECLARATION OF DAVID ROUNDS

I, DAVID ROUNDS, do hereby declare and state:

1. I am the Plaintiff in the above-captioned case. I make this declaration based on my personal knowledge and I can testify competently to the facts herein.

2. To the best of my recollection, I purchased and consumed over-the-counter ranitidine products between 1998 and 2010.

3. I retained Moore Law Group and Kagan Legal Group on October 30, 2020 to represent me in my Zantac case.

4. I authorized Moore Law Group to file a Zantac claim on my behalf in Delaware state court, which I understand was filed on September 13, 2022.

5. I do not recall ever signing a contract with any law firm other than Moore Law Group and Kagan Legal Group regarding my Zantac claim.

6. I never authorized any law firm to file my Zantac case in federal court or to categorize me as a "Certified Federal Participant." Instead, I only authorized Moore Law Group to file my Zantac claim in Delaware state court.

7. If anyone filed my Zantac case in federal court or categorized me as a "Certified

1

Federal Participant," it was done without my knowledge or consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th of April 2024 Hudson, Massachusetts.

_____
David Rounds

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2024, the foregoing was filed electronically through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

                                              */s/ R. Brent Wisner*
                                                  R. Brent Wisner, Esq.