UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)                 MDL NO. 2924
PRODUCT LIABILITY                           20-MD-2924
LITIGATION

                                         JUDGE ROBIN L. ROSENBERG
                          MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**This Document Relates to:**

*Alexander Valdes,* **Case No. 9:23-CV-81560**
*Edward Wilson***, Case No. 9:24-CV-80045**

### PETITION OF PLAINTIFFS' COUNSEL IN SUPPORT OF ITS REQUEST FOR REASONABLE FEES AND COSTS

Justin R. Parafinczuk hereby declares under penalty of perjury as follows:

1.      I am over 18 years of age.

2.      I am licensed to practice law in the State of Florida and am a managing partner in the law firm of Parafinczuk Wolf, P.A.

3.      Pursuant to this Court's Order Granting the Plaintiffs' Motions to Remand, dated February 28, 2024, and Motion for Sanctions, Claimants submit this affidavit incorporating evidence of its reasonable fees and costs incurred in prosecuting the motion for remand.

4.      Pursuant to Local Rule, 7.3(b), the parties have met and conferred in good faith in an attempt to resolve the dispute by agreement but were unable to resolve the issues. (See Certification of Good Faith, attached hereto).

5.      Exhibit A comprises the attorneys' fees related to time spent by attorneys prosecuting the Motion from beginning to end. These figures are drawn from contemporaneous

records of time. That amount is $84,762.50 for attorney fees.

6. Exhibit B is costs incurred, which includes the review by expert, Richard Diaz, as well as Lexis charges, totaling $15,208.89.

7. Exhibits C, D, E, F and G are affidavits supporting the veracity and accuracy of the time records set forth in Exhibit A.

8. The hourly rates set forth in Exhibit A apply only to work performed to prosecute Plaintiff's Motion in this action and are not representative of Plaintiffs' counsels' hourly rates in other litigation contexts, including but not limited to nationwide mass tort actions and class actions.

9. The hourly rates set forth in Exhibit A are appropriate in light of the average attorney rates in the South Florida area who practice mass torts and personal injury law in the Southeastern United States.

10. Exhibit H is the "Firm Resume" for the law firm of Parafinczuk Wolf, P.A., which includes a collection of attorney biographies.

11. Exhibit I is the Affidavit of Richard Diaz in support of the reasonableness of the attorney fee rates set forth in Exhibit A.

12. Plaintiffs' counsel respectfully requests the opportunity to supplement this record should any additional invoices containing costs attributable to the Motion are provided to counsel.

13. The total amount of the attorney's fees and costs submitted is $99,971.39.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

## CERTIFICATION OF GOOD FAITH

The undersigned certifies that the parties have met and conferred in a good faith effort to resolve the issues that are the subject hereof prior to filing this Petition.

Executed on the 26th day of April, 2024.

> */s/ Justin Parafinczuk*
> JUSTIN PARAFINCZUK
> Fla. Bar No. 39898
> Board Certified Civil Trial Attorney
> **PARAFINCZUK WOLF, P.A.**
> 5550 Glades Road, Suite 500
> Boca Raton, FL 33431
> T: (954) 462-6700
> F: (954) 462-6567
> JParafinczuk@Parawolf.com