UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION _____/ | MDL NO. 2924 20-MD-2924 JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |

**THIS DOCUMENT RELATES TO:**

*Alexander Valdes*, Case No. 9:23-CV-81560

*Edward Wilson*, Case No. 9:24-CV-80045

### BRAND DEFENDANTS' RESPONSE TO PETITION OF PLAINTIFFS' COUNSEL IN SUPPORT OF ITS REQUEST FOR REASONABLE FEES AND COSTS [DE #7276]

The Brand Defendants[1] ("Defendants") respond to the Petition of Plaintiffs' Counsel in Support of Its Request for Reasonable Fees and Costs [DE #7276] (the "Petition") as follows:

Although Defendants respectfully disagree with the Court's conclusion in its Order Granting the Plaintiffs' Motion to Remand [DE #7229] that "Defendants' removal was not objectively reasonable," Defendants—in the interest of dispute avoidance and focusing on the cases' merits—do not dispute the total amount of attorneys' fees and costs ($99,971.39) sought by Plaintiffs' counsel in the Petition and defer to the Court's assessment on the reasonableness of those fees and costs.

                                              Respectfully submitted,

                                              By: */s/ Anand Agneshwar*
                                                       Anand Agneshwar
                                                       **ARNOLD & PORTER**
                                                       **KAYE SCHOLER LLP**
                                                       250 West 55th Street
                                                       New York, NY 10019
                                                       Tel: (212) 836-8000; Fax: (212) 836-8689
                                                       anand.agneshwar@arnoldporter.com

---

[1] Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, GlaxoSmithKline LLC and Pfizer, Inc.

*Attorney for Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC*

*/s/ Andrew T. Bayman*
Andrew T. Bayman
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 572-3583; Fax: (404) 572-5100
abayman@kslaw.com
*Attorney for Defendant Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation,*

*/s/ Mark Cheffo*
Mark Cheffo
**DECHERT LLP**
Three Bryan Park
1095 Avenue of the Americas
New York, NY 10019
Tel: (212) 689-3500; Fax: (212) 689-3590
mark.cheffo@dechert.com
*Attorney for GlaxoSmithKline LLC*

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202)-434-5000; Fax: (202)-434-5029
jpetrosinelli@wc.com
*Attorney for Defendant Pfizer, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2024, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which sent a notice of electronic filing to all counsel of record.

By: */s/ Joanne M. O'Connor*
Joanne M. O'Connor
JONES FOSTER, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000; Fax: (561) 650-5300
JOConnor@jonesfoster.com

#5544930 v1 30916-00001