Dear Clerk,  5/30

FILED BY JC D.C.
MAY 29 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I am one of the Plaintiffs in Docket No. 9:20-md-02924-RLR INRE: Zantac (Ranitidine) Products Liability Litigation.

I understand some settlements have been paid as part of the settlement by the Defendant(s).

I need to know if there is anything I need to do to receive my settlement payment? Will I be contacted by the Defendant or do I need to contact them? If the latter, please provide me with their contact information.

I have enclosed a self addressed, postage paid, envelope for your reply.

Thank you for your time

Sincerely,
James D. Vandiver

Name: Vandivere, James
Number: 99078-011
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
22 MAY 2024 PM 6 L

MDL

99078-011
U S Courthouse
400 N Miami AVE
Attn: Court Clerks Office
Miami, FL 33128
United States

Legal Mail

33128-771699

REC'D BY _____ D.C.
MAY 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The enclosed letter was processed through special mailing procedures for forwarding to you. ... letter has neither been opened or inspected. If the writer ... may ... return the material ... or other ... if the writer ... to another addressee, please return the enclosed ... to the above address.

FEDERAL CORRECTIONAL INST. #1
P.O. B... ...
BUTNER, NO...
DATE: 5/21/24
"O" E "LEG" ...L

Legal Mail