UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

*Kwit v. Walgreen Co., et al.,* No. 9:24-cv-80121
*Santiago v. Walgreen Co., et al.,* No. 9:24-cv-80123
*Tutwiler v. Walgreen Co., et al.,* No. 9:24-cv-80124
*Vogel v. Walgreen Co., et al.,* No. 9:24-cv-80125

## ORDER GRANTING PLAINTIFFS' MOTIONS FOR REMAND

Plaintiffs' Motions for Remand are GRANTED and the cases shall be remanded back to the Circuit Court of Cook County, Illinois.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of June, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record