# EXHIBIT 1



July 3, 2024

**VIA ELECTRONIC MAIL ONLY**

Ashley Keller
Jason DePauw
J.J. Snidow
KELLER POSTMAN
1101 Connecticut Ave., N.W., Suite 1100
Washington, DC  20036

      **Re:**    ***Rounds v. GlaxoSmithKline, LLC, et al.*, Case No. 24-cv-80266**

Dear Counsel:

This letter is to confirm that Moore Law Group, PLLC represents David Rounds in his claim against the manufacturers of Zantac and has since October 2020.  Mr. Rounds has instructed Moore Law Group, PLLC to notify your firm that you do not represent Mr. Rounds and if any attorney-client relationship did exist it should be considered terminated.

If you have any questions, please do not hesitate to contact my office.

                          Very truly yours,

                          Jennifer A. Moore

1473 South 4th Street, Louisville, KY 40208   |   T: (502) 717- 4080   |   F: (502) 717- 4086   |   MooreLawGroup.com