FILED BY _JO_ D.C.
AUG 0 7 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

11 Quill Rd

Levittown, Pa. 19057-2016

July 31, 2024

Phone# 215-945 4311

email- lostinspace2097@aol.com

Judge Robin L. Rosenberg                MDL NO. 2924

Magistrate Judge Bruce E. Reinhart       20-MD-2924

400 N. Miami, Ave.

Miami Florida 33128-7716

D.C. Docket No. 9:20-md-02924-RLR

Your HONOR

My name is Erik Hillesland and I wish to Thank you for your help in the past.

This is a rescent update on my Kidney Diease>

I'm writing you this letter to ask you if you may reconsider your decision about ranitidine, which you made a decision in September 2023.

The original I writing you this letter is because I am not an lawyer for scientists I just live life, you see the information about me give you may or may that help you reconsider your decisions. First of all always been known as a little storyteller.

First story is about a friend of mine who smoke cigarettes and was diagnosed with bladder cancer he had over the course of five years 11 procedures to remove some cancer cells from his bladder. But he did not want to give up his cigarette smoking even though somebody showed him by way of the Internet information that states the number one leading cause of bladder cancer is smoking. But even want to listen, then one day his doctor informed him that he cannot do this procedure anymore as he was just defeating the purpose so the doctor suggested for my friend to have his bladder removed and 62 years old, he retired early so he may have this procedure done but he still didn't want to give up the smoking of cigarettes, so October of six years ago he had his bladder removed and carried a round a bag at first he looked really good but he didn't give up smoking two months later that doctors found out that by having the bladder removed cancer now needs a different place to go so the cancer went throughout his body and within three months he died. But until the very end he didn't give up his cigarettes.

Also remember the cigarette stories from the 60s the cigarette manufacturers was hiding the fact that their was causing cancer and that the only thing the Surgeon General could do was put on the side of the boxes that it read it was determined that the Surgeon General determines cigarette smoking may be hazardous to your health.

It wasn't until the 90s that was determined that cigarette smoking from many different chemicals in it can cause cancer not may but now the warnings are more severe on the packaging.

I'm just letting you know the stories hoping you will change your opinion on the ranitidine because rumor has it that if nothing is found by the judges they're going to put it back on the market, is that what people want to be done,

my story goes as follows I took ranitidine for two years then found out I had 6 cm mass in my right kidney and Kidney Diease on left.

It is now been four years since my right kidney was removed for cancerous purposes and let kidney was diagnosed with stage IIIA kidney disease.

As I said earlier I am not a lawyer, but monitoring my kidney I still believe ranitidine that we have something to do with this, as I stated before I lost my right kidney to cancer but there is no kidney cancers in my family passed or present that I am the only one who's ever lost a kidney in my family, much less kidney disease on my left side.

I was told kidney disease comes from high blood pressure, but I am sending you a copy of my recent oncology report CAT scan that states for a man of 64 my heart is a perfect size and that cancer that was in my right kidney I've had no chemotherapy or radiation of any time I do not have any cancer in my left kidney at all. Just a cyst which are keeping an eye on, but cyst have been known to turn cancerous, my last cyst was on my right kidney 14 years ago on the outside of my kidney but the cancer growing inside of my kidney, the cyst I have on my left side is Benign but we were keeping an eye on.

In recent events kidney disease made my job harder, what I mean by that is the company him working for ran into hard times. So what they did was they double down on my duties I started in production work my way in the maintenance and was trying to complete my years with the company in the maintenance department while at the same time keeping my creatinines at a manageable rate of 1.6 which is good I was told, but my company put me on the floor to work in production knowing that I had kidney disease and that excess of strain and the excessive heat caused my creatinines to go a little higher, which coincidentally I had to have blood work which noted that my creatinines went to 1.89 so I went to my kidney specialists and family doctor and got notes and stated that my body cannot take the heat so because of that and the kidney disease there letting me go , which means after 27 1/2 years almost 28 years of helping his company out there letting me go because they cannot work with my light duties as required by

my specialists and Dr.

My goal was to work till I was only 67 years old but due to recent events in my life I know knowing I have a mortgage to pay and bills to pay my hand was forced into taking an early retirement or live on the street, so as of right now the decision to make was to retire early and get less from Social Security.

Which as of yesterday July 30 2024 I went to my Social Security building went to apply for Social Security disability which would've taken 4 to 6 months I opt out and took an early retirement all because of this kidney disease which is not my family, I'm sending you documentation of everything that states that.

Like I said earlier that this had been a cancerous I am and I've still been taken ranitidine that cancer could have taken out my left side by now and I would be on dialysis, all because of the ranitidine drug I took for acid refux disease which I know I had but I tried to get it under control so I took ranitidine and that's the mess it got me into. So please see that the drug ranitidine can and did cause cancer to us, and please take all the kidney disease and kidney cancer often non-designated list, it should've stayed on the designated list because if it goes to your body ignored your kidneys and it caused this damage to my body which up until me taking this drug all I had to worry about was acid reflux disease now I take nothing for acids and all I take at night is maybe one chewable acid reducer for excessive acids in the stomach, and do not eat anything after 3:30 PM.

