Judge Rosenberg,

I recently sent you and Judge Bruce Reinhart information on my prostate cancer metastasizing to my right hip.

I mentioned I was 92 years old but neglected to send my birth certificate.

Regards,
William A. Coll

**VERIFY PRESENCE OF WATERMARK · HOLD TO LIGHT TO VIEW**

# The Commonwealth of Massachusetts



CT 3204135

## TOWN OF GREAT BARRINGTON

## CERTIFICATE OF BIRTH

**REGISTRATION NUMBER: 16**

I, the undersigned, hereby certify that I am the Clerk of the Town of Great Barrington, County of Berkshire, and Commonwealth of Massachusetts; that as such I have custody of the records of Birth required and that the following is a true copy of so much of said record as relating to said birth, namely *William Arthur Call*.

| # | Field | Value |
|---|---|---|
| 1. | Name of Child | *William Arthur Call* |
| 2. | Date of Birth | *February 20, 1932* |
| 3. | Place of Birth | *Great Barrington, MA* |
| 4. | Sex | *Male* |
| 5. | Name of Father | *Arthur J. Call* |
| 6. | Residence of Father | *Great Barrington, MA* |
| 7. | Birthplace of Father | *Boston, MA* |
| 8. | Occupation of Father | *Carpenter* |
| 9. | Maiden Name of Mother | *Agnes M. MacDonald* |
| 10. | Residence of Mother | *Great Barrington, MA* |
| 11. | Birthplace of Mother | *Kimberley, South Africa* |
| 12. | Date of Record | *February 27, 1932* |

FILED BY ___cb___ D.C.
SEP 05 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

And I do hereby certify that the foregoing is a true copy from said records. Witness my hand and seal of said Town of Great Barrington on this date, *Monday, August 27, 2018*.

TOWN CLERK: *Marie Y Ryan, MMC*



**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**



William A. Call
119 Robert Rd
Dedham, MA 02026
MDL No. 2924
20-md-2924

Retail
BROCKTON MA 023
26 AUG 2024
U.S. POSTAGE
FCM LETTER
DEDHAM
AUG 26,
33128
RDC 99
$0.7
S2324K50

Hon. Judge Robin
U.S. District Cou
400 North Miami
Miami, Florida