LONNIE LEE POSLOF JR.
CDCR# BE-0659
S.V.S.P. Z9-129-L
31625 HWY 101 S.
P.O. BOX 1050
SOLEDAD, CA. 93960
(PRO-SE)
EMAIL: "jjservices93960@gmail.com"
KEITH HAMPTON
390 SOUTH 950 EAST
LAYTON, UT. 84041
(PRO-SE)

FILED BY _JA_ D.C.

SEP 1 6 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LONNIE LEE POSLOF JR., ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> IN RE: ) <br> ZANTAC CORPORATION, ) <br> DEFENDANT(S) ) <br> _____ ) | case NO: 9:20-MD-02924-RLR <br><br> COMPAINT FOR DECLARATORY AND COMPENSATORY RELIEF AND FOR INJUNCTIVE RELIEF <br><br> "DEMAND FOR JURY TRIAL" |

## COUNT 1
### (LONNIE LEE POSLOF JR.)

1. PLAINTIFF, Lonnie Lee Poslof Jr., (Hereafter as "POSLOF"), is an individual who resides in the County of Monterey, California, The District of Northern of Californai, and the Defendant "ZANTAC" (Ranitidine) (Hereafter as "ZANTAC") is a coroporation organized and existing under the laws of the State of Florida, with a principle place of business, within Miami, Florida.

2. This Court has jurisdiction over this action under 28 U.SC. § 1331, as more fully set out in this pleadiung.

3. On or about September 2nd 2024, the plaintiff (POSLOF) learned of these proceedings which was through LEXISNEXIS application, and also learned through counsel "Michael L. Baum" an attorney who is listed as Class Counsel in this action for one of the original plaintiff's of the active and curent class action open for interpleader or joinder pleader.

4. The defendant's have also seized all products containing Raniidine which the plaintiff (POSLOF)

was told by his primary physician of the recall of this product, and discovered the reason for that recall and believes it is the causation for his physical injuries.

5. Mr. POSLOF suffers from many medical problems of his stomach and intestents, such as but not limiting to "Gastro-esophageal reflux disease" and "Liesions in the stomach along with pulups which are potentially cancerouys", etc. Mr. POSLOF has been taking this medication by the defendant's company labeled either as ZANTAC or Ranitidine for years due to his acid reflux issues and heartburn issues. Mr. POSLOF would either be prescribed by his primary physician (PCP) or he would obtain it through the prison commissary (Canteen) to relief his heartburn at the time.

6. Mr. POSLOF believes that his liesions and possible cancerous pullups in his stomanh is caused by the ZANTAC he consumed on a daily basis since as early as 2014. Mr. Poslof has been diagnosed by licensed doctors and has documentation to provide evidentary proof of the medical diagnosed conditionsa and the current painful stomach conditions that is caused by this cancerops product by ZANTAC.

7. The defendant made numerous representations on their TV commercials and other ads that the plaintiff (POSLOF) relied upon as accurate and healthy. And while taking the product of ZANTAC it may havce relieved the heartburn but was causing permenant injuries to Mr. POSLOF that are painful and are of the defendant's fault.

8. Eash of these representations was false. The truth is that ZANTAC knew their product could cause cancer to humans due to thewir chemical compound structure. As better described in the ORIGINAL COMPLAINT filed against ZANTAC.

9. As a result of this product and the defendant's failures to provide a warning label top the public and the reliance on ZANTAC being a safe product, plaintiff POSLOF has been damaged in the sum of $1,000,000,000.00.

PRAYER FOR RELIEF

10. PLAINTIFF, Lonnie Lee Poslof Jr., respectfully demands judgment against the defendant:

A. In the sum of $1 Billion Dollars;

B. For the costs of this action and actual incurred cost thereof;

C. Any other relief availablke as the Court deems just and proper.

## VERFICATION

(I) Mr. POSLOF DECLARES UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF BOTH STATES OF CALIFORNIA AND FLORIDA, THAT THE FOREGOING IS TRUE AND ACCURATE.

EXECUTED ON THIS 6TH DAY OF SEPTEMBER, 2024, IN THE COUNTY OF MONTEREY, CALIFORNIA.

DATE SIGNED: Sept 7th 2024

Respectfully Submitted,

Lonnie Lee Poslof Jr.--Plaintiff

//
/.///
////////



Lonnie Lee Pshot Jr #AKE4659
Salinas Valley State Prison (29129)
P.O. Box 1050
Soledad, CA. 93960

LEGAL MAIL
Confidential

REC'D BY _____ D.C.
SEP 17 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The United States District Court
For the Southern District of Florida
Wilkey Courthouse
400 N Miami Ave
Miami, FL. 33128