LONNIE LEE POSLOF JR.
CDCR# BE-0659
31625 HIGHWAY 101 S.
P.O. BOX 1050
SOLEDAD, CA. 93960
(PRO-SE)

Case 9:20-md-02924-RLR   Document 7352   Entered on FLSD Docket 10/11/2024   Page 1 of 3

FILED BY_____AP_____D.C.

Oct 8, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

LONNIE LEE POSLOF JR., ET.AL., )
PLAINTIFF(S), )
 )  CASE NO: 9:20-MD-02924-RLR
VS. )
 )
IN RE ZANTAC (RANITIDINE) )  NOTICE OF APPEAL TO COURT OF APPEALS
PRODUCTS LIABILITY LITIGAITON )  [FED.R.APP.P.4(c)(1)]
DEFENDANT(S). )
 )  DATE: _____
 )  TIME: _____
    JUDGE: _____

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEY'S AND THE HONORABLE COURT:

PLEASE TAKE NOTICE, that Lonnie Lee Poslof Jr., CDCR# BE-0659, hereby respectfullly makes his Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the judgments and/or orders by the Magistrate Robin L. Rosenberg, on September 23, 2024, denial of plaintiff Lonnie Lee Poslof Jr.'s complaint made against the defendant's named in this action, the fact that the plaintiff was never given any notice of any filed decision or orders from this Court, and due to the nature and the extent of damages at cause here by the defendant's product, shall be of concern. And due to the fact, the plaintiff Mr. Poslof has filed as PRO-Se filer, he is entitled to be heard and given the oppportunity to amend his pleadings under Rule 15 of the Federal Rules of Civil Procedure.

Furthermore, the plaintiff Mr. Poslof has in fact submitted two seperate filings in this matter, at the same time, for which he was unsure which to file under, regardless his complaint has merit and had not been addressed in any heraing or served on the defendants

DATED: October 1st 2024

Respectfully Submitted,

_____
Lonnie Lee Poslof Jr--Plaintiff



