FOR THE RECORD

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-md-02924-RLR

In re: James Dow Vandivere © ) Pro se Plaintiffs'
Real Party In Interest ) Motion for
Pro se Plaintiff ) Settlement Order

FILED BY _____ D.C.
DEC 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

May It Please The Court:
Points to be noted:

- Plaintiff Vandivere©, [Movant] believes he is the only pro se litigant in this MDL";

- Movant has not received any Notice of him being entered into any class or group of Plaintiffs in this MDL";

- Movant is unaware of any counsel(s) being assigned to represent him within a class or group in this MDL";

- Movant believes a settlement offer has been made by Defendant, to the court, for consideration, to be equally distributed among the numerous Plaintiffs in this MDL";

- Movant is unaware of this courts' acceptance or rejection of said offer by Defendants;

### Conclusion

Therefore, for the reasons as set forth above, Movant respectfully move the court for an "Order for Settlement," or equivelent, to be issued on behalf of this pro se Plaintiff, ahead of any settlements to those part of any class or group, requiring counsels to hash out details for their clients, once the court accepts Defendants' offer of settlement.

Submitted this 2nd day of December, 2024.

Respectfully Submitted,

James Dow Vandivere ©
Pro se Plaintiff
James Dow Vandivere ©

end.

Name: James Vandiver
Number: 99078-011
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

Legal Mail



FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: _____ "SPECIAL MAIL"

RECD BY _____ D.C.
DEC 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Legal Mail

33128-771699

⇦99078-011⇦
U S Courthouse
400 N Miami AVE
Attn: Court Clerks Office
Miami, FL 33128
United States

Legal Mail

RALEIGH NC 275
Research Triangle Region
4 DEC 2024 PM 2 L



HAPPY
USA forever