Dear, court Clerk                                    1-9-2025

Would you Please file this following Petition in the below Reference case and send me a file marked copy Back in Return. Along with Any details that I might need In order Procedd In this Action Thank You very much!

RE: Case No. 2924 20-MD-2924
Zantac Products Liability Litigation



FILED BY ____ D.C.
JAN 09 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

My Return Address is at the following:

James A Lane Sr.
735 South Neely Street
Benton Arkansas 72015

Respectfully Submitted,
James A. Lane SR.

In The United States District Court for the
Southern District of Florida

James A Lane Sr.                                       Plaintiff

                        Case No 2924 20-MD-2924

Zantac Products                                        Defendant
Liability Litigation

Petition to file As Joinder under federal Rules of
Civil Procedure 18

I would Like to file As Joinder under federal Rule
of Civil Procedure 18. As I have Also suffered from medical
conditions As A Result of using this Product. My current
Return address is At the following. Plaintiff James A Lane Sr.

                                   Respectfully Submitted,

1-4-25              James A. Lane SR.
                    735 South Neely Street
                    Benton Arkansas 72015

                                   Date: 1/4/2025

JAMES A. LANE SR
735 NEELEY ST.
Benton, A.R.
72015

LITTLE ROCK AR 720
6 JAN 2025 PM 3 L

USMS INSPECTED

United States District Co...
701 CLEMATIS St
West Palm beach fl 3

33401-510199

Legal mail