Mr. Allen Andrew Love #139864
3225 John Conley Drive
Thumb Correction Facility
Lapeer, Michigan 48446



March 10, 2025

CLERK OF THE COURT
U.S. District Court
Southern District of Florida

RE: Status Update In Classaction Lawsuit In re Zantac

Dear Court of the Court;

As a Plaintiff in Pro Per in this class action lawsuit, it has come to my attention that on October 9, 2024 the company GlaxoSmithKline Pharmaceutical came to a potential settlement with more than 80,000 plaintiffs' in the Zantac lawsuit. As for me I need a update on the status of my case. My case number is 1:29-cv-80955, (Allen Andrew Love #139864 vs. GlaxoSmithKline Pharmaceutical Company and Pfizer Inc.). It is also reported that on May 8, 2024, Pfizer agreed to settles over four thousand lawsuits against it's company. That's why i'm writing to you for a update because as a Pro Per Plaintiff, I am not receiving any communication from the attorneys in this case. Most of the time I receive something from this Court informing me of some minor proceeding of the court. With that being said, could you give me an update as to the status of this lawsuit and where I stand on the court docket. If I could call you at a pacific time pre-paid, could you tell me a time and date that would be best for you and your office. Thank You for your time in this matter.

Sincerely

_____

**NAME:** Mr. Allen A. Love
**Number:** #139864
**Address:** 3225 John Conley DR.
Thumb Correction Facility
Lapeer, Michigan 48446

TO:
Clerk of the Court
United States District Court
Southern District of Florida
Office of the Clerk - Room 8n09
400 North Miami Avenue
Miami, Florida 33128-7716

METROPLEX MI 480
11 MAR 2025 PM 15 L



REC'D BY _____ D.C.

MAR 14 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI