# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)             MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                       JUDGE ROBIN L. ROSENBERG
                                       MAGISTRATE JUDGE BRUCE E. REINHART

/

THIS DOCUMENT RELATES TO: ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that pursuant to S.D. Fla. L.R. 11.1(d), Caroline Power at Dechert LLP, moves to withdraw her appearance as counsel for Defendant GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc. in the above-captioned proceeding and requests to be removed from the service list. Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc. will continue to be represented by Dechert LLP and by attorneys at law firms that have entered their appearance in this matter.

**WHEREFORE**, Ms. Power respectfully requests to be removed from the service list and that she be relieved from any further responsibility in this cause.

Dated: April 4, 2025                            Respectfully submitted,

                                                           */s/ Lindsey Cohan*
                                                           Lindsey Cohan
                                                           TX Bar No. 24083903
                                                           Dechert LLP
                                                           515 Congress Avenue, Suite 1400
                                                           Austin, TX 78701
                                                           Telephone: (512) 394-3000
                                                           Facsimile: (512) 394-3001
                                                           lindsey.cohan@dechert.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on April 4, 2025, the foregoing document was electronically filed and served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lindsey Cohan*
Lindsey Cohan