IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL No. 2924 20-MD-2924 |
| | JUDGE ROBIN L. ROSENBERG MAGISTRATE JUDGE BRUCE E. REINHART |
| _____ / | |

**THIS DOCUMENT RELATES TO:**

Love v. Pfizer Inc., 9:23-CV-80955

## ORDER ENTERING JUDGMENT

**THIS CAUSE** came before the Court on the Court's Order to Show Cause at docket entry 22 and the Plaintiff's Response at docket entry 23. This Court previously granted the Defendants' *Daubert* motions on general causation on December 6, 2022. 20-MD-2924, DE 6120. Soon thereafter, the Court entered an order to show cause, requiring every Plaintiff in this MDL who alleged a cancer addressed in the Court's *Daubert* order to show cause why summary judgment should not be entered in favor of the Defendants.[1] 20-MD-2924, DE 6444. Because the Plaintiff in the case before the Court was not aware of the Court's order to show cause, this Court granted the Plaintiff a second opportunity to respond. 23-CV-80955, DE 22.

Broadly summarized, the Plaintiff argues that summary judgment should not be entered because, over the course of his lifetime, he consumed a large amount of ranitidine. DE 23. The Court is not persuaded, however, because this argument (like the Plaintiff's other arguments) is more or less identical to the arguments previously made by lead counsel in the MDL and previously rejected by this Court. For all of the reasons the Court: (1) granted the Defendants' *Daubert*

---

[1] The Plaintiff in this case alleges a Designated Cancer that was addressed by the Court's order.

motions in full, (2) entered summary judgment in favor of the Defendants, (3) entered judgment in favor of the Defendants, and (4) previously overruled all of the MDL Plaintiffs' objections, the Court enters judgment in this case in favor of the Defendants. The Court finds its prior reasoning and analysis on these matters to be persuasive, and the Court sees no basis to reach a different decision in the case before the Court.  All of the Court's prior decisions and rulings on these matters are incorporated into this Order and into the docket of this individual case.

The Court does commend the *pro se* Plaintiff in this case, however, for his considerable effort and skill in drafting a response to the Court's order to show cause.  This was a complex case with complex scientific principles, but the *pro se* Plaintiff has demonstrated a remarkable understanding of the issues.

Accordingly, it is **ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of the Defendants.  The Clerk of the Court shall **ENTER** a separate judgment to that effect.  This case is hereby **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of May, 2025.

_____
Honorable Robin L. Rosenberg
UNITED STATES DISTRICT JUDGE