UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)     MDL NO. 2924
PRODUCTS LIABILITY     20-MD-2924
LITIGATION

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

**PRETRIAL ORDER # 85**
**Future Filings in the MDL**

Beginning on August 1, 2025, all filings in this MDL must be made on the MDL docket. To the extent any party files a document in his or her individual case, the party must simultaneously file the document in the consolidated MDL case, 20-MD-2924, as well. To the extent this requirement to file all documents in the MDL case conflicts with a prior order of the Court, this Pretrial Order 85 controls. In the event a party files any document in an individual case only, and does not simultaneously file the document on the MDL docket, this Court will take no action on the filing. This Order has no impact on matters that need only be filed on the MDL docket, nor does this Order have any impact on filings prior to August 1, 2025.

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of July, 2025.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE