**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: ZANTAC (RANITIDINE)                                  MDL NO. 2924
PRODUCTS LIABILITY LITIGATION                               20-MD-2924

                                            JUDGE ROBIN L. ROSENBERG
                                            MAGISTRATE JUDGE BRUCE E.
                                            REINHART

_____/

THIS DOCUMENT RELATES TO: ALL CASES

---

**MOTION TO WITHDRAW AS COUNSEL**

---

**PLEASE TAKE NOTICE**, that pursuant to S.D. Fla. L.R. 11.1(d), Emma Nino at Williams & Connolly LLP, moves to withdraw her appearance as counsel for Defendant Pfizer Inc. in the above-captioned proceeding and requests to be removed from the service list.  Defendant Pfizer Inc. will continue to be represented by Williams & Connolly LLP and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A and by attorneys at those law firms that have entered their appearance in this matter.

**WHEREFORE**, the undersigned respectfully requests to be removed from the service list and that she be relieved from any further responsibility in this case.

Dated: July 24, 2026                        Respectfully submitted,

                                            */s/ Emma J. Nino*
                                            Emma J. Nino
                                            WILLIAMS & CONNOLLY LLP
                                            680 Maine Ave. SW
                                            Washington, DC 20024
                                            Tel: (202) 434-5900
                                            enino@wc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2026, the foregoing document was electronically filed and served on all counsel of record via CM/ECF.

*/s/ Emma J. Nino*
Emma J Nino, Esq.