Thank you for all you've gone and please I hope this letter helps other than anyway I feel like a human petri dish because once the cancer was removed and never come back and now that I'm retired at 64 1/2 years old I hope asked for my doctors I can monitor my kidney disease and keep my kidney working like it should for the remainder of my life.

Also please now that I am retired and I need your help very much to decide in favor of all of us so this ranitidine does not go to market again and no one has to go through what we all have gone through so far.

I tried to get an attorney to help out with my case but like so before soon as I mention kidneys keep telling me that it's a nondesignated cancer and is nothing they can do.

So like I said I'm pleading with the court help me thank you for all your help in keeping this case alive and showing that it possibilities something or break them you will finally get to see the world through.

Also if needed and you issue me a letter to come down to Florida now that I am retired, I would come down there with my documentations and a witness on the stand, to tell the truth the whole truth and nothing but the truth shall help me God.

Sincerely

Erik Roy Hillesland

Microsoft Bing    can ranitidine cause kidney cancer                                Sign in   35 

All    Images    Videos    Maps    News    Shopping    : More

2,250,000,000 Results    Any time ▾    Open links in new tab 

## Kidney Cancer Treatment | Information For Patients
rcctreatmentoption.com ▾
Ad Discover Info About This Treatment Option For Certain Patients With Advanced **Kidney Cancer**

**FAQs**
Find FAQs For This Treatment Option On The Official Patient Site

**How This Treatment Works**
Learn More About How This FDA-Approved Treatment Works.

**Clinical Trial Info**
Review Clinical Trial Results For This FDA-Approved Treatment Option.

**Patient Resources**
Find Patient Resources On The Official Site.

**Dosing Information**
Get Dosing And Treatment Schedule Information.

See results only from rcctreatmentoption.com

## Cleveland Clinic Urology | Kidney Cancer Guide
https://pages.clevelandclinic.org/clevelandclinic/urology ▾
Ad Knowing Your Options Is the First Step. Access Our Guide to Learn More About **Cancer** Care. Learn the Facts About **Kidney Cancer** and Decide What Treatment Option Is Right for You.

## What Is Kidney Cancer? | Free Guide Available
https://lp.foxchase.org/**kidney-cancer**/about ▾
Ad Have Questions About **Kidney Cancer**? Learn About Symptoms, Risk Factors, And Treatments. Our Free Guide Contains Everything You Need To Know About The Disease.

## Cancer Caused By Zantec | Get a Response Within 24 Hours
https://www.consumersafety.org/lawsuit/evaluation ▾
Ad Have you taken **Ranitidine** & been diagnosed with **cancer**? You may eligible for compensation. Get a Free and Confidential Evaluation.

## Effects Of Cancer | Memorial Sloan Kettering | mskcc.org
Ad https://www.mskcc.org/**cancer**-care/experts ▾

## Yes
According to 3 sources

**Ranitidine can damage kidneys** because it contains a chemical called NDMA (N-Nitrosodimethylamine), which can cause kidney cancer and reduced kidney function. Acid Reflux Medications There are two commonly prescribed types of medication for acid reflux: H2 blockers and Proton Pump Inhibitors (PPI).

In 2019, pharmaceutical lab tests showed that Zantac and other drugs that contain ranitidine produced dangerous levels of a carcinogen known as N-Nitrosodimethylamine, commonly referred to as NDMA. NDMA is a known animal carcinogen and a probable human carcinogen that **can increase the risk of developing kidney cancer.**



**Jefferson Health.**

Jefferson Family Medicine Fairless Hills
535 S Oxford Valley Road
Fairless Hills PA 19030-2612
Phone: 215-946-3100
Fax: 215-946-9965

Erik Roy Hillesland
11 Quill Rd
Levittown PA 19057-2016

July 29, 2024

Patient:          Erik Roy Hillesland
Date of Birth:   2/10/1960
Date of Visit:   7/29/2024

To Whom It May Concern:

It is my medical opinion that Erik Hillesland may return to light duty immediately with the following restrictions: avoid strenuous activity, no lifting >10lbs, and no frequent bending or twisting. Current medications can cause dizziness, particularly with position change.

If you have any questions or concerns, please don't hesitate to contact me.

Sincerely,


John T Kane, DO

---

RE: Hillesland, Erik, DOB: 2/10/1960                                                       Page 1
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

## NEPHROLOGY AND HYPERTENSION ASSOCIATES, P.C.

MUHAMMAD ANIS, M.D.  CHRISTOPHER FRANKEL, M.D.
SHALINI BARLAPUDI, M.D.  AL JONATHAN LEE, D.O.
CHRISTINE HOOPER, MSN, CRNP

Tel. (215) 757-5772        370 MIDDLETOWN BLVD SUITE 504        Fax (215) 757-5494
OXFORD SQUARE
LANGHORNE, PA 19047

29 July 2024

Re: Eric Hillesland
DOB: 02/10/1960

To whom it may concern:

Mr. Eric Hillesland is currently under my care. His health is prohibitive for him to have prolonged and frequent

exposures to high heat environments. His health requires him to have free and easy access to fluids at all times and also frequent

breaks throughout the day as needed. Please call for questions.

.Dr. Al Jonathan Lee

 **Trinity Health**

Outside Information

# Results

CT Abdomen wo and w Contrast (Order 56734283)

ⓘ **Information displayed in this report may not trend or trigger automated decision support.**

## CT Abdomen wo and w Contrast
Order: 56734283

**Impression**
1. Postsurgical changes of prior right nephrectomy. No evidence of residual or recurrent mass within the right renal fossa.
2. "Misty mesentery" appearance, which is nonspecific but most commonly suggests a low-level inflammatory process such as mesenteric panniculitis. Other differential considerations such as sclerosing mesenteritis or low-grade lymphoma could also demonstrate such an appearance. Recommend follow-up contrast-enhanced CT of the abdomen in 6-12 months to reevaluate appearance of this finding.
3. Findings suggestive of chronic esophagitis/gastroesophageal reflux disease. Small hiatal hernia is noted just above the expected location of the GE junction.
4. Other chronic/incidental findings as detailed in the body of the report.

Communication: Routine.
-------- FINAL REPORT --------
Dictated By: McCollum, Michael
Dictated Date: 07/01/2024 09:05 ET
Assigned Physician: McCollum, Michael
Reviewed and Electronically Signed By: McCollum, Michael
Signed Date: 07/01/2024 09:18 ET
Workstation ID: LHHSRADC90
Transcribed By: Self Edit
Transcribed Date: 07/01/2024 09:05 ET

**Narrative**
HISTORY: 64 years old; Male; Z85.528; malignant neoplasm of the right kidney. Status post right nephrectomy in June 2020.

TECHNIQUE: CT ABDOMEN WO AND W CONTRAST (ax/cor/sag reformats). Ionizing radiation dose reduced via iterative reconstruction/FBP blend and body size kV/mA adjustment. Patient exposure information sent to ACR dose registry. Utilization of standard nomenclature applied.

COMPARISON: None.

FINDINGS:
LOWER CHEST: Heart size is normal. Lung bases and associated pleural spaces appear clear.
HEPATOBILIARY: Normal hepatic size and attenuation. No enhancing hepatic lesion. No calcified gallstone. No intra or extrahepatic biliary ductal dilation.
PANCREAS: No mass, parenchymal calcification or ductal dilatation.
SPLEEN: Size is within normal limits. No suspicious mass.
ADRENALS: No suspicious nodule or hyperplasia.
KIDNEYS: Postsurgical changes of prior right nephrectomy. No enhancing lesion within the right renal fossa. No left-sided hydronephrosis or hydroureter. No renal calculus. There is a benign-appearing well-circumscribed ovoid low-attenuation cystic lesion within the interpolar region of the left kidney measuring up to 0.7 cm. No discrete enhancing renal mass.
BOWEL: There is mild circumferential wall thickening of the distal esophagus, suggesting chronic esophagitis/gastroesophageal reflux disease. There is a small hiatal hernia. Stomach is incompletely distended and is therefore poorly evaluated. Small bowel and colon within the imaged portions of the abdomen are normal in

caliber. The appendix is normal. Serpiginous suture within the right lower quadrant inferior to the cecum; correlate with prior surgical history. Moderate volume of stool throughout the imaged colon.
RETRO/PERITONEUM: No aneurysm. No pathologically enlarged abdominal or pelvic lymph nodes. However, there is ill-defined "misty mesentery" appearance within the midline abdominal mesentery above the level of the umbilicus, best seen on series 7, images 57-70). There are increased number of subcentimeter (by short axis measurement) mesenteric lymph nodes at this location, the largest measuring 1.6 x 0.7 cm on series 7, image 64.
MSK: No fracture or malalignment. No suspicious lytic or blastic osseous lesion. Mild multilevel degenerative changes of the lower thoracic and upper to mid lumbar spine. There is a tiny fat-containing umbilical hernia. Partially imaged asymmetric thinning involving the right lateral oblique musculature, likely postsurgical in etiology (series 7, images 84-87).
Exam End: 07/01/24  8:26 AM
Specimen Collected: 07/01/24  9:05 AM
Received From: Trinity Health

Last Resulted: 07/01/24  9:18 AM
Result Received: 07/02/24  9:48 AM

View Encounter   Received Information

Erik Roy Hillesland
11 Quill Rd Levittown Pa.
19057-2016

MDL

ATTN: MAGistrate Judge Bruce E. Reinhart
Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami Florida 33128-7716
D.C. Docket No. 9:20-md-02924 RLR

MDL NO 2924    20 m